# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
 3   UNITED STATES OF AMERICA,      )
                                    )
 4              Plaintiff           )
                                    )
 5          -VS-                    ) Criminal No. 06-10250-PBS
                                    ) Pages 1 - 45
 6   SCHERING SALES CORPORATION,    )
     A Subsdiary of Schering-Plough )
 7   Corporation,                   )
                                    )
 8              Defendant           )
 9
10
11                    RULE 11 HEARING
12             BEFORE THE HONORABLE PATTI B. SARIS
                  UNITED STATES DISTRICT JUDGE
13
14
15
16
17
                              United States District Court
18                            1 Courthouse Way, Courtroom 19
                              Boston, Massachusetts
19                            September 20, 2006, 4:20 p.m.
20
21
22
                        LEE A. MARZILLI
23                   OFFICIAL COURT REPORTER
                   United States District Court
24                 1 Courthouse Way, Room 3205
                       Boston, MA  02210
25                       (617)345-6787
```

```
 1   A P P E A R A N C E S:
 2       SUSAN G. WINKLER, ESQ. and JEREMY STERNBERG, ESQ.,
     United States Attorney's Office, 1 Courthouse Way, Suite
 3   9200, Boston, Massachusetts, 02210, for the Plaintiff.
 4       BRIEN T. O'CONNOR, ESQ., BRIAN R. BLAIS, ESQ.,
     JOAN McPHEE, ESQ., and JOSHUA S. LEVY, ESQ., Ropes & Gray,
 5   LLP, One International Place, Boston, Massachusetts, 02110,
     for the Defendant.
 6
     ALSO PRESENT:  Brenton Saunders, Esq., Paul Weissman, Esq.,
 7   Edward Notargiacomo, Esq.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                MR. SAUNDERS:  Thank you, your Honor.
 2                MR. NOTARGIACOMO:  Your Honor, to follow what your
 3   Honor just said about restitution to other victims of the
 4   alleged fraud, and I think you started the hearing --
 5                THE COURT:  Are you planning on making some
 6   restitution claims?
 7                MR. NOTARGIACOMO:  With respect to private payors
 8   in this case?
 9                THE COURT:  Yes.
10                MR. NOTARGIACOMO:  That's not why I'm here, your
11   Honor.
12                THE COURT:  Well, then you don't have a place here.
13                MR. NOTARGIACOMO:  Well, let me explain why I think
14   I do have a place here, and your Honor will be the judge, as
15   they say.
16                THE COURT:  That much is true.
17                MR. NOTARGIACOMO:  Your acceptance of the plea that
18   was tendered here today is a condition precedent to the
19   consummation of the civil agreement between the government
20   and Schering, and that agreement relates directly to
21   allegations that are shared with the allegations made by the
22   civil plaintiffs in the AWP case.
23                THE COURT:  I think it's specifically precluded, as
24   I read it.  There was an agreement not to prosecute on that
25   basis.  That's one of the little prongs.  Am I reading that
```

```
 1    correctly?
 2             MR. NOTARGIACOMO:  It's an agreement not to
 3    prosecute on that basis if you accept the plea here today.
 4             THE COURT:  Which I just did.
 5             MR. NOTARGIACOMO:  Let me just finish the thought,
 6    your Honor.
 7             THE COURT:  You know, you know, criminal law is an
 8    odd beast, and the government can prosecute on what it wants
 9    to.  And sometimes I don't agree with what I'll call
10    "charge bargaining," but that's not my hunt.
11             MR. NOTARGIACOMO:  Understood, your Honor.  It's
12    been my experience, to harken back to a similar hearing five
13    years ago in front of Judge Young when TAP Pharmaceuticals
14    pled guilty to somewhat similar allegations, although
15    probably worse in that context, and his concern was the
16    restitution to the consumers and other victims of that fraud.
17    And he made it a condition upon his acceptance of that plea
18    that certain documents be made available, if not to the civil
19    plaintiffs who eventually brought the lawsuit but to the
20    Probation Department, to make sure that certain
21    documents -- and he called it a "path to justice" by and for
22    the civil plaintiffs.  And here --
23             THE COURT:  Well, who do you represent, the AWP
24    class?
25             MR. NOTARGIACOMO:  The AWP class.
```

1            THE COURT:  I see you in every single --

2            MR. NOTARGIACOMO:  Absolutely.

3            THE COURT:  No, no, this isn't about that.  It's

4    possible -- I don't remember, does your firm also represent

5    the Neurontin people?

6            MR. NOTARGIACOMO:  We do.  We represent the

7    Neurontin people and the Serostim.

8            THE COURT:  That's right, that's right.  All

9    right.  So it's possible that some of these third-party

10   payors are legitimate victims under the government's theory,

11   and it's not under Schering's theory.  It's possible that you

12   can submit claims on behalf of various third-party payors

13   like Cigna or Aetna, United; I mean, the usual suspects, you

14   know, the usual ones who come in and the little third-party

15   payor plans, the labor union plans and that sort of thing.

16   And that's a very possible thing for me to address at

17   sentencing, and if you want it, you should file for it, but I

18   am not going to use this as a tool for the civil case.

19           MR. NOTARGIACOMO:  Just to clarify to make sure

20   we're all on the same page, what I stand here and seek is not

21   related to the off-label marketing to which they've pled

22   guilty but to the AWP fraud.

23           THE COURT:  AWP is not part of this.  It was carved

24   out.  It's just not here.  And so it's not here.  It's not on

25   my radar screen for this case, although very much for your

1   case.

2            Now, that having been said, I don't know, the one
3   piece, and that's why I flag it, is the restitution.  Is
4   there any way of working that through so that we don't spend
5   the next five years litigating that case that's likely to
6   fall on the heels of this?  Because I think the case that's
7   sealed is not that case.  And I don't know, it might be in
8   the interest of people to try and work that out through a
9   restitution situation.  I don't know.  It may be, as
10  Ms. Winkler says, it's just far too complicated; and, as I've
11  seen in the other cases, it is indeed complicated.  So, on
12  the other hand, who needs to be spending the next five years
13  in document productions and the attorneys' fees and the --
14  gosh, it could even be related, and I might even get another
15  one.  And so the issue at the end of the day is:  If there's
16  a way of working this out through a restitution order, at
17  least think about it.  Okay?  Thank you, and if you want to
18  come back in your representative capacity for any of these
19  third-party payors, or, for that matter, you're right, any
20  consumers.  I don't even know if people paid copays under the
21  third-party payor plans.  I don't know.

22            MR. NOTARGIACOMO:  Understood.

23            THE COURT:  Okay?  I think there are no copayments
24  that I know about under any Medicaid plan, although they're
25  starting now, but in that time period, I don't think

1   consumers are part of it for the Medicaid.  But in the
2   meantime, it's 5:00 o'clock.  Good to see you again.  And,
3   once again, thank you for doing what you've done subsequent
4   to all of this.  A sentencing date, right, in twelve weeks.
5              THE CLERK:  It will be December 18 at 2:00 p.m.
6              (Adjourned, 5:00 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                C E R T I F I C A T E
2
3
   UNITED STATES DISTRICT COURT )
4  DISTRICT OF MASSACHUSETTS    ) ss.
   CITY OF BOSTON               )
5
6
7
8            I, Lee A. Marzilli, Official Federal Court
9   Reporter, do hereby certify that the foregoing transcript,
10  Pages 1 through 45 inclusive, was recorded by me
11  stenographically at the time and place aforesaid in
12  Criminal No. 06-10250-PBS, United States of America Vs.
13  Schering Sales Corporation, A Subsidiary of Schering-Plough
14  Corporation, and thereafter by me reduced to typewriting and
15  is a true and accurate record of the proceedings.
16           In witness whereof I have hereunto set my hand this
17  26th day of September, 2006.
18
19
20
21
22
23           _____
             LEE A. MARZILLI, CRR
24           OFFICIAL FEDERAL COURT REPORTER
25