# Exhibit A

**Lynette M. Vazquez**

REDACTED

REDACTED

**From:** Mangi, Adeel A. (x2563) [mailto:AAMANGI@PBWT.COM]
**Sent:** December 09, 2005 5:20 PM
**To:** Edward Notargiacomo
**Cc:** Haas, Erik (x2117)
**Subject:** Draft CMO

Ed:  Please see attached letter and draft CMO.


Adeel Abdullah Mangi
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
Ph: (212) 336 2563
Fax: (212) 336 7947
aamangi@pbwt.com
<<ntj.pdf>> <<draft CMO.DOC>>

---
Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to Internet email for messages of this kind.

---

9/27/2006

IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)
==============================================================================

9/27/2006

## Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

December 9, 2005

By Email Attachment and Certified Mail

Adeel A. Mangi
(212) 336-2563
Direct Fax (212) 336-7947
aamangi@pbwt.com

Ed Notargiacomo, Esq.
Hagens Berman
One Main Street
4th Floor
Cambridge, MA  02142

Re:    **In re AWP Litigation**

Dear Ed:

Further to our discussion of yesterday, attached is a draft proposed case management order for your review.  We await your clarification as to the anticipated role of Pirelli and as to a schedule for BCBS of Massachusetts depositions.  In proposing a merits schedule, we of course do not concede the adequacy of the proposed class representatives.

Sincerely,

Adeel A. Mangi

Attachment

DRAFT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456<br>) CIVIL ACTION NO.<br>) 01-12257-PBS<br>) |

CASE MANAGEMENT ORDER NO. ___

December __, 2005

Saris, U.S.D.J.

      The schedule for discovery of new plaintiffs Pipefitters Local 537 Trust Funds ("Pipefitters Local"), [Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust ("Pirelli"),] Sheet Metal Workers National Health Fund ("SMW") and Blue Cross/Blue Shield of Massachusetts ("BCBS of MA") is as follows:

      1.    Defendants shall serve [initial] document requests and Rule 30(b)(6) notices by December 14, 2005.

      2.    Pipefitters Local, [Pirelli,] SMW and BCBS of MA shall serve written responses and produce claims data, provider contracts, electronic fee schedules, and documents showing that they purchased physician-administered drugs based on AWP by December 23, 2005.

      3.    Pipefitters Local, [Pirelli,] SMW, and BCBS of MA shall produce witnesses for Rule 30(b)(6) depositions by January 13, 2006.

      4.    Defendants shall serve any non-party subpoenas relating to Pipefitters Local, [Pirelli,] SMW and BCBS of MA by January 20, 2006.

      5.    Document production by Pipefitters Local, [Pirelli,] SMW and BCBS of MA shall be substantially completed by March 1, 2006.

      6.    Depositions of Pipefitters Local, [Pirelli,] SMW and BCBS of MA shall be completed by April 15, 2006.

      7.    All other aspects of the track one schedule shall remain in place.

_____
United States District Judge

\\\NY - 58559/0059 - 921198 v1
1238998v2