# EXHIBIT A

# If You Made a Percentage Co-Payment for any of the Drugs Listed Below or You are the Heir to Someone Who Has,

## Class Action Lawsuits May Affect Your Rights

| | | |
|---|---|---|
| **Albuterol Sulfate** | **Paraplatin** *(carboplatin)* | **Rubex** *(doxorubicin hcl)* |
| **Blenoxane** *(bleomycin sulfate)* | **Perphenazine** | **Taxol** *(paclitaxel)* |
| **Cytoxan** *(cyclophosphamide)* | **Procrit** *(epoetin alfa)* | **Temodor** *(temozolomide)* |
| **Etopophos** *(etoposide phosphate)* | **Proventil** *(albuterol)* | **VePesid** *(etoposide)* |
| **Intron A** *(interferon alfa)* | **Remicade** *(infliximab)* | **Zoladex** *(goserelin acetate)* |

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The lawsuits are called *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs may be used to set the price that consumers making percentage co-payments will pay for the drugs. The lawsuits claim consumers making percentage co-payments paid more than they should have because of the false and inflated AWPs. The lawsuits ask the Court to award money damages to people that made percentage co-payments for the drugs in Massachusetts.

The Court has determined that the case can go forward as a class action but has not made a decision on the merit of the claims. A trial will determine the claims against each Defendant. The trial will begin November 6, 2006.

**What Drugs are Covered by the Litigation?**
Certain dosages of the drugs listed above made by the Defendants **AstraZeneca, Bristol-Myers Squibb Group, Johnson & Johnson Group and the Schering Plough Group** are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

**What do the Defendants say about the lawsuits?**
The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made. The Defendants also contend that the lawsuits and damages are precluded under the law and that the alleged conduct, if proved, does not violate consumer protection laws. Defendants also argue that many Class Members will not be able to prove they paid a doctor for the subject drugs.

**Am I Involved in the Litigation?**
- You are a member of the Private Payor Class if you made a percentage co-payment for a Covered Drug between January 1, 1991 to January 30, 2006. If you are an heir or legal successor to the rights of someone who made such a co-payment, you are also included in the Class.
- You are excluded from the Class if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.
- If you made a Medicare Part B co-payment for any of these drugs, you are not a member of this Class. You may be a member of a different Class and will be notified separately. For more information, call 1-000-000-0000 or visit www.AWPLitigation.net.

*The Court is <u>not</u> suggesting, requesting, or requiring that consumers who were not billed a percentage co-payment by their doctors, or who were billed but did not pay, should pay their doctors now or that they are obligated to do so.*

**What Are My Rights as a Member of the Private Payor Class?**
- **If you wish to remain a member of the Private Payor Class**, you don't need to do anything at this time. If you don't exclude yourself, you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court-appointed Counsel will represent all members of the Class and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Class. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- **If you do not wish to participate in the Class**, you must mail a personally signed, written request to be excluded to the address below. A mail-in opt-out form is available at www.xxxxxxxxxxx.com. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by **November 3, 2006**. If you exclude yourself from the Class, the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

**For a Detailed Notice about the Covered Drugs and AWP Litigation**
**Call toll-free: 1 XXX-XXX-XXXX (Se Habla Español)**
**or Visit: www.xxxxxxxxxxxxxxx.com**
**Or Write: AWP Class Action Litigation, P.O. Box XXX, City, State 00000**