# EXHIBIT D

# AWP Massacusetts Media Schedules
## September 28, 2006

| PUBLICATION (ISSUE DATE) | October | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| **Newspapers** | | | | | | | | | | | | | | | | | | | | |
| Sunday | ■ | | | | | | | ■ | | | | | | | ■ | | | | | |
| Weekday | | | | ■ | | | | | | ■ | | ■ | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| Hispanic Newspapers | | | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |

**The solid colored boxes represent the on-sale/mail date for each publication.**
**Exact dates for daily newspapers are approximate.**