**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                                            )
IN RE PHARMACEUTICAL INDUSTRY            )        MDL NO. 1456
AVERAGE WHOLESALE PRICE                      )
LITIGATION                                                  )        CIVIL ACTION NO. 01-CV-12257-PBS
_____     )
                                                            )        Judge Patti B. Saris
THIS DOCUMENT RELATES                          )
TO ALL ACTIONS                                         )
_____     )

## NOTICE OF APPEARANCE

Undersigned counsel hereby files his Notice of Appearance for AstraZeneca

Pharmaceuticals LP.

                                         _/s/ Michael P. Boudett_____
                                         Michael P. Boudett (BBO# 558757)
                                         FOLEY HOAG LLP
                                         155 Seaport Boulevard
                                         Boston, MA  02210
                                         tel: 617-832-1000
                                         mboudett@foleyhoag.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was delivered on September 29, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

 /s/ Catherine N. Karuga
Catherine N. Karuga