UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO.<br>01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 1456 |

## NOTICE OF HEARING

SARIS, U.S.D.J.                                                                                                September 29, 2006


      TAKE NOTICE that the above-entitled case has been set for a Hearing re: #3146 Class Plaintiffs' Response to the Court's Request Concerning the feasibility of Notice to Consumers in Class 3 Prior to November 6, 2006 Trial on **October 3, 2006, at 11:00 a.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.


      /s/ Robert C. Alba
      Deputy Clerk


Copies to:  All Counsel