## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

## DECLARATION OF KATHERINE B. SCHMECKPEPER IN SUPPORT OF TRACK 1 DEFENDANTS' MEMORANDUM OF LAW REGARDING FORMS AND MANNER OF NOTICE FOR CLASS 3 CONSUMERS

I, Katherine B. Schmeckpeper, declare as follows:

1.  I am an attorney with Foley Hoag, LLP, counsel for AstraZeneca Pharmaceuticals LP in this action. I submit this declaration is support of Track 1 Defendants' Memorandum of Law Regarding Forms and Manner of Notice for Class 3 Consumers.

2.  Attached as Exhibit 1 is a true and correct copy of Katherine Kinsella, *The Ten Commandments of Class Action Notice*, 12 TOXICS L. REP. 488 (Sept. 24, 1997).

3.  Attached as Exhibit 2 is a true and correct copy of the Declaration of Greg Looney.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 2, 2006.

By: /s/ Katherine B. Schmeckpeper
      Katherine B. Schmeckpeper (BBO # 663200)

- 2 -

## **CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing was delivered on October 2, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                /s/ Katherine B. Schmeckpeper
                Katherine B. Schmeckpeper