**EXHIBIT 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456<br>CIVIL ACTION NO. 01-CV-12257-PBS<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) |

**DECLARATION OF GREG LOONEY IN SUPPORT OF ASTRAZENECA PHARMACEUTICALS LP'S OPPOSITION TO PLAINTIFFS' <u>PROPOSED NOTICE</u>**

I, Greg Looney submit this declaration in support of Defendant AstraZeneca Pharmaceuticals LP's Opposition to Plaintiffs' Proposed Notice. I declare and say the following:

1. I am the Brand Director for the Prostate Cancer Team at AstraZeneca Pharmaceuticals LP ("AstraZeneca" or "the Company"), located at 1800 Concord Pike, Wilmington, Delaware. I have worked at AstraZeneca or its predecessor companies since 1992. It is my responsibility to develop and implement strategic plans for the healthcare professional segment of the marketplace.

2. AstraZeneca manufactures and sells a physician-administered injection called Zoladex. I have been informed that the claims against AstraZeneca in this litigation relate to the sale of Zoladex between January 1, 1991 and December 31, 2004.

3.  Zoladex suppresses the production of, and results in the near complete elimination of, testosterone in male patients and estrogen in female patients.

4.  Zoladex was first approved for use in the United States for the treatment of prostate cancer in 1989. Zoladex was not approved for use in the treatment of endometriosis or advanced breast cancer until February 2, 1993 and December 18, 1995 respectively. Accordingly, prior to 1993, Zoladex was only approved for use in the treatment of male patients.

5.  Moreover, the majority of Zoladex users have remained men diagnosed with prostate cancer. Indeed, between 1991 and 2004, over 90% of AstraZeneca's sales of Zoladex were for the treatment of prostate cancer.

June 19, 2006

/Greg Looney/

2