## CERTIFICATE OF SERVICE

I, Jessica L. Medina, hereby certify that on this 20th day of September, 2006, I caused a true and correct copy of the NOTICE OF APPEARANCE FOR DEFENDANT ENDO PHARMACEUTICALS INC., ADMISSION *PRO HAC VICE*, and CERTIFICATE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF ROSS S. GOLDSTEIN to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

_____
Jessica L. Medina