UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | CIVIL ACTION NO. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott laboratories, Inc., and Hospira, Inc.  06-CV-11337-PBS | MDL NO. 1456 |

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                                October 2, 2006

       TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss Amended Complaint (originally filed in Dist. of FL, Case No. 06-21303, Doc. No. 28) on **October 26, 2006, at 4:00 p.m.,** in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel via ECF