**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2006 SEP 21  A 10: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |

**NOTICE OF APPEARANCE FOR DEFENDANT
ENDO PHARMACEUTICALS INC., ADMISSION *PRO HAC VICE*** 

The following submission for admission *pro hac vice* is made pursuant to Case Management Order No. 1, section V., paragraph 16, which states:

> Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee.

Attached is a Certificate in Support of Application for Admission *Pro Hac Vice* of Carl E. Ross as counsel for Endo Pharmaceuticals Inc. in this action.

Dated: September 19, 2006              Respectfully submitted,

*/s/ Carl E. Ross*
Carl E. Ross
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202)942-5041 (phone)
(202)942-5999 (fax)

*Attorneys for defendant Endo Pharmaceuticals Inc.*