UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 1456<br><br>Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |

## CERTIFICATE IN SUPPORT OF
## APPLICATION FOR ADMISSION *PRO HAC VICE* OF CARL E. ROSS

I, Carl E. Ross, hereby certify pursuant to Case Management Order No. 1, section V, entered in the above captioned action that:

1. I am an associate at the firm of Arnold and Porter LLP, attorneys for Endo Pharmaceuticals Inc., in the above captioned action.

2. I am a member in good standing of the bar of the United States District Court for the District of Columbia.

3. I have never been the subject of a professional disciplinary proceeding.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

*[signature]*

Carl E. Ross

Dated September 19, 2006

FILING FEE PAID:
RECEIPT # 75200
AMOUNT $ 50.00
BY DPTY CLK *[initials]*
DATE 9-21-06