UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris <br> Magistrate Judge Marianne B. Bowler |

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE TESTIMONY BY NON-MASSACHUSETTS THIRD-PARTY PAYORS, OR, IN THE ALTERNATIVE, TO PERMIT ALL PARTIES TO INTRODUCE TESTIMONY FROM NON-MASSACHUSETTS THIRD-PARTY PAYORS**

Plaintiffs, by their undersigned counsel, respectfully move this Court for an order excluding testimony by non-Massachusetts third party payors ("TPPs"), or, in the alternative, permitting all parties to introduce testimony from non-Massachusetts TPPs. As grounds for the foregoing, Plaintiffs state as follows:

1.  Defendants have taken approximately sixty (60) depositions of third party payor ("TPP") class members. Plaintiffs therefore anticipate that Defendants may attempt to call some of those TPP class members (Class 2 or Class 3) at trial. Because many of the TPPs whose depositions were taken were not Massachusetts TPPs, and this Court has for the time being only certified classes of Massachusetts TPPs, Plaintiffs respectfully ask this Court to enter an order either (1) precluding Defendants from calling non-Massachusetts TPPs at trial or (2) allowing *both* Plaintiffs and Defendants to call non-Massachusetts TPPs at trial.

2.  Any purported knowledge acquired by TPPs not within the Court's definitions for those Classes 2 and 3 – which are limited to Massachusetts TPPs – is completely irrelevant to the knowledge possessed by Massachusetts TPPs. As a matter of fairness, it would be improper to

- 1 -

allow Defendants to impute the collective knowledge of all TPPs onto Massachusetts TPPs collectively or to any individual Massachusetts TPP.

3. On the other hand, should this Court permit Defendants to introduce this testimony, Rule 16 of the Federal Rules of Civil Procedure permits this Court to enter an order allowing Plaintiffs to do the same.

WHEREFORE Plaintiffs respectfully request that this Court enter an order either (1) excluding testimony from non-Massachusetts TPPs at trial or (2) allowing both Plaintiffs and Defendants to call a limited number of non-Massachusetts TPPs at trial, and all other relief that this Court deems just and appropriate.

DATED:  October 3, 2006                     By     /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street
Third Floor
Philadelphia, PA 19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 3 -

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 3, 2006, I caused copies of **PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE TESTIMONY BY NON-MASSACHUSETTS THIRD PARTY PAYORS, OR, IN THE ALTERNATIVE, TO PERMIT ALL PARTIES TO INTRODUCE TESTIMONY FROM NON-MASSACHUSETTS THIRD PARTY PAYORS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Steve W. Berman _____
Steve W. Berman

- 4 -