UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL ACTIONS. | MDL No. 1456 <br><br> CIVIL ACTION:  01-CV-12257-PBS <br><br> Judge Patti B. Saris <br> Magistrate Judge Marianne B. Bowler |

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE TESTIMONY REGARDING
THE "EXPECTATIONS" OF MEMBERS OF CLASS 2**

Plaintiffs, by their undersigned counsel, respectfully request that this Court enter an order excluding testimony regarding the "expectations" of members of Class 2.  As grounds for the foregoing, Plaintiffs state as follows:

1.  As made clear in their Emergency Motion to Compel the Production of Documents from Sheet Metal Workers National Health Fund [Dkt. No. 3137], denied by the Court on October 2, Defendants intend to introduce evidence regarding the spread expectations of members of Class 2, MediGap payors.

2.  This Court has previously recognized that a third-party payor's "expectation" of the AWP/ASP spread is only relevant to Class 2 with regard to Defendants' statute of limitations defenses.

3.  Under Rule 402 of the Federal Rules of Evidence, evidence which is not relevant is inadmissible.

4.  Therefore, this Court should limit the grounds upon which such Class 2 "knowledge" evidence is admitted to Defendants' statute of limitations defenses.

- 1 -

WHEREFORE Plaintiffs respectfully request that this Court enter an order excluding any testimony regarding the "expectations" of members of Class 2, or limiting the purposes for which such evidence may be introduced, and all other relief that this Court deems just and proper.

DATED:  October 3, 2006	By      /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

       Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street
Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**

001534-16 131820 V1

- 4 -

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**

Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 3, 2006, I caused copies of **PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE TESTIMONY REGARDING THE "EXPECTATIONS" OF MEMBERS OF CLASS 2** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                                         /s/ Steve W. Berman _____
                                                                         Steve W. Berman

001534-16 131820 V1