UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE
DEFENDANTS' DUPLICATIVE EXPERT TESTIMONY**

Plaintiffs, by their undersigned counsel, respectfully move this Court for an order limiting Defendants to submit one expert per opinion rendered.  As grounds for the foregoing, Plaintiffs state as follows:

1.  By virtue of reviewing expert reports submitted in connection with Plaintiffs' motion for class certification, including the reports of the Court's own expert, Dr. Berndt, by holding a two-day tutorial educating itself regarding the pharmaceutical industry and the parties' positions in this litigation, and by virtue of reviewing the expert reports submitted in connection with Plaintiffs' and Defendants' expert reports, this Court has become extremely well educated about the issues in this case.

2.  Although Plaintiffs cannot predict precisely which experts Defendants will call at trial for which propositions, the expert reports they submitted in connection with the motions for summary judgment contain considerable duplication.

3.  This Court may exclude duplicative expert testimony under Rule 403 of the Federal Rules of Evidence.  It likewise has the discretion to manage testimony under Rule 16 of the Federal Rules of Civil Procedure.

- 1 -

4. In cases involving multiple defendants, each with separate experts, courts have held that one defendant cannot offer expert testimony that duplicates the expert testimony offered by another defendant. *See*, *e.g.*, *Sunstar, Inc. v. Alberto-Culver Co.*, Case No. 01 C 0736, 2004 U.S. Dist. Lexis 16855, at *73-75 (N.D. Ill. Aug. 20, 2004) (in international trademark dispute court permitted only one expert witness on Japanese law per subject area); *In re Factor VIII or IX Concentrate Blood Prods. Litig.*, 169 F.R.D. 632, 641-42 (N.D. Ill. 1996). This Court should likewise do so here.

WHEREFORE Plaintiffs respectfully request that this Court enter an order requiring Defendants collectively to submit one expert per opinion rendered, and all other relief that this Court deems just and proper.

DATED: October 3, 2006

By   /s/ **Steve W. Berman**
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street
Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 3, 2006, I caused copies of **PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE DEFENDANTS' DUPLICATIVE EXPERT TESTIMONY** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

  /s/ Steve W. Berman_____
Steve W. Berman

001534-16 131808 V1