

Jul 24 2006
7:36PM

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | MDL No. 1456 |
| LITIGATION ) | Civil Action No. 01-12257-PBS |
| ) | |
| ) | Judge Patti B. Saris |
| ) | |
| THIS DOCUMENT RELATES TO ) | [FILED UNDER SEAL |
| ALL CLASS CASES ) | PURSUANT TO COURT ORDER] |
| ) | |

# DECLARATION OF ERIC M. GAIER, PH.D., IN SUPPORT OF
## THE TRACK 1 DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT
## WITH RESPECT TO CLASS 3

**July 14, 2006**

Declaration of Eric M. Gaier, Ph.D.

submitted the Summary Judgment Declaration;[5] and on March 21, 2006, I submitted a merits report and declaration pertaining to Track 1 defendants.[6]

## IV. Drug purchases made by TPPs

(4)   As I discussed in my previous declarations, knowledge regarding the differences between AWP and provider acquisition costs, as a matter of economic theory, would prevent payors from overpaying for prescription drugs as a result of the alleged AWP scheme and therefore insulate them from economic harm.[7] As plaintiffs' expert Dr. Hartman states:

> Had the existence of the 'mega-spreads' been perceived and understood by TPPs, those payors would have negotiated more aggressively than they did, leading to lower reimbursement rates.[8]

Judge Saris also recognizes the importance of knowledge and sophistication of TPPs. Specifically, she states:

> Some TPPs may have greater sophistication because they purchase self-administered drugs, but there is no evidence that TPPs purchase physician-administered drugs or know of the mega-spreads that exist for these drugs.[9]

It is therefore appropriate to focus on the question of what TPPs in Massachusetts knew about the differences between AWP and provider acquisition costs and, in particular, whether they would have gained knowledge through purchases of physician-administered drugs. The

---

[5]   *Declaration of Eric M. Gaier, Ph.D. in Support of Track I Defendants' Joint Motion for Summary Judgment,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257-PBS, March 15, 2006 ("Gaier Summary Judgment Declaration").

[6]   *Merits Report and Declaration of Eric M. Gaier, Ph.D.,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257-PBS, March 21, 2006 ("Gaier Merits Report and Declaration").

[7]   Gaier Class Certification Declaration, Section IV.4. Also see Gaier Sur-Reply Declaration, Section V.

[8]   *Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257-PBS, December 15, 2005 ("Hartman Liability and Damages Declaration"), p. 10.

[9]   *Memorandum and Order Re: Motion for Class Certification,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257, August 16, 2005, ("Saris' Class Certification Order"), p.59.

---

Declaration of Eric M. Gaier, Ph.D.

evidence demonstrates that TPPs covering approximately 70 percent of beneficiaries in Massachusetts bought physician-administered drugs throughout the class period. Through those purchases, Massachusetts TPPs knew of the widely varying differences between AWP and provider acquisition costs, generally knew the magnitude of these differences, and were aware of those differences since at least 1991 (the earliest date covered by data provided by defendants).

(5)    The provision of health insurance in Massachusetts is relatively concentrated, with approximately 86 percent of the covered lives insured by five TPPs. Indeed, named plaintiff and class representative Blue Cross and Blue Shield of Massachusetts ("BCBS-MA") is the largest TPP in Massachusetts, insuring approximately 46 percent of the covered lives in 2004. It is instructive to also examine other large plans in Massachusetts; Table 1 summarizes the covered lives for the largest TPPs in Massachusetts.

**Table 1: Massachusetts health plans by number of enrollees**

| Health plan | Total enrollees (1,000s) | Share of covered lives |
|---|---|---|
| Blue Cross Blue Shield of Massachusetts | 2,288 | 46% |
| Tufts Associated Health Plan ("Tufts") | 803 | 16% |
| Harvard Pilgrim Health Care, Inc. ("Harvard Pilgrim") | 766 | 15% |
| CIGNA HealthCare of Massachusetts, Inc. ("CIGNA") | 229 | 5% |
| Fallon Community Health Plan ("Fallon") | 187 | 4% |
| Other (10 plans with more than 1,000 enrolled) | 695 | 14% |
| **Total** | **4,969** | **100%** |

Source: AIS database, 2004.

(6)    Sales data provided by defendants demonstrate that four of the top five Massachusetts TPPs—plaintiff BCBS-MA, Harvard Pilgrim, CIGNA, and Fallon—purchased physician-administered drugs directly through contracts with manufacturers, through group purchasing organizations ("GPOs"), or through drug wholesalers. These purchases were made by organizations that provided medical care, required a supply of drugs for their operation, and

Declaration of Eric M. Gaier, Ph.D.

were owned by these TPPs.[10] For example, Harvard Pilgrim and Fallon were staff/group-model health maintenance organizations ("HMOs"), which are vertically integrated entities that provide both health care and insurance services. Although this form of integrated health plan arrangement is less prevalent today, many insurers owned or operated such entities during the 1990s and would have purchased physician-administered drugs.[11]

(7)     The available evidence from manufacturers shows that these TPPs purchased significant volumes of physician-administered drugs, including many of the drugs in this litigation. Table 2 lists dollar volumes of subject physician-administered drugs purchased by these TPPs, by manufacturer. In addition, these TPP drug purchases were made over an extended period, spanning the entire class period and starting at least as early as 1991 (the earliest time period for which data have been provided by defendants). Table 3 lists dollar volumes of subject physician-administered drugs purchased by these TPPs over time.

---

[10]  See Appendix C for documentation of entities operated by these Massachusetts TPPs for which manufacturers document sales of physician-administered drugs.

[11]  See Kongstvedt, Peter R., *The Managed Care Handbook*, Aspen Publishers, Gaithersburg, 2001, pp. 34-36 for a description of this type of organization.

Declaration of Eric M. Gaier, Ph.D.

**Table 2: Dollar volumes of subject drugs purchased directly by Massachusetts TPPs, by manufacturer**

| Manufacturer | Time coverage of available data | BCBS-MA[12] | CIGNA[13] | Fallon[14] | Harvard Pilgrim[15] |
|---|---|---|---|---|---|
| AstraZeneca | 91–04 | | $1,416,150 | $1,275,699 | $1,231,925 |
| Bristol-Myers Squibb | 93–02 | $138,389 | $1,099,332 | $942,688 | $706,249 |
| Johnson & Johnson | 91–99 | $511,377 | $3,595,116 | $1,077,477 | $1,172,335 |
| Schering-Plough | 91–04 | $96,549 | $5,178,432 | $2,591,897 | $2,048,990 |
| Total | | $746,314 | $11,289,030 | $5,887,762 | $5,159,499 |

Source: AstraZeneca, Bristol-Myers Squibb, Johnson & Johnson, and Schering-Plough indirect sales data.

---

[12]  I include all purchases in which plaintiff BCBS-MA or its related entities are listed as customers or contract owners in manufacturer chargeback data. Plaintiff BCBS-MA-related entities purchasing subject drugs directly from manufacturers include HMO Blue, Medical East, and Medical West.

[13]  I include all purchases in which CIGNA or its related entities are listed as customers or contract owners in manufacturer chargeback data. CIGNA-related entities purchasing subject drugs directly from manufacturers include CIGNA Healthplan, CIGNA Pharmacy, Connecticut General Life Insurance Company, INA Healthplan, Lovelace, Tel-Drug, EQUICOR, and Healthsource.

[14]  I include all purchases in which Fallon or its related entities are listed as customers or contract owners in manufacturer chargeback data. Fallon-related entities purchasing subject drugs directly from manufacturers include Fallon Community Health Care, Fallon Clinic, and Fallon Central Pharmacy.

[15]  I include all purchases in which Harvard Pilgrim or its related entities are listed as customers or contract owners in manufacturer chargeback data. Harvard Pilgrim-related entities purchasing subject drugs directly from manufacturers include Harvard Pilgrim Healthcare, Harvard Community Health Plan, Harvard Vanguard, and Rhode Island Group Health (also known as Harvard Community Health Plan of New England).

---

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 3: Dollar volumes of subject drugs purchased directly by Massachusetts TPPs, by year**

| Year | BCBS-MA | CIGNA | Fallon | Harvard Pilgrim |
|------|---------|-------|--------|-----------------|
| 1991 | $873 | $333,323 | $36,258 | $79,334 |
| 1992 | $24,757 | $676,409 | $60,983 | $153,853 |
| 1993 | $56,739 | $969,456 | $182,672 | $224,164 |
| 1994 | $97,608 | $1,252,642 | $296,381 | $349,408 |
| 1995 | $123,943 | $1,525,829 | $187,848 | $514,739 |
| 1996 | $204,843 | $1,549,650 | $426,002 | $908,120 |
| 1997 | $219,834 | $939,596 | $594,767 | $974,207 |
| 1998 | $17,717 | $1,448,904 | $894,794 | $867,772 |
| 1999 | | $1,023,822 | $936,257 | $513,397 |
| 2000 | | $682,806 | $820,315 | $156,974 |
| 2001 | | $411,991 | $859,177 | $212,816 |
| 2002 | | $460,958 | $539,284 | $142,822 |
| 2003 | | $13,644 | $45,639 | $47,424 |
| 2004 | | | $7,385 | $14,469 |
| Total | $746,314 | $11,289,030 | $5,887,762 | $5,159,499 |

Source: AstraZeneca, Bristol-Myers Squibb, Johnson & Johnson, and Schering-Plough indirect sales data.

(8)   Importantly, these Massachusetts TPPs purchased physician-administered drugs at discounted prices generally at, and in many cases below, the ASPs calculated by plaintiffs' expert Dr. Hartman. Therefore, these TPPs would have known about the widely varying differences between AWP and provider acquisition costs and would have known about the magnitude of these differences for the very drugs for which Dr. Hartman purports to find damages. Figure 1 to Figure 15 below depict the AWP and ASP reported by Dr. Hartman along with the average discounted prices paid by the Massachusetts TPPs for a sample of the physician-administered drugs for which Dr. Hartman finds damages. Appendix B contains corresponding figures for additional subject drugs purchased by Massachusetts TPPs.

Declaration of Eric M. Gaier, Ph.D.

## IV.1. BCBS-MA

**Figure 1: Vepesid prices to BCBS-MA**



Source: Bristol-Myers Squibb indirect sales data—NDC 00015309520.

**Figure 2: Procrit prices to BCBS-MA**



Source: Johnson & Johnson indirect sales data—NDC 59676031201.

Declaration of Eric M. Gaier, Ph.D.

**Figure 3: Intron prices to BCBS-MA**



Source: Schering-Plough indirect sales data—NDC 00085064705.

# IV.2. CIGNA

**Figure 4: Zoladex prices to CIGNA**



Source: AstraZeneca indirect sales data—NDC 00310096036.

Declaration of Eric M. Gaier, Ph.D.

### Figure 5: Vepesid prices to CIGNA



Source: Bristol-Myers Squibb indirect sales data—NDC 00015309520.

### Figure 6: Procrit prices to CIGNA



Source: Johnson & Johnson indirect sales data—NDC 59676031201.

---

Declaration of Eric M. Gaier, Ph.D.

**Figure 7: Intron prices to CIGNA**



Source: Schering-Plough indirect sales data—NDC 00085053901.

# IV.3. Fallon

**Figure 8: Zoladex prices to Fallon**



Source: AstraZeneca indirect sales data—NDC 00310096036.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Figure 9: Vepesid prices to Fallon**



Source: Bristol-Myers Squibb indirect sales data—NDC 00015309520.

**Figure 10: Procrit prices to Fallon**



Source: Johnson & Johnson indirect sales data—NDC 59676031201.

---

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

### Figure 11: Intron prices to Fallon



Source: Schering-Plough indirect sales data—NDC 00085053901.

# IV.4. Harvard Pilgrim

### Figure 12: Zoladex prices to Harvard Pilgrim



Source: AstraZeneca indirect sales data—NDC 00310096036.

Declaration of Eric M. Gaier, Ph.D.

### Figure 13: Vepesid prices to Harvard Pilgrim



Source: Bristol-Myers Squibb indirect sales data—NDC 00015309520.

### Figure 14: Procrit prices to Harvard Pilgrim



Source: Johnson & Johnson indirect sales data—NDC 59676031201.

---

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Figure 15: Intron prices to Harvard Pilgrim**



Source: Schering-Plough indirect sales data—NDC 00085053901.

(9)    Table 4 to Table 18 below depict the markups of AWP over acquisition prices implied by each Massachusetts TPP's purchases.[16] The tables demonstrate that these TPPs would have been aware of the widely varying differences between AWP and provider acquisition costs and would have knowledge of "spreads" exceeding the 30 percent yardstick employed by Dr. Hartman.

---

[16]    Markups are the differences between Dr. Hartman's AWPs and the Massachusetts TPP purchase prices, expressed as a percentage of the purchase prices.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

Table 4: Markups of AWP over BCBS-MA's purchase prices for Bristol-Myers Squibb drugs

| Drug | NDC | Year | | | | |
|------|-----|------|------|------|------|------|
| | | 1994 | 1995 | 1996 | 1997 | 1998 |
| BLENOXANE | 00015301020 | | | | 79.2% | |
| | 00015306301 | | | 60.3% | 83.4% | 84.6% |
| PARAPLATIN | 00015321330 | 26.3% | | 26.3% | 21.1% | 31.5% |
| | 00015321430 | 26.3% | | 26.3% | 23.0% | 30.4% |
| | 00015321530 | | | 26.4% | 26.3% | 30.4% |
| TAXOL | 00015345620 | | 25.0% | | | |
| | 00015347527 | | | 25.0% | | |
| | 00015347627 | | | 25.0% | | |
| VEPESID | 00015308420 | | | | 1264.9% | |
| | 00015309520 | 80.1% | 138.3% | 433.8% | 1257.7% | 1264.9% |

Source: Bristol-Myers Squibb indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Table 5: Markups of AWP over BCBS-MA's purchase prices for Johnson & Johnson drugs**

| Drug | NDC | Year | | | | | | | |
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
|------|-----|------|------|------|------|------|------|------|------|
| PROCRIT | 59676030201 | | | | 29.7% | 29.7% | 29.7% | 27.9% | |
| | 59676030301 | | | | 29.3% | 29.6% | 29.7% | 29.2% | |
| | 59676030401 | | | 26.3% | 29.6% | 29.5% | 29.7% | 29.3% | |
| | 59676030402 | | | | 29.4% | 29.7% | | | |
| | 59676031001 | | | 23.7% | 29.4% | 29.3% | 29.7% | 33.5% | |
| | 59676031201 | | | | | 29.7% | 29.7% | 33.7% | 28.5% |
| | 59676032001 | | | | | | | 26.9% | |
| | 00062740003 | | 26.0% | 28.1% | | | | | |
| | 00062740103 | | 23.7% | 29.1% | | | | | |
| | 00062740201 | 23.9% | 26.5% | 26.9% | | | | | |
| | 00062740501 | | 28.0% | 28.5% | | | | | |

Source: Johnson & Johnson indirect sales data.

Declaration of Eric M. Gaier, Ph.D.

**Table 6: Markups of AWP over BCBS-MA's purchase prices for Schering-Plough drugs**

| Drug | NDC | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|------|-----|------|------|------|------|------|------|
| ALBUTEROL | 59930150008 | | | | 163.0% | 209.0% | 255.4% |
| | 59930151504 | | | | | 100.7% | 117.4% |
| INTRON | 00085012002 | | | | | | |
| | 00085012003 | | | | 40.9% | | |
| | 00085053901 | | | | | | 38.3% |
| | 00085057102 | | | | | 32.3% | |
| | 00085064704 | | | 34.1% | 40.9% | 25.5% | 32.3% |
| | 00085064705 | | | 35.5% | 40.9% | 25.4% | 32.3% |
| | 00085095301 | | | | | | 32.3% |
| | 00085117901 | | | | | | |
| | 00085118401 | | | | | | |
| | 00085118402 | | | | | | |
| | 00085119101 | | | | | | |
| PERPHENAZINE | 59930160001 | | | | | | 268.0% |
| | 59930160301 | | | | | | 271.4% |
| | 59930160501 | | | | | | 231.9% |
| PROVENTIL | 00085020802 | | | 117.2% | 117.2% | | 25.9% |
| | 00085020901 | 56.7% | | | 139.1% | | |

Source: Schering-Plough indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 7: Markups of AWP over CIGNA's purchase prices for AstraZeneca drugs**

| Drug | NDC | Year | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
| ZOLADEX | 00310096036 | 25.0% | 25.0% | 24.8% | 22.8% | 45.3% | 52.1% | 50.3% | 56.7% | 49.0% | 40.5% | 40.5% |
| | 00310096130 | | | | | | 44.3% | 43.1% | 50.8% | 48.3% | 40.0% | 40.5% |

Source: AstraZeneca indirect sales data.

**Table 8: Markups of AWP over CIGNA's purchase prices for Bristol-Myers Squibb drugs**

| Drug | NDC | Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 200 |
| BLENOXANE | 00015301020 | | | | 55.0% | 55.0% | 55.0% | | 182.( |
| | 00015306301 | | | | | | | | 240.! |
| CYTOXAN | 00015050141 | 86.8% | | | | | | | |
| | 00015050301 | | | | 19.6% | 19.6% | 21.6% | | |
| | 00015050641 | 117.9% | | | | | | | |
| | 00015053941 | 106.7% | | 186.7% | 186.7% | 158.0% | | | |
| | 00015054641 | 129.8% | | 250.0% | 250.0% | 308.3% | 308.3% | | |
| | 00015054741 | 124.8% | | 311.4% | 311.4% | 433.2% | 441.3% | 441.3% | |
| | 00015054841 | 149.4% | | 292.6% | 343.7% | 475.3% | 494.2% | 533.7% | 542.! |
| | 00015054941 | . | | | | | | 543.1% | 543.` |
| PARAPLATIN | 00015321330 | | | | | | | 26.3% | 26.7 |
| | 00015321430 | | | | 19.6% | | | 26.3% | 26.6 |
| | 00015321530 | | | | 19.6% | | 25.0% | 26.3% | 26.7 |
| VEPESID | 00015306120 | | | | | | | | 2228. |
| | 00015308420 | | | 90.9% | | | | | |
| | 00015309520 | | 52.5% | 103.2% | 259.6% | 695.5% | 702.9% | 1530.5% | |

Source: Bristol-Myers Squibb indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 9: Markups of AWP over CIGNA's purchase prices for Johnson & Johnson drugs**

| Drug | NDC | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 |
|------|-----|------|------|------|------|------|------|------|
| PROCRIT | 59676030201 | | | 29.7% | 29.7% | 30.4% | 30.4% | 29.0% |
| | 59676030202 | | | | | 30.4% | 30.4% | 21.2% |
| | 59676030301 | | | 29.7% | 29.7% | 30.4% | 30.4% | 27.8% |
| | 59676030302 | | | | 29.7% | 30.4% | 30.4% | 21.2% |
| | 59676030401 | | | 29.7% | 29.7% | 30.4% | 30.4% | 22.5% |
| | 59676030402 | | | | 29.7% | 30.4% | 30.4% | |
| | 59676031001 | | | 29.7% | 29.7% | 30.4% | 30.4% | 28.4% |
| | 59676031002 | | | | 29.7% | 30.3% | 30.4% | 21.2% |
| | 59676031201 | | | | | 30.4% | 30.4% | 30.0% |
| | 59676032001 | | | | | | | 24.6% |
| | 59676034001 | | | | | | | |
| | 00062740003 | 29.6% | 29.7% | 29.7% | | | | |
| | 00062740103 | 29.7% | 29.7% | 29.7% | | | | |
| | 00062740201 | 29.7% | 29.7% | 29.7% | | | | |
| | 00062740501 | 29.7% | 29.7% | 29.7% | | | | |

Source: Johnson & Johnson indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 10: Markups of AWP over CIGNA's purchase prices for Schering-Plough drugs**

| Drug | NDC | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | Year 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBUTEROL | 59930150008 | | | | | 524.4% | 642.0% | | | | |
| | 59930151504 | | | | 113.7% | 60.9% | 17.1% | 4584.4% | | | |
| INTRON | 00085012002 | 46.4% | 31.3% | 35.5% | 34.9% | 31.9% | 38.5% | 15.0% | 23.7% | 23.2% | 30.2% |
| | 00085012003 | 34.8% | 31.0% | 35.5% | 37.1% | 31.9% | 39.1% | | | | |
| | 00085012004 | | 35.5% | 32.7% | 32.3% | 31.9% | 39.1% | | | | |
| | 00085012005 | | | | | | 36.9% | 14.9% | | | |
| | 00085028502 | 22.4% | 27.2% | 33.7% | 39.6% | 31.9% | 38.4% | 14.9% | 22.6% | | 20.3% |
| | 00085053901 | 51.7% | 34.8% | 37.1% | 32.5% | 39.1% | 44.8% | 21.9% | 23.6% | 22.1% | |
| | 00085057102 | 27.2% | 32.7% | 36.1% | 36.7% | 39.1% | 45.0% | 23.2% | 26.9% | 23.1% | 29.0% |
| | 00085057106 | | | 35.5% | 31.9% | 31.9% | 38.5% | 14.8% | | | |
| | 00085064703 | 22.4% | 29.4% | 35.1% | 34.5% | 31.9% | 38.6% | 15.6% | 23.8% | 24.2% | |
| | 00085064704 | 22.4% | 29.9% | 34.0% | 36.6% | 31.9% | 38.7% | 15.0% | | | |
| | 00085064705 | 22.4% | 30.3% | 31.1% | 34.8% | 31.9% | 38.2% | 13.6% | | | 30.2% |
| | 00085068901 | | 31.9% | 35.7% | 32.5% | 31.9% | 31.9% | | | | |
| | 00085076901[17] | | | 40.9% | 40.9% | 559.4% | 37.9% | 14.9% | | | |
| | 00085092301 | | | 40.9% | 33.4% | 163.7% | 38.9% | 14.9% | | | |
| | 00085095301 | | | | | 39.1% | 38.7% | 14.9% | | | |
| | 00085111001 | | | | | | 45.4% | | | | |
| | 00085113301 | | | | | | | 23.6% | 26.7% | 25.3% | 36.6% |
| | 00085116801 | | | | | | | 23.6% | 24.9% | 26.1% | 36.6% |
| | 00085117901 | | | | | | | 23.6% | 22.8% | 15.1% | |
| | 00085117902 | | | | | | | 23.6% | 25.5% | 25.3% | 36.6% |
| | 00085118401 | | | | | | | 23.8% | 21.2% | 19.3% | |
| | 00085118402 | | | | | | | 23.6% | 22.0% | 19.5% | 43.3% |
| | 00085119101 | | | | | | | 23.7% | 22.6% | 18.5% | |
| | 00085119102 | | | | | | | 23.6% | 21.8% | 18.9% | 43.9% |
| | 00085123501 | | | | | | | | 23.6% | 25.4% | 36.6% |
| | 00085124201 | | | | | | | | 23.6% | 25.5% | 36.6% |
| | 00085125401 | | | | | | | | 23.6% | 25.3% | 36.6% |
| PERPHENAZINE | 59930160501 | | | | | | | | 521.0% | 521.0% | 521.0% |
| PROVENTIL | 00085020802 | 72.9% | 95.3% | 95.3% | 95.3% | 87.0% | 58.0% | | | | |
| | 00085020901 | 95.6% | 121.8% | 167.9% | 172.3% | 124.7% | 67.2% | | | | |
| TEMODAR | 00085124402 | | | | | | | | | | |
| | 00085125901 | | | | | | | | | | |
| | 00085125902 | | | | | | | | | | |

Source: Schering-Plough indirect sales data.

---

[17] Dr. Hartman's AWP of $1,244.40 in 1995 appears to be incorrect. From January 1, 1995 until March 1, 1995, the AWP published in Medi-Span 1995 and continuing through the end of the year, the AWP published in Medi-Span is $262.57. See Medi-Span Comprehensive Price History Fil

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 11: Markups of AWP over Fallon's purchase prices for AstraZeneca drugs**

| Drug | NDC | Year | | | | | |
| | | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|------|-----|------|------|------|------|------|------|
| ZOLADEX | 00310096036 | 25.0% | | | | 150.0% | 150.0% |
| | 00310096130 | | | | | 150.0% | 150.0% |

Source: AstraZeneca indirect sales data.

**Table 12: Markups of AWP over Fallon's purchase prices for Bristol-Myers Squibb drugs**

| Drug | NDC | Year | | | | | |
| | | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
|------|-----|------|------|------|------|------|------|
| BLENOXANE | 00015301020 | | | 60.4% | 72.1% | 99.6% | 110.8% |
| | 00015301026 | | | | | | 125.6% |
| | 00015306301 | | | | | | |
| CYTOXAN | 00015054841 | | | 250.3% | 369.1% | 432.2% | 491.4% |
| | 00015054941 | | | 236.2% | 365.0% | 483.3% | 509.3% |
| PARAPLATIN | 00015321330 | 26.3% | | 26.6% | 24.3% | 26.2% | 26.7% |
| | 00015321430 | 26.3% | | 26.6% | 23.7% | 26.2% | 26.7% |
| | 00015321530 | 26.3% | | 26.6% | 23.5% | 25.4% | 27.1% |
| VEPESID | 00015306220 | | | 437.9% | | | |
| | 00015309145 | | | | | 20.2% | 28.5% |
| | 00015309520 | 59.3% | 88.3% | 616.0% | 993.9% | 1315.7% | 1550.6% |
| | 00015309530 | | 259.2% | 458.9% | 993.7% | | |

Source: Bristol-Myers Squibb indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 13: Markups of AWP over Fallon's purchase prices for Johnson & Johnson drugs**

| Drug | NDC | 1991 | 1992 | 1993 | 1994 | Year 1995 | 1996 | 1997 |
|------|-----|------|------|------|------|------|------|------|
| PROCRIT | 59676030201 | | | 27.7% | 29.6% | 31.4% | 33.2% | 28.2% |
| | 59676030301 | | | 27.7% | 29.3% | 31.3% | 33.3% | 31.9% |
| | 59676030302 | | | | | | | 33.3% |
| | 59676030401 | | | 27.7% | 29.1% | 31.4% | 33.2% | 31.7% |
| | 59676031001 | | | 27.7% | 29.5% | 31.4% | 36.4% | 35.8% |
| | 59676031002 | | | | | | 36.4% | 38.8% |
| | 59676031201 | | | | | | 35.8% | 35.4% |
| | 59676032001 | | | | | | | 26.3% |
| | 59676034001 | | | | | | | |
| | 00062740003 | 23.7% | 25.7% | 27.6% | | | | |
| | 00062740103 | 23.7% | 25.6% | 27.7% | | | | |
| | 00062740201 | | | 27.7% | | | | |
| | 00062740501 | 23.7% | 25.1% | 27.7% | | | | |

Source: Johnson & Johnson indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 14: Markups of AWP over Fallon's purchase prices for Schering-Plough drugs**

| Drug | NDC | Year 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|------|-----|------|------|------|------|------|------|------|------|------|------|------|
| ALBUTEROL | 59930150008 | | | | | | 266.7% | 1206.9% | 744.7% | 577.2% | 509.1% | 811.0% |
| | 59930151504 | | | | | | | 11.8% | -50.6% | -71.7% | -52.0% | -44.1% |
| INTRON | 00085012002 | 46.6% | | 35.5% | 40.9% | 20.4% | 29.8% | | 29.1% | | | |
| | 00085012003 | | 34.8% | | | 22.7% | 34.7% | | | | | |
| | 00085012004 | | | | 40.9% | 40.9% | | | | | | |
| | 00085012005 | | | | | | 20.1% | 20.1% | | | | |
| | 00085028502 | | | 35.5% | 40.9% | 27.7% | 29.5% | | | | | 46.4% |
| | 00085053901 | | | | | 34.7% | 30.6% | 29.6% | 34.3% | | | 45.3% |
| | 00085057102 | 27.2% | 34.8% | 35.5% | 40.9% | 34.7% | 25.5% | 29.2% | 32.6% | | | |
| | 00085057106 | | | 35.5% | 40.9% | 13.8% | 33.0% | | | | | |
| | 00085064703 | | 34.8% | 35.5% | 40.9% | 18.8% | 31.5% | 19.2% | 30.5% | | | |
| | 00085064704 | 22.4% | 34.8% | 34.1% | 40.9% | | | | | | | |
| | 00085064705 | | 34.8% | 35.5% | 40.9% | 25.8% | 28.2% | 19.4% | | | | |
| | 00085068901 | | | 36.0% | 41.4% | | | | | | | |
| | 00085076901 | | | 40.9% | 40.9% | | | | | | | |
| | 00085092301 | | | 40.9% | 40.9% | 156.3% | 27.7% | 20.1% | | | | |
| | 00085095301 | | | | | | 34.7% | 20.0% | | | | |
| | 00085111001 | | | | | | | 29.2% | 34.3% | | | |
| | 00085116801 | | | | | | | 23.6% | 34.3% | | 39.6% | 47.8% |
| | 00085117901 | | | | | | | 28.4% | 28.2% | 25.0% | | |
| | 00085117902 | | | | | | | | 31.3% | 31.1% | 39.6% | 45.5% |
| | 00085118401 | | | | | | | 23.8% | | | | |
| | 00085118402 | | | | | | | 29.2% | 28.5% | 26.1% | 46.4% | 43.5% |
| | 00085119102 | | | | | | | | 30.4% | 25.0% | | |
| | 00085123501 | | | | | | | | 30.4% | 33.0% | 39.6% | 50.1% |
| | 00085124201 | | | | | | | | 30.4% | 31.6% | 39.6% | 41.2% |
| | 00085125401 | | | | | | | | | 31.2% | 39.6% | 42.6% |
| PROVENTIL | 00085020802 | 91.0% | 117.2% | 117.2% | 116.6% | 101.5% | 25.9% | 31.9% | 31.9% | | 30.7% | 40.8% |
| | 00085020901 | 103.0% | 139.1% | 139.1% | 138.8% | 30.3% | 25.6% | 34.2% | 30.5% | 33.4% | 30.5% | 40.5% |

Source: Schering-Plough indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 15: Markups of AWP over Harvard Pilgrim's purchase prices for AstraZeneca drugs**

| Drug | NDC | Year | | | | | | | | |
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
|------|-----|------|------|------|------|------|------|------|------|------|
| ZOLADEX | 00310096036 | 25.0% | 25.0% | 24.2% | 26.8% | 41.3% | 44.0% | 41.8% | 109.2% | 153.6% |
| | 00310096130 | | | | | | 40.7% | 40.6% | 125.1% | 152.7% |

Source: AstraZeneca indirect sales data.

**Table 16: Markups of AWP over Harvard Pilgrim's purchase prices for Bristol-Myers Squibb drugs**

| Drug | NDC | Year | | | | | | | |
| | | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 200 |
|------|-----|------|------|------|------|------|------|------|------|
| BLENOXANE | 00015301020 | | | | 59.7% | 81.8% | 101.0% | 111.8% | 159.4 |
| CYTOXAN | 00015050301 | | | | 26.0% | 28.6% | 30.3% | 33.3% | 38.5 |
| | 00015050401 | | | | | 28.8% | 30.0% | 35.8% | 40.4 |
| | 00015054741 | | | | | | | | 447.0 |
| | 00015054841 | 119.8% | | | 367.5% | 367.5% | 417.1% | 524.9% | 542.9 |
| PARAPLATIN | 00015321330 | | | | 26.3% | | 21.7% | 31.6% | |
| | 00015321430 | | | | 26.3% | | 21.7% | 31.6% | |
| | 00015321530 | | | | 26.3% | | 22.2% | 31.6% | |
| VEPESID | 00015309145 | | | | 27.7% | 28.4% | 30.2% | 33.0% | 38.7 |
| | 00015309520 | | | 136.8% | 388.9% | 1137.9% | 1275.2% | | |

Source: Bristol-Myers Squibb indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

**Table 17: Markups of AWP over Harvard Pilgrim's purchase prices for Johnson & Johnson drugs**

| Drug | NDC | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 |
|------|-----|------|------|------|------|------|------|
| PROCRIT | 59676030201 | | | 29.6% | 29.8% | 29.7% | 26.6% |
| | 59676030202 | | | | | | |
| | 59676030301 | | | 29.1% | 30.6% | 29.3% | 25.6% |
| | 59676030302 | | 25.0% | 29.7% | 29.7% | 29.7% | 26.1% |
| | 59676030401 | | 26.7% | 29.3% | 29.9% | 29.7% | 26.0% |
| | 59676030402 | | 27.9% | 29.7% | 29.7% | 29.7% | 26.2% |
| | 59676031001 | | 26.4% | 29.7% | 29.7% | 29.7% | 30.2% |
| | 59676031002 | | | 29.7% | | 29.7% | 29.3% |
| | 59676031201 | | | | 29.7% | 29.7% | 29.9% |
| | 59676032001 | | | | | | |
| | 59676034001 | | | | | | |
| | 00062740003 | 25.3% | 26.9% | | | | |
| | 00062740103 | 25.5% | 27.4% | | | | |
| | 00062740201 | 25.6% | 27.4% | | | | |
| | 00062740501 | 28.0% | 28.0% | | | | |

Source: Johnson & Johnson indirect sales data.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

Table 18: Markups of AWP over Harvard Pilgrim's purchase prices for Schering-Plough drugs

| Drug | NDC | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 20 |
|------|-----|------|------|------|------|------|------|------|------|------|------|-----|
| ALBUTEROL | 59930150006 | | | | | | | | 358.0% | 358.0% | 358.0% | 358 |
| | 59930150008 | | | | | 245.7% | 268.2% | 280.5% | 325.8% | 358.3% | | |
| | 59930151504 | | | | | 123.2% | 154.5% | 160.7% | 160.7% | 160.7% | | |
| INTRON | 00085012002 | 46.4% | 34.8% | 35.5% | 40.9% | 25.4% | 28.2% | 27.5% | 29.5% | 33.4% | | |
| | 00085012003 | | 34.8% | 35.5% | | 25.4% | 31.8% | | | | | |
| | 00085012004 | | 43.6% | 35.5% | 40.9% | 26.3% | | | | | | |
| | 00085012005 | | | | | | 27.5% | 27.7% | | | | |
| | 00085028502 | 22.4% | 34.8% | | 40.9% | 25.4% | | | | | | |
| | 00085053901 | 27.2% | 34.8% | | 40.9% | 32.3% | 33.4% | 36.0% | 36.0% | 35.5% | 36.1% | 37. |
| | 00085057102 | 27.2% | 34.3% | 35.5% | 40.9% | 32.3% | 33.4% | 34.9% | 36.6% | 36.1% | | |
| | 00085057106 | | | 35.5% | 40.9% | 28.7% | 26.2% | 27.7% | | | | |
| | 00085064703 | 22.4% | 34.7% | 35.5% | 40.9% | 25.8% | 28.5% | 26.6% | 33.4% | | | |
| | 00085064704 | 22.4% | 34.8% | 34.1% | 40.9% | 25.8% | 28.1% | 27.7% | | | | |
| | 00085064705 | 22.4% | 34.7% | 35.5% | 40.9% | 25.9% | 27.7% | 27.7% | | | | 37. |
| | 00085068901 | | | 36.0% | 41.4% | 25.4% | 24.8% | | | | | |
| | 00085076901[18] | | | | 40.9% | 527.1% | | | | | | |
| | 00085092301 | | | 40.9% | | 150.8% | | | | | | |
| | 00085095301 | | | | | 32.3% | 28.9% | 27.7% | | | | |
| | 00085111001 | | | | | | 31.0% | 35.5% | 35.5% | 34.1% | 38.5% | 44. |
| | 00085113301 | | | | | | | 35.0% | | | | |
| | 00085116801 | | | | | | | 34.3% | 35.5% | 34.3% | 41.4% | 30. |
| | 00085117901 | | | | | | | 34.2% | 33.0% | 28.5% | | |
| | 00085117902 | | | | | | | 34.4% | 35.5% | 34.5% | 40.4% | 30. |
| | 00085118401 | | | | | | | 37.4% | 29.6% | 29.0% | | |
| | 00085118402 | | | | | | | 34.8% | 31.6% | 28.6% | 46.8% | 35. |
| | 00085119101 | | | | | | | 34.8% | | 28.7% | | |
| | 00085119102 | | | | | | | 35.5% | 30.5% | 29.5% | 49.2% | 42. |
| | 00085123501 | | | | | | | | 33.4% | 35.0% | | |
| | 00085124201 | | | | | | | | 33.4% | 34.6% | 38.1% | 43. |
| | 00085125401 | | | | | | | | | 34.1% | 36.1% | 39. |
| PERPHENAZINE | 59930160301 | | | | | | | | | 420.0% | | |
| | 59930161001 | | | | | | | | 332.0% | | | |
| PROVENTIL | 00085020802 | 117.8% | 116.4% | 117.2% | 117.2% | 48.2% | 28.0% | 36.9% | 37.2% | 45.7% | 37.7% | |
| | 00085020901 | 123.6% | 131.8% | 139.1% | 139.1% | 33.5% | 27.3% | 35.4% | 36.9% | 45.2% | 38.5% | 46. |

Source: Schering-Plough indirect sales data.

---

[18]   See footnote 17 above.

Contains highly confidential materials—subject to protective order

Declaration of Eric M. Gaier, Ph.D.

(10)   In summary, the manufacturer sales data demonstrate that at least four of the largest five
       TPPs in Massachusetts—including plaintiff BCBS-MA and collectively representing
       approximately 70 percent of the beneficiaries in Massachusetts—had knowledge that the
       subject physician-administered drugs were available to providers at substantial discounts
       from AWP and knew the magnitude of those discounts since at least 1991.

I declare under penalty of perjury that this declaration is true and correct.

Eric M. Gaier, Ph.D.

July 14, 2006
Date

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | CIVIL ACTION: 01-CV-12257-PBS |
| LITIGATION | ) | |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| CV-12257-PBS AND 01-CV-339 | ) | Chief Magistrate Judge Marianne B. |
| | ) | Bowler |

**DECLARATION OF JOHN P. GOULD**

**MARCH 22, 2006**

*Contains Highly Confidential Materials Subject to Protective Order*

differences between AWP and the price at which providers acquired Zoladex

from AstraZeneca.



**Figure 2**
**IMS Clinic Price for Zoladex Compared with Dr Hartman's ASP and Zoladex WAC and AWP**

Note: Classes 3, 5 and 6 represent Government and Hospitals and are excluded.
Source: First Data Bank, Dr. Hartman's 2/23/06 Addendum and IMS NSP.

20. Second, some TPPs, including TPPs in Massachusetts, directly negotiated with

AstraZeneca a discount from WAC for Zoladex greater than 3.84 percent or,

equivalently, they negotiated more than the 30 percent spread (in Dr. Hartman's

terminology) between AWP and ASP that Dr. Hartman claims is the maximum

legal amount.[8]   These include the Massachusetts TPPs Harvard Community

Health Plan, Med Partners, Vanguard Medical Associates, and Fallon Community

Health Plan.   By 1999, discounts of 50 percent of WAC (or spreads of 150

percent) were common for Massachusetts TPPs.  Clearly, these firms knew that

---

[8] Dr. Hartman, Dr. Rosenthal and the Plaintiffs mischaracterize how manufacturers behave by focusing on the "spread" between ASP and AWP, or on the amount by which AWP "exceeds" ASP. In fact, actual provider acquisition costs result from discounting by AstraZeneca and other manufacturers from WAC – the list price. AWP (and thus the "spread") is not established, as Plaintiffs misleadingly imply, by raising AWP above predetermined acquisition costs or ASP.

*Contains Highly Confidential Materials Subject to Protective Order*          11

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

COPY

)
IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE )          MDL No. 1456
LITIGATION )
)          Civil Action No.  01-12257-PBS
―――――――――――――――――― )
)
)          Judge Patti B. Saris
)
THIS DOCUMENT RELATES TO )
01-CV-12257-PBS AND 01-CV-339 )
―――――――――――――――――― )

## MERITS REPORT AND DECLARATION OF FIONA SCOTT MORTON, PH.D.

### March 22, 2006

Contains Highly Confidential Materials Subject to Protective Order

changing their payment methods for drugs noted that they might have to raise physician administration fees to partially offset the reduced income generated for physicians."[179]

112. According to Professor Berndt: "[K]nowledgeable observers understood that physicians were able to purchase many of the Medicare Part B outpatient drugs at acquisition costs considerably less than AWP,"[180] and the difference between AWP and ASPs has long been highly visible to active industry participants.[181]

**B.    Payors could (and did) acquire more information**

**1.    Payors could (and did) become involved in drug purchasing**

113. Dr. Hartman assumes the only publicly available "signal" of acquisition costs was AWP[182] (without considering TPPs' involvement in drug purchasing[183]), and concludes that "TPPs must have and did look to signals for the costs."[184] However, payors could gain information on drug acquisition costs and spreads by becoming involved in drug purchasing, and some have done so. For example, private payors have acquired specialty pharmacy operations, mail order pharmacy services, or pharmacies and clinics typically through staff model HMOs,[185] or PBMs;[186] these

---

[179] 2003 MedPAC Report, pp. 166–167.

[180] Berndt Report, ¶ 97.

[181] In a section discussing reports and investigations by the OIG, VA, HCFA/CMS, GAO, CBO, DHHS, Professor Berndt notes: "While it is not entirely clear why it has taken so very long for CMS to switch from AWP-based to an actual selling price (ASP)-based reimbursement, what is clear is that through these published reports and inter-agency public information exchanges, the fact that pharmacies' and providers' acquisition costs were typically less than AWP has long been made very visible and public. It has not been a secret, at least to active observers and health care industry participants" (Berndt Report, ¶ 65); see, also, Berndt Report, ¶ 74.

[182] Hartman Declaration of Dec. 16, 2004, ¶ 3 (e).

[183] Hartman Deposition, pp. 1013–1015 (Dr. Hartman did not study payors' precise affiliations with staff model HMOs or hospitals, although he acknowledges that a third-party payor should be informed by its subsidiaries that purchase drugs).

[184] Hartman Liability Report, ¶ 35.

[185] For example, Anthem had a mail-order pharmacy service called Anthem Prescription Management; see Deposition of Timothy Hopkins (Executive Director of retail, mail order, and specialty pharmacy operations, Anthem), November 30, 2004 ("Hopkins Deposition"), pp. 16, 38, 45–50, 92–93. See, also, the discussion of Anthem's specialty pharmacy services in "Specialty Pharmacy Market Offers Expansion Opportunity for PBMs," *Drug Cost Management Report*, September 12, 2003. CIGNA used

48

Contains Highly Confidential Material Subject to Protective Order

entities purchased directly from drug manufacturers or wholesalers. And "over the years the federal government has purchased a limited number of drugs in its Medicare Part B program."[187] Thus, even if there were no publicly available "price signals," payors could (and some did) inform themselves of drug acquisition costs. Any payor who had knowledge of the spreads available to physicians could not have been fraudulently deceived about such spreads.

### 2.  Payors could (and did) require the reporting of acquisition prices

114. Very large and powerful private and public payors, including Medicare,[188] are in a position to require detailed transaction pricing data for use in determining reimbursement rates. Note that CMS, which administers Medicare and Medicaid, successfully implemented the OBRA 1990 provisions requiring reporting a type of average selling price for drugs covered by Medicaid (i.e., average manufacturer

---

its specialty pharmacy service to purchase directly from manufacturers; see Herbold Deposition (CIGNA), pp. 22, 24, 63. Harvard Pilgrim owned pharmacies and physician clinics when it was a staff model HMO, and purchased PADs and SADs for them directly from manufacturers and wholesalers; see Kenney Deposition (Harvard Pilgrim Health Care), pp. 9–11. HIPNY purchased drugs for its staff model HMO pharmacies; Deposition of Araksi Sarafian (Vice President for pharmacy services, HIPNY), September 21, 2004 ("Sarafian Deposition"), pp. 8, 32–43. Humana owns two pharmacies in Florida that handle chemotherapy drugs; see March, Astara, "Brown Bagging Chemotherapy Drugs," *Oncology Issues*, Vol. 16, No. 4, July/August 2001, pp. 23–28 at 28. John Deere Health Plan purchased drugs directly from manufacturers for its staff model HMO, which operated from 1993 to 1999; see Deposition of Carol Sidwell (Manager of Provider Relations, John Deere Health Plan), September 17, 2004 ("Sidwell Deposition"), pp. 6, 40–43.

[186] Payors who have vertically integrated into PBMs include Aetna, Anthem, CIGNA, Health Net, PacifiCare, UnitedHealthcare, WellPoint, and various Midwest Blue Cross plans. See "Health Plan Strategies for Pharmacy Benefit Management," *Managed Care Week*, May 2, 2005; "Aetna Grows PBM Business with Stand-Alone 'Carve Back' Clients," *Drug Benefit News*, March 11, 2005; "Blues-owned PBMs Primarily Serve Blues HMO Markets – Pharmacy Benefit Management," *Drug Cost Management Report*, August 2002; Elswick, Jill, "Rx-only Consumer-driven Plans Hit Market," *Employee Benefit News*, December 2003; PricewaterhouseCoopers, *Study of Pharmaceutical Benefit Management*, HCFA Contract No. 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/0097, June 2001, p. 35; "Aetna Takes Mail-order In-House; Ends Contract with Express Scripts," *Drug Cost Management Report*, November 2002; and "MN Blues Plan Looks Beyond McKesson Deal to Build Specialty Pharmacy Program," *Specialty Pharmacy News*, Vol. 2, No. 11, November 2005, pp. 1–3 at 1.

[187] Berndt Report, ¶ 32.

[188] MedPAC noted that: "Because there is no official calculation method, CMS potentially can use alternate sources of information like market surveys to establish new AWPs for setting Medicare payment rates. These rates could be tied to actual transaction prices." 2003 MedPAC Report, p. 152.

49

Contains Highly Confidential Material Subject to Protective Order

prices—AMPs), a program which covers both SADs and PADs.[189]  The government also has the ability to engage in price discovery for SADs and PADs through the Federal Supply Schedule ("FSS") and Medicaid Best Price provisions.[190]

115. The federal government also requires reporting of a type of acquisition price for Medicare Part B under the current regime of ASP+6% put in place by the MMA.[191]

116. The New York State government is another example of a large payor requiring physicians to submit actual acquisition costs of PADs for reimbursement, which it does under the New York State Medicaid program.[192]

### 3.  Payors could (and did) conduct surveys and studies

117. The government has conducted numerous studies of single-source and multi-source drugs, both SADs and PADs, under Medicare Part B, Medicaid, and other programs.[193]  Dr. Hartman has acknowledged that payors undertook a variety of studies of spreads during the class period,[194] which allowed them to gain additional information about spreads.

118. Buyers will often seek out information on prices to help them find a lower price. However, buyers will only search for information if it is worthwhile for them to do so.  The expected gains are the savings to be had from finding a lower price than the

---

[189] CBO, *How the Medicaid Rebate on Prescription Drugs Affects Pricing in the Pharmaceutical Industry,* January 1996 ("1996 CBO Report"), Chapter II, pp. 5, 11.

[190] See OIG, *Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs,* OIE-03-97-00293, November 1998, pp. i–ii; 2001 OIG Report, pp. i–ii.

[191] 69 Fed. Reg. 47520–47521 (August 5, 2004).

[192] The New York state Medicaid drug program has required that physician-administered chemotherapy drugs are billed separately by the physician from services in administering the drug and are paid for at "the actual cost of the drugs to the practitioners." N.Y. Soc. Serv. Law § 367-a(9)(a); See New York State Department of Social Services, *MMIS Provider Manual* at 7-107; 7-157 (revised July 2003).

[193] See section III.A.1.

[194] Hartman Declaration of Dec. 16, 2004, ¶ 15(f)(i), fn. 13.

50

Contains Highly Confidential Material Subject to Protective Order