# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) )   MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | ) ) ) ) ) ) )   Hon. Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of the appearance of Paul Olszowka as counsel for Defendant Sandoz Inc. in this matter. All other counsel of record for Sandoz Inc. will continue to appear as counsel for Sandoz Inc. in this matter.

Dated: October 5, 2006

                Respectfully Submitted,

                /s/Sheryl Dickey
                Sheryl Dickey
                White & Case LLP
                1155 Avenue of the Americas
                New York, New York 10036
                Telephone: (212) 819-8593
                Facsimile: (212) 354-8113

                Counsel for Sandoz Inc.

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electric service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 5, 2006, a copy to Lexis-Nexis for posting and notification to all parties.

/s/Sheryl Dickey
Sheryl Dickey
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8593
Facsimile: (212) 354-8113