UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) <br> THIS DOCUMENT RELATES TO ) <br> ALL ACTIONS ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE, that pursuant to Paragraph 16 of Case Management Order No. 1, Johnson & Johnson, Centocor, Inc., and Ortho-Biotech Products, L.P., (collectively, the "J&J defendants") respectfully move the Court for the admission *pro hac vice* of the following attorneys to practice before this Court as J&J defendants' attorneys in this action:

        Mark Gregory Young
        PATTERSON BELKNAP WEBB & TYLER LLP
        1133 Avenue of the Americas
        New York, New York 10036
        Tel: 212-336-2000
        Fax: 212-336-2222
        Email: mgyoung@pbwt.com

        Niraj J. Parekh
        PATTERSON BELKNAP WEBB & TYLER LLP
        1133 Avenue of the Americas
        New York, New York 10036
        Tel: 212-336-2000
        Fax: 212-336-2222
        Email: njparekh@pbwt.com

As appears from the accompanying declarations, Mark Gregory Young and Niraj J. Parekh are each members in good standing of the bar of a district court of the United States. The appropriate filing fees are being submitted to the Clerk of the Court with this Notice and Motion.

1313166v1

The J&J defendants request that these attorneys be added to the Court's Master Service List.

Dated: October 6, 2006

        PATTERSON BELKNAP WEBB & TYLER LLP

By: _____
    Andrew D. Schau
1133 Avenue of the Americas
New York, New York 10036
Tel: 212-336-2000
Fax: 212-336-2222

Attorneys for Johnson & Johnson, Centocor, Inc., and Ortho-Biotech Products, L.P.

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 6, 2006 a copy to LexisNexis File & Serve by electronic transmission for posting and notification to all parties.

_____
Andrew D. Schau

1313166v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE            ) <br> LITIGATION                                             ) <br> _____) <br> THIS DOCUMENT RELATES TO          ) <br> ALL ACTIONS                                        ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

PRO HAC VICE DECLARATION OF
MARK GREGORY YOUNG

1. I am associated with the firm Patterson Belknap Webb & Tyler LLP, counsel in this matter to defendants Johnson & Johnson, Centocor, Inc., and Ortho-Biotech Products, L.P.. I submit this Affidavit in support of my admission *pro hac vice* to the bar of this Court pursuant to paragraph 16 of Case Management Order No. 1.

2. I am an attorney duly licensed to practice law in the State of New York. I have also been admitted to practice before the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Southern District of New York and the Eastern District of New York.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of October, 2006.

_____
Mark Gregory Young

1313166v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) | Judge Patti B. Saris |

PRO HAC VICE DECLARATION OF
NIRAJ J. PAREKH

1. I am associated with the firm Patterson Belknap Webb & Tyler LLP, counsel in this matter to defendants Johnson & Johnson, Centocor, Inc., and Ortho-Biotech, Products, L.P. I submit this Affidavit in support of my admission *pro hac vice* to the bar of this Court pursuant to paragraph 16 of Case Management Order No. 1.

2. I am an attorney duly licensed to practice law in the State of New York. I have also been admitted to practice before the United States District Courts for the Southern District of New York and the Eastern District of New York.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of October, 2006.

_____
Niraj J. Parekh

1313166v1