# EXHIBIT 2

WA 97-004

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

May 22, 1997

Lyle Quasim, Secretary
Department of Social & Health Services
Post Office Box 45010
Olympia, WA 98504-5010

Dear Mr. Quasim:

The Department of Social and Health Services submitted Medicaid State Plan Amendment 97-04 for our review. This transmittal revises the pharmacy reimbursement process by removing the State supplemental drug discount program and revising the maximum allowable cost (MAC) determination and adding a automated maximum allowable cost (AMAC) determination for multiple-source drugs which are not on HCFA upper limits or the agency's MAC list. We received your request by letter dated April 10, 1997.

The purpose of this letter is to inform you that your State Plan Amendment 97-04 is approved as submitted effective April 1, 1997, as requested.

If you or your staff have any questions concerning this approval, please contact Robert Tanna of my staff at (206) 615-2399.

Sincerely,

Dan S. Dolan, Manager
Medicaid Operations & Policy

cc:   Jane Beyer, MAA
      Joanie Scotson, MAA

RLTANNA:May 21, 1997
c:\SP\SPA\WA\97-04r2.SPA
File Code: SP File
Final: Jo 5/22/97

FILE COPY

| OFFICE | SURNAME | DATE | OFFICE | SURNAME | DATE | OFFICE | SURNAME | DATE |
|---|---|---|---|---|---|---|---|---|
| SS | | 5/22 | | | | | | |
| MCO | Tanna | 5/21 | MCD | Miles | 5/22/97 | | | |
| MCO | Sexton Acting | 5/22/97 | | | | | | |

Case 1:01-cv-12257-PBS   Document 3173-3   Filed 10/06/06   Page 3 of 6

REVISION

ATTACHMENT 4.19-B
Page 2

STATE PLAN UNDER TITLE XIX OF THE SOCIAL SECURITY ACT
State _____ WASHINGTON _____

III. Physicians Services

   A. Payments for physicians are the usual, customary, and reasonable charges by physicians up to a maxima specified by the department. The maximum allowable payment for most procedures is the product of Unit Values appearing in the department's fee schedule and a statewide Conversion Factor. For a few procedures, the allowed payment is not specified but payment does not exceed a reasonable charge.

   B. The usual and customary charge is the fee charged by a physician to a majority of his/her patients.

   C. Maximum fees are established and updated using a Resource Based Relative Value Scale (RBRVS) approach as adopted in the Medicare Fee Schedule (MFS). The MFS relative value units, adjusted by statewide geographic index, is multiplied by the statewide service-specific conversion factors.

IV. Pharmacy Services

   A. General Information:

      1. The state of Washington's Medical Assistance program will reimburse only for prescription drugs provided by manufacturers that have a signed agreement with the Department of Health and Human Services. Prescriptions for drugs may be filled and refilled at the discretion of the prescriber. For those drugs specified by the single state agency, prior approval will be required.

      2. Payment for drugs purchased in bulk by a public agency will be made in accordance with governmental statutes and regulations governing such purchases.

      3. Each Medical Assistance client is granted the freedom to choose his or her source of medications, except when the client is covered under a managed care plan which includes the drug benefit.

---

TN# __97-04__ Approval Date:_____   Effective Date: __4/ 1/97__
Supersedes
TN# __91-06__

HHC020-1723

Case 1:01-cv-12257-PBS   Document 3173-3   Filed 10/06/06   Page 4 of 6

REVISION                                           ATTACHMENT 4.19-B
                                                   Page 2-a

STATE PLAN UNDER TITLE XIX OF THE SOCIAL SECURITY ACT
State _____ WASHINGTON _____

B.  Upper Limits for Multiple-Source Drugs:

   1.  The reimbursement amount for a multiple-source drug for which HCFA has established a specific upper limit shall be adopted, except, if the upper limit is lower than the pharmacies' actual acquisition cost for products available in Washington state. Based on information provided by representative pharmacy providers, a maximum allowable cost (MAC) shall be chosen. The chosen fee shall be the lowest amount sufficient to cover in-state pharmacies' actual acquisition cost. Payments for multiple-source drugs for which HCFA has set upper limits will not exceed, in the aggregate, the prescribed upper limits plus reasonable dispensing fees.

   2.  The single state agency may establish a MAC for other multiple-source drugs which are available from at least three manufacturers/labelers. The MAC established shall not apply if the prescriber certifies that a specific brand is "medically necessary" for a particular client.

   3.  Automated maximum allowable cost (AMAC) pricing shall apply to multiple-source drugs which are not on HCFA upper limits or the agency's MAC list but are produced by three or more manufacturers/labelers under the federal drug rebate agreement. AMAC reimbursement for all products within a generic code number sequence shall be at the estimated acquisition cost (EAC) of the third lowest priced product in that sequence, or the EAC of the lowest priced drug under a federal rebate agreement in that sequence, whichever is higher. AMAC is recalculated each time there are pricing updates to any product in the sequence.

TN# 97-04   Approval Date: _____   Effective Date: 04/01/97
Supersedes
TN# 93-37

HHC020-1724

REVISION

ATTACHMENT 4.19-B
Page 2-b

STATE PLAN UNDER TITLE XIX OF THE SOCIAL SECURITY ACT
State _____ WASHINGTON _____

    4.    The single state agency shall determine EAC by periodically determining the pharmacies' average acquisition costs for a sample of drug codes. The average cost shall be based on in-state wholesalers' published prices to subscribers, plus an average upcharge, if applicable. The single state agency shall pay the EAC for a multiple-source product if the EAC is less than the MAC/AMAC established for that product.

C.    Upper Limits for "Other" drugs:

    1.    An "other" drug is defined as a brand name (single source) drug, a multiple-source drug where significant clinical differences exist between the branded product and generic equivalents, or a drug with limited availability.

    2.    Payments for "other" drugs are based on Average Wholesale Price (AWP) less a specified percentage. AWP is determined using price information provided by the drug file contractor.

D.    Dispensing Fee Determination:

    1.    The department sets pharmacy dispensing fees based on results of periodic surveys.

    2.    The current dispensing fee payment system is multi-tiered. The dispensing fee paid to a pharmacy depends upon that pharmacy's total annual prescription volume (both Medicaid and non-Medicaid), as reported to the department.

    3.    Pharmacies providing unit dose delivery service are paid the department's highest allowable dispensing fee for unit dose prescriptions dispensed. All other prescriptions filled by these pharmacies are paid at the dispensing fee level applicable to their annual prescription volume.

TN# _97-04_    Approval Date: _____ Effective Date: 04/01/97
Supersedes
TN# _93-37_

REVISION

ATTACHMENT 4.19-B
Page 2-c

STATE PLAN UNDER TITLE XIX OF THE SOCIAL SECURITY ACT
State _____ WASHINGTON _____

4. A dispensing fee is paid for each ingredient in a compound prescription.

TN# 97-04      Approved: _____      Effective: 04/01/97
Supersedes
TN# 93-37