# EXHIBIT 4

# JONES DAY

77 WEST WACKER · CHICAGO, ILLINOIS 60601-1692

TELEPHONE: (312) 782-3939 · FACSIMILE: (312) 782-8585

Direct Number: (312) 269-4141
jrdaly@jonesday.com

July 24, 2006

VIA E-MAIL

Renée Brooker
U.S. Department of Justice
Civil Division, Fraud Section
601 D Street NW, Suite 9918
Washington, DC  20004

Mark Lavine
U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL  33132

      Re:   *U.S. ex rel. Ven-A-Care v. Abbott Laboratories et al*, Case No 06-CV-21303-ASG

Dear Renée & Mark:

    Abbott served Plaintiff United States of America with written discovery on July 12, 2006. As you know, we are seeking responsive documents from at least the following entities:

- Centers for Medicare and Medicaid Services (formerly Health Care Financing Association)
- Congress and any congressional committees or subcommittees, including but not limited to the Congressional Budget Office, Senate Finance Committee, the House Committee on Ways and Means, the House Committee on Energy and Commerce, the Subcommittee on Oversight and Investigations of the House Committee on Energy and Commerce
- Department of Commerce
- Department of Defense (DOD)
- Department of Justice (DOJ)
- Department of Health and Human Services (HHS)
- Department of Health and Human Services - Office of Inspector General (HHS-OIG)
- General Accounting Office (GAO)
- Medicare Payment Advisory Commission (MedPac)

CHI-1545002v1

ATLANTA · BEIJING · BRUSSELS · CHICAGO · CLEVELAND · COLUMBUS · DALLAS · FRANKFURT · HONG KONG · HOUSTON
IRVINE · LONDON · LOS ANGELES · MADRID · MENLO PARK · MILAN · MOSCOW · MUNICH · NEW DELHI · NEW YORK
PARIS · PITTSBURGH · SAN DIEGO · SAN FRANCISCO · SHANGHAI · SINGAPORE · SYDNEY · TAIPEI · TOKYO · WASHINGTON

JONES DAY

Renée Brooker
Mark A. Lavine
July 24, 2006
Page 2

      –    Office of Management and Budget (OMB)

      –    Pharmacy Affairs Branch (PAB) (formerly Office of Pharmacy Affairs (OPA))

      –    Pharmacy Services Support Center (PSSC)

      –    Department of Veterans Affairs (VA)

    In our cover letter to that discovery and during several telephone conferences between the parties both before and after that date, we have asked that you inform us of the agencies you represent in this case. Because, as your website states, "The Civil Division represents the United States, its departments and agencies, Members of Congress, Cabinet officers and other Federal employees," we assume that you will coordinate the search and production of documents responsive to those requests in the possession of all federal government agencies, departments, and committees and not assert an objection based on your lack of representation of those agencies, departments and committees. While we do not believe that Abbott should be required to subpoena those agencies for the requested information, we are prepared to do so and will seek to assess any incremental costs associated therewith against the United States. Please advise us immediately if subpoenas will be necessary for any agency or other entity identified in Abbott's discovery requests.

    In addition, we have asked that you advise us as to your representation of the Medicare Part B Carriers. The attached email and associated letter from Leslie M. Stafford (Staff Attorney, CMS Office of the General Counsel) indicates that it has been the federal government's practice in AWP-related litigation to treat Medicare Part B carriers as agents of the federal government, and to coordinate the carrier's response to discovery requests. We will assume that you will search the files of each Medicare Part B Carrier during the relevant time period and provide us with responsive documents and information. If that is not your intention, please let us know immediately.

                                        Sincerely,

                                        James R. Daly

cc:    Daniel E. Reidy
       Tina M. Tabacchi
       James J. Breen

CHI-1545002v1