# EXHIBIT 11

# PRESCRIPTION DRUG REBATE PROGRAM

## HEARING

BEFORE THE

SUBCOMMITTEE ON
HEALTH AND THE ENVIRONMENT

OF THE

COMMITTEE ON
ENERGY AND COMMERCE
HOUSE OF REPRESENTATIVES

ONE HUNDRED SECOND CONGRESS

SECOND SESSION

ON

### H.R. 2890, H.R. 3405 and H.R. 5614

BILLS TO AMEND THE PUBLIC HEALTH SERVICE ACT AND THE SOCIAL
SECURITY ACT TO ESTABLISH LIMITS ON CERTAIN DRUG PRICES

JULY 31, 1992

### Serial No. 102-156

Printed for the use of the Committee on Energy and Commerce



60-270

U.S. GOVERNMENT PRINTING OFFICE
WASHINGTON : 1992

For sale by the U.S. Government Printing Office
Superintendent of Documents, Congressional Sales Office, Washington, DC 20402
ISBN 0-16-039696-4

280

STATEMENT OF JOHN M. RECTOR
BEFORE THE HEALTH AND THE ENVIRONMENT
SUBCOMMITTEE OF THE
HOUSE ENERGY AND COMMERCE COMMITTEE

JULY 31, 1992

Mr. Chairman, Members of the Subcommittee[1*]:

I am John M. Rector. I serve as Vice President of Government Affairs and General Counsel for the National Association of Retail Druggists.

The National Association of Retail Druggists (NARD) represents the owners of 40,000 independent pharmacies, where over 75,000 pharmacists dispense more than 70 percent of the nation's prescription drugs. Together, they serve 18 million persons daily and provide nearly 85 percent of the Medicaid pharmaceutical services. NARD has long been acknowledged as the sole advocate for this vital component of the free enterprise system.

NARD members are primarily family businesses. We have roots in America's communities. The neighborhood independent druggist typifies the reliability, stability, yet adventuresomeness that has

---

[1*] Henry A. Waxman, (D-California), Chairman
MAJORITY: (12-D) Reps. Gerry Sikorski (Minn.), Terry L. Bruce (Ill.), J. Roy Rowland (Ga.), Edolphus Towns (N.Y.), Gerry E. Studds (Mass.), Peter H. Kostmayer (Pa.), James H. Scheuer (N.Y.), Mike Synar (Okla.), Ron Wyden (Oregon), Ralph M. Hall (Tex.), Bill Richardson (N.M.), John Bryant (Tex.)
MINORITY: (7-R) William E. Dannemeyer (Cal.), Thomas J. Bliley, Jr. (Va.), Jack Fields (Tex.), Michael Bilirakis (Fla.), Alex McMillan (N.C.), J. Dennis Hastert (Ill.), Clyde C. Holloway (La.)

1

293

drug price discrimination in the area, because the retailers and consumers ultimately must pay higher drug prices as a form of economic subsidy to the drug supplier for the lower prices which that drug supplier charges the institutions....

Similarly your subcommittee and the Oversight Subcommittee have repeatedly documented the characteristics of this market place. In September 1985, the Oversight Subcommittee, for example, revealed the following pricing practices as typical of our market:

### PHARMACEUTICAL DIVERSION
### EXHIBIT 1
### PRODUCT ANALYSIS BY TIER PRICING

| Product | AWP ($) | Contract ($) |
|---|---|---|
| Tylenol tabs., 325 mg., 1000 | 32.54 | 2.84 |
| Proventil Inhaler, each | 9.18 | 2.95 |
| Canipen-N, inj., 1g., 10s | 148.69 | 35.70 |
| Velosef, 250 mg. caps., 100s | 38.71 | 14.80/10 |
| Lotrimin 1% cream, 15 g. each | 5.27 | .99 |
| Garamycin, 80 mg./2 ml. inj. | 84.50 | 10.20 |
| Alupent tabs., 10 mg., 100s | 12.22 | 2.99 |
| Depo-medrol, 40 mg. inj. | 4.95 | 2.30 |
| Transderm Nitro, 2.5 mg. | 28.70 | .30 |
| Nilstat Susp., bowel | 13.84 | 1.78 |
| K-Lor, 15 mg., 100 | 28.58 | 3.50 |
| K-Tab, 10 mg., 100 | 10.44 | .62 |
| Kaon-ce tabs, 100 | 9.49 | 3.00 |

14