# EXHIBIT 12



United States General Accounting Office

Report to Congressional Committees

January 1993

# MEDICAID

## Changes in Drug Prices Paid by HMOs and Hospitals Since Enactment of Rebate Provisions





148334

GAO/HRD-93-43

single-source drugs that have no generic alternatives.[22] Thus, the HMOs cannot easily cushion the effect of some large price increases on their expenditures by switching to other drugs.

## Effect of Price Increases on Discounts Varied Widely

HMOs and GPOs have traditionally received substantial discounts off a drug's average wholesale price. A discount is the percentage difference between the price the purchaser pays for a drug and the drug's AWP and is expressed as a percentage off the AWP. Representatives of the HMOs and GPOs were concerned that, after OBRA, drug manufacturers would reduce these discounts.

The year before OBRA, the discounts for the drugs in our study ranged from 2 percent to 99 percent off the AWP. To determine how the drug price changes after OBRA affected the discounts received by the HMOs and GPOs in our study, we calculated each drug's discount for both the year before and after OBRA and then averaged the discounts across the HMOs and GPOs.[23]

---

[22] These are patented drugs for which there is only one manufacturer or supplier or for which there is a cross-licensing/marketing agreement between two manufacturers.

[23] To determine the size of a drug's price discount, we obtained each drug's AWP from the Medi-Span database for the year before and the year after OBRA. We then calculated each drug's discount for both the year before and after OBRA by determining the percentage difference between the purchaser price and the AWP.