# EXHIBIT 15

# Department of Health and Human Services

# OFFICE OF INSPECTOR GENERAL

## Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs



JUNE GIBBS BROWN
Inspector General

NOVEMBER 1998
OEI-03-97-00293

Fourteen of the drugs in our study (41 percent) had Medicare allowances that were more than double the VA cost. For 11 of these drugs, Medicare allowed between two and six times the VA acquisition cost. For three drugs in our review (J0640, J9181, J9182), Medicare allowed more than 16 times the VA acquisition cost. The chart below illustrates these drugs and their comparative cost to Medicare. Appendix B lists the difference between Medicare reimbursement and VA cost for all 34 drugs.



The remaining 20 drugs in our review also had Medicare reimbursements that were greater than VA acquisition cost. Eighteen of the 20 drugs had Medicare reimbursements between 44 and 93 percent higher than VA acquisition cost. For only two drugs was the difference between Medicare reimbursement and VA cost less than 25 percent.

))))))))))
8