# EXHIBIT 25

Duane Preshinger April 20, 2006
Helena, MT

Page 1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---oOo---

----------------------------X

| | | |
|---|---|---|
| In re: PHARMACEUTICAL, | ) | MDL DOCKET NO. |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01CV12257-PBS |
| ---------------------------- | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL ACTIONS | ) | |

----------------------------X

DEPOSITION OF DUANE PRESHINGER

Taken at:

Law offices of

Gough, Shanahan, Johnson & Waterman

33 South Last Chance Gulch

Helena, Montana

April 20, 2006

9:00 a.m.

Henderson Legal Services
(202) 220-4158

e9d9d075-d307-49cd-aab7-74efe714b26b

Q. Part of the reason for withdrawing the AWP minus 25 percent proposal for generics was because you no longer had the budget restraints that was the impetus for proposing it in the first place?

A. Right.

MS. BRECKENRIDGE: Objection.

THE WITNESS: That's one of the reasons.

Q. (By Ms. Smith-Klocek) Was another reason for the Department's withdrawal a result of provider opposition to the rule change?

A. There was provider opposition, yes.

Q. Was provider opposition part of the consideration for withdrawing the AWP minus 25 percent proposal?

MS. BRECKENRIDGE: Objection.

THE WITNESS: It was one of the things that was taken into consideration, yes.

Q. (By Ms. Smith-Klocek) Did you receive comments or complaints from providers regarding the AWP minus 25 percent proposal?

A. I don't recall. I assume we did.

MS. SMITH-KLOCEK: Could we please mark

e9d9d075-d307-49cd-aab7-74efe714b26b

**Peterson, Daniel**

**From:** Buska, Jeff
**Sent:** Friday, April 04, 2003 1:57 PM
**To:** Peterson, Daniel; Sliva, Dawn; Driscoll, Geralyn
**Cc:** Preshinger, Duane
**Subject:** FW: Medicaid Generic Prescriptions

Comment regarding the rule change.

-----Original Message-----
From: Peter Wolfgram [mailto:PWolfgram@bungalowdrug.com]
Sent: Wednesday, April 02, 2003 6:08 PM
To: Jeff Buska
Subject: Medicaid Generic Prescriptions

Jeff:

Please forward this to the proper person for the record. I am totally opposed to the proposed cut in the payment for generic prescriptions. I feel that their are other ways of trimming the budget rather than cutting the payments to pharmacies. I have outlined them in previous communications with the department. With the last vestige of pharmacy profit in serious jepordy, I feel that you will lose the support of the pharmacy community in this state. I for one, will not have much incentive to use generic prescription medication when filling medicaid prescriptions. This proposed cut will have far reaching negative results resulting in less savings than you might anticipate. Answer me the question "After this, Why would I want to work with the DPHHS?"

Peter Wolfgram RPh
Bungalow Drug, Inc.

pwolfgram@bungalowdrug.com
http://www.bungalowdrug.com

406-587-3609 (work)
406-587-2714 (Home)
406-587-9021 (fax)
406-580-3149 (~~trk~~)
406-580-4668 (cel)

Preshinger
DEPOSITION EXHIBIT
No. 007
NORDHAGEN REPORTING

MT 025524

Gyle
Dan Peterson

# DRUGMART UNITED PHARMACY

(406) 873-5631

DPHHS
MAR 11 2003
Office of Legal Affairs
Cogswell Building

March 11, 2003

MONTANA MEDICAID
%Kathy Munson Office of Legal Affairs DPHHS
Box 202951
Helena, MT 59604

RE: Notice of decrease of Pharmacy reimbursement

Provider # 0000228202 - We will not be providers after April 1st, if your new program goes into effect. It is unfortunate that you have targeted the area that could provide the largest incentives for savings in your program. The largest percentage of the pharmacy budget is in Brand Name medications, more generic utilization can save you money.

With this change Montana will be one of the lowest in the nation. Unfortunately, this change brings us to a position in which we would be filling prescriptions at a loss. We can not allow a 10 point reduction in an 8 point spread.

We have reviewed our options. If you reduce our compensation, we have to cut costs either by being open fewer hours or even days, limit the number of clients we accept in the Medicaid program, or completely eliminate the programs that expect us to do business at a loss. To protect the financial stability of our company and the livelihood of our employees, we have decided to not accept the Medicaid generic at -25% program. We are sad about the decision and the impact it will have on the people who live in Glacier County. We will make every effort to notify Medicaid patients of the State's action and focus our concern to the health and well being of our Medicaid patients. These patients cannot and should not have their medication regimen disturbed by this action of the State.

Sincerely, Ron Campbell RPh. FACA

Ron Campbell RPh. FACA

For Public hearing 3/19/03
Cc: United Drugs & Montana Pharmacist Association

MT 028948

*YOUR GOOD NEIGHBOR/UNITED DRUGS PHARMACY*
601 WEST MAIN STREET • CUT BANK, MT • 59427-2829
PHONE: 406.873-5631 • FAX: 406.873.4714
DRUGMART@THEGLOBAL.NET

Preshinger
DEPOSITION EXHIBIT
No. 008
NORDHAGEN REPORTING