# EXHIBIT 26

Page 247

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---oOo---

| | |
|---|---|
| In re: PHARMACEUTICAL, | MDL DOCKET NO. |
| INDUSTRY AVERAGE WHOLESALE | CIVIL ACTION |
| PRICE LITIGATION | 01CV12257-PBS |

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Volume II

DEPOSITION OF JEFF BUSKA

Taken at

Law Offices of

Gough, Shanahan, Johnson & Waterman

33 South Last Chance Gulch

Helena, Montana

December 14, 2005

9:00 a.m.

9e7d7681-4494-46e1-9b70-c18fd81c819b

Buska, Jeff - Vol. II                                December 14, 2005
                            Helena, MT

Page 382

1    Q.  Was another factor in revising the
2    reimbursement rate whether pharmacies might not be
3    financially viable if reimbursement was reduced
4    significantly?
5    A.  I'm sure that was also a concern that we
6    had, is the impact on the pharmacies and the impact on
7    the clients, as well.
8    Q.  By impact on the clients, the concern of
9    Montana Medicaid was the potential impact on the
10   Medicaid beneficiaries?
11   A.  Medicaid beneficiaries and their access to
12   services.
13   Q.  In 2003, when Montana Medicaid considered
14   revising its reimbursement formula for generic drugs
15   to be AWP minus 25 percent, I would like to walk you
16   through the same question.
17       What factors did Montana consider in
18   revising that reimbursement formula?
19   A.  It would basically be the same factors as
20   in 2002, in that we were experiencing a need to -- a
21   budget reduction to stay within our appropriation of
22   having to implement cuts that not only included the

Buska, Jeff - Vol. II                                December 14, 2005
                              Helena, MT

Page 383

1   pharmacy program, but other services under Medicaid,
2   as well to meet those budget reduction requirements.
3   Again, the same study, OIG study report, impact on
4   clients, impact on providers were considered in that
5   proposed rule notice.
6        Q.   When you said something about other
7   services.
8        A.   Uh-huh.
9        Q.   What did you mean by that?
10       A.   Other services would be, I don't know the
11  details, but we were looking at the optional services
12  under the Medicaid program that are optional to be
13  provided and cutting those is a cut in service to
14  Medicaid beneficiaries.
15            Other services I believe in 2002 as you
16  referenced earlier was the changes in cost sharing
17  were a factor that were used in meeting some of those
18  budget reductions.  Other services would be Medicaid
19  administrative costs, which would be contracts,
20  staffing, vacancy savings, supplies, travel, all
21  considered in terms of meeting the budget reductions
22  that were required of the state.