# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ———————————————— | ) |  |
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) |  |
| LITIGATION | ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| ———————————————— | ) |  |
|  | ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) |  |
| ALL ACTIONS | ) |  |
| ———————————————— | ) |  |

## DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S PRETRIAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A)

## DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S WITNESS LIST

AstraZeneca Pharmaceuticals LP ("AstraZeneca") reserves the right to call any witnesses identified by Plaintiffs on their list of trial witnesses to be called live.  Additionally, as Blue Cross Blue Shield of Massachusetts and other third-party payors are continuing to produce witnesses for deposition, AstraZeneca reserves its right to supplement this witness list with additional witnesses to appear both live and by designation.

## A.      WITNESSES TO BE CALLED LIVE AT TRIAL

| Name, Address & Phone Number | Will Call | May Call |
|---|---|---|
| Robert C. Black<br>210 Feather Bells Lane<br>Sunset, SC  29685<br>(864) 868-5297 |  | X |
| Alan J. Milbauer<br>103 Hitching Post Drive<br>Wilmington, DE  19803<br>(302) 478-8755 | X |  |

| Name, Address & Phone Number | Will Call | May Call |
|---|---|---|
| Steve Buckanavage<br>AstraZeneca Pharmaceuticals, LP<br>1800 Concord Pike<br>P.O. Box 15437<br>Wilmington, DE  19850<br>(302) 886-5319 | | X |
| Dean McAlister<br>AstraZeneca Pharmaceuticals, LP<br>1800 Concord Pike<br>P.O. Box 15437<br>Wilmington, DE  19850<br>(302) 886-5319 | X | |
| Christine McHenry<br>AstraZeneca Pharmaceuticals, LP<br>1800 Concord Pike<br>P.O. Box 15437<br>Wilmington, DE  19850<br>(302) 886-5319 | | X |
| Julie Tracy<br>33 Tanglewood Drive<br>Danbury, CT  06811<br>(203) 778-5187 | | X |
| Maureen Gillick<br>194 Dawley Drive<br>Stonington, CT  06378<br>(860) 535-1098 | | X |
| John P. Gould, Ph.D.<br>The University of Chicago<br>Graduate School of Business<br>5807 South Woodlawn Ave.<br>Chicago, IL  60637<br>(773) 702-9635 | X | |

**B.      WITNESSES TO BE OFFERED BY DEPOSITION**

| Name |
|---|
| Jeffrey L. Alverson |
| Robert C. Black |
| Sean D. Coakley |
| John Freeberry |

| Name |
|---|
| Christopher J. Iacono |
| Lesley A. Lacey |
| Randall Mastrangelo |
| Alan J. Milbauer |
| Keith Patterson |

Respectfully submitted,

By:   /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO# 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: October 10, 2006

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was delivered on October 10, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By: <u>/s/ Katherine B. Schmeckpeper          </u>
     Katherine B. Schmeckpeper