UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | Chief Magistrate Judge Marianne B. Bowler |

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S PRETRIAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A)**

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S EXHIBIT LIST**

Attached are exhibits AstraZeneca Pharmaceuticals LP ("AstraZeneca") marks for identification, for admission in evidence at trial, and/or from which Rule 1006 material may be presented. AstraZeneca reserves the right to introduce any exhibits or portions thereof identified by Plaintiffs. Moreover, as Blue Cross Blue Shield of Massachusetts continues to produce documents and witnesses, and a deposition of United remains outstanding, AstraZeneca reserves its right to supplement this exhibit list. AstraZeneca also reserves the right to withdraw exhibits presently included on its list based on the Court's rulings on any pending motions *in limine*. Further, AstraZeneca reserves the right to supplement its exhibit list in order to rebut any additional evidence or argument offered by Plaintiffs at trial.

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 2050 | 2/15/95 | AZ0070825-AZ0070841 | Correspondence with enclosures between Richard Greenhill and Agnes Harris | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 2051 | 10/21/97 | AZ0109126-AZ0109127 | Memorandum and attached document from R. A. Campbell to Regional Business Directors regarding Cigna Healthcare Plans | |
| 2052 | 8/15/95 - 10/29/96 | AZ0070774 | Collection of Zeneca Pharmaceuticals Prime Vendor Price Quotations to Cigna Healthcare Plans | |
| 2053 | 4/4/02 | AZ0441877-AZ0441890 | Memorandum from Stephanie Palmer-Willis attaching copies of Cigna Healthcare Purchase Agreements | |
| 2054 | 12/11/97 | AZ0080751-AZ0080752 | Email from Julie Tracy to Donald Blum and Michael Diggin regarding Harvard Pilgrim Health Care Zoladex Contract | |
| 2055 | 3/1/96 | AZ0073332-AZ0073342 | Zeneca Pharmaceuticals Agreement between Harvard Pilgrim Health Care and Zeneca Pharmaceuticals | |
| 2056 | 6/1/98 | AZ0609436-AZ0609444 | Amendment to Agreement between Harvard Pilgrim Health Care and Zeneca Pharmaceuticals, with Document Transmittal cover sheet | |
| 2057 | 2/17/99 | AZ0609432-AZ0609435 | Amendment to Agreement between Harvard Pilgrim Health Care and Zeneca Pharmaceuticals, with Document Transmittal cover sheet | |
| 2058 | 5/8/95 | AZ0108966-AZ0108976 | Correspondence between Zeneca Pharmaceuticals and Tufts Associated Health Plan regarding Zoladex | |
| 2059 | 7/21/95 | AZ0108977-AZ0108978 | Correspondence between Zeneca Pharmaceuticals and Tufts Associated Health Plan regarding Zoladex bill to/ship to program | |
| 2060 | 5/2/96 | AZ0108983-AZ0108987 | Correspondence between Zeneca Pharmaceuticals and Tufts Associated Health Plan regarding best pricing for the LHRH market | |
| 2061 | 1/3/97 | AZ0108979 | Email from Maureen Gillick to David Ilconich, Linda Palczuk, Donald Wildrick, Jodi Mudgett, Richard Deyoung, and Mike Boas regarding Tufts-Zoladex Bill to Ship to - update | |
| 2062 | 2/19/97 | AZ0108956-AZ0108965 | Correspondence between Maureen Gillick and Tufts Health Plan regarding Zoladex MAP Contract - Revised February 19, 1997 | |
| 2063 | 7/8/94 | AZ0025216 | Internal memorandum from Julie Tracy to Jane Hart regarding Zoladex and Staff Models | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 2064 | 3/25/96 | AZ0070455-AZ0070457 | Zeneca Pharmaceuticals & Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. List of Products and Prices | |
| 2065 | 3/22/06 | | Declaration of Professor John P. Gould | |
| 2066 | | AZ0716203 | Compact disc of Materials Produced in Connection with 3/22/06 Declaration of Professor John P. Gould (including IMS data) | |
| 2067 | 2005 | AZ0716203 | American Board of Medical Specialties 2005 Annual Report & Reference Handbook | |
| 2068 | 8/1/96 | AZ0068907-AZ0068920 | Agreement between Zeneca Pharmaceuticals and R/D Urology Association (Also Produced on AZ0716203) | |
| 2069 | 11/1/99 | AZ0410147-AZ0410161 | Agreement between AstraZeneca and Urology Purchasing Group of Nebraska (Also Produced on AZ0716203) | |
| 2070 | 7/98 | AZ0716203 | Congressional Budget Office, "How Increased Competition from Generic Drugs Has Affected Prices and Returns in the Pharmaceutical Industry" | |
| 2071 | 9/21/01 | AZ0716203 | Testimony on Medicare Payment for Drugs by Thomas A. Scully Administration, Centers for Medicaid & Medicare Services U.S. Department of Health and Human Services before the House Energy and Commerce Subcommittees on Oversight & Investigations and Health | |
| 2072 | 2006 | AZ0716203 | IMS Health, "Facts At-a-Glance" | |
| 2073 | 2006 | AZ0716203 | IMS Health, "Commonly Requested Therapeutic Class and Product Information (update February 2006)" | |
| 2074 | 11/98 | AZ0716203 | Department of Health and Human Services, Office of Inspector General, "Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs" | |
| 2075 | 1/04 | AZ0716203 | Department of Health and Human Services, Office of Inspector General, "Medicare Reimbursement for Lupron" | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 2076 | 2004 | AZ0716203 | Physician Characteristics and Distribution in the US, 2004 Edition, Table 1.9 Total Physicians by Specialty and Activity, 2002 | |
| 2077 | 10/20/82 | AZ0716203 | Press Release: The Sveriges Riksbank (Bank of Sweden) Prize in Economic Sciences in Memory of Alfred Nobel for 1982 | |
| 2078 | | AZ0682114 | Compact disc containing Zoladex Transactional Data | |
| 2079 | | AZ0716211 | Compact disc containing Average Manufacturer's Price Data for Zoladex (1991-2003) | |
| 2080 | | AZ0466413, AZ0687893 | Zoladex Rebate Data Previously Produced on CD-ROMS Bearing Production Numbers AZ0466413 and AZ0687893 | |
| 2081 | 8/7/01 | AZ0608026-AZ0608030 | Extension of Zoladex Discount Agreement between AstraZeneca and Harvard Community Health Plan, with Contract Agreement & Protection Program cover sheet | |
| 2082 | 2/18/99 | AZ0609432-AZ0609444 | Agreement Amendment #11 to agreement between Harvard Community Health Plan and Zeneca Pharmaceuticals, with Document Transmittal cover sheet | |
| 2083 | 12/11/97 | AZ0080751-AZ0080752 | Email from Julie Tracy to Donald Blum and Michael Diggin regarding Harvard Pilgrim Health Care Zoladex Contract | |
| 2084 | 1/17/03 | AZ0552021-AZ0552023 | Emails among Steve Pitts, Jeffrey Alverson and Mary Ann Romano regarding Harvard Pilgrim Staff Discount Contract for Zoladex | |
| 2085 | 10/20/97 | AZ0238234 | Invoice for Zoladex shipped to Juan Reyna, MD | |
| 2086 | 11/4/98 | AWP033-0190-AWP033-0191 | Email from Dr. Mayo Gilson to assorted individuals regarding Draft Policies on Internet | |
| 2087 | 6/16/95-12/18/97 | AZ0238234 | Invoices for Zoladex shipped to Anthony Prizzi, M.D. | |
| 2088 | 9/16/97 | AZ0069802-AZ0069815 | Zeneca Pharmaceuticals Agreement between Urology San Antonio and Zeneca Pharmaceuticals | |
| 2089 | 1/15/97 | AZ0069835-AZ0069851 | Zeneca Pharmaceuticals Amendment to Agreement between Urology San Antonio and Zeneca Pharmaceuticals | |
| 2090 | 10/28/97 | AZ0108996-AZ0109005 | Zoladex Cost Proposal to HMO Blue/Medical West Associates | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 2091 | 8/3/95 | AZ0070469-AZ0070472 | Amendment to Agreement between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals | |
| 2092 | 3/27/96 | AZ0070443-AZ0070454 | Amendment to Agreement between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals | |
| 2093 | 3/27/97 | AZ0070434-AZ0070440 | Amendment to Agreement between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals | |
| 2094 | 9/19/97 | AZ0070441-AZ0070442 | Amendment to Agreement between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals | |
| 2095 | 1/19/96 | AZ0070406 | Contract Renewal between Zeneca Pharmaceuticals and Blue Cross Blue Shield of Massachusetts/Medical West | |
| 2096 | 2/2/96 | AZ0070399 | Contract Additions between Zeneca Pharmaceuticals and Blue Cross Blue Shield of Massachusetts/Medical West | |
| 2097 | 4/4/96 | AZ0070394-AZ0070397 | Memorandum from R. A. Campbell to Regional Managers attaching an award for Blue Cross Blue Shield of Massachusetts/Medical West group HMO contract | |
| 2098 | 4/10/96 | AZ0070389 | Contract Award between Zeneca Pharmaceuticals and Blue Cross Blue Shield of Massachusetts/Medical West | |
| 2099 | 9/5/97 | AZ0069141-AZ0069155 | Zeneca Pharmaceuticals Agreement between UroCare and Zeneca Pharmaceuticals, with cover memorandum to Hall of Records from Mary Ann Romano | |
| 2100 | 11/7/97 | AZ0068154-AZ0068171 | Zeneca Pharmaceuticals Agreement between LHRH Inc. and Zeneca Pharmaceuticals, with cover sheet of label reading "Signed Agreement (Urology) LHRH Inc. Manhasset, NY" | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 2101 | 7/10/92 | AZ0226955-AZ0226957 | Press release entitled ICI Pharmaceuticals Group Receives 1992 AUA Health Science Award | |
| 2102 | 3/1/95 | AZ0010297-AZ0010302 | Memorandum from Keith Patterson to William Simpson regarding Zoladex Pricing | |
| 2103 | Undated | AZ0229413-AZ0229501 | Correspondence from Bob Black to new employees attaching ICI Pharmaceuticals Policies for Salaried Employees | |
| 2104 | 11/23/92 | AZ0027953 | Memorandum from B. J. Patten to A. J. Milbauer regarding Zoladex - 1993 Price Increase | |
| 2105 | 7/12/94 | AZ0025211 | Internal memorandum from Alvin Koretsky to Distribution List regarding 11 July US Healthcare | |
| 2106 | 3/29/95 | AZ0006096-AZ0006193 | Managed Care Situational Analysis and Marketing Plan Relative to Zoladex | |
| 2107 | 10/10/95 | AZ0108187-AZ0108188 | Email from Steve Crane to assorted Zeneca employees regarding Zoladex IPA Rebate Chart - Clarification | |
| 2108 | 5/6/96 | AZ0014251-AZ0014256 | Managed Acquisition Program NAM/CAD Questions and Answers | |
| 2109 | 8/14/96 | AZ0100481-AZ0100482 | Email from Carrie Maglich to Richard Cioll, Larry Jackson, and Julie Doll regarding Chesapeake Health Plan | |
| 2110 | 7/18/96 | AZ0108858-AZ0108881 | Email from Winnie O'Neill to assorted Zeneca employees attaching documents related to Zoladex MAP Program Rollout | |
| 2111 | 1/30/97 | AZ0073398-AZ0073408 | Zeneca Pharmaceuticals Managed Acquisition Program Agreement between QualMed Plans for Health and Zeneca Pharmaceuticals | |
| 2112 | 10/23/97 | AZ0073293-AZ0073302 | Zeneca Pharmaceuticals Managed Acquisition Program Agreement between Greater Newport Physicians IPA and Zeneca Pharmaceuticals | |
| 2113 | 2/19/97 | AZ0108956-AZ0108965 | Draft Zeneca Pharmaceuticals Managed Acquisition Program Agreement between Tufts Associated Health Maintenance Organization, Inc. and Zeneca Pharmaceuticals | |
| 2114 | 10/1/96 | AZ0081024-AZ0081039 | Presentation entitled Zoladex Managed Acquisition Program Available for Contracting October 1, 1996 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 2115 | 2/6/96 | AZ0104031-AZ0104032 | Email from Steve Crane to assorted Zeneca employees regarding Zoladex Price Savings Spreadsheet | |
| 2116 | 8/19/98 | AZ0435623-AZ0435625 | Email from Greg Maddox to John Armstrong, David Ilconich, Tom Donnelly, and Randall Mastrangelo regarding Zoladex Contracting | |
| 2117 | Undated | AZ0396061-AZ0396062 | Call Notes | |
| 2118 | 12/06/91 | AZ0026739 | Memorandum from B.J. Patten to A.J. Milbauer, with copy to J.R. Hildreth regarding Tentative 1992 Zoladex Price Increase | |
| 2119 | 04/12/92 | AZ0049324-AZ0049326 | Internal Memorandum from Business Planning regarding Key Market Issues for Product Forecasts - 1992 Strategic Plan | |
| 2120 | 10/26/92 | AZ0045862-AZ0045882 | Agenda from 1993 Promotional Plan Zoladex Meeting at ICI Pharmaceuticals in Wilmington, Delaware | |
| 2121 | 06/21/94 | AZ0227340-AZ0227363 | Zoladex Strategic Plan 1995-1999 | |
| 2122 | 11/12/91 | AZ0049482-AZ0049508 | 1992 Zoladex Promotional Plan | |
| 2123 | Undated | AZ0043196-AZ0043203 | ICI Pharmaceuticals Group Strategic Plans Document | |
| 2124 | 04/13/94 | AZ0009389-AZ0009401 | Executive Summary prepared by L.M. Cantwell regarding Prostate Cancer Situation Analysis | |
| 2125 | 09/10/03 | AZ0468160-AZ0468167 | Email from Stephen Buckanavage to Eric Schultz and Gregory T. Mayes attaching spreadsheets, regarding Competitive Pricing Scenarios | |
| 2126 | Undated | AZ0108567-AZ0108576 | Zoladex Map Program Presentation | |
| 2127 | 01/19/96 | AZ0024479-0024481 | Internal Memorandum from Keith Patterson to Chris Iacono with copies to Steve Strand, Sarah Harrison, Tom Chen, Paul Feirstein, and Steve Buckanavage regarding Zoladex Pricing Strategy - Revised View | |
| 2128 | 11/03/95 | AZ0237142-AZ0237163 | Memorandum from Market Strategy and Contract Operations/Zoladex Marketing Team to Chris Iacono with copies to Richard Greenhill, Sarah Harrison, Steve Strand, Bill Simpson, and Keith Patterson attaching a Zoladex Pricing and Volume Discount Strategy | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 2129 | Undated | AZ022281-AZ022294 | Medicare Market Segment Strategic Plan 1997-2001 | |
| 2130 | 03/24/94 | AZ0031266-AZ0031271 | Cost Comparison Detailer | |
| 2131 | Undated | AZ0010343-AZ0010344 | Zoladex Advertisement | |
| 2132 | 01/30/96 | AZ0036916 | Letter from Paula E. Jordan to Enid Olayan listing pricing information for Zoladex 3.6mg and 10.8mg depot information | |
| 2133 | 01/30/96 | AZ0036917 | Letter from Paula E. Jordan to Beth Rader listing pricing information for Zoladex 3.6mg and 10.8mg depot information | |
| 2134 | Undated | AZ0422597-AZ0422620 | "The Z File" Presentation | |
| 2135 | 10/25/99 | AZ0422521-AZ0422522 | Internal Memorandum from the Prostate Cancer Marketing Team to the Urology Care Representatives and Area Sales Specialists regarding Change in Pricing and Payment Terms for Zoladex | |
| 2136 | Undated | AZ022281-AZ022294 | Medicare Market Segment Strategic Plan 1997-2001 | |
| 2137 | 04/24/97 | AZ0019359-AZ0019362 | Internal Memorandum from Keith Patterson to MaryBeth Farrell regarding Impact of Medicare Reimbursement Changes | |
| 2138 | 01/15/91 | AZ0048992-AZ0049023 | 1991 Zoladex Promotional Plan | |
| 2139 | 11/91 | AZ0034774-AZ0037488 | 1992 Zoladex Promotional Plan | |
| 2140 | 11/23/92 | AZ0049413-AZ0049480 | 1993 Zoladex Promotional Plan | |
| 2141 | 01/12/85 | AZ0010334-AZ0010337 | Memorandum from Keith Patterson to Chris Iacono with copies to William Simpson and James Blessington regarding Zoladex Pricing Strategy | |
| 2142 | 01/19/95 | AZ0010338-AZ0010339 | Internal Memorandum from Keith Patterson to Chris Iacono with copies to W.J. O'Shea and W. Simpson regarding Zoladex Pricing | |
| 2143 | 11/20/95 | AZ0080407-AZ0080411 | Internal Memorandum from Keith Patterson to Chris Iacono with copies to Steve Strand, Steve Buckanavage, Tom Chen, and Sarah Harrison regarding Zoladex Pricing Strategy | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 2144 | 01/19/96 | AZ0024479-AZ0024481 | Internal Memorandum from Keith Patterson to Chris Iacono with copies to Steve Strand, Sarah Harrison, Tom Chen, Paul Feirstein, and Steve Buckanavage regarding Zoladex Pricing Strategy Revised View | |
| 2145 | 01/23/96 | AZ0021762-AZ0021765 | Internal Memorandum from Keith Patterson to Chris Iacono with copies to Steve Strand, Sarah Harrison, Tom Chen, Steve Buckanavage, and Paul Feirstein regarding Zoladex Pricing Recommendations | |
| 2146 | 08/21/96 | AZ0005740-AZ0005741 | Internal Memorandum from Mark Reisenauer to Steve Strand with copy to Keith Patterson regarding Zoladex Pricing Recommendations | |
| 2147 | 10/29/97 | AZ0428351-AZ0428365 | Pricing Document | |
| 2148 | 06/02/98 | AZ0427978-AZ0427985 | U.S. Wholesale Druggists Cost and Suggested List Prices | |
| 2149 | 07/23/93 | AZ0092152-AZ0092162 | Executive Summary prepared by Mark Reisenauer regarding Prostate Cancer Situation Analysis Review | |
| 2150 | Undated | AZ0037020-AZ0037021 | Zoladex Advertisement | |
| 2151 | Undated | AZ0055471 | Zoladex Advertisement | |
| 2152 | Undated | AZ0000203-AZ0000212 | Zoladex Strategic Plan 1991-1995 | |
| 2153 | Undated | AZ0492060-AZ0492069 | Zoladex Strategic Plan 1993-1997 | |
| 2154 | 08/06/93 | AZ0000092-AZ0000112 | Zoladex Strategic Plan 1994-1997 Draft #3 | |
| 2155 | 06/21/94 | AZ0049034-AZ0049057 | Zoladex Strategic Plan 1995-1999 Draft #1 | |
| 2156 | 09/10/03 | AZ0682890-AZ0682907 | Executive Summary regarding Zoladex 2003 FFAR Forecast; Status | |
| 2157 | 07/11/96 | PXL01371 | Memorandum from Grant E. Steffen to all the Physicians who wrote in about Lupron regarding AWP vs AC | |
| 2158 | 07/25/96 | PXL01367-PXL01368 | Letter from Darlene Debus to Grant Steffen with copies to Jay Swope regarding 07/11/96 letter to all the physicians who wrote in about Lupron | |
| 2159 | 12/02/96 | AZ0021679-AZ021681 | Internal Memorandum from Mark Reisenauer to Mike Broach, Tere Fresconi, Dick Hedinger, Earl Heisey, Chris Iacono, Bill Simpson, Steve Strand, and Lee Termini regarding Zoladex Price Increase | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 2160 | 12/10/97 | RB01073-RB01075 | Fax from Word_Proc to Roni Lane | |
| 2161 | 01/26/96 | RB01060-RB01062 | Fax from Word_Proc to Lisa Britt | |
| 2162 | 01/30/96 | RB01063 | Letter from Paula E. Jordan to Enid Playan listing information for Zoladex 3.6mg and 10.8mg | |
| 2163 | 01/26/96 | RB01056-RB01058 | Fax from Word_Proc to Lisa Britt | |
| 2164 | | AZ0238234 | Compact disc labeled Invoice History 1991-1997 | |
| 2165 | 9/23/97 | AWP028-2172 | Email from Patrick Price to Kim Justice regarding Zoladex | |
| 2166 | 6/16/94 | AWP054-0014-AWP054-0016 | Correspondence from Medicare Part B to Health Care Financing Administration, Division of Medicare, Carrier Operations Branch | |
| 2167 | 5/26/94 | AWP054-0018-AWP054-0023 | Correspondence from Medicare Part B to Health Care Financing Administration, Division of Medicare, Carrier Operations Branch | |
| 2168 | 5/23/96 | AWP032-0106-AWP032-0109 | Memorandum from Grant Steffen to Staff regarding Zoladex, A New Form | |
| 2169 | 6/28/96 | AWP019-1545-AWP019-1564 | Medicare Part B News | |
| 2170 | 12/6/96 | AWP051-1520-AWP051-1521 | Document entitled Reimbursement for LHRH antagonists | |
| 2171 | 8/21/01 | OX 003068-OX 003070 | Memorandum from Richard Weininger, Christine Chase, and Rebecca Bausch to Paul Conlin and Alan Muney regarding Chemotherapy Project/Physician Fee Schedules | |
| 2172 | Undated | OX 003088-OX 003089 | Form letter regarding reimbursement for Lupron and Zoladex | |
| 2173 | 6/16/98 | AWP051-1187 | Correspondence from Medicare Medical Director to Clinical Urology Associates | |
| 2174 | 1/8/01 | HI 012920-HI 012923 | Email from M. Lindsey Gunn to Doughlas Worley and Cynthia Smith regarding Lupron and Zoladex Pricing | |
| 2175 | 8/5/96 | HHC014-0172-HHC014-0176 | Correspondence from Grant Steffen to Health Care Financing Administration regarding Acquisition Costs vs Average Wholesale Price | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 2176 | 1/26/96 | HHC015-1652 | Correspondence from Zeneca to physicians regarding increase in published list price for Zoladex | |
| 2177 | 12/9/96 | AWP041-0521-AWP041-0522 | Correspondence from Zeneca to Medical Director, Glue Shield of Western New York, Upstate Medicare Part B | |
| 2178 | 6/28/90 | AWP019-1740-AWP019-1742 | Correspondence from State and Federal Associates to Associate Medical Director, Medicare, Blue Cross and Blue Shield of Texas, Inc. | |
| 2179 | 3/25/96 | AZ0070455 – AZ0070457 | Contract between Zeneca Pharmaceuticals and Blue Cross/Blue Shield of Massachusetts for 4/1/96 to 3/31/97 | |
| 2180 | 11/14/97 | AZ0070755 – AZ0070756 | Contract extension between Zeneca Pharmaceuticals and CIGNA Healthcare Plans for 12/1/97 to 12/31/97 | |
| 2181 | 10/30/96 | AZ0070759 – AZ0070760 | Contract between Zeneca Pharmaceuticals and CIGNA Healthcare Plans for 11/1/96 to 10/31/97 | |
| 2182 | 8/22/95 | AZ0070770 – AZ0070778 | Contract between Zeneca Pharmaceuticals and CIGNA Healthcare Plans for 8/1/95 to 6/30/96 | |
| 2183 | 3/25/99 | AZ0483343 – AZ0483344 | Contract between Zeneca Pharmaceuticals and Caremark Inc. for 4/1/99 to 3/31/00 | |
| 2184 | 3/9/98 | AZ0483345 – AZ0483346 | Contract between Zeneca Pharmaceuticals and Caremark Inc. for 4/1/98 to 3/31/99 | |
| 2185 | 10/11/99 | AZ0611288 – AZ0611293 | Contract between AstraZeneca and Medpartners for 8/15/99 to 9/30/99 | |
| 2186 | Undated | AZ0428238 – AZ0428250 | Zoladex Strategic Summary 1997-2001 | |
| 2187 | Undated | AZ0428327 – AZ0428350 | Zoladex Strategic Summary 1998-2002 | |
| 2188 | Undated | AZ0108443-AZ0070769 | Northeast Business Unit: 1997 Operation Plan | |
| 2189 | 2/2/96 | AZ0070761 | Contract Additions between Zeneca Pharmaceuticals and Cigna | |
| 2190 | 6/26/96 | AZ0070768 – AZ0070769 | Contract between Zeneca Pharmaceuticals and Cigna | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 2191 | 10/29/96 | AZ0070760 | Contract between Zeneca Pharmaceuticals and Cigna | |
| 2192 | 11/1/96 | AZ0070807 - AZ0070821 | Agreement between Cigna and Zeneca Pharmaceuticals | |
| 2193 | 8/3/95 | AZ0070407 | Contract between Zeneca Pharmaceuticals and Blue Cross/Blue Shield of Massachusetts/Medical West | |
| 2194 | 4/10/97 | AZ0073371 - AZ0073380 | Zeneca Pharmaceuticals Managed Acquisition Program Agreement | |
| 2195 | 1/30/97 | AZ0073398 - AZ0073399 | Zeneca Pharmaceuticals Managed Acquisition Program Agreement – Amendment #1 | |
| 2196 | Undated | AZ0098838 – AZ0098850 | Zeneca Pharmaceuticals Agreement Urology Practice: UroCare | |
| 2197 | Undated | AZ0098853 – AZ0098865 | Zeneca Pharmaceuticals Agreement Urology Practice: UroCare | |
| 2198 | Undated | AZ0098875 – AZ0098885 | Zeneca Pharmaceuticals Agreement Urology Practice: Connecticut-Rhode Island Purchasing Specialists | |
| 2199 | Undated | AZ0410019 – AZ0410029 | Zeneca Pharmaceuticals Agreement Urology Practice: Connecticut-Rhode Island Purchasing Specialists | |
| 2200 | 10/21/97 | AZ0068013 – AZ0068025 | Zeneca Pharmaceuticals Agreement Urology Practice: Connecticut-Rhode Island Purchasing Specialists | |
| 2201 | Undated | AZ0610532 – AZ0610566 | Zeneca Pharmaceuticals Agreement with MedPartners Inc. | |
| 2202 | Undated | AZ0068231 – AZ0068260 | Zeneca Pharmaceuticals Agreement with MedPartners Inc. | |
| 2203 | Undated | AZ0068889 – AZ0068906 | Zeneca Pharmaceuticals Agreement with R/D Urology Association | |
| 2204 | 8/1/96 | AZ0068907 – AZ0068920 | Zeneca Pharmaceuticals Agreement with R/D Urology Association | |
| 2205 | 9/5/97 | AZ0072643 – AZ0072657 | Zeneca Pharmaceuticals Agreement with QBG Inc. Association | |

Respectfully submitted,

By:  /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO# 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

        D. Scott Wise
        Michael Flynn
        Kimberley Harris
        Davis Polk & Wardwell
        450 Lexington Avenue
        New York, NY  10017

        Attorneys for AstraZeneca Pharmaceuticals LP

Dated: October 10, 2006

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on October 10, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                          By: /s/ Katherine B. Schmeckpeper
                                                 Katherine B. Schmeckpeper