UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS |  |

MDL NO. 1456

CIVIL ACTION NO. 01-CV-12257-PBS

Hon. Patti B. Saris

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S
MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO
<u>GUILTY PLEAS AND SAMPLING ACTIVITY</u>**

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca"), by its undersigned counsel, respectfully moves this Court pursuant to Rules 402 and 403 of the Federal Rules of Evidence for an Order excluding from evidence at trial all documents and testimony relating to or referencing the sample-related guilty pleas of Defendant AstraZeneca, TAP Pharmaceutical Products, Inc. ("TAP"), and Drs. Saad Antoun, Stanley C. Hopkins, and Robert A. Berkman, as well as any other documents and testimony relating to sampling generally. A list of these materials is attached hereto as Exhibit A.

As grounds for the foregoing, Defendant AstraZeneca states as follows:

1. Plaintiffs' pre-trial disclosures demonstrate that the Plaintiffs intend to proffer as evidence at trial numerous documents and deposition designations relating to the guilty pleas described above and sampling activity generally (<u>see</u> Appendix A).

2. AstraZeneca's plea is not relevant to the Class 2 and 3 claims set for trial because: (1) the plea concerns a statute not at issue in this litigation; (2) the conduct underlying the plea


bears no factual relation to Plaintiffs' 93A AWP "inflation" claims; and (3) there is no connection between the conduct described in the plea and the Class 2 or 3 representatives.

3. The guilty pleas of Dr. Saad Antoun, Dr. Stanley C. Hopkins, Dr. Robert A. Berkman and TAP are not relevant for the same reasons and because TAP is not a defendant in this trial.

4. Evidence concerning these guilty pleas and sampling activity generally should also be excluded because it would constitute a waste of the Court's time.

WHEREFORE Defendant AstraZeneca respectfully requests that this Court enter an Order excluding the documents and testimony listed on Appendix A, as well as any other related documents and testimony, and grant all other relief that this Court deems just and appropriate.

Dated: Boston, Massachusetts
October 10, 2006

Respectfully Submitted,

By:   /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: (617) 832-1000

D. Scott Wise
Michael S. Flynn
Kimberley Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

**Appendix A**

<u>Exhibits</u>

- Plaintiffs' Exhibit 1: Memorandum of Plea Agreement in <u>United States v. AstraZeneca Pharmaceuticals, LP</u>, Criminal Action No. 03-55 (D. Del.)

- Plaintiffs' Exhibit 2: Information filed by the U.S. Attorney in <u>United States v. AstraZeneca Pharmaceuticals, LP</u>, Criminal Action No. 03-55 (D. Del.)

- Plaintiffs' Exhibit 3: Transcript of the Plea and Sentencing Hearing in <u>United States v. AstraZeneca Pharmaceuticals, LP</u>, Criminal Action No. 03-55 (D. Del.)

- Plaintiffs' Exhibit 4: Information filed by U.S. Attorney in <u>United States v. Robert A. Berkman, M.D.</u>, Criminal Action No. 03-45 (D. Del.)

- Plaintiffs' Exhibit 5: Transcript of the Plea Hearing in <u>United States v. Robert A. Berkman, M.D.</u>, Criminal Action No. 03-45 (D. Del.)

- Plaintiffs' Exhibit 6: Examples of Zoladex labels presented as Exhibits at the Ohio State Licensing Board Hearing for Robert A. Berkman, M.D.

- Plaintiffs' Exhibit 7: Information filed by U.S. Attorney in <u>United States v. Saad Antoun, M.D.</u>, Criminal Action No. 02-13 (D. Del.)

- Plaintiffs' Exhibit 8: Memorandum of Plea Agreement in <u>United States v. Saad Antoun, M.D.</u>, Criminal Action No. 02-13 (D. Del.)

- Plaintiffs' Exhibit 9: Memorandum of Plea Agreement in <u>United States v. Robert A. Berkman, M.D.</u>, Criminal Action No. 03-45 (D. Del.)

- Plaintiffs' Exhibit 10: Superseding Information filed by the U.S. Attorney in <u>United States v. Stanley C. Hopkins, M.D.</u>, Criminal Action No. 02-127 (D. Del.)

- Plaintiffs' Exhibit 11: Memorandum of Plea Agreement in <u>United States v. Stanley C. Hopkins, M.D.</u>, Criminal Action No. 02-127 (D. Del.)

- Plaintiffs' Exhibit 12: Transcript of Sentencing Hearing in <u>United States v. Robert A. Berkman, M.D.</u>, Criminal Action No. 03-45 (D. Del.)

- Plaintiffs' Exhibit 13: Letter from Judge Joseph J. Farnan Jr. to the State Medical Board of Ohio

- Plaintiffs' Exhibit 57: Letter to Mark J. Harberberger from William C. Lucas (10/13/95)

- Plaintiffs' Exhibit 58: Letter from Mark J. Harberberger to William C. Lucas (12/18/95)

- Plaintiffs' Exhibit 59: Letter from Mark J. Harberberger to Glenn M. Engleman (9/26/95)

- Plaintiffs' Exhibit 63: Internal Memorandum from Tom Chen to Mike Bonney re: Zoladex Sample Inventories

- Plaintiffs' Exhibit 174: Video Deposition of Dr. Robert A. Berkman

- Plaintiffs' Exhibit 913: Sentencing Memorandum of the United States in United States v. TAP Pharmaceutical Products, Inc., Criminal Action No. CR-01-10354-WGY (D. Mass. Dec. 6, 2001)

- Plaintiffs' Exhibit 914: United States v. TAP Pharmaceutical Products, Inc., No. CR-01-10354-WGY (D. Mass. Dec. 6, 2001) - Disposition

- Plaintiffs' Exhibit 919: Department of Justice Press Release "AstraZeneca Pharmaceuticals LP Pleads Guilty to Healthcare Crime: Company Agrees to Pay $355 Million to Settle Charges

Deposition Designations

- Plaintiffs' deposition designations of Robert A. Berkman, M.D.: 19:22; 20:1-3, 17-21; 25:16-22; 26:1-6; 30: 12-20; 31:16-22; 32:1-4; 36:21-22; 37:1-13, 19-22; 38:1-22; 39:1-7; 40:9-15; 44:16-22; 45:1-22; 46:1-3.

- Plaintiffs' deposition designations of Stanley C. Hopkins, M.D.: 26:11-22; 27:1-2, 5-10; 28: 4-19; 30:3-9; 39:20-22; 40:1-22; 41:1-5; 43:19-22; 44:1; 57:15-20; 59:12-22; 60:1-4, 21-22; 61:1-4.

- Plaintiffs' deposition designations of David Brennan: 70:8-20; 75:19-76:10; 86:10-13, 16-21; 95: 6-20.

- Plaintiffs' deposition designations of Mark Reisenauer: 74:13-16.

- Plaintiffs' deposition designations of Thomas Chen: 7:20-8:20.

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on October 10, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                            By: /s/ Katherine B. Schmeckpeper
                                                 Katherine B. Schmeckpeper