UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | | |

**DECLARATION OF KATHERINE B. SCHMECKPEPER IN SUPPORT OF DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO GUILTY PLEAS AND SAMPLING ACTIVITY**

I, Katherine B. Schmeckpeper, declare as follows:

1. I am an attorney with Foley Hoag, LLP, counsel for AstraZeneca Pharmaceuticals LP in this action.  I submit this declaration in support of AstraZeneca Pharmaceuticals LP's Memorandum of Law in Support of Its Motion to Exclude Evidence Relating to Guilty Pleas and Sampling Activity.

2. Attached as Exhibit 1 is a true and correct copy of Memorandum of Plea Agreement in United States v. AstraZeneca Pharmaceuticals, LP, Criminal Action No. 03-55 (D. Del.).

3. Attached as Exhibit 2 is a true and correct copy of Memorandum of Plea Agreement in United States v. Saad Antoun, M.D., Criminal Action No. 02-13 (D. Del.).

4. Attached as Exhibit 3 is a true and correct copy of Memorandum of Plea Agreement in United States v. Robert A. Berkman, M.D., Criminal Action No. 03-45 (D. Del.).

5. Attached as Exhibit 4 is a true and correct copy of Memorandum of Plea Agreement in <u>United States v. Stanley C. Hopkins, M.D.</u>, Criminal Action No. 02-127 (D. Del.).

6. Attached as Exhibit 5 is a true and correct copy of Information filed in <u>United States of America v. AstraZeneca Pharmaceuticals, LP.,</u> Criminal Action No. 03-55 (D. Del.).

7. Attached as Exhibit 6 is a true and correct copy of Information filed by U.S. Attorney in <u>United States v. Saad Antoun, M.D.</u>, Criminal Action No. 02-13 (D. Del.).

8. Attached as Exhibit 7 is a true and correct copy of Information filed by U.S. Attorney in <u>United States v. Stanley C. Hopkins, M.D.</u>, Criminal Action No. 02-127 (D. Del.).

9. Attached as Exhibit 8 is a true and correct copy of Transcript of the Plea Hearing in <u>United States v. Robert A. Berkman, M.D.</u>, Criminal Action No. 03-45 (D. Del.).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 10, 2006.

By: <u>/s/ Katherine B. Schmeckpeper</u>
Katherine B. Schmeckpeper (BBO# 663200)