# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY <br> AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO <br> 01-CV-12257-PBS AND 01-CV-339 | ) <br> ) MDL No. 1456 <br> ) <br> ) Civil Action No. 01-CV-12257 PBS <br> ) <br> ) Judge Patti B. Saris <br> ) Chief Magistrate Judge Marianne B. Bowler |

### THE TRACK 1 DEFENDANTS' MOTION IN LIMINE
### TO EXCLUDE PLAINTIFFS' EXHIBITS
### RELATING TO THE CONDUCT OF
### NON-TRACK 1 DEFENDANT PHARMACEUTICAL COMPANIES

Pursuant to Rule 103 of the Federal Rules of Evidence, the Track 1 Defendants respectfully move this Court to exclude Plaintiffs' exhibits relating to the conduct of non-Track 1 defendant pharmaceutical companies. The grounds for this motion are set forth in the Track 1 Defendants' Memorandum of Law in Support of Their Motion in Limine to Exclude Plaintiffs' Exhibits Relating to the Conduct of Non-Track 1 Defendant Pharmaceutical Companies, together with the declaration of Thomas J. Sweeney, III, dated October 10, 2006.

WHEREFORE, for the reasons set forth in the memorandum and declaration described above, the Track 1 Defendants respectfully request that the Court grant their motion and enter an order:

      a.    excluding Plaintiffs' exhibits relating to the conduct of non-Track 1 defendant pharmaceutical companies; and

      b.    providing such other and further relief as the Court deems just and proper.

Dated:   October 10, 2006

          Respectfully submitted,

          THE TRACK 1 DEFENDANTS

          By:   /s/ Thomas E. Dwyer (BBO No. 139660)
              Thomas E. Dwyer (BBO No. 139660)
              Jacob T. Elberg (BBO No. 657469)
              **DWYER & COLLORA, LLP**
              600 Atlantic Avenue
              Boston, MA  02210
              Tel: (617) 371-1000
              Fax: (617) 371-1037
              tdwyer@dwyercollora.com
              jelberg@dwyercollora.com

              Steven M. Edwards (SE 2773)
              Lyndon M. Tretter ((LT 4031)
              Admitted *pro hac vice*
              **HOGAN & HARTSON LLP**
              875 Third Avenue
              New York, NY  10022
              Tel: (212) 918- 3640

          Attorneys for Defendant Bristol-Myers Squibb Company


              Nicholas C. Theodorou (BBO #496730)
              Lucy Fowler, Esq. (BBO #647929)
              **FOLEY HOAG LLP**
              155 Seaport Boulevard
              Boston, MA  02210

              D. Scott Wise
              Michael Flynn
              Kimberley Harris
              **DAVIS POLK & WARDWELL**
              450 Lexington Avenue
              New York, NY 10017

          Attorneys for AstraZeneca Pharmaceuticals LP

       William F. Cavanaugh, Jr.
       Andrew D. Schau
       Erik Haas
       **PATTERSON, BELKNAP, WEBB**
       ** & TYLER LLP**
       1133 Avenue of the Americas
       New York, NY 10036-6710

Attorneys for Johnson & Johnson

       John T. Montgomery (BBO #352220)
       Steven A. Kaufman (BBO # 262230)
       Eric P. Christofferson (BBO #654087)
       **ROPES & GRAY LLP**
       One International Place
       Boston, MA 02100

Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals Corp.

## CERTIFICATE OF SERVICE

I certify that on October 10, 2006, a true and correct copy of the forgoing document was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy of the same to LexisNexis File & Serve for posting and notification to all parties.

                                                        /s/ Lyndon M. Tretter
                                                         Lyndon M. Tretter