# EXHIBIT A



**Glaxo**

Timothy B. Proctor
Senior Vice President, General Counsel & Secretary

February 6, 1995

RECEIVED

FFR - 3 1995

...RLES WAKERLEY

Copy letter plus F-J

J. Charles Wakerly, Esq.
Senior Vice President, Director and
   General Counsel-U.S.
SmithKline Beecham
One Franklin Plaza
P.O. Box 7929
Philadelphia, PA 19101

Dear Mr. Wakerly:

The purpose of this letter is to advise you of Glaxo Inc.'s intent to pursue with FDA's Division of Drug Marketing, Advertising and Communications (DDMAC) and other appropriate government agencies several issues pertaining to the advertising and marketing of Kytril™ (granisetron HCL) Injection. I am advising you of this plan of action to provide SmithKline Beecham with the opportunity to address our concerns and thus preclude the need for FDA or other governmental involvement.

Our concerns relate to the following:  1) Inclusion of unapproved doses in Kytril promotional pieces. These pieces are also substantially lacking in fair balance. 2) Dissemination of false and misleading information, including comparative data pertaining to Zofran® (ondansetron HCL) through SKB sponsored symposium and speaker programs. 3) Distribution of "homemade" materials containing unsubstantiated cost comparisons and cost effectiveness claims.  4) Promotion of unapproved Kytril Tablets.

1. Promotion of Unapproved Kytril Doses

With few exceptions, Kytril promotional pieces such as Slim Jims, journal ads, and detail aids contain extensive references to an unapproved 40 mcg/kg dose of Kytril. As an example, a recently issued Slim Jim (copy attached as Exhibit A) presents data on page 2 which purports to reconfirm the "24-hour effectiveness [of Kytril] with a single 10 mcg/kg dose." Under this heading are two bar charts which present data on both the approved 10 mcg/kg dose as well as the 40 mcg/kg dose. Additional mentions of the 40 mcg/kg dose are included on pages 5, 6, and 7 of this piece. A similar pattern

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000344

Glaxo Inc.   Five Moore Drive   Research Triangle Park, North Carolina 27709 · 919 248-2505   Fax 919 248-7560

Plaintiffs' Exhibit
**905**
01-12257-PBS

J. Charles Wakerly, Esq.
February 6, 1995
Page 2

can be seen in an earlier Slim Jim (see Exhibit B) where data on the 40 mcg/kg dose is presented on pages 7, 9, 10, 11, and 12 as well as in journal ads for Kytril (see Exhibit C) where much of the same data is presented. It is our understanding from DDMAC that references to off-label doses are not permissible in promotional pieces.

We have also been advised by DDMAC that presentations providing efficacy parameters measured by antiemetic response rates must be fair balanced by inclusion of all data relating to failures. Failure rates have not been included with the presentations of the response rates for Kytril in either of the above-mentioned Slim Jims. This information has also been omitted from the Kytril journal ads. It therefore appears to us that substantially all Kytril promotional pieces are lacking in fair balance.

    2.    <u>Distribution of Misleading "Homemade" Cost Comparisons</u>

Glaxo's sales representatives have encountered a substantial amount of what appear to be "homemade" Kytril vs. Zofran cost comparisons. It is our understanding that many of these pieces have been generated through a company-provided lap top computer program. We are confident that DDMAC would agree with us that these pieces and the computer program through which some of them have been generated are objectionable for a number of reasons, including lack of accuracy, lack of references of sources of price data, the implication that Kytril and Zofran provide equal efficacy when no such support for such a claim is provided, and the lack of adequate disclaimers. (See July 19, 1994 Warning Letter from FDA to Eli Lilly and Company specifying required disclaimers for such price comparisons.) In addition, some of these homemade presentations, contrary to Kytril's labeling, promote the use of the single dose vial of Kytril as a multidose vial.

Other examples of these homemade cost comparison pieces include unsubstantiated product claims (see Exhibit D), stability data which is contrary to that provided in the PI (see Exhibit E), and unsubstantiated cost effectiveness claims (see Exhibit L). Another theme seen in these pieces is the promotion of unapproved doses for both Kytril and Zofran and statements that the products are equal in efficacy. Letters authored by your Drug Information Department are sometimes included with these materials which invariably lack both fair balance and complete prescribing information. These homemade pieces impose liability on SKB for the mislabeling of both Kytril and Zofran. In addition, a significant number of these pieces (see Exhibits F-J) contain direct statements or make references as to how institutions can increase their "profits" from Medicare through the use of Kytril. Some even go so far as to recommend that the medical professional use one vial of Kytril for two patients (see Exhibit F) but charge Medicaid for three vials. This raises significant fraud and abuse issues which I am sure you will want to investigate.



HIGHLY CONFIDENTIAL

GSK- MDL- KYO4
000345

J. Charles Wakerly, Esq.
February 6, 1995
Page 3

A number of these improper price comparisons have been brought to our attention. Examples of nine of these comparisons are attached for your reference as Exhibits E-M with an additional three-four included in Exhibit N.

3.   Dissemination of Misleading Data Through Symposium and Conferences Sponsored by SKB

We are also been made aware that SKB is disseminating much of the same information outlined in number 1 above through company-sponsored symposium and conferences. As an example, attached as Exhibit O are copies of the invitation and slides from a conference entitled "Efficacy and Safety of Granisetron in the Prophylaxis of Acute Nausea and Vomiting Induced by Chemotherapy". The invitation is on SKB letterhead and indicates that the guest speaker will be Dr. Carl J. Friedman, Group Director, Clinical Investigation, SmithKline Beecham Pharmaceuticals. Dr. Friedman's slides include data on the 40 mcg/kg dose and other unapproved doses of 5, 20, and 160 mcg/kg and data on complete response rates which does not include information on failures. These slides also include comparisons between the combination of metoclopramide and dexamethasone versus the combination of chlorpromazine and dexamethasone as antiemetic agents. Labeling for these products do not include approval for combination therapy in the treatment of cancer chemotherapy induced emesis. The slide presentation also includes unreferenced price information on Zofran. Presentation of false and misleading information through company-sponsored "scientific exchanges" was the subject of a recent Warning Letter to Burroughs Wellcome [see December 1, 1994 letter to Burroughs Wellcome concerning Lamictal (lamotrigine) Tablets].

A more extensive body of misleading information is presented in an SKB-sponsored program entitled "Chemotherapy Induced Nausea and Vomiting-Past and Present" (see Exhibit P). This presentation is objectionable because it raises many of the same issues described above: unsupported superiority claims, references to unapproved combination therapy, and unapproved doses for both Zofran and Kytril, and a lack of fair balance. Since this symposium does not appear to satisfy FDA's Draft Policy on Industry Supported Scientific and Educational Activities, all of these slides are promotional labeling and violate FDA's rules on promotion.

4.   Promotion of Unapproved Tablet Form of Kytril

We have most recently been made aware of the fact that SKB representatives are promoting Kytril Tablets. An article entitled "Oral granisetron alone and in combination with dexamethasone: A double-blind randomized comparison against high-dose metocloparamide plus dexamethasone in prevention of cisplatin-induced emesis," attached as Exhibit Q, was delivered to a health care professional by an SKB

HIGHLY CONFIDENTIAL

GSK- MDL- **KYO4**
000346

J. Charles Wakerly, Esq.
February 6, 1995
Page 4

representative last month.  Also in November, during a presentation sponsored by SKB
at an "Oncology Nurses Appreciation Night" in Omaha, Nebraska (see Exhibit R)
mention was made by the presenter of the upcoming approval of Kytril Tablets.  A
similar presentation was also made at another "Nurses Appreciation Night" held in
Vermont (see Exhibit S).  We also understand that these events are also being used to
present misleading information about Zofran, including a claim that the longer half life
of Kytril results in better efficacy than Zofran.

Obviously, there is, in our view, a high level of objectionable ongoing activity by
SKB which must be addressed. We are prepared to seek redress of these concerns
with the FDA or other appropriate body.  However, we are willing initially to give you an
opportunity to resolve our concerns prior to governmental involvement.  I would like a
satisfactory response to the issues raised here by February 10, 1995.  Otherwise, we
will move forward with our plans to raise these issues with DDMAC.

Sincerely,

Attachments

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000347

A

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000348



HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000349



## NEW DATA RECONFIRM

### 24-hour effectiveness with a single 10 μg/kg dose



*Antiemetic response after 24 hours*

Ondansetron was administered according to the regimen recommended at the time the study was conducted.

### In a large, randomized, double-blind study...

O There were no significant differences between any of the treatment groups in the prevention of either nausea or vomiting[1]

O Analysis of patients receiving ≥100 mg/m² cisplatin also revealed no significant differences in efficacy between groups[1]

O The incidence of adverse events was similar in all three treatment groups[1]

Please see complete prescribing information on pages 10-14

2

3

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000350



## Prevention of emesis is a 24-hour challenge

### N&V typically occur early with cisplatin, and late in the first 24 hours after cyclophosphamide



Mean number of vomiting episodes per hour in patients without antiemetic therapy[1]

O  Kytril is effective[1,2] with chemotherapy regimens that cause nausea and vomiting early or late in the first day

## Long-lasting, 24-hour antiemetic protection



Percent of patients remaining free from vomiting after receiving Kytril prior to emetogenic chemotherapy

O  In three studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg[1,2] (see page 2); therefore, the recommended dose is 10 µg/kg

O  The most frequently administered moderately emetogenic agent was IV cyclophosphamide (≥600 mg/m²) in combination with other agents[1]

Please see complete prescribing information on pages 10-14

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000351



## Efficacy maintained during repeat-cycle chemotherapy

*Response to Kytril, by cycle, during repeat cycles of chemotherapy*



○ In three studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg[1,3] (see page 2); therefore, the recommended dose is 10 µg/kg

○ All patients received a single dose of Kytril prior to each chemotherapy cycle

## Safety demonstrated in U.S. clinical trials and in widespread international use

*Principal adverse events* in controlled clinical trials with Kytril (N=1268)[1]

| | Percent of Patients Reporting[*] |
|---|---|
| Headache | 14% |
| Asthenia | 5% |
| Somnolence | 4% |
| Diarrhea | 4% |
| Constipation | 3% |
| Fever[*] | 3% |

○ Most adverse events were mild or moderate in severity[1]

○ Well tolerated by children 2 through 16 years of age[1]
　—Not studied in patients <2 years of age

Please see complete prescribing information on pages 10-44

4　　　　7

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000352



## One 10 µg/kg dose for all patients

- ○ Recommended dosage is a single 10 µg/kg dose infused over 5 minutes
- ○ No dosage adjustment is required for:
  - — Children (ages 2 through 16 years)
  - — Elderly patients
  - — Patients with renal failure
  - — Patients with hepatic impairment
- ○ One 10 µg/kg dose provides 24-hour protection with each chemotherapy administration

### Convenient administration

- ○ Infusion time is just 5 minutes
- ○ Infusion should begin any time within 30 minutes before initiation of chemotherapy
- ○ Kytril should be administered only on the day(s) chemotherapy is given

## Simple preparation

- ○ Kytril should be diluted at the time of administration in 0.9% NaCl or 5% dextrose to a total volume of 20 to 50 mL
- ○ Kytril has been shown to be stable for at least 24 hours when diluted in the IV solutions listed below and stored at room temperature under normal lighting conditions[†]

| IV solutions tested[*] | Containers tested[†] |
|---|---|
| 0.9% NaCl | Glass |
| Dextrose 5% | Polypropylene syringe |
| Sodium lactate infusion | Styrene/acrylic nitrile syringe |
| Mannitol 10% | PVC infusion bag |



- ○ As a general precaution, Kytril should not be mixed in solution with other drugs
- ○ Kytril is supplied in individually packaged 1 mL single-use vials at a concentration of 1 mg/mL
- ○ Vials containing Kytril should be stored at 30°C (86°F) or below, but not frozen, and should be protected from light

*Stability in each solution was tested in styrene-acrylic syringes, polypropylene syringes and glass at a predetermined concentration of 4 15 mg/mL for 48 hours under a variety of lighting conditions.*
*Stability in each type of container was tested at 0.9% NaCl at predetermined concentrations of 0.3 mg/mL and 0.04 mg/mL for 24 hours at room temperature under normal light.*

Please see complete prescribing information on pages 10-16.

HIGHLY
CONFIDENTIAL

GSK- MDL- KY04
000353

B

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000354



HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000355



*One-dose convenience,*
*24-hour control*

3

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000356



## NEW KYTRIL granisetron HCl Injection

### One-dose convenience, 24-hour control

## Prevention of emesis is a 24-hour challenge

### N&V may occur early with cisplatin

*Mean number of vomiting episodes per hour in patients without antiemetic therapy*



> Emesis occurs predominantly in the first 10 hours following cisplatin therapy

### ...and late in the first 24 hours after cyclophosphamide

*Mean number of vomiting episodes per hour in patients without antiemetic therapy*



> IV cyclophosphamide causes acute nausea and vomiting up to 24 hours after administration

> Kytril is effective with chemotherapy regimens that cause nausea and vomiting late in the first day

HIGHLY CONFIDENTIAL

GSK- MDL- KYO4
000357



## NEW
## KYTRIL
## granisetron HCl
## Injection

*One-dose convenience, 24-hour control*

*Confident one-dose protection against high-dose cisplatin*

24-hour response to a single dose of Kytril in patients given high-dose cisplatin[']



**77%**

15%  Major response (1 vomit, or more than mild nausea)

62%  Complete response (no vomiting and no more than mild nausea)

75-120 mg/m² cisplatin (mean 96 mg/m²) (N=52)
Kytril dose 10 µg/kg

*From a randomized, multicenter, controlled study. Cisplatin was administered in a 1-hour infusion.*

> All patients received Kytril without concomitant antiemetic therapy

> Patients received numerous concomitant emetogenic chemotherapies, including

– Cyclophosphamide      – Pyrimidine analogs
– Anthracyclines          – Nitrogen mustards

6

*...and against moderately emetogenic chemotherapy*

24-hour response to a single dose of Kytril in patients given moderately emetogenic chemotherapy[']



**86%**

18%  Major response (1 vomit, or more than mild nausea)

68%  Complete response (no vomiting and no more than mild nausea)

(N=131)
Kytril dose 40 µg/kg

*From a randomized, multicenter, controlled study. Kytril was administered in a 5-minute infusion.*

> In two dose-ranging studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg['] (see page 11); therefore, the recommended dose is 10 µg/kg

> All patients received Kytril without concomitant antiemetic therapy

> Patients received one or more of the following agents

7

**HIGHLY
CONFIDENTIAL**

GSK-MDL-KYO4
000358



# NEW
## KYTRIL
### granisetron HCl
#### Injection

*One-dose convenience,
24-hour control*

## 24-hour protection against cisplatin-induced N&V

*Percent of patients remaining free from vomiting after a single dose of Kytril (N=52)*



Time after Chemotherapy Administration

> All patients received Kytril without concomitant antiemetic therapy

> One dose of Kytril provides 24-hour protection against both nausea and vomiting due to high-dose cisplatin

8

## Protection against moderately emetogenic chemotherapy, even 18 to 24 hours after dosing

*Percent of patients remaining free from vomiting after a single dose of Kytril (N=133)*



Time after Chemotherapy Administration

> In two dose-ranging studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg (see page 11); therefore, the recommended dose is 10 µg/kg

> A single dose of Kytril provides sustained protection, even 18 to 24 hours after chemotherapy

> Kytril is effective with chemotherapy regimens that cause nausea and vomiting late in the first day

9

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000359



## NEW
KYTRIL
*ranisetron HCl*
*Injection*

*One-dose convenience,*
*24-hour control*

### Efficacy maintained during repeat-cycle chemotherapy



Response to Kytril by cycle, during repeat cycles of chemotherapy*

Complete response
(no vomiting and no more than mild nausea)

> In two dose-ranging studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg** [see page 11]; therefore, the recommen    se is 10 µg/kg

> All patients received a single dose of Kytril prior to each chemotherapy cycle
— No concomitant antiemetic therapy was given

10

### Dose-response profile



24-hour complete response to varying doses of Kytril in patients given cisplatin*

Complete response
(no vomiting and no more than mild nausea)

| Kytril dose: 2 µg/kg (N=52) | Kytril dose: 10 µg/kg (N=52) | Kytril dose: 40 µg/kg (N=51) |
|---|---|---|
| 31% | 42% | 68% |

> In two dose-ranging studies, there was no statistically significant difference in efficacy between doses of 10 and 40 µg/kg**; therefore, the recommended dose is 10 µg/kg

> Doses of 2 and 5 µg/kg have been shown to be significantly less effective than the 10 µg/kg dose

11

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000360



## NEW
## KYTRIL™
## (granisetron HCl)
### Injection

### One-dose convenience, 24-hour control

### Safety demonstrated in U.S. clinical trials and in widespread international use

**Principal adverse events in clinical trials with Kytril (N=1268)**

| | Percent of Patients Reporting* |
|---|---|
| Headache | 14% |
| Asthenia | 5% |
| Somnolence | 4% |
| Diarrhea | 4% |
| Constipation | 3% |
| Fever** | 3% |

*Incidence at recommended dose of 10 mcg/kg administered over 5 minutes...
...

> Most adverse events were ... of moderate in severity

### Proven safety in children, the elderly and hepatically impaired patients

> Well tolerated by children 2 through 16 years of age*
>   — Not studied in patients <2 years of age

> No significant differences in safety profile when administered to patients >65 years of age*

> No significant differences in safety profile when administered to patients with hepatic impairment

12

13

HIGHLY
CONFIDENTIAL

GSK-MDL-KY04
000361



## One-dose convenience, 24-hour control

- A new 24-hour 5-HT antiemetic
- Proven 24-hour protection with a single dose
- Effective in patients treated with high-dose cisplatin
- Prevents nausea and vomiting throughout the first 24 hours even with agents such as cyclophosphamide
- Convenient 5-minute infusion
- No dosage adjustment in children 2 through 16 years of age, the elderly or patients with renal failure or hepatic impairment
- Recommended dosage: a single 10 µg/kg dose on the day of chemotherapy given within 30 minutes prior to chemotherapy

**SB**
**SmithKline Beecham**
Pharmaceuticals

HIGHLY
CONFIDENTIAL

GSK-MDL-**KYO4**
000363

C

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000364



INTRODUCING

NEW

KYTRIL

HIGHLY
CONFIDENTIAL



## *Prevention of emesis is a 24-hour challenge*

### *N&V may occur early with cisplatin*



*Mean number of vomiting episodes per hour in patients without antiemetic therapy*

Adapted from Martin. Cisplatin dose 100 mg/m²

O  Emesis occurs predominantly in the first 10 hours following cisplatin therapy*

HIGHLY
CONFIDENTIAL



*...and late in the first 24 hours
after cyclophosphamide*



O IV cyclophosphamide causes acute nausea and
vomiting up to 24 hours after administration

O *Kytril* is effective[a,] with chemotherapy regimens that
cause nausea and vomiting late in the first day[e]

HIGHLY
CONFIDENTIAL

5

GSK- MDL- **KYO4**
000367



## *Confident one-dose protection against high-dose cisplatin*



24-hour response to a single dose of Kytril in patients given high-dose cisplatin

From a randomized, multicenter, controlled study.* Cisplatin was administered as a 3-hour infusion.*

○ All patients received *Kytril* <u>without</u> concomitant antiemetic therapy

○ Patients received numerous concomitant emetogenic chemotherapies, including.
— Cyclophosphamide    — Pyrimidine analogs
— Anthracyclines       — Nitrogen mustards

HIGHLY
CONFIDENTIAL

6

GSK- MDL- **KYO4**
000368



*...and against
moderately emetogenic chemotherapy*



24-hour response to a single dose of Kytril
in patients given moderately emetogenic chemotherapy

86%

Major response
I.T. vomit, or more than
mild nausea.

Complete response
no vomiting and no more
than mild nausea

(N=133)
Kytril dose:
40 µg/kg

From a randomized, multicenter, controlled study
in which Kytril was administered as a single 40 µg/kg dose

○ In two dose-ranging studies, there was no
statistically significant difference in efficacy
between doses of 10 and 40 µg/kg (see page 11);
therefore, the recommended dose is 10 µg/kg

○ All patients received Kytril <u>without</u> concomitant
antiemetic therapy

○ Patients received one or more of the following agents

— Carboplatin          — Doxorubicin
— Low-dose cisplatin   — Epirubicin
— Cyclophosphamide     — Nitrogen mustard
— Dacarbazine

7

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000369



## 24-hour protection
## against cisplatin-induced N&V



High-dose cisplatin 75-120 mg/m² (mean 96 mg/m²). Kytril was administered as a single 10 µg/kg dose

○ All patients received *Kytril* without concomitant antiemetic therapy

○ One dose of *Kytril* provides 24-hour protection against both nausea and vomiting due to high-dose cisplatin[1]

HIGHLY
CONFIDENTIAL

GSK- MDL- **KYO4**
000370



*One-dose convenience,*
*24-hour control*

## Protection against
## moderately emetogenic chemotherapy,
## even 18 to 24 hours after dosing



*Percent of patients remaining free from vomiting*
*after a single dose of Kytril (N=133):*

Kytril was administered as a single 40 µg/kg dose

○ In two dose-ranging studies, there was no
statistically significant difference in efficacy
between doses of 10 and 40 µg/kg[1] (see page 11);
therefore, the recommended dose is 10 µg/kg

○ A single dose of Kytril provides sustained protection,
even 18 to 24 hours after chemotherapy[1]

○ Kytril is effective[1] with chemotherapy regimens that
cause nausea and vomiting late in the first day[8]

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000371

j



## Efficacy maintained
## during repeat-cycle chemotherapy



*Response to Kytril, by cycle, during repeat cycles of chemotherapy[1]*

From an open-label study in which Kytril was administered as a single 40 μg/kg dose, chemotherapy regimens included both high-dose cisplatin and moderately emetogenic chemotherapy[1]

- ○ In two dose-ranging studies, there was no statistically significant difference in efficacy between doses of 10 and 40 μg/kg[4,5] (see page 11); therefore, the recommended dose is 10 μg/kg

- ○ All patients received a single dose of *Kytril* prior to each chemotherapy cycle
  — No concomitant antiemetic therapy was given

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000372



## *Dose-response profile*



*24-hour complete response to varying doses of Kytril in patients given cisplatin*

**Complete response**
*(no vomiting and no more than mild nausea)*

From a randomized, multicenter, controlled study mixing cisplatin doses of 75 to 200 mg/m²

○ In two dose-ranging studies, there was no
  statistically significant difference in efficacy
  between doses of 10 and 40 μg/kg; therefore,
  the recommended dose is 10 μg/kg

○ Doses of 2 and 5 μg/kg have been shown to be
  significantly less effective than the 10 μg/kg dose

HIGHLY
CONFIDENTIAL

11

GSK- MDL- KYO4
000373



## Safety demonstrated in U.S. clinical trials and in widespread international use

| Principal adverse events in clinical trials with Kytril (N=1268)[1] | Percent of Patients Reporting |
| --- | --- |
| Headache | 14% |
| Asthenia | 5% |
| Somnolence | 4% |
| Diarrhea | 4% |
| Constipation | 3% |
| Fever[2] | 3% |

[1]Incidence during the first 7 days after administration of a single 40 µg/kg dose.
[2]Incidence of fever based on a total population of more than 3000 patients in single- and multiple-day studies with Kytril doses of 2 to 160 µg/kg

○ Most adverse events were mild or moderate
   in severity[1]

HIGHLY
CONFIDENTIAL

GSK-MDL-KY04
000374



## *Proven safety in children, the elderly and hepatically impaired patients*

- ○ Well tolerated by children 2 through 16 years of age[1]
  — Not studied in patients <2 years of age

- ○ No significant differences in safety profile when administered to patients >65 years of age[10]

- ○ No significant differences in safety profile when administered to patients with hepatic impairment[10]

HIGHLY
CONFIDENTIAL

13

GSK-MDL-KYO4
000375



## *Pharmacokinetics/pharmacology*

O The mean terminal phase plasma half-life of *Kytril* in cancer patients is 9.0 hours[1]

O Granisetron is a selective 5-HT₃ receptor antagonist[2]

O Granisetron has little or no affinity for[1]:
  — Other serotonin receptors
  — Alpha₁-, alpha₂- or beta-adrenoreceptors
  — Dopamine-D₂ receptor
  — Benzodiazepine or opioid receptors

HIGHLY
CONFIDENTIAL

14

GSK- MDL- KYO4
000376



*One dose for all patients*

○ Recommended dosage is a single 10 µg/kg dose infused over 5 minutes

○ No dosage adjustment is required for:
  — Children (ages 2 through 16 years)
  — Elderly patients
  — Patients with renal failure
  — Patients with hepatic impairment

○ A single dose provides 24-hour protection with each chemotherapy administration

*Convenient administration*

○ Infusion time just 5 minutes

○ Infusion should begin within 30 minutes before initiation of chemotherapy

○ *Kytril* should be administered only on the day(s) chemotherapy is given

References.
1. Data on file, SmithKline Beecham Pharmaceuticals. 2. Upmoint for Annual BDC, Leuk C. et al. The cincih pharmacology of granistrion (BRL 43694) a novel specific 5-HT₃ antagonist. Eur J Cancer. 1990 Jul-Aug; 11315-315. 3. ban Iningassiden J. Jupp et al. 4. Comparison of D. on behalf of the Granisetron Study Group. Intimation on granisetron—establishing the optimal dose. Eur J Cancer. 1993; 3Annuar 1156-S11. 5. Nbean Raa Plano P, Kinhan HC, et al. Single-dose double-blind, multicenter study evaluating the efficacy and safety of intravenous i/th granisetron in the prevention of cisplatin-induced nausea and vomiting. Pra ASCO 1993 12:436 Abstract. 6. Marry M. on behalf of the Granisetron Study Group. A comparison of granisetron as a single agent with conventional antiemetic antiemetic therapies in the treatment of cytotoxic-induced emesis. Eur J Cancer. 1992; 3Annougbi 13. 7. Smith JE. on behalf of the Granisetron Study Group. A dose-finding study of granisetron a novel antiemetic in patients of nausea and vomiting after high-dose cyclophosphamide. Cancer Treatment Report. 1993 pp 1167-1993. 9. Mathin on Clinical Studies Cammancy-induced Emeti. Hadhof. Spain. University Hospital of Joserp. 1993. Dissertation. 10. Zolmer B, Bernot S. Safety of intravenous granisetron in elderly and pediatric impaired patients. Pra ASCO 1993 12:436 Abstract.

15

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000377

D

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000378

COMPARISON OF ONDANSITRON (ZOFRAN) AND GRANISITRON (KYTRIL)

HALF LIVES

ONDANSITRON  4.0 HRS      GRANISITRON  9.0 HRS

DOSING RECOMMENDATIONS

ONDANSITRON                    GRANISITRON

.15MG/KG AT 0, 4, & 8 HRS      .10 MCG/KG ONCE WITHIN
                               30 MINUTES OF CHEMOTHERAPY.

32MG ONCE 30 MINUTES PRIOR
TO CHEMO THERAPY.

COST/ CHEMOTHERAPY TREATMENT

ONDANSITRON                    GRANISITRON

32MG ONCE  97.98               90KG PATIENT    89.02
                               80KG PATIENT    79.12
30 MG ONCE 91.85               70KG PATIENT    69.23
                               60KG PATIENT    59.34
                               50KG PATIENT    49.46
.15/KG 0,4,8HRD

90KG       125.53
80KG       110.22
70KG        97.98
60KG        82.62
50KG        61.23

RESPONSE RATES IN HIGH DOSE CISPLATIN >100MG

ONDANSITRON                    GRANISITRON

COMPLETE RESPONSE 47-60%       COMPLETE RESPONSE 47-63%

MAJOR RESPONSE  55-72%         COMPLETE RESPONSE 63-77%

RESPONSE RATES ALL OTHER CHEMOTHERAPY.

ONDANSITRON                    GRANISITRON

COMPLETE RESPONSE 65-75%       COMPLETE RESPONSE 77%

MAJOR RESPONSE    70-90%       COMPLETE RESPONSE 75-88%

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000379

E

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000380

<u>KYTRIL DOSING</u>

10 MCG/KG
1MG/ML VIAL- $122.35 PER VIAL
INFUSED OVER 5 MINUTES
DILUTED IN .9% SODIUM CHLORIDE OR 5% DEXTROSE 20-50 ML'S
WHICH IS STABLE FOR AT LEAST 48 HRS AT ROOM TEMPERATURE.


Implementing Cost Effective Measures in the use of
Antiemetic Therapy:


KYTRIL- 10mcg/kg--1mg/ml vial--1000mcg per vial

<u>Standing Orders</u>

| Patient Weight | Kytril Dose |
|---|---|
| 85-110 lbs. | .5cc/500mcg |
| 111-130 lbs. | .6cc/600mcg |
| 131-150 lbs. | .7cc/700mcg |
| 151-175 lbs. | .8cc/800mcg |
| 176-195 lbs. | .9cc/900mcg |
| 196-220 lbs. | 1.0cc/1000mcg |

Monday

| <u>Day 1:</u> | <u>Wt.</u> | <u>Dose</u> | <u>Cost Per Patient</u> |
|---|---|---|---|
| Patient 1 - | 150pds | = .7cc/700mcg | = $86.00 |
| Patient 2 - | 138pds | = .7cc/700mcg | = $86.00 |
| Patient 3 - | 185pds | = .9cc/900mcg | = $110.00 |
| Patient 4 - | 123pds | = .6cc/600mcg | = $74.00 |
| Patient 5 - | 170pds | = .8cc/800mcg | = $98.00 |

<u>Totals for Day 1:</u> = 3.7 vials/3700mcg's = $454.00

.3cc/300mcg is labeled and either left in syringe with cap
or diluted with D5W. This mixture is stable for at least
48hrs at room temperature.

Tuesday

HIGHLY
CONFIDENTIAL

| Day 2: | Wt. | Dose | Cost Per Patient |
|---|---|---|---|
| Patient 1 - | 140pds | = .3cc/300mcg<br>(Day 1 mixture)<br>+.4cc/400mcg<br>.7cc/700mcg | = $86.00 |
| Patient 2 - | 230pds | = 1.0cc/1000mcg | = $123.00 |

Totals for Day 2: = .4cc/400mcg + 1.0cc/1000mcg =
1.4 vials/1400mcg's used

Cost for Day 2  =  $209.00

.8cc/800mcg is labeled and either left in syringe with cap
or diluted with D5W. This mixture is stable for at least
48hrs at room temperature.

Wednesday

Day 3:-- No Chemo's scheduled

Thursday

| Day 4: | Wt. | Dose | Cost Per Patient |
|---|---|---|---|
| Patient 1 - | 117pds | = .8cc/800mcg<br>(Day 2 Mixture) | = $74.00 |
| Patient 2 - | 187pds | = .8cc/800mcg | = $98.00 |
| Patient 3 - | 138pds | = .7cc/700mcg | = $85.00 |
| Patient 4 - | 150pds | = .7cc/700mcg | = $85.00 |
| Patient 5 - | 390pds | = .9cc/900mcg | = $110.00 |
| Patient 6 - | 143pds | = .7cc/700mcg | = $88.00 |

Total for Day 4: = .8cc/800mcg + .7cc/700mcg +
.7cc/700mcg + .8cc/900mcg +
.7cc/700mcg = 3.8 vials/3800mcg

Cost for Day 4  =  $540.00

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000382

.2cc/200mcg is labeled and either left in syringe with cap
or diluted with D5W. This mixture is stable for at least
48hrs at room temperature.


**Friday**

| Day 5: | Pt. | Dose | Cost Per Patient |
|--------|-----|------|------------------|

Patient 1 -   172yds  =   .2cc/200mcg   =  $95.00
                          (Day 4 Mixture)
                          + .6cc/600mcg
                          = .8cc/800mcg

Patient 2 -   145yds  =   .7cc/700mcg   =  $85.00

Patient 3 -   118yds  =   .6cc/600mcg   =  $74.00

Patient 4 -   131yds  =   .7cc/700mcg   =  $85.00


<u>Totals for Day 5</u> = .6cc/600mcg + .7cc/700mcg +
                   .8cc/600mcg + .7cc/700mcg =
                   2.6 vials used

Cost for Day 5 = $344.00 (Patients 1 through 4)
              + $50.00 (.4cc of Kytril)
              = $480.00


<u>Totals for Kytril Usage:</u>

17 Patients Treated with Kytril

Total Cost for Kytril:                   $1600.00
[$122.26 per vial X 33 vials used]

Cost Comparison for Zofran:

Same 17 Patients Treated with Zofran

    Dose- 32mg for all patients
          32mg X 17 Patients = 544mg
          544mg/40mg per vial= 13.6 vials
          13.6 vials X $175.00 per vial

.Total Cost for Zofran:                   $2380.00


Savings as a result of using Kytril:     $780.00


**HIGHLY
CONFIDENTIAL**

KYTRIL DOSING

1S MCG/KG
1MG/ML VIAL- SIZZ.29 PER VIAL
INFUSED OVER 2 MINUTES
DILUTED IN .9% SODIUM CHLORIDE OR 5% DEXTROSE 20-50 ML'S
WHICH IS STABLE FOR AT LEAST 48 HRS AT ROOM TEMPERATURE.

Implementing Cost Effective Measures in the use of
Antiemetic Therapy:

KYTRIL- 10mcg/kg--1mg/ml vial--1000mcg per vial

Monday

| Day 1: | Wt. | Dose | Cost Per Patient | |
|---|---|---|---|---|
| Patient 1 - 158pds/88kg | = .88cc/880mcg | = | $84.00 |
| Patient 2 - 138pds/63kg | = .63cc/630mcg | = | $77.00 |
| Patient 3 - 185pds/84kg | = .84cc/840mcg | = | $103.00 |
| Patient 4 - 123pds/56kg | = .56cc/560mcg | = | $69.00 |
| Patient 5 - 170pds/78kg | = .78cc/780mcg | = | $95.00 |

   Totals for Day 1: = 3.5 vials/3500mcg's= $428.00

.5cc/500mcg is labeled and either left in syringe with cap
or diluted with D5W. This mixture is stable for at least
48hrs at room temperature.

Tuesday

| Day 2: | Wt. | Dose | Cost Per Patient | |
|---|---|---|---|---|
| Patient 1 - 140pds/64kg | = .5cc/500mcg | = | $78.00 |
| | (Day 1 mixture) | | |
| | +.14cc/140mcg= | | |
| | .64cc/640mcg | | |
| Patient 2 - 210pds/96kg | = .96cc/960mcg | = | $118.00 |

   Totals for Day 2: = .14cc/140mcg +.96cc/960mcg =
                       1.1 vials/1100 mcg's used

                       Cost for Day 2   = $196.00

HIGHLY
CONFIDENTIAL

GSK-MDL-KYD4
000384

.9cc/900mcg is labeled and either left in syringe with cap
or diluted with D5W. This mixture is stable for at least
48hrs at room temperature.

**Wednesday**

<u>Day 3:</u>-- No Chemo's scheduled

**Thursday**

| <u>Day 4:</u> | <u>Wt.</u> | <u>Dose</u> | <u>Cost Per Patient</u> |
|---|---|---|---|
| Patient 1 - 117pds/53kg | = | .9cc/900mcg<br>(Day 2 Mixture)<br>minus<br>.53cc/530mcg<br>(Patient 1 Dose)<br>equals .37cc | = $65.00 |
| Patient 2 - 167pds/76kg | = | .37cc/370mcg<br>(Day 2 Mixture)<br>+ .39cc/390mcg<br>.76cc/760mcg | = $33.00 |
| Patient 3 - 136pds/62kg | = | .62cc/620mcg | = $75.00 |
| Patient 4 - 150pds/68kg | = | .68cc/680mcg | = $84.00 |
| Patient 5 - 190pds/87kg | = | .87cc/870mcg | = $107.00 |
| Patient 6 - 143pds/65kg | = | .65cc/650mcg | = $80.00 |

<u>Total for Day 4:</u> = .39cc/390mcg + .62cc/620mcg +
.68cc/680mcg + .87cc/870mcg +
.65cc/650mcg = 3.2 vials/3200mcg

Cost for Day 4    = $505.00

.8cc/800mcg is labeled and either left in syringe with cap
or diluted with D5W. This mixture is stable for at least
48hrs at room temperature.

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000385

Friday

| Day 5: | Wt.: | Dose | Cost Per Patient |
|---|---|---|---|
| Patient 1 - 173pds/78kg | = .8cc/800mcg | = | $89.00 |
| | (Day 4 Mixture) | | |
| | Round up from | | |
| | .79cc/790mcg | | |
| Patient 2 - 145pds/66kg | = .66cc/660mcg | = | $81.00 |
| Patient 3 - 118pds/54kg | = .54cc/540mcg | = | $66.00 |
| Patient 4 - 131pds/60kg | = .60cc/600mcg | = | $74.00 |

Totals for Day 5 = .66cc/660mcg + .54cc/540mcg +
.60cc/600mcg = 1.8 vials used

Cost for Day 5 - $320.00 (Patients 1 through 4)
+ $25.00 (.2 cc of Kytril)
= $345.00

Totals for Kytril Usage:

17 Patients Treated with Kytril

Total Cost for Kytril:                    $1475.00
($122.35 per vial) X 12 vials used)

Cost Comparison for Zofran:

Same 17 Patients Treated with Zofran

Dose- 32mg for all patients
32mg X 17 Patients = 544mg
544mg/40mg per vials 13.6 vials
13.6 vials X $175.00 per vial

Total Cost for Zofran:                    $2380.00

Savings as a result of using Kytril:      $905.00

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000386

F

HIGHLY
CONFIDENTIAL

GSK- MDL- KY04
000387

## COST VS PROFIT

| | KYTRIL | ZOFRAN |
|---|---|---|
| APPROX. COST PER VIAL | 120.00 | 170.00 |
| DOSE | 10mcg per/kg | 32mg |
| av. pt weight | 140-150 lbs | |
| dose | .6-.7 mcg | 32mg |
| # vials | 2 vials | 2 vials |
| out of pocket expenses | 240.00 | 340.00 |
| can bill medicare | $168x3pts= $498.00 | $7x32mg= $224x2pts= $448.00 +16mg extra x $7= $112.00 |
| reimbursed 80% | $403.20 | $448.00 |
| less cost | $240.00 | $340.00 |
| PROFIT | $163.20 | $108.00 |

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000388

# The Pharmacologic Profile of Granisetron (Kytril)

Paul L.R. Andrews

THE DISCOVERY of the antiemetic properties of serotonin-type 3 (5-hydroxytryptamine) receptor antagonists and their relationship to the control of chemotherapy- and radiotherapy-induced nausea and vomiting has altered the approach to the treatment of cancer therapy-related emesis.[1] As a class, the selective 5-HT$_3$ receptor antagonists offer clear advantages over conventional antiemetics in the prevention of acute episodes of nausea and vomiting induced by cancer treatment. Individually, potentially important differences in their preclinical pharmacologic profiles have emerged and initial head-to-head clinical comparisons have suggested that there also may be significant differences in clinical performance requiring further investigation.[2]

Granisetron (Kytril; SmithKline Beecham Pharmaceuticals, Philadelphia, PA) is a potent and highly selective 5-HT$_3$ receptor antagonist with demonstrated antiemetic activity in patients receiving cisplatin and non-cisplatin chemotherapy.[3] This paper reviews the pharmacologic profile of granisetron, including its high selectivity, potency, long duration of action, dose response linearity, and pharmacokinetic profile, which permits convenient once-daily dosing.

## OVERVIEW OF 5-HT$_3$ RECEPTOR ANTAGONISTS

Emesis caused by cytotoxic agents has been attributed to peripheral effects on the gut, as well as to central effects on the area postrema in the medulla and the subjacent nucleus tractus solitarius. A feature common to all these proposed sites is the presence of an abundance of 5-HT$_3$ receptors. Although the exact site of action of the 5-HT$_3$ receptor antagonists has yet to be conclusively defined, the published literature favors a peripheral site of action at 5-HT$_3$ receptors on vagal afferent neurons located in the upper gut. These neurons project to brain stem structures sensitive to emetic stimuli that are involved in the coordination of the motor components of an emetic response.[4]

The discovery of selective 5-HT$_3$ receptor antagonists for the control of cancer therapy-related emesis was pioneered by studies which demonstrated that high doses of metoclopramide had antiserotonergic activity at neural 5-HT$_3$ receptors.[5] The effect of high-dose metoclopramide (>2 mg/kg intravenously) in preventing cisplatin-induced emesis was later demonstrated in a clinical trial conducted by Gralla et al,[6] although the mechanism by which these high doses prevented emesis was not hypothesized. In 1986, Miner and Sanger[7] published their findings of two important advances in the understanding of antiemetic treatment: that mechanisms other than dopamine-receptor antagonism were responsible for the efficacy of high-dose metoclopramide in the prophylaxis of cisplatin-induced emesis and that the antiemetic efficacy of high-dose metoclopramide was most probably due to antagonism of 5-HT$_3$ (known at the time as 5HT-M) receptors. These conclusions resulted in a concentrated effort to identify specific antiemetic agents acting as antagonists at the 5-HT$_3$ receptor, and the development of more selective 5-HT$_3$ receptor antagonists has resulted in the synthesis of several clinically effective compounds. Granisetron was the first selective 5-HT$_3$ receptor antagonist investigated solely for its antiserotonergic antiemetic potential. Currently, only granisetron and ondansetron hydrochloride (Zofran; Cerenex Pharmaceuticals, Research Triangle Park, NC) are available in the United States for the prevention of chemotherapy-induced emesis. Tropisetron and dolasetron are still under investigation, although tropisetron is widely available in Europe.

Granisetron, ondansetron, tropisetron, and dolasetron are all 5-HT$_3$ receptor antagonists, however, there are differences in their binding-affinity and pharmacokinetic profiles that may translate to differences in their clinical efficacy and safety profiles. Ondansetron has been shown to have detectable (pIC$_{50}$ > 5) binding at several non-5-HT$_3$ binding sites, although it is relatively selective for 5-HT$_3$ binding sites.[8] Ondansetron also

From the Department of Physiology, St George's Hospital Medical School, University of London, Tooting, London, UK.

Address reprint requests to Paul L.R. Andrews, PhD, St George's Hospital Medical School, University of London, Cranmer Terrace, Tooting, London SW17 0RE, UK.

Copyright © 1994 by W.B. Saunders Company
0093-7754/94/2103-0502$05.00/0

HIGHLY CONFIDENTIAL

GSK-MDL-KY04
000389

Case 1:01-cv-12257-PBS Document 3187-2 Filed 10/10/06 Page 47 of 70

emesis.[3,21] The two studies discussed below were pivotal in demonstrating granisetron's high selectivity and affinity for $5\text{-}HT_3$ receptors.

Blower conducted binding studies in the rat brain to determine the affinity of granisetron for numerous radiolabeled receptors using a variety of ligands.[22] Granisetron possessed 4,000 to 40,000 times greater affinity for $5\text{-}HT_3$ receptors than for any other receptor type studied. It was concluded that doses of granisetron that in vivo produced blockade of $5\text{-}HT_3$ receptors would have no significant activity at other receptors. In independent radioligand-binding studies conducted by Van Wijngaarden et al,[8] granisetron was highly selective for $5\text{-}HT_3$ receptors and had no detectable activity at any of the other receptors investigated (Table I). In contrast, ondansetron had detectable binding ($pK_i \geq 5$) at $5\text{-}HT_{1B}$, $5\text{-}HT_{1C}$, $\alpha_1$-adrenergic, and opioid μ receptor sites, while tropisetron had weak pharmacologic activity at $5\text{-}HT_4$ and detectable binding at 5-HT re-uptake sites.[8] These studies indicate that granisetron is more selective for $5\text{-}HT_3$ receptors.

Recent studies have investigated the role of 5-HT receptors in the regulation of 5-HT release from enterochromaffin cells. Gebauer et al[15] studied the spontaneous release of endogenous 5-HT from enterochromaffin cells and the effects of $5\text{-}HT_3$ and $5\text{-}HT_4$ receptor agonists and antagonists. Using vascularly perfused isolated guinea pig small intestine, it was demonstrated that the $5\text{-}HT_3$ receptor agonist 2-methyl-5-HT increased the spontaneous release of endogenous 5-HT. The effect was antagonized by nanomolar concentrations of granisetron, tropisetron, and MDL 72 222; however, ondansetron 0.1 and 1 μmol/L did not affect the release of 5-HT. When the $5\text{-}HT_4$ receptor agonists 5-methoxytryptamine, BIMU8, and cisapride were introduced, 5-HT release was reduced. Tropisetron 1 and 10 μmol/L (concentrations with antagonist effects at $5\text{-}HT_4$ receptors) enhanced release; the $5\text{-}HT_1$/$5\text{-}HT_2$ receptor antagonist, methiothepine, did not affect the release of 5-HT. These results suggest that stimulation of $5\text{-}HT_3$ receptors triggers a positive feedback mechanism that increases 5-HT release, whereas stimulation of $5\text{-}HT_4$ receptors inhibits or reduces release. The results also suggest that $5\text{-}HT_3$ receptors on the enterochromaffin cells differ from neuronal $5\text{-}HT_3$ receptors because of the failure of ondansetron, but not granisetron or tropisetron, to block these receptors, although ondansetron has been shown to block neuronal $5\text{-}HT_3$ receptors,[23] including those on abdominal vagal afferents.[24]

## PRECLINICAL COMPARATIVE PHARMACODYNAMICS

The literature contains a number of publications on the preclinical pharmacology, clinical efficacy, and pharmacodynamic properties of both granisetron and ondansetron. To understand the differences between these agents, Andrews et al[25] conducted a comparative preclinical study with granisetron and ondansetron against cisplatin- and radiation-induced (2 Gy, total body irradiation, x-rays) emesis.

The ferret emesis model, together with a retrospective analysis of the published literature, was used to compare the preclinical efficacy, potency, duration of action, and dose response characteristics of granisetron and ondansetron over a wide

**Table I. Receptor Binding Profile of $5\text{-}HT_3$ Antagonists**

| | 5-HT | | | | | | | Rat* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1A | 1B | 1C | 1D | 2 | 3 | Upt | ACh | $\alpha_1$ | $\alpha_2$ | $\beta_{1,2}$ | GABA | Gly | $H_1$ | [illegible] | [illegible] |
| Granisetron | L | L | L | L | L | 8.42 | L | L | L | L | L | L | L | L | L | L |
| Ondansetron | L | 5.43 | 5.31 | L | L | 8.07 | L | L | 5.44 | L | L | L | L | L | L | 5.39 |
| Tropisetron | L | L | L | L | L | 8.81 | 6.16 | L | L | L | L | L | L | L | L | L |

NOTE. Affinities are expressed as $pK_i$ values ($-\log K_i$ in mol/L), which are the means of at least three determinations.

L, No or weak affinity ($pK_i \leq 5.0$).

Abbreviations: Upt, 5-HT uptake site; ACh, acetylcholine; GABA, γ-aminobutyric acid; Gly, glycine.

* No or weak affinity ($pK_i \leq 5.0$) for $D_1$, $D_2$, κ, δ, Bz, thyrotropin-releasing hormone, and cholecystokinin subtype A and B receptors.

Adapted and reprinted from the *European Journal of Pharmacology*,[8] with kind permission from Elsevier Science, Amsterdam, The Netherlands.

HIGHLY CONFIDENTIAL

GSK-MDL-KY04 000390

clearance of granisetron remained generally unchanged over this dose range.[29] Similar observations were made in Japanese volunteers over a dose range of 10 to 80 µg/kg.[28,34] Hence, granisetron possesses essentially linear kinetics over a wide dose range.

A comparison of pharmacokinetics in healthy male and female volunteers has demonstrated a transitory effect of gender on $C_{max}$, with the value being higher in males than in females. No other differences were apparent.[30]

Elimination of granisetron occurs primarily via hepatic metabolism.[28] After administration of single intravenous doses to healthy male volunteers, mean urinary recoveries of unchanged drug representing up to 17% of a dose of granisetron has been observed.[30,31] Hence, no relationships have been observed between creatinine clearance and the clearance of granisetron in cancer patients.[34]

Table 4 summarizes the results from a number of studies that determined the mean plasma elimination half-life ($t_{1/2}$) for granisetron administered as a single intravenous dose (40 µg/kg) in healthy volunteers and in cancer patients. As indicated, the $t_{1/2}$ for granisetron in Western studies was approximately 4 to 5 hours in healthy volunteers and 9 to 12 hours in cancer patients. Such differences between patients with malignancies and healthy volunteers are common and may potentially be caused by one of several underlying factors. These factors include differences in elimination caused by the underlying malignancy, possible drug interactions with cytotoxic chemotherapeutics, or changes in the binding characteristics of plasma proteins.[29]

In some pharmacokinetic studies to date,[29,31,33,35] there were wide intersubject differences in plasma half-life and total plasma clearance among individual healthy volunteers and cancer patients. Nevertheless, the pharmacokinetics of granisetron are consistent with the use of granisetron as a single-dose antiemetic administered immediately prior to chemotherapy. Linear pharmacokinetics with generally rapid elimination combined with good tolerability contribute to a good safety profile for the drug. Granisetron has been shown to be consistently effective with a long duration of action. The variability in pharmacokinetic parameters does not appear to adversely affect efficacy because no clear relationship between plasma concentrations and antiemetic effect is apparent. No dosage adjustments appear necessary because of age, site of malignancy, or renal or hepatic status.

Table 3. Mean Dose-Normalized Area Under the Plasma Concentration-Time Curve Values of Granisetron in Healthy Volunteers After the Administration of a Single Intravenous Dose

| Source | No. of Subjects | Dose (µg/kg) | Dose-Normalized AUC ((ng·hr/ml)/ (µg/kg)) |
|---|---|---|---|
| Western volunteers | | | |
| Allen et al, 1990[30] | 6 | 20 | 2.1 |
| | 6 | 40 | 2.7 |
| | 6 | 50-120 | 3.2 |
| | 8 | 150-220 | 3.3 |
| | 8 | 270-300 | 3.3 |
| Japanese volunteers | | | |
| Koyanagi et al, 1990[28] | 12 | 20 | 1.5 |
| | 12 | 40 | 1.6 |
| Kumakura et al, 1990[34] | 6 | 10 | 1.2 |
| | 6 | 20 | 2.3 |
| | 6 | 40 | 1.6 |
| | 6 | 80 | 1.1 |

Table 4. Mean Elimination Half-Life of 40 µg/kg Granisetron in Healthy Volunteers and Cancer Patients After the Administration of a Single Intravenous Dose

| Source | No. of Subjects | $t_{1/2}$ (hr) |
|---|---|---|
| Western studies | | |
| Healthy male volunteers | | |
| Zussman et al, 1990[31] | 5 | 4.0 |
| Allen et al, 1992[30] | 17 | 5.0 |
| Cancer patients | | |
| Cassidy et al, 1990[29] | 14 | 9.0 |
| Carmichael et al, 1997[35] | 14 | 10.6 |
| Adelmann et al, 1990[33] | 12 | 11.6 |
| Japanese studies | | |
| Healthy male volunteers | | |
| Koyanagi et al, 1990[28] | 12 | 3.2 |
| Kumakura et al, 1990[34] | 6 | 3.1 |

HIGHLY
CONFIDENTIAL

# Granisetron (Kytril) Clinical Safety and Tolerance

Stephen Dilly

EFFECTIVE and safe control of the nausea and vomiting often associated with cytotoxic chemotherapy is an important issue for both the cancer patient and the physician. Since the time when prochlorperazine first came into use as an antiemetic for cancer patients in the early 1960s,[1,2] numerous other agents, in a variety of pharmacological classes, have been identified as having antiemetic efficacy. These include butyrophenones (droperidol and haloperidol), cannabinoids (tetrahydrocannabinol and nabilone), glucocorticoids (methylprednisolone and dexamethasone), and benzamides (metoclopramide and domperidone). While the effectiveness of the agents available to control nausea and vomiting has greatly improved since the 1960s, the same cannot be said for the side effect profiles of these agents, that is, until the relatively recent arrival of the 5-HT$_3$ antagonists (ondansetron, granisetron, and tropisetron).

Until the introduction of the 5-HT$_3$ antagonists, metoclopramide was the drug of choice because it was the most effective and worked well in combination with other antiemetic agents. Metoclopramide primarily acts to block dopamine receptors, but at high doses it also blocks neuronal 5-hydroxytryptamine (5-HT) receptors, producing inhibition of cytostatic-induced nausea and vomiting.[3] Although high-dose metoclopramide is effective in more than 60% of patients receiving cisplatin, effective doses are often associated with dose-limiting side effects, including extrapyramidal reactions, sedation, and diarrhea.[4,6]

Granisetron (Kytril; SmithKline Beecham Pharmaceuticals, Philadelphia, PA) is a potent and highly selective 5-HT$_3$ antagonist that has been shown to prevent nausea and vomiting following a single dose in patients receiving cisplatin, with efficacy equal to that of the combination of high-dose intravenous metoclopramide plus dexamethasone.[7] Because

granisetron is a very selective 5-HT$_3$ antagonist, the disturbing central nervous side effects of dopamine antagonism, specifically dyskinesia, are avoided and prokinetic activity is minimised. Granisetron also has been shown to be superior to a regimen of chlorpromazine and dexamethasone in preventing nausea and vomiting in adults and children receiving moderately emetogenic chemotherapy, without causing the disturbing side effects of these agents, such as somnolence.[8]

The purpose of this review is to detail the clinical safety and tolerance of intravenous granisetron from worldwide studies in healthy volunteers and cancer patients.

## GRANISETRON TOLERABILITY PROFILE

The clinical safety of intravenous (IV) granisetron was initially assessed in a series of single-blind, ascending dose, placebo-controlled crossover studies in healthy male volunteers.[9] The dose ranges used in these studies were 2.5 to 300 μg/kg (as 30-minute, constant-rate IV infusions) and 50 to 160 μg/kg (as 3-minute, constant-rate IV infusions). The effects of repeated IV administration of granisetron were also assessed at dosages up to 160 μg/kg twice a day for 7 days.

In the single-dose studies, granisetron was very well tolerated, even at the highest doses, with no serious adverse events reported. The only adverse event reported consistently more often with granisetron than placebo was constipation, which generally subsided spontaneously after 24 to 72 hours. Headache occurred more often in the granisetron group than in placebo group; however, there was no clear relationship between dose and the occurrence of headache.

Granisetron was also well tolerated in the repeat-dose studies. Again, constipation was the only adverse event reported consistently more often with granisetron than with placebo, but none of the volunteers required treatment with a laxative or left the study because of constipation. A transient and self-limiting elevation in alanine transaminase (ALT) and aspartate transaminase (AST) was noted in two volunteers after repeated dosing with 160 μg/kg twice a day for 7 days.

Results of single- and repeat-dose tolerance studies showed that no consistent or clinically

From the Departments of Clinical Investigation and CNS and GI Clinical Research, Development, and Medical Affairs North America, SmithKline Beecham Pharmaceuticals, Reigate, Surrey, England.

Address reprint requests to Stephen Dilly, MD, PhD, SmithKline Beecham Pharmaceuticals, 47-49 London Rd, Reigate, Surrey, RH2 9PQ England.

Copyright © 1994 by W.B. Saunders Company
0093-7754/94/2103-0503$05.00/0

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000392

# Further Profiles of Granisetron (Kytril): Effect on Quality of Life and Pharmacoeconomics

Peter D. Eisenberg

THE CONTROL OF chemotherapy-induced nausea and vomiting is much more effective with the 5-HT$_3$ (serotonin) receptor antagonists. Granisetron (Kytril; SmithKline Beecham Pharmaceuticals, Philadelphia, PA) is the second serotonin receptor antagonist to be available in the United States. Certain features of granisetron as an antiemetic in general and as a serotonin receptor antagonist specifically may have significant impact on patients psychologically as well as on their well being. Granisetron may prove to be a more effective antiemetic from an economic perspective, which is the subject of this report.

## QUALITY OF LIFE

To a cancer patient, "quality of life" is an important term. While physicians are concerned with tumor size, response rates, and survival, patients are equally concerned with how they feel. The importance of the perception of quality of life was reported recently by Coates et al, who enrolled 308 patients with advanced breast cancer into a study of the relationship between quality of life and survival.[1] A univariate analysis of baseline scores for more than 220 patients who completed baseline self-assessment forms showed that, except for pain, quality of life indicators were significant predictors of overall survival. The quality of life indicators include nausea and vomiting ($P = .004$), appetite ($P < .001$), physical well being ($P < .003$), mood ($P = .003$), and pain ($P = .428$); the overall quality of life index was also significant ($P < .001$). As quality of life scores changed due to progressive disease, a significant association remained between survival, baseline scores, and change in scores for physical well being ($P = .011$), mood ($P = .014$), pain ($P = .008$), and the overall quality of life index ($P < .001$). This study emphasizes the importance of the quality of life factor to the cancer patient.

It has been reported that nausea and vomiting are among the most undesirable side effects of chemotherapy.[2,3] In a recent quality of life study, Lindley et al reported that quality of life scores decreased significantly ($P < .01$) from before chemotherapy to 3 days after chemotherapy for patients who vomited, and that nausea and vomiting were significant factors in the reduction of quality of life.[4] Patients who did not vomit had no difference in their prechemotherapy and postchemotherapy quality of life scores.

Granisetron, with its long duration of action, has been shown to effectively prevent nausea and vomiting in the majority of patients who received a single 40 μg/kg dose before receiving chemotherapy.[5-17] A dose-ranging study has demonstrated that granisetron 10 μg/kg is as effective as 40 μg/kg.[18] Efficacy was not dependent on the chemotherapy agent (high-dose cisplatin, low-dose cisplatin, cyclophosphamide, etc) or on whether chemotherapy was administered on a single day or on multiple days of a cycle.

Symptoms of vomiting have repercussions beyond the initial 24 hours following chemotherapy administration. The poor control of vomiting at the time chemotherapy is administered has been shown to be associated with delayed emesis and anticipatory emesis.[19-22] In studies in which patients who received one 40 μg/kg dose of granisetron were followed beyond the initial 24-hour postchemotherapy period, 33.5% of patients who received high-dose cisplatin and 56% of patients who received cyclophosphamide-based chemotherapy did not vomit for the entire week after treatment.[11] The use of granisetron has been shown to reduce the incidence of anticipatory nausea and vomiting from 24% of patients the rate expected without good control of emesis, to 4.6%.[13]

Appetite is another measurement of quality of life. The ability to eat and drink has psychological effects beyond the physical concerns of weight loss and dehydration in an already debilitated patient. In a study of granisetron that included the presence or anorexia as a measurement of quality of life, 62% of patients who received a single 40 μg/kg dose of granisetron were able to eat at some

From Marin Oncology Associates, Greenbrae, CA.

Address reprint requests to Peter D. Eisenberg, MD, Marin Oncology Associates, Inc, 1350 S Eliseo Dr, Suite 200, Greenbrae, CA 94904-2007.

Copyright © 1994 by W.B. Saunders Company
0093-7754/94/2103-0506$05.00/0

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000393

time during the 24 hours immediately following chemotherapy with high-dose cisplatin.

The effect of granisetron on quality of life may extend to patient preference. Two recently completed clinical trials compared the efficacy of serotonin receptor antagonists in the prevention of chemotherapy-induced vomiting, and included an assessment of patient preference. Jantunen et al performed a randomized, prospective, cross-over study of granisetron, tropisetron, and ondansetron in 166 patients scheduled to receive moderately emetogenic chemotherapy. Each antiemetic was administered intravenously as a single dose before chemotherapy. Of the 130 patients evaluable for efficacy and who received each serotonin receptor antagonist, 54 (42%) preferred granisetron; 22 (17%) preferred ondansetron; and 70 (15%) preferred tropisetron; 34 (26%) had no preference. The investigators conclude that patient preference for granisetron may have been influenced by the significantly lower failure rate compared with ondansetron and tropisetron.

A double-blind, randomized, cross-over comparison of granisetron and ondansetron in a 5-day fractionated chemotherapy regimen was completed recently in Europe. A double-dummy technique was used so that patients received three infusions (5 minutes before chemotherapy, and 8 and 16 hours later), whether they received granisetron (granisetron, placebo, placebo) or ondansetron (ondansetron, ondansetron, ondansetron). Approximately 90% of patients in both groups were complete responders at 24 hours, but significantly more patients (P = .01) preferred granisetron to ondansetron. 24% (105 of 305 patients) to 26% (79 of 305 patients), respectively; 39% of patients had no preference. Future studies may help explain why significantly more patients preferred granisetron to ondansetron despite similar dosage regimens and efficacy results.

## PHARMACOECONOMICS

With the increasing scrutiny of health care costs in the United States today, the cost of a particular antiemetic therapy must be evaluated carefully. Factors regarding antiemetic therapy include not only the direct cost of an antiemetic, but also costs for treating complications of vomiting, such as aspiration pneumonia, dehydration, malnutrition, and electrolyte imbalances. Time of medical staff is another direct cost that may be considerable.

Indirect costs include the implications of anticipatory nausea and vomiting that may disrupt scheduled chemotherapy and interfere with potentially curative treatment. These costs are difficult to quantify, but should be taken into overall consideration.

When ondansetron became available, a number of pharmacoeconomic studies examined the relatively high cost compared with metoclopramide regimens. The conclusion of these studies was that the overall cost of ondansetron was not significantly greater than metoclopramide when all factors were considered. These same conclusions have been reported for pharmacoeconomic studies of granisetron conducted in Europe.

Jones et al constructed a treatment model to represent a baseline of efficacy and costs for treating patients with conventional antiemetics, eg, metoclopramide. This was compared with patients who might be expected to benefit from antiemetic treatment with serotonin receptor antagonists. Substantial clinical benefit was noted with the use of serotonin receptor antagonists, with an increase of 3% to 10% in total treatment cost.

Kirchner et al reported a small study of Swiss patients who received a single prechemotherapy intravenous dose of 40 μg/kg granisetron (N = 12) or a 3 mg/kg metoclopramide (N = 11) intravenous loading dose, with an optional dose reduction to 2 mg/kg, followed by 4 mg/kg intravenously infused over 8 hours, plus intravenous dexamethasone 12 mg. Patients received 5-day fractionated chemotherapy and therefore were treated with the antiemetics for 5 consecutive days. The investigators concluded that the costs for granisetron were similar to metoclopramide and dexamethasone in treating chemotherapy-induced emesis. While the cost of therapy ratio for metoclopramide and dexamethasone to granisetron was 1:1.07, granisetron had no limiting side effects, unlike metoclopramide and dexamethasone. In the metoclopramide and dexamethasone group, six of 11 patients were withdrawn from the study because of adverse events or lack of efficacy, which necessitated additional medication and added to the cost of treatment. None of the granisetron patients were withdrawn and 83% of daily treatments were effective with only one dose of granisetron.

In two recent cost analysis studies of ondansetron, it was concluded that close monitoring

HIGHLY
CONFIDENTIAL

10. Diehl V, on behalf of the Granisetron Study Group: Fractionated chemotherapy—Granisetron or conventional antiemetics? Eur J Cancer 28A:S23-S28, 1992 (suppl 1)

11. Kamanabrou D, on behalf of the Granisetron Study Group: Intravenous granisetron—Establishing the optimal dose. Eur J Cancer 28A:S6-S11, 1992 (suppl 1)

12. Le Bourgeois M, Marty M, Dieras V, et al: Granisetron versus standard anti-emetics in the prophylactic treatment of chemotherapy-induced emesis. Proceedings of the 15th International Cancer Congress Hamburg, Germany, SmithKline Beecham Satellite Symposium, 1990, p 35 (abstr)

13. Lemerle J, Amaral D, Southall DP, et al: Efficacy and safety of granisetron in the prevention of chemotherapy-induced emesis in paediatric patients. Eur J Cancer 27:1081-1083, 1991

14. Marty M, on behalf of the Granisetron Study Group: A comparative study of the use of granisetron, a selective 5-HT3 antagonist, versus a standard anti-emetic regimen of chlorpromazine plus dexamethasone in the treatment of cytotoxic-induced emesis. Eur J Cancer 26:S23-S32, 1990 (suppl 1)

15. Navari RM, Kaplan HG, Gralla RJ, et al: Efficacy and safety of granisetron, a selective 5-HT3 antagonist, in the prevention of nausea and vomiting induced by high-dose cisplatin. J Clin Oncol 1994 (in press)

16. Oberling F, Tabona MV, on behalf of the Granisetron Study Group: Granisetron in the prevention of cytostatic-induced emesis. Proceedings of the 15th International Cancer Congress Hamburg, Germany, SmithKline Beecham Satellite Symposium, 1990, p 42

17. Soukop M, on behalf of the Granisetron Study Group: A comparison of two dose levels of granisetron in patients receiving high-dose cisplatin. Eur J Cancer 26:S15-S19, 1990 (suppl 1)

18. Sumunaga M, Furue H, Taguchi T et al: A double-blind placebo-controlled study to determine the efficacy of granisetron in the prophylaxis of cisplatin-induced emesis Proceedings of the 15th International Cancer Congress Hamburg, Germany, SmithKline Beecham Satellite Symposium, 1990, p 34 (abstr)

19. Andrykowski MA: Defining anticipatory nausea and vomiting: differences among cancer chemotherapy patients who report pretreatment nausea. J Behav Med 11:59-69, 1988

20. Gralla RJ, Tyson LB, Kris MG, et al: The management of chemotherapy-induced nausea and vomiting. Med Clin North Am 71:289-301, 1987

21. Kris MG, Gralla RJ, Clark RA, et al: Incidence, course, and severity of delayed nausea and vomiting following the administration of high-dose cisplatin. J Clin Oncol 3:1379-1384, 1985

22. Pickett M: Determinants of anticipatory nausea and anticipatory vomiting in adults receiving cancer chemotherapy. Cancer Nurs 14:334-343, 1991

23. Kirchner V, Aapro M, Alberto P, et al: The cost-effectiveness of granisetron compared to metoclopramide with dexamethasone. Proc Am Soc Clin Oncol 11:379, 1992 (abstr)

24. Janeunen FT, Muhonen TT, Kataja VV, et al: 5-HT3 receptor antagonists in the prophylaxis of acute vomiting induced by moderately emetogenic chemotherapy—A randomised study. Eur J Cancer 29A:1669-1672, 1993

25. Noble A, Bremer K, Gordhala L, et al: A double blind, randomised, crossover comparison of granisetron and ondansetron in 5-day fractionated chemotherapy: Assessment of efficacy, safety and patient preference. Eur J Cancer (in press)

26. Joss RA, Brand BC, Buser KS, et al: The symptomatic control of cytotoxic drug-induced emesis: A recent history and review. Eur J Cancer 16:S2-S8, 1990 (suppl 1)

27. Plosker GL, Milne RJ: Ondansetron, a pharmacoeconomic and quality-of-life evaluation of its antiemetic activity in patients receiving cancer chemotherapy. Pharmacoeconomics 2:285-304, 1992

28. Buxton MJ, O'Brien BJ: Economic evaluation of ondansetron: Preliminary analysis using clinical trial data prior to price setting. Br J Cancer 66:S64-S67, 1992 (suppl 19)

29. Jones AL, Lee GJ, Bosanquet N: The budgetary impact of 5-HT3 receptor antagonists in the management of chemotherapy-induced emesis. Eur J Cancer 29A:S1-S6, 1992

30. Chapman EM, Prosmer JM: Ondansetron use in a major university teaching hospital. Am J Hosp Pharm 50:671-674, 1993

31. Peters MD, Long KS, Patel HS, et al: Multicentre evaluation of ondansetron use in hospitalized oncology patients. Am J Hosp Pharm 50:1164-1170, 1993

32. Bonneterre J, Hecquet B, for the French Northern Oncology Group: Granisetron IV compared with ondansetron IV plus tablets in the prevention of nausea and vomiting induced by a moderately emetogenic chemotherapy regimen. A randomised cross-over study. Presented as a satellite to the 7th ECCO meeting, Jerusalem, Israel, 1993, pp 22-24

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000395

## KYTRIL VIAL USAGE

### SITUATION A:

PATIENT #1 WEIGHS 60 KG  =  600MCG OF KYTRIL

PATIENT #2 WEIGHS 70 KG  =  700MCG OF KYTRIL

PATIENT #3 WEIGHS 60 KG  =  600MCG OF KYTRIL

PATIENT #4 WEIGHS 80 KG  =  800MCG OF KYTRIL

--------------------

2700MCG OF KYTRIL NEEDED

***YOU CAN USE ONLY THREE VIALS OF KYTRIL FOR FOUR PATIENTS
(WITH 300MG REMAINING FOR YET ANOTHER PATIENT)

### SITUATION B:

PATIENT #1 WEIGHS 80 KG  =  800MCG OF KYTRIL

PATIENT #2 WEIGHS 80 KG  =  800MCG OF KYTRIL

PATIENT #3 WEIGHS 80 KG  =  800MCG OF KYTRIL

PATIENT #4 WEIGHS 60 KG  =  600MCG OF KYTRIL

------------------

3000MCG OF KYTRIL NEEDED

***YOU CAN USE THREE VIALS OF KYTRIL FOR 4 PATIENTS.

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000396

REIMBURSEMENT, PROFIT AND PATIENT EXPENSE

KYTRIL VS ZOFRAN

| | | |
|---|---|---|
| PRICE PER VIAL | $114.15 | $172.92 |
| AWP FOR ENTIRE VIAL | $166.00 | $207.60 |
| MEDICARE REIMBURSEMENT BASE | $166.00 | $5.19 PER MG GIVEN |
| 80% OF AWP REIMBURSEMENT | $132.80 | $166.08 FOR 40MG |
| OFFICE FEE INCLUDES 18% SURCHARGE | $195.88 | $244.97 |
| OFFICE PROFIT PER CLAIM | $61.73 | $72.15 |
| PATIENT OUT OF POCKET EXPENSE | $63.08 | $78.69 |

***YOU MAKE MORE PROFIT AND THE PATIENT PAYS LESS FOR TREATMENT.

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000397

KYTRIL COST ANALYSIS

|  | KYTRIL | ZOFRAN |
|---|---|---|
| VIAL SIZE | 1 MG | 40 MG |
| PRICE PER VIAL | $114.15 | $172.92 |
| DOSE | 10MCG/KG | 30MG |
| AVERAGE DOSES PER VIAL | 1.45 | 1.33 |
| AVERAGE COST PER DOSE | $79.00 | $130.00 |

****KYTRIL SAVES YOU $51.00 PER DOSE PER PATIENT!******

IF YOU HAVE 10 PATIENTS ON KYTRIL INSTEAD OF ZOFRAN YOU
SAVE $510.00.  IF YOU TREAT 40 PATIENTS PER MONTH, YOU
SAVE $2,040.00.

**HIGHLY
CONFIDENTIAL**

GSK-MDL-KYO4
000398

-4-

**Table 2**
***Kytril* Injection Stability in Syringes**

| Syringe | Capacity | Diluent | Amount of *Kytril* Injection added to Syringes |
|---|---|---|---|
| Polypropylene (Nionoject®) | 60 ml | 0.9% Sodium Chloride | 24 mg<br>2 4 mg |
| Polypropylene (Plastipack®) | 50 ml | 0.9% Sodium Chloride | ˉ mg<br>2.4 mg |
| Polypropylene (Becton Dickinson) | 5 ml | 0.9% Sodium Chloride | 3 mg<br>1 mg |
| Polypropylene (Becton Dickinson) | 5 ml | Bacteriostatic Water for Injection, USP | 3 mg<br>1 mg |
| Polypropylene (Becton Dickinson) | 5 ml | 5% Dextrose | 3 mg<br>1 mg |

No changes in the color or clarity of the solutions were noted after storage for 24 hours in each of these studies. In addition, no significant reductions in granisetron concentrations were noted. Thus, *Kytril* Injection is physically and chemically compatible with these solutions for 24 hours in 50 ml PVC bags and in polypropylene syringes.[8,9]

**Effects of Freezing and Refrigeration on**
***Kytril* Stability**

The stability of granisetron was examined after storage in each of the following conditions:

    a) freezing (-20° C) for 30 days, followed by refrigeration (4° C) for 7 days, followed by storage at room temperature for 3 days;

    b) refrigeration for 7 days, followed by storage at room temperature for 3 days; and

    c) storage at room temperature for 3 days.

Each of these studies were repeated to reflect the following variables: a) an initial granisetron concentration of 0.056 mg/ml or 0.15 mg/ml; b) dilution of *Kytril* in normal saline or in 5% dextrose; c) storage in PVC bags or in polypropylene syringes; and d) storage with or without protection from light.[10]

After storage of *Kytril* Injection in each of these conditions, the final concentration of granisetron was greater than 95% of the initial concentration. Thus, granisetron is stable under each of these storage conditions.

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000399

G

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000400

KYTRIL PROFIT

|  | | AWP | WAC | ACTUAL COST | PROFIT |
|---|---|---|---|---|---|
| **KYTRIL** | | | | | |
| 1mg | | $166.00 | $132.80 | $119.29 | $46.71 |
| 0.7mg (avg dose) | | $166.00 | $132.80 | $83.50 | $82.40 |
| **ZOFRAN** | | | | | |
| 40mg | 93 | $207.50 | $172.92 | | $34.58 |
| | 94 | $214.76 | $178.97 | | $35.79 |
| 32mg | 93 | $166.00 | $138.33 | | $27.67 |
| | 94 | $171.80 | $143.18 | | $28.62 |
| 24mg | | $124.50 | $103.80 | | $20.70 |

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000401

H

HIGHLY
CONFIDENTIAL

GSK- MDL- KY04
000402

## VANDERBILT UNIVERSITY HOSPITAL

|  | KYTRIL | ZOFRAN |
|---|---|---|
| CONTRACT COST | $105.00 | $172.92 |
| MEDICARE ALLOWABLE REIMBURESEMENT | $126.90 + 10% = $139.59 | $5.01/MG |
| RE: @ 80% | $111.67/VIAL | $4.01/MG |
| PT: COPAY @ 20% | $27.92 | $1.00/MG |

|  | VIAL | 32MG |
|---|---|---|
| VANDERBILT'S  RE: | $111.67 | $128.32 |
| COST: | 105.00 | 138.34 |
| NET: | $  6.67 | $(10.02) |
| PT COPAY: | 27.92 | 32.00 |
|  | $ 34.59 | $ 21.98 |

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000403

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000404

# KYTRIL COST ANALYSIS

### Zofran

cost: $187.92 per 40mg vial
$187.92/40mg=$4.70 per mg

20mg dose=$94.00

reimbursement: $5.19 per mg @ 20mg= $103.80 per patient

margin to apply overhead:
$103.80(reimbursement)
-$94.00(cost)
-------------------------
$9.00 per patient

### Kytril

cost: $119.70 per 1ml vial

reimbursement: $166.00 per patient

margin to apply overhead:
$166.00(reimbursement)
-$119.70(cost)
-------------------------
$46.30 per patient

USING KYTRIL OVER ZOFRAN GIVES YOU $35.30 PER PATIENT.

THE BIG PICTURE:

USING $500,000 PER YEAR OF ZOFRAN = 5321 DOSES

USING KYTRIL: 5321 DOSES X $35.30(SAVINGS) = $187,831

USING $1,000,000 PER YEAR OF ZOFRAN = 10642 DOSES

USING KYTRIL: 10642 DOSES X $35.30(SAVINGS) = $375,662

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000405

J

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000406

# KYTRIL PATIENT INFORMATION

Physicians are now prescribing a safe new medication called KYTRIL in the prevention of chemotherapy - induced nausea and vomitting.  KYTRIL is administered into the I.V. line and infuses quickly over a short duration.  KYTRIL is administered by the health care professional prior to starting the chemotherapy. KYTRIL is given with every cycle of chemotherapy, and can be given to all age groups from age 2 and up.  The most common patient complaint offered to the health care provider is headaches which is usually mild to moderate.  Most patients recommend KYTRIL to other patients.



HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000407

To:

From: MCLEAN, TOM

Date: 10/17/94

Subject: KYTRIL PROFIT MODEL

| KYTRIL DOSE | | AWP | WAC | ACT. COST | PROFIT |
|---|---|---|---|---|---|
| 1MG | | 166.00 | 152.80 | | 34.20-20% |
| 1MG | | | (OSH) | 120.00AVG. | 46.00 |
| .7MG | | | (OSH) | 85.00AVG. | 81.00 |
| (AVG. DOSE WHEN POOLING) | | | | | |

| ZOFRAN DOSE | | | | | |
|---|---|---|---|---|---|
| 40MG | 1993 | 207.50 | 172.91 | | 34.59-16% |
| | 1994 | 214.76 | 178.97 | | -16% |
| 32MG | | 166.00 | 138.33 | | 26.67 |
| | | 171.80 | 143.18 | | 28.62 |
| 24MG | | 124.50 | 103.80 | | 20.70 |
| | | 128.84 | 107.39 | | 21.45 |

MEDICARE/MEDICAID REIMBURSMENT

80% OF AWP

DOCTORS LOSE ON AVG. 4% EVERYTIME THEY USE ZOFRAN IN ONE OF THESE PATIENTS

KYTRIL AWP OF 166.00 WITH 80% REIMBURSED IS 132.80. THEY ARE PAYING ANYWHE
FROM 120.00 TO 114.00. THAT IS NOT CONSIDERING IF THEY POOL THE DOSE THE P
IS EVEN GREATER.
THE REIMBURSEMENT ON ZOFRAN IS 4.35/MG.

| ZOFRAN DOSE | AWP | COST | REIMBURSEMENT |
|---|---|---|---|
| 32MG | 171.80 | 143.18 | 139.20 |
| 24MG | 128.84 | 107.39 | 104.40 |
| 10MG | 53.70 | 44.74 | 43.50 |

HOPE THIS HELPS, CALL ME IF YOU HAVE ANY QUESTIONS OR IDEAS.
        SMITTY

DISTRIBUTION LIST:
    TO: BARGO, WALLACE
    TO: HARTE, DON
    TO: MCLEAN, TOM
    TO: RUSSELL, DAVID
    TO: RUST, TERRY
    TO: TOTTY, JERRY
    TO: TUCKER, JOHN
    TO: LARSON, STEVE

DISTRIBUTION LIST:
    TO: GRIFFITH, GEORGE
    TO: MCNEILL, STEVEN
    TO: ROCKER, CHIP

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000408

| | | | | | |
|---|---|---|---|---|---|
| Kytril Cost | $116.00 | | Monthly Cost Savings | $4,050.00 | |
| Zofran Cost | $170.00 | | Annual Cost Savings | $48,600.00 | |
| Monthly Usage | 100 | | | | |
| Percent Kytril | 75% | | | | |

### Monthly Cost Savings

| Usage/Month | 20% | 40% | 60% | 80% | 100% |
|---|---|---|---|---|---|
| 100 | 1,080.00 | 2,160.00 | 3,240.00 | 4,320.00 | 5,400.00 |
| 5 | 54.00 | 108.00 | 162.00 | 216.00 | 270.00 |
| 10 | 108.00 | 216.00 | 324.00 | 432.00 | 540.00 |
| 15 | 162.00 | 324.00 | 486.00 | 648.00 | 810.00 |
| 20 | 216.00 | 432.00 | 648.00 | 864.00 | 1,080.00 |
| 25 | 270.00 | 540.00 | 810.00 | 1,080.00 | 1,350.00 |
| 30 | 324.00 | 648.00 | 972.00 | 1,296.00 | 1,620.00 |
| 50 | 540.00 | 1,080.00 | 1,620.00 | 2,160.00 | 2,700.00 |
| 75 | 810.00 | 1,620.00 | 2,430.00 | 3,240.00 | 4,050.00 |
| 100 | 1,080.00 | 2,160.00 | 3,240.00 | 4,320.00 | 5,400.00 |

### Annual Cost Savings

| Usage/Month | 20% | 40% | 60% | 80% | 100% |
|---|---|---|---|---|---|
| 100 | 12,960.00 | 25,920.00 | 38,880.00 | 51,840.00 | 64,800.00 |
| 5 | 648.00 | 1,296.00 | 1,944.00 | 2,592.00 | 3,240.00 |
| 10 | 1,296.00 | 2,592.00 | 3,888.00 | 5,184.00 | 6,480.00 |
| 15 | 1,944.00 | 3,888.00 | 5,832.00 | 7,776.00 | 9,720.00 |
| 20 | 2,592.00 | 5,184.00 | 7,776.00 | 10,368.00 | 12,960.00 |
| 25 | 3,240.00 | 6,480.00 | 9,720.00 | 12,960.00 | 16,200.00 |
| 30 | 3,888.00 | 7,776.00 | 11,664.00 | 15,552.00 | 19,440.00 |
| 50 | 6,480.00 | 12,960.00 | 19,440.00 | 25,920.00 | 32,400.00 |
| 75 | 9,720.00 | 19,440.00 | 29,160.00 | 38,880.00 | 48,600.00 |
| 100 | 12,960.00 | 25,920.00 | 38,880.00 | 51,840.00 | 64,800.00 |

GSK- MDL- KYO4
000409

HIGHLY
CONFIDENTIAL

TOTAL P.83

K

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000410

Hospital name:
Hospital location:

### Kytril vs Zofran Cost Analysis

Assumptions:

1mg/day of Kytril @ 32mg/day of Zofran
Cost of Kytril 1mg vial:       $146.09
Cost of Zofran 40mg vial:      $172.00
Cost per Admin:                  $5.00
Av. Weight of patients in Lbs:    150

ZOFRAN:

| Zofran Mg/Day | Total Zo $/Day | # Zofran Admins | Total Zo. Admin $ | Total Daily Zo $ | # Days | Total Yearly Zo $ |
|---|---|---|---|---|---|---|
| 32 | $137.60 | 1 | $5.00 | $142.60 | 50 | $7,230.00 |
| 24 | $103.20 | 1 | $5.00 | $108.20 | 150 | $16,230.00 |
| 40 | $172.00 | 1 | $5.00 | $177.00 | 5 | $885.00 |
| 36 | $139.00 | 3 | $15.00 | $144.00 | 1,500 | $216,000.00 |
| 20 | $86.00 | 1 | $5.00 | $91.00 | 5 | $455.00 |
|  | $0.00 |  | $0.00 | $0.00 |  | $0.00 |
| Totals: |  |  |  |  | 1,710 | $240,700.00 |

KYTRIL:

| Average Wt. in Kg. | Kytril Mg/Day | Total Ky $/Day | # Kytril Admins | Total Ky Admin $ | Total Daily Ky $ | # Days | Total Yearly Ky $ |
|---|---|---|---|---|---|---|---|
| 68 | 0.68 | $70.97 | 1 | $5.00 | $75.97 | 1,710 | $129,909.46 |

| Zofran Total $ | Kytril Total $ | TOTAL $ SAVINGS W/KYTRIL | % SAVINGS |
|---|---|---|---|
| $240,700 | $129,909 | $110,791 | 46.0% |

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000411

August 25, 1994

## KYTRIL STOCKING HOSPITAL UPDATE

1. Yale- New Haven, CT.  In the beginning of August, they chose Kytril as their 5-HT-3 receptor antagonist of choice. To date, they have used Kytril on approximately 200 patients.  They are standardizing the dose: 700mcg for patients 40-70 kg;1000 mcg for patients 71-100 kg.

2. Mass General Hospital, Boston, MA.  They went to Kytril preferred in July. So far they have ordered over $100,000 of Kytril.

3. Hartford Hospital, Hartford, CT.  They switched from Zofran to Kytril in May. They are batching the Kytril, as well as standardizing the dose. For patients up to 150 lbs they will receive a 700 mcg dose.
   Rich Gannon, Pharm.D., is doing a DUE on Kytril.  He can be reached at (203)545-2221.

4. Memorial-Sloane Kettering, NYC,NY
   They have also made the conversion from Zofran to Kytril. To date they have used over $350,000 of Kytril. For medical oncology they are using the 10 mcg/kg dose.
   Jane Nolte,Pharm.D. will take calls, (212)639-7552.

5. M.D. Anderson in Texas
   They are using Kytril, including for pediatric and bone marrow transplant patients.
   Roger Anderson, Pharmacy Director or Bill Dans, Clinical pharmacist will take calls (713)792-2870.

6. St. Vincents Hospital, Worcester, MA
   They have converted to Kytril preferred status. So far their conversion to Kytril has approached the 95% rate.

7. St. Raphael's, New Haven,CT
   They have converted from Zofran to Kytril in July.  So far they have treated about 150 patients on Kytril.  Jerry Bowman is the director of pharmacy.

HIGHLY
CONFIDENTIAL

GSK-MDL-KYO4
000412

L

HIGHLY
CONFIDENTIAL

GSK- MDL- KYO4
000413