# EXHIBIT B

004171

To: Keith Bridges

From: John Prande

Date: 2/21/97

RE: Reimbursement on Immunex products for AOR analysis

The following are the reimbursement schema for Leukine, Novantrone, Thioplex and Leucovorin:

1. Here's the way it works – the Red Book Price (AWP) for our 250mcg is $117.79 and $221.71. However, payors take the $117.79 and divide it by 5, now that we bill per 50mcg increments. This is equal to $23.56 per 50mcg, hence reimbursement on a 500mcg vial is $235.60. We need to take into account that in some AOR markets they get AWP or AWP plus a percentage, in others, depending on the makeup of the patient population, they may only get the 80% Medicare allowable ($188.48). So here's what the spread looks like:

```
 $235.60 (AWP)                              $188.48 (80% Medicare allowable)
-$112.06 (AOR contract price)              -$112.06
+$123.54 per 500mcg vial (110% spread)      $76.42 (68% spread)
```

2. For Novantrone, the Red Book Price is $720.04 for the 20mg but we bill it in 5mg increments or $180.01 per 5mg increments. So the range for the spread looks like this:

```
 $720.04 (AWP for 20mg)         $576.03 (80% Mcare allowable)
-$448.57 (AOR contract price)  -$448.57
 $271.47 (60% spread)           $127.46 (28% spread)
```

3. Thioplex – you get $83.94 (that's the Red Book Price as of 2/97, which means that most payors won't have that in their system for probably 2-3 months) for 15mg, hence:

```
 $83.94 (AWP for 15mg)          $67.15 (80% Mcare allowabe)
-$50.30 (AOR contract price)   -$50.30
 $33.64 (67% spread)            $16.85 (33.5% spread)
```

4. Leucovorin – the Red Book Price is not relevant in this situation because the payors typically take an average or the median of all the Leucovorins out there. The range varies

Plaintiffs' Exhibit
964
01-12257-PBS

IMNX 008535

HIGHLY CONFIDENTIAL           IAWP008528

from carrier to carrier. You can see in the attached document that the range is $13.72 to $38.00. The average for the entries is $22.59. Using this number, and doing the math for the 350mg Leucovorin:

    $158.13 (AWP per 350mg)        $126.50 (80% Mcare allowable)
    -$18.50 (AOR contract price for 350mcg)  -$18.50
    $139.63 (755% spread)          $108.00 (584%)

For the 100mg, here's what it looks like:

    $45.18 (AWP for 100mg)        $36.14 (80% Mcare allowable)
    -$4.15 (AOR contract price for 100mg)    -$4.15
    $41.03 (989% spread)           $31.99 (771% spread)

IMNX 008536

HIGHLY CONFIDENTIAL

IAWP008529

◆ **HEALTH CARE POLICY FAST FACTS** ◆

## WHAT HAPPENS WHEN WE ANNOUNCE A PRICE CHANGE FOR ONE OF OUR PRODUCTS?

### The Pricing Databases

➤ A change in direct price may mean a change of the same percentage in AWP (Average Wholesale Price). Therefore, the first thing we do is report our new direct price to the three pricing databases for them to determine what, if any, changes are appropriate for their publications. Medicare and other payors use these references to pay drug claims:

✔ RED BOOK           ✔ BLUE BOOK           ✔ MEDISPAN

➤ These databases have *slightly* different definitions of AWP:
- Red Book: "The average wholesale price as we consider it here at Red Book is the price a retail hospital or pharmacy pays when it purchases product from a wholesaler before the discount, if any"
- Blue Book: "AWP represents an average price which a wholesaler would charge a pharmacy for a particular product"
- MediSpan: "AWP represents the price at which the wholesaler sells a product to the pharmacy"

➤ Because of these slightly different definitions, the databases print AWP based on different methods:
- Red Book and MediSpan set AWP based on list prices
- Blue Book surveys the wholesalers and applies the results of this survey to their AWP amount

➤ In general, the databases need our pricing information by the 15th of each month in order to print it in the next month's update. If we turn in pricing information to Red Book after the 15th of any given month, it will not be printed until the month *after* the next month. For example:

| Date Price Change Announced | Price Change Printed in Red Book |
|---|---|
| January 15, 1995 by TMX | February Issue |
| January 16, 1995 | March Issue |

➤ So, if we announce price changes toward the latter part of the month, our customers won't realize these changes in their reimbursement for up to 45 days. If we announce price changes in the middle of the month (before the 15th), our customers only have to wait 2 weeks to realize the new reimbursement amounts. What a difference a day can make!

Plaintiffs' Exhibit
965
01-12257-PBS

TMNX 012967

HIGHLY CONFIDENTIAL        IAWP012960

## Medicare Updates

➤ Earlier this year, the Health Care Financing Administration (HCFA) recommended that all Medicare carriers begin publishing injection pricing updates quarterly instead of monthly. Although it seems like each Medicare carrier has adopted their own method for updating pricing information, the update schedule for 1995, as recommended by HCFA is:

| Month Change Announced | Month Published in the Medicare Carrier Newsletter | Medicare's Effective Date |
|---|---|---|
| Jan. | February | 3/1/95 |
| Feb., Mar. | April | 5/1/95 |
| Apr., May, June | July | 8/1/95 |
| July, Aug., Sept. | October | 11/1/95 |
| Oct., Nov., Dec. | January | 2/1/96 |

➤ Based on this schedule, if a pricing change was made in June of this year, for example, it will not be effective for Medicare until August 1, 1995.

### Remember...

➤ When a product's price changes, the J-Code and billing units *do not* change.

➤ Physician's offices use their own charge schedule for billing purposes and get reimbursed at AWP, based on the published prices in the pricing databases.

## Questions?

➤ Call the Health Care Policy Manager in your Business Unit:

| NORTHEAST | Becky Hayes | VM: 3419 |
| WEST | John Renaud | VM: 3435 |
| SOUTHEAST | TBD | |

IMNX 012968

HIGHLY CONFIDENTIAL                              IAWP012961