UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY <br> AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO <br> 01-CV-12257-PBS AND 01-CV-339 | ) <br> ) MDL No. 1456 <br> ) <br> ) Civil Action No. 01-CV-12257 PBS <br> ) <br> ) Judge Patti B. Saris <br> ) Chief Magistrate Judge Marianne B. Bowler |

**THE BMS DEFENDANTS' MOTION IN LIMINE
TO EXCLUDE ALL EVIDENCE RELATING TO APOTHECON INC.**

Pursuant to Rule 103 of the Federal Rules of Evidence, Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation (together "BMS") respectfully move this Court to exclude all evidence relating to Apothecon, Inc. The grounds for this motion are set forth in the BMS Defendants' Memorandum of Law in Support of Their Motion in Limine to Exclude All Evidence Relating to Apothecon Inc.

WHEREFORE, for the reasons set forth in the memorandum described above, the BMS Defendants respectfully request that the Court grant their motion and enter an order:

    a.    excluding all evidence relating to Apothecon, Inc.; and

    b.    providing such other and further relief as the Court deems just and proper.

Dated:  Boston, Massachusetts
        October 10, 2006

Respectfully Submitted,

By:   /s/ Thomas E. Dwyer (BBO No. 139660)
      Thomas E. Dwyer (BBO No. 139660)
      Jacob T. Elberg (BBO No. 657469)
      **DWYER & COLLORA, LLP**
      600 Atlantic Avenue
      Boston, MA  02210
      Tel: (617) 371-1000
      Fax: (617) 371-1037
      tdwyer@dwyercollora.com
      jelberg@dwyercollora.com

      Steven M. Edwards (SE 2773)
      Lyndon M. Tretter ((LT 4031)
      Admitted *pro hac vice*
      **HOGAN & HARTSON LLP**
      875 Third Avenue
      New York, NY  10022
      Tel: (212) 918- 3640

Attorneys for Defendant Bristol-Myers Squibb Company and Oncology Therapeutics Network Corp.

## CERTIFICATE OF SERVICE

I certify that on October 10, 2006, a true and correct copy of the forgoing document was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy of the same to LexisNexis File & Serve for posting and notification to all parties.

            /s/ Lyndon M. Tretter
            Lyndon M. Tretter