UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Judge Patti B. Saris<br>Chief Magistrate Judge Marianne B. Bowler |

**DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP.'S PRETRIAL DISCLOSURES**

Defendants Bristol-Myers Squibb Company ("BMS") and Oncology Therapeutics Network Corporation ("OTN") hereby make the following pretrial disclosures of their witness list and exhibits, pursuant to Fed. R. Civ. P. 26(a)(3)(A).

**A.      WITNESSES TO BE CALLED LIVE AT TRIAL (Not in Order of Appearance)**

BMS and OTN reserve the right to call any witnesses identified by Plaintiffs who are beyond the subpoena power of the Court but whom Plaintiffs intend to bring to trial. Additionally, as Blue Cross Blue Shield of Massachusetts and other third-party payors are continuing to produce witnesses for deposition, BMS and OTN reserve their right to supplement this witness list with additional witnesses to appear both live and by designation.

| Name and Address | Will Testify | May Testify |
|---|---|---|
| John F. Akscin<br>Oncology Therapeutics Network Corp.<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |

| Name and Address | Will Testify | May Testify |
|---|:---:|:---:|
| Gregory K. Bell, Ph.D.<br>CRA International<br>John Hancock Tower, 200 Clarendon Street, T-33<br>Boston, MA 02116-5092<br>Tel:  (617) 425-3000 | X | |
| Michael Carozza<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | | X |
| Brian Garofalo<br>Amgen Inc.<br>Columbia Square<br>555 13th Street, NW, #600W<br>Washington, DC 20004<br>Tel:  (202) 637-5700 | | X |
| Richard Hammerstone<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |
| Denise M. Kaszuba<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |
| Christof A. Marre<br>49 Waban Hill Road North<br>Chestnut Hill, MA 02467<br>Tel:  (617) 332-0280 | X | |
| Frank Pasqualone<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |

| Name and Address | Will Testify | May Testify |
|---|:---:|:---:|
| Marsha Peterson<br>570 Maria Lane<br>Roseburg, Oregon  97470<br>Tel:  (541) 679-1810 | X | |
| David Rogers<br>825 Edgewood Road<br>Yardley, PA 19067<br>Tel: (215) 321-4217 | X | |
| Douglas Soule<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |
| Zoltan Szabo<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |

**B.   WITNESSES TO BE OFFERED BY DEPOSITION**[1]

1. John F. Akscin
2. Raul Armand
3. Gena P. Cook
4. Dana Faulkner
5. Diane Ihling
6. Denise Kaszuba
7. Greg Keighley
8. Thomas Liptak
9. Christof A. Marre
10. Fran M. Morrison
11. Joseph Petrella

---

[1]   The designated pages are referenced in a separate pleading.

12. Marsha Peterson
13. Douglas Soule
14. Zoltan Szabo

## C. EXHIBITS

BMS and OTN reserve the right to introduce any exhibits or portions thereof identified by Plaintiffs. BMS and OTN further reserve the right to supplement their exhibit list in order to rebut any additional evidence or arguments offered by Plaintiffs at trial. In addition, as Blue Cross Blue Shield of Massachusetts continues to produce documents and witnesses, and a deposition of United remains outstanding, BMS and OTN reserve their right to supplement this exhibit list.[2]

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2400 | Bell BMS Report | 04/14/2005 | Bristol-Myers Squibb website history description | |
| 2401 | Bell BMS Report | 2004 | Frank Stephenson, "A Tale of Taxol," Florida State University Office of Research | |
| 2402 | Bell BMS Report | 01/25/2002 | "Appellate Ruling May Force Ivax to Pull Generic Taxol," Washington Business Information, Inc., Vol. 19, No. 2 | |
| 2403 | Bell BMS Report | 08/04/1989 | "Bristol-Myers/Squibb deal—'a marriage made in heaven,' " Pharmaceutical Business News | |
| 2404 | Bell BMS Report | 09/09/1996 | "B-MS's Etopophos Receives US FDA Approval," Pharma Marketletter | |
| 2405 | Bell BMS Report | 12/29/1992 | "Bristol-Myers Squibb Announces Taxol Patient Access and Reimbursement Assistance Programs," PR Newswire | |
| 2406 | Bell BMS Report | 02/10/2006 | Bristol-Myers Squibb Co. (NYS: BMY), Mergentonline | |

---

[2] Trial exhibits 2523, 2524 and 2626 are admissible as summaries pursuant to Fed. R. Evid. 1006. The data and information underlying these exhibits have been produced to Plaintiff's counsel.

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2407 | Bell BMS Report | 10/16/1990 | "Bristol-Myers Squibb Announces Legal Decisions," PR Newswire | |
| 2408 | Bell BMS Report | 03/09/1989 | "Bristol-Myers Announces FDA Approval of New Anti-Cancer Drug," PR Newswire | |
| 2409 | Bell BMS Report | 05/25/1990 | "Bristol-Myers Squibb Gratified by Judge's Ruling," PR Newswire | |
| 2410 | Bell BMS Report | 04/10/2000 | "Bristol-Myers loses key provisions of Taxol patent in Ivax litigation," Drug Store News, No. 5, Vol. 22, Pg. 18 | |
| 2411 | Bell BMS Report | 02/24/1993 | "Bristol-Myers Squibb Responds to Congressional Hearings," PR Newswire | |
| 2412 | Bell BMS Report | 01/18/1993 | "B-M Squibb Sets US Taxol Price," Pharma Marketletter | |
| 2413 | Bell BMS Report | 08/06/1996 | "Bristol-Myers to Buy Partner's Stake in Joint Venture," New York Times | |
| 2414 | Bell BMS Report | 12/14/2004 | "Bristol-Myers Squibb to Sell Oncology Therapeutics Network," OTN website | |
| 2415 | Bell BMS Report | | BMS Company Worldwide Net Sales From Continuing Operations by Product Quarterly Sales Trend Analysis | |
| 2416 | Bell BMS Report | 04/1999 | Blenoxane package insert | |
| 2417 | Bell BMS Report | 07/29/1991 | "Bristol-Myers Squibb Issues Statement on Taxol," PR Newswire | |
| 2418 | Bell BMS Report | 04/1999 | FDA Oncology Tools Product Label Details for bleomycin | |
| 2419 | Bell BMS Report | | FDA Oncology Tools Approval Summary for bleomycin (for malignant pleural effusion) | |
| 2420 | Bell BMS Report | | Blenoxane product information | |
| 2421 | Bell BMS Report | | Cytoxan Tablet Rx package insert | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2422 | Bell BMS Report | 07/02/2003 | "U.S. Major Pharmaceuticals: Monthly Pricing Monitor, " CSFB Equity Research | |
| 2423 | Bell BMS Report | | FDA Oncology Tools Product Label Details for cyclophosphamide | |
| 2424 | Bell BMS Report | 12/03/1996 | "Agreement with NCI for Extended Collaborative Research of Taxol," Doctor's Guide | |
| 2425 | Bell BMS Report | 01/2000 | Drug Facts and Comparisons | |
| 2426 | Bell BMS Report | | Adriamycin RDF, Label and Approval History, FDA website | |
| 2427 | Bell BMS Report | | Etoposide, Label and Approval History, FDA website | |
| 2428 | Bell BMS Report | | Cytoxan, Label and Approval History, FDA website | |
| 2429 | Bell BMS Report | | Neosar, Label and Approval History, FDA website | |
| 2430 | Bell BMS Report | | Blenoxane, Label and Approval History, FDA website | |
| 2431 | Bell BMS Report | | Bleomycin Sulfate, Label and Approval History, FDA website | |
| 2432 | Bell BMS Report | | Neil Edwards, "Taxol," School of Chemistry University of Bristol | |
| 2433 | Bell BMS Report | | Cytoxan, Label and Approval History, FDA website | |
| 2434 | Bell BMS Report | | Platinol, Label and Approval History, FDA website | |
| 2435 | Bell BMS Report | 02/19/2001 | "Where Companies Rank in Their Industries; How executives, directors, and securities analysts rate 535 companies in 61 industries," CNNMoney.com | |
| 2436 | Bell BMS Report | | Rubex, Label and Approval History, FDA website | |
| 2437 | Bell BMS Report | | Vepesid, Therapeutic Equivalents, FDA website | |
| 2438 | Bell BMS Report | | Etopophos, RX package insert | |
| 2439 | Bell BMS Report | 11/26/1997 | "FDA to Review Immunex Application for Paclitaxel," PR Newswire | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2440 | Bell BMS Report | | BMS First Databank AWPs | |
| 2441 | Bell BMS Report | 03/15/2000 | "Faulding Receives FDA Approval for Bleomycin Sulfate for Injection," Business Wire | |
| 2442 | Bell BMS Report | 06/20/1991 | Philip Hilts, "U.S. Agrees to Supply Trees for Cancer Drug," New York Times | |
| 2443 | Bell BMS Report | 01/27/1998 | "Immunex files for generic Taxol," Chemical Business Newsbase | |
| 2444 | Bell BMS Report | 12/22/1993 | "Immunex Regains Rights to Pixykine; Cynamid to Develop Product for Overseas Markets," PR Newswire | |
| 2445 | Bell BMS Report | 01/30/1992 | "Immunex, Bristol-Myers sign marketing pact," United Press Int'l | |
| 2446 | Bell BMS Report | 01/16/2001 | "IVAX Comments On Fourth Quarter ONXOL Sales and Recent Stock Repurchases," Business Wire | |
| 2447 | Bell BMS Report | 08/14/2001 | "IVAX Corp. still sees growth prospects for brand equivalent paclitaxel product" AFX.com | |
| 2448 | Bell BMS Report | 09/1999 | "IVAX Gets Final Approval for European Marketing of Paxene," Worldwide Biotech | |
| 2449 | Bell BMS Report | 02/04/2002 | "IVAX paclitaxel gets ok to stay on US market," Pharma Marketletter | |
| 2450 | Bell BMS Report | 01/21/2002 | Carey Krause, "Ivax wins round in Pacitaxel patent battle," Chemical Market Reporter, No. 3, Vol. 261 | |
| 2451 | Bell BMS Report | 02/6-7/2004 | James Love, "Appendix 1: Some notes on the government role in R&D for new medicines, Neglected Diseases Group Meeting" | |
| 2452 | Bell BMS Report | 09/15/2003 | Susan Morrissey, "Maximizing Returns," CENEAR, Vol. 81, No. 37 | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2453 | Bell BMS Report | 2004 | Sally Gray, "New Business Strategy," MedAdNews, PharmaLive | |
| 2454 | Bell BMS Report | | Etoposide IV monograph, Medscape | |
| 2455 | Bell BMS Report | | Doxorubicin IV monograph, Medscape | |
| 2456 | Bell BMS Report | | Blenoxane lnj, Monograph-Bleomycin Sulfate Medscape | |
| 2457 | Bell BMS Report | | Carboplatin IV monograph, Medscape | |
| 2458 | Bell BMS Report | | Cytoxan IV, monograph-Cyclophosphamide Medscape | |
| 2459 | Bell BMS Report | | Taxol IV, Monograph-Paclitaxol, Medscape | |
| 2460 | Bell BMS Report | 12/30/2002 | Mike Miller, "Taxanes and Platinum Drugs in Cancer Treatment," National Cancer Institute | |
| 2461 | Bell BMS Report | 08/15/2001 | Dunnett & Lehmann, Oncology Therapeutics Network Honored by CIO-100 Awards, OTN online News Archive | |
| 2462 | Bell BMS Report | 2005 | OTN Brand Drugs, from OTN website | |
| 2463 | Bell BMS Report | 2005 | OTN Company Profile, from OTN website | |
| 2464 | Bell BMS Report | 05/13/2005 | OTN Becomes Independent as One Equity Partners Completes Purchase from BMS, OTN online News Archive | |
| 2465 | Bell BMS Report | 2005 | Products and Services, the Lynx System, from OTN website | |
| 2466 | Bell BMS Report | 06/10/1996 | "Ovarian Cancer (Therapy): Topotecan Anti-Cancer Drug Approved by FDA," Cancer Weekly | |
| 2467 | Bell BMS Report | | Cytoxan, PDRhealth | |
| 2468 | Bell BMS Report | | BMSO Paraplatin, production description | |
| 2469 | Bell BMS Report | | Paclitaxel, from Wikipedia | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2470 | Bell BMS Report | | Paclitaxel for Injection, Biolyse Pharma Corp. | |
| 2471 | Bell BMS Report | 01/2004 | Paraplatin package insert | |
| 2472 | Bell BMS Report | 06/2001 | FDA Oncology Tools Product Label Details in Conventional Order for carboplatin | |
| 2473 | Bell BMS Report | | Center for Drug Evaluation and Research, Approved Labeling, Paraplatin | |
| 2474 | Bell BMS Report | 2006 | PriceProbe, First Data Bank | |
| 2475 | Bell BMS Report | 2005 | Products and Services, from OTN website | |
| 2476 | Bell BMS Report | | Company Overview, AccessMed | |
| 2477 | Bell BMS Report | 1993-2005 | Red book listings, B | |
| 2478 | Bell BMS Report | 1993-2005 | Red book listings, C | |
| 2479 | Bell BMS Report | 1997-2005 | Red book listings, E | |
| 2480 | Bell BMS Report | 03/29/2006 | Products and Services, AccessMed | |
| 2481 | Bell BMS Report | 1993-1997 | Red Book listings, P | |
| 2482 | Bell BMS Report | 1993-2002 | Red Book listings, R | |
| 2483 | Bell BMS Report | 1993-2005 | Red Book listings, T | |
| 2484 | Bell BMS Report | 1993-2004 | Red Book listings, V | |
| 2485 | Bell BMS Report | 2006 | Cancer Care Resources, Drug Reimbursement Hotlines 2006, Assoc. of Comm. Cancer Centers | |
| 2486 | Bell BMS Report | 1999 | Rozek & Berkowitz, "The Costs to the U.S. Health Care System of Extending Marketing Exclusivity for Taxol" | |
| 2487 | Bell BMS Report | | Pharmaceutical Therapeutic Categories Outlook, SG Cowen | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2488 | Bell BMS Report | 04/13/2000 | "Roxane Laboratories, Inc. Introduces First Generic Cyclophosphamide Tablets," PR Newswire | |
| 2489 | Bell BMS Report | 03/2001 | Rubex package insert | |
| 2490 | Bell BMS Report | 03/29/2006 | The Story of Taxol | |
| 2491 | Bell BMS Report | | About Taxote, taxtote.com | |
| 2492 | Bell BMS Report | 05/06/2003 | "Sicor acquires several oncology products," PR Newswire Europe | |
| 2493 | Bell BMS Report | | Mead Johnson Oncology, Taxol product description | |
| 2494 | Bell BMS Report | | 1998 year search in the National Medal of Technology lauretes, The Spirit of American Innovation | |
| 2495 | Bell BMS Report | | FDA Oncology Tools Approval Summary for Paclitaxel (for treatment of breast cancer) | |
| 2496 | Bell BMS Report | | FDA Oncology Tools Approval Summary for Paclitaxel (for AIDS related Kaposi's sarcoma) | |
| 2497 | Bell BMS Report | | FDA Oncology Tools Approval Summary for Paclitaxel (for metastatic carcinoma of the ovary) | |
| 2498 | Bell BMS Report | | FDA Oncology Tools Approval Summary for Paclitaxel (ovarian second line therapy) | |
| 2499 | Bell BMS Report | | Mead Johnson Oncology Products Taxol Injection product information | |
| 2500 | Bell BMS Report | 02/10/2000 | Mead Johnson Oncology Products Taxol Injection product information | |
| 2501 | Bell BMS Report | 03/00/2003 | Taxol Injection package insert | |
| 2502 | Bell BMS Report | | Mead Johnson Oncology Products Taxol Injection product information | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2503 | Bell BMS Report | 06/03/2002 | "Taxol v. Taxotere finds tox Advantage; Comparison of Drugs from Bristol-Myers Squibb Co. and Aventis S.A.", Marketletter | |
| 2504 | Bell BMS Report | 11/07/2001 | "Taxol: Court Reverses FDA Approval of Generic Version", American Health Line | |
| 2505 | Bell BMS Report | | Dan McDonley, "Taxus sp. and the Ethnobotanical and Chemical Origins of Taxol" | |
| 2506 | Bell BMS Report | 06/06/2003 | GAO Report No. GAO-03-829, "Technology Transfer: NIH-Private Sector Partnership in the Development of Taxol" | |
| 2507 | Bell BMS Report | 08/23/2001 | Susannah Markandya & James Love, "Timeline of Paclitaxel Disputes" | |
| 2508 | Bell BMS Report | 10/05/2001 | "Transportation Delays Make Ivax Stock Woozy", South Florida Business Journal | |
| 2509 | Bell BMS Report | 11/08/2000 | Disease Dynamics: The Cancer Market, UBS Warburg Industry Outlook | |
| 2510 | Bell BMS Report | 11/00/2004 | VePesid Package Insert | |
| 2511 | Bell BMS Report | 09/00/1998 | VePesid Package Insert | |
| 2512 | Bell BMS Report | | FDA Oncology Tools Approval Summary for Etoposide, VP-16 (for small cell lung cancer) | |
| 2513 | Bell BMS Report | | FDA Oncology Tools Approval Summary for Etoposide, VP-16 (for testicular tumors) | |
| 2514 | Bell BMS Report | 02/16/2006 | A-Z Health Guides from WedMD: Drugs – Bleomycin Injection | |
| 2515 | Bell BMS Report | 06/17/2005 | "Healthcare Costs; Growth in Spending on Cancer Therapies Nearly Doubles After New Oral Oncologics," Drug Week | |
| 2516 | Bell BMS Report | 08/16/1999 | Presentation entitled "Paraplatin Deconversion Discussion Outline" | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2517 | Bell BMS Report | 05/18/2000 | Presentation entitled "Taxol and Generic Competition Draft Discussion Document" | |
| 2518 | Bell BMS Report | 04/13/2000 | Presentation entitled "Taxol and Generic Competition Preliminary Research Findings on Price Competition" | |
| 2519 | Bell BMS Report | 01/19/2000 | Presentation entitled "Taxol Preservation Discussion Outline Project Kickoff" | |
| 2520 | Bell BMS Report | 09/29/1999 | Presentation entitled "Paraplatin Deconverstion Discussion Outline" | |
| 2521 | Bell BMS Report | 10/13/1999 | Presentation entitled "Paraplatin Deconverstion Findings and Recommendations" | |
| 2522 | Bell BMS Report | | Supplemental Exhibit C: BMS and OTN Sales Data: Revenues, Prices, and Price Dispersion | |
| 2523 | Bell BMS Report | | Exhibit D: Summary of BMS/OTN Revenue by Product ($): Excluding Sales to Federal Entities | |
| 2524 | Bell BMS Report | | Exhibit E: BMS/OTN Price Dispersion: Excluding Sales to Federal Entities | |
| 2525 | FDB-AWP 00532-37 | 09/12/1997 | Memo to Cathy Gutgesell from Barbara Goetz re: Price Adjustment Notification | |
| 2526 | BMS/AWP/000127505-52 | 05/18/2000 | Taxol And Generic Competition Draft Discussion Document | |
| 2527 | BMS/AWP/000166375-76 | | US Oncology (USON) Pharmaceutical Purchasing Agreement Highlights | |
| 2528 | BMS/AWP/00619729-30 | | BMS Minnesota Multistate Contract Offer Outline | |
| 2529 | BMS/AWP/000252532-41 | 10/19/2000 | E-mail from Sandy McMahon, with attachments re: Communication Program Bullet Points and Customer Call Flow | |
| 2530 | BMS/AWP/00288985 | | BMS Innovatix Contract Offer Outline | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2531 | BMS/AWP/00 289399-00 | | BMS Cardinal Health Provider Pharmacy Services (CHPPS) Contract Offer Outline | |
| 2532 | BMS/AWP/00 311919-27 | 05/20/2002 | E-mail from Martin Bick to Jayson Housson re: IDO deals, attaching draft Taxol/Ifex/Tequin contracts | |
| 2533 | BMS/AWP/00 317864-70 | | Taxol Program Review and Forecast for 2002 | |
| 2534 | BMS/AWP/00 320140-81 | | Customer Marketing Business Plan 2003 | |
| 2535 | BMS/AWP/00 353981-84 | 04/23/2002 | E-mail from Martin Bick, attaching updated BMS Oncology offer | |
| 2536 | BMS/AWP/00 429062 | 12/20/1999 | Document entitled, BMS Position on Pricing of Medicines | |
| 2537 | BMS/AWP/00 482440-41 | | Document entitled, Taxol Q4 2002 & Q1 2003 State Society GPO Incentive Program | |
| 2538 | BMS/AWP/00 482447-86 | 03/10/2003 | Taxol Opportunity Program presentation | |
| 2539 | BMS/AWP/00 500615-16 | | BMS Minnesota Multistate Contract Offer Outline | |
| 2540 | BMS/AWP/00 766434-99 | | BMS Pharmaceutical Group Purchase Agreement between BMS and Duke Health System | |
| 2541 | BMS/AWP/00 991871-73 | 06/11/2003 | E-mail from Timothy Wert to Dennis Buckley attaching OTN Paraplatin Fliers | |
| 2542 | BMS/AWP/01 248310-11 | | BMS PACT Contract Offer Outline | |
| 2543 | BMS/AWP/01 314172-94 | 09/9/1997 | AVAPRO Pricing Recommendation presentation | |
| 2544 | BMSAWP/00 07368-71 | | Agreement between Valley Hospital and BMS | |
| 2545 | BMS/AWP/00 0100778 | | Document entitled "Average Wholesale Price (AWP)" | |
| 2546 | BMSAWP/00 11214-35 | 09/06/1995 | Etopophos Launch Plan | |
| 2547 | BMSAWP/00 11799-804 | | OTN 1996 Premier Members Program documents | |
| 2548 | BMSAWP/00 44178-99 | | BMS Bid Pricing Manual | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2549 | BMS/AWP/00429979-82 | | Agreement between Columbia/HCA Healthcare Corp., Owen Healthcare, Inc. and BMS | |
| 2550 | FDB-AWP-18637-39 | 04/01/2002 | E-mail from Norma Ledezma on behalf of Kay Morgan to Marilynne Isaacs, forwarding 4/1/02 Price Increase Notification | |
| 2551 | Bell BMS Report | 04/28/2006 | Supplemental Declaration of Gregory K. Bell, Ph.D | |
| 2552 | BMS/AWP/0011247-48 | 08/1992 | Correspondence from D. Kaszuba to Publications | |
| 2553 | BMS/AWP/0011246 | 08/18/1992 | Internal Medispan memorandum re: Bristol Oncology Survey | |
| 2554 | 10/25/04 Szabo Affidavit Ex. 1 | 7/10/1996 | Email from D. Kaszuba to T. Wert and G. Kegler regarding AWPs published by First Databank, Redbook and Medispan | |
| 2555 | CMS Public Records | 7/26/1996 | Letter from John F. Akscin to Gail Wilensky, Administrator, Health Care Financing Administration | |
| 2556 | BMS/AWP/000095588-610 | 01/01/1997 | OTN Newsletter – "The Network News" | |
| 2557 | | 09/01/1998 | Specialty Wholesaler Marketing Services Agreement | |
| 2558 | | 01/24/1999 | Sales Agency and Consignment Agreement | |
| 2559 | BMS/AWP/01411455 | 04/01/1999 | Soule call note regarding D. Dong | |
| 2560 | BMS/AWP/01411454 | 04/01/1999 | Soule call note regarding D. Dong | |
| 2561 | BMS/AWP/01411461 | 04/21/1999 | Soule call note regarding B. Bolonesi | |
| 2562 | BMS/AWP/01411464 | 05/03/1999 | Soule call note regarding R. Marquardt | |
| 2563 | BMS/AWP/01411468 | 06/10/1999 | Soule call note regarding N. Lee | |
| 2564 | BMS/AWP/01411473 | 06/14/1999 | Soule call note regarding F. Senecal | |
| 2565 | BMS/AWP/01426860 | 07/16/1999 | Soule call note regarding M. Francisco | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2566 | BMS/AWP/001504076-84 | 09/08/1999 | BMS Memorandum from Miami Team to Suzanne Greenwood regarding Drug Replacement Update and Memorandum from V. Khanna and B. Garofalo to Florida Drug Replacement Team | |
| 2567 | BMS/AWP/01426864 | 12/02/1999 | Soule call note regarding M. Francisco | |
| 2568 | BMS/AWP/001509899-917 | 02/06/2000 | Presentation entitled, "The Business of Office Based Oncology" | |
| 2569 | BMS/AWP/001506747-48 | 06/08/2000 | Correspondence from J. Akscin related to Oaklane Cancer & Hematology P.C. | |
| 2570 | BMS/AWP/001506760 | 06/12/2000 | E-mail from Amy Chan to J. Akscin | |
| 2571 | BMS/AWP/001506759; BMS/AWP/001506761-62 | 06/14/2000 | Correspondence from J. Akscin related to J. Kiraly, III M.D. | |
| 2572 | BMS/AWP/001506766-68 | 06/15/2000 | Correspondence from J. Akscin related to Oaklane Cancer & Hematology P.C. | |
| 2573 | BMS/AWP/001506751 | 6/15/2000 | Notes related to Integrated Health Care Providers, Inc. | |
| 2574 | BMS/AWP/01418518 | 06/26/2000 | Soule call note regarding R. McCroskey | |
| 2575 | BMS/AWP/000096632-43 | 07/11/2000 | Presentation entitled, "Reimbursement in Office Based Oncology" | |
| 2576 | BMS/AWP/01418616 | 08/02/2000 | Soule call note regarding W. B. Ethridge | |
| 2577 | BMS/AWP/01418620 | 08/29/2000 | Soule call note regarding N. Lee | |
| 2578 | BMS/AWP/01418636 | 09/14/2000 | Soule call note regarding R. Goldberg | |
| 2579 | BMS/AWP/01418640 | 09/28/2000 | Soule call note regarding M. Kang | |
| 2580 | BMS/AWP/01419514 | 10/13/2000 | Soule call note regarding G. Newman | |
| 2581 | | 2001 | OTN Sourcebook 2001 | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2582 | BMS/AWP/001491764-69 | 07/15/2001 | E-mail from Douglas Soule regarding weekly report and center of excellence update, attaching Significant Event Report for the week ending 7/13/01 | |
| 2583 | BMS/AWP/01423279 | 07/30/2001 | Soule call note regarding J. Pelton | |
| 2584 | BMS/AWP/001492357 | 08/15/2001 | Standby Statement re: Pricing Terms Initiative | |
| 2585 | BMS/AWP/001510378-412 | 01/2002 | Presentation entitled, "The Business of Office Based Oncology" | |
| 2586 | BMS/AWP/01049934-41 | 01/17/2002 | E-mail from D. Kaszuba to Julie Martino re: Price Chek | |
| 2587 | BMS/AWP/00442087-97 | 04/2002 | Presentation entitled, Understanding AWPs | |
| 2588 | BMS/AWP/01109780-84 | 04/22/2002 | E-mail from Greg Fersko to L. Leas, D. Ihling, J. Martino attaching AWP Presentation | |
| 2589 | BMS/AWP/01088203-11 | 04/30/2002 | E-mail from Leighanne Leas to Ronald Miller & Thomas McKenna regarding Pricing Source Overview with attached slides | |
| 2590 | BMS/AWP/001506795-868 | 10/18/2002 | Presentation entitled, "Regulatory & Reimbursement Update" | |
| 2591 | BMS/AWP/000056952-69 | 11/01/2002 | Presentation entitled, "Pricing & Institutional Operations Overview" | |
| 2592 | BMS/AWP/001491561-63 | 11/10/2002 | E-mail from Douglas Soule, attaching memorandum regarding weekly significant event report for week ending 11/8/02 | |
| 2593 | | 12/02/2002 | Oncology Therapeutics Network Customer Invoice (Orange Coast Oncology Hematology Associates) | |
| 2594 | BMS/AWP/000966252-56 | 01/14/2003 | E-mail from Sandy McMahon re: Program Implementation Committee, attaching notes | |
| 2595 | BMS/AWP/00059757-61 | 02/03/2003 | E-mail from D. Kaszuba to Irene Paulin regarding Pricing Operations' Responsibilities | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2596 | BMS/AWP/000093521-619 | 03/2003 | Negotiation & Contracting Training Manual | |
| 2597 | BMS/AWP/01190614-91 | 03/10/2003 | E-mail from Christof Marre regarding DBM Negotiation Training, attaching presentation | |
| 2598 | BMS/AWP/000233146-47 | 04/10/2003 | E-mail from M. Pollock to C. Marre regarding Potential impact of Taxol for Oncology Supply | |
| 2599 | BMS/AWP/01489041-42 | 04/15/2003 | Customer Call Notes | |
| 2600 | | 10/06/2003 | Addendum to Oncology Distributor Agreement | |
| 2601 | | 01/19/2004 | BMS's Response to Interrogatory No. 5 | |
| 2602 | | 02/18/2004 | Affidavit of D. Kaszuba | |
| 2603 | BMS/AWP/01402137 | 04/03/2004 | Soule call note regarding E. Madarang | |
| 2604 | | 06/17/2004 | Plaintiffs' Objections and Responses to BMS'S Contention Interrogatories to Plaintiffs | |
| 2605 | BMS/AWP/001487916-17 | 04/12/2005 | Document entitled, "Roles and Responsibilities" | |
| 2606 | BMS/AWP/001483047-61 | 04/13/2005 | RBDM Education/Training Checklist | |
| 2607 | BMS/AWP/000956887, BMS/AWP/000083788-839 | 08/11/2005 | E-mail from Akscin to Sales regarding John A's PPT from National Sales Mtg, attaching presentation entitled, "Law & Order: OBO "5.5 Ways to Add Value to Your Customer Interaction" | |
| 2608 | | 03/22/2006 | Merits Report and Declaration of Fiona Scott Morton, PH.D. | |
| 2609 | BMS/AWP/001511818-45 | | Presentation entitled, "This is OTN" | |
| 2610 | BMS/AWP/00337310-15 | | Document entitled, "Policy and Procedures" | |
| 2611 | BMS/AWP/000186646-49 | | Document re: Price Increase/ Decrease Notification Process | |
| 2612 | BMS/AWP/000071256-72 | | Presentation entitled, "Taxol Generic Strategy Learnings from the US" | |
| 2613 | BMS/AWP/00478735-74 | | The Livin' Beat, Customer Marketing presentation | |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2614 | BMS/AWP/001511287-98 | | OTN presentation entitled, "Price Segments" | |
| 2615 | BMS/AWP/001491401-13 | | Seattle South 2003 Business Plan | |
| 2616 | BMS/AWP/01327211 | | AWP (Ain't What's Paid) | |
| 2617 | BMS/AWP/00361594-600 | | Document re: Taxol Program Review and Forecast for 2002 | |
| 2618 | BMS/AWP/01489213-16 | Various | Customer Call Notes | |
| 2619 | BMS/AWP/01488499-506 | Various | Customer Call Notes | |
| 2620 | BMS/AWP/01489314-18 | Various | Customer Call Notes | |
| 2621 | BMS/AWP/01490145-52 | Various | Customer Call Notes | |
| 2622 | BMS/AWP/01490157-62 | Various | Customer Call Notes | |
| 2623 | | | "Screen Shots" from Price Master File | |
| 2624 | | | "Screen Shots" from Primary Vendor Database | |
| 2625 | | | Data Fields associated with SHARP Database | |
| 2626 | | | BMS List Prices for MDL Subject Drugs (By NDC) | |
| 2627 | FDB-AWP-18629-30 | 06/03/2002 | E-mail from Mimi Leake to Kay Morgan and Carol Flanagan re: Price Increase Notification | |
| 2628 | Bell BMS Report | | Paraplatin vs. Cisplatin and Platinol Market Share Data Through OTN | |
| 2629 | BMS/AWP/000217912-17 | 02/25/2003 | E-mail from Michelle Hand, attaching price check for Kirklin Clinic and Florida Infusion flyer | |
| 2630 | BMS/AWP/000092044-45 | 06/16/1998 | Letter from B. Goetz to publications re: pricing information | |
| 2631-2749 | | | **INTENTIONALLY OMITTED** | |

Dated:  Boston, Massachusetts
         October 10, 2006

Respectfully submitted,


By:  /s/ Jacob T. Ellberg (BBO No. 657469)
     Thomas E. Dwyer, Jr. (BBO No. 139660)
     Jacob T. Elberg (BBO No. 657469)
     **DWYER & COLLORA**
     600 Atlantic Avenue
     Boston, Massachusetts
     Tel: (617) 371-1000
     Fax: (617) 371-1037
     tdwyer@dwyercollora.com
     jelberg@dwyercollora.com


     Steven M. Edwards
     Lyndon M. Tretter
     *Admitted pro hac vice*
     **HOGAN & HARTSON LLP**
     875 Third Avenue
     New York, New York 10022
     (212) 918-3000


*Attorneys for Defendants Bristol-Myers Squibb Co., and Oncology Therapeutic Network Corp.*

**CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE**

I, Lyndon M. Tretter, hereby certify that I am one of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s attorneys and that, on October 10, 2006, I caused copies of **DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP.'S PRETRIAL DISCLOSURES** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties and a hard copy of Defendants' Trial Exhibits and highlighted Deposition Designations by overnight mail to the following:

    Steve W. Berman, Esq.
    Hagens Berman Sobol Shapiro LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA 98101

    Kenneth A. Wexler, Esq.
    The Wexler Firm LLP
    One North LaSalle Street, Suite 2000
    Chicago, IL 60601

    Donald E. Haviland, Jr., Esq.
    The Haviland Law Firm
    740 S. Third Street, 3rd Floor
    Philadelphia, PA 19147

    John A. Macoretta, Esq.
    Spector Roseman & Kodroff, P.C.
    1818 Market Street, Suite 2500
    Philadelphia, PA 19103

                       /s/ Lyndon M. Tretter
                          Lyndon M. Tretter