# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## THE J&J DEFENDANTS' INDIVIDUAL
## DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A)

## I.    TRIAL WITNESSES CALLED LIVE

### A.    Experts

The J&J Defendants reserve the right to call any witnesses identified by Plaintiffs or the Track 1 Joint Defendants.

| NAME AND ADDRESS | WILL TESTIFY | MAY TESTIFY |
|---|:---:|---|
| Jayson S. Dukes<br><br>FTI Consulting, Inc.<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 500<br>Atlanta, Georgia  30309<br>(404) 460-6221 | X |  |

### B.    Other Witnesses

The J&J Defendants reserve the right to call any witnesses identified by Plaintiffs or the Track 1 Joint Defendants.

| NAME AND ADDRESS | WILL TESTIFY | MAY TESTIFY |
|---|---|---|
| Cathy Dooley<br><br>Johnson & Johnson<br>1350 I Street, N.W.<br>Suite 1210<br>Washington, D.C. 20005-3305<br>(202) 589-1000 | | X |
| Thomas Hiriak<br><br>Ortho Biotech Products, L.P.<br>430 Route 22 East<br>Bridgewater, NJ 08807-0914<br>(908) 541-4000 | | X |
| John Hoffman<br><br>Centocor, Inc.<br>800/850 Ridgeview Drive<br>Horsham, PA 19044<br>(610) 651-6000 | | X |
| Julie McHugh<br><br>Centocor, Inc.<br>800/850 Ridgeview Drive<br>Horsham, PA 19044<br>(610) 651-6000 | X | |
| William Pearson<br><br>Ortho Biotech Products, L.P.<br>430 Route 22 East<br>Bridgewater, NJ 08807-0914<br>(908) 541-4000 | X | |

2

## II.     EXHIBITS

The J&J Defendants reserve the right to introduce any exhibits or portions thereof identified by Plaintiffs or the Track 1 Joint Defendants.  The J&J Defendants also designate all data produced by each of the Plaintiffs which is being relied on by the J&J Defendants' experts or the Track 1 Joint Defendants' experts.

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| 2750 | Exh. 1 to the Declaration of Thomas C. Hiriak in Support of the Johnson & Johnson Defendants' Motion for Summary Judgment as to Class 1 and Class 2 ("Hiriak Decl.") | | 6/29/93 | Hiriak Decl. 1: Western Union Mailgram  from Dennis Cleary to Retail Pharmacist concerning pharmacy rebate program: | |
| 2751 | | | 1994 | Hiriak Decl. Ex. 1: Promotion flyer "New Rebate Program in Effect Through June 30, 1994" | |
| 2752 | | | 1994 | Hiriak Decl. Ex. 1: Promotion flyer "Valuable Rebate Offered Through December 1994" | |
| 2753 | | | 5/2/94 | Hiriak Decl. Ex. 1: Invoice # 000141094 for rebate to pharmacist | |
| 2754 | | | 6/27/94 | Hiriak Decl. Ex. 1: Stat/Gram concerning pharmacy rebate program | |
| 2755 | | | 1998 | Bindley Western Drug Co. Wholesale Price Catalog | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| 2756 | | | 11/29/93 | Hiriak Decl. Ex. 3: Letter to physician enclosing rebate | |
| 2757 | | | 3/22/94 | Hiriak Decl. Ex. 3: Stat/Gram concerning physician rebate program | |
| 2758 | | | 1993 | Hiriak Decl. Ex. 3: Promotion flyer "Order PROCRIT and Continue to Receive an 8% Rebate" | |
| 2759 | | | 1994 | Hiriak Decl. Ex. 3: Stat/Gram "Save on Procrit with our new rebate program" | |
| 2760 | | | | Hiriak Decl. Ex. 5: Procrit and Epogen AWP and Effective Dates | |
| 2761 | MDL-OBI00063700 | MDL-OBI00063702 | 10/9/00 | Hiriak Decl. Ex. 6: Document re U.S. Oncology's negative assessment of Procrit's reimbursement position | |
| 2762 | Exh. 5 to the Declaration of Andrew D. Schau in Support of the Johnson & Johnson Defendants' Motion for Summary Judgment as to Class 1 and Class 2 | | 9/21/01 | Excerpts from testimony of Zachary T. Bentley, Ven-A-Care; "Medicare Drug Reimbursements: A Broken System for Patients and Taxpayers," Joint Hearing Before the Subcommittee on Health et al., September 21, 2001, Serial No. 107-65 | |
| 2763 | MDL-OBI00002588 | MDL-OBI00002595 | 1/1/01 | Rebate Agreement w/ Keystone Mercy | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| 2764 | MDL-OBI00030404 | MDL-OBI00030412 | 12/1/01 | Rebate Agreement w/ El Dorado Hematology Medical Oncology | |
| 2765 | MDL-OBI00031940 | MDL-OBI00031948 | 4/1/01 | Rebate Agreement w/ Internal Medicine Associates | |
| 2766 | MDL-OBI00017307 | MDL-OBI00017307 | Undated | Procrit PEP Experience Program | |
| 2767 | MDL-OBI00042743 | MDL-OBI00042743 | 11/20/01 | Memorandum to Nephrology Field Sales concerning "Competitive Position" | |
| 2768 | MDL-OBI00012152 | MDL-OBI00012199 | Undated | Key Selling Points – Objections and Responses | |
| 2769 | MDL-OBI00006540 | MDL-OBI00006571 | Undated | Strategic Customer Group Workshop | |
| 2770 | MDL-OBI00008396 | MDL-OBI00008423 | 5/7/02 | Strategic Customer Group Update, Oncology and Critical Care Managers' Meeting | |
| 2771 | MDL-OBI00041918 | MDL-OBI00041976 | 5/7/02 | Strategic Customer Group Update, Oncology and Critical Care Franchisees Managers' Meeting | |
| 2772 | MDL-OBI00040740 | MDL-OBI00040772 | 4/16/03 | "A Reimbursement Review" by Becky Hayes and Jeanette Dominguez | |
| 2773 | MDL-OBI00040966 | MDL-OBI00040969 | Undated | "Least Costly Alternative Q/A" | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| 2774 | MDL-OBI00043351 | MDL-OBI00043383 | 5/5/02 | Email, with attachments, dated from Mark Reese to Bill Pearson (et al.) re "Medicare/Medicaid Updates and Strategies" | |
| 2775 | MDL-OBI00007368 | MDL-OBI00007375 | Undated | "Option Paper on AWP Reform" | |
| 2776 | MDL-OBI00050429 | MDL-OBI00050429 | Undated | "AWP Reform – Talking Points" | |
| 2777 | MDL-OBI00050431 | MDL-OBI00050431 | Undated | "AWP Reform – Johnson & Johnson Principles" | |
| 2778 | MDL-OBI00050432 | MDL-OBI00050433 | Undated | "Alternatives to AWP– Pros & Cons" | |
| 2779 | MDL-OBI00002838 | MDL-OBI00002965 | 5/15/02 | Memo from J Dempsey re "Wholesaler manipulation of AWP" | |
| 2780 | MDL-OBI00007628 | MDL-OBI00007629 | 12/7/00 | Correspondence re Peter Stark | |
| 2781 | | | 12/13/05 | Plaintiffs' Supplemental Response to J&J Defendants' Requests for Admission and Interrogatories Concerning Procrit. | |
| 2782 | | | 12/12/05 | Plaintiffs' Supplemental Response to J&J Defendants' Requests for Admission and Interrogatories Concerning Remicade. | |
| 2783 | | | 2/1/06 | Complaint in *District Counsel 37 Health & Security Plan et al. v. McKesson Corp*, C 4:06-cv-00718-SBA (N.D. Cal.) | |
| 2784 | | | 5/8/06 | Declaration of Jayson S. Dukes ("Dukes Decl.") | |

6

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| | | | | in Support of the Johnson & Johnson Defendants Motion for Summary Judgment as to Class 1 and Class 1 [Corrected] | |
| 2784-A | | | Undated | Dukes Decl. Attachment 1: Curriculum Vitae of Jayson S. Dukes | |
| 2784-B | | | Undated | Dukes Decl. Attachment 2: Statement of Assumptions | |
| 2784-C | | | Undated | Dukes Decl. Attachment 3: Information Considered | |
| 2784-D | | | Undated | Dukes Decl. Exhibit 1: Listings of specific transactions excluded from calculations* (Previously provided to Plaintiff electronically) | |
| 2784-E | | | Undated | Dukes Decl. Exhibit 2: Listings of specific transactions excluded from calculations* (Previously provided to Plaintiff electronically) | |
| 2784-F | | | 12/15/05 | Dukes Decl. Exhibit 3: Dr. Hartman's calculations of the Procrit and Remicade ASPs, attachment G.4.a* | |
| 2784-G | | | 12/15/05 | Dukes Decl. Exhibit 4: Dr. Hartman's calculations of the Procrit and Remicade spreads, attachment G.4.c* | |
| 2784-H | | | 5/8/06 | Dukes Decl. Exhibit 5: FTI Calculations of Procrit's ASPs by NDC and by year* | |

7

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---------|------------------------|------------------|------|-------------|------------|
| 2784-I | | | 5/8/06 | Dukes Decl. Exhibit 6: FTI Calculations of Procrit's Spreads by NDC and by year* | |
| 2784-J | | | 5/8/06 | Dukes Decl. Exhibit 7a: Comparison of Procrit ASPs to Dr. Hartman Declaration dated 12/15/05* | |
| 2784-K | | | 5/8/06 | Dukes Decl. Exhibit 7b: Comparison of Procrit ASPs to Dr. Hartman Declaration dated 12/15/05* | |
| 2784-L | | | 5/8/06 | Dukes Decl. Exhibit 7c: Comparison of Remicade ASPs to Dr. Hartman Declaration dated 12/15/05* | |
| 2784-M | | | 5/8/06 | Dukes Decl. Exhibit 7d: Comparison of Remicade ASPs to Dr. Hartman Declaration dated 12/15/05* | |
| 2784-N | | | 5/8/06 | Dukes Decl. Exhibit 8: Annual ASP Calculations from Dr. Hartman Declaration dated 2/3/06* | |
| 2784-O | | | 5/8/06 | Dukes Decl. Exhibit 9: Annual Spread Calculations from Dr. Hartman Declaration dated 2/3/06* | |
| 2784-P | | | 5/8/06 | Dukes Decl. Exhibit 10: FTI Comparison of ASP Calculations - Dr. Hartman Declaration dated 2/3/06* | |
| 2784-Q | | | 5/8/06 | Dukes Decl. Exhibit 11: FTI Comparison of Spread Calculations - Dr. Hartman Declaration | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| | | | | dated 2/3/06* | |
| 2784-R | | | 5/8/06 | Dukes Decl. Exhibit 12a: Comparison of Procrit ASP Calculations to Dr. Hartman Declaration dated 2/3/06* | |
| 2784-S | | | 5/8/06 | Dukes Decl. Exhibit 12b: Comparison of Procrit ASP Calculations to Dr. Hartman Declaration dated 2/3/06* | |
| 2784-T | | | 5/8/06 | Dukes Decl. Exhibit 12c: Comparison of Remicade ASP Calculations to Dr. Hartman Declaration dated 2/3/06* | |
| 2784-U | | | 5/8/06 | Dukes Decl. Exhibit 12d: Comparison of Remicade ASP Calculations to Dr. Hartman Declaration dated 2/3/06* | |
| 2784-V | | | 5/8/06 | Dukes Decl. Exhibit 13: Comparison of Procrit Indirect Sales Excluded Units to Dr. Hartman Declaration dated 2/3/06* | |
| 2784-W | | | 5/8/06 | Dukes Decl. Exhibit 14: Procrit Government Transactions FTI Excludes and Dr. Hartman Includes* | |
| 2784-X | | | 5/8/06 | Dukes Decl. Exhibit 15: Remicade Government Transactions FTI Excludes and Dr. Hartman Includes* | |
| 2784-Y | | | 5/8/06 | Dukes Decl. Exhibit 16: Price Distribution of Procrit Units Sold by | |

1314182v1

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---------|------------------------|------------------|------|-------------|------------|
| | | | | Class of Trade* | |
| 2784-Z | | | 5/8/06 | Dukes Decl. Exhibit 17: Procrit Spread Calculations Greater Than 30% from Dr. Hartman's Declaration dated 12/15/05* | |
| 2784-AA | | | 5/8/06 | Dukes Decl. Exhibit 18: Procrit Spread Calculations Greater Than 30% from Dr. Hartman's Declaration dated 2/3/06* | |
| 2784-BB | | | 5/8/06 | Dukes Decl. Exhibit 19: Schedule of transactions omitted from calculations; Centocor represents to be data entry errors* (Previously provided to Plaintiff electronically) | |
| 2784-CC | | | 5/8/06 | Dukes Decl. Exhibit 20: Schedule of Transactions excluded from calculations re effects of service fees and discounts* (Previously provided to Plaintiff electronically) | |
| 2784-DD | | | 5/8/06 | Dukes Decl. Exhibit 21: Schedule of transactions excluded from calculations re discount fees from Nova Factor and Priority Healthcare* (Previously provided to Plaintiff electronically) | |
| 2784-EE | | | 5/8/06 | Dukes Decl. Exhibit 22: Schedule of transactions excluded from calculations re sales orders placed prior to | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| | | | | price increase* (Previously provided to Plaintiff electronically) | |
| 2784-FF | | | 5/8/06 | Dukes Decl. Exhibits 23 and 24: Schedule of transactions excluded from calculations re units where sale price was 0$ for Procrit and Remicade* (Previously provided to Plaintiff electronically) | |
| 2785 | MDL-CEN000103691 | MDL-CEN000103691 | | Remicade_Livingston Invoices.txt | |
| 2786 | MDL-HCS00013636 | MDL-HCS00013636 | | Daf_Data.mdb | |
| 2787 | MDL-HCS00275969 | MDL-HCS00275969 | | PSGA Data 12-15-2004.mdb | |
| 2788 | MDL-HCS00275971 | MDL-HCS00275971 | | Daf_Data_2003_01_30_2005.mdb | |
| 2789 | MDL-OBI00056539 | MDL-OBI00056539 | | PROCRIT_.mdb  PROCRIT1.XLS | |
| 2790 | MDL-CEN00108048 | MDL-CEN00108048 | | Chargebacks 2003 for awp.xls | |
| 2791 | MDL-HCS00013630 | MDL-HCS00013630 | | IMHC_1991.mdb  IMHC_1992.mdb  IMHC_1993.mdb  IMHC_JAN_TO_JUN_1994.mdb  IMHC_JAN_TO_JUN_1995.mdb  IMHC_JAN_TO_JUN_1996.mdb  IMHC_JAN_TO_JUN_1997.mdb  IMHC_JAN_TO_JUN_1 | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| | | | | 998.mdb | |
| | | | | IMHC_JAN_TO_JUN_1999.mdb | |
| | | | | IMHC_JUL_TO_DEC_1994.mdb | |
| | | | | CARS_REBATES_FINAL.mdb | |
| 2792 | MDL-HCS00013631 | MDL-HCS00013631 | | IMHC_JUL_TO_DEC_1995.mdb | |
| | | | | IMHC_JUL_TO_DEC_1996.mdb | |
| | | | | IMHC_JUL_TO_DEC_1997.mdb | |
| | | | | IMHC_JUL_TO_DEC_1998.mdb | |
| 2793 | MDL-HCS00013632 | MDL-HCS00013632 | | OBI_CBK_99_00_02.mdb | |
| | | | | OBI_CBK_2001.mdb | |
| 2794 | MDL-HCS00013634 | MDL-HCS00013634 | | REMICADE CONTRACT DATABASE.mdb | |
| 2795 | MDL-HCS00275988 | MDL-HCS00275988 | | OBI_CBK_2003.mdb | |
| 2796 | MDL-HCS00282702 | MDL-HCS00282702 | | IMHC_MISSING_2_DAYS_SEND_11112004.xls | |
| | | | | Supplemental_Cbks_ProcDt2004_to_20050511_2003-before_invoice.mdb | |
| 2797 | MDL-HCS00283267 | MDL-HCS00283267 | | OBI_CBK_2002.mdb | |
| 2798 | FTI 00001 | FTI 00001 | | AWP Litigation CB_CustomerList.xls* | |
| | | | | CB_Cust_FewOthers.xls* | |
| | | | | CB_unique_cust_Additi | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| | | | | onal.xls* | |
| | | | | Remicade_CustomerList.xls* | |
| | | | | Remicade_CustomerList_Nulls.xls* | |
| | | | | tbl_CB_unique_cust_New.txt* | |
| 2799 | MDL-CEN00108050 | MDL-CEN00108050 | | Rebates by process date w customer name 1-1-01 thru 12-31-03.xls | |
| 2800 | MDL-HCS00283269 | MDL-HCS00283269 | | CARSIS_MANAGEDCARE_NEW_11092004_FINAL.mdb | |
| 2801 | FTI 000035 | FTI 000035 | | 2006_2_23_Wholesaler Pricing Point.xls | |
| 2802 | MDL-CEN00000026 | MDL-CEN00000026 | 6/13/01 | Letter re 3.9% price increase for Remicade | |
| 2803 | MDL-CEN00000737 | MDL-CEN00000737 | 7/9/02 | Letter to Health Net re Amendment to Rebate Agreement | |
| 2804 | MDL-CEN00000738 | MDL-CEN00000741 | 1/1/02 | Amendment to Health Net Care Systems Rebate Agreement | |
| 2805 | MDL-CEN00000882 | MDL-CEN00000908 | 7/1/02 | Product Pricing Agreement between HealthPartners, Inc and Health Care Systems Inc. | |
| 2806 | MDL-CEN00004003 | MDL-CEN00004008 | 11/18/98 | Memo from McDermott re Additional Information on AWP Spread | |
| 2807 | MDL-CEN00004027 | MDL-CEN00004038 | 6/18/99 | Fax from FirstDataBank to Mike Ziskin, Centocor re New Product Submission form | |
| 2808 | MDL-CEN00007528 | MDL-CEN00007552 | 11/27/01 | Centocor Commercial Contracting Strategy | |
| 2809 | MDL-CEN00013965 | MDL-CEN00013965 | 6/13/01 | Letter from Ron Krawczyk to First Data | |

13

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| | | | | Bank re 3.9% increase to Remicade list price | |
| 2810 | MDL-CEN00013968 | MDL-CEN00013968 | 6/13/01 | Letter from Ron Krawczyk to CliniDATA re 3.9% increase to Remicade list price | |
| 2811 | MDL-CEN00013969 | MDL-CEN00013969 | 6/13/01 | Letter from Ron Krawczyk to Red Book re 3.9% increase to Remicade list price | |
| 2812 | MDL-CEN00014002 | MDL-CEN00014002 | 6/13/01 | Letter from Ron Krawczyk to Cardinal Health Inc. re 3.9% increase to Remicade list price | |
| 2813 | MDL-CEN00014004 | MDL-CEN00014004 | 6/13/01 | Letter from Ron Krawczyk to AmeriSource Corp. re 3.9% increase to Remicade list price | |
| 2814 | MDL-CEN00014008 | MDL-CEN00014008 | 6/13/01 | Letter from Ron Krawczyk to McKesson HBOC, Inc. re 3.9% increase to Remicade list price | |
| 2815 | MDL-CEN00014235 | MDL-CEN00014235 | 11/3/00 | Letter from Ron Krawczyk to Fisrt Data Bank re 3.8% increase to Remicade list price | |
| 2816 | MDL-CEN00014253 | MDL-CEN00014253 | 2/24/00 | Memo from Scodari re Remicade 2000 Price Increase | |
| 2817 | MDL-CEN00014254 | MDL-CEN00014254 | Undated | Centocor, Inc. Price Increase History | |
| 2818 | MDL-CEN00014322 | MDL-CEN00014328 | 8/22/02 | Immunology Business Unit 2003 Business Plan, Executive Summary | |
| 2819 | MDL-CEN00014768 | MDL-CEN00014790 | July, 1999 | Remicade Office Based Infusion Guide | |
| 2820 | MDL-CEN00024776 | MDL-CEN00024790 | Undated | Practice Building Opportunities | |

1314182v1

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| 2821 | MDL-CEN00028906 | MDL-CEN00028972 | Undated | Remicade Corporate Accounts 2002 Business Plan | |
| 2822 | MDL-CEN00030466 | MDL-CEN00030467 | 3/16/98 | Memo from Carpenter re Average Acquisition Price vs. Average Acquisition Price with attached 3/13/98 memo re same | |
| 2823 | MDL-CEN00044499 | MDL-CEN00044504 | 6/6/01 | E-mail from Rick Bierly attaching t. Vernon Remicade Price Increase memo | |
| 2824 | MDL-CEN00044764 | MDL-CEN00044754 | 3/23/00 | Draft letters re 4.9% Price Increase for Remicade effective 3/23/00 | |
| 2825 | MDL-CEN00054756 | MDL-CEN00054893 | 1/5/98 | Interviews: Presented by NCI Managed Care | |
| 2826 | MDL-CEN00064895 | MDL-CEN00065029 | 5/15/97 | cA2 Commercialization Strategy Plan | |
| 2827 | MDL-CEN00069786 | MDL-CEN00069838 | 5/21/02 | E-mail from Michael Ziskind attaching 5/8/02 Infusion Therapy Costs in Physicians' Offices report | |
| 2828 | MDL-CEN00085479 | MDL-CEN00085524 | 4/18/02 | HCC Training Presented to RBS | |
| 2829 | MDL-CEN00091734 | MDL-CEN00091958 | Undated | Remicade Site of Care (SOC) Training Program | |
| 2830 | MDL-CEN00092122 | MDL-CEN00092197 | 12/14/00 | Presentation: Health Care Compliance (HCC) | |
| 2831 | MDL-CEN00093041 | MDL-CEN00093151 | 7/28/00 | Remicade: Practice management Program Goal for PMP | |
| 2832 | MDL-CEN00094118 | MDL-CEN00094135 | 5/21/02 | May, 2001 Pricing Update | |
| 2833 | MDL-CEN00098193 | MDL-CEN00098198 | 11/18/99 | Centocor's Health Care Compliance Project, Fraud and Abuse, Presentation to Management Board | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---------|------------------------|------------------|------|-------------|------------|
| 2834 | MDL-CEN000103407 | MDL-CEN000103447 | Undated | Centocor Practice Management Tools Coding, Coverage, and Reimbursement | |
| 2835 | MDL-CEN000104171 | MDL-CEN000104176 | 6/7/02 | RBS Scenario Role Play Talk Track | |
| 2836 | MDL-CEN000106858 | MDL-CEN000106903 | Sept. 1997 | Strategic Marketing Corp. A Qualitative Assessment of Third Party Payors' Acceptance of CenTNF, a Monoclonal Antibody (MAB) for the Treatment of Crohn's Disease, Interim Report | |
| 2837 | | | 3/14/96 | Memo from Mooney to Duxbury re: expense report | |
| 2838 | | | 10/18/96 | Memo from Wood to Duxbury re: expense report errors | |
| 2839 | | | 11/27/96 | Memo from Wood to Duxbury re: Verbal Warning for work performance | |
| 2840 | | | 12/3/96 | Duxbury Performance review | |
| 2841 | | | 3/24/97 | Memo from Wood to Duxbury re: performance | |
| 2842 | | | 4/6/98 | Memo from Woodhouse to Duxbury re: late reporting of administrative responsibilities | |
| 2843 | | | 4/23/98 | Memo from Woodhouse to Duxbury re: performance | |

16

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---------|------------------------|------------------|------|-------------|------------|
| 2844 | | | 5/02/98 | Memo from Ashe to Duxbury re: Verbal Warning for performance | |
| 2845 | | | 6/18/98 | Memo from Woodhouse to Duxbury re: Performance Evaluation and Written Warning | |
| 2846 | | | 7/20/98 | Memo from Duxbury to Woodhouse re: Resignation | |
| 2847 | | | 8/10/98 | Letter from Duxbury to unknown party *(believed to be State of Washington Employment Security Department)* re: working conditions and validity of Amgen's suit against Ortho Biotech | |
| 2848 | | | 9/18/98 | State of Washington Employment Security's Denial of Duxbury's claim for benefits | |
| 2849 | | | 10/19/98 | Duxbury's Notice of Appeal with attached letter from Duxbury | |
| 2850 | | | 7/16/01 | Summons and Complaint filed by Duxbury against Ortho Biotech re: wrongful discharge and breach of contract | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---------|------------------------|------------------|------|-------------|------------|
| 2851 | | | 3/21/03 | Order Granting Summary Judgment for Ortho Biotech in Duxbury v. Ortho Biotech | |
| 2852 | | | 5/3/04 | Court of Appeal for the State of Washington decision affirming Summary Judgment in Duxbury v. Ortho Biotech | |
| 2853 | | | 7/12/05 | Government's Notice of Election to Decline Intervention in Duxbury's *qui tam* proceeding against Ortho Biotech | |
| 2854 | | | 7/12/05 | Order from the District Court unsealing the complaint in Duxbury's *qui tam* proceeding against Ortho Biotech and ordering Duxbury to serve the complaint on Ortho Biotech | |
| 2855 | | | 4/28/06 | Declaration of Mark E. Duxbury | |
| 2856 | | | 9/15/06 | Relator's Emergency Motion Requesting a Temporary Stay of the Court's 7-12/-5 Order | |
| 2857 | MDL-JAN00180843 | MDL-JAN00180844 | 6/12/02 | E-mail form Mike Borgia re AWP Change with First Data Bank | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| 2858 | MDL-JAN00114976 | MDL-JAN00114976 | 5/15/02 | E-mail from William Parks re Price Alert Change to our AWP | |
| 2859 | MDL-CEN00005508 | MDL-CEN00005510 | 2/21/02 | E-mail from Michael Ziskind re AWP Pricing – Per my voicemail | |
| 2860 | MDL-JAN00006938 | MDL-JAN00006940 | 7/16/02 | E-mail from William Parks re Price Alert Change to our AWP | |
| 2861 | MDL-JJ00000168 | MDL-JJ00000171 | 9/27/02 | E-mail from Alex Gorsky re AWP Reporting Issue: an overview | |
| 2862 | MDL-CEN00002717 | MDL-CEN00002878 | 3/25/98 | cA2 Marketing Plan U.S. Crohn's Indication Launch | |
| 2863 | | | 5/8/06 | "The Pink Sheet" re ASP Calculation Rankles IG; Drugs to Face Dropping Reimbursement Rates? | |
| 2864 | MDL-CEN00103705 | MDL-CEN00103710 | 8/20/02 | Legislative Update Representative Greenwood | |
| 2865 | | | April 1986 | Congressional Budget Office Physician Reimbursement Under Medicare: Options for Change | |
| 2866 | | | Undated | Ortho Oncology Sales Franchise Sales Training Process | |

\*      The J&J Defendants' Trial Exhs. 2784-D to 2875-FF and 2798 are admissible pursuant to FED. R. EVID. 1006, this material shall be deemed admissible.  The data and information underlying these exhibits have been produced to plaintiffs' counsel.

Dated:  October 10, 2006

/s/ William F. Cavanaugh, Jr.
William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Adeel A. Mangi
Mark Young
Niraj J. Parekh
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York  10036-6710
(212) 336-2000

1314182v1

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Niraj J. Parekh, hereby certify that I am one of the J&J Defendants' attorneys

and that, on October 10, 2006, I caused copies of **THE J&J DEFENDANTS' DISCLOSURES**

**PURSUANT TO FED R. CIV. P. 26(a)(3)(A)** to be served on all counsel of record by causing

same to be posted electronically via Lexis-Nexis File & Serve and a hard copy of the J&J

Defendants' Trial Exhibits by overnight mail to the following:

Steve W. Berman
Hagens Berman Sobol & Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

John A. Macoretta, Esq.
Spector Roseman & Kodroff
1818 Market Street
Suite 2500
Philadelphia, PA 19103

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147

Kenneth A. Wexler
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602

                                    /s/ Niraj J. Parekh

1314182v1