UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) ) ) Judge Patti B. Saris |
| *STATE OF ARIZONA V. ABBOTT LABS INC., et al.,* 06-CV-11069-PBS | ) ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Justin N. Saif and Foley Hoag LLP as attorneys for the defendant, Dey, Inc.

DEY, INC.,

By its attorneys,

Dated: October 11, 2006        /s/ Justin N. Saif_____
Justin N. Saif (BBO #660679)
jsaif@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

B3266497.1

## CERTIFICATE OF SERVICE

      I hereby certify that the document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 11, 2006.

      /s/ Justin N. Saif
      Justin N. Saif