UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND DATE FOR FILING OBJECTIONS TO TRIAL EXHIBITS AND MOTIONS SO AS TO ALLOW FOR THE SAME TIME DEFENDANTS RECEIVED TO DO THE SAME**

In the Court's Amended Pretrial Order of August 21, 2006, the Court ordered Plaintiffs to file pretrial disclosures, deposition designations and motions in limine on October 2, 2006.

Defendants were to do the same on October 9, 2006.  Both of these dates were moved to October 3 and October 10, respectively.

The Order directed that objections be served and filed on October 16 (now the 17th). Thus, Defendants have two weeks to respond, Plaintiffs only one week to respond.

On October 10, 2006, Defendants served approximately 2,000 exhibits and deposition designations from approximately over 100 witnesses.  Plaintiffs request that they be provided equal time to that granted Defendants, or until October 24, 2006 to file and serve a response to these voluminous materials.  Defendants do not oppose this request.

| | |
|---|---|
| DATED:  October 11, 2006 | By___/s/ **Steve W. Berman**_____<br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 2 -

        Marc H. Edelson
        Allan Hoffman
        Edelson & Associates LLC
        45 West Court Street
        Doylestown, PA  18901
        Telephone: (215) 230-8043
        Facsimile: (215) 230-8735

        Donald E. Haviland, Jr.
        The Haviland Law Firm, LLC
        740 S. Third Street
        Third Floor
        Philadelphia, PA  19147
        Facsimile:  (215) 609-4661
        Telephone:  (215) 392-4400

        **CO-LEAD COUNSEL FOR**
        **PLAINTIFFS**

    Pursuant to Local Rule 7.1, I certify that I asked defendants to consent to this request and they have graciously done so.

         /s/ Steve W. Berman
        Steve W. Berman

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 11, 2006, I caused copies of **PLAINTIFFS' UNOPPOSED MOTION TO AMEND DATE FOR FILING OBJECTIONS TO TRIAL EXHIBITS AND MOTIONS SO AS TO ALLOW FOR THE SAME TIME DEFENDANTS RECEIVED TO DO THE SAME** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

      /s/ Steve W. Berman
      Steve W. Berman