UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO | ) Judge Patti B. Saris ) |
| *STATE OF ARIZONA V. ABBOTT LABS INC., et al.,* 06-CV-11069-PBS | ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Martin F. Murphy and Foley Hoag LLP as attorneys for the defendant, Dey, Inc.

        DEY, INC.,

        By its attorneys,

Dated: October 11, 2006      /s/ Martin F. Murphy_____
        Martin F. Murphy (BBO #363250)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, Massachusetts 02210-2600
        Telephone: (617) 832-1000
        Facsimile: (617) 832-7000

B3266477.1

## CERTIFICATE OF SERVICE

      I hereby certify that the document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to t hose indicated as non-registered participants on October 11, 2006.

                                                /s/ Martin F. Murphy
                                                Martin F. Murphy