UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) ) ) | Judge Patti B. Saris |
| STATE OF ARIZONA V. ABBOTT LABS INC., et al., 06-CV-11069-PBS | ) ) ) | |

### DEY, INC.'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL NOTICE OF REMOVAL

Defendant Dey, Inc. ("Dey"), by and through its counsel, Foley Hoag LLP and Kelley Drye & Warren LLP, respectfully moves this Court for leave to file a Supplemental Notice of Removal, filed herewith as Exhibit A. In further support of its motion, Dey is hereby filing its Memorandum of Law in Support of its Motion For Leave to File a Supplemental Notice of Removal, the Declaration of Neil Merkl, and the exhibits annexed thereto.

The Supplemental Notice of Removal provides new grounds for removal pursuant to 28 U.S.C. § 1441 *et seq.*, 28 U.S.C. §§ 1331, 1367(a), and 31 U.S.C. § 3732(b), which arose subsequent to the filing of the original notice of removal on January 5, 2006.

This Motion is brought pursuant to 28 U.S.C. § 1441, *et seq.*, and Rule 15 of the Federal Rules of Civil Procedure.

Dey respectfully requests that the motion be granted in its entirety for the reasons set forth in the Memorandum of Law in Support of its Motion For Leave to File a Supplemental Notice of Removal.

Dated: October 11, 2006
       Boston, Massachusetts

NY01/CYRB/1139479.1

**FOLEY HOAG LLP**

By: /s/ Justin Saif
Martin F. Murphy, BBO # 363250
mmurphy@foleyhoag.com
Justin Saif, BBO # 660679
jsaif@foleyhoag.com
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

**OF COUNSEL:**
**KELLEY DRYE & WARREN LLP**
Paul F. Doyle, BBO # 133460
William A. Escobar (*pro hac vice*)
Neil Merkl (*pro hac vice*)
Christopher Palermo (*pro hac vice*)
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

***Attorneys for Defendant Dey, Inc.***

## LOCAL RULE 7.1 CERTIFICATION

I, William A. Escobar, hereby certify that I have conferred with Steve W. Berman, Esq., of Hagens Berman Sobol Shapiro LLP, counsel for Plaintiff, concerning the within Motion for Leave To File a Supplemental Notice of Removal. I further certify that Mr. Berman stated the Plaintiff intended to oppose the Motion.

/s/ William A. Escobar