# EXHIBIT A

**OSBORN**
**MALEDON**

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone    602.640.9000
Facsimile    602.640.9050

1   William J. Maledon, Atty. No. 003670
    Dawn L. Dauphine, Atty. No. 010833
2   OSBORN MALEDON, P.A.
    2929 North Central Avenue, Suite 2100
3   Phoenix, Arizona 85012-2794
    Telephone: (602) 640-9000
4   Facsimile: (602) 640-9050
    wmaledon@omlaw.com
5   ddauphine@omlaw.com

6   D. Scott Wise
    Kimberley D. Harris
7   DAVIS POLK & WARDWELL
    450 Lexington Avenue
8   New York, New York 10017
    Telephone: (212) 450-4000
9   Facsimile: (212) 450-3800
    d.wise@dpw.com
10  kharris@dpw.com

11  **Attorneys for Defendants AstraZeneca Pharmaceuticals LP and Zeneca Inc.**

12

13          IN THE UNITED STATES DISTRICT COURT

14              FOR THE DISTRICT OF ARIZONA

15

16  The State of Arizona *ex. rel.* Terry Goddard,      )
                                                        )
17                    Plaintiff,                        )      CASE NO. _____
                                                        )
18  VS.                                                 )
                                                        )      **NOTICE OF REMOVAL**
19  Abbott Laboratories; Amgen Inc.; Apothecon,         )
    Inc.; AstraZeneca, PLC; AstraZeneca U.S.;           )
20  AstraZeneca Pharmaceuticals L.P.; Aventis           )
    Pharmaceuticals, Inc.; Aventis Behring              )
21  L.L.C.; B. Braun Medical Inc.; Baxter               )
    International Inc.; Baxter Healthcare                )
22  Corporation; Bayer Corporation; Bedford             )
    Laboratories; Ben Venue Laboratories, Inc.;         )
23  Boehringer Ingelheim Pharmaceuticals, Inc.;         )
    Biogen Idec U.S.; Bristol-Myers Squibb Co.;         )
24  Centocor, Inc.; Dey, Inc.; Fujisawa                 )
    Healthcare, Inc.; Fujisawa USA, Inc.; Gensia        )
25  Inc.; Gensia Sicor Pharmaceuticals, Inc.;           )
    Glaxosmithkline, P.L.C.; Glaxowellcome,             )
26  Inc.; Hoechst Marion Roussel, Inc.; Immunex         )

1   Corporation; Janssen Pharmaceutica
    Products, L.P.; Johnson & Johnson; McNeil-
2   PPC, Inc.; Merck & Co., Inc.; Oncology
    Therapeutics Network Corp.; Ortho Biotech;
3   Pharmacia Corporation;
    Pharmacia & Upjohn, Inc.; Rhone-Poulenc
4   Rorer, S.A.; Roxanne Laboratories, Inc.;
    Schering-Plough Corporation; Sicor, Inc.;
5   Smithkline Beecham Corporation; TAP
    Pharmaceutical Products, Inc.; Warrick
6   Pharmaceuticals Corporation; Watson
    Pharmaceuticals, Inc.; Zeneca, Inc. AND
7   DOES 1 THROUGH 100; DOES 101-125;
    DOES 126-150 AN DOES 151-200
8
                      Defendants.
9

10          Pursuant to 28 U.S.C. § 1441 *et seq.*, all Defendants hereby notice removal of

11   this civil action from the Superior Court of the State of Arizona in and for the County

12   of Maricopa, to the United States District Court for the District of Arizona.  This

13   Court has removal jurisdiction because this is a civil action "of which the district

14   courts have original jurisdiction" and an action "founded on a claim or right arising

15   under . . . the laws of the United States." 28 U.S.C. § 1441(a) - (b); *see* 28 U.S.C. §

16   1331.  In particular, federal question jurisdiction exists because the State of Arizona's

17   claim to recover Medicare Part B co-payments raises a substantial federal question in

18   that it requires the resolution of issues of federal law relating to the federal Medicare

19   program.  *See Grable & Sons Metal Prods., Inc. v. Darue Engineering &*

20   *Manufacturing*, 545 U.S. ____, 125 S. Ct. 2363 (June 13, 2005); *Franchise Tax Bd. v.*

21   *Constr. Laborers Vacation Trust*, 463 U.S. 1, 9, 28 (1983); *cf. State of Montana v.*

22   *Abbott Labs., Inc.*, 266 F. Supp. 2d 250, 255-56 (D. Mass. 2003).

23          In further support of this Notice, Defendants allege:

24          1.     On or about December 6, 2005, the State of Arizona filed the civil

25   action captioned *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories,*

26

                                        - 2 -                          1138199

*et al.*, CV2005-018711, in the Superior Court of the State of Arizona in and for the County of Maricopa.

2.    Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit A is a true and correct copy of all substantive records and proceedings from the state court.

3.    Pursuant to 28 U.S.C. § 1446(d), Defendants shall file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa, and serve Plaintiff and all other parties with this Notice of Removal promptly after the filing of this Notice.

## I.      THE STATE OF ARIZONA ACTION

4.    This case is virtually identical to numerous cases that have been transferred from district courts throughout the country and consolidated in a Multidistrict Litigation ("MDL") proceeding, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (the "AWP MDL"), which is currently pending before the Honorable Patti B. Saris in the United States District Court for the District of Massachusetts.

5.    Like this case, many of the cases now pending in the AWP MDL were originally filed in state courts before removal to federal court and transfer to the AWP MDL.  The AWP MDL currently includes similar actions brought by the States of Montana, Nevada, Kentucky, Illinois, and New York.  Defendants will shortly notify the Judicial Panel on Multidistrict Litigation that this action is closely related to those pending before Judge Saris in the AWP MDL and thus should be treated as a "tag-along action" within the meaning of the Rules of the Judicial Panel on Multidistrict Litigation.

6.    The two-count Complaint alleges claims against dozens of pharmaceutical manufacturers.  It alleges, in part, that each Defendant pharmaceutical

1138199

manufacturer caused persons and entities in the State of Arizona, including private individuals, third-party payors and the Arizona Health Care Cost Containment System (the "Arizona Medicaid Program"), to overpay for that company's pharmaceutical products by reporting inflated average wholesale price ("AWP") and other pricing information, which allegedly serves as a basis for payments by such persons and entities and reimbursement rates by the Arizona Medicaid Program for prescription pharmaceuticals.  Cmplt. ¶¶ 1-16.

7.      Although the State of Arizona is the named plaintiff in this action, the State specifically purports to prosecute this action on behalf of its citizens and Arizona entities who allegedly have paid inflated prices for prescription pharmaceuticals covered by Medicare.  Cmplt. ¶¶ 9-13.  The State alleges that by reporting allegedly inflated AWP pricing information, Defendants have caused Medicare Part B beneficiaries in Arizona to make inflated Medicare Part B co-payments for Defendants' prescription pharmaceuticals, because, until recently, Medicare co-payments for prescription pharmaceuticals covered under Part B were based upon published AWPs.  Cmplt. ¶¶ 9-10, 133-155; *see also* 42 U.S.C. §§ 1395l(a), 1395u(o).  The State also alleges that by reporting allegedly inflated AWP pricing information, Defendants have caused overpayment for physician-administered pharmaceuticals outside of the Medicare Part B context as well as self-administered pharmaceuticals for which AWP is used as a benchmark.  Cmplt. ¶¶ 11-13, 156-174. The State seeks to recover the amounts allegedly overpaid for increased pharmaceutical costs, including Medicare Part B co-payments.  Cmplt. ¶¶ 18-21.

8.      The Complaint purports to allege claims under the Unlawful Practices Section of the Arizona Consumer Fraud Act and provisions of the Arizona Racketeering Statute.  The Plaintiff seeks various legal and equitable remedies.

## II.     REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

9.      This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because it arises under the laws of the United States.  Specifically, federal question jurisdiction exists because the State of Arizona's claim to recover Medicare Part B co-payments on behalf of Arizona Medicare Part B beneficiaries raises a substantial federal question in that it requires the resolution of issues of federal law relating to the federal Medicare program, namely the meaning of AWP in the federal Medicare statute and regulations.  *See Grable & Sons Metal Prods., Inc. v. Darue Engineering & Manufacturing*, 545 U.S. ____, 125 S. Ct. 2363, 2368 (June 13, 2005) (removal jurisdiction exists where the meaning of a federal statute is an essential element of a state law claim); *Franchise Tax Bd. v. Constr. Laborers Vacation Trust*, 463 U.S. 1, 9, 28 (1983); *cf State of Montana v. Abbott Labs., Inc.*, 266 F. Supp. 2d 250, 255-56 (D. Mass. 2003).

10.     The state law claims asserted by the State relating to Medicare Part B co-payments necessarily depend on an interpretation of the federal statute and regulations governing Medicare Part B reimbursement, which until recently pegged such reimbursement (and the corresponding 20% co-payment) to a pharmaceutical's AWP.  Indeed, as Judge Saris has already ruled, a plaintiff in an AWP action cannot recover on its state law claims relating to Medicare Part B co-payments unless it proves its fundamental assertion that the AWP was "inflated" as the term AWP has been interpreted under the federal Medicare reimbursement statute and regulations. *See State of Montana v. Abbott Laboratories, Inc.*, 266 F. Supp. 2d 250, 255-56 (D. Mass. 2003) (holding that an essential element of the State of Minnesota's claims relating to Medicare Part B co-payments "is proof of a discrepancy between the

1138199

AWPs reported by [defendant] and the meaning of AWP under the Medicare statute.").

11.    This Court has supplemental jurisdiction over Plaintiff's non-federal claims pursuant to 28 U.S.C. § 1367.

## III.   CONSENT TO REMOVAL

12.    All Defendants consent to and have joined in this Notice of Removal.

13.    No Defendant waives any defense to the Complaint, including but not limited to lack of service, improper service or lack of personal jurisdiction.

## IV.   REMOVAL IS TIMELY

14.    Removal of this case is timely.  The Complaint was not served on any Defendant before December 8, 2005.  This Notice of Removal is filed on January 5, 2006, within thirty days of December 8, 2005.  *See* 28 U.S.C. § 1446(b).

**WHEREFORE**, Defendants notice the removal of this case to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1331 & 1441 *et seq.*

RESPECTFULLY SUBMITTED this 5th day of January, 2006,


William J. Maledon
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona  85012

**Attorneys for Defendants AstraZeneca Pharmaceuticals LP And Zeneca Inc.**[1]

---

[1]    The Complaint also names AstraZeneca U.S. and AstraZeneca PLC as separate defendants.  AstraZeneca U.S. does not exist as an entity and has not been served. AstraZeneca PLC is a public limited holding company organized under the laws of England and Wales, must be served under the Hague Convention, has not been so

1

2

By    s/William J. Maledon

3                   William J. Maledon

4

5    **Of Counsel for These Defendants:**

6    D. Scott Wise
       Kimberley D. Harris

7    DAVIS POLK & WARDWELL
       450 Lexington Avenue

8    New York, New York 10017
       Telephone: (212) 450-4000

9    Facsimile: (212) 450-3800
       d.wise@dpw.com

10   kharris@dpw.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24   served, and specifically reserves all arguments as to insufficient service.  Moreover, in
     a related case filed in this court, *Swanston v. TAP Pharmaceutical Products, et al.*,

25   Maricopa County Superior Court CV2002-004988, the Court dismissed AstraZeneca
     PLC for lack of personal jurisdiction.  At any rate, all AstraZeneca entities whose

26   consent to removal is required to effectuate removal do consent to removal.

1          Randy Papetti, Atty. No. 014586
LEWIS AND ROCA LLP
2          40 N. Central Ave, Suite 1900
Phoenix, AZ 85004
3          602-262-5337
602-734-3865 (fax)
4          Rpapetti@lrlaw.com

5          **Counsel for Abbott Laboratories and TAP Pharmaceutical Products Inc.**

6

7          By___s/Randy Papetti_____
                  Randy Papetti

8

9     **Of Counsel for These Defendants:**

10    James R. Daly
J. Ryan Mitchell
11    JONES DAY
77 W. Wacker Drive
12    Chicago, IL 60601-1692
312-782-3939
13    312-782-8585 (fax)
jrdaly@jonesday.com
14    jrmitchell@jonesday.com

15    Toni-Ann Citera
JONES DAY
16    222 East 41st Street
New York, New York 10017-6702
17    212-326-3939
212-755-7306 (fax)
18    tcitera@jonesday.com

19

20

21

22

23

24

25

26

          1138199

1   Andrew S. Gordon, Atty. No. 003660
    COPPERSMITH GORDON SCHERMER OWENS & NELSON
2   PLC
    2800 North Central Avenue
3   Suite 1000
    Phoenix, AZ 85004
4   602-224-0999
    andy@cgson.com
5

6   **Attorneys for Defendant Amgen Inc.**

7
    By___s/Andrew S. Gordon_____
8        Andrew S. Gordon

9

10  **Of Counsel for This Defendant:**

11  Steven F. Barley
    Joseph H. Young
12  HOGAN & HARTSON LLP
    111 South Calvert Street
13  Suite 1600
    Baltimore, MD 21202
14  410-659-2700
    sfbarley@hhlaw.com
15  jhyoung@hhlaw.com

16

17

18

19

20

21

22

23

24

25

26

1    Pamela M. Overton, No. 009062
     Aaron Schepler, No. 019985
2    GREENBERG TRAURIG, LLP
     2375 East Camelback Road, Suite 700
3    Phoenix, AZ 85016
     (602) 445-8000
4    overtonp@gtlaw.com
     Scheplera@gtlaw.com
5
     **Attorneys for Defendants Aventis Pharmaceuticals Inc.**[2]
6

7    By    s/Pamela M. Overton
                Pamela M. Overton
8

9
     **Of Counsel for These Defendants:**
10
     Michael L. Koon
11   Joseph G. Matye
     SHOOK, HARDY & BACON
12   2555 Grand Boulevard
     Kansas City, MO 64108-2613
13   (816) 474-6550
     mkoon@shb.com
14   jmatye@shb.com

15

16

17

18

19

20

21

22

23

24   ─────────────────
     [2]    The Complaint also names Rhone-Poulenc Rorer, S.A. and Hoechst Marion
     Roussel, Inc. as separate defendants.  Rhone-Poulenc Rorer, S.A. and Hoechst Marion
25   Roussel, Inc. do not exist as separate entities and have not been served.  In any event,
     Aventis Pharmaceuticals Inc. and all related entities, whether or not properly named
26   or served, consent to removal.

                                   - 10 -                          1138199

1    Pamela M. Overton, No. 009062
     Aaron Schepler, No. 019985
2    GREENBERG TRAURIG, LLP
     2375 East Camelback Road, Suite 700
3    Phoenix, AZ  85016
     (602) 445-8000
4    overtonp@gtlaw.com
     Scheplera@gtlaw.com

5    **Attorneys for Defendant Aventis Behring LLC (now known**
6    **as ZLB Behring LLC)**

7    By___s/Pamela M. Overton_____
8         Pamela M. Overton

9

10   **Of Counsel for This Defendant:**

11   Jonathan T. Rees
     Gregory M. Petouvis
12   HOGAN & HARTSON LLP
     555 13th Street, N.W.
13   Washington, DC   2004
     (202) 637-5600
14   JTRees@hhlaw.com
     GMPetouvis@hhlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

- 11 -                                    1138199

1

Robert P. Simbro, No. 007501
SIMBRO & WHITE, P.C.

2

8767 E. Via de Commercio
Suite 103

3

Scottsdale, Arizona 85258
Telephone: (480) 607-0500

4

Facsimile: (480) 607-0400
rsimbro@simbrowhiteandbarfield.com

5

**Attorneys For B. Braun Medical Inc.**

6

7

By___s/Robert P. Simbro_____
                Robert P. Simbro

8

9

**Of Counsel for This Defendant:**

10

Daniel F. Attridge, P.C.

11

KIRKLAND & ELLIS LLP
655 15th Street, N.W.

12

Washington, DC  20005
Telephone: (202) 879-5012

13

Facsimile: (202) 654-9555
dattridge@kirkland.com

14

15

16

17

18

19

20

21

22

23

24

25

26

- 12 -

1138199

1    Vincent J. Montell, No. 014236
Karl A. Fazio, No. 018771

2    BOWMAN AND BROOKE LLP
Suite 1600, Phoenix Plaza

3    2901 North Central Avenue
Phoenix, Arizona 85012-2761

4    Direct:  (602 ) 643-2300
Fax:  (602 ) 248-0947

5    Vince.Montell@phx.bowmanandbrooke.com
Karl.Fazio@phx.bowmanandbrooke.com

6

    **Attorneys for Baxter Healthcare Corporation and Baxter**

7    **International Inc.**

8

    By___s/Vincent J. Montell_____

9           Vincent J. Montell

10

11   **Of Counsel for These Defendants:**

12   Merle M. DeLancey
Tina Ducharme Reynolds

13   DICKSTEIN SHAPIRO MORIN & OSHINSKY  LLP
2101 L Street, NW

14   Washington, DC 20037
Direct:  (202 ) 785-9700

15   Fax:  (202 ) 887-0689
delanceym@dsmo.com

16   reynoldst@dsmo.com

17

18

19

20

21

22

23

24

25

26

1138199

1   D. Samuel Coffman, No. 011428
    MARISCAL WEEKS McINTYRE & FRIEDLANDER PA
2   2901 North Central, Suite 200
    Phoenix, Arizona  85012
3   602-285-5000
    sam.coffman@mwmf.com
4
    **Attorneys for Defendant Bayer Corporation**
5
6   By___s/D. Samuel Coffman_____
           D. Samuel Coffman
7
8
    **Of Counsel for This Defendant:**
9
    Richard D. Raskin
10  Michael P. Doss
    SIDLEY AUSTIN LLP
11  One South Dearborn Street
    Chicago, IL 60603
12  312.853.7000
    312.853.7036 (fax)
13  rraskin@sidley.com
    mdoss@sidley.com
14

15

16

17

18

19

20

21

22

23

24

25

26

1138199

1   John E. DeWulf, No. 006850
    Darlene M. Wauro, No. 014697
2   ROSHKA, DeWULF & PATTEN, PLC
    400 East Van Buren
3   Suite 800
    Phoenix, Arizona 85004
4   602-256-6100
    dewulf@rdp-law.com
5   wauro@rdp-law.com

6
    Helen E. Witt
7   Maria Pellegrino Rivera, No. 018124
    KIRKLAND & ELLIS, LLP
8   200 East Randolph Drive
    Chicago, Illinois  60601-3363
9   312-861-2000
    hwitt@Kirkland.com
10  mrivera@Kirkland.com

11  **Attorneys for Defendants Ben Venue Laboratories, Inc.,
    Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane
12  Laboratories, Inc.[3]**

13
    By___s/John E. DeWulf_____
14      John E. DeWulf

15

16

17

18

19

20

21

22

23  _____
24  [3]    The Complaint also names Bedford Laboratories as a separate defendant.
    Bedford Laboratories is not a separate entity and has not been served.  Rather,
25  Bedford Laboratories is a division of Ben Venue Laboratories, Inc., which has also
    been named as a defendant.    In any event, all Boehringer-related entities, whether or
26  not properly named or served, consent to removal.

- 15 -                                    1138199

Andrew M. Jacobs, No. 021146
Adrienne S. Ehrhardt, No. 022429
SNELL & WILMER L.L.P.
One South Church Avenue
Suite 1500
Tucson, Arizona  85701
520-882-1200
FAX:  520-884-1294
ajacobs@swlaw.com
aehrhardt@swlaw.com

**Attorneys for Defendant Biogen Idec, Inc. (incorrectly named as Biogen IDEC U.S.)**

By___s/Andrew M. Jacobs_____
        Andrew M. Jacobs

**Of Counsel for this Defendant:**

James C. Burling
Maura T. Healey
Kimberly I. Friday
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
james.burling@wilmerhale.com
maura.healey@wilmerhale.com
kim.friday@wilmerhale.com

1138199

1    George Brandon, Arizona Bar No. 017947
        Andrea L. Marconi, Arizona Bar No. 022577

2    SQUIRE, SANDERS & DEMPSEY L.L.P.
        Two Renaissance Square

3    40 North Central Avenue, Suite 2700
        Phoenix, AZ  85004-4498

4    Telephone:  602.528.4000
        Facsimile:  602.253.8129

5    gbrandon@ssd.com
        amarconi@ssd.com

6

        **Attorneys for Defendants Apothecon, Inc., Bristol-Myers**

7    **Squibb Co., and Oncology Therapeutics Network Corp.**

8

        By___s/George Brandon_____

9           George Brandon

10

11  **Of Counsel for These Defendants:**

12  Steven M. Edwards
    Lyndon M. Tretter

13  HOGAN & HARTSON L.L.P.
    875 Third Avenue

14  New York, NY 10022
    Telephone: 212.918.3000

15  Facsimile:  212.918.3100
    SMEdwards@HHLAW.com

16  LMTretter@HHLAW.com

17

18

19

20

21

22

23

24

25

26

- 17 -           1138199

1                  Don Bivens, No. 005134
                   Paul L. Stoller, No. 016773

2                  BIVENS & NORE, P.A.
                   3003 N. Central Avenue, #1200

3                  Phoenix, AZ 85012
                   (602) 604-2200

4                  dwbivens@bivens-nore.com
                   plstoller@bivens-nore.com

5

6                  **Attorneys for Defendant Dey, Inc.**

7                  By___s/Don Bivens_____
                        Don Bivens

8

9  **Of Counsel for This Defendant:**

10

11  Christopher C. Palermo
    KELLEY DRYE & WARREN LLP

12  101 Park Avenue
    New York, N.Y.  10178

13  (212) 808-7789
    cpalermo@kelleydrye.com

14

15

16

17

18

19

20

21

22

23

24

25

26

1    Martin A. Aronson, Arizona Bar No. 9005
     MORRILL & ARONSON, P.L.C.
2    One East Camelback Road, Suite 340
     Phoenix, Arizona 85012
3    Telephone: (602) 263-8993
     Facsimile:  (602) 285-9544
4    maronson@maazlaw.com

5    **Attorneys for Defendants Fujisawa Healthcare, Inc.
     and Fujisawa USA, Inc.**

6

7    By___s/Martin Aronson_____
                Martin Aronson
8

9    **Of Counsel for These Defendants:**

10
     Michael T. Scott, Esq.
11   REED SMITH LLP
     2500 One Liberty Place
12   1650 Market Street
     Philadelphia, PA  19103-7301
13   Telephone:  (215) 851-8100
     Facsimile: (215)851-1420
14   MScott@reedsmith.com

15   Andrew L. Hurst, Esq.
     Lasagne A. Wilhite, Esq.
16   REED SMITH LLP
     1301 K Street, N.W.
17   Suite 1100 - East Tower
     Washington, D.C.  20005
18   Telephone: (202) 414-9200
     Facsimile:  (202) 414-9299
19   AHurst@reedsmith.com
     LWilhite@reedsmith.com
20

21

22

23

24

25

26

- 19 -                                    1138199

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Michael K. Kennedy, No. 004224
GALLAGHER & KENNEDY P.A.
2575 E. Camelback Road, Suite 1100
Phoenix, AZ  85016
Telephone:  (602) 530-8000
Facsimile:  (602) 530-8500
mkk@gknet.com

**Attorneys for Defendant Immunex Corporation**


By___s/Michael K. Kennedy_____
       Michael K. Kennedy


**Of Counsel for This Defendant:**

David J. Burman
Kathleen M. O'Sullivan
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000
DBurman@perkinscoie.com
KOSullivan@perkinscoie.com

- 20 -

1138199

1   Mary G. Pryor, No. 016709
    THE CAVANAGH LAW FIRM, P.A.
2   1850 North Central Avenue, Suite 2400
    Phoenix, Arizona  85004-4527
3   (602) 322-4035
    mpryor@cavanaghlaw.com
4
    **Attorneys for Defendants Centocor, Inc., Janssen**
5   **Pharmaceutica LLP, Johnson & Johnson, McNeil PPC, and**
    **Ortho Biotech Products LLP**
6
    By___s/Mary G. Pryor_____
7        Mary Pryor

8

9   **Of Counsel for These Defendants:**

10  William F. Cavanaugh, Jr.
    Andrew D. Schau
11  PATTERSON, BELKNAP, WEBB & TYLER LLP
    1133 Avenue of the Americas
12  New York, NY  10036-6710
    (212) 336-2000
13  adschau@pbwt.com

14

15

16

17

18

19

20

21

22

23

24

25

26

1138199

1    John R. Dacey, Esq., Arizona State Bar No. 004962
     James A. Craft, Esq., Arizona State Bar No. 005145
2    GAMMAGE & BURNHAM
     Two North Central Avenue, 18th Floor
3    Phoenix, AZ   85004
     Telephone (602) 256-0566
4    Facsimile (602) 256-4475
     Jdacey@gblaw.com
5    jcraft@gblaw.com

6    **Attorneys For Defendant Merck & Co., Inc.**

7
     By___s/John R. Dacey_____
8            John R. Dacey

9

10   **Of Counsel for This Defendant:**

11   John M. Townsend, Esq.
     Robert P. Reznick, Esq.
12   Robert B. Funkhouser, Esq.
     HUGHES HUBBARD & REED LLP
13   1775 I Street, N.W.
     Washington, DC   20006-2401
14   Telephone: (202) 721-4600
     Facsimile: (202) 721-4646
15   townsend@hugheshubbard.com
     reznick@hugheshubbard.com
16   funkhous@hugheshubbard.com

17

18

19

20

21

22

23

24

25

26

- 22 -                                          1138199

1

Barry D. Halpern, No. 005441
Stephanie V. Hackett, No. 019353

2

Joseph G. Adams, No. 018210
SNELL & WILMER L.L.P.

3

One Arizona Center
400 E. Van Buren

4

Phoenix, AZ  85004-2204
(602) 382-6000

5

FAX:  (602) 382-6070
bhalpern@swlaw.com

6

shackett@swlaw.com
jgadams@swlaw.com

7

8

**Attorneys for Defendants Pharmacia Corporation and**

9

**Pharmacia & Upjohn, Inc.**

10

By___s/Stephanie V. Hackett_____
            Stephanie V. Hackett

11

12

**Of Counsel for These Defendants:**

13

John C. Dodds

14

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street

15

Philadelphia, PA 19103-2921
Telephone:  215.963.5000

16

Facsimile:  215.963.5001
jdodds@morganlewis.com

17

Scott A. Stempel

18

J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP

19

1111 Pennsylvania Ave., NW
Washington, DC 20004

20

Telephone:  202.739.3000
Facsimile:  202.739.3001

21

sstempel@morganlewis.com
jeverett@morganlewis.com

22

23

24

25

26

1138199

Lydia A. Jones, No. 017178
ROGERS & THEOBALD, LLP
The Camelback Esplanade
8th Floor
2425 East Camelback Road
Phoenix, Arizona 85016
Tel:  (602) 852-5582
Fax:  (602) 852-5570
laj@rogerstheobald.com

**Attorneys for Defendants Sicor Inc. f/d/b/a Gensia, Inc.,
Gensia Sicor Pharmaceuticals Inc.**

By___s/Lydia A. Jones_____
           Lydia A. Jones

**Of Counsel for these Defendants:**

Elizabeth I. Hack, Esq.
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW, Suite 600 East Tower
Washington, DC  20005
Tel:  (202) 408-9236
Fax:  (202) 408-6399
ehack@sonnenschein.com

- 24 -

1138199

1      Robert W. Shely, No. 014261
Rodney W. Ott, No. 016686

2      BRYAN CAVE LLP
Two North Central Avenue, Suite 2200

3      Phoenix, Arizona 85254
Tel: 602-364-7000

4      Fax: 602-364-7070
rwshely@bryancave.com

5      rwott@bryancave.com

6      **Attorneys for SmithKline Beecham Corporation d/b/a
GlaxoSmithKline**[4]

7

8      By   s/Rodney W. Ott
            Rodney W. Ott

9

10

11

12

13

14

15

16

17

18

19

20   [4]    The Complaint names GlaxoSmithKline plc, Glaxo Wellcome, Inc. and SmithKline Beecham Corp. as separate defendants. Glaxo Wellcome, Inc. and SmithKline Beecham Corp. have merged. In the United States, "SmithKline

21   Beecham Corporation" is the remaining corporation, and it is doing business as "GlaxoSmithKline." Thus, the defendants named as Glaxo Wellcome, Inc. and

22   SmithKline Beecham Corp. are both appearing under the correct corporate name of SmithKline Beecham Corporation, d/b/a GSK. Named defendant GlaxoSmithKline

23   plc is a holding company with no employees organized under the laws of England and Wales. GlaxoSmithKline plc was not involved in the matters raised by the

24   Complaint, can only be properly served under the Hague Convention, has not been served, and specifically reserves all arguments as to insufficient service. At any rate,

25   GSK and all related entities, whether or not properly named or served, consent to removal.

26

- 25 -               1138199

1                    Andrew F. Halaby, No.017251

Adam E. Lang, No. 022545

2                    SNELL & WILMER

One Arizona Center

3                    Phoenix, Arizona  85004-2202

Telephone (602) 382-6000

4                    Facsimile (602) 382-6070

ahalaby@swlaw.com

5                    alang@swlaw.com

6                    **Attorneys for Defendants Warrick Pharmaceuticals Corporation  and Schering-Plough Corporation**

7

8                    By___s/Andrew F. Halaby_____

                             Andrew F. Halaby

9

10    **Of Counsel for These Defendants:**

11    John T. Montgomery

Brien T. O'Connor

12    ROPES & GRAY LLP

One International Place

13    Boston, MA 02110-2624

Telephone (617) 951-7000

14    Facsimile (617) 951-7050

john.montgomery@ropesgray.com

15    brien.o'connor@ropesgray.com

16    J. Steven Baughman

ROPES & GRAY LLP

17    One Metro Center

700 12th Street, N.W., Suite 900

18    Washington, DC 20005-3948

Telephone (202) 508-4600

19    Facsimile (202) 508-4650

steven.baughman@ropesgray.com

20

21

22

23

24

25

26

- 26 -

1138199

Winn L. Sammons, No.  005500
SANDERS & PARKS, P.C.
3030 N. 3rd Street, Suite 1300
Phoenix, AZ   85012
(602) 532-5786
Winn.Sammons@SandersParks.com

**Attorneys for Watson Pharmaceuticals, Inc.**


By___s/Winn L. Sammons_____
      Winn L. Sammons


**Of Counsel for this Defendant:**

Douglas B. Farquhar
Michelle L. Butler
HYMAN, PHELPS, & McNAMARA, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 737-5600
(202) 737-9329 (facsimile)
dbf@hpm.com
mlb@hpm.com

1138199

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing:

I hereby certify that on January 5, 2006, I served the attached document **(minus Exhibit A - which consists of the documents previously filed in Superior Court)** by mail on the following:

Terry Goddard
Attorney General
Ann Thompson Uglietta
Assistant Attorney General
Consumer Protection and Advocacy Section
1275 West Washington
Phoenix, Arizona  85007-2997

Steve W. Berman
Robert B. Carey
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101

**Attorneys for Plaintiff**

s/Deborah B. Dunn

- 28 -

1138199