# EXHIBIT D

NY01/CYRB/1139479.1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | Hon. Patti B. Saris |

## DEFENDANT ABBOTT LABORATORIES' NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL

Defendant Abbott Laboratories hereby serves notice that it consents to

Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United

States District Court for the District of Arizona.  This action was transferred to this Court

by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk

of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Dated: October 10, 2006

Respectfully submitted,

*T. Tabacchi/sav*

James R. Daly
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

***Counsel for Defendant***
***Abbott Laboratories***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL NO. 1456

CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

Hon. Patti B. Saris

*The State of Arizona ex rel. Terry Goddard v.
Abbott Laboratories, Inc.*, 06-CV-11069 (D.
Ariz.)

## DEFENDANT AMGEN INC.'S NOTICE OF
## CONSENT TO DEFENDANT DEY, INC.'S
## SUPPLEMENTAL NOTICE OF REMOVAL

Defendant Amgen Inc. hereby serves notice that it consents to Defendant

Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District

Court for the District of Arizona. This action was transferred to this Court by the Judicial

Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial

Panel on Multidistrict Litigation on June 16, 2006.

Dated:    October 10, 2006

Respectfully submitted,

Douglas S. Brooks (BBO No. 636697)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA 02110
(617) 338-9300

Of Counsel:

Joseph H. Young
Steven F. Barley
Jennifer A. Walker
Hogan & Hartson, L.L.P.
111 S. Calvert Street, Suite 1600
Baltimore, Maryland  21202
Telephone:  (410) 659-2700

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | |

### DEFENDANTS ASTRAZENECA PHARMACEUTICALS LP'S AND ZENECA INC.'S NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL

Defendants AstraZeneca Pharmaceuticals LP and Zeneca Inc.[1] consent to

Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United

States District Court for the District of Arizona.  This action was transferred to this Court

by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk

---

[1] The Complaint in the above-referenced action also names AstraZeneca U.S. and AstraZeneca PLC as separate defendants.  AstraZeneca U.S. does not exist as an entity and has not been served. AstraZeneca PLC is a public limited holding company organized under the laws of England and Wales that must be served under the Hague Convention.  AstraZeneca PLC has not been so served.  AstraZeneca PLC specifically reserves all rights and arguments as to insufficient service and lack of personal jurisdiction. Notwithstanding these issues, all AstraZeneca entities whose consent to removal is required to effectuate removal do consent to removal.

of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Respectfully Submitted,

Dated:    October 10, 2006

By: _____

D. Scott Wise (*pro hac vice*)
Michael S. Flynn (*pro hac vice*)
Kimberly D. Harris (*pro hac vice*)
James J. Duffy (*pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Ave.
New York, NY 10017

Nicholas C. Theodorou (BBO # 496730)
Lucy Fowler (BBO # 647929)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110

ATTORNEYS FOR ASTRAZENECA
PHARMACEUTICALS LP AND
ZENECA INC.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | |

## DEFENDANT WARRICK PHARMACEUTICALS CORPORATION'S NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL

Defendant Warrick Pharmaceuticals Corporation hereby serves notice that it consents to Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District Court for the District of Arizona.  This action was transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Respectfully submitted,

John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Warrick Pharmaceuticals Corp.*

Dated:    October 10, 2006

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL NO. 1456

CIVIL ACTION: 01-CV-12257-PBS

Hon. Patti B. Saris

THIS DOCUMENT RELATES TO:

*The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.)

### DEFENDANT SCHERING-PLOUGH CORPORATION'S NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL

Defendant Schering-Plough Corporation hereby serves notice that it consents to Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District Court for the District of Arizona. This action was transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Respectfully submitted,

John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation*

Dated:    October 10, 2006

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | |

## DEFENDANT TAP PHARMACEUTICAL PRODUCTS INC.'S
## NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S
## <u>SUPPLEMENTAL NOTICE OF REMOVAL</u>

Defendant TAP Pharmaceutical Products Inc. hereby serves notice that it consents to Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District Court for the District of Arizona. This action was transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Dated:   October 10, 2006

Respectfully submitted,

*[signature]*

Joseph F. Savage, Jr.
Anita Bapooji Ryan
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
617-570-1000
617-523-1231 (fax)
jsavage@goodwinprocter.com
abapooji@goodwinprocter.com

Of Counsel:
James R. Daly
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
(312) 782-3939
(312) 782-8585 (fax)
tmtabacchi@jonesday.com

***Attorneys for Defendant TAP
Pharmaceutical Products Inc.***

1736593

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: <br><br> *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | Hon. Patti B. Saris |

### DEFENDANT B. BRAUN MEDICAL INC.'S NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL

Defendant B. Braun Medical Inc. hereby serves notice that it consents to

Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United

States District Court for the District of Arizona. This action was transferred to this Court

by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk

of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Dated:   October 10, 2006

Respectfully submitted,

John P. McDonald
Texas Bar No. 13549090
C. Michael Moore
Texas Bar No. 14323600
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000
(214) 740-8800 (Fax)

**DEFENDANT B. BRAUN MEDICAL INC.'S NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL                                     Page 1**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|  | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) |  |

## DEFENDANT B. BRAUN MEDICAL INC.'S NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL

Defendant B. Braun Medical Inc. hereby serves notice that it consents to

Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United

States District Court for the District of Arizona.  This action was transferred to this Court

by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk

of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Dated:    October 10, 2006

Respectfully submitted,

John P. McDonald                *w/permission by CMMoore*
Texas Bar No. 13549090
C. Michael Moore
Texas Bar No. 14323600
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000
(214) 740-8800 (Fax)

**DEFENDANT B. BRAUN MEDICAL INC.'S NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL**                                                    Page 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | Hon. Patti B. Saris |

## DEFENDANTS BRISTOL-MEYERS SQUIBB CO.'s, ONCOLOGY THERAPEUTICS NETWORK CORPS.'s AND APOTHECON, INC.'s NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S <u>SUPPLEMENTAL NOTICE OF REMOVAL</u>

Defendants Bristol-Meyers Squibb, Oncology Therapeutics Network Corps. and Apothecon, Inc. hereby serve notice that they consent to Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District Court for the District of Arizona.  This action was transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Dated:    October 10, 2006

Respectfully submitted,

DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, Massachusetts
(617) 371-1000

**HOGAN & HARTSON L.L.P.**

875 Third Avenue
New York, New York 10022
(212) 918-3000

*Of Counsel*:
  Steven M. Edwards, Esq.
  Lyndon M. Tretter, Esq.

*Attorneys for Defendants Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp. and Apothecon, Inc.*

- 2 -

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | |

## NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL BY DEFENDANTS PHARMACIA CORPORATION AND PHARMACIA & UPJOHN

Defendants Pharmacia Corporation and Pharmacia & Upjohn, Inc. hereby serve

notice that they consent to Defendant Dey, Inc.'s Supplemental Notice of Removal of this

action to the United States District Court for the District of Arizona.  This action was

transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in

the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Dated:    October 10, 2006

                                            Respectfully submitted,

                                            SNELL & WILMER, L.L.P.

                                            By_____
                                                 Barry D. Halpern
                                                 Stephanie V. Hackett
                                                 Joseph G. Adams
                                                 SNELL & WILMER L.L.P.
                                                 One Arizona Center
                                                 400 E. Van Buren
                                                 Phoenix, AZ 85004-2202
                                                 Attorneys for Pharmacia Corporation
                                                 and Pharmacia & Upjohn, Inc.

Of Counsel:

John C. Dodds
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921

Scott A. Stempel
J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004

1898906

NY01/CYRB/1139121.1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | |

## DEFENDANT MERCK & CO., INC.'S NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL

Defendant Merck & Co., Inc. hereby serves notice that it consents to Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District Court for the District of Arizona. This action was transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Dated:   October 10, 2006

Respectfully submitted,

*Of Counsel*

Jeff H. Galloway
One Battery Park Plaza
New York, NY  10004-1482
(212) 837-6000

GAMMAGE & BURNHAM PLC
John Dacey
James A. Craft
Two North Central Avenue
18th Floor
Phoenix, AZ  85004

Robert B. Funkhouser
HUGHES HUBBARD & REED LLP
John M. Townsend
Robert P. Reznick
1775 I Street, N.W.
Washington, D.C.  20006
(202) 721-4600

*Attorneys for Defendant Merck & Co.,*

DC 560506_1.DOC

David J. Burman
Kathleen M. O'Sullivan
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
(206) 359-8000
dburman@perkinscoie.com
kosullivan@perkinscoie.com

Attorneys for Defendant
IMMUNEX CORPORATION

- 2 -

1  Lydia A. Jones, Atty. No. 017178
   ROGERS & THEOBALD LLP
2  2425 East Camelback Road, Suite 850
   Phoenix, Arizona  85016
3  Telephone:  (602) 852-5550
   Facsimile:  (602) 852-5570
4  laj@rogerstheobald.com

5  Elizabeth I. Hack
   SONNENSCHEIN, NATH & ROSENTHAL
6  1301 K Street, N.W.
   Suite 600, East Tower
7  Washington, DC 20005-3364
   Telephone:  (202) 408-9236
8  ehack@sonnenschein.com
   *Admitted Pro Hac Vice*
9
   **Attorneys for Defendants Sicor, Inc. and**
10 **Gensia Sicor Pharmaceuticals, Inc.**

11
                    UNITED STATES DISTRICT COURT
12
                        DISTRICT OF ARIZONA
13

14

15 THE STATE OF ARIZONA *ex rel.* TERRY          )
   GODDARD,                                      )
16                                               )   No. CV 2006-0045-PHX-ECH
                    Plaintiff,                   )
17                                               )   **DEFENDANTS SICOR, INC.'S**
   vs.                                           )   **AND GENSIA SICOR**
18                                               )   **PHARMACEUTICALS, INC.S'**
   ABBOTT LABORATORIES; AMGEN                    )   **NOTICE OF CONSENT TO**
19 INC.; APOTHECON, INC.;                        )   **REMOVAL**
   ASTRAZENECA, PLC; ASTRAZENECA                 )
20 U.S.; ASTRAZENECA                             )
   PHARMACEUTICALS L.P.; AVENTIS                 )
21 PHARMACEUTICALS, INC.; AVENTIS               )
   BEHRING L.L.C.; B. BRAUN MEDICAL              )
22 INC.; BAXTER INTERNATIONAL INC.;             )   (Assigned to the Honorable Roslyn
   BAXTER HEALTHCARE                             )    O. Silver)
23 CORPORATION; BAYER                           )
   CORPORATION; BEDFORD                          )
24 LABORATORIES; BEN VENUE                       )
   LABORATORIES, INC.; BOEHRINGER                )
25 INGELHEIM PHARMACEUTICALS, INC.;             )
26

1   BIOGEN IDEC U.S.; BRISTOL-MYERS    )
    SQUIBB CO.; CENTOCOR, INC.; DEY,    )
2   INC.; FUJISAWA HEALTHCARE, INC.;    )
    FUJISAWA USA, INC.; GENSIA INC.;    )
3   GENSIA SICOR PHARMACEUTICALS,    )
    INC.; GLAXOSMITHKLINE, P.L.C.;    )
4   GLAXOWELLCOME, INC.; HOECHST    )
    MARION ROUSSEL, INC.; IMMUNEX    )
5   CORPORATION; JANSSEN    )
    PHARMACEUTICA PRODUCTS, L.P.;    )
6   JOHNSON & JOHNSON; MCNEIL-PPC,    )
    INC.; MERCK & CO., INC.; ONCOLOGY    )
7   THERAPEUTICS NETWORK CORP.;    )
    ORTHO BIOTECH; PHARMACIA    )
8   CORPORATION; PHARMACIA &    )
    UPJOHN, INC.; RHONE-POULENC    )
9   RORER, S.A.; ROXANNE    )
    LABORATORIES, INC.; SCHERING-    )
10  PLOUGH CORPORATION; SICOR, INC.;    )
    SMITHKLINE BEECHAM    )
11  CORPORATION; TAP    )
    PHARMACEUTICAL PRODUCTS, INC.;    )
12  WARRICK PHARMACEUTICALS    )
    CORPORATION; WATSON    )
13  PHARMACEUTICALS, INC.; ZENECA,    )
    INC. and DOES 1 through 100; DOES 101-    )
14  125; DOES 126-150 an DOES 151-200    )
                                       )
15            Defendants.              )
                                       )

16

17

18        Pursuant to 28 U.S.C. § 1441 *et seq*., Defendant Sicor Inc., f/d/b/a Gensia, Inc.

19  and Gensia Sicor Pharmaceuticals Inc., hereby renew their consent to the removal of

20  this civil action from the Superior Court of the State of Arizona in and for the County

21  of Maricopa, to the United States District Court for the District of Arizona.[1]  By

22  submitting this Notice of Consent, these Defendants do waive any defense to the

23  Complaint, including but not limited to lack of service, improper service or lack of

24  personal jurisdiction.

25  _____

    [1] Defendant Sicor Inc., f/d/b/a Gensia, Inc. and Gensia Sicor Pharmaceuticals Inc. joined in and
26  consented to the Notice of Removal filed with this Court on January 10, 2006.

                                   - 2 -

1

RESPECTFULLY SUBMITTED this 10th day of October, 2006.

2

3           Elizabeth I. Hack
            SONNENSCHEIN, NATH & ROSENTHAL
            1301 K Street, N.W.
4           Suite 600, East Tower
            Washington, DC 20005-3364
5           Telephone:  (202) 408-9236
            ehack@sonnenschein.com
6           *Admitted Pro Hac Vice*

7

8           Lydia A. Jones, No. 017178
            ROGERS & THEOBALD, LLP
9           The Camelback Esplanade, 8th Floor
            2425 East Camelback Road
            Phoenix, Arizona 85016
10          Tel:  (602) 852-5582
            Fax:  (602) 852-5570
11          laj@rogerstheobald.com

12          **Attorneys for Defendants Sicor Inc. f/d/b/a**
            **Gensia, Inc., Gensia Sicor Pharmaceuticals Inc.**
13
            By   /s/ Lydia A. Jones
14          Lydia A. Jones

15

16

17

18

19

20

21

22

23

24

25

26

- 3 -

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | |

## DEFENDANT FUJISAWA'S NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL

Defendants Fujisawa USA, Inc. and Fujisawa HealthCare, Inc. hereby serve notice that they consent to the Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District Court for the District of Arizona. This action was transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Dated:   October 10, 2006

Respectfully submitted,

REED SMITH LLP

By: _____

Andrew L. Hurst
1301 K Street NW
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 (fax)

Michael T. Scott
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8100
(215) 851-1420 (fax)


Attorneys for Defendants Fujisawa
USA, Inc. and Fujisawa Healthcare,
Inc.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | Hon. Patti B. Saris |

**DEFENDANT SMITHKLINE BEECHAM CORPORATION'S NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S
<u>SUPPLEMENTAL NOTICE OF REMOVAL</u>**

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline hereby serves notice that it consents to Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District Court for the District of Arizona.[1] This action was transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Dated:    October 10, 2006

---

[1] In addition to "SmithKline Beecham Corporation," Plaintiff's Complaint names as Defendants the entities "Glaxo Wellcome, Inc." and "GlaxoSmithKline P.L.C." Glaxo Wellcome Inc. no longer exists, as it was previously merged into SmithKline Beecham Corporation to form SmithKline Beecham Corporation d/b/a GlaxoSmithKline. GlaxoSmithKline P.L.C. has not been properly served in this action. Although not required to do so, GlaxoSmithKline P.L.C. hereby consents, through undersigned counsel, to the removal of this action. Undersigned counsel is appearing for GlaxoSmithKline P.L.C. for the limited purpose of this removal and does not waive any rights, defenses or objections, including those related to service of process and jurisdiction, which GlaxoSmithKline P.L.C. might assert.

Respectfully submitted,

Mark D. Seltzer
Brian K. French
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
Telephone:  617.523.2700
Facsimile:  617.523.6850

Of Counsel:

Mark H. Lynch
Ronald G. Dove, Jr.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone:  202.662.6000
Facsimile:  202.662.6291

Frederick G. Herold
DECHERT LLP
1117 California Avenue
Palo Alto, CA  94304
Telephone:  650.813.4930
Facsimile:  650.813.4848

- 2 -

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | |

## BOEHRINGER DEFENDANTS' NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S <u>SUPPLEMENTAL NOTICE OF REMOVAL</u>

Defendants Ben Venue Laboratories, Inc.,[1] Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane Laboratories, Inc. hereby serve notice that they consent to Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District Court for the District of Arizona. This action was transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Dated:    October 10, 2006

---

[1]    The Complaint also names Bedford Laboratories as a separate defendant. Bedford Laboratories is not a separate entity and has not been served. Rather, Bedford Laboratories is a division of Ben Venue Laboratories, Inc., which has also been named as a defendant. In any event, all Boehringer-related entities, whether or not properly named or served, consent to Dey, Inc.'s Supplemental Notice of Removal.

Respectfully submitted,

_____ s/Brian P. Kavanaugh _____
Brian P. Kavanaugh
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

*On behalf of Defendants Ben Venue
Laboratories, Inc., Boehringer Ingelheim
Pharmaceuticals, Inc., and Roxane
Laboratories, Inc.*

1    Mary G. Pryor, No. 016709

2    THE CAVANAGH LAW FIRM, P.A.

      1850 North Central Avenue, Suite 2400

3    Phoenix, Arizona 85004-4527

      (602) 322-4035

4    mpryor@cvanaghlaw.com

5    Official email for Minute Entries:  edocket@cavanaghlaw.com

6    Attorneys for Defendants Centocor, Inc.; Janssen

      Pharmaceutica, Inc.; Johnson & Johnson;

7    McNeil-PPC, Inc.; Ortho Biotech Products LP

8

              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF ARIZONA

10   The State of Arizona *ex. rel.* Terry Goddard,

11

             PLAINTIFF,

12

13   VS.

14   Abbott Laboratories; Amgen Inc.; Apothecon,

      Inc.; AstraZeneca, PLC; AstraZeneca U.S.;

15   AstraZeneca Pharmaceuticals L.P.; Aventis

16   Pharmaceuticals, Inc.; Aventis Behring L.L.C.; B.

      Braun Medical Inc.; Baxter International Inc.;

17   Baxter Healthcare Corporation; Bayer

18   Corporation; Bedford Laboratories; Ben Venue

      Laboratories, Inc.; Boehringer Ingelheim

19   Pharmaceuticals, Inc.; Biogen Idec U.S.; Bristol-

20   Myers Squibb Co.; Centocor, Inc.; Dey, Inc.;

      Fujisawa Healthcare, Inc.; Fujisawa USA, Inc.;

21   Gensia Inc.; Gensia Sicor Pharmaceuticals, Inc.;

22   Glaxosmithkline, P.L.C.; Glaxowellcome, Inc.;

      Hoechst Marion Roussel, Inc.; Immunex

23   Corporation; Janssen Pharmaceutica Products,

24   L.P.; Johnson & Johnson; McNeil-PPC, Inc.;

      Merck & Co., Inc.; Oncology Therapeutics

25   Network Corp.; Ortho Biotech; Pharmacia

      Corporation; Pharmacia & Upjohn, Inc.; Rhone-

26   Poulenc Rorer, S.A.; Roxanne Laboratories, Inc.;

27   Schering-Plough Corporation; Sicor, Inc.;

      Smithkline Beecham Corporation; TAP

28   Pharmaceutical Products, Inc.; Warrick

Case No.:
CV06-0045-PHX-ROS

**DEFENDANTS CENTOCOR, INC.; JANSSEN PHARMACEUTICA, INC.; JOHNSON & JOHNSON; MCNEIL-PPC, INC.; AND ORTHO BIOTECH PRODUCTS L.P.'S**

**NOTICE OF CONSENT TO & JOINDER IN DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL**

:1274871-1
CAVPHXDB:1274871.1

1  Pharmaceuticals Corporation; Watson
2  Pharmaceuticals, Inc.; Zeneca, Inc. and Does 1
   through 100; Does 101-125; Does 126-150 and
3  Does 151-200,
                   Defendants.
4

5          Notice is hereby given that Defendants Centocor, Inc.; Janssen

6  Pharmaceutica, Inc. (incorrectly named in the Complaint as Janssen Pharmaceutica

7  Products, L.P.); Johnson & Johnson; McNeil-PPC, Inc.; and Ortho Biotech Products L.P.,

8  hereby consent to and join in Defendant Dey, Inc.'s Supplemental Notice of Removal of
9

10 this action to the United States District Court for the District of Arizona.  This action was

11 transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in

12 the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

13         RESPECTFULLY SUBMITTED this 10th day of October, 2006.
14

15                      THE CAVANAGH LAW FIRM, P.A.

16

17         By
                   Mary G. Pryor, No. 016709
18                 THE CAVANAGH LAW FIRM, P.A.
                   1850 North Central Avenue, Suite 2400
19                 Phoenix, Arizona 85004-4527
                   Phone:  (602) 322-4035
20                 Fax:  (602) 322-4102
                   mpryor@cvanaghlaw.com
21

22                 Attorneys for Defendants Centocor, Inc.;
                   Janssen Pharmaceutica Products, L.P.; Johnson
23                 & Johnson; McNeil-PPC, Inc.; Ortho Biotech
                   Products LLP
24

25

26

27

28

:1274871-1                              2
CAVPHXDB:1274871.1

1

Of Counsel for These Defendants:

2

William F. Cavanaugh

3

Andrew D. Schau
PATTERSON, BELKNAP, WEBB & TYLER LLP

4

1133 Avenue of the Americas
New York, NY 10036-6710

5

Telephone:  (212) 336-2000

6

Facsimile:  (212) 336-2222
adschau@pbwt.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Mary G. Pryor, No. 016709
2   THE CAVANAGH LAW FIRM, P.A.
    1850 North Central Avenue, Suite 2400
3   Phoenix, Arizona 85004-4527
    (602) 322-4035
4   mpryor@cvanaghlaw.com
5   Official email for Minute Entries:  edocket@cavanaghlaw.com

6   Attorneys for Defendants Centocor, Inc.; Janssen
    Pharmaceutica, Inc.; Johnson & Johnson;
7   McNeil-PPC, Inc.; Ortho Biotech Products LP

8                    IN THE UNITED STATES DISTRICT COURT
9                       FOR THE DISTRICT OF ARIZONA

10  The State of Arizona *ex. rel.* Terry Goddard,        Case No.:
                                                    CV06-0045-PHX-ROS
11                  PLAINTIFF,

12
13  VS.                                           **DEFENDANTS CENTOCOR,
                                                  INC.; JANSSEN
14  Abbott Laboratories; Amgen Inc.; Apothecon,   PHARMACEUTICA, INC.;
    Inc.; AstraZeneca, PLC; AstraZeneca U.S.;     JOHNSON & JOHNSON;
15  AstraZeneca Pharmaceuticals L.P.; Aventis     MCNEIL-PPC, INC.; AND
16  Pharmaceuticals, Inc.; Aventis Behring L.L.C.; B.  ORTHO BIOTECH PRODUCTS
    Braun Medical Inc.; Baxter International Inc.;  L.P.'S**
17  Baxter Healthcare Corporation; Bayer
18  Corporation; Bedford Laboratories; Ben Venue  **NOTICE OF CONSENT TO &
    Laboratories, Inc.; Boehringer Ingelheim      JOINDER IN DEFENDANT
19  Pharmaceuticals, Inc.; Biogen Idec U.S.; Bristol-  DEY, INC.'S SUPPLEMENTAL
20  Myers Squibb Co.; Centocor, Inc.; Dey, Inc.;  NOTICE OF REMOVAL**
    Fujisawa Healthcare, Inc.; Fujisawa USA, Inc.;
21  Gensia Inc.; Gensia Sicor Pharmaceuticals, Inc.;
    Glaxosmithkline, P.L.C.; Glaxowellcome, Inc.;
22  Hoechst Marion Roussel, Inc.; Immunex
23  Corporation; Janssen Pharmaceutica Products,
    L.P.; Johnson & Johnson; McNeil-PPC, Inc.;
24  Merck & Co., Inc.; Oncology Therapeutics
25  Network Corp.; Ortho Biotech; Pharmacia
    Corporation; Pharmacia & Upjohn, Inc.; Rhone-
26  Poulenc Rorer, S.A.; Roxanne Laboratories, Inc.;
    Schering-Plough Corporation; Sicor, Inc.;
27  Smithkline Beecham Corporation; TAP
28  Pharmaceutical Products, Inc.; Warrick

:1274871-1
CAVPHXDB:1274871.1

1  Pharmaceuticals Corporation; Watson
2  Pharmaceuticals, Inc.; Zeneca, Inc. and Does 1
   through 100; Does 101-125; Does 126-150 and
3  Does 151-200,
                    Defendants.
4

5          Notice   is   hereby   given   that   Defendants   Centocor,   Inc.;   Janssen

6  Pharmaceutica, Inc. (incorrectly named in the Complaint as Janssen Pharmaceutica

7  Products, L.P.); Johnson & Johnson; McNeil-PPC, Inc.; and Ortho Biotech Products L.P.,

8  hereby consent to and join in Defendant Dey, Inc.'s Supplemental Notice of Removal of
9
   this action to the United States District Court for the District of Arizona.  This action was
10
   transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in
11
   the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.
12
13         RESPECTFULLY SUBMITTED this 10th day of October, 2006.

14                         THE CAVANAGH LAW FIRM, P.A.

15

16                         By_____
17                            Mary G. Pryor, No. 016709
                              THE CAVANAGH LAW FIRM, P.A.
18                            1850 North Central Avenue, Suite 2400
                              Phoenix, Arizona 85004-4527
19                            Phone:  (602) 322-4035
                              Fax:  (602) 322-4102
20                            mpryor@cvanaghlaw.com
21
22                            Attorneys for Defendants Centocor, Inc.;
                              Janssen Pharmaceutica Products, L.P.; Johnson
23                            & Johnson; McNeil-PPC, Inc.; Ortho Biotech
                              Products LLP
24

25

26

27

28

     :1274871-1                              2
     CAVPHXDB:1274871.1

Of Counsel for These Defendants:

William F. Cavanaugh
Andrew D. Schau
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone:  (212) 336-2000
Facsimile:  (212) 336-2222
adschau@pbwt.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | |

## DEFENDANT BAXTER HEALTHCARE CORPORATION AND BAXTER INTERNATIONAL INC.'S NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL

Defendant Baxter Healthcare Corporation and Baxter International, Inc. hereby serve notice that it consents to Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District Court for the District of Arizona. This action was transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Dated:  October 10, 2006

Respectfully submitted,

Peter E. Gelhaar (BBO# 188310)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar LLP
One Beacon Street
33rd Floor
Boston, MA  02108
Tel: (617) 720-2880

Of Counsel:
Merle M. DeLancey
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC  20008
Tel:  (202) 420-2200
Fax: (202) 420-2201

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | |

## DEFENDANT AVENTIS BEHRING LLC's (N/K/A ZLB BEHRING, LLC) NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL

Defendant Aventis Behring LLC, now known as ZLB Behring, LLC, hereby serves notice that it consents to Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District Court for the District of Arizona. This action was transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Respectfully submitted,

AVENTIS BEHRING LLC,
N/K/A ZLB BEHRING, LLC
By its Attorneys,

Michael DeMarco (BBO #119960)
mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
abierman@klng.com
KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

BOS-1015276 v1 5544510-0903

William D. Nussbaum
Jonathan T. Rees
HOGAN & HARTSON L.L.P.
555 13th Street, NW
Washington D.C. 20004
(202) 637-5600
FAX:  (202) 637-5910

Dated:  October 10, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | |

**DEFENDANT AVENTIS PHARMACEUTICALS INC.'S NOTICE OF**
**CONSENT TO DEFENDANT DEY, INC.'S**
**SUPPLEMENTAL NOTICE OF REMOVAL**

Defendant Aventis Pharmaceuticals Inc. ("Aventis") hereby serves notice that it consents to Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District Court for the District of Arizona.  This action was transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

The Complaint also names Rhone-Poulenc Rorer, S.A. and Hoechst Marion Roussel, Inc. as separate defendants and as corporations related to Aventis.  Rhone-Poulenc Rorer, S.A. and Hoechst Marion Roussel, Inc. no longer exist as separate entities and have not been served.  In any event, Aventis Pharmaceuticals Inc. and all related entities, whether or not properly named or served, consent to removal.

BOS-1015203 v1 5544510-0903

Respectfully submitted,

AVENTIS PHARMACEUTICALS INC.
By its Attorneys,

Michael DeMarco (BBO #119960)
  mdemarco@klng.com
Aimée E. Bierman (BBO #640385)
  abierman@klng.com
KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
(617) 261-3100

Michael L. Koon
James P. Muehlberger
SHOOK, HARDY & BACON L.L.P.
2255 Grand Boulevard
Kansas City, Missouri  64108-2613
(816) 474-6550

Dated:  October 10, 2006

- 2 -

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories, Inc.*, 06-CV-11069 (D. Ariz.) | |

## DEFENDANT BAYER CORPORATION'S NOTICE OF CONSENT TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL

Defendant Bayer Corporation hereby serves notice that it consents to Defendant Dey, Inc.'s Supplemental Notice of Removal of this action to the United States District Court for the District of Arizona. This action was transferred to this Court by the Judicial Panel on Multidistrict Litigation by Order filed in the Office of the Clerk of the Judicial Panel on Multidistrict Litigation on June 16, 2006.

Dated:    October 11, 2006

Respectfully submitted,

Richard D. Raskin
Michael Doss
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (313) 853-7036

Attorneys for Bayer Corporation

CH1 3632497v.1