UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CIVIL ACTION:  01-CV-12257-PBS<br>Judge Patti B. Saris |

**PLAINTIFFS' EMERGENCY MOTION TO COMPEL COMPLIANCE WITH THE COURT'S ORDER AND REQUEST THAT SCHERING BE <u>HELD IN CONTEMPT AND FOR FURTHER RELIEF</u>**

## I.   RELEVANT FACTS

Three weeks ago, the United States government and Schering publicly announced that they had reached a settlement in connection with the federal government's investigation of Schering's illegal conduct related to the sales of certain drugs.[1]  Two days ago, Schering pled guilty to a conspiracy to violate 18 U.S.C. § 1001 (making false statements) in connection with the same conduct.  The announcement of the Settlement Agreement ("Agreement" or "U.S. Agreement") and the subsequent guilty plea revealed new and explicit evidence of Schering's promotion of certain drugs through "illegal remuneration" that included direct payments of cash and other compensation to prescribers and encouragement of improper billing for the drugs by physicians.

The announcement, with its description of Schering's conduct and Schering's admission of guilt, surprised plaintiffs.  Nothing in Schering's productions in this case would have alerted

---

[1] The Department of Justice and the U.S. Attorney's office in Boston participated in the investigation.

- 1 -

plaintiffs to the facts now publicly available.  Yet, the same illegal conduct is partly at the core of both cases.  Plaintiffs immediately conducted another review of documents produced by Schering in this case, to the extent possible, and confirmed that evidence of the criminal conduct described had ***never been produced*** in this case despite its responsive nature and numerous discovery requests to Schering over years.  Plaintiffs approached Schering to produce the underlying information or to produce a witness to testify about the underlying conduct.  Schering rebuffed both requests.

Plaintiffs thereafter inquired of Schering where in its production in the MDL such documents were posted.  *See* Berman Declaration In Support of Emergency Motion at Exhibit D (Dkt. No. 3133).

Schering replied in writing and refused to do so.  As explained in the emergency motion, Schering dumped millions of documents in a massive data dump.  Plaintiffs asked for the bates number for documents related to these activities, Schering would not do so.

The Court then ***ordered*** Schering to produce relevant documents.

Schering has disobeyed the Court order.  It has stated in part that it has no clue what documents relate to the government's charges.  It strains credulity for this is a sophisticated company with an army of well-heeled lawyers to take such a position.  Schering would not have paid $235 million and pled guilty to a crime without an internal investigation and without collecting relevant evidence.  It knows where the evidence is.

Schering's second response is equally unreasonable.  Stating that it does not know of any documents other than a small collection the government identified, Schering nonetheless claims it produced responsive documents.  Schering Response at 4.  If Schering does not know what documents might be probative how can Schering then say they have been produced in the ocean

of documents provided to plaintiffs? This is nonsense. Where are the checks and where are the offers of renumeration? Where are the call notes from the sales people as to such renumeration?

Weeks before trial Schering continues to hide probative evidence of conduct that the OIG has ruled must be factioned into calculating AWP. And it plays these games in contempt of the Court's order.

## II.     CONCLUSION

Based on the unsworn statements of "good faith," the Court should be unconvinced. Plaintiffs request that Schering be held in contempt and that it be ordered to identify by bates number the relevant documents (if they have indeed been produced). Further, because Schering also asserts that it does not really know what documents relate to the government's charges, Schering should be required to produce witnesses most knowledgeable on the subject for immediate examination.

DATED: October 11, 2006.

By      /s/ Steve W. Berman
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

- 5 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 11, 2006, I caused copies of **PLAINTIFFS' EMERGENCY MOTION TO COMPEL SCHERING PLOUGH TO PRODUCE DOCUMENTS AND DATA UNDERLYING CRIMINAL PLEA AND SETTLEMENT AGREEMENT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                     **/s/ Steve W. Berman**
                                                     Steve W. Berman

001534-16 133477 V1