UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) ) ) |
| | Judge Patti B. Saris |
| STATE OF ARIZONA V. ABBOTT LABS INC., et al., 06-CV-11069-PBS | ) ) ) ) |

## DECLARATION OF NEIL MERKL

**NEIL MERKL**, declares, pursuant to 28 U.S.C. § 1746, that:

1. I am a member of the law firm of Kelley Drye & Warren LLP, national counsel for Defendant Dey, Inc. ("Dey"). I make this declaration in support of Dey's Motion For Leave to File a Supplemental Notice of Removal.

2. I make this declaration from my own personal knowledge of the facts and circumstances set forth herein. The source of my knowledge is my review of Kelley Drye & Warren LLP's file on this litigation, including my review of the documents annexed as exhibits hereto.

3. Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") commenced a federal *qui tam* action under seal against Dey (the "Federal *Qui Tam* Action").

4. Pursuant to an order dated September 9, 2006, the United States District Court for the District of Massachusetts granted a motion of the United States to lift the seal and serve the unsealed complaint in the Federal *Qui Tam* Action against Dey. Dey did not receive a copy of the September 9, 2006 Order until after September 11, 2006.

5.  Annexed hereto as Exhibit A is a true and correct copy of the September 9, 2006 order in the Federal *Qui Tam* Action.

6.  On September 11, 2006, the United States delivered to Dey's counsel the unsealed complaint in the Federal *Qui Tam* Action captioned *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc. et al.*, Civil Action No. 05-11084-MEL (D. Mass.).

7.  Annexed hereto as Exhibit B is a true and correct copy of the unsealed complaint in the Federal *Qui Tam* Action.

**WHEREFORE**, Dey respectfully requests that the motion be granted in its entirety for the reasons set forth in the Memorandum of Law in Support of its Motion For Leave to File a Supplemental Notice of Removal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 11th, 2006.

_____
**NEIL MERKL**