UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' ADDITIONAL MATERIAL REGARDING SUGGESTION
THAT SCHERING BE HELD IN CONTEMPT AND FOR FURTHER
<u>RELIEF RELATING TO THE TEMODAR AND INTRON INDUCEMENTS</u>**

Plaintiffs are now in receipt of the actual documents produced by Schering to comply with the Court's order to produce documents evidencing renumeration to doctors for the purpose of inducing use of Intron and Temodar in violation of federal law.

Schering faced criminal charges for these activities and pled guilty to a felony.

In response to the Court's order Schering produced roughly 115 pages, consisting of a few published articles, a slide show and other assorted documents. The entire production is attached as Exhibit A.

It defies common sense that upon this written record Schering agreed to pay $255 million and pled to a felony. Either Schering is blatantly defying the Court's order *or* if this truly is the only documentation, plaintiffs should be allowed to take testimony from knowledgeable witnesses. Further, this paltry production underscores the need for Schering to be ordered to identify by Bates number all documents bearing on these issues.

DATED:  October 12, 2006.  By       /s/ Steve W. Berman
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 3 -

        Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

     I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 12, 2006, I caused copies of **PLAINTIFFS' ADDITIONAL MATERIAL REGARDING SUGGESTION THAT SCHERING BE HELD IN CONTEMPT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                        **/s/ Steve W. Berman**
                                        Steve W. Berman

001534-16 133696 V1