## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | Chief Mag. Judge Marianne B. Bowler |

### THE TRACK 1 DEFENDANTS' EMERGENCY MOTION TO COMPEL PLAINTIFF BLUE CROSS BLUE SHIELD OF MASSACHUSETTS TO PRODUCE SUSAN PIERCE FOR DEPOSITION

The Track 1 Defendants to the Amended Master Consolidated Class Action Complaint respectfully move the Court though this emergency motion for an order compelling plaintiff Blue Cross Blue Shield of Massachusetts ("BCBSMA") to produce Susan Pierce for deposition within seven days, and for such other and further relief as the Court deems just and appropriate. The grounds for this motion are set forth in the accompanying memorandum of law and declaration of Adeel Mangi and exhibits thereto.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certify that counsel for defendants conferred with counsel for BCBSMA regarding the issues addressed in this motion, but were unable to resolve or further narrow the issues.

Dated:  October 16, 2006

Respectfully submitted,

/s/ Andrew D. Schau
Andrew D. Schau (admitted *pro hac vice*)
Erik Haas (admitted *pro hac vice*)
Adeel A. Mangi (admitted *pro hac vice*)
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

*Attorneys for Defendants Johnson & Johnson, Centocor Inc. and Ortho Biotech Products L.P., on behalf of all defendants to the Amended Master Consolidated Class Action Complaint*

## CERTIFICATE OF SERVICE

I certify that on October 16, 2006 a true and correct copy of the forgoing THE TRACK 1 DEFENDANTS' EMERGENCY MOTION TO COMPEL PLAINTIFF BLUE CROSS BLUE SHIELD OF MASSACHUSETTS TO PRODUCE SUSAN PIERCE FOR DEPOSITION was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Andrew D. Schau
Andrew D. Schau

1263512v1