UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**DECLARATION OF SEAN R. MATT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE BMS DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE RELATING TO APOTHECON, INC.**

I, Sean R. Matt, declare under penalty of perjury as follows:

1. I am one of the attorneys for Class Plaintiffs in MDL 1456 and have personal knowledge of the facts set forth herein.

2. Attached as Exhibit A is a true and correct copy of Plaintiffs' Trial Exhibit 185 – an internal Apothecon memorandum dated May 28, 1993 regarding *List Price Increase Oral Antibiotics*. (BMSAWP/0041865-69.)

3. Attached as Exhibit B is a true and correct copy of Plaintiffs' Trial Exhibit 188 – a document regarding approval of proposed prices and pricing procedures. (BMSAWP/00337637-41.)

4. Attached as Exhibit C is a true and correct copy of Plaintiffs' Trial Exhibit 209 – a composite of documents regarding packaging and pricing procedures of the generic drug Atenolol. (BMSAWP/0000597-617, 0000647-651.)

5. Attached as Exhibit D is a true and correct copy of Plaintiffs' Trial Exhibit 210 – a composite of documents regarding pricing procedures of Albuterol. (BMSAWP/0000574-87.)

- 1 -

- 2 -

6. Attached as Exhibit E is a true and correct copy of Plaintiffs' Trial Exhibit 211 – a composite of documents regarding pricing procedures of Trimox capsules. (BMSAWP/0000095-120.)

7. Attached as Exhibit F are true and correct copies of excerpted pages from the deposition of Denise Kaszuba dated August 18, 2005.

I certify that the foregoing to the best of my knowledge is true and correct. Executed this 16th day of October, 2006.

                                                      **/s/ Sean R. Matt**
                                                      SEAN R. MATT

- 3 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

     I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 16, 2006, I caused copies of the **DECLARATION OF SEAN R. MATT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE BMS DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE RELATING TO APOTHECON, INC**. to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                **/s/ Steve W. Berman**
                                                Steve W. Berman

- 3 -