**EXHIBIT A**

# Memorandum

## ☐APOTHECON

*Nicki, for your files*

To: List  
From: S. Tarriff  
Subject: **LIST PRICE INCREASE ORAL ANTIBIOTICS**

Date: May 28, 1993  
C.C.: N. DiMaio  
W. Roberts

Per the 1994-98 Strategic Plan, Apothecon is planning to delete Polymox, Betapen and Polycillin-O. These products will be consolidated into the Trimox, Veetids and Principen line. This action is primarily driven by the need to reduce the number of products, SKU's and inventory in accordance with Operation Kick Start. In total, Apothecon will be deleting over 125 SKU's.

The decision for a pharmacy to purchase oral antibiotics is often more determined by third party reimbursement than acquisition price. Historically, third party payor's reimbursement was based on average wholesale price (AWP) as reported by Red Book or 1st Data Bank. A pharmacy which purchased amoxicillin at $40, which carried an AWP of $100, would have been reimbursed $60 by many traditional plans offered by such carriers as Prudential or Aetna.

AWP management strategies have been key to successfully marketing the Apothecon line of antibiotics. Apothecon has kept two lines with two distinct AWPs:

1. Polymox, Betapen and Polycillin-O are considered branded products and maintain the highest AWP in the marketplace. The upside is the high AWP allows for maximum reimbursement. The downside is that many third party plans exclude the products because of high AWP. Fewer plans allow for dispensing of these brands each year.

2. Trimox, Veetids and Principen are considered generics and carry lower AWP's. The upside is all third party plans allow for the use of these products. The downside is that the pharmacy reimbursement levels are lower than Polymox, Betapen and Polycillin-O.

On-going healthcare reform has made the dual AWP strategy less appealing. Many plans now disallow Polymox, Betapen and Polycillin-O. In addition, many third party plans and state programs have created maximum allowable costs (MAC's) which reimburse based on a ceiling and disregards AWP altogether.

The reimbursement climate has shifted sufficiently for Apothecon to delete Polymox, Betapen and Polycillin-O. The value of reduced SKU's, inventory and dual manufacturing now out-weighs the benefit of the reimbursement logic.

Apothecon must now develop a one line (Trimox, Veetids and Principen) AWP strategy that maximizes its Marketing efforts. To do this, a new AWP for the remaining products must be set in the middle of the two lines (e.g. higher than Trimox but lower than Polymox).

Mechanically the way to accomplish this is to raise the list price (list price + 25% = AWP) of Trimox, Veetids and Betapen. This is a list price change only. The average selling price of the products will not change. However, the data services will report this as a Bristol-Myers Squibb list price increase.

BMY/PLB/012/092/0000423



A Bristol-Myers Squibb Company

X    Trade Secret / FOIA Confidential    BMS-0074025

BMSAWP/0041865

HIGHLY CONFIDENTIAL

Plaintiffs' Exhibit
**185**
01-12257-PBS

If the price increase does not occur, then Apothecon will not delete the Polymox line, but will delete Betapen and Polycillin-O which are much smaller parts of the line.

Your approval to increase the list price of Trimox, Veetids and Principen as outlined in the attached table is recommended.

APPROVED:

_____
S. Tarriff    7/6/93
Verbal Approval from SLB 6/28/93
_____
S. Barker

_____
L. Burg  6/18

ST/whs
Attachment

List:

S. Barker
L. Burg

BMY/PLB/012/092/0000424

Trade Secret / FOIA Confidential          BMS-0074026

BMSAWP/0041866
HIGHLY CONFIDENTIAL

| NDC | Description | | | | |
|---|---|---|---|---|---|
| Amoxicillin | | | | | |
| 0003-0101-50 | Trimox 250mg 100's caps | $18.96 | $19.91 | 5% | $24.89 |
| 0015-7278-60 | Polymox 250mg 100's caps | $27.70 | deleted | | |
| 0003-0101-51 | Trimox 250mg 100's caps UNI | $18.96 | $19.91 | 5% | $24.89 |
| 0015-7278-66 | Polymox 250mg 100's caps UNI | $29.75 | deleted | | |
| 0003-0101-60 | Trimox 250mg 500's caps | $90.30 | $94.82 | 5% | $118.52 |
| 0015-7278-60 | Polymox 250mg 500's caps | $133.73 | deleted | | |
| 0003-0109-45 | Trimox 500mg 50's caps | $17.72 | $18.61 | 5% | $23.26 |
| 0015-7279-50 | Polymox 500mg 50's caps | $26.64 | deleted | | |
| 0003-0109-55 | Trimox 500mg 100's caps | - | $34.73 | | $43.41 |
| 0015-7279-60 | Polymox 500mg 100's caps | $48.91 | deleted | | |
| 0003-0109-51 | Trimox 500mg 100's caps UNI | $35.45 | $37.22 | 5% | $46.53 |
| 0015-7279-66 | Polymox 500mg 100's caps UNI | $50.93 | deleted | | |
| 0003-0109-60 | Trimox 500mg 500's caps | $145.00 | $152.25 | 5% | $190.31 |
| 0015-7279-80 | Polymox 500mg 500's caps | $138.38 | deleted | | |
| 0003-1738-15 | Trimox Pediatric Drops | - | $2.99 | | $3.74 |
| 0015-7277-16 | Polymox Pediatric Drops | $3.11 | deleted | | |
| 0003-1737-30 | Trimox 125mg/5ml 80ml O/S | $2.36 | $2.48 | 5% | $3.10 |
| 0015-7276-35 | Polymox 125mg/5ml 80ml O/S | $4.81 | deleted | | |
| 0003-1737-40 | Trimox 125mg/5ml 100ml O/S | $2.71 | $2.85 | 5% | $3.56 |
| 0015-7276-41 | Polymox 125mg/5ml 100ml O/S | $5.88 | deleted | | |
| 0003-1737-45 | Trimox 125mg/5ml 150ml O/S | $3.13 | $3.29 | 5% | $4.11 |
| 0015-7276-50 | Polymox 125mg/5ml 150ml O/S | $6.62 | deleted | | |
| 0003-1738-30 | Trimox 250mg/5ml 80ml O/S | $4.05 | $4.25 | 5% | $5.32 |
| 0015-7277-35 | Polymox 250mg/5ml 80ml O/S | $7.04 | deleted | | |
| 0003-1738-40 | Trimox 250mg/5ml 100ml O/S | $4.64 | $4.87 | 5% | $6.09 |
| 0015-7277-41 | Polymox 250mg/5ml 100ml O/S | $7.78 | deleted | | |
| 0003-1738-25 | Trimox 250mg/5ml 150ml | $5.38 | $5.65 | 5% | $7.06 |
| 0015-7277-79 | Polymox 250mg/5ml 150ml | $8.68 | deleted | | |

Page 1

BMY/PLB/012/092/0000425

Trade Secret / FOIA Confidential      BMS-0074027

BMSAWP/0041867

HIGHLY CONFIDENTIAL

| NDC | Description | Current Wholesale List | New List | % Change | AWP |
|---|---|---|---|---|---|
| **Ampicillin** | | | | | |
| 0003-0122-50 | Principen 250mg 100's caps | $8.93 | $9.38 | 5% | $11.72 |
| 0015-7992-60 | Polycillin 250mg 100's caps | $15.47 | deleted | | |
| 0003-0122-51 | Principen 250mg 100's caps UNI | $8.93 | $9.38 | 5% | $11.72 |
| 0015-7892-66 | Polycillin 250mg 100's caps UNI | $17.48 | deleted | | |
| 0003-0122-60 | Principen 250mg 500's caps | $31.65 | $33.23 | 5% | $41.54 |
| 0015-7992-80 | Polycillin 250mg 500's caps | $74.57 | deleted | | |
| 0003-0134-50 | Principen 500mg 100's caps | $13.49 | $14.16 | 5% | $17.71 |
| 0015-7993-60 | Polycillin 500mg 100's caps | $27.60 | deleted | | |
| 0003-0134-51 | Principen 500mg 100's caps UNI | $13.49 | $14.16 | 5% | $17.71 |
| 0015-7993-66 | Polycillin 500mg 100's caps UNI | $29.62 | deleted | | |
| 0003-0134-60 | Principen 500mg 500's caps | $57.76 | $60.65 | 5% | $75.81 |
| 0015-7993-80 | Polycillin 500mg 500's caps | $133.17 | deleted | | |
| 0003-0969-09 | Principen 125mg/5ml 100ml O/S | $1.75 | $1.84 | 5% | $2.30 |
| 0015-7988-40 | Polycillin 125mg/5ml 100ml O/S | $2.98 | deleted | | |
| 0003-0969-52 | Principen 125mg/5ml 150ml O/S | $2.45 | $2.57 | 5% | $3.22 |
| 0015-7988-50 | Polycillin 125mg/5ml 150ml O/S | $3.83 | deleted | | |
| 0003-0969-61 | Principen 125mg/5ml 200ml O/S | $3.04 | $3.19 | 5% | $3.99 |
| 0015-7988-64 | Polycillin 125mg/5ml 200ml O/S | $4.81 | deleted | | |
| 0003-0972-52 | Principen 250mg/5ml 100ml O/S | $2.34 | $2.46 | 5% | $3.07 |
| 0015-7884-40 | Polycillin 250mg/5ml 100ml O/S | $4.04 | deleted | | |
| 0003-0972-47 | Principen 250mg/5ml 150ml O/S | $3.86 | $4.05 | 5% | $5.07 |
| 0015-7998-50 | Polycillin 250mg/5ml 150ml O/S | $5.88 | deleted | | |
| 0003-0972-61 | Principen 250mg/5ml 200ml O/S | $4.67 | $4.90 | 5% | $6.13 |
| 0015-7998-64 | Polycillin 250mg/5ml 150ml O/S | $6.94 | deleted | | |

BMY/PLB/012/092/0000426

Page 2

Trade Secret / FOIA Confidential        BMS-0074028

BMSAWP/0041868

HIGHLY CONFIDENTIAL

| Penicillin VK | | | | | |
|---|---|---|---|---|---|
| 0003-0681-44 | Veetids 125mg/5ml 100ml O/S | $1.32 | $1.39 | 5% | $1.73 |
| 0015-7506-40 | Betapen 125mg/5ml 100ml O/S | $1.98 | deleted | | |
| 0003-0681-54 | Veetids 125mg/5ml 200ml O/S | $2.28 | $2.39 | 5% | $2.99 |
| 0015-7506-64 | Betapen 125mg/5ml 200ml O/S | $2.89 | deleted | | |
| 0003-0682-44 | Veetids 250mg/5ml 100ml O/S | $1.71 | $1.80 | 5% | $2.24 |
| 0015-7507-40 | Betapen 250mg/5ml 100ml O/S | $2.70 | deleted | | |
| 0003-0682-54 | Veetids 250mg/5ml 200ml O/S | $2.89 | $3.03 | 5% | $3.79 |
| 0015-7507-64 | Betapen 250mg/5ml 200ml O/S | $4.42 | deleted | | |
| 0003-0115-50 | Veetids 250mg 100's tabs | $5.43 | $5.70 | 5% | $7.13 |
| 0015-7508-60 | Betapen 250mg 100's tabs | $6.76 | deleted | | |
| 0003-0115-75 | Veetids 250mg 1000's tabs | $45.59 | $47.87 | 5% | $59.84 |
| 0015-7508-90 | Betapen 250mg 1000's tabs | $49.55 | deleted | | |
| 0003-0116-50 | Veetids 500mg 100's tabs | $10.32 | $10.84 | 5% | $13.55 |
| 0015-7509-60 | Betapen 500mg 100's tabs | $12.42 | deleted | | |
| 0003-0116-75 | Veetids 500mg 1000's tabs | $73.77 | $77.46 | 5% | $96.82 |
| 0015-7509-80 | Betapen 500mg 1000's tabs | $61.80 | deleted | | |

BMY/PLB/012/092/0000427

Page 3

Trade Secret / FOIA Confidential

BMS-0074029

BMSAWP/0041869

HIGHLY CONFIDENTIAL