# EXHIBIT C

October 5, 1994

EXPRESS SCRIPTS
14000 Riverport Dr.
St. Louis, MO  63043

Dear Customer Service Department:

Apothecon, a Bristol-Myers Squibb Company introduced a new size for ATENOLOL
TABLETS 50 mg, bottle of 1000.  Listed below is the product information and
the wholesale/direct price required to update your National Drug Data File.

| Item Number | NDC Number (0003) | Product Description ATENOLOL | Whole-sale Price | Direct Price | Approx. Ship Date |
|---|---|---|---|---|---|
| 5040-75 | 5040-75 | 50 mg tablet bottle of 1000 | $500.00 | $526.32 | 10/7/94 |

If you require additional information, I may be reached at 609-897-4741.

Sincerely,

D. M. Kaszuba
Senior Pricing Analyst

DMK:td

**Trade Secret/
FOIA Confidential**

BMS – 0009167

BMY/PLB/007/075/0000197

HIGHLY CONFIDENTIAL

EXHIBIT 3
Kaszuba
08/18/05

BMSAWP/0000597

**Plaintiffs' Exhibit
209
01-12257-PBS**

October 5, 1994

FIRST DATA BANK
1111 Bayhill Dr.
Suite 350
San Bruno CA  94066

Dear Ms. Rader:

Apothecon, a Bristol-Myers Squibb Company introduced a new size for ATENOLOL TABLETS 50 mg, bottle of 1000.  Listed below is the product information and the wholesale/direct price required to update your National Drug Data File.

| Item Number | NDC Number (0003) | Product Description | Whole-sale Price | Direct Price | Approx. Ship Date |
|---|---|---|---|---|---|
| 5040-75 | 5040-75 | ATENOLOL 50 mg tablet bottle of 1000 | $500.00 | $526.32 | 10/7/94 |

If you require additional information, I may be reached at 609-897-4741.

Sincerely,


D. M. Kaszuba
Senior Pricing Analyst

DMK:td

Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000598

BMS – 0009168

BMSAWP/0000598

HIGHLY CONFIDENTIAL

October 5, 1994


FIRST DATA BANK
Manager, Database Operations
1111 Bayhill Drive
San Bruno, CA  94066

Dear Mr. Edelstein:


Apothecon, a Bristol-Myers Squibb Company introduced a new size for ATENOLOL
TABLETS 50 mg, bottle of 1000.  Listed below is the product information and
the wholesale/direct price required to update your National Drug Data File.


| Item Number | NDC Number (0003) | Product Description ATENOLOL | Whole-sale Price | Direct Price | Approx. Ship Date |
|---|---|---|---|---|---|
| 5040-75 | 5040-75 | 50 mg tablet bottle of 1000 | $500.00 | $526.32 | 10/7/94 |


If you require additional information, I may be reached at 609-897-4741.

Sincerely,



D. M. Kaszuba
Senior Pricing Analyst

DMK:td


Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000199

BMS — 0009169


BMSAWP/0000599

HIGHLY CONFIDENTIAL

October 5, 1994


MEDCO CONTAINMENT SVCS.
Mail Stop AM-2
100 Summit Ave.
Montvale, NJ 07645

Dear Ms. Morales:


Apothecon, a Bristol-Myers Squibb Company introduced a new size for ATENOLOL
TABLETS 50 mg, bottle of 1000. Listed below is the product information and
the wholesale/direct price required to update your National Drug Data File.

| Item Number | NDC Number (0003) | Product Description | Whole-sale Price | Direct Price | Approx. Ship Date |
|---|---|---|---|---|---|
| | | ATENOLOL | | | |
| 5040-75 | 5040-75 | 50 mg tablet bottle of 1000 | $500.00 | $526.32 | 10/7/94 |


If you require additional information, I may be reached at 609-897-4741.

Sincerely,


D. M. Kaszuba
Senior Pricing Analyst

DMK:td


BMY/PLB/007/075/0000200

Trade Secret/
FOIA Confidential


BMS - 0009170

HIGHLY CONFIDENTIAL

BMSAWP/0000600

October 5, 1994

MEDICAL ECONOMICS DATA
5 Paragon Dr.
Montvale, NJ  07645-1742

Dear Mrs. Flanagan:


Apothecon, a Bristol-Myers Squibb Company introduced a new size for ATENOLOL TABLETS 50 mg, bottle of 1000.  Listed below is the product information and the wholesale/direct price required to update your National Drug Data File.


| Item Number | NDC Number (0003) | Product Description ATENOLOL | Whole-sale Price | Direct Price | Approx. Ship Date |
|---|---|---|---|---|---|
| 5040-75 | 5040-75 | 50 mg tablet bottle of 1000 | $500.00 | $526.32 | 10/7/94 |


If you require additional information, I may be reached at 609-897-4741.

Sincerely,



D. M. Kaszuba
Senior Pricing Analyst

DMK:td


**Trade Secret/
FOIA Confidential**

BMY/PLB/007/075/0000201

**BMS – 0009171**


BMSAWP/0000601

HIGHLY CONFIDENTIAL

October 5, 1994

MEDISPAN
425 Woodfield Crossing Blvd
Indianapolis IN  46240-0930

Dear Ms. Jones:

Apothecon, a Bristol-Myers Squibb Company introduced a new size for ATENOLOL TABLETS 50 mg, bottle of 1000.  Listed below is the product information and the wholesale/direct price required to update your National Drug Data File.

| Item Number | NDC Number (0003) | Product Description | Whole-sale Price | Direct Price | Approx. Ship Date |
|---|---|---|---|---|---|
| 5040-75 | 5040-75 | ATENOLOL 50 mg tablet bottle of 1000 | $500.00 | $526.32 | 10/7/94 |

If you require additional information, I may be reached at 609-897-4741.

Sincerely,

D. M. Kaszuba
Senior Pricing Analyst

DMK:td

Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000202

BMS – 0009172

BMSAWP/0000602

HIGHLY CONFIDENTIAL

October 5, 1994


PCS, INC
9501 East Shea Blvd.
Scottsdale AZ  85260

Dear Ms. Brown:


Apothecon, a Bristol-Myers Squibb Company introduced a new size for ATENOLOL
TABLETS 50 mg, bottle of 1000.  Listed below is the product information and
the wholesale/direct price required to update your National Drug Data File.

| Item Number | NDC Number (0003) | Product Description | Whole-sale Price | Direct Price | Approx. Ship Date |
|-------------|-------------------|---------------------|------------------|--------------|-------------------|
| | | ATENOLOL | | | |
| 5040-75 | 5040-75 | 50 mg tablet bottle of 1000 | $500.00 | $526.32 | 10/7/94 |


If you require additional information, I may be reached at 609-897-4741.

Sincerely,


D. M. Kaszuba
Senior Pricing Analyst

DMK:td


**Trade Secret/
FOIA Confidential**

BMY/PLB/007/075/0000203

BMS — 0009173


BMSAWP/0000603

HIGHLY CONFIDENTIAL

October 5, 1994


PHARMA LINK, INC.
6717 Shawnee Mission Parkway
Overland Park KS   66202


Dear Customer Service Department:


Apothecon, a Bristol-Myers Squibb Company introduced a new size for ATENOLOL
TABLETS 50 mg, bottle of 1000.  Listed below is the product information and
the wholesale/direct price required to update your National Drug Data File.


| Item Number | NDC Number (0003) | Product Description | Whole-sale Price | Direct Price | Approx. Ship Date |
|---|---|---|---|---|---|
| | | ATENOLOL | | | |
| 5040-75 | 5040-75 | 50 mg tablet bottle of 1000 | $500.00 | $526.32 | 10/7/94 |


If you require additional information, I may be reached at 609-897-4741.

Sincerely,


D. M. Kaszuba
Senior Pricing Analyst

DMK:td


Trade Secret/
FOIA Confidential


BMY/PLB/007/075/0000204


BMS – 0009174


BMSAWP/0000604

HIGHLY CONFIDENTIAL

October 5, 1994

PROFESSIONAL DRUG SYSTEMS
Suite 250
530 Maryville Drive
St. Louis, MO  63141

Dear Ms. Green:

Apothecon, a Bristol-Myers Squibb Company introduced a new size for ATENOLOL
TABLETS 50 mg, bottle of 1000.  Listed below is the product information and
the wholesale/direct price required to update your National Drug Data File.

| Item Number | NDC Number (0003) | Product Description | Whole-sale Price | Direct Price | Approx. Ship Date |
|---|---|---|---|---|---|
| | | ATENOLOL | | | |
| 5040-75 | 5040-75 | 50 mg tablet bottle of 1000 | $500.00 | $526.32 | 10/7/94 |

If you require additional information, I may be reached at 609-897-4741.

Sincerely,


D. M. Kaszuba
Senior Pricing Analyst

DMK:td

Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000205

BMS — 0009175

BMSAWP/0000605

HIGHLY CONFIDENTIAL

October 5, 1994

PROFESSIONAL DRUG SYSTEMS
Suite 250
530 Maryville Drive
St. Louis, MO  63141

Dear Ms. Melton:

Apothecon, a Bristol-Myers Squibb Company introduced a new size for ATENOLOL
TABLETS 50 mg, bottle of 1000.  Listed below is the product information and
the wholesale/direct price required to update your National Drug Data File.

| Item Number | NDC Number (0003) | Product Description | Whole-sale Price | Direct Price | Approx. Ship Date |
|---|---|---|---|---|---|
| | | ATENOLOL | | | |
| 5040-75 | 5040-75 | 50 mg tablet bottle of 1000 | $500.00 | $526.32 | 10/7/94 |

If you require additional information, I may be reached at 609-897-4741.

Sincerely,


D. M. Kaszuba
Senior Pricing Analyst

DMK:td


Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000206

BMS – 0009176


BMSAWP/0000606

HIGHLY CONFIDENTIAL

THIS PAGE MISSING

FROM

BATES LABEL RANGE

BMS – 0009177

BMSAWP/0000607

THIS PAGE MISSING

FROM

BATES LABEL RANGE

BMS – 0009178

BMSAWP/0000608

# ☐APOTHECON

P.O. Box 4500  Pars..zon, NJ 08543-4500  609 897 2000

May 14, 1993

Alco Health Services Corp.
  – Chattanooga
Purchasing Department
200 North Holly Street
Chattanooga, TN 37404

Purchasing Department:

It has come to my attention through your corporate office, that
there is some confusion regarding Apothecon's recent price
change on oral antibiotics. You were instructed by Dan Dorsey in
late March to revise your acquisition cost, effective 4/1, as per
the attached schedule. These prices are correct. This
attachment was provided by Steve Snyder of the AHSC corporate
office and shows your current cost and net sell. Please confirm
that your system shows this pricing. Subsequently, you received
a letter from Denise Kaszuda of the Bristol-Myers Squibb
contracts department dated April 23rd. Please disregard this
letter as it was issued in error. The error was a result of a
decision to temporarily extend 1992's price through 6/30/93 in
order to accommodate AHSC's printing and production deadlines
for the Premier Rx program. As it turned out, there was time to
adjust the prices in your Premier Rx catalog. Denise was
unaware that your organization was able to accommodate our
timeframe and issued her letter.

Again, the correct prices are attached and were effective on
5/12/93. These prices remain among the most competitive in
the trade.

Finally, I am pleased to inform you of the following revision to
our contract with Family Pharmacy (Bid #174513):

| NDC# | Description | Original Price | New Price |
|------|-------------|----------------|-----------|
| 0003-5040-50 | Atenolol/50 mg, 100's | $ 8.50 | $ 7.50 |
| 0003-5240-50 | Atenolol/100 mg, 100's | $15.00 | $12.00 |

These new prices were effective on 5/12/93 and will expire on
12/31/93. Please adjust the pricing in your system accordingly.

BMY/PLB/007/075/0000217           A Bristol-Myers Squibb Company          Trade Secret/
FOIA Confidential     BMS – 0009179

BMSAWP/0000609

HIGHLY CONFIDENTIAL

- 2 -

I apologize for any confusion or inconvenience that this situation may have created. Bristol-Myers Squibb and Apothecon appreciate your continued support. Please contact me at (609) 897-2428 in the event that you have questions or need additional information.

Sincerely,

*Michael J. Guidotti*

Michael J. Guidotti
Wholesale National Accounts

MJG:br

Attachment

cc:  U. Bilinsky
     D. Dorsey
     D. Kaszuba
     B. Jenkins
     L. Latney
     S. Snyder

Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000218

BMS — 0009180

BMSAWP/0000610

HIGHLY CONFIDENTIAL

## Alco Health Services Corporation



· AHSC Premier costs and net sell prices (Apothecon)

| GENERIC NAME | SIZE | NDC # | CUR COST | $ NET SELL |
|---|---|---|---|---|
| Amoxicillin 125mg O/S | 100ml | 0003-1737-40 | $ 1.09 | $ 1.25 |
| Amoxicillin 125mg O/S | 150ml | 0003-1737-45 | $ 1.27 | $ 1.45 |
| Amoxicillin 125mg O/S | 80ml | 0003-1737-30 | $ 1.05 | $ 1.15 |
| Amoxicillin 250mg Cap | 100 | 0003-0101-50 | $ 6.43 | $ 6.95 |
| Amoxicillin 250mg Cap | 500 | 0003-0101-60 | $ 26.31 | $ 27.95 |
| Amoxicillin 250mg O/S | 100ml | 0003-1738-40 | $ 1.62 | $ 1.80 |
| Amoxicillin 250mg O/S | 150ml | 0003-1738-45 | $ 1.86 | $ 2.10 |
| Amoxicillin 250mg O/S | 80ml | 0003-1738-30 | $ 1.53 | $ 1.70 |
| Amoxicillin 500mg Cap | 50 | 0003-0109-45 | $ 6.04 | $ 6.60 |
| Amoxicillin 500mg Cap | 500 | 0003-0109-60 | $ 50.95 | $ 53.65 |
| Ampicillin 125mg O/S | 100ml | 0003-0969-09 | $ 1.02 | $ 1.15 |
| Ampicillin 125mg O/S | 150ml | 0003-0969-52 | $ 1.45 | $ 1.60 |
| Ampicillin 125mg O/S | 200ml | 0003-0969-61 | $ 1.52 | $ 1.70 |
| Ampicillin 250mg Cap | 100 | 0003-0122-50 | $ 4.43 | $ 4.85 |
| Ampicillin 250mg Cap | 500 | 0003-0122-60 | $ 17.75 | $ 19.10 |
| Ampicillin 250mg O/S | 100ml | 0003-0972-52 | $ 1.34 | $ 1.45 |
| Ampicillin 250mg O/S | 150ml | 0003-0972-47 | $ 1.89 | $ 2.10 |
| Ampicillin 250mg O/S | 200ml | 0003-0972-61 | $ 2.26 | $ 2.45 |
| Ampicillin 500mg Cap | 100 | 0003-0134-50 | $ 8.11 | $ 8.85 |
| Ampicillin 500mg Cap | 500 | 0003-0134-60 | $ 32.83 | $ 35.70 |
| Cephalexin 125mg O/S | 100ml | 0003-2201-30 | $ 2.67 | $ 2.90 |
| Cephalexin 125mg O/S | 200ml | 0003-2201-40 | $ 5.03 | $ 5.50 |
| Cephalexin 250mg Cap | 100 | 0003-0749-50 | $ 8.79 | $ 9.45 |
| Cephalexin 250mg Cap | 500 | 0003-0749-60 | $ 36.25 | $ 39.40 |
| Cephalexin 250mg O/S | 100ml | 0003-2202-30 | $ 4.93 | $ 5.35 |
| Cephalexin 250mg O/S | 200ml | 0003-2202-40 | $ 7.94 | $ 8.60 |
| Cephalexin 500mg Cap | 100 | 0003-0874-50 | $ 16.17 | $ 17.40 |
| Cephalexin 500mg Cap | 500 | 0003-0874-60 | $ 71.43 | $ 76.80 |
| Cephradine 125mg O/S | 100ml | 0003-1193-50 | $ 6.10 | $ 6.65 |
| Cephradine 125mg O/S | 200ml | 0003-1193-80 | $ 12.06 | $ 13.10 |
| Cephradine 250mg Cap | 100 | 0003-0113-50 | $ 55.63 | $ 59.85 |
| Cephradine 250mg Cap | 24 | 0003-0113-24 | $ 13.98 | $ 15.20 |
| Cephradine 250mg O/S | 100ml | 0003-1194-50 | $ 11.45 | $ 12.45 |
| Cephradine 250mg O/S | 200ml | 0003-1194-80 | $ 22.65 | $ 24.35 |
| Cephradine 500mg Cap | 100 | 0003-0114-50 | $109.26 | $117.50 |
| Cephradine 500mg Cap | 24 | 0003-0114-26 | $ 27.51 | $ 29.60 |
| Cloxacillin 250mg Cap | 100 | 5778-3602-81 | $ 12.68 | $ 13.80 |
| Cloxacillin 500mg Cap | 100 | 5778-1603-81 | $ 25.34 | $ 27.55 |
| Dicloxacillin 250mg | 100 | 57783-6048-1 | $ 15.75 | $ 17.15 |
| Dicloxacillin 500mg | 100 | 57783-6058-1 | $ 30.28 | $ 32.55 |
| Pen VK 125mg O/S | 100ml | 0003-0681-45 | $ 1.01 | $ 1.15 |
| Pen VK 125mg O/S | 200ml | 0003-0681-54 | $ 1.57 | $ 1.70 |
| Pen VK 250mg O/S | 100ml | 0003-0682-44 | $ 1.19 | $ 1.35 |
| Pen VK 250mg O/S | 200ml | 0003-0682-54 | $ 1.75 | $ 1.95 |
| Pen VK 250mg Round | 100 | 0003-0115-50 | $ 2.45 | $ 2.65 |
| Pen VK 250mg Round | 1000 | 0003-0115-75 | $ 18.11 | $ 19.65 |
| Pen VK 500mg Round | 100 | 0003-0116-50 | $ 3.90 | $ 4.25 |
| Pen VK 500mg Round | 1000 | 0003-0116-75 | $ 34.02 | $ 36.60 |
| Tetracycline 250mg | 100 | 0003-0655-40 | $ 2.18 | $ 2.35 |
| Tetracycline 250mg | 1000 | 0003-0655-60 | $ 16.46 | $ 17.90 |
| Tetracycline 500mg | 100 | 0003-0763-40 | $ 3.09 | $ 3.35 |
| Tetracycline 500mg | 500 | 0003-0763-50 | $ 15.61 | $ 16.95 |

Trade Secret/
FOIA Confidential

BMS - 0009181

BMY/PLB/007/075/0000219

BMSAWP/0000611

HIGHLY CONFIDENTIAL



Memorandum

# ☐APOTHECON

RECEIVED
OCT 7 1994
PRICING DEPARTMENT

To: D. Kaszuba

From: T. Crew

Subject: *ATENOLOL 50MG 1000'S WHOLESALE PRICE*

Date: September 9, 1994

C.C.: N. DiMaio        B. Jenkins
F. Hamer        S. Tarriff

**RECOMMENDATION:**   It is recommended that the attached wholesale list price for Apothecon's new atenolol 50mg 1000's code be established.

**BACKGROUND:**  In order to accomplish a speedy market introduction of atenolol 50mg 1000's, a wholesale list price needs to be created.  The price is set to establish an AWP that is competitive with other generic offerings.  Please note that this wholesale price will not reflect actual selling price, since Apothecon sells atenolol primarily at contract or special offer pricing.

**ACTION:**  Please approve the attached wholesale list price for Apothecon's atenolol 50mg 1000's.

APPROVED: _____  9/7/94        APPROVED: _____  9/13
          Nick DiMaio          Date                  Scott Tarriff        Date

APPROVED: _____  9/22        APPROVED: _____  9/25
          Ron Ryder            Date                  Lee Burg             Date

APPROVED: _____  9/25        APPROVED: _____  9/30
          Joy Squicciarini     Date                  Sam Barker           Date

TC/lg

**Trade Secret/
FOIA Confidential**

BMY/PLB/007/075/0000220        ⊕ A Bristol-Myers Squibb Company        BMS – 0009182

BMSAWP/0000612

HIGHLY CONFIDENTIAL

ATENOLOL 50MG 1000'S WHOLESALE PRICE

| NDC # | DESCRIPTION | APOTHECON WHOLESALE LIST PRICE | APOTHECON ANTICIPATED AWP |
|-------|-------------|-------------------------------|---------------------------|
| 0003-5040-75 | 50MG TABLETS BOTTLE OF 1000 | $500.00  - | $625.00 |

Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000221

BMS — 0009183

BMSAWP/0000613

HIGHLY CONFIDENTIAL

All:
J. Bliss

Trade Secret/
FOIA Confidential

BMS – 0009184

BMY/PLB/007/075/0000222

BMSAWP/0000614

HIGHLY CONFIDENTIAL

Should    10-31-84

Battle of 1080 will be reported
in the next annual report. It
does not require prior approval.

(as per John Heidzman - Reg. Affer.)
24 72

BMY/PLB/007/075/0000223

Trade Secret/
FOIA Confidential

BMS – 0009185

BMSAWP/0000615

HIGHLY CONFIDENTIAL

$$50 \text{ mg}.$$

$$100 \text{ mg}.$$

1st Shipped Date

4 — 92

"        "

BMY/PLB/007/075/0000224

T. Crew 2468   (Stacy)

**Trade Secret /**
**FOIA Confidential**

BMS-0009186

BMSAWP/0000616

HIGHLY CONFIDENTIAL

# Memorandum

## ☐APOTHECON



To: D. Kaszuba

From: T. Crew *TC.*

Subject: *ATENOLOL  50MG  1000'S*

Date: September 16, 1994

C.C.: V. Bilinsky
N. DiMaio
K. Cokus
F. Hamer
B. Jenkins
F. Stiefel
S. Tarriff

Denise,

Effective immediately, please add atenolol 50mg 1000's at the indicated price to all Wholesaler Pricing Levels.

| NDC # | DESCRIPTION | WHOLESALE LEVEL PRICE |
|---|---|---|
| 59772-5040-75 | 50MG TABLETS BOTTLE OF 1000 | $47.47 |

Thank you for your assistance in this matter.

APPROVED: _____
SCOTT TARRIFF               DATE



TC/lg

Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000225

🔷 A Bristol-Myers Squibb Company

BMS – 0009187

BMSAWP/0000617

HIGHLY CONFIDENTIAL

# Memorandum

## ☐APOTHECON

| | | | | |
|---|---|---|---|---|
| To: | Denise Kaszuba | Date: | July 17, 1998 | |
| From: | George Stevenson | C.C.: | | |
| Subject: | _ATENOLOL WITH CHLORTHALIDONE PRICING_ | | M.E. Campion | |

M.E. Campion
T. Crew
L. Croucher
F. Hamer
M. Iafolla
R. Lane
B. Marth

**RECOMMENDATION:** It is recommended that the attached wholesale list prices be established for Apothecon's atenolol with chlorthalidone tablets scheduled to launch August 19, 1998.

**BACKGROUND:** To accomplish a rapid market introduction of atenolol with chlorthalidone, wholesale list prices must be established. These wholesale prices do not reflect actual selling prices, as atenolol with chlorthalidone tablets will be sold primarily at contract or special offer pricing.

**ACTION:** Please approve the attached wholesale list prices for Apothecon's atenolol with chlorthalidone tablets.

APPROVED: _____  Fran Hamer   Date      APPROVED: _____  Lynn Croucher   8/4/98   Date

APPROVED: _____  Bill Marth   Date      APPROVED: _____  Mike Iafolla   7-27-98   Date

APPROVED: _____  Mary Ellen Campion   7/27/98   Date      APPROVED: _____  Rick Lane   8/5/98   Date (for Rick Lane)

APPROVED: _____  Tim Crew   7/21/98   Date

BMY/PLB/D07/075/0000266

**Trade Secret/
FOIA Confidential**

☐ A Bristol-Myers Squibb Company

BMS — D009217

HIGHLY CONFIDENTIAL

EXHIBIT 4
Kaszuba
08/15/05

BMSAWP/0000647

## ATENOLOL W/CHLORTHALIDONE
## AWP COMPETITOR ANALYSIS

50/25MG – Apothecon suggested AWP:   $92.58

**COMPETITOR**                          AWP

| | |
|---|---|
| Tenoretic (Brand) | $115.84 |
| Geneva | $92.58 |
| Zenith/Goldline | $92.60 |
| IPR Pharma | $80.12 |
| Mylan | $92.40 |
| Schein | $92.50 |

100/25mg – Apothecon suggested AWP:   $129.94

**COMPETITOR**                          AWP

| | |
|---|---|
| Tenoretic | $162.59 |
| Geneva | $129.94 |
| Zenith/Goldline | $130.05 |
| IPR Pharma | $112.45 |
| Mylan | $130.05 |
| Schein | $129.95 |

BMY/PLB/007/075/D000267

Trade Secret/
FOIA Confidential

BMS – 0009218

HIGHLY CONFIDENTIAL

BMSAWP/0000648

# ATENOLOL W/ CHLORTHALIDONE PRICING

| DESCRIPTION | NDC # | LIST # | DIRECT LIST PRICE | WHOLESALE LIST PRICE | ANTICIPATED AWP* |
|---|---|---|---|---|---|
| ATENOLOL W/ CHLORTHALIDONE 50MG/25MG | 59772-2692- | 259210 | $77.96 | $74.06 | $92.58 |
| ATENOLOL W/ CHLORTHALIDONE 100MG/25MG | 59772-2693- | 259310 | $109.42 | $103.95 | $129.94 |

* Anticipated AWP-Actual AWP's are set independently by pricing publishers such as First Data Bank and Redbook.

BMYPLB/0070750000288

AWPrice

Trade Secret/
FOIA Confidential

BMS — 0000219

GRS:7/16/98

| 1997 | 50/25 mg | | 100/25 mg | |
|---|---|---|---|---|
| | TRx (000) | % SHARE | TRx (000) | % SHARE |
| TENORETIC | 304 | 21% | 49 | 19% |
| Schein | 436 | 30% | 87 | 34% |
| Mylan | 433 | 30% | 66 | 26% |
| IPR Pharm. | 172 | 12% | 31 | 12% |
| Mutual Pharm | 109 | 7% | 20 | 8% |
| Total | 1454 | 100% | 253 | 100% |

| 1997 | 50/25 mg | | 100/25 mg | |
|---|---|---|---|---|
| | NRx (000) | % SHARE | NRx (000) | % SHARE |
| TENORETIC | 86 | 20% | 15 | 19% |
| Schein | 134 | 31% | 28 | 35% |
| Mylan | 130 | 30% | 20 | 25% |
| IPR Pharm. | 49 | 11% | 10 | 13% |
| Mutual Pharm | 39 | 9% | 7 | 8% |
| Total | 438 | 100% | 80 | 100% |

| 1997 | 50/25 mg | | 100/25 mg | |
|---|---|---|---|---|
| | $(000) | % SHARE | $(000) | % SHARE |
| TENORETIC | 11236 | 53.7% | 2789 | 50.0% |
| Schein | 3427 | 16.4% | 1249 | 22.4% |
| Mylan | 2446 | 11.7% | 805 | 14.4% |
| IPR Pharm. | 1081 | 5.2% | 466 | 8.4% |
| Mutual Pharm | 974 | 4.7% | 244 | 4.4% |
| Other | 1762 | 8.4% | 27 | 0.5% |
| Total | 20826 | 100% | 5580 | 100% |

| 1998 YTD (Feb) | 50/25 mg | | 100/25 mg | |
|---|---|---|---|---|
| | TRx (000) | % SHARE | TRx (000) | % SHARE |
| TENORETIC | 42 | 17.6% | 7 | 15.9% |
| Schein | 90 | 38.1% | 18 | 40.9% |
| Mylan | 59 | 25.0% | 10 | 22.7% |
| IPR Pharm. | 22 | 9.3% | 4 | 9.1% |
| Mutual Pharm | 23 | 9.7% | 5 | 11.4% |
| Total | 236 | 100.0% | 44 | 100.0% |

| YTD 1998 (Feb) | 50/25 mg | | 100/25 mg | |
|---|---|---|---|---|
| | NRx (000) | % SHARE | NRx (000) | % SHARE |
| TENORETIC | 12 | 16.4% | 2 | 14.3% |
| Schein | 28 | 38.4% | 6 | 42.9% |
| Mylan | 18 | 24.7% | 3 | 21.4% |
| IPR Pharm. | 7 | 9.6% | 1 | 7.1% |
| Mutual Pharm | 8 | 11.0% | 2 | 14.3% |
| Total | 73 | 100.0% | 14 | 100.0% |

| YTD 1998 (Feb) | 50/25 mg | | 100/25 mg | |
|---|---|---|---|---|
| | $(000) | % SHARE | $(000) | % SHARE |
| TENORETIC | 1611 | 57.2% | 411 | 50.7% |
| Schein | 484 | 17.2% | 213 | 26.3% |
| Mylan | 309 | 11.0% | 147 | 18.1% |
| IPR Pharm. | 0 | 0.0% | 0 | 0.0% |
| Mutual Pharm | 103 | 0.0% | 33 | 0.0% |
| Mfr. (Not Stated) | 0 | 0.0% | 6 | 0.0% |
| Total | 2815 | 10.9% | 810 | 0.7% |

Source: IMS Data

Trade Secret/
FOIA Confidential

BMS — 0009220

SHARE.XLS

BMY/PLB/007/075/0000269

HIGHLY CONFIDENTIAL

BMSAWP/0000650





Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000270

BMS — 0009221