**EXHIBIT D**



HIGHLY CONFIDENTIAL



BMSAWP/0000574

Plaintiffs' Exhibit
**210**
01-12257-PBS



BMY/PLB/D07/D75/D000173

BMSAWP/0000575

HIGHLY CONFIDENTIAL

_____ Reply Separator _____
Subject: Re: Albuterol
Author:  Jonathan A Zalk at -PGRSM13P
Date:    8/22/96 11:27 AM

Awilda:

Due to competitive pressure, we have had to reduce our pricing since the beginning of August.

The cc Mail prices of $10.00 and 9.20 for the kit and refill respectively are correct.

Please let me know if you have any additional questions.

Thanks,

Jon

_____ Reply Separator _____
Subject: Albuterol
Author:  Awilda M Serrano at -PGRSM36P
Date:    8/22/96 9:38 AM

Jon,

There is a discrepancy between the Special Offer prices on the August 1, 1996 signed-off memo (where Sam Barker and Mark Durand appear to have signed off 8-15-96) and the Special Offer prices in the cc:mail Denise received.

i.e.:

|  |  |  | Wholesale Special Offer |
|---|---|---|---|
| Memo: | Albuterol | 6175-10 | $12.25 |
|  |  | 6175-20 | $10.05 |

vs.

| cc:mail: | Albuterol | 6175-10 | $10.00 |
|---|---|---|---|
|  |  | 6175-20 | $ 9.20 |

A Special Offer is being created to reflect the prices on the "Memo", if they are incorrect please let me know so we can make the adjustments necessary.

Thank you,

Awilda

Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000174

BMS – 0009146

BMSAWP/0000576

HIGHLY CONFIDENTIAL

THIS PAGE

NUMBERED IN ERROR

BMS-0009147

BMSAWP/0000577

THIS PAGE

NUMBERED IN ERROR

BMS-0009148

BMSAWP/0000578

NO.775   P.3

## *ALBUTEROL INHALENT

| DESCRIPTION | NDC # | LIST # | DIRECT LAST PRICE | WHOLESALE LAST PRICE | ANTICIPATED AWP* | WHOLESALE S.O. |
|---|---|---|---|---|---|---|
| ALBUTEROL INHALENT KIT 17G | 59772-6175-X | 617518-720 | $18.04 | $17.14 | $21.42 | $12.25 |
| ALBUTEROL INHALENT REF 17G REF | 59772-6175-Z | 617520-10 | $16.63 | $15.80 | $19.75 | $10.05 |

* Anticipated AWP-Actual AWP's are set independently by pricing publishers such as First Data Bank and Redbook.

Trade Secret / FOIA Confidential

BMS — D009149

BMY/PLB/007/075/0000175

BMSAWP/0000579

HIGHLY CONFIDENTIAL

# Memorandum

## ☐APOTHECON

To: D. Kaszuba

From: J. Zalk

Subject: Albuterol Pricing

Date: August 1, 1996

CC: M. Campion
N. DiMaio
F. Hamer
S. Tarriff

Denise,

Attached please find all necessary pricing information for Apothecon's albuterol. Effective immediately, please add albuterol to all wholesale pricing levels at the special offer prices shown.

Thank you for your assistance in this matter.

Approved: _____
Nick DiMaio                                Date

Approved: _____
Scott Tarriff                              Date

JZ

Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000176                 A Bristol-Myers Squibb Company                BMS - 0009150

BMSAWP/0000580

HIGHLY CONFIDENTIAL

# FACSIMILE

TO: Avilda —
Thanks!

/s/

FROM: Jonathan Zalk
Apothecon, Bristol-Myers Squibb Co.
(609) 897-2444

FAX: (609) 897-6349

No. of Pages (incl. coversheet): 3

Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000177

BMS – 0009151

HIGHLY CONFIDENTIAL

BMSAWP/0000581

```
Author:   Awilda M Serrano at -PGRSM36P
Date:     8/16/96  10:31 AM
Priority: Normal
Receipt Requested
TO: Janet M Griffith at -PGRCB01P
CC: Denise M Kaszuba at -PGRSM34P
Subject: Special Offers
------------------------------- Message Contents -------------------------------
```

Janet,

Denise has asked that in her absence I communicate the following to you:

Please add the following List Nos to Special Offer 300:

Item No.

617510
617520

Also add the following list nos. and list prices to Special Offer 299:

| Item no. | Price |
|---|---|
| 617510 | $18.94 |
| 617520 | $17.46 |

This should be effective immediately.

Thank you

Awilda

BMY/PLB/007/075/0000178

Trade Secret/
FOIA Confidential

BMS – 0009152

HIGHLY CONFIDENTIAL

BMSAWP/0000582

# Memorandum

## APOTHECON

| | | | |
|---|---|---|---|
| To: | S. Barker | Date: | August 1, 1996 |
| From: | J. Zalk | C.C.: | L. Burg |
| Subject: | Albuterol Wholesale Pricing | | M. Campion |
| | | | N. DiMaio |
| | | | M. Durand |
| | | | F. Hamer |
| | | | S. Tarriff |

**RECOMMENDATION:** It is recommended that the attached wholesale list prices be established for Apothecon's albuterol.

**BACKGROUND:** To accomplish a rapid market introduction of albuterol, wholesale list prices must be established. These wholesale prices do not reflect actual selling prices, as albuterol will be sold primarily at contract or special offer pricing. Apothecon's wholesale special offer pricing for albuterol matches Warrick and Zenith, the two albuterol market leaders.

**ACTION:** Please approve the attached wholesale list prices for Apothecon's albuterol.

APPROVED: _____ Nick DiMaio  8/1/96   APPROVED: _____ Scott Tarriff  Date

APPROVED: _____ Mary Ellen Campion  8/2/96   APPROVED: _____ Lee Burg  8/2  Date

APPROVED: _____ Sam Barker  8/15   APPROVED: _____ Fran Hamer  8.19.96

APPROVED: _____ Mark Durand  8/15

JZ

Attachment


A Bristol-Myers Squibb Company

BMS – 0009153

BMY/PLB/007/075/0000179

Trade Secret/
FOIA Confidential

HIGHLY CONFIDENTIAL

BMSAWP/0000583

## ALBUTEROL INHALENT

| DESCRIPTION | NDC # | LIST # | DIRECT LIST PRICE | WHOLESALE LIST PRICE | ANTICIPATED AWP* | WHOLESALE S.O. |
|---|---|---|---|---|---|---|
| ALBUTEROL INHALENT KIT 17G | 59772-6175-1 | 617510 | $18.04 | $17.14 | $21.42 | $12.25 |
| ALBUTEROL INHALENT REF 17G | 59772-6175-2 | 617520 | $16.63 | $15.80 | $19.75 | $10.05 |

* Anticipated AWP-Actual AWP's are set independently by pricing publishers such as First Data Bank and Redbook.

BMS – 0009154

Trade Secret/
FOIA Confidential

BMY/PLB/0067/075/0000180

BMSAWP/0000584

HIGHLY CONFIDENTIAL

```
Author:   Jonathan A Zalk at ~PGRSH13P
Date:     8/22/96  11:27 AM
Priority: Normal
CC: Denise M Kaszuba at ~PGRSM34P
TO: Awilda M Serrano at ~PGRSM36P
CC: Nicholas Dimaio
CC: George Stevenson at ~PGRSH12P
Subject: Re: Albuterol
```

------------------------------ Message Contents ------------------------------

Awilda:

Due to competitive pressure, we have had to reduce our pricing since the beginning of August.

The cc Mail prices of $10.00 and 9.20 for the kit and refill respectively are correct.

Please let me know if you have any additional questions.

Thanks,

Jon

------------------------------ Reply Separator ------------------------------

```
Subject: Albuterol
Author:  Awilda M Serrano at ~PGRSM36P
Date:    8/22/96 9:38 AM
```

Jon,

There is a discrepancy between the Special Offer prices on the August 1, 1996 signed-off memo (where Sam Barker and Mark Durand appear to have signed off 8-15-96) and the Special Offer prices in the cc:mail Denise received.

i.e.:

|  |  |  | Wholesale Special Offer |
|---|---|---|---|
| Memo: | Albuterol | 6175-10 | $12.25 |
|  |  | 6175-20 | $10.05 |

vs.

| cc:mail: | Albuterol | 6175-10 | $10.00 |
|---|---|---|---|
|  |  | 6175-20 | $ 9.20 |

A Special Offer is being created to reflect the prices on the "Memo", if they are incorrect please let me know so we can make the adjustments necessary.

Thank you,

Awilda

BMS - 0009155

BMY/PLB/007/075/0000181

Trade Secret/
FOIA Confidential

HIGHLY CONFIDENTIAL                                                BMSAWP/0000585

## ALBUTEROL INHALANT

| DESCRIPTION | NDC # | LIST # | DIRECT LIST PRICE | WHOLESALE LIST PRICE | ANTICIPATED AWP* | WHOLESALE S.O. |
|---|---|---|---|---|---|---|
| ALBUTEROL INHALANT KIT 17G | 59772-6175-2 | 617520 | $18.04 | $17.14 | $21.42 | $8.31 |
| ALBUTEROL INHALANT REF 17G | 59772-6175-1 | 617510 | $16.63 | $15.80 | $19.75 | $7.70 |

* Anticipated AWP=Actual AWP's are set independently by pricing publishers such as First Data Bank and Redbook.

3rd
2.99

BMS — 0009158

Trade Secret/
FOIA Confidential

BMY/PLB/007/075/0000182

HIGHLY CONFIDENTIAL

BMSAWP/0000586

```
Author:   Jonathan A Zalk at ~PGRSM13P
Date:     8/22/96  4:47 PM
Priority: Urgent
CC: Denise M Kaszuba at ~PGRSM34P
CC: Nicholas Dimaio
CC: George Stevenson at ~PGRSM12P
TO: Awilda M Serrano at ~PGRSM36P
Subject: Re[4]: Albuterol
------------------------------ Message Contents ------------------------------
```

Awilda/Denise:

Due to additional market pressure, we have had to lower our albuterol wholesale pricing once again as follows:

| NDC | List | Description | |
|---|---|---|---|
| 59772-6175-2 | 6175-20 | Albuterol 17g Kit | 8.31 |
| 59772-6175-1 | 6175-10 | Albuterol 17g Refill | 7.70 |

PLEASE NOTE THE CHANGE IN NDC AND LIST NUMBERS.

The NDC's and list #'s were originally reversed (i.e. the refill's NDC and List #'s were actually those of the kit and vice versa).

Attached is an updated worksheet with all wholesale pricing.

Please let me know if you have any questions.

Thanks,

Jon

```
Subject: Re[3]: Albuterol
Author:  Awilda M Serrano at ~PGRSM36P
Date:    8/22/96 2:22 PM
```

Jon,

Please disregard my previous message.

I just need any price changes to the Wholesale and/or Direct List Prices, if any.

I apologize for the confusion.

Thank you,

Awilda

_____ Reply Separator _____
```
Subject: Re[2]: Albuterol
Author:  Awilda M Serrano at ~PGRSM36P
Date:    8/22/96 12:06 PM
```

Jon,

Does this mean that the Wholesale and Direct list prices have also changed? The Retail Special Offer price is calculated based on the Direct Price.

Please let me know.

Thank you,

Awilda

BMS – 0009157

BMY/PLB/007/075/0000183

Trade Secret/
FOIA Confidential

HIGHLY CONFIDENTIAL

BMSAWP/0000587