# EXHIBIT E

 **Bristol-Myers Squibb Company** *фия*
*DMK*

Pharmaceutical Group
P.O. Box 4500  Princeton, NJ 08543-4500  609 243-6000

May 26, 1992

| Post-It™ brand fax transmittal memo 7671 | # of pages ▶ | |
|---|---|---|
| To *N. S. Dimai* | From *Denise* | |
| Co. | Co. | |
| Dept. | Phone # | |
| Fax # *897-6665* | Fax # | |

Beth Radar
First Data Bank
1111 Bayhill Drive
San Bruno, CA 94066

Dear Ms. Radar:

Effective immediately, Trimox® 500 mg capsule has been reduced.
Listed below is product information and the new "REDUCED" price.

| Item No. | NDC No. | Product Description | Wholesale Price | Direct Price |
|---|---|---|---|---|
| | | Trimox | | |
| | (0003) | (amoxicillin, USP) | | |
| 010960 | 010960 | 500 mg Capsule Bottle of 500 | $145.00 | $152.63 |

Could you please adjust your records accordingly so this change may
be implemented immediately.

If you have additional questions, I may be reached at
609-243-6986.

Sincerely,

*Denise m. Kaszuba*

Denise M. Kaszuba
Sr. Pricing Analyst

**Trade Secret/
FOIA Confidential**

BMY/PLB/007/073/0000245

BMS — 0006682

HIGHLY CONFIDENTIAL


EXHIBIT
*Kaszuba 6*
08/18/05

BMSAWP/0000095

**Plaintiffs' Exhibit
211**
01-12257-PBS

Filename: AWP '93

18-Aug-93

| ITEM NO. | NDC NO. | PRODUCT DESCRIPTION | WHOLE-SALE PRICE | DIRECT PRICE | FIRST DATA BANK AWP | MEDI-SPAN AWP | RED-BOOK AWP |
|---|---|---|---|---|---|---|---|
| | (0003) | **TRIMOX** (amoxicillin, USP) | | | | | |
| 010160 | 010160 | 250 mg capsule, bottle of 100 | $19.91 | $20.96 | $24.89 | $24.89 | $23.89 |
| 010151 | 010151 | 250 mg capsule, UNIMATIC carton of 100 | $19.91 | $20.96 | $24.89 | $24.89 | $23.89 |
| 010160 | 010160 | 250 mg capsule, bottle of 500 | $94.82 | $99.81 | $118.53 | $118.53 | $113.78 |
| 010945 | 010945 | 500 mg capsule, bottle of 50 | $18.61 | $19.89 | $23.28 | $23.28 | $22.33 |
| 010965 | 010965 | 500 mg capsule, bottle of 100 | $34.73 | $36.66 | $43.41 | $43.41 | $41.68 |
| 010951 | 010961 | 500 mg capsule, UNIMATIC carton of 100 | $37.22 | $39.18 | $46.53 | $46.53 | $44.66 |
| 010950 | 010960 | 500 mg capsule, bottle of 500 | $162.25 | $190.26 | $190.31 | $190.31 | $182.70 |
| 173730 | 173730 | For Oral Suspension, 80 mL (125 mg/5 mL) | $2.48 | $2.61 | $3.10 | $3.10 | $2.98 |
| 173740 | 173740 | For Oral Suspension, 100 mL (125 mg/5 mL) | $2.85 | $3.00 | $3.56 | $3.56 | $3.42 |
| 173745 | 173745 | For Oral Suspension, 150 mL (125 mg/5 mL) | $3.29 | $3.46 | $4.11 | $4.11 | $3.95 |
| 173830 | 173830 | For Oral Suspension, 80 mL (250 mg/5 mL) | $4.25 | $4.48 | $5.31 | $5.31 | $5.10 |
| 173840 | 173840 | For Oral Suspension, 100 mL (250 mg/5 mL) | $4.67 | $5.13 | $6.09 | $6.09 | $5.84 |
| 173845 | 173845 | For Oral Suspension, 150 mL (250 mg/5 mL) | $5.55 | $5.86 | $7.06 | $7.06 | $6.78 |
| 173815 | 173815 | Ped Drops 50 mg/mL, 15mL | $2.99 | $3.15 | $3.74 | $3.74 | $3.59 |

Trade Secret/
FOIA Confidential

BMS – 0008683

BMY/PLB/007/073/0000246

HIGHLY CONFIDENTIAL

BMSAWP/0000096

Author:   Joseph W Grotzinger at ~PGRSM16P
Date:      9/25/97  5:05 PM
Priority: Normal
TO: Denise M Kaszuba at ~PGRSM34P
CC: Nicholas Dimaio at ~PGRSM13P
Subject: Advance price information
------------------------------------- Message Contents -------------------------------------

    Denise, forgot to mention in my note below that for the SMZ we are
also changing ALL LEVELS OF S.O. PRICING to the price shown.
Please advise if any questions.
Thanks, Joe


_____ Forward Header _____
Subject: Advance price information
Author:  Joseph W Grotzinger at ~PGRSM16P
Date:     9/25/97 4:56 PM


    Denise,
Per our discussion yesterday I am submitting for a price increase on
SMZ/TMP suspension.  Also applying for new prices for our Trimox unit
of use package.
Just wanted to pass these along to you for your information.  Attached
are 4 files:  my cover letters (2 word documents) and pricing details
(2 excel spreadsheets).  Official "signed" versions will follow.  I
thought this would help speed up the process as our timeline is pretty
tight.  From what I understand you can use these to get things set up,
then it saves time once the offical green light is given....
We need the SMZ price increase to take effect on 10/15.  The trimox
unit of use needs to happen ASAP.  WalMart is starting to buy the unit
of use & we need AWPs established for their third party reimbursment
to work properly.
Please advise if any questions.
Thanks, Joe


BMY/PLB/007/073/0000258

Trade Secret/
FOIA Confidential

BMS- 008683a

HIGHLY CONFIDENTIAL

BMSAWP/0000097

# Memorandum

# ☐APOTHECON

| | | | | |
|---|---|---|---|---|
| To: | S. Barker | | Date: | September 25, 1997 |
| From: | Joe Grotzinger | | CC: | List* |
| Subject: | **Trimox Unit of Use Wholesale Pricing** | | | |

**Recommendation:** It is recommended that the attached wholesale list prices be established for Apothecon's Trimox Unit of Use packaging, effective 10/1/97. These prices are positioned at a small premium over our existing 100-count bottles.

**Background:** We were successful in using our Unit of Use packaging to secure the Trimox capsule business at Wal-Mart. It is necessary to furnish wholesale pricing to the pricing publishers to enable them to establish AWPs for third party reimbursement purposes. It is prudent to point out at this time that these wholesale prices do not reflect actual selling prices, as Trimox Unit of Use will be sold primarily at contract or special offer pricing.

**Action:** Please acknowledge the approval of the attached wholesale list prices for Apothecon's Trimox Unit of Use by signature of this document.

Thank you.

Approved: _____
Fran Hamer             Date

Approved: _____        Approved: _____
N. DiMaio        Date                    M. E. Campion          Date

Approved: _____        Approved: _____
T. Crew          Date                    L. Croucher            Date

Approved: _____        Approved: _____
K. Peterson      Date                    S. Barker              Date

Attachment

**Trade Secret/
FOIA Confidential**

BMY/PLB/007/073/0000259        ⊛ Bristol-Myers Squibb Company

BMS- 008683b

HIGHLY CONFIDENTIAL

BMSAWP/0000098

# Memorandum

## ☐APOTHECON

To:      S. Barker                                    Date:   September 25, 1997

From:    Joe Grotzinger                               CC:     List*

Subject: **Trimox Unit of Use Wholesale Pricing**

**Recommendation:** It is recommended that the attached wholesale list prices be established for Apothecon's Trimox Unit of Use packaging, effective 10/1/97. These prices are positioned at a small premium over our existing 100-count bottles.

**Background:** We were successful in using our Unit of Use packaging to secure the Trimox capsule business at Wal-Mart. It is necessary to furnish wholesale pricing to the pricing publishers to enable them to establish AWPs for third party reimbursement purposes. It is prudent to point out at this time that these wholesale prices do not reflect actual selling prices, as Trimox Unit of Use will be sold primarily at contract or special offer pricing.

**Action:** Please acknowledge the approval of the attached wholesale list prices for Apothecon's Trimox Unit of Use by signature of this document.

Thank you.

|                                          | Approved: | _____ |        |
|                                          |           | Fran Hamer                | Date   |
| Approved: _____       | Approved: | _____ |        |
| N. DiMaio                    Date        |           | M. E. Campion             | Date   |
| Approved: _____       | Approved: | _____ |        |
| T. Crew                      Date        |           | L. Croucher               | Date   |
| Approved: _____       | Approved: | _____ |        |
| K. Peterson                  Date        |           | S. Barker                 | Date   |

Attachment

BMY/PLB/007/073/0000260                    ⊛ Bristol-Myers Squibb Company                 **Trade Secret/**
**FOIA Confidential**

**BMS-008683c**

HIGHLY CONFIDENTIAL

# SMZ/TMP Oral Suspension Pricing

| DESCRIPTION | NDC # | LIST # | DIRECT LIST PRICE | WHOLESALE LIST PRICE | ANTICIPATED AWP* | WHOLESALE S.O. |
|---|---|---|---|---|---|---|
| SMZ/TMP Oral Susp, Pint | 0003-1201-10 | 120110 | $14.48 | $13.76 | $17.20 | $9.75 |
| PERCENT INCREASE | | | 46.5% | 46.5% | 46.5% | 107.4% |

* Anticipated AWP=Actual AWP's are set independently by pricing publishers such as First Data Bank and Redbook.

**PRICING COMPARISONS**

| COMPETITION | AWP | WAC |
|---|---|---|
| Geneva | $12.27 | $8.07 |
| Goldline | $12.50 | $9.23 |
| Teva | $14.46 | $7.51 |
| Barre National (AJPharma) | $16.00 | $7.58 |
| Apothecon | $17.20 | $9.75 |
| MK Moore | $17.28 | not available |
| Qualitest | $35.90 | $8.74 |
| Roche (Bactrim) | $44.48 | $37.06 |
| Glaxo (Septra) | $44.91 | $37.43 |

JWG 9/29/97

Trade Secret/
FOIA Confidential

BMS-008683d

BMYPLB/007/073/0000281

~ME0414.XLS  SMZ O.S. price chg 997

BMSAWP/0000100

# Memorandum
## ☐APOTHECON

| | | | |
|---|---|---|---|
| **To:** | S. Barker | **Date:** | September 25, 1997 |
| **From:** | Joe Grotzinger | **CC:** | List* |
| **Subject:** | **SMZ/TMP Oral Suspension Price** | | |

Trade Secret/
FOIA Confidential

BMY/PLB/007/073/0000262

BMS-008683e

HIGHLY CONFIDENTIAL

BMSAWP/0000101

Page 2

**Recommendation:** It is recommended that the attached price increase be implemented for Apothecon's SMZ/TMP oral suspension, effective 10/15/97.

**Background:** SMZ/TMP oral suspension is currently manufactured by ALPharma and Teva. Both suppliers are implementing price increases in the range of 67-83% for this product. Commodity pricing is increasing proportionately. While these wholesale list prices do not reflect actual selling prices, we need to increase our ASP pricing across all areas (wholesale list, direct list, wholesale special offer, and bid pricing) to maintain profit parity.

**Action:** Please acknowledge the approval of the attached wholesale list prices for Apothecon's SMZ/TMP oral suspension by signature of this document.

Thank you.

| | | | |
|---|---|---|---|
| **Fran Hamer** | **Date** | Approved: | |
| Approved:<br>**N. DiMaio** | **Date** | Approved:<br>**M. E. Campion** | **Date** |
| Approved:<br>**T. Crew** | **Date** | Approved:<br>**L. Croucher** | **Date** |
| Approved:<br>**K. Peterson** | **Date** | Approved:<br>**S. Barker** | **Date** |

Attachment

Trade Secret/
FOIA Confidential

BMY/PLB/007/073/0000263

BMS-0086831

HIGHLY CONFIDENTIAL

BMSAWP/0000102

# Trimox Capsules Unit of Use Pricing

| DESCRIPTION | NDC # | LIST # | DIRECT LIST PRICE | WHOLESALE LIST PRICE | ANTICIPATED AWP* | WHOLESALE S.O. |
|---|---|---|---|---|---|---|
| Trimox caps 250mg U.O.U. 12 x 30s | 0003-0161-20 | 010120 | $79.06 | $75.28 | $93.13 | $23.65 |
| Trimox caps 500mg U.O.U. 12 x 30s | 0003-0109-20 | 010920 | $135.22 | $128.63 | $159.88 | $40.39 |

* Anticipated AWP-Actual AWP's are set independently by pricing publishers such as First Data Bank and Redbook.

COMPARISON OF UNIT PRICE (per capsule): UNIT OF USE VS. EXISTING 100s & 500s

| DESCRIPTION | DIRECT LIST PRICE | WHOLESALE LIST PRICE | ANTICIPATED AWP** | WHOLESALE S.O. |
|---|---|---|---|---|
| Trimox caps 250mg U.O.U. 12 x 30s | $0.2194 | $0.2091 | $0.2587 | $0.0657 |
| Trimox caps 250mg 100s | $0.2096 | $0.1991 | $0.2407 | $0.0557 |
| Trimox caps 250mg 500s | $0.1996 | $0.1896 | $0.2371 | $0.0446 |
| Trimox caps 500mg U.O.U. 12 x 30s | $0.3756 | $0.3573 | $0.4441 | $0.1123 |
| Trimox caps 500mg 100s | $0.3656 | $0.3473 | $0.4341 | $0.1022 |
| Trimox caps 500mg 500s | $0.3205 | $0.3045 | $0.3605 | $0.0870 |

**Anticipated AWP for Unit of Use pricing; actual August 1997 First Data Bank AWP is shown for 100s & 500s.

EW/FPLB0007/0730000234

JWG 9/29/97

Trade Secret/
FOIA Confidential

BMS-0086839

HIGHLY CONFIDENTIAL

BMSAWP/0000103



Trade Secret/
FOIA Confidential

BMY/PLB/007/073/0000265

BMS-008683h

HIGHLY CONFIDENTIAL

BMSAWP/0000104

*Note: Prodet introduced to (you) will probably at least e TAP will buy enclosed to support the Drugs which includes Trimox*

## Memorandum

### ☐ APOTHECON

To:     M. Iafolla

From:   Joe Grotzinger

Date:   September 25, 1998

CC:     File

Subject: **Trimox Caps 3000s Wholesale Pricing**

**Recommendation:** It is recommended that the attached wholesale list prices be established for Apothecon's Trimox capsules 500mg in bottles of 3,000.

**Background:** To accomplish rapid introduction of Trimox capsules 500mg 3,000s into the market, wholesale list prices must be established. It is prudent to point out at this time that these wholesale prices do not reflect actual selling prices, as Trimox capsules 500mg 3,000s will be sold primarily at contract or special offer pricing. The proposed pricing is prorated directly from the 500-count bottle prices.

**Action:** Please acknowledge the approval of the attached wholesale list prices for Apothecon's Trimox capsules 500mg 3,000s by signature of this document.

| | | | |
|---|---|---|---|
| Approved: | _J. Grotzinger_ 9-25-98 | Approved: | _Fran Hamer_ 10-14- |
| | J. Grotzinger    Date | | Fran Hamer    Date |
| Approved: | _W. S. Marth_ 9/21/98 | Approved: | _M.E.Campin_ 10/1/98 |
| | W. S. Marth    Date | | M. E. Campion    Date |
| Approved: | _T. Crew_ 9/30/98 | Approved: | |
| | T. Crew    Date | | L. Croucher    Date |
| Approved: | _M. Iafolla_ 10-1-98 | | |
| | M. Iafolla    Date | | |

Attachment (1)

BMY/PLB/007/073/0000286          ⊕ Bristol-Myers Squibb Company          **Trade Secret/ FOIA Confidential**

BMS – D008684

HIGHLY CONFIDENTIAL          BMSAWP/0000105

# Trimox capsules 500mg 3,000s Pricing

| DESCRIPTION | NDC # | LIST # | DIRECT LIST PRICE | WHOLESALE LIST PRICE | ANTICIPATED AWP* |
|---|---|---|---|---|---|
| Trimox capsules 500mg 3,000s | 0003-0109-70 | 010970 | $961.58 | $913.50 | $1,141.86 |

* Anticipated AWP-Actual AWP's are set independently by pricing publishers such as First Data Bank and Redbook.

**Trade Secret/
FOIA Confidential**

BMY/PLB/007/073/0000267

BMS — 0008685

Pricing.xls

9/25/98

HIGHLY CONFIDENTIAL

BMSAWP/0000106



# Bristol-Myers Squibb Company
### U.S. Pharmaceuticals
P.O. Box 4500  Princeton, NJ 08543-4500  609 897-2000

October 14, 1997

MEDCO CONTAINMENT SVCS.
Mail Stop AM-2
100 Summit Avenue
Montvale, NJ 07645

Attention: Ms. Morales

Dear Ms. Morales:

Listed below is product and pricing information on new items introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Apothecon® price list. Please use this information, along with the enclosed package insert and labels, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|---|---|---|---|---|---|
| | | Trimox® (amoxicillin capsules, USP) | | | |
| 0101-20 | 0003-0101-20 | 250 mg capsule, 12 bottles of 30 capsules | $ 75.28 | $ 79.24 | 10/6/97 |
| 0109-20 | 0003-0109-20 | 500 mg capsule, 12 bottles of 30 capsules | $ 128.63 | $ 135.40 | 10/6/97 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000268

Trade Secret/
FOIA Confidential

BMS — 0008686

BMSAWP/0000107

HIGHLY CONFIDENTIAL



## Bristol-Myers Squibb Company
### U.S. Pharmaceuticals
P.O. Box 4500  Princeton, NJ 08543-4500  609.897-2000

October 14, 1997

FIRST DATA BANK
Suite 350
1111 Bayhill Drive
San Bruno, CA  94066

Attention: Cathy Gulgesell

Dear Cathy:

Listed below is product and pricing information on new items introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Apothecon® price list.  Please use this information, along with the enclosed package insert and labels, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|----------|---------|---------------------|--------------------------|-----------------------|-----------------|
| | | Trimox® (amoxicillin capsules, USP) | | | |
| 0101-20 | 0003-0101-20 | 250 mg capsule, 12 bottles of 30 capsules | $ 75.28 | $ 79.24 | 10/6/97 |
| 0109-20 | 0003-0109-20 | 500 mg capsule, 12 bottles of 30 capsules | $ 128.63 | $ 135.40 | 10/6/97 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000269

Trade Secret/
FOIA Confidential

BMS — 0008687

HIGHLY CONFIDENTIAL

BMSAWP/0000108



**Bristol-Myers Squibb Company**

U.S. Pharmaceuticals

P.O. Box 4500   Princeton, NJ 08543-4500   609 897 2000

October 14, 1997

EXPRESS SCRIPTS
14000 Riverport Drive
Maryland Hights, MO. 63043

Attention: Andrea Brauer

Dear Ms. Brauer:

Listed below is product and pricing information on new items introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Apothecon® price list. Please use this information, along with the enclosed package insert and labels, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|---|---|---|---|---|---|
| | | Trimox® (amoxicillin capsules, USP) | | | |
| 0101-20 | 0003-0101-20 | 250 mg capsule, 12 bottles of 30 capsules | $ 75.28 | $ 79.24 | 10/6/97 |
| 0109-20 | 0003-0109-20 | 500 mg capsule, 12 bottles of 30 capsules | $ 128.63 | $ 135.40 | 10/6/97 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

*Barbara Goetz*

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000270

Trade Secret/
FOIA Confidential

BMS — 0008688

HIGHLY CONFIDENTIAL

BMSAWP/0000109



### Bristol-Myers Squibb Company
#### U.S. Pharmaceuticals
P.O. Box 4500  Princeton, NJ 08543-4500  609 897-2000

October 14, 1997

BRISTOL-MYERS SQUIBB COMPANY
PHARMACEUTICAL GROUP
2400 W. Lloyd Expressway
Evansville, IN 47721

Attention: Carol Wirtz

Dear Carol:

Listed below is product and pricing information on new items introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Apothecon® price list. Please use this information, along with the enclosed package insert and labels, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|---|---|---|---|---|---|
| | | Trimox® (amoxicillin capsules, USP) | | | |
| 0101-20 | 0003-0101-20 | 250 mg capsule, 12 bottles of 30 capsules | $ 75.28 | $ 79.24 | 10/6/97 |
| 0109-20 | 0003-0109-20 | 500 mg capsule, 12 bottles of 30 capsules | $ 128.63 | $ 135.40 | 10/6/97 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000271

Trade Secret/
FOIA Confidential

BMS — 0008689

HIGHLY CONFIDENTIAL

BMSAWP/0000110



# Bristol-Myers Squibb Company

**U.S. Pharmaceuticals**

P.O. Box 4500  Princeton, NJ 08543-4500  609-897-2000

October 14, 1997

PROFESSIONAL DRUG SYSTEMS
Suite 250
530 Maryville Drive
St. Louis, MO 63141

Attention: Karen Green

Dear Ms. Green:

Listed below is product and pricing information on new items introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Apothecon® price list. Please use this information, along with the enclosed package insert and labels, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|---|---|---|---|---|---|
| | | Trimox® | | | |
| | | (amoxicillin capsules, USP) | | | |
| 0101-20 | 0003-0101-20 | 250 mg capsule, 12 bottles of 30 capsules | $ 75.28 | $ 79.24 | 10/6/97 |
| 0109-20 | 0003-0109-20 | 500 mg capsule, 12 bottles of 30 capsules | $ 128.63 | $ 135.40 | 10/6/97 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000272

**Trade Secret/
FOIA Confidential**

BMS — 0008690

BMSAWP/0000111

HIGHLY CONFIDENTIAL



## Bristol-Myers Squibb Company

**U.S. Pharmaceuticals**

P.O. Box 4500  Princeton, NJ 08543-4500  609 897 2000

October 14, 1997

PHARMA LINK, INC.
6717 Shawnee Mission Parkway
Overland Park, KS 66202

Attention: Brian Berg

Dear Mr. Berg:

Listed below is product and pricing information on new items introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Apothecon® price list. Please use this information, along with the enclosed package insert and labels, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|---|---|---|---|---|---|
| | | Trimox® | | | |
| | | (amoxicillin capsules, USP) | | | |
| 0101-20 | 0003-0101-20 | 250 mg capsule, 12 bottles of 30 capsules | $ 75.28 | $ 79.24 | 10/6/97 |
| 0109-20 | 0003-0109-20 | 500 mg capsule, 12 bottles of 30 capsules | $ 128.63 | $ 135.40 | 10/6/97 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000273

Trade Secret/
FOIA Confidential

BMS — 0008691

BMSAWP/0000112

HIGHLY CONFIDENTIAL



# Bristol-Myers Squibb Company

## U.S. Pharmaceuticals

P.O. Box 4500  Princeton, NJ 08543-4500  609 897-2000

October 14, 1997

PCS, INC.
9501 East Shea Boulevard
Scottsdale, AZ 85260

Attention: Ms. Maureen Brown

Dear Ms. Brown:

Listed below is product and pricing information on new items introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Apothecon® price list. Please use this information, along with the enclosed package insert and labels, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|----------|---------|---------------------|--------------------------|------------------------|-----------------|
| | | Trimox® (amoxicillin capsules, USP) | | | |
| 0101-20 | 0003-0101-20 | 250 mg capsule, 12 bottles of 30 capsules | $ 75.28 | $ 79.24 | 10/6/97 |
| 0109-20 | 0003-0109-20 | 500 mg capsule, 12 bottles of 30 capsules | $ 128.63 | $ 135.40 | 10/6/97 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000274

**Trade Secret/
FOIA Confidential**

BMS – 0008692

BMSAWP/0000113

HIGHLY CONFIDENTIAL



**Bristol-Myers Squibb Company**
U.S. Pharmaceuticals
P.O. Box 4500   Princeton, NJ 08543-4500   609 897-2000

October 14, 1997

MEDISPAN
8425 Woodfield Crossing Boulevard
Indianapolis, IN 46240-0930

Attention: Connie Westbrook

Dear Connie:

Listed below is product and pricing information on new items introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Apothecon® price list. Please use this information, along with the enclosed package insert and labels, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|----------|---------|---------------------|--------------------------|-----------------------|-----------------|
|          |         | Trimox® (amoxicillin capsules, USP) | | | |
| 0101-20  | 0003-0101-20 | 250 mg capsule, 12 bottles of 30 capsules | $ 75.28 | $ 79.24 | 10/6/97 |
| 0109-20  | 0003-0109-20 | 500 mg capsule, 12 bottles of 30 capsules | $ 128.63 | $ 135.40 | 10/6/97 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

*Barbara Goetz*

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000275

Trade Secret/
FOIA Confidential

BMS – 0008693

BMSAWP/0000114

HIGHLY CONFIDENTIAL



## Bristol-Myers Squibb Company
### U.S. Pharmaceuticals
P.O. Box 4500   Princeton, NJ 08543-4500   609 897-2000

October 14, 1997

MEDICAL ECONOMICS DATA
5 Paragon Drive
Montvale, NJ 07645-1742

Attention: Carol Flanagan

Dear Carol:

Listed below is product and pricing information on new items introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Apothecon® price list.  Please use this information, along with the enclosed package insert and labels, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|---|---|---|---|---|---|
| | | Trimox® | | | |
| | | (amoxicillin capsules, USP) | | | |
| 0101-20 | 0003-0101-20 | 250 mg capsule, 12 bottles of 30 capsules | $ 75.28 | $ 79.24 | 10/6/97 |
| 0109-20 | 0003-0109-20 | 500 mg capsule, 12 bottles of 30 capsules | $ 128.63 | $ 135.40 | 10/6/97 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000276

Trade Secret/
FOIA Confidential

BMS — 0008694

BMSAWP/0000115

HIGHLY CONFIDENTIAL



# Bristol-Myers Squibb Company

U.S. Pharmaceuticals

P.O. Box 4500  Princeton, NJ 08543-4500  609 897-2000

October 14, 1997

EXPRESS SCRIPTS
14000 Riverport Drive
Maryland Heights, MO 63043

Attention: Don Hagen

Dear Mr. Hagen:

Listed below is product and pricing information on new items introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Apothecon® price list. Please use this information, along with the enclosed package insert and labels, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|----------|---------|---------------------|--------------------------|-----------------------|-----------------|
|          |         | Trimox® (amoxicillin capsules, USP) |          |          |          |
| 0101-20  | 0003-0101-20 | 250 mg capsule, 12 bottles of 30 capsules | $ 75.28 | $ 79.24 | 10/6/97 |
| 0109-20  | 0003-0109-20 | 500 mg capsule, 12 bottles of 30 capsules | $ 128.63 | $ 135.40 | 10/6/97 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000277

Trade Secret/
FOIA Confidential

BMS ~ 0008695

BMSAWP/0000116

HIGHLY CONFIDENTIAL



### Bristol-Myers Squibb Company
#### U.S. Pharmaceuticals
P.O. Box 4500  Princeton, NJ 08543-4500  609 897-2000

October 14, 1997

FACTS and COMPARISONS
Suite 300
111 West Port Plaza
St. Louis, MO 63146

Attention: Patty Ramshaw

Dear Patty:

Listed below is product and pricing information on new items introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Apothecon® price list.  Please use this information, along with the enclosed package insert and labels, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|---|---|---|---|---|---|
| | | Trimox® | | | |
| | | (amoxicillin capsules, USP) | | | |
| 0101-20 | 0003-0101-20 | 250 mg capsule, 12 bottles of 30 capsules | $ 75.28 | $ 79.24 | 10/6/97 |
| 0109-20 | 0003-0109-20 | 500 mg capsule, 12 bottles of 30 capsules | $128.63 | $135.40 | 10/6/97 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

Trade Secret/
FOIA Confidential

BMY/PLB/007/073/0000278

BMS — 0008696

BMSAWP/0000117

HIGHLY CONFIDENTIAL



# Bristol-Myers Squibb Company

**U.S.Pharmaceuticals**

P.O. Box 4500  Princeton, NJ 08543-4500  609-897-2000

October 14, 1997

Attention: Ms. Gloria Torres

Dear Gloria:

Listed below is product and pricing information on new items introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Apothecon® price list. Please use this information, along with the enclosed package insert and labels, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|---|---|---|---|---|---|
| | | Trimox® (amoxicillin capsules, USP) | | | |
| 0101-20 | 0003-0101-20 | 250 mg capsule, 12 bottles of 30 capsules | $ 75.28 | $ 79.24 | 10/6/97 |
| 0109-20 | 0003-0109-20 | 500 mg capsule, 12 bottles of 30 capsules | $ 128.63 | $ 135.40 | 10/6/97 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000279

Trade Secret/
FOIA Confidential

BMS – 0008697

BMSAWP/0000118

HIGHLY CONFIDENTIAL



## Bristol-Myers Squibb Company

### U.S. Pharmaceuticals

P.O. Box 4500   Princeton, NJ 08543-4500   609 897-2000

April 28, 1998

PCS, INC.
9501 East Shea Boulevard
Scottsdale, AZ 85260

Attention: Ms. Maureen Brown

Dear Ms. Brown:

Listed below is updated product information on three NDCs which are found on the Apothecon® price list. *The only change is the addition of the brand name, Trimox®.* Please use this information, along with the enclosed package labels/inserts, to update the National Drug Data Files.

**Replacement Product Description**

| Item No. | NDC No. | Product Description |
|---|---|---|
| | | Trimox® |
| | | (amoxicillin tablets, USP(chewable)) |
| 0035-10 | 59772-0035-1 | 125 mg tablet, bottle of 60 |
| 0036-20 | 59772-0036-2 | 250 mg tablet, bottle of 100 |
| 0036-40 | 59772-0036-4 | 250 mg tablet, bottle of 500 |

**Former Product Description**

| Item No. | NDC No. | Product Description |
|---|---|---|
| | | Amoxicillin Tablets, USP |
| | | (chewable) |
| 0035-10 | 59772-0035-1 | 125 mg tablet, bottle of 60 |
| 0036-20 | 59772-0036-2 | 250 mg tablet, bottle of 100 |
| 0036-40 | 59772-0036-4 | 250 mg tablet, bottle of 500 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

*Barbara Goetz*

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000280

**Trade Secret/
FOIA Confidential**

**BMS – 0008698**

BMSAWP/0000119

HIGHLY CONFIDENTIAL



**Bristol-Myers Squibb Company**
U.S. Pharmaceuticals

P.O. Box 4500  Princeton, NJ 08543-4500  609 897-2000

April 28, 1998

FACTS and COMPARISONS
Suite 300
111 West Port Plaza
St. Louis, MO 63146

Attention: Patty Ramshaw

Dear Patty:

Listed below is updated product information on three NDCs which are found on the Apothecon® price list. *The only change is the addition of the brand name, Trimox®.* Please use this information, along with the enclosed package labels/inserts, to update the National Drug Data Files.

**Replacement Product Description**

| Item No. | NDC No. | Product Description |
|----------|---------|---------------------|
| | | Trimox® |
| | | (amoxicillin tablets, USP(chewable)) |
| 0035-10 | 59772-0035-1 | 125 mg tablet, bottle of 60 |
| 0036-20 | 59772-0036-2 | 250 mg tablet, bottle of 100 |
| 0036-40 | 59772-0036-4 | 250 mg tablet, bottle of 500 |

**Former Product Description**

| Item No. | NDC No. | Product Description |
|----------|---------|---------------------|
| | | Amoxicillin Tablets, USP |
| | | (chewable) |
| 0035-10 | 59772-0035-1 | 125 mg tablet, bottle of 60 |
| 0036-20 | 59772-0036-2 | 250 mg tablet, bottle of 100 |
| 0036-40 | 59772-0036-4 | 250 mg tablet, bottle of 500 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

*Barbara Goetz*

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

BMY/PLB/007/073/0000281

Trade Secret/
FOIA Confidential

BMS – 0008699

HIGHLY CONFIDENTIAL

BMSAWP/0000120