UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Judge Patti B. Saris <br> Magistrate Judge Marianne B. Bowler |

## DECLARATION OF JENNIFER FOUNTAIN CONNOLLY

I, Jennifer Fountain Connolly, declare as follows:

1.  I am a partner at Wexler Toriseva Wallace LLP and am one of plaintiffs' attorneys.  I submit this Declaration in support of Plaintiffs' Opposition to Defendant AstraZeneca Pharmaceutical LP's Motion in Limine to Exclude Evidence Relating to Guilty Pleas and Sampling Activities.

2.  Attached as Exhibit A is a true and correct copy of the transcript of the hearing held on June 20, 2003, in *United States of America v. AstraZeneca Pharmaceuticals LP*, Criminal Action No. 03-55 (D. Del.).

3.  Attached as Exhibit B is a true and correct copy of the transcript of the July 17, 2003 Berkman Hearing, *United States of America v. Robert A. Berkman*, Criminal Action No. 03-45 (D. Del.).

4.  Attached as Exhibit C is a true and correct copy of the Sentencing Hearing Transcript of Dr. Berkman dated Nov. 6, 2003.

5.  Attached as Exhibit D is a true and correct copy of the February 5, 2004 letter from Judge Farnan, Jr. to State Medical Board of Ohio on behalf of Dr. Berkman.

6. Attached as Exhibit E is a true and correct copy a memorandum dated November 3, 1995 from Market Strategy & Contract Operations and the Zoladex Marketing Team (AZ0237142-163).

7. Attached as Exhibit F is a true and correct copy of the deposition transcript of Matthew Metcalf taken August 31, 2005.

8. Attached as Exhibit G is a true and correct copy of the deposition transcript of Erik Schultz taken February 16, 2005.

9. Attached as Exhibit H is a true and correct copy of materials from the February 10, 2003 CMS Account Team Kickoff Meeting, AZ0491331-343.

10. Attached as Exhibit I is a true and correct copy of the deposition transcript of Robert A. Berkman, M.D. taken June 15, 2005.

11. Attached as Exhibit J is a true and correct copy of the deposition transcript of Dr. Saad S. Antoun dated August 2, 2005.

12. Attached as Exhibit K is a true and correct copy of the Corporate Integrity Agreement Between the Office of Inspector General of the Department of Health and Human Services and AstraZeneca Pharmaceuticals LP and AstraZeneca LP.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 16, 2006

/s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

134281v1

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 16, 2006, I caused copies of **DECLARATION OF JENNIFER FOUNTAIN CONNOLLY** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

      **/s/ Steve W. Berman**
      Steve W. Berman

134281v1