# Exhibit E

# ZENECA Pharmaceuticals

To:      Chris Iacono

From:    Market Strategy & Contract Operations
         Zoladex Marketing Team

Date:    November 3, 1995

Subject: ZOLADEX Pricing and Volume Discount Strategy

cc:      Richard Greenhill
         Sarah Harrison
         Steve Strand
         Bill Simpson
         Keith Patterson

Chris,

Attached for your review and approval is a ZOLADEX pricing and volume discount strategy prepared by members of the Market Strategy & Contract Operations Department and ZOLADEX Marketing Team. Several scenarios have been developed which capture the dynamics of the LhRh marketplace. We are in agreement that in order to take advantage of the opportunities for ZOLADEX to increase sales and market share, immediate action is required. This document is under active review by the Legal Department. Pending a favorable review, it is our collective belief that the Recommended Case must be adopted and put into action as soon as possible in order to manage costs and remain competitive with TAP Pharmaceuticals.

## Background

- TAP Pharmaceuticals recently increased the price of Lupron by 3.9%
- Several field reports indicate that TAP has introduced a new 200+ unit volume discount tier
- The new maximum discount level is 15% at 200+ units compared to the old limit of 11% for 101+ units
- This parallel action has resulted in increasing the overall Lupron profit dollar potential for high volume Urology accounts by 4% and increased the profit amount per unit earned at lower volume levels
- TAP is generating a higher return for each transaction although reports indicate that TAP has extended generous buy-in terms allowing accounts to purchase as much Lupron at the previous price as needed before a specified date

14-01-0222

HIGHLY CONFIDENTIAL

AZ0237142—

## Market Conditions

This action has served to further consolidate TAPs entrenched position with high volume LhRh accounts. ZOLADEX usage is weighted more toward the medium to low volume accounts. The higher volumes and increased profit potential with Lupron mean Urologists will be less likely to adopt ZOLADEX because the rate of return with Lupron is much higher. There is some speculation that current ZOLADEX accounts may opt for the new TAP offer in light of the increased dollars on the table.

Market research as well as anecdotal trade reports are replete with mentions of Urology Networks forming in the marketplace. Physicians are banding together across states in order to vie for third party pay contracts as well as fend-off managed care attempts to force them to enter into deep discount agreements for patient care. As we have come to understand in our experience with ZOLADEX, Urologists are motivated by economics. Perhaps more so than any other medical specialty we have encountered. The higher volume discount now being offered by TAP positions Lupron as delivering a higher return to practice within these newly forming groups. Our campaigns to grow ZOLADEX sales based on product attributes and somewhat straightforward pricing strategies have continually been thwarted by TAP responses as well as the method used by Medicare to reimburse for LhRh agonists. Without rehashing the entire economic scenario, ZENECA has learned that in order to compete in market dominated by Medicare, there needs to be a compelling argument based on "total return to practice". It is on this basis that many Urologists decide which LhRh agonist to use.

> Note: An additional economic based program called the "ZOLADEX Managed Acquisition Program" (MAP) has been developed to leverage ZOLADEX's lower acquisition cost with managed care plans. It is in an early pilot stage with three managed care customers. This "bill to/ship to" program through NSS will turn the economic tables on TAP and includes the necessary incentives for managed care plans to adopt ZOLADEX over Lupron. It must be recognized that this is a positioning strategy and places ZOLADEX in managed care accounts ahead of the expected wave of Medicare enrollees electing coverage in HMOs. The majority of the LhRh market is dominated by Medicare.

## Case Methodology

The attached case scenarios and pricing recommendations are based on achieving an end-point of per-unit return to practice. Return to practice is derived by adding the difference between Medicare reimbursement and acquisition price (which is increased by the amount of discount), patient co-pay which equals the 20% deductible that Medicare does not pay, and (ZOLADEX only) the benefit of 2% 30 days; net 90 days terms.

Four ZOLADEX scenarios are included as well as a Lupron Quantity Discount Schedule. A convenient Price Comparison Summary accompanies each case which captures the affects of possible ZENECA options and the net difference per-unit. The volume discount schedules for ZOLADEX and Lupron do not match, therefore the spreadsheet has been programmed to compare the two products equally at each volume level. For example, TAP offers no volume discount for 1-11 units while ZENECA offers a 6% discount at 6 units. The spreadsheet calculates the value for both products at each level based on discount for each to arrive at an equal comparison. The same circumstance exists at the maximum volume discount level where TAP offers an additional tier. The same method is used to calculate the per-unit return for ZOLADEX at this level to make a valid comparison.

14-01-0223

HIGHLY CONFIDENTIAL

AZ0237143

**Scenario 1 - Current View/Base Case**

- AWP and AWC price for Lupron includes recent 3.9% price increase
- Both ZOLADEX and Lupron have a 25% spread between AWP and AWC
- ZOLADEX AWP and AWC represent current view
- ZOLADEX delivers less return to practice at each volume discount level including the maximum level
- ZOLADEX is unfavorable by a minimum of $4.94 per unit up to a maximum of $23.54 per unit (based on the higher 15% for 200+ units).
- A 72 unit per order account (our current maximum discount level) can potentially earn an additional $4,562 per year by choosing Lupron

Under current conditions Zeneca is not competitive and it will be difficult to counter TAP.

**Scenario 2 - Recommended Case-Split Percentage Price Increase/Modest Volume Discount Increase**

- Raise ZOLADEX AWP by 8.2% and AWC by 4.2%
- Increase the ZOLADEX Volume Discount Table to 22% (from 20%) for 200+ units
- Creates a 30% spread between AWP and AWC which leverages reimbursement
- Provides a competitive discount schedule which results in a favorable per-unit return to practice at all discount levels.
- When the 2% terms are subtracted, ZOLADEX per-unit return to practice is unfavorable at the lower volume discount levels by a few dollars but favorable at the higher volume discount levels.
- Medicare reimbursement will increase for ZOLADEX to $310.96 but the dollar amount will be $86.64 below LUPRON reimbursement of $397.00
- Medicare recipients will have a slightly higher ZOLADEX co-pay of $77.59 but this figure is $21.66 below Lupron's co-pay of $99.25.

This is the recommended course of action. By adopting this plan, it will cost ZENECA less in overall discounts to remain competitive (as demonstrated by Scenario 4), exact a 4.2% price increase at AWC which is the benchmark for payment, and deliver a per-unit return to practice in excess of what Lupron's current scheme can deliver.

It is expected that TAP will eventually figure out this move. However, we believe it will take them longer to do so and their options to respond will be painful as they will ultimately be required to deliver additional economic value, not just at the higher volume level, but at all discount tiers. This scenario brings back into balance the economic factors between ZOLADEX and Lupron. This option does carry the risk that TAP will respond, however since this move helps ZOLADEX "stay" competitive we do not believe that this will force TAP into an aggressive counter move.

14-01-0224

HIGHLY CONFIDENTIAL

AZ0237144

**Scenario 3 - Standard Price Increase/Modest Volume Discount**

- Respond to TAP recent price increase by taking a standard 4.2% ZOLADEX price increase for both AWP and AWC
- Respond to TAPs new 15% for 200+ units by increasing the current ZOLADEX volume discount schedule by 2% to 22%.
- ZOLADEX per-unit return is unfavorable at each discount level except 72-100. This is a function of ZENECA offering a higher discount for lower volume than TAP does at the 72 unit level.

Given that at each discount level ZOLADEX will be unfavorable, this response will increase price for current business but does not provide enough incentive for non-ZOLADEX accounts to convert.

**Scenario 4 - Standard Price Increase/Higher Volume Discount**

- Respond to TAP recent price increase by taking a standard 4.2% ZOLADEX price increase for both AWP and AWC
- Respond to TAPs new 15% for 200+ units by increasing the current ZOLADEX volume discount schedule by 6% to 26%.
- ZOLADEX per-unit return is unfavorable at each discount level except 72-100. This is a function of ZENECA offering a higher discount for lower volume than TAP does at the 72 unit level.
- Since the change to the discount schedule only affects the highest tier, the Difference Per-Unit at this level is reduced to 36 cents. However, the difference at the lower discount levels is still unfavorable to ZOLADEX to a degree that will be difficult to overcome.

**Price Increase Timing**

We would recommend the Zoladex price increase to occur January 15, 1996 with notification of the Redbook on or before December 15, 1995 for placement in the January edition of the Redbook. It is imperative that we get our price increase into the January Redbook, because the Regional Medicare Carriers typically will change their reimbursement for products based on the January and July Redbooks. This will ensure that we are not at a competitive disadvantage to TAP when physicians file for reimbursement as we were in 1995.

Notification of wholesalers and physicians of the January 15, 1996 price increase would occur on January 2, 1996. Currently, TAP allows customers to purchase as much Lupron 1 month before their price increase. In order to somewhat meet competition we need to allow the physician offices to purchase an average of 1 month purchase of Zoladex 2 weeks before our new price goes into effect. Wholesalers would be allowed to buy an average 2 weeks supply.

14-01-0225

HIGHLY CONFIDENTIAL

AZ0237145

**Risk Assessment of 200+ Depot Discount to Present Business**

Currently, there are no ZOLADEX accounts that could purchase 200 depots per month with an annual total purchase of 2400 depots. The largest accounts are as follows:

|                              | Annual ZOLADEX Sales |
| ---------------------------- | -------------------- |
| Northeast Indiana Urology    | 1953                 |
| Urology Assoc. Philadelphia  | 1836                 |
| Centers for Urologic Care    | 1345                 |
| Pasadena Urological          | 1106                 |
| Bend Urology Group           | 1032                 |

Since we have no accounts that can purchase 2400 depots annually, there is an opportunity to now compete on an equal level with TAP and to potentially gain new business.

There is the potential for shifting of depot ordering to take advantage of this extra discount level. We have seen some with the last quantity discount tiering, but to a minor degree, 3-4%. If you take a very conservative approach and say that any account that could purchase 200 depots in a 4 month period may have a potential to shift ordering patterns, we currently have 18 accounts that can order 600 depots or more per year. (since offices have 90 days from the time of purchase to pay in full, the 200 depots in 4 months represents a realistic worse case scenario). As you can see the downside to adding this layer of discount is small.

As with the last addition of discounts implemented at the end of March 1995, there is little exposure to loss of revenue and a much larger potential for new business as more and more Urology Groups form. It is important that we remain competitive in this market and to try to move accounts before the launch of ZOLADEX 10.8 mg.

A copy of this document has been submitted to Legal for review. Since the recommendation is a departure from past practices it seemed prudent to seek a formal opinion. We anticipate that there will be questions regarding impact on Medicare and this is covered in the spreadsheet analysis to our satisfaction.

Regards,

Steve Buckanavage
Group Manager, Market Strategy &
Contract Operations

Tom Chen
Associate Promotions Manager
ZOLADEX Marketing Team

14-01-0226

HIGHLY CONFIDENTIAL

AZ0237146

11/2/95

## Lupron (luprolide) 7.5 mg Quantity Discount Schedule

| AWP | AWC | Spread |
|---|---|---|
| $496.25 | $397.00 | 25% |

| Minimum QTY Per Order | Maximum QTY Per Order | Volume Discount % | Volume Discount $ | Reimbursement (AWP - X %) 20% | Gross Profit | Patient Co-Pay | Return Per Unit | Total Return @ Max Vol. |
|---|---|---|---|---|---|---|---|---|
| 1 | 11 | 0% | $397.00 | $397.00 | $0.00 | $99.25 | $99.25 | $1,091.75 |
| 12 | 23 | 3% | $385.09 | $397.00 | $11.91 | $99.25 | $111.16 | $2,556.68 |
| 24 | 47 | 5% | $377.15 | $397.00 | $19.85 | $99.25 | $119.10 | $5,597.70 |
| 48 | 59 | 7% | $369.21 | $397.00 | $27.79 | $99.25 | $127.04 | $7,495.36 |
| 60 | 71 | 9% | $361.27 | $397.00 | $35.73 | $99.25 | $134.98 | $9,583.58 |
| 72 | 100 | 10% | $357.30 | $397.00 | $39.70 | $99.25 | $138.95 | $13,895.00 |
| 101 | 199 | 11% | $353.33 | $397.00 | $43.67 | $99.25 | $142.92 | $28,441.08 |
| | 200 | 15% | $339.04 | $397.00 | $57.96 | $99.25 | $157.21 | $31,442.40 |

| Pricing Impact Scenarios | |
|---|---|
| AWP | AWC |
| 0.0% | 0.0% |

Includes November 1, 1995 AWP + AWC price increase (3.9%) reported in field reports of TAP bids beyond the previous $266-95

*One additional volume discount level calculated based on field reports of TAP bids beyond the previous @MAX 11%.

ZOLAUX.XLS

14-01-0227

HIGHLY CONFIDENTIAL

AZ0237147

| ZOLADEX Price Comparison Summary Current View | | | |
|---|---|---|---|
| | AWP | AWC | Spread |
| Lupron Price Change | $496.25 0.0% | $397.00 0.0% | 25% |
| ZOLADEX Price Change | $358.55 0.0% | $286.84 0.0% | 25% |
| Order Quantity | Lupron Profit P/U | ZOLADEX Profit P/U | Difference P/U |
| 1-5 | $99.25 | $77.45 | ($21.80) |
| 6-11 | $99.25 | $94.31 | ($4.94) |
| 12-23 | $111.16 | $102.75 | ($8.41) |
| 24-47 | $119.10 | $111.18 | ($7.92) |
| 48-59 | $127.04 | $119.61 | ($7.43) |
| 60-71 | $134.98 | $128.05 | ($6.93) |
| 72+(100) | $138.95 | $133.67 | ($5.28) |
| 101-199 | $142.92 | $133.67 | ($9.25) |
| 200+ | $157.21 | $133.67 | ($23.54) |
| Max Quantity Discount | 15% | 20% | |

ZOLADX.XLS

11/3/95

HIGHLY CONFIDENTIAL

14-01-0228

AZ0237148

## ZOLADEX (Goserelin Acetate Implant) 3.6 mg Quantity Discount Schedule

| AWP | AWC | Spread |
|---|---|---|
| $358.55 | $286.84 | 25% |

**Pricing Impact Scenarios**

| AWP | 0.0% |
|---|---|
| AWC | 0.0% |

| Minimum QTY Per Order | Maximum QTY Per Order | Volume Discount % | Volume Discount $ | Reimbursement (AWP - X %) 20% | Gross Profit Per Unit | Patient Co-Pay | Terms Benefit (2%/30/N90) | Return Per Unit | Total Return @ Max Vol. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 0% | $286.84 | $286.84 | $0.00 | $71.71 | $5.74 | $77.45 | $387.23 |
| 6 | 11 | 6% | $269.63 | $286.84 | $17.21 | $71.71 | $5.39 | $94.31 | $1,037.44 |
| 12 | 23 | 9% | $261.02 | $286.84 | $25.82 | $71.71 | $5.22 | $102.75 | $2,363.16 |
| 24 | 47 | 12% | $252.42 | $286.84 | $34.42 | $71.71 | $5.05 | $111.18 | $5,225.42 |
| 48 | 59 | 15% | $243.81 | $286.84 | $43.03 | $71.71 | $4.88 | $119.61 | $7,057.12 |
| 60 | 71 | 18% | $235.21 | $286.84 | $51.63 | $71.71 | $4.70 | $128.05 | $9,091.22 |
| 72 | 199 | 20% | $229.47 | $286.84 | $57.37 | $71.71 | $4.59 | $133.67 | $26,599.82 |
| | 200 | 20% | $229.47 | $286.84 | $57.37 | $71.71 | $4.59 | $133.67 | $26,733.49 |

One additional volume discount level calculated based on consumer-level reports of TAP bids beyond the product @MAX 11%.

11/0/95

ZOLADX.XLS

14-01-0229

HIGHLY CONFIDENTIAL

AZ0237149

11/3/95

## ZOLADEX (Goserelin Acetate Implant) 3.6 mg Profit Calculation

| AWP | AWG | Spread |
|---|---|---|
| $358.55 | $286.84 | 25% |

**Pricing Impact Scenarios**

| AWG | 0.0% |
|---|---|
| AWP | 0.0% |

| Quantity Per Month | Volume Discount % | Volume Discount $ | Transfer Price P/U 1996 | Local Margin Per Unit | Local Margin @MAX Units | Local Margin Percent |
|---|---|---|---|---|---|---|
| 1-5 | 0% | $286.84 | $127.53 | $159.31 | $796.55 | 56% |
| 6-11 | 6% | $269.63 | $127.53 | $142.10 | $1,563.10 | 53% |
| 12-23 | 9% | $261.02 | $127.53 | $133.49 | $3,070.37 | 51% |
| 24-47 | 12% | $252.42 | $127.53 | $124.89 | $5,869.79 | 49% |
| 48-59 | 15% | $243.81 | $127.53 | $116.28 | $6,860.76 | 48% |
| 60-71 | 18% | $235.21 | $127.53 | $107.68 | $7,645.19 | 46% |
| 72-199* | 20% | $229.47 | $127.53 | $101.94 | $20,286.46 | 44% |
| 200+ | 20% | $229.47 | $127.53 | $101.94 | $20,388.40 | 44% |

Profit calcualtions based on 1-month depot
1996 transfer price used in calculations

ZOLADX.XLS

14-01-0230

HIGHLY CONFIDENTIAL

AZ0237150

| | ZOLADEX | | | LUPRON | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Quantity Per Order | Return Per Unit | Total Return @ Max Vol. | Quantity Per Order | Return Per Unit | Total Return @ Max Vol. | Per Unit Return Vs. Zol. | Total Return Vs. Zol | Percent Per Unit (AWC) | Percent Benefit Vs. Lupron |
| 1-5 | $77.45 | $387.23 | 1-5 | $99.25 | $496.25 | ($21.80) | ($109.02) | -7.6% | -5.49% |
| 6-11 | $94.31 | $1,037.44 | 6-11 | $99.25 | $1,091.75 | ($4.94) | ($54.31) | -1.7% | -1.24% |
| 12-23 | $102.75 | $2,363.16 | 12-23 | $111.16 | $2,556.68 | ($8.41) | ($193.52) | -2.9% | -2.12% |
| 24-47 | $111.18 | $5,225.42 | 24-47 | $119.10 | $5,597.70 | ($7.92) | ($372.28) | -2.6% | -2.00% |
| 48-59 | $119.61 | $7,057.12 | 48-59 | $127.04 | $7,495.36 | ($7.43) | ($438.24) | -2.6% | -1.87% |
| 60-71 | $128.05 | $9,091.22 | 60-71 | $134.98 | $9,583.58 | ($6.93) | ($492.36) | -2.4% | -1.75% |
| 72+(100) | $133.67 | $13,366.74 | 72-100 | $138.95 | $13,895.00 | ($5.28) | ($528.26) | -1.8% | -1.33% |
| 101-199 | $133.67 | $26,599.82 | 101-199 | $142.92 | $28,441.08 | ($9.25) | ($1,841.26) | -3.2% | -2.33% |
| 200+ | $133.67 | $26,733.49 | 200+ | $157.21 | $31,442.40 | ($23.54) | ($4,708.91) | -8.2% | -5.93% |

| ZOLADEX | | LUPRON | | | Per Unit Return W/O 2% | Percent Per Unit W/O 2% (AWC) | Percent Benefit w/o 2% Vs. Lupron |
|---|---|---|---|---|---|---|---|
| AWP | AWC | AWP | AWC | Percent Max. Discount | | | |
| 0.0% | 0.0% | 0.0% | 0.0% | 20% | ($27.54) | -9.6% | -6.94% |
| | | | | | ($22.24) | -7.8% | -5.60% |
| | | | | | ($21.57) | -7.5% | -5.43% |
| | | | | | ($20.91) | -7.3% | -5.27% |
| | | | | | ($20.24) | -7.1% | -5.10% |
| | | | | | ($15.61) | -5.4% | -3.93% |
| | | | | | ($13.84) | -4.8% | -3.49% |
| | | | | | ($28.13) | -9.8% | -7.09% |

11/3/95

ZOLADX.XLS

14-01-0231

HIGHLY CONFIDENTIAL

AZ0237151

| ZOLADEX Price Comparison Summary | | | |
|---|---|---|---|
| Recommendation/Differential Price/Modest Vol. Discount | | | |
|  | AWP | AWC | Spread |
| Lupron Price Change | $496.25 0.0% | $397.00 0.0% | 25% |
| ZOLADEX Price Change | $387.95 8.2% | $298.89 4.2% | 30% |
| Order Quantity | Lupron Profit P/U | ZOLADEX Profit P/U | Difference P/U |
| 1-5 | $99.25 | $95.04 | ($4.21) |
| 6-11 | $99.25 | $112.62 | $13.37 |
| 12-23 | $111.16 | $121.40 | $10.24 |
| 24-47 | $119.10 | $130.19 | $11.09 |
| 48-59 | $127.04 | $138.98 | $11.94 |
| 60-71 | $134.98 | $147.77 | $12.79 |
| 72+(100) | $138.95 | $153.62 | $14.67 |
| 101-199 | $142.92 | $153.62 | $10.70 |
| 200+ | $157.21 | $159.48 | $2.27 |
| Max Quantity Discount | 15% | 22% | |

ZOLADX.XLS

11/3/95

14-01-0232

HIGHLY CONFIDENTIAL

AZ0237152

## ZOLADEX (Goserelin Acetate Implant) 3.6 mg Quantity Discount Schedule

| AWP | AWC | Spread |
|---|---|---|
| $387.95 | $298.89 | 30% |

Pricing Impact Scenarios
| AWP | 8.2% |
|---|---|
| AWC | 42% |

| Minimum QTY Per Order | Maximum QTY Per Order | Volume Discount % | Volume Discount $ | Reimbursement (AWP - X %) 20% | Gross Profit Per Unit | Patient Co-Pay | Terms Benefit (2%/30/N90) | Return Per Unit | Total Return @ Max Vol. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 0% | $298.89 | $310.36 | $11.47 | $77.59 | $5.98 | $95.04 | $475.21 |
| 6 | 11 | 6% | $280.95 | $310.36 | $29.41 | $77.59 | $5.62 | $112.62 | $1,238.78 |
| 12 | 23 | 9% | $271.99 | $310.36 | $38.37 | $77.59 | $5.44 | $121.40 | $2,792.28 |
| 24 | 47 | 12% | $263.02 | $310.36 | $47.34 | $77.59 | $5.26 | $130.19 | $6,118.96 |
| 48 | 59 | 15% | $254.05 | $310.36 | $56.31 | $77.59 | $5.08 | $138.98 | $8,199.70 |
| 60 | 71 | 18% | $245.09 | $310.36 | $65.27 | $77.59 | $4.90 | $147.77 | $10,491.34 |
| 72 | 199 | 20% | $239.11 | $310.36 | $71.25 | $77.59 | $4.78 | $153.62 | $30,571.07 |
| 200 | | 22% | $233.13 | $310.36 | $77.23 | $77.59 | $4.66 | $159.48 | $31,896.33 |

*One additional volume discount level calculated based on unconfirmed total reports of TAP being beyond the previous @MAX 11%.

11/0/95

ZOLADX.XLS

14-01-0233

HIGHLY CONFIDENTIAL

AZ0237153

11/3/95

## ZOLADEX (Goserelin Acetate Implant) 3.6 mg Profit Calculation

| AWP | AWC | Spread |
|---|---|---|
| $387.95 | $298.89 | 30% |

| Quantity Per Month | Volume Discount % | Volume Discount $ | Transfer Price P/U 1996 | Local Margin Per Unit | Local Margin @MAX Units | Local Margin Percent |
|---|---|---|---|---|---|---|
| 1-5 | 0% | $298.89 | $127.53 | $171.36 | $856.79 | 57% |
| 6-11 | 6% | $280.95 | $127.53 | $153.42 | $1,687.66 | 55% |
| 12-23 | 9% | $271.99 | $127.53 | $144.46 | $3,322.52 | 53% |
| 24-47 | 12% | $263.02 | $127.53 | $135.49 | $6,369.07 | 52% |
| 48-59 | 15% | $254.05 | $127.53 | $126.52 | $7,464.93 | 50% |
| 60-71 | 18% | $245.09 | $127.53 | $117.56 | $8,346.59 | 48% |
| 72-199* | 20% | $239.11 | $127.53 | $111.58 | $22,204.38 | 47% |
| 200+* | 22% | $233.13 | $127.53 | $105.60 | $21,120.42 | 45% |

*Profit calculations based on 1-month depot
1996 transfer price used in calculations

| Pricing Impact Scenarios | |
|---|---|
| AWP | AWC |
| 8.2% | 4.2% |

ZOLADX.XLS

14-01-0234

HIGHLY CONFIDENTIAL

AZ0237154

11/3/95

| ZOLADEX | | | LUPRON | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Quantity Per Order | Return Per Unit | Total Return @ Max Vol. | Quantity Per Order | Return Per Unit | Total Return @ Max Vol. | Per Unit Return Vs. Zol. | Total Return Vs. Zol | Percent Per Unit (AWC) | Percent Benefit Vs. Lupron |
| 1-5 | $95.04 | $475.21 | 1-5 | $99.25 | $496.25 | ($4.21) | ($21.04) | -1.4% | -1.06% |
| 6-11 | $112.62 | $1,238.78 | 6-11 | $99.25 | $1,091.75 | $13.37 | $147.03 | 4.5% | 3.37% |
| 12-23 | $121.40 | $2,792.28 | 12-23 | $111.16 | $2,556.68 | $10.24 | $235.60 | 3.4% | 2.56% |
| 24-47 | $130.19 | $6,118.96 | 24-47 | $119.10 | $5,597.70 | $11.09 | $521.26 | 3.7% | 2.79% |
| 48-59 | $138.98 | $8,199.70 | 48-59 | $127.04 | $7,495.36 | $11.94 | $704.34 | 4.0% | 3.01% |
| 60-71 | $147.77 | $10,491.34 | 60-71 | $134.98 | $9,583.58 | $12.79 | $907.76 | 4.3% | 3.22% |
| 72+(100) | $153.62 | $15,362.35 | 72-100 | $138.95 | $13,895.00 | $14.67 | $1,467.35 | 4.9% | 3.70% |
| 101-199 | $153.62 | $30,571.07 | 101-199 | $142.92 | $28,441.08 | $10.70 | $2,129.99 | 3.6% | 2.70% |
| 200+ | $159.48 | $31,896.33 | 200+ | $157.21 | $31,442.40 | $2.27 | $453.93 | 0.8% | 0.57% |

| Per Unit Return W/O 2% | Percent Per Unit W/O 2% (AWC) | Percent Benefit w/o 2% Vs. Lupron |
|---|---|---|
| ($10.19) | -3.4% | -2.57% |
| ($4.16) | -1.4% | -1.05% |
| ($3.14) | -1.0% | -0.79% |
| ($2.11) | -0.7% | -0.53% |
| ($1.08) | -0.4% | -0.27% |
| $3.91 | 1.3% | 0.99% |
| $5.92 | 2.0% | 1.49% |
| ($2.39) | -0.8% | -0.60% |

| ZOLADEX | | |
|---|---|---|
| AWP | AWG | Percent Max. Discount |
| 8.2% | 4.2% | 22% |

ZOLADX.XLS

14-01-0235

HIGHLY CONFIDENTIAL

AZ0237155

| ZOLADEX Price Comparison Summary Standard Price Increase/Modest Volume Discount | | | |
|---|---|---|---|
| | AWP | AWC | Spread |
| Lupron Price Change | $496.25 0.0% | $397.00 0.0% | 25% |
| ZOLADEX Price Change | $373.61 4.2% | $298.89 4.2% | 25% |
| Order Quantity | Lupron Profit P/U | ZOLADEX Profit P/U | Difference P/U |
| 1-5 | $99.25 | $80.70 | ($18.55) |
| 6-11 | $99.25 | $98.27 | ($0.98) |
| 12-23 | $111.16 | $107.06 | ($4.10) |
| 24-47 | $119.10 | $115.85 | ($3.25) |
| 48-59 | $127.04 | $124.64 | ($2.40) |
| 60-71 | $134.98 | $133.42 | ($1.56) |
| 72+(100) | $138.95 | $139.28 | $0.33 |
| 101-199 | $142.92 | $139.28 | ($3.64) |
| 200+ | $157.21 | $145.14 | ($12.07) |
| Max Quantity Discount | 15% | 22% | |

ZOLADX.XLS

HIGHLY CONFIDENTIAL

AZ0237156

## ZOLADEX (Goserelin Acetate Implant) 3.6 mg Quantity Discount Schedule

| AWP | AWG | Spread |
|---|---|---|
| $373.61 | $298.89 | 25% |

| Minimum QTY Per Order | Maximum QTY Per Order | Volume Discount % | Volume Discount $ | Reimbursement (AWP - X %) 20% | Gross Profit Per Unit | Patient Co-Pay | Terms Benefit (2%,30;N90) | Return Per Unit | Total Return @ Max Vol. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 0% | $298.89 | $298.89 | $0.00 | $74.72 | $5.98 | $90.70 | $403.50 |
| 6 | 11 | 6% | $280.95 | $298.89 | $17.93 | $74.72 | $5.62 | $98.27 | $1,081.02 |
| 12 | 23 | 9% | $271.99 | $298.89 | $26.90 | $74.72 | $5.44 | $107.06 | $2,462.41 |
| 24 | 47 | 12% | $263.02 | $298.89 | $35.87 | $74.72 | $5.26 | $115.85 | $5,444.89 |
| 48 | 59 | 15% | $254.05 | $298.89 | $44.83 | $74.72 | $5.08 | $124.64 | $7,353.52 |
| 60 | 71 | 18% | $245.09 | $298.89 | $53.80 | $74.72 | $4.90 | $133.42 | $9,473.05 |
| 72 | 199 | 20% | $239.11 | $298.89 | $59.78 | $74.72 | $4.78 | $139.28 | $27,711.01 |
| | 200 | 22% | $233.13 | $298.89 | $65.76 | $74.72 | $4.66 | $145.14 | $29,027.93 |

One additional volume discount level calculated based on assumed field reports of TAP HIA beyond the previous @ MAX 11%

**Pricing Impact Scenarios**

| AWP | 4.2% |
|---|---|
| AWG | 4.2% |

ZOLADX.XLS

14-01-0237

HIGHLY CONFIDENTIAL

AZ0237157

11/3/95

## ZOLADEX (Goserelin Acetate Implant) 3.6 mg Profit Calculation

| AWP | AWC | Spread | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| $373.61 | $298.89 | 25% | | | | | | | |

| | | Quantity Per Month | Volume Discount % | Volume Discount $ | Transfer Price P/U 1996 | Local Margin Per Unit | Local Margin @MAX Units | Local Margin Percent |
|---|---|---|---|---|---|---|---|---|
| | | 1-5 | 0% | $298.89 | $127.53 | $171.36 | $856.79 | 57% |
| | | 6-11 | 6% | $280.95 | $127.53 | $153.42 | $1,687.66 | 55% |
| | | 12-23 | 9% | $271.99 | $127.53 | $144.46 | $3,322.52 | 53% |
| | | 24-47 | 12% | $263.02 | $127.53 | $135.49 | $6,368.07 | 52% |
| | | 48-59 | 15% | $254.05 | $127.53 | $126.52 | $7,464.93 | 50% |
| | | 60-71 | 18% | $245.09 | $127.53 | $117.56 | $8,346.59 | 48% |
| | | 72-199* | 20% | $239.11 | $127.53 | $111.58 | $22,204.38 | 47% |
| | | 200+ | 22% | $233.13 | $127.53 | $105.60 | $21,120.42 | 45% |

Profit calculations based on 1-month depot
1996 transfer price used in calculations

| Pricing Impact Scenarios | |
|---|---|
| AWP | AWC |
| 4.2% | 4.2% |

ZOLADX.XLS

14-01-0238

HIGHLY CONFIDENTIAL

AZ0237158

| ZOLADEX | | | LUPRON | | | Per Unit Return Vs. Zol. | Total Return Vs. Zol. | Percent Per Unit (AWC) | Percent Benefit Vs. Lupron |
|---|---|---|---|---|---|---|---|---|---|
| Quantity Per Order | Return Per Unit | Total Return @ Max Vol. | Quantity Per Order | Return Per Unit | Total Return @ Max Vol. | | | | |
| 1-5 | $80.70 | $403.50 | 1-5 | $99.25 | $496.25 | ($18.55) | ($92.75) | -6.2% | -4.67% |
| 6-11 | $98.27 | $1,081.02 | 6-11 | $99.25 | $1,091.75 | ($0.98) | ($10.73) | -0.3% | -0.25% |
| 12-23 | $107.06 | $2,462.41 | 12-23 | $111.16 | $2,556.68 | ($4.10) | ($94.27) | -1.4% | -1.03% |
| 24-47 | $115.85 | $5,444.89 | 24-47 | $119.10 | $5,597.70 | ($3.25) | ($152.81) | -1.1% | -0.82% |
| 48-59 | $124.64 | $7,353.52 | 48-59 | $127.04 | $7,495.36 | ($2.40) | ($141.84) | -0.8% | -0.61% |
| 60-71 | $133.42 | $9,473.05 | 60-71 | $134.98 | $9,583.58 | ($1.56) | ($110.53) | -0.5% | -0.39% |
| 72+(100) | $139.28 | $13,928.15 | 72-100 | $138.95 | $13,895.00 | $0.33 | $33.15 | 0.1% | 0.08% |
| 101-199 | $139.28 | $27,717.01 | 101-199 | $142.92 | $28,441.08 | ($3.64) | ($724.07) | -1.2% | -0.92% |
| 200+ | $145.14 | $29,027.93 | 200+ | $157.21 | $31,442.40 | ($12.07) | ($2,414.47) | -4.0% | -3.04% |

| Per Unit Return W/O 2% | Percent Per Unit W/O 2% (AWC) | Percent Benefit w/o 2% Vs. Lupron |
|---|---|---|
| ($24.53) | -8.2% | -6.18% |
| ($18.50) | -6.2% | -4.66% |
| ($17.48) | -5.8% | -4.40% |
| ($16.45) | -5.5% | -4.14% |
| ($15.43) | -5.2% | -3.89% |
| ($10.43) | -3.5% | -2.63% |
| ($8.42) | -2.8% | -2.12% |
| ($16.73) | -5.6% | -4.22% |

| | ZOLADEX | | Percent Max. Discount |
|---|---|---|---|
| | AWP | AWC | |
| | 4.2% | 4.2% | 22% |

11/2/95

ZOLADXX.XLS

14-01-0239

HIGHLY CONFIDENTIAL

| ZOLADEX Price Comparison Summary<br>Standard Price Increase/Higher Volume Discount | | | |
| --- | --- | --- | --- |
| | AWP | AWC | Spread |
| Lupron<br>Price Change | $496.25<br>0.0% | $397.00<br>0.0% | 25% |
| ZOLADEX<br>Price Change | $373.61<br>4.2% | $298.89<br>4.2% | 25% |
| Order Quantity | Lupron<br>Profit P/U | ZOLADEX<br>Profit P/U | Difference<br>P/U |
| 1-5 | $99.25 | $80.70 | ($18.55) |
| 6-11 | $99.25 | $98.27 | ($0.98) |
| 12-23 | $111.16 | $107.06 | ($4.10) |
| 24-47 | $119.10 | $115.85 | ($3.25) |
| 48-59 | $127.04 | $124.64 | ($2.40) |
| 60-71 | $134.98 | $133.42 | ($1.56) |
| 72+(100) | $138.95 | $139.28 | $0.33 |
| 101-199 | $142.92 | $139.28 | ($3.64) |
| 200+ | $157.21 | $156.86 | ($0.36) |
| Max Quantity Discount | 15% | 26% | |

ZOLADX.XLS

11/3/95

14-01-0240

HIGHLY CONFIDENTIAL

AZ0237160-

## ZOLADEX (Goserelin Acetate Implant) 3.6 mg Quantity Discount Schedule

| AWP | AWG | Spread |
|---|---|---|
| $373.61 | $298.89 | 25% |

**Pricing Impact Scenarios**

| AWP | AWG |
|---|---|
| 4.2% | 4.2% |

| Minimum QTY Per Order | Maximum QTY Per Order | Volume Discount % | Volume Discount $ | Reimbursement (AWP - X %) 20% | Gross Profit Per Unit | Patient Co-Pay | Terms Benefit (2%/30/N30) | Return Per Unit | Total Return @ Max Vol. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 0% | $298.89 | $298.89 | $0.00 | $74.72 | $5.98 | $80.70 | $403.50 |
| 6 | 11 | 6% | $280.95 | $298.89 | $17.93 | $74.72 | $5.62 | $98.27 | $1,081.02 |
| 12 | 23 | 9% | $271.99 | $298.89 | $26.90 | $74.72 | $5.44 | $107.06 | $2,462.41 |
| 24 | 47 | 12% | $263.02 | $298.89 | $35.87 | $74.72 | $5.26 | $115.85 | $5,444.89 |
| 48 | 59 | 15% | $254.05 | $298.89 | $44.83 | $74.72 | $5.08 | $124.64 | $7,353.52 |
| 60 | 71 | 18% | $245.09 | $298.89 | $53.80 | $74.72 | $4.90 | $133.42 | $9,473.05 |
| 72 | 199 | 20% | $239.11 | $298.89 | $59.78 | $74.72 | $4.78 | $139.28 | $27,717.01 |
| | 200 | 26% | $221.18 | $298.89 | $77.71 | $74.72 | $4.42 | $156.86 | $31,371.21 |

*One additional volume discount level calculated based on unconfirmed field reports of TAP help beyond the previous @MAX 11%.

ZOLADX.XLS

11/3/95

14-01-0241

HIGHLY CONFIDENTIAL

AZ0237161.

11/3/95

## ZOLADEX (Goserelin Acetate Implant) 3.6 mg Profit Calculation

| AWP | AWC | Spread |
|---|---|---|
| $373.61 | $298.89 | 25% |

Pricing Impact Scenarios
AWP.    AWC
4.2%    4.2%

| Quantity Per Month | Volume Discount % | Volume Discount $ | Transfer Price P/U 1996 | Local Margin Per Unit | Local Margin @MAX Units | Local Margin Percent |
|---|---|---|---|---|---|---|
| 1-5 | 0% | $298.89 | $127.53 | $171.36 | $856.79 | 57% |
| 6-11 | 6% | $280.95 | $127.53 | $153.42 | $1,607.66 | 55% |
| 12-23 | 9% | $271.99 | $127.53 | $144.46 | $3,322.52 | 53% |
| 24-47 | 12% | $263.02 | $127.53 | $135.49 | $6,368.07 | 52% |
| 48-59 | 15% | $254.05 | $127.53 | $126.52 | $7,464.93 | 50% |
| 60-71 | 18% | $245.09 | $127.53 | $117.56 | $8,346.59 | 48% |
| 72-199* | 20% | $239.11 | $127.53 | $111.58 | $22,204.38 | 47% |
| 200+* | 26% | $221.18 | $127.53 | $93.65 | $18,729.32 | 42% |

Profit calculations based on 1-month depot
1996 transfer price used in calculations

ZOLADX.XLS

14-01-0242

HIGHLY CONFIDENTIAL                                    AZ0237162

| ZOLADEX | | | LUPRON | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Quantity Per Order | Return Per Unit | Total Return @ Max Vol. | Quantity Per Order | Return Per Unit | Total Return @ Max Vol. | Per Unit Return Vs. Zol. | Total Return Vs. Zol | Percent Per Unit (AWC) | Percent Benefit Vs. Lupron |
| 1-5 | $80.70 | $403.50 | 1-5 | $99.25 | $496.25 | ($18.55) | ($92.75) | -6.2% | -4.67% |
| 6-11 | $98.27 | $1,081.02 | 6-11 | $99.25 | $1,091.75 | ($0.98) | ($10.73) | -0.3% | -0.25% |
| 12-23 | $107.06 | $2,462.41 | 12-23 | $111.16 | $2,556.68 | ($4.10) | ($94.27) | -1.4% | -1.03% |
| 24-47 | $115.85 | $5,444.89 | 24-47 | $119.10 | $5,597.70 | ($3.25) | ($152.81) | -1.1% | -0.82% |
| 48-59 | $124.64 | $7,353.52 | 48-59 | $127.04 | $7,495.36 | ($2.40) | ($141.84) | -0.8% | -0.61% |
| 60-71 | $133.42 | $9,473.05 | 60-71 | $134.98 | $9,503.58 | ($1.56) | ($110.53) | -0.5% | -0.39% |
| 72+(100) | $139.28 | $13,928.15 | 72-100 | $138.95 | $13,895.00 | $0.33 | $33.15 | 0.1% | 0.08% |
| 101-199 | $139.28 | $27,717.01 | 101-199 | $142.92 | $28,441.08 | ($3.64) | ($724.07) | -1.2% | -0.92% |
| 200+ | $156.86 | $31,371.21 | 200+ | $157.21 | $31,442.40 | ($0.36) | ($71.19) | -0.1% | -0.09% |

| ZOLADEX | | |
|---|---|---|
| AWP | AWC | Percent Max. Discount |
| 4.2% | 4.2% | 26% |

| Per Unit Return W/O 2% | Percent Per Unit W/O 2% (AWC) | Percent Benefit w/o 2% Vs. Lupron |
|---|---|---|
| ($24.53) | -8.2% | -6.18% |
| ($18.50) | -6.2% | -4.66% |
| ($17.48) | -5.8% | -4.40% |
| ($16.45) | -5.5% | -4.14% |
| ($15.43) | -5.2% | -3.89% |
| ($10.43) | -3.5% | -2.63% |
| ($8.42) | -2.8% | -2.12% |
| ($4.78) | -1.6% | -1.20% |

11/2/95

ZOLADX.XLS

14-01-0243

HIGHLY CONFIDENTIAL

AZ0237163