# Exhibit G

Page 32

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

VOLUME II

- - -

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | : | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | : | MASTER FILE NO. |
| PRICE LITIGATION | : | 01CV12257-PBS |

- - -

Continuation of the videotaped deposition of ERIK SCHULTZ was taken, pursuant to notice, at COURTYARD PHILADELPHIA AIRPORT, 8900 Bartram Avenue, Philadelphia, Pennsylvania on Thursday, February 16, 2006, beginning at 9:25 a.m., before M. Kathleen Muino, Professional Shorthand Reporter, Notary Public, and Michael Mullin, Videographer, there being present:

- - -

Erik Schultz          HIGHLY CONFIDENTIAL   February 16, 2006
                         Philadelphia, PA

Page 90

1   stuff --
2   Q.        Well --
3   A.        -- that I shouldn't be disclosing, right?
4   Q.        Let -- let -- let -- let -- let me back
5   up.  In the --
6   A.        She's going.
7   Q.        -- pricing --
8   A.        -- to slap --
9   Q.        No.  In the pricing strategy department,
10  was there a strategy for dealing with the issues
11  raised in the OIG investigation?
12  A.        No.
13  Q.        With regard to the brand team, did you
14  have an understanding of a strategy that existed
15  with respect to the OIG investigation?
16            MS. LAWSON:  Object to form.
17            MS. SCHECHTER:  Can you repeat the
18  question.
19                         - - -
20            (Whereupon, the previous question was
21  read back.)
22                         - - -

Henderson Legal Services
(202) 220-4158

77fc839b-da27-4efb-b95b-8b2285e66554

1      THE WITNESS: Could you define
2  strategy?
3  BY MR. WEXLER:
4      Q.     Sure. There was an OIG investigation
5  into some wrongdoing with respect to physician
6  sampling and other sales techniques. What was
7  being done at the company to deal with that?
8           MS. LAWSON: Object --
9  BY MR. WEXLER:
10     Q.     Outside of the legal department, I mean,
11 which --
12          MS. SCHECHTER: And do you mean --
13          THE WITNESS: And --
14          MS. SCHECHTER: -- now --
15          THE WITNESS: -- specifically --
16          MS. SCHECHTER: -- specifically --
17          THE WITNESS: -- the brand --
18          MS. SCHECHTER: -- brand --
19          THE WITNESS: -- team, right?
20 BY MR. WEXLER:
21     Q.     Well, we'll start with the brand team,
22 yeah.

Page 92

1   A.     Sort of begging for the other question,
2   wasn't I?  The brand team took a conservative
3   stance.  I don't believe that really defines a
4   strategy.  That's the best answer I can give you.
5   Q.     And what do you mean by conservative
6   stance?
7   A.     They didn't want to piss anyone off
8   further.  They knew they were under scrutiny.  Lay
9   low.  I can't give you specifics.
10  Q.     Now, what -- what do you mean by lay low?
11  A.     If you've never heard the term, I best --
12  I think I could only use an analogy to explain
13  what it means and I...
14  Q.     Why don't you use it.  I mean, I have
15  heard the term and I have an understanding, but I
16  think I want -- I want to have a clear
17  understanding of what you mean.  So if you want to
18  use the analogy, go ahead.
19  A.     Well, let's just say, as I mentioned,
20  they were under scrutiny, they knew they were
21  under scrutiny, there was -- they were already
22  being investigated, there were already -- well,

Page 93

1   okay.  I -- I'll -- if you got a -- you know, a
2   dog barking and running around you, you know, the
3   last thing you want to do is try and kick it.
4   It's already excited and angered, so they wanted
5   to lay low like not kicking the dog.
6       Q.      Did -- did the investigation affect what
7   you did in any way?
8       A.      Could you rephrase the question?
9       Q.      Yeah.  It -- did -- did it have any
10  impact on what you did in -- in the course of your
11  work at the company?
12      A.      Not at the time.
13      Q.      Did it at some time?
14      A.      Yes.
15      Q.      At what time?
16      A.      In later years, when they wanted to --
17  they looked at changing the price.  I was not
18  supportive of that.
19      Q.      Could you be more specific?  What -- what
20  do you mean they looked at changing the price?
21      A.      Oh, I believe earlier you asked about the
22  spreads and what type of -- what it would mean if

Page 94

1   you changed certain price points, and that was a
2   constant request for -- to evaluate those
3   scenarios, and I, frankly, was not very
4   cooperative in those efforts because I didn't
5   think it was a wise choice.
6   Q.      You didn't think it was a wise choice
7   vis-a-vis the OIG investigation?
8   A.      Well, just in -- I didn't agree with the
9   principle in general, and certainly the OIG
10  investigation only inflamed that because it raised
11  the likelihood that unethical actions would be
12  discovered.
13  Q.      When you say you didn't agree with the
14  principle in general, what principle are you
15  talking about?
16  A.      In paying doctors more money -- trying to
17  pay doctors more money to prescribe more product.
18  Competing on finances.  It make no sense from a
19  pricing strategy standpoint or an ethical one.
20  Q.      Did you make your views known?
21  A.      (Indicating.)
22  Q.      Did you make your views known?

1   A.    Yes.
2   Q.    To who?
3   A.    Pretty much everybody who asked me to do
4   that type of work.
5   Q.    Would that have included Mr. Freeberry?
6   A.    He never asked me. But he knew my views.
7   Q.    Who asked you to do that type of work
8   then?
9   A.    The brand teams, senior leaderships.
10  Q.    Did -- did your view prevail?
11  A.    I don't know that it was because of me,
12  but yes.
13  Q.    And what time frame are we talking about?
14  A.    The entire time I was at AstraZeneca. I
15  don't believe they ever made a change to list
16  price. We did increase the terms to physicians at
17  one point, in maybe 2004, if I remember, perhaps
18  2003, and I think they may have changed discount
19  levels towards my departure in 2005, somewhere
20  there.
21  Q.    Was the changing of discount levels and
22  increasing terms something that you objected to

1   for the ethical reasons that you described before?
2   A.       The discount levels, yes; terms, I was
3   less so opposed.
4   Q.       What do you mean by terms?
5   A.       If you put money on your credit card, you
6   have to pay it back within a certain time frame --
7   Q.       Uh-huh?
8   A.       -- as do the doctors who receive credit
9   when they purchase Zoladex.  To extend those terms
10  makes it more convenient for physicians to buy the
11  patient -- I -- the reason I objected less is
12  because it increased patient access to the drug.
13  It was also -- the competitors were providing
14  better terms, thus it was evening the playing
15  field in a way that was less related to
16  profitability than what the teams usually looked
17  at, physician profitability, I mean, of course.
18  Q.       Okay.  Could you take a look at Exhibit
19  Schultz 001
20  again and -- and -- yeah.  On the bottom right
21  hand, you'll see a number.
22  A.       One.

Erik Schultz          HIGHLY CONFIDENTIAL   February 16, 2006
                           Philadelphia, PA

Page 97

```
 1    Q.      Nah.  That's --
 2    A.      06 --
 3    Q.      (Unintelligible.)
 4    A.      -- 89 --
 5    Q.      (Unintelligible.)
 6    A.      -- 131?
 7    Q.      Yes.  Can you turn to 9133?
 8    A.      Yes.
 9    Q.      Okay.  Now, in the last paragraph, I -- I
10    -- I assume this is a description of what CMS was
11    permitting manufacturers to submit in support of a
12    higher reimbursement rate?
13    A.      It appears that way.
14    Q.      All right.  Now, in the last paragraph,
15    the second sentence says:  Manufacturer of a drug
16    may submit data and information supporting the use
17    of a different percentage of the April 1, 2003 --
18    A.      Uh-huh.
19    Q.      -- AWP?
20    A.      Uh-huh.
21    Q.      Where would the manufacturer have derived
22    the April -- or from where would the manufacturer
```