# Exhibit H

# CMS Account Team Kickoff Meeting

Monday, February 10, 2003
10:00 AM – 4:00PM
Conference Room – Rollins Auditorium 1st Floor

| ----- Proposed Agenda ----- || |
|---|---|---|
| 10:00 AM | Welcome | M. McCourt |
| 10:10 AM | Introductions | C. Maglich |
| 10:20 AM | Goals, Objectives and Responsibilities | C. Maglich |
| 10:35 AM | Overview of the Medicare Market | B. Freeman |
| 10:50 AM | Break | |
| 11:00 AM | Interacting with CMS: "Do's and Don'ts" | Bob Shaughnessy |
| 11:20 AM | Medicare Endorsed Dicount Drug Card | C. Maglich |
| 11:35 AM | Working Lunch<br>107th Congress Medicare Rx Drug Legislation<br>Pharma/Bio Individual Reaction<br>SOU Analysis – 108th Congress: What's Next? | S. McMillan |
| 12:35 PM | CBO Budgeting Process<br>Impact on CMS Decision Making Process,<br>Rules & Regs (1hr) | D. Mendelson |
| 1:30 PM | CMS: Central Operations<br>CMS Relationship To Carriers<br>CMS Relationship To Congress | B. Wren |
| 2:30 P.M. | How to Work Well With CMS | G. Whitelaw |
| 3:30 P.M. | Together Rx Card Overview | S. Dougherty |
| 3:45 PM | Brainstorming and Team Remits<br>(What Next?) | C. Maglich |
| 4:30 P.M. | Adjourn | |

HIGHLY CONFIDENTIAL                                                                                       AZ0491331

# CMS Account Team Kickoff Meeting Attendees

## ASTRAZENECA ATTENDEES W/ TITLES

| | |
|---|---|
| Michael Abens | TA Managed Care Strategy Manager |
| Jeff Alverson | Director Contract Strategy |
| Jim Brady | Sr Director Managed Care Finance |
| Miguel Cotto | Sr Medical Information Scientist |
| Todd Coyne | Area Sales Director Managed Care |
| Chip Davis | Sr Director State Government Affairs |
| Deni Deasey | Director Strategic Planning & Bus Development |
| Joe deSimone | Contract Manager, Emerging Markets |
| Sean Dougherty | Director Drug Assistance Program |
| Nancy Featherstone | Marketing Director Managed Care |
| John Freeberry | Pricing Strategy Director |
| Bob Freeman | Sr Director, Public Policy |
| Nick Harsh | National Sales Director Managed Care |
| Charles Joseph | PBM Segment Sales Director |
| Carrie Maglich | CMS Team Leader |
| Marion McCourt | VP Managed Care |
| Ken McDonough | Medical Director Managed Care |
| Steve McMillan | Sr Manager, Federal Government Affairs |
| Karen Miller | Director Allied Development |
| Ed Robinson | Sr Business Lead, State & Government |
| Kimberly Robinson | Managed Care Field Promotions Director |
| Esther Selvaggi | Sr Contract Operations Manager |
| Bob Shaughnessy | Sr Counsel |
| Rick Skelly | Managed Care Promotions Director |
| Nancy Wilkinson | Contract Strategy & Operations Director |

## CONSULTANT ATTENDEES W/ TITLES

**Dan Mendelson**
Founder Health Strategies Consultancy, a DC firm serving pharmaceutical, biotech and medical device companies on broad health policy issues including coverage and reimbursement strategies and tactics. Dan served in the Clinton White House as deputy director of OMB and was the chief health policy expert with the agency. Prior to that he was a Senior VP at Lewin & Associates. Dan is a graduate of the Kennedy School at Harvard and is an adjunct professor at Duke University.

**Robert E. Wren**
Former Director of the Office of Coverage and Eligibility Policy, Health Care Financing Administration   His distinguished career with HCFA and his knowledge of Medicare/Medicaid policy, technology assessment, organ transplantation, coding and legislative initiatives complements SMT's technology assessment programs, reimbursement and pricing strategic services, and public policy issues.

**George Whitelaw**
Founder of SMT, Inc., a NJ-based consultancy focusing on strategic pharmaceutical marketing, including direct negotiations with CMS and its fiscal intermediaries and carriers. Prior to founding SMT, George headed Lilly's and Schering Plough's state government affairs groups and headed up reimbursement planning for SP. George holds a BS in Pharmacy from St. John's University.

HIGHLY CONFIDENTIAL



LEGAL ISSUES Feb 10, 2003 — Privileged and Confidential

AstraZeneca Healthcare Business Group

HIGHLY CONFIDENTIAL

AZ0491333

# CMS and LEGAL ISSUES
## OIG Focus on Pharmaceuticals

- **Drug Reimbursement**
  - Medicare coverage of prescription drugs
  - Drug prices paid by Medicare versus other sources
  - Medicare payments for clinical trials

- **Medicaid Managed Care**
  - Pharmacy benefit managers
  - Cost containment of Medicaid mental health drugs



AstraZeneca
Healthcare Business Group

# CMS and LEGAL ISSUES

## OIG Focus on Pharmaceuticals


AstraZeneca
Healthcare Business Group

↗ **Other Medicaid Services**
 – AWP reported to Medicaid
 – Medicaid outpatient prescription drug pricing
 – Medicaid drug rebate program
 – Medicaid rebates for physician-administered drugs
 – Collection of Medicaid drug rebates

HIGHLY CONFIDENTIAL


AstraZeneca
Healthcare Business Group

# CMS and LEGAL ISSUES
## Lessons from OIG -- Things to Avoid

⊼ **Discussions and analysis involving:**
  – Price Setting -- AWP
  – Marketing the AWP spread
  – Return to Practice

⊼ **Manipulation of Best Price and AMP**
  – Structuring to comply and not trigger negative financial effects – OK
  – Structuring to Hide – Not OK

HIGHLY CONFIDENTIAL

AZ0491336


AstraZeneca
Healthcare Business Group

# CMS and LEGAL ISSUES

## CMS and Together RX

↗ Each member company must choose for itself, on an individual basis, and without consultation with any other member company, whether or not to participate in the various government programs

↗ Do not discuss with other Together Rx representatives, what your company or any other company should, might, or will do in response to any government program proposal.

HIGHLY CONFIDENTIAL

AZ0491337



AstraZeneca
Healthcare Business Group

## CMS and LEGAL ISSUES

### CMS and Together Rx

- Together Rx can meet with government to ask assistance in identifying eligible seniors and enrolling in the Together Rx program.
- Meetings should be arranged through and coordinated by Bob Perkins, Executive Director of Together Rx

HIGHLY CONFIDENTIAL

AZ0491338

## CMS and LEGAL ISSUES
### CMS and Together Rx

↗ Together Rx will not alter or amend its eligibility requirements or its structure to meet the parameters of a government assistance program

↗ Together Rx will not contract with government agencies, except for the limited purpose of promoting and protecting the integrity of the Together Rx brand, and without modification to its structure

**AstraZeneca**
Healthcare Business Group

HIGHLY CONFIDENTIAL

AZ0491339

## CMS and LEGAL ISSUES
### CMS and Together Rx


AstraZeneca
Healthcare Business Group

- Together Rx may provide limited resources to government to identify eligible seniors and provide them with Together Rx enrollment applications

- Together Rx will not engage in any activity that would change the scope of its program in a way that gives rise to any Medicaid Best Price or Antitrust considerations

HIGHLY CONFIDENTIAL



AstraZeneca
Healthcare Business Group

## CMS and LEGAL ISSUES
### CMS and the PAP

- AZ PAP is administered by the AZ Foundation, a not for profit organization
- All decisions about the PAP are made by the Foundation
- Commercialization of the PAP could jeopardize not for profit status, and create Best Price exposure.



HIGHLY CONFIDENTIAL

AZ0491341



AstraZeneca
Healthcare Business Group

# CMS and LEGAL ISSUES
## AZ Contacts with CMS

↗ Lobbying for Legislation/Regulation: Federal Govt. Affairs

↗ Medicaid Rebate Contract issues – MCBG Medicaid Dept.

↗ AZ/CMS Medicare Pricing Discussions:
- Legal;
- Govt. Affairs;
- CMS Consultant

HIGHLY CONFIDENTIAL

AZ0491342



Tom Toles
The Buffalo News
Universal Press Syndicate

HIGHLY CONFIDENTIAL

AZ0491343