# Exhibit J

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  PHARMACEUTICAL | MDL DOCKET NO. |
| INDUSTRY AVERAGE WHOLESALE | CIVIL ACTION |
| PRICE LITIGATION | 01CV12257-PBS |

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS

_____/

                    Tuesday, August 2, 2005

                    10:35 a.m.

        HIGHLY CONFIDENTIAL VIDEO DEPOSITION of

DR. SAAD S. , held at the offices of Wolf,

Block, Schorr and Solis-Cohen, 101 Eisenhower

Parkway, Roseland, New Jersey, a Certified

Shorthand (Stenotype) Reporter and Notary Public.

1  remember.  It was a long conversation because she
2  tried to convince me -- and I was billing Lupron
3  at that time with the American Express card, and
4  then -- this was what we were using, and said but
5  the company was not using American Express card
6  so she offered me that she's going to give me a
7  card and pay for it, so I can bill for it.  She
8  tried to facilitate everything for me because my
9  staff was, again, changing to be honest with you.
10         Q    She said she would get you an
11 American Express card?
12         A    I was paying with American Express
13 card.  We don't use American Express card.  We
14 have Visa or Mastercard or whatever so she got me
15 a card to bill on it.
16         Q    She made a call that allowed you
17 to bill on your American Express card?
18         A    No.
19         Q    No.  I'm sorry.
20         A    She was -- The company don't
21 accept American Express card.
22         Q    Okay.

1      A    So she went and got me a Visa
2  card, whatever it is, to bill on it.
3      Q    How was she able to get you a Visa
4  card in your name?
5      A    She got the information, my name
6  and everything.
7      Q    You gave her your personal
8  information?
9      A    Yeah.
10     Q    And then she took that information
11 and applied for a Visa card?
12     A    Correct.  Something like that.  I
13 don't remember the details, but the fact of the
14 matter, I got a card.  I don't know what the
15 details are.
16     Q    You ended up getting a Visa card
17 from her?
18     A    Visa, Mastercard; I don't recall.
19     Q    What else do you recall about the
20 initial meeting between yourself and Ms. Ryan in
21 relation to her trying to convince you to try and
22 switch over?

Page 35

1         MR. FLYNN:  Objection.
2      A    I don't understand the question,
3  what you trying to say.
4      Q    Okay.  She told you that the
5  injection, you no longer have to use anesthetic;
6  is that correct?  She said -- she helped you get
7  a Visa card and she said it would be cheaper.  Is
8  there anything else you remember?
9      A    That she's going to give me a
10 discount because I'm going to make the same
11 amount of money which I'm making from Lupron.
12 You're not going to lose anything.  You're going
13 to help me.  And this is -- you can bill for it
14 no problem, because this was the trend they give
15 you.  When Lupron is started as I was trying to
16 refer to you before about this paper that Lupron
17 is offering you a free product to use this for
18 the first time to give it to the patient and you
19 bill Medicaid for it, it's not a sample.  It's
20 clearly stated in this paper which I give it to
21 you.
22         So she tried to compete with

Page 36

1   Lupron to give you something like that.
2          Q     Let's go ahead and talk about that
3   letter.  Could I have a copy?
4          A     You have a copy.
5              MR. GORRELL:  You have it.
6              MR. MEZA:  I know.  I want to put
7          a stamp on it so he knows what it looks
8          like.
9          Q     Let me show you, you're referring
10  to Exhibit Antoun 012, is that correct, Dr. Antoun.
11         A     Right.
12         Q     Now, at the time that you looked
13  at -- excuse me.  At the time you had this
14  conversation with Ms. Ryan, did you already have
15  Exhibit Antoun 012 in your records?
16         A     Yes.
17         Q     Did you show Ms. Ryan Exhibit Antoun 012?
18         A     No.
19         Q     Did you tell Ms. Ryan about the
20  circumstances under which you were receiving a
21  free sample from Lupron?
22         A     No.