## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**CLASS PLAINTIFFS' SUBMISSION OF THE "GENERICS CHART" PURSUANT TO THE ORAL REQUEST OF THE COURT DURING THE CLASS CERTIFICATION HEARING IN CONNECTION WITH TRACK 2**

Pursuant to the oral request of the Court at the class certification hearing conducted on September 12, 2006 in connection with the Track 2 defendants, the Class plaintiffs hereby submit the attached "generics chart."

The generics chart shows the following information:  for each defendant the alleged AWPIDs (*i.e.*, the drugs for that defendant in Appendix A) are listed.  In the chart, additional columns of information set forth for each class indicate whether plaintiffs have submitted information to the court upon which they claim that a class representative has purchased or incurred a debt with respect to that drug sufficient to provide them standing to assert claims against that defendant.  In the class 1 column (relating to Medicare beneficiaries), the name of the class representative and (usually) the date of purchase is set forth.  In those situations where a purchase of a multi-source drug by a proposed class representative is necessary in order to have coverage with respect to a class (1, 2 or 3) for a defendant, then in the far right column plaintiffs

- 1 -

provide a list of the generic manufacturers who manufactured the product that was reimbursed through the same J-code.  Because manufacturers of a J-code may change over time, the list of generic manufacturers is typically identified for the date of purpose by the proposed class representative.

Finally, the chart also has green shading in order to demonstrate, for each defendant, which classes of those the plaintiffs believe to be class representative purchases are sufficient in order to confer standing.

Plaintiffs also submit a Revised Proposed Order that reflects the proper class representatives and defendants in each class.

DATED:  October 16, 2006.

By  /s/ Steve W. Berman
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 16, 2006, I caused copies of **CLASS PLAINTIFFS' SUBMISSION OF THE "GENERICS CHART" PURSUANT TO THE ORAL REQUEST OF THE COURT DURING THE CLASS CERTIFICATION HEARING IN CONNECTION WITH TRACK 2** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                     **/s/ Steve W. Berman**
                                                     Steve W. Berman

**AWP Track 2 Analysis by Defendant: Legend**

**Notes:**

    1. In the following tables, columns shaded green have demonstrated coverage for that particular Class.

**Manufacturer: Abbott**

| Drug | HCPCS Code | Drug Source | Class 1 Coverage (Utilization Dates) | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|
| A-Methapred | J2920, J2930 | Multi | Bean (2/19/04-10/27/04) | Yes | Yes |
| Dextrose | J7060, J7070 | Multi | Bean | No | No |
| Diazepam | J3360 | Multi | No | Yes | Yes |
| D5W 1000ml Solution | J7070 | Multi | Bean | | |
| Fentanyl Citrate | J3010 | Multi | Bean | Yes | Yes |
| Gentamicin | J1580 | Multi | Howe | No | No |
| Heparin[1] | J1642, J1644 | Multi | Aaronson, Young (9/20/04-10/22/04) | Yes | Yes |
| Leucovorin Calcium | J0640 | Multi | No | Yes | No |
| Normal Saline Solution | J7040 | Multi | Bean | | |
| Sodium Chloride[1] | J2912, J7130 | Multi | Aaronson, Clark | No | No |
| Vancomycin[1] | J3370 | Multi | Young | Yes | No |

**Notes:**

    Columns shaded green have demonstrated coverage for that particular Class.

1. We understand the Defendants take the position that if Plaintiffs' motion for class certification did not name the class representative for a specific drug, then the coverage does not count. Plaintiffs disagree as all relevant information has been disclosed. In any event, it does not appear that this disagreement impacts class coverage for any defendant because in all instances alternative coverage exists for the class and the defendant.

**Manufacturer: Amgen**

| Drug | HCPCS Code | Drug Source | Class 1 Coverage (Utilization Dates) | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|
| Aranesp | J0880, Q0137, Q4054 | Single | Aaronson, Carter | Yes | No |
| Epogen | Q4055 | Single | Aaronson, Bean | Yes | No |
| Neulasta | J2505 | Single | Aaronson | Yes | No |
| Neupogen | J1440, J1441 | Single | No | Yes | Yes |

**Notes:**

  Columns shaded green have demonstrated coverage for that particular Class.

**Manufacturer: Aventis**

| Drug | HCPCS Code | Drug Source | Class 1 Coverage (Utilization Dates) | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|
| Anzemet | J1260, Q0180 | Single |  | Yes | Yes |
| Gammar P IV | Q9941, Q9942 | Multi |  | No | Yes |

**Notes:**

Columns shaded green have demonstrated coverage for that particular Class.

## Manufacturer: Baxter

| Drug | HCPCS Code | Drug Source | Class 1 Coverage (Utilization Dates) | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|
| Bebulin | J7194 | Multi | No | No | Yes |
| Buminate | P9041, P9045, P9046, P9047 | Multi | Aaronson (8/3/04-11/30/04) | No | No |
| Dextrose | J7060, J7070 | Multi | Bean, Clark (2/13/02-4/17/02) | No | No |
| D5W 1000ml Solution | J7070 | Multi | Bean | | |
| Gentamicin | J1580 | Multi | Howe | | |
| Heparin | J1642, J1644 | Multi | Aaronson, Young (9/20/04-10/22/04) | Yes | Yes |
| Normal Saline Solution | J7040 | Multi | Bean | | |
| Sodium Chloride | J2912, J7030, J7040, J7050, J7130 | Multi | Aaronson, Clark | No | Yes |
| Travasol | J3490 | Multi | | Yes | Yes |

**Notes:**

Columns shaded green have demonstrated coverage for that particular Class.

**Manufacturer: Bayer**

| Drug | HCPCS Code | Drug Source | Class 1 Coverage (Utilization Dates) | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|
| Gamimune | Q9943, Q9944 | Multi | No | No | Yes |
| Kogenate | J7192 | Multi | No | No | Yes |

**Notes:**

                     Columns shaded green have demonstrated coverage for that particular Class.

**Manufacturer: Dey**

| Drug | HCPCS Code | Drug Source | Class 1 Coverage (Utilization Dates) | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|
| Albuterol Sulfate | J7611, J7613, J7618, J7619 | Multi | Walters (4/22/99-9/21/04), Bean | | Yes |
| Albuterol Nebulizer | J7613 | Multi | No | Yes | No |
| Ipratropium | J7644 | Multi | Bean (4/7/2003) | Yes | No |

**Notes:**

Columns shaded green have demonstrated coverage for that particular Class.

## Manufacturer: Fujisawa

| Drug | HCPCS Code | Drug Source | Class 1 Coverage (Utilization Dates) | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|
| Aristocort | J3302 | Multi | No | Yes | No |
| Aristospan | J3303 | Multi | No | Yes | No |
| Lyphocin | J3370 | Multi | No | No | Yes |
| Prograf | J7507, J7525 | Single | No | Yes | No |
| Dexamethasone Sodium | J1100, J7637, J7638 | Multi | Clark (1/16/02-4/17/02) | No | No |
| Fluorouracil | J9190 | Multi | No | Yes | No |
| Gentamicin Sulfate | J1580 | Multi | Howe | No | No |

**Notes:**

Columns shaded green have demonstrated coverage for that particular Class.

## Manufacturer: Immunex

| Drug | HCPCS Code | Drug Source | Class 1 Coverage (Utilization Dates) | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|
| Leucovorin Calcium | J0640 | Multi | No | Yes | No |
| Methotrexate | J8610, J9250, J9260 | Multi | No | Yes | Yes |
| Novantrone | J9293 | Single | Howe | No | No |

**Notes:**

    Columns shaded green have demonstrated coverage for that particular Class.

## Manufacturer: Pharmacia

| Drug | HCPCS Code | Drug Source | Class 1 Coverage (Utilization Dates) | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|
| Adriamycin | J9000 | Multi | No | Yes | No |
| Adrucil | J9190 | Multi | No | Yes | No |
| Cytarabine | J9100, J9110 | Multi | No | No | Yes |
| Depo-Testosterone | J1070, J1080 | Multi | No | No | Yes |
| Neosar | J8530, J9070, J9080, J9090, J9091, J9092, J9093, J9094, J9095, J9096, J9097 | Multi | No | Yes | No |
| Solu-Cortef | J1720 | Multi | Young (4/26/02-9/20/04) | No | No |
| Solu-Medrol | J2920 | Multi | No | No | Yes |

**Notes:**

Columns shaded green have demonstrated coverage for that particular Class.

**Manufacturer: Sicor**

| Drug | HCPCS Code | Drug Source | Class 1 Coverage (Utilization Dates) | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|
| Doxorubicin HCl | J9000 | Multi | No | Yes | No |
| Leucovorin Calcium | J0640 | Multi | No | Yes | No |

**Notes:**

Columns shaded green have demonstrated coverage for that particular Class.

**Manufacturer: Gensia**

| Drug | HCPCS Code | Drug Source | Class 1 Coverage (Utilization Dates) | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|
| Leucovorin Calcium | J0640 | Multi | No | Yes | No |

**Notes:**

Columns shaded green have demonstrated coverage for that particular Class.

**Manufacturer: Watson**

| Drug | HCPCS Code | Drug Source | Class 1 Coverage (Utilization Dates) | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|
| Dexamethasone Acetate | J1094 | Multi | No | Yes | Yes |
| Dexamethasone Sodium | J1100, J7637, J7638 | Multi | Clark (1/16/02-4/17/02) | Yes | No |
| Diazepam | J3360 | Multi | No | Yes | Yes |
| Ferrlecit | J2916 | Single | No | Yes | No |
| Gentamicin | J1580 | Multi | Howe (9/12/00-2/13/01) | Yes | No |
| Vancomycin | J3370 | Multi | No | Yes | Yes |

**Notes:**

Columns shaded green have demonstrated coverage for that particular Class.