UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.* <br> CIVIL ACTION NO. 06-11337-PBS | MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti Saris |

**UNITED STATES' AND RELATOR'S MOTION FOR LEAVE TO FILE REPLY TO ABBOTT LABORATORIES, INC.'S OPPOSITION TO UNITED STATES' AND RELATOR'S MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 7.1(b)(3) of the Local Rules for the District of Massachusetts, and this Court's Order dated September 11, 2006 (Dkt. —), the United States and Relator ("Plaintiffs") hereby move the Court for leave to file a reply to Abbott Laboratories, Inc.'s ("Abbott's") Opposition to United States' and Relator's Motion for a Protective Order. The proposed reply and the accompanying exhibits are attached to this motion as Exhibit A. The undersigned has conferred with counsel for Abbott, and ascertained that Abbott opposes the relief requested.

In support of their Motion, the United States and Relator state that they seek the opportunity to respond to Abbott's arguments and concerns raised in its opposition concerning this Court's entry of certain provisions of a Protective Order, including responding to Abbott's proposed amendments to the Plaintiffs' proposed Protective Order. Thus, the United States and Relator respectfully submit that the proposed Reply and accompanying exhibits (including a summary chart comparing Plaintiffs' proposed Protective Order with the current Protective

Order, and Abbott's agreed upon provisions) will significantly aid the Court in resolving the Plaintiffs' Motion for a Protective Order.

For these reasons, the United States and Relator request that the Court enter an Order permitting the Plaintiffs to file and serve the attached proposed Reply (and accompanying exhibits) to Abbott's Opposition to the United States' and Relator's Motion for a Protective Order.

Respectfully Submitted,

| For the United States of America, | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Renée Brooker<br>Michael F. Hertz<br>Joyce R. Branda<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Civil Division<br>Commercial Litigation Branch |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | |

For the relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com

Dated: October 18, 2006

## CERTIFICATION

The undersigned counsel certifies pursuant to LR 7.1(a)(2) that she and the Relator's counsel, James J. Breen, have conferred with counsel for the Defendant Abbott Laboratories, Inc. on the issue raised in this motion and have not been able to reach agreement.

|  |  |
|---|---|
| Dated: October 18, 2006 | /s/ Renée Brooker<br>Renée Brooker |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' AND RELATOR'S MOTION FOR LEAVE TO FILE REPLY TO ABBOTT LABORATORIES, INC.'S OPPOSITION TO UNITED STATES' AND RELATOR'S MOTION FOR A PROTECTIVE ORDER** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

|  |  |
|---|---|
| Dated: October 18, 2006 | /s/ Renée Brooker<br>Renée Brooker |