# EXHIBIT 6



## NWDA Standard Pharmaceutical Product Information Form

### Instructions

There is enough room on this form to include only one product or promotion.

Use the *LEFT* mouse button to select check boxes and highlight areas to type text or numbers.

❏                      New Item
❏                      Promotion/Deal
❏                      Open Stock

Check the appropriate box on front, identifying which type of product(s) are being promoted.

**Vendor #** - Most drug wholesalers assigned vendor #s to identify manufacturers.  This number should be entered by the drug wholesale buyer.

**Vendor Name** - Manufacturer's corporate or division name.

**Address** - Manufacturer's corporate or divisional address. Include city, state and zip on the line following.

**Key Contact** - Name of key contact at headquarters level - i.e. VP. Sales, National Account Manager, Director of Trade Relations, etc.

**Fax Number** - Enter fax number for key contact.

**Phone #** - Enter '800' number, if applicable. Also, include key contact's direct phone #.

**Send Orders To** - Check the appropriate box if you participate in Ordernet, have a central processing unit (CPU
main computer) or HEALTHCOM.  If you have other methods of receiving orders, list next to "other."

**Allowances Available Electronically** - Are deal/promotional/ad allowances available if deal merchandise is ordered electronically?

**Certificate of Product Liability Insurance Coverage** - Indicate whether it's attached, or on file at wholesale company or
available on request from your company.

**Controlled Drug** - Indicate whether this product is a controlled drug and, if so, what Schedule (II, III, IV, or V).

## Hazardous Materials

This section of the form is intended to help pass along important product-specific information to assist  all channel

ABT-DOJ-E 0000004

members in meeting hazardous material, controlled substance and occupational health and safety regulatory requirements. **It is critical it be provided.**

**a. DOT ID Number:** This is the United Nations of North American identification number for a hazardous

substance which is required for transporting the material. It may be found in column 4 of the DOT Hazardous Materials Table 49 CFR 172.101.
**b. Hazard Class:** DOT classifies material into nine internationally recognized classes and to domestic-only classes.

The classes are defined in 49 CFR 171.8 and are needed for storage and transport of the material. Class may be found in column 3 of the DOT Hazardous Substance Table 49 CFR 172.101.

## Special Handling and Storage Requirements

**a. Temperature** - check the normal temperature range for this product.

**b. Frozen or refrigerated products** - indicate the number of hours the product can be kept out of the temp. range indicated above.

**c. Humidity** - indicate whether humidity affect the product.

**d. Temperature indicators** - indicate whether temp. indicators are needed for this product and if they are supplied at no cost.

**e. Containers** - indicated whether special shipping containers are required for this product and if they are supplied at no cost.

**Minimum Prepaid Shipment** - Enter dollar amount for minimum prepaid shipment.

**Terms** - Enter specific deal/promotional discount terms.

**Extra Dating** - Enter specific deal/promotional dating terms, if different from normal dating.

**No. of Orders** - Specify number of orders allowed on merchandise during deal/promotional period.

**Buy Period** - Enter first and last ship dates for deal/promotion.

**Shipping Period** - Enter first and last ship dates for deal/promotion.

**Type of Promotion** - Is it national or regional in scope, or is it only a test market promotion?

**New Item** - Is it being promoted nationally, regionally or in this market only?

**Regular Item** - Is it being promoted nationally, regionally or in this market only?

ABT-DOJ-E 0000005

**Price Protection Guarantee -** Is the wholesaler protected (reimbursed) for any price decrease on this product/line?

# OSHA/DOT Chemical Storage Class

**Organic/Inorganic:**  OSHA requires only compatible chemicals be stored, packaged and shipped together.  Organic
and inorganic substances must be separated.  Organic substances  contain carbon compounds.  Inorganic substances
do not involve organic life and are not products thereof, i.e. carbon.

**Corrosive -** A product that contains chemicals that have the potential to react with or migrate from other hazardous materials .  The reaction tends to dissolve or wear away gradually by a chemical action (e.g. rust).

**Oxidizer -** A substance that combines with oxygen to form an oxde or induces another substance to oxidize.

**Aerosol -** Products that are packaged under pressure with gaseous propellant for release as an aerosol.

**Aerosol Class -** Aerosols are classed as level one, two or three depending on the flammability and mix of the

propellant.  Level one is the least flammable, level three the most.  Automotive products are typically level three.

**Antineoplastics/Cytotoxic:**  A class of drug that is cell-killing or used to stop the spread of abnormal tissue (neoplasms).  These are often used to treat cancers.

**Steroid/Androgen:**  A class of drug now regulated as controlled substances by federal and state governments.  They
are fat-soluble, organic compounds and hormones.

**Essential Chemical -** A chemical classified by the DEA in 21 CFR 1310.02b that may be used as a solvent, reagent or

catalyst in illegally manufacturing controlled substances.

**Precursor Chemical -** A chemical classified by the DEA in 21 CFR1310.02a that may be used in illegally manufacturing
controlled substances.

**Maximum Quantity Level -** Defined by DOT, this is the maximum amount of a hazardous material for which there is
a  specific labeling or packaging exemption.  It is determined using the Hazardous  Materials Table columns 8 and 9.

# Item and Packing Information

ABT-DOJ-E 0000006

**Product Name, Description and Manufacturer Code # -** Enter complete product name and description in blank area

provided above NDC/UPC code #s, including any specific manufacturer code number which has been assigned.

**NDC/UPC # -** Enter either NDC or UPC product code # on this line.

**Wholesaler Code # -** Entered by wholesaler.

**Fineline Code -** Entered by wholesaler.

**Size -** May be stated in Mg's or as extra, medium, etc.

**Unit of Sale -** Enter the smallest unit of sale.

**UPC Code -** Enter UPC code #s for case packs, carton inner-packs and/or individual product.

**Master Shipper -** Enter # of pieces in master shipper pack.

**Inner Case Pack -** Enter # of pieces in inner case pack, where applicable.

**Case Weight Lbs. -** Enter case weight in pounds

**Case Cube -** Enter case cube # here.

**Case Dimensions -** Enter case dimension by depth, height, and width.

**Item Dimensions -** Enter boxed, carded or loose item dimensions by depth, height and width.

**Pallet Dimensions -** Enter full pallet dimensions in depth, height and width.

**# of Cases per Pallet -** Enter number of full cases that make up a regular pallet load of this product.

**Generic Products -** For generic products, provide the FDA Orange Book Rating, the product color and the brand name equivalent information.

## Cost Information

**$ Regular Cost -** Enter regular dollar cost by dozen (dz.), each (ea.) and/or prepack (ppk).

**Purchase Allowance -** Enter purchase allowance dollar figure and percentage figure, and check appropriate box as to
whether allowances are available off-invoice (O.I.) or billback (B.B.).

**$ Invoice Cost -** $ regular cost minus $ purchase allowance.

CONFIDENTIAL

ABT-DOJ-E 0000007

# Pharmaceutical Products

☐ New Item   ☐ Promotion/Deal   ☐ Open Stock

**NWDA Standard Product Information**

Manufacturer/Broker #:
Manufacturer/Broker
Name:
Address:

City, State, Zip:
Key Contact:
Phone:  1/800-                          Fax:
                    /Phone:
Send orders to:   ☐ Ordernet   ☐ CPU   ☐ HEALTHCOM   ☐ Other
Allowances Available
Electronically:           ☐ Yes ☐ No
Certificate of Product
☐ Manufacturers ☐ On File
Coverage                  ☐ Available on Request

Is This Product a
Controlled Drug?     ☐ Yes ☐ No      If yes, Schedule #

Date:
Minimum prepaid
Shipment:
Terms:

Number of Orders:
Type of Promotion:
New Item:              ☐ National
                       ☐ National
Regular Item:          ☐ National
Price Protection
Guaranteed on Any
Price Decrease?

If Yes, Please Describe
Terms:

## Special Handling and Storage Requirements

a. Temperature – Indicate the normal temperature
   range for this product.

   I. Controlled room temperature (59-77° F)
   II. Room Temperature (59-86° F)
   III. Excessive heat (>104° F)
   IV. Refrigerated (35-46° F)
   V. Frozen ( 4-14° F)

   VI. No requirement

b. If frozen or refrigerated, how long can it be kept
   out
   of listed temperature range?  Hours
c. If controlled room temperature or room
   temperature,
   does humidity affect this product?          ☐ Yes  ☐ No

d. Are temperature indicators needed for this

   product?                                     ☐ Yes  ☐ No
   If yes, are they supplied at no charge?      ☐ Yes  ☐ No

e. Are special shipping containers required?    ☐ Yes  ☐ No

   If yes, are they supplied at no charge?      ☐ Yes  ☐ No

**OSHA/DOT Chemical Storage Class**
appropriate
☐ Class(es) for this
   particular product.

☐ INORGANIC

☐ CORROSIVE/OXIDIZER

☐ AEROSOL

☐ AEROSOL CLASS

## Hazardous Material Information

a. Department of
   Transportation (DOT)
   I.D.#

b. Hazard Class/ORM
   Code

c. Attach copy of
   Material Safety Data
   Sheet (MSDS)

**PLEASE ATTACH COPY OF STABILITY DATA**

## ITEM AND PACKING INFORMATION

| Product/Deal Name, Description, And Manufacturer Code # | Size/Strength | Unit of Sale | UPC Code | Mstr. Shpr. | Inner Case Pk. | Case Wt. Lbs. | Case Cube | Case Cube | Case Dimension Depth: Height: Width: | Item Dimension Depth: Height: Width: |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case: | | | | | | | |
| | | | Carton: | | | | | | | |
| | | | Item: | | | | | | | |

For Generic
Drug
Products:
I. FDA Orange Book Rating
III. Brand Name Equivalent

II. Product Color
IV. Generic Name For
    Brand

## Cost Information

| | | $ Regular Cost | Purchase ☐ OI | Allowance ☐ BB % | $ Invoice Cost | $ Net Cost | MFRS ´ /AWP | $ Average Retail Price | SSRP |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NDC   ☐ UPC# | | | $ | | | | | $ | |
| Whsl. Code # | DZ | | | | | | | | |
| Fineline Code | EA | | | | | | | | |
| What is the minimum order quantity for this SKU? | PPK | | | | | | | | |

This offer is made on a proportionally equal basis to
all sellers' accounts competitive with customer.

CONFIDENTIAL                                          ABT-DOJ-E 0000008

CONFIDENTIAL

tion

Page _____ of _____

Extra Dating: _____

Buy Period: _____
Shipping Period:

☐ Regional _____  ☐ Test
☐ Regional _____  ☐ Test
☐ Regional _____  ☐ Test

☐ Yes      ☐ No

Check

☐ ANTINEOPLASTIC

☐ STEROID/ANDROGEN

☐ ESSENTIAL CHEMICAL

☐ PRECURSOR CHEMICAL

☐ MAXIMUM QUANTITY LEVEL

| Pallet | # Cases Per Pallet |
|---|---|
| Dimension | |
| Depth: | |
| Height: | |
| Width: | |

| $ Salespersons | Medicaid Billing Code (entered by wholesaler) |
|---|---|
| P.M. | |
| ☐ $ ☐ % | |



Signature:

CONFIDENTIAL

Revised 9/98

CONFIDENTIAL                                                                 ABT-DOJ-E 0000011