UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO ) ALL ACTIONS ) ) | MDL NO. 1456  CIVIL ACTION NO. 01-CV-12257-PBS  Hon. Patti B. Saris |

**DECLARATION OF KATHERINE B. SCHMECKPEPER IN SUPPORT OF DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO GUILTY PLEAS AND SAMPLING ACTIVITY**

I, Katherine B. Schmeckpeper, declare as follows:

1. I am an attorney with Foley Hoag, LLP, counsel for AstraZeneca Pharmaceuticals LP in this action. I submit this declaration in support of AstraZeneca Pharmaceuticals LP's Memorandum of Law in Support of Its Motion to Exclude Evidence Relating to Guilty Pleas and Sampling Activity.

2. Attached as Exhibit A is a true and correct copy of the deposition transcript of Robert Black taken August 30, 2005.

3. Attached as Exhibit B is a true and correct copy of the deposition transcript of Steve Buckanavage taken June 8, 2005.

4. Attached as Exhibit C is a true and correct copy of the deposition transcript of Thomas Chen taken December 14, 2005.

5. Attached as Exhibit D is a true and correct copy of the deposition transcript of Susan Klein-Zignoli taken August 26, 2005.

6. Attached as Exhibit E is a true and correct copy of the deposition transcript of Randall Mastrangelo taken June 29, 2005.

7. Attached as Exhibit F is a true and correct copy of the deposition transcript of Keith Patterson taken June 28, 2005.

8. Attached as Exhibit G is a true and correct copy of the deposition transcript of Mark Reisenauer taken December 8, 2005.

9. Attached as Exhibit H is a true and correct copy of the deposition transcript of Carol Ryan taken August 25, 2005.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 18, 2006.

By: /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on October 18, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By: /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper