# EXHIBIT A

Robert C. Black   HIGHLY CONFIDENTIAL   August 30, 2005
Greenville, South Carolina

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

**CERTIFIED COPY**

In Re:                            )
                                  )
                                  )
PHARMACEUTICAL INDUSTRY AVERAGE   )
WHOLESALE PRICE LITIGATION        )   MDL DOCKET NO.
                                  )   CIVIL ACTION
                                  )   01CV12257-PBS
                                  )
                                  )

Videotaped Deposition of Robert C. Black

Greenville, South Carolina

August 30th, 2005

Reported by:    Laurie Bangart-Smith, RPR, CRR

                Notary Public

Videographer:   Alan Metts

Henderson Legal Services
(202) 220-4158

Robert C. Black	HIGHLY CONFIDENTIAL	August 30, 2005
Greenville, South Carolina

31

1  lot of different forms, as I understand it.  In one area
2  Zeneca provided free goods to physicians, who could then
3  turn around and bill Medicare for full AWP reimbursement.
4       A    That is absolutely not correct.
5       Q    All right.  Are you familiar with the guilty
6  plea that Astrazeneca entered into with respect to the
7  provision of free samples to physicians so that this
8  could be done?
9            MR. FLYNN:  Objection.
10           THE WITNESS:  I am familiar with the case or
11 the decision that they entered a guilty plea, but I will
12 categorically deny that that was a corporate policy.
13 That was the result of a representative not following
14 policy.  We never provided samples on a free basis in
15 order to be billed back to Medicare.
16 BY MR. WEXLER:
17      Q    Was the guilty plea, in your estimation, false?
18           MR. FLYNN:  Objection as to the form.
19           THE WITNESS:  I can't comment on it, because I
20 wasn't around when that guilty plea was made.
21 BY MR. WEXLER:
22      Q    Did you ever read it?

Henderson Legal Services
(202) 220-4158