# EXHIBIT C

Thomas Chen                                           December 14, 2005
                          Boston, MA

                                                                      1

          THE UNITED STATES DISTRICT COURT

          FOR THE DISTRICT OF MASSACHUSETTS

          MDL DOCKET NO. 01CV12257-PBS          **CERTIFIED COPY**

          *******************************

          IN RE:  PHARMACEUTICAL

          INDUSTRY AVERAGE WHOLESALE

          PRICE LITIGATION

          *******************************

          THIS DOCUMENT RELATES TO:

          ALL ACTIONS

          *******************************


          VIDEOTAPED DEPOSITION of THOMAS CHEN, a witness

          called on behalf of the Plaintiffs pursuant to the

          Federal Rules of Civil Procedure, before Judith

          McGovern Williams, Certified Shorthand Reporter,

          Registered Professional Reporter, Certified Realtime

          Reporter, and Notary Public in and for the

          Commonwealth of Massachusetts, at the offices of

          Foley Hoag, 155 Seaport Boulevard, Boston,

          Massachusetts  02210, on Wednesday, December 14,

          2005, commencing at 1:23 p.m.

146

1  manager, did Zeneca ever engage in the provision
2  of grants connected to purchase of Zoladex?
3          MS. HARRIS:  You already asked him that
4  question and he already answered it.
5      A.   No.
6      Q.   No?
7      A.   Not to my knowledge.
8      Q.   And did Zeneca ever provide free samples
9  to physicians and encourage them to seek
10 reimbursement for them?
11     A.   Not to my knowledge.
12         MR. SIEVERT:  Okay.  Can we just take a
13 short break?
14         THE WITNESS:  Sure.
15         MS. HARRIS:  Sure.
16         THE VIDEOGRAPHER:  The time is 4:50.
17 We're off the record.
18         (Recess taken at 4:50 p.m.)
19         (Recess ended at 4:56 p.m.)
20         THE VIDEOGRAPHER:  The time is 4:57.
21 We're on the record.
22         (One-page e-mail dated April 4, 1996, to