# EXHIBIT E

Randall Mastrangelo  HIGHLY CONFIDENTIAL                June 29, 2005
                    Wilmington, Delaware

```
                                                                    1
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF MASSACHUSETTS


     In Re:  PHARMACEUTICAL       : MDL DOCKET NO.
                                  : CIVIL ACTION #
     INDUSTRY AVERAGE WHOLESALE   : 01CV12257-PBS
                                  :
     PRICE LITIGATION             : HIGHLY CONFIDENTIAL


     ----------------------------------------------------------

     THIS DOCUMENT RELATES TO:

                                   CERTIFIED COPY
     ALL ACTIONS

     ----------------------------------------------------------



                Videotape deposition of RANDALL

     MASTRANGELO, taken pursuant to notice at the law offices

     of Morris, Nichols, Arsht & Tunnell, 1201 North Market

     Street, 19th Floor, Wilmington, Delaware, beginning at

     9:38 a.m., on Wednesday, June 29, 2005, before Julie H.

     Parrack, Registered Merit Reporter, Certified Realtime

     Reporter and Notary Public, there being present:

                             - - -
```

Randall Mastrangelo  HIGHLY CONFIDENTIAL                June 29, 2005
                    Wilmington, Delaware

```
                                                              264
 1      A.   Is that the question?
 2      Q.   Yes.
 3      A.   Am I aware of any time in which they've been
 4   encouraged to bill for samples?
 5      Q.   Yes.
 6      A.   No, I'm not.
 7      Q.   Do you know who Dr. O-e-s, Oesterling is?
 8      A.   No, I don't.  I don't know that name or that
 9   doctor.
10      Q.   Now, do you recall the time period in which you
11   were asked by, by doctors for an administrative fee?
12      A.   Me personally?  Us as a company?
13      Q.   Well, yes, you as a company, I guess.
14              I'm missing my stickers.
15              MS. LAWSON:  They're under there.
16              MR. MEZA:  Here they are.  Are they here?
17              MS. LAWSON:  I thought those were them.
18              MR. MEZA:  Hold on.  Here they are.
19              (Mastrangelo Deposition Exhibit Mastrangelo
20   009 was marked for identification.)
21      Q.   Let me show you what's been marked as Exhibit
22   Mastrangelo 009.  Now, Mr. Jack War --
```