# EXHIBIT F

Keith Patterson                                           June 28, 2005
                        Philadelphia, PA

                                                                      1

               IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF MASSACHUSETTS

                              VOLUME I


                              - - -


IN RE: PHARMACEUTICAL              :   MDL NO. 1456
INDUSTRY AVERAGE WHOLESALE         :   MASTER FILE NO.
PRICE LITIGATION                   :   01CV12257-PBS

                              - - -

CERTIFIED COPY

          Videotaped deposition of KEITH
PATTERSON was taken, pursuant to notice, at
SPECTOR, ROSEMAN & KODROFF, P.C., 1818 Market
Street, 25th Floor, Philadelphia, Pennsylvania on
Tuesday June 28, 2005, beginning at 9:19 a.m.,
before M. Kathleen Muino, Professional Shorthand
Reporter, Notary Public, and Robert Blum,
Videographer, there being present:

                              - - -

                    Henderson Legal Services
                        (202) 220-4158

Keith Patterson                                          June 28, 2005
                        Philadelphia, PA

```
                                                              132
 1   encouraging the formation of buy groups to take
 2   advantage of volume discounts?
 3              MR. SCHEFF:  Object to the form.
 4              THE WITNESS:  No.
 5   BY MR. WEXLER:
 6   Q.         Do you know who Chris Bowman (ph) is?
 7   A.         I recognize the name.
 8   Q.         Do you recognize what NSS stands for?
 9   A.         Yes.
10   Q.         What is that?
11   A.         National Specialty Services.
12   Q.         What was the relationship between Zeneca
13   and National Specialty Services?
14   A.         They served as our distributor of Zoladex
15   to the -- to the physicians.
16   Q.         Do you recall the sales force -- members
17   of the sales force using -- giving samples to
18   physicians for which they could bill Medicare the
19   full AWP?
20   A.         Absolutely not.
21   Q.         You never heard of that happening?
22   A.         Not at Zeneca.
```

Keith Patterson                                              June 28, 2005
                        Philadelphia, PA

                                                                     128

1   A.      In much detail, no, other than it was --
2   we would put numbers forward, attempt to justify
3   them by if you want more money, you have to commit
4   to more sales, very simply.
5   Q.      And when you say it was a negotiation
6   process between us and our management, who --
7   A.      Uh-huh.
8   Q.      -- are you referring to?
9   A.      I -- I -- I would go through my immediate
10  supervisor, and in turn, they would have to go
11  through their immediate supervisor, up -- up the
12  chain of command.  How far...
13  Q.      In addition to discounts, did Zeneca use
14  other methods of increasing the spread between AWP
15  and actual acquisition costs for Zoladex during
16  the period that you were with Zeneca?
17  A.      I don't --
18          MR. SCHEFF:  Object to the form.
19          THE WITNESS:  No.
20  BY MR. WEXLER:
21  Q.      You don't recall any contract strategies
22  that were put into effect?