# EXHIBIT G

Mark Reisenauer December 8, 2005
New York, NY

1

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE DISTRICT OF MASSACHUSETTS

3  CASE NO.

4  ----------------------------------*

5                                    )        CERTIFIED COPY

6  IN RE:  PHARMACEUTICAL INDUSTRY   )

7          AWP LITIGATION            )

8                                    )

9  ----------------------------------*

10

11                  Thursday, December 8, 2005

12                  New York, New York

13                  Time:  9:35 a.m.

14

15          Videotaped Deposition of MARK REISENAUER,

16  taken by Plaintiffs, at the offices of David Polk &

17  Wardwell, 450 Lexington Avenue, New York, New York,

18  on Thursday, December 8, 2005, pursuant to Notice,

19  as taken by and before Josephine H. Fassett, a

20  Certified Shorthand Reporter and Notary Public of

21  the State of New York.

22

HENDERSON LEGAL SERVICES
202-220-4158

Mark Reisenauer											December 8, 2005
									New York, NY

```
                                                                 78
 1    of free samples to sales representatives. Did Zeneca
 2    relabel free samples that had been given to sales
 3    representatives for retail sale?
 4          A.    Not to my knowledge, no.
 5          Q.    You just made prospective changes --
 6          A.    That's correct.
 7          Q.    -- to allocations to take that into
 8    consideration?
 9                At that time did you have any supervisory
10    responsibility over sales representatives with
11    respect to their distribution of free samples?
12          A.    No.
13          Q.    Do you know who did?
14          A.    The district manager would.
15          Q.    Anyone else?
16          A.    And then the subsequent chain of command in
17    sales management.
18          Q.    Are you familiar with the rules that exist
19    that Zeneca had at that time with respect to the
20    distribution of free samples?
21          A.    Not specifically other than I know the one
22    general rule, I mean that was echoed by both the
```

Mark Reisenauer                                            December 8, 2005
                        New York, NY

                                                                         79

1    Sales Management Department, as was the Marketing
2    Department, was that these were for sample use only
3    and not to be used, you know, not to be billed, you
4    know, as retail products by the physician.
5         Q.   We had talked a little bit earlier about
6    your understanding of the method by which physicians
7    are reimbursed for administering Zoladex, right?
8         A.   Yes.
9         Q.   Did Zeneca -- why was reimbursement an
10   issue that you were concerned about in connection
11   with your roles in marketing Zoladex?
12        A.   Two perspectives or two reasons why:
13             One.  If there were problems on the part of
14   the customer in just obtaining reimbursement, that is
15   an impediment that, you know, an impediment to the
16   use of the drug obviously; and much like across the
17   entire industry, you know, we provided help and a
18   hotline, et cetera, for billing and coding questions
19   that may arise.  So that would be one reason why.
20             The other reason why is, as I had mentioned
21   earlier, the market that we were competing in was
22   driven by, almost exclusively by that dynamic, that