# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

————————————————————————

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | |
| ) | MDL No. 1456 |
| ————————————————————— ) | |
| ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) | |
| ALL CLASS ACTIONS ) | Judge Patti B. Saris |
| ) | |
| ) | |
| ————————————————————— ) | |

## SCHERING-PLOUGH CORPORATION'S AND
## WARRICK PHARMACEUTICALS CORPORATION'S AMENDED
## PRETRIAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A)[1]

## I.  WITNESSES TO BE CALLED AT TRIAL[2]

| Witness | Will Call | May Call |
|---|---|---|
| Dr. Sumanth Addanki<br>National Economic Research Associates, Inc.<br>50 Main Street<br>White Plains, NY 10606<br>(914) 448-4000 | X | |
| Dr. E.M. (Mick) Kolassa<br>Medical Marketing Economics, LLC<br>400 South Lamar Boulevard, Suite A<br>Oxford, MS 38655<br>(662) 281-0502 | X | |
| Brian Longstreet<br>c/o Schering-Plough Corporation | X | |

---

[1] These Amended Pretrial Disclosures contain the following changes from Schering-Plough's and Warrick's previous Pretrial Disclosures:  Trial Exs. 2922A-2926A have been inserted in place of Trial Exs. 2922-2926, because the original exhibits were inadvertently printed without visible row headings; and Trial Exhibit 2922A corrects a slight error in the notes section of the original Trial Exhibit 2922.  No changes have been made to the substance of these re-numbered exhibits.

[2] Schering and Warrick reserve the right to call any witnesses appearing on Plaintiffs' witness list.

| Witness | Will Call | May Call |
|---|---|---|
| 2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | |
| Harvey Weintraub<br>34 Woodcrest Drive<br>Convent Station, NJ 07960<br>(973) 285-0151 | X | |
| Alfred Graf<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | X | |
| Debra Kane<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Jim Kilgallon<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Lawrence Atkins<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Thomas Kelly<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Portia Edens<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |

| Witness | Will Call | May Call |
|---|---|---|
| | | |
| Gary Bishop<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Mark Flynn<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |

## II.  SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S TRIAL EXHIBITS[3, 4]

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| 2900 | 3/4/02 | SW0143845 – SW0143855 | Schering Corporation correspondence to Fallon Clinic enclosing Purchase Agreement | |
| 2901 | 3/19/02 | SW0143859 – SW0143862 | Amendment to Purchase Agreement dated 3/4/02 between Fallon, Inc. and Schering Corporation | |
| 2902 | 11/16/98 | SW0676604 – SW0676618 | Schering Corporation correspondence to Aetna Pharmacy Management enclosing Addendum to Agreement | |
| 2903 | 4/3/02 | SW0378909 – SW0378916 | Purchase Agreement between Harvard Pilgrim Health Care, Inc.-Harvard Staff and Schering Corporation | |

---

[3] Schering and Warrick reserve the right to introduce any exhibits or portions thereof identified by Plaintiffs.

[4] The following trial exhibits, identified herein with an asterisk, are admissible as summaries pursuant to Fed. R. Evid. 1006:  2918 – 2936.  The data and information underlying these exhibits have been produced to Plaintiffs' counsel.

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| 2904 | 8/29/94 | SP 0004511 – SP 0004512 | Warrick Pharmaceuticals correspondence to Blue Cross & Blue Shield of Mass. with Albuterol pricing information | |
| 2905 | 6/6/95 | SP 0004506, SP 0004510 | Warrick Pharmaceuticals correspondence to HMO Blue with albuterol pricing information | |
| 2906 | 2/8/95 | SP 0004494 – SP 0004501 | Warrick Pharmaceuticals correspondence to HMO Blue with albuterol and clotrimazole pricing information | |
| 2907 | | SW0719729 – SW0719744 | Intron A in Non-Hodgkin's Lymphoma – Educational Backgrounder | |
| 2908 | 09/99 | SW0098555 – SW0098704 | Schering-Sales Policy & Procedure Manual | |
| 2909 | 09/30/04 | SPW0041824 – SPW0041826 | Schering-Plough Corporate Policy – Reporting and Investigations of Misconduct | |
| 2910 | | SW0321450 – SW0321451 | Quick Reference Fraud and Abuse Guidelines for Sales Forces | |
| 2911 | | SW0321547 – SW0321561 | Schering-Plough Corporation – Fraud & Abuse Compliance Program | |
| 2912 | | SW0328000 – SW0328057 | Warrick Pharmaceuticals Policy and Procedures | |
| 2913 | | WWV0091974 – WWV0091995 | Warrick Pharmaceuticals Corporation By-Laws | |
| 2914 | 3/15/93 | WWV0091946 – WWV0091962 | Agreement between Schering Corporation and Warrick Pharmaceuticals Corporation | |
| 2915 | 3/15/93 | WWV0091963 – WWV0091970 | Lease Agreement between Schering Corporation and Warrick Pharmaceuticals Corporation | |
| 2916 | 3/15/93 | WWV0091943 | Agreement between Warrick | |

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| | | – WWV0091945 | Pharmaceuticals Corporation and Schering Corporation | |
| 2917 | 3/15/93 | WWV0091996 – WWV0091998 | Unanimous Consent of Board of Directors Organization Meeting | |
| 2918* | | | Comparison of Estimated Monthly Medicare Reimbursements for Albuterol Sulfate 0.5% Solution: 2004 v. 2005, 30-Day Supply of 225mg | |
| 2919* | | | Last Recorded Medispan AWPs of Albuterol Sulfate 0.083% | |
| 2920* | | | Last Recorded Medispan AWPs of Albuterol Sulfate 0.5% | |
| 2921* | | | Warrick and Median AWPs, FULs and Median VA Prices for Generic Albuterol Sulfate 0.083% Products | |
| 2922A* | | | Summary of Relative AWP Analysis for Warrick's Albuterol NDCs Analyzed by Dr. Hartman in the MDL | |
| 2923A* | | | Summary of Relative AWP Analysis for Intron-A NDCs Analyzed by Dr. Hartman in the MDL | |
| 2924A* | | | Summary of Relative AWP Analysis for Warrick's Perphenazine NDCs Analyzed by Dr. Hartman in the MDL | |
| 2925A* | | | Summary of Relative AWP Analysis for Proventil NDCs Analyzed by Dr. Hartman in the MDL | |
| 2926A* | | | Summary of Relative AWP Analysis for Temodar NDCs Analyzed by Dr. Hartman in the MDL | |
| 2927* | | | Unit AWPs and Market Shares by Manufacturer for Albuterol Sulfate 0.083% Products | |
| 2928* | | | Unit AWPs and Market Shares | |

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| | | | by Manufacturer for Albuterol Sulfate 0.5% Products | |
| 2929* | | | Percent Change in Schering Intron-A Unit AWPs Between Consecutive Years | |
| 2930* | | | Unit AWPs for Intron-A Adjusted for Concentration | |
| 2931* | | | Medicare Reimbursement Limits as a Percent of Average Wholesale Price By HCPCS Code | |
| 2932* | | | Amount Paid by Medicare for Perphenazine | |
| 2933* | | | Distribution of Sales by Percentage of WAC Paid by Schering Customers, Proventil | |
| 2934* | | | Distribution of Sales by Percentage of WAC Paid by Schering Customers, Intron-A | |
| 2935* | | | Distribution of Sales by Percentage of WAC Paid by Schering Customers, Temodar | |
| 2936* | | | Comparative Breakdown of Payment Sources for Proventil and Albuterol Sulfate 0.083% and 0.5% Products Using NDTI Data | |

Respectfully submitted,

Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation
By their attorneys,


 /s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000


Dated:  October 19, 2006

<u>**CERTIFICATE OF SERVICE**</u>

      I, Eric Christofferson, hereby certify that on October 19, 2006, I caused copies of SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S AMENDED PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)(A) to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve and by sending a hard copy of Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's re-numbered trial exhibits by overnight mail to the following:

      Steve W. Berman
      Hagens Berman Sobol Shaprio LLP
      1301 Fifth Avenue, Suite 2900
      Seattle, WA 98101

      John A. Macoretta
      Spector, Roseman & Kodroff, P.C.
      1818 Market Street, Suite 2500
      Philadelphia, PA 19103

      Donald E. Haviland, Jr.
      The Haviland Law Firm
      740 S. Third Street, 3rd Floor
      Philadelphia, PA 19147

      Kenneth A. Wexler
      Wexler Toriseva Wallace LLP
      One North LaSalle Street, Suite 2000
      Chicago, IL 60602

                                     <u>/s/ Eric Christofferson</u>
                                         Eric Christofferson