# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. Abbott Labs., Inc. et al.*,<br>     Case No. CV-2-00260 (Nevada I), and<br><br>*State of Nevada v. American Home Products, et al.,*<br>     CA No. 02-CV-12086-PBS (Nevada II) | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### THE STATE OF NEVADA'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SUPPLEMENTING RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

Plaintiff the State of Nevada ("State"), by its undersigned counsel, respectfully requests that the Court extend by 30 days the time for the State to complete its Second Supplemental Responses to Defendants' First Set of Interrogatories. The State has discussed the extension of time with defendants and they do not oppose the request. As grounds for its request, the State submits the following:

1. On August 3, 2006, defendants filed their Third Motion to Compel the State of Nevada to produce certain information, including supplemental interrogatory responses.

2. Magistrate Judge Bowler heard the motion on September 19, 2006.

3. At the hearing, Magistrate Judge Bowler ordered the State to produce certain information and supplemental interrogatory responses within 30 days of the hearing. That date is October 19, 2006.

- 2 -

4.      Magistrate Judge Bowler's Order included the provision of defendant-specific information that must be compiled.

5.      Because of the State's counsel's preparation for the Track 1 trial scheduled to begin on November 6, 2006, the State required and extension of time to complete the supplemental responses.

6.      The State advised defendants that they require an additional thirty days to respond.  Defendants do not oppose the request.

7.      The State therefore requests that the Court enter any order giving the State until November 20, 2006 to submit its Second Supplemental Responses to Defendants' First Set of Interrogatories.  A proposed order is attached as Exhibit A.

DATED: October 19, 2006

By____/s/ Steve W. Berman_____
    Steve W. Berman
    Sean R. Matt
    Jeniphr A.E. Breckenridge
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594

    Thomas M. Sobol
    Edward Notargiacomo
    HAGENS BERMAN SOBOL SHAPIRO LLP
    One Main Street, 4th Floor
    Boston, MA  02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003

    COUNSEL FOR PLAINTIFF
    STATE OF NEVADA

George J. Chanos
Attorney General of the State of Nevada
L. Timothy Terry
Deputy Attorney General
100 N. Carson Street
Carson City,  NV 89701-4714

COUNSEL FOR PLAINTIFF
STATE OF NEVADA

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **THE STATE OF NEVADA'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SUPPLEMENTING RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 19, 2006, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 4 -

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Nevada v. Abbott Labs., Inc. et al.*, Case No. CV-2-00260 (Nevada I), and | |
| *State of Nevada v. American Home Products, et al.,* CA NO. 02-CV-12086-PBS (Nevada II) | |

## [PROPOSED] ORDER

Upon consideration of The State Of Nevada's Unopposed Motion For Extension of Time For Supplementing Responses to Defendants' First Set of Interrogatories, the Court hereby ORDERS:

The State of Nevada's Unopposed Motion is GRANTED.  The State of Nevada shall have until November 20, 2006 to produce certain information and complete its second supplemental responses to Defendants' First Set of Interrogatories.

IT IS SO ORDERED.

DATED: _____       _____
                                                                       Hon. Patti B. Saris
                                                                       United States District Court Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **[PROPOSED] ORDER** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 19, 2006, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

2