**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: | ) Judge Patti B. Saris ) |
| ALL CLASS ACTIONS | ) **ORAL ARGUMENT REQUESTED** ) ) |

**TRACK ONE DEFENDANTS' EMERGENCY MOTION TO DECLARE THE *TOUHY* REGULATION INAPPLICABLE AND FOR LEAVE TO TAKE TRIAL DEPOSITIONS OF <u>CERTAIN FORMER GOVERNMENT EMPLOYEES</u>**

The Track One Defendants respectfully move this Court (1) to declare that the *Touhy* regulation does not authorize the Government to prevent certain former Government employees from testifying because the Government is a party to these proceedings, and (2) for leave to depose former government employees who decline to testify voluntarily. The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, the Track One Defendants respectfully request that this Motion be GRANTED, and that the Court issue a trial subpoena within seven days for former government employees who refuse to testify voluntarily.

-2-

**REQUEST FOR ORAL ARGUMENT**

Pursuant to LR. 7.1, the Track One Defendants respectfully request that oral argument be heard on this motion.

        Respectfully Submitted,

        TRACK ONE DEFENDANTS

        /s/ John T. Montgomery
        John T. Montgomery (BBO#352220)
        Steven A. Kaufman (BBO#262230)
        Eric P. Christofferson (BBO#654087)
        Ropes & Gray LLP
        One International Place
        Boston, Massachusetts 02110-2624
        (617) 951-7000

        *Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated:  October 20, 2006

-3-

## **CERTIFICATE OF COMPLIANCE WITH LR. 7.1**

      I hereby certify that counsel for Schering conferred with counsel for the Government in a good faith effort to resolve or narrow the issues set forth herein.

                                              /s/ Adam Wright
                                              Adam Wright

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

      /s/ Adam Wright
      Adam Wright