# EXHIBIT E



**ROPES & GRAY LLP**
ONE INTERNATIONAL PLACE    BOSTON, MA 02110-2624    617-951-7000    F 617-951-7050
BOSTON    NEW YORK    PALO ALTO    SAN FRANCISCO    WASHINGTON, DC    www.ropesgray.com

September 26, 2006

John T. Montgomery
(617) 951-7565
jmontgomery@ropesgray.com

**BY FEDERAL EXPRESS**

Gejaa T. Gobena
Civil Division
Patrick Henry Building
601 D Street, N.W., Room 9028
Washington, DC. 20004

George B. Henderson, II
Assistant U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02110

Re: *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL 1456 (D. Mass.)

Dear Mr. Gobena and Mr. Henderson:

On behalf of the Track 1 Defendants in the above-referenced litigation, I am enclosing our letter to the Center for Medicare and Medicaid Services ("CMS") under the relevant *Touhy* regulation, 45 C.F.R. § 2, *et seq.* We continue to maintain, however, that the United States is a party to this civil proceeding, and thus any request for testimony of a former CMS employee is exempt from the *Touhy* regulation. *Id.* at § 2.1(1). We are nonetheless proceeding under the regulation to attempt to avoid an unnecessary dispute.

As you know, this matter is scheduled for trial beginning on November 6, 2006, and Judge Saris has expressed interest in hearing testimony from government witnesses. Under the circumstances, we respectfully ask that you notify us as soon as practicable, and no later than one week from today, whether CMS will respond to our letter by October 15, 2006. If you cannot do so by next week, then we will begin preparation of a motion seeking an order compelling a response, and also alerting the court to the threshold dispute concerning the applicability of the *Touhy* regulation to this situation.

If you would like to discuss the foregoing, we would be pleased to speak with you at your earliest convenience.

Very truly yours,

*John T. Montgomery*

John T. Montgomery
JTM/tw

10209617_1