FOR THE DISTRICT OF MASSACHUSETTS
UNITED STATES DISTRICT COURT

------------------------------------- x
IN RE PHARMACEUTICAL INDUSTRY  :
AVERAGE WHOLESALE PRICE  :
LITIGATION : MDL NO. 1456
 :
 : CIVIL ACTION:  01-CV-12257-PBS
------------------------------------- x
THIS DOCUMENT RELATES TO ALL : Judge Patti B. Saris
ACTIONS :
 :
------------------------------------- x

### ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby moves this Court to grant Catherine E. Lifeso leave to appear and practice in this Court pro hac vice. As grounds for this motion, AstraZeneca states as follows:

1.  Ms. Lifeso is an attorney with the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017.

2.  Ms. Lifeso is not a member of the Massachusetts Bar or the Bar of the United States District Court for the District of Massachusetts.

3.  Ms. Lifeso has met the requirements to practice before the United States District for the District of Massachusetts, as set forth in Local Rule 83.5.3. See Certificate of Ms. Lifeso, attached hereto as Exhibit A.

WHEREFORE, AstraZeneca respectfully requests that this Court grant this motion for Leave to Admit Ms. Lifeso, pro hac vice.

Dated:   October 20, 2006

Respectfully submitted,

By:   /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200 )
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: (617) 832-1000

Attorneys for AstraZeneca
  Pharmaceuticals LP

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiffs on this motion, and that counsel for plaintiffs consents to the motion.

/s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on October 20, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper
