CERTIFICATE OF ABIGAIL M. KAGLE

I, Abigail M. Kagle, hereby certify as follows:

1. I am an associate of the firm of Davis Polk & Wardwell, which is located at 450 Lexington Avenue, New York, New York 10017.

2. I have been admitted to practice in the State of New York in 2006.

3. I am an attorney in good standing in the above-referenced jurisdictions.

4. I have not been disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 18th day of October, 2006.

By: _____
    Abigail M. Kagle