UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' NOTICE OF INTENT TO OPPOSE TRACK ONE DEFENDANTS' EMERGENCY MOTION TO DECLARE THE TOUHY REGULATION INAPPLICABLE AND FOR LEAVE TO TAKE TRIAL DEPOSITIONS OF <u>CERTAIN FORMER GOVERNMENT EMPLOYEES</u>**

Long after the close of discovery and on the very eve of trial, Defendants move for "emergency relief," seeking the depositions of four former government employees – one of which, Thomas A. Scully, is a registered lobbyist for some of the Defendants in this very litigation.  Plaintiffs advise that they will vigorously oppose Defendants' motion, and intend to file an opposition brief in due course.  In that brief, Plaintiffs will argue that Defendants' motion should be denied because, *inter alia*:  (i) this is a crisis of Defendants' own making, and they should have initiated this years ago;[1] (ii) the motion is baseless on the merits, as the *Touhy* regulations clearly apply; (iii) the testimony of these individuals is unnecessary given that the Court should be applying the plain meaning rule to define AWP; and (iv) the testimony of Messrs. Scully and Jennings is likely to be biased given that they are registered lobbyists for the pharmaceutical industry (indeed, Scully, who left CMS under an ethical cloud for allegedly

---

[1] As defense counsel recognized in his letter appended to the emergency motion, "[i]n almost five years of litigation, the parties have disputed the meaning of a term, AWP . . . ."

doing the industry's bidding while in office, is a registered lobbyist for Defendants Aventis, Behring and Abbott Laboratories).

DATED:  October 20, 2006                    By      /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 3 -

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street
Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 20, 2006, I caused copies of **PLAINTIFFS' NOTICE OF INTENT TO OPPOSE TRACK ONE DEFENDANTS' EMERGENCY MOTION TO DECLARE THE TOUHY REGULATION INAPPLICABLE AND FOR LEAVE TO TAKE TRIAL DEPOSITIONS OF CERTAIN FORMER GOVERNMENT EMPLOYEES** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                    /s/ Steve W. Berman\_\_\_
                                                    Steve W. Berman

001534-16 135420 V1