**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

## JOINT MOTION TO RESET HEARING ON OCTOBER 26, 2006

All parties respectfully request that the hearing presently scheduled before this Court for 4:00 p.m. on Thursday, October 26, 2006, be reset to 2:00 p.m. that day.  The parties understand that a hearing the Court previously had scheduled for that time has been cancelled, and respectfully request that time for the convenience of the parties' travel schedules.

Dated:  October 20, 2006

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Counsel for Defendant Abbott Laboratories, Inc.,
On Behalf Of All Parties

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I certify that all parties consent to the relief requested in this motion.

/s/ Brian J. Murray
Brian J. Murray

**CERTIFICATE OF SERVICE**

I, Brian J. Murray, hereby certify that I am one of Abbott Laboratories' attorneys, and that I caused a true and correct copy of the foregoing JOINT MOTION TO RESET HEARING ON OCTOBER 26, 2006 to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 20th day of October, 2006.

/s/ Brian J. Murray
Brian J. Murray