### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

### THE J&J DEFENDANTS' AMENDED INDIVIDUAL
### DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A)

## I.   TRIAL WITNESSES CALLED LIVE

### A.   Experts

The J&J Defendants reserve the right to call any witnesses identified by Plaintiffs or the Track 1 Joint Defendants.

| NAME AND ADDRESS | WILL TESTIFY | MAY TESTIFY |
|---|---|---|
| Jayson S. Dukes<br><br>FTI Consulting, Inc.<br>One Atlantic Center<br>1201 West Peachtree Street<br>Suite 500<br>Atlanta, Georgia  30309<br>(404) 460-6221 | X | |
| Janusz A. Ordover<br><br>Department of Economics<br>New York University<br>269 Mercer Street<br>New York, New York 10003<br>(212) 998-8956 | | X |

**B.**     **Other Witnesses**

The J&J Defendants reserve the right to call any witnesses identified by Plaintiffs or the Track 1 Joint Defendants.

| NAME AND ADDRESS | WILL TESTIFY | MAY TESTIFY |
|---|---|---|
| Cathy Dooley<br><br>Johnson & Johnson<br>1350 I Street, N.W.<br>Suite 1210<br>Washington, D.C. 20005-3305<br>(202) 589-1000 | | X |
| Thomas Hiriak<br><br>Ortho Biotech Products, L.P.<br>430 Route 22 East<br>Bridgewater, NJ 08807-0914<br>(908) 541-4000 | | X |
| John Hoffman<br><br>Centocor, Inc.<br>800/850 Ridgeview Drive<br>Horsham, PA 19044<br>(610) 651-6000 | | X |
| Julie McHugh<br><br>Centocor, Inc.<br>800/850 Ridgeview Drive<br>Horsham, PA 19044<br>(610) 651-6000 | X | |
| William Pearson<br><br>Ortho Biotech Products, L.P. | X | |

2

| 430 Route 22 East<br>Bridgewater, NJ 08807-0914<br>(908) 541-4000 | | |
| --- | --- | --- |

## II.  EXHIBITS

The J&J Defendants reserve the right to introduce any exhibits or portions thereof identified by Plaintiffs or the Track 1 Joint Defendants.  The J&J Defendants also designate all data produced by each of the Plaintiffs which is being relied on by the J&J Defendants' experts or the Track 1 Joint Defendants' experts.

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
| --- | --- | --- | --- | --- | --- |
| 2750 | Exh. 1 to the Declaration of Thomas C. Hiriak in Support of the Johnson & Johnson Defendants' Motion for Summary Judgment as to Class 1 and Class 2 ("Hiriak Decl.") | | 6/29/93 | Hiriak Decl. 1: Western Union Mailgram  from Dennis Cleary to Retail Pharmacist concerning pharmacy rebate program: | |
| 2751 | | | 1994 | Hiriak Decl. Ex. 1: Promotion flyer "New Rebate Program in Effect Through June 30, 1994" | |
| 2752 | | | 1994 | Hiriak Decl. Ex. 1: Promotion flyer "Valuable Rebate Offered Through December 1994" | |
| 2753 | | | 5/2/94 | Hiriak Decl. Ex. 1: Invoice # 000141094 for | |

3

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| | | | | rebate to pharmacist | |
| 2754 | | | 6/27/94 | Hiriak Decl. Ex. 1: Stat/Gram concerning pharmacy rebate program | |
| 2755 | | | 1998 | Bindley Western Drug Co. Wholesale Price Catalog | |
| 2756 | | | 11/29/93 | Hiriak Decl. Ex. 3: Letter to physician enclosing rebate | |
| 2757 | | | 3/22/94 | Hiriak Decl. Ex. 3: Stat/Gram concerning physician rebate program | |
| 2758 | | | 1993 | Hiriak Decl. Ex. 3: Promotion flyer "Order PROCRIT and Continue to Receive an 8% Rebate" | |
| 2759 | | | 1994 | Hiriak Decl. Ex. 3: Stat/Gram "Save on Procrit with our new rebate program" | |
| 2760 | | | | Hiriak Decl. Ex. 5: Procrit and Epogen AWP and Effective Dates | |
| 2761 | MDL-OBI00063700 | MDL-OBI00063702 | 10/9/00 | Hiriak Decl. Ex. 6: Document re U.S. Oncology's negative assessment of Procrit's reimbursement position | |
| 2762 | Exh. 5 to the Declaration of Andrew D. Schau in Support of the Johnson & Johnson Defendants' Motion for Summary Judgment as to | | 9/21/01 | Excerpts from testimony of Zachary T. Bentley, Ven-A-Care; "Medicare Drug Reimbursements: A Broken System for Patients and Taxpayers," Joint Hearing Before the Subcommittee on Health et al., September 21, | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---------|------------------------|------------------|------|-------------|------------|
| | Class 1 and Class 2 | | | 2001, Serial No. 107-65 | |
| 2763 | MDL-OBI00002588 | MDL-OBI00002595 | 1/1/01 | Rebate Agreement w/ Keystone Mercy | |
| 2764 | MDL-OBI00030404 | MDL-OBI00030412 | 12/1/01 | Rebate Agreement w/ El Dorado Hematology Medical Oncology | |
| 2765 | MDL-OBI00031940 | MDL-OBI00031948 | 4/1/01 | Rebate Agreement w/ Internal Medicine Associates | |
| 2766 | MDL-OBI00017307 | MDL-OBI00017307 | Undated | Procrit PEP Experience Program | |
| 2767 | MDL-OBI00042743 | MDL-OBI00042743 | 11/20/01 | Memorandum to Nephrology Field Sales concerning "Competitive Position" | |
| 2768 | MDL-OBI00012152 | MDL-OBI00012199 | Undated | Key Selling Points – Objections and Responses | |
| 2769 | MDL-OBI00006540 | MDL-OBI00006571 | Undated | Strategic Customer Group Workshop | |
| 2770 | MDL-OBI00008396 | MDL-OBI00008423 | 5/7/02 | Strategic Customer Group Update, Oncology and Critical Care Managers' Meeting | |
| 2771 | MDL-OBI00041918 | MDL-OBI00041976 | 5/7/02 | Strategic Customer Group Update, Oncology and Critical Care Franchisees Managers' Meeting | |
| 2772 | MDL-OBI00040740 | MDL-OBI00040772 | 4/16/03 | "A Reimbursement Review" by Becky Hayes and Jeanette Dominguez | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---------|------------------------|------------------|------|-------------|------------|
| 2773 | MDL-OBI00040966 | MDL-OBI00040969 | Undated | "Least Costly Alternative Q/A" | |
| 2774 | MDL-OBI00043351 | MDL-OBI00043383 | 5/5/02 | Email, with attachments, dated from Mark Reese to Bill Pearson (et al.) re "Medicare/Medicaid Updates and Strategies" | |
| 2775 | MDL-OBI00007368 | MDL-OBI00007375 | Undated | "Option Paper on AWP Reform" | |
| 2776 | MDL-OBI00050429 | MDL-OBI00050429 | Undated | "AWP Reform – Talking Points" | |
| 2777 | MDL-OBI00050431 | MDL-OBI00050431 | Undated | "AWP Reform – Johnson & Johnson Principles" | |
| 2778 | MDL-OBI00050432 | MDL-OBI00050433 | Undated | "Alternatives to AWP– Pros & Cons" | |
| 2779 | MDL-OBI00002838 | MDL-OBI00002965 | 5/15/02 | Memo from J Dempsey re "Wholesaler manipulation of AWP" | |
| 2780 | MDL-OBI00007628 | MDL-OBI00007629 | 12/7/00 | Correspondence re Peter Stark | |
| 2781 | | | 12/13/05 | Plaintiffs' Supplemental Response to J&J Defendants' Requests for Admission and Interrogatories Concerning Procrit. | |
| 2782 | | | 12/12/05 | Plaintiffs' Supplemental Response to J&J Defendants' Requests for Admission and Interrogatories Concerning Remicade. | |
| 2783 | | | 2/1/06 | Complaint in *District Counsel 37 Health & Security Plan et al. v. McKesson Corp*, C 4:06-cv-00718-SBA (N.D. | |

6

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| | | | | Cal.) | |
| 2784 | | | 5/8/06 | Declaration of Jayson S. Dukes ("Dukes Decl.") in Support of the Johnson & Johnson Defendants Motion for Summary Judgment as to Class 1 and Class 1 [Corrected] | |
| 2784-A | | | Undated | Dukes Decl. Attachment 1: Curriculum Vitae of Jayson S. Dukes | |
| 2784-B | | | Undated | Dukes Decl. Attachment 2: Statement of Assumptions | |
| 2784-C | | | Undated | Dukes Decl. Attachment 3: Information Considered | |
| 2784-D | | | Undated | Dukes Decl. Exhibit 1: Listings of specific transactions excluded from calculations* (Previously provided to Plaintiff electronically) | |
| 2784-E | | | Undated | Dukes Decl. Exhibit 2: Listings of specific transactions excluded from calculations* (Previously provided to Plaintiff electronically) | |
| 2784-F | | | 12/15/05 | Dukes Decl. Exhibit 3: Dr. Hartman's calculations of the Procrit and Remicade ASPs, attachment G.4.a* | |
| 2784-G | | | 12/15/05 | Dukes Decl. Exhibit 4: Dr. Hartman's calculations of the Procrit and Remicade spreads, attachment G.4.c* | |

7

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| 2784-H | | | 5/8/06 | Dukes Decl. Exhibit 5: FTI Calculations of Procrit's ASPs by NDC and by year* | |
| 2784-I | | | 5/8/06 | Dukes Decl. Exhibit 6: FTI Calculations of Procrit's Spreads by NDC and by year* | |
| 2784-J | | | 5/8/06 | Dukes Decl. Exhibit 7a: Comparison of Procrit ASPs to Dr. Hartman Declaration dated 12/15/05* | |
| 2784-K | | | 5/8/06 | Dukes Decl. Exhibit 7b: Comparison of Procrit ASPs to Dr. Hartman Declaration dated 12/15/05* | |
| 2784-L | | | 5/8/06 | Dukes Decl. Exhibit 7c: Comparison of Remicade ASPs to Dr. Hartman Declaration dated 12/15/05* | |
| 2784-M | | | 5/8/06 | Dukes Decl. Exhibit 7d: Comparison of Remicade ASPs to Dr. Hartman Declaration dated 12/15/05* | |
| 2784-N | | | 5/8/06 | Dukes Decl. Exhibit 8: Annual ASP Calculations from Dr. Hartman Declaration dated 2/3/06* | |
| 2784-O | | | 5/8/06 | Dukes Decl. Exhibit 9: Annual Spread Calculations from Dr. Hartman Declaration dated 2/3/06* | |
| 2784-P | | | 5/8/06 | Dukes Decl. Exhibit 10: FTI Comparison of ASP Calculations - Dr. Hartman Declaration dated 2/3/06* | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---------|------------------------|------------------|------|-------------|------------|
| 2784-Q | | | 5/8/06 | Dukes Decl. Exhibit 11: FTI Comparison of Spread Calculations - Dr. Hartman Declaration dated 2/3/06* | |
| 2784-R | | | 5/8/06 | Dukes Decl. Exhibit 12a: Comparison of Procrit ASP Calculations to Dr. Hartman Declaration dated 2/3/06* | |
| 2784-S | | | 5/8/06 | Dukes Decl. Exhibit 12b: Comparison of Procrit ASP Calculations to Dr. Hartman Declaration dated 2/3/06* | |
| 2784-T | | | 5/8/06 | Dukes Decl. Exhibit 12c: Comparison of Remicade ASP Calculations to Dr. Hartman Declaration dated 2/3/06* | |
| 2784-U | | | 5/8/06 | Dukes Decl. Exhibit 12d: Comparison of Remicade ASP Calculations to Dr. Hartman Declaration dated 2/3/06* | |
| 2784-V | | | 5/8/06 | Dukes Decl. Exhibit 13: Comparison of Procrit Indirect Sales Excluded Units to Dr. Hartman Declaration dated 2/3/06* | |
| 2784-W | | | 5/8/06 | Dukes Decl. Exhibit 14: Procrit Government Transactions FTI Excludes and Dr. Hartman Includes* | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| 2784-X | | | 5/8/06 | Dukes Decl. Exhibit 15: Remicade Government Transactions FTI Excludes and Dr. Hartman Includes* | |
| 2784-Y | | | 5/8/06 | Dukes Decl. Exhibit 16: Price Distribution of Procrit Units Sold by Class of Trade* | |
| 2784-Z | | | 5/8/06 | Dukes Decl. Exhibit 17: Procrit Spread Calculations Greater Than 30% from Dr. Hartman's Declaration dated 12/15/05* | |
| 2784-AA | | | 5/8/06 | Dukes Decl. Exhibit 18: Procrit Spread Calculations Greater Than 30% from Dr. Hartman's Declaration dated 2/3/06* | |
| 2784-BB | | | 5/8/06 | Dukes Decl. Exhibit 19: Schedule of transactions omitted from calculations; Centocor represents to be data entry errors* (Previously provided to Plaintiff electronically) | |
| 2784-CC | | | 5/8/06 | Dukes Decl. Exhibit 20: Schedule of Transactions excluded from calculations re effects of service fees and discounts* (Previously provided to Plaintiff electronically) | |
| 2784-DD | | | 5/8/06 | Dukes Decl. Exhibit 21: Schedule of transactions excluded from calculations re discount fees from Nova Factor | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| | | | | and Priority Healthcare* (Previously provided to Plaintiff electronically) | |
| 2784-EE | | | 5/8/06 | Dukes Decl. Exhibit 22: Schedule of transactions excluded from calculations re sales orders placed prior to price increase* (Previously provided to Plaintiff electronically) | |
| 2784-FF | | | 5/8/06 | Dukes Decl. Exhibits 23 and 24: Schedule of transactions excluded from calculations re units where sale price was 0$ for Procrit and Remicade* (Previously provided to Plaintiff electronically) | |
| 2785 | MDL-CEN000103691 | MDL-CEN000103691 | | Remicade_Livingston Invoices.txt | |
| 2786 | MDL-HCS00013636 | MDL-HCS00013636 | | Daf_Data.mdb | |
| 2787 | MDL-HCS00275969 | MDL-HCS00275969 | | PSGA Data 12-15-2004.mdb | |
| 2788 | MDL-HCS00275971 | MDL-HCS00275971 | | Daf_Data_2003_01_30_2005.mdb | |
| 2789 | MDL-OBI00056539 | MDL-OBI00056539 | | PROCRIT_.mdb PROCRIT1.XLS | |
| 2790 | MDL-CEN00108048 | MDL-CEN00108048 | | Chargebacks 2003 for awp.xls | |
| 2791 | MDL-HCS00013630 | MDL-HCS00013630 | | IMHC_1991.mdb IMHC_1992.mdb IMHC_1993.mdb IMHC_JAN_TO_JUN_1994.mdb IMHC_JAN_TO_JUN_1 | |

11

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| | | | | 995.mdb | |
| | | | | IMHC_JAN_TO_JUN_1996.mdb | |
| | | | | IMHC_JAN_TO_JUN_1997.mdb | |
| | | | | IMHC_JAN_TO_JUN_1998.mdb | |
| | | | | IMHC_JAN_TO_JUN_1999.mdb | |
| | | | | IMHC_JUL_TO_DEC_1994.mdb | |
| | | | | CARS_REBATES_FINAL.mdb | |
| 2792 | MDL-HCS00013631 | MDL-HCS00013631 | | IMHC_JUL_TO_DEC_1995.mdb | |
| | | | | IMHC_JUL_TO_DEC_1996.mdb | |
| | | | | IMHC_JUL_TO_DEC_1997.mdb | |
| | | | | IMHC_JUL_TO_DEC_1998.mdb | |
| 2793 | MDL-HCS00013632 | MDL-HCS00013632 | | OBI_CBK_99_00_02.mdb | |
| | | | | OBI_CBK_2001.mdb | |
| 2794 | MDL-HCS00013634 | MDL-HCS00013634 | | REMICADE CONTRACT DATABASE.mdb | |
| 2795 | MDL-HCS00275988 | MDL-HCS00275988 | | OBI_CBK_2003.mdb | |
| 2796 | MDL-HCS00282702 | MDL-HCS00282702 | | IMHC_MISSING_2_DAYS_SEND_11112004.xls | |
| | | | | Supplemental_Cbks_ProcDt2004_to_20050511_2003-before_invoice.mdb | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---------|------------------------|------------------|------|-------------|------------|
| 2797 | MDL-HCS00283267 | MDL-HCS00283267 | | OBI_CBK_2002.mdb | |
| 2798 | FTI 00001 | FTI 00001 | | AWP Litigation CB_CustomerList.xls* <br><br> CB_Cust_FewOthers.xls* <br><br> CB_unique_cust_Additional.xls* <br><br> Remicade_CustomerList.xls* <br><br> Remicade_CustomerList_Nulls.xls* <br><br> tbl_CB_unique_cust_New.txt* | |
| 2799 | MDL-CEN00108050 | MDL-CEN00108050 | | Rebates by process date w customer name 1-1-01 thru 12-31-03.xls | |
| 2800 | MDL-HCS00283269 | MDL-HCS00283269 | | CARSIS_MANAGEDCARE_NEW_11092004_FINAL.mdb | |
| 2801 | FTI 000035 | FTI 000035 | | 2006_2_23_Wholesaler Pricing Point.xls | |
| 2802 | MDL-CEN00000026 | MDL-CEN00000026 | 6/13/01 | Letter re 3.9% price increase for Remicade | |
| 2803 | MDL-CEN00000737 | MDL-CEN00000737 | 7/9/02 | Letter to Health Net re Amendment to Rebate Agreement | |
| 2804 | MDL-CEN00000738 | MDL-CEN00000741 | 1/1/02 | Amendment to Health Net Care Systems Rebate Agreement | |
| 2805 | MDL-CEN00000882 | MDL-CEN00000908 | 7/1/02 | Product Pricing Agreement between HealthPartners, Inc and Health Care Systems Inc. | |
| 2806 | MDL-CEN00004003 | MDL-CEN00004008 | 11/18/98 | Memo from McDermott re Additional Information on AWP Spread | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| 2807 | MDL-CEN00004027 | MDL-CEN00004038 | 6/18/99 | Fax from FirstDataBank to Mike Ziskin, Centocor re New Product Submission form | |
| 2808 | MDL-CEN00007528 | MDL-CEN00007552 | 11/27/01 | Centocor Commercial Contracting Strategy | |
| 2809 | MDL-CEN00013965 | MDL-CEN00013965 | 6/13/01 | Letter from Ron Krawczyk to First Data Bank re 3.9% increase to Remicade list price | |
| 2810 | MDL-CEN00013968 | MDL-CEN00013968 | 6/13/01 | Letter from Ron Krawczyk to CliniDATA re 3.9% increase to Remicade list price | |
| 2811 | MDL-CEN00013969 | MDL-CEN00013969 | 6/13/01 | Letter from Ron Krawczyk to Red Book re 3.9% increase to Remicade list price | |
| 2812 | MDL-CEN00014002 | MDL-CEN00014002 | 6/13/01 | Letter from Ron Krawczyk to Cardinal Health Inc. re 3.9% increase to Remicade list price | |
| 2813 | MDL-CEN00014004 | MDL-CEN00014004 | 6/13/01 | Letter from Ron Krawczyk to AmeriSource Corp. re 3.9% increase to Remicade list price | |
| 2814 | MDL-CEN00014008 | MDL-CEN00014008 | 6/13/01 | Letter from Ron Krawczyk to McKesson HBOC, Inc. re 3.9% increase to Remicade list price | |
| 2815 | MDL-CEN00014235 | MDL-CEN00014235 | 11/3/00 | Letter from Ron Krawczyk to Fisrt Data Bank re 3.8% increase to Remicade list price | |
| 2816 | MDL-CEN00014253 | MDL-CEN00014253 | 2/24/00 | Memo from Scodari re Remicade 2000 Price Increase | |
| 2817 | MDL-CEN00014254 | MDL-CEN00014254 | Undated | Centocor, Inc. Price Increase History | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| 2818 | MDL-CEN00014322 | MDL-CEN00014328 | 8/22/02 | Immunology Business Unit 2003 Business Plan, Executive Summary | |
| 2819 | MDL-CEN00014768 | MDL-CEN00014790 | July, 1999 | Remicade Office Based Infusion Guide | |
| 2820 | MDL-CEN00024776 | MDL-CEN00024790 | Undated | Practice Building Opportunities | |
| 2821 | MDL-CEN00028906 | MDL-CEN00028972 | Undated | Remicade Corporate Accounts 2002 Business Plan | |
| 2822 | MDL-CEN00030466 | MDL-CEN00030467 | 3/16/98 | Memo from Carpenter re Average Acquisition Price vs. Average Acquisition Price with attached 3/13/98 memo re same | |
| 2823 | MDL-CEN00044499 | MDL-CEN00044504 | 6/6/01 | E-mail from Rick Bierly attaching t. Vernon Remicade Price Increase memo | |
| 2824 | MDL-CEN00044764 | MDL-CEN00044754 | 3/23/00 | Draft letters re 4.9% Price Increase for Remicade effective 3/23/00 | |
| 2825 | MDL-CEN00054756 | MDL-CEN00054893 | 1/5/98 | Interviews: Presented by NCI Managed Care | |
| 2826 | MDL-CEN00064895 | MDL-CEN00065029 | 5/15/97 | cA2 Commercialization Strategy Plan | |
| 2827 | MDL-CEN00069786 | MDL-CEN00069838 | 5/21/02 | E-mail from Michael Ziskind attaching 5/8/02 Infusion Therapy Costs in Physicians' Offices report | |
| 2828 | MDL-CEN00085479 | MDL-CEN00085524 | 4/18/02 | HCC Training Presented to RBS | |
| 2829 | MDL-CEN00091734 | MDL-CEN00091958 | Undated | Remicade Site of Care (SOC) Training Program | |
| 2830 | MDL-CEN00092122 | MDL-CEN00092197 | 12/14/00 | Presentation: Health Care Compliance (HCC) | |
| 2831 | MDL-CEN00093041 | MDL-CEN00093151 | 7/28/00 | Remicade: Practice management Program Goal for PMP | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---------|------------------------|------------------|------|-------------|------------|
| 2832 | MDL-CEN00094118 | MDL-CEN00094135 | 5/21/02 | May, 2001 Pricing Update | |
| 2833 | MDL-CEN00098193 | MDL-CEN00098198 | 11/18/99 | Centocor's Health Care Compliance Project, Fraud and Abuse, Presentation to Management Board | |
| 2834 | MDL-CEN000103407 | MDL-CEN000103447 | Undated | Centocor Practice Management Tools Coding, Coverage, and Reimbursement | |
| 2835 | MDL-CEN000104171 | MDL-CEN000104176 | 6/7/02 | RBS Scenario Role Play Talk Track | |
| 2836 | MDL-CEN000106858 | MDL-CEN000106903 | Sept. 1997 | Strategic Marketing Corp. A Qualitative Assessment of Third Party Payors' Acceptance of CenTNF, a Monoclonal Antibody (MAB) for the Treatment of Crohn's Disease, Interim Report | |
| 2837 | | | 3/14/96 | Memo from Mooney to Duxbury re: expense report | |
| 2838 | | | 10/18/96 | Memo from Wood to Duxbury re: expense report errors | |
| 2839 | | | 11/27/96 | Memo from Wood to Duxbury re: Verbal Warning for work performance | |
| 2840 | | | 12/3/96 | Duxbury Performance review | |
| 2841 | | | 3/24/97 | Memo from Wood to Duxbury re: performance | |
| 2842 | | | 4/6/98 | Memo from Woodhouse to Duxbury re: late reporting of | |

16

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---------|------------------------|------------------|------|-------------|------------|
| | | | | administrative responsibilities | |
| 2843 | | | 4/23/98 | Memo from Woodhouse to Duxbury re: performance | |
| 2844 | | | 5/02/98 | Memo from Ashe to Duxbury re: Verbal Warning for performance | |
| 2845 | | | 6/18/98 | Memo from Woodhouse to Duxbury re: Performance Evaluation and Written Warning | |
| 2846 | | | 7/20/98 | Memo from Duxbury to Woodhouse re: Resignation | |
| 2847 | | | 8/10/98 | Letter from Duxbury to unknown party *(believed to be State of Washington Employment Security Department)* re: working conditions and validity of Amgen's suit against Ortho Biotech | |
| 2848 | | | 9/18/98 | State of Washington Employment Security's Denial of Duxbury's claim for benefits | |
| 2849 | | | 10/19/98 | Duxbury's Notice of Appeal with attached letter from Duxbury | |
| 2850 | | | 7/16/01 | Summons and Complaint filed by Duxbury against Ortho Biotech re: wrongful discharge and breach of | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---|---|---|---|---|---|
| | | | | contract | |
| 2851 | | | 3/21/03 | Order Granting Summary Judgment for Ortho Biotech in Duxbury v. Ortho Biotech | |
| 2852 | | | 5/3/04 | Court of Appeal for the State of Washington decision affirming Summary Judgment in Duxbury v. Ortho Biotech | |
| 2853 | | | 7/12/05 | Government's Notice of Election to Decline Intervention in Duxbury's *qui tam* proceeding against Ortho Biotech | |
| 2854 | | | 7/12/05 | Order from the District Court unsealing the complaint in Duxbury's *qui tam* proceeding against Ortho Biotech and ordering Duxbury to serve the complaint on Ortho Biotech | |
| 2855 | | | 4/28/06 | Declaration of Mark E. Duxbury | |
| 2856 | | | 9/15/06 | Relator's Emergency Motion Requesting a Temporary Stay of the Court's 7-12/-5 Order | |
| 2857 | MDL-JAN00180843 | MDL-JAN00180844 | 6/12/02 | E-mail form Mike Borgia re AWP Change with First Data Bank | |

| Ex. No. | Beginning Bates Range: | End Bates Range: | Date | Description | Objections |
|---------|------------------------|------------------|------|-------------|------------|
| 2858 | MDL-JAN00114976 | MDL-JAN00114976 | 5/15/02 | E-mail from William Parks re Price Alert Change to our AWP | |
| 2859 | MDL-CEN00005508 | MDL-CEN00005510 | 2/21/02 | E-mail from Michael Ziskind re AWP Pricing – Per my voicemail | |
| 2860 | MDL-JAN00006938 | MDL-JAN00006940 | 7/16/02 | E-mail from William Parks re Price Alert Change to our AWP | |
| 2861 | MDL-JJ00000168 | MDL-JJ00000171 | 9/27/02 | E-mail from Alex Gorsky re AWP Reporting Issue: an overview | |
| 2862 | MDL-CEN00002717 | MDL-CEN00002878 | 3/25/98 | cA2 Marketing Plan U.S. Crohn's Indication Launch | |
| 2863 | | | 5/8/06 | "The Pink Sheet" re ASP Calculation Rankles IG; Drugs to Face Dropping Reimbursement Rates? | |
| 2864 | MDL-CEN00103705 | MDL-CEN00103710 | 8/20/02 | Legislative Update Representative Greenwood | |
| 2865 | | | April 1986 | Congressional Budget Office Physician Reimbursement Under Medicare: Options for Change | |
| 2866 | | | Undated | Ortho Oncology Sales Franchise Sales Training Process | |

\*       The J&J Defendants' Trial Exhs. 2784-D to 2875-FF and 2798 are admissible pursuant to FED. R. EVID. 1006, this material shall be deemed admissible.  The data and information underlying these exhibits have been produced to plaintiffs' counsel.

Dated:  October 23, 2006                    /s/ William F. Cavanaugh, Jr.
_____
William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Adeel A. Mangi
Mark Young
Niraj J. Parekh
**PATTERSON BELKNAP WEBB & TYLER** LLP
1133 Avenue of the Americas
New York, New York  10036-6710
(212) 336-2000

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Mark G. Young, hereby certify that I am one of the J&J Defendants' attorneys and that, on October 23, 2006, I caused copies of **THE J&J DEFENDANTS' AMENDED INDIVIDUAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A)** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

    /s/ Mark G. Young

21

1318102v1