UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**CLASS PLAINTIFFS' MOTION TO MODIFY PRETRIAL ORDER AUGUST 21, 2006**

Class plaintiffs move to modify the pretrial order as follows:

**A.     Filing of Defendants' Trial Affidavits**

1.     The original trial scheduling order required both sides to file trial affidavits by October 27, 2006.

2.     Defendants moved to excuse their filing until they had seen plaintiffs' proposed testimony.  The Court granted this motion but set no date for defendants' filings.  If plaintiffs take ten trial days defendants will have from October 27 until November 27, 2006 to study and prepare.  The shortest time defendants will have to respond is ten days prior to the start of plaintiffs' case.

3.     Accordingly, plaintiffs request that the Court order defendants to file trial affidavits by November 10, 2006, or approximately ten days prior to the start of defendants' case.  This would give both sides parity on this issue.

**B.     Extension of Time for One Witness Affidavit Due to the Illness of a Family Member**

1. Last week one of the plaintiffs' expert witnesses to be called in plaintiffs' case-in-chief received a call that the witness' mother was gravely ill. This occurred literally while the witness was preparing testimony. The witness immediately left town.

2. Plaintiffs request that the witness be permitted to file testimony on October 31, 2006. The name of the witness can be made available if required, but it's a personal matter that should not receive public notice. The name has been provided to defendants.

3. Pursuant to Local Rule 7.1, we have raised both issues with defendants and received no response.

DATED:  October 23, 2006.                By        /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

  I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 23, 2006, I caused copies of **CLASS PLAINTIFFS' MOTION TO MODIFY PRETRIAL ORDER AUGUST 21, 2006** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

           /s/ Steve W. Berman
           Steve W. Berman