# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## MOTION FOR LEAVE TO WITDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2(c), I, Lucy Fowler, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, Lucy Fowler, was an attorney practicing at Foley Hoag LLP, representing AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-captioned matter.

2. I am no longer associated with Foley Hoag LLP and will no longer be able to represent AstraZeneca.

3. AstraZenca continues to be represented by other attorneys at Foley Hoag LLP.

WHEREFORE, I respectfully move this Court for leave to withdraw from the above-captioned matter.

                                                         Respectfully submitted,

                                                         /s/ Lucy Fowler
                                                         Lucy Fowler (BBO # 647929)

Dated: October 23, 2006

B3270633.1

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

      Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiffs on this motion, and that counsel for plaintiffs consents to the motion.

                                                  /s/ Katherine B. Schmeckpeper
                                                  Katherine B. Schmeckpeper

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on October 23, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                  /s/ Katherine B. Schmeckpeper
                                                Katherine B. Schmeckpeper