UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**TRACK 1 DEFENDANTS' JOINT AMENDED PRETRIAL DISCLOSURES
PURSUANT TO FED R. CIV. P. 26(a)(3)(A)**

**TRACK 1 DEFENDANTS' JOINT AMENDED WITNESS LIST**

The Track 1 Defendants reserve the right to call any witnesses identified by Plaintiffs on their list of trial witnesses to be called live. Additionally, as Blue Cross Blue Shield of Massachusetts and other third-party payors are continuing to produce witnesses for deposition, the Track 1 Defendants reserve their right to supplement this witness list with additional witnesses to appear both live and by designation.

**A.      WITNESSES TO BE CALLED LIVE AT TRIAL**

| Name, Address & Phone Number | Will Call | May Call |
|---|---|---|
| Sheila Cizauskas <br> Director of Provider Contracting <br> Blue Cross Blue Shield of Massachusetts <br> c/o Stephen Coco, Esq. <br> Robins, Kaplan, Miller & Ciresi LLP <br> 800 Bolyston St., 25th Floor <br> Boston, MA 02199 <br> (617) 627-2300 | X | |

| Name, Address & Phone Number | Will Call | May Call |
|---|---|---|
| John Killion<br>Senior Director for Ancillary Services<br>Blue Cross Blue Shield of Massachusetts<br>c/o Stephen Coco, Esq.<br>Robins, Kaplan, Miller & Ciresi LLP<br>800 Bolyston St., 25th Floor<br>Boston, MA 02199<br>(617) 627-2300 | X | |
| Deborah Devaux<br>Senior Vice President for Health Care Contract Management<br>Blue Cross Blue Shield of Massachusetts<br>c/o Stephen Coco, Esq.<br>Robins, Kaplan, Miller & Ciresi LLP<br>800 Bolyston St., 25th Floor<br>Boston, MA 02199<br>(617) 627-2300 | | X |
| James Fanale<br>Former Chief Medical Officer<br>Blue Cross Blue Shield of Massachusetts<br>c/o Stephen Coco, Esq.<br>Robins, Kaplan, Miller & Ciresi LLP<br>800 Bolyston St., 25th Floor<br>Boston, MA 02199<br>(617) 627-2300 | | X |
| Edward S. Curran, Jr.<br>11 Cleveland St.<br>Norwood, MA 02062<br>(781) 762-9376 | X | |
| Gary Shramek<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>(212) 918-3000 | X | |
| Ken Arruda<br>c/o Stephen Coco, Esq.<br>Robins, Kaplan, Miller & Ciresi LLP<br>800 Bolyston St., 25th Floor<br>Boston, MA 02199<br>(617) 627-2300 | | X |
| Stanley Weintraub<br>6504 Steerforth Court<br>Baltimore, MD 21209<br>(202) 496-0200 x805 | | X |

| Name, Address & Phone Number | Will Call | May Call |
| --- | --- | --- |
| Thomas A. Scully<br>Alston & Bird<br>The Atlantic Building<br>950 F Street, NW<br>Washington, DC 20004<br>(202) 756-3459 | | X |
| Jessica Smith<br>Director of Statistical Services<br>IMS Health Incorporated<br>660 West Germantown Pike<br>Plymouth Meeting, PA 19462<br>(610) 834-5000 | | X |
| Christopher C. Jennings<br>Jennings Policy Strategies, Inc.<br>1001 G Street, NW<br>Suite 700 East<br>Washington, DC 20001<br>(202) 879-9344 | | X |
| Greg Bell<br>CRA International<br>John Hancock Tower<br>200 Clarendon St. T-33<br>Boston, MA 02116<br>(617) 425-3000 | X | |
| Tim Snail<br>CRA International<br>John Hancock Tower<br>200 Clarendon St. T-33<br>Boston, MA 02116<br>(617) 425-3000 | | X |
| Eric Gaier<br>Bates White LLC<br>2001 K Street NW<br>Suite 700<br>Washington, DC 20006<br>(202) 408-6110 | X | |
| Dr. Linda Haegele<br>9600 Roosevelt Blvd.<br>Suite 301<br>Philadelphia, PA 19115<br>(215) 677-8150 | X | |
| Daniel L. McFadden<br>The Brattle Group, Inc.<br>353 Sacramento St., Suite 1140<br>San Francisco, CA 94111<br>(415) 217-1000 | X | |

| Name, Address & Phone Number | Will Call | May Call |
|---|---|---|
| Susan Pierce<br>Blue Cross Blue Shield of Massachusetts<br>Landmark Center<br>401 Park Drive<br>Boston, MA 02215 | | X |

**B.  WITNESSES TO BE OFFERED BY DEPOSITION**

| Name & Employer |
|---|
| Theresa Jernigan<br>Sheet Metal Workers |
| Lisa Gorman<br>Blue Cross Blue Shield of Massachusetts |
| Maureen Coneys<br>Blue Cross Blue Shield of Massachusetts |
| Vincent Plourde<br>Blue Cross Blue Shield of Massachusetts |
| Robert Jackson, Jr.<br>Aetna |
| Susan Johnson<br>Aetna |
| Joseph Spahn<br>Anthem Blue Cross Blue Shield |
| Timothy J. Miller<br>Anthem Blue Cross Blue Shield |
| David B. Morris<br>Anthem Blue Cross Blue Shield |
| John B. Syer, Jr.<br>Anthem Blue Cross Blue Shield |
| Hal Goldman<br>Beacon/Vista Healthplan |
| Paula Pfankuch<br>Blue Cross Blue Shield Illinois |
| Mickey Brown<br>Blue Cross Blue Shield Mississippi |
| Jill S. Herbold<br>Cigna |
| Russell Hailey<br>Coventry Health Care, Inc. |
| Bruce M. Niebylski<br>Health Alliance Plan |
| Karen Ferro<br>HealthNet Pharmaceutical Services |
| Michael Baca<br>HealthNet Pharmaceutical Services |

| **Name & Employer** |
|---|
| Karla A. Austen |
| HealthNet Pharmaceutical Services |
| Mike Beaderstadt |
| Heritage National Health Plan |
| Margaret M. Johnson |
| Horizon Blue Cross Blue Shield |
| Susan Mengert |
| Horizon Blue Cross Blue Shield |
| William K. Fleming |
| Humana |
| Gary Owens, MD |
| Independence Blue Cross |
| Eric Cannon |
| Intermountain Healthcare |
| Dale Kramer |
| Kaiser Permanente in Northern California |
| David W. Thomas |
| Three Rivers Health Plans |
| Kelly Ellston |
| Union Labor Life Insurance Company |
| Greg Wantanabe |
| Wellpoint Pharmacy Management |
| Peggy Lynch |
| Banner Health |
| Brent Priday |
| Banner Health |
| Matthew P. McCullough |
| Findley Davies |
| Deborah A. Martin |
| Mercer Human Resources Consulting |
| Lilli Duval |
| Pharmaceutical Care Network |
| Edward A. Kaplan |
| Segal Co. |
| Ron Lyon |
| Towers Perrin |
| Glenn Randle |
| Sheet Metal Workers |
| Charles Hannaford |
| Pipefitters Local 537 Health Trust Fund |
| Daniel Ryan |
| UFCW |
| Janice Friedman |
| UFCW |

| Name & Employer |
|---|
| Denise DeMaina |
| Blue Cross Blue Shield of Massachusetts |
| Michael Mulrey |
| Blue Cross Blue Shield of Massachusetts |
| John Killion |
| Blue Cross Blue Shield of Massachusetts |
| Jan Cook |
| Blue Cross Blue Shield of Massachusetts |
| Steven Fox |
| Blue Cross Blue Shield of Massachusetts |
| Deborah Devaux |
| Blue Cross Blue Shield of Massachusetts |
| Sheila Cizauskas |
| Blue Cross Blue Shield of Massachusetts |
| Sharon Smith |
| Blue Cross Blue Shield of Massachusetts |
| James Fanale |
| Blue Cross Blue Shield of Massachusetts |
| Robert Bell |
| Anthem, Inc. |
| Thomas E. Greenbaum |
| Cigna |
| Mary Picerno |
| Empire Blue Cross Blue Shield |
| Elizabeth Rubin |
| Empire Blue Cross Blue Shield |
| James T. Kenney |
| Harvard Pilgrim Health Care |
| Robert C. Farias |
| Harvard Pilgrim Health Care |
| Scott Wert |
| HealthNet Pharmaceutical Services |
| Edward Lemke |
| Humana |
| Carol Sidwell |
| John Deere Healthcare |
| Dan Dragalin |
| Multiplan |
| Reann Maxwell |
| University of Pittsburgh Medical Center Health Plan |
| Timothy Hopkins |
| Anthem Prescription Management |
| Penny Marshall |
| Schaller Anderson |

| **Name & Employer** |
|---|
| Patricia K. Morgan<br>First Databank |
| Carole O'Brien<br>VA National Acquisition Center |
| Steven Thomas<br>VA National Acquisition Center |
| Robert James<br>McKesson |
| Jody Taylor<br>Cardinal Health |
| Dennis Lindell<br>AmeriSourceBergen Corporation |
| Zachary Dyckman<br>Dyckman & Associates |
| Arthur Steinberg<br>Philadelphia Federation of Teachers Health and Welfare Fund |
| Julie Ryberg<br>Formula Corp. |
| William Ecklund<br>Twin City Bakery Workers Health & Welfare Fund |
| Bernard Dale Jackson<br>Man-U Service Contract Trust Fund |
| William J. Einhorn<br>Teamsters Health and Welfare Fund of Philadelphia & Vicinity |
| John Rodgers<br>Independent Health |
| William A. Rhodes<br> Zenith Administrators |
| David Lambert<br>AmeriSourceBergen |
| Greg Yonko<br>McKesson |
| Kimbir L. Tate<br>McKesson |
| Ken Arruda<br>Blue Cross Blue Shield of Massachusetts |
| Lee Newcomer<br>United Healthcare |

Respectfully submitted,

THE FOLLOWING TRACK 1 DEFENDANTS

By:   /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Attorneys for the Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Attorneys for the Johnson & Johnson Defendants

                    John T. Montgomery (BBO #352220)
                    Steven A. Kaufman (BBO #262230)
                    Eric P. Christofferson (BBO #654087)
                    Ropes & Gray LLP
                    One International Place
                    Boston, MA 02110

                    Attorneys for Schering-Plough Corp. and
                    Warrick Pharmaceuticals Corp.

Dated: October 23, 2006

- 9 -

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on October 23, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                        By: /s/ Katherine B. Schmeckpeper
                                                Katherine B. Schmeckpeper