## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

### THIRD DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS AND DILATORY TACTICS

I, Elizabeth A. Fegan, declare under penalty of perjury under the laws of the United States of America that:

1. I am one of the attorneys for Plaintiffs and have personal knowledge of the matters set forth therein.

2. Attached as Exhibit 1 is a true and correct copy of a letter dated September 8, 2006 from Shamir Patel to Elizabeth A. Fegan (enclosing one Hard Drive containing documents bates-stamped BAX MDL S 0724630-1044518).

3. Attached as Exhibit 2 is a true and correct copy of a letter dated September 27, 2006 from Shamir Patel to Elizabeth A. Fegan (enclosing two Hard Drives containing documents bates-stamped BAX MDL S 1044519-1045640 and BAX MDL E 3402291-3408372).

-1-

-2-

    4.    Attached as Exhibit 3 is a true and correct copy of a Letter dated October 3, 2006 from Shamir Patel to Elizabeth A. Fegan (enclosing one Hard Drive containing documents bates-stamped BAX MDL S 1045641-1069202).

Dated:  October 24, 2006                  /s/ Elizabeth A. Fegan

-3-

## CERTIFICATE OF SERVICE BY LEXIS/NEXIS FILE & SERVE

      I, Elizabeth A. Fegan, hereby certify that I am one of plaintiffs' attorneys and that, on October 24, 2006, I caused copies of **THIRD DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AND DEFAULT JUDGMENT AGAINST BAXTER HEALTHCARE FOR OBFUSCATION OF DOCUMENTS** to be served on all counsel of record by causing same to be posted electronically via LexisNexis File & Serve.

                              By  /s/ Elizabeth A. Fegan
                                    Elizabeth A. Fegan

001534-16  135421 V1