# EXHIBIT 1

**DICKSTEIN**SHAPIRO<sub>LLP</sub>

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

*Writer's Direct Dial: (202) 420-2728*
*E-Mail Address: patels@dicksteinshapiro.com*

September 8, 2006

Via FedEx

Elizabeth A. Fegan
60 West Randolph, Suite 200
Chicago, IL 60601

Re:   Baxter's Response to Plaintiffs' Omnibus Requests for Production of Documents; MDL 1456

Dear Ms. Fegan:

Enclosed please find one Hard Drive containing (BAX MDL S 0724630 - BAX MDL S 1044518) which is being provided to you pursuant to Baxter's rolling production in response to the above discovery requests. Please return the Hard Drive to Dickstein Shapiro or send a check for $300.00 for the cost of a replacement. Enclosed is a reference chart of the production names on the Hard Drive. A privilege log for today's production is forthcoming.

Included in this production are the following documents from Baxter's archives facilities.

By making this production, Baxter does not waive any jurisdictional, substantive, or procedural defects or any of its objections to Plaintiffs' discovery requests. The documents are also produced subject to, and without waiver of, the attorney-client, work product, and/or any other applicable privileges. Baxter's document production efforts will continue on a rolling basis.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Shamir Patel
(202) 420-2728
patels@dicksteinshapiro.com

SP/sp