# EXHIBIT 2

**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

September 27, 2006

Via FedEx

Ms. Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
60 West Randolph, Suite 200
Chicago, IL 60601

Re:   Baxter's Response to Plaintiffs' Omnibus Requests for Production of Documents; MDL 1456

Dear Ms. Fegan:

Enclosed please find two Hard Drives containing (BAX MDL E 3402291 – BAX MDL E 3408372 and BAX MDL S 1044519 – BAX MDL S 1045640) which are being provided to you pursuant to Baxter's rolling production in response to the above discovery requests. In the course of our privilege logging we determined that the enclosed documents should be produced in full or redact form. Enclosed are reference charts with the production names on each of the Hard Drives. Please return the Hard Drive to Dickstein Shapiro or send a check for $300.00 per Hard Drive for the cost of replacements.

Please also find enclosed 1 CD (BAX MDL 0203479) containing selected responsive Siebel Field Sales Call Reports which is being provided to you pursuant to the above discovery request.

By making this production, Baxter does not waive any jurisdictional, substantive, or procedural defects or any of its objections to Plaintiffs' discovery requests. The documents are also produced subject to, and without waiver of, the attorney-client, work product, and/or any other applicable privileges. Baxter's document production efforts will continue on a rolling basis. Please do not hesitate to contact me should you have any questions.

Sincerely,

Shamir Patel
(202) 420-2728
patels@dicksteinshapiro.com

SP/sp