# EXHIBIT 3

**DICKSTEIN**SHAPIRO<sub>LLP</sub>

1825 Eye Street NW  |  Washington, DC 20006-5403
TEL (202) 420-2200  |  FAX (202) 420-2201  |  dicksteinshapiro.com

October 3, 2006

Via FedEx

Ms. Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
60 West Randolph, Suite 200
Chicago, IL 60601

Re:   Baxter's Response to Plaintiffs' Omnibus Requests for Production of Documents; MDL
      1456

Dear Ms. Fegan:

Enclosed please find one Hard Drive containing BAX MDL S 1045641 – BAX MDL S 1069202
which is being provided to you pursuant to Baxter's rolling production in response to the above
discovery requests.  Enclosed is a reference chart with the production names on the Hard Drive.

Please return the Hard Drive to Dickstein Shapiro or send a check for $300.00 per Hard Drive for
the cost of replacements.

By making this production, Baxter does not waive any jurisdictional, substantive, or procedural
defects or any of its objections to Plaintiffs' discovery requests.  The documents are also
produced subject to, and without waiver of, the attorney-client, work product, and/or any other
applicable privileges.  Baxter's document production efforts will continue on a rolling basis.
Please do not hesitate to contact me should you have any questions.

Sincerely,

Shamir Patel
(202) 420-2728
patels@dicksteinshapiro.com

SP/sp

Washington, DC  |  New York, NY  |  Los Angeles, CA                    DSMDB.2150871.01