# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL No. 1456 |
|  | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS ) ) ) ) ) | Judge Patti B. Saris |

**PLAINTIFFS' OBJECTIONS TO SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S AMENDED PRETRIAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A)[1]**

## I. WITNESSES TO BE CALLED AT TRIAL[2]

| Witness | Will Call | May Call |
|---|---|---|
| Dr. Sumanth Addanki<br>National Economic Research Associates, Inc.<br>50 Main Street<br>White Plains, NY 10606<br>(914) 448-4000 | X |  |
| Dr. E.M. (Mick) Kolassa<br>Medical Marketing Economics, LLC<br>400 South Lamar Boulevard, Suite A<br>Oxford, MS 38655<br>(662) 281-0502 | X |  |
| Brian Longstreet<br>c/o Schering-Plough Corporation | X |  |

---

[1] These Amended Pretrial Disclosures contain the following changes from Schering-Plough's and Warrick's previous Pretrial Disclosures: Trial Exs. 2922A-2926A have been inserted in place of Trial Exs. 2922-2926, because the original exhibits were inadvertently printed without visible row headings; and Trial Exhibit 2922A corrects a slight error in the notes section of the original Trial Exhibit 2922. No changes have been made to the substance of these re-numbered exhibits.

[2] Schering and Warrick reserve the right to call any witnesses appearing on Plaintiffs' witness list.

-2-

| Witness | Will Call | May Call |
|---|---|---|
| 2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | |
| Harvey Weintraub<br>34 Woodcrest Drive<br>Convent Station, NJ 07960<br>(973) 285-0151 | X | |
| Alfred Graf<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | X | |
| Debra Kane<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Jim Kilgallon<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Lawrence Atkins<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Thomas Kelly<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Portia Edens<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |

| Witness | Will Call | May Call |
|---|---|---|
| Gary Bishop<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Mark Flynn<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |

## II. SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S TRIAL EXHIBITS[3, 4]

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| 2900 | 3/4/02 | SW0143845 – SW0143855 | Schering Corporation correspondence to Fallon Clinic enclosing Purchase Agreement | |
| 2901 | 3/19/02 | SW0143859 – SW0143862 | Amendment to Purchase Agreement dated 3/4/02 between Fallon, Inc. and Schering Corporation | FRE 106 – Incomplete Doc.<br>FRE 403 – Does not refer to subject drugs. |
| 2902 | 11/16/98 | SW0676604 – SW0676618 | Schering Corporation correspondence to Aetna Pharmacy Management enclosing Addendum to Agreement | FRE 402 – Cannot determine relevance of handwritten comments<br>FRE 802 – Hearsay/hearsay within hearsay<br>FRE 901 – Handwritten notes |

---

[3] Schering and Warrick reserve the right to introduce any exhibits or portions thereof identified by Plaintiffs.

[4] The following trial exhibits, identified herein with an asterisk, are admissible as summaries pursuant to Fed. R. Evid. 1006:  2918 – 2936.  The data and information underlying these exhibits have been produced to Plaintiffs' counsel.

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| | | | | not authenticated |
| 2903 | 4/3/02 | SW0378909 – SW0378916 | Purchase Agreement between Harvard Pilgrim Health Care, Inc.-Harvard Staff and Schering Corporation | FRE 802 – Inadmissible hearsay FRE 901 – Non-party signature not authenticated |
| 2904 | 8/29/94 | SP 0004511 – SP 0004512 | Warrick Pharmaceuticals correspondence to Blue Cross & Blue Shield of Mass. with Albuterol pricing information | |
| 2905 | 6/6/95 | SP 0004506, SP 0004510 | Warrick Pharmaceuticals correspondence to HMO Blue with albuterol pricing information | |
| 2906 | 2/8/95 | SP 0004494 – SP 0004501 | Warrick Pharmaceuticals correspondence to HMO Blue with albuterol and clotrimazole pricing information | |
| 2907 | | SW0719729 – SW0719744 | Intron A in Non-Hodgkin's Lymphoma – Educational Backgrounder | 802 – Inadmissible hearsay 402 – Relevance as undated |
| 2908 | 09/99 | SW0098555 – SW0098704 | Schering-Sales Policy & Procedure Manual | |
| 2909 | 09/30/04 | SPW0041824 – SPW0041826 | Schering-Plough Corporate Policy – Reporting and Investigations of Misconduct | |
| 2910 | | SW0321450 – SW0321451 | Quick Reference Fraud and Abuse Guidelines for Sales Forces | |
| 2911 | | SW0321547 – SW0321561 | Schering-Plough Corporation – Fraud & Abuse Compliance Program | |
| 2912 | | SW0328000 – SW0328057 | Warrick Pharmaceuticals Policy and Procedures | |
| 2913 | | WWV0091974 – WWV0091995 | Warrick Pharmaceuticals Corporation By-Laws | FRE 104 Not previously produced FRE 402/901 |

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| 2914 | 3/15/93 | WWV0091946 – WWV0091962 | Agreement between Schering Corporation and Warrick Pharmaceuticals Corporation | Unsigned/undated FRE 104 Not previously produced FRE 402/901 |
| 2915 | 3/15/93 | WWV0091963 – WWV0091970 | Lease Agreement between Schering Corporation and Warrick Pharmaceuticals Corporation | Unsigned/undated FRE 104 Not previously produced FRE 402/901 |
| 2916 | 3/15/93 | WWV0091943 – WWV0091945 | Agreement between Warrick Pharmaceuticals Corporation and Schering Corporation | Unsigned/undated FRE 104 Not previously produced FRE 402/901 |
| 2917 | 3/15/93 | WWV0091996 – WWV0091998 | Unanimous Consent of Board of Directors Organization Meeting | Unsigned/undated FRE 104 – not previously produced |
| 2918* | | | Comparison of Estimated Monthly Medicare Reimbursements for Albuterol Sulfate 0.5% Solution: 2004 v. 2005, 30-Day Supply of 225mg | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2919* | | | Last Recorded Medispan AWPs of Albuterol Sulfate 0.083% | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not |

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| | | | | specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2920* | | | Last Recorded Medispan AWPs of Albuterol Sulfate 0.5% | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2921* | | | Warrick and Median AWPs, FULs and Median VA Prices for Generic Albuterol Sulfate 0.083% Products | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2922A* | | | Summary of Relative AWP Analysis for Warrick's Albuterol | FRE 104 – not previously produced |

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
|  |  |  | NDCs Analyzed by Dr. Hartman in the MDL | FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2923A* |  |  | Summary of Relative AWP Analysis for Intron-A NDCs Analyzed by Dr. Hartman in the MDL | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2924A* |  |  | Summary of Relative AWP Analysis for Warrick's Perphenazine NDCs Analyzed by Dr. Hartman in the MDL | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to |

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| | | | | page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2925A* | | | Summary of Relative AWP Analysis for Proventil NDCs Analyzed by Dr. Hartman in the MDL | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2926A* | | | Summary of Relative AWP Analysis for Temodar NDCs Analyzed by Dr. Hartman in the MDL | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2927* | | | Unit AWPs and Market Shares by Manufacturer for Albuterol Sulfate 0.083% Products | FRE 104 – not previously produced FRE 901 – Submitted |

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| | | | | FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2928* | | | Unit AWPs and Market Shares by Manufacturer for Albuterol Sulfate 0.5% Products | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2929* | | | Percent Change in Schering Intron-A Unit AWPs Between Consecutive Years | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly |

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| | | | | through source doc. To determine accuracy or authenticity of excerpted data. |
| 2930* | | | Unit AWPs for Intron-A Adjusted for Concentration | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2931* | | | Medicare Reimbursement Limits as a Percent of Average Wholesale Price By HCPCS Code | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2932* | | | Amount Paid by Medicare for Perphenazine | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – |

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
|  |  |  |  | Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2933* |  |  | Distribution of Sales by Percentage of WAC Paid by Schering Customers, Proventil | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2934* |  |  | Distribution of Sales by Percentage of WAC Paid by Schering Customers, Intron-A | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. |

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| | | | | To determine accuracy or authenticity of excerpted data. |
| 2935* | | | Distribution of Sales by Percentage of WAC Paid by Schering Customers, Temodar | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |
| 2936* | | | Comparative Breakdown of Payment Sources for Proventil and Albuterol Sulfate 0.083% and 0.5% Products Using NDTI Data | FRE 104 – not previously produced FRE 901 – Submitted FRE 1006 – Insufficient as (1) underlying exhibits not produced, (2) references to source docs. Not specific as to page/line, (3) overly through source doc. To determine accuracy or authenticity of excerpted data. |

DATED:  October 24, 2006.                    Respectfully submitted,

By      /s/ **Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147

Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

-15-

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 24, 2006, I caused copies of **PLAINTIFFS' OBJECTIONS TO SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S AMENDED PRETRIAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A)** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                                                            **/s/ Steve W. Berman**
                                                                                            Steve W. Berman