# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| ) | Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 ) ) ) ) | Judge Patti B. Saris  Chief Magistrate Judge Marianne B. Bowler |

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP.'S AMENDED PRETRIAL DISCLOSURES

Defendants Bristol-Myers Squibb Company ("BMS") and Oncology Therapeutics

Network Corporation ("OTN") hereby make the following pretrial disclosures of their witness

list and exhibits, pursuant to Fed. R. Civ. P. 26(a)(3)(A).

**A.      WITNESSES TO BE CALLED LIVE AT TRIAL (Not in Order of Appearance)**

BMS and OTN reserve the right to call any witnesses identified by Plaintiffs who

are beyond the subpoena power of the Court but whom Plaintiffs intend to bring to trial.

Additionally, as Blue Cross Blue Shield of Massachusetts and other third-party payors are

continuing to produce witnesses for deposition, BMS and OTN reserve their right to supplement

this witness list with additional witnesses to appear both live and by designation.

| Name and Address | Will Testify | May Testify |
|---|:---:|:---:|
| John F. Akscin  Oncology Therapeutics Network Corp.  c/o Hogan & Hartson L.L.P.  875 Third Avenue  New York, NY 10022  Tel:  (212) 918-3000 | X | |

| Name and Address | Will Testify | May Testify |
|---|---|---|
| Gregory K. Bell, Ph.D.<br>CRA International<br>John Hancock Tower, 200 Clarendon Street, T-33<br>Boston, MA 02116-5092<br>Tel:  (617) 425-3000 | X | |
| Michael Carozza<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | | X |
| Brian Garofalo<br>Amgen Inc.<br>Columbia Square<br>555 13th Street, NW, #600W<br>Washington, DC 20004<br>Tel:  (202) 637-5700 | | X |
| Richard Hammerstone<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |
| Denise M. Kaszuba<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |
| Christof A. Marre<br>49 Waban Hill Road North<br>Chestnut Hill, MA 02467<br>Tel:  (617) 332-0280 | X | |
| Frank Pasqualone<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |

| Name and Address | Will Testify | May Testify |
|---|---|---|
| Marsha Peterson<br>570 Maria Lane<br>Roseburg, Oregon  97470<br>Tel:  (541) 679-1810 | X | |
| David Rogers<br>825 Edgewood Road<br>Yardley, PA 19067<br>Tel:  (215) 321-4217 | X | |
| Douglas Soule<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |
| Zoltan Szabo<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |

**B.      WITNESSES TO BE OFFERED BY DEPOSITION[1]**

1.      John F. Akscin

2.      Raul Armand

3.      Gena P. Cook

4.      Dana Faulkner

5.      Diane Ihling

6.      Denise Kaszuba

7.      Greg Keighley

8.      Thomas Liptak

9.      Christof A. Marre

10.     Fran M. Morrison

11.     Joseph Petrella

---

[1]      The designated pages are referenced in a separate pleading.

12.     Marsha Peterson

13.     Douglas Soule

14.     Zoltan Szabo

## C.     EXHIBITS

BMS and OTN reserve the right to introduce any exhibits or portions thereof

identified by Plaintiffs.  BMS and OTN further reserve the right to supplement their exhibit list

in order to rebut any additional evidence or arguments offered by Plaintiffs at trial.  In addition,

as Blue Cross Blue Shield of Massachusetts continues to produce documents and witnesses, and

a deposition of United remains outstanding, BMS and OTN reserve their right to supplement this

exhibit list.[2]

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| 2400 | Bell BMS Report | 04/14/2005 | Bristol-Myers Squibb website history description | None |
| 2401 | Bell BMS Report | 2004 | Frank Stephenson, "A Tale of Taxol," Florida State University Office of Research | 402 Irrelevant 802 Hearsay |
| 2402 | Bell BMS Report | 01/25/2002 | "Appellate Ruling May Force Ivax to Pull Generic Taxol," Washington Business Information, Inc., Vol. 19, No. 2 | 802 Hearsay |
| 2403 | Bell BMS Report | 08/04/1989 | "Bristol-Myers/Squibb deal—'a marriage made in heaven,' " Pharmaceutical Business News | 802 Hearsay |
| 2404 | Bell BMS Report | 09/09/1996 | "B-MS's Etopophos Receives US FDA Approval," Pharma Marketletter | 802 Hearsay |
| 2405 | Bell BMS Report | 12/29/1992 | "Bristol-Myers Squibb Announces Taxol Patient Access and Reimbursement Assistance Programs," PR Newswire | 802 Hearsay 402 (partial) Irrelevant |
| 2406 | Bell BMS Report | 02/10/2006 | Bristol-Myers Squibb Co. (NYS: BMY), Mergentonline | 402 Irrelevant 403 Waste of |

---

[2]     Trial exhibits 2523, 2524, 2626 and 2631 are admissible as summaries pursuant to Fed. R. Evid. 1006.  The data and information underlying these exhibits have been produced to Plaintiff's counsel.

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| | | | | time and needless presentation of cumulative evidence 802 Hearsay |
| 2407 | Bell BMS Report | 10/16/1990 | "Bristol-Myers Squibb Announces Legal Decisions," PR Newswire | 402 Irrelevant 802 Hearsay |
| 2408 | Bell BMS Report | 03/09/1989 | "Bristol-Myers Announces FDA Approval of New Anti-Cancer Drug," PR Newswire | 802 Hearsay |
| 2409 | Bell BMS Report | 05/25/1990 | "Bristol-Myers Squibb Gratified by Judge's Ruling," PR Newswire | 402 Irrelevant 802 Hearsay |
| 2410 | Bell BMS Report | 04/10/2000 | "Bristol-Myers loses key provisions of Taxol patent in Ivax litigation," Drug Store News, No. 5, Vol. 22, Pg. 18 | 802 Hearsay |
| 2411 | Bell BMS Report | 02/24/1993 | "Bristol-Myers Squibb Responds to Congressional Hearings," PR Newswire | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2412 | Bell BMS Report | 01/18/1993 | "B-M Squibb Sets US Taxol Price," Pharma Marketletter | 402 Irrelevant 802 Hearsay |
| 2413 | Bell BMS Report | 08/06/1996 | "Bristol-Myers to Buy Partner's Stake in Joint Venture," New York Times | 802 Hearsay |
| 2414 | Bell BMS Report | 12/14/2004 | "Bristol-Myers Squibb to Sell Oncology Therapeutics Network," OTN website | None |
| 2415 | Bell BMS Report | | BMS Company Worldwide Net Sales From Continuing Operations by Product Quarterly Sales Trend Analysis | 104; CR 26(a)(3) Not previously produced |
| 2416 | Bell BMS Report | 04/1999 | Blenoxane package insert | 402 Irrelevant 403 Waste of time and needless |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| | | | | presentation of cumulative evidence |
| 2417 | Bell BMS Report | 07/29/1991 | "Bristol-Myers Squibb Issues Statement on Taxol," PR Newswire | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2418 | Bell BMS Report | 04/1999 | FDA Oncology Tools Product Label Details for bleomycin | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2419 | Bell BMS Report | | FDA Oncology Tools Approval Summary for bleomycin (for malignant pleural effusion) | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2420 | Bell BMS Report | | Blenoxane product information | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2421 | Bell BMS Report | | Cytoxan Tablet Rx package insert | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| 2422 | Bell BMS Report | 07/02/2003 | "U.S. Major Pharmaceuticals: Monthly Pricing Monitor, " CSFB Equity Research | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2423 | Bell BMS Report | | FDA Oncology Tools Product Label Details for cyclophosphamide | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2424 | Bell BMS Report | 12/03/1996 | "Agreement with NCI for Extended Collaborative Research of Taxol," Doctor's Guide | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2425 | Bell BMS Report | 01/2000 | Drug Facts and Comparisons | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 803 Hearsay |
| 2426 | Bell BMS Report | | Adriamycin RDF, Label and Approval History, FDA website | None |
| 2427 | Bell BMS Report | | Etoposide, Label and Approval History,  FDA website | None |
| 2428 | Bell BMS Report | | Cytoxan, Label and Approval History, FDA website | None |
| 2429 | Bell BMS Report | | Neosar, Label and Approval History, FDA website | None |
| 2430 | Bell BMS Report | | Blenoxane, Label and Approval History, FDA website | None |
| 2431 | Bell BMS Report | | Bleomycin Sulfate, Label and Approval History, FDA website | None |
| 2432 | Bell BMS | | Neil Edwards, "Taxol," School of | 402 Irrelevant |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
|  | Report |  | Chemistry University of Bristol | 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2433 | Bell BMS Report |  | Cytoxan, Label and Approval History, FDA website | None |
| 2434 | Bell BMS Report |  | Platinol, Label and Approval History, FDA website | None |
| 2435 | Bell BMS Report | 02/19/2001 | "Where Companies Rank in Their Industries; How executives, directors, and securities analysts rate 535 companies in 61 industries," CNNMoney.com | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2436 | Bell BMS Report |  | Rubex, Label and Approval History, FDA website | None |
| 2437 | Bell BMS Report |  | Vepesid, Therapeutic Equivalents, FDA website | None |
| 2438 | Bell BMS Report |  | Etopophos, RX package insert | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2439 | Bell BMS Report | 11/26/1997 | "FDA to Review Immunex Application for Paclitaxel," PR Newswire | 802 Hearsay |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| 2440 | Bell BMS Report | | BMS First Databank AWPs | Plaintiffs' reserve objection pending the outcome, if any, of a Daubert challenge to the data and methodology underpinning the exhibit |
| 2441 | Bell BMS Report | 03/15/2000 | "Faulding Receives FDA Approval for Bleomycin Sulfate for Injection," Business Wire | 802 Hearsay |
| 2442 | Bell BMS Report | 06/20/1991 | Philip Hilts, "U.S. Agrees to Supply Trees for Cancer Drug," New York Times | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2443 | Bell BMS Report | 01/27/1998 | "Immunex files for generic Taxol," Chemical Business Newsbase | 802 Hearsay |
| 2444 | Bell BMS Report | 12/22/1993 | "Immunex Regains Rights to Pixykine; Cynamid to Develop Product for Overseas Markets," PR Newswire | 802 Hearsay |
| 2445 | Bell BMS Report | 01/30/1992 | "Immunex, Bristol-Myers sign marketing pact," United Press Int'l | 802 Hearsay |
| 2446 | Bell BMS Report | 01/16/2001 | "IVAX Comments On Fourth Quarter ONXOL Sales and Recent Stock Repurchases," Business Wire | 402 Irrelevant 802 Hearsay |
| 2447 | Bell BMS Report | 08/14/2001 | "IVAX Corp. still sees growth prospects for brand equivalent paclitaxel product" AFX.com | 402 Irrelevant 802 Hearsay |
| 2448 | Bell BMS Report | 09/1999 | "IVAX Gets Final Approval for European Marketing of Paxene," Worldwide Biotech | 402 Irrelevant 802 Hearsay |
| 2449 | Bell BMS Report | 02/04/2002 | "IVAX paclitaxel gets ok to stay on US market," Pharma | 402 Irrelevant 802 Hearsay |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| | | | Marketletter | |
| 2450 | Bell BMS Report | 01/21/2002 | Carey Krause, "Ivax wins round in Pacitaxel patent battle," Chemical Market Reporter, No. 3, Vol. 261 | 802 Hearsay |
| 2451 | Bell BMS Report | 02/6-7/2004 | James Love, "Appendix 1: Some notes on the government role in R&D for new medicines, Neglected Diseases Group Meeting" | 104; CR 26(a)(3) Not previously produced 901 Authenticity concern; no foundation 802 Hearsay |
| 2452 | Bell BMS Report | 09/15/2003 | Susan Morrissey, "Maximizing Returns," CENEAR, Vol. 81, No. 37 | 402 Irrelevant 802 Hearsay |
| 2453 | Bell BMS Report | 2004 | Sally Gray, "New Business Strategy," MedAdNews, PharmaLive | 402 Irrelevant 802 Hearsay |
| 2454 | Bell BMS Report | | Etoposide IV monograph, Medscape | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2455 | Bell BMS Report | | Doxorubicin IV monograph, Medscape | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2456 | Bell BMS Report | | Blenoxane lnj, Monograph-Bleomycin Sulfate Medscape | 402 Irrelevant 403 Waste of time and needless presentation of cumulative |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| | | | | evidence<br>802 Hearsay |
| 2457 | Bell BMS Report | | Carboplatin IV monograph, Medscape | 402 Irrelevant<br>403 Waste of time and needless presentation of cumulative evidence<br>802 Hearsay |
| 2458 | Bell BMS Report | | Cytoxan IV, monograph-Cyclophosphamide Medscape | 402 Irrelevant<br>403 Waste of time and needless presentation of cumulative evidence<br>802 Hearsay |
| 2459 | Bell BMS Report | | Taxol IV, Monograph-Paclitaxol, Medscape | 402 Irrelevant<br>403 Waste of time and needless presentation of cumulative evidence<br>802 Hearsay |
| 2460 | Bell BMS Report | 12/30/2002 | Mike Miller, "Taxanes and Platinum Drugs in Cancer Treatment," National Cancer Institute | 402 Irrelevant<br>403 Waste of time and needless presentation of cumulative evidence<br>802 Hearsay |
| 2461 | Bell BMS Report | 08/15/2001 | Dunnett & Lehmann, Oncology Therapeutics Network Honored by CIO-100 Awards, OTN online News Archive | 402 Irrelevant<br>403 Waste of time and needless presentation of cumulative evidence |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| 2462 | Bell BMS Report | 2005 | OTN Brand Drugs, from OTN website | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2463 | Bell BMS Report | 2005 | OTN Company Profile, from OTN website | None |
| 2464 | Bell BMS Report | 05/13/2005 | OTN Becomes Independent as One Equity Partners Completes Purchase from BMS, OTN online News Archive | None |
| 2465 | Bell BMS Report | 2005 | Products and Services, the Lynx System, from OTN website | None |
| 2466 | Bell BMS Report | 06/10/1996 | "Ovarian Cancer (Therapy): Topotecan Anti-Cancer Drug Approved by FDA," Cancer Weekly | 402 Irrelevant 802 Hearsay |
| 2467 | Bell BMS Report | | Cytoxan, PDRhealth | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2468 | Bell BMS Report | | BMSO Paraplatin, production description | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2469 | Bell BMS Report | | Paclitaxel, from Wikipedia | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| | | | | |
| 2470 | Bell BMS Report | | Paclitaxel for Injection, Biolyse Pharma Corp. | 901 Authenticity concern; no foundation 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2471 | Bell BMS Report | 01/2004 | Paraplatin package insert | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2472 | Bell BMS Report | 06/2001 | FDA Oncology Tools Product Label Details in Conventional Order for carboplatin | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2473 | Bell BMS Report | | Center for Drug Evaluation and Research, Approved Labeling, Paraplatin | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2474 | Bell BMS Report | 2006 | PriceProbe, First Data Bank | 104; CR 26(a)(3) Not previously produced |
| 2475 | Bell BMS Report | 2005 | Products and Services, from OTN website | None |
| 2476 | Bell BMS | | Company Overview, AccessMed | 802 Hearsay |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| | Report | | | |
| 2477 | Bell BMS Report | 1993-2005 | Red book listings, B | None |
| 2478 | Bell BMS Report | 1993-2005 | Red book listings, C | None |
| 2479 | Bell BMS Report | 1997-2005 | Red book listings, E | None |
| 2480 | Bell BMS Report | 03/29/2006 | Products and Services, AccessMed | None |
| 2481 | Bell BMS Report | 1993-1997 | Red Book listings, P | None |
| 2482 | Bell BMS Report | 1993-2002 | Red Book listings, R | None |
| 2483 | Bell BMS Report | 1993-2005 | Red Book listings, T | None |
| 2484 | Bell BMS Report | 1993-2004 | Red Book listings, V | None |
| 2485 | Bell BMS Report | 2006 | Cancer Care Resources, Drug Reimbursement Hotlines 2006, Assoc. of Comm. Cancer Centers | 802 Hearsay |
| 2486 | Bell BMS Report | 1999 | Rozek & Berkowitz, "The Costs to the U.S. Health Care System of Extending Marketing Exclusivity for Taxol" | 402 Irrelevant 802 Hearsay |
| 2487 | Bell BMS Report | | Pharmaceutical Therapeutic Categories Outlook, SG Cowen | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2488 | Bell BMS Report | 04/13/2000 | "Roxane Laboratories, Inc. Introduces First Generic Cyclophosphamide Tablets," PR Newswire | 802 Hearsay |
| 2489 | Bell BMS Report | 03/2001 | Rubex package insert | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| 2490 | Bell BMS Report | 03/29/2006 | The Story of Taxol | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2491 | Bell BMS Report | | About Taxote, taxtote.com | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2492 | Bell BMS Report | 05/06/2003 | "Sicor acquires several oncology products," PR Newswire Europe | 802 Hearsay |
| 2493 | Bell BMS Report | | Mead Johnson Oncology, Taxol product description | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2494 | Bell BMS Report | | 1998 year search in the National Medal of Technology lauretes, The Spirit of American Innovation | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2495 | Bell BMS Report | | FDA Oncology Tools Approval Summary for Paclitaxel (for treatment of breast cancer) | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2496 | Bell BMS Report | | FDA Oncology Tools Approval Summary for Paclitaxel (for AIDS related Kaposi's sarcoma) | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2497 | Bell BMS Report | | FDA Oncology Tools Approval Summary for Paclitaxel (for metastatic carcinoma of the ovary) | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2498 | Bell BMS Report | | FDA Oncology Tools Approval Summary for Paclitaxel (ovarian second line therapy) | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2499 | Bell BMS Report | | Mead Johnson Oncology Products Taxol Injection product information | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2500 | Bell BMS Report | 02/10/2000 | Mead Johnson Oncology Products Taxol Injection product information | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2501 | Bell BMS Report | 03/00/2003 | Taxol Injection package insert | 402 Irrelevant 403 Waste of time and needless |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|-----------------|------|-------------|------------|
| | | | | presentation of cumulative evidence |
| 2502 | Bell BMS Report | | Mead Johnson Oncology Products Taxol Injection product information | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2503 | Bell BMS Report | 06/03/2002 | "Taxol v. Taxotere finds tox Advantage; Comparison of Drugs from Bristol-Myers Squibb Co. and Aventis S.A.", Marketletter | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2504 | Bell BMS Report | 11/07/2001 | "Taxol: Court Reverses FDA Approval of Generic Version", American Health Line | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2505 | Bell BMS Report | | Dan McDonley, "Taxus sp. and the Ethnobotanical and Chemical Origins of Taxol" | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2506 | Bell BMS Report | 06/06/2003 | GAO Report No. GAO-03-829, "Technology Transfer: NIH-Private Sector Partnership in the Development of Taxol" | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| | | | | 802 Hearsay |
| 2507 | Bell BMS Report | 08/23/2001 | Susannah Markandya & James Love, "Timeline of Paclitaxel Disputes" | 901 Authenticity concern; no foundation 106 Incomplete document (web links not printed) 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2508 | Bell BMS Report | 10/05/2001 | "Transportation Delays Make Ivax Stock Woozy", South Florida Business Journal | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2509 | Bell BMS Report | 11/08/2000 | Disease Dynamics: The Cancer Market, UBS Warburg Industry Outlook | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2510 | Bell BMS Report | 11/00/2004 | VePesid Package Insert | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2511 | Bell BMS Report | 09/00/1998 | VePesid Package Insert | 402 Irrelevant 403 Waste of time and |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| | | | | needless presentation of cumulative evidence |
| 2512 | Bell BMS Report | | FDA Oncology Tools Approval Summary for Etoposide, VP-16 (for small cell lung cancer) | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2513 | Bell BMS Report | | FDA Oncology Tools Approval Summary for Etoposide, VP-16 (for testicular tumors) | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence |
| 2514 | Bell BMS Report | 02/16/2006 | A-Z Health Guides from WedMD: Drugs – Bleomycin Injection | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2515 | Bell BMS Report | 06/17/2005 | "Healthcare Costs; Growth in Spending on Cancer Therapies Nearly Doubles After New Oral Oncologics," Drug Week | 402 Irrelevant 403 Waste of time and needless presentation of cumulative evidence 802 Hearsay |
| 2516 | Bell BMS Report | 08/16/1999 | Presentation entitled "Paraplatin Deconversion Discussion Outline" | None |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2517 | Bell BMS Report | 05/18/2000 | Presentation entitled "Taxol and Generic Competition Draft Discussion Document" | 104; CR 26(a)(3) Not previously produced 802 Hearsay |
| 2518 | Bell BMS Report | 04/13/2000 | Presentation entitled "Taxol and Generic Competition Preliminary Research Findings on Price Competition" | 104; CR 26(a)(3) Not previously produced 802 Hearsay |
| 2519 | Bell BMS Report | 01/19/2000 | Presentation entitled "Taxol Preservation Discussion Outline Project Kickoff" | 104; CR 26(a)(3) Not previously produced 802 Hearsay |
| 2520 | Bell BMS Report | 09/29/1999 | Presentation entitled "Paraplatin Deconverstion Discussion Outline" | 104; CR 26(a)(3) Not previously produced 802 Hearsay |
| 2521 | Bell BMS Report | 10/13/1999 | Presentation entitled "Paraplatin Deconverstion Findings and Recommendations" | 104; CR 26(a)(3) Not previously produced 802 Hearsay |
| 2522 | Bell BMS Report | | Supplemental Exhibit C: BMS and OTN Sales Data: Revenues, Prices, and Price Dispersion | Plaintiffs' reserve objection pending the outcome, if any, of a Daubert challenge to the data and methodology underpinning the exhibit |
| 2523 | Bell BMS Report | | Exhibit D: Summary of BMS/OTN Revenue by Product ($): Excluding Sales to Federal | Plaintiffs' reserve objection |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| | | | Entities | pending the outcome, if any, of a Daubert challenge to the data and methodology underpinning the exhibit |
| 2524 | Bell BMS Report | | Exhibit E: BMS/OTN Price Dispersion: Excluding Sales to Federal Entities | Plaintiffs' reserve objection pending the outcome, if any, of a Daubert challenge to the data and methodology underpinning the exhibit |
| 2525 | FDB-AWP 00532-37 | 09/12/1997 | Memo to Cathy Gutgesell from Barbara Goetz re: Price Adjustment Notification | None |
| 2526 | BMS/AWP/00 0127505-52 | 05/18/2000 | Taxol And Generic Competition Draft Discussion Document | Objection; duplicates Ex. 2517 |
| 2527 | BMS/AWP/00 0166375-76 | | US Oncology (USON) Pharmaceutical Purchasing Agreement Highlights | None |
| 2528 | BMS/AWP/00 619729-30 | | BMS Minnesota Multistate Contract Offer Outline | 106 incomplete document and no date; reserve additional objections pending receipt and review of complete document. |
| 2529 | BMS/AWP/00 0252532-41 | 10/19/2000 | E-mail from Sandy McMahon, with attachments re: Communication Program Bullet Points and Customer Call Flow | None |
| 2530 | BMS/AWP/00 288985 | | BMS Innovatix Contract Offer Outline | None |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| 2531 | BMS/AWP/00 289399-00 | | BMS Cardinal Health Provider Pharmacy Services (CHPPS) Contract Offer Outline | 106 incomplete document; reserve additional objections pending receipt and review of complete document. |
| 2532 | BMS/AWP/00 311919-27 | 05/20/2002 | E-mail from Martin Bick to Jayson Housson re: IDO deals, attaching draft Taxol/Ifex/Tequin contracts | None |
| 2533 | BMS/AWP/00 317864-70 | | Taxol Program Review and Forecast for 2002 | None |
| 2534 | BMS/AWP/00 320140-81 | | Customer Marketing Business Plan 2003 | None |
| 2535 | BMS/AWP/00 353981-84 | 04/23/2002 | E-mail from Martin Bick, attaching updated BMS Oncology offer | 106 incomplete document; reserve additional objections pending receipt and review of complete document. |
| 2536 | BMS/AWP/00 429062 | 12/20/1999 | Document entitled, BMS Position on Pricing of Medicines | 402 Irrelevant 901 No Foundation 802 Hearsay |
| 2537 | BMS/AWP/00 482440-41 | | Document entitled, Taxol Q4 2002 & Q1 2003 State Society GPO Incentive Program | None |
| 2538 | BMS/AWP/00 482447-86 | 03/10/2003 | Taxol Opportunity Program presentation | None |
| 2539 | BMS/AWP/00 500615-16 | | BMS Minnesota Multistate Contract Offer Outline | 106 incomplete document and no date; Plaintiffs reserve additional objections pending receipt and review of |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| | | | | complete document. |
| 2540 | BMS/AWP/00 766434-99 | | BMS Pharmaceutical Group Purchase Agreement between BMS and Duke Health System | 106 incomplete document; missing pages 452-75; Plaintiffs reserve additional objections pending receipt and review of complete document. |
| 2541 | BMS/AWP/00 991871-73 | 06/11/2003 | E-mail from Timothy Wert to Dennis Buckley attaching OTN Paraplatin Fliers | None |
| 2542 | BMS/AWP/01 248310-11 | | BMS PACT Contract Offer Outline | 106 incomplete document and no date; Plaintiffs reserve additional objections pending receipt and review of complete document. |
| 2543 | BMS/AWP/01 314172-94 | 09/9/1997 | AVAPRO Pricing Recommendation presentation | None |
| 2544 | BMSAWP/00 07368-71 | | Agreement between Valley Hospital and BMS | 106 incomplete document and no date; Plaintiffs reserve additional objections pending receipt and review of complete document.. |
| 2545 | BMS/AWP/00 0100778 | | Document entitled "Average Wholesale Price (AWP)" | 901 authenticity concerns; no foundation |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2546 | BMSAWP/00 11214-35 | 09/06/1995 | Etopophos Launch Plan | None |
| 2547 | BMSAWP/00 11799-804 | | OTN 1996 Premier Members Program documents | 106 incomplete document; Plaintiffs reserve additional objections pending receipt and review of complete document. 901 re: handwriting; no foundation |
| 2548 | BMSAWP/00 44178-99 | | BMS Bid Pricing Manual | None |
| 2549 | BMS/AWP/00 429979-82 | | Agreement between Columbia/HCA Healthcare Corp., Owen Healthcare, Inc. and BMS | 106 incomplete document (no signatures); Plaintiffs reserve additional objections pending receipt and review of complete document |
| 2550 | FDB-AWP-18637-39 | 04/01/2002 | E-mail from Norma Ledezma on behalf of Kay Morgan to Marilynne Isaacs, forwarding 4/1/02 Price Increase Notification | None |
| 2551 | Bell BMS Report | 04/28/2006 | Supplemental Declaration of Gregory K. Bell, Ph.D | 802 Hearsay |
| 2552 | BMS/AWP/00 11247-48 | 08/1992 | Correspondence from D. Kaszuba to Publications | None |
| 2553 | BMS/AWP/00 11246 | 08/18/1992 | Internal Medispan memorandum re: Bristol Oncology Survey | None |
| 2554 | 10/25/04 Szabo Affidavit Ex. 1 | 7/10/1996 | Email from D. Kaszuba to T. Wert and G. Kegler regarding AWPs published by First Databank, Redbook and Medispan | None |
| 2555 | CMS Public | 7/26/1996 | Letter from John F. Akscin to | 104, CR |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| | Records | | Gail Wilensky, Administrator, Health Care Financing Administration | 26(a)(3) Not previously produced 802 Hearsay |
| 2556 | BMS/AWP/00 0095588-610 | 01/01/1997 | OTN Newsletter – "The Network News" | None |
| 2557 | | 09/01/1998 | Specialty Wholesaler Marketing Services Agreement | 104; CR 26(a)(3) Not previously produced 901 Authenticity concerns; no foundation 402 Irrelevant |
| 2558 | | 01/24/1999 | Sales Agency and Consignment Agreement | 104; CR 26(a)(3) Not previously produced 901 Authenticity concerns; no foundation 402 Irrelevant |
| 2559 | BMS/AWP/01 411455 | 04/01/1999 | Soule call note regarding D. Dong | None |
| 2560 | BMS/AWP/01 411454 | 04/01/1999 | Soule call note regarding D. Dong | None |
| 2561 | BMS/AWP/01 411461 | 04/21/1999 | Soule call note regarding B. Bolonesi | None |
| 2562 | BMS/AWP/01 411464 | 05/03/1999 | Soule call note regarding R. Marquardt | None |
| 2563 | BMS/AWP/01 411468 | 06/10/1999 | Soule call note regarding N. Lee | None |
| 2564 | BMS/AWP/01 411473 | 06/14/1999 | Soule call note regarding F. Senecal | None |
| 2565 | BMS/AWP/01 426860 | 07/16/1999 | Soule call note regarding M. Francisco | None |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| 2566 | BMS/AWP/00 1504076-84 | 09/08/1999 | BMS Memorandum from Miami Team to Suzanne Greenwood regarding Drug Replacement Update and Memorandum from V. Khanna and B. Garofalo to Florida Drug Replacement Team | 402 Irrelevant |
| 2567 | BMS/AWP/01 426864 | 12/02/1999 | Soule call note regarding M. Francisco | None |
| 2568 | BMS/AWP/00 1509899-917 | 02/06/2000 | Presentation entitled, "The Business of Office Based Oncology" | None |
| 2569 | BMS/AWP/00 1506747-48 | 06/08/2000 | Correspondence from J. Akscin related to Oaklane Cancer & Hematology P.C. | None |
| 2570 | BMS/AWP/00 1506760 | 06/12/2000 | E-mail from Amy Chan to J. Akscin | None |
| 2571 | BMS/AWP/00 1506759; BMS/AWP/00 1506761-62 | 06/14/2000 | Correspondence from J. Akscin related to J. Kiraly, III M.D. | None |
| 2572 | BMS/AWP/00 1506766-68 | 06/15/2000 | Correspondence from J. Akscin related to Oaklane Cancer & Hematology P.C. | None |
| 2573 | BMS/AWP/00 1506751 | 6/15/2000 | Notes related to Integrated Health Care Providers, Inc. | None |
| 2574 | BMS/AWP/01 418518 | 06/26/2000 | Soule call note regarding R. McCroskey | None |
| 2575 | BMS/AWP/00 0096632-43 | 07/11/2000 | Presentation entitled, "Reimbursement in Office Based Oncology" | None |
| 2576 | BMS/AWP/01 418616 | 08/02/2000 | Soule call note regarding W. B. Ethridge | None |
| 2577 | BMS/AWP/01 418620 | 08/29/2000 | Soule call note regarding N. Lee | None |
| 2578 | BMS/AWP/01 418636 | 09/14/2000 | Soule call note regarding R. Goldberg | None |
| 2579 | BMS/AWP/01 418640 | 09/28/2000 | Soule call note regarding M. Kang | None |
| 2580 | BMS/AWP/01 419514 | 10/13/2000 | Soule call note regarding G. Newman | None |
| 2581 | | 2001 | OTN Sourcebook 2001 | 410 Irrelevant 403 Waste of time |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2582 | BMS/AWP/00 1491764-69 | 07/15/2001 | E-mail from Douglas Soule regarding weekly report and center of excellence update, attaching Significant Event Report for the week ending 7/13/01 | None |
| 2583 | BMS/AWP/01 423279 | 07/30/2001 | Soule call note regarding J. Pelton | None |
| 2584 | BMS/AWP/00 1492357 | 08/15/2001 | Standby Statement re: Pricing Terms Initiative | 106 incomplete document 802 Hearsay |
| 2585 | BMS/AWP/00 1510378-412 | 01/2002 | Presentation entitled, "The Business of Office Based Oncology" | 802 Contains hearsay |
| 2586 | BMS/AWP/01 049934-41 | 01/17/2002 | E-mail from D. Kaszuba to Julie Martino re: Price Chek | None |
| 2587 | BMS/AWP/00 442087-97 | 04/2002 | Presentation entitled, Understanding AWPs | None |
| 2588 | BMS/AWP/01 109780-84 | 04/22/2002 | E-mail from Greg Fersko to L. Leas, D. Ihling, J. Martino attaching AWP Presentation | None |
| 2589 | BMS/AWP/01 088203-11 | 04/30/2002 | E-mail from Leighanne Leas to Ronald Miller & Thomas McKenna regarding Pricing Source Overview with attached slides | None |
| 2590 | BMS/AWP/00 1506795-868 | 10/18/2002 | Presentation entitled, "Regulatory & Reimbursement Update" | 802 Hearsay |
| 2591 | BMS/AWP/00 0056952-69 | 11/01/2002 | Presentation entitled, "Pricing & Institutional Operations Overview" | None |
| 2592 | BMS/AWP/00 1491561-63 | 11/10/2002 | E-mail from Douglas Soule, attaching memorandum regarding weekly significant event report for week ending 11/8/02 | None |
| 2593 | | 12/02/2002 | Oncology Therapeutics Network Customer Invoice (Orange Coast Oncology Hematology Associates) | 402 Irrelevant |
| 2594 | BMS/AWP/00 0966252-56 | 01/14/2003 | E-mail from Sandy McMahon re: Program Implementation Committee, attaching notes | None |
| 2595 | BMS/AWP/00 059757-61 | 02/03/2003 | E-mail from D. Kaszuba to Irene Paulin regarding Pricing | None |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| | | | Operations' Responsibilities | |
| 2596 | BMS/AWP/00 0093521-619 | 03/2003 | Negotiation & Contracting Training Manual | None |
| 2597 | BMS/AWP/01 190614-91 | 03/10/2003 | E-mail from Christof Marre regarding DBM Negotiation Training, attaching presentation | None |
| 2598 | BMS/AWP/00 0233146-47 | 04/10/2003 | E-mail from M. Pollock to C. Marre regarding Potential impact of Taxol for Oncology Supply | None |
| 2599 | BMS/AWP/01 489041-42 | 04/15/2003 | Customer Call Notes | None |
| 2600 | | 10/06/2003 | Addendum to Oncology Distributor Agreement | 402 Irrelevant |
| 2601 | | 01/19/2004 | BMS's Response to Interrogatory No. 5 | None |
| 2602 | | 02/18/2004 | Affidavit of D. Kaszuba | None |
| 2603 | BMS/AWP/01 402137 | 04/03/2004 | Soule call note regarding E. Madarang | None |
| 2604 | | 06/17/2004 | Plaintiffs' Objections and Responses to BMS'S Contention Interrogatories to Plaintiffs | None |
| 2605 | BMS/AWP/00 1487916-17 | 04/12/2005 | Document entitled, "Roles and Responsibilities" | None |
| 2606 | BMS/AWP/00 1483047-61 | 04/13/2005 | RBDM Education/Training Checklist | None |
| 2607 | BMS/AWP/00 0956887, BMS/AWP/00 0083788-839 | 08/11/2005 | E-mail from Akscin to Sales regarding John A's PPT from National Sales Mtg, attaching presentation entitled, "Law & Order: OBO "5.5 Ways to Add Value to Your Customer Interaction" | None |
| 2608 | | 03/22/2006 | Merits Report and Declaration of Fiona Scott Morton, PH.D. | 802 Hearsay<br><br>Plaintiffs' reserve additional objection pending the outcome, if any, of a Daubert challenge to the data and methodology |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---------|------------------|------|-------------|------------|
| | | | | underpinning this report as well as to the contents thereof |
| 2609 | BMS/AWP/00 1511818-45 | | Presentation entitled, "This is OTN" | None |
| 2610 | BMS/AWP/00 337310-15 | | Document entitled, "Policy and Procedures" | None |
| 2611 | BMS/AWP/00 0186646-49 | | Document re: Price Increase/ Decrease Notification Process | None |
| 2612 | BMS/AWP/00 0071256-72 | | Presentation entitled, "Taxol Generic Strategy Learnings from the US" | None |
| 2613 | BMS/AWP/00 478735-74 | | The Livin' Beat, Customer Marketing presentation | None |
| 2614 | BMS/AWP/00 1511287-98 | | OTN presentation entitled, "Price Segments" | None |
| 2615 | BMS/AWP/00 1491401-13 | | Seattle South 2003 Business Plan | 402 Irrelevant |
| 2616 | BMS/AWP/01 327211 | | AWP (Ain't What's Paid) | None |
| 2617 | BMS/AWP/00 361594-600 | | Document re: Taxol Program Review and Forecast for 2002 | None |
| 2618 | BMS/AWP/01 489213-16 | Various | Customer Call Notes | 402 Irrelevant |
| 2619 | BMS/AWP/01 488499-506 | Various | Customer Call Notes | 402 Irrelevant |
| 2620 | BMS/AWP/01 489314-18 | Various | Customer Call Notes | 402 Irrelevant |
| 2621 | BMS/AWP/01 490145-52 | Various | Customer Call Notes | 402 Irrelevant |
| 2622 | BMS/AWP/01 490157-62 | Various | Customer Call Notes | 402 Irrelevant |
| 2623 | | | "Screen Shots" from Price Master File | 902 Authenticity concerns 104; CR 26(a)(3) Not previously produced |
| 2624 | | | "Screen Shots" from Primary Vendor Database | 104; CR 26(a)(3) Not |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| | | | | previously produced |
| 2625 | | | Data Fields associated with SHARP Database | 104; CR 26(a)(3) Not previously produced |
| 2626 | | | BMS List Prices for MDL Subject Drugs (By NDC) | 902 Authenticity concerns 104; CR 26(a)(3) Not previously produced |
| 2627 | FDB-AWP-18629-30 | 06/03/2002 | E-mail from Mimi Leake to Kay Morgan and Carol Flanagan re: Price Increase Notification | None |
| 2628 | Bell BMS Report | | Paraplatin vs. Cisplatin and Platinol Market Share Data Through OTN | 901 Authenticity concerns; no foundation 104; CR 26(a)(3) Not previously produced If created by expert, Plaintiffs reserve further objection pending the outcome, if any, of a Daubert challenge to the data and methodology underpinning the exhibit |
| 2629 | BMS/AWP/00 0217912-17 | 02/25/2003 | E-mail from Michelle Hand, attaching price check for Kirklin Clinic and Florida Infusion flyer | None |

| Ex. No. | Prod. No./Source | Date | Description | Objections |
|---|---|---|---|---|
| 2630 | BMS/AWP/00 0092044-45 | 06/16/1998 | Letter from B. Goetz to publications re: pricing information | None |
| 2631 | | | Comparison of Hartman's ASPs and Spreads with Ven-A-Care's Best Price and Spreads for BMS Subject Drugs for 1995 | Plaintiffs reserve objection pending the receipt of information regarding how this summary was created |
| 2632-2749 | | | **INTENTIONALLY OMITTED** | |

DATED:  October 24, 2006.                     Respectfully submitted,

                                              By____/s/ Steve W. Berman_____
                                                  Thomas M. Sobol (BBO#471770)
                                                  Edward Notargiacomo (BBO#567636)
                                              Hagens Berman Sobol Shapiro LLP
                                              One Main Street, 4th Floor
                                              Cambridge, MA  02142
                                              Telephone: (617) 482-3700
                                              Facsimile: (617) 482-3003

                                              **LIAISON COUNSEL**

                                              Steve W. Berman
                                              Sean R. Matt
                                              Hagens Berman Sobol Shapiro LLP
                                              1301 Fifth Avenue, Suite 2900
                                              Seattle, WA  98101
                                              Telephone: (206) 623-7292
                                              Facsimile: (206) 623-0594

                                              Elizabeth Fegan
                                              Hagens Berman Sobol Shapiro LLP
                                              60 W. Randolph Street, Suite 200
                                              Chicago, IL  60601
                                              Telephone: (312) 762-9235
                                              Facsimile: (312) 762-9286

                                              Eugene A. Spector
                                              Jeffrey Kodroff
                                              Spector, Roseman & Kodroff, P.C.
                                              1818 Market Street, Suite 2500
                                              Philadelphia, PA  19103
                                              Telephone: (215) 496-0300
                                              Facsimile: (215) 496-6611

                                              Kenneth A. Wexler
                                              Jennifer Fountain Connolly
                                              The Wexler Firm LLP
                                              One North LaSalle Street, Suite 2000
                                              Chicago, IL  60602
                                              Telephone: (312) 346-2222
                                              Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147

Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE</u>
Docket No. MDL 1456


   I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 24, 2006, I caused copies of **PLAINTIFFS' OBJECTIONS TO DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP.'S AMENDED PRETRIAL DISCLOSURES** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.




      **/s/ Steve W. Berman**
      Steve W. Berman