# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 |
| | ) ) Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. Bowler ) |

## PLAINTIFFS' OBJECTION/COUNTER-DESIGNATIONS TO DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP.'S DEPOSITION DESIGNATIONS

Defendants Bristol-Myers Squibb Company ("BMS") and Oncology Therapeutics Network Corporation ("OTN") hereby designate the following depositions excerpts highlighted in blue as part of their case-in-chief. Plaintiffs' counter-designations are to be highlighted in pink. As Blue Cross Blue Shield of Massachusetts and other third-party payors are continuing to produce witnesses for depositions, BMS and OTN reserve their right to supplement these offering designations with additional witnesses and testimony. BMS and OTN also reserve the right to use at trial any deposition testimony designated by Plaintiffs and not objected to by Defendants.

**1. John F. Akscin (August 11, 2005)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | Plaintiffs reserve the right to object to BMS's introduction of this deposition transcript if, as BMS has advised, Mr. Akscin is called to testify at trial. If BMS calls this witness at trial, then Fed. R. Civ. P. 32 permits BMS to use the transcript only for impeachment purposes. |
| BMS/OTN | 7:1–16 | |
| BMS/OTN | 13:1–2 | |
| BMS/OTN | 14:16–17:3 | |

| BMS/OTN | 17:16–20:13 | |
|---------|-------------|---|
| BMS/OTN | 21:16–22:15 | |
| BMS/OTN | 23:5–24:5 | |
| BMS/OTN | 26:2–27:12 | |
| BMS/OTN | 28:9–29:15 | |
| BMS/OTN | 30:5–22 | |
| BMS/OTN | 32:1–18 | |
| BMS/OTN | 34:16–36:6 | |
| BMS/OTN | 37:9–38:6 | |
| BMS/OTN | 40:21–41:21 | Counter-designate:  41:22-42:4; 43:2-12 |
| BMS/OTN | 44:3–6 | Counter-designate:  43:18-44:2 |
| BMS/OTN | 47:6–48:20 | Counter-designate:  49:3-4 |
| BMS/OTN | 49:19–50:16 | Objection:  FRE 402, irrelevant |
| BMS/OTN | 51:9–53:1 | Objection:  FRE 402, irrelevant |
| BMS/OTN | 54:7–55:19 | |
| BMS/OTN | 63:9–14 | |
| BMS/OTN | 73:6–77:10 | |
| BMS/OTN | 78:6–80:21 | |
| BMS/OTN | 82:5–84:18 | |
| BMS/OTN | 86:9–87:5 | |
| BMS/OTN | 87:12–90:5 | Counter-designate:  90:6-19; 91:7-92:15 |
| BMS/OTN | 92:16–93:12 | Counter-designate:  93:13-95:4 |
| BMS/OTN | 95:5–22 | |
| BMS/OTN | 98:14–99:18 | |
| BMS/OTN | 106:18–112:19 | |
| BMS/OTN | 114:14–118:9 | Counter-designate:  118:10-119:22 |
| BMS/OTN | 124:5–18 | |

## 2.  Raul Armand (July 29, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|----------------|----------------------|----------------------------------|
| | | NOTE:  Plaintiffs object to the introduction at trial of each designation associated with Mr. Armand.  As the party proffering the deposition transcripts of its own witness, BMS has the burden of demonstrating that the witness is unavailable to testify at trial. Plaintiffs note that BMS is bringing to trial from great distances several employee witnesses.  The counter-designations below are made |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | without waiving this objection. |
| BMS/OTN | 4:8-14 | |
| BMS/OTN | 11:13–14:13 | |
| BMS/OTN | 15:9–16:16 | |
| BMS/OTN | 42:14–43:12 | 43-44; 38-39 |
| BMS/OTN | 44:14–46:14 | Objection: Non-responsive to the question asked. The question asked about the issue of reimbursement, and the witness shifted the subject to "brown bagging." <br><br> Objection: FRE 402 irrelevant; "brown bagging" is not related to Plaintiffs' claims or any cognizable defense. |
| BMS/OTN | 60:11-15 | Counter-designate: 54-55; 57-59 |
| BMS/OTN | 61:6-15 | Counter-designate: 54-55; 57-59 |
| BMS/OTN | 64:15–66:7 | |
| BMS/OTN | 66:15–67:12 | Counter-designate: 67:13-15 |
| BMS/OTN | 76:4–78:6 | Objection to 78:3-6: Non-responsive to the question asked. <br><br> Counter-designate: 78:2; 78:17-19; 108:12-21; 109:9-113:7; 141:11-143:22; 144:7-10; 145:2-13 |
| BMS/OTN | 91:18–96:11 | Objection: Non-responsive to the question asked |
| BMS/OTN | 98:9-12 | |
| BMS/OTN | 101:12–102:4 | Counter-designate: 102:5-8 |
| BMS/OTN | 102:19–105:8 | Objection: Non-responsive to the question asked. The question asked was about reimbursement and the witness answered with a speech about brown-bagging. |
| BMS/OTN | 149:3–151:6 | Counter-designate: 105:9-107:16 |
| BMS/OTN | 186:1-4 | Objection: FRE 402 irrelevant; "brown bagging" is not related to Plaintiffs' claims or any cognizable defense. |
| BMS/OTN | 186:14–187:6 | Objection: FRE 402 irrelevant; |

| Offering Party | Initial Designations | Objections/Counter Designations |
|---|---|---|
| | | "brown bagging" is not related to Plaintiffs' claims or any cognizable defense. |
| BMS/OTN | 187:12–189:20 | <u>Objection</u>:  FRE 402 irrelevant; "brown bagging" is not related to Plaintiffs' claims or any cognizable defense. |
| BMS/OTN | 190:7-17 | <u>Objection</u>:  FRE 402 irrelevant; "brown bagging" is not related to Plaintiffs' claims or any cognizable defense. |
| BMS/OTN | 192:20–194:15 | <u>Objection</u>:  FRE 402 irrelevant; "brown bagging" is not related to Plaintiffs' claims or any cognizable defense. |
| BMS/OTN | 195:3-21 | <u>Objection</u>:  FRE 402 irrelevant; "brown bagging" is not related to Plaintiffs' claims or any cognizable defense. |
| BMS/OTN | 196:10–197:9 | <u>Objection</u>:  FRE 402 irrelevant; "brown bagging" is not related to Plaintiffs' claims or any cognizable defense. |

### 3. Gena P. Cook (April 28, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 5:12 ("Would you")-18 | |
| BMS/OTN | 10:21-11:2 | |
| BMS/OTN | 11:8-16:1 | |
| BMS/OTN | 92:2-94:11 | |
| BMS/OTN | 95:2-10 | Counter-designate:  96:6-11 |
| BMS/OTN | 97:15-98:2 | |
| BMS/OTN | 98:13-99:17 | Objection to 99:10 (beginning with "But we as…" to 99:17: Non-responsive to the question asked. <br><br> Counter-designate:  99:18-22; 100:7-9 |
| BMS/OTN | 105:11-13 | Counter-designate:  63:4-16; 63:21-64:1; 106:6-107:9; 182:14-183:16 |
| BMS/OTN | 107:10-16 | |
| BMS/OTN | 183:17-184:4 | Counter-designate:  182:14-183:16 |
| BMS/OTN | 203:3-22 | |
| BMS/OTN | 252:9-253:20 | Objection to 253:19-20: Defense counsel is leading the witness <br><br> Counter-designate:  89:13-90:18 |

### 4. Dana Faulkner (August 16, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | NOTE:  Plaintiffs object to the introduction at trial of each designation associated with Ms. Faulkner.  As the party proffering the deposition transcripts of its own witness, BMS has the burden of demonstrating that the witness is unavailable to testify at trial. Plaintiffs note that BMS is bringing to trial from great distances several employee witnesses.  The counter- |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | designations below are made without waiving this objection. |
| BMS/OTN | 9:13-19 | |
| BMS/OTN | 10:5-12 | |
| BMS/OTN | 10:15-17 | |
| BMS/OTN | 11:18-22 | |
| BMS/OTN | 12:5-13:22 | |
| BMS/OTN | 14:14-15:4 | |
| BMS/OTN | 15:7-16:3 | |
| BMS/OTN | 17:2-10 | |
| BMS/OTN | 19:18-20:3 | |
| BMS/OTN | 32:7-12 | Counter-designate: 32:13-33:22; 34:5-22 |
| BMS/OTN | 37:3-12 | Counter-designate: 35:1-37:2 |
| BMS/OTN | 42:7-19 | |
| BMS/OTN | 43:12-44:21 | Counter-designate: 68:6-9 |
| BMS/OTN | 62:8-65:6 | Counter-designate: 65:13-22; 75:13-76:1; 76:11-17; 77:20-78:3 |
| BMS/OTN | 66:1-67:16 | Counter-designate: 71:13-72:8 |
| BMS/OTN | 68:6-19 | Counter-designate: 115:17-116:2 |
| BMS/OTN | 70:22-71:12 | Counter-designate: 71:13-72:8 |
| BMS/OTN | 73:9-22 | |

## 5. Diane Ihling (August 12, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 7:8–14 | |
| BMS/OTN | 12:1–2 | |
| BMS/OTN | 14:7–13 | |
| BMS/OTN | 14:17–19 | |
| BMS/OTN | 16:3–15 | |
| BMS/OTN | 16:19–17:5 | |
| BMS/OTN | 17:15–20 | |
| BMS/OTN | 18:1–21:22 | |
| BMS/OTN | 22:12–23:14 | |
| BMS/OTN | 27:9–15 | |
| BMS/OTN | 62:6–63:9 | |
| BMS/OTN | 63:12–20 | |
| BMS/OTN | 64:7–15 | |
| BMS/OTN | 65:5–7 | |
| BMS/OTN | 65:12–13 | |
| BMS/OTN | 65:20–66:22 | |

| Offering Party | Initial Designations | Objections/Counter Designations |
|---|---|---|
| BMS/OTN | 67:4–68:6 | |
| BMS/OTN | 68:20–69:11 | |
| BMS/OTN | 69:16–70:19 | |
| BMS/OTN | 72:1–18 | |
| BMS/OTN | 73:4–11 | |
| BMS/OTN | 75:2–11 | |
| BMS/OTN | 77:16 ("We")–18 | |
| BMS/OTN | 77:22–78:13 | |
| BMS/OTN | 78:16–19 | Counter-designate: 79:2-6 |
| BMS/OTN | 79:9 ("So then")–11 | |
| BMS/OTN | 79:16–80:7 | |
| BMS/OTN | 80:18–82:19 | Counter-designate: 82:20-83:6 |
| BMS/OTN | 83:7-84:22 | |
| BMS/OTN | 88:22-90:12 | Counter-designate: 85:19-86:3; 88:10-21 |
| BMS/OTN | 91:9–14 | Counter-designate: 90:21-91:3 |
| BMS/OTN | 94:4–14 | |
| BMS/OTN | 95:10–96:6 | |
| BMS/OTN | 96:10–97:20 | Counter-designate: 93:4-9; 93:13 |
| BMS/OTN | 98:5–12 | |
| BMS/OTN | 98:16–99:5 | |
| BMS/OTN | 99:13–99:19 | |
| BMS/OTN | 102:6–14 | |
| BMS/OTN | 102:19–103:19 | |
| BMS/OTN | 104:3–105:6 | |
| BMS/OTN | 105:10–19 | |
| BMS/OTN | 108:13–18 | |
| BMS/OTN | 131:4–18 | |
| BMS/OTN | 133:7–134:9 | |
| BMS/OTN | 135:3–9 | |
| BMS/OTN | 138:18–19 | |
| BMS/OTN | 138:21–139:11 | |
| BMS/OTN | 143:10–21 | Counter-designate: 141:13-142:3; 142:12-143:5 |

**6. Denise Kaszuba (August 18, 2005)**

| Offering Party | Initial Designations | Objections/Counter Designations |
|---|---|---|
| | | Plaintiffs reserve the right to object to BMS's introduction of this deposition transcript if, as BMS has advised, Ms. Kaszuba is called to testify at trial.  If |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | BMS calls this witness at trial, then Fed. R. Civ. P. 32 permits BMS to use the transcript only for impeachment purposes. |
| BMS/OTN | 17:1–4 | |
| BMS/OTN | 22:5–23:12 | |
| BMS/OTN | 24:6–13 | |
| BMS/OTN | 24:19–25:19 | |
| BMS/OTN | 26:6–29:22 | |
| BMS/OTN | 33:15–34:12 | |
| BMS/OTN | 39:3–40:11 | |
| BMS/OTN | 40:18–41:5 | |
| BMS/OTN | 41:16–42:16 | |
| BMS/OTN | 42:22-44:4 | |
| BMS/OTN | 44:13–19 | Counter-designate: 45:5-6; 45:8-11 |
| BMS/OTN | 45:15–47:3 | |
| BMS/OTN | 57:18–21 | Counter-designate: 57:22-58:6; 58:13-59:11 |
| BMS/OTN | 69:18–70:3 | |
| BMS/OTN | 79:22–83:9 | |
| BMS/OTN | 85:8-17 | |
| BMS/OTN | 86:19–93:22 | Counter-designate: 91:14-22 |
| BMS/OTN | 94:6–7 | |
| BMS/OTN | 94:16–95:15 | |
| BMS/OTN | 96:11–97:10 | |
| BMS/OTN | 97:19–99:17 | Counter-designate: 100:10-101:15 |
| BMS/OTN | 102:11–103:12 | |
| BMS/OTN | 103:16–108:3 | Counter-designate: 108:8-110:19 |
| BMS/OTN | 125:14–16 | |
| BMS/OTN | 125:21–127:7 | |
| BMS/OTN | 136:12–14 | |
| BMS/OTN | 148:7–149:10 | |
| BMS/OTN | 186:20–189:13 | |
| BMS/OTN | 206:17–210:4 | Objection to 209:19-210:4: Defense counsel is leading the witness  Counter-designate: 218:21-220:8 |
| BMS/OTN | 210:19–211:4 | |
| BMS/OTN | 211:12–212:1 | |
| BMS/OTN | 216:7–217:9 | Counter-designate: 217:13-20 |
| BMS/OTN | 221:4–222:8 | |

\\\NY - 058559/000059 - 956704 v2

**7. Greg Keighley (July 20, 2005)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 16:1-17:14 (through "territory") | |
| BMS/OTN | 23:11-24:13 | |
| BMS/OTN | 24:22-25:11 | |
| BMS/OTN | 27:19-28:3 | |
| BMS/OTN | 28:10-29:4 | |
| BMS/OTN | 29:7-9 | |
| BMS/OTN | 43:13-14 | |
| BMS/OTN | 43:17 ("Four-year")-44:2 | |
| BMS/OTN | 44:14-21 | |
| BMS/OTN | 49:5-52:1 | |
| BMS/OTN | 52:13-19 | |
| BMS/OTN | 69:21-72:22 | Counter-designate: 73:12-74:10; 74:16-75:5 |
| BMS/OTN | 76:4-12 | |
| BMS/OTN | 78:21-79:12 | |
| BMS/OTN | 89:12-90:14 | Objection to 89:22-90-14: Non-responsive to the question asked. |
| BMS/OTN | 91:14-94:17 | Objection to 93:2 (beginning with "That being.." to 94:11: Non-responsive to the question asked. |
| BMS/OTN | 95:14-102:9 | Objection to 96:8 (beginning with "I don't think.." to 97:12: Non-responsive to the question asked; FRE 602, lack of personal knowledge

Objection to 98:4 (beginning with "Nurses have ..." to 98:20: Non-responsive to the question asked; FRE 602, lack of personal knowledge; no foundation

Objection to 100:5-15: Non-responsive to the question asked

Objection to 100:19-101:9: Non-responsive to the question asked

Objection to 101:18 (beginning |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | with the word "That discussion…" to 102:9::  Non-responsive to the question asked |
| BMS/OTN | 103:18-105:8 | Counter-designate:  105:9-106:4 |
| BMS/OTN | 106:9-109:1 | |
| BMS/OTN | 110:14-111:20 | Counter-designate:  259:10-17 |
| BMS/OTN | 124:4-125:4 | |
| BMS/OTN | 140:3-141:5 | Counter-designate:  138:21-140:2. |
| BMS/OTN | 166:12-169:6 | Objection to 166:16-168:2:  Defense attorney leading the witness<br><br>Counter-designate:  155:17-157:7 (ending at word "discretion"); 157:18-158:17; 160:4-14; 161:4-8; 267:22-268:17; 269:17-270:11; 271:1-22; 274:18-276:5; 276:13-277:7; 277:10-14; 277:17-278:6; 279:15-280:3 |
| BMS/OTN | 172:11-174:4 | Objection to 172:21-174:4:  Non-responsive to the question asked.<br><br>Counter-designate:  174:22-175:10; 175:13-16 |
| BMS/OTN | 249:17-250:16 | |
| BMS/OTN | 254:5-255:1 | Counter-designate:  255:21-256:3; 256:6-9 |
| BMS/OTN | 256:10-15 | Objection:  FRE 602, lack of personal knowledge – the witness is speculating |
| BMS/OTN | 259:18-262:6 | |
| BMS/OTN | 264:4-22 | Objection:  Defense counsel is testifying and egregiously coaching the witness. |
| BMS/OTN | 265:6-267:21 | Objection:  Defense counsel is testifying and egregiously coaching the witness. |

**8.  Thomas Liptak (August 17, 2005)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | NOTE: Plaintiffs object to the introduction at trial of each designation associated with Mr. Liptak. As the party proffering the deposition transcripts of its own witness, BMS has the burden of demonstrating that the witness is unavailable to testify at trial. Plaintiffs note that BMS is bringing to trial from great distances several employee witnesses. The counter-designations below are made without waiving this objection. |
| BMS/OTN | 11:5-7 | |
| BMS/OTN | 11:14-21 | |
| BMS/OTN | 12:8-16:5 | |
| BMS/OTN | 20:12-20:20 | |
| BMS/OTN | 22:7-16 | |
| BMS/OTN | 23:2-8 | |
| BMS/OTN | 23:20-24:3 | |
| BMS/OTN | 24:12-24:15 | |
| BMS/OTN | 25:4-10 | |
| BMS/OTN | 26:1-14 | |
| BMS/OTN | 26:20-27:5 | Counter-designate: 34:3-19 |
| BMS/OTN | 55:4-56:19 | Counter-designate: 36:4-8; 36:13-37:14; 129:15-130:20 |
| BMS/OTN | 57:14-58:17 | Counter-designate: 57:9-13 |
| BMS/OTN | 62:18-63:12 | Counter-designate: 63:13-64:15 |
| BMS/OTN | 65:12-66:14 | Counter-designate: 67:2-68:1; 77:20-78:16; 80:9-81:8 |
| BMS/OTN | 71:12-73:3 | |
| BMS/OTN | 76:6-77:19 | Counter-designate: 77:20-78:16 |
| BMS/OTN | 78:22-81:2 | Counter-designate: 81:3-8 |
| BMS/OTN | 83:7-84:3 | |
| BMS/OTN | 87:8-88:2 | |
| BMS/OTN | 107:22-108:4 | |
| BMS/OTN | 108:13-112:15 | |
| BMS/OTN | 113:3-115:8 | |
| BMS/OTN | 122:13-124:17 | Counter-designate: 131:15-132:3 |
| BMS/OTN | 133:21-135:4 | |

**9.  Christof A. Marre (August 26, 2005)**

| Offering Party | Initial Designations | Objections/Counter Designations |
|---|---|---|
| | | Plaintiffs reserve the right to object to BMS's introduction of this deposition transcript if, as BMS has advised, Mr. Marre is called to testify at trial.  If BMS calls this witness at trial, then Fed. R. Civ. P. 32 permits BMS to use the transcript only for impeachment purposes. |
| BMS/OTN | 7:12-13 | |
| BMS/OTN | 11:10-14:11 | |
| BMS/OTN | 16:9-12 | |
| BMS/OTN | 24:8-18 | |
| BMS/OTN | 27:2-29:14 | |
| BMS/OTN | 29:22-30:11 | |
| BMS/OTN | 30:17-31:13 | |
| BMS/OTN | 39:22-41:11 | Counter-designate:  41:12-15 |
| BMS/OTN | 41:22-43:5 | Counter-designate:  43:6044:19; 45:2-12 |
| BMS/OTN | 46:7-12 | Counter-designate:  46:20-49:7 |
| BMS/OTN | 55:7-56:10 | |
| BMS/OTN | 58:12-60:13 | |
| BMS/OTN | 72:17-73:20 | |
| BMS/OTN | 75:13-76:19 | Objection to 76:11 (beginning with "Our") to 13 (ending with "AWP"):  FRE 602 lack of personal knowledge |
| BMS/OTN | 77:1-78:14 | |
| BMS/OTN | 86:11-22 | Counter-designate:  85:22-86:10 |

**10.  Fran M. Morrison (July 27, 2005)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | NOTE:  Plaintiffs object to the introduction at trial of each designation associated with Ms. Morrison.  As the party proffering the deposition transcripts of its own witness, BMS has the burden of demonstrating that the witness is unavailable to testify at trial.  Plaintiffs note that BMS is bringing to trial from great distances several employee witnesses.  The counter-designations below are made without waiving this objection. |
| BMS/OTN | 7:10-14 | |
| BMS/OTN | 13:14-14:12 | |
| BMS/OTN | 15:3-18 | |
| BMS/OTN | 16:11-17:8 | |
| BMS/OTN | 18:2-19:1 | |
| BMS/OTN | 33:19-34:8 | |
| BMS/OTN | 36:6-18 | |
| BMS/OTN | 73:8-15 | |
| BMS/OTN | 80:5-84:10 | |
| BMS/OTN | 87:7-88:7 | Objection to 87:18-88:7:  Non-responsive to the question asked. |
| BMS/OTN | 93:1-97:11 | Counter-designate:  254:1-258:2 |
| BMS/OTN | 98:17-99:14 | Counter-designate:  99:15-21; 100:10-101:5 |
| BMS/OTN | 99:22-100:9 | Counter-designate:  99:15-21; 100:10-101:5; 139:6-141:10 |
| BMS/OTN | 149:1-17 | |
| BMS/OTN | 180:12:181:22 | |
| BMS/OTN | 254:1-257:18 | Counter-designate:  257:19-258:2 |
| BMS/OTN | 260:8-270:20 | |
| BMS/OTN | 277:3-278:20 | Objection:  No foundation; leading the witness |

**11.  Marsha Peterson (April 13, 2005)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | Plaintiffs reserve the right to object to BMS's introduction of this deposition transcript if, as BMS has advised, Ms. Peterson is called to testify at trial.  If BMS calls this witness at trial, then Fed. R. Civ. P. 32 permits BMS to use the transcript only for impeachment purposes. |
| BMS/OTN | 7:3–5 | |
| BMS/OTN | 7:14–16 | |
| BMS/OTN | 10:19–16:7 | |
| BMS/OTN | 16:20–17:3 | |
| BMS/OTN | 25:19–28:1 | |
| BMS/OTN | 30:20–32:22 | |
| BMS/OTN | 35:17–36:7 | |
| BMS/OTN | 48:13–53:11 | |
| BMS/OTN | 55:11–58:6 | |
| BMS/OTN | 59:4–7 | |
| BMS/OTN | 61:6–20 | |
| BMS/OTN | 75:13–78:19 | |
| BMS/OTN | 87:13–89:3 | |
| BMS/OTN | 90:4–20 | |
| BMS/OTN | 97:5–101:9 | |
| BMS/OTN | 102:1–7 | |
| BMS/OTN | 104:2–107:13 | |
| BMS/OTN | 108:15-18 | |
| BMS/OTN | 109:3–112:15 | |
| BMS/OTN | 118:11–121:2 | |
| BMS/OTN | 122:15–123:16 | |
| BMS/OTN | 124:17–126:3 | |
| BMS/OTN | 129:8–20 | |
| BMS/OTN | 130:16–136:11 | |
| BMS/OTN | 144:5–151:3 | |
| BMS/OTN | 152:18–153:13 | |
| BMS/OTN | 154:14–156:12 | Objection:  FRE 402, irrelevant; FRE 403, waste of time |
| BMS/OTN | 166:2–17 | Counter-designate:  167:13-22 |
| BMS/OTN | 168:12–175:5 | Counter-designate:  175:6-22; 177:6-22; 178:1 |
| BMS/OTN | 185:8-189:9 | |
| BMS/OTN | 197:12–198:6 | |
| BMS/OTN | 199:20–200:15 | |
| BMS/OTN | 217:22–219:8 | Counter-designate:  217:3-21 |
| BMS/OTN | 228:1–231:16 | |
| BMS/OTN | 234:13–21 | |

## 12.  Joe Petrella (July 29, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | NOTE:  Plaintiffs object to the introduction at trial of each designation associated with Mr. Petrella.  As the party proffering the deposition transcripts of its own witness, BMS has the burden of demonstrating that the witness is unavailable to testify at trial.  Plaintiffs note that BMS is bringing to trial from great distances several employee witnesses.  The counter-designations below are made without waiving this objection. |
| BMS/OTN | 5:10-13 | |
| BMS/OTN | 5:15-16 | |
| BMS/OTN | 12:8-15 | |
| BMS/OTN | 12:20-13:18 | |
| BMS/OTN | 54:21-57:2 | Counter-designate: 89:3-90:5; 79:12-82:11 |
| BMS/OTN | 82:12-83:6 | |
| BMS/OTN | 168:2-171:15 | Objection:  FRE 402, irrelevant; non-responsive to question asked. |

## 13.  Douglas Soule (April 26, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | Plaintiffs reserve the right to object to BMS's introduction of this deposition transcript if, as BMS has advised, Mr. Soule is called to testify at trial.  If BMS calls this witness at trial, then Fed. R. Civ. P. 32 permits BMS to use the transcript only for impeachment purposes. |
| BMS/OTN | 7:14-17 | |
| BMS/OTN | 15:6-16:5 | |
| BMS/OTN | 17:4-19 | |
| BMS/OTN | 28:6-30:16 | |
| BMS/OTN | 31:5-15 | |

| Offering Party | Initial Designations | Objections/Counter Designations |
|---|---|---|
| BMS/OTN | 31:20-22 | |
| BMS/OTN | 34:3-18 | |
| BMS/OTN | 35:1-36:5 | |
| BMS/OTN | 37:6-19 | |
| BMS/OTN | 38:14-40:12 | Objection to 38:17-39:17: Non-responsive to the question asked |
| BMS/OTN | 40:19:41:21 | Counter-designate: 41:22-42:20; 43:22-44:4; 45:12-46:4; 46:12-47:4; 47:18-48:3 |
| BMS/OTN | 50:6-51:12 | |
| BMS/OTN | 52:11-53:1 | Counter-designate: 53:2-14 |
| BMS/OTN | 55:20-58:10 | Counter-designate: 58:11-20 |
| BMS/OTN | 63:12-67:14 | Objection to 65:9-66:22: Non-responsive to the question asked.<br><br>Counter-designate: 60:6-13; 61:4-62:13 |
| BMS/OTN | 82:13-87:13 | Objection to 85:22-87:13: Non-responsive to the question asked. |
| BMS/OTN | 96:6-100:22 | Objection to 98:12-99:20: Non-responsive to the question asked. |
| BMS/OTN | 103:7-103:13 | |
| BMS/OTN | 104:18-106:10 | Objection to 104:21-105:20 (ending with the word "Okay": Non-responsive to the question asked. |
| BMS/OTN | 107:20-110:7 | |
| BMS/OTN | 113:19-114:21 | Counter-designate: 114:22-115:22 |
| BMS/OTN | 123:22-126:2 | Objection to 125:12-126:2: Non-responsive to the question asked.<br><br>Counter-designate: 118:18-119:9; 119:21-120:4; 120:10-20; 126:3-131:9 |
| BMS/OTN | 184:16-19 | |
| BMS/OTN | 190:22-191:14 | |
| BMS/OTN | 204:10-206:10 | |
| BMS/OTN | 226:2-227:19 | Objection to 226:5-227:19: Non-responsive to the question asked.<br><br>Counter-designate: 224:9- |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | 225:22 |

**14.  Zoltan Szabo (May 19, 2004)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| | | Plaintiffs reserve the right to object to BMS's introduction of this deposition transcript if, as BMS has advised, Mr. Szabo is called to testify at trial.  If BMS calls this witness at trial, then Fed. R. Civ. P. 32 permits BMS to use the transcript only for impeachment purposes. |
| BMS/OTN | 7:20-8:4 | |
| BMS/OTN | 29:7-31:22 | |
| BMS/OTN | 33:5-12 | |
| BMS/OTN | 33:18-34:5 | |
| BMS/OTN | 37:10-22 | |
| BMS/OTN | 41:7-9 | |
| BMS/OTN | 41:12-42:3 | |
| BMS/OTN | 42:10-43:9 | |
| BMS/OTN | 43:15-18 | |
| BMS/OTN | 44:9-48:1 | |
| BMS/OTN | 49:2-10 | |
| BMS/OTN | 52:11-53:7 | |
| BMS/OTN | 54:22-58:1 | |
| BMS/OTN | 62:21-63:5 | |
| BMS/OTN | 63:10-64:6 | |
| BMS/OTN | 64:16-65:12 | |
| BMS/OTN | 65:16-66:12 | |
| BMS/OTN | 66:19-67:5 | |
| BMS/OTN | 67:11-68:6 | |
| BMS/OTN | 68:10-69:3 | |
| BMS/OTN | 71:6-17 | |
| BMS/OTN | 71:21-72:6 | |
| BMS/OTN | 72:17-73:12 | |
| BMS/OTN | 77:13-14 | |
| BMS/OTN | 77:17-20 | |
| BMS/OTN | 78:1-3 | |
| BMS/OTN | 79:5-80:7 | |
| BMS/OTN | 83:22-84:13 | |
| BMS/OTN | 85:12-16 | |
| BMS/OTN | 101:11-104:1 | Counter-designate:  104:2-19; 106:4-107:2 |

| Offering Party | Initial Designations | Objections/Counter Designations |
|---|---|---|
| BMS/OTN | 104:22-105:7 | |
| BMS/OTN | 105:18-20 | |
| BMS/OTN | 107:16-108:13 | Counter-designate:  108:13-15 |
| BMS/OTN | 108:16-109:1 | |
| BMS/OTN | 111:5-112:15 | |
| BMS/OTN | 112:19-113:8 | |
| BMS/OTN | 129:21-130:6 | |
| BMS/OTN | 130:9-18 | |
| BMS/OTN | 132:7-14 | |
| BMS/OTN | 132:20-133:3 | |
| BMS/OTN | 133:6-18 | Counter-designate:  133:19-134:11; 135:5-10 |
| BMS/OTN | 135:13-136:12 | Counter-designate:  136:13-137:3; 147:8-12 |
| BMS/OTN | 137:4-10 | |
| BMS/OTN | 137:12-138:2 | Counter-designate:  138:3-18 |
| BMS/OTN | 138:19-20 | |
| BMS/OTN | 140:7-22 | Counter-designate:  139:15-18 |
| BMS/OTN | 141:4-142:14 | |
| BMS/OTN | 143:1-20 | Counter-designate:  144:21-145:18; 156:6-157:1 |
| BMS/OTN | 151:6-18 | |
| BMS/OTN | 157:5-158:5 | |
| BMS/OTN | 158:16-160:1 | |
| BMS/OTN | 160:5-161:5 | |
| BMS/OTN | 168:20-169:15 | |
| BMS/OTN | 170:5-17 | Counter-designate:  170:18-171:17 |
| BMS/OTN | 175:14-176:4 | |
| BMS/OTN | 177:1-5 | |
| BMS/OTN | 189: 11-190:3 | |
| BMS/OTN | 190:6-9 | |
| BMS/OTN | 214:6-12 | |
| BMS/OTN | 214:17-21 | |
| BMS/OTN | 215:4-16 | |
| BMS/OTN | 217:12-218:6 | |
| BMS/OTN | 222:21-223:1 | |
| BMS/OTN | 223:4-9 | |
| BMS/OTN | 223:15-224:4 | |
| BMS/OTN | 246:10-14 | |
| BMS/OTN | 246:19-247:3 | |

DATED:  October 24, 2006.                Respectfully submitted,

                                         By      /s/ Steve W. Berman
                                            Thomas M. Sobol (BBO#471770)
                                            Edward Notargiacomo (BBO#567636)
                                         Hagens Berman Sobol Shapiro LLP
                                         One Main Street, 4th Floor
                                         Cambridge, MA  02142
                                         Telephone: (617) 482-3700
                                         Facsimile: (617) 482-3003

                                         **LIAISON COUNSEL**

                                         Steve W. Berman
                                         Sean R. Matt
                                         Hagens Berman Sobol Shapiro LLP
                                         1301 Fifth Avenue, Suite 2900
                                         Seattle, WA  98101
                                         Telephone: (206) 623-7292
                                         Facsimile: (206) 623-0594

                                         Elizabeth Fegan
                                         Hagens Berman Sobol Shapiro LLP
                                         60 W. Randolph Street, Suite 200
                                         Chicago, IL  60601
                                         Telephone: (312) 762-9235
                                         Facsimile: (312) 762-9286

                                         Eugene A. Spector
                                         Jeffrey Kodroff
                                         Spector, Roseman & Kodroff, P.C.
                                         1818 Market Street, Suite 2500
                                         Philadelphia, PA  19103
                                         Telephone: (215) 496-0300
                                         Facsimile: (215) 496-6611

                                         Kenneth A. Wexler
                                         Jennifer Fountain Connolly
                                         The Wexler Firm LLP
                                         One North LaSalle Street, Suite 2000
                                         Chicago, IL  60602
                                         Telephone: (312) 346-2222
                                         Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street,3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 24, 2006, I caused copies of **PLAINTIFFS' OBJECTION/COUNTER-DESIGNATIONS TO DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP.'S DEPOSITION DESIGNATIONS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve and hard copy of the highlighted deposition transcripts of plaintiffs' counter-designations to be served by overnight mail to the following Defendants:

Daniel Christmas
Ropes & Gray
One International Place
Boston, MA  02110-2624

James Zucker
Hogan & Hartson
875 Third Avenue
New York, NY  10022

Adeel Mangi
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

Cathy O'Rourke
Davis Polk Wardwell
450 Lexington Avenue
New York, New York  10017

 **/s/ Steve W. Berman**
Steve W. Berman