UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' OBJECTIONS/COUNTER-DESIGNATIONS TO
ASTRAZENECA PHARMACEUTICALS LP'S DEPOSITION
DESIGNATIONS**

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby presents its designations of the following depositions (highlighted in blue) and Plaintiffs' counter designations (highlighted in pink) and Objections to be used at trial. As Blue Cross Blue Shield of Massachusetts and other third-party payors are continuing to produce witnesses for deposition, AstraZeneca reserves its right to supplement these offering designations with additional witnesses and testimony.

1. **Jeffrey L. Alverson**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
|  |  | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | June 29, 2004 Deposition:<br><br>39:12 – 41:6 |  |

| | | |
|---|---|---|
| Defendant | August 18, 2004 Deposition:<br><br>314:18 – 316:4 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). Testimony is likewise hearsay within hearsay and offered for the truth of the matter asserted.<br><br>Fed. R. Evid. 602 – lack of personal knowledge.<br><br>Counter-designations. Alverson (6/29/04): 69:2-11; 84:8-85:7 |

**2.   Robert C. Black**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| | | Objections. Witness is a may-call witness. If witness is not called: Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | August 30, 2005 Deposition:<br><br>8:14 – 10:22 | |
| Defendant | 18:15 – 19:20 | |
| Defendant | 20:5 – 20:18 | |
| Defendant | 21:15 – 22:18 | Counter-designations. Black at 22:19-23:10. |
| Defendant | 26:22 – 27:11 | Objections: Fed. R. Evid. 602 – lack of personal knowledge. |
| Defendant | 29:3 – 29:21 | Objections. Fed. R. Evid. 602 – lack of personal knowledge. |
| Defendant | 30:12 – 31:15 | Objections. Fed. R. Evid. |

| | | |
|---|---|---|
| | | 602 – lack of personal knowledge.<br><br>Counter-designations. Black, 31:16-33:1. |
| Defendant | 33:13 – 34:14 | |
| Defendant | 58:6 – 59:9 | |
| Defendant | 71:13 – 72:4 | Objections. Non-responsive. Fed. R. Evid. 602 – lack of personal knowledge. |
| Defendant | 73:5 – 74:12 | |
| Defendant | 84:6 – 85:5 | |

3.   **Sean D. Coakley**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| | | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | October 25, 2005 Deposition: 59:9 – 59:19 | |
| Defendant | 71:13 – 71:16 | |
| Defendant | 79:2 – 79:14 | |

4.   **John Freeberry**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| | | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | May 20, 2004 Deposition: | |

| | | |
|---|---|---|
| | 6:9 – 7:5 | |
| Defendant | 7:18 – 8:17 | |
| Defendant | 24:9 – 26:1 | |
| Defendant | 109:1 – 111:22 | <u>Objections.</u>  Hearsay within hearsay. |
| Defendant | 118:11 – 120:13 | <u>Objections.</u>  Hearsay within hearsay. |

5. **<u>Christopher J. Iacono</u>**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| | | <u>Objections.</u>  Fed. R. Evid. 801.  Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | June 9, 2005 Deposition:<br><br>5:3 – 4 | |
| Defendant | 72:10-20 | |
| Defendant | 116:7 – 117:7 | <u>Counter-designations</u>. 121:2-12 |
| Defendant | 121:22 – 123:2 | <u>Counter-designations</u>. 123:3-18 |
| Defendant | 153:10 – 155:5 | <u>Counter-designations</u>.  David R. Brennan (2/14/06), 54:10-55:8; 65:1-12; Patterson (6/28/05), at 115:9-18. |
| Defendant | 170:20 – 172:8 | |
| Defendant | 174:3 – 177:16 | <u>Objections.</u><br>Non-responsive. |

6. **<u>Lesley A. Lacey</u>**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| | | <u>Objections.</u>  Fed. R. Evid. |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| | | 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | August 24, 2005 Deposition:<br><br>16:10 – 17:2 | |
| Defendant | 19:8 – 19:17 | . |
| Defendant | 20:6 – 20:8 | |
| Defendant | 20:16 – 21:2 | |
| Defendant | 30:1 – 30:22 | |
| Defendant | 47:9 – 47:13 | |
| Defendant | 50:8 – 51:14 | |
| Defendant | 65:1 – 66:9 | |
| Defendant | 75:5 – 76:2 | Counter-designations. Lacey, 52:10-53:3. |
| Defendant | 78:5 – 79:2 | Counter-designations. See above. |
| Defendant | 79:14 – 79:18 | Counter-designations. See above. |
| Defendant | 80:1 – 80:12 | Counter-designations. See above. |

7. **Randall Mastrangelo**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| | | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | June 29, 2005 Deposition:<br><br>20:15 – 21:3 | |
| Defendant | 25:5 – 26:9 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 31:22 – 32:20 | <u>Objections.</u> The document speaks for itself.<br><br><u>Counter-designations</u>. 31:21-33:3. |
| Defendant | 44:20 – 45:7 | <u>Objections.</u> The document speaks for itself. |
| Defendant | 94:22 – 95:22 | |
| Defendant | 97:11 – 97:17 | |
| Defendant | 165:18 – 167:11 | <u>Objections.</u> Hearsay within hearsay. |
| Defendant | 168:9 – 169:6 | <u>Objections.</u> Hearsay within hearsay. |
| Defendant | 170:1 – 171:8 | |
| Defendant | 228:1 – 230:7 | |
| Defendant | 231:6 – 232:12 | <u>Objections.</u> Fed. R. Evid. 602 – lack of personal knowledge. |
| Defendant | 235:9 – 237:5 | <u>Objections.</u> Fed. R. Evid. 602 – lack of personal knowledge. |
| Defendant | 237:16 – 238:5 | <u>Objections.</u> Fed. R. Evid. 602 – lack of personal knowledge.<br>. |
| Defendant | 238:10 – 239:4 | <u>Objections.</u> Fed. R. Evid. 602 – lack of personal knowledge. |
| Defendant | 263:16 – 264:6 | |

8. **Alan J. Milbauer**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | October 27, 2004 Deposition: 21:16 – 25:2 | |
| Defendant | 36:5 – 43:10 | <u>Objections</u>.  Fed. R. Evid. 801. |
| Defendant | 78:22 – 79:11 | <u>Objections</u>.  Fed. R. Evid. 402 – lack of personal knowledge. |
| Defendant | 103:16 – 107:18 | |
| Defendant | 110:11 – 111:20 | |
| Defendant | 137:11 – 139:8 | <u>Objections</u>.  Fed. R. Evid. 403 – waste of time, undue burden. |
| Defendant | 142:12 – 143:15 | |
| Defendant | 149:19 – 152:14 | |

9. **Keith Patterson**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| | | <u>Objections.</u> Fed. R. Evid. 801.  Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | June 28, 2005 Deposition: 42:8 – 44:2 | |
| Defendant | 52:15 – 53:22 | |
| Defendant | 111:19 – 121:16 | |
| Defendant | 128:13 – 128:19 | |
| Defendant | 132:16 – 133:12 | <u>Objections.</u> Fed. R. Evid. |

|           |                 | 602 – lack of knowledge.        |
|-----------|-----------------|---------------------------------|
| Defendant | 144:16 – 144:19 |                                 |
| Defendant | 149:9 – 150:1   | Counter-designations. 150:2-9   |
| Defendant | 200:6 – 204:18  |                                 |

DATED:  October 24, 2006.

Respectfully submitted,

By      /s/ Steve W. Berman

   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo
   (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147

Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

# **CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 24, 2006, I caused copies of **PLAINTIFFS' OBJECTIONS TO ASTRAZENECA PHARMACEUTICALS LP'S DEPOSITION DESIGNATIONS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve and hard copy of the highlighted deposition transcripts of plaintiffs' counter-designations to be served by overnight mail to the following Defendants:

Daniel Christmas
Ropes & Gray
One International Place
Boston, MA  02110-2624


James Zucker
Hogan & Hartson
875 Third Avenue
New York, NY  10022


Adeel Mangi
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036


Cathy O'Rourke
Davis Polk Wardwell
450 Lexington Avenue
New York, New York  10017


    **/s/ Steve W. Berman**
Steve W. Berman