UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | Judge Patti B. Saris |

## SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S SECOND AMENDED PRETRIAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A)[1]

### I. WITNESSES TO BE CALLED AT TRIAL[2]

| Witness | Will Call | May Call |
|---|---|---|
| Dr. Sumanth Addanki<br>National Economic Research Associates, Inc.<br>50 Main Street<br>White Plains, NY 10606<br>(914) 448-4000 | X | |
| Dr. E.M. (Mick) Kolassa<br>Medical Marketing Economics, LLC<br>400 South Lamar Boulevard, Suite A<br>Oxford, MS 38655<br>(662) 281-0502 | X | |
| Brian Longstreet<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033 | X | |

---

[1] These Second Amended Pretrial Disclosures insert Carter Dutch in place of Thomas Kelly as a "may call" witness on Schering's and Warrick's witness list.  With the exception of this change, these disclosures are identical to Schering's and Warrick's Amended Pretrial Disclosures dated October 19, 2006.

[2] Schering and Warrick reserve the right to call any witnesses appearing on Plaintiffs' witness list.

-2-

| Witness | Will Call | May Call |
|---|---|---|
| (908) 298-4000 | | |
| Harvey Weintraub<br>34 Woodcrest Drive<br>Convent Station, NJ 07960<br>(973) 285-0151 | X | |
| Alfred Graf<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | X | |
| Debra Kane<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Jim Kilgallon<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Lawrence Atkins<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Carter Dutch<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Portia Edens<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |
| Gary Bishop | | X |

| Witness | Will Call | May Call |
|---|---|---|
| c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | |
| Mark Flynn<br>c/o Schering-Plough Corporation<br>2000 Galloping Hill Road<br>Kenilworth, NJ  07033<br>(908) 298-4000 | | X |

## II. SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S TRIAL EXHIBITS[3, 4]

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| 2900 | 3/4/02 | SW0143845 – SW0143855 | Schering Corporation correspondence to Fallon Clinic enclosing Purchase Agreement | |
| 2901 | 3/19/02 | SW0143859 – SW0143862 | Amendment to Purchase Agreement dated 3/4/02 between Fallon, Inc. and Schering Corporation | |
| 2902 | 11/16/98 | SW0676604 – SW0676618 | Schering Corporation correspondence to Aetna Pharmacy Management enclosing Addendum to Agreement | |
| 2903 | 4/3/02 | SW0378909 – SW0378916 | Purchase Agreement between Harvard Pilgrim Health Care, Inc.-Harvard Staff and Schering Corporation | |
| 2904 | 8/29/94 | SP 0004511 – SP 0004512 | Warrick Pharmaceuticals correspondence to Blue Cross & | |

---

[3] Schering and Warrick reserve the right to introduce any exhibits or portions thereof identified by Plaintiffs.

[4] The following trial exhibits, identified herein with an asterisk, are admissible as summaries pursuant to Fed. R. Evid. 1006:  2918 – 2936.  The data and information underlying these exhibits have been produced to Plaintiffs' counsel.

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| | | | Blue Shield of Mass. with Albuterol pricing information | |
| 2905 | 6/6/95 | SP 0004506, SP 0004510 | Warrick Pharmaceuticals correspondence to HMO Blue with albuterol pricing information | |
| 2906 | 2/8/95 | SP 0004494 – SP 0004501 | Warrick Pharmaceuticals correspondence to HMO Blue with albuterol and clotrimazole pricing information | |
| 2907 | | SW0719729 – SW0719744 | Intron A in Non-Hodgkin's Lymphoma – Educational Backgrounder | |
| 2908 | 09/99 | SW0098555 – SW0098704 | Schering-Sales Policy & Procedure Manual | |
| 2909 | 09/30/04 | SPW0041824 – SPW0041826 | Schering-Plough Corporate Policy – Reporting and Investigations of Misconduct | |
| 2910 | | SW0321450 – SW0321451 | Quick Reference Fraud and Abuse Guidelines for Sales Forces | |
| 2911 | | SW0321547 – SW0321561 | Schering-Plough Corporation – Fraud & Abuse Compliance Program | |
| 2912 | | SW0328000 – SW0328057 | Warrick Pharmaceuticals Policy and Procedures | |
| 2913 | | WWV0091974 – WWV0091995 | Warrick Pharmaceuticals Corporation By-Laws | |
| 2914 | 3/15/93 | WWV0091946 – WWV0091962 | Agreement between Schering Corporation and Warrick Pharmaceuticals Corporation | |
| 2915 | 3/15/93 | WWV0091963 – WWV0091970 | Lease Agreement between Schering Corporation and Warrick Pharmaceuticals Corporation | |
| 2916 | 3/15/93 | WWV0091943 – WWV0091945 | Agreement between Warrick Pharmaceuticals Corporation and Schering Corporation | |

-4-

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| 2917 | 3/15/93 | WWV0091996 – WWV0091998 | Unanimous Consent of Board of Directors Organization Meeting | |
| 2918* | | | Comparison of Estimated Monthly Medicare Reimbursements for Albuterol Sulfate 0.5% Solution: 2004 v. 2005, 30-Day Supply of 225mg | |
| 2919* | | | Last Recorded Medispan AWPs of Albuterol Sulfate 0.083% | |
| 2920* | | | Last Recorded Medispan AWPs of Albuterol Sulfate 0.5% | |
| 2921* | | | Warrick and Median AWPs, FULs and Median VA Prices for Generic Albuterol Sulfate 0.083% Products | |
| 2922A* | | | Summary of Relative AWP Analysis for Warrick's Albuterol NDCs Analyzed by Dr. Hartman in the MDL | |
| 2923A* | | | Summary of Relative AWP Analysis for Intron-A NDCs Analyzed by Dr. Hartman in the MDL | |
| 2924A* | | | Summary of Relative AWP Analysis for Warrick's Perphenazine NDCs Analyzed by Dr. Hartman in the MDL | |
| 2925A* | | | Summary of Relative AWP Analysis for Proventil NDCs Analyzed by Dr. Hartman in the MDL | |
| 2926A* | | | Summary of Relative AWP Analysis for Temodar NDCs Analyzed by Dr. Hartman in the MDL | |
| 2927* | | | Unit AWPs and Market Shares by Manufacturer for Albuterol Sulfate 0.083% Products | |
| 2928* | | | Unit AWPs and Market Shares by Manufacturer for Albuterol Sulfate 0.5% Products | |

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| 2929* | | | Percent Change in Schering Intron-A Unit AWPs Between Consecutive Years | |
| 2930* | | | Unit AWPs for Intron-A Adjusted for Concentration | |
| 2931* | | | Medicare Reimbursement Limits as a Percent of Average Wholesale Price By HCPCS Code | |
| 2932* | | | Amount Paid by Medicare for Perphenazine | |
| 2933* | | | Distribution of Sales by Percentage of WAC Paid by Schering Customers, Proventil | |
| 2934* | | | Distribution of Sales by Percentage of WAC Paid by Schering Customers, Intron-A | |
| 2935* | | | Distribution of Sales by Percentage of WAC Paid by Schering Customers, Temodar | |
| 2936* | | | Comparative Breakdown of Payment Sources for Proventil and Albuterol Sulfate 0.083% and 0.5% Products Using NDTI Data | |

-7-

          Respectfully submitted,

          Schering-Plough Corporation and
          Warrick Pharmaceuticals Corporation
          By their attorneys,


          /s/ Eric P. Christofferson
          John T. Montgomery (BBO#352220)
          Steven A. Kaufman (BBO#262230)
          Eric P. Christofferson (BBO#654087)
          Ropes & Gray LLP
          One International Place
          Boston, Massachusetts 02110-2624
          (617) 951-7000


Dated:  October 25, 2006

-8-

## **CERTIFICATE OF SERVICE**

      I, Daniel Christmas, hereby certify that on October 25, 2006, I caused a copy of SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S SECOND AMENDED PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)(A) to be served on all counsel of record by causing the same to be posted electronically via Lexis-Nexis File & Serve.

      /s/ Daniel Christmas
      Daniel Christmas