UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO MODIFY THE PRETRIAL ORDER OF AUGUST 21, 2006**

The Plaintiffs seek, with respect to disclosure of witness testimony, the exact same rules for both sides.

Defendants will have Plaintiffs' trial testimony all on one day (with one exception) and can thus respond to a complete picture.

Plaintiffs propose that defendants disclose testimony on November 10, 2006 all at once. This would make disclosure equal and allow the same time to respond.  With Plaintiffs' disclosure due October 27, 2006, defendants will have as long as three weeks of preparation time with some of Plaintiffs' witnesses, yet they offer in their response ten days for Plaintiffs and offer disclosures on a rolling basis.  They also offer no firm date for their filings.

Simply put, the rules of disclosure should be applied evenly.

- 1 -

DATED: October 25, 2006.

Respectfully submitted,

By    /s/ **Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 3 -

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

   I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 25, 2006, I caused copies of **PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO MODIFY THE PRETRIAL ORDER OF AUGUST 21, 2006** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File.

          **/s/ Steve W. Berman**
          Steve W. Berman

- 4 -

001534-16  136356 V1