**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) ) ) ) ) ) | Civil Action No. 01-12257-PBS Judge Patti B. Saris |

**TRACK 1 DEFENDANTS' SUR-REPLY TO PLAINTIFFS'**
**MOTION TO MODIFY PRETRIAL ORDER AUGUST 21, 2006**

The Track 1 Defendants respectfully submit this short response to Plaintiffs' Reply in support of their Motion to Modify Pretrial Order August 21, 2006 ("Plaintiffs' Motion").

Plaintiffs have apparently misunderstood Defendants' proposal, which was suggested to apply equally to both sides. Defendants propose that the direct testimony for *both Plaintiffs' and Defendants'* witnesses be due at least ten days prior to the start of the week during which that witness is expected to testify. Thus, for example, to the extent Plaintiffs intend to call witnesses the week of November 13th, the direct testimony for those witnesses would not be due on October 27, 2006, but on November 3, 2006. Defendants understand that this proposal would also render moot Plaintiffs' request that they be allowed to file on October 31, 2006, the direct testimony of the unnamed witness who is dealing with a personal matter because that witness is not expected to testify during the week of November 6th.

-2-

        Respectfully Submitted,

        THE TRACK 1 DEFENDANTS

        <u>/s/ John T. Montgomery</u>
        John T. Montgomery (BBO#352220)
        Steven A. Kaufman (BBO#262230)
        Eric P. Christofferson (BBO#654087)
        Ropes & Gray LLP
        One International Place
        Boston, Massachusetts 02110-2624
        (617) 951-7000

        *Attorneys for Schering-Plough Corporation*

Dated:  October 25, 2006

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson
Eric P. Christofferson