UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, ) ) ) ) ) ) | No. MDL Docket No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CASES ) ) ) ) ) | Judge Patti B. Saris |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), Defendants Sicor, Inc. and Sicor Pharmaceuticals, Inc. ("Sicor") request that the Court permit Preston L. Pugh, formerly of Sonnenschein, Nath & Rosenthal LLP, to withdraw his appearance as counsel for Sicor in this action. Mr. Pugh was previously admitted *pro hac vice* as counsel for Sicor.

In support of this motion, Sicor states that the appearance of all attorneys listed below remain in effect and are not affected by this withdrawal.

Dated: October 26, 2006

Respectfully submitted,

/s/ Pamela Zorn Adams
Robert J. Muldoon, Jr.  (BBO# 359480)
James W. Matthews (BBO# 560560)
Pamela Zorn Adams (BBO# 640800)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Of Counsel: SONNENSCHEIN, NATH & ROSENTHAL LLP

Elizabeth I. Hack
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
(202) 408-6400

Attorneys for Defendants
SICOR INC. and SICOR
PHARMACEUTICALS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, copies of the foregoing Motion to Withdraw were served on all counsel of record via ECF and LEXIS/NEXIS File and Serve.

/s/ Pamela Zorn Adams