UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) ) Judge Patti B. Saris ) ) ) ) |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Pamela Zorn Adams, a member of the bar of this Court and attorney for defendants Sicor, Inc. and Sicor Pharmaceuticals, Inc., moves to admit attorney Geoffrey J. Repo to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of Geoffrey J. Repo, which states that he is: (1) a member in good standing of the bar of the State of Illinois; (2) not currently the subject of any disciplinary proceedings as a member of any bar; and (3) familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Sicor, Inc. and Sicor Pharmaceuticals, Inc. request that the Court grant this motion to admit Geoffrey J. Repo *pro hac vice*.

SICOR, INC. AND SICOR PHARMACEUTICALS, INC.,

By their attorneys,

/s/ Pamela Zorn Adams
Robert J. Muldoon, Jr. (BBO# 359480)
James W. Matthews (BBO# 560560)
Pamela Zorn Adams (BBO #640800)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

DATED: October 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006, copies of the foregoing Motion to Withdraw were served on all counsel of record via ECF and LEXIS/NEXIS File and Serve.

/s/ Pamela Zorn Adams