# IN THE UNITED STATES DISTRICT COURT
# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of South Carolina and Henry D. McMaster v. Abbott Laboratories, Inc.*, 06-CV-11883-PBS | Chief Magistrate Judge Marianne B. Bowler |

**DEFENDANT ABBOTT LABORATORIES, INC.'S DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant Abbott Laboratories, Inc. hereby demands a trial by jury in the matter styled *State of South Carolina and Henry D. McMaster v. Abbott Laboratories, Inc*.

Dated:  October 27, 2006    Respectfully submitted,

/s/ James R. Daly
James R. Daly
Lee Ann Russo
Jeremy P. Cole
Gabriel Scannapieco
JONES DAY
77 West Wacker Dr.
Suite 3500
Chicago, IL 60601
Phone: (312) 782-3939
Fax: (312) 782-8585

Robert Y. Knowlton, D.S.C. #2380
  bknowlton@hsblawfirm.com
Sarah P. Spruill, D.S.C. #8054
  sspruill@hsblawfirm.com
HAYNSWORTH SINKLER BOYD, PA
Capitol Center, Suite 2200
1201 Main Street
Columbia, SC 29201
Phone: (803) 779-3080

Attorneys for Defendant
ABBOTT LABORATORIES, INC.

## Certificate of Service

I, Jeremy Cole, hereby certify that I caused a true and correct copy of the foregoing **DEFENDANT ABBOTT LABORATORIES, INC.'S DEMAND FOR JURY TRIAL** to be served via First Class Mail, postage prepaid, in an envelope addressed to:

| | |
|---|---|
| Henry D. McMaster<br>John W. McIntosh<br>C. Havird Jones, Jr.<br>SOUTH CAROLINA ATTORNEY<br>GENERAL'S OFFICE<br>Post Office Box 11549<br>Columbia, SC 29211 | D. Michael Kelley<br>MIKE KELLEY LAW GROUP, LLC<br>Post Office Box 8113<br>Columbia, SC 29202 |
| T. English McCutchen<br>William E. Hopkins, Jr.<br>Charles J. Bridgmon<br>McCUTCHEN BLANTON JOHNSON &<br>BARNETTE, LLP<br>Post Office Box 11209<br>Columbia, SC 29211 | Joseph Stephen Schmutz<br>SCHMUTZ & SCHMUTZ<br>24 Broad Street<br>Charleston, SC 29401<br><br>Charles Barnhill<br>MINER, BARNHILL & GALLAND PC<br>44 East Mifflin Street<br>Suite 803<br>Madison, WI 53703 |
| J. Preston Strom, Jr.<br>Mario A. Pacella<br>STROM LAW FIRM, LLC<br>2110 Beltline Blvd., Suite A<br>Columbia, SC 29204 | P. Jeffrey Archibald<br>1914 Monroe Street<br>Madison, WI 53711<br><br>Jere L. Beasley<br>W. Daniel Miles, III<br>Clinton C. Carter<br>BEASLEY, ALLEN, CROW, METHVIN,<br>PORTIS & MILES, PC<br>Post Office Box 4160<br>Montgomery, AL 36103-4160 |

Dated: October 27, 2006

                                                                /s/ Jeremy Cole_____