# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## PLAINTIFFS' SUBMISSION OF TRIAL AFFIDAVITS

Pursuant to the Court's Amended Pretrial Order dated August 21, 2006, Plaintiffs hereby submit the following direct testimony by affidavit:

| | |
|---|---|
| 1 | Charles Alcorn[1] |
| 2 | Gina M. Alongi |
| 3 | Kenneth Arruda |
| 4 | Cheryl Barreca |
| 5 | Anna Choice |
| 6 | Maureen Coneys |
| 7 | Deborah DeVaux |
| 8 | Sharon Faulkner |
| 9 | Tracy Garcia |
| 10 | Charles Hannaford |
| 11 | Rebecca Anne Hopkins |

---

[1] Mr. Alcorn was unavailable to complete his direct testimony, consequently, Plaintiffs will provide it next week.

- 1 -

- 2 -

| 12 | Beatrice Manning |
|----|------------------|
| 13 | Michael T. Mulrey |
| 14 | G. Raymond Pironti |
| 15 | Glenn Randle |
| 16 | Meredith Rosenthal |
| 17 | Dan Ryan |

| | |
|---|---|
| DATED:  October 27, 2006 | By   /s/ Steve W. Berman        <br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br>**LIAISON COUNSEL**<br><br>Steve W. Berman<br>Sean R. Matt<br>Robert F. Lopez<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Elizabeth Fegan<br>Hagens Berman Sobol Shapiro LLP<br>60 W. Randolph Street, Suite 200<br>Chicago, IL  60601<br>Telephone: (312) 762-9235<br>Facsimile: (312) 762-9286<br><br>Eugene A. Spector<br>Jeffrey Kodroff<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br><br>Marc H. Edelson<br>Allan Hoffman<br>Hoffman & Edelson<br>45 West Court Street<br>Doylestown, PA  18901<br>Telephone: (215) 230-8043<br>Facsimile: (215) 230-8735 |

- 4 -

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Phone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 5 -

## CERTIFICATE OF SERVICE

   I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' SUBMISSION OF TRIAL AFFIDAVITS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 27, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

             By **/s/ Steve W. Berman**
               Steve W. Berman
               **HAGENS BERMAN SOBOL SHAPIRO LLP**
               1301 Fifth Avenue, Suite 2900
               Seattle, WA  98101
               (206) 623-7292