# 8

# Trial Affidavit of Sharon Faulkner

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**TRIAL AFFIDAVIT OF SHARON FAULKNER**

I, Sharon Faulkner, pursuant to 28 U.S.C. § 1746, on oath, depose and state as follows:

1. I am a resident of the State of Tennessee. I have personal knowledge of the facts stated below and would testify to them in court if called upon to do so.

2. I am a Vice President of Southern Benefit Administrators, Inc. ("Southern Benefit"), the third party administrator ("TPA") for, among others, Sheet Metal Workers National Health Fund ("Health Fund" or "Fund"). I manage our Goodlettsville, Tennessee office and am responsible for the day-to-day administration of most of Southern Benefit's plans, including the Health Fund.

3. Southern Benefit has acted as the Health Fund's TPA for ten years. By virtue of that long-standing relationship, I am familiar with the benefits offered by the Health Fund and how the claims of the Fund's beneficiaries are paid by the Health Fund. In particular, I am familiar with the Fund's administration of its Supplemental Medicare Wraparound Plus ("SMW+") program for retirees.

4. It is our duty as its TPA to assist the Fund with attempting to provide the best benefits to its members (including its retirees), and to provide those benefits at the lowest possible cost. In addition, because the Health Fund's trustees do not necessarily have backgrounds in healthcare or in the pharmaceutical industry, they rely on Southern Benefit to provide them with information regarding items that may increase the costs of providing prescription drug coverage to their members and retirees.

5. I have been informed that Medicare's allowable amount is based on AWP. Based on that information and because the Health Fund's co-payment is, in all cases, a percentage payment of Medicare's allowable amount, the Fund's co-payment is likewise based on AWP.

6. Throughout the Class Period I had no idea that the published AWPs were not an average price. I was unaware of the various acts Defendants engaged in that had the effect of publishing a fraudulent AWP.

7. I am aware that the complaint alleges that, in order to help their customers make more money, and thus make money themselves, each of the defendants used AWP and the Medicare reimbursement payment process to create spreads between the cost at which a drug is acquired and the cost at which it is reimbursed. I am aware that the effect of this was to cause the AWP we use as a reimbursement benchmark to be inflated, *i.e.*, it was not a real number or a real average. No one at the Fund was aware of those practices and I think it was unfair for the drug companies to take advantage of the Health Fund in this fashion.

8. Until I was provided with Plaintiffs' Trial Exhibit 43 (attached as Ex. A hereto), I was unaware that AstraZeneca was offering physicians confidential discounts of 33% to 50% for their purchases of Zoladex.

9. I have also been supplied a copy of the transcript of Dr. Berkman's sentencing hearing, where the United States Attorney described AstraZeneca's return to practice strategy and its scheme to provide free samples which would be billed to insurers in order to induce physicians to prescribe Zoladex. *See* Plaintiffs' Ex. 5, at 8-9, Ex. B hereto. I was unaware of such practices.

10. I was unaware that AstraZeneca distributed the type of material in Plaintiffs' Exhibit 38 (Ex. C hereto), which tells doctors to "do the math" and compute the profit they will make by virtue of prescribing Zoladex. I was unaware that AstraZeneca was giving physicians discounts of up to 41% such that those doctors were making a profit of $150,794 on 700 depots of Zoladex.

11. I have been informed that in response to an interrogatory BMS has stated as follows: "The existence of a spread is not misleading to a person with even minimal experience in the sale and distribution of drugs" and does not result in "excessive reimbursement." I certainly believe it was misleading to publish an AWP that did not reflect BMS' discounts and now, having been told about them, believe they resulted in unfair payments by payors. If increasing the AWP for its drugs shifted the cost of its drugs to payors such as the Fund, how can those actions be anything but misleading?

12. I also understand that in response to a separate interrogatory (No. 8, Plaintiffs' Trial Ex. 177, Ex. D hereto), BMS has stated that any person making a copayment has "actual or constructive notice" of the difference between AWP and the prices at which BMS sold its drugs to the public. Although the Fund made copayments no one at our Fund had any knowledge of this.

13. I was unaware that BMS was contracting with oncologists to provide them 61% discounts off its WLP (list price) for Blenoxane.

14. I was likewise unaware that BMS was giving discounts 73% off list price, as reported in Plaintiffs' Exhibit 203, Exhibit E to this Affidavit.

15. I understand that there are many more examples of this type of conduct of which both the Fund and I were unaware.

16. Since Sheet Metal's payments are tied to AWP, even if I, anyone at Southern Benefit, or the Fund's trustees had become aware of the true nature of AWPs, there is not much the Health Fund could do about it. The Health Fund is and was not in a position to change its payment systems unless Congress changed the payment formula.

I make the foregoing statements under penalty of perjury on the date written next to my name below.

Date: 10/27/06

Sharon Faulkner

# EXHIBIT
# A

# AstraZeneca Pharmaceuticals

AGREEMENT

UROLOGY PRACTICE

This Agreement is made by and between ___________ ("Urology Practice"), a group located in the State of _________, having a place of business at ___________________ and AstraZeneca Pharmaceuticals LP ("AstraZeneca"), a Delaware corporation, having a place of business at 1800 Concord Pike, Wilmington, Delaware 19850.

WHEREAS, Urology Practice is an organized group of physicians ("Participating Physicians"); and

WHEREAS, AstraZeneca is a manufacturer and distributor of pharmaceutical products; and

WHEREAS, Participating Physicians may lawfully dispense prescription drugs which may include AstraZeneca Products to their patients; and

WHEREAS, AstraZeneca desires that certain AstraZeneca Products, as described in Exhibit B ("Products") be designated by Urology Practice as preferred products for use by its Participating Physicians, and Urology Practice desires to contract for the purchase of Products for use by its Participating Physicians.

NOW THEREFORE, Urology Practice and AstraZeneca, in consideration of their respective promises to each other, understand and agree as follows:

1. Term; Participating Physicians. This Agreement shall commence on the first day of the month following the date it is accepted by AstraZeneca (the "Commencement Date") and remain in effect for a period of three (3) years ("Initial Term"). The Initial Term shall be divided into three consecutive twelve-month contract years (each a "Contract Year"). Urology Practice's Participating Physicians that are authorized to purchase Products under this Agreement are listed in Exhibit A attached hereto. During the term of this Agreement, Urology Practice may, with AstraZeneca's consent, add or delete Participating Physicians to or from Exhibit A by giving AstraZeneca prior written notice. If AstraZeneca does not consent to the addition or deletion, it shall notify Urology Practice within thirty (30) days after receipt of such notice; if AstraZeneca does not respond within such time period, then the Participating Physicians(s) will be deemed added or deleted. It is understood and agreed that in entering into and carrying out this Agreement, Urology Practice is acting as an agent for and on behalf of the Participating Physicians. Urology Practice shall inform all Participating Physicians of the terms of this Agreement.

2. Preferred Product. Products included in this Agreement and their National Drug Code ("NDC") numbers are listed in Exhibit B. During the term of this Agreement AstraZeneca may add pharmaceutical products to this list only with prior written consent of Urology Practice. Products may be deleted from the list upon thirty (30) days written notice to Urology Practice. Urology Practice agrees that all Products listed in Exhibit B shall be designated as "Preferred" within thirty (30) days of the date of this Agreement, and shall remain Preferred products for the term of this Agreement. Furthermore, Products shall be

Plaintiffs' Exhibit
43
01-12257-PBS

prescribed unless deemed inappropriate by Participating Physicians. Urology Practice certifies that it has, or will implement within sixty (60) days after the date of this Agreement, a program to advise physicians of its preference that Products are to be prescribed to Participating Physician's patients.

3. Own Use. Urology Practice represents, to the best of its knowledge, that all purchases of Products requested under this Agreement will be for the use of the patients of Participating Physicians only. It is expressly prohibited to resell, redistribute or group other practices' or physicians' orders hereunder.

4. Price; Price Protection

Contract price shall commence no later than forty-eight (48) hours following the date this Agreement is accepted by AstraZeneca. The price per unit of Products hereunder shall be based on the number of units of Products expected to be purchased by Urology Practice on an annual basis ("Annual Purchase Objective"). Initially, the Annual Purchase Objective will be as set forth in Exhibit C. The Annual Purchase Objective may be changed by AstraZeneca as provided in this Section 4. For all purchases of Products, Urology Practice shall be entitled to the percentage discount off the prevailing Average Wholesale Cost ("AWC") of the Product(s) on the first day of each Contract Year as set forth in Exhibit D and corresponding to the applicable Annual Purchase Objective. The formula for converting depots into monthly equivalents is set forth in Exhibit C. AstraZeneca will review the volume of Products purchased by Urology Practice on a quarterly basis to determine whether volume purchased on a pro rata basis is consistent with the Annual Purchase Objective. If AstraZeneca in its sole discretion determines that Urology Practice is unlikely to meet, or is likely to exceed its Annual Purchase Objective, AstraZeneca reserves the right to set a new Annual Purchase Objective for Urology Practice to correspond with Urology Practice's ongoing purchasing pattern. The price for Product(s) shall then be adjusted, if applicable, for the succeeding quarter as set forth in Exhibit D. Urology Practice agrees that it or its Participating Physicians, as appropriate, shall reimburse AstraZeneca for all taxes or other charges, except income and franchise taxes imposed on AstraZeneca's income, which AstraZeneca may be required to pay to any government, whether national, state or local, upon the sale or transportation of Products sold hereunder now in effect or which may be imposed subsequent to the effective date of this Agreement.

For each individual Contract Year during the Initial Term of this Agreement, the price for Products for such Contract Year shall be set on the first day of each such Contract Year. Except as provided in the next sentence, the price for the duration of a Contract Year shall be the AWC in effect on the first day of such Contract Year, less the discount corresponding to the Annual Purchase Objective. The price for Products will not be affected by changes to AWC during that Contract Year, but shall be adjusted to account for any change in discount percentage as a result of a change in the Annual Purchase Objective during such Contract Year as provided in this section.

5. Purchase/Billing. All purchases of Products by Urology Practice pursuant to this Agreement shall be made through and directed to AstraZeneca's duly authorized agent, which currently is:

Specialty Distribution Services ("SDS")

1-800-480-4149

Orders for Products may be placed either by Urology Practice or by the individual Participating Physicians. If placed by Urology Practice, Urology Practice must designate the number and type of units to be delivered to each Participating Physician.

After credit approval by AstraZeneca, Urology Practice shall have the following options for invoicing, one of which must be elected upon contract execution:

☐ AstraZeneca shall invoice the individual Participating Physicians for the units ordered by or for such Participating Physicians as reported to SDS. Each such Participating Physician will be responsible for payment of the invoice in full pursuant to the provisions set forth on such invoices.

☐ AstraZeneca shall invoice the Urology Practice for the units ordered by, or for Participating Physicians as reported to SDS. Urology Practice will be responsible for payment of the invoice in full pursuant to the provisions set forth on such invoices.

This election may be changed by Urology Practice (to be effective no sooner than sixty (60) days after requesting a change) if requested in writing and approved by AstraZeneca in its sole discretion. Regardless of the billing option selected above, AstraZeneca reserves the right to review the credit standing of both Urology Practice and Participating Physicians and implement credit policies and practices (including designating or changing the party or parties to be invoiced) as deemed appropriate in its sole discretion.

6. Confidentiality. Urology Practice and Participating Physicians shall keep confidential all of the terms and conditions of this Agreement, and the existence of this Agreement, throughout the duration hereof and for a period of three (3) years following the effective date of expiration or termination.

7. Records. Urology Practice and Participating Physicians shall at all times keep and maintain accurate books, records and files relating to the purchase/dispensing of Products and billing and records relating to Products (collectively, the "Records"). During the term of this Agreement and for a period of two (2) years following expiration or termination of this Agreement, upon receipt of written notice from AstraZeneca, Urology Practice and Participating Physicians shall retain and shall make all such Records available for inspection by AstraZeneca or its designated auditors during regular business hours upon twenty (20) days prior written notice in order to confirm Urology Practice's compliance with this Agreement.

8. Termination. In the event that a party materially breaches this Agreement, the other party may terminate this Agreement on thirty (30) days prior written notice. No termination under this Paragraph 8 shall affect the rights and obligations of the parties accruing prior to the effective date of such termination. Either party may terminate this Agreement at any time without cause upon sixty (60) days written notice to the other party. AstraZeneca may terminate this Agreement immediately if any change or law or regulation, or interpretation of existing law or regulation would (i) make this Agreement or Discount or a material portion of a party's performance under this Agreement illegal, (ii) prohibit or eliminate, or require a

material change of any Discount offered hereunder, or (iii) require that any material terms of this Agreement be extended to any nonparty.

9. Notice. Any notice required or permitted to be given by either party to the other shall be given in writing and shall be delivered either in person or sent by first class mail, postage prepaid, addressed to the other party as follows:

| | |
|---|---|
| If to Urology Practice: | Urology Practice name goes here<br>Street<br>City, State, Zip |
| If to AstraZeneca | AstraZeneca Pharmaceuticals LP<br>1800 Concord Pike<br>PO Box 15437<br>Wilmington, DE 19850-5437<br>Attention: Contract Operations |

10. Force Majeure. Noncompliance with obligations under this Agreement due to force majeure, such as acts of God, acts of governmental authority, war, civil commotion, destruction of production facilities and materials, fire, earthquake or storm, labor disturbances, shortages of materials, failure of public utilities or common carriers, and any other causes, circumstances or contingencies beyond the reasonable control of the parties, shall not constitute a breach of this Agreement.

11. Assignment. Urology Practice shall not have the right to assign this Agreement to a third party without the prior written consent of AstraZeneca, which consent shall not be unreasonably withheld. Any permitted assignee shall assume all obligations of its assignor under this Agreement. No assignment shall relieve Urology Practice or Participating Physicians of responsibility for the performance of any obligations, which have already accrued. This Agreement shall inure to the benefit of and be binding upon each party, its respective successors and permitted assigns.

12. Compliance with Federal and State Statutes.

(a) It is the sole responsibility of Urology Practice and/or Participating Physician to accurately report any discounts under this Agreement to federal, state and private reimbursers (including Medicare and Medicaid) if and as required by applicable law.

(b) Urology Practice agrees, warrants and certifies that in performance of this Agreement it will fully comply with the provisions of the Social Security Act, Section 1128(b) (42 U.S.C. §1320a-7b(b)) which, inter alia, prohibit the knowing or willful solicitation or receipt of any remuneration, including rebates, directly or indirectly, in return for purchasing or recommending purchasing any goods, services, or items for which payment may be made in whole or in part under a federal or state public health care program, and which include the full, accurate and timely reporting, where applicable, of any reimbursement made pursuant to a federal or state health care program.

HIGHLY CONFIDENTIAL

(c) AstraZeneca hereby represents and warrants that, to the best of its knowledge, the terms of this Agreement do not violate any applicable federal or state anti-kickback laws.

(d) The discount amounts set forth in this Agreement are subject to change by AstraZeneca in the event they would render AstraZeneca liable for rebate payments higher than the then-established floor under the Omnibus Budget Reconciliation Act of 1990, as amended from time to time.

13. Miscellaneous.

(a) This Agreement will be governed in all respects, including validity, interpretation, construction and performance, in accordance with the laws of the State of Delaware without regard to its choice of laws provisions.

(b) This Agreement constitutes the entire contract between Urology Practice and AstraZeneca with respect to the subject matter hereof, and the terms and conditions set forth herein may only be modified or amended in a subsequent writing signed by both parties. In the event AstraZeneca and Urology Group or any of the Participating Physicians shall have in effect on the Commencement Date, an agreement with respect to the purchase of Products, such agreement shall be terminated as of the Commencement Date of this Agreement.

(c) No waiver by either Urology Practice or AstraZeneca with respect to any breach or default or of any right or remedy and no course of dealing shall be deemed to constitute a continuing waiver of any other breach or default or of any other right or remedy, unless such waiver be expressed in writing signed by the party to be bound.

(d) The parties to this Agreement are independent contractors, and nothing herein shall be construed to the contrary. Neither party shall assume or create any obligations or responsibilities express or implied, on behalf of the other party, or bind the other party in any manner or thing whatsoever.

(e) This Agreement may not be amended, altered or modified in any manner except in a writing signed by both parties hereto.

This Agreement is executed in duplicate by the respective parties as of the date first above written.

| AstraZeneca Pharmaceuticals LP | Urology Practice |
|---|---|
| By: ______________________ | By: ______________________ |
| Print Name: Michael P. Diggin | Print Name: ______________________ |
| Title: Director, Contract Operations | Title: ______________________ |
| Date: ______________________ | Date: ______________________ |

To be completed by AstraZeneca -
Contract Price Effective Date: ______________

Zoladex Buy Group Annual Contract

# EXHIBIT A

Participating Physicians
(to be completed by Urology Practice)

| | *Ship to* | *Bill to* |
|---|---|---|
| Dr.'s Name: | | |
| Practice Name: | | |
| Address: | | |
| City, State, Zip: | | |
| DEA#/Exp. date: | | |
| MB#/Exp. date: | | |
| Dr.'s Name: | | |
| Practice Name: | | |
| Address: | | |
| City, State, Zip: | | |
| DEA#/Exp. date: | | |
| MB#/Exp. date: | | |
| Dr.'s Name: | | |
| Practice Name: | | |
| Address: | | |
| City, State, Zip: | | |
| DEA#/Exp. date: | | |
| MB#/Exp. date: | | |
| Dr.'s Name: | | |
| Practice Name: | | |
| Address: | | |
| City, State, Zip: | | |
| DEA#/Exp. date: | | |
| MB#/Exp. date: | | |
| Dr.'s Name: | | |
| Practice Name: | | |
| Address: | | |
| City, State, Zip: | | |
| DEA#/Exp. date: | | |
| MB#/Exp. date: | | |

# EXHIBIT B

| PRODUCT | DOSAGE STRENGTH | NDC# |
|---|---|---|
| ZOLADEX® (goserelin acetate implant) | 3.6 mg depot | 0310-0960-36 |
| ZOLADEX® (goserelin acetate implant) | 10.8 mg depot | 0310-0961-30 |

# EXHIBIT C

The Annual Purchase Objective is: ________ Monthly Equivalents.

Monthly Equivalents:

One 3.6 mg depot equals one monthly equivalent.

One 10.8 mg depot equals three monthly equivalents.

# EXHIBIT D

| Annual Purchase Objective In Monthly Equivalents | Discount Off Current AWC | |
|---|---|---|
| | 3 Month Depot | 1 Month Depot |
| 1,200 - 1,999 | 33% | 32% |
| 2,000 - 2,399 | 35% | 34% |
| 2,400 - 3,199 | 38% | 37% |
| 3,200 - 3,599 | 40% | 39% |
| 3,600 - 4,399 | 42% | 41% |
| 4,400- 4,799 | 45% | 44% |
| 4,800 - 5,999 | 47% | 46% |
| 6,000 + | 50% | 49% |

Monthly Equivalents:

One 3.6 mg depot equals one monthly equivalent.

One 10.8 mg depot equals three monthly equivalents.

# EXHIBIT
# B

STATE'S EXHIBIT #7

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

- - -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Plaintiff | : | |
| v. | : | |
| ROBERT A. BERKMAN, | : | |
| Defendant | : | NO. 03-45 (JJF) |

- - -

Wilmington, Delaware
Thurdsay, July 17, 2003
12:00 o'clock, p.m.

- - -

BEFORE: HONORABLE JOSEPH J. FARNAN, JR., U.S.D.C.J.

- - -

APPEARANCES:

BETH MOSKOW-SCHNOLL, ESQ.,
Assistant United States Attorney

Counsel for Plaintiff

TERRY K. SHERMAN, ESQ.,

Counsel for Defendant

Valerie J. Gunning
Official Court Reporter

Plaintiffs' Exhibit 5 01-12257-PBS

P R O C E E D I N G S

(Proceedings commenced in the courtroom beginning at 12:00 p.m.)

THE COURT: Good afternoon. Be seated, please.

MS. MOSKOW-SCHNOLL: Good afternoon, your Honor. Now is the time the Court has set for the change of -- entry of a plea hearing in the case of United States versus Robert A. Berkman, Criminal Action No. 03-45.

I will hand forward the executed memorandum of plea agreement, which also has attached a copy of the settlement agreement.

THE COURT: Thank you.

(Ms. Moskow-Schnoll handed documents to the Court.)

THE COURT: All right. Mr. Sherman, Dr. Berkman, do you want to step up to the podium, please?

MR. SHERMAN: Thank you, your Honor. Good afternoon.

THE COURT: Good afternoon.

THE COURT: Doctor, if you would just take the other side because I'm going to ask you some questions, by where the microphone is. That's perfect.

Doctor, as you heard, I've been told by the Government that you are offering to plead guilty and I have to ask you some questions so that I can satisfy myself that you're competent and capable to entering this guilty plea; that you understand the charges that have been brought against you as well as the consequences, and that there's some factual basis for you to plead guilty. All of this is done under oath, so it's important you give truthful responses.

If it's later found out your responses were untruthful, the Government can make a decision to charge you with a new and separate crime, such as perjury or making a false statement.

Do you understand that?

THE DEFENDANT: Yes, I do, your Honor.

THE COURT: All right. I will have the clerk administer an oath to you.

... DR. ROBERT A. BERKMAN, having been duly sworn, was examined and testified as follows ...

THE COURT: All right. Doctor, first, I'm going to ask you some questions with regard to your waiver of indictment and allowing this case to proceed by an information.

Is there a waiver that has been executed?

MR. SHERMAN: Your Honor, there has been a waiver.

THE COURT: Thank you.

I've just been handed up what is captioned a waiver of indictment, and it indicates that you have signed that along with Mr. Sherman.

Do you recall signing this?

THE DEFENDANT: Yes, I do, your Honor.

THE COURT: And do you recall reviewing the contents of it with Mr. Sherman?

THE DEFENDANT: Yes, I do.

THE COURT: Now, I'm just going to review with you the various paragraphs of this waiver.

It says here that you're accused of violating by an information to be filed, 18 United States Code, Section 371], conspiracy to violate the Prescription Drug Marketing Act, that you've been advised of the charges and your rights and you're willing to voluntarily, intelligently waive prosecution by indictment and allow the Government to proceed against you simply by filing a piece of paper which we lawyers call an information.

Do you understand that?

THE DEFENDANT: Yes, I do, your Honor.

THE COURT: Do you understand that unless you waive indictment as you've indicated you're willing to do,

you couldn't be charged with these crimes unless a Grand Jury were to meet and find that there was probable cause to believe that you've committed the offense you're being accused of and actually voted and returned an indictment against you?

THE DEFENDANT: I understand that, your Honor.

THE COURT: Do you understand that the Grand Jury is composed of at least 16, but not more than 23 lay people or citizens? At least 12 of those grand jurors would have to find that there was probable cause to believe that you've committed the offenses before you could be indicted, and that by waiving indictment, as I've said, the Government is only going to proceed — will proceed against you only by filing that sheet of paper.

Do you understand that, sir?

THE DEFENDANT: I accept that, your Honor.

THE COURT: You also understand that in waiving your right to indictment, that Grand Juries actually do meet and vote, and sometimes they vote not to indict a defendant.

Do you understand that?

THE DEFENDANT: I accept that.

THE COURT: All right. Now, has anybody made you any promises or has any anybody threatened you to get you to do this?

THE DEFENDANT: Absolutely not, sir.

THE COURT: And could you tell me for purposes of the record, you're presently employed as a physician?

THE DEFENDANT: Yes, I am.

THE COURT: And where are you employed?

THE DEFENDANT: Columbus, Ohio.

THE COURT: Have you ever been treated for any type of addiction to drugs or alcohol?

THE DEFENDANT: Absolutely never.

THE COURT: Have you ever been treated for any type of psychiatric or psychological disorder, what we would commonly refer to as a mental illness?

THE DEFENDANT: Never, sir.

THE COURT: In the last 24 hours, have you drank any alcoholic beverages?

THE DEFENDANT: No, sir. I don't drink, sir.

THE COURT: All right. Have you taken any drugs, legal or illegal, that could affect your ability to understand the proceedings here today?

THE DEFENDANT: Absolutely not, sir.

THE COURT: And you feel competent you've had a fair opportunity to consult with Mr. Sherman, who's your attorney in this case, and you're satisfied with his representation?

THE DEFENDANT: Yes, I am, sir.

THE COURT: Okay. Based on the responses you've

given me here today, then, I'm going to accept your waiver of indictment, finding that you are capable to do it and competent and it's being done voluntarily, without any threat or coercion, and I will file it with the clerk in open court at this time.

I'm now going to proceed to ask you some questions about your offer of a guilty plea to the information that the Government has filed, which is that piece of paper I talked about when we spoke with regard to your waiver of indictment.

If I asked you all of those questions about your present employment, use of drugs or alcohol, all of those answers would be the same as we begin to discuss this criminal charge?

THE DEFENDANT: Yes, sir.

THE COURT: Have you had an opportunity to review in detail the charges the Government alleges in this information with Mr. Sherman?

THE DEFENDANT: Yes, I have, sir.

THE COURT: Are you satisfied you understand the charges the Government brings against you?

THE DEFENDANT: Yes, sir, I do.

THE COURT: I need you to tell me in your own words what conduct you engaged in that makes you believe you're guilty of this information.

THE DEFENDANT: I have violated federal law, your Honor. I should have understood that the Medicare system was a reimbursement system and that it was not a for-profit system. That was my first error.

The second was when I was engaged in the use of the medication Zoladex and the pharmaceutical company, AstraZeneca, presented to me incentives relative to the purchase and securement of the medication, and advising me that it could be used for enhancing revenues in my practice by virtue of purchase agreements and incentives and implications, I accepted them, your Honor.

I take responsibility for that. They purported that it was appropriate. I realize now that it was not and the discounts that I received, I realize that I should have reported them, but I did not.

THE COURT: All right. And you understand that all of that was illegal and in violation of federal criminal statute?

THE DEFENDANT: Yes, sir, I now do.

THE COURT: I'm going to ask the prosecutor, Ms. Moskow-Schnoll, to provide us with an offer of evidence the Government would have presented against you had this case gone to trial.

Ms. Moskow-Schnoll?

MS. MOSKOW-SCHNOLL: Your Honor, Astra-Zeneca

Pharmaceuticals LP is a pharmaceutical company headquartered in Wilmington, Delaware. The defendant is a urologist licensed to practice medicine in the State of Ohio, with a practice located in Columbus Ohio.

Zoladex is a drug used in the treatment of prostate cancer. The drug is manufactured and marketed by Astra-Zeneca. Medicare reimburses for injectable drugs such as Zoladex based upon the average wholesale price or AWP for such drugs as published in the pharmaceutical industry reference known as the Redbook.

The Zoladex AWP published in the Redbook was a number supplied by Astra-Zeneca. In effect, this allowed Astra-Zeneca to control the amount of reimbursement Medicare paid to physicians for prescriptions.

Because Astra-Zeneca charged urologists less than the published AWP for Zoladex, a physician could earn a profit by choosing to treat a prostate cancer patient with Zoladex. Astra-Zeneca referred to this profit as return to practice.

In addition to the return to practice, in order to induce physicians to purchase or to continue purchasing Zoladex, Astra-Zeneca provided free samples of the drug to physicians, both intending and expecting that certain of those physicians would administer the free samples and thereafter bill their patients and their

patients' insurers.

Specifically, when Dr. Berkman stated that he would switch his patients from Zoladex to Lupron if he did not get a better deal from Astra-Zeneca, Astra-Zeneca provided free injections of Zoladex.

In this way, beginning in or around February 1994 and continuing at least until July 1996, Astra-Zeneca sales representatives provided to Dr. Berkman approximately 223 free one-month sample doses of Zoladex. Each sample was labeled not for retail sale and Dr. Berkman signed a sample receipt card for each sample dose he received. At least one Astra-Zeneca sales representative additionally provided Dr. Berkman's office with labels that Dr. Berkman's staff used to cover up the not-for-resale statement on the packaging.

Dr. Berkman administered the free samples and received approximately $84,448 in billing for the free samples.

THE COURT: Doctor, you've heard what the prosecutor says the evidence the Government would have brought against you is.

Do you have any strong disagreement with that evidence?

THE DEFENDANT: No, sir. I have no disagreement.

THE COURT: Mr. Sherman?

MR. SHERMAN: Well, your Honor, the free Zoladex that was provided to Dr. Berkman was represented to him as part of a volume discount, and that's — and the second thing I think the record ought to clearly represent is the use of Zoladex by Dr. Berkman was never motivated to the patient. It was motivated by the need of the patient to receive the drug.

There was no issue that the patients that received Zoladex shouldn't have received it or that treatment in another fashion would have been more appropriate.

THE COURT: All right. With those two further understandings of Dr. Berkman's view of the Government's evidence, is there anything additional?

MR. SHERMAN: Not at this time, your Honor.

THE COURT: All right. Doctor, do you agree with what Mr. Sherman has told us?

THE DEFENDANT: Yes, sir, I do.

THE COURT: Okay. I'm going to ask you about the memorandum of plea agreement and what I guess is an attachment. It's called the Settlement Agreement Between the Office of Inspector General and the Department of Health and Human Services and Robert A. Berkman, M.D.

Have you reviewed both the memorandum of plea agreement and this settlement document?

THE DEFENDANT: Yes, sir, I have.

THE COURT: And have you talked with Mr. Sherman about both of these documents?

THE DEFENDANT: I have, your Honor.

THE COURT: And in the memorandum of plea agreement, it says in Paragraph 1 that the violation you're pleading guilty to carries a maximum penalty of imprisonment of not more than five years and a $250,000 fine, three years of supervised release and a $100 special assessment.

Do you understand that they're the maximum penalties you're exposing yourself to buy your guilty plea here today?

THE DEFENDANT: I do, your Honor.

THE COURT: And do you also understand that there are sentencing guidelines in place in Federal Court and you'll be sentenced in accordance with those guidelines unless there's some reason, either that there should be a departure upwardly or downwardly, which would have to be justified?

THE DEFENDANT: I accept that, your Honor.

THE COURT: And do you understand all the provisions of this memorandum of plea agreement? This is the time to ask questions about it if you don't.

THE DEFENDANT: I understand it, sir.

THE COURT: And on the copy that has been given to me, there's a signature there. Is that your signature

along with Mr. Sherman's?

THE DEFENDANT: Yes, sir, it is.

THE COURT: Now, are all the promises you've received from the United States Government to get you to enter into this plea agreement which relates to the criminal charge and the settlement agreement with the Inspector General, are all the promises or guarantees or matters in exchange you've gotten contained in these two documents?

THE DEFENDANT: I received no promises, sir, other than the document. It's just the document. That's all I received.

THE COURT: Sometimes defendants come back and they say, Well, gosh, I was told this and I know it wasn't in the agreement. But what I want to be sure is everything you have discussed and been told would be given in exchange to get your plea and to get the settlement agreement they're all in the documents; correct?

THE DEFENDANT: There was nothing else, sir. Just the document.

THE COURT: Is anybody threatening you or in any way forcing you to plead guilty?

THE DEFENDANT: No, sir.

THE COURT: Has anybody promised you what the sentence will be?

THE DEFENDANT: No, sir.

THE COURT: I'm now going to review with you your rights as a defendant.

Do you understand you have the absolute right to continue to plead not guilty and no one could force you to plead guilty, and understand that the burden is always on the United States Government to prove your guilt in this criminal charge by a standard of beyond a reasonable doubt?

THE DEFENDANT: I accept that.

THE COURT: Do you understand that if you told me that you wanted to continue to plead not guilty, that I would schedule a trial and 12 jurors would be impaneled to sit and hear your case?

THE DEFENDANT: I'm aware of that, sir.

THE COURT: Do you understand at that trial you would have the right to be represented by an attorney, in this case Mr. Sherman, and you could, through your attorney, challenge the Government's evidence, both exhibits and testimony?

THE DEFENDANT: I understand that, sir.

THE COURT: Do you understand that you could also, through your attorney, present evidence on your behalf, both witnesses and exhibits, and that you could use the power of the Court to subpoena persons or documents that you thought might favor your case to be forced to be brought to Court here?

Do you understand that?

THE DEFENDANT: Yes, I do.

THE COURT: Do you also understand, as I've told you, that you don't have to do anything during the trial because the burden is always on the Government, not on the defendant. And, in addition, you have an absolute right against self-incrimination, so you could just sit through the trial and not have to say anything.

Do you understand that?

THE DEFENDANT: I do.

THE COURT: Do you understand if you wanted to testify in your cause, after consultation with your attorney, you could make a decision to testify?

THE DEFENDANT: Yes, sir, I understand that.

THE COURT: Do you understand that for you to be found guilty, all 12 jurors would have to agree that you were guilty. In other words, their verdict would have to be unanimous?

THE DEFENDANT: I understand that.

THE COURT: Do you understand if that jury were to find you guilty by unanimous vote, that you could appeal their decision to a higher Court, the Court of Appeals for the Third Circuit in Philadelphia?

THE DEFENDANT: Yes, sir, I do.

THE COURT: Do you also understand that when you

plead guilty, there is no appeal from the facts of the case because you've admitted you're guilty. You can appeal the sentence if you believe any part or all of it is illegal, but there's no appeal from your guilt or innocence determination because you admitted guilt?

THE DEFENDANT: I accept that.

THE COURT: Do you understand that all the rights I've discussed with you and your right to a jury trial are being given up or waived by you by your entry of this guilty plea?

THE DEFENDANT: I do, sir.

THE COURT: Do you also understand that as a convicted felon, you are going to lose valuable civil rights, such as the right to vote, the right to ever hold public office and the right to ever be around or near firearms and other consequences that may pertain from jurisdiction to jurisdiction that I'm not mentioning here, but what I want you to understand is that being a convicted felon carries with it penalties in addition to the sentence that would be imposed in this case.

Do you understand that, sir?

THE DEFENDANT: I accept that.

THE COURT: Mr. Sherman, do you know anything else I should ask Dr. Berkman?

MR. SHERMAN: No, your Honor. I think you're

doing quite well.

THE COURT: Ms. Moskow-Schnoll, do you know anything else I should ask Dr. Berkman?

MS. MOSKOW-SCHNOLL: No, your Honor.

THE COURT: Dr. Berkman, based on the responses you've given here today, I find you're competent and capable to enter a guilty plea. I further find that you are fully aware of the charges against you and the consequences that will flow from this guilty plea. I further find there's a basis in fact for you to plead guilty to this information, both by your own admission of guilt and your acceptance of the clarifications made by Mr. Sherman of the Government's offer of proof.

For all of these reasons, I now adjudge you guilty of the information count and ask you to indicate your guilty plea by signing the information when presented it by the Clerk of the Court.

I'm going to indicate my acceptance of your guilty plea by signing the memorandum of plea agreement and filing it in open court with the clerk at this time.

DEPUTY CLERK: The information has been signed, your Honor.

THE COURT: All right. Dr. Berkman, someone from our presentence office will be contacting you as well as Mr. Sherman. It's important you cooperate with that officer

so I will have all the information you want me to have when the time comes for sentencing.

I'm going to have sentencing scheduled by my office contacting Mr. Sherman and Ms. Moskow-Schnoll and it will be in approximately three months, and we'll get that date probably in the next 30 days.

Mr. Sherman, is there anything further.

MR. SHERMAN: No, your Honor.

THE COURT: Ms. Moskow-Schnoll?

MS. MOSKOW-SCHNOLL: No, your Honor.

THE COURT: All right. This matter then may stand in recess. I have another matter to take up.

(Court recessed at 12:18 p.m.)

\- - -

OHIO STATE MEDICAL BOARD

DEC 1 6 2003

I hereby certify that the foregoing is a true and accurate transcript from my stenographic notes in the proceeding.

Valerie J. Gunning

Official Court Reporter
U. S. District Court

VALERIE J. GUNNING, INC.
OFFICIAL COURT REPORTER
844 KING STREET, LOCKBOX 24
ROOM 3410
WILMINGTON, DELAWARE 19801
EIN 33-1053161

OHIO STATE MEDICAL BOARD
DEC 10 2003

DECEMBER 9, 2003

STATE MEDICAL BOARD OF OHIO
ATTN: CHUCK WOODBECK, ESQ.
77 S. HIGH STREET, 17TH FLOOR
COLUMBUS, OHIO 43215-6127

IN RE: USA v. ROBERT A. BERKMAN
CRIMINAL ACTION NO. 03-41 (JJF)
DISTRICT OF DELAWARE

CHANGE OF PLEA HELD THURSDAY, JULY 17, 2003 BEFORE JUDGE FARNANIN IN WILMINGTON, DELAWARE.

1 COPY, 18 PAGES AT $.83 PER PAGE ---------------- $14.94

THANK YOU.

# EXHIBIT
# C

Dear Members of the "Maricopa Urology Lithotripsy Inc." Group:

We would like to propose the signing of a Zoladex® contract. As joint members of a legal entity, you are entitled to sign a Zoladex contract, which could **significantly increase your profits, while drastically reducing your costs.** As of 1/15/97, Zeneca has "deepened" the discounts offered on both our 1-Month and 3-month Zoladex Depots. We have also increased the tiering level, allowing maximum discounts for 700+ depots. The following is a chart that shows our contracted prices (>300 Depots):

| | 1-MONTH DEPOT | | 3-MONTH DEPOT | |
|---|---|---|---|---|
| Monthly Equivalents | % Discount 3.6 mg | Price/depot | % Discount 10.8 mg | Price/depot |
| 1-11 depots | 0 | 328.40 | 0 | 985.22 |
| 12-23 depots | 11 | 292.28 | 12 | 867.00 |
| 24-47 depots | 13 | 285.71 | 14 | 847.29 |
| 48-59 depots | 16 | 275.86 | 17 | 817.74 |
| 60-71 depots | 19 | 266.01 | 20 | 788.18 |
| 72-100 depots | 21 | 259.44 | 22 | 768.47 |
| 101-299 depots | 23 | 252.87 | 24 | 748.77 |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Monthly equivalents = One 3.6 mg depot equals one monthly
One 10.8 mg depot equals three monthly equivalents

Currently, members of "M.U.L. Inc." collectively use at about 450 depot equivalents of LHRh's per month (Both Lupron and Zoladex). A 1-month depot counts as 1 equivalent, and a 3-month depot as 3 equivalents. A combination of 1-month and 3-month depots, equaling 450 equivalents, would result in a 34% and 35% discount, for the 1-month and 3-month depot Zoladex respectively. If purchases were made every other month by the group, a 40% and 41% savings would be made respectively. This would reflect the highest possible discount (700+ depots). We currently either have, or received commitments to switch to Zoladex, enough for almost 200 equivalents per month. In order to achieve greatest discounts, with maximum profits, we need commitment from more members.

So far, the best contracted price I've seen for Lupron depots has been $317.00 for the 1-month, and $951.00 for the 3-month depot, yielding net profits of $198.65 and $595.95 respectively per depot (Medicare allowable minus actual cost). These discounts are usually provided when a practice purchases Lupron at 500 plus depots at a time, significantly impacting **"CASH FLOW"**.

Current Medicare allowables for Zoladex (as of 2/1/97) would yield net profits of $213.47 and $650.24 for the Zoladex 1-month and 3-month depots.

Differences in costs would be $119.96 less per 1-month and $369.72 less per 3-month Zoladex depots purchased, versus Lupron's contract price! Most importantly, each office would not have to purchase more than 5 or 6 weeks worth of LHRh at a time. If we can get commitment from all members of "M.U.L.", at worst, a practice would have to purchase 6 to 8 weeks worth at a time.

08-12-0972

Plaintiffs' Exhibit
38
01-12257-PBS

As Dr. Charles Metzger alluded to during the "Urology Society" meeting at the Phoenix Country Club on January 29th., one of the biggest challenges a large Urology office is faced with is "CASH FLOW". He said that one of the quickest ways to increase "CASH FLOW", was to switch from Lupron to Zoladex. He said this simple conversion saved he and his partners $700,000.

**DO THE MATH !**

Let's do the math. You'll notice that Zeneca gives additional incentives to use the 3-month depot by giving an additional 1% discount (40% versus 41%). Lupron 3-month is exactly 3 times the cost of their 1-month depot, without an added incentive.

Assuming Zoladex was purchased by most members of "M.U.L.", every other month. This would assure that a minimum of 700 depots were purchased at a time, to take advantage of the maximum discount. And the ratio of 1-month depots versus 3-month depots purchased was 50/50. The following would be the "Return to the Practice", "Total Expenditures Spent", and "Return on Investment" (ROI is calculated by dividing net profit by actual cost), based on a per 700 depot equivalent, of either Zoladex or Lupron purchased at a time (350, 1-month depots plus 117, 3-month depots equal 700 equivalents).

## 700 EQUIVALENT DEPOTS

| | ZOLADEX | | LUPRON | |
|---|---|---|---|---|
| | 1-MONTH | 3-MONTH | 1-MONTH | 3-MONTH |
| Return to Practice | $74,714.50 | $75,857.00 | $69,527.50 | $69,726.15 |
| Total Expenditures | $68,964.00 | $68,007.42 | $110,950.00 | $111,267.00 |
| Return on Investment | 108% | 112% | 63% | 63% |
| Total Return to Practice | $150,794.92 | | $139,253.65 | |
| Combined Expenditures | $136,971.42 | | $222,217.00 | |

At 450 equivalent prostate cancer patients per month, being treated by members of the "M.U.L. Inc.", this would equate to 5400 depot equivalents per year.

**With this being said, annualized savings to "M.U.L" (5400 depot equivalents) by converting to Zoladex would be appraximately $657,246.00, while profits would be $88,981.00 greater.**

Zeneca would also offer separate "Ship to" and "Bill to", which keeps Zoladex orders separated from other "M.U.L." members. It also allows an individual account, the option to pay within 30 days (either check or credit card) and receive an additional 2% discount off the already low contracted price. Otherwise net balances are due in 90 days.

08-12-0973

HIGHLY CONFIDENTIAL

# EXHIBIT
# D



7/26

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Judge Patti B. Saris |

DEFENDANT BMS'S RESPONSES TO PLAINTIFFS' INTERROGATORIES TO THE FAST TRACK DEFENDANTS

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, defendants Bristol Meyers Squibb Co., Oncology Therapeutics Network Corp. and Apothecon, Inc. ("BMS") hereby respond to Plaintiffs' Interrogatories to the Fast-Track Defendants (the "Plaintiffs' Contention Interrogatories").

GENERAL OBJECTIONS

A. BMS expressly incorporates all of the General Objections set forth below into each Response to the Plaintiffs' Contention Interrogatories. Any Specific Objections provided below are made in addition to these General Objections and failure to reiterate a General Objection below does not constitute a waiver or limitation of that or any other objection.

B. BMS incorporates by reference herein all "General Objections" from the Responses of Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Incorporated To Plaintiffs' Omnibus Request For Production Of Documents And Interrogatories.

NY - 5155... - 844416 v2

Plaintiffs' Exhibit
177
01-12257-PBS



C. BMS objects to Plaintiffs' Contention Interrogatories to the extent that they seek from BMS evidentiary matter at this stage of the litigation as opposed to concise statements of BMS general position.

D. BMS objects to Plaintiffs' Contention Interrogatories to the extent that the use of the word "contend" implies that BMS, as a defendant, has the burden of proof on an issue or is in any way obligated to make contentions.

E. BMS objects to the Plaintiffs' Contention Interrogatories on the ground that they are the third separate set of interrogatories served upon BMS in this action and, including their subparts, exceed the limits set forth in Local Rule 26.1(C).

## SPECIFIC RESPONSES TO INTERROGATORIES

Interrogatory No. 1: Set forth the definition of AWP, as that term has been used by your company when used in the course of business during the period 1991 to the present, identifying any regulation or authority that supports that definition. If the definition has changed over time, identify it by year.

Response to Interrogatory No. 1:

BMS does not create, report or establish AWPs and therefore does not have its own definition of AWP. As that term is used in the course of BMS's business, it refers to certain prices appearing in industry publications, such as Red Book, First Databank and Medispan (the "Publications"). For additional information on BMS's communications with the Publications, BMS refers plaintiffs to its response to Interrogatory 5 of plaintiffs' December 3, 2003 Request For Production of Documents and Interrogatories, dated January 19, 2004.



Interrogatory No. 2: With respect to each definition set forth above, identify all instances in which the company's definition was communicated to (a) the public, or (b) any governmental entity, or (c) any third-party payor.

Response to Interrogatory No. 2:

To the best of BMS's knowledge, it has not communicated a definition of AWP to the public, governmental agencies or third-party payors other than to refer to them to AWPs in the Publications. BMS objects to identifying each instance in which BMS has used the term AWP on the ground that it would be unduly burdensome, it would not lead to the discovery of admissible evidence, it could require the disclosure of privileged information and it calls for evidentiary materials not the proper subject of a contention interrogatory at this time.

Interrogatory No. 3: Identify all persons at the company who are source of the above definition(s) or who have knowledge as to the meaning of AWP as used by the company.

Response to Interrogatory No. 3:

The answer to Interrogatory 1 is based on information received from Zoltan Szabo and Denise Kaszuba, whose titles and addresses have previously be disclosed in this litigation.

Interrogatory No. 4: State whether any person at the company has considered whether the existence of a "spread" between AWP and either ASP or WAC violates the law, or may be misleading to any member of the public, or may result in excessive reimbursement.

Response to Interrogatory No. 4:

BMS objects to the terms "AWP", "ASP" and "WAC", which are undefined. BMS further objects to this Interrogatory on the ground that the words "any", "considered" and "excessive" are vague and overbroad. BMS further objects to the extent this Interrogatory seeks evidentiary materials as opposed to a contention. In addition, BMS objects to this Interrogatory to the extent that it seeks privileged information. Subject to and without waiver of the foregoing, BMS contends that the existence of a "spread" or differential between (i) AWP as published in the Publications and (ii) any other prices relating to BMS products does not violate the law, is



not misleading to a person with even minimal experience in the sale and distribution of drugs or in government or private reimbursement for drugs and does not result in "excessive" reimbursement.

Interrogatory No. 5: Identify all persons with knowledge of such consideration.

Response to Interrogatory No. 5:

BMS objects to this interrogatory on the ground that it would require BMS to interview every employee in the company and is therefore unduly burdensome. To the extent that this interrogatory seeks to determine whether BMS's lawyers have considered this issue, BMS objects on the ground of privilege.

Interrogatory No. 6: Has anyone at the company cautioned or warned sales employees concerning marketing the spread. If so, state who and why such cautions or warnings have been issued.

Response to Interrogatory No. 6:

BMS objects to the phrases "anyone" and "marketing the spread" as vague and overbroad. Subject to and without waiver of the foregoing, see the memorandum annexed hereto as Exhibit A.

Interrogatory No. 7: Has anyone at the company ever cautioned or warned sales employees not to market the difference between sales price and reimbursement when calling upon physicians or those reimbursed for the use of drugs. If so, identify who was involved in such discussions, and state when and why such cautions or warnings have been issued.

Response to Interrogatory No. 7:

BMS objects to the phrases "anyone" and "market the difference between sales price and reimbursement" as vague and overbroad. Subject to and without waiver of the foregoing, see the memorandum annexed hereto as Exhibit A.

Interrogatory No. 8: Do you contend that those making co-pays for drugs covered by Part B were aware of the spread or difference between AWP and ASP? If so, identify how they would have been aware both as to the existence of the spread and its magnitude.



Response to Interrogatory No. 8:

BMS objects to the terms AWP and ASP, which are undefined. BMS further objects to the phrase "those making co-pays for drugs covered by Part B" and the "magnitude" of the "spread" between the undefined AWP and ASP as vague and overbroad. Subject to and without waiver of the foregoing, BMS contends that every person or entity who elects coverage under Medicare Part B or is obligated to make a co-payment under Medicare for drugs covered under its Part B has either actual or constructive notice of the potential for a difference between the "allowed amount" at which Medicare reimburses for drugs and the prices at which BMS sells its drugs to its customers.

Interrogatory No. 9: Do you contend that the AWPs for each of your drugs subject to the AMCC are a fair and accurate reporting of the price at which wholesalers sell drugs to their customers, including physicians, pharmacies and others negotiating prices directly with the company, after all chargebacks, rebates, free goods, discounts, and credit memos have been included in the price?

Response to Interrogatory No. 9:

BMS objects on the ground that AWPs are undefined. BMS further objects that the interrogatory erroneously assumes that (a) BMS has responsibility for the AWPs appearing in the Publications; (b) BMS has knowledge of the prices at which wholesalers sell drugs to their customers and that (c) AWPs are supposed to reflect transactions in which prices were negotiated "directly with the company [BMS]." Subject to and without waiver of the foregoing, BMS contends that it has never understood the AWPs listed in the Publications for its drugs to include such transactions.

Interrogatory No. 10: For each drug that is subject to the AMCC, identify for each year the reported AWP and the actual AWP after deducting for all rebates, chargebacks, discounts free goods and other reductions in the actual price paid by wholesalers, physicians or hospitals.



Response to Interrogatory No. 10:

BMS objects on the ground that AWP, "reported AWP" and "actual" AWP are undefined. BMS further objects to this Interrogatory on the ground that it erroneously assumes that (a) BMS has responsibility for the AWPs appearing in the Publications and that (b) AWPs are supposed to reflect "rebates, chargebacks, discounts free goods and other reductions in the actual price paid by wholesalers, physicians or hospitals." Subject to and without waiver of the foregoing, BMS refers plaintiffs to the AWPs in the Publications which are publicly available and to the sale, chargeback and rebate data that it has produced in discovery in this matter.

Interrogatory No. 11: If you assert an affirmative defense based upon "established industry practice", set forth all factual support that defendants' conduct as alleged in the AMCC was justified or in accordance with established industry practice.

Response to Interrogatory No. 11:

BMS objects on the ground that the request for "all factual support" calls for evidentiary materials not the proper subject of a contention interrogatory at this time. BMS further objects to this interrogatory to the extent it assumes that "industry practice" is an affirmative defense upon which BMS has a burden of proof, when instead it is plaintiffs' burden in a fraud-based claim to establish that BMS made a statement or omission that it knew to be materially misleading to those in the relevant industries who reasonably and foreseeably could be expected to act upon it. Subject to and without waiver of the foregoing, BMS contends that the existence of a "spread" or differential between (i) AWP as published in the Publications and (ii) any other prices relating to BMS products is not misleading to a person with even minimal experience in industries relating to the sale and distribution of drugs or to government or private reimbursement for drugs. BMS further contends that the Publications appear to have adopted a practice of marking up wholesale list prices by a percentage amount to arrive at an AWP. In addition, BMS contends that both



private and public payors have adopted an industry practice of using AWP as a benchmark for determining reimbursement rates even though they know that in many cases transactions (other than retail cash transactions) occur at prices below the published AWPs.

Interrogatory No. 12: If you contend that plaintiffs' claims for injunctive relief are mooted by passage of the 2003 Medicare reform legislation state all facts in support of such contention.

Response to Interrogatory No. 12:

BMS objects on the ground that "2003 Medicare reform legislation" is not defined. BMS further objects on the ground that the request for "all facts in support" calls for evidentiary materials not the proper subject of a contention interrogatory at this time. Subject to and without waiver of the foregoing, BMS contends that, to the extent the AMCC claims that injunctive relief concerning AWP reporting is needed to prevent alleged future losses to members of the putative class who make Medicare Part B payments, such claims have been rendered moot by legislation that eliminates AWP as a measure of reimbursement under Medicare Part B.

Interrogatory No. 13: Do you contend that there existed public information disclosing that the AWP exceeded actual prices at which pharmaceuticals were purchased by physicians, pharmacies and hospitals. If so, for each AWPID; and for the years 1991 to the present:

(a) Set forth the reported AWP from First Data and Red Book;

(b) Set forth the ASP or the price that reflects chargebacks, rebates, discounts and credits for each such drug;

(c) Identify where the spread between AWP and ASP was disclosed to the public or to any third-party payor; and

(d) Identify the AMP for each such AWPID for each such year.

Response to Interrogatory No. 13:

BMS objects on the ground that the sub-parts of the interrogatory do not follow from the body, i.e. they are a non-sequitur. BMS further objects on the ground that AWP, ASP, and AMP are undefined. Subject to and without waiver of the foregoing, BMS contends that from before



1991 to the present, there has been a great deal of information publicly available which discloses that the AWPs appearing in the Publications often exceed the prices at which medical providers themselves acquire drugs. By way of example only and not as a limitation, BMS refers plaintiffs to the exhibits to defendants' motion to dismiss the Master Consolidated Complaint.

Interrogatory No. 14: Do you contend that this case cannot be maintained as a class action pursuant to Fed. R. Civ. P. 23? If so, state all grounds in support of this contention and identify all witnesses who have knowledge on this issue.

Response to Interrogatory No. 14:

BMS objects on the ground that this request is premature because plaintiffs have not given sufficient description of the class(es) that they seek to certify and the reasons therefor. BMS believes that it will contend that his case cannot be maintained as a class action after plaintiffs have made a motion for class certification and will provide further information in its response to that motion which will be filed in accordance with the timetable set by the Court in CMO # 10 under the heading "Phase I Schedule."

Interrogatory No. 15: Do you contend that the common questions of law and fact identified in the AMCC do not exist? If so, identify your grounds for so stating and identify each witness with knowledge of those grounds.

Response to Interrogatory No. 15:

BMS objects on the ground that this request is premature because plaintiffs have not given sufficient description of the class(es) that they seek to certify and the reasons therefor. BMS will respond to plaintiffs' request in its opposition to plaintiffs' motion for class certification which will be filed in accordance with the timetable set by the Court in CMO # 10 under the heading "Phase I Schedule."

Interrogatory No. 16: Do you contend that plaintiffs' claims are not typical? If so, state the basis for such contention and identify persons with knowledge of the facts supporting your contention.



Response to Interrogatory No. 16:

BMS objects on the ground that this request is premature because plaintiffs have not given sufficient description of the class(es) that they seek to certify and the reasons therefor. BMS will respond to plaintiffs' request in its opposition to plaintiffs' motion for class certification which will be filed in accordance with the timetable set by the Court in CMO # 10 under the heading "Phase I Schedule."

Interrogatory No. 17: Do you contend that a class action is not a superior method for proceeding? If so, (i) identify why, (ii) identify methods which you contend are superior to a class or subclass; and (iii) identify persons with knowledge of the facts supporting your contention.

Response to Interrogatory No. 17:

BMS objects on the ground that this request is premature because plaintiffs have not given sufficient description of the class(es) that they seek to certify and the reasons therefor. BMS will respond to plaintiffs' request in its opposition to plaintiffs' motion for class certification which will be filed in accordance with the timetable set by the Court in CMO # 10 under the heading "Phase I Schedule."

Interrogatory No. 18: If you contend that plaintiffs and class members have not been damaged, set forth the basis for that contention.

Response to Interrogatory No. 18:

BMS objects on the ground that this request is premature because plaintiffs have not given sufficient description of the class(es) that they seek to certify and the reasons therefor. BMS will respond to plaintiffs' request in its opposition to plaintiffs' motion for class certification which will be filed in accordance with the timetable set by the Court in CMO # 10 under the heading "Phase I Schedule." BMS also objects to this Interrogatory on the ground that the named plaintiffs have not complied with discovery so as to provide the data necessary to



evaluate their damages claims. Subject to and without waiver of the foregoing, BMS states that neither the named plaintiffs nor the members of any purported class that the named plaintiffs might seek to represent have been damaged because AWP is merely a benchmark from which payers, both private and public, negotiate or determine how much they are willing to pay/reimburse for prescription drugs.

Interrogatory No. 19: Do you contend that class members have suffered different types of damages as opposed to differences in the amount of damages? If so, identify such differences.

Response to Interrogatory No. 19:

BMS objects on the ground that this request is premature because plaintiffs have not given sufficient description of the class(es) that they seek to certify and the reasons therefor. BMS will respond to plaintiffs' request in its opposition to plaintiffs' motion for class certification which will be filed in accordance with the timetable set by the Court in CMO # 10 under the heading "Phase I Schedule."

Interrogatory No. 20: Do you contend that individuals who pay cash at retail pharmacies should not be members of the class? If so, (a) state with specificity why, and (b) identify persons with knowledge of the facts upon which your answers is based.

Response to Interrogatory No. 20:

BMS objects to the extent the interrogatory assumes that the answer is based on the knowledge of particular "persons" and to the extent that the interrogatory calls for evidentiary materials as opposed to a contention. Subject to and without waiver of the foregoing, the answer is yes. To the best of BMS's knowledge and belief, retail pharmacies do not refer to AWPs in setting forth their prices to cash customers.



Interrogatory No. 21: Do you contend that hospitals should not be part of the class? If so, (a) state with specificity why, and (b) identify persons with knowledge of the facts upon which your answers is based.

Response to Interrogatory No. 21:

BMS objects to the extent the interrogatory assumes that the answer is based on the knowledge of particular "persons" and to the extent that the interrogatory calls for evidentiary materials as opposed to a contention. Subject to and without waiver of the foregoing, the answer is yes. Hospitals are either not within the definition of the proposed class in the AMCC (because they do not pay for drugs in whole or in part based on AWPs in the Publications) and/or it is too difficult, if not impossible, to determine on a class-wide basis which hospitals, if any, do pay for drugs on this basis. Moreover, any hospital that does pay for drugs in whole or in part based on AWPs in the Publications will have done so in an individual negotiation with actual or constructive knowledge of the fact that BMS drugs are available for purchase by it at prices less than 100% of such AWP; accordingly, hospitals would not be able to sustain any fraud claims against BMS (let alone "consumer" fraud claims). In addition, if any hospital were to seek reimbursement for drugs dispensed or administered by it based in whole or in part of AWPs in the Publications, such a hospital could be considered to be in a conflict position with respect to other alleged class members.



Dated: July 26, 2004

**HOGAN & HARTSON L.L.P.**

By: /s/ Steven M. Edwards
Steven M. Edwards
Lyndon M. Tretter

875 Third Avenue
New York, New York 10022
(212) 918-3000

*Attorneys for Defendants*
*Bristol-Myers Squibb Company,*
*Oncology Therapeutics Network Corporation and*
*Apothecon, Inc.*



**CERTIFICATE OF SERVICE**

I, James S. Zucker, certify that a true and correct copy of Defendant BMS's Responses to Plaintiffs' Interrogatories To The Fast Track Defendants was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 on July 26, 2004, by sending a copy to Verilaw Technologies for posting and notification to all parties.

James S. Zucker



# EXHIBIT A



From: Janine Suscewicz
Sent: Tuesday, January 30, 2001 11:36 AM
To: Steven L Greco; Milton E Goggans; Donald J Soltysiak; Kristine Peterson; Samuel J Moed; Mark J Ahn; Jeffrey Hatfield; Gary Zieziula
Cc: Joel M Lasker; Rosemary A Crane; Rick E Winningham; Richard Lane; Thomas P McKenna
Subject: Message from Ed Penick

PricingPractices.doc janine_suscewicz.vc

Kindly distribute this memorandum regarding the Company's pricing and promotional practices to all U.S. Medicines Sales and Marketing Personnel.

Please contact me if you have any questions.

Many thanks.

HIGHLY CONFIDENTIAL


Bristol-Myers Squibb Company
U.S. Medicines Group

| | | | |
|---|---|---|---|
| To: | U.S. Sales & Marketing Personnel | Date: | January 26, 2001 |
| From: | E. Penick | cc: | R. Crane, R. Lane, J. Lasker<br>T. McKenna, R. Winningham |
| Subject: | Media Coverage – Pharmaceutical Pricing Practices | | |

As you may be aware, there has been increasing media coverage of pharmaceutical pricing practices. Beyond the usual charges that pharmaceutical companies charge too much for their products, the government has recently focused on the differential between the Average Wholesale Price ("AWP") of products and the products' actual selling price. The government refers to that differential as the "spread."

The government has long been aware of the existence of the spread. For years, a substantial amount of public information has detailed the size of the spread for many drugs. Nevertheless, it is important to recognize that the government's recent focus on the spread is part of the reason it gives when asserting that the government is overpaying for the drugs it reimburses.

In light of the recent attention being paid to the spread, it is appropriate to remind you that Bristol-Myers Squibb Company, in accordance with its Code of Conduct, promotes and sells its products "solely on the basis of price, quality and service." Although it is appropriate to respond to a customer's inquiry about a product's AWP and its cost, the spread should not be used as a promotional or marketing tool.

Please contact the U.S. Medicines Legal Department if you have any questions or concerns about this issue.

# EXHIBIT
# E



| 30mg | Units | Contract Sales | Chargebacks |
|---|---|---|---|
| 30mg | 30,163 | $ 1,970 | $ 2,399 |
| 100mg | 88,842 | $ 3,137 | $ - |
| 300mg | 98,997 | $ 16,295 | $ 21,732 |
| Total | 218,002 | $ 21,402 | $ 24,131 |

1000

HIGHLY CONFIDENTIAL

BMS/AWP/000056970

Plaintiffs' Exhibit
203
01-12257-PBS



| 30mg | Units | Price/Unit | Contract Sales | Chargebacks |
|---|---|---|---|---|
| 1Q'02 | 7,524 | $ 102.69 | $ 773 | $ 315 |
| 2Q'02 | 7,377 | $ 73.64 | $ 543 | $ 528 |
| 3Q'02 | 6,650 | $ 47.85 | $ 318 | $ 639 |
| 4Q'02 | 8,612 | $ 39.00 | $ 336 | $ 917 |

1000

Taxol 30mg - 2002 Units
Units
10,000
8,000
6,000
4,000
2,000
0
1Q'02
2Q'02
3Q'02
4Q'02
Units
7,524
7,377
6,650
8,612
Source: Chargeback System
Taxol 30mg - 2002 Weighted Avg Price/Unit
Price/Unit
$120.00
$100.00
$80.00
$60.00
$40.00
$20.00
$-
Price/Unit
$102.69
$73.64
$47.85
$39.00
Source: Chargeback System
Taxol 30mg - 2002 Contract Sales (000)
Contract Sales
$1,000
$800
$600
$400
$200
$-
Contract Sales
$773
$543
$318
$336
Source: Chargeback System
Taxol 30mg - 2002 Chargeback Sales (000)
Chargebacks
$1,000
$800
$600
$400
$200
$-
Chargebacks
$315
$528
$639
$917
Source: Chargeback System

HIGHLY CONFIDENTIAL

BMS/AWP/000056971



| 100mg | Units | Price/Unit | Contract Sales | Chargebacks |
|---|---|---|---|---|
| 1Q'02 | 22,520 | $ 332.76 | $ - | $ - |
| 2Q'02 | 22,477 | $ 249.69 | $ - | $ - |
| 3Q'02 | 19,243 | $ 164.91 | $ - | $ - |
| 4Q'02 | 24,602 | $ 127.51 | $ 3,137 | $ - |

1000

Taxol 100mg - 2002 Units
Units
30,000
25,000
20,000
15,000
10,000
5,000
0
1Q'02
2Q'02
3Q'02
4Q'02
Units
22,520
22,477
19,243
24,602
Source: Chargeback System
Taxol 100mg - 2002 Weighted Avg Price/Unit
Price/Unit
$350.00
$300.00
$250.00
$200.00
$150.00
$100.00
$50.00
$-
1Q'02
2Q'02
3Q'02
4Q'02
Price/Unit
$332.76
$249.69
$164.91
$127.51
Source: Chargeback System
Taxol 100mg - 2002 Contract Sales (000)
Contract Sales
$3,500
$3,000
$2,500
$2,000
$1,500
$1,000
$500
$-
1Q'02
2Q'02
3Q'02
4Q'02
Contract Sales
$-
$-
$-
$3,137
Source: Chargeback System
Taxol 100mg - 2002 Chargeback Sales (000)
Chargebacks
$1
$1
$1
$0
$0
$-
1Q'02
2Q'02
3Q'02
4Q'02
Chargebacks
$-
$-
$-
$-
Source: Chargeback System

HIGHLY CONFIDENTIAL BMS/AWP/000056972



| 300mg | Units | Price/Unit | Contract Sales | Chargebacks |
|---|---|---|---|---|
| 1Q'02 | 24,695 | $ 859.95 | $ - | $ - |
| 2Q'02 | 26,161 | $ 622.89 | $ 16,295 | $ 21,732 |
| 3Q'02 | 23,865 | $ 476.93 | $ - | $ - |
| 4Q'02 | 24,276 | $ 368.31 | $ - | $ - |

1000

Taxol 300mg - 2002 Units
Units
26,500
26,000
25,500
25,000
24,500
24,000
23,500
23,000
22,500
1Q'02
2Q'02
3Q'02
4Q'02
Units
24,695
26,161
23,865
24,276
Source: Chargeback System
Taxol 300mg - 2002 Weighted Avg Price/Unit
Price/Unit
$1,000.00
$800.00
$600.00
$400.00
$200.00
$-
1Q'02
2Q'02
3Q'02
4Q'02
Price/Unit
$859.95
$622.89
$476.93
$368.31
Source: Chargeback System
Taxol 300mg - 2002 Contract Sales (000)
Contract Sales
$18,000
$16,000
$14,000
$12,000
$10,000
$8,000
$6,000
$4,000
$2,000
$-
1Q'02
2Q'02
3Q'02
4Q'02
Contract Sales
$-
$16,295
$-
$-
Source: Chargeback System
Taxol 300mg - 2002 Chargeback Sales (000)
Chargebacks
$25,000
$20,000
$15,000
$10,000
$5,000
$-
1Q'02
2Q'02
3Q'02
4Q'02
Chargebacks
$-
$21,732
$-
$-
Source: Chargeback System

HIGHLY CONFIDENTIAL

BMS/AWP/000056973

TAXOL - 30mg
CONTRACT SALES, 1Q - 2Q 2002

NDC# 00015-3476-30, 30mg/5mL multidose vial
WLP - $146.10

| | Bid No | Cust Name | 1st Quarter 2002 Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks | Qty | Contract Price/Unit* |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 228094 | AMERICAN ONCOLOGIC HOSP | | | | | | | -15 | $ 110.00 |
| 2 | 202447 | AMERINET A/C | 12 | $ 97.50 | $ 1,753 | $ 1,170 | 33% | $ 502 | 19 | $ 97.50 |
| 3 | 202446 | AMERINET-HOSPITAL ONLY | 188 | $ 101.19 | $ 27,467 | $ 19,024 | 31% | $ 8,321 | 181 | $ 97.50 |
| 4 | 216518 | AMERINET-PHYSICIAN GROUP | | | | | | | 10 | $ 97.50 |
| 5 | 225231 | BUREAU OF PRIM HLTH CARE | 34 | $ 107.34 | $ 4,967 | $ 3,650 | 27% | $ 1,318 | -5 | $ 107.34 |
| 6 | 228282 | BUREAU OF PRIM HLTH CARE | 284 | $ 105.54 | $ 41,492 | $ 29,973 | 28% | $ 11,519 | 465 | $ 92.16 |
| 7 | 228856 | COMMITTED PROVIDER SVCS | | | | | | | 17 | $ 109.90 |
| 8 | 223108 | DUKE UNIV HEALTH SYSTEMS | 69 | $ 104.65 | $ 10,081 | $ 7,221 | 28% | $ 2,860 | -44 | $ 104.65 |
| 9 | 229027 | DUKE UNIV HEALTH SYSTEMS | | | | | | | | |
| 10 | 213271 | INDIAN HEALTH SERVICE | 2 | $ 107.93 | $ 292 | $ 216 | 26% | $ 76 | | |
| 11 | 225827 | INNOVATIVE PURCHASING | 237 | $ 121.00 | $ 34,626 | $ 28,677 | 17% | $ 5,949 | -34 | $ 230.44 |
| 12 | 225236 | INSOURCE HEALTH ALT CARE | 14 | $ 109.90 | $ 2,045 | $ 1,539 | 25% | $ 507 | | |
| 13 | 225229 | INSOURCE HEALTH SERVICES | 11 | $ 109.90 | $ 1,607 | $ 1,209 | 25% | $ 398 | | |
| 14 | 227394 | KENT COUNTY MEM HOSP | 47 | $ 97.33 | $ 6,867 | $ 4,575 | 33% | $ 2,009 | 72 | $ 85.00 |
| 15 | 228103 | KIRKLIN CLINIC ONC PHCY | 1 | $ 75.00 | $ 146 | $ 75 | 49% | $ 38 | | |
| 16 | 220125 | MEDASSETS HSCA ALT CARE | 2 | $ 146.10 | $ 292 | $ 292 | 0% | $ - | 20 | $ 146.10 |
| 17 | 220123 | MEDASSETS HSCA HOSPITAL | 95 | $ 146.10 | $ 13,880 | $ 13,880 | 0% | $ (3) | 112 | $ 146.10 |
| 18 | 227721 | MEMORIAL SLOAN HOSPITAL | | | | | | | 3 | $ 69.20 |
| 19 | 213054 | PACT - HOSPITAL PRICING | | | | | | | 3 | $ 146.10 |
| 20 | 215435 | PREMIER ACUTE NON RETAIL | 4,405 | $ 103.09 | $ 643,571 | ####### | 29% | $ 179,970 | 4,526 | $ 71.28 |
| 21 | 215543 | PREMIER NON ACUTE NON RET | 209 | $ 101.13 | $ 30,535 | $ 21,136 | 31% | $ 8,924 | 338 | $ 70.38 |
| 22 | 228779 | PRESCRIPTION CITY INC | 15 | $ 85.00 | $ 2,192 | $ 1,275 | 42% | $ 917 | 7 | $ 85.00 |
| 23 | 225482 | THE UNIVERSITY OF TEXAS | 263 | $ 108.00 | $ 38,424 | $ 28,404 | 26% | $ 9,481 | -30 | $ 108.00 |
| 24 | 228905 | THE UNIVERSITY OF TEXAS | 140 | $ 106.80 | $ 20,454 | $ 14,952 | 27% | $ 5,502 | 38 | $ 106.80 |
| 25 | 225937 | US ONCOLOGY | 376 | $ 75.16 | $ 54,934 | $ 28,260 | 49% | $ 26,314 | 331 | $ 51.40 |
| 26 | 201599 | V.A MEDICAL CENTER | 1,111 | $ 100.87 | $ 162,317 | ####### | 31% | $ 50,246 | 1,095 | $ 71.46 |
| 27 | 228797 | WESTERN PA HOSPITAL | | | | | | | 11 | $ 100.00 |
| 28 | 227395 | WOMEN & INFANTS HOSP | 9 | $ 106.43 | $ 1,315 | $ 958 | 27% | $ 357 | 12 | $ 85.00 |
| 29 | 222665 | YALE NEW HAVEN HOSP | | | | | | | 245 | $ 87.56 |
| | | | 7,524 | $ 102.69 | ######### | ####### | 30% | $ 315,204 | 7,377 | $ 73.64 |

*Based on Contract Sales/Quantity

| 2nd Quarter 2002 | | | | |
|---|---|---|---|---|
| WLP Sales | Contract Sales | Discount off WLP | | Chargebacks |
| $ (2,192) | $ (1,650) | 25% | $ | (729) |
| $ 2,776 | $ 1,853 | 33% | $ | 923 |
| $ 26,444 | $ 17,648 | 33% | $ | 8,797 |
| $ 1,461 | $ 975 | 33% | $ | 486 |
| $ (731) | $ (537) | 27% | $ | (194) |
| $ 67,937 | $ 42,854 | 37% | $ | 25,082 |
| $ 2,484 | $ 1,868 | 25% | $ | 615 |
| $ (6,428) | $ (4,605) | 28% | $ | (1,824) |
| $ (4,967) | $ (7,835) | -58% | $ | 1,948 |
| $ 10,519 | $ 6,120 | 42% | $ | 4,399 |
| $ 2,922 | $ 2,922 | 0% | $ | - |
| $ 16,363 | $ 16,363 | 0% | $ | (217) |
| $ 438 | $ 208 | 53% | $ | 231 |
| $ 438 | $ 438 | 0% | $ | - |
| $ 661,249 | ####### | 51% | $ | 333,573 |
| $ 49,382 | $ 23,789 | 52% | $ | 25,467 |
| $ 1,023 | $ 595 | 42% | $ | 428 |
| $ (4,383) | $ (3,240) | 26% | $ | (1,143) |
| $ 5,552 | $ 4,058 | 27% | $ | 1,493 |
| $ 48,359 | $ 17,013 | 65% | $ | 31,346 |
| $ 159,980 | $ 78,251 | 51% | $ | 81,729 |
| $ 1,607 | $ 1,100 | 32% | $ | 507 |
| $ 1,753 | $ 1,020 | 42% | $ | 733 |
| $ 35,795 | $ 21,452 | 40% | $ | 14,342 |
| ######### | ####### | 50% | $ | 527,993 |

TAXOL - 30mg
CONTRACT SALES, 3Q - 4Q 2002

NDC# 00015-3475-30, 30mg/5mL multidose vial
WLP - $146.10

| Bid No | Cust Name | 3rd Quarter 2002 Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks | Qty |
|---|---|---|---|---|---|---|---|---|
| 1 | 229370 AMERINET A/C | 68 | $ 75.00 | $ 9,935 | $ 5,100 | 49% | $ 4,835 | 276 |
| 2 | 202446 AMERINET-HOSPITAL ONLY | -6 | $ 97.50 | $ (877) | $ (585) | 33% | $ (292) | |
| 3 | 229363 AMERINET-HOSPITAL ONLY | 58 | $ 74.99 | $ 8,474 | $ 4,350 | 49% | $ 4,124 | 132 |
| 4 | 225675 AUDUBON HOSPITAL | | | | | | | 1 |
| 5 | 223050 BETHESDA HOSP & DEACONESS | 11 | $ 47.73 | $ 1,607 | $ 525 | 67% | $ 1,082 | 4 |
| 6 | 225576 BRYN MAWR HOSPITA | | | | | | | 2 |
| 7 | 228282 BUREAU OF PRIM HLTH CARE | 192 | $ 51.43 | $ 28,051 | $ 9,874 | 65% | $ 18,177 | 118 |
| 8 | 226869 CHRISTIANA CARE HEALTH SB | 13 | $ 46.00 | $ 1,899 | $ 598 | 69% | $ 1,301 | 23 |
| 9 | 228856 COMMITTED PROVIDER SVCS | 22 | $ 109.90 | $ 3,214 | $ 2,418 | 25% | $ 796 | |
| 10 | 229027 DUKE UNIV HEALTH SYSTEMS | | | | | | | 6 |
| 11 | 224569 EISENHOWER MEDICAL CENTER | 2 | $ 46.00 | $ 292 | $ 92 | 69% | $ 200 | 11 |
| 12 | 229543 FAIRVIEW LAKES REGIONAL | | | | | | | 15 |
| 13 | 229537 FAIRVIEW NORTHLAND REG | | | | | | | 6 |
| 14 | 229541 FAIRVIEW RED WING HEALTH | | | | | | | 21 |
| 15 | 229539 FAIRVIEW UNIV MEDICAL CTR | | | | | | | 6 |
| 16 | 223995 GREENVILLE HOSP SYSTEM | | | | | | | 4 |
| 17 | 224173 HARRIS METHODIST HEB HOSP | | | | | | | 15 |
| 18 | 226684 HUTCHESON MEDICAL CENTER | | | | | | | 1 |
| 19 | 225827 INNOVATIVE PURCHASING | 26 | $ 53.54 | $ 3,799 | $ 1,392 | 63% | $ 2,239 | 15 |
| 20 | 226371 JOHNS HOPKINS PURCH ASSOC | 6 | $ 69.20 | $ 877 | $ 415 | 53% | $ 461 | 4 |
| 21 | 225255 JPS HEALTH NETWORK | 6 | $ 86.76 | $ 877 | $ 521 | 41% | $ 356 | 26 |
| 22 | 227394 KENT COUNTY MEM HOSP | 102 | $ 53.98 | $ 14,902 | $ 5,506 | 63% | $ 8,280 | |
| 23 | 224460 KENT COUNTY MEM HOSP | | | | | | | 46 |
| 24 | 220125 MEDASSETS HSCA ALT CARE | 30 | $ 146.10 | $ 4,383 | $ 4,383 | 0% | $ - | |
| 25 | 230377 MEDASSETS HSCA ALT CARE | | | | | | | 1,066 |
| 26 | 220123 MEDASSETS HSCA HOSPITAL | 58 | $ 146.10 | $ 8,474 | $ 8,474 | 0% | $ - | -8 |
| 27 | 230376 MEDASSETS HSCA HOSPITAL | | | | | | | 379 |
| 28 | 229160 MEMORIAL SLOAN HOSPITAL | | | | | | | 10 |
| 29 | 226466 MERCY HOSP PHILADELPHIA | | | | | | | 4 |
| 30 | 224971 MONTEFIORE MED CTR/PHCY | 12 | $ 48.17 | $ 1,753 | $ 578 | 67% | $ 1,175 | |
| 31 | 227828 NORTH BROWARD MEDICAL CENTER | 11 | $ 56.40 | $ 1,607 | $ 620 | 61% | $ 987 | -4 |
| 32 | 225680 NORTON HOSPITAL | 5 | $ 46.00 | $ 731 | $ 230 | 69% | $ 501 | |
| 33 | 215435 PREMIER ACUTE NON RETAIL | 3,941 | $ 48.45 | $ 576,365 | ####### | 67% | $ 375,887 | 3,606 |
| 34 | 215543 PREMIER NON ACUTE NON RET | 202 | $ 47.02 | $ 29,512 | $ 9,499 | 68% | $ 19,771 | 196 |
| 35 | 228779 PRESCRIPTION CITY INC | 28 | $ 85.00 | $ 4,091 | $ 2,380 | 42% | $ 1,711 | 13 |

| # | ID | Name | Qty | | Price* | | Sales | | Amount | % | | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 223062 | ST ANTHONYS HOSPITAL INC | | | | | | | | | | | 15 |
| 37 | 230576 | ST ELIZABETH HOSP MED CTR | | | | | | | | | | | 4 |
| 38 | 223987 | ST JOSEPHS HOSPITAL | 7 | $ | 46.00 | $ | 1,023 | $ | 322 | 69% | $ | 701 | 16 |
| 39 | 224973 | ST LUKES HOSPITAL | | | | | | | | | | | 11 |
| 40 | 229694 | THE REGENTS OF UNIV OF CA | 42 | $ | 35.00 | $ | 6,136 | $ | 1,470 | 76% | $ | 4,666 | 96 |
| 41 | 225482 | THE UNIVERSITY OF TEXAS | -258 | $ | 108.00 | $ | (37,694) | $ | (27,864) | 26% | $ | (9,981) | |
| 42 | 220952 | UNIV OF MICHIGAN HOSP | 1 | $ | 44.00 | $ | 146 | $ | 44 | 70% | $ | 102 | 8 |
| 43 | 225937 | US ONCOLOGY | 568 | $ | 47.28 | $ | 82,985 | $ | 26,854 | 68% | $ | 56,094 | 692 |
| 44 | 201599 | V A MEDICAL CENTER | 324 | $ | 61.99 | $ | 47,336 | $ | 20,084 | 58% | $ | 27,253 | 4 |
| 45 | 228400 | VA MED CTR - DUAL FSS | 4 | $ | 48.24 | $ | 584 | $ | 193 | 67% | $ | 391 | |
| 46 | 229641 | VA-DOD TAXOL NATIONAL | 783 | $ | 35.00 | $ | 114,396 | $ | 27,405 | 76% | $ | 86,991 | 1,269 |
| 47 | 228797 | WESTERN PA HOSPITAL | -7 | $ | 100.00 | $ | (1,023) | $ | (700) | 32% | $ | (356) | |
| 48 | 227395 | WOMEN & INFANTS HOSP | 12 | $ | 53.95 | $ | 1,753 | $ | 647 | 63% | $ | 764 | 9 |
| 49 | 222665 | YALE NEW HAVEN HOSP | 387 | $ | 58.03 | $ | 56,541 | $ | 22,457 | 60% | $ | 30,535 | 494 |
| | | | 6,650 | $ | 47.85 | $ | 972,149 | | ####### | 67% | $ | 638,751 | 8,612 |

*Based on Contract Sales/Quantity

| 4th Quarter 2002 | | | | |
|---|---|---|---|---|
| Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks |
| $ 51.52 | $ 40,324 | $ 14,220 | 65% | $ 25,456 |
| | | | | |
| $ 56.18 | $ 19,285 | $ 7,416 | 62% | $ 11,833 |
| $ 36.00 | $ 146 | $ 36 | 75% | $ 110 |
| $ 41.00 | $ 584 | $ 164 | 72% | $ 420 |
| $ 36.00 | $ 292 | $ 72 | 75% | $ 220 |
| $ 41.29 | $ 17,240 | $ 4,873 | 72% | $ 12,367 |
| $ 36.00 | $ 3,360 | $ 828 | 75% | $ 2,532 |
| | | | | |
| $ 39.90 | $ 877 | $ 239 | 73% | $ 637 |
| $ 37.09 | $ 1,607 | $ 408 | 75% | $ 1,199 |
| $ 38.13 | $ 2,192 | $ 572 | 74% | $ 1,620 |
| $ 37.33 | $ 877 | $ 224 | 74% | $ 649 |
| $ 37.52 | $ 3,068 | $ 788 | 74% | $ 2,280 |
| $ 36.00 | $ 877 | $ 216 | 75% | $ 661 |
| $ 46.00 | $ 584 | $ 184 | 69% | $ 400 |
| $ 36.00 | $ 2,192 | $ 540 | 75% | $ 1,652 |
| $ 36.00 | $ 146 | $ 36 | 75% | $ 110 |
| $ 49.50 | $ 2,192 | $ 743 | 66% | $ 1,292 |
| $ 69.20 | $ 584 | $ 277 | 53% | $ 308 |
| $ 42.13 | $ 3,799 | $ 1,095 | 71% | $ 2,517 |
| | | | | |
| $ 43.87 | $ 6,721 | $ 2,018 | 70% | $ 4,615 |
| | | | | |
| $ 43.65 | $ 155,743 | $ 46,531 | 70% | $ 108,466 |
| $ 146.10 | $ (1,169) | $ (1,169) | 0% | $ - |
| $ 43.81 | $ 55,372 | $ 16,602 | 70% | $ 38,478 |
| $ 28.80 | $ 1,461 | $ 288 | 80% | $ 1,116 |
| $ 40.00 | $ 584 | $ 160 | 73% | $ 424 |
| | | | | |
| $ 86.42 | $ (584) | $ (346) | 41% | $ (239) |
| | | | | |
| $ 37.47 | $ 526,837 | ####### | 74% | $ 391,863 |
| $ 37.31 | $ 28,636 | $ 7,312 | 74% | $ 21,259 |
| $ 85.00 | $ 1,899 | $ 1,105 | 42% | $ 794 |

| | | | | |
|---|---|---|---|---|
| $ 37.33 | $ 2,192 | $ 560 | 74% | $ 1,632 |
| $ 36.00 | $ 584 | $ 144 | 75% | $ 440 |
| $ 36.00 | $ 2,338 | $ 576 | 75% | $ 1,730 |
| $ 36.00 | $ 1,607 | $ 396 | 75% | $ 1,211 |
| $ 35.00 | $ 14,026 | $ 3,360 | 76% | $ 10,666 |
| $ 38.70 | $ 1,169 | $ 310 | 74% | $ 859 |
| $ 34.63 | $ 101,101 | $ 23,964 | 76% | $ 77,101 |
| $ 31.81 | $ 584 | $ 127 | 78% | $ 457 |
| $ 32.59 | $ 185,401 | $ 41,363 | 78% | $ 144,038 |
| $ 38.26 | $ 1,315 | $ 344 | 74% | $ 971 |
| $ 48.90 | $ 72,173 | $ 24,155 | 67% | $ 45,003 |
| $ 39.00 | ######### | ####### | 73% | $ 917,147 |

**TAXOL - 100mg**
**CONTRACT SALES, 1Q - 2Q 2002**

NDC# 00015-34776-30, 100mg/16.7ml multidose vial
WLP - $487.01

| | Bid No | Cust Name | 1st Quarter 2002 Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks | Qty |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 228094 | AMERICAN ONCOLOGIC HOSP | 527 | $ 366.00 | $ 256,654 | $ 192,882 | 25% | $ 63,772 | 1,206 |
| 2 | 202447 | AMERINET A/C | 229 | $ 339.40 | $ 111,525 | $ 77,723 | 30% | $ 32,646 | 207 |
| 3 | 202446 | AMERINET-HOSPITAL ONLY | 1,038 | $ 343.97 | $ 505,516 | $ 357,036 | 29% | $ 143,108 | 1,097 |
| 4 | 216518 | AMERINET-PHYSICIAN GROUP | 232 | $ 334.09 | $ 112,986 | $ 77,508 | 31% | $ 29,698 | 65 |
| 5 | 225231 | BUREAU OF PRIM HLTH CARE | 95 | $ 357.80 | $ 46,266 | $ 33,991 | 27% | $ 12,275 | 3 |
| 6 | 228282 | BUREAU OF PRIM HLTH CARE | 2,224 | $ 357.80 | $ 1,083,110 | $ 793,747 | 27% | $ 287,363 | 1,890 |
| 7 | 227517 | CITY OF HOPE NAT MED CTR | -13 | $ 366.60 | $ (6,331) | $ (4,766) | 25% | $ (1,565) | 6 |
| 8 | 223108 | DUKE UNIV HEALTH SYSTEMS | 27 | $ 350.35 | $ 13,149 | $ 9,459 | 28% | $ 3,690 | |
| 9 | 227910 | GREATER BALTIMORE MED CTR | 2 | $ 373.17 | $ 974 | $ 746 | 23% | $ 228 | -1 |
| 10 | 213271 | INDIAN HEALTH SERVICE | 2 | $ 356.50 | $ 974 | $ 713 | 27% | $ 261 | |
| 11 | 225827 | INNOVATIVE PURCHASING | 347 | $ 405.00 | $ 168,992 | $ 140,535 | 17% | $ 28,457 | 234 |
| 12 | 225236 | INSOURCE HEALTH ALT CARE | 4 | $ 366.65 | $ 1,948 | $ 1,467 | 25% | $ 481 | |
| 13 | 225229 | INSOURCE HEALTH SERVICES | 21 | $ 366.66 | $ 10,227 | $ 7,700 | 25% | $ 2,527 | |
| 14 | 224467 | JACKSON MEMORIAL HOSPITAL | | | | | | | 20 |
| 15 | 226371 | JOHNS HOPKINS PURCH ASSOC | 363 | $ 357.05 | $ 176,785 | $ 129,610 | 27% | $ 35,360 | 364 |
| 16 | 227394 | KENT COUNTY MEM HOSP | 30 | $ 312.00 | $ 14,610 | $ 9,360 | 36% | $ 4,820 | 60 |
| 17 | 228103 | KIRKLIN CLINIC ONC PHCY | 21 | $ 311.03 | $ 10,227 | $ 6,532 | 36% | $ 3,095 | 16 |
| 18 | 220125 | MEDASSETS HSCA ALT CARE | 8 | $ 487.01 | $ 3,896 | $ 3,896 | 0% | $ - | 50 |
| 19 | 220123 | MEDASSETS HSCA HOSPITAL | 218 | $ 487.01 | $ 106,168 | $ 106,168 | 0% | $ - | 223 |
| 20 | 225798 | MINNESOTA MULTISTATE | -1 | $ 487.01 | $ (487) | $ (487) | 0% | $ (129) | -20 |
| 21 | 227590 | OTN - LYNX CUSTOMERS | 6 | $ 395.00 | $ 2,922 | $ 2,370 | 19% | $ 552 | |
| 22 | 213054 | PACT - HOSPITAL PRICING | | | | | | | 3 |
| 23 | 226899 | PARTNERS HLTHCARE SYSTEM | -14 | $ 401.41 | $ (6,818) | $ (5,620) | 18% | $ (1,198) | |
| 24 | 215435 | PREMIER ACUTE NON RETAIL | 9,326 | $ 343.51 | $ 4,541,855 | ######### | 29% | $ 1,266,637 | 9,377 |
| 25 | 215543 | PREMIER NON ACUTE NON RET | 351 | $ 338.61 | $ 170,941 | $ 118,852 | 30% | $ 48,778 | 357 |
| 26 | 228779 | PRESCRIPTION CITY INC | 124 | $ 283.33 | $ 60,389 | $ 35,133 | 42% | $ 25,256 | 166 |
| 27 | 210637 | RESPONSE ONCOLOGY | | | | | | | 40 |
| 28 | 225482 | THE UNIVERSITY OF TEXAS | 323 | $ 360.00 | $ 157,304 | $ 116,280 | 26% | $ 41,024 | 3 |
| 29 | 228905 | THE UNIVERSITY OF TEXAS | 236 | $ 356.30 | $ 114,934 | $ 84,087 | 27% | $ 30,848 | 57 |
| 30 | 220952 | UNIV OF MICHIGAN HOSP | 4 | $ 350.00 | $ 1,948 | $ 1,400 | 28% | $ 548 | |
| 31 | 226798 | UNIV OF PA HEALTH SYSTEM | 5 | $ 406.00 | $ 2,435 | $ 2,030 | 17% | $ 405 | 10 |
| 32 | 225937 | US ONCOLOGY | 2,716 | $ 238.55 | $ 1,322,719 | $ 647,904 | 51% | $ 671,335 | 2,394 |
| 33 | 201599 | V A MEDICAL CENTER | 4,042 | $ 329.88 | $ 1,968,494 | ######### | 32% | $ 635,131 | 4,498 |
| 34 | 228400 | VA MED CTR - DUAL FSS | 10 | $ 278.95 | $ 4,870 | $ 2,789 | 43% | $ 2,081 | 54 |
| 35 | 228797 | WESTERN PA HOSPITAL | 4 | $ 300.00 | $ 1,948 | $ 1,200 | 38% | $ 748 | 11 |

BMS/AWP/000056980

HIGHLY CONFIDENTIAL



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 36 | 227395 WOMEN & INFANTS HOSP | 13 | $ 345.95 | $ 6,331 | $ 4,497 | 29% | $ 1,748 | 5 82 |
| 37 | 222665 YALE NEW HAVEN HOSP | 22,520 | $ 332.76 | ########## | ######### | 32% | $ 3,369,981 | 22,477 |

*Based on Contract Sales/Quantity

HIGHLY CONFIDENTIAL

| 2nd Quarter 2002 | | | | |
|---|---|---|---|---|
| Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks |
| $ 366.00 | $ 587,334 | $ 441,396 | 25% | $ 39,179 |
| $ 325.00 | $ 100,811 | $ 67,275 | 33% | $ 33,536 |
| $ 327.94 | $ 534,250 | $ 359,755 | 33% | $ 174,495 |
| $ 325.00 | $ 31,656 | $ 21,125 | 33% | $ 10,531 |
| $ 396.14 | $ 1,461 | $ 1,188 | 19% | $ 273 |
| $ 293.75 | $ 920,449 | $ 555,187 | 40% | $ 365,261 |
| $ 283.30 | $ 2,922 | $ 1,700 | 42% | $ 722 |
| $ 373.17 | $ (487) | $ (373) | 23% | $ (114) |
| $ 265.19 | $ 113,960 | $ 62,055 | 46% | $ 41,790 |
| $ 278.70 | $ 9,740 | $ 5,574 | 43% | $ 4,166 |
| $ 174.91 | $ 177,272 | $ 63,667 | 64% | $ 85,292 |
| $ 283.30 | $ 29,221 | $ 16,998 | 42% | $ 12,223 |
| $ 235.63 | $ 7,792 | $ 3,770 | 52% | $ 3,942 |
| $ 487.01 | $ 24,351 | $ 24,351 | 0% | $ - |
| $ 487.01 | $ 108,603 | $ 108,603 | 0% | $ - |
| $ 487.01 | $ (9,740) | $ (9,740) | 0% | $ - |
| $ 487.01 | $ 1,461 | $ 1,461 | 0% | $ - |
| $ 234.72 | $ 4,566,693 | ######### | 52% | $ 2,334,207 |
| $ 237.60 | $ 173,863 | $ 84,824 | 51% | $ 88,815 |
| $ 283.33 | $ 80,844 | $ 47,033 | 42% | $ 33,811 |
| $ 417.05 | $ 19,480 | $ 16,682 | 14% | $ 2,798 |
| $ 360.00 | $ 1,461 | $ 1,080 | 26% | $ 381 |
| $ 356.30 | $ 27,760 | $ 20,309 | 27% | $ 7,450 |
| $ 406.00 | $ 4,870 | $ 4,060 | 17% | $ 810 |
| $ 173.55 | $ 1,165,902 | $ 415,483 | 64% | $ 750,079 |
| $ 234.81 | $ 2,190,571 | ######### | 52% | $ 1,134,378 |
| $ 235.25 | $ 26,299 | $ 12,703 | 52% | $ 13,595 |
| $ 300.00 | $ 5,357 | $ 3,300 | 38% | $ 2,057 |

| | | | | |
|---|---|---|---|---|
| $ 241.92 | $ 2,435 | $ 1,210 | 50% | $ 1,019 |
| $ 297.03 | $ 39,935 | $ 24,356 | 39% | $ 15,578 |
| $ 249.69 | ########## | ######### | 49% | $ 5,156,275 |

HIGHLY CONFIDENTIAL

BMS/AWP/000056983

TAXOL - 100mg
CONTRACT SALES, 3Q - 4Q 2002

**NDC# 00015-34776-30, 100mg/16.7ml multidose vial**
WLP - $487.01

| Bid No | Cust Name | 3rd Quarter 2002 Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks |
|---|---|---|---|---|---|---|---|
| 227708 | ALBERT EINSTEIN MED CEN | | | | | | |
| 228094 | AMERICAN ONCOLOGIC HOSP | 100 | $ 366.00 | $ 48,701 | $ 36,600 | 25% | $ 6,074 |
| 230240 | AMERICAN ONCOLOGIC HOSP | 450 | $ 153.00 | $ 219,155 | $ 68,850 | 69% | $ 150,305 |
| 229370 | AMERINET A/C | 160 | $ 250.00 | $ 77,922 | $ 40,000 | 49% | $ 37,922 |
| 202446 | AMERINET-HOSPITAL ONLY | 322 | $ 325.00 | $ 156,817 | $ 104,650 | 33% | $ 52,167 |
| 229363 | AMERINET-HOSPITAL ONLY | 594 | $ 249.99 | $ 289,284 | $ 148,491 | 49% | $ 140,705 |
| 216518 | AMERINET-PHYSICIAN GROUP | 20 | $ 325.00 | $ 9,740 | $ 6,500 | 33% | $ 3,240 |
| 227647 | ANDERSON AREA MEDICAL CTR | 17 | $ 146.27 | $ 8,279 | $ 2,487 | 70% | $ 5,619 |
| 225675 | AUDUBON HOSPITAL | | | | | | |
| 223050 | BETHESDA HOSP & DEACONESS | 29 | $ 157.70 | $ 14,123 | $ 4,573 | 68% | $ 9,387 |
| 225576 | BRYN MAWR HOSPITA | 14 | $ 153.33 | $ 6,818 | $ 2,147 | 69% | $ 4,672 |
| 228282 | BUREAU OF PRIM HLTH CARE | 606 | $ 169.85 | $ 295,128 | $ 102,929 | 65% | $ 192,199 |
| 221064 | BUREAU OF PRIM HLTH CARE | | | | | | |
| 226869 | CHRISTIANA CARE HEALTH SE | 111 | $ 153.33 | $ 54,058 | $ 17,020 | 69% | $ 37,038 |
| 229027 | DUKE UNIV HEALTH SYSTEMS | | | | | | |
| 224569 | EISENHOWER MEDICAL CENTER | | | | | | |
| 229543 | FAIRVIEW LAKES REGIONAL | | | | | | |
| 229537 | FAIRVIEW NORTHLAND REG | | | | | | |
| 229541 | FAIRVIEW RED WING HEALTH | | | | | | |
| 229657 | FAIRVIEW UNIV MED CTR | | | | | | |
| 229539 | FAIRVIEW UNIV MEDICAL CTR | | | | | | |
| 223049 | GOOD SAMARITAN HOSPITAL | 27 | $ 158.95 | $ 13,149 | $ 4,292 | 67% | $ 8,221 |
| 227910 | GREATER BALTIMORE MED CTR | -1 | $ 373.17 | $ (487) | $ (373) | 23% | $ (114) |
| 223995 | GREENVILLE HOSP SYSTEM | 2 | $ 153.33 | $ 974 | $ 307 | 69% | $ 667 |
| 226684 | HUTCHESON MEDICAL CENTER | | | | | | |
| 228979 | IMPERIAL POINT MED CTR | | | | | | |
| 225827 | INNOVATIVE PURCHASING | 67 | $ 154.10 | $ 32,630 | $ 10,325 | 68% | $ 21,080 |
| 224467 | JACKSON MEMORIAL HOSPITAL | 185 | $ 278.70 | $ 90,097 | $ 51,560 | 43% | $ 38,537 |
| 229536 | JACKSON MEMORIAL HOSPITAL | 26 | $ 163.34 | $ 12,662 | $ 4,247 | 66% | $ 8,415 |
| 226371 | JOHNS HOPKINS PURCH ASSOC | 158 | $ 216.35 | $ 76,948 | $ 34,183 | 56% | $ 42,765 |
| 225255 | JPS HEALTH NETWORK | 78 | $ 239.62 | $ 37,987 | $ 18,690 | 51% | $ 19,297 |
| 227394 | KENT COUNTY MEM HOSP | 60 | $ 179.85 | $ 29,221 | $ 10,791 | 63% | $ 17,395 |
| 224460 | KENT COUNTY MEM HOSP | | | | | | |
| 228103 | KIRKLIN CLINIC ONC PHCY | 33 | $ 175.42 | $ 16,071 | $ 5,789 | 64% | $ 10,170 |

TAXOL - 100mg
CONTRACT SALES, 3Q - 4Q 2002

NDC# 00015-34776-30, 100mg/16.7ml multidose vial
WLP - $487.01

| | Bid No | Cust Name | 3rd Quarter 2002 Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks |
|---|---|---|---|---|---|---|---|---|
| 35 | | 232393 KIRKLIN CLINIC ONC PHCY | | | | | | |
| 36 | | 225578 LANKENAU HOSPITAL | 2 | $ 153.33 | $ 974 | $ 307 | 69% | $ 667 |
| 37 | | 220125 MEDASSETS HSCA ALT CARE | 35 | $ 487.01 | $ 17,045 | $ 17,045 | 0% | $ - |
| 38 | | 230377 MEDASSETS HSCA ALT CARE | | | | | | |
| 39 | | 220123 MEDASSETS HSCA HOSPITAL | 138 | $ 487.01 | $ 67,207 | $ 67,207 | 0% | $ - |
| 40 | | 230376 MEDASSETS HSCA HOSPITAL | | | | | | |
| 41 | | 226466 MERCY HOSP PHILADELPHIA | | | | | | |
| 42 | | 225798 MINNESOTA MULTISTATE | -2 | $ 487.01 | $ (974) | $ (974) | 0% | $ - |
| 43 | | 224971 MONTEFIORE MED CTR/PHCY | 1 | $ 153.33 | $ 487 | $ 153 | 69% | $ 334 |
| 44 | | 227828 NORTH BROWARD MEDICAL CENTER | 15 | $ 190.05 | $ 7,305 | $ 2,851 | 61% | $ 4,454 |
| 45 | | 225680 NORTON HOSPITAL | 16 | $ 153.33 | $ 7,792 | $ 2,453 | 69% | $ 5,339 |
| 46 | | 216658 NOVATION HPPI ALT CARE | | | | | | |
| 47 | | 215435 PREMIER ACUTE NON RETAIL | 8,528 | $ 157.74 | ######### | ######### | 68% | $ 2,749,872 |
| 48 | | 215543 PREMIER NON ACUTE NON RET | 254 | $ 162.45 | $ 123,701 | $ 41,263 | 67% | $ 80,881 |
| 49 | | 231864 PRESBYTERIAN HOSP DALLAS | | | | | | |
| 50 | | 228779 PRESCRIPTION CITY INC | 208 | $ 283.33 | $ 101,298 | $ 58,933 | 42% | $ 42,365 |
| 51 | | 210637 RESPONSE ONCOLOGY | -30 | $ 417.05 | $ (14,610) | $ (12,512) | 14% | $ (2,099) |
| 52 | | 223427 ROANOKE MEMORIAL HOSP | 13 | $ 153.33 | $ 6,331 | $ 1,993 | 69% | $ 4,338 |
| 53 | | 224894 SOUTHCOAST HOSPITALS GRP | | | | | | |
| 54 | | 225203 SOUTHWEST WASHINGTON MED | | | | | | |
| 55 | | 223062 ST ANTHONYS HOSPITAL INC | | | | | | |
| 56 | | 226443 ST CHARLES HOSPITAL | 3 | $ 167.78 | $ 1,461 | $ 503 | 66% | $ 958 |
| 57 | | 230576 ST ELIZABETH HOSP MED CTR | | | | | | |
| 58 | | 223987 ST JOSEPHS HOSPITAL | 37 | $ 153.33 | $ 18,019 | $ 5,673 | 69% | $ 12,346 |
| 59 | | 224973 ST LUKES HOSPITAL | | | | | | |
| 60 | | 222130 ST VINCENT HOSPITAL | 36 | $ 161.16 | $ 17,532 | $ 5,802 | 67% | $ 11,731 |
| 61 | | 229694 THE REGENTS OF UNIV OF CA | 173 | $ 116.67 | $ 84,253 | $ 20,184 | 76% | $ 64,069 |
| 62 | | 225482 THE UNIVERSITY OF TEXAS | -238 | $ 360.00 | $ (115,908) | $ (85,680) | 26% | $ (31,743) |
| 63 | | 230136 UNIV OF CHICAGO HOSP & CL | | | | | | |
| 64 | | 220952 UNIV OF MICHIGAN HOSP | 7 | $ 153.00 | $ 3,409 | $ 1,071 | 69% | $ 2,233 |
| 65 | | 225937 US ONCOLOGY | 2,352 | $ 158.45 | ######### | $ 372,678 | 67% | $ 772,588 |
| 66 | | 201599 V A MEDICAL CENTER | 1,099 | $ 203.72 | $ 535,224 | $ 223,884 | 58% | $ 311,340 |
| 67 | | 228400 VA MED CTR - DUAL FSS | 12 | $ 189.55 | $ 5,844 | $ 2,275 | 61% | $ 3,569 |
| 68 | | 229641 VA-DOD TAXOL NATIONAL | 3,304 | $ 116.67 | ######### | $ 385,478 | 76% | $ 1,223,603 |

HIGHLY CONFIDENTIAL



TAXOL - 100mg
CONTRACT SALES, 3Q - 4Q 2002

**NDC# 00015-34776-30, 100mg/16.7ml multidose vial**
WLP - $487.01

| | Bid No | Cust Name | Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks |
|---|---|---|---|---|---|---|---|---|
| | | | 3rd Quarter 2002 | | | | | |
| 69 | | 228797 WESTERN PA HOSPITAL | -6 | $ 300.00 | $ (2,922) | $ (1,800) | 38% | $ (1,122) |
| 70 | | 227395 WOMEN & INFANTS HOSP | 12 | $ 179.85 | $ 5,844 | $ 2,158 | 63% | $ 2,962 |
| 71 | | 222665 YALE NEW HAVEN HOSP | 216 | $ 200.04 | $ 105,194 | $ 43,209 | 59% | $ 58,624 |
| | | | 19,243 | $ 164.91 | ######### | ######### | 66% | $ 6,123,071 |

*Based on Contract Sales/Quantity

| 4th Quarter 2002 | | | | | |
|---|---|---|---|---|---|
| Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks |
| 180 | $ 124.22 | $ 87,662 | $ 22,360 | 74% | $ 65,009 |
| -747 | $ 366.00 | $ (363,796) | $ (273,402) | 25% | $ (90,394) |
| 850 | $ 153.00 | $ 413,959 | $ 130,050 | 69% | $ 283,909 |
| 546 | $ 184.29 | $ 265,907 | $ 100,620 | 62% | $ 163,127 |
| 497 | $ 325.00 | $ 242,044 | $ 161,525 | 33% | $ 80,519 |
| 1,134 | $ 171.90 | $ 552,269 | $ 194,935 | 65% | $ 556,494 |
| | | | | | |
| 14 | $ 127.62 | $ 6,818 | $ 1,787 | 74% | $ 5,032 |
| 1 | $ 120.00 | $ 487 | $ 120 | 75% | $ 367 |
| 5 | $ 125.33 | $ 2,435 | $ 627 | 74% | $ 1,808 |
| 16 | $ 120.00 | $ 7,792 | $ 1,920 | 75% | $ 5,832 |
| 377 | $ 138.79 | $ 183,603 | $ 52,326 | 72% | $ 131,277 |
| 31 | $ 399.96 | $ 15,097 | $ 12,399 | 18% | $ 2,699 |
| 201 | $ 124.31 | $ 97,889 | $ 24,986 | 74% | $ 72,903 |
| 9 | $ 133.00 | $ 4,383 | $ 1,197 | 73% | $ 3,186 |
| 12 | $ 123.33 | $ 5,844 | $ 1,480 | 75% | $ 4,364 |
| 14 | $ 126.67 | $ 6,818 | $ 1,773 | 74% | $ 5,045 |
| 9 | $ 125.92 | $ 4,383 | $ 1,133 | 74% | $ 3,236 |
| 19 | $ 122.81 | $ 9,253 | $ 2,333 | 75% | $ 6,920 |
| 336 | $ 125.16 | $ 163,635 | $ 42,053 | 74% | $ 121,582 |
| 21 | $ 123.81 | $ 10,227 | $ 2,600 | 75% | $ 7,627 |
| 46 | $ 132.32 | $ 22,402 | $ 6,087 | 73% | $ 15,881 |
| 10 | $ 250.00 | $ 4,870 | $ 2,500 | 49% | $ 2,370 |
| 18 | $ 143.33 | $ 8,766 | $ 2,580 | 71% | $ 6,186 |
| 4 | $ 120.00 | $ 1,948 | $ 480 | 75% | $ 1,455 |
| 3 | $ 133.33 | $ 1,461 | $ 400 | 73% | $ 1,061 |
| 87 | $ 304.77 | $ 42,370 | $ 26,515 | 37% | $ 12,465 |
| 263 | $ 278.70 | $ 128,084 | $ 73,298 | 43% | $ 54,786 |
| | | | | | |
| 64 | $ 226.66 | $ 31,169 | $ 14,506 | 53% | $ 20,247 |
| 104 | $ 141.32 | $ 50,649 | $ 14,697 | 71% | $ 33,554 |
| | | | | | |
| 39 | $ 147.60 | $ 18,993 | $ 5,756 | 70% | $ 13,105 |
| 20 | $ 136.00 | $ 9,740 | $ 2,720 | 72% | $ 7,020 |

HIGHLY CONFIDENTIAL

BMS/AWP/000056987

| 4th Quarter 2002 | | | | | |
|---|---|---|---|---|---|
| Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks |
| 8 | $ 108.33 | $ 3,896 | $ 867 | 78% | $ 2,746 |
| 5 | $ 120.00 | $ 2,435 | $ 600 | 75% | $ 1,795 |
| 4 | $ 487.01 | $ 1,948 | $ 1,948 | 0% | $ - |
| 1,147 | $ 145.10 | $ 558,600 | $ 166,432 | 70% | $ 389,808 |
| -5 | $ 487.01 | $ (2,435) | $ (2,435) | 0% | $ - |
| 642 | $ 145.19 | $ 312,660 | $ 93,213 | 70% | $ 215,671 |
| 74 | $ 122.88 | $ 36,039 | $ 9,093 | 75% | $ 26,945 |
| | | | | | |
| 5 | $ 125.33 | $ 2,435 | $ 627 | 74% | $ 1,795 |
| 4 | $ (69.25) | $ 1,948 | $ (277) | 114% | $ 2,225 |
| 36 | $ 134.81 | $ 17,532 | $ 4,853 | 72% | $ 12,679 |
| -45 | $ 487.01 | $ (21,915) | $ (21,915) | 0% | $ - |
| 10,311 | $ 124.07 | $ 5,021,560 | ######### | 75% | $ 3,725,695 |
| 366 | $ 123.50 | $ 178,246 | $ 45,200 | 75% | $ 132,248 |
| 8 | $ 120.00 | $ 3,896 | $ 960 | 75% | $ 2,936 |
| 228 | $ 255.42 | $ 111,038 | $ 58,236 | 48% | $ 52,802 |
| -10 | $ 417.05 | $ (4,870) | $ (4,171) | 14% | $ (700) |
| 6 | $ 120.00 | $ 2,922 | $ 720 | 75% | $ 2,202 |
| 117 | $ 120.09 | $ 56,980 | $ 14,051 | 75% | $ 42,927 |
| 4 | $ 130.00 | $ 1,948 | $ 520 | 73% | $ 1,428 |
| 9 | $ 120.00 | $ 4,383 | $ 1,080 | 75% | $ 3,303 |
| 4 | $ 128.33 | $ 1,948 | $ 513 | 74% | $ 1,435 |
| 20 | $ 121.91 | $ 9,740 | $ 2,438 | 75% | $ 7,340 |
| 58 | $ 120.92 | $ 28,247 | $ 7,013 | 75% | $ 21,100 |
| 12 | $ 120.00 | $ 5,844 | $ 1,440 | 75% | $ 4,404 |
| 12 | $ 128.33 | $ 5,844 | $ 1,540 | 74% | $ 4,304 |
| 219 | $ 116.67 | $ 106,655 | $ 25,551 | 76% | $ 81,104 |
| | | | | | |
| 92 | | $ 44,805 | $ 12,711 | 72% | $ 32,064 |
| 4 | $ 129.00 | $ 1,948 | $ 516 | 74% | $ 1,432 |
| 2,647 | $ 116.65 | $ 1,289,115 | $ 308,785 | 76% | $ 980,029 |
| 51 | $ 96.48 | $ 24,838 | $ 4,920 | 80% | $ 19,917 |
| | | | | | |
| 4,072 | $ 107.94 | $ 1,983,105 | $ 439,540 | 78% | $ 1,543,565 |

| 4th Quarter 2002 | | | | | |
|---|---|---|---|---|---|
| Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks |
| 8 | $ 140.61 | $ 3,896 | $ 1,125 | 71% | $ 2,771 |
| 306 | $ 162.33 | $ 149,025 | $ 49,673 | 67% | $ 92,415 |
| 24,602 | $ 127.51 | ########## | ########## | 74% | $ 8,807,058 |

## TAXOL - 300mg
## CONTRACT SALES, 1Q - 2Q 2002

NDC# 00015-3479-11, 300mg/50ml multidose vial

WLP - $1,461.00

| | Bid No | Cust Name | 1st Quarter 2002 Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks | Qty |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 228793 | ALLEGHENY GEN HOSP | 18 | $ 900.00 | $ 26,298 | $ 16,200 | 38% | $ 9,198 | 11 |
| 2 | 202447 | AMERINET A/C | 167 | $ 1,002.49 | $ 243,987 | $ 167,415 | 31% | $ 72,798 | 126 |
| 3 | 202446 | AMERINET-HOSPITAL ONLY | 164 | $ 1,030.35 | $ 239,604 | $ 168,978 | 29% | $ 68,484 | 295 |
| 4 | 225231 | BUREAU OF PRIM HLTH CARE | 93 | $ 1,073.39 | $ 135,873 | $ 99,825 | 27% | $ 36,048 | 1 |
| 5 | 228282 | BUREAU OF PRIM HLTH CARE | 1,145 | $ 1,073.39 | $ 1,672,845 | $ 1,229,032 | 27% | $ 443,813 | 707 |
| 6 | 227317 | CITY OF HOPE NAT MED CTR | -4 | $ 1,098.00 | $ (5,844) | $ (4,392) | 25% | $ (1,452) | 23 |
| 7 | 227019 | DANA-FARBER CANCER INST | 450 | $ 1,204.23 | $ 657,450 | $ 541,904 | 18% | $ 115,524 | 440 |
| 8 | 223108 | DUKE UNIV HEALTH SYSTEMS | 99 | $ 1,050.14 | $ 144,639 | $ 103,964 | 28% | $ 40,675 | |
| 9 | 227910 | GREATER BALTIMORE MED CTR | 114 | $ 1,119.51 | $ 166,554 | $ 127,624 | 23% | $ 38,930 | 24 |
| 10 | 225827 | INNOVATIVE PURCHASING | 430 | $ 1,215.00 | $ 628,230 | $ 522,450 | 17% | $ 105,780 | 319 |
| 11 | 226371 | JOHNS HOPKINS PURCH ASSOC | -1 | $ 1,168.80 | $ (1,461) | $ (1,169) | 20% | $ (292) | 38 |
| 12 | 227394 | KENT COUNTY MEM HOSP | 6 | $ 1,106.88 | $ 8,766 | $ 6,641 | 24% | $ 2,125 | 18 |
| 13 | 228103 | KIRKLIN CLINIC ONC PHCY | 183 | $ 917.03 | $ 267,363 | $ 167,816 | 37% | $ 81,719 | 157 |
| 14 | 220125 | MEDASSETS HSCA ALT CARE | | | | | | | 2 |
| 15 | 220123 | MEDASSETS HSCA HOSPITAL | 2 | $ 1,461.00 | $ 2,922 | $ 2,922 | 0% | $ - | 3 |
| 16 | 227720 | MEMORIAL SLOAN HOSPITAL | 181 | $ 866.00 | $ 264,441 | $ 156,746 | 41% | $ 107,695 | |
| 17 | 227721 | MEMORIAL SLOAN HOSPITAL | 1,124 | $ 824.82 | $ 1,642,164 | $ 927,100 | 44% | $ 715,064 | 168 |
| 18 | 229160 | MEMORIAL SLOAN HOSPITAL | | | | | | | 1,337 |
| 19 | 225798 | MINNESOTA MULTISTATE | -5 | $ 1,461.00 | $ (7,305) | $ (7,305) | 0% | $ - | -4 |
| 20 | 226515 | NEW YORK STATE DEPT HLTH | | | | | | | 48 |
| 21 | 216658 | NOVATION HPPI ALT CARE | -6 | $ 1,461.00 | $ (8,766) | $ (8,766) | 0% | $ - | 8 |
| 22 | 216655 | NOVATION UHC HOSPITAL | -3 | $ 1,461.00 | $ (4,383) | $ (4,383) | 0% | $ - | |
| 23 | 216646 | NOVATION VHA TIER 2 HOSP | | | | | | | -48 |
| 24 | 215435 | PREMIER ACUTE NON RETAIL | 4,741 | $ 1,023.79 | $ 6,926,601 | $ 4,853,794 | 30% | $ 1,981,909 | 7,047 |
| 25 | 215543 | PREMIER NON ACUTE NON RET | 354 | $ 1,020.60 | $ 517,194 | $ 361,294 | 30% | $ 147,501 | 382 |
| 26 | 210637 | RESPONSE ONCOLOGY | | | | | | | 2 |
| 27 | 228471 | ST ANNES HOSPITAL | 12 | $ 954.23 | $ 17,532 | $ 11,451 | 35% | $ 6,081 | 9 |
| 28 | 227103 | ST LUKES REG MED CTR | 2 | $ 1,219.75 | $ 2,922 | $ 2,440 | 17% | $ 483 | |
| 29 | 225482 | THE UNIVERSITY OF TEXAS | 280 | $ 1,080.00 | $ 409,080 | $ 302,400 | 26% | $ 104,920 | -60 |
| 30 | 228905 | THE UNIVERSITY OF TEXAS | 551 | $ 1,068.00 | $ 805,011 | $ 588,468 | 27% | $ 216,543 | 89 |
| 31 | 220952 | UNIV OF MICHIGAN HOSP | 230 | $ 960.52 | $ 336,030 | $ 220,920 | 34% | $ 115,110 | 250 |
| 32 | 226798 | UNIV OF PA HEALTH SYSTEM | | | | | | | 5 |
| 33 | 225937 | US ONCOLOGY | 13,197 | $ 720.90 | ########## | $ 9,513,715 | 51% | $ 9,690,722 | 13,296 |
| 34 | 201599 | V A MEDICAL CENTER | 1,004 | $ 992.33 | $ 1,466,844 | $ 996,304 | 32% | $ 470,540 | 1,187 |
| 35 | 228400 | VA MED CTR - DUAL FSS | | | | | | | 10 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 36 | 228797 WESTERN PA HOSPITAL | 2 | $ 900.00 | $ 2,922 | $ 1,800 | 38% | $ 1,122 | 20 |
| 37 | 227395 WOMEN & INFANTS HOSP | 165 | $ 1,038.59 | $ 241,065 | $ 171,367 | 29% | $ 66,484 | 207 |
| 38 | 222665 YALE NEW HAVEN HOSP | | | | | | | 44 |
| | | 24,695 | $ 859.95 | ########## | ########## | 41% | $ 14,637,523 | 26,161 |

*Based on Contract Sales/Quantity



HIGHLY CONFIDENTIAL

| 2nd Quarter 2002 | | | | |
|---|---|---|---|---|
| Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks |
| $ 900.00 | $ 16,071 | $ 9,900 | 38% | $ 6,171 |
| $ 975.00 | $ 184,086 | $ 122,850 | 33% | $ 61,236 |
| $ 975.00 | $ 430,995 | $ 287,625 | 33% | $ 140,310 |
| $ 1,180.19 | $ 1,461 | $ 1,180 | 19% | $ 281 |
| $ 881.73 | $ 1,032,927 | $ 623,387 | 40% | $ 409,540 |
| $ 600.78 | $ 33,603 | $ 13,818 | 59% | $ 8,349 |
| $ 1,204.23 | $ 642,840 | $ 529,861 | 18% | $ 112,957 |
| | | | | |
| $ 1,119.51 | $ 35,064 | $ 26,868 | 23% | $ 8,196 |
| $ 820.39 | $ 466,059 | $ 261,705 | 44% | $ 158,814 |
| $ 520.21 | $ 55,518 | $ 19,768 | 64% | $ 35,750 |
| $ 850.00 | $ 26,298 | $ 15,300 | 42% | $ 10,998 |
| $ 672.04 | $ 229,377 | $ 105,510 | 54% | $ 122,307 |
| $ 1,461.00 | $ 2,922 | $ 2,922 | 0% | $ - |
| $ 1,461.00 | $ 4,383 | $ 4,383 | 0% | $ - |
| | | | | |
| $ 692.00 | $ 245,448 | $ 116,256 | 53% | $ 129,192 |
| $ 610.80 | $ 1,953,357 | $ 816,644 | 58% | $ 1,121,153 |
| $ 1,461.00 | $ (5,844) | $ (5,844) | 0% | $ - |
| $ 1,168.80 | $ 70,128 | $ 56,102 | 20% | $ 14,026 |
| $ 1,461.00 | $ 11,688 | $ 11,688 | 0% | $ - |
| | | | | |
| $ 1,461.00 | $ (70,128) | $ (70,128) | 0% | $ - |
| $ 706.44 | ########## | $ 4,978,304 | 52% | $ 5,221,418 |
| $ 711.37 | $ 558,102 | $ 271,745 | 51% | $ 282,517 |
| $ 1,251.15 | $ 2,922 | $ 2,502 | 14% | $ 420 |
| $ 830.00 | $ 13,149 | $ 7,470 | 43% | $ 5,679 |
| | | | | |
| $ 1,080.00 | $ (87,660) | $ (64,800) | 26% | $ (22,860) |
| $ 1,068.00 | $ 130,029 | $ 95,052 | 27% | $ 34,977 |
| $ 731.40 | $ 365,250 | $ 182,850 | 50% | $ 180,240 |
| $ 1,219.00 | $ 7,305 | $ 6,095 | 17% | $ 1,210 |
| $ 510.29 | ########## | $ 6,784,807 | 65% | $ 12,632,489 |
| $ 714.72 | $ 1,734,207 | $ 848,375 | 51% | $ 885,832 |
| $ 695.46 | $ 14,610 | $ 6,955 | 52% | $ 7,655 |

| | | | | |
|---|---|---|---|---|
| $ 900.00 | $ 29,220 | $ 18,000 | 38% | $ 11,220 |
| $ 820.00 | $ 302,427 | $ 169,741 | 44% | $ 126,477 |
| $ 875.57 | $ 64,284 | $ 38,525 | 40% | $ 25,759 |
| $ 622.89 | ########## | ########## | 57% | $ 21,732,312 |

HIGHLY CONFIDENTIAL BMS/AWP/000056993

TAXOL - 300mg
CONTRACT SALES, 3Q - 4Q 2002

NDC# 00015-3479-11, 300mg/50ml multidose vial
WLP - $1,461.00

| | Bid No | Cust Name | 3rd Quarter 2002 Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks | Qty |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 224972 | ALBERT EINSTEIN COLLEGE | 75 | $ 460.00 | $ 109,575 | $ 34,500 | 69% | $ 74,425 | 119 |
| 2 | 228793 | ALLEGHENY GEN HOSP | -5 | $ 900.00 | $ (7,305) | $ (4,500) | 38% | $ (2,870) | |
| 3 | 202447 | AMERINET A/C | -49 | $ 975.00 | $ (71,589) | $ (47,775) | 33% | $ (23,814) | |
| 4 | 229370 | AMERINET A/C | 170 | $ 749.97 | $ 248,370 | $ 127,495 | 49% | $ 120,870 | 508 |
| 5 | 202446 | AMERINET-HOSPITAL ONLY | 117 | $ 975.00 | $ 170,937 | $ 114,075 | 33% | $ 56,862 | |
| 6 | 229363 | AMERINET-HOSPITAL ONLY | 106 | $ 749.97 | $ 154,866 | $ 79,497 | 49% | $ 75,366 | 117 |
| 7 | 227647 | ANDERSON AREA MEDICAL CTR | 2 | $ 460.00 | $ 2,922 | $ 920 | 69% | $ 2,002 | 5 |
| 8 | 227939 | ATLANTIC CITY MEDICAL CTR | | | | | | | 4 |
| 9 | 228282 | BUREAU OF PRIM HLTH CARE | 783 | $ 506.95 | $ 1,143,963 | $ 396,941 | 65% | $ 747,022 | 643 |
| 10 | 227317 | CITY OF HOPE NAT MED CTR | 19 | $ 261.58 | $ 27,759 | $ 4,970 | 82% | $ 6,897 | 10 |
| 11 | 227019 | DANA-FARBER CANCER INST | 20 | $ 1,204.23 | $ 29,220 | $ 24,085 | 18% | $ 5,134 | |
| 12 | 229027 | DUKE UNIV HEALTH SYSTEMS | 46 | $ 399.00 | $ 67,206 | $ 18,354 | 73% | $ 48,852 | 195 |
| 13 | 224569 | EISENHOWER MEDICAL CENTER | 14 | $ 460.00 | $ 20,454 | $ 6,440 | 69% | $ 14,014 | 24 |
| 14 | 229543 | FAIRVIEW LAKES REGIONAL | | | | | | | 5 |
| 15 | 229537 | FAIRVIEW NORTHLAND REG | | | | | | | 1 |
| 16 | 229541 | FAIRVIEW RED WING HEALTH | | | | | | | 6 |
| 17 | 227910 | GREATER BALTIMORE MED CTR | -52 | $ 1,368.22 | $ (75,972) | $ (71,147) | 6% | $ (4,825) | 56 |
| 18 | 223995 | GREENVILLE HOSP SYSTEM | | | | | | | 9 |
| 19 | 231863 | HARRIS METH FORT WORTH | | | | | | | 7 |
| 20 | 226684 | HUTCHESON MEDICAL CENTER | | | | | | | 10 |
| 21 | 225827 | INNOVATIVE PURCHASING | 70 | $ 489.43 | $ 102,270 | $ 34,260 | 67% | $ 65,070 | 62 |
| 22 | 226371 | JOHNS HOPKINS PURCH ASSOC | 4 | $ 691.98 | $ 5,844 | $ 2,768 | 53% | $ 3,076 | |
| 23 | 227394 | KENT COUNTY MEM HOSP | 6 | $ 539.55 | $ 8,766 | $ 3,237 | 63% | $ 5,529 | |
| 24 | 224460 | KENT COUNTY MEM HOSP | | | | | | | 10 |
| 25 | 228103 | KIRKLIN CLINIC ONC PHCY | 179 | $ 598.91 | $ 261,519 | $ 107,204 | 59% | $ 152,835 | 16 |
| 26 | 232393 | KIRKLIN CLINIC ONC PHCY | | | | | | | 10 |
| 27 | 225578 | LANKENAU HOSPITAL | 3 | $ 460.00 | $ 4,383 | $ 1,380 | 69% | $ 2,863 | 1 |
| 28 | 220125 | MEDASSETS HSCA ALT CARE | 45 | $ 1,461.00 | $ 65,745 | $ 65,745 | 0% | $ - | |
| 29 | 230377 | MEDASSETS HSCA ALT CARE | | | | | | | 1,087 |
| 30 | 220123 | MEDASSETS HSCA HOSPITAL | 4 | $ 1,461.00 | $ 5,844 | $ 5,844 | 0% | $ - | 4 |
| 31 | 230376 | MEDASSETS HSCA HOSPITAL | | | | | | | 512 |
| 32 | 223296 | MEMORIAL MEDICAL CENTER | 2 | $ 400.00 | $ 2,922 | $ 800 | 73% | $ 2,122 | 26 |
| 33 | 226967 | MEMORIAL SLOAN HOSPITAL | 401 | $ 1,095.30 | $ 585,861 | $ 439,215 | 25% | $ 146,646 | |
| 34 | 229160 | MEMORIAL SLOAN HOSPITAL | 1,637 | $ 409.60 | $ 2,391,657 | $ 670,520 | 72% | $ 1,703,457 | 1,492 |

TAXOL - 300mg
CONTRACT SALES, 3Q - 4Q 2002

NDC# 00015-3479-11, 300mg/50ml multidose vial

WLP - $1,461.00

| | Bill No | Cust Name | 3rd Quarter 2002 Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks | Qty |
|---|---|---|---|---|---|---|---|---|---|
| 35 | 223344 | MERCY MEDICAL CENTER | 21 | $ 460.00 | $ 30,681 | $ 9,660 | 69% | $ 19,931 | -12 |
| 36 | 224971 | MONTEFIORE MED CTR/PHCY | 45 | $ 460.00 | $ 65,745 | $ 20,700 | 69% | $ 44,395 | 63 |
| 37 | 227941 | NORTH BROWARD HOSPITAL DIST | 16 | $ 483.83 | $ 23,376 | $ 7,741 | 67% | $ 15,508 | -2 |
| 38 | 227828 | NORTH BROWARD MEDICAL CENTER | 16 | $ 563.27 | $ 23,376 | $ 9,012 | 61% | $ 14,364 | -2 |
| 39 | 227102 | NORTHEAST ONCOLOGY ASSOC | 51 | $ 1,216.99 | $ 74,511 | $ 62,066 | 17% | $ 12,445 | |
| 40 | 225684 | NORTON HOSPITALS DBA | | | | | | | 1 |
| 41 | 216658 | NOVATION HPPI ALT CARE | | | | | | | -26 |
| 42 | 231062 | OPTION CARE ENTERPRISES | | | | | | | 10 |
| 43 | 225579 | PAOLI MEMORIAL HOSPITAL | 42 | $ 460.00 | $ 61,362 | $ 19,320 | 69% | $ 39,172 | 1 |
| 44 | 224178 | PENINSULA GEN HOSP MED | | | | | | | 24 |
| 45 | 215435 | PREMIER ACUTE NON RETAIL | 6,356 | $ 483.64 | $ 9,289,038 | $ 3,074,021 | 67% | $ 6,032,000 | 5,448 |
| 46 | 215543 | PREMIER NON ACUTE NON RET | 197 | $ 489.11 | $ 287,817 | $ 96,355 | 67% | $ 186,907 | 285 |
| 47 | 210637 | RESPONSE ONCOLOGY | -1 | $ 1,251.15 | $ (1,461) | $ (1,251) | 14% | $ (210) | -1 |
| 48 | 230027 | RESPONSE ONCOLOGY INC. | 34 | $ 600.00 | $ 49,674 | $ 20,400 | 59% | $ 29,274 | -34 |
| 49 | 231249 | ROGER WILLIAM GEN HOSP | | | | | | | 2 |
| 50 | 225203 | SOUTHWEST WASHINGTON MED | | | | | | | 31 |
| 51 | 223753 | SPARTANBURG REG MED CTR | 36 | $ 460.00 | $ 52,596 | $ 16,560 | 69% | $ 35,776 | 21 |
| 52 | 228471 | ST ANNES HOSPITAL | | | | | | | 15 |
| 53 | 226443 | ST CHARLES HOSPITAL | 13 | $ 480.00 | $ 18,993 | $ 6,240 | 67% | $ 12,753 | 10 |
| 54 | 230576 | ST ELIZABETH HOSP MED CTR | | | | | | | 13 |
| 55 | 224504 | ST JOSEPH HOSPITAL | | | | | | | 17 |
| 56 | 229694 | THE REGENTS OF UNIV OF CA | 295 | $ 350.00 | $ 430,995 | $ 103,250 | 76% | $ 327,745 | 367 |
| 57 | 225482 | THE UNIVERSITY OF TEXAS | -428 | $ 1,080.00 | $ (625,308) | $ (462,240) | 26% | $ (181,884) | |
| 58 | 229542 | UNIV MED CTR - MESABI | | | | | | | 16 |
| 59 | 230136 | UNIV OF CHICAGO HOSP & CL | | | | | | | 204 |
| 60 | 220952 | UNIV OF MICHIGAN HOSP | 249 | $ 497.13 | $ 363,789 | $ 123,786 | 66% | $ 240,003 | 238 |
| 61 | 225937 | US ONCOLOGY | 11,930 | $ 473.16 | ########## | $ 5,644,826 | 68% | $ 11,782,464 | 11,123 |
| 62 | 201599 | V A MEDICAL CENTER | 263 | $ 628.48 | $ 384,243 | $ 165,291 | 57% | $ 218,952 | 3 |
| 63 | 228400 | VA MED CTR - DUAL FSS | 4 | $ 422.10 | $ 5,844 | $ 1,688 | 71% | $ 4,156 | |
| 64 | 229641 | VA-DOD TAXOL NATIONAL | 864 | $ 350.00 | $ 1,262,304 | $ 302,400 | 76% | $ 959,904 | 1,211 |
| 65 | 223335 | WAUKESHA MEMORIAL HOSP | | | | | | | 12 |
| 66 | 228797 | WESTERN PA HOSPITAL | -6 | $ 900.00 | $ (8,766) | $ (5,400) | 38% | $ (3,366) | |
| 67 | 227395 | WOMEN & INFANTS HOSP | 170 | $ 539.55 | $ 248,370 | $ 91,724 | 63% | $ 138,951 | 196 |
| 68 | 222665 | YALE NEW HAVEN HOSP | 101 | $ 602.61 | $ 147,561 | $ 60,864 | 59% | $ 80,286 | 103 |

HIGHLY CONFIDENTIAL



TAXOL - 300mg
CONTRACT SALES, 3Q - 4Q 2002

NDC# 00015-3479-11, 300mg/50ml multidose vial
WLP - $1,461.00

| Bid No | Cust Name | 3rd Quarter 2002 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Qty | Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks | Qty |
| | | 23,865 | $ 476.93 | ########## | ########## | 67% | $ 23,211,057 | 24,276 |

*Based on Contract Sales/Quantity

BMS/AWP/000056996

HIGHLY CONFIDENTIAL

| 4th Quarter 2002 | | | | |
|---|---|---|---|---|
| Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks |
| $ 369.41 | $ 173,859 | $ 43,960 | 75% | $ 128,979 |
| $ 567.17 | $ 742,188 | $ 288,120 | 61% | $ 449,748 |
| $ 460.77 | $ 170,937 | $ 53,910 | 68% | $ 116,811 |
| $ 360.00 | $ 7,305 | $ 1,800 | 75% | $ 5,505 |
| $ 491.25 | $ 5,844 | $ 1,965 | 66% | $ 3,879 |
| $ 416.72 | $ 939,423 | $ 267,952 | 71% | $ 671,471 |
| $ 550.00 | $ 14,610 | $ 5,500 | 62% | $ 3,630 |
| $ 399.00 | $ 284,895 | $ 77,805 | 73% | $ 207,090 |
| $ 370.00 | $ 35,064 | $ 8,880 | 75% | $ 26,184 |
| $ 368.00 | $ 7,305 | $ 1,840 | 75% | $ 5,425 |
| $ 360.00 | $ 1,461 | $ 360 | 75% | $ 1,101 |
| $ 386.67 | $ 8,766 | $ 2,320 | 74% | $ 6,446 |
| $ 750.00 | $ 81,816 | $ 42,000 | 49% | $ 39,816 |
| $ 382.22 | $ 13,149 | $ 3,440 | 74% | $ 9,709 |
| $ 360.00 | $ 10,227 | $ 2,520 | 75% | $ 7,707 |
| $ 364.00 | $ 14,610 | $ 3,640 | 75% | $ 10,930 |
| $ 854.52 | $ 90,582 | $ 52,980 | 42% | $ 28,782 |
| $ 441.30 | $ 14,610 | $ 4,413 | 70% | $ 9,999 |
| $ 408.00 | $ 23,376 | $ 6,528 | 72% | $ 16,848 |
| $ 325.00 | $ 14,610 | $ 3,250 | 78% | $ 11,360 |
| $ 360.00 | $ 1,461 | $ 360 | 75% | $ 1,061 |
| $ 435.19 | $ 1,588,107 | $ 473,054 | 70% | $ 1,108,857 |
| $ 1,461.00 | $ 5,844 | $ 5,844 | 0% | $ - |
| $ 441.25 | $ 748,032 | $ 225,920 | 70% | $ 521,527 |
| $ 373.85 | $ 37,986 | $ 9,720 | 74% | $ 27,586 |
| $ 309.34 | $ 2,179,812 | $ 461,532 | 79% | $ 1,697,933 |

| 4th Quarter 2002 | | | | |
|---|---|---|---|---|
| Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks |
| $ 493.33 | $ (17,532) | $ (5,920) | 66% | $ (11,222) |
| $ 369.52 | $ 92,043 | $ 23,280 | 75% | $ 68,003 |
| $ 587.10 | $ (2,922) | $ (1,174) | 60% | $ (1,748) |
| $ 1,659.05 | $ (2,922) | $ (3,318) | -14% | $ 396 |
| | | | | |
| $ 360.00 | $ 1,461 | $ 360 | 75% | $ 1,101 |
| $ 1,461.00 | $ (37,986) | $ (37,986) | 0% | $ - |
| $ 496.75 | $ 14,610 | $ 4,968 | 66% | $ 9,643 |
| $ (740.00) | $ 1,461 | $ (740) | 151% | $ 2,211 |
| $ 366.67 | $ 35,064 | $ 8,800 | 75% | $ 26,264 |
| $ 378.46 | $ 7,959,528 | ######### | 74% | $ 5,914,153 |
| $ 370.53 | $ 416,385 | $ 105,600 | 75% | $ 308,245 |
| $ 1,251.15 | $ (1,461) | $ (1,251) | 14% | $ (210) |
| $ 600.00 | $ (49,674) | $ (20,400) | 59% | $ (29,274) |
| $ 360.00 | $ 2,922 | $ 720 | 75% | $ 2,202 |
| $ 379.35 | $ 45,291 | $ 11,760 | 74% | $ 32,971 |
| $ 293.33 | $ 30,681 | $ 6,160 | 80% | $ 24,541 |
| $ 444.00 | $ 21,915 | $ 6,660 | 70% | $ 15,255 |
| $ 374.00 | $ 14,610 | $ 3,740 | 74% | $ 10,910 |
| $ 360.00 | $ 18,993 | $ 4,680 | 75% | $ 14,313 |
| $ 360.00 | $ 24,837 | $ 6,120 | 75% | $ 18,717 |
| $ 350.00 | $ 536,187 | $ 128,450 | 76% | $ 407,737 |
| | | | | |
| $ 380.00 | $ 23,376 | $ 6,080 | 74% | $ 17,296 |
| $ 431.51 | $ 298,044 | $ 88,029 | 70% | $ 208,215 |
| $ 383.22 | $ 347,718 | $ 91,206 | 74% | $ 256,512 |
| $ 348.57 | ########## | ######### | 76% | $ 12,371,955 |
| $ 289.44 | $ 4,383 | $ 868 | 80% | $ 3,515 |
| | | | | |
| $ 324.20 | $ 1,769,271 | $ 392,606 | 78% | $ 1,376,665 |
| $ 417.06 | $ 17,532 | $ 5,005 | 71% | $ 12,527 |
| | | | | |
| $ 398.61 | $ 286,356 | $ 78,127 | 73% | $ 208,229 |
| $ 486.40 | $ 150,483 | $ 50,099 | 67% | $ 93,318 |

HIGHLY CONFIDENTIAL

BMS/AWP/000056998

| 4th Quarter 2002 | | | | |
|---|---|---|---|---|
| Contract Price/Unit* | WLP Sales | Contract Sales | Discount off WLP | Chargebacks |
| $ 368.31 | ########## | ######### | 75% | $ 26,480,825 |

HIGHLY CONFIDENTIAL

Vepesid® For Injection, NDC# 00015-3095-20, 100mg/vial, multi-dose, 5mL (cartoned)

| Bid No | Cust Name | Qty |
|---|---|---|
| 202447 | AMERINET A/C | 526 |
| 202446 | AMERINET-HOSPITAL ONLY | 2,529 |
| 216518 | AMERINET-PHYSICIAN GROUP | 40 |
| 225231 | BUREAU OF PRIM HLTH CARE | 46 |
| 226282 | BUREAU OF PRIM HLTH CARE | 1,227 |
| 223106 | DUKE UNIV HEALTH SYSTEMS | 364 |
| 226423 | HC PHARMACY CENTRAL INC | 24 |
| 223300 | INFUSION SOLUTIONS PHCY | 10 |
| 225236 | INSOURCE HEALTH ALT CARE | 200 |
| 225229 | INSOURCE HEALTH SERVICES | 187 |
| 220747 | INTEGRATED HEALTH CARE | 5 |
| 225923 | JPC ALT CARE | |
| 225934 | JPC HOSPITAL | 130 |
| 220154 | MEDASSETS HSCA ALT CARE | 126 |
| 220131 | MEDASSETS HSCA HOSPITAL | 2,213 |
| 227721 | MEMORIAL SLOAN HOSPITAL | 204 |
| 219745 | MEMORIAL SLOAN HOSPITAL | |
| 222274 | MHA - HOSPITAL BID | 233 |
| 222269 | MHA ALTERNATE CARE | 33 |
| 226171 | NATIONAL PURCH ALT CARE | 9 |
| 216656 | NOVATION HPPI ALT CARE | |
| 209651 | OWEN HEALTHCARE ALT CARE | 5 |
| 198232 | OWEN HEALTHCARE INC | 1,519 |
| 213054 | PACT - HOSPITAL PRICING | |
| 219559 | PHARMACEUTICAL BUYERS INC | 88 |
| 215435 | PREMIER ACUTE NON RETAIL | 25,199 |
| 215543 | PREMIER NON ACUTE NON RET | 742 |
| 213526 | SALICK HEALTH CARE | 350 |
| 221200 | SHARED SVCS HLTHCARE HOSP | 6 |
| 228905 | THE UNIVERSITY OF TEXAS | |
| 218046 | UHC/NOVATION TIER 2 | |
| 220952 | UNIV OF MICHIGAN HOSP | |
| 227959 | UNIVERSITY OF MICHIGAN | 7 |
| 194088 | US ONCOLOGY | 588 |
| 201599 | V A MEDICAL CENTER | 5,750 |
| 228400 | VA MED CTR - DUAL FSS | 14 |
| | | 42,372 |

| Bid No | Cust Name | Qty |
|---|---|---|
| 228071 | ALD ENTERPRISES | |
| 202447 | AMERINET A/C | 20 |
| 202446 | AMERINET-HOSPITAL ONLY | 165 |
| 216918 | AMERINET-PHYSICIAN GROUP | 4 |
| 228282 | BUREAU OF PRIM HLTH CARE | 523 |
| 223300 | INFUSION SOLUTIONS PHCY | 10 |
| 225934 | JPC HOSPITAL | |
| 225255 | JPS HEALTH NETWORK | |
| 220154 | MEDASSETS HSCA ALT CARE | 490 |
| 230377 | MEDASSETS HSCA ALT CARE | |
| 220131 | MEDASSETS HSCA HOSPITAL | 2,054 |
| 230376 | MEDASSETS HSCA HOSPITAL | |
| 227721 | MEMORIAL SLOAN HOSPITAL | 230 |
| 229160 | MEMORIAL SLOAN HOSPITAL | |
| 222274 | MHA - HOSPITAL BID | 6 |
| 222269 | MHA ALTERNATE CARE | 242 |
| 198232 | OWEN HEALTHCARE INC | 1,738 |
| 219559 | PHARMACEUTICAL BUYERS INC | 83 |
| 215435 | PREMIER ACUTE NON RETAIL | 22,063 |
| 215543 | PREMIER NON ACUTE NON RET | 621 |
| 213528 | SALICK HEALTH CARE | 144 |
| 228831 | STANFORD UNIV HOSP | 4 |
| 194086 | US ONCOLOGY | 648 |
| 201599 | V A MEDICAL CENTER | 4,335 |
| 226005 | VITALITY HOME INFUSION | 10 |
| | | 33,390 |

BMS/AWP/000057001

| 1st Quarter 2002 | | | 2nd Quarter 2002 | | | |
|---|---|---|---|---|---|---|
| WLP Sales | Contr Sales | Chbk Paid | Qty | WLP Sales | Contr Sales | Chbk Paid |
| $ 57,434 | $ 3,103 | $ 54,329 | 406 | $ 44,331 | $ 2,395 | $ 41,936 |
| $ 276,142 | $ 14,921 | $ 261,220 | 1,929 | $ 210,628 | $ 11,381 | $ 199,248 |
| $ 4,366 | $ 236 | $ 4,132 | 30 | $ 3,276 | $ 177 | $ 3,099 |
| $ 5,023 | $ 482 | $ 4,561 | | | | |
| $ 133,976 | $ 7,939 | $ 126,037 | 736 | $ 60,364 | $ 6,540 | $ 73,824 |
| $ 39,745 | $ 2,546 | $ 37,197 | | | | |
| $ 2,621 | $ 120 | $ 2,501 | 70 | $ 7,643 | $ 350 | $ 7,293 |
| $ 1,092 | $ 53 | $ 1,039 | 20 | $ 2,184 | $ 105 | $ 2,079 |
| $ 21,838 | $ 1,310 | $ 20,378 | 9 | $ 983 | $ 59 | $ 924 |
| $ 20,419 | $ 1,217 | $ 19,202 | | | | |
| $ 546 | $ 38 | $ 508 | | | | |
| | | | 10 | $ 1,092 | $ 63 | $ 1,029 |
| $ 14,195 | $ 813 | $ 13,382 | 54 | $ 5,896 | $ 338 | $ 5,559 |
| $ 13,768 | $ 693 | $ 12,989 | 334 | $ 36,489 | $ 1,837 | $ 34,351 |
| $ 241,637 | $ 12,172 | $ 229,405 | 2,423 | $ 284,587 | $ 13,327 | $ 249,069 |
| $ 22,275 | $ 1,020 | $ 21,255 | 175 | $ 19,108 | $ 875 | $ 18,233 |
| | | | 25 | $ 2,730 | $ 125 | $ 2,605 |
| $ 25,441 | $ 1,746 | $ 23,694 | 141 | $ 15,396 | $ 1,058 | $ 14,338 |
| $ 3,603 | $ 248 | $ 3,356 | 83 | $ 9,063 | $ 623 | $ 8,440 |
| $ 983 | $ 59 | $ 924 | 41 | $ 4,477 | $ 267 | $ 4,210 |
| | | | -25 | $ (2,730) | $ (229) | $ (2,501) |
| $ 546 | $ 30 | $ 516 | | | | |
| $ 165,880 | $ 9,114 | $ 156,746 | 1,680 | $ 183,439 | $ 10,080 | $ 173,359 |
| | | | 3 | $ 328 | $ 24 | $ 304 |
| $ 9,609 | $ 440 | $ 9,169 | 49 | $ 5,350 | $ 245 | $ 5,105 |
| $ 2,751,479 | $ 151,194 | $ 2,800,285 | 24,273 | $ 2,850,369 | $ 146,638 | $ 2,503,751 |
| $ 81,019 | $ 4,452 | $ 76,567 | 708 | $ 77,307 | $ 4,248 | $ 73,059 |
| $ 38,217 | $ 2,450 | $ 35,767 | 223 | $ 24,349 | $ 1,561 | $ 22,788 |
| $ 655 | $ 36 | $ 619 | | | | |
| | | | 254 | $ 27,734 | $ 1,524 | $ 26,210 |
| | | | 20 | $ 2,184 | $ 118 | $ 2,088 |
| | | | 1 | $ 109 | $ 6 | $ 103 |
| $ 764 | $ 42 | $ 722 | | | | |
| $ 83,985 | $ 3,501 | $ 80,484 | 445 | $ 48,590 | $ 2,409 | $ 46,181 |
| $ 627,843 | $ 15,988 | $ 611,876 | 5,349 | $ 584,057 | $ 14,670 | $ 569,187 |
| $ 1,529 | $ 70 | $ 1,458 | 15 | $ 1,638 | $ 75 | $ 1,582 |
| $ 4,826,599 | $ 235,992 | $ 4,390,298 | 39,481 | $ 4,310,930 | $ 220,064 | $ 4,087,434 |
| 3rd Quarter 2002 | | | 4th Quarter 2002 | | | |

HIGHLY CONFIDENTIAL

BMS/AWP/000057002

| WLP Sales | Contr Sales | Chbk Paid | Qty | WLP Sales | Contr Sales | Chbk Paid |
|---|---|---|---|---|---|---|
| | | | 12 | $ 1,310 | $ 80 | $ 1,220 |
| $ 2,184 | $ 118 | $ 2,066 | | | | |
| $ 16,016 | $ 974 | $ 17,043 | | | | |
| $ 437 | $ 24 | $ 413 | | | | |
| | | | 621 | $ 67,807 | $ 5,769 | $ 62,038 |
| $ 57,106 | $ 4,626 | $ 52,480 | | | | |
| $ 1,092 | $ 53 | $ 1,039 | | | | |
| | | | 99 | $ 10,810 | $ 619 | $ 10,191 |
| | | | 40 | $ 4,368 | $ 240 | $ 4,128 |
| $ 53,503 | $ 2,695 | $ 50,331 | 50 | $ 5,460 | $ 275 | $ 5,185 |
| | | | 451 | $ 49,245 | $ 1,962 | $ 47,283 |
| $ 224,276 | $ 11,297 | $ 212,847 | 324 | $ 35,378 | $ 1,782 | $ 33,596 |
| | | | 2,119 | $ 231,374 | $ 9,218 | $ 222,161 |
| $ 25,114 | $ 1,150 | $ 23,964 | 40 | $ 4,368 | $ 200 | $ 4,168 |
| | | | 149 | $ 16,269 | $ 745 | $ 15,456 |
| $ 655 | $ 45 | $ 610 | 7 | $ 764 | $ 53 | $ 712 |
| $ 26,424 | $ 1,615 | $ 24,609 | 157 | $ 17,143 | $ 1,178 | $ 15,966 |
| $ 189,772 | $ 10,426 | $ 179,344 | 1,645 | $ 168,699 | $ 9,270 | $ 159,429 |
| $ 9,063 | $ 415 | $ 8,648 | 154 | $ 16,[illegible]15 | $ 770 | $ 15,945 |
| $ 2,409,059 | $ 132,378 | $ 2,276,681 | 22,123 | $ 2,415,610 | $ 132,738 | $ 2,262,455 |
| $ 67,807 | $ 3,726 | $ 64,080 | 874 | $ 95,432 | $ 5,244 | $ 90,188 |
| $ 15,723 | $ 1,008 | $ 14,715 | 124 | $ 13,640 | $ 834 | $ 12,708 |
| $ 437 | $ 27 | $ 410 | 45 | $ 4,914 | $ 302 | $ 4,611 |
| $ 70,765 | $ 3,421 | $ 67,334 | 743 | $ 81,128 | $ 3,923 | $ 77,205 |
| $ 473,339 | $ 12,051 | $ 461,287 | 4,313 | $ 470,936 | $ 11,990 | $ 458,946 |
| $ 1,092 | $ 63 | $ 1,017 | 30 | $ 3,276 | $ 186 | $ 3,051 |
| $ 3,645,854 | $ 186,313 | $ 3,458,919 | 34,020 | $ 3,714,644 | $ 187,388 | $ 3,526,637 |

HIGHLY CONFIDENTIAL

BMS/AWP/000057003

Yepesid® For Injection, NDC# 00015-3084-20, 150mg/vial, multi-dose, 7.5mL (cartoned)

| Bid No | Cust Name | Qty |
|---|---|---|
| 202447 | AMERINET A/C | 14 |
| 202446 | AMERINET-HOSPITAL ONLY | 263 |
| 228282 | BUREAU OF PRIM HLTH CARE | 166 |
| 220319 | COMMITTED PROVIDER SVCS | 465 |
| 223108 | DUKE UNIV HEALTH SYSTEMS | 29 |
| 223081 | INNOVATIX | 25 |
| 225236 | INSOURCE HEALTH ALT CARE | 14 |
| 225229 | INSOURCE HEALTH SERVICES | -6 |
| 220154 | MEDASSETS HSCA ALT CARE | 11 |
| 220131 | MEDASSETS HSCA HOSPITAL | 16 |
| 222274 | MHA - HOSPITAL BID | 24 |
| 222269 | MHA ALTERNATE CARE | 50 |
| 226171 | NATIONAL PURCH ALT CARE | 12 |
| 196232 | OWEN HEALTHCARE INC | 132 |
| 228745 | PACT - HOSPITAL PRICING | |
| 219669 | PHARMACEUTICAL BUYERS INC | 31 |
| 215436 | PREMIER ACUTE NON RETAIL | 997 |
| 215543 | PREMIER NON ACUTE NON RET | 29 |
| 194066 | US ONCOLOGY | 76 |
| 201598 | V A MEDICAL CENTER | 66 |
| 226400 | VA MED CTR - DUAL FSS | |
| | | 2,438 |



| Bid No | Cust Name | Qty |
|---|---|---|
| 202446 | AMERINET-HOSPITAL ONLY | 2 |
| 228282 | BUREAU OF PRIM HLTH CARE | 76 |
| 223081 | INNOVATIX | 14 |
| 225923 | JPC ALT CARE | 40 |
| 220154 | MEDASSETS HSCA ALT CARE | 25 |
| 220131 | MEDASSETS HSCA HOSPITAL | 35 |
| 230376 | MEDASSETS HSCA HOSPITAL | |
| 222269 | MHA ALTERNATE CARE | 48 |
| 196232 | OWEN HEALTHCARE INC | 140 |
| 228745 | PACT - HOSPITAL PRICING | 84 |
| 215435 | PREMIER ACUTE NON RETAIL | 1,015 |
| 215543 | PREMIER NON ACUTE NON RET | 20 |
| 194088 | US ONCOLOGY | 118 |
| 201599 | V A MEDICAL CENTER | 145 |
| 228400 | VA MED CTR - DUAL FSS | 4 |
| | | 1,774 |

HIGHLY CONFIDENTIAL

| 1st Quarter 2002 | | | 2nd Quarter 2002 | | | |
|---|---|---|---|---|---|---|
| WLP Sales | Contr Sales | Chbk Paid | Qty | WLP Sales | Contr Sales | Chbk Paid |
| $ 2,293 | $ 124 | $ 2,189 | 29 | $ 4,760 | $ 257 | $ 4,493 |
| $ 43,077 | $ 2,328 | $ 40,749 | 135 | $ 22,112 | $ 1,195 | $ 20,917 |
| $ 27,189 | $ 2,196 | $ 24,993 | 149 | $ 24,405 | $ 1,527 | $ 22,878 |
| $ 79,438 | $ 4,729 | $ 74,709 | -9 | $ (1,474) | $ (88) | $ (1,386) |
| $ 4,750 | $ 305 | $ 4,445 | | | | |
| $ 4,095 | $ 263 | $ 3,832 | 12 | $ 1,965 | $ 126 | $ 1,839 |
| $ 2,293 | $ 140 | $ 2,153 | | | | |
| $ (983) | $ (69) | $ (914) | | | | |
| $ 1,802 | $ 91 | $ 1,693 | 20 | $ 3,276 | $ 165 | $ 3,076 |
| $ 2,821 | $ 132 | $ 2,489 | 25 | $ 4,095 | $ 206 | $ 3,883 |
| $ 3,931 | $ 270 | $ 3,661 | 10 | $ 1,838 | $ 113 | $ 1,525 |
| $ 8,190 | $ 563 | $ 7,627 | 12 | $ 1,965 | $ 135 | $ 1,830 |
| $ 1,965 | $ 117 | $ 1,848 | 10 | $ 1,838 | $ 98 | $ 1,540 |
| $ 21,820 | $ 1,188 | $ 20,432 | 122 | $ 19,982 | $ 1,098 | $ 18,884 |
| | | | 159 | $ 26,043 | $ 1,590 | $ 24,453 |
| $ 5,077 | $ 233 | $ 4,845 | | | | |
| $ 163,299 | $ 8,973 | $ 154,326 | 904 | $ 148,066 | $ 8,136 | $ 139,930 |
| $ 4,750 | $ 261 | $ 4,489 | 32 | $ 5,241 | $ 288 | $ 4,953 |
| $ 12,776 | $ 680 | $ 12,095 | 91 | $ 14,905 | $ 745 | $ 14,159 |
| $ 11,138 | $ 299 | $ 10,839 | 93 | $ 15,232 | $ 408 | $ 14,824 |
| | | | 3 | $ 491 | $ 23 | $ 469 |
| $ 399,320 | $ 22,820 | $ 376,482 | 1,797 | $ 294,331 | $ 18,021 | $ 276,289 |

| 3rd Quarter 2002 | 4th Quarter 2002 |
|---|---|

| WLP Sales | Contr Sales | Chbk Paid | Qty | WLP Sales | Contr Sales | Chbk Paid |
|---|---|---|---|---|---|---|
| $ 328 | $ 18 | $ 310 | | | | |
| $ 12,446 | $ 819 | $ 11,629 | 128 | $ 20,965 | $ 1,661 | $ 19,284 |
| $ 2,293 | $ 147 | $ 2,146 | 16 | $ 2,621 | $ 168 | $ 2,453 |
| $ 6,552 | $ 350 | $ 6,202 | | | | |
| $ 4,095 | $ 208 | $ 3,889 | -9 | $ (1,474) | $ (74) | $ (1,400) |
| $ 5,733 | $ 289 | $ 5,444 | | | | |
| | | | 55 | $ 9,008 | $ 413 | $ 8,598 |
| $ 7,862 | $ 540 | $ 7,322 | | | | |
| $ 22,931 | $ 1,260 | $ 21,671 | 141 | $ 23,094 | $ 1,269 | $ 21,825 |
| $ 15,398 | $ 940 | $ 11,036 | 76 | $ 12,446 | $ 760 | $ 5,838 |
| $ 166,247 | $ 9,135 | $ 157,112 | 1,035 | $ 169,523 | $ 9,315 | $ 160,208 |
| $ 3,276 | $ 180 | $ 3,096 | 5 | $ 819 | $ 45 | $ 774 |
| $ 19,000 | $ 919 | $ 18,081 | 116 | $ 19,000 | $ 919 | $ 18,081 |
| $ 23,750 | $ 317 | $ 23,433 | 211 | $ 34,560 | $ 2 | $ 34,558 |
| $ 656 | $ 30 | $ 626 | 4 | $ 656 | $ 30 | $ 626 |
| $ 280,563 | $ 15,160 | $ 271,884 | 1,776 | $ 291,219 | $ 14,527 | $ 270,641 |

**Venesid® For Injection, NDC# 00015-3061-20, 500mg/vial, multi-dose, 25mL (cartoned)**

| Bid No | Cust Name | Qty |
|---|---|---|
| 228071 | ALD ENTERPRISES | 15 |
| 191595 | AMARJIT S DHALIWAL MD | 7 |
| 202447 | AMERINET A/C | 54 |
| 202446 | AMERINET-HOSPITAL ONLY | 250 |
| 228282 | BUREAU OF PRIM HLTH CARE | 84 |
| 219731 | CANCER CARE,INC | -3 |
| 223108 | DUKE UNIV HEALTH SYSTEMS | 177 |
| 182115 | HEMATOLOGY ASSOCIATES | -14 |
| 225236 | INSOURCE HEALTH ALT CARE | 6 |
| 225228 | INSOURCE HEALTH SERVICES | 1 |
| 225923 | JPC ALT CARE | |
| 220154 | MEDASSETS HSCA ALT CARE | 16 |
| 220131 | MEDASSETS HSCA HOSPITAL | 72 |
| 227721 | MEMORIAL SLOAN HOSPITAL | 41 |
| 219745 | MEMORIAL SLOAN HOSPITAL | |
| 222289 | MHA ALTERNATE CARE | 1 |
| 227813 | NOA | 5 |
| 218858 | NOVATION HPPI ALT CARE | |
| 198232 | OWEN HEALTHCARE INC | 45 |
| 224420 | PBI PHYSICIANS GROUP | 1 |
| 219559 | PHARMACEUTICAL BUYERS INC | 8 |
| 215435 | PREMIER ACUTE NON RETAIL | 1,532 |
| 215543 | PREMIER NON ACUTE NON RET | 24 |
| 213528 | SALICK HEALTH CARE | 4 |
| 228831 | STANFORD UNIV HOSP | |
| 220952 | UNIV OF MICHIGAN HOSP | 179 |
| 194086 | US ONCOLOGY | 587 |
| 201599 | V A MEDICAL CENTER | 227 |
| | | 3,319 |

| Bid No | Cust Name | Qty |
|---|---|---|
| | 224972 ALBERT EINSTEIN COLLEGE | |
| | 202447 AMERINET A/C | 3 |
| | 202446 AMERINET-HOSPITAL ONLY | 20 |
| | 227647 ANDERSON AREA MEDICAL CTR | |
| | 228282 BUREAU OF PRIM HLTH CARE | 66 |
| | 226669 CHRISTIANA CARE HEALTH SE | |
| | 224569 EISENHOWER MEDICAL CENTER | |
| | 229543 FAIRVIEW LAKES REGIONAL | |
| | 231663 HARRIS METH FORT WORTH | |
| | 225634 JPC HOSPITAL | 5 |
| | 220154 MEDASSETS HSCA ALT CARE | 21 |
| | 230377 MEDASSETS HSCA ALT CARE | |
| | 220131 MEDASSETS HSCA HOSPITAL | 139 |
| | 230376 MEDASSETS HSCA HOSPITAL | |
| | 223296 MEMORIAL MEDICAL CENTER | |
| | 227721 MEMORIAL SLOAN HOSPITAL | 45 |
| | 229160 MEMORIAL SLOAN HOSPITAL | |
| | 224971 MONTEFIORE MED CTR/PHCY | |
| | 227941 NORTH BROWARD HOSPITAL DIST | |
| | 198232 OWEN HEALTHCARE INC | 46 |
| | 224420 PBI PHYSICIANS GROUP | |
| | 219559 PHARMACEUTICAL BUYERS INC | |
| | 191527 PRAIRIE ONC MANAGEMENT | |
| | 215435 PREMIER ACUTE NON RETAIL | 1,330 |
| | 215543 PREMIER NON ACUTE NON RET | 22 |
| | 223427 ROANOKE MEMORIAL HOSP | |
| | 219526 SALICK HEALTH CARE | 4 |
| | 225203 SOUTHWEST WASHINGTON MED | |
| | 223753 SPARTANBURG REG MED CTR | |
| | 228631 STANFORD UNIV HOSP | 18 |
| | 220952 UNIV OF MICHIGAN HOSP | 246 |
| | 194086 US ONCOLOGY | 767 |
| | 201599 V A MEDICAL CENTER | 102 |
| | 226005 VITALITY HOME INFUSION | |
| | | 2,832 |

| 1st Quarter 2002 | | | 2nd Quarter 2002 | | | |
|---|---|---|---|---|---|---|
| WLP Sales | Contr Sales | Chbk Paid | Qty | WLP Sales | Contr Sales | Chbk Paid |
| $ 7,985 | $ 563 | $ 7,422 | | | | |
| $ 3,726 | $ 2,870 | $ 858 | | | | |
| $ 28,744 | $ 1,593 | $ 27,151 | 62 | $ 33,003 | $ 1,829 | $ 31,174 |
| $ 133,075 | $ 7,375 | $ 125,700 | 175 | $ 93,153 | $ 5,163 | $ 87,990 |
| $ 44,713 | $ 3,252 | $ 41,462 | 45 | $ 23,954 | $ 1,704 | $ 22,250 |
| $ (1,897) | $ (120) | $ (1,477) | | | | |
| $ 94,217 | $ 6,195 | $ 88,022 | | | | |
| $ (7,452) | $ (966) | $ (6,486) | | | | |
| $ 3,194 | $ 192 | $ 2,998 | | | | |
| $ 532 | $ 32 | $ 500 | -2 | $ (1,065) | $ (75) | $ (990) |
| | | | 10 | $ 5,323 | $ 280 | $ 5,043 |
| $ 8,517 | $ 440 | $ 8,068 | 21 | $ 11,178 | $ 578 | $ 10,601 |
| $ 36,328 | $ 1,980 | $ 36,341 | 112 | $ 59,618 | $ 3,080 | $ 56,529 |
| $ 21,824 | $ 1,026 | $ 20,799 | 45 | $ 23,954 | $ 1,125 | $ 22,829 |
| | | | 5 | $ 2,662 | $ 125 | $ 2,537 |
| $ 532 | $ 38 | $ 495 | | | | |
| $ 2,682 | $ 199 | $ 2,483 | | | | |
| | | | -5 | $ (2,662) | $ (214) | $ (2,447) |
| $ 23,954 | $ 1,350 | $ 22,604 | 65 | $ 34,800 | $ 1,950 | $ 32,850 |
| $ 532 | $ 25 | $ 507 | 6 | $ 3,194 | $ 150 | $ 3,044 |
| $ 4,256 | $ 200 | $ 4,056 | 2 | $ 1,065 | $ 50 | $ 1,015 |
| $ 816,484 | $ 46,980 | $ 769,524 | 1,577 | $ 839,437 | $ 47,310 | $ 792,127 |
| $ 12,775 | $ 720 | $ 12,055 | 18 | $ 9,581 | $ 540 | $ 9,041 |
| $ 2,129 | $ 140 | $ 1,989 | 6 | $ 3,194 | $ 210 | $ 2,984 |
| | | | 13 | $ 6,920 | $ 409 | $ 6,511 |
| $ 95,282 | $ 5,370 | $ 89,912 | 207 | $ 110,186 | $ 6,210 | $ 103,976 |
| $ 312,460 | $ 17,364 | $ 295,096 | 623 | $ 331,623 | $ 16,711 | $ 314,912 |
| $ 120,832 | $ 3,347 | $ 117,485 | 187 | $ 99,540 | $ 2,762 | $ 96,778 |
| $ 1,766,704 | $ 99,143 | $ 1,667,542 | 3,172 | $ 1,868,456 | $ 89,895 | $ 1,598,551 |

| 3rd Quarter 2002 | 4th Quarter 2002 |
|---|---|

HIGHLY CONFIDENTIAL

BMS/AWP/000057010

| WLP Sales | Contr Sales | Chbk Paid | Qty | WLP Sales | Contr Sales | Chbk Paid |
|---|---|---|---|---|---|---|
| | | | 17 | $ 9,049 | $ 460 | $ 8,557 |
| $ 1,597 | $ 89 | $ 1,508 | | | | |
| $ 10,646 | $ 590 | $ 10,056 | | | | |
| | | | 4 | $ 2,129 | $ 113 | $ 2,016 |
| $ 35,132 | $ 2,000 | $ 33,132 | 51 | $ 27,147 | $ 1,910 | $ 25,237 |
| | | | 15 | $ 7,985 | $ 423 | $ 7,535 |
| | | | 2 | $ 1,065 | $ 58 | $ 1,005 |
| | | | 7 | $ 3,726 | $ 198 | $ 3,516 |
| | | | 14 | $ 7,452 | $ 395 | $ 7,032 |
| $ 2,662 | $ 140 | $ 2,522 | | | | |
| $ 11,178 | $ 576 | $ 10,601 | | | | |
| | | | 36 | $ 19,163 | $ 801 | $ 18,362 |
| $ 73,990 | $ 3,823 | $ 70,167 | 4 | $ 2,129 | $ 110 | $ 2,019 |
| | | | 113 | $ 60,150 | $ 2,514 | $ 57,636 |
| | | | 7 | $ 3,726 | $ 198 | $ 3,518 |
| $ 23,964 | $ 1,125 | $ 22,829 | 15 | $ 7,985 | $ 375 | $ 7,610 |
| | | | 31 | $ 16,501 | $ 775 | $ 15,878 |
| | | | 27 | $ 14,372 | $ 762 | $ 13,803 |
| | | | 23 | $ 12,243 | $ 649 | $ 11,553 |
| $ 24,488 | $ 1,380 | $ 23,106 | 78 | $ 41,519 | $ 2,340 | $ 39,179 |
| | | | 6 | $ 3,194 | $ 150 | $ 3,044 |
| | | | 2 | $ 1,065 | $ 50 | $ 1,015 |
| | | | -6 | $ (3,194) | $ (420) | $ (2,774) |
| $ 707,959 | $ 39,900 | $ 668,059 | 1,041 | $ 554,124 | $ 31,230 | $ 522,894 |
| $ 11,711 | $ 660 | $ 11,051 | 13 | $ 6,920 | $ 390 | $ 6,530 |
| | | | 6 | $ 3,194 | $ 169 | $ 3,024 |
| $ 2,129 | $ 140 | $ 1,989 | 9 | $ 4,791 | $ 295 | $ 4,496 |
| | | | 16 | $ 8,517 | $ 452 | $ 8,064 |
| | | | 6 | $ 3,194 | $ 169 | $ 3,024 |
| $ 8,517 | $ 503 | $ 8,014 | 2 | $ 1,065 | $ 63 | $ 1,002 |
| $ 130,946 | $ 5,845 | $ 125,101 | 253 | $ 134,672 | $ 5,250 | $ 129,422 |
| $ 408,274 | $ 20,251 | $ 388,023 | 870 | $ 463,101 | $ 22,968 | $ 440,133 |
| $ 54,295 | $ 1,307 | $ 52,988 | 131 | $ 69,731 | $ 1,432 | $ 68,299 |
| | | | 8 | $ 4,258 | $ 224 | $ 3,958 |
| $ 1,507,474 | $ 78,329 | $ 1,429,144 | 2,801 | $ 1,490,972 | $ 74,520 | $ 1,416,186 |

HIGHLY CONFIDENTIAL

BMS/AWP/000057011



**Vepesid® For Injection, NDC# 00015-3062-20, 1g/vial, multi-dose, 50mL (cartoned)**

| Bid No | Cust Name | Qty |
|---|---|---|
| 202447 | AMERINET A/C | 41 |
| 202446 | AMERINET-HOSPITAL ONLY | 50 |
| 228282 | BUREAU OF PRIM HLTH CARE | 123 |
| 223108 | DUKE UNIV HEALTH SYSTEMS | 1 |
| 223300 | INFUSION SOLUTIONS PHCY | 11 |
| 223061 | INNOVATIX | 1 |
| 225236 | INSOURCE HEALTH ALT CARE | 9 |
| 220154 | MEDASSETS HSCA ALT CARE | 2 |
| 220131 | MEDASSETS HSCA HOSPITAL | |
| 227721 | MEMORIAL SLOAN HOSPITAL | 372 |
| 222269 | MHA ALTERNATE CARE | 7 |
| 227813 | NOA | 3 |
| 196232 | OWEN HEALTHCARE INC | 45 |
| 224420 | PBI PHYSICIANS GROUP | |
| 219569 | PHARMACEUTICAL BUYERS INC | 12 |
| 215435 | PREMIER ACUTE NON RETAIL | 1,245 |
| 215543 | PREMIER NON ACUTE NON RET | 11 |
| 210637 | RESPONSE ONCOLOGY | |
| 228631 | STANFORD UNIV HOSP | |
| 226905 | THE UNIVERSITY OF TEXAS | |
| 207624 | THERAPY ASSOCS HEM ONC | |
| 194086 | US ONCOLOGY | 1,127 |
| 201599 | V A MEDICAL CENTER | 83 |
| | | 3,143 |

| Bid No | Cust Name | Qty |
|---|---|---|
| | 202447 AMERINET A/C | 5 |
| | 202446 AMERINET-HOSPITAL ONLY | 4 |
| | 226282 BUREAU OF PRIM HLTH CARE | 170 |
| | 229657 FAIRVIEW UNIV MED CTR | |
| | 223049 GOOD SAMARITAN HOSPITAL | |
| | 223300 INFUSION SOLUTIONS PHCY | 17 |
| | 223061 INNOVATIX | 2 |
| | 225923 JPC ALT CARE | 144 |
| | 220154 MEDASSETS HSCA ALT CARE | 9 |
| | 230377 MEDASSETS HSCA ALT CARE | |
| | 220131 MEDASSETS HSCA HOSPITAL | 33 |
| | 230376 MEDASSETS HSCA HOSPITAL | |
| | 227721 MEMORIAL SLOAN HOSPITAL | 282 |
| | 229160 MEMORIAL SLOAN HOSPITAL | |
| | 222289 MHA ALTERNATE CARE | 19 |
| | 225680 NORTON HOSPITAL | |
| | 196232 OWEN HEALTHCARE INC | 41 |
| | 224420 PBI PHYSICIANS GROUP | |
| | 219559 PHARMACEUTICAL BUYERS INC | 2 |
| | 215435 PREMIER ACUTE NON RETAIL | 1,192 |
| | 215543 PREMIER NON ACUTE NON RET | 10 |
| | 201335 PUGET SOUND CANCER CENTER | |
| | 210637 RESPONSE ONCOLOGY | -1 |
| | 222130 ST VINCENT HOSPITAL | |
| | 226631 STANFORD UNIV HOSP | 132 |
| | 207624 THERAPY ASSOCS HEM ONC | |
| | 194088 US ONCOLOGY | 1,226 |
| | 201599 V A MEDICAL CENTER | 100 |
| | | 3,387 |

| 1st Quarter 2002 | | | 2nd Quarter 2002 | | | |
|---|---|---|---|---|---|---|
| WLP Sales | Contr Sales | Chbk Paid | Qty | WLP Sales | Contr Sales | Chbk Paid |
| $ 42,530 | $ 2,419 | $ 40,111 | 82 | $ 64,313 | $ 3,658 | $ 60,656 |
| $ 51,868 | $ 2,950 | $ 48,918 | 38 | $ 39,418 | $ 2,242 | $ 37,178 |
| $ 127,569 | $ 10,246 | $ 117,343 | 154 | $ 159,746 | $ 11,970 | $ 147,776 |
| $ 1,037 | $ 70 | $ 967 | | | | |
| $ 11,410 | $ 578 | $ 10,833 | 20 | $ 20,746 | $ 1,050 | $ 19,696 |
| $ 1,037 | $ 70 | $ 967 | | | | |
| $ 9,336 | $ 540 | $ 8,661 | | | | |
| $ 2,075 | $ 110 | $ 1,965 | 7 | $ 7,261 | $ 365 | $ 6,676 |
| | | | 18 | $ 16,672 | $ 990 | $ 17,677 |
| $ 365,879 | $ 16,600 | $ 367,279 | 241 | $ 249,992 | $ 12,050 | $ 237,942 |
| $ 7,281 | $ 525 | $ 6,738 | | | | |
| $ 3,112 | $ 239 | $ 2,873 | | | | |
| $ 46,679 | $ 2,700 | $ 43,979 | 44 | $ 48,642 | $ 2,640 | $ 43,002 |
| | | | 3 | $ 3,112 | $ 150 | $ 2,962 |
| $ 12,448 | $ 600 | $ 11,828 | 2 | $ 2,075 | $ 100 | $ 1,955 |
| $ 1,281,451 | $ 74,700 | $ 1,216,751 | 1,250 | $ 1,296,636 | $ 75,000 | $ 1,221,636 |
| $ 11,410 | $ 660 | $ 10,750 | 9 | $ 9,336 | $ 540 | $ 8,796 |
| | | | 2 | $ 2,075 | $ 180 | $ 1,895 |
| | | | 216 | $ 224,059 | $ 13,582 | $ 210,477 |
| | | | 5 | $ 5,187 | $ 300 | $ 4,887 |
| | | | -3 | $ (3,112) | $ (315) | $ (2,797) |
| $ 1,169,048 | $ 66,894 | $ 1,102,154 | 1,253 | $ 1,299,749 | $ 88,548 | $ 1,231,192 |
| $ 86,097 | $ 3,285 | $ 82,811 | 91 | $ 94,395 | $ 3,805 | $ 90,790 |
| $ 3,260,265 | $ 185,185 | $ 3,074,925 | 3,412 | $ 3,539,302 | $ 198,676 | $ 3,342,592 |

| 3rd Quarter 2002 | 4th Quarter 2002 |
|---|---|

| WLP Sales | Contr Sales | Chbk Paid | Qty | WLP Sales | Contr Sales | Chbk Paid |
|---|---|---|---|---|---|---|
| $ 5,187 | $ 295 | $ 4,892 | | | | |
| $ 4,149 | $ 238 | $ 3,913 | | | | |
| $ 176,343 | $ 10,084 | $ 166,259 | 100 | $ 103,731 | $ 5,729 | $ 98,002 |
| | | | 50 | $ 51,866 | $ 2,721 | $ 48,866 |
| | | | 6 | $ 6,224 | $ 326 | $ 5,892 |
| $ 17,634 | $ 893 | $ 16,742 | 19 | $ 19,709 | $ 998 | $ 18,711 |
| $ 2,075 | $ 140 | $ 1,935 | | | | |
| $ 149,373 | $ 7,920 | $ 141,453 | | | | |
| $ 9,336 | $ 495 | $ 8,841 | 1 | $ 1,037 | $ 55 | $ 982 |
| | | | 4 | $ 4,149 | $ 174 | $ 3,975 |
| $ 34,231 | $ 1,815 | $ 32,416 | 7 | $ 7,261 | $ 365 | $ 6,876 |
| | | | 34 | $ 35,269 | $ 1,479 | $ 33,790 |
| $ 292,521 | $ 14,100 | $ 278,421 | 42 | $ 43,567 | $ 2,100 | $ 41,467 |
| | | | 230 | $ 238,561 | $ 11,500 | $ 226,654 |
| $ 19,709 | $ 1,425 | $ 18,284 | 19 | $ 19,709 | $ 1,425 | $ 18,284 |
| | | | 14 | $ 14,522 | $ 762 | $ 13,761 |
| $ 42,530 | $ 2,460 | $ 40,070 | 49 | $ 50,828 | $ 2,940 | $ 47,888 |
| | | | 5 | $ 5,187 | $ 250 | $ 4,937 |
| $ 2,075 | $ 100 | $ 1,985 | 1 | $ 1,037 | $ 50 | $ 987 |
| $ 1,236,474 | $ 71,520 | $ 1,164,954 | 955 | $ 990,631 | $ 57,300 | $ 932,823 |
| $ 10,373 | $ 600 | $ 9,773 | 8 | $ 8,298 | $ 480 | $ 7,818 |
| | | | 2 | $ 2,075 | $ 108 | $ 1,967 |
| $ (1,037) | $ (90) | $ (947) | -1 | $ (1,037) | $ (90) | $ (947) |
| | | | 1 | $ 1,037 | $ 54 | $ 983 |
| $ 136,925 | $ 8,300 | $ 128,625 | 173 | $ 179,455 | $ 10,878 | $ 166,576 |
| | | | -5 | $ (5,187) | $ (525) | $ (4,662) |
| $ 1,271,742 | $ 64,733 | $ 1,207,009 | 1,255 | $ 1,301,624 | $ 66,264 | $ 1,235,560 |
| $ 103,731 | $ 3,962 | $ 99,769 | 76 | $ 78,836 | $ 3,011 | $ 75,824 |
| $ 3,513,369 | $ 188,968 | $ 3,324,371 | 3,045 | $ 3,158,609 | $ 171,374 | $ 2,986,015 |