UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>CIVIL ACTION NO. 01-12257-PBS |
| THIS DOCUMENT RELATES TO **CONSOLIDATED CLASS CASES** | |

## JOINT MOTION FOR DISMISSAL OF PFIZER INC

By and through their counsel, Plaintiffs and defendant Pfizer Inc ("Pfizer"), pursuant to Fed. R. Civ. P. 41(a)(2), hereby jointly move for an order of the Court dismissing defendant Pfizer from this action. In support of this motion, the parties state as follows:

1. Pfizer was named as a defendant in the above-referenced action.

2. No proposed class representative has been named for plaintiffs' claims against Pfizer.

3. The parties agree that Pfizer should be dismissed, with prejudice, from this action.

WHEREFORE, the parties jointly request that the Court enter an order dismissing, with prejudice, Pfizer Inc. A proposed order of dismissal is attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 30, 2006 |  |
| LIAISON COUNSEL FOR PLAINTIFFS | COUNSEL FOR PFIZER INC |
| By: \_\_\_\_/s/ Steve W. Berman_____ | By: \_\_\_/s/ John C. Dodds_____ |

LIAISON COUNSEL FOR PLAINTIFFS

By: \_\_\_\_/s/ Steve W. Berman_____
Steve W. Berman
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel: 206.323.7292
Fax: 206.623.0594

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
David S. Nalven (BBO#547220)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Tel: 617.482.3700
Fax. 617.482.3003

Elizabeth Hartweg Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Tel: 312.762.9235
Fax: 312.762.9286

COUNSEL FOR PFIZER INC

By: \_\_\_/s/ John C. Dodds_____
John C. Dodds
Erica Smith-Klocek
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001

Scott A. Stempel
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202.739.3000
Fax: 202.739.3001

Mark D. Smith (BBO# 542676)
LAREDO & SMITH LLP
15 Broad Street, Suite 600
Boston, MA 02109
tel: 617.367.7984
fax: 617.367.6475

## CERTIFICATE OF SERVICE

I, Mark D. Smith, hereby certify that I am one of the attorneys for Pfizer Inc., Pharmacia Corp., and Pharmacia & Upjohn, Inc., and that I caused a true and correct copy of the foregoing JOINT MOTION FOR DISMISSAL OF PFIZER, INC. to be served on all counsel of record electronically by causing the same to be posted via LexisNexis, this 30th day of October, 2006.

/s/ Mark D. Smith
Mark D. Smith