UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>CIVIL ACTION NO. 01-12257-PBS |
| THIS DOCUMENT RELATES TO **CONSOLIDATED CLASS CASES** | |

### [PROPOSED] ORDER OF DISMISSAL OF PFIZER INC

The Joint Motion for Dismissal of Pfizer Inc is hereby GRANTED. Defendant Pfizer Inc is hereby dismissed, with prejudice, from the above-referenced action.

So ordered,

Dated: _____   _____

Hon. Patti B. Saris