# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## PLAINTIFFS' SCHEDULE OF WITNESSES FOR FIRST WEEK OF TRIAL PER AGREEMENT WITH DEFENDANTS

Assuming the Court does not conduct opening arguments, the Plaintiffs will call during the first week of trial the following witnesses:

| | |
|---|---|
| Day 1 (Nov. 6) | Charles Hannaford |
| | Glenn Randle |
| | Sharon Faulkner |
| | Gina Alongi |
| | Dan Ryan |
| | Anna Choice |
| | Cheryl Barreca |
| Day 2 (Nov. 7) | Tracy Garcia |
| | Rebecca Anne Hopkins |
| | Deborah DeVaux (BCBSMA) |
| | Maureen Coneys (BCBSMA) |
| Day 3 (Nov. 8) | Maureen Coneys (BCBSMA) |

- 1 -

- 2 -

|  | Ken Arruda (BCBSMA) |
|--|--|
|  | Possibly Beatrice Manning |

If the Court indicates tomorrow at the Pre-Trial Conference that there will be openings on Monday, November 6, Plaintiffs will send a revised list.

- 2 -

| | |
|---|---|
| DATED:  October 30, 2006 | By   /s/ Steve W. Berman<br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br>**LIAISON COUNSEL**<br><br>Steve W. Berman<br>Sean R. Matt<br>Robert F. Lopez<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Elizabeth Fegan<br>Hagens Berman Sobol Shapiro LLP<br>60 W. Randolph Street, Suite 200<br>Chicago, IL  60601<br>Telephone: (312) 762-9235<br>Facsimile: (312) 762-9286<br><br>Eugene A. Spector<br>Jeffrey Kodroff<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br><br>Marc H. Edelson<br>Allan Hoffman<br>Hoffman & Edelson<br>45 West Court Street<br>Doylestown, PA  18901<br>Telephone: (215) 230-8043<br>Facsimile: (215) 230-8735 |

- 3 -

- 4 -

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Facsimile: (215) 392-4400
Phone: (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' SCHEDULE OF WITNESSES FOR FIRST WEEK OF TRIAL PER AGREEMENT WITH DEFENDANTS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 30, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

      By **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA 98101
      (206) 623-7292

001534-16 137085 V1