# Exhibit A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 1 2 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1456*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

*State of Florida, et al. v. Mylan Laboratories, Inc., et al., N.D. Florida, C.A. No. 4:05-490*

## BEFORE WM. TERRELL HODGES,[*] CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL[*]

### TRANSFER ORDER

Presently before the Panel is a motion by plaintiffs in this action, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate the Panel's order conditionally transferring the action to the District of Massachusetts for inclusion in the Section 1407 proceedings occurring there in this docket. Responding defendants[1] favor inclusion of the action in MDL-1456 proceedings.

On the basis of the papers filed and hearing session held, the Panel finds that this action shares questions of fact with actions in this litigation previously transferred to the District of Massachusetts. Transfer of the action to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The pending motion to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy,* 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation,* 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of this action is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the District of Massachusetts was a proper Section 1407 forum for actions concerning whether (either singly or as part of a conspiracy) the pharmaceutical defendants engaged in fraudulent marketing, sales and/or billing schemes to unlawfully

---

[*] Judge Hodges took no part in the decision of this matter. In addition, other Panel members who could have been members of the putative class(es) in this litigation have renounced their participation in these classes and have participated in this decision. Alternatively, to the extent that their disqualifications should be determined for any reason to survive the renunciations, the Panel invokes the "rule of necessity" in order to provide the forum created by the governing statute, 28 U.S.C. § 1407. *See In re Wireless Telephone Radio Frequency Emissions Products Liability Litigation,* 170 F.Supp.2d 1356, 1357-58 (J.P.M.L. 2001).

[1] Mylan Laboratories and Mylan Pharmaceuticals, Inc.; Novopharm, Ltd., Teva Pharmaceutical Industries, Ltd., and Teva Pharmaceuticals USA; and Schein Pharmaceuticals and Watson Pharmaceuticals, Inc.

- 2 -

inflate the average wholesale price of certain prescription drugs. *See In re Pharmaceutical Industry Average Wholesale Price Litigation,* 201 F.Supp.2d 1378 (J.P.M.L. 2002).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the District of Massachusetts and, with the consent of that court, assigned to the Honorable Patti B. Saris for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

*John F. Keenan*

John F. Keenan
Acting Chairman

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

RECEIVED
APR 18 2006

DIRECT REPLY TO:
GREENBERG TRAURIG

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge Bruce M. Selya
United States Court of Appeals
First Circuit

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

April 12, 2006

TO INVOLVED COUNSEL

Re:  MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

   *State of Florida, et al. v. Mylan Laboratories, Inc., et al.,* N.D. Florida, C.A. No. 4:05-490

Dear Counsel:

   For your information, I am enclosing a copy of an order filed today by the Judicial Panel on Multidistrict Litigation involving this matter.

                              Very truly,

                              Michael J. Beck
                              Clerk of the Panel

                              By
                                 Mecca S. Carter
                                 Deputy Clerk

Enclosure

                                                            JPML Form 34B