UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti Saris<br>[Magistrate Judge Marianne B. Bowler] |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.*<br>CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | |

**UNITED STATES' AND RELATOR'S PRAECIPE NOTIFYING MAGISTRATE JUDGE MARIANNE B. BOWLER OF COMMENTS MADE BY JUDGE PATTI SARIS AT HEARING ON OCTOBER 24, 2006**

The United States and Relator respectfully submit this praecipe to alert Magistrate Judge Marianne B. Bowler to the comments by Judge Patti Saris at the settlement hearing on October 24, 2006 in *New England Carpenters Health Benefits Fund, et al. vs. First DataBank Inc.*, Civil Action 05-11148, at the following pages of the transcript (attached), as they relate to defendants' over-designation of confidential materials in pharmaceutical litigation: 11:12-13:5, 14:5-14:15, 15:2-16:2, 16:21-17:10.  Although Judge Saris' comments arose with respect to a settlement hearing in another matter, the United States and Relator respectfully request the Court to consider them with respect to the United States and Relator's Motion for a Protective Order filed on September 15, 2006, and argued in court before Magistrate Judge Bowler on Monday, October 23, 2006.

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN | PETER D. KEISLER |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3272
Fax: (617) 748-3971

/s/ Renée Brooker
Michael F. Hertz
Joyce R. Branda
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-1088
Fax: (202) 307-3852

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9003
Fax: (305) 536-4101

For the relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com

Dated: October 31, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' AND RELATOR'S PRAECIPE NOTIFYING MAGISTRATE JUDGE MARIANNE B. BOWLER OF COMMENTS MADE BY JUDGE PATTI SARIS AT HEARING ON OCTOBER 24, 2006** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: October 31, 2006

                                              /s/ Renée Brooker
                                              Renée Brooker