UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' AMENDED SCHEDULE OF WITNESSES FOR FIRST WEEK OF TRIAL PER AGREEMENT WITH DEFENDANTS**

Based on the Pre-Trial Conference, the Plaintiffs will call during the first week of trial the following witnesses:

| | |
|---|---|
| Day 1 (Nov. 6) | Charles Hannaford |
| | Glenn Randle |
| | Sharon Faulkner |
| Day 2 (Nov. 7) | Gina Alongi |
| | Dan Ryan |
| | Anna Choice |
| | Cheryl Barreca |
| | Tracy Garcia |
| | Rebecca Anne Hopkins |
| | Deborah DeVaux (BCBSMA) |
| Day 3 (Nov. 8) | Michael T. Mulrey (BCBSMA) |
| | Maureen Coneys (BCBSMA) |

- 1 -

- 2 -

|  | Ken Arruda (BCBSMA) |
|--|--|
|  | Possibly Beatrice Manning |

001534-16 137855 V1

| | |
|---|---|
| DATED:  October 31, 2006 | By     /s/ Steve W. Berman<br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br>**LIAISON COUNSEL** |

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

- 4 -

        Kenneth A. Wexler
        Jennifer F. Connolly
        The Wexler Firm LLP
        One North LaSalle Street, Suite 2000
        Chicago, IL  60602
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022

        Donald E. Haviland, Jr.
        The Haviland Law Firm, LLC
        740 S. Third Street, Third Floor
        Philadelphia, PA  19147
        Facsimile:  (215) 392-4400
        Phone:  (215) 609-4661

        **CO-LEAD COUNSEL FOR**
        **PLAINTIFFS**

- 5 -

## CERTIFICATE OF SERVICE

       I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' AMENDED SCHEDULE OF WITNESSES FOR FIRST WEEK OF TRIAL PER AGREEMENT WITH DEFENDANTS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on October 31, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

       By **/s/ Steve W. Berman**
       Steve W. Berman
       **HAGENS BERMAN SOBOL SHAPIRO LLP**
       1301 Fifth Avenue, Suite 2900
       Seattle, WA  98101
       (206) 623-7292