# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: ) | Civil Action No. 01-12257-PBS |
| STATE OF NEVADA V. AMERICAN HOME PRODUCTS, ET AL., CA NO. 02-CV-12086-PBS ) ) ) ) | Judge Patti B. Saris |
| STATE OF MONTANA V. ABBOTT LABS., INC., ET AL. D. MONT. CAUSE NO. CV-02-09-H-DWM ) ) ) ) ) | |

## JOINT MOTION TO AMEND CMO NO. 25

Counsel for plaintiffs and defendants in the above actions hereby submit this joint motion to amend Case Management Order ("CMO") No. 25 by adopting the dates set forth below.

CMO No. 25, dated April 12, 2006, and as amended by the Court's July 31, 2006 Order, called for summary judgment motions and defense expert reports on liability to be filed on September 21, 2006, with oppositions to the motions due on November 1, 2006, replies due on November 15, 2006, and a hearing set for December 12, 2006.  On August 31, 2006, the States of Montana and Nevada moved to amend CMO No. 25 so as to defer the submission of summary judgment motions and defendants' expert reports until January 2007, after the Class 2 and Class 3 trial.  Defendants opposed the motion.  On September 12, 2006, the Court indicated that the schedule for both the Montana and Nevada cases would be extended and directed the parties to agree upon a new schedule.

Per the Court's request, the parties have conferred and agreed to the following dates:

1

| Defendants' Expert Reports on Liability | February 8, 2007 |
| --- | --- |
| Motions for Summary Judgment | February 8, 2007 |
| Summary Judgment Oppositions | March 22, 2007 |
| Summary Judgment Replies | April 5, 2007 |
| Summary Judgment Sur-replies | April 12, 2007 |
| Hearing | To Be Determined |

*Respectfully submitted,*

/s/ Jeniphr Breckenridge
Steve W. Berman
Sean R. Matt
Jeniphr Breckenridge
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

Thomas M. Sobol (BBO# 471770)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

*On behalf of the State of Nevada and the State of Montana*

 /s/ Carisa A. Klemeyer
John T. Montgomery (BBO# 352220)
Brien T. O'Connor (BBO# 546767)
Christopher R. Dillon (BBO# 640896)
Carisa A. Klemeyer (BBO# 655045)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

*Attorneys for Schering-Plough Corporation &*

2

3

*Warrick Pharmaceuticals Corporation on behalf of Defendants*

Dated:  November 1, 2006

**CERTIFICATE OF SERVICE**

    I, Carisa A. Klemeyer, hereby certify that a true copy of the foregoing document was served upon all counsel of record electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 1st day of November, 2006, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

          /s/ Carisa A. Klemeyer
          Carisa A. Klemeyer