UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *State of Florida, et al. v. Mylan Laboratories Inc., et al.* ) ) ) ) | MDL NO. 1456 CIVIL ACTION: 01-CV-12257-PBS 06-CV-10690-PBS Judge Patti B. Saris Chief Mag. Judge Marianne B. Bowler |

## STATUS REPORT NOVEMBER 1, 2006

Pursuant to the Court's July 17, 2004 Procedural Order, the undersigned counsel for Plaintiffs hereby submit the following status report to the Court listing the status of all motions to date.

Respectfully Submitted,

DATED: November 1, 2006

By /s/ Mark S. Thomas

Mark S. Thomas (FL Bar No. 0001716)
Mary S. Miller (FL Bar No. 0780420)
Assistant Attorneys General
**CHARLES J. CRIST, JR.**
**STATE OF FLORIDA ATTORNEY GENERAL**
**OFFICE OF THE ATTORNEY GENERAL**
**MEDICAID FRAUD CONTROL UNIT**
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone:850-414-3600
Facsimile:850-487-9475
**ATTORNEYS FOR THE STATE OF FLORIDA**

James J. Breen

Alison W. Simon
**THE BREEN LAW FIRM, P.A.**
Post Office Box 297470
Pembroke Pines, FL 33029-7470

Gary L. Azorsky
Susan Schneider Thomas
Joy P. Clairmont
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-5711
Facsimile: 215-875-4604

Jonathan Shapiro
**STERN, SHAPIRO, WEISSBERG & GARIN LLP**
90 Canal Street
Boston, MA

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

2

**MDL 1456 Status Report**
**State of Florida *ex rel.* Ven-A-Care v. Mylan Laboratories, Inc., *et al.***
**Case No.: 06-CV-10690-PBS**

**Complaint in Intervention**

On July 20, 2005, Plaintiffs filed a Complaint in Intervention styled *State of Florida v. Mylan Laboratories, Inc.*, No. 98-3032G (Fla. 2d Cir. Ct.) in the Court of the Second Judicial Circuit in and for Leon County, Florida.

**Removal to Federal Court**

On December 16, 2005, Defendants removed this action to the United States District Court for the Northern District of Florida. Prior to removal, the parties fully briefed the motion to remand under then-decided Eleventh Circuit law.

**Transfer to the District Court of Massachusetts**

On April 12, 2006, the JPML transferred *State of Florida v. Mylan Laboratories, Inc. et al.*, Case No. 4:05-cv-490 (N.D. Fla.), to this Court and this case was assigned Case No. 1:06-CV-10690. On or about April 20, 2006, this Court entered an Order consolidating Case No. 1:06-CV-10690 with Case No. 01-CV-12257.

In light of the fact that this case has been transferred to this Court by the JPML, the Motion for Remand is **currently pending** before this Court. This Court has previously granted a similar motion to remand in *State of Florida v. Alpharma, Inc., et al.*, Case No. 05-CV-11795-PBS. (*See* Doc. 3069.) The parties requested and this Court ordered timely briefing reflecting First Circuit law and recent rulings concerning the scope of federal jurisdiction. (*See* Docs. 3083, 3090.) Plaintiffs have filed their initial memorandum in support of the motion on October 10, 2006. (*See* Doc. 3186.) Defendants filed their response memorandum in opposition on October 30, 2006. (*See* Doc. 3279.) Plaintiffs' reply memorandum is due on November 22, 2006.

**CERTIFICATE OF SERVICE**

  I hereby certify that I, Jonathan Shapiro, an attorney, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on November 1, 2006, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service. I hereby also certify that a copy hereof was furnished via U.S. Mail this 1st day of November 2006, to the following:

|  |  |
|---|---|
|  | William Escobar, Esq.<br>Christopher C. Palmero, Esq.<br>Neal Merkl<br>Kelley, Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178<br><br>*Attorneys for Defendants Mylan Laboratories and Mylan Pharmaceutials, Inc.* |
| Jay Shapiro<br>Christopher L. Barnett<br>Samuel O. Patmore<br>Stearns Weaver Miller Weissler Ahladeff<br>Suite 2200 - Museum Tower<br>150 W. Flagler Street<br>Miami, FL 33130 | T. Reed Stephens<br>Elizabeth I. Hack<br>Sonnenschein Nath & Rosenthal LLP<br>& Sitterson, P.A.<br>1301 K Street, N.W.<br>Suite 600, East Tower<br>Washington, DC 20005<br><br>*Attorneys for Defendants Novapharm, Ltd., Teva Pharmaceutical Industries, Ltd., and Teva Pharmaceutical USA* |
| Stephen A. Ecenia<br>Rutledge, Ecenia, Purnell & Hoffman, P.A.<br>P.O. Box 551<br>215 S. Monroe Street, Suite 420<br>Tallahassee, FL 32301<br><br>*Attorneys for Watson Pharmaceuticals, Inc. and Schein Pharmaceuticals (n/k/a Watson Pharma, Inc.)* | Douglas B. Farquhar<br>Michelle L. Butler<br>Christine P. Bump<br>Hyman, Phelps & McNamara, P.C.<br>700 Thirteenth Street, N.W.<br>Suite 1200<br>Washington, D.C. 20005<br><br>*Attorneys for Defendants Watson Pharmaceuticals, Inc. and Schein Pharmaceuticals (n/k/a Watson Pharma, Inc.)* |

/s/ Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN LLP
90 Canal Street
Boston, MA
**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**