- 1 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | CIVIL ACTION:  01-CV-12257-PBS<br>Judge Patti B. Saris |

**PLAINTIFFS' SUPPLEMENTAL PRETRIAL DISCLOSURES PURSUANT TO THE COURT'S AMENDED PRETRIAL ORDER OF AUGUST 21, 2006
<u>AS TO EXHIBITS</u>**

Plaintiffs supplement their Second Amended Pretrial Disclosures (Dkt. No. 3275) filed on October 27, 2006 with the following exhibits:

| Ex. | **Prod. No.** | Date | Description | Objections |
|---|---|---|---|---|
| 369L | | 9/11/03 | Sentencing Hearing dated 9/11/03 in *United States of America v. Saad Antoun*, No. 02-13-JJF (D. Del.) | |
| 369M | HOPKINS 0126-130 | 12/17/02 | Memorandum of Plea Agreement in *United States of America v. Stanley C. Hopkins*, No. 02-127-JJF (D. Del.) | |

Plaintiffs inadvertently omitted these exhibits from their initial filings.

- 1 -

| | |
|---|---|
| DATED:  November 2, 2006. | By   /s/ Steve W. Berman           <br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 3 -

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on November 2, 2006, I caused copies of **PLAINTIFFS' SUPPLEMENTAL PRETRIAL DISCLOSURES PURSUANT TO THE COURT'S AMENDED PRETRIAL ORDER OF AUGUST 21, 2006 REGARDING EXHIBITS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.


       /s/ Steve W. Berman
       Steve W. Berman

- 4 -