# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | Judge Patti B. Saris |

## SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF CHARLES M. ALCORN, BEATRICE E. MANNING, AND G. RAYMOND PIRONTI, JR.

Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") respectfully move that this Court exclude the testimony of Charles M. Alcorn, Beatrice E. Manning, and G. Raymond Pironti, Jr.  The grounds for this motion are set forth in the accompany memorandum.

WHEREFORE, Schering and Warrick respectfully request that this motion be GRANTED.

Respectfully submitted,

/s/ John T. Montgomery
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated:  November 2, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                             /s/ Adam Wright
                                                             Adam Wright