UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | ) MDL No. 1456 ) ) Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ALL CLASS ACTIONS ) ) ) ) | ) Judge Patti B. Saris |

**DECLARATION OF ADAM WRIGHT TRANSMITTING DOCUMENTS REFERENCED IN SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF CHARLES M. ALCORN, BEATRICE E. MANNING, AND G. RAYMOND PIRONTI, JR.**

I, ADAM WRIGHT, hereby declare:

1. I am a member of the bar of the Commonwealth of Massachusetts and of this Court. I am an associate with Ropes & Gray LLP, and counsel to Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation. I submit this Declaration to place before the Court documents referenced in Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Memorandum in Support of their Motion in Limine to Exclude the Testimony of Charles M. Alcorn, Beatrice E. Manning, and G. Raymond Pironti, Jr. ("Memorandum").

2. Attached hereto as Exhibit A is a true and correct copy of the Settlement Agreement and Release in *United States ex rel. Charles Alcorn, Beatrice Manning and G. Raymond Pironti, Jr. v. Schering-Plough Corp.*, No. 98-5688, which I accessed and downloaded on November 1, 2006 from http://www.usdoj.gov/usao/pae/News/Pr/2004/jul/jul04.html.

3. Attached hereto as Exhibit B is a true and correct copy of the Complaint-in-Intervention in *United States ex rel. Charles Alcorn, Beatrice Manning and G. Raymond Pironti, Jr. v. Schering-Plough Corp.*, No. 98-5688, which I accessed and downloaded on November 1, 2006 from http://www.usdoj.gov/usao/pae/News/Pr/2004/jul/jul04.html.

4. Attached hereto as Exhibit C is a true and correct copy of the Information relating to *United States v. Schering Sales Corp*, No. 04-443, which I caused to be obtained from the United States District Court, Eastern District of Pennsylvania on November 1, 2006.

5. Attached hereto as Exhibit D is a true and correct copy of the Plea Agreement relating to *United States v. Schering Sales Corp*, No. 04-443, which I caused to be obtained from the United States District Court, Eastern District of Pennsylvania on November 1, 2006.

6. Attached hereto as Exhibit E is a true and correct copy of the proffered testimony of Charles M. Alcorn.  As noted in the Memorandum, the portions of the testimony to which Schering and Warrick object are highlighted in yellow, and the grounds for the relevant objections are described in the margins.  To make room for these materials, the margin on the right side of the page was slightly expanded; nothing in the text of the testimony was altered.

7. Attached hereto as Exhibit F is a true and correct copy of the proffered testimony of Beatrice E. Manning.  As noted in the Memorandum, the portions of the testimony to which Schering and Warrick object are highlighted in yellow, and the grounds for the relevant objections are described in the margins.  To make room for these materials, the margin on the right side of the page was slightly expanded; nothing in the text of the testimony was altered.

8. Attached hereto as Exhibit G is a true and correct copy of the proffered testimony of G. Raymond Pironti, Jr.  As noted in the Memorandum, the portions of the testimony to which Schering and Warrick object are highlighted in yellow, and the grounds for the relevant

objections are described in the margins.  To make room for these objections, the margin on the right side of the page was slightly expanded; nothing in the text of the testimony was altered.

I declare under penalty of perjury that the foregoing is true.

                                        /s/ Adam Wright_____
                                        Adam Wright

EXECUTED this 2nd day of November in Boston, Massachusetts.

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Adam Wright_____
Adam Wright