**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | | |

**TRIAL OF CLASSES 2 AND 3 CLAIMS**

### TRACK 1 DEFENDANTS' PROPOSED STIPULATION RELATING TO CONSUMER WITNESSES

At the final pre-trial conference on October 31, 2006, the Court directed the parties to discuss a stipulation that would obviate the need for Plaintiffs to call four consumer witnesses who are residents of Illinois and Pennsylvania. The Track 1 Defendants subsequently informed Plaintiffs that, in lieu of testimony from these witnesses, the Track 1 defendants would stipulate that none of those witnesses, namely Ms. Barreca, Ms. Choice, Ms. Garcia and Ms. Hopkins, had any knowledge about the meaning of the term "Average Wholesale Price" or AWP. The Track 1 Defendants further agreed to stipulate that individual consumers in Class 3 generally would not have any knowledge about the meaning of the term "Average Wholesale Price" or "AWP." Plaintiffs rejected the Track 1 Defendant's proposed stipulation, which is attached hereto as Exhibit A.

Plaintiffs represented in Court that they wanted to call these witnesses to testify as to their lack of knowledge regarding AWP. Defendants respectfully

submit that the attached stipulation renders their testimony unnecessary and eliminates the need for these witnesses to travel from their home states to Boston.

Respectfully Submitted,

THE FOLLOWING TRACK 1 DEFENDANTS

By: /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Attorneys for the Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Attorneys for the Johnson & Johnson Defendants

          John T. Montgomery (BBO #352220)
          Steven A. Kaufman (BBO #262230)
          Eric P. Christofferson (BBO #654087)
          Ropes & Gray LLP
          One International Place
          Boston, MA 02110

          Attorneys for Schering-Plough Corp. and
          Warrick Pharmaceuticals Corp.

Dated: November 3, 2006

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was delivered on November 3, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                            By: /s/ Katherine B. Schmeckpeper
                                                  Katherine B. Schmeckpeper