# EXHIBIT A

B3276037.1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION NO. 01-CV-12257-PBS |
| | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

### TRACK 1 DEFENDANTS' STIPULATION AS TO KNOWLEDGE OF CHERYL BARRECA, ANNA CHOICE, TRACY GARCIA, REBECCA HOPKINS AND CLASS THREE CONSUMERS

Defendants AstraZeneca Pharmaceuticals LP, Bristol-Meyers Squibb Company, Oncology Therapeutic Networks, Corp., Johnson & Johnson, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation (collectively, the "Track 1 Defendants") stipulate and agree that the following individuals, listed as witnesses on Plaintiffs' Disclosures Pursuant to the Court's Amended Pretrial Order of August 21, 2006, did not have any knowledge about the meaning of the term "Average Wholesale Price" or "AWP": (1) Cheryl Barreca; (2) Anna Choice; (3) Tracy Garcia; and (4) Rebecca Hopkins.  The Track 1 defendants further stipulate and agree that individual consumers that are members of Class 3 generally would not have any knowledge about the meaning of the term "Average Wholesale Price" or "AWP."

Respectfully submitted,

THE FOLLOWING TRACK 1 DEFENDANTS

By:  /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Attorneys for the Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Attorneys for the Johnson & Johnson Defendants

        John T. Montgomery (BBO #352220)
        Steven A. Kaufman (BBO #262230)
        Eric P. Christofferson (BBO #654087)
        Ropes & Gray LLP
        One International Place
        Boston, MA 02110

        Attorneys for Schering-Plough Corp. and
        Warrick Pharmaceuticals Corp.

Dated: November 3, 2006

- 5 -

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on November 3, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                By: /s/ Katherine B. Schmeckpeper
                     Katherine B. Schmeckpeper