UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) |  MDL No. 1456<br>Master File No. 01-CV-12257-PBS |

### NOTICE OF APPEARANCE

I, Kate S. Debevoise, hereby file my Appearance on behalf of Eugenia K. Glessner.

Dated at Portland, Maine this 3rd day of October, 2006.

/s/ Kate S. Debevoise
Kate S. Debevoise, BBO # 551290

Bernstein, Shur, Sawyer & Nelson
100 Middle Street
PO Box 9729
Portland, ME  04104-5029
207-774-1200


### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 3, 2006.

/s/ Kate S. Debevoise
Kate S. Debevoise, BBO # 551290