AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# United States District Court
## DISTRICT OF MASSACHUSETTS

In re: Pharmaceutical Industry
Average Wholesale Price Litigation

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] MDL No. 1456
Master File No. 01-CV-12257-PBS
Judge Patti B. Saris

TO:   Eugenia K. Glessner
      15 Clipper Circle
      Yarmouth, ME 04096-7918

X   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court<br>1 Courthouse Way<br>Boston, MA 02210 | Hon. Patti B. Saris, Courtroom 19 |
| | DATE AND TIME<br>November 6, 2006 at 9:00 a.m. |

   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

   YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant)<br>, Attorney for Plaintiffs | Date:<br>October 19, 2006 |
|---|---|

Issuing Officers Name, Address, and Phone Number
Steve W. Berman          (206) 623-7292
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Ave. Suite 2900
Seattle, WA 98101

EXHIBIT A

---

[1] If action is pending in district other than district of issuance, state district under case number.