UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION:<br>01-cv-12257-PBS<br><br>Judge Patti B. Saris |

### PLAINTIFFS' NOTICE OF WITHDRAWAL OF TRIAL SUBPOENA

TO: *All Counsel of Record*

PLEASE TAKE NOTICE that Plaintiffs have withdrawn their Trial Subpoena to Eugenia K. Glessner.[1]

DATED: November 3, 2006

By: /s/ Jennifer Fountain Connolly
Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

***LIAISON COUNSEL***

---

[1] Plaintiffs' counsel attempted to contact Ms. Glessner (prior to knowing she was being represented by counsel) to advise her of Plaintiffs' intent to withdraw the subpoena. Ms. Glessner did not return telephone calls. Based on this Notice, Ms. Glessner's Motion to Quash [Docket No. 3313] is now moot.

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Facsimile: (215) 609-4661
Telephone: (215) 392-4400

***CO-LEAD COUNSEL FOR PLAINTIFFS***

2

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on November 3, 2006, I caused copies of ***Plaintiffs' Notice of Withdrawal of Trial Subpoena*** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/  Jennifer Fountain Connolly
Jennifer Fountain Connolly