UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CLASS ACTIONS | )<br>)<br>) MDL No. 1456<br>)<br>) Civil Action No. 01-12257-PBS<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>) |

**TRACK 1 DEFENDANTS' JOINT SUPPLEMENTAL PRETRIAL DISCLOSURES
PURSUANT TO FED R. CIV. P. 26(a)(3)(A)
<u>AS TO EXHIBITS</u>**

The Track 1 Defendants supplement their Second Amended Pretrial Disclosures (Dkt. No. 3305) filed on November 2, 2006 with the following exhibits:

| TRIAL EXH. NO. | DOC. DATE | BATES RANGE | DEPO. EXH. | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|---|
| 1996 |  | BCBSMA-AWP-16948 |  | BCBSMA Claims Data CD (file dated 3/29/06) |  |
| 1997 |  | BCBSMA-AWP-10248 |  | 26 BCBSMA decode files produced in excel format on a CD dated 2/16/06 |  |

The Track 1 Defendants inadvertently omitted these exhibits from their previous disclosures.

1

Respectfully submitted,

THE FOLLOWING TRACK 1 DEFENDANTS

By:  /s/ Eric P. Christofferson

John T. Montgomery (BBO #352220)
Steven A. Kaufman (BBO #262230)
Eric P. Christofferson (BBO #654087)
Ropes & Gray LLP
One International Place
Boston, MA 02110

Attorneys for Schering-Plough Corp. and
Warrick Pharmaceuticals Corp.

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Attorneys for the Bristol-Myers Squibb Co. and
Oncology Therapeutics Network Corp.

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Attorneys for the Johnson & Johnson
Defendants

Dated:  November 3, 2006

**CERTIFICATE OF SERVICE**

      I, Daniel P. Christmas, hereby certify that on November 3, 2006, I caused copies of THE TRACK 1 DEFENDANTS' JOINT SUPPLEMENTAL PRETRIAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A) AS TO EXHIBITS to be served on all counsel of record by causing the same to be posted electronically via Lexis-Nexis File & Serve and by sending copies of the Track 1 Defendants' Joint Trial Exhibits 1996 and 1997 by overnight mail to the following:

    Steve W. Berman
    Hagens Berman Sobol Shaprio LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA 98101

    John A. Macoretta
    Spector, Roseman & Kodroff, P.C.
    1818 Market Street, Suite 2500
    Philadelphia, PA 19103

    Donald E. Haviland, Jr.
    The Haviland Law Firm
    740 S. Third Street, 3rd Floor
    Philadelphia, PA 19147

    Kenneth A. Wexler
    Wexler Toriseva Wallace LLP
    One North LaSalle Street, Suite 2000
    Chicago, IL 60602

                              /s/ Daniel P. Christmas
                              Daniel P. Christmas