UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | Judge Patti B. Saris |

SCHERING-PLOUGH CORPORATION'S AND
WARRICK PHARMACEUTICALS CORPORATION'S SUPPLEMENTAL
PRETRIAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A)
**AS TO EXHIBITS**

Schering-Plough Corporation and Warrick Pharmaceuticals Corporation supplement their Second Amended Pretrial Disclosures (Dkt. No. 3264) filed on October 25, 2006 with the following exhibits:

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| 2937 | 7/1/96 | | Chargeback Agreement between Schering Corporation and Blue Cross Blue Shield of Massachusetts | |
| 2938 | | | Table: Implied Unit ASPs and Dollar Spreads for Albuterol 59930150006 and Intron-A 00085053901 Based on Dr. Hartman's Declaration of December 15, 2005 | |
| 2939 | | | Table: NDCs/Years Where Dr. Hartman Finds Liability for Branded Products in Class 3 | |

-2-

| Trial Exh. No. | Doc. Date | Bates Range | Document Title/ Description | Objection |
|---|---|---|---|---|
| 2940 | | | Table: Distribution of Sales by Percentage of WAC Paid by Schering Customers in the "Governmental Buyers" Class of Trade – Intron-A – 1991-2004 | |
| 2941 | | | Table: Distribution of Sales by Percentage of WAC Paid by Schering Customers in the "Governmental Buyers" Class of Trade – Proventil – 1991-2004 | |
| 2942 | | | Table: Distribution of Sales by Percentage of WAC Paid by Schering Customers in the "Governmental Buyers" Class of Trade – Temodar – 1991-2004 | |

Exhibits 2938-2942 are admissible as summaries pursuant to Fed. R. Evid. 1006.

-3-

Respectfully submitted,

Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation
By their attorneys,


 /s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000


Dated:  November 6, 2006

-4-

## CERTIFICATE OF SERVICE

      I, Daniel Christmas, hereby certify that on November 6, 2006, I caused a copy of SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S SUPPLEMENTAL PRETRIAL DISCLOSURES AS TO EXHIBITS and the new exhibits listed thereupon to be served on all counsel of record by causing the same to be posted electronically via Lexis-Nexis File & Serve.

      /s/ Daniel Christmas
      Daniel Christmas