UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** ) ) ) ) ) ) ) ) ) | MDL No. 1456<br>Master File No. 01-CV-12257-PBS |

### NOTICE OF WITHDRAWAL

To:   The Clerk of the United States District Court for the District of Massachusetts.

I, Kate S. Debevoise, hereby file my Withdrawal on behalf of Eugenia K. Glessner.

Dated: November 6, 2006            /s/ Kate S. Debevoise
                                   /s/ Sarah Tracy

                                   Kate S. Debevoise, BBO No. 551290
                                   Sarah Tracy, BBO No. 655542

                                   BERNSTEIN SHUR
                                   100 Middle Street
                                   PO Box 9729
                                   Portland, ME  04104-5029
                                   207-774-1200

                                   Attorneys for Eugenia K. Glessner

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 6, 2006.

                                   /s/ Kate S. Debevoise
                                   Kate S. Debevoise, BBO # 551290