# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 |  |

## THE J&J DEFENDANTS'
## SUPPLEMENTAL PROPOSED FINDINGS OF FACT

Johnson & Johnson, Ortho Biotech Products, L.P., and Centocor, Inc. (the "J&J Defendants") respectfully submit these Supplemental Proposed Findings of Fact. These supplemental findings are based on the Direct Testimony of Raymond S. Hartman dated November 1, 2006.

### A.     Procrit®

1. Plaintiffs previously contended that the "spread" between Procrit's ASP and AWP sometimes exceeded 30% on some Procrit NDCs in some years. On the eve of trial, plaintiffs admitted that no Procrit "spread" exceeded 30% on any Procrit NDC in any year. (Hartman Testimony, Attachment G.3.c.)

2. Because no Procrit "spread" exceeded 30% on any NDC in any year, plaintiffs now admit that Procrit is not subject to liability for Class 3 in any year. (Id., Attachment I.3.)

3. Because no Procrit "spread" exceeded 30% on any NDC in any year, plaintiffs now admit that Class 3 did not suffer any damages relating to Procrit in any year. (Id., Attachment J.3.a.)

### B.     Remicade®

4. Plaintiffs previously contended that the "spread" between Remicade's ASP and AWP exceeded 30% from 1998 through 2003. On the eve of trial, plaintiffs withdrew their claim that Remicade's "spread" exceeded 30% in four of those six years. Plaintiffs now claim that Remicade's "spread" exceeded 30% in 1999 and 2001, but did not exceed 30% in 1998, 2000, 2002, and 2003. (Id., Attachment G.3.c.)

5. Plaintiffs now claim that Remicade's "spread" was 32.1% in 1999, and 31.9% in 2001. (Id.)

6. Because plaintiffs do not claim that Remicade's "spread" exceeded 30% in 1998, 2000, 2002, and 2003, plaintiffs now admit that Remicade is not subject to liability for Class 3 in

those years. (Id., Attachment I.3.)

7. Because plaintiffs do not claim that Remicade's "spread" exceeded 30% in 1998, 2000, 2002, and 2003, plaintiffs now admit that Class 3 did not suffer any damages relating to Remicade in those years. (Id., Attachment I.3.)

Dated: November 6, 2006 /s/ William F. Cavanaugh, Jr.
 William F. Cavanaugh, Jr.
 Andrew D. Schau
 Erik Haas
 Adeel A. Mangi
 Mark Young
 Niraj Parekh
 **PATTERSON BELKNAP WEBB & TYLER LLP**
 1133 Avenue of the Americas
 New York, New York  10036-6710
 (212) 336-2000

1321154v1

## Certificate of Service

I certify that a true and correct copy of the foregoing was served on all parties on November 6, 2006 via LEXIS/NEXIS.

/s/ Andrew D. Schau
Andrew D. Schau

1321154v1