# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) ) | Judge Patti B. Saris |
| | Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF RULE 30(B)(6) DEPOSITION TO AMGEN INC. REGARDING SALES AND MARKETING

TO:   ALL COUNSEL VIA LEXIS/NEXIS

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30(b)(6), the undersigned counsel will take the deposition of the representatives of Amgen Inc. who are knowledgeable regarding the matters set forth in Exhibit A attached hereto. Such depositions will be recorded by stenographic and/or sound and visual means and will take place beginning at 9:30 a.m. on May 10, 2006, at the offices of Hagens Berman Sobol Shapiro LLP in Seattle, Washington.

You are invited to attend and participate.

DATED: April 19, 2006.

By   /s/ Robert F. Lopez
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Donald E. Haviland, Jr.
Shanin Specter
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

  I hereby certify that I, Robert F. Lopez, an attorney, caused a true and correct copy of the foregoing, **NOTICE OF RULE 30(B)(6) DEPOSITION TO AMGEN INC. REGARDING SALES AND MARKETING** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 19, 2006, a copy to LexisNexis File & Serve for Posting and notification to all parties.

            By   **/s/ Robert F. Lopez**
              Robert F. Lopez
              **HAGENS BERMAN SOBOL SHAPIRO LLP**
              1301 Fifth Avenue, Suite 2900
              Seattle, WA 98101
              (206) 623-7292

# EXHIBIT A

# AREAS OF INQUIRY

1. *Organization of Sales and Marketing.* The manner in which the sales and marketing teams are organized and structured at Amgen Inc. This area of inquiry includes, but is not limited to, the following:

    a. How product teams are organized and structured.

    b. The types and nature of documents generated or utilized by sales and marketing personnel.

    c. The names of former and current managers at all levels of the sales and marketing organizations.

    d. The names of persons in the sales and marketing organizations who have been involved in the identification of documents responsive to plaintiffs' discovery requests in this litigation.

2. *Marketing Plans.* The manner in which marketing plans are created and implemented at Amgen Inc. This area of inquiry includes, but is not limited to, the following:

    a. The medium in which marketing plans are created (*e.g.,* Powerpoint, word processing software, other) and the names of persons currently and historically responsible for creating them.

    b. The method by which marketing plans are communicated throughout Amgen Inc., including by whom and to whom.

    c.    The manner in which marketing plans are stored and maintained, including where and for how long, and the names of persons currently and historically responsible for maintaining them.

    d.    The use of any outside consultants to assist in the preparation of marketing plans or with marketing issues in general, including the identity of such consultants and the specific marketing-related projects for which outside consultants were retained.

    e.    The effort undertaken to search for and produce marketing plans in this litigation.

3.    *Sales.* The manner in which sales directives, policies, and other sales-related information are created and implemented at Amgen Inc. This area of inquiry includes, but is not limited to, the following:

    a.    The nature and types of information created and used by the sales organization.

    b.    The medium in which sales-related information is created (*e.g.,* Powerpoint, word processing software, other) and the names of persons currently and historically responsible for creating them.

    c.    The method by which sales-related information is communicated throughout Amgen Inc., including by whom and to whom.

    d.    The manner in which sales-related information is stored and maintained, including where and for how long, and the names of persons currently and historically responsible for maintaining them.

  e. The use of any outside consultants to assist in the preparation of sales-related information in general, including the identity of such consultants and the specific sales-related projects for which outside consultants were retained.

  f. The identity and nature of any sales campaigns undertaken since 1991.

  g. The nature, identity, and storage of documents created or used by sales representatives in the field, including documents and computer presentations shown to, or left with, providers or other customers or potential customers.

  h. The nature and contents of files that Amgen Inc. maintains on each sales representative.

  k. The effort undertaken to search for and produce sales-related information in this litigation.

## CERTIFICATE OF SERVICE

I hereby certify that I, Robert F. Lopez, an attorney, caused a true and correct copy of the foregoing **NOTICE OF RULE 30(B)(6) DEPOSITION TO AMGEN INC. REGARDING SALES AND MARKETING** to be served on all counsel of record electronically on April 19, 2006, pursuant to Section D of Case Management Order No. 2.

By       /s/ Robert F. Lopez
Robert F. Lopez, Esq.
**HAGENS BERMAN LLP**
1301 Fifth Ave., Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292

001534-16 104548 V1