# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## PLAINTIFFS' SCHEDULE OF WITNESSES FOR SECOND WEEK OF TRIAL PER AGREEMENT WITH DEFENDANTS

The Plaintiffs will call during the second week of trial the following witnesses:

| | |
|---|---|
| Day 4 (Nov. 13) | Christof Marre |
| | Denise Kaszuba |
| | **BMS Document Day** (Plaintiffs will take the remainder of the day to focus on BMS documents.) |
| Day  5 (Nov. 14) | Robert Black |
| | Steve Bucknavage |
| | **AZ Document Day** (Plaintiffs will take the remainder of the day to focus on AZ documents.) |
| Day 6 (Nov. 15) | John Hoffman |
| | Cathleen Dooley |
| | **J&J Document Day** (Plaintiffs will take the remainder of the day to focus on J&J documents.) |

001534-16  138998 V1

| Day 7<br>(Nov. 16) | G. Raymond Pironti |
| --- | --- |
| | Charles Alcorn |
| | Schering Document Day<br><br>(Plaintiffs will take the remainder of the day to focus on Schering documents and if time permits a document day on knowledge issues.) |

001534-16  138998 V1

DATED:  November 6, 2006

By    **/s/ Steve W. Berman**    
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Phone:  (215) 609-4661

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

001534-16  138998 V1

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' SCHEDULE OF WITNESSES FOR SECOND WEEK OF TRIAL PER AGREEMENT WITH DEFENDANTS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 6, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

By **/s/ Steve W. Berman**
    Steve W. Berman
    **HAGENS BERMAN SOBOL SHAPIRO LLP**
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    (206) 623-7292

001534-16  138998 V1