**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE               ) <br> LITIGATION                                            ) <br>                                                              ) <br> THIS DOCUMENT RELATES TO:         ) <br>                                                              ) <br> ALL ACTIONS                                       ) <br>                                                              ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiffs, by their attorneys, respectfully move this Court for leave to file (a) Plaintiffs' Memorandum In Response To Immunex Corporation's Objections To October 23, 2006 Order By Chief Magistrate Judge Bowler Denying Immunex's Motion For Protective Order; and (b) Declaration of Robert F. Lopez In Opposition To Immunex Corporation's Objections To Chief Magistrate Judge's Order Denying Immunex's Motion For Protective Order under seal.

The foregoing items include excerpts from a database that Immunex Corporation ("Immunex") has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2004 Protective Order. Paragraph 15 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal. Plaintiffs hereby seek to comply with the terms of the Protective Order.

While plaintiffs seek to file the above-listed items under seal in order to comply with the Protective Order, plaintiffs believe that much if not all of the material that Immunex has designated "CONFIDENTIAL" or HIGHLY CONFIDENTIAL is not truly confidential or highly

- 1 -

confidential. Accordingly, plaintiffs reserve the right to move for an order unsealing the referenced pleadings, and, as appropriate, some or all of the referenced database.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file Plaintiffs' Memorandum In Response To Immunex Corporation's Objections To October 23, 2006 Order By Chief Magistrate Judge Bowler Denying Immunex's Motion For Protective Order; and (b) Declaration of Robert F. Lopez In Opposition To Immunex Corporation's Objections To Chief Magistrate Judge's Order Denying Immunex's Motion For Protective Order under seal, and all other relief that this Court deems just and proper.

| | |
|---|---|
| DATED: November 9, 2006 | By   /s/ **Steve W. Berman**         Thomas M. Sobol (BBO#471770)    Edward Notargiacomo (BBO#567636) Hagens Berman Sobol Shapiro LLP One Main Street, 4th Floor Cambridge, MA 02142 Telephone: (617) 482-3700 Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Shanin Specter
Donald E. Haviland, Jr.
Kline & Specter, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
Facsimile:  (215) 772-1359
Telephone:  (215) 772-1000

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 9, 2006, a copy to LexisNexis File and Serve for Posting and notification to all parties

      By    /s/ **Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      (206) 623-7292

001534-16 139555 V1