# EXHIBIT A

OSBORN
MALEDON
A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

P.O. Box 36379
Phoenix, Arizona 85067-6379

Telephone    602.640.9000
Facsimile    602.640.9050

1   William J. Maledon, Atty. No. 003670
    Dawn L. Dauphine, Atty. No. 010833
2   OSBORN MALEDON, P.A.
    2929 North Central Avenue, Suite 2100
3   Phoenix, Arizona 85012-2794
    Telephone: (602) 640-9000
4   Facsimile: (602) 640-9050
    wmaledon@omlaw.com
5   ddauphine@omlaw.com

6   D. Scott Wise
    Kimberley D. Harris
7   DAVIS POLK & WARDWELL
    450 Lexington Avenue
8   New York, New York 10017
    Telephone: (212) 450-4000
9   Facsimile: (212) 450-3800
    d.wise@dpw.com
10  kharris@dpw.com

11  **Attorneys for Defendants AstraZeneca Pharmaceuticals LP and Zeneca Inc.**

12

13              IN THE UNITED STATES DISTRICT COURT

14                 FOR THE DISTRICT OF ARIZONA

15

16  The State of Arizona *ex. rel.* Terry Goddard,        )
                                                          )
17              Plaintiff,                                )    CASE NO. _____
                                                          )
18  VS.                                                    )
                                                          )    **NOTICE OF REMOVAL**
19  Abbott Laboratories; Amgen Inc.; Apothecon,           )
    Inc.; AstraZeneca, PLC; AstraZeneca U.S.;             )
20  AstraZeneca Pharmaceuticals L.P.; Aventis             )
    Pharmaceuticals, Inc.; Aventis Behring                )
21  L.L.C.; B. Braun Medical Inc.; Baxter                 )
    International Inc.; Baxter Healthcare                  )
22  Corporation; Bayer Corporation; Bedford               )
    Laboratories; Ben Venue Laboratories, Inc.;           )
23  Boehringer Ingelheim Pharmaceuticals, Inc.;           )
    Biogen Idec U.S.; Bristol-Myers Squibb Co.;           )
24  Centocor, Inc.; Dey, Inc.; Fujisawa                   )
    Healthcare, Inc.; Fujisawa USA, Inc.; Gensia          )
25  Inc.; Gensia Sicor Pharmaceuticals, Inc.;             )
    Glaxosmithkline, P.L.C.; Glaxowellcome,               )
26  Inc.; Hoechst Marion Roussel, Inc.; Immunex           )

1   Corporation; Janssen Pharmaceutica )
    Products, L.P.; Johnson & Johnson; McNeil- )
2   PPC, Inc.; Merck & Co., Inc.; Oncology )
    Therapeutics Network Corp.; Ortho Biotech; )
3   Pharmacia Corporation; )
    Pharmacia & Upjohn, Inc.; Rhone-Poulenc )
4   Rorer, S.A.; Roxanne Laboratories, Inc.; )
    Schering-Plough Corporation; Sicor, Inc.; )
5   Smithkline Beecham Corporation; TAP )
    Pharmaceutical Products, Inc.; Warrick )
6   Pharmaceuticals Corporation; Watson )
    Pharmaceuticals, Inc.; Zeneca, Inc. AND )
7   DOES 1 THROUGH 100; DOES 101-125; )
    DOES 126-150 AN DOES 151-200 )
8                                          )
                        Defendants. )
9   _____ )

10          Pursuant to 28 U.S.C. § 1441 *et seq.*, all Defendants hereby notice removal of

11   this civil action from the Superior Court of the State of Arizona in and for the County

12   of Maricopa, to the United States District Court for the District of Arizona.  This

13   Court has removal jurisdiction because this is a civil action "of which the district

14   courts have original jurisdiction" and an action "founded on a claim or right arising

15   under . . . the laws of the United States." 28 U.S.C. § 1441(a) - (b); *see* 28 U.S.C. §

16   1331.  In particular, federal question jurisdiction exists because the State of Arizona's

17   claim to recover Medicare Part B co-payments raises a substantial federal question in

18   that it requires the resolution of issues of federal law relating to the federal Medicare

19   program.  *See Grable & Sons Metal Prods., Inc. v. Darue Engineering &*

20   *Manufacturing*, 545 U.S. ____, 125 S. Ct. 2363 (June 13, 2005); *Franchise Tax Bd. v.*

21   *Constr. Laborers Vacation Trust*, 463 U.S. 1, 9, 28 (1983); *cf. State of Montana v.*

22   *Abbott Labs., Inc.*, 266 F. Supp. 2d 250, 255-56 (D. Mass. 2003).

23          In further support of this Notice, Defendants allege:

24          1.      On or about December 6, 2005, the State of Arizona filed the civil

25   action captioned *The State of Arizona ex rel. Terry Goddard v. Abbott Laboratories,*

26

                                    - 2 -                              1138199

*et al.*, CV2005-018711, in the Superior Court of the State of Arizona in and for the County of Maricopa.

2.    Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit A is a true and correct copy of all substantive records and proceedings from the state court.

3.    Pursuant to 28 U.S.C. § 1446(d), Defendants shall file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona in and for the County of Maricopa, and serve Plaintiff and all other parties with this Notice of Removal promptly after the filing of this Notice.

## I.    THE STATE OF ARIZONA ACTION

4.    This case is virtually identical to numerous cases that have been transferred from district courts throughout the country and consolidated in a Multidistrict Litigation ("MDL") proceeding, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (the "AWP MDL"), which is currently pending before the Honorable Patti B. Saris in the United States District Court for the District of Massachusetts.

5.    Like this case, many of the cases now pending in the AWP MDL were originally filed in state courts before removal to federal court and transfer to the AWP MDL.  The AWP MDL currently includes similar actions brought by the States of Montana, Nevada, Kentucky, Illinois, and New York.  Defendants will shortly notify the Judicial Panel on Multidistrict Litigation that this action is closely related to those pending before Judge Saris in the AWP MDL and thus should be treated as a "tag-along action" within the meaning of the Rules of the Judicial Panel on Multidistrict Litigation.

6.    The two-count Complaint alleges claims against dozens of pharmaceutical manufacturers.  It alleges, in part, that each Defendant pharmaceutical

- 3 -

1138199

manufacturer caused persons and entities in the State of Arizona, including private individuals, third-party payors and the Arizona Health Care Cost Containment System (the "Arizona Medicaid Program"), to overpay for that company's pharmaceutical products by reporting inflated average wholesale price ("AWP") and other pricing information, which allegedly serves as a basis for payments by such persons and entities and reimbursement rates by the Arizona Medicaid Program for prescription pharmaceuticals.  Cmplt. ¶¶ 1-16.

7.      Although the State of Arizona is the named plaintiff in this action, the State specifically purports to prosecute this action on behalf of its citizens and Arizona entities who allegedly have paid inflated prices for prescription pharmaceuticals covered by Medicare.  Cmplt. ¶¶ 9-13.  The State alleges that by reporting allegedly inflated AWP pricing information, Defendants have caused Medicare Part B beneficiaries in Arizona to make inflated Medicare Part B co-payments for Defendants' prescription pharmaceuticals, because, until recently, Medicare co-payments for prescription pharmaceuticals covered under Part B were based upon published AWPs.  Cmplt. ¶¶ 9-10, 133-155; *see also* 42 U.S.C. §§ 1395l(a), 1395u(o).  The State also alleges that by reporting allegedly inflated AWP pricing information, Defendants have caused overpayment for physician-administered pharmaceuticals outside of the Medicare Part B context as well as self-administered pharmaceuticals for which AWP is used as a benchmark.  Cmplt. ¶¶ 11-13, 156-174. The State seeks to recover the amounts allegedly overpaid for increased pharmaceutical costs, including Medicare Part B co-payments.  Cmplt. ¶¶ 18-21.

8.      The Complaint purports to allege claims under the Unlawful Practices Section of the Arizona Consumer Fraud Act and provisions of the Arizona Racketeering Statute.  The Plaintiff seeks various legal and equitable remedies.

## II.   REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

9.      This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because it arises under the laws of the United States.  Specifically, federal question jurisdiction exists because the State of Arizona's claim to recover Medicare Part B co-payments on behalf of Arizona Medicare Part B beneficiaries raises a substantial federal question in that it requires the resolution of issues of federal law relating to the federal Medicare program, namely the meaning of AWP in the federal Medicare statute and regulations.  *See Grable & Sons Metal Prods., Inc. v. Darue Engineering & Manufacturing*, 545 U.S. ____, 125 S. Ct. 2363, 2368 (June 13, 2005) (removal jurisdiction exists where the meaning of a federal statute is an essential element of a state law claim); *Franchise Tax Bd. v. Constr. Laborers Vacation Trust*, 463 U.S. 1, 9, 28 (1983); *cf State of Montana v. Abbott Labs., Inc.*, 266 F. Supp. 2d 250, 255-56 (D. Mass. 2003).

10.      The state law claims asserted by the State relating to Medicare Part B co-payments necessarily depend on an interpretation of the federal statute and regulations governing Medicare Part B reimbursement, which until recently pegged such reimbursement (and the corresponding 20% co-payment) to a pharmaceutical's AWP.  Indeed, as Judge Saris has already ruled, a plaintiff in an AWP action cannot recover on its state law claims relating to Medicare Part B co-payments unless it proves its fundamental assertion that the AWP was "inflated" as the term AWP has been interpreted under the federal Medicare reimbursement statute and regulations. *See State of Montana v. Abbott Laboratories, Inc.*, 266 F. Supp. 2d 250, 255-56 (D. Mass. 2003) (holding that an essential element of the State of Minnesota's claims relating to Medicare Part B co-payments "is proof of a discrepancy between the

- 5 -

1138199

AWPs reported by [defendant] and the meaning of AWP under the Medicare statute.").

11.     This Court has supplemental jurisdiction over Plaintiff's non-federal claims pursuant to 28 U.S.C. § 1367.

III.   **CONSENT TO REMOVAL**

12.     All Defendants consent to and have joined in this Notice of Removal.

13.     No Defendant waives any defense to the Complaint, including but not limited to lack of service, improper service or lack of personal jurisdiction.

IV.    **REMOVAL IS TIMELY**

14.     Removal of this case is timely.  The Complaint was not served on any Defendant before December 8, 2005.  This Notice of Removal is filed on January 5, 2006, within thirty days of December 8, 2005.  *See* 28 U.S.C. § 1446(b).

**WHEREFORE**, Defendants notice the removal of this case to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1331 & 1441 *et seq.*

RESPECTFULLY SUBMITTED this 5th day of January, 2006,

William J. Maledon
Dawn L. Dauphine
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona  85012

**Attorneys for Defendants AstraZeneca Pharmaceuticals LP And Zeneca Inc.**[1]

---

[1]     The Complaint also names AstraZeneca U.S. and AstraZeneca PLC as separate defendants.  AstraZeneca U.S. does not exist as an entity and has not been served. AstraZeneca PLC is a public limited holding company organized under the laws of England and Wales, must be served under the Hague Convention, has not been so

1

2
By___s/William J. Maledon_____

3
William J. Maledon

4

5
**Of Counsel for These Defendants:**

6
D. Scott Wise
Kimberley D. Harris

7
DAVIS POLK & WARDWELL
450 Lexington Avenue

8
New York, New York  10017
Telephone:  (212) 450-4000

9
Facsimile:  (212) 450-3800
d.wise@dpw.com

10
kharris@dpw.com

11

12

13

14

15

16

17

18

19

20

21

22

23
───────────────────────────────────────

24
served, and specifically reserves all arguments as to insufficient service.  Moreover, in
a related case filed in this court, *Swanston v. TAP Pharmaceutical Products, et al.*,

25
Maricopa County Superior Court CV2002-004988, the Court dismissed AstraZeneca
PLC for lack of personal jurisdiction.  At any rate, all AstraZeneca entities whose

26
consent to removal is required to effectuate removal do consent to removal.

- 7 -                                          1138199

1            Randy Papetti, Atty. No. 014586
            LEWIS AND ROCA LLP
2            40 N. Central Ave, Suite 1900
            Phoenix, AZ 85004
3            602-262-5337
            602-734-3865 (fax)
4            Rpapetti@lrlaw.com

5            **Counsel for Abbott Laboratories and TAP Pharmaceutical Products Inc.**

6

7            By___s/Randy Papetti_____
                    Randy Papetti

8

9 **Of Counsel for These Defendants:**

10 James R. Daly
     J. Ryan Mitchell
11 JONES DAY
     77 W. Wacker Drive
12 Chicago, IL 60601-1692
     312-782-3939
13 312-782-8585 (fax)
     jrdaly@jonesday.com
14 jrmitchell@jonesday.com

15 Toni-Ann Citera
     JONES DAY
16 222 East 41st Street
     New York, New York 10017-6702
17 212-326-3939
     212-755-7306 (fax)
18 tcitera@jonesday.com

19

20

21

22

23

24

25

26

1138199

1  Andrew S. Gordon, Atty. No. 003660
   COPPERSMITH GORDON SCHERMER OWENS & NELSON
2  PLC
   2800 North Central Avenue
3  Suite 1000
   Phoenix, AZ  85004
4  602-224-0999
   andy@cgson.com
5

6  **Attorneys for Defendant Amgen Inc.**

7
   By___s/Andrew S. Gordon_____
8         Andrew S. Gordon

9

10 **Of Counsel for This Defendant:**

11 Steven F. Barley
   Joseph H. Young
12 HOGAN & HARTSON LLP
   111 South Calvert Street
13 Suite 1600
   Baltimore, MD  21202
14 410-659-2700
   sfbarley@hhlaw.com
15 jhyoung@hhlaw.com

16

17

18

19

20

21

22

23

24

25

26

Pamela M. Overton, No. 009062
Aaron Schepler, No. 019985
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, AZ 85016
(602) 445-8000
overtonp@gtlaw.com
Scheplera@gtlaw.com

**Attorneys for Defendants Aventis Pharmaceuticals Inc.[2]**

By   s/Pamela M. Overton
         Pamela M. Overton

**Of Counsel for These Defendants:**

Michael L. Koon
Joseph G. Matye
SHOOK, HARDY & BACON
2555 Grand Boulevard
Kansas City, MO 64108-2613
(816) 474-6550
mkoon@shb.com
jmatye@shb.com

---

[2]    The Complaint also names Rhone-Poulenc Rorer, S.A. and Hoechst Marion
Roussel, Inc. as separate defendants. Rhone-Poulenc Rorer, S.A. and Hoechst Marion
Roussel, Inc. do not exist as separate entities and have not been served. In any event,
Aventis Pharmaceuticals Inc. and all related entities, whether or not properly named
or served, consent to removal.

- 10 -                                    1138199

1    Pamela M. Overton, No. 009062
     Aaron Schepler, No. 019985
2    GREENBERG TRAURIG, LLP
     2375 East Camelback Road, Suite 700
3    Phoenix, AZ  85016
     (602) 445-8000
4    overtonp@gtlaw.com
     Scheplera@gtlaw.com

5    **Attorneys for Defendant Aventis Behring LLC (now known**
6    **as ZLB Behring LLC)**

7
     By___s/Pamela M. Overton_____
8            Pamela M. Overton

9

10   **Of Counsel for This Defendant:**

11   Jonathan T. Rees
     Gregory M. Petouvis
12   HOGAN & HARTSON LLP
     555 13th Street, N.W.
13   Washington, DC   2004
     (202) 637-5600
14   JTRees@hhlaw.com
     GMPetouvis@hhlaw.com
15

16

17

18

19

20

21

22

23

24

25

26
                              - 11 -                          1138199

1

2

Robert P. Simbro, No. 007501
SIMBRO & WHITE, P.C.
8767 E. Via de Commercio
Suite 103
Scottsdale, Arizona 85258
Telephone: (480) 607-0500
Facsimile: (480) 607-0400
rsimbro@simbrowhiteandbarfield.com

3

4

5

**Attorneys For B. Braun Medical Inc.**

6

7

By___s/Robert P. Simbro_____
         Robert P. Simbro

8

9

**Of Counsel for This Defendant:**

10

Daniel F. Attridge, P.C.
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, DC   20005
Telephone: (202) 879-5012
Facsimile: (202) 654-9555
dattridge@kirkland.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1138199

1                 Vincent J. Montell, No. 014236
                    Karl A. Fazio, No. 018771

2                 BOWMAN AND BROOKE LLP
                    Suite 1600, Phoenix Plaza

3                 2901 North Central Avenue
                    Phoenix, Arizona 85012-2761

4                 Direct:  (602 ) 643-2300
                    Fax:  (602 ) 248-0947

5                 Vince.Montell@phx.bowmanandbrooke.com
                    Karl.Fazio@phx.bowmanandbrooke.com

6

7                 **Attorneys for Baxter Healthcare Corporation and Baxter International Inc.**

8

9                 By   s/Vincent J. Montell
                       Vincent J. Montell

10

11   **Of Counsel for These Defendants:**

12   Merle M. DeLancey
      Tina Ducharme Reynolds

13   DICKSTEIN SHAPIRO MORIN & OSHINSKY  LLP
      2101 L Street, NW

14   Washington, DC 20037
      Direct:  (202 ) 785-9700

15    Fax:  (202 ) 887-0689
      delanceym@dsmo.com

16   reynoldst@dsmo.com

17

18

19

20

21

22

23

24

25

26

1138199

1    D. Samuel Coffman, No. 011428
     MARISCAL WEEKS McINTYRE & FRIEDLANDER PA
2    2901 North Central, Suite 200
     Phoenix, Arizona  85012
3    602-285-5000
     sam.coffman@mwmf.com
4
     **Attorneys for Defendant Bayer Corporation**
5

6    By___s/D. Samuel Coffman_____
           D. Samuel Coffman
7

8
     **Of Counsel for This Defendant:**
9
     Richard D. Raskin
10   Michael P. Doss
     SIDLEY AUSTIN LLP
11   One South Dearborn Street
     Chicago, IL 60603
12   312.853.7000
     312.853.7036 (fax)
13   rraskin@sidley.com
     mdoss@sidley.com
14

15

16

17

18

19

20

21

22

23

24

25

26
                              - 14 -                        1138199

1   John E. DeWulf, No. 006850
    Darlene M. Wauro, No. 014697
2   ROSHKA, DeWULF & PATTEN, PLC
    400 East Van Buren
3   Suite 800
    Phoenix, Arizona 85004
4   602-256-6100
    dewulf@rdp-law.com
5   wauro@rdp-law.com

6
    Helen E. Witt
7   Maria Pellegrino Rivera, No. 018124
    KIRKLAND & ELLIS, LLP
8   200 East Randolph Drive
    Chicago, Illinois  60601-3363
9   312-861-2000
    hwitt@Kirkland.com
10  mrivera@Kirkland.com

11  **Attorneys for Defendants Ben Venue Laboratories, Inc.,
    Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane
12  Laboratories, Inc.[3]**

13
    By___s/John E. DeWulf_____
14      John E. DeWulf

15

16

17

18

19

20

21

22

23
    _____
24  [3]    The Complaint also names Bedford Laboratories as a separate defendant.
    Bedford Laboratories is not a separate entity and has not been served.  Rather,
25  Bedford Laboratories is a division of Ben Venue Laboratories, Inc., which has also
    been named as a defendant.    In any event, all Boehringer-related entities, whether or
26  not properly named or served, consent to removal.

                            - 15 -                          1138199

Andrew M. Jacobs, No. 021146
Adrienne S. Ehrhardt, No. 022429
SNELL & WILMER L.L.P.
One South Church Avenue
Suite 1500
Tucson, Arizona  85701
520-882-1200
FAX:  520-884-1294
ajacobs@swlaw.com
aehrhardt@swlaw.com

**Attorneys for Defendant Biogen Idec, Inc. (incorrectly named as Biogen IDEC U.S.)**

By   s/Andrew M. Jacobs
         Andrew M. Jacobs

**Of Counsel for this Defendant:**

James C. Burling
Maura T. Healey
Kimberly I. Friday
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
james.burling@wilmerhale.com
maura.healey@wilmerhale.com
kim.friday@wilmerhale.com

- 16 -

1138199

1
2
3
4
5

George Brandon, Arizona Bar No. 017947
Andrea L. Marconi, Arizona Bar No. 022577
SQUIRE, SANDERS & DEMPSEY L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4498
Telephone: 602.528.4000
Facsimile: 602.253.8129
gbrandon@ssd.com
amarconi@ssd.com

6
7

**Attorneys for Defendants Apothecon, Inc., Bristol-Myers
Squibb Co., and Oncology Therapeutics Network Corp.**

8
9

By___s/George Brandon_____
        George Brandon

10
11

**Of Counsel for These Defendants:**

12
13
14
15
16

Steven M. Edwards
Lyndon M. Tretter
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
Telephone: 212.918.3000
Facsimile: 212.918.3100
SMEdwards@HHLAW.com
LMTretter@HHLAW.com

17
18
19
20
21
22
23
24
25
26

Don Bivens, No. 005134
Paul L. Stoller, No. 016773
BIVENS & NORE, P.A.
3003 N. Central Avenue, #1200
Phoenix, AZ 85012
(602) 604-2200
dwbivens@bivens-nore.com
plstoller@bivens-nore.com

**Attorneys for Defendant Dey, Inc.**


By___s/Don Bivens_____
        Don Bivens


**Of Counsel for This Defendant:**

Christopher C. Palermo
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, N.Y. 10178
(212) 808-7789
cpalermo@kelleydrye.com

- 18 -

1138199

Martin A. Aronson, Arizona Bar No. 9005
MORRILL & ARONSON, P.L.C.
One East Camelback Road, Suite 340
Phoenix, Arizona 85012
Telephone: (602) 263-8993
Facsimile:  (602) 285-9544
maronson@maazlaw.com

**Attorneys for Defendants Fujisawa Healthcare, Inc.
and Fujisawa USA, Inc.**


By___s/Martin Aronson_____
           Martin Aronson


**Of Counsel for These Defendants:**

Michael T. Scott, Esq.
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
Telephone:  (215) 851-8100
Facsimile: (215)851-1420
MScott@reedsmith.com

Andrew L. Hurst, Esq.
Lasagne A. Wilhite, Esq.
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C.  20005
Telephone: (202) 414-9200
Facsimile:  (202) 414-9299
AHurst@reedsmith.com
LWilhite@reedsmith.com

- 19 -

1138199

1    Michael K. Kennedy, No. 004224
     GALLAGHER & KENNEDY P.A.
2    2575 E. Camelback Road, Suite 1100
     Phoenix, AZ 85016
3    Telephone: (602) 530-8000
     Facsimile: (602) 530-8500
4    mkk@gknet.com

5    **Attorneys for Defendant Immunex Corporation**

6

     By____s/Michael K. Kennedy_____
7            Michael K. Kennedy

8

9    **Of Counsel for This Defendant:**

10   David J. Burman
     Kathleen M. O'Sullivan
11   PERKINS COIE LLP
     1201 Third Avenue, Suite 4800
12   Seattle, WA 98101-3099
     Telephone: (206) 359-8000
13   Facsimile: (206) 359-9000
     DBurman@perkinscoie.com
14   KOSullivan@perkinscoie.com

15

16

17

18

19

20

21

22

23

24

25

26

1138199

1        Mary G. Pryor, No. 016709
        THE CAVANAGH LAW FIRM, P.A.
2        1850 North Central Avenue, Suite 2400
        Phoenix, Arizona  85004-4527
3        (602) 322-4035
        mpryor@cavanaghlaw.com

**Attorneys for Defendants Centocor, Inc., Janssen Pharmaceutica LLP, Johnson & Johnson, McNeil PPC, and Ortho Biotech Products LLP**

By____s/Mary G. Pryor_____
        Mary Pryor

**Of Counsel for These Defendants:**

William F. Cavanaugh, Jr.
Andrew D. Schau
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000
adschau@pbwt.com

- 21 -

1138199

1           John R. Dacey, Esq., Arizona State Bar No. 004962
James A. Craft, Esq., Arizona State Bar No. 005145

2           GAMMAGE & BURNHAM
Two North Central Avenue, 18th Floor

3           Phoenix, AZ   85004
Telephone (602) 256-0566

4           Facsimile (602) 256-4475
Jdacey@gblaw.com

5           jcraft@gblaw.com

6           **Attorneys For Defendant Merck & Co., Inc.**

7

8           By___s/John R. Dacey_____
                    John R. Dacey

9

10   **Of Counsel for This Defendant:**

11   John M. Townsend, Esq.
Robert P. Reznick, Esq.

12   Robert B. Funkhouser, Esq.
HUGHES HUBBARD & REED LLP

13   1775 I Street, N.W.
Washington, DC   20006-2401

14   Telephone: (202) 721-4600
Facsimile: (202) 721-4646

15   townsend@hugheshubbard.com
reznick@hugheshubbard.com

16   funkhous@hugheshubbard.com

17

18

19

20

21

22

23

24

25

26

                        1138199

Barry D. Halpern, No. 005441
Stephanie V. Hackett, No. 019353
Joseph G. Adams, No. 018210
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2204
(602) 382-6000
FAX:  (602) 382-6070
bhalpern@swlaw.com
shackett@swlaw.com
jgadams@swlaw.com


**Attorneys for Defendants Pharmacia Corporation and Pharmacia & Upjohn, Inc.**

By___s/Stephanie V. Hackett_____
      Stephanie V. Hackett


**Of Counsel for These Defendants:**

John C. Dodds
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:  215.963.5000
Facsimile:  215.963.5001
jdodds@morganlewis.com

Scott A. Stempel
J. Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:  202.739.3000
Facsimile:  202.739.3001
sstempel@morganlewis.com
jeverett@morganlewis.com

- 23 -

1138199

1   Lydia A. Jones, No. 017178
    ROGERS & THEOBALD, LLP
2   The Camelback Esplanade
    8th Floor
3   2425 East Camelback Road
    Phoenix, Arizona 85016
4   Tel:  (602) 852-5582
    Fax:  (602) 852-5570
5   laj@rogerstheobald.com

6   **Attorneys for Defendants Sicor Inc. f/d/b/a Gensia, Inc.,
    Gensia Sicor Pharmaceuticals Inc.**

7
    By___s/Lydia A. Jones_____
8               Lydia A. Jones

9

10  **Of Counsel for these Defendants:**

11  Elizabeth I. Hack, Esq.
    SONNENSCHEIN NATH & ROSENTHAL LLP
12  1301 K Street, NW, Suite 600 East Tower
    Washington, DC  20005
13  Tel:  (202) 408-9236
    Fax:  (202) 408-6399
14  ehack@sonnenschein.com

15

16

17

18

19

20

21

22

23

24

25

26

- 24 -                                    1138199

1   Robert W. Shely, No. 014261
    Rodney W. Ott, No. 016686
2   BRYAN CAVE LLP
    Two North Central Avenue, Suite 2200
3   Phoenix, Arizona  85254
    Tel:  602-364-7000
4   Fax: 602-364-7070
    rwshely@bryancave.com
5   rwott@bryancave.com

6   **Attorneys for SmithKline Beecham Corporation d/b/a GlaxoSmithKline[4]**

7

8   By___s/Rodney W. Ott_____
           Rodney W. Ott

9

10

11

12

13

14

15

16

17

18

19

20   ---

     [4]      The Complaint names GlaxoSmithKline plc, Glaxo Wellcome, Inc. and
     SmithKline Beecham Corp. as separate defendants.  Glaxo Wellcome, Inc. and
21   SmithKline Beecham Corp. have merged.  In the United States, "SmithKline
     Beecham Corporation" is the remaining corporation, and it is doing business as
22   "GlaxoSmithKline."  Thus, the defendants named as Glaxo Wellcome, Inc. and
     SmithKline Beecham Corp. are both appearing under the correct corporate name of
23   SmithKline Beecham Corporation, d/b/a GSK.  Named defendant GlaxoSmithKline
     plc is a holding company with no employees organized under the laws of England and
24   Wales.  GlaxoSmithKline plc was not involved in the matters raised by the
     Complaint, can only be properly served under the Hague Convention, has not been
25   served, and specifically reserves all arguments as to insufficient service.  At any rate,
     GSK and all related entities, whether or not properly named or served, consent to
26   removal.

                                        - 25 -                          1138199

1
Andrew F. Halaby, No.017251
Adam E. Lang, No. 022545

2
SNELL & WILMER
One Arizona Center

3
Phoenix, Arizona 85004-2202
Telephone (602) 382-6000

4
Facsimile (602) 382-6070
ahalaby@swlaw.com

5
alang@swlaw.com

6
**Attorneys for Defendants Warrick Pharmaceuticals
Corporation and Schering-Plough Corporation**

7
By___s/Andrew F. Halaby_____

8
Andrew F. Halaby

9

10
**Of Counsel for These Defendants:**

11
John T. Montgomery
Brien T. O'Connor

12
ROPES & GRAY LLP
One International Place

13
Boston, MA 02110-2624
Telephone (617) 951-7000

14
Facsimile (617) 951-7050
john.montgomery@ropesgray.com

15
brien.o'connor@ropesgray.com

16
J. Steven Baughman
ROPES & GRAY LLP

17
One Metro Center
700 12th Street, N.W., Suite 900

18
Washington, DC 20005-3948
Telephone (202) 508-4600

19
Facsimile (202) 508-4650
steven.baughman@ropesgray.com

20

21

22

23

24

25

26

- 26 -

1138199

1

Winn L. Sammons, No.  005500
SANDERS & PARKS, P.C.

2

3030 N. 3rd Street, Suite 1300
Phoenix, AZ   85012

3

(602) 532-5786
Winn.Sammons@SandersParks.com

4

**Attorneys for Watson Pharmaceuticals, Inc.**

5

6

By___s/Winn L. Sammons_____
            Winn L. Sammons

7

8

**Of Counsel for this Defendant:**

9

10

Douglas B. Farquhar
Michelle L. Butler
HYMAN, PHELPS, & McNAMARA, P.C.

11

700 Thirteenth Street, N.W., Suite 1200
Washington, D.C.  20005

12

(202) 737-5600
(202) 737-9329 (facsimile)

13

dbf@hpm.com
mlb@hpm.com

14

15

16

17

18

19

20

21

22

23

24

25

26

1138199

1

## CERTIFICATE OF SERVICE

2

3
I hereby certify that on January 5, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing:

4

5
I hereby certify that on January 5, 2006, I served the attached document **(minus Exhibit A - which consists of the documents previously filed in Superior Court)** by mail on the following:

6
Terry Goddard
Attorney General

7
Ann Thompson Uglietta
Assistant Attorney General

8
Consumer Protection and Advocacy Section
1275 West Washington

9
Phoenix, Arizona  85007-2997

10
Steve W. Berman
Robert B. Carey

11
Sean R. Matt
Hagens Berman Sobol Shapiro LLP

12
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101

13

14
**Attorneys for Plaintiff**

15
    s/Deborah B. Dunn

16

17

18

19

20

21

22

23

24

25

26

- 28 -

1138199