```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY** ) <br> **AVERAGE WHOLESALE PRICE** ) <br> **LITIGATION** ) **M.D.L. No. 1456** <br> ) <br> ) **CIVIL ACTION NO.** <br> **THIS DOCUMENT RELATES TO:** ) **01-12257-PBS** <br> ) <br> State of Florida, et al. v. Mylan ) <br> Laboratories, Inc., et. al. ) <br> ) <br> Civ. Action No. 06-CV-10690-PBS ) <br> ) | |

<u>**ORDER**</u>

November 7, 2006

Saris, U.S.D.J.

The motion to remand is **ALLOWED**, but the motion for costs and attorney's fees is **DENIED**.  See <u>In re Pharm. Indus. Average Wholesale Price Litig.</u>, 2006 U.S. Dist. LEXIS 63655 (Sept. 6, 2006).

**S/PATTI B. SARIS**
United States District Judge
