# TAB C



# Bristol-Myers Squibb Company
### Worldwide Medicines Group
P.O. Box 4500  Princeton, NJ 08543-4500  609 897-2000

June 16, 1998

MEDISPAN
8425 Woodfield Crossing Boulevard
Indianapolis, IN 46240-0930

Attention: Connie Westbrook

Dear Connie:

Listed below is product and pricing information on a new item introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Bristol-Myers Squibb Oncology/Immunology price list. Please use this information, along with the enclosed package label and package insert, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|---|---|---|---|---|---|
| 3479-11 | 0015-3479-11 | Taxol® (paclitaxel) Injection 300 mg/50 mL, multidose vial | $ 1461.00 | $ 1461.00 | 6/16/98 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz
Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

Defendants' Exhibit
**2630**
01-12257-PBS

HIGHLY CONFIDENTIAL
BMS/AWP/000092044



# Bristol-Myers Squibb Company
Worldwide Medicines Group
P.O. Box 4500  Princeton, NJ 08543-4500  609 897-2000

June 16, 1998

FIRST DATA BANK
Suite 350
1111 Bayhill Drive
San Bruno, CA 94066

Attention: Cathy Gutgesell

Dear Cathy:

Listed below is product and pricing information on a new item introduced by Bristol-Myers Squibb U.S. Pharmaceutical Group, and found on the Bristol-Myers Squibb Oncology/Immunology price list. Please use this information, along with the enclosed package label and package insert, to update the National Drug Data Files.

| Item No. | NDC No. | Product Description | Wholesale Price Per Unit | Direct Price Per Unit | First Ship Date |
|---|---|---|---|---|---|
| 3479-11 | 0015-3479-11 | Taxol® (paclitaxel) Injection 300 mg/50 mL, multidose vial | $ 1461.00 | $ 1461.00 | 6/16/98 |

If you require additional information, I may be reached at 609-897-4780.

Sincerely,

Barbara Goetz
Pricing Support Coordinator

cc: DM Kaszuba

HIGHLY CONFIDENTIAL
BMS/AWP/000092045