# TAB D

**Morgan, Kay**

From: Mimi Leake [mimi.leake@bms.com]
Sent: Monday, June 03, 2002 5:06 AM
To: Kay Morgan; Carol Flanagan
Cc: Kaszuba Denise
Subject: June 3, 2002 Price Increase Notification

 

Dataservices_0603 Card for Mimi Leake 2002.doc

To All:

Please see the attached Bristol-Myers Squibb price increase notification which went into effect on June 3, 2002.

Please send me confirmation that you received this message.

Thanks,

Mimi Leake
Bristol-Myers Squibb
Pricing Operations



Defendants' Exhibit
2627
01-12257-PBS

HIGHLY CONFIDENTIAL      FDB-AWP-18629

SUBJECT: Bristol-Myers Squibb Price Increase
June 3, 2002

Effective June 3, 2002, Bristol-Myers Squibb U.S. Medicines Group will adjust prices for Paraplatin®. The product and pricing information is listed below.

| NDC NO. | ITEM NO. | PRODUCT DESCRIPTION | LIST PRICE |
|---|---|---|---|
| | | PARAPLATIN® (carboplatin for injection) | |
| 0015-3213-30 | 3213-30 | 50 mg vial, single dose, (cartoned) | $ 114.50 |
| 0015-3214-30 | 3214-30 | 150 mg vial, single dose, (cartoned) | $ 343.46 |
| 0015-3215-30 | 3215-30 | 450 mg vial, single dose, (cartoned) | $1,030.41 |

Wholesale and Direct List Prices, including those for the products listed herein, may not reflect actual Bristol-Myers Squibb sale prices. Certain multisource products are always sold at lower special offer prices. All products may be subject to negotiated discounts, rebates and chargebacks.

All direct buying customers will receive notification of this price increase via mailgram on June 3, 2002. All orders transmitted or postmarked on or after this date will be invoiced at the new prices.

BRISTOL-MYERS SQUIBB U.S. MEDICINES GROUP

HIGHLY CONFIDENTIAL          FDB-AWP-18630