TAB
E

Highly Confidential

August 15, 2001

## STANDBY STATEMENT
### Regarding Pricing Terms Initiative for U.S. Primary Care Trade Customers

Since 1991, Bristol-Myers Squibb has had different pricing structures for wholesale (wholesale list price) and trade customers (direct price), including retailers, mass merchandisers, institutions and other entities. The majority of the company's pharmaceutical sales, however, are driven through wholesaler customers that typically buy products at discounted prices and, in many cases, pass those discounts onto other customers. Over time, however, changes in the pharmaceutical marketplace have demonstrated that separate pricing structures for trade customers are no longer necessary or consistent with the company's business strategies. Therefore, as of August 15, 2001, the company will offer its primary care pharmaceutical products to all trade customers at one price (list price that is equivalent to the current direct price). The pricing structure for two of the company's primary care products, Pravachol and Glucophage IR, will remain unchanged due to conditions specific to their markets. BMS oncology, immunology and dermatological products historically have had one price for wholesale and trade customers.

Bristol-Myers Squibb has no further comment on this change in its pricing structure for trade customers. As a matter of policy, we do not disclose pricing strategies or specific prices and discounts for various customers. Prices for BMS branded pharmaceutical products may be obtained from various third-party organizations.

### QUESTIONS & ANSWERS

**Does the new pricing structure effectively translate into a price increase?**

The change will result in a modest (5%), one-time price increase for wholesalers for most BMS primary care products.

**What impact will this policy change have on seniors and cash-paying customers?**

BMS cannot predict nor control what impact its pricing structure for trade customers will have for seniors or cash-paying customers. However, in general, we remain committed to the principle of expanded prescription drug coverage that is based on competitive plans, unrestricted access to medicines and physician-patient choice of therapy.

053317294

Defendants' Exhibit
**2584**
01-12257-PBS

BMS/AWP/001492357