# TAB
# G

Defendants' Exhibit

**2595**

01-12257-PBS

Page 1 of 3

| From: | Denise M Kaszuba |
| Sent: | Monday, February 03, 2003 6:01 PM |
| To: | Irene Paulin |
| Cc: | Timothy D Wert; Frank C Pasqualone; Dennis J Buckley; Mark Thornton; Thurman W Walls; Fred Wiseman; Stephen S Pond; Martin Bick; Dianne C Ihling |

Subject: Re: Red Book Paraplatin

Irene:

I am concerned you have misrepresented the action taken by Pricing Support along with BMS's responsibility to the Data Services.

Pricing Operations is <u>NOT Responsible for</u>
1. Establishing AWP's
2. *DO not* direct the exclusion or inclusion of list price from their publication.
3. Redbooks publication errors.

*The Paraplatin issue referred to was resolved by notifying all data services of the discontinuation status on all Novo Plus (Prior VHA Plus) private label products. It was NOT directed by our office to remove the direct price. Our only responsibility was to notify all services that BMS has discontinued these items (Novo Plus). The Annual Redbook Publication published in 1st Quarter did not reflect discontinuation or price changes greater than January of that year. Therefore, those organizations who referred to the Annual Publication, were not obtaining current product availability or price changes.*

Pricing Operations Responsibility
1. Provide timely and accurate product and list price information.
2. Provide product discontinuation notices.
3. Provide new product and pricing information along with the approved FDA package insert.
4. Review product and list price changes as they occur.  Data Services provides data extracts from their data files after product and list price changes are updated.  As noted on the attachment — we had the opportunity to review the product and list price information.  Please let me know if you find list price or product presentation errors.

*February 2003 Publication Issue*

The price increase notification containing product and list prices effective January 1, 2003 was provided to all Data Services (Redbook, First Data Bank, Medispan).   These data services provides us extracts from their data base containing  the product and list price updates.   We had an opportunity to review the list prices and product information which is found on the attachment dated  January 9, 2003.  Please provide errors if found.

My time and effort must now be focused on making sure *Redbook's error* does not appear in the Annual Publication and a correction is found in the March updates as it relates to product and list price only.

My next step as indicated in my previous E-mail message is to further discuss this with the Managing Editor to prevent the reoccurrence and also having it appear in the Annual Publication.

11/12/2003
Highly Confidential



BMS/AWP00059757

PS.  If you are unable to view the attachment please contact me at 609-897-4741.  A fax copy can be provided upon request

Regards,

Denise

Irene Paulin wrote:

Denise,

Last year we communicated several times about having NOTHING but AWP listed in the Red Book. If you take a look at the listing of other oncology products, they do not include VHA or Direct pricing. We seem to have very short memories, and find ourselves with one or the other printed in the January issue. This becomes problematic for many for the remainder of the year.

Do you have an explanation for why any price other than AWP is listed for Paraplatin?

Thank you,

Irene

Denise M Kaszuba wrote:

Tim:

*Morning Update*
Just wanted to give an update from  Mimi's AM discussion with Redbook. They verified the prices as listed below.  Also attached is the document received from Redbook on January 9, 2003 with the new AWP's and our new list price as published in their database.

| NDC | Product Name | List Price | AWP Price |
| --- | --- | --- | --- |
| | Paraplatin | | |
| 0015-3213-30 | 50 mg | 125.26 | 156.58 |
| 0015-3214-30 | 150 mg | 375.75 | 469.69 |
| 0015-3215-30 | 450 mg | 1127.27 | 1409.09 |

*AWP are established by Redbook*

11/12/2003
Highly Confidential

BMS/AWP00059758

*Afternoon Update*

This afternoon spoke with Laurel Lovato of Redbook who in reviewing the reference page faxed by you was
able to find the same information.    It appears a new system went live which drove the February issue which also caused the error.

In addition  a message was left with Ann Davis the Managing Editor, to better understand how this happened and also determine if a corrected page can be distributed prior to the March issue.

If you have any questions, or would like to further discuss, I may be reached at 609-897-4741.

Regards,

Denise

Timothy D Wert wrote:

Denise,

In reviewing the February 2003 Red Book, there is a listed direct price for Paraplatin 50mg vials of $96.38.  Can you explain this when our wholesale price is $125.26 (effective 1/1/03)?  Thanks.

Tim

11/12/2003
Highly Confidential

BMS/AWP00059759

MICROMEDEX
RED BOOK® Database Administration
6200 S. Syracuse Way, Suite 300
Greenwood Village, CO 80111-4740
Tel (303) 486-6796  (800) 724-9937   Fax (303) 486-9297
Red_Book_Data@mdx.com

*January 9, 2003*

Dear Database Manager,

The Red Book database has been updated to reflect the following information:

Effective Date of Change:     January 1, 2003

Manufacturer:                 Bristol-Myers Squibb

| PRODUCT | NDC | LIST PRICE | AWP |
|---|---|---|---|
| BICNU | 0015-3012-38 | $114.67 | $143.34 |
| CEENU | 0015-3034-10 | $112.63 | $140.79 |
|  | 0015-3030-20 | $121.92 | $152.40 |
|  | 0015-3031-20 | $367.14 | $458.93 |
|  | 0015-3032-20 | $697.92 | $872.40 |
| COUMADIN TABLETS | 0056-0169-70 | $60.09 | $72.11 |
|  | 0056-0169-75 | $60.09 | $72.11 |
|  | 0056-0169-90 | $601.10 | $721.32 |
|  | 0056-0170-70 | $62.70 | $75.24 |
|  | 0056-0170-75 | $62.70 | $75.24 |
|  | 0056-0170-90 | $627.26 | $752.71 |
|  | 0056-0176-70 | $64.70 | $77.64 |
|  | 0056-0176-75 | $64.70 | $77.64 |
|  | 0056-0176-90 | $646.53 | $775.84 |
|  | 0056-0188-70 | $64.95 | $77.94 |
|  | 0056-0188-75 | $65.95 | $77.94 |
|  | 0056-0188-90 | $549.39 | $779.27 |
|  | 0056-0168-70 | $65.12 | $78.14 |
|  | 0056-0168-75 | $65.12 | $78.14 |
|  | 0056-0168-90 | $651.09 | $781.31 |
|  | 0056-0172-70 | $67.43 | $80.92 |
|  | 0056-0172-75 | $67.43 | $80.92 |
|  | 0056-0172-90 | $674.39 | $809.27 |
| DOVONEX | 0072-0260-06 | $102.09 | $122.51 |
|  | 0072-0260-12 | $185.61 | $222.73 |
|  | 0072-2540-06 | $102.09 | $122.51 |
|  | 0072-2540-12 | $185.61 | $222.73 |
|  | 0072-1160-06 | $89.24 | $107.09 |

Highly Confidential

BMS/AWP00059760

| | | | |
|---|---|---|---|
| KENALOG-10 | 0003-0494-20 | $7.01 | $8.41 |
| KENALOG-40 | 0003-0293-05 | $5.43 | $6.52 |
| | 0003-0293-20 | $27.54 | $33.05 |
| | 0003-0293-28 | $41.14 | $49.37 |
| LYSODREN | 0015-3080-60 | $295.14 | $368.93 |
| PARAPLATIN | 0015-3213-30 | $125.26 | $156.58 |
| | 0015-3214-30 | $375.75 | $469.69 |
| | 0015-3215-30 | $1127.27 | $1409.09 |
| PLAVIX | 63653-1171-6 | $101.19 | $121.93 |
| | 63653-1171-1 | $303.60 | $365.84 |
| | 63653-1171-3 | $337.32 | $406.47 |
| | 63653-1171-5 | $1686.64 | $2032.40 |
| PRAVACHOL | 0003-5154-05 | $218.23 | $272.83 |
| | 0003-5178-05 | $221.79 | $277.24 |
| | 0003-5178-06 | $246.43 | $308.04 |
| | 0003-5178-75 | $2464.71 | $3080.89 |
| | 0003-5194-10 | $325.47 | $406.84 |
| | 0003-5195-10 | $325.47 | $406.84 |
| SERZONE | 0087-0031-47 | $76.33 | $91.60 |
| | 0087-0032-31 | $78.17 | $93.80 |
| | 0087-0039-31 | $79.64 | $95.57 |
| | 0087-0033-31 | $81.14 | $97.37 |
| | 0087-0041-31 | $82.65 | $99.18 |
| STADOL NS | 0087-5650-41 | $82.12 | $98.95 |
| TESLAC | 0003-0690-50 | $178.97 | $223.71 |
| ULTRAVATE | 0072-1400-15 | $25.80 | $32.16 |
| | 0072-1400-50 | $64.46 | $77.35 |
| | 0072-1450-15 | $26.81 | $32.16 |
| | 0072-1450-50 | $64.46 | $77.35 |
| VEPESID | 0015-3091-45 | $1020.36 | $1275.45 |
| VUMON | 0015-3075-19 | $216.81 | $271.01 |
| | 0015-3075-97 | $2168.10 | $2710.13 |

Sincerely,

Leigh Henn
Industry Liaison
RED BOOK Database Administration
Micromedex, Inc.

Highly Confidential

BMS/AWP00059761