TAB
H



## Bristol-Myers Squibb Company
Pharmaceutical Group
P.O. Box 4500  Princeton, NJ 08543-4500  609 243-6000

RECEIVED AUG 10 1992

Wendy Jones
MEDISPAN
8425 Woodfield Crossing Blvd.
Indianapolis, IN   46240-0930

Dear Ms. Olayan

Effective immediately, Bristol-Myers Oncology Division products factor used in determining the AWP should be changed from 20.5% to 25%. This change should not effect any other business unit of Bristol-Myers Squibb Company.

If there are any reasons why you cannot proceed with this request, please contact me at 609-243-6986.

Sincerely,

Denise M. Kaszuba
Sr. Pricing Analyst

Terri,
   How is the survey going? Please advise - Denise wants a new AWP printout.     Thanks,
                  Wjr.

BMS:5:000012

BMSAWP/0011247

HIGHLY CONFIDENTIAL

Defendants' Exhibit
**2552**
01-12257-PBS



**Bristol-Myers Squibb Company**
Pharmaceutical Group
P.O. Box 4500  Princeton, NJ 08543-4500  609 243-6000

Edward Edelstein
First Data Bank
1111 Bayhill Drive
Suite 350
San Bruno, CA  94066

Dear Mr. Edelstein

Effective immediately, Bristol-Myers Oncology Division products factor used in determining the AWP should be changed from 20.5% to 25%. This change should not effect any other business unit of Bristol-Myers Squibb Company.

If there are any reasons why you cannot proceed with this request, please contact me at 609-243-6986.

Sincerely,

Denise M. Kaszuba
Sr. Pricing Analyst

*Send to Beth Rader*

BMS:5:000012

BMSAWP/0011248

HIGHLY CONFIDENTIAL