# TAB I

609-243-6986

OFFICE DISPATCH

To:     Wyndy J.
From:   Terri R.
Date:   9/19/90
Re:     BRISTOL ONCOLOGY SURVEY

==================================================================

After reviewing the results of the wholesaler survey performed in
Bristol Oncology, and discussing these results with John, we have
determined that for those items with the labeler 0003, we will
use a 1.25 mark-up and for those items with the labeler 00015, we
will use a 1.20 mark-up. We noticed too, that FDB and Redbook
use a 1.20 for everything.

I will tickle this to do another survey in 90 days, just in case
the wholesalers/competition have been slow to make changes to
their pricing.

cc: John L.
    Bryan W.
    Manufacturer file

BMS:5:030011

HIGHLY CONFIDENTIAL

BMSAWP/0011246

Defendants' Exhibit
2553
01-12257-PBS