# TAB
# A

HIGHLY CONFIDENTIAL

BMS/AWP/0002179S8

Plaintiffs' Exhibit
**234**
01-12257-PBS

# OBO Opportunities



HIGHLY CONFIDENTIAL

BMS/AWP/00021795 9

# OBO Opportunities

TAXOL................................Christof Marre
IFEX/Mesnex.....................Christof Marre
Multisource........................Christof Marre
OTN vs Competition.........Randy Harkin
Summary............................Christof Marre
Handout.............................Christof Marre

2

HIGHLY CONFIDENTIAL

BMS/AWP/000217960

# TAXOL

## TAXOL _Opportunity Program_

HIGHLY CONFIDENTIAL

BMS/AWP/000217961

# Pulling the BMS/OTN Lever

## Total TAXOL mg sold per week



HIGHLY CONFIDENTIAL

BMS/AWP/0002179621

# Market Segmentation

Banking Program: (Bucket 1) Expires March 31st

Customer Specific Pricing: (Bucket 2)

Retroactive Credit/Ongoing Price Matching: (Bucket 3)

No Program: (Bucket 4)

5

# Market Share by Customer Segment

(Weekly mgs)

TAXOL Mg Sales by Customer Bucket Since September 2002



HIGHLY CONFIDENTIAL

BMS/AWP/0002179863

BMS/AWP/0002179b4

HIGHLY CONFIDENTIAL

# Customer Specific Pricing Bucket 2

- Responsive price match NOT proactive price offer

- Bonafide Offer - no verbal offers, short-dated supply, one-time fire sales, etc

- "Floor Price" usually set by Florida Infusion published pricing

- Includes OTN-contracted State Society groups (Colorado, MOPS, MSHO, OH-WV, ONC, POHMS, MSHO, SOAP)

- Current Average Price: $329
- Current Price Range: $1185 - $298

7

BMS/AWP/0002179S5

HIGHLY CONFIDENTIAL

# Retroactive Credit/Ongoing Price Matching Bucket 3

- Monthly purchase price equal to lowest market price

- Rebate at end of each month to guarantee lowest price

- OTN manager approval required prior to offering this plan

- Example: March TAXOL price $297 - retroactive rebate applied for February purchases

8

HIGHLY CONFIDENTIAL

BMS/AWP/000217966

# Account wants to purchase TAXOL
# What Bucket?

- Sell Bucket 2 First
  - reactive price matching

- Bucket 3 on prior OTN manager approval only
  - Automatic approvals:
    - HOLN Members
    - Associated locations for existing Bucket 3 members

WALK AWAY

from business that is too costly

YOU are worth more than rock bottom pricing!

9

HIGHLY CONFIDENTIAL

BMS/AWP/00021797967

# Paraplatin/TAXOL Rebate

Purchase 90% of
TAXOL baseline

TAXOL baseline=
August-October,
1999 purchases

Receive 4%
rebate on
Paraplatin

10

BMS/AWP/00021796B

HIGHLY CONFIDENTIAL

# State Society GPO TAXOL Growth Program

Participating State Societies:
Colorado, MOPS, MSHO, POHMS, SOAP

| | | | |
|---|---|---|---|
| Qtr to Qtr Average MG Growth % | 5% | 15% | 25% |
| Admin Fee Earned | 1% | 2% | 3% |

11

BMS/AWP/000217969

HIGHLY CONFIDENTIAL

# State Society Q4 TAXOL Growth Results

| State Society | Q4 Percentage Growth | Admin Fee Earned |
|---|---|---|
| Colorado | 5.3 | 1% |
| MOPS | 11.2 | 1% |
| MSHO | 9.5 | 1% |
| POHMS | 5.0 | 1% |
| SOAP | 11.3 | 1% |

12

HIGHLY CONFIDENTIAL

BMS/AWP/00021797O

# What role does my team play?

- Monitor TAXOL Purchases

- Reinforce the clinical benefits of TAXOL

- Reinforce the support for TAXOL – ProCERT/RAP

- Communicate with OTN to determine appropriate Bucket 2 pricing

13

BMS/AWP/00021797O

HIGHLY CONFIDENTIAL

# What role does my team play?

- Monitor TAXOL Purchases

- Reinforce the clinical benefits of TAXOL

- Reinforce the support for TAXOL – ProCERT/RAP

- Communicate with OTN to determine appropriate Bucket 2 pricing

13

BMS/AWP/0002179771

HIGHLY CONFIDENTIAL

# Respond to TAXOL Price Request

- Contact your OTN Account Representative
- OTN rep determines pricing expectations
- OTN rep emails pricing request to the OTN Inside Sales Manager
- OTN Sales Manager forwards price request to OTN Marketing
- OTN Marketing sends daily batch request to the BMS contracting group and copies Customer Marketing (Robyn Sippel)
- The BMS contracting group loads pricing requests the following day (new pricing is uploaded into the OTN system that night)
- Total turnaround time for a new request: 48 hours

14

BMS/AWP/000217972

HIGHLY CONFIDENTIAL

# Need Faster Response?

- Account calls OTN to place a TAXOL order but needs lower pricing

- IF lower pricing requested is above OTN floor pricing – new lower pricing is entered and order will ship

- Ongoing pricing will reset to new lower pricing with OTN management approval

15

HIGHLY CONFIDENTIAL

BMS/AWP/00021793

# Reasons for Process Delay

- Questionable "Class of Trade"
  - Accounts must be coded as "Physician Direct" to participate in TOP
- Account is coded as a member of a National Buying Group in the BMS system
  - e.g.: Premier
- Account is coded as inactive in BMS or OTN system

In these cases, the BMS Contracting Group and OTN work together to resolve the conflict as rapidly as possible so that the site may participate in the TAXOL Opportunity Program

16

HIGHLY CONFIDENTIAL

BMS/AWP/00021974

# IFEX/Mesnex

BMS/AWP/00021 7975

HIGHLY CONFIDENTIAL

# Respond to IFEX/Mesnex Price Request

- Contact your OTN Account Representative
- OTN Rep determines price expectations
- OTN Rep emails request to the BMS contracting group and copies Customer Marketing (Robyn Sippel)
- BMS Contracting Group loads price requests that day or the following day
  - Depends on what time of the day the request arrives at BMS
  - The new pricing is uploaded into the OTN system overnight.
- Total turnaround time for a price adjustment request: 24-48 hours

18

BMS/AWP/00021 7976

HIGHLY CONFIDENTIAL

# BMS Multisource

HIGHLY CONFIDENTIAL

BMS/AWP/000217977

# OTN Average Pricing
Lynx Purchase History Report (Dec/Jan/Feb)

| Product | Size | BMS Pricing | Others Pricing |
|---|---|---|---|
| Bleomycin | 30 Unit | $147.59 | $189.09 |
| Ifosfamide | 1 gram | $159.85 | $64.06 |
| Ifex/Mesna | 10x1 Kit | $1754.03 | $1858.65 |
| Mesnex | 1 gram | $130.76 | $130.79 |
| Mutamycin | 40 mg | $433.46 | $238.46 |
| Etoposide | 1 gram | $54.92 | $67.39 |
| TAXOL | 300 mg | $367.35 | Not Avail |

20

BMS/AWP/000217978

HIGHLY CONFIDENTIAL

# OTN Competitive Update
## (as of 3/10/03)

## Jack Hu

21

HIGHLY CONFIDENTIAL

BMS/AWP/000217979

# 2002 OBO Market



2002 OBO Market Share
Market: $5.3 Billion

44%

OTN

Priority

10%

Florida
Infusion

NSS

Oncology
Supply

14%

8%

25%

22

BMS/AWP/0002171980

HIGHLY CONFIDENTIAL

# OTN

- Wholly-owned subsidiary of BMS
  - OTN revenue and profits contribute to BMS performance
- The original Oncology Specialty Distributor
- 44% market share
- Long history as the innovator in service and delivery
- Broadest technology offering to OBO practices
  - Lynx / Lynx2OTN / Information Services
- Partnership with NOA (National Oncology Alliance) the fastest growing National GPO
- Strategy – offer customers the best in service at fair prices
- 2003 OBO sales of $2.3 billion

23

HIGHLY CONFIDENTIAL

BMS/AWP/00021798T

# Oncology Supply

- Subsidiary of Amerisource Bergen
- Oncology Specialty Distributor
- 25% market share
- Partnership with ION (International Oncology Network) has fueled growth during last 3 years
- Strategy – low "one tier" pricing via ION
  - additional "special pricing" to selected target accounts
- Onxol profits during 2001-02 funded new programs and offers
- 2002 OBO sales of $1.3 billion (est.)
- Goal is to be #1 in OBO oncology market through lowest possible pricing on all products

24

HIGHLY CONFIDENTIAL

BMS/AWP/0002179982

# National Oncology Specific GPOs

- **Why are there GPOs?**
  - Oncology drug manufacturers price differentially to buyers based on their "class of trade"
  - The best pricing tends to go to physician-membership GPOs
  - To access this preferred pricing for their customers, oncology distributors have aligned with physician membership GPOs over the past 4 years

- **HOLN**
  - The first national GPO
  - Open to members of state societies that belong to HOLN
  - Shipments can occur through any distributor

- **ION**
  - Largest national GPO through 2001
  - Bought by Amerisource Bergen in 2002
  - Ships exclusively through Oncology Supply

- **NOA**
  - Newest and fastest growing national GPO -- may now be as large as ION
  - Top management experience is the best among national GPOs
  - Most innovative service offering to OBO accounts
  - Ships exclusively through OTN

25

HIGHLY CONFIDENTIAL

BMS/AWP/00021?983

# National Oncology Specific GPO's

- **Oncology Express**
  - Smaller GPO – ships primarily through Priority
- **Oncology Associates**
  - Smaller GPO set up by Florida Infusion for their customers
- **COIN**
  - Split-off group of physicians from ION who wanted an alternative to ION
  - Ships primarily or exclusively through NSS

26

HIGHLY CONFIDENTIAL

BMS/AWP/000217984

# OTN-Exclusively Contracted State Society GPOs

- Oncology Network of Colorado (Colorado)
- Oncology Network of Connecticut (ONC)
- MOPS
- MSHO
- POHMS
- SOAP

27

HIGHLY CONFIDENTIAL

BMS/AWP/0002179B5

# OTN NON-Exclusively Contracted State Society GPOs

- California Oncology Council (COC)
  - MOASC
  - ANCO

28

BMS/AWP/000217986

HIGHLY CONFIDENTIAL

# Why OTN?

- OTN revenue and profits contribute to BMS performance
- OTN People, Organization and Service
  - Supporting the customer's needs with the most professional sales and service organization in the industry
  - Backed by the most advanced customer service technology
- Lynx, Lynx2OTN, Information Systems,
  - The state-of-the-art inventory management and Information Systems solution in office-based oncology
  - Lynx2OTN – the premier internet site and resource for OBO
- NOA
  - GPO Benefits and strong manufacturing contracts
  - Billing and Reimbursement Certification Programs
  - Educational Programs
  - Active Clinical Trial program for members
- OTN Leadership and Innovation
  - Continuing to provide the best state-of-the-art solutions to the needs of OBO

29

HIGHLY CONFIDENTIAL

BMS/AWP/000217987

# OBO Summary

## Robyn Sippel

HIGHLY CONFIDENTIAL

BMS/AWP/0002179B8

# BMS/OTN Partnership is Key

*Close collaboration between the BMS and OTN sales teams is critical to winning back the branded business*

BMS/AWP/0002179989

HIGHLY CONFIDENTIAL

# Current Programs

- TOP (TAXOL Opportunity Program)

- Paraplatin Rebate/TAXOL Baseline

- State Society TAXOL Program

- Price Request Response/Steps

- ASK FOR THE BRANDED BUSINESS

32

# BACKUP SLIDES

## OBO Opportunities

HIGHLY CONFIDENTIAL

BMS/AWP/0002177990