**EXHIBIT 1: CURRICULUM VITAE OF DANIEL L. McFADDEN**

**DANIEL L. McFADDEN**                                                                                              **Principal**

Professor Daniel McFadden is a principal with *The Brattle Group*, which provides consulting services and expert testimony on economic, finance, regulatory and strategic issues to corporations, law firms and public agencies worldwide.

Professor Daniel McFadden, recipient of the 2000 Nobel Prize in Economics, is the E. Morris Cox Professor of Economics at the University of California at Berkeley and was previously the James R. Killian Professor of Economics at MIT. He was awarded the Nobel Prize for his numerous contributions to quantitative economic science and, in particular, his pioneering theoretical, methodological, and empirical work in the analyses of discrete choices. Dr. McFadden has received numerous other awards including the John Bates Clark Medal given every two years to the American economist under the age of forty who has made the most outstanding contribution to the field of economic science. Dr. McFadden received his Ph.D. in Economics from the University of Minnesota in 1962. There he also earned his B.S. in Physics, with high distinction, in 1957.

Dr. McFadden has also held the following academic appointments:

| | | |
|---|---|---|
| 1996- | • | Director, Econometrics Laboratory, University of California, Berkeley |
| 1995-1996 | • | Chair, Department of Economics, University of California, Berkeley |
| 1991-1995 | • | Director, Econometrics Laboratory, University of California, Berkeley |
| 1990- | • | E. Morris Cox Chair, University of California, Berkeley |
| 1990- | • | Professor of Economics, University of California, Berkeley |
| 1990 | • | Sherman Fairchild Distinguished Scholar, California Institute of Technology |
| 1986-1991 | • | Director, Statistics Center, Massachusetts Institute of Technology |
| 1984-1991 | • | James R. Killian Chair, Massachusetts Institute of Technology |
| 1978-1991 | • | Professor of Economics, Massachusetts Institute of Technology |
| 1977-1978 | • | Irving Fisher Research Professor, Yale University |
| 1968-1979 | • | Professor of Economics, University of California, Berkeley |
| 1966-1967 | • | Visiting Associate Professor, University of Chicago |
| 1966-1968 | • | Associate Professor of Economics, University of California, Berkeley |
| 1963-1966 | • | Assistant Professor of Economics, University of California, Berkeley |
| 1962-1963 | • | Assistant Professor of Economics, University of Pittsburgh |
| 1961-1962 | • | Instructor, Economics, University of Minnesota |
| 1959-1960 | • | Research Assistant, Social Psychology, University of Minnesota |

**DANIEL L. McFADDEN**                                                                          2
**Principal**

---

| | | |
|---|---|---|
| 1957-1958 | • | Instructor, Physics, University of Minnesota |

Dr. McFadden is a member of the following organizations:

- American Economics Association
- The Econometric Society
- American Statistical Association
- Mathematical Association of America
- Transportation Research Board

Fellowships, scholarships, honors, and awards given to Dr. McFadden include:

| | | |
|---|---|---|
| 2004 | • | Honorary Degree, University of Montreal |
| 2003 | • | Honorary Degree, University College London |
| 2000-2001 | • | Richard Stone Prize in Applied Econometrics |
| 2000 | • | Nobel Prize in Economics (Joint Recipient) |
| 2000 | • | Nemmers Prize in Economics, Northwestern University |
| 1994 | • | American Agricultural Economics Association, Best Paper Prize |
| 1992 | • | University of Chicago, LLD |
| 1986 | • | Frisch Medal, Econometric Society |
| 1981 | • | Elected to National Academy of Science |
| 1981 | • | Outstanding Teacher Award, MIT |
| 1979 | • | Fisher-Schultz Lecture, Econometrics Society |
| 1977 | • | Elected to American Academy of Arts and Sciences |
| 1975 | • | John Bates Clark Medal, American Economics Association |
| 1969 | • | Elected Fellow, Econometrics Society |
| 1966-1967 | • | Ford Faculty Research Fellow |
| 1962-1963 | • | Mellon Post-Doctoral Fellow |
| 1960-1961 | • | Earhart Fellow |
| 1958-1962 | • | Ford Foundation Behavioral Science Fellow |

### ADDITIONAL EXPERIENCE

Dr. McFadden has had a varied background in professional and public service. Among his achievements are:

| | | |
|---|---|---|
| 2005 | • | President, American Economic Association (AEA) |
| 2003- | • | Chair, National Academy of Science (NAS) Section 54 Economic Sciences |
| 1997-2000 | • | Chair, NAS Committee on Methods of Forecasting Demand and Supply of Doctoral Scientists and Engineers |
| 1996- | • | Advisory Committee, Journal of Applied Economics |
| 1995- | • | NAS Commission on Science, Engineering, and Public Policy |
| 1994- | • | Chair, AEA Committee on Electronic Publication |

DANIEL L. McFADDEN **3**
Principal

| | | |
|---|---|---|
| 1994 | • | Vice President, American Economics Association |
| 1989-1994 | • | NAS Committee on Behavioral and Social Sciences and Education |
| 1988-1991 | • | Panel Study of Income Dynamics, Advisory Board |
| 1985-1987 | • | Executive Committee, American Economics Association |
| 1985 | • | President, Econometric Society |
| 1983-1986 | • | Executive Committee, Econometric Society |
| 1983-1986 | • | Council of the Econometric Society |
| 1983-1984 | • | Vice President, Econometric Society |
| 1983-1984 | • | NAS Committee on Energy Demand Modeling |
| 1982-1987 | • | NAS Committee, Basic Research in the Social Sciences |
| 1981-1984 | • | Chair, AEA Awards Committee |
| 1980-1983 | • | Board of Directors, National Bureau of Economic Research |
| 1980-1983 | • | Editor, Econometric Society Monographs |
| 1979 | • | Review Committee, California Energy Commission |
| 1977-1979 | • | Sloan Foundation Book Committee |
| 1978-1980 | • | Executive Committee, Econometric Society |
| 1978-1980 | • | Board of Editors, Transportation Research |
| 1977-1978 | • | Associate Editor, Journal of Econometrics |
| 1976-1977 | • | Board of Directors, National Bureau of Economic Research |
| 1975-1978 | • | Executive Committee, Transportation Research Board |
| 1975-1976 | • | City of Berkeley, Coordinated Transit Project |
| 1975 | • | Advisory Committee on Transportation Models, Metropolitan Transportation Commission |
| 1974-1980 | • | Council of the Econometric Society |
| 1974-1977 | • | Elected Member, Universities National Bureau |
| 1973-1977 | • | Board of Editors, Journal of Mathematical Economics |
| 1971-1974 | • | Board of Editors, American Economic Review |
| 1970- | • | Chair, NSF-NBER Conference, Economics of Uncertainty |
| 1969-1971 | • | Economics Advisory Panel, National Science Foundation |
| 1968-1970 | • | Editor, Journal of Statistical Physics |

**MIT - RELATED:**

- Committee on Curricula, 1990-91
- Killian Award Committee, 1984
- Center for Energy Policy Research, Program Board, 1983-84
- Engineering Dean Search Committee, 1980-81
- Provost's Committee on Statistics, 1979-80
- CTS Advisory Board, 1978-79

**BERKELEY - RELATED:**

- Director of Graduate Studies, 1994-95
- IBER Advisory Committee, 1993-95 (Chair, 1994-95)

DANIEL L. McFADDEN                                                                                     4
Principal
_____

BIBLIOGRAPHY

*Books and Monographs*

Essays on Economic Behavior Under Uncertainty, with M. Balch and S. Wu (eds.), North Holland: Amsterdam, 1974.

Urban Travel Demand: A Behavioral Analysis, with T. Domencich, North Holland: Amsterdam, 1975. Reprinted by The Blackstone Company: Mount Pleasant, MI, 1996.

*Production Economics: A Dual Approach to Theory and Applications*, with M. Fuss (eds.), North Holland: Amsterdam, 1978.

*Structural Analysis of Discrete Data with Econometric Applications*, with C.F. Manski (eds.), MIT Press: Cambridge, MA, 1981.

Microeconomic Modeling and Policy Analysis: Studies in Residential Energy Demand, with T. Cowing, Academic Press: New York, 1984.

Preferences, Uncertainty, and Optimality: Essays in Honor of Leonid Hurwicz, with J. Chipman and M.K. Richter (eds.), Westview Press: Boulder, CO, 1990.

*Handbook of Econometrics Vol IV*, with R. Engle (eds.), North Holland: Amsterdam, 1994.

*Statistical Tools*, manuscript in preparation.

*Articles*

**Production Theory**

"Constant Elasticity of Substitution Production Functions," *Review of Economic Studies*, 1963.

"A Review of 'Manufacturing Production Functions in the U.S., 1957: An Interindustry and Interstate Comparison of Productivity'," *Journal of the American Statistical Association*, March 1967.

"Cost, Revenue, and Profit Functions," in M. Fuss and D. McFadden (eds.), *Production Economics: a Dual Approach to Theory and Applications*, North Holland: Amsterdam, 1978.

"A Survey of Functional Forms in the Economic Analysis of Production," with M. Fuss and Y. Mundlak, in M. Fuss and D. McFadden (eds.), *Production Economics: a Dual Approach to Theory and Applications*, Vol. I, 219-268, North Holland: Amsterdam, 1978.

**DANIEL L. McFADDEN**                                                                                           **5**
**Principal**
___

"The General Linear Profit Function," in M. Fuss and D. McFadden (eds.), *Production Economics: a Dual Approach to Theory and Applications*, North Holland: Amsterdam, 1978.

"Flexibility Versus Efficiency in Ex Ante Plant Design," with M. Fuss, in M. Fuss and D. McFadden (eds.), *Production Economics: a Dual Approach to Theory and Applications*, North Holland: Amsterdam, 1978.

"Estimation Techniques for the Elasticity of Substitution and Other Production Parameters," in M. Fuss and D. McFadden (eds.), *Production Economics: A Dual Approach to Theory and Applications*, North Holland: Amsterdam, 1978.

"Measurement of the Elasticity of Factor Substitution and Bias of Technical Change," with P. Diamond and M. Rodriguez, in M. Fuss and D. McFadden (eds.), *Production Economics: A Dual Approach to Theory and Applications*, North Holland: Amsterdam, 1978.

"Joint Estimation of Freight Transportation Decisions Under Nonrandom Sampling," with C. Winston and A. Boersch-Supan, in A. Daughety (ed.), *Analytical Studies in Transport Economics*, 137-157, Cambridge University Press: Cambridge, 1985.


**Econometrics**

"Conditional Logit Analysis of Qualitative Choice Behavior," in P. Zarembka (ed.), *Frontiers in Econometrics*, 105-142, Academic Press: New York, 1973.

"Comments on 'Estimation of a Stochastic Model of Reproduction: An Econometric Approach'," in N. Terleckyj (ed.), *Household Production and Consumption*, 139-145, National Bureau of Economic Research: New York, 1975.

"The Revealed Preferences of a Government Bureaucracy: Theory," *The Bell Journal of Economics and Management Science*, Autumn 1975.

"The Revealed Preferences of a Government Bureaucracy: Empirical Evidence," *The Bell Journal of Economics and Management Science*, No. 1, 55-72, Spring 1976.

"A Comment on Discriminant Analysis 'Versus' Logit Analysis," *Annals of Economic and Social Measurement*, 1976.

"Quantal Choice Analysis: A Survey," *Annals of Economic and Social Measurement*, 1976.

"Econometric Models for Probabilistic Choice Among Products," *The Journal of Business*, 1980.

**DANIEL L. McFADDEN**                                                                                      6
**Principal**

---

"Econometric Models of Probabilistic Choice," in C.F. Manski and D. McFadden (eds.), *Structural Analysis of Discrete Data with Econometric Applications*, 198-272, MIT Press: Cambridge, MA, 1981.

"Alternative Estimators and Sample Designs for Discrete Choice Analysis," with C.F. Manski, in C.F. Manski and D. McFadden (eds.), *Structural Analysis of Discrete Data with Econometric Applications*. 2-50, MIT Press: Cambridge, MA, 1981.

"Qualitative Response Models," in W. Hildenbrand (ed.), *Advances in Econometrics: Invited Papers for the Fourth World Congress of the Econometric Society*, Econometric Society Monograph, 1-37, Cambridge University Press: Cambridge, 1982.

"Specification Tests for the Multinomial Logit Model," with J. Hausman, *Econometrica*, September 1984.

"Econometric Analysis of Qualitative Response Models," in Z. Griliches and M. Intrilligator (eds.), *Handbook of Econometrics*, Elsevier: Amsterdam, 1984.

"Comment on Technical Problems in Social Experimentation: Cost versus Ease of Analysis," in J.A. Hausman and D.A. Wise (eds.), *Social Experimentation*, 214-219, National Bureau of Economic Research: Chicago, 1985.

"The Choice Theory Approach to Market Research," *Marketing Science*, Fall 1986.

"The Demand for Local Telephone Service: A Fully Discrete Model of Residential Calling Patterns and Service Choices," with K. Train and M. Ben-Akiva, *The Rand Journal of Economics*, Spring 1987.

"Regression-Based Specification Tests for the Multinomial Logit Model," *Journal of Econometrics*, 1987.

"What do Microeconometricians <u>Really</u> Do?" *Proceedings of the American Statistical Association*, 402-405, Business Statistics Section, 1987.

"Comment on Joel Horowitz and George Neumann, Semiparametric Estimation of Employment Duration Models," with A. Han, *Econometric Reviews*, 1987/1988.

"Econometric Modeling of Locational Behavior," *Annals of Operations Research: Facility Location Analysis: Theory and Applications*, 1989.

"A Method of Simulated Moments for Estimation of Discrete Response Models Without Numerical Integration," *Econometrica*, September 1989.

**DANIEL L. McFADDEN**                                                                                                           7
Principal

"Testing for Stochastic Dominance," in T. Fomby and T.K. Seo (eds.), *Studies in the Economics of Uncertainty*, 113-134, Springer: New York, 1989.

"Micro-simulation of Local Residential Telephone Demand Under Alternative Service Options and Rate Structures," with T. Atherton, M. Ben-Akiva, and K. Train, in A. de Fontenay, M. Shugard, and D. Sibley (eds.), *Telecommunications Demand Modelling*, 137-163, Elsevier: Amsterdam, 1990.

"Advances in Computation, Statistical Methods, and Testing of Discrete Choice Models," *Marketing Letters*, 1991.

"Efficient Estimation by Multinomial Approximation and Sequential Simulation," with W. Beckert and A. Eymann, Working Paper, July 1994.

"Large Sample Estimation and Hypothesis Testing," with W. Newey, in R. Engle and D. McFadden, (eds.) *Handbook of Econometrics*, North Holland: Amsterdam, 1994.

"Estimation by Simulation," with P. Ruud, *The Review of Economics and Statistics*, November 1994.

"Simulation of Multivariate Normal Rectangle Probabilities and Their Derivatives: Theoretical and Computational Results," with V. Hajivassiliou and P. Ruud, *Journal of Econometrics*, May-June 1996.

"Lectures on Simulation-Assisted Statistical Inference," presented at the EC-squared Conference, Florence, Italy, December 12, 1996.

"Estimation of Some Partially Specified Nonlinear Models," with C. Ai, *Journal of Econometrics*, January-February 1997.

"Modeling Methods for Discrete Choice Analysis," with M. Ben-Akiva, et al., *Marketing Letters*, July 1997.

"The Method of Simulated Scores with Application to Models of External Debt Crises," with V. Hajivassiliou, *Econometrica*, July 1998.

"Estimating Features of a Distribution from Binomial Data," with A. Lewbel, Working Paper, May 1997.

"Mixed MNL Models for Discrete Response," with K. Train, Working Paper, December 1996, revised November 1998.

"On Selecting Regression Variables to Maximize Their Significance," Working Paper, July 1998.

| DANIEL L. McFADDEN | 8 |
|---|---|
| Principal | |

"Economic Choices," Nobel Lecture, December 2000. *American Economic Review*, June 2001.

"Observational Studies: Choice-based sampling," forthcoming in *International Encyclopedia of Social and Behavior Sciences*, Vol. 2.1, Article 92, Elsevier Science: Amsterdam, 2001.

"Discrete Choice Models Incorporating Revealed Preferences and Psychometric Data," with T. Morikawa and M. Ben-Akiva, *Econometric Models In Marketing*, Vol. 16, 27-53, Elsevier Science: Oxford, 2002.

"Characteristics of Generalized Extreme Value Distributions," with M. Bielaire and D. Bolduc, Working Paper, April, 2003

"Structural Simulation of Facility Sharing: Unbundling Policies and Investment Strategy in Local Exchange Markets," by Nauman Ilias, Paul C. Liu, Daniel L. McFadden, Lisa Wood, Glenn A. Woroch & William P. Zarakas, 2005.

**Transportation**

"The Measurement of Urban Travel Demand," *Journal of Public Economics*, 303-328, 1974.

"Aggregate Travel Demand Forecasting from Disaggregated Behavioral Models," with F. Reid, *Transportation Research Record: Travel Behavior and Values*, No. 534, 24-37, 1975.

"The Mathematical Theory of Demand Models," in P. Stopher and A. Meyburg (eds.), *Behavioral Travel-demand Models*, 305-314, D.C. Heath and Co.: Lexington, MA, 1976.

"Demand Model Estimation and Validation," with A.P. Talvitie and Associates, *Urban Travel Demand Forecasting Project, Final Report, Volume V*, Institute of Transportation Studies, University of California, Berkeley, June 1977.

"Demographic Data and Policy Analysis," with S. Cosslett, G. Duguay, and W. Jung, *Urban Travel Demand Forecasting Project, Final Report*, Institute of Transportation Studies, University of California, Berkeley, June 1977.

"Quantitative Methods for Analyzing Travel Behaviour of Individuals: Some Recent Developments," in D. Hensher and P. Stopher (eds.), *Behavioural Travel Modelling*, 279-318, Croom Helm London: London, 1978.

"An Application of Diagnostic Tests for the Independence from Irrelevant Alternatives Property of the Multinomial Logit Model," with W. Tye and K. Train, *Transportation Research Record: Forecasting Passenger and Freight Travel*, No. 637, 39-46, Transportation Research Board, 1978.

**DANIEL L. McFADDEN**                                                                                          9
**Principal**

---

"Modelling the Choice of Residential Location," in A. Karlqvist, L. Lundqvist, F. Snickars, and J. Weibull (eds.), *Spatial Interaction Theory and Planning Models*, 75-96, North Holland: Amsterdam, 1978. Reprinted in J. Quigley (ed.), *The Economics of Housing*, Edward Elgar: London, 1997.

"The Goods/Leisure Tradeoff and Disaggregate Work Trip Mode Choice Models," with K. Train, *Transportation Research*, February 1978.

"The Theory and Practice of Disaggregate Demand Forecasting for Various Modes of Urban Transportation," in *Emerging Transportation Planning Methods*, U.S. Department of Transportation DOT-RSPA-DPB-50-78-2, August 1978. Reprinted in T.H. Oum, et al. (eds.), *Transport Economics: Selected Readings*, 51-80, Seoul Press: Seoul, 1995.

"Overview and Summary: Urban Travel Demand Forecasting Project," with F. Reid, A. Talvitie, M. Johnson, and Associates, *The Urban Travel Demand Forecasting Project, Final Report, Volume I*, Institute of Transportation Studies, University of California, Berkeley, June 1979.

"Measuring Willingness-to-Pay for Transportation Improvements" in T. Gärling, T. Laitila, and K. Westin (eds.) *Theoretical Foundations of Travel Choice Modeling*, 339-364, Elsevier Science: Amsterdam, 1998.

"Disaggregate Behaviorial Travel Deman's RUM Side: A 30-Year Retrospective," forthcoming in *The Leading Edge of Travel Behavior Research*, Davide Heshner and J. King (eds.) Pergamon Press: Oxford, 2002.

**Economic Growth and Development**

"Comment on 'An Optimum Fiscal Policy in an Aggregate Model of Economic Growth'," in I. Adelman and E. Thorbecke (eds.), *The Theory and Design of Economic Development*, 140-146, Johns Hopkins Press: Baltimore, MD, 1966.

"The Evaluation of Development Programmes," *The Review of Economic Studies*, 1967.

"On the Existence of Optimal Development Plans," in H. Kuhn (ed.) *Proceedings of the Sixth Princeton Symposium on Mathematical Programming*, 403-427, Princeton University Press: Princeton, NJ, 1970.

"Criteria for Public Investment: Comment," *The Journal of Political Economy*, November/December 1972.

"On the Existence of Optimal Development Programmes in Infinite-Horizon Economies," in J. Mirrlees and N.H. Stern (eds.), *Models of Economic Growth*, 260-282, Macmillan: Great Britain, 1973.

"Is There Life After Debt? An Econometric Analysis of the Creditworthiness of Developing Countries," with R. Eckaus, G. Feder, V. Hajivassiliou, and S. O'Connell, in J. Cuddington and G. Smith, *International Debt and the Developing Countries*, 179-209, International Bank for Reconstruction and Development/The World Bank: Washington, D.C., 1985.

**Economic Theory and Mathematical Economics**

"On Hicksian Stability," in J.N. Wolfe (ed.), *Value, Capital, and Growth*, 329-351, University Press: Edinburgh, 1969.

"On the Controllability of Decentralized Macroeconomic Systems: The Assignment Problem," in H.E. Kuhn and P. Szego (eds.), *Mathematical Systems Theory and Economics 1*, 221-239, Springer-Verlag: New York, 1969.

"A Simple Remark on the Second Best Pareto Optimality of Market Equilibria" *Journal of Economic Theory*, June 1969.

"A Technical Note on Classical Gains from Trade," with J.M. Grandmont, *Journal of International Economics*, 1972.

"On Some Facets of Betting: Comments," in M.S. Balch, D. McFadden, and S.Y. Wu (eds.), *Essays on Economic Behavior Under Uncertainty*, 126-137, North-Holland: Amsterdam, 1974.

"Some Uses of the Expenditure Function in Public Finance," with P.A. Diamond, *Journal of Public Economics*, 1974. Reprinted in J. Creedy (ed.), *Measuring Welfare Changes and Tax Burdens*, Edward Elgar: London, September 1998.

"A Characterization of Community Excess Demand Functions," with R. Mantel, A. Mas-Colell, and M.K. Richter, *Journal of Economic Theory*, 1974.

"An Example of the Non-Existence of Malinvaud Prices in a Tight Economy," *Journal of Mathematical Economics*, 1975.

"Tchebyscheff Bounds for the Space of Agent Characteristics," *Journal of Mathematical Economics*, 1975.

"On Efficiency and Pareto Optimality of Competitive Programs in Closed Multisector Models," with M. Majumdar and T. Mitra, *Journal of Economic Theory*, August 1976.

"Definite Quadratic Forms Subject to Constraint," in M. Fuss and D. McFadden (eds.), *Production Economics: A Dual Approach to Theory and Applications*, North-Holland: Amsterdam, 1978.

DANIEL L. McFADDEN
Principal                                                                                                      11
"Necessary and Sufficient Conditions for the Classical Programming Problem," in M. Fuss and D. McFadden (eds.), *Production Economics: A Dual Approach to Theory and Applications*, North Holland: Amsterdam, 1978.

"Convex Analysis," in M. Fuss and D. McFadden (eds.), *Production Economics: A Dual Approach to Theory and Applications*, North Holland: Amsterdam, 1978.

"A Note on the Computability of Tests of the Strong Axiom of Revealed Preference," *Journal of Mathematical Economics*, 1979.

"Pareto Optimality and Competitive Equilibrium in Infinite Horizon Economies," with M. Majumdar and T. Mitra, *Journal of Mathematical Economics*, 1980.

"Welfare Analysis of Incomplete Adjustment to Climatic Change," in V.K. Smith and A. White (eds.), *Advances in Applied Micro-economics*, JAI Press: Greenwich, CT, 1984.

"Stochastic Rationality and Revealed Stochastic Preference," with M.K. Richter, in J. Chipman, D. McFadden, and M.K. Richter (eds.), *Preferences, Uncertainty, and Optimality, Essays in Honor of Leo Hurwicz*, 161-186, Westview Press: Boulder, CO, 1990.

"Consumers' Evaluation of New Products: Learning from Self and Others," with K. Train, *Journal of Political Economy*, 1996.

"Economic Choice Behavior: Psychological Foundations and the Contributions of Amos Tversky," Working Paper, August 1996.

"Rationality for Economists," Working Paper presented at the NSF Symposium on Eliciting Preferences, July 1997. Forthcoming in *Journal of Risk and Uncertainty*, December 1999.

"Extended Framework for Modeling Choice Behavior," with M. Ben-Akiva, et al. *Marketing Letters*, Vol. 10, Issue 3, Kluwer, 187-203, August 1999.

"Pricing in a Competitive Market with a Common Network Resource," Working Paper, April 2003

"Hybrid Choice Models: Progress and Challenges," with M. Ben-Akiva et. Al., *Marketing Letters*, Vol. 13, Issue 3, 163-175, August 2002.

"Epilogue," *Marketing Letters,* Vol. 13, Issue 3, 163-175, August 2002.

"Revealed Stochastic Preference: A Synthesis," Working Paper, February 2004.

"Welfare Economics at the Extensive Margin Giving Gorman Polar Consumers Some Latitude," Working Paper, June 2004.

"The Misuse of Econometrics in Litigation," by Susan J. Guthrie, Paul C. Liu, Daniel L. McFadden and Kenneth T. Wise, *ABA Monograph on Econometrics*, Forthcoming, 2005

"The Misuse of Econometrics in Estimating Damages," with Kenneth T. Wise, et. al. *ABA monograph on Econometrics*, Forthcoming, 2005.

"The Browser War - Econometric Analysis of Markov Perfect Equilibrium in Markets with Network Effects," with Mark Jenkins et. al. Presented at the American Economic Association Annual Meeting. 7-9 January 2005. Philadelphia, PA.

"The Science of Pleasure: The Measurement of Consumer Welfare," Frisch Memorial Lecture, Plenary Session at the Econometric Society World Congress, upcoming, 19-24 August 2005, University College London.

**Energy**

"Forecasting the Impacts of Alternative Electricity Rate Structures: A Feasibility Study," Final Report, California Energy Commission, 1976.

"Determinants of the Long-Run Demand for Electricity," with C. Puig and D. Kirshner, *Proceedings of the American Statistical Association*, 1978.

"A Two-Level Electricity Demand Model," with J. Hausman and M. Kinnucan, *Journal of Econometrics*, 1979.

"Residential Energy Demand Modeling and the NIECS Data Base: An Evaluation," with T. Cowing and J. Dubin, Report No. MIT-EL-82-009, MIT Energy Laboratory, January 1982.

"An Analysis of the Distributional Impacts of Energy Policies Affecting Residential Energy Demand: The ORNL Model," with J. Berkovec, T. Cowing, and J. Rust, Discussion Paper No. MIT-EL-82-032WP, MIT Energy Laboratory, April 1982.

"An Analysis of the Distributional Impacts of Energy Policies Affecting Residential Energy Demand: The REEPS Model," with T. Cowing, Discussion Paper No. MIT-EL 82-057WP, MIT Energy Laboratory, April 1982.

"An Evaluation of the ORNL Residential Energy Use Model," *EPRI Report EA-2442*, Electronic Research Institute: Palo Alto, June 1982.

"The NIECS Data Base and Its Use in Residential Energy Demand Modeling," with T. Cowing and J. Dubin, Discussion Paper No. MIT-EL-82-041WP, MIT Energy Laboratory, June 1982.

**DANIEL L. McFADDEN**                                                                                 **13**
**Principal**
___

"A Thermal Model for Single-Family Owner-Occupied Detached Dwellings in NIECS," with J. Dubin, Discussion Paper No. MIT-EL-040WP, MIT Energy Laboratory, June 1982.

"A Comparative Evaluation of the ORNL and REEPS Models of Residential Energy Demand for Forecasting Residential Energy Policy Impacts," with J. Berkovec, T. Cowing, and J. Rust, Discussion Paper No. MIT-EL-82-061WP, MIT Energy Laboratory, July 1982.

"Residential End-Use Energy Planning System (REEPS)," with A. Goett, *EPRI Report* EA-2512, Electronic Power Research Institute: Palo Alto, July 1982.

"An Econometric Analysis of Residential Electric Appliance Holdings and Consumption," with J. Dubin, *Econometrica*, March 1984.

"The Residential End-Use Energy Planning System: Simulation Model Structure and Empirical Analysis," with A. Goett, in J. Moroney (ed.), *Advances in the Economics of Energy and Resources*, JAI Press: Greenwich, CT, 1984.

"Consumer Attitudes and Voluntary Rate Schedules for Public Utilities," with K. Train and A. Goett, *the Review of Economics and Statistics*, August 1987.

"Estimating Household Value of Electric Service Reliability with Market Research Data," with A. Goett and C-K. Woo, *Energy Journal: Special Electricity Reliability Issue*, 1988.


**Health Economics**

"Estimation of Response Probabilities from Augmented Retrospective Observations," with D. Hsieh and C. Manski, *Journal of the American Statistical Association*, No. 391, 651-662, September 1985.

"The Dynamics of Housing Demand by the Elderly: Wealth, Cash Flow, and Demographic Effects," with J. Feinstein, in D. Wise (ed), *The Economics of Aging*, 55-91, University of Chicago Press: Chicago, 1989.

"The Dynamics of Housing Demand by the Elderly: User Cost Effects," with C. Ai, J. Feinstein, and H. Pollakowski, in D. Wise (ed.), *Issues in the Economics of Aging*, 33-87, University of Chicago Press: Chicago, 1990.

"Problems of Housing the Elderly in the United States and Japan," in Y. Noguchi and D. Wise (eds.), *Aging in the United States and Japan*, 109-137, University of Chicago Press: Chicago, 1994.

"Demographics, the Housing Market, and the Welfare of the Elderly," in D. Wise (ed.), *Studies in the Economics of Aging*, 225-285, University of Chicago Press: Chicago, 1994.

**DANIEL L. McFADDEN**                                                                                   **14**
**Principal**

---

"Living Arrangements: Health and Wealth Effects," with A. Boersh-Supan and R. Schnabel, in D. Wise (ed.), *Advances in the Economics of Aging*, 193-216, University of Chicago Press: Chicago, 1996.

"Comment on 'Elderly Health, Housing, and Mobility'," in D. Wise (ed.), *Advances in the Economics of Aging*, 317-320, University of Chicago Press: Chicago, 1996.

"The Impact of Demographics on Housing and Nonhousing Wealth in the United States," with H. Hoynes, in M. Hurd and N. Yashiro (Eds.), *The Economic Effects of Aging in the United States and Japan*, 153-194, University of Chicago Press: Chicago, 1997.

"Subjective Survival Curves and Life Cycle Behavior," with M. Hurd and L. Gan, in D. Wise (ed.), *Inquiries in the Economics of Aging*, 259-305, University of Chicago Press: Chicago, 1998.

"*Consumption and Savings Balances of the Elderly: Experimental Evidence on Survey Response Bias*," with M. Hurd, et al., in D. Wise (ed.), *Frontiers in the Economics of Aging*, 353-387, University of Chicago Press: Chicago, 1998.

"Healthy, Wealthy, and Wise? Socioeconomic Status, Morbidity, and Mortality among the Elderly," with M. Hurd and A. Merrill, Working Paper, April 1998.

"Predictors of Mortality Among the Elderly," with M. Hurd and A. Merill, working paper, December 1999. Forthcoming in D. Wise (ed.) *Themes in the Economics of Aging*, University of Chicago Press: Chicago, 2001.

"Comment on Incentive Effects of Social Security Under an Uncertain Disability Option," in D. Wise (ed.) *Themes in the Economics of Aging*, University of Chicago Press: Chicago, 2001

"Response Behavior in Surveys of the Elderly: Experimental Evidence from Internet Surveys" with Joachim Winter, Conference Draft, March 2001.

"Healthy, Wealthy, and Wise? Tests for Direct Causal Paths between Health and Socioeconomic Status", with P. Adams, M. Hurd, A. Merrill, and T. Ribeiro, Journal of Econometrics, Vol 112, Issue 1, 3-56, 2003.

"Response", with P. Adams, M. Hurd, A. Merrill, and T. Ribeiro, Journal Of Econometrics, Vol 112, Issue 1, 129-133, 2003.

"Individual Subjective Survival Curves", with L. Gan and M. Hurd, NBER Working Paper No. 9480, January 2003.

"Subjective Mortality Risk and Bequests", with L. Gan, G. Gong and M. Hurd, NBER Working Paper No. 10789, September 2004

**DANIEL L. McFADDEN**                                                                                           **15**
**Principal**

**Environmental Economics**

"Assessing Use Value Losses Caused by Natural Resource Injury," with J.A. Hausman and G. Leonard, in J. Hausman (ed.), *Contingent Valuation: a Critical Assessment*, 341-363, North Holland: Amsterdam, 1993.

"Issues in the Contingent Valuation of Environmental Goods: Methodologies for Data Collection and Analysis," with G. Leonard, in J. Hausman (ed.), *Contingent Valuation: a Critical Assessment*, 165-208, North Holland: Amsterdam, 1993.

"Contingent Valuation and Social Choice," *American Journal of Agricultural Economics*, November 1994.

"A Utility-consistent, Combined Discrete Choice and Count Data Model Assessing Recreational Use Losses Due to Natural Resource Damage," with J. Hausman and G. Leonard, *Journal of Political Economics*, 1995.

"Estimating Natural Resource Damages with and without Contingent Valuation, " by Susan J. Guthrie, Daniel L. McFadden and Kenneth T. Wise, at the 88th *Annual Meeting of the Air and Waste Management Association*, 1995

"*Why is Natural Resource Damage Assessment So Hard?*," Hibbard Lecture, Agricultural and Resource Economics, University of Wisconsin, Madison, May, 1996.

"Measuring Environmental Injury in the Presence of Confounding Risks," Working Paper, May 1996.

"On the Analysis of Endogenously Recruited Panels," Working Paper, February 1997.

"Can Meta-analyses of CV Studies Determine Their Reliability?" Working Paper, October 1997.

"*Referendum Contingent Valuation, Anchoring, and Willingness to Pay for Public Goods*," with D. Green, K. Jacowitz, and D. Kahneman, *Resource and Energy Economics*, 1998.

"Computing Willingness-to-Pay in Random Utility Models," in J. Moore, R. Riezman, and J. Melvin (eds.), *Trade, Theory and Econometrics: Essays in Honour of John S. Chipman*, Routledge, forthcoming January 1999.

"Comment on Discussion of Morey and Waldman's 'Measurement Error in Recreation Demand Models,'" with K. Train and R. Johnson, *Journal of Environmental Economics and Management*, Vol. 40, pp. 76-81 (2000).

DANIEL L. McFADDEN                                                                                          16
Principal
---

EXPERT TESTIMONY & CONSULTING

In an administrative law case, *U.S. DOE vs. Cities Service Corp.*, I prepared written testimony and testified in support of defendant Cities on alleged damages from overcharges. My analysis considered the issue of the marginal cost of production of "new oil" and the econometric techniques appropriate for this analysis. (1987)

In the patent damages case of *Polaroid v. Kodak*, I served as a consulting expert to Polaroid on the economic theory of the case and the methodology used to estimate damages. (1989)

In the case of *U.S. DOJ vs. Exxon Company USA*, arising from the Exxon Valdez oil spill, I prepared for Exxon estimates of damages from loss of recreational opportunities. I was not deposed and did not testify prior to settlement of the case. However, I subsequently testified before a NOAA rule-making committee on some aspects of environmental damage assessment. (1990-1992)

In the case of *Northern Industries vs. Portec*, a contract dispute, I analyzed the market for railroad cranes on behalf of defendant Portec to determine whether the plaintiff was damaged, and critiqued a NERA analysis. I was deposed and testified. (1991-1994)

On behalf of defendant Atlantic Richfield Company, I submitted an expert report and was deposed in the case of *State of Montana vs. ARCO*, which involved contamination of streams arising from historical smelter operations of Anaconda Copper Company. My analysis considered the valuation of damages to consumer welfare from the contamination. (1993-1998)

I was deposed and testified on behalf of the defendants in the Industrial Excess Landfill case, a class action against Goodyear, Goodrich, and Firestone Rubber companies. My analysis focused on the estimation of damages from stigma. (1994-1995)

I was deposed in the case of *Apple Computer vs. ICSOP*. On behalf of the defendants, I analyzed the economic basis for allocation of a settlement between Apple Inc. and Apple Computer in a case involving trademark infringement and licensing of future use. (1995)

I submitted an expert report and was deposed in a case alleging unjust enrichment from trade secrets, *American Airlines vs. Northwestern Airlines*. On behalf of the defendant, I critiqued the damage analysis of the plaintiff's experts. (1997)

I submitted an expert report, was deposed, and testified on behalf of Globe Metallurgical who was a defendant in a price-fixing civil anti-trust suit in the ferrosilicon products industry. My analysis focused on the reliability of the methodology used to detect whether plaintiffs were damaged. (1998)

I was a member of a three-person mediation team that mediated a suit in which the State of California and others were the plaintiffs and Bank of America was the Defendant. The case

**DANIEL L. McFADDEN**                                                                               **17**
**Principal**

---

involved damages to the State from a failure of the Bank to return funds from inactive accounts. (1998)

I submitted an amicus brief to a federal appeals court in reference to a Daubert ruling on the econometric analysis of an expert in a civil suit regarding unfair business practices. The issue in that case was whether the methodology used was a reliable indicator of damage to a competitor from alleged anticompetitive conduct. (2000)

I submitted an expert report and was deposed on behalf of Northpoint Communications in *Northpoint Communications vs. Verizon Communications.* My analysis estimated the loss in the market value of Northpoint as a result of a breach of contract by Verizon. (2001)

I submitted an expert report and was deposed on behalf of DuPont in the Choline Vitamins price-fixing litigation. My analysis estimated damages from the alleged anticompetitive conduct. (2001)

I submitted an expert report and was deposed on behalf of General Electric in *State of New Mexico ex rel, vs. General Electric, et al.* Case number CV 99-1254 BSJ and CV 99-1118 BSJ. The case involved the estimation of stigma damages. I submitted an amicus brief to the United States Supreme Court on this issue. (2002)

I submitted an expert opinion and was deposed and testified on behalf of Visa USA in a class-action litigation regarding pricing of foreign exchange services for credit card users. *Schwartz vs. Visa International, et al,* Case number 822404-4. (2002)

I submitted an expert report and was deposed on behalf of Cellnet of Ohio in *Westside Cellular Inc. dba Cellnet of Ohio vs. New Par et.al.* My analysis estimated damages from alleged illegal pricing of access to a telecommunications network. (2002)

I was retained as the damages expert in a patent infringement case involving reasonable royalties for an electronics invention. The case was dismissed. (2002)

I was retained as the damages expert by AOL in the *Netscape v. Microsoft* antitrust case. This case settled prior to submission of an expert report. (2002-2003)

I was retained as the damages expert by Sun Microsystems in *Sun v. Microsoft* antitrust case. This case settled prior to submission of an expert report. (2003-2004)

I testified in a private arbitration regarding damages from alleged conduct of a participant in an auction for a company. The principals and issues are confidential. (2003)

I submitted a co-authored amicus brief to the Supreme Court in reference to the regulation of interstate wine shipments. (2004)

**DANIEL L. McFADDEN**                                                                                                          **18**
**Principal**

I am retained as the damages expert in a patent infringement and commercial practices case involving setting of product standards.

I submitted an expert report, an affidavit, and was deposed and testified in the Rocky Flats Plant case, a class action against Dow Chemical and Rockwell. On behalf of the defendants, I critiqued the plaintiffs' and defendants damage analysis, and rendered an opinion on their reliability. (1997-2006)

I submitted an expert report and testified at trial in Australia in an antitrust matter on behalf of plaintiff in *Seven v. News Corp.*