**TAB
A**

CONFIDENTIAL

# *Etopophos* ®

## (NDC 0015 - 3404 - 20)

### (etoposide phosphate) for Injection

## Launch Plan

**Anticipated Launch: September/October 1995**

**BRAND POSITIONING STATEMENT:**

Etopophos® (etoposide phosphate) for Injection is a water-soluble prodrug of etoposide which displays identical activity to the parent compound. The solubility of Etopophos in aqueous solutions provides distinct benefits over etoposide. Etopophos can be infused over as few as 5 minutes without causing hypotension and can be admixed in concentrations as high as 20 mg/mL. Etopophos represents a significant advance in the clinical and practical utility of podophyllotoxin derivatives.

# "5/20"

## (Five minute infusions/20 mg/mL concentration)

**Larry J. Lunak**
**September 6, 1995**

BMS:3:0:::::

BMSAWP/0011214

HIGHLY CONFIDENTIAL

Plaintiffs' Exhibit
**208**
01-12257-PBS

# Table of Contents

| Section | Page |
| --- | --- |
| Executive Summary | 1 |
| Critical Issues | 4 |
| Marketing Objectives and Goals | 8 |
| Marketing Strategy and Key Messages | 10 |
| Marketing Tactics | 11 |
| Profit & Loss | 13 |
| POA Plans | 14 |

Appendices:

| | | |
| --- | --- | --- |
| Appendix I. | VePesid® versus Etopophos® | 15 |
| Appendix II | Sales Projections | 16 |
| Appendix III | Advertising and Promotion | 18 |
| Appendix IV | Etopophos® Pricing Model | 19 |
| Appendix V | Time and Events Schedule | 20 |

BMS:3·012209

BMSAWP/0011215

HIGHLY CONFIDENTIAL

# Executive Summary

In 1983, Bristol-Myers introduced VePesid® (etoposide) for Injection to the oncology community. In the 10 years in which the brand enjoyed domestic exclusivity, VePesid grew to become the highest selling cytotoxic in the United States. The year 1993 marked the apex of VePesid injectable growth with net sales in excess of $188 MM. With a strong clinical database and over a decade of experience, etoposide ranks as one of the most valuable agents available to today's clinicians in the fight against cancer.

The year 1987 saw the introduction of VePesid® (etoposide) capsules. Providing etoposide in a convenient oral form, VePesid capsules allowed clinicians to take advantage of a growing body of clinical data that, by 1990, suggested chronic, low dose exposure to etoposide provides a measurable benefit over traditional three day intravenous dosing. In 1993, VePesid capsules produced net sales of approximately $20 MM. Fueled in part by the Medicare Cancer Coverage Improvement Act, 1994 net sales of VePesid Capsules grew over $5 MM to $25.6 MM -- a 27 percent growth over 1993.

Together, VePesid capsules and injectable reached total net sales of $208 MM in 1993. Aside from setting the brand and divisional sales record in that year, 1993 also marked two very important changes in the VePesid Market -- the introduction of three new VePesid vial sizes (150 mg, 500 mg, and 1 gram) and, more importantly, the loss of the compound's exclusivity protection on November 11, 1993.

Although actual generic competition did not become a reality until February 14 of 1994, it had been anticipated as early as November of 1993. In expectation of such competition, BMOD instituted an aggressive partnering program with individual hospitals and Group Purchasing Organizations (GPOs) to support continued brand loyalty in the face of generic competition. Through the seemingly tireless work of the Bristol Laboratories Oncology Products sales force, over 1,500 hospitals and nearly 70 percent of all oncologists' office practices enrolled in BMOD's VePesid programs.

As a result of generic competition, final net sales for VePesid for Injection fell to $108.4 MM in 1994. Although at first glance this $72 MM drop seems dramatic, the $108.4 MM figure is quite respectable in light of market conditions. Facing nearly a full year of competition, the brand lost only 42 percent of its 1993 net sales. This loss was nearly evenly split between lost units (approximately 20 percent) and reduced net sales price (also approximately 20 percent). In addition, hospital groups having signed VePesid contracts

1

BMS:3:0¢0005

BMSAWP/0011216

HIGHLY CONFIDENTIAL

during 1993 received as much as 1.2 months of VePesid during the last week of December. Contractees signed during 1994 also received equivalent amounts of free VePesid. As a result, net sales figures actually underestimate the amount of VePesid successfully channeled into the marketplace in 1994.

Despite its overwhelming acceptance by the oncology community, etoposide as a clinical compound has several drawbacks. The molecule has a very **low water solubility** and must be produced in a non-aqueous form for parenteral administration. To achieve a pharmaceutically elegant product, etoposide **must be formulated with a variety of excipients** (citric acid, ethanol, benzyl alcohol, modified polysorbate 80, and polyethylene glycol). As a consequence of its formulation, VePesid must be administered over 30 to 60 minutes to decrease the patient's risk of experiencing excipient-induced hypotension. As a result of etoposide's low water solubility, VePesid admixtures **cannot exceed 0.2 to 0.4 mg/mL** without running the risk of the product precipitating. Also, the excipients used in the manufacture of etoposide injection produce a **physio/chemical reaction with acrylic and ABS polymers** which precludes the product's use with many chemo safety devices.

**Etopophos®** (*etoposide phosphate*) **for Injection** eliminates many of these concerns. A phosphate ester of etoposide, Etopophos is readily water soluble. Being highly water soluble, Etopophos can be manufactured as a *lyophilized powder*, avoiding the use of the various excipients which impart many of the negative attributes of etoposide for injection. Thus, etoposide phosphate can be administered over as few as *five minutes*, can be admixed at concentrations as high as *20 mg/mL* (compared to a maximum concentration of only 0.4 mg/mL for etoposide), and the formulation will not interact with acrylic and ABS polymers often used in chemotherapy admixture safety devices.

Etoposide phosphate is a *pro-drug* of etoposide. Upon parenteral administration, etoposide phosphate is rapidly and completely cleaved by circulating plasma phosphatases to yield etoposide. Thus, Etopophos eliminates the vast majority of etoposide's formulation drawbacks while still providing identical pharmacokinetic/pharmacodynamic properties.

Providing etoposide in the form of a phosphate ester results in a larger molecular weight for the compound. In fact, etoposide's molecular weight is 13.6% higher than the parent compound. As a result, Etopophos will be presented in single-dose vials containing 113.6 mg of etoposide phosphate -- a dose equivalent to 100 mg of etoposide. Since the drug becomes -- for all practical purposes -- etoposide once administered each vial will be treated by the admixing professional as a 100 mg vial of etoposide.

Exclusivity for the compound is assured through 2007. However, therapeutic substitution

2

BMS 3.050010

BMSAWP/0011217

HIGHLY CONFIDENTIAL

of VePesid® (etoposide) for Injection and its generic competitors will continue to negatively impact upon Etopophos. Etopophos' physio/chemical attributes will serve as powerful differentiating features which should favor brand selection. In fact, BMS market research has shown Etopophos can maintain a premium price in the etoposide market. However, it must be noted that this premium differential falls as the market price for generic etoposide falls.

The Etopophos New Drug Application (#20-457) was submitted to the FDA for consideration on June 28, 1994. During the Agency's 45-day filing meeting the application was deemed to be "fileable." In addition, since the Etopophos NDA does not go beyond indications currently existing for the parent compound, the Agency determined the application need not undergo review by the Oncology Drugs Advisory Committee (ODAC). Based upon these facts, the FDA's Division of Oncology Drug Products initially anticipated completing their review of the application by year end, 1994. However, this did not come to pass. **Approval is now anticipated in an August to September 1995 timeframe.**

Upon launch, positioning strategy will stress the clinical equivalency of Etopophos to etoposide. The advantages of the brand (i.e., the ability to administer over as few as five minutes, the ability to admix at concentrations up to 20 mg/mL without risking precipitation, etc.) will be emphasized to justify the brand's premium price. Lastly, the financial advantages of conversion from etoposide to Etopophos will be stressed.

Appendix I. outlines a comparison of Etopophos and etoposide. This comparison and the brand positioning statement appearing on the cover of this plan represent the main thrust of the positioning strategy.

3

BMS:3:107011

BMSAWP/0011218

HIGHLY CONFIDENTIAL

# Critical Issues

The following are the Critical Issues facing the launch of Etopophos® (etoposide phosphate) for injection:

1.   **Timing of FDA Approval of the Etopophos NDA**

   Critical to the success of Etopophos in 1995 is the timing of the FDA approval of the compound for commercial marketing. The Etopophos NDA was submitted on June 28, 1994 and was filed on August 27th. Under the "User Fee" guidelines now in place at the FDA, BMSO would expect approval -- barring any unforeseen problems with the application -- within one year of filing.

   Dialog with the FDA initially indicated an accelerated schedule for approval could be anticipated. In fact, approval by the end of 1994 was a distinct possibility according to the Agency. However, that time frame did not come to pass and current projections show the drug's approval may be delayed until the end of the "User Fee" period -- August 27, 1995.

   Non-approval, or further delays to collect additional information at the Agency's request remain a possibility. Should FDA queries, audits, or other requests (e.g., labeling revisions) be of a more intense nature than currently expected, commercial approval of Etopophos could be delayed beyond August of 1995.

   The impact of this delay upon the economic prospects of the brand is significant. Etoposide prices continued to fall in the marketplace with only one small generic competitor. The presence of a second generic, and the specter of an imminent third, can only accelerate price erosion. In February of 1995, the FDA approved a second company's -- Pharmacia (Adria) -- application to market etoposide for injection. A third competitor -- Chiron -- is expected to gain marketing approval in the second quarter of 1995. With as many as three generic competitors now anticipated prior to the approval of Etopophos, the eventual price commanded by the brand (even supporting a premium) will fall far short of initial expectations.

   *How can BMSO be best positioned to take advantage of an Etopophos approval in mid- to late-1995?*

4

BMS:?··?2?012

BMSAWP/0011219

HIGHLY CONFIDENTIAL

2. **Cannibalization of VePesid® (etoposide) for injection Business**

It is anticipated that the availability of Etopophos will result in the cannibalization of a portion of the existing VePesid and generic etoposide business. This is a logical assumption in light of the "saturated" etoposide market which has existed since the late 1980's. If correctly priced, the advantageous profile of Etopophos should result in a substantial shift in etoposide purchasing patterns toward Etopophos with the brand "cannibalizing" 25 to 30 percent of sales within the first 12 months.

*How can BMSO best position Etopophos to cannibalize both VePesid injectable and regain share from its generic competitors?*

3. **Pricing Concerns**

The launch of Etopophos represents the introduction of a premium product into a saturated and increasingly price-sensitive market. Since the advent of generic competition, the VePesid® (etoposide) for injection average selling price has declined by over 33 percent ($69 versus $109 per 100 mg vial) as of May 1, 1995. Future erosion is expected in light of multiple etoposide approvals expected throughout 1995.

The Etopophos product profile is significantly superior to that of etoposide for injection and is expected to support as much as a 20 percent price premium over VePesid injectable and its generic competitor(s). Market Research indicates, however, that the amount of premium the market will bear diminishes as the generic price erodes. As a result, at anticipated levels of $ 65.00/100 mg etoposide, Etopophos may support only a 10 to 15 percent premium. Once established, Etopophos may be able take advantage of the compound's superiority and maintain its pricing despite continued erosion of the VePesid/generic market.

In light of the delay in product approval and the expected rapid decline in market price due to multiple generic competitors, a decision may need to be made as to whether the brand is better served by attempting to be price competitive (with a premium) or to establish a higher price for the brand and allow it to fill a niche market where its advantages are best employed. Consideration of the latter option will become increasingly important if Agency approval is significantly delayed.

*How can BMSO best implement a pricing strategy for Etopophos to ensure the brand maintains its introductory price in the face of further declines in market etoposide pricing and still maintain a market share of 30?*

5

BMS:3:000013

BMSAWP/0011220

HIGHLY CONFIDENTIAL

## 4.   Physician Pricing Incentives

Currently, physician practices can take advantage of the growing disparity between VePesid's list price (and, subsequently, the Average Wholesale Price [AWP]) and the actual acquisition cost when obtaining reimbursement for etoposide purchases. If the acquisition price of Etopophos is close to the list price, the physicians' financial incentive for selecting the brand is largely diminished.

To provide adequate financial incentive for the use of Etopophos, the following strategies could be employed:

1.   Reduction of the VePesid AWP.  Under this option, the list price and/or AWP for VePesid would be reduced from its current level to the highest bid price currently in the marketplace.

2.   Establish a premium list price for Etopophos (etoposide phosphate) for injection.  A list price of $120.54 would represent a 15% premium over the current VePesid (etoposide) for injection MD direct list price of $104.82, while $125.57 would represent 115% of the wholesale list price of $109.19.

Volume based conversion discounts would be extended to:

- Physician Practices (through BMOTN)

- Hospitals (through GPO Partnerships)

- Non-GPO Hospitals (through competitive bidding)

- All other channels of trade (also through competitive bidding)

*How can BMSO best price and discount Etopophos to negate any financial dis-incentives when compared to current reimbursement levels for VePesid and the generic etoposides?  How can such a program be instituted to result in an average selling price of $75.00 per 100 mg equivalent Etopophos vial?*

## 5.   Lack of Market-Driven Clinical Data

Upon launch, relatively little efficacy data will be available for Etopophos® (etoposide phosphate) for injection.  This is not a great concern since the compound

6

BMS: 3·0·1·14

HIGHLY CONFIDENTIAL

BMSAWP/0011221

is quickly and completely converted to etoposide upon administration.  Support of investigator-initiated Phase IV studies through the BMSO Clinical Research Grant (CRG) programs will be an important source of clinical information concerning the use of Etopophos upon launch.

*How can BMSO best ensure a successful Clinical Research Grants program to support the use of Etopophos?*

7

BMS:3:001015

BMSAWP/0011222

HIGHLY CONFIDENTIAL

# Marketing Objectives and Goals

The overall objective for Etopophos is to achieve net sales of $ 11.0MM and a Variable Product Contribution of $ 4.99MM in 1995.  Other supportive objectives and goals are as follows:

1.  Provide internal coordination to assure a smooth, timely, and effective launch of Etopophos® (etoposide phosphate) for injection within 15 days of FDA approval.

    Goals:

    A.  Within the confines of last minute changes in approved labelling, have all sales force promotional materials ready for printing upon approval.
    B.  Within the confines of last minute changes in approved labelling, have all package components ready for processing upon approval.

2.  Provide the BLOP sales force with the proper education, training, and sales tools to successfully position Etopophos as the preferred etoposide for injection.

    Goals:

    A.  Working with the BMSOI Sales Training Department, develop a computer-based learning module to facilitate initial product training by June 1, 1995.
    B.  Working with BMSOI Sales Training, provide completed computer-based training module to sales force within five working days of final approval.
    C.  As the timing of final approval is unlikely to conform to scheduled BMSOI POA periods, produce a "Video Launch" package which can be implemented in a single day meeting by each District Business Manager.
    D.  Provide completed Video Launch Package to DBMs within 10 working days of final product approval.

3.  Support Phase IV/Post-marketing Clinical Research Grants to establish and expand the scientific database concerning the use of Etopophos.

    Goal:  Initiate two CRG trials to establish the feasibility of:

        1) Rapid administration, and
        2) admixing high concentrations of Etopophos

    within three months of product approval.

8

BMS:3:?????6

BMSAWP/0011223

HIGHLY CONFIDENTIAL

4.  Institute a pricing strategy to deliver an Etopophos ASP (average selling price) of $75.00 or higher per 100 mg vial by year's end.

Goals:

A.  Develop a price-sensitive plan for incorporating Network Dollars to drive Etopophos sales in the physician office through BMOTN by June 1, 1995.

B.  Work with BMOTN to convert 30 percent of etoposide purchases to Etopophos within six months of product launch.

C.  Develop a price-sensitive plan for incenting sales of Etopophos through GPOs and independent hospitals by June 1, 1995.

D.  Sign contracts with 5 major independent hospitals and 10 of the top 15 GPOs within three months of Etopophos launch.

9

BMS:3:000017

BMSAWP/0011224

HIGHLY CONFIDENTIAL

# Marketing Strategy and Key Messages

**NOTE:** *The following strategy reflects a price/penetration approach to the introduction of Etopophos in the etoposide marketplace. Should the market generic etoposide price fall below $50.00 per 100 mg, a niche strategy emphasizing premium pricing over market penetration would replace the strategy outlined below.*

A.   **Etopophos Positioning Statement**

To optimally position Etopophos, this Positioning Statement will be employed:

*Etopophos® (etoposide phosphate) for Injection is a water-soluble prodrug of etoposide which displays identical activity to the parent compound. The solubility of Etopophos in aqueous solutions provides distinct benefits over etoposide. Etopophos can be infused over as few as 5 minutes without causing hypotension and can be admixed in concentrations as high as 20 mg/mL. Etopophos represents a significant advance in the clinical and practical utility of podophyllotoxin derivatives.*

B.   **Strategy and Key Selling Points**

There are three primary elements to the Etopophos launch strategy:

1.   Stress the clinical equivalency of Etopophos to etoposide ("*Etopophos is etoposide*").   Special emphasis will be placed upon conveying an understanding of the 113.6 mg to 100 mg dosing ratio.

2.   Once clinical equivalency has been established, the product's unique attributes will be stressed:

   a.   Etopophos can be administered over as few as five minutes without the risk of vehicle-induced hypotension
   b.   Etopophos can be admixed at concentrations as high as 20 mg/mL without the risk (and waste) of precipitation

   Special emphasis will be placed upon how these attributes can positively impact upon work flow within the physician's practice, or with the transplant setting.

3.   Finally, the BLOP sales representative will demonstrate the financial aspects of conversion form etoposide to Etopophos.

10

BMS:3·000018

BMSAWP/0011225

HIGHLY CONFIDENTIAL

# Marketing Tactics

### A.   Establish brand name and presence

Without the use of traditional "reminder" items (pens, pads, etc.), the name and availability of Etopophos will be stressed through personal selling and a physician subscription program to *Current Opinions in Oncology*.

### B.   Provide additional clinical data as they become available

Upon launch, the body of clinical data will be fairly sparse.  As time goes by, additional studies, many sponsored through the BMSO Clinical Research Grants program, will be published.  The sales force will be advised when such studies are published and selected studies will appear as POA pieces (both "leaver" and medical request materials as appropriate.)

### C.   Launch/Training Materials

|  | Timing |
|---|---|
| ■ Introductory Journal Advertisement | 3Q95 |
| ■ OPC Detail Folder | 3Q95 |
| ■ Budman Reprint Carrier (5 minute bolus study) | 3Q95 |
| ■ File Card | 3Q95 |
| ■ Sell Sheet | 3Q95 |
| ■ Product clinical/pharmacology monograph | 3Q95 |
| ■ Formulary Guide | 3Q95 |
| ■ Administration Guide | 3Q95 |
| ■ Launch sales videos, role play & objections | 3Q95 |
| ■ Direct Mail - Intro. Etopophos to MD, Pharm, and RN audiences | 3Q95 |
| ■ Direct Mail - Follow-up mailings to above | 3Q95 |
| ■ MD Investigator Video for Launch Meeting | 3Q95 |
| ■ Sales force Launch Premiums | 3Q95 |
| ■ Physician Journal Subscription Program | 3Q95(on-going) |

### D.   Subsequent POA

|  |  |
|---|---|
| ■ Bone Marrow Transplant Monograph | POA I 96 |
| ■ Investigators' Roundtable - Audiotape/Monograph | POA I 96 |
| ■ Nurses' Video In-service | POA I 96 |
| ■ Nurse Roundtable/Monograph | POA II 96 |
| ■ Economic Analysis Monograph | POA II 96 |
| ■ Supplemental Clinical Reprints as appropriate studies are published |  |

11

BMS:3:667 315

HIGHLY CONFIDENTIAL

BMSAWP/0011226

E.    **Sales Force Training**

The training of the Bristol Laboratories Oncology Products sales force will occur as outlined in the Time and Events Schedule (Appendix V).

12

BMS:3-0??1?3

HIGHLY CONFIDENTIAL

# Profit & Loss

BMS ONCOLOGY / IMMUNOLOGY
1995 BUDGET
STATEMENT OF PRODUCT CONTRIBUTION
ETOPOPHOS

| ($ 000's)<br>( ) = Unfavorable | 1995 Budget | | 1994 Actual | | Variance:<br>95B vs 94A | | 1993 Actual | | Variance:<br>94A vs 93A | |
|---|---|---|---|---|---|---|---|---|---|---|
| | $ | % Sales | $ | % Sales | $ | % | $ | % Sales | $ | % |
| Gross Sales | 18,385 | | -- | | 18,385 | NA | -- | | -- | NA |
| Sales Deductions | 936 | | -- | | (936) | NA | -- | | -- | NA |
| Net Sales | 17,449 | 100.0 | -- | NA | 17,449 | NA | -- | NA | -- | NA |
| Cost of Sales | 4,632 | 26.5 | -- | NA | (4,632) | NA | -- | NA | -- | NA |
| Gross Margin | 12,817 | 73.5 | -- | NA | 12,817 | NA | -- | NA | -- | NA |
| Distribution | 357 | 2.0 | -- | NA | (357) | NA | -- | NA | -- | NA |
| Advertising/Promotion | 1,705 | 9.7 | 68 | NA | (1,637) | (>150.0) | -- | NA | (68) | NA |
| Clinical Phase IV & V | 163 | 8.9 | 14 | NA | (149) | (>150.0) | -- | NA | (14) | NA |
| Co-Promotion/Co-Marketing | 250 | 1.4 | -- | NA | (250) | NA | -- | NA | -- | NA |
| Total Direct Expenses | 2,473 | 14.2 | 82 | NA | (2,389) | (>150.0) | -- | NA | (82) | NA |
| Sales Force Direct | 2,004 | 11.5 | -- | NA | (2,004) | NA | -- | NA | -- | NA |
| Variable<br>Product Contribution | 8,343 | 47.8 | (82) | NA | 8,427 | >150.0 | -- | NA | (82) | NA |

Note: John Beecham's budget (dated February, 1995) assumes an earlier launch than will
be realized.  Gross sales of $ 11.0 MM with a variable Product Contribution of
$ 4.99 MM are now anticipated.

13

BMS.B.000001

BMSAWP/0011228

HIGHLY CONFIDENTIAL

# POA Plans

| POA | MATERIALS | INITIATE DEVELOPMENT |
|---|---|---|
| III 1995 | Launch Materials | Currently under development |
| I 1996 | BMT Roundtable | August, 1995 |
| I 1996 | In-service Video for office-based nurses | August, 1995 |
| I 1996 | Investigator's Roundtable Audiotape/Monograph | August, 1996 |
| II 1996 | Nurse Users' Roundtable Monograph | December, 1996 |
| II 1996 | Economic Analysis Monograph Outpatient etoposide versus Etopophos® | December, 1996 |

Clinical reprint carriers, with and without physician commentary, will be developed as appropriate studies are published.

14

BHS: 3:020022

HIGHLY CONFIDENTIAL

BMSAWP/0011229

# Appendix I. VePesid® Versus Etopophos®

| VePesid (etoposide) for Injection | Etopophos (etoposide phosphate) for Injection |
|---|---|
| 100 mg; 150 mg; 500 mg; 1 gram vials | 100 mg vial (1 gram, 500 mg to follow) |
| Multi-dose vials | Single-dose vial (no preservatives) |
| 50 mg capsules | No capsule at this time (bioavailability?) |
| Exclusivity lost November 1993 | Exclusivity through 2007 |
| Insoluble in water | *WATER SOLUBLE* |
| 0.2 to 0.4 mg/mL concentration to avoid precipitation | 0.1 to 20 mg/mL concentration without precipitation concerns |
| Non-aqueous formulation | Lyophilized powder |
| Myriad of excipients due to water insolubility* | Few excipients (dextran 40) |
| Infuse over 30 to 60 minutes to avoid hypotension | *CAN INFUSE OVER 5 MINUTES WITHOUT CAUSING HYPOTENSION* |
| Stability: 28 days once entered | Stability: 2 days once entered [48 hours at room temp] |
| Large volume required for continuous infusions | *WIDE RANGE OF ADMINISTRATION CONCENTRATIONS* |
| Shelf stable | Refrigerate prior to use |
| Plastic devices made of ABS polymers or acrylic can crack and leak when exposed to undiluted VePesid | *NO KNOWN INTERACTIONS WITH EITHER ACRYLIC OR ABS POLYMERS* |

## 113.6 MG ETOPOPHOS = *100 MG VePesid*

* citric acid; benzyl alcohol; modified polysorbate 80; polyethylene glycol

15

BMS:3:37 733

Ε Π

BMSAWP/0011230

HIGHLY CONFIDENTIAL

Appendix II    **Sales Projections**

Calculating anticipated sales of Etopophos® (etoposide phosphate) for injection within the injectable etoposide market is a complicated exercise due to the emerging complexity and resultant uncertainty of the market. The market reached a level of relative stability in the early 1990's owing to the exclusive status of VePesid® (etoposide) for injection, the brand's single presentation, and overall market saturation.

The situation changed dramatically in 1993 with the anticipated emergence of a generic etoposide product. In the third quarter, BMOD introduced the first line extension in VePesid injectable's 10 year history — the 150 mg vial. Approval of the 500 mg and 1 gram vials increased the injectable VePesid family to a total of four presentations in the fourth quarter. Acceptance of the new vial sizes was dramatic, particularly in the physician office market where the 1 gram vial grew to represent over 50 percent of the total equivalents sold by June of 1994. One gram vial sales to the hospital market segment trailed those seen in the physician market although encouraging gains were seen as the year progressed.

On February 14, 1994, Gensia Laboratories of San Diego, California received FDA approval of their generic etoposide for injection. Gensia entered the market with two presentations — 100 mg and 500 mg vials — packaged in a unique "Onco-seal" package designed to contain any inadvertent spills due to breakage during shipment and handling..
Aggressive marketing and discounting on behalf of Gensia and their distributors in both the physician and hospital markets resulted in an erosion in total VePesid injectable net sales. 1994 net sales of VePesid injectable declined 42 percent from 1993 ($108.4 MM versus $188 MM, respectively). Upon closer examination, this decline was the result of losses in both VePesid units ($=20$ percent) and price ($=20$ percent).

With the February 1995 approval of Pharmacia's etoposide and the expected 2nd quarter 1995 approval of Chiron's product, further erosion in market price and BMSO share are inevitable. Much depends upon the timing of Pharmacia's and Chiron's availability and their respective pricing strategies.

The launch of Etopophos will certainly add another quantum level of diversity and complexity to the etoposide market. Based upon the brand's aforementioned attributes, BMSOI anticipates a 51.9 share of the etoposide equivalents for Etopophos at the end of 12 months on the market. The following table projects share and net sales based upon an average selling price (ASP) of $75.00, two generic competitors and a market generic etoposide price of $65.00 per 100 mg vial..

16

BMS:3:000004

BMSAWP/0011231

HIGHLY CONFIDENTIAL

Appendix II, Table . **Etopophos Sales Projections**[1]

| | Equivalents | Vials | Net Sales | Market Share | Monthly Spread |
|---|---|---|---|---|---|
| Jul | 0 | 0 | 0 | 0 | 0 |
| Aug | 4,368,300 | 43,683 | $3,276,255 | 33.7% | 10.00% |
| Sep | 961,026 | 9,610 | $720,770 | 7.4% | 2.20% |
| Oct | 2,358,882 | 23,589 | $1,769,175 | 18.2% | 5.40% |
| Nov | 3,145,176 | 31,452 | $2,358,900 | 24.3% | 7.20% |
| Dec | 3,844,104 | 38,441 | $2,883,075 | 29.6% | 8.80% |
| Jan | 4,149,885 | 41,499 | $3,112,425 | 32.0% | 9.50% |
| Feb | 4,193,568 | 41,936 | $3,145,200 | 32.3% | 9.60% |
| Mar | 4,892,496 | 48,925 | $3,669,375 | 37.7% | 11.20% |
| Apr | 4,543,032 | 45,430 | $3,407,250 | 35.0% | 10.40% |
| May | 4,499,349 | 44,993 | $3,374,475 | 34.7% | 10.30% |
| Jun | 6,727,182 | 67,272 | $5,045,400 | 51.9% | 15.40% |
| | 43,683,000 | 436,830 | $32,762,550 | 28.1% | 100.00% |

J. Plunkett/M. Stevens 9-02-94

[1] **Assumptions for Table 2:**

1. Commercial Launch: No later than August 30, 1995

2. Total 1995 Parenteral Etoposide Market
   - 155,620,000 mgs of activity (equivalents)
   - 1,556,200 100 mg vials

3. Etopophos Average Selling Price: $75.00/vial

4. Total Year Sales Percentages
   - VePesid Injection:   41.9 % ( 652,510 vials)
   - Generic Etoposide:   30.0 % ( 466,860 vials)
   - Etopophos:          28.1 % ( 436,830 vials)
                          1,556,200 vials

| | | Current Etoposide | Year End Etopophos Penetration |
|---|---|---|---|
| 5. | Market divided as: | | |
| | Bone Marrow Transplant | 9.3 % | 70 % |
| | Non-BMT Hospital | 68.1 % | 75 % |
| | Physician Office | 22.6 % | 54 % |

6. Monthly sales spread will be similar to TAXOL® at launch.

17

BMS.3·7·000005

HIGHLY CONFIDENTIAL

BMSAWP/0011232

Appendix III
## Advertising and Promotion

The 19945 Advertising and Promotion Budget for the launch of Etopophos® (etoposide phosphate) for injection has been established at $1,700,000.00

## 1995 Launch Expenses:

### Advertising

**Introductory Journal Advertisement**

|  |  |
|---|---|
| ▪ Creative Development | $ 20,000 |
| ▪ Ad Placement | $275,000 |
| ▪ Updated Ad Development | $ 20,000 |
|  | $315,000 |

## Promotion

|  |  |
|---|---|
| ▪ Etopophos Logo Development | $ 2,500 |
| ▪ OPC Detail Folder | $ 15,000 |
| ▪ Budman Reprint Carrier | $ 30,000 |
| ▪ File Card | $ 15,000 |
| ▪ Sell Sheet 8.5 X 11" 4C | $ 15,000 |
| ▪ Product clinical/pharmacology monograph | $ 65,000 |
| ▪ Formulary Guide 7 X 10", 2C | $ 30,000 |
| ▪ Administration Guide, 8.5 X 11", 12pps, 2C | $ 25,000 |
| ▪ Launch sales videos, role play & objections | $ 87,000 |
| ▪ Direct Mail - Intro program to MD, Pharm, RN Audiences, MAILGRAM with OPC insert | $ 60,000 |
| ▪ Direct Mail - Follow-up mailings to above | $ 45,000 |
| ▪ MD Investigator Video for Launch Meeting | $ 30,000 |
| ▪ Salesforce Launch Premiums | $ 5,000 |
| ▪ Physician Journal Subscription Program | $225,000 |
|  | $649,500 |

### Subsequent POAs

|  |  |
|---|---|
| ▪ Investigators' Roundtables - conduct meeting produce audiotape/monograph package, distribute through Medical Services Request forms | $300,000 |

18

SMS:3:100326

HIGHLY CONFIDENTIAL

BMSAWP/0011233

Appendix IV

# Etopophos Pricing Model

Generic Etoposide 100mg:    $ 65.00

|  | Direct to MD List | Wholesale List Price |
|---|---|---|
| VePesid    100 mg: | ·$104.82 | $109.19 |
| Etopophos 100 mg:* | $120.54 | $125.57 |

\* The Etopophos List Price represents a 15% premium over VePesid

====================================================================

## MD Market - BMOTN

| Etopophos List Price: | $120.54 |
|---|---|
| **FLOOR** Etopophos Bid Price: | $ 88.25 |
| **HIGEST** Network $ % | 15.00% |
| (**HIGHEST** Network $) | ($ 13.24) |
| **FLOOR NET PRICE/100 mg:** | **$ 75.01** |

BMSO Reps will negotiate any combination of bid (as low as $88.25) and Network Dollars (as high as 15%). The resulting net price can be no lower than $75.01.

====================================================================

## GPO and Independent Hospital Contracts

| List Etopophos Price: | $125.57 |
|---|---|
| Bid Etopophos Price: | $ 93.50 (24 % off of list) |
| Generic Etoposide Price: | $ 65.00 |

Volume based discounts: Based on percent of total etoposide units purchased as Etopophos versus 1994 baseline etoposide usage (BMS and generics) for the equivalent quarter

| % Etopophos | % Rebate off $93.50 | Net Etopophos Cost per 100 mg equivalent | Premium over gen. Etoposide |
|---|---|---|---|
| 0 to 25 % | 0.00% | $93.50 | 43.80% |
| 26 to 50 % | 7.50% | $86.50 | 33.10% |
| 51 to 75 % | 15.00% | $79.50 | 22.30% |
| 75 to 100 % | 27.00% | $68.25 | 05.00% |

19

BMS: 3·^0002?

BMSAWP/0011234

HIGHLY CONFIDENTIAL

Appendix V

# Launch Plans:

## Time and Events Schedule

| Days Post Approval | Action Item |
|---|---|
| 5 | Computer-based training (CBT) module distributed to Reps |
| 5 - 10 | Representatives complete CBT (half-day required) |
| 10 | Video Launch Package distributed to Reps |
| 10 - 15 | Representatives review Launch Video (2 hours required) |
| 15 | Sales Promotion begins with Launch Material* |
| 15 | Product available / Trade Stocking / Orders processed |
| Managers Meeting | DBM Training |
| POAIII | Official Etopophos Launch |

* OPC/Sales Aid available on day 15 with availability of other materials based on FDA approval.

BMS:3:000025

20

BMSAWP/0011235

HIGHLY CONFIDENTIAL