# TAB
# B



| From: | Janine Suscewicz |
|---|---|
| Sent: | Tuesday, January 30, 2001 11:36 AM |
| To: | Steven L Greco; Milton E Goggans; Donald J Soltysiak; Kristine Peterson; Samuel J Moed; Mark J Ahn; Jeffrey Hatfield; Gary Zieziula |
| Cc: | Joel M Lasker; Rosemary A Crane; Rick E Winningham; Richard Lane; Thomas P McKenna |
| Subject: | Message from Ed Penick |

 

PricingPractices.doc janine.suscewicz.vc
f

  Kindly distribute this memorandum regarding the Company's pricing and promotional practices to all U.S. Medicines Sales and Marketing Personnel.

Please contact me if you have any questions.

Many thanks.

HIGHLY CONFIDENTIAL

BMS/AWP/000192875

Plaintiffs' Exhibit
223
01-12257-PBS



## Executive Memorandum

 **Bristol-Myers Squibb Company**
U.S. Medicines Group

| | | | |
|---|---|---|---|
| To: | U.S. Sales & Marketing Personnel | Date: | January 26, 2001 |
| From: | E. Penick | cc: | R. Crane, R. Lane, J. Lasker |
| | | | T. McKenna, R. Winningham |
| Subject: | Media Coverage — | | |
| | Pharmaceutical Pricing Practices | | |

As you may be aware, there has been increasing media coverage of pharmaceutical pricing practices. Beyond the usual charges that pharmaceutical companies charge too much for their products, the government has recently focused on the differential between the Average Wholesale Price ("AWP") of products and the products' actual selling price. The government refers to that differential as the "spread."

The government has long been aware of the existence of the spread. For years, a substantial amount of public information has detailed the size of the spread for many drugs. Nevertheless, it is important to recognize that the government's recent focus on the spread is part of the reason it gives when asserting that the government is overpaying for the drugs it reimburses.

In light of the recent attention being paid to the spread, it is appropriate to remind you that Bristol-Myers Squibb Company, in accordance with its Code of Conduct, promotes and sells its products "solely on the basis of price, quality and service." Although it is appropriate to respond to a customer's inquiry about a product's AWP and its cost, the spread should not be used as a promotional or marketing tool.

Please contact the U.S. Medicines Legal Department if you have any questions or concerns about this issue.

HIGHLY CONFIDENTIAL