UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | ) ) Judge Patti B. Saris ) ) ) |

**TRIAL OF CLASSES 2 & 3 CLAIMS**

AFFIDAVIT OF GARY SHRAMEK
SUBMITTED AS DIRECT TESTIMONY IN CASE-IN-CHIEF
OF TRACK 1 DEFENDANTS IN TRIAL OF CLASSES 2 & 3 CLAIMS

COMMONWEALTH OF MASSACHUSETTS  )
                                )ss.:
COUNTY OF Barnstable            )

1. I am, and have been since August 2003, an Account Executive in the HealthCare Channel Management Division of Bristol Myers-Squibb. I currently sell BMS pharmaceutical products to managed care entities in the New England area, including Blue Cross Blue Shield of Massachusetts ("BCBS/MA"), Tufts Associated Health Plan, Fallon Community Health Plan and Health New England.

2. I graduated from Northeastern University in 1974 with a B.S. in Pharmacy.

3. From September 1999 until October 2002, I was employed at BCBS/MA as Pharmacy Program Director, Clinical Pharmacy. From 1994 to 1999, I worked at the pharmacy benefit manager PharmaCare, which was owned by CVS, Inc., and participated in the startup of PharmaCare. From 1990 to 1994, I worked at CVS, as a Pharmacy Analyst and Manager and as a Pharmacist. From 1988 to 1990, I founded and ran Pharm-Assist Inc.,

providing specialized pharmacy consulting services to retail pharmacies, managed care organizations and pharmaceutical manufacturers. From 1984 to 1988, I worked as Director of Pharmacy for Kaiser Foundation's Staff Model HMO for the Northeast Region. Prior to that position, I worked as a retail pharmacist and as a hospital pharmacist. I continue to be a licensed pharmacist.

4. In these various positions, I learned beginning in the 1980s that pharmaceuticals, including physician-administered drugs, were available to staff model HMOs, managed care organizations, physicians, long-term care facilities, and other providers at deep discounts off wholesale prices, including AWP (average wholesale price) and WAC (wholesale acquisition cost). In fact, it is commonly known in the industry, including at BCBS/MA and other managed care entities, that such discounts are widely available.

## AWP

5. I first became familiar with AWP, average wholesale price, when I became a pharmacist in the mid-1970s, because retail pharmacies could then buy drugs at prices below AWP. The fact that AWP is not an actual average of wholesale prices was common knowledge at that time and has continued to be so until the present. It is also common knowledge that AWP does not reflect the actual cost of the medication on claim transactions.

6. AWP does not reflect transaction prices because drug manufacturers often give rebates and discounts to entities in the market that can move market share in a therapeutic category or drive volume usage of their drugs. Entities purchasing drugs that receive such rebates and discounts include staff model HMOs, hospitals, long-term care facilities and physicians (as to the injected or infused drugs that they administer in their offices).

7. It has commonly known in the industry since at least the 1980s that AWP and WAC do not reflect the discounts and rebates available on many drugs. And, because the rebates and discounts vary widely by drug, there is no predictable relationship between AWP and providers' acquisition cost.

8. The availability of such rebates and discounts to entities that can move market share and drive volume has been commonly known in the health insurance industry for many years. It was commonly known in the staff model HMO environment at Kaiser in the 1980s because they were purchasing drugs, including oncology drugs, for their own facilities at deep discounts, often as large as the discounts received by federal government purchasers of drugs. Knowledge of rebates and discounts also was common among the health insurance plans I have done business with during my career.

9. At CVS and PharmaCare, I worked with managed care clients, including health insurance companies with operations in Massachusetts, such as Harvard Community Health Plan, Pilgrim Health Care (which later merged to become Harvard Pilgrim Health Care) and Health New England, who were aware of the availability of rebates from pharmaceutical manufacturers. Indeed, PharmaCare, which received such rebates, passed on the rebates, in part, to its managed care customers.

10. At BCBS/MA, my colleagues and I were aware that drugs, including oncology drugs, were available to physicians at discounts up to 60% off AWP. We were also aware that rebates were available to BCBS/MA either directly from manufacturers or through PBMs.

### Specialty Pharmacy

11. While I was at BCBS/MA, my supervisor, Kim Olsen, who was Vice President for Contracted Health Services, other BCBS/MA personnel and I looked into whether specialty pharmacy providers could present a more cost-effective source of physician-administered and other specialty drugs for BCBS/MA. This inquiry was begun because we were aware that physician-administered and specialty drugs could be purchased at discounts well below AWP.

12. Ms. Olsen and I attended a conference in Orlando, Florida which I believe occurred in June 2002 called the Specialty Pharmaceutical National Partnership Showcase, sponsored by the National Blue Cross Blue Shield Association ("BCBS Association"). Defendants' Exhibit 1148 (BCBSMA-AWP 17372-388) is a PowerPoint presentation from that conference, which bears my handwriting on it. I understand that this document was produced in this litigation by BCBS/MA and was distributed by Ms. Olsen to other BCBS/MA personnel. As the document indicates (at page 17376), there was discussion at this conference that U.S. Oncology (a large buyer) could purchase drugs for 18-40% off AWP and that pediatricians who were being reimbursed at AWP minus 5% were able to buy drugs at 60-70% less than AWP.

13. Prior to the conference in Orlando, I recall participating in telephone conference calls with BCBS Association members regarding Requests for Proposals ("RFPs") which the BCBS Association was making to specialty pharmacy vendors. These RFPs are discussed in Defendants' Exhibit 1148 at page 17380.

14. On this same trip in 2002, Ms. Olsen and I and other BCBS Association personnel made site visits to two specialty pharmacy companies. However, BCBS/MA decided not to pursue these opportunities because its PBM, Express Scripts, was developing a specialty

pharmacy division. I recall several BCBS/MA associates and I visited an Express Scripts facility in St. Louis where they were developing specialty pharmacy operations.

15. Defendants' Exhibit 1148 refers to a Specialty Pharmaceutical Initiative, sponsored by the BCBS Association, which was designed to offer BCBS companies alternatives to purchase specialty pharmaceuticals at discounted prices. The Exhibit indicates that the projected potential savings was $200 million (*see* page 17377).

16. In October 2002, due to a reorganization, my position was eliminated by BCBS/MA and I was laid off.

_____
Gary Shramek

Sworn to before me this ___ day of _____, 2006

_____
Notary Public

CAROL ANN BOLEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 14, 2010