Defendants'
Exhibit
1148

# Specialty Pharmaceutical Initiative

BlueCross BlueShield Association
An Association of Independent Blue Cross and Blue Shield Plans

**Specialty Pharmaceutical National Partnership Showcase**
Orlando, Florida
June 19-20, 2002

## Agenda

- **Background**
  - Context
  - BCBSA Strategic Priorities

- Pharmaceutical Cost Trends

- Specialty Pharmaceutical Initiative

- Specialty Pharmacy Program Overview

- Appendix

Defendants' Exhibit
1148
01-12257 - PBS

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17372

1

## Agenda

- Background

  - **Pharmaceutical Cost Trends**
    - National Trends
    - Blue Trends

- Specialty Pharmaceutical Initiative

- Specialty Pharmacy Program Overview

- Appendix

## Pharmaceutical Costs Trends: National Trends

**Key Trends**

- Over the past twenty years, there has been a substantial and steady increase in:
  - Share of national health expenditures attributed to pharmaceutical costs
  - Total pharmaceutical spending for public and private payers

- Increased utilization and price increases are the primary drivers of prescription drug costs

- Promotional spending has propelled sales for pharmaceutical companies

- Increasing research and development budgets will continue to feed expensive new drugs into the market

- Pharmaceuticals continue to be the most profitable industry; however, the introduction of generics affects profit margins





HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

## Agenda

- Background
- Pharmaceutical Cost Trends
- **Specialty Pharmaceutical Initiative**
  - Why a S-Rx Initiative?
  - Vendor Selection Process
- Specialty Pharmacy Program Overview
- Appendix

## Specialty Pharmaceutical Initiative: Why a S-Rx Initiative?

The S-Rx Initiative was implemented in response to significant Plan interest and market opportunity



Why S-Rx?

Market Opportunity — Plan Interest — Specialty Pharmaceuticals Initiative

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER     BCBSMA-AWP-17375





HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17376









HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER          BCBSMA-AWP-17378

13





HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17379

15

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER





→ ruare of GPO function to Help MD's if impairing bottom line

BCBSMA-AWP-17380

## Specialty Pharmaceutical Initiative: Vendor Selection Process

S-Rx Initiative (2000) → Initiative Kick Off (May 2001) → Vendor Market Analysis (June 2001) & Vendor List Created (June 2001) → RFP Process (July 2001) → Vendor Presentations (1st round) (July 2001) → Vendor Presentations (2nd round) (Oct 2001) → (Dec 2001 - March '02)

- Contracted Innovatix and Premier
- Received notice of Innovatix and Premier JV (Nov-Dec)
- Initiated negotiations with S-Rx companies (Dec)
- Contracts complete:
  - ☑ Innovatix (March 2002)
  - ☑ Priority (Feb 2002)
  - ☑ Curascript (Feb 2002)
  - ☐ Caremark (TBD)
  - ☐ McKesson (TBD)

## Agenda

- Background
- Pharmaceutical Cost Trends
- Specialty Pharmaceutical Initiative
- **Specialty Pharmacy Program Implementation**
  - Vendor Model Options
  - How Does it Work?
  - Critical Path
  - Division of Responsibilities
  - Considerations
- Appendix

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                BCBSMA-AWP-17381

## Specialty Pharmacy Program Implementation: Vendor Model Options

**How Does it Work?**

1) BCBSA negotiates cost-plus pharmaceutical and distribution pricing with specialty drug distributors

2) BCBSA-sponsored GPO negotiates discounted pricing with specialty pharmaceutical manufacturers and wholesalers / distributors

3) BCBSA-sponsored specialty pharmaceutical distributors access GPO contracts to drive down drug acquisition cost (patient-specific)

4) BCBS-sponsored providers access GPO contracts to drive down drug acquisition cost (bulk distribution) *only cancelg today*

5) BCBS Plans reduce provider fee schedules to capture value of GPO and specialty pharmaceutical distributors discounts

## Specialty Pharmacy Program Implementation: Vendor Model Options

Patient-specific distribution/reimbursement model

[Diagram: Manufacturers → Specialty Pharmaceutical Distributor → Patient-Specific Distribution → Physician Office → Patient (volume); Wholesaler/Distributor; Health Plan with Drug, Bill, Reimbursement $; Unit price]

Strategy: Reduce health plan cost by reducing drug cost/mark-up and utilization

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER       BCBSMA-AWP-17382

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER









HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17384

25

## Agenda

- Background
- Pharmaceutical Cost Trends
- Specialty Pharmaceutical Initiatives
- Specialty Pharmacy Program Implementation
- **Appendix**
  - A. Key Decisions Checklist
  - B. Score Cards
  - C. National Project Team
  - D. Program Level Responsibilities

## Appendix A: Key Decisions Checklist

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER                BCBSMA-AWP-17385

# Appendix D:
# Program Level Responsibilities

## Program Level

### National Project Team/Association

- Business model
  - Common approaches, program design
- Vendor selection
- Master contract negotiation and execution
- Plan Recruitment
- Vendor management: National

### Individual Plan

- Support implementation of common business model
- Implementation planning and execution
  - Provider network rollout
  - Internal systems and processes
- Vendor interface and field office management

57

HIGHLY CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

BCBSMA-AWP-17386