TAB
B

```
CALLID              = 3218458
CALLDATE            = Nov 12 1998 12:00AM
REPLNAME            = KEIGHLEY
REPMIDINIT          = M
REPFNAME            = GREG
TERRITORY           = 45171001
ACCTLNAME           = GOWDA
ACCTFNAME           = UMA
ACCTADDRESS         = 2 MEDICAL PLAZA #150
ACCTCITY            = ROSEVILLE
ACCTSTATE           = CA
ACCTZIP             = 95661
CALLTYPE            = Detail
PRODUCT             = TAXOL
TOTPRODSAMPL        =    1
NOTETEXT            :  1) USING TAXOL MORE IN LAST 6 MOS THAN EVER BEFORE.  USING IT WEEKLY & IN 1 & 3 HR
                       INFUSIONS.^^2) ACTUALLY HIRED ANOTHER RN TO DO 3 HR TAXOL INFUSIONS IN OFFICE.^^3)
                       VERY INT IN SPREAD OF CHEMO AGENTS.  WANTS TO KNOW SPREAD OF TAXOL.^^
```

Plaintiffs' Exhibit

**229**

01-12257-PBS

BMS/AWP/01403078
Highly Confidential

```
CALLID              = 1544168
CALLDATE            = Apr 20 1999 12:00AM
REPLNAME            = FAULKNER
REPMIDINIT          = D
REPFNAME            = DANA
TERRITORY           = 43091005
ACCTLNAME           = CHAMBERS
ACCTFNAME           = ROWENA G
ACCTADDRESS         = 1 UNDERCLIFF TERRACE
ACCTCITY            = PRINCETON
ACCTSTATE           = WV
ACCTZIP             = 24740
CALLTYPE            = Detail
PRODUCT             = TAXOL
TOTPRODSAMPL        =    1
NOTETEXT            :  message...loud and clear."  Bottom line, he wants us to raise our AWP or lower our price.  I told him that
                       our AWP is about 25% over acquisition cost, and that we are one of the best in terms of AWP.
```

BMS/AWP/01406365
Highly Confidential

```
CALLID             = 17113846
CALLDATE           = Nov  6 1998 12:00AM
REPLNAME           = MORRISON
REPMIDINIT         = M
REPFNAME           = FRAN
TERRITORY          = 45092001
ACCTLNAME          = TASHIMA
ACCTFNAME          = CHARLES
ACCTADDRESS        = 8830 LONGPOINT #605
ACCTCITY           = HOUSTON
ACCTSTATE          = TX
ACCTZIP            = 77055
CALLTYPE           = Detail
PRODUCT            = TAXOL
TOTPRODSAMPL       =    1
NOTETEXT           : Asked me re Taxol/Carbo – says Jean tells him they are losing $$ on Taxol & are going to change NSCLC
                     pts back to VP/Cis.  Wants me to do the math & show the spread on reimbursement for him.  Will f/u.
```

_EXHIBIT_ 9

Danielle Grant

BMS/AWP/01404191
Highly Confidential

EXHIBIT 10

Danielle Grant

```
CALLID             = 17114179
CALLDATE           = Nov 20 1998 12:00AM
REPLNAME           = MORRISON
REPMIDINIT         = M
REPFNAME           = FRAN
TERRITORY          = 45092001
ACCTLNAME          = SCOUROS
ACCTFNAME          = MARIA
ACCTADDRESS        = 1220 BLALOCK # 160
ACCTCITY           = HOUSTON
ACCTSTATE          = TX
ACCTZIP            = 77075
CALLTYPE           = Detail
PRODUCT            = TAXOL
TOTPRODSAMPL       =    1
NOTETEXT           : Changing NSCLC pts to VP/Cis from Taxol/Carbo based on pricing & reimbursement – went over numbers
                     w/ Dr. Tashima – need to f/u w/ Jean.  Doing AT, but not scheduling correctly – went over w/ Nancy.
```

BMS/AWP/01404200
Highly Confidential

```
CALLID           = 17114182
CALLDATE         = Nov 20 1998 12:00AM
REPLNAME         = MORRISON
REPMIDINIT       = M
REPFNAME         = FRAN
TERRITORY        = 45092001
ACCTLNAME        = TASHIMA
ACCTFNAME        = CHARLES
ACCTADDRESS      = 8830 LONGPOINT #605
ACCTCITY         = HOUSTON
ACCTSTATE        = TX
ACCTZIP          = 77055
CALLTYPE         = Detail
PRODUCT          = PARAPLATIN
TOTPRODSAMPL     =    3
NOTETEXT         : Went over some numbers re reimbursement for Taxol/Carbo vs VP/Cis for NSCLC.  He agrees that the tx
                   is better & you do make $$ also – wants me to call Jean & go over w/ her.
```

—EXHIBIT //

Danielle Grant

BMS/AWP/01404123
Highly Confidential

```
CALLID          = 17115589
CALLDATE        = Feb 12 1999 12:00AM
REPLNAME        = MORRISON
REPMIDINIT      = M
REPFNAME        = FRAN
TERRITORY       = 45092001
ACCTLNAME       = SCOUROS
ACCTFNAME       = MARIA
ACCTADDRESS     = 1220 BLALOCK # 160
ACCTCITY        = HOUSTON
ACCTSTATE       = TX
ACCTZIP         = 77075
CALLTYPE        = Detail
PRODUCT         = IFEX
TOTPRODSAMPL    =    2
NOTETEXT        : n cost of drugs – Dr. T.says Dr. Scouros says they are coming out of the hole, but have limited Taxol use
                  due to cost.  Have gone over AWP numbers & fact that do make money on the Taxol/Carbo combination
                  though will pay mor
```

EXHIBIT 12

Danielle Grant

BMS/AWP/01408993
Highly Confidential

EXHIBIT *13*

Danielle Grant

```
CALLID              = 17115579
CALLDATE            = Feb 12 1999 12:00AM
REPLNAME            = MORRISON
REPMIDINIT          = M
REPFNAME            = FRAN
TERRITORY           = 45092001
ACCTLNAME           = TASHIMA
ACCTFNAME           = CHARLES
ACCTADDRESS         = 8830 LONGPOINT #605
ACCTCITY            = HOUSTON
ACCTSTATE           = TX
ACCTZIP             = 77055
CALLTYPE            = Detail
PRODUCT             = IFEX
TOTPRODSAMPL        =    2
NOTETEXT            : rugs – says Dr. Scouros says they are coming out of the hole, but have limited Taxol use due to cost.
                      Have gone over AWP numbers & fact that do make money on the Taxol/Carbo combination though will
                      pay more for these drugs
```

BMS/AWP/01408985
Highly Confidential

EXHIBIT 14

Danielle Grant

```
TERR_ID            = 46602001
REP_LNAME          = MORRISON
REP_MNAME          = M
REP_FNAME          = FRAN
CALL_PRESC_L       :  AHMAD
CALL_PRESC_F       :  MUNIR
CALL_ADDR          :  1202 WEST FRANK AVENUE
CALL_CITY          = LUFKIN
CALL_STATE         = TX
CALL_ZIP           = 75904
CORP_TIER          =
REP_TIER           = 3
CALL_DATE          = 2/4/2003 12:30:00
PRODUCT_NAME       = PARAPLATIN
NOTE_TEXT          :  Asked re SABCS - discussed Robert data, then Loesch paper.  Indicates using Para in lung & H&N,
                      interested in MBC data & says would try.  Also talked w/ Wanda - asked re pricing & reimbursement -
                      went over information w/ her.  Reminder re ProCert program.
```

BMS/AWP/01402293
Highly Confidential

EXHIBIT 15

Danielle Grant

```
CALLID              = 17123144
CALLDATE            = Nov 16 1999 12:00AM
REPLNAME            = MORRISON
REPMIDINIT          = M
REPFNAME            = FRAN
TERRITORY           = 45092001
ACCTLNAME           = HELLERSTEIN
ACCTFNAME           = LEWIS
ACCTADDRESS         = 9343 N LOOP EAST 410
ACCTCITY            = HOUSTON
ACCTSTATE           = TX
ACCTZIP             = 77029
CALLTYPE            = Detail
PRODUCT             = TAXOL
TOTPRODSAMPL        =    1
NOTETEXT            :  Getting busier at St. Joe's office – review of AC followed by Taxol for adjuvant breast cancer tx.  Since he
                       sits on Medicare review bd, asked re new AWP using from First Data Bank & how this lowers
                       reimbursement for commun
```

BMS/AWP/01409167
Highly Confidential

```
TERR_ID              = 110084
REP_LNAME            = LIPTAK
REP_MNAME            = P
REP_FNAME            = THOMAS
CALL_PRESC_L         : LIM
CALL_PRESC_F         : FELIXBERT
CALL_ADDR            : 220 BESSEMER ROAD , Suite 102
CALL_CITY            = MOUNT PLEASANT
CALL_STATE           = PA
CALL_ZIP             = 15666
CORP_TIER            = 2
REP_TIER             = 1
CALL_DATE            = 2003-04-28
PRODUCT_NAME         = PARAPLATIN
NOTE_TEXT            : First Carbo breast lady D/C'd because of thrombocytopenia; still on Taxotere and Herceptin.  Other two
                       refused; he wanted to give pts refused-they didn't even want to get Herceptin!!  May get Carbo in the
                       future.  Usually AUC of 5 in lung because of study pt getting 6 and having marrow crash!!  Very positive
                       generally on Carbo.  Taxotere rep promoting Taxotere and Carbo in lung.  Tells Dr. Lim that solo docs are
                       using Taxol because of the ""spread"".
```

BMS/AWP/01402215
Highly Confidential

| | |
|---|---|
| CALLID | = 19090259 |
| CALLDATE | = Oct  2 2000 12:00AM |
| REPLNAME | = LIPTAK |
| REPMIDINIT | = J |
| REPFNAME | = THOMAS PAUL |
| TERRITORY | = 41173005 |
| ACCTLNAME | = BRESS |
| ACCTFNAME | = ALAN |
| ACCTADDRESS | = 220 MEYRAN AVE. |
| ACCTCITY | = PITTSBURGH |
| ACCTSTATE | = PA |
| ACCTZIP | = 15213 |
| CALLTYPE | = Detail |
| PRODUCT | = TAXOL |
| TOTPRODSAMPL | =    1 |
| NOTETEXT | : Questioned me about Taxol going generic.  He said he would be loyal to us if we're price competitive.  We talked about the potential change in the spread.  Taxotere girl was there delivering lunch. |

BMS/AWP/01418108
Highly Confidential

```
CALLID            = 20984225
CALLDATE          = Jun 27 2000 12:00AM
REPLNAME          = SOULE
REPMIDINIT        = J
REPFNAME          = DOUGLAS
TERRITORY         = 45013003
ACCTLNAME         = BAGLEY
ACCTFNAME         = CHAS
ACCTADDRESS       = 1560 N 115TH ST STE G16
ACCTCITY          = SEATTLE
ACCTSTATE         = WA
ACCTZIP           = 98133
CALLTYPE          = Detail
PRODUCT           = TAXOL
TOTPRODSAMPL      = 1
NOTETEXT          :
```

^^I had a very interesting meeting with Drs Bagley and Lane. Discussed S9900 again. Focused most of the time on 1594 and covered the same points as related with McCroskey above. Bagley really played devils advocate and said that cis/ etoposide was as good as the new drugs tested in 1594 and that it was beginning to make more sense to use cheaper drugs with a better margin on AWP like cis/etoposide because it was becoming more important to select drugs that improved the financial aspect of the practice. He knew that the margins between AWP and list for cis and etoposide were very large percentage wise. He also said that the new drugs gave no better survival potential than cis/etoposide. He also said that it was obvious that higher doses of Taxol/Carbo were no better on survival than lower doses and only increased the toxicity. I explained that Taxol/ cis had been proven to be better than cis/etoposide by ECOG Phase lll data. That higher doses of Taxol/Carbo had been shown to provide better but not statistically significant survival by Kosmidis in a randomized trial. I also went into depth to explain that % margin profit from drugs like cis or etoposide may be greater than Taxol/Carbo but that this might not turn out to yield more absolute dollars of revenue and that following his line of thought of using cis/etoposide might actually result in less profitability.  As an  example, a $50.00 difference in AWP vs list might be 100% greater than list  but would not yield the same dollar revenue as a margin of $150.00 that was only 15% over list. 80% of 95% of AWP is still the formula for reimbursement no matter what the percent difference between list and AWP. I also mentioned that cis and etoposide and not Taxol or Carbo were on the HCFA hit list to drastically reduce AWP's and profit margins and how this would dramatically change the revenue to his business.  He sort of listened but I'm not sure he was totally following the business logic. He did soften his position on the business aspect but not necessarily on the survival benefit of using higher doses of Taxol/Carbo in lung patients. Dr Lane listened intently to the discussion. I talked with Denise Parkinson after my meeting with the doctors and expressed my concern of the possible misconceptions the MD's might have of profitability because of all of the changes going on in the marketplace and recapped my discussion with Bagley. She agreed. We discussed several options of how to educate the physicians. She said that continued ongoing discussions like I had with Bagley were critical and encouraged me and my teammates to continue to see them as much as possible. She told me that Bagley was pretty compulsive but got over it quickly. For example he had recently come to her in a panic and said that they should stop seeing any DSHS patients because they were not making any money. After she explained that DSHS only made up 1% of the patient population he forgot about it. She said that the younger MD's were different. They were really concerned about the changes in the marketplace affecting their long term viability and income. We also discussed ProCert and her desire to have the pamphlets and note pads at each nursing station.^^



BMS/AWP/01418525
Highly Confidential

```
CALLID            = 20986059
CALLDATE          = Oct  5 2000 12:00AM
REPLNAME          = SOULE
REPMIDINIT        = J
REPFNAME          = DOUGLAS
TERRITORY         = 45013003
ACCTLNAME         = GOLDBERG
ACCTFNAME         = RONALD
ACCTADDRESS       = 1322  3RD ST.SE #40
ACCTCITY          = PUYALLUP
ACCTSTATE         = WA
ACCTZIP           = 98372
CALLTYPE          = Detail
PRODUCT           = PROCERT
TOTPRODSAMPL      =   3
NOTETEXT          : Great conversation  basically a Phase I effort on generic Taxol b ut led to a very good disussion on what
                    BMSO brings to the practice as a whole. He was very amiable and appreciative of BMSO and asked a lot
                    of great questions. We discussed the financial impact of generic competition. I explainied it as the greatest
                    business opportunity for him in many years because for every dollar BMSO lost due to price reductions
                    needed to stay competitive with generic competition,  medical ocologists would make 95cents due to the
                    wide disparity of cost vs AWP reimbursement. This led into many spinn off financial discussions including
                    Taxotere 5% increase, LYNX as a cost savings tool and another added value service provided by BMSO.
                    We also discussed Megace OS  Carboplatin and  IFEX as premier products as well ans went over the
                    easier 1:1 dosing of IFEX and Mesna again. He spent close to 30 minutes with me and we hit it off finally.
                    He did say that he was concerned about a much higher incidence and serious HS reactions with Taxol and
                    asked if it might be product quality related. I told him that I was not hearing this from other accounts so I
                    would assume that he just was being unlucky for a short period of time. I believe that he will be in favor of
                    continuing to support Taxol and perhaps will preferentially use Taxol  over Taxotere in the future based on
                    this call.
```



BMS/AWP/01418646
Highly Confidential

```
CALLID              = 20987081
CALLDATE            = Nov 15 2000 12:00AM
REPLNAME            = SOULE
REPMIDINIT          = J
REPFNAME            = DOUGLAS
TERRITORY           = 45013003
ACCTLNAME           = BOYD
ACCTFNAME           = THOMAS
ACCTADDRESS         = 1211 N  16TH AVE
ACCTCITY            = YAKIMA
ACCTSTATE           = WA
ACCTZIP             = 98902
CALLTYPE            = Detail
PRODUCT             = PARAPLATIN
TOTPRODSAMPL        =    2
NOTETEXT            :  Steve Pond visit  reimbursment with taxol/paraplatin as key examples accentuating the value of Taxol and
                       Carbo
```

BMS/AWP/0141869
Highly Confidential

```
CALLID            = 20986791
CALLDATE          = Nov  3 2000 12:00AM
REPLNAME          = SOULE
REPMIDINIT        = J
REPFNAME          = DOUGLAS
TERRITORY         = 45013003
ACCTLNAME         = EINSTEIN
ACCTFNAME         = ALBERT
ACCTADDRESS       = 1221 MADISON
ACCTCITY          = SEATTLE
ACCTSTATE         = WA
ACCTZIP           = 98104
CALLTYPE          = Detail
PRODUCT           = TAXOL
TOTPRODSAMPL      =    1
NOTETEXT          : Very good conversation on generic paclitaxel and AWP situations. Full coverage of appropriate issues with
                    both.
```



BMS/AWP/01418664
Highly Confidential

```
CALLID              = 32309400
CALLDATE            = Jul 2 1999 12:00AM
REPLNAME            = OPEN TERRITORY
REPMIDINIT          = A
REPFNAME            = WADE
TERRITORY           = 45174001
ACCTLNAME           = COLBOURN
ACCTFNAME           = DONALD
ACCTADDRESS         = 2 MEDICAL PLAZA #150
ACCTCITY            = ROSEVILLE
ACCTSTATE           = CA
ACCTZIP             = 95661
CALLTYPE            = Detail
PRODUCT             = TAXOL
TOTPRODSAMPL        =   1
NOTETEXT            : WENT OVER ORCA AND PROSTATE.  WANTS DATA ON SPREAD AND COST OF VEPSID AND
                      CYTOXAN AND WHAT THE SPREAD WILL BE.
```

BMS/AWP/01414388
Highly Confidential

```
CALLID           = 10379073
CALLDATE         = Nov 14 2000 12:00AM
REPLNAME         = DAVIDSON
REPMIDINIT       = B
REPFNAME         = BARBARA
TERRITORY        = 45012001
ACCTLNAME        = PICOZZI
ACCTFNAME        = VINCENT
ACCTADDRESS      = 1100 NINTH AVENUE
ACCTCITY         = SEATTLE
ACCTSTATE        = WA
ACCTZIP          = 98111
CALLTYPE         = Detail
PRODUCT          = PARAPLATIN
TOTPRODSAMPL     =   2
NOTETEXT         : While waiting for my appointment with Jacobs, we stopped and chatted with Picozzi.  He told us while he
                   doesn't see a lot of breast and is mostly below the belt – he is using increasing amounts of Taxotere.
                   Breast, Lung and Prostate.  Unfortunately, it wasn't quite the place to pull out supporting docs, but he
                   agreed to see me in an appt setting.  We talked to him about generic Taxol and  the profitability spread,
                   etc.  We set the stage with both Jacobs and Picozzi in terms of possibly needing their help with purchasing
                   brand name if we don't get a contract with Amerinet. Gena doesn't think we'll get it – though we should wait
                   and see.  The discussion also developed into WSMOS business and Picozzi wants speaker ideas soon
                   as he wants to set up the entire year in January.  (See separate memo).  He repects BMSO and considers
                   us the premier cancer organization with the premier cancer drugs (Then why is he choosing Taxotere?)
                   ^^^^
```

BMS/AWP/01415895
Highly Confidential

```
CALLID              = 3178617
CALLDATE            = Nov  2 2000 12:00AM
REPLNAME            = BANGS
REPMIDINIT          =
REPFNAME            = BETTE PENELOP
TERRITORY           = 45011005
ACCTLNAME           = PIERCE
ACCTFNAME           = WILLIAM
ACCTADDRESS         = 875 OAK STREET, S.E. #4030
ACCTCITY            = SALEM
ACCTSTATE           = OR
ACCTZIP             = 97301
CALLTYPE            = Detail
PRODUCT             = PARAPLATIN
TOTPRODSAMPL        =    2
NOTETEXT            :  business issues^^generic^^procert^^taxotere awprevisit profitability issues between taxol and taxotere
```

BMS/AWP/01414599
Highly Confidential

```
CALLID              = 3178627
CALLDATE            = Nov  2 2000 12:00AM
REPLNAME            = BANGS
REPMIDINIT          =
REPFNAME            = BETTE PENELOP
TERRITORY           = 45011005
ACCTLNAME           = LEWIS
ACCTFNAME           = STACY
ACCTADDRESS         = 9155 SW BARNES ROAD #533
ACCTCITY            = PORTLAND
ACCTSTATE           = OR
ACCTZIP             = 97225
CALLTYPE            = Detail
PRODUCT             = TAXOL
TOTPRODSAMPL        =    1
NOTETEXT            : business issues^^generic^^procert^^taxotere awprevisit profitability issues between taxol and taxotere
```

BMS/AWP/01414604
Highly Confidential

```
CALLID              = 3178637
CALLDATE            = Nov  2 2000 12:00AM
REPLNAME            = BANGS
REPMIDINIT          =
REPFNAME            = BETTE PENELOP
TERRITORY           = 45011005
ACCTLNAME           = SELIGMAN
ACCTFNAME           = MARK
ACCTADDRESS         = 5050 NE HOYT STREET #362
ACCTCITY            = PORTLAND
ACCTSTATE           = OR
ACCTZIP             = 97213
CALLTYPE            = Detail
PRODUCT             = TAXOL
TOTPRODSAMPL        =    1
NOTETEXT            :  business issues^^generic^^procert^^taxotere awprevisit profitability issues between taxol and taxotere
```

BMS/AWP/01414608
Highly Confidential

```
TERR_ID            = 105373
REP_LNAME          = FUKUI
REP_MNAME          = B
REP_FNAME          = ROBERT
CALL_PRESC_L       : EILERMAN
CALL_PRESC_F       : KEITH
CALL_ADDR          : 3661 E LAS POSAS RD  G 162
CALL_CITY          = CAMARILLO
CALL_STATE         = CA
CALL_ZIP           = 93010
CORP_TIER          = 3
REP_TIER           = 2
CALL_DATE          = 2002-11-19
PRODUCT_NAME       = PARAPLATIN
NOTE_TEXT          : touch base with him about the additional Paraplatin reimbursement.
```

BMS/AWP/01402192
Highly Confidential

```
TERR_ID              = 46801003
REP_LNAME            = FUKUI
REP_MNAME            = B
REP_FNAME            = ROBERT
CALL_PRESC_L         : EILERMAN
CALL_PRESC_F         : KEITH
CALL_ADDR            : 3661 E LAS POSAS RD  G 162
CALL_CITY            = CAMARILLO
CALL_STATE           = CA
CALL_ZIP             = 93010
CORP_TIER            = 3
REP_TIER             = 2
CALL_DATE            = 11/19/2002 9:00:00
PRODUCT_NAME         = PARAPLATIN
NOTE_TEXT            : told the office manager Chris about the additional Paraplatin reimbursement. She said Dr. Eilerman would
                       be thrilled to hear about that. He likes to hear about some of the financial aspects of drugs.
```

BMS/AWP/01402277
Highly Confidential

```
CALLID              = 5526783
CALLDATE            = May 22 2000 12:00AM
REPLNAME            = BRIDWELL
REPMIDINIT          = R
REPFNAME            = MARY ELLEN
TERRITORY           = 45111001
ACCTLNAME           = REEVES
ACCTFNAME           = JAMES
ACCTADDRESS         = 4205  MCAULEY BOULEVARD STE325
ACCTCITY            = OKLAHOMA CITY
ACCTSTATE           = OK
ACCTZIP             = 73120
CALLTYPE            = Detail
PRODUCT             = PARAPLATIN
TOTPRODSAMPL        =    2
NOTETEXT            :  Reviewed the reimbursement issues ... need to figure out where we are losing out.
```

BMS/AWP/01415362
Highly Confidential

```
CALLID           = 30087651
CALLDATE         = Sep  7 2000 12:00AM
REPLNAME         = OPEN TERRITORY
REPMIDINIT       = M
REPFNAME         = DIANA
TERRITORY        = 43114005
ACCTLNAME        = SCHREEDER
ACCTFNAME        = MARSHALL
ACCTADDRESS      = 201 S IVLEY ROAD STE 200
ACCTCITY         = HUNTSVILLE
ACCTSTATE        = AL
ACCTZIP          = 35801
CALLTYPE         = Detail
PRODUCT          = TAXOL
TOTPRODSAMPL     =    1
NOTETEXT         : says the decision to use Taxol or taxotere is minor to most doctors.  They base that decision on
                   profitability, PERCEIVED toxicity, reimbursment, indigent programs, past experience.
```

BMS/AWP/01421942
Highly Confidential

```
CALLID              = 3027222
CALLDATE            = May  3 2001 12:00AM
REPLNAME            = OPEN TERRITORY
REPMIDINIT          =
REPFNAME            = MARK
TERRITORY           = 45011001
ACCTLNAME           = PANT
ACCTFNAME           = SUSHMA
ACCTADDRESS         = 428 SIXTH AVE
ACCTCITY            = LEWISTON
ACCTSTATE           = ID
ACCTZIP             = 83501
CALLTYPE            = Detail
PRODUCT             = TAXOL
TOTPRODSAMPL        =    1
NOTETEXT            :  way down in this account due to generic but I think we still have a good chance to recover this business as
```
the new people begin to understand.  Paraplatin is down 7% YTD so this is the opportunity here.^^+ Met
with Winter after TB.  Presented Belani abstract ASCO 2001.  I was pleased to learn that Dr. Winter has a
patient now who had a good response on weekly T after little or no response on q-3week Taxol.  I 've
mentionedthis several times to Dr. Winter and he has always been skeptical in the past.  So now he has
first hand positive experience with weekly admin.  He also presented a CUP case that he treated with
Taxol/Carbo and achieved a good response.  He said "Taxol" but they are buying very little so he may
have actually used generic.  Presented on bladder cancer and mentioned ASCO 2001 SWOG abstract
reporting on survival benefit with neo-adjuvant MVAC.Dr. Winter said neoadjuvant tx is difficult because of
lack of urology referals.  He currently uses Taxol/Carbo for bladder and I took the opportunity to reinforced
improved tolerability of Carboplatin over Cisplatin.^^MetCharlotte Woods, new office mgr.  She is a
wonderful change from the previous mgr.  Left info for Dr. Pant^^She is very appreciative of information for
RNs.  Call Charlotte to schedule doctor appts. for Monday and other appts with RN staff for any day.  Met
with new reimbursement person, Jo Heine.  She is aware of Procert (heard from Marsha) and is supportive
but has not used yet.  I advised her to call Sarah and get introduced.  Discussed benefits of Procert and
she seemed receptive and willing.  Also discussed use of generic product in this office.  Jo is not aware of
the difference in reimbursement for generic vs brand and the value proposition on paraplatinso I covered
all of this with her.  She was interested to hear about this and hopefully, she will have a discussion with Dr.
Pant. (orders all the chemo now)  Left info for doctors on Belani, SCLC, TEC.  Of course Taxol is

BMS/AWP/01423009
Highly Confidential

```
CALLID              = 29628522
CALLDATE            = Jun 28 2000 12:00AM
REPLNAME            = OPEN TERRITORY
REPMIDINIT          = M
REPFNAME            = ELLEN
TERRITORY           = 43074003
ACCTLNAME           = KOLETSKY
ACCTFNAME           = ALAN
ACCTADDRESS         = 21020 STATE ROAD 7
ACCTCITY            = BOCA RATON
ACCTSTATE           = FL
ACCTZIP             = 33428
CALLTYPE            = Detail
PRODUCT             = PARAPLATIN
TOTPRODSAMPL        =    2
NOTETEXT            :  discussed reimbursement of taxol vs. taxotere for prostate cancer; discussed rtog protocol; wants to know
                       status of tgh trial (left message for jaylyn);
```

BMS/AWP/01421479
Highly Confidential

```
CALLID              = 28773144
CALLDATE            = Jun  5 2000 12:00AM
REPLNAME            = OPEN TERRITORY
REPMIDINIT          = B
REPFNAME            = NANCY
TERRITORY           = 41174001
ACCTLNAME           = COWAN
ACCTFNAME           = DALE
ACCTADDRESS         = 6100 W.CREEK RD
ACCTCITY            = INDEPENDENCE
ACCTSTATE           = OH
ACCTZIP             = 44131
CALLTYPE            = Detail
PRODUCT             = TAXOL
TOTPRODSAMPL        =    1
NOTETEXT            : Talked to MD about ASCO review course that he attended this past weekend.  Addressed ASCO info. for
                      tumor types I am responsible for.  We agreed that major info. presented surrounded E1594 and
                      Taxol/Paraplatin.  We then talked about this combination having activity in many tumor types such as TCC
                      and HRPC when combined with Estramustine.  Showed abstract from ASCO 2000 abstracts looking at IV
                      Estramustine in combination with Taxol/Paraplatin.  Talked to nurse manager about experience at ONS
                      and use of recently purchased Lynx machine.  She indicated that ONS was a good learning experience
                      and that once all retail and AWP prices are entered into Lynx machine forrespective offices she thinks it
                      will be quite helpful.  Reviewed reimbursement aids for BMS products esp. ProCert.  Talked about
                      upcoming nursing conference in the fall.
```

BMS/AWP/01420643
Highly Confidential

```
TERR_ID              = 46203003
REP_LNAME            = PIOTROWSKI
REP_MNAME            = J
REP_FNAME            = JOHN
CALL_PRESC_L         : MATHEY
CALL_PRESC_F         : BRUCE
CALL_ADDR            : 12303 NE 130TH STE 120 CASCADE CANCER CENTERS OF WA
CALL_CITY            = KIRKLAND
CALL_STATE           = WA
CALL_ZIP             = 98034
CORP_TIER            = 3
REP_TIER             =
CALL_DATE            = 9/9/2002 12:00:00
PRODUCT_NAME         = PARAPLATIN
NOTE_TEXT            : WENT OVER CALGB NSCLC DATA AND SEPTEMBER REVIEW BY BUNN FROM JCO. SAID HE USES
                       TAXOL + PARAPLATIN IN FRONT LINE STTING FOR NSCLC PATIENTS. ALSO WENT OVER DATA
                       WITH PARAPLATIN IN MELANOMA. HE HAS ALREADY USES PARAPLATIN IN CERVICAL CANCER.
                       HE WAS VERY INTERESTED IN MELANOMA DATA. ALSO TALKED ABOUT BENEFIT FOR
                       REIMBURSEMENT FOR TAXOL + PARAPLATIN REGIMEN OVER NON GENERIC PRODUCTS.
```

BMS/AWP/01402251
Highly Confidential

```
CALLID              = 3100622
CALLDATE            = Oct  9 2000 12:00AM
REPLNAME            = PIOTROWSKI
REPMIDINIT          = J
REPFNAME            = JOHN
TERRITORY           = 45011003
ACCTLNAME           = BAGLEY
ACCTFNAME           = CHAS
ACCTADDRESS         = 1560 N 115TH ST STE G16
ACCTCITY            = SEATTLE
ACCTSTATE           = WA
ACCTZIP             = 98133
CALLTYPE            = Detail
PRODUCT             = PARAPLATIN
TOTPRODSAMPL        =   2
NOTETEXT            : Weekly TP for NSCLC,ECOG 1594 data and Belani data.Said they may be moving away from concurrent
                      SRT with TAXOL and PAraplatin due to esophagitis.  They are thinking about going back to Vepesid +
                      Platinol as Gandara is doing.  Need to address this issue in more detail with this office.  Also said they are
                      considering moving away from TAXOL due to cost issues and reimbursement.  Talked about TAXOL going
                      Generic and the advantages this will have for the office and reimbursement.
```

BMS/AWP/01414566
Highly Confidential

```
CALLID              = 22434152
CALLDATE            = Mar  1 2001 12:00AM
REPLNAME            = OPEN TERRITORY
REPMIDINIT          = B
REPFNAME            = ROBERT BRUCE
TERRITORY           = 45153005
ACCTLNAME           = HAHN
ACCTFNAME           = CLAN
ACCTADDRESS         = 2655 W. OLYMPIC BLVD #201
ACCTCITY            = LOS ANGELES
ACCTSTATE           = CA
ACCTZIP             = 90006
CALLTYPE            = Detail
PRODUCT             = TAXOL
TOTPRODSAMPL        =    1
NOTETEXT            :  said he has had problems with reimbursement from medi-cal. gave him all the procert info and told him to
                       give them a call right away. had a lynx system installed. gave him the taxol profitability sheet as well. said
                       he is thinking of switching to generic. told him that the other services we provide are not by the generic
                       company.need to follow up with the generic issue and the reimbursement. also, let him know he can have
                       4 tickets to lion king.
```

BMS/AWP/01426459
Highly Confidential

```
CALLID           = 22483605
CALLDATE         = Dec  7 1998 12:00AM
REPLNAME         = <unknown>
REPMIDINIT       =
REPFNAME         = <unknown>
TERRITORY        = 45173001
ACCTLNAME        = ZIDEHSARAI
ACCTFNAME        = BEHROOZ
ACCTADDRESS      = 1019 BUTTE ST
ACCTCITY         = REDDING
ACCTSTATE        = CA
ACCTZIP          = 96001
CALLTYPE         = Detail
PRODUCT          = TAXOL
TOTPRODSAMPL     =    1
NOTETEXT         :  beleives that concurrent therapy is better for patient even though toxicities are higher.  He and Perrera had
                    good success with this.  He will  accept assistance on billing for office. Realizes now that the money is in
                    drug reimbursement since he left Mercy.
```

BMS/AWP/01406236
Highly Confidential

```
CALLID            = 8987478
CALLDATE          = Feb  4 1999 12:00AM
REPLNAME          = <unknown>
REPMIDINIT        =
REPFNAME          = <unknown>
TERRITORY         = 43092001
ACCTLNAME         = KHALIL
ACCTFNAME         = ABBAS
ACCTADDRESS       = 718 WEST MARKET ST
ACCTCITY          = LIMA
ACCTSTATE         = OH
ACCTZIP           = 45804
CALLTYPE          = Detail
PRODUCT           = PARAPLATIN
TOTPRODSAMPL      =    3
NOTETEXT          : TIP IN H/N PT. UNABLE TO USE MINE IN MEDICARE PT. SAT DONE AND WENT OVER
                    REIMBURSEMENT ON THIS ISSUE. PROFIT WAS OBTAINED AFTER BREAKDOWN OF IFEX/MESNA
```

BMS/AWP/01407052
Highly Confidential

```
CALLID              = 11609425
CALLDATE            = Jul 29 1998 12:00AM
REPLNAME            = <unknown>
REPMIDINIT          =
REPFNAME            = <unknown>
TERRITORY           = 41132003
ACCTLNAME           = KONITS
ACCTFNAME           = PHILIP
ACCTADDRESS         = 2059 BALTIMORE BLVD.
ACCTCITY            = FINKSBURG
ACCTSTATE           = MD
ACCTZIP             = 21048
CALLTYPE            = Detail
PRODUCT             = TAXOL
TOTPRODSAMPL        =    1
NOTETEXT            : Got info on T vs. TXT w. respect to AWC and AWPs.  Also what medicare is reimbursing.
```

BMS/AWP/01403600
Highly Confidential

| | |
|---|---|
| **From:** | Douglas Soule |
| **Sent:** | Sunday, July 15, 2001 2:23 PM |
| **To:** | Cook, Gena |
| **Cc:** | Piotrowski, John; Bissett, Molly |
| **Subject:** | Weekly report and Center of excellence update |



HIGHLY CONFIDENTIAL
BMS/AWP/001491764

4/14/2033

316600326



# Memo

**Date: 07/13/01**

**To**: Gena Cook

From: Doug Soule

Subject: Weekly Significant Event Report For the Week
Ending__07/13/01_____

Encountered travel challenges on Monday resulting in not arriving in Boise until nearly 3pm. This resulted in my missing my lunch meeting with Fiorentino in Ontario. This probably was a blessing in disguise. I was able to catch him in Nampa the next day and covered the Paraplatin AUC calculator. He told me that he would have cancelled my lunch the day before anyway because of patient emergencies he encountered.
Beck cancelled his appointment the day before after being allowed to attend a Novartis Investigator meeting at the last minute. The Thoracic meeting Tues morning was cancelled the evening before so I was the only one to show at 7am. I was able to use this time early in the morning, however, to spend quality time with Dave Wilson in the pharmacy at MSTI. We covered the new AUC CD and the importance to all of the MSTI physicians and staff to standardize to the Cockcroft Gault formula. He informed me that nearly all of the physicians sent their orders to pharmacy in terms of AUC and the pharmacy calculated the dose. The only exceptions to this were Kreisle who prefers to calculate his own dose and uses the slide rule and Zuckerman who rarely calls in from a remote site asking for confirmation of his own calculation. Dave is going to have the information systems people uninstall the old program, install the new program and then he will send an e-mail to all MD's and pharmacists on the new CD features and the suggestion to all standardize to the Cockcroft Gault method. I covered the same information with the pharmacists at Nampa, St Lukes Hospital and Meridian. I briefly talked with Gearn and Walters on the calculator. Gearn was more interested in having a calculator that would do BSA so she liked the calculator. Greg in Meridian promised to review the calculator again with her and focus on the standardization to Cockcroft Gault.

The calculator and CD will still need to be reviewed with the pharmacists at both Twin Falls sites and at Ontario to complete all of the MSTI pharmacy influences. I know that Montgomery uses the slide rule in Twin Falls Clinic. Kreisle is limiting appointments in Ontario to one/month the last Wed of the month. It will be important for the next team member to see him to review the calculator and try to get him to switch from the slide rule.

Concerning the MSTI Presents opportunity, Jason is now looking at setting the date for Sept. 25th. He needs to further investigate who might not be able to attend because of a conflicting Medical Advisory Board Meeting scheduled for the same date and wants to talk with Kathleen concerning the topic before finalizing the date. Kathleen was out of the office late in the week, so

HIGHLY CONFIDENTIAL
BMS/AWP/001491765

316600327

was not able to talk directly with her. I plan to call her at 9am Monday morning to talk with her concerning the rare opportunity to have Collier Smyth give his talk " Clinical Trials—Past, Present and Future" on that date. I want to talk with her before Jason talks with her to get her support and generate enthusiasm to possible overcome any conflicts with the Medical Advisory meeting. It was interesting to find out that Aventis had planned to have Dr. Kavannaugh from MD Anderson talk on Ovarian Cancer. Too bad he got sick and cancelled!!!

I was able to have a very good conversation with Walters on the use of  T/C concurrent with RT. He was thinking that monthly platinum might be better with RT but now understands the concepts of radiosensitizing with Taxol and Carbo. He admitted that he was still having problems replacing cisplatin with carbo. I reviewed Belani and Choy data and them reviewed DeVita comments of substituting carbo for cis. He then objected to the extra cost of carbo. I discussed that to the hospital, free cisplatin would still be more expensive than carbo from all of the extra costs. He was not aware of the fact that carbo produced significantly less nausea and vomiting. I also discussed the reimbursement aspect and now that hospitals bill for drugs reimbursement from Medicare on an individual patient basis and that the 20% mark up on list to arrive at AWP meant a lot to the profitability of the oncology service. He's getting there. I am sending him the info on radiosensitizing properties of Taxol and Carbo as well as the platelet sparing effect of Taxol. I also reviewed the USPDI sheet with him. He did not seem interested in reimbursement issues but was impressed with the number of indications for both Taxol and Carbo.

I was able to spend good quality time with Jim Byron RpH at St Al's reviewing the calculator and CD. We did several calculations on the calculator and slide rule comparing the results. Then we installed the CD and did the same calculations. He was thrilled with the CD and the prompts with ideal, actual and adjusted body weights. He had personally been convinced previously that Cockcroft Gault was the preferred conversion. Collins does her own calculation by scratch with Cockcroft Gault. Forsythe uses the slide rule and Pierce is a wild card with no real preferred method. He is going to install the CD on all of the physician's computers and ask for uniform use of Cockcroft Gault.

I met with Matt Pifher at the VA who was thrilled with the CD and the calculator. He had been struggling with which method to use to convert creatinine to creatinine clearance as well as which body weight to use.  He was thrilled with the CD and will install it on all computers in the pharmacy. He will be using the Cockcroft Gault formula in the future.
He said that Taxol seemed used in almost all patients but Zuckerman used a lot less carbo than cis. I discussed some of the benefits of carbo Vs cis and said that lower acquisition cost of cis was not a good reason for selection because it actually cost the VA more than carbo because of additional costs associated with cis. I will be pushing to get Zuckerman out to dinner again in August

I was able to meet with several PUDs and a surgeon as well to review the latest data on BLOT and surgical morbidity after chemo in early stage NSCLC.

Dr Ethridge left an urgent message on my phone mail asking for some help with a patient experiencing carbo reactions. I called him and reviewed the Markman data and faxed the desensitizing protocol and skin test info along with Markman's article on carbo HS reactions. He is planning to rechallenge this ovarian patient with carbo.

HIGHLY CONFIDENTIAL
BMS/AWP/001491766

316600328

Met with Senecal finally to discuss the Center of Excellence program. He has not been contacted yet and was thrilled that his site was selected. He has been able to get St. Joseph Hospital support for a nurse coordinator to be part of the team. She is Joy Martin RN, MS, OCN at the oncology service at the hospital. I will be updating the original submission to reflect her addition to the team. He will be traveling to Hawaii next week to attend the Lung meeting hosted by Belani and wants to make a review presentation next month at the Thoracic Meeting in Tacoma

Talked at length with Marsha concerning the continuing problem of carbo credit at WWCTC. Gena thanks for your continued help. If I can provide any historical perspective to the unusual shifting of market and locations of business that led to the 3-month baseline anomaly, please let me know. FYI the team--- the 3 month baseline was unusually high- so even when lumping all locations together they do no qualify for the credit. I believe what happened is that during the Aug-Oct baseline period, they were getting slightly inflated volume prior to Yee coming in to Memorial Clinic and regaining business back from them. Wenatchee has created another roadblock to getting the LYNX system installed. They have now objected to letting the OTN interface team gain access to a sensitive part of the software that needs to be worked on to finish the interface in spite of demanding this interface as part of the deal. The machines have already been shipped and I think that they will go ahead with installation anyway. Only time will tell.

HIGHLY CONFIDENTIAL
BMS/AWP/001491767

316600329

| | |
|---|---|
| **From:** | Douglas Soule |
| **Sent:** | Tuesday, August 07, 2001 7:25 PM |
| **To:** | Cook, Gena |
| **Cc:** | Piotrowski, John; Bissett, Molly |
| **Subject:** | weekly report |



HIGHLY CONFIDENTIAL
BMS/AWP/001491769

4/14/2033

316600367



# Memo

Date:08/06/01

To: Gena Cook

From: Doug Soule

Subject: Weekly Significant Event Report For the Week Ending_08/03/01

Lunch at Overlake Oncology group. Tested effective meeting management outline with Drs Crossland, Kovach and Smith. I decided to focus on PE/RT comparisons in locally advanced lung based on info obtained recently from the Rad Oncs.  They stated that this group still used older regimens in locally advanced disease and this was often P/E.

Covered locally advanced disease focusing on concurrent CHT/Rt in lung and head and neck. Discussed the Phase III trials that indicate concurrent the best method and then reviewed the T/C concurrent with RT data in both lung and head and neck. Showed the Belani and Choy data to them and compared it to the SWOG PE/RT followed by PE data with 3 year survival of 17% VS 39 AND 35% WITH T/C concurrent alone.  Reviewed the radiosensitizing properties and optimal schedules to give Carbo and Taxol with RT. When I asked them what they thought about T/C vs P/E they dismissed the T/C data as only Phase II and not worth considering. I asked them what Phase III data existed with P/E concurrent with RT vs the real old vinblastine/cisplatin regimen. They agreed that PE was never really proven with phase III data but still dismissed the T/C /RT phase II data. They also denied that they used PE in locally advanced disease.

They did agree that cis/5fu  and RT was very difficult in head and neck but said that they hardly ever see H&N anyway. Crossland is the easiest to work with in this group but unfortunately admits that she focuses on breast and seldom treats a lung cancer. She did help me by acknowledging that T/C had been proven to be the best regimen in advanced disease because it was the best tolerated and that this data trickles down to drug selection in locally advanced disease as well. Smith is very set in his ways and hard to convince of anything. Kovach just lies through his teeth. From the feedback obtained, Kovach appears to be the one that treats most of the lung cases in this group. At least they all looked at the data and heard the message.  As Molly and I discussed after the lunch, we need to be patient because they are just now getting input from representatives and are years behind the curve because of their previous isolation from data and selling influence.

We also covered the different tools supplied by the company to calculate Paraplatin AUC dosing and got into a discussion on the difference in the Jeliffe and Cockcroft Gault methods. Kovach says he uses his own formulas in his palm pilot and that it is the Cockcroft Gault method. Smith seemed to be interested in the calculator. Crossland likes the slide rule but took a CD rom to install on her computer. If she does install it I think she will use the Cockcroft Gault formula.

I brought up the generic Paclitaxel situation and said that we were disappointed to have lost the business but would like to keep the door open in the future if we have better pricing to offer. This started another unbelievable conversation. Both Smith and Kovach suggested that they lost money giving certain drugs and that Taxol was one of these. They sort of rationalized generic paclitaxel as the only way they could afford to give the drug. They have definitely decided to use a sole source ( McKessen) for the whole internal medicine group. They feel that it is logistically impossible to shop prices and prefer to go with a sole source. I tried getting into

HIGHLY CONFIDENTIAL
BMS/AWP/001491770

316600368

reimbursement concepts with them and discussed how AWP was determined and how they could not possibly be losing any money on Taxol from the reimbursement formulas used by 3rd party carriers. They did not listen and Smith in particular knows it all. Molly and I talked later about possibly giving Steve Pond a shot at educating them but decided it would probably be a waste of Steve's time and company money. Since they are bound and determined to use McKessen for all drug purchases, we really are disadvantaged with trying to compete for the Taxol business, since discounted pricing from OTN and carbo rebates don't mean anything to them. I think that we keep selling the benefits of Paraplatin and leave the rest alone at this account. Over time they should come around if we keep reinforcing the message. I also think that whenever possible, breast cancer should be the first message to present to these MD's, since they admit their demographics are heavily weighted to breast cancer.
I do think that Christi, the business manager, might be a target to start discussing reimbursement issues. This might be a way to endear us to the group eventually. I will try to schedule an appointment with Christi in the near future.

Met with the new PUD in Tacoma/Fed Way Dr Rai. He came from the Baylor system in Houston. We had talked briefly on another occasion but had not really gotten into the meat of the issues. I had a great conversation with him concerning the BMSO multimodality mission and the data to support it. He was really excited and wanted to start getting involved immediately with Senecal's group and start attending the monthly Thoracic Conferences at St Joe's. He said that he would try hard to identify and accrue patients to S9900 and any other open trials. I talked to him about the Belani III trial with Senecal's group. He could be another champion in the Tacoma area. I discussed the possibility of a lung team becoming a reality in the Tacoma area and he wanted to talk directly with Senecal on this. He has unique credentials in various methods of clearing airway obstructions and wants to put them into practice.

I talked directly with Dr Peterson in Yakima concerning the Multimodality program in Las Vegas. He understands the concept of the program thoroughly and agrees that this is not a format for him to attend. He is very motivated to get a lung center of excellence established in Yakima. His wife is a lung cancer survivor. He told me he would personally recruit each of the specialties to attend and would fax the info to me NLT Aug 8th.

Had lunch with Dr Baker and focused on H&N because I learned last time that it was an area of special interest. He is convinced that concurrent T/C and possibly 5Fu with RT in locally advanced disease is the best way to go. We also reviewed the TIC regimen in metastatic/recurrent disease. I also reviewed the Minnie Pearl regimen of Taxol/Carbo and 5FU as neoadjuvant therapy in esophageal and head and neck patients. He asked for some help with 2 different patients he was having challenges with. I called John and he is going to for follow up on a refractory Ovarian patient and a melanoma patient Dr Baker wants help with.

Faxed Sargur info on T/C and T/C/5FU in esophageal that he wanted prior to starting a new patient the next day.

HIGHLY CONFIDENTIAL
BMS/AWP/001491771

316600369

**From:**   Douglas Soule
**Sent:**   Saturday, November 03, 2001 1:51 PM
**To:**     Sullivan, Christopher
**Cc:**     Bridwell, William; Piotrowski, John; Bissett, Molly; Colter, Mark
**Subject:** Sig Events



HIGHLY CONFIDENTIAL
BMS/AWP/001491859

4/14/2033

316600644



# Memo

**Date: 11/03/01**

**To:** Chris Sullivan

**From:** Doug Soule

**Subject:** Weekly Significant Event Report For the Week Ending_11/02/01_____

Worked part of the week in Idaho. Had good meetings with several of the MSTI MD's. Made a visit to St Al's and had short discussions Carolyn Collins and Pierce. St Al's is still using branded Taxol. Jim in phcy will load in extra Para when I call him late in the month.  Met with Dr Beck. He mostly wanted to know how and why we lost the Taxol business. Discussed the situation in Twin Falls. They are still looking for 2 M/O's and are negotiating a deal to subcontract all oncology services in Twin Falls. The feedback on Dr Schwartz presentation Oct 2 was very positive from Beck and Fiorentino. Beck said that the lung initiative had lost some steam because the lung surgeon Dr. Olsen messed himself up pretty bad on his Harley. He is out of commission for quite a while.  Discussed T/C concurrent with RT with Walters. He had attended another MSTI presents program last month by Jack West from U.WA and asked why the U. Wa still preferred P/E concurrent with RT vs T/C. Tried to explain the SWOG influence and the data on their efforts in using Taxotere as consolidation therapy. It went over his head. He is not interested in listening to why T/C is better concurrent with RT. **Walters was very interested in possibly coordinating future research on C225. Bill will want to schedule appointment with him and include Sarah Bolender as well if possible.**

**Had an extensive discussion with Sarah Bolender Rad Onc who also attended the lecture by Jack West. She had very clear recollection of the talk specifics. Evidently his presentation covered both extensive and locally advanced disease. In the advanced disease setting he said that triplets do not add anything to doublets, doublets proved all to be equivalent in ECOG 1594 except Taxol/Carbo was better tolerated. He stated that a subset analysis in one trial showed gemcitabine to be more effective in adenocarcinoma and in a meta-analysis cisplatin was superior in squamous cell.  He then used the equivalent efficacy of doublets as a rationale for locally advanced disease and spent quite a bit of time covering the Phase II SWOG trial of PE/RT followed by Taxotere. His comments were that the efficacy was unprecedented and has changed the standard of care for SWOG. He discussed the new SWOG Phase III trial of PE/RT plus Taxotere +/- Iressa and discussed Iressa at length.  Sarah challenged him on the RT dose of 60 GY as suboptimal. She also asked him what his personal std of care was now. He admitted that he has changed to PE/RT followed by Taxotere but that he is concerned with the pulmonary toxicity. Sarah said that Gearn put the first patient she has seen on this regimen and this person is already showing signs of**

HIGHLY CONFIDENTIAL
BMS/AWP/001491860

316600645

pulmonary toxicity. She also said that she is currently treating her first ever pneumonitis from T/C concurrent with RT and that the patient seems to be doing OK. I went into detail to explain the flaws in Jack West's locally advanced information. 1. Full dose therapy efficacy of doublets in advanced disease is totally irrelevant in advanced disease because the Phase III trials and Phase II trials show that sub-therapeutic doses combined with RT concurrently provide better survival than full dose chemo sequentially given with RT. The radiosensitizing properties are the key to drug selection. As an example, I asked her if she would ever consider using Gemcitabine at 1200 mg concurrent with RT or Taxol at 225 mg/m2?  So the notion that any doublet is equivalent ( PE} is false. I then asked her if she thought etoposide was equivalent to Taxol as a radiosensitizer. She said not even close. I rested my case on that point.  2. The next flaw was the assumption by SWOG to use PE/RT followed by Taxotere in the original Phase II trial. I suggested that they had taken a reckless leap. What should have been determined first was the optimal doublet to be used concurrent with RT as has been proven in advanced disease. The reason this needed to be done was that the radiosensitizing properties of the various drugs were different and might lead to very different outcomes when used concurrent with RT. Since concurrent RT has now been proven to be superior to induction followed by RT, this was the next important step. Once the optimal regimen had been determined -then consolidation regimens could be tested against concurrent regimens. She totally agreed. I then reviewed the data from Choy and Belani and compared it to the PE/RT followed by Taxotere SWOG data showing her that very little if any improvement in outcomes was seen using the SWOG regimen. The real difference was the serious toxicity of the SWOG regimen. I suggested that carboplatin and a taxane would provide the best potential for success when used concurrent with RT because of the radiosensitizing properties of the agents and the minimal toxicity when used concurrent with RT.  I stated that SWOG had probably chosen an inferior doublet to use concurrent with RT in choosing PE. I then reviewed De Vita comments demonstrating the advantages of toxicity with T/C vs PE used concurrent with RT. She asked for the Belani locally advanced disease info to be sent to her. She then asked about the equivalence of cisplatin and carbo as a radiosensitizer. I reviewed the medical services letter with her. She asked for it to be sent to her as well.

Finally, I suggested that the most reckless leap made by SWOG and Jack West was to take the results of a phase II trial ( PE/RT followed by Taxotere) and change standard of care. I asked her how standard of care could possibly change from a small Phase II trial that never was tested against a standard in Phase III? I then reviewed the new SWOG trial PE/RT followed by Taxotere =/- Iressa. Why are they testing Iresa in a phase III way when the PE/RT followed by Taxotere has never been tested in a randomized Phase III trial to begin with? She was amazed and agreed totally. I then suggested that Jack West had personally taken a leap to advocate the regimen as his standard of care as well.  The final outcome of the discussion was that she wants to go to the mat on this with the Med Oncs on this and wanted copies of all support materials I had to help her. She is very concerned that the SWOG regimen using Taxotere as consolidation will lead to serious pulmonary toxicity in patients.  I am hopeful that she will bring this topic up at one of the lung meeting soon after she has received all of the information. I plan to coach her along this path over the next couple of months.

I then showed her the special program happening at ASTRO on RT with targeted therapies. She was very disappointed not to be able to go and attend the

HIGHLY CONFIDENTIAL
BMS/AWP/001491861
316600646

**program. Evidently, most of the presenters were from her alma mata. She expressed a very strong desire to get involved with C225 and RT research as soon as BMSO rolls out studies. Bill, she will be probably the most important contact for you in Boise with respect to C225.**

Met with Montgomery in Twin Falls. He is not a happy camper with Beck. He says Beck should have retired long ago and is not dealing with the Twin Falls situation forcefully enough. Evidently the St Al's purchase of the Twin Falls Clinic didn't happen and now Magic Valley Hospital has agreed to buy out the entire clinic. The plan is for MSTI to subcontract all oncology services (at least med onc services). This means that all employees of both Magic Valley and Twin Falls Clinic sites would become MSTI employees. MSTI still has no strong leads for the 2 Med Oncs they are trying to recruit for Twin Falls.  Montgomery said that he does not go to MSTI presents programs anymore and really doesn't care what is presented there. We talked about SCLC therapy with T/C and his comments were that he has been using T/C in extensive stage disease and is starting to consider it in limited disease.

**I spent most of Thurs and Fri trying to get Rad Oncs to commit to going to the ASTRO BMSO sponsored program Nov 6th "Emerging Targeted Therapies in Combination with Radiation" This looks like a special opportunity to start getting rad oncs interested in C225. I was very successful in getting at least 4 Rad Oncs to sign up for the program.** While in these Rad Onc offices , I took the time to inquire about the use of Boost Plus. It appears that we have a new MJN rep that is finally getting into these offices. Three different locations reported that they had received their first visit and samples on Boost Plus in the last month.
**I also met a new Rad Onc  (Kasra Badiozamani) at Swedish who just left U WA. He said that he had attended the Carbo program in Las Vegas recently, so I am assuming that he went as part of the U WA team with Jack West. He wants to be a player and is interested in future BMSO programs**

I talked with Einstein about my efforts to confirm Robert Schwartz for the April 26th program. I also provided him with a CV on Roy Herbst from MD Anderson as a speaker on C225. He said he will contact Herbst and request him.
I had a very good conversation with Johnston on optimal use of Chemo/RT and surgery in locally advanced disease. She is starting to attend all lung meetings in Fridays and now seems to be gaining a leadership stature as a lung expert at these meetings. I suggested to Einstein that he recruit her as the Swedish lung expert. He said that they had been looking at the possibility.

Tom Schleiss ( pharm from Hem/Onc NW)n called and sent me hard copies of new competitive challenges to Taxol from Oncology supply. I forwarded the information to OTN and sent an email to Bill Bonnel/Michael Talomie/Cheri Lacey and Kathy Kelley outlining the unique threat. Oncology supply cut the price of Onxol again and guarantees to keep reducing price to keep the spread every time Taxol reduces its price. It also has a "patient assistance" program in place now to compete with the Bristol program. I told Tom to give me a week or two to see if I can compete with the new Oncology Supply proposal. They stand to gain $100,000/year ( not including ProCERT benefit from Taxol) by going with the Oncology Supply proposal.

On a side note, I met with Lechner and the T registry people at St Peter with my daughter. She will be doing a statistical analysis of breast cancer therapy at St Peter in the years 1985, 1990 and 1995 comparing the local data to national data.  Lechner

HIGHLY CONFIDENTIAL
BMS/AWP/001491862

316600647

needs to complete this by December to continue American College of Surgeons Accreditation of the T Registry at St Peters. My daughter needs to do a realistic statistical project for her college statistics class. I think it is a good match. I will make sure that Lechner receives the kind of finished product he is accustomed to. Maybe we get a few brownie points in the process.

**One other side note. A press release on a conference this week on trial results of Iressa and C225 had Roy Herbst as the expert on C225. It was stated that C225 would beat Iressa to market because of the status of clinical trials.**

HIGHLY CONFIDENTIAL
BMS/AWP/001491863

31660064E

Meeting with Tracy Ferguson
February 12, 2001
Seattle Sheraton 1pm

**Meeting Agenda:**

1. What are we doing as a team to drive our business? & as individual salesforces?
   AAA Accounts: 3 per person AAA Accounts:
   Doug- Swedish, Yakima, St. Joe's
   John- WWCTC, NW, Wenatchee
   Molly- St. Luke's, Rainier, Overlake

   - Top 10 Physicians/person:
   - Educate physicians and nurses on Paraplatin to grow business
   - Exceed sales goals: Paraplatin (11.2%) but need 25% for Rome; Drive Taxol sales and beat the Nation by using Taxol defense strategy and keeping every customer; Ifex (9%); Megace OS (24.1%); UFT Launch
       - BMO Rep will be responsible for growing Paraplatin use in MBC by sharing San Antonio data that shows T/P to be better tolerated and just as active as other doublets but with higher CR rates that will hopefully result in longer survival. Will also put emphasis on QOL with this combination regimen and the chance for patients to have a new option to start with for first-line MBC. Since Paraplatin is not a common drug used in BC and shows best activity when used in the front line setting, it makes sense for doctors to start with this combination and give the patients the benefits of the addition of Carbo before having to move on to other agents like weekly Taxol. The data with T/P/Herceptin is compelling as well as the T/H data from SA and will use this data as well to grow our business.
       - BMO Rep will be responsible for growing the Taxol business in the adjuvant BC setting by encouraging physicians to consider for HR+ patients.
       - BMO Rep will be responsible for ensuring physicians are dosing Paraplatin at AUC 7.5 for first-line OC. Will also remind physicians to retreat with T/P if recur >6mos out and with weekly Taxol if recur<6mos.
       - BMO Rep will also play key role in launching UFT for its use in MBC.
   - Discuss ProCert on every call
   - Encourage physicians to accrue to trials
       - BMO Emphasis: Sikov (WWCTC,) PSOC 1606,
   - Continue to sell BMSO's Value Added Services
   - Work as 1 team with District to attain sales goals
   - Convert any Cis Sales to Carbo Sales and just really ask why they are using Cis. Analyze Cis numbers by account. Suspecting Yakima, Wenatchee, and Madigan,



EXHIBIT
Soule
016

HIGHLY CONFIDENTIAL
BMS/AWP/001491646

all places seeing a trend of going to cheaper meds as a whole. Reimbursement or financially driven clinics.

- 

2.  What are the critical issues?
    - HSR's to Paraplatin: Medical Dept needs to address in monograph
    - Keeping Taxol business when other generics enter the market
    - Providing worthwhile CME programs in place of Speaker Programs
    - Marketing $ for Seattle South for Swedish and ISCO?
    - Making sure customers do not lose faith in BMSO in a year with smaller budgets, no MD Speaker programs or local programs. How will we compete with Aventis' trips to Aspen? Our competitors meetings have been very damaging in the past.
    - Go in to accounts with "no weaknesses" and don't go out and advertise it, ie no funds for lunches. Reminding physicians that we are putting 14% more into R&D without making them feel like we aren't able to support their current needs. Have had physicians respond in a way that makes BMSO look like we are in it for ourselves and our future since things aren't going so great with Taxol.
    - Use of non-platinum containing regimens in lung, what other tumor types? Need to blunt the thought that 2 new agents (non-platinum containing regimens) are better than a platinum, when platinums have been the std of care/building block to cancer care, and Paraplatin is better tolerated platinum.
    - Karen Kelly at ASCO did a nice job of doing ↑
    - What are all the combinations our competitors are using with Carbo and realize that we need to sell Carbo with the competitors.
    - Paraplatin sales may be jeopardized due to the fact that Cis offers greater profit margins for clinics and less outlay of funds.
    - Need to start looking closer at Camptosar sales and what tumor types physicians are using it in.
    - Need to take a closer look at Hospital sales and increases in Gem/Taxotere/Camptosar sales. Institutions don't know toxicity differences and we need to focus our attention here. Need a plan to do this.
    - 

3.  How are we utilizing our limited resources this year?
    - Will work with other companies (Genentech) on joint programs, and Pharmacia
    - Will find more ways to see physicians without using DME/Lunch $
    - Will bring in BMS experts to speak to individual accounts, ie Steve Pond/Collier Smith and other resources (Greg Macomber)
    - PolyCom speakerphone/MedPoint Communications live teleconferences, ie Perez and Goldstein programs.
    - MLM to talk on Pipeline info at major institutions

HIGHLY CONFIDENTIAL
BMS/AWP/001491647

4. Are there resources that you have identified that we haven't used before?
   - Collier Smith and other people/resources at BMS
   - New innovative ways to teach/train nurses and physicians on UFT/Orzel
   - Reps taking direct action with pertinent problems in accounts, get close to the customer, reimbursement issues, a/e reports, lit search
   - Working with other companies on joint programs
   - Utilize email more/but be careful not to overstep your bounds

5. Any other issues, ideas, etc related to driving the overall business?
   - More preceptorships with physicians- specifically with top 10 doctors.  Is there any possibilities for funding here?
   -

HIGHLY CONFIDENTIAL
BMS/AWP/001491648