**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

|  |  |  |
|---|---|---|
| | ) | |
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | |
| | ) | |
| _____ | ) | Judge Patti B. Saris |
| | ) | |
| THIS DOCUMENT RELATES TO | ) | |
| 01-CV-12257-PBS and 01-CV-339 | ) | |
| _____ | ) | |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S**
**SUBMISSION OF DIRECT TESTIMONY DECLARATIONS**

Defendant AstraZeneca Pharmaceuticals LP hereby submits the direct testimony of the

following witnesses by declaration: Robert C. Black (attached hereto as Exhibit A); Stephen R.

Buckanavage (attached hereto as Exhibit B); Dean McAlister (attached hereto as Exhibit C);

Julie-Ann G. Tracy (attached hereto as Exhibit D); Alan Milbauer (attached hereto as Exhibit E);

Professor John P. Gould (attached hereto as Exhibit F); and Christine M. McHenry (attached

hereto as Exhibit G).

Respectfully submitted,

By:  /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
**FOLEY HOAG LLP**
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: November 10, 2006

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered on November 10, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.


By: /s/ Katherine B. Schmeckpeper
    Katherine B. Schmeckpeper