# EXHIBIT G

**Direct Testimony Affidavit of Christine M. McHenry**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | ) ) ) ) | |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

**AFFIDAVIT OF CHRISTINE M. MCHENRY
SUBMITTED AS DIRECT TESTIMONY IN CASE-IN-CHIEF OF
ASTRAZENECA PHARMACEUTICALS LP IN THE TRIAL OF CLASS 2 & 3 CLAIMS**

STATE OF DELAWARE    )
                     ) ss:
NEW CASTLE COUNTY    )

CHRISTINE M. MCHENRY being duly sworn, deposes and says:

1. I am the Director of Government Operations for AstraZeneca Pharmaceuticals LP ("AstraZeneca"), located at 1800 Concord Pike, Wilmington, Delaware. I have worked for AstraZeneca, or its predecessors, for the past 17 years. In this role, I have supervisory responsibility for, among other things, the calculation and reporting of Average Manufacturer Price ("AMP") data to the Centers for Medicare and Medicaid Services ("CMS") and the compilation of transactional data for products including Zoladex.

2. AMP is the average unit price paid to manufacturers by wholesalers for drugs distributed to the retail class of trade (excluding direct sales to hospitals, health maintenance

organizations and to wholesalers where the drug is relabeled under that distributor's national drug code number), after deducting customary prompt pay discounts. AMP is statutorily defined and is calculated from actual sales transactions. Accordingly, the AMP reported to the federal government reflects all cash discounts and all other price reductions that lower the actual price paid by the customer, including, in the case of Zoladex, physician practices.

3.   In accordance with its obligations under the Medicaid drug rebate program, AstraZeneca has reported AMP data for Zoladex to CMS on a quarterly basis since the first quarter of 1991.

4.   Section I(a) of the Rebate Agreement between the Secretary of Health and Human Services and AstraZeneca requires that the AMP for a quarter must be adjusted if cumulative discounts or other arrangements subsequently adjust the prices actually realized. Accordingly, there may be instances where AstraZeneca has reported a new AMP to CMS for a prior time period.

5.   The AMP data for Zoladex for 1991 through 2003 are contained on a CD-ROM marked as AZ Defendant's Exhibit 2079.

6.   These data were prepared and maintained in the ordinary course of AstraZeneca's business, at or near the time they were transmitted to CMS.

7.   I have compared these AMP data to both the wholesale acquisition cost set by AstraZeneca and the published AWP for Zoladex during the same period. This comparison is reflected in the chart that follows.



8.	The transactional sales data for Zoladex for 1991 through 2002 are contained on a CD-ROM marked as AZ Defendant's Exhibit 2078.  These data were compiled by our Government Operations group from information that is stored in our Contracts Management System.  Transactional sales data for Zoladex are prepared and maintained in the ordinary course of AstraZeneca's business.

3

_Christine M. McHenry_
Christine M. McHenry

Subscribed and sworn to before
me this 10th day of November, 2006.

_Mary A. Cicamore_
Notary Public, State of Delaware
My Commission Expires 09/26/07

```
MARY A. CICAMORE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 26, 2007
```

4