**Attachment 2**

**Attachment 2: OIG and other findings regarding drug spreads**



Sources: "Changes to the Medicaid Prescription Drug Program Could Save Millions," Department of Health and Human Services Office of Inspector General ("OIG"), 1984 reviewing 38 high-volume retail drugs; "Physicians' Costs for Chemotherapy Drugs," OIG, November 1992 reviewing 13 high-volume chemotherapy drugs; VAC MDL 0024-VAC MDL 0149; "Excessive payments for Prescription Drugs," Department of Health and Human Services Office of Inspector General, December 1997, reviewing 22 high-volume drugs covered by Medicare. OIG reported Average Medicare Allowed Amounts and "Actual Average Wholesale Prices"—the percentage differences between AWP and acquisition costs shown above are calculated.