**Attachment 3**



Figure 83: Yearly percentage growth in Medicare Part B expenditures per beneficiary

Source: 2006 Annual Report of the Boards of Trustees of the Federal Hospital Insurance and Federal Supplementary Medical Insurance Trust Funds, May 1, 2006, p. 160.

Defendants' Exhibit
1496
01-12257 - PBS