**Attachment 5**

**Figure 1: Vepesid prices to BCBS-MA**



Source: Bristol-Myers Squibb indirect sales data—NDC 00015309520.

Defendants' Exhibit
**1374**
01-12257 - PBS