**Attachment 6**

**Figure 2: Procrit prices to BCBS-MA**



Source: Johnson & Johnson indirect sales data—NDC 59676031201.

Defendants' Exhibit
**1375**
01-12257 - PBS