**Attachment 7**

Figure 3: Intron prices to BCBS-MA



Source: Schering-Plough indirect sales data—NDC 00085064705.

Defendants' Exhibit
**1376**
01-12257 - PBS