# Attachment 8

**Figure 5: Vepesid prices to CIGNA**



Source: Bristol-Myers Squibb indirect sales data—NDC 00015309520.

Defendants' Exhibit
**1378**
01-12257 - PBS