**Attachment 9**

**Figure 6: Procrit prices to CIGNA**



Source: Johnson & Johnson indirect sales data—NDC 59676031201.

Defendants' Exhibit
**1379**
01-12257 - PBS