**Attachment 10**

**Figure 7: Intron prices to CIGNA**



Source: Schering-Plough indirect sales data—NDC 00085053901.


Defendants' Exhibit
**1380**
01-12257 - PBS