**Attachment 11**

Figure 8: Zoladex prices to Fallon



Source: AstraZeneca indirect sales data—NDC 00310096036.

Defendants' Exhibit
1381
01-12257 - PBS