**Attachment 12**

**Figure 9: Vepesid prices to Fallon**



Source: Bristol-Myers Squibb indirect sales data—NDC 00015309520.

Defendants' Exhibit
**1382**
01-12257 - PBS