**Attachment 13**

Figure 10: Procrit prices to Fallon



Source: Johnson & Johnson indirect sales data—NDC 59676031201.

Defendants' Exhibit
1383
01-12257 - PBS