**Attachment 14**

**Figure 11: Intron prices to Fallon**



Source: Schering-Plough indirect sales data—NDC 00085053901.

Defendants' Exhibit
1384
01-12257 - PBS