**Attachment 15**

Figure 12: Zoladex prices to Harvard Pilgrim



Source: AstraZeneca indirect sales data—NDC 00310096036.

Defendants' Exhibit
1385
01-12257 - PBS