**Attachment 16**

**Figure 13: Vepesid prices to Harvard Pilgrim**



Source: Bristol-Myers Squibb indirect sales data—NDC 00015309520.

Defendants' Exhibit
1386
01-12257 - PBS