**Attachment 17**

Figure 14: Procrit prices to Harvard Pilgrim



Source: Johnson & Johnson indirect sales data—NDC 59676031201.

Defendants' Exhibit
1387
01-12257 - PBS