**Attachment 18**

**Figure 15: Intron prices to Harvard Pilgrim**



Source: Schering-Plough indirect sales data—NDC 00085053901.

Defendants' Exhibit
**1388**
01-12257 - PBS