**Attachment 19**

Table 2: Markups of AWP over BCBS-MA's purchase prices for Bristol-Myers Squibb drugs

| Drug | NDC | Year | | | | |
|---|---|---|---|---|---|---|
| | | 1994 | 1995 | 1996 | 1997 | 1998 |
| BLENOXANE | 00015301020 | | | | 79.2% | |
| | 00015306301 | | | 60.3% | 83.4% | 84.6% |
| PARAPLATIN | 00015321330 | 26.3% | | 26.3% | 21.1% | 31.5% |
| | 00015321430 | 26.3% | | 26.3% | 23.0% | 30.4% |
| | 00015321530 | | | 26.4% | 26.3% | 30.4% |
| TAXOL | 00015345620 | | 25.0% | | | |
| | 00015347527 | | | 25.0% | | |
| | 00015347627 | | | 25.0% | | |
| VEPESID | 00015308420 | | | | 1264.9% | |
| | 00015309520 | 80.1% | 138.3% | 433.8% | 1257.7% | 1264.9% |

Source: Bristol-Myers Squibb indirect sales data.

Defendants' Exhibit
**1389**
01-12257 - PBS