**Attachment 20**

**Table 3: Markups of AWP over BCBS-MA's purchase prices for Johnson & Johnson drugs**

| Drug | NDC | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
| PROCRIT | 59676030201 | | | | 29.7% | 29.7% | 29.7% | 27.9% | |
| | 59676030301 | | | | 29.3% | 29.6% | 29.7% | 29.2% | |
| | 59676030401 | | | 26.3% | 29.6% | 29.5% | 29.7% | 29.3% | |
| | 59676030402 | | | | 29.4% | 29.7% | | | |
| | 59676031001 | | | 23.7% | 29.4% | 29.3% | 29.7% | 33.5% | |
| | 59676031201 | | | | | 29.7% | 29.7% | 33.7% | 28.5% |
| | 59676032001 | | | | | | | 26.9% | |
| | 00062740003 | | 26.0% | 28.1% | | | | | |
| | 00062740103 | | 23.7% | 29.1% | | | | | |
| | 00062740201 | 23.9% | 26.5% | 26.9% | | | | | |
| | 00062740501 | | 28.0% | 28.5% | | | | | |

Source: Johnson & Johnson indirect sales data.

Defendants' Exhibit
**1390**
01-12257 - PBS