UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |
| | MDL No. 1456 |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

### TRACK 1 DEFENDANTS' SUBMISSION OF
### JESSICA SMITH'S DIRECT TESTIMONY DECLARATION

The Track 1 Defendants hereby submit the direct testimony of Jessica Smith by declaration.

Respectfully submitted,

By:  /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO# 558757)
Katherine B. Schmeckpeper (BBO #663200)
**FOLEY HOAG LLP**
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: November 10, 2006

**CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the foregoing was delivered on November 10, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                            By: /s/ Katherine B. Schmeckpeper
                                Katherine B. Schmeckpeper