### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | ) ) ) ) | |

**TRIAL OF CLASSES 2 AND 3 CLAIMS**

### DECLARATION OF JESSICA SMITH
### SUBMITTED AS DIRECT TESTIMONY IN CASE-IN-CHIEF
### OF TRACK 1 DEFENDANTS IN THE TRIAL OF CLASS 2 & 3 CLAIMS

I, JESSICA SMITH, hereby declare:

1.     I am a Director of Statistical Services for IMS Health Incorporated ("IMS"), located at 660 West Germantown Pike, Plymouth Meeting, Pennsylvania.  I have worked for IMS for approximately twenty years and have supervisory responsibility for the statistical methodology behind a number of our information and analytic services, including one of our data products called National Sales Perspectives ® ("NSP"). This declaration is based on my personal knowledge.

2.     IMS is a leading provider of information on pharmaceuticals.  IMS gathers its pharmaceutical information from thousands of sources worldwide, collecting information from, among other sources, physicians, wholesalers, hospitals, retailers, and mail order firms.  This data is compiled and organized into several publications and services provided by IMS.  IMS's subscribers include, among others, pharmaceutical manufacturers, healthcare regulatory agencies, the medical research community, academia, and trade associations.

3.     IMS data is relied upon by the pharmaceutical and healthcare industries and is also used by medical and business schools, teaching hospitals, medical research institutes, medical societies at the national and state level, and interested practitioners.  These various groups and individuals use IMS data for, among other things, research and development, marketing and marketing research, and promotion research.

4.     The NSP audit includes information collected about retail and non-retail outlets. The "IMS National Sales Perspective ®: Retail" is a monthly report that measures, in projected dollars and units, pharmaceutical product purchases.   This service provides information regarding prescription pharmaceuticals (both branded and generic) sold to chain drugstores, independent drug stores, food stores with pharmacies, and mail service pharmacies within the United States.  IMS obtains data for this service in three ways:  (1) from drug and food chain warehouses and pharmaceutical wholesalers that supply information on indirect pharmaceutical sales to these channels; (2) from manufacturer-reported direct sales to these channels; and (3) from mail service pharmacies that report dispensed prescriptions.  The information regarding indirect sales is based on a sample of warehouses and wholesalers who supply sales information to IMS weekly or monthly, and represent warehouses and wholesalers across the United States. The information regarding indirect sales supplied from the warehouses and wholesalers is then projected to estimate sales from all warehouses and wholesalers, and that figure is then added to the direct sales information supplied from the pharmaceutical manufacturers.  Approximately 100 pharmaceutical manufacturers currently supply IMS with information on their direct sales to chain drugstores, independent drug stores, food stores with pharmacies, and mail service pharmacies within the United States.  Projections are not used in the Mail Service channel.  The

Mail Service channel includes quantities dispensed from reporting mail service pharmacies plus sales into non-reporting mail service pharmacies from reporting wholesalers and manufacturers.

5.      The "IMS National Sales Perspective [®]: Non-Retail" is a monthly report that measures, in projected dollars and units, pharmaceutical product purchases.   The service provides information regarding prescription pharmaceuticals (both branded and generic) sold to non-Federal hospitals, Federal facilities, long-term care facilities, HMO facilities, clinics, home healthcare providers, universities, and other miscellaneous facilities.  IMS obtains data for this service in two ways:   (1) from warehouses and pharmaceutical wholesalers that supply information on indirect pharmaceutical sales to these channels; and (2) from manufacturer-reported direct sales to these channels.   The information regarding indirect sales from warehouses and wholesalers is based on a sample of warehouses and wholesalers who supply sales information to IMS either monthly or weekly, and represent warehouses and wholesalers across the United States.  The information regarding indirect sales supplied from the warehouses and wholesalers is then projected to estimate sales from all warehouses and wholesalers, and that figure is then added to the direct sales information supplied from the pharmaceutical manufacturers.  Approximately 100 pharmaceutical manufacturers currently supply IMS with information on their direct sales to non-Federal hospitals, Federal facilities, long-term care facilities, HMO facilities, clinics, home healthcare providers, universities, and other miscellaneous facilities.  Direct sales to these channels may also be estimated, if not provided by the manufacturer.

6.      The suppliers that report data for NSP generally report on a weekly basis, and report the number of units of each pharmaceutical product package sold to each outlet (pharmacy, physician's office, clinic etc.) for the preceding week.  Suppliers that report pricing information

to IMS report the amount paid by the outlet, reflective of invoice prices, inclusive of on-invoice discounts, rather than list prices for those products.

7.     IMS uses the information provided by suppliers to develop national-level sales estimates for pharmaceutical products.  On a monthly basis, IMS makes available to subscribers NSP data providing estimated total unit volume and dollar amounts of sales for each pharmaceutical product (broken out by package size) sold into each trade channel, including the clinic channel, for the entire United States.  As discussed above, NSP sales data is based on actual transaction prices and so reflects on-invoice discounts that lower the price paid by the customer below list price.  Accordingly, NSP data permits the calculation of the estimated average sales prices paid by each trade channel for individual drugs, excluding any rebates and off-invoice discounts.

8.     IMS collects data and estimates sales for, among other products, Zoladex, Blenoxane, Cytoxan, Etopophos, Paraplatin, Rubex, Taxol, Vepesid, Remicade, Procrit, Albuterol, Intron A, Proventil, and Temodar.  In addition, AstraZeneca reports data to IMS regarding direct sales to the clinic channel of Zoladex.

9.     I have reviewed AZ Defendant's Exhibit 2066, which appears to consist of IMS NSP data including estimated total unit volume and dollar amounts of Zoladex sales to the clinic channel on a monthly basis from January 1992 to September 2005.  I have no reason to believe that the data on AZ Defendant's Exhibit 2066 does not accurately reflect IMS NSP data.

10.     IMS products and services, including NSP data, are available for purchase by IMS subscribers.  It is my understanding that NSP subscribers include major pharmaceutical manufacturers, biotechnology firms, federal and state government and regulatory agencies, device and diagnostic companies, healthcare providers, financial analysts, consulting firms,

consumer package goods companies, advertising agencies, academic researchers, and wholesalers, retailers and pharmacy benefit managers ("PBMs").

11.    It is my understanding that certain IMS competitors similarly make pharmaceutical sales data, including some invoice pricing information, available to subscribers.

12.    I declare under penalty of perjury that the foregoing is true and correct.

Jessica Smith

Executed this 10th day of November 2006.