**Attachment 21**

Table 4: Markups of AWP over BCBS-MA's purchase prices for Schering-Plough drugs

| Drug | NDC | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 |
| ALBUTEROL | 59930150008 | | | | 163.0% | 209.0% | 255.4% | | |
| | 59930151504 | | | | | 100.7% | 117.4% | 130.6% | |
| INTRON | 00085012002 | | | | | | | | 23.8% |
| | 00085012003 | | | | 40.9% | | | | |
| | 00085053901 | | | | | | 38.3% | | |
| | 00085057102 | | | | | 32.3% | | | |
| | 00085064704 | | | 34.1% | 40.9% | 25.5% | 32.3% | | |
| | 00085064705 | | | 35.5% | 40.9% | 25.4% | 32.3% | | |
| | 00085095301 | | | | | | 32.3% | | |
| | 00085117901 | | | | | | | | 23.8% |
| | 00085118401 | | | | | | | 26.6% | 23.9% |
| | 00085118402 | | | | | | | 25.6% | 23.8% |
| | 00085119101 | | | | | | | | 23.8% |
| PERPHENAZINE | 59930160001 | | | | | | 268.0% | 268.0% | |
| | 59930160301 | | | | | | 271.4% | | |
| | 59930160501 | | | | | | 231.9% | | |
| PROVENTIL | 00085020802 | | | 117.2% | 117.2% | | 25.9% | | |
| | 00085020901 | 56.7% | | | 139.1% | | | | |

Source: Schering-Plough indirect sales data.

Defendants' Exhibit
1391
01-12257 - PBS