**Attachment 22**

Table 5: Markups of AWP over CIGNA's purchase prices for AstraZeneca drugs

| Drug | NDC | Year | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
| ZOLADEX | 00310096036 | 25.0% | 25.0% | 24.8% | 22.8% | 45.3% | 52.1% | 50.3% | 56.7% | 49.0% | 40.5% | 40.5% | 40.5% | | |
| | 00310096130 | | | | | | 44.3% | 43.1% | 50.8% | 48.3% | 40.0% | 40.5% | 40.5% | | |

Source: AstraZeneca indirect sales data.

Defendants' Exhibit
**1392**
01-12257 - PBS