**Attachment 23**

Table 6: Markups of AWP over CIGNA's purchase prices for Bristol-Myers Squibb drugs

| Drug | NDC | Year | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| BLENOXANE | 00015301020 | | | | 55.0% | 55.0% | 55.0% | | 182.0% | 207.7% | 207.7% |
| | 00015306301 | | | | | | | | 240.5% | 265.9% | 265.9% |
| CYTOXAN | 00015050141 | 86.8% | | | | | | | | | |
| | 00015050301 | | | | 19.6% | 19.6% | 21.6% | | | | 67.7% |
| | 00015050641 | 117.9% | | | | | | | | | |
| | 00015053941 | 106.7% | | 186.7% | 186.7% | 158.0% | | | | 222.5% | |
| | 00015054641 | 129.8% | | 250.0% | 250.0% | 308.3% | 308.3% | | | 390.0% | |
| | 00015054741 | 124.8% | | 311.4% | 311.4% | 433.2% | 441.3% | 441.3% | | 471.3% | |
| | 00015054841 | 149.4% | | 292.6% | 343.7% | 475.3% | 494.2% | 533.7% | 542.9% | 551.0% | 549.0% |
| | 00015054941 | | | | | | | 543.1% | 543.1% | 543.1% | 546.9% |
| PARAPLATIN | 00015321330 | | | | | | | 26.3% | 26.7% | 28.4% | 34.6% |
| | 00015321430 | | | | 19.6% | | | 26.3% | 26.6% | 27.8% | 35.4% |
| | 00015321530 | | | | 19.6% | | 25.0% | 26.3% | 26.7% | 28.4% | 36.4% |
| VEPESID | 00015306120 | | | | | | | | 2228.9% | 2319.6% | 2319.6% |
| | 00015308420 | | | 90.9% | | | | | | | |
| | 00015309520 | | 52.5% | 103.2% | 259.6% | 695.5% | 702.9% | 1530.5% | | | |

Source: Bristol-Myers Squibb indirect sales data.

Defendants' Exhibit
**1393**
01-12257 - PBS