**Attachment 24**

Table 7: Markups of AWP over CIGNA's purchase prices for Johnson & Johnson drugs

| Drug | NDC | Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
| PROCRIT | 59676030201 | | | 29.7% | 29.7% | 30.4% | 30.4% | 29.0% | 21.4% | 21.2% |
| | 59676030202 | | | | | 30.4% | 30.4% | 21.2% | 21.2% | 21.2% |
| | 59676030301 | | | 29.7% | 29.7% | 30.4% | 30.4% | 27.8% | 21.5% | 21.2% |
| | 59676030302 | | | | 29.7% | 30.4% | 30.4% | 21.2% | 21.2% | 21.2% |
| | 59676030401 | | | 29.7% | 29.7% | 30.4% | 30.4% | 22.5% | 21.4% | 21.2% |
| | 59676030402 | | | | 29.7% | 30.4% | 30.4% | | 21.2% | |
| | 59676031001 | | | 29.7% | 29.7% | 30.4% | 30.4% | 28.4% | 22.6% | 21.3% |
| | 59676031002 | | | | 29.7% | 30.3% | 30.4% | 21.2% | 22.3% | 21.2% |
| | 59676031201 | | | | | 30.4% | 30.4% | 30.0% | 24.7% | 22.9% |
| | 59676032001 | | | | | | | 24.6% | 22.5% | 23.7% |
| | 59676034001 | | | | | | | | | 24.7% |
| | 00062740003 | 29.6% | 29.7% | 29.7% | | | | | | |
| | 00062740103 | 29.7% | 29.7% | 29.7% | | | | | | |
| | 00062740201 | 29.7% | 29.7% | 29.7% | | | | | | |
| | 00062740501 | 29.7% | 29.7% | 29.7% | | | | | | |

Source: Johnson & Johnson indirect sales data.

Defendants' Exhibit
**1394**
01-12257 - PBS