# Attachment 25

Table 8: Markups of AWP over CIGNA's purchase prices for Schering-Plough drugs

| Drug | NDC | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBUTEROL | 59930150008 | | | | | 524.4% | 642.0% | | | | | | | |
| | 59930151504 | | | | 113.7% | 60.9% | 17.1% | 4584.4% | | | | | | |
| INTRON | 00085012002 | 46.4% | 31.3% | 35.5% | 34.9% | 31.9% | 38.5% | 15.0% | 23.7% | 23.2% | 30.2% | 43.3% | | |
| | 00085012003 | 34.8% | 31.0% | 35.5% | 37.1% | 31.9% | 39.1% | | | | | | | |
| | 00085012004 | | 35.5% | 32.7% | 32.3% | 31.9% | 39.1% | | | | | | | |
| | 00085012005 | | | | | | 36.9% | 14.9% | | | | | | |
| | 00085028502 | 22.4% | 27.2% | 33.7% | 39.6% | 31.9% | 38.4% | 14.9% | 22.6% | | 20.3% | 27.6% | 36.0% | |
| | 00085053901 | 51.7% | 34.8% | 37.1% | 32.5% | 39.1% | 44.8% | 21.9% | 23.6% | 22.1% | | 30.8% | 36.0% | 27.7% |
| | 00085057102 | 27.2% | 32.7% | 36.1% | 36.7% | 39.1% | 45.0% | 23.2% | 26.9% | 23.1% | 29.0% | | 38.7% | 46.9% |
| | 00085057106 | | | 35.5% | 31.9% | 31.9% | 38.5% | 14.8% | | | | | | |
| | 00085064703 | 22.4% | 29.4% | 35.1% | 34.5% | 31.9% | 38.6% | 15.6% | 23.8% | 24.2% | | | | |
| | 00085064704 | 22.4% | 29.9% | 34.0% | 36.6% | 31.9% | 38.7% | 15.0% | | | | | | |
| | 00085064705 | 22.4% | 30.3% | 31.1% | 34.8% | 31.9% | 38.2% | 13.6% | | | 30.2% | 43.3% | | |
| | 00085068901 | | 31.9% | 35.7% | 32.5% | 31.9% | 31.9% | | | | | | | |
| | 00085076901[1] | | | 40.9% | 40.9% | 559.4% | 37.9% | 14.9% | | | | | | |
| | 00085092301 | | | 40.9% | 33.4% | 163.7% | 38.9% | 14.9% | | | | | | |
| | 00085095301 | | | | | 39.1% | 38.7% | 14.9% | | | | | | |
| | 00085111001 | | | | | | 45.4% | | | | | | | |
| | 00085113301 | | | | | | | 23.6% | 26.7% | 25.3% | 36.6% | | | |
| | 00085116801 | | | | | | | 23.6% | 24.9% | 26.1% | 36.6% | 45.8% | 38.7% | |
| | 00085117901 | | | | | | | 23.6% | 22.8% | 15.1% | | | | |
| | 00085117902 | | | | | | | 23.6% | 25.5% | 25.3% | 36.6% | 63.5% | | |
| | 00085118401 | | | | | | | 23.8% | 21.2% | 19.3% | | | | |
| | 00085118402 | | | | | | | 23.6% | 22.0% | 19.5% | 43.3% | 35.4% | 38.7% | |
| | 00085119101 | | | | | | | 23.7% | 22.6% | 18.5% | | | | |
| | 00085119102 | | | | | | | 23.6% | 21.8% | 18.9% | 43.9% | | | |
| | 00085123501 | | | | | | | | 23.6% | 25.4% | 36.6% | 46.9% | | |
| | 00085124201 | | | | | | | | 23.6% | 25.5% | 36.6% | 39.9% | 38.7% | 24.8% |
| | 00085125401 | | | | | | | | 23.6% | 25.3% | 36.6% | 38.0% | 38.0% | |
| PERPHENAZINE | 59930160501 | | | | | | | | 521.0% | 521.0% | 521.0% | 521.0% | | |
| PROVENTIL | 00085020802 | 72.9% | 95.3% | 95.3% | 95.3% | 87.0% | 58.0% | | | | | | | |
| | 00085020901 | 95.6% | 121.8% | 167.9% | 172.3% | 124.7% | 67.2% | | | | | 21.3% | | |
| TEMODAR | 00085124402 | | | | | | | | | | | | 20.0% | 31.0% |
| | 00085125901 | | | | | | | | | | | | | 23.6% |
| | 00085125902 | | | | | | | | | | | | 20.0% | 31.0% |

Source: Schering-Plough indirect sales data.

Defendants' Exhibit
**1395**
01-12257 - PBS

---

[1] Dr. Hartman's AWP of $1,244.40 in 1995 appears to be incorrect. From January 1, 1995 until March 1, 1995, the AWP published in Medi-Span is $248.88. Effective March 1, 1995 and continuing through the end of the year, the AWP published in Medi-Span is $262.57. See Medi-Span Comprehensive Price History File.