# Attachment 26

**Table 9: Markups of AWP over Fallon's purchase prices for AstraZeneca drugs**

| Drug | NDC | Year | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| ZOLADEX | 00310096036 | 25.0% | | | | 150.0% | 150.0% | 147.3% | 150.0% |
| | 00310096130 | | | | | 150.0% | 150.0% | 142.7% | 150.0% |

Source: AstraZeneca indirect sales data.

Defendants' Exhibit
**1396**
01-12257 - PBS