**Attachment 27**

Table 10: Markups of AWP over Fallon's purchase prices for Bristol-Myers Squibb drugs

| Drug | NDC | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
| BLENOXANE | 00015301020 | | | 60.4% | 72.1% | 99.6% | 110.8% | 116.0% | 204.1% |
| | 00015301026 | | | | | | 125.6% | | |
| | 00015306301 | | | | | | | 210.8% | 254.8% |
| CYTOXAN | 00015054841 | | | 250.3% | 369.1% | 432.2% | 491.4% | 509.4% | 511.1% |
| | 00015054941 | | | 236.2% | 365.0% | 483.3% | 509.3% | 506.7% | 511.9% |
| PARAPLATIN | 00015321330 | 26.3% | | 26.6% | 24.3% | 26.2% | 26.7% | 25.8% | 28.3% |
| | 00015321430 | 26.3% | | 26.6% | 23.7% | 26.2% | 26.7% | 26.1% | 28.6% |
| | 00015321530 | 26.3% | | 26.6% | 23.5% | 25.4% | 27.1% | 26.0% | 28.7% |
| VEPESID | 00015306220 | | | 437.9% | | | | | |
| | 00015309145 | | | | | 20.2% | 28.5% | | |
| | 00015309520 | 59.3% | 88.3% | 616.0% | 993.9% | 1315.7% | 1550.6% | 1963.6% | 2240.6% |
| | 00015309530 | | 259.2% | 458.9% | 993.7% | | | | |

Source: Bristol-Myers Squibb indirect sales data.

Defendants' Exhibit
1397
01-12257 - PBS