**Attachment 28**

Table 11: Markups of AWP over Fallon's purchase prices for Johnson & Johnson drugs

| Drug | NDC | Year | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
| PROCRIT | 59676030201 | | | 27.7% | 29.6% | 31.4% | 33.2% | 28.2% | 26.3% | 26.3% |
| | 59676030301 | | | 27.7% | 29.3% | 31.3% | 33.3% | 31.9% | 26.3% | 26.3% |
| | 59676030302 | | | | | | 33.3% | 26.3% | | |
| | 59676030401 | | | 27.7% | 29.1% | 31.4% | 33.2% | 31.7% | 26.3% | 26.3% |
| | 59676031001 | | | 27.7% | 29.5% | 31.4% | 36.4% | 35.8% | 28.1% | 26.3% |
| | 59676031002 | | | | | | 36.4% | 38.8% | 28.5% | |
| | 59676031201 | | | | | | 35.8% | 35.4% | 28.0% | 26.3% |
| | 59676032001 | | | | | | | 26.3% | 27.8% | 26.3% |
| | 59676034001 | | | | | | | | | 26.3% |
| | 00062740003 | 23.7% | 25.7% | 27.6% | | | | | | |
| | 00062740103 | 23.7% | 25.6% | 27.7% | | | | | | |
| | 00062740201 | | | 27.7% | | | | | | |
| | 00062740501 | 23.7% | 25.1% | 27.7% | | | | | | |

Source: Johnson & Johnson indirect sales data.

Defendants' Exhibit
**1398**
01-12257 - PBS