**Attachment 29**

Table 12: Markups of AWP over Fallon's purchase prices for Schering-Plough drugs

| Drug | NDC | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBUTEROL | 59930150008 | | | | | | 266.7% | 1206.9% | 744.7% | 577.2% | 509.1% | 811.0% | 789.7% | | |
| | 59930151504 | | | | | | | 11.8% | -50.6% | -71.7% | -52.0% | -44.1% | 220.2% | 529.8% | |
| INTRON | 00085012002 | 46.6% | | 35.5% | 40.9% | 20.4% | 29.8% | | 29.1% | | | | | | |
| | 00085012003 | | 34.8% | | | 22.7% | 34.7% | | | | | | | | |
| | 00085012004 | | | | 40.9% | 40.9% | | | | | | | | | |
| | 00085012005 | | | | | | 20.1% | 20.1% | | | | | | | |
| | 00085028502 | | | 35.5% | 40.9% | 27.7% | 29.5% | | | | | 46.4% | | | |
| | 00085053901 | | | | | 34.7% | 30.6% | 29.6% | 34.3% | | | 45.3% | 45.8% | 39.0% | 32.3% |
| | 00085057102 | 27.2% | 34.8% | 35.5% | 40.9% | 34.7% | 25.5% | 29.2% | 32.6% | | | | | | |
| | 00085057106 | | | 35.5% | 40.9% | 13.8% | 33.0% | | | | | | | | |
| | 00085064703 | | 34.8% | 35.5% | 40.9% | 18.8% | 31.5% | 19.2% | 30.5% | | | | | | |
| | 00085064704 | 22.4% | 34.8% | 34.1% | 40.9% | | | | | | | | | | |
| | 00085064705 | | 34.8% | 35.5% | 40.9% | 25.8% | 28.2% | 19.4% | | | | | | | |
| | 00085068901 | | | 36.0% | 41.4% | | | | | | | | | | |
| | 00085076901 | | | 40.9% | 40.9% | | | | | | | | | | |
| | 00085092301 | | | 40.9% | 40.9% | 156.3% | 27.7% | 20.1% | | | | | | | |
| | 00085095301 | | | | | | 34.7% | 20.0% | | | | | | | |
| | 00085111001 | | | | | | | 29.2% | 34.3% | | | | | | |
| | 00085116801 | | | | | | | 23.6% | 34.3% | | 39.6% | 47.8% | 41.1% | | |
| | 00085117901 | | | | | | | 28.4% | 28.2% | 25.0% | | | | | |
| | 00085117902 | | | | | | | | 31.3% | 31.1% | 39.6% | 45.5% | | | |
| | 00085118401 | | | | | | | 23.8% | | | | | | | |
| | 00085118402 | | | | | | | 29.2% | 28.5% | 26.1% | 46.4% | 43.5% | 42.7% | | |
| | 00085119102 | | | | | | | | 30.4% | 25.0% | | | | | |
| | 00085123501 | | | | | | | | 30.4% | 33.0% | 39.6% | 50.1% | 39.0% | | |
| | 00085124201 | | | | | | | | 30.4% | 31.6% | 39.6% | 41.2% | 42.5% | | |
| | 00085125401 | | | | | | | | | 31.2% | 39.6% | 42.6% | 41.3% | | |
| PROVENTIL | 00085020802 | 91.0% | 117.2% | 117.2% | 116.6% | 101.5% | 25.9% | 31.9% | 31.9% | | 30.7% | 40.8% | | | |
| | 00085020901 | 103.0% | 139.1% | 139.1% | 138.8% | 30.3% | 25.6% | 34.2% | 30.5% | 33.4% | 30.5% | 40.5% | 43.6% | | |

Source: Schering-Plough indirect sales data.

Defendants' Exhibit
1399
01-12257 - PBS