**Attachment 30**

Table 13: Markups of AWP over Harvard Pilgrim's purchase prices for AstraZeneca drugs

| Drug | NDC | \multicolumn{12}{c}{Year} |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| ZOLADEX | 00310096036 | 25.0% | 25.0% | 24.2% | 26.8% | 41.3% | 44.0% | 41.8% | 109.2% | 153.6% | | 150.0% | 150.0% |
| | 00310096130 | | | | | | 40.7% | 40.6% | 125.1% | 152.7% | 150.1% | 150.0% | 150.0% |

Source: AstraZeneca indirect sales data.

Defendants' Exhibit
1400
01-12257 - PBS