# Attachment 31

Table 14: Markups of AWP over Harvard Pilgrim's purchase prices for Bristol-Myers Squibb drugs

| Drug | NDC | Year | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
| BLENOXANE | 00015301020 | | | | 59.7% | 81.8% | 101.0% | 111.8% | 159.4% | 182.0% | |
| CYTOXAN | 00015050301 | | | | 26.0% | 28.6% | 30.3% | 33.3% | 38.5% | | |
| | 00015050401 | | | | | 28.8% | 30.0% | 35.8% | 40.4% | | |
| | 00015054741 | | | | | | | | 447.0% | | |
| | 00015054841 | 119.8% | | | 367.5% | 367.5% | 417.1% | 524.9% | 542.9% | 542.9% | |
| PARAPLATIN | 00015321330 | | | | 26.3% | | 21.7% | 31.6% | | 28.6% | |
| | 00015321430 | | | | 26.3% | | 21.7% | 31.6% | | 28.8% | |
| | 00015321530 | | | | 26.3% | | 22.2% | 31.6% | | 28.3% | |
| VEPESID | 00015309145 | | | | 27.7% | 28.4% | 30.2% | 33.0% | 38.7% | | |
| | 00015309520 | | | 136.8% | 388.9% | 1137.9% | 1275.2% | | | | 136.8% |

Source: Bristol-Myers Squibb indirect sales data.

Defendants' Exhibit
**1401**
01-12257 - PBS