**Attachment 32**

Table 15: Markups of AWP over Harvard Pilgrim's purchase prices for Johnson & Johnson drugs

| Drug | NDC | Year | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 |
| PROCRIT | 59676030201 | | | 29.6% | 29.8% | 29.7% | 26.6% | 23.4% | 22.4% |
| | 59676030202 | | | | | | | 26.3% | 26.3% |
| | 59676030301 | | | 29.1% | 30.6% | 29.3% | 25.6% | 23.3% | 23.8% |
| | 59676030302 | | 25.0% | 29.7% | 29.7% | 29.7% | 26.1% | 23.6% | 26.3% |
| | 59676030401 | | 26.7% | 29.3% | 29.9% | 29.7% | 26.0% | 23.4% | 23.6% |
| | 59676030402 | | 27.9% | 29.7% | 29.7% | 29.7% | 26.2% | 24.0% | 26.3% |
| | 59676031001 | | 26.4% | 29.7% | 29.7% | 29.7% | 30.2% | 29.0% | 28.9% |
| | 59676031002 | | | 29.7% | | 29.7% | 29.3% | 29.6% | 27.2% |
| | 59676031201 | | | | 29.7% | 29.7% | 29.9% | 29.5% | 26.3% |
| | 59676032001 | | | | | | | 29.1% | 28.9% |
| | 59676034001 | | | | | | | | 26.3% |
| | 00062740003 | 25.3% | 26.9% | | | | | | |
| | 00062740103 | 25.5% | 27.4% | | | | | | |
| | 00062740201 | 25.6% | 27.4% | | | | | | |
| | 00062740501 | 28.0% | 28.0% | | | | | | |

Source: Johnson & Johnson indirect sales data.

Defendants' Exhibit
1402
01-12257 - PBS