**Attachment 33**

Table 16: Markups of AWP over Harvard Pilgrim's purchase prices for Schering-Plough drugs

| Drug | NDC | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBUTEROL | 59930150006 | | | | | | | | 358.0% | 358.0% | 358.0% | 358.0% | | | |
| | 59930150008 | | | | | 245.7% | 268.2% | 280.5% | 325.8% | 358.3% | | | | | |
| | 59930151504 | | | | | 123.2% | 154.5% | 160.7% | 160.7% | 160.7% | | | | | |
| INTRON | 00085012002 | 46.4% | 34.8% | 35.5% | 40.9% | 25.4% | 28.2% | 27.5% | 29.5% | 33.4% | | | | | |
| | 00085012003 | | 34.8% | 35.5% | | 25.4% | 31.8% | | | | | | | | |
| | 00085012004 | | | 43.6% | 35.5% | 40.9% | 26.3% | | | | | | | | |
| | 00085012005 | | | | | | 27.5% | 27.7% | | | | | | | |
| | 00085028502 | 22.4% | 34.8% | | 40.9% | 25.4% | | | | | | | | | |
| | 00085053901 | 27.2% | 34.8% | | 40.9% | 32.3% | 33.4% | 36.0% | 36.0% | 35.5% | 36.1% | 37.8% | 33.8% | 46.9% | 37.3% |
| | 00085057102 | 27.2% | 34.3% | 35.5% | 40.9% | 32.3% | 33.4% | 34.9% | 36.6% | 36.1% | | | 33.3% | 46.9% | |
| | 00085057106 | | | 35.5% | 40.9% | 28.7% | 26.2% | 27.7% | | | | | | | |
| | 00085064703 | 22.4% | 34.7% | 35.5% | 40.9% | 25.8% | 28.5% | 26.6% | 33.4% | | | | | | |
| | 00085064704 | 22.4% | 34.8% | 34.1% | 40.9% | 25.8% | 28.1% | 27.7% | | | | | | | |
| | 00085064705 | 22.4% | 34.7% | 35.5% | 40.9% | 25.9% | 27.7% | 27.7% | | | | 37.6% | | | |
| | 00085068901 | | | 36.0% | 41.4% | 25.4% | 24.8% | | | | | | | | |
| | 00085076901 | | | | 40.9% | 527.1% | | | | | | | | | |
| | 00085092301 | | | 40.9% | | 150.8% | | | | | | | | | |
| | 00085095301 | | | | | 32.3% | 28.9% | 27.7% | | | | | | | |
| | 00085111001 | | | | | | 31.0% | 35.5% | 35.5% | 34.1% | 38.5% | 44.3% | 33.4% | 43.4% | 35.1% |
| | 00085113301 | | | | | | | 35.0% | | | | | 31.8% | 44.1% | |
| | 00085116801 | | | | | | | 34.3% | 35.5% | 34.3% | 41.4% | 30.3% | | | 33.3% |
| | 00085117901 | | | | | | | 34.2% | 33.0% | 28.5% | | | | | |
| | 00085117902 | | | | | | | 34.4% | 35.5% | 34.5% | 40.4% | 30.3% | | | |
| | 00085118401 | | | | | | | 37.4% | 29.6% | 29.0% | | | | | |
| | 00085118402 | | | | | | | 34.8% | 31.6% | 28.6% | 46.8% | 35.7% | | | |
| | 00085119101 | | | | | | | 34.8% | | 28.7% | | | | | |
| | 00085119102 | | | | | | | 35.5% | 30.5% | 29.5% | 49.2% | 42.8% | | | |
| | 00085123501 | | | | | | | | 33.4% | 35.0% | | | | 38.7% | 33.3% |
| | 00085124201 | | | | | | | | 33.4% | 34.6% | 38.1% | 43.6% | 34.9% | 44.1% | |
| | 00085125401 | | | | | | | | | 34.1% | 36.1% | 39.9% | 31.6% | 44.1% | |
| PERPHENAZINE | 59930160301 | | | | | | | | | 420.0% | | | | | |
| | 59930161001 | | | | | | | | | 332.0% | | | | | |
| PROVENTIL | 00085020802 | 117.8% | 116.4% | 117.2% | 117.2% | 48.2% | 28.0% | 36.9% | 37.2% | 45.7% | 37.7% | | 48.4% | | |
| | 00085020901 | 123.6% | 131.8% | 139.1% | 139.1% | 33.5% | 27.3% | 35.4% | 36.9% | 45.2% | 38.5% | 46.9% | | | |

Source: Schering-Plough indirect sales data.

Defendants' Exhibit
1403
01-12257 - PBS