**Attachment 34**

Table 27: Massachusetts health plans by number of enrollees

| Health plan | Total enrollees (1,000s) | Share of covered lives |
|---|---|---|
| Blue Cross Blue Shield of Massachusetts | 2,288 | 46% |
| Tufts Associated Health Plan ("Tufts") | 803 | 16% |
| Harvard Pilgrim Health Care, Inc. ("Harvard Pilgrim") | 766 | 15% |
| CIGNA HealthCare of Massachusetts, Inc. ("CIGNA") | 229 | 5% |
| Fallon Community Health Plan ("Fallon") | 187 | 4% |
| Other (10 plans with more than 1,000 enrolled) | 695 | 14% |
| Total | 4,969 | 100% |

Source: AIS database, 2004.

Defendants' Exhibit
1415
01-12257 - PBS