**Attachment 35**

Table 17: Physician compensation for selected specialties

| Specialty | Compensation | | |
|---|---|---|---|
| | Average | Lowest | Highest |
| Cardiovascular surgery | 558,719 | 351,108 | 852,717 |
| Neuro surgery | 438,426 | 279,655 | 713,961 |
| Orthopedic surgery | 357,224 | 237,731 | 540,524 |
| Cardiology | 317,500 | 205,000 | 450,607 |
| Urology | 285,356 | 180,808 | 375,000 |
| Hematology/oncology | 269,298 | 155,475 | 473,000 |

Source: Physician Compensation Survey. Considers base salary, no benefits. Based on over 2900 responses from physicians with at least 3 years in practice. Available at http://www.physicianssearch.com/physician/salary2.html.

Defendants' Exhibit
1404
01-12257 - PBS