**Attachment 36**

Figure 16: Health Net median reimbursements for drug J9000 (doxorubicin) and most often associated service CPT90780 (IV infusion therapy, 1 hour)



Source: Health Net California claim data.

Defendants' Exhibit
1405
01-12257 - PBS