**Attachment 37**

**Attachment 1: BCBS-MA drug reimbursements by payment basis, 1995-2005[1]**

| Payment basis[2] | Count of reimbursements | Percent of total reimbursements | Count of reimbursements not equal to fee schedule price[3] | Percent of reimbursements not equal to fee schedule price |
|---|---|---|---|---|
| MED-RELATED FEE SCHEDULE DIRECT PRICING | 46,197 | 41.32% | 0 | 0.00% |
| PPO FEE SCHEDULE | 2,774 | 2.48% | 0 | 0.00% |
| CUT CHECK,FORMER BSHC FEE SCHEDULE | 56 | 0.05% | 0 | 0.00% |
| FEE SCHEDULE SPECIAL PRICING | 13 | 0.01% | 0 | 0.00% |
| **Fee Schedule Total** | **49,040** | **43.86%** | **0** | **0.00%** |
| UNKNOWN | 20,898 | 18.69% | 19,249 | 92.11% |
| PAY CHARGE | 18,663 | 16.69% | 16,715 | 89.56% |
| UCR PRICING - LEVEL 2 | 10,124 | 9.05% | 933 | 9.21% |
| MANUAL CALCULATION | 3,659 | 3.27% | 2,610 | 71.33% |
| CUT CHECK, APPLY HMO WITHHOLD | 3,552 | 3.18% | 3,552 | 100.00% |
| NO CHECK (CAPITATED/STATISTICAL SERVICE) | 3,042 | 2.72% | 3,042 | 100.00% |
| ALLOW CHARGE | 1,323 | 1.18% | 1,302 | 98.41% |
| OUT OF STATE ALLOWED REPLACED BY CHARGES | 409 | 0.37% | 409 | 100.00% |
| COVERED CHARGES | 344 | 0.31% | 269 | 78.29% |
| HIAA PRICING METHOD LEVEL III USED | 258 | 0.23% | 35 | 13.68% |
| CUT CHECK, APPLY HMO INCENTIVE | 223 | 0.20% | 223 | 100.00% |
| OTHER | 178 | 0.16% | 177 | 99.25% |
| HIAA LEVEL 3 | 93 | 0.08% | 40 | 42.86% |
| **Non-Fee Schedule Total** | **62,766** | **56.14%** | **48,556** | **77.36%** |
| **Grand Total** | **111,806** | **100.00%** | **48,556** | **43.43%** |

Source: BCBS-MA medical claim data (BCBSMA-AWP-16948). PCC and HMO Clm Payment decode descriptions from Pay Cal Codes.XLS (BCBSMA-AWP-10248) and letter from Stephen Coco to Adeel Mangi, dated July 7, 2006.

Defendants' Exhibit
3006
01-12257 - PBS

---

[1] I include only non-Medicare, office-based drugs payments with positive allowed amounts. Medicare claims are identified by values of the *claim type* field ending in "8." Office-based claims are identified by the value of "3" in the field *pos* (place of service).

[2] Payment basis codes are contained in the *pcc* (payment calculation code) and *HMO Clm Payment* fields. Values of the *pcc* field are used in the analysis except when the *HMO Clm Payment* is equal to one of the following: "CUT CHECK,FORMER BSHC FEE SCHEDULE ," "CUT CHECK, APPLY HMO WITHHOLD," "NO CHECK (CAPITATED/STATISTICAL SERVICE)," and "CUT CHECK, APPLY HMO INCENTIVE."

[3] The fee schedule price is calculated, by month, as the median of the payments associated with a fee schedule price basis.