# TAB
# A



# This is OTN

## John Akscin

### Director, Government Affairs

### Customer Champion



Defendants' Exhibit
**2609**
01-12257-PBS

BMS/AWP/001511818
HIGHLY CONFIDENTIAL



# OTN serves the needs of the Office Based Oncologist (OBO)

> **MISSION STATEMENT**
> ...becoming essential to the effective delivery of cancer care in the office-based market  i.e. we're not *just* a distribution company

- Value-added distributor
- Focused on chemotherapy and supportive care meds
- National in scope
- Compete on service

BMS/AWP/001511819
HIGHLY CONFIDENTIAL

OTN enables OBO's to spend more time with patients by reducing inefficiencies

- Ease of ordering
- Inventory requirements
- Clinical, reimbursement, business services
- Practice specific information
- Innovative Programs
  - Lynx
  - Lynx2OTN



# MORE TIME WITH PATIENTS

BMS/AWP/001511820
HIGHLY CONFIDENTIAL

# OTN has created a strong presence in the OBO market because of its focus on service



- 2,500 + physician oncology practices nationwide

- Over $2.0 billion in total shipments in 2001
- 40-45% market share in office-based market

- Approximately 790 Lynx sites

- 1,000+ practices have selected OTN as their prime vendor, committing 80-95% of their purchases to OTN

BMS/AWP/001511821
HIGHLY CONFIDENTIAL



...and has had significant sales growth

2001: $2.1 Billion

BMS/AWP/001511822
HIGHLY CONFIDENTIAL



OTN Process Flow

BMS/AWP/001511823
HIGHLY CONFIDENTIAL

# OTN Customer Benefits



- Single source for all drug and supply needs

- Competitive pricing on all products

  - Best pricing on BMS and Novartis (Aredia) products

  - Access to MFG, GPO or Group Contract Prices

- Flexible payment-term options

  - 2% direct debit
  - 1.75% monthly direct debit
  - 1% 30, net 60 days
  - net 75 days
  - rolling terms
  - credit card at the time of order

BMS/AWP/001511824
HIGHLY CONFIDENTIAL

# OTN Customer Benefits

- Free Federal Express next-day delivery
  - delivery by 3:30 p.m. the next business day
  - priority delivery option
- Extended Ordering Hours
  - Monday through Friday, 8:30 a.m. to 8:30 p.m. ET (5:30 a.m. to 5:30 p.m. PT)
  - 24/7 through Lynx2OTN
- Inventory Management Reports
- Service Reliability



BMS/AWP/001511825
HIGHLY CONFIDENTIAL

# OTN Customer Benefits



- Network News – Bi-monthly newsletter
- Reimbursement assistance support – "one-stop shop" for all MFG's products
- Clinical information – answers to FAQ's provided by Pharm.D's and RN's
- Lynx ™ – Automated drug dispensing system
- Lynx2OTN ™ – B2B Portal and CRM system

BMS/AWP/001511826
HIGHLY CONFIDENTIAL

# OTN Customer Benefits

- The Lynx System
  - An automated drug dispensing system developed specifically for community-based oncologists
  - Installed now in over 790 practices





BMS/AWP/001511827
HIGHLY CONFIDENTIAL

# Lynx Customer Benefits



- Reduces time spent compiling and placing orders and managing inventory

- Lowers inventory carrying costs and enhances practice cash flow

- Ensures capture of all billing charges

- Captures drug utilization and cost data

- Provides the opportunity to standardize practice protocols

BMS/AWP/001511828
HIGHLY CONFIDENTIAL

# OTN captures significant data through its Lynx machines



- \> 790 sites now utilize the Lynx system
- Lynx captures a unique data set
  - 20% ($) of all medications dispensed through office based oncologists
- Captures longitudinal treatment data (regimen and cycles)
- Customized analysis and reports
- Geographic benchmarking

BMS/AWP/001511829
HIGHLY CONFIDENTIAL

# What data is transmitted to OTN?

| Data Elements | Example |
|---|---|
| Diagnosis (ICD-9) | 174.9 |
| Stage | Stage 3B |
| Birth Date (mm/dd/yyyy) | 10/19/1923 |
| Gender | F |
| Doctor (initials or number) | JSW |
| Regimen | Gem-Carbo |



BMS/AWP/001511830
HIGHLY CONFIDENTIAL



# Current Online Reports

## Sales Data

- **Purchase History Report:** Shows purchases through OTN on a rolling 12 month basis.

- **AWP/Price Report:** Shows all drugs purchased from OTN in the last 3 months with current pricing, AWP and HCPCS Codes.

BMS/AWP/001511831
HIGHLY CONFIDENTIAL

# Lynx Information Services
## Current Online Reports



- **Analysis of Completed Regimen Report:** Describes drug costs and cost related details by regimen for Lynx patients who have begun and finished a treatment regimen within a twelve-month reporting period.

- **Total Drug Utilization Report:** Describes the drug costs and cost related details for Lynx patients by diagnosis and regimen for a given period and over time. This report is not based on completed regimens.

BMS/AWP/001511832
HIGHLY CONFIDENTIAL

# Lynx Information Services
## Current Online Reports



- **Drug Dosing Comparison Report:** Compares drug-dosing patterns within a practice and compares a practice's patterns with the other Lynx practices in the state and in the country. This report is not based on completed regimens.

- **Drug Dosing Comparison by Diagnosis Report:** Like the Drug Dosing Comparison, this report compares dosing patterns, but for drugs used for a specified diagnosis. This report is not based on completed regimens.

BMS/AWP/001511833
HIGHLY CONFIDENTIAL



# Lynx Information Services
## Current Online Reports

- ### Drug Dosing by Diagnosis and Regimen:

  Like the Drug Dosing Comparison and Drug Dosing Comparison by Diagnosis, this report compares dosing patterns, but for drugs used for a specified diagnosis and regimen.

BMS/AWP/001511834
HIGHLY CONFIDENTIAL



# Data Capabilities



- Real-time access to sales data through Lynx2OTN

- Access to aggregated and account-specific data captured through Lynx system

BMS/AWP/001511835
HIGHLY CONFIDENTIAL



PRACTICE MANAGEMENT | LYNX DATA | HELP

## Reports

OTN-Online contains several different types of reports.
Begin by selecting one of the following choices:

### ✪ Practice Management Reports:

Purchase History Report

A report showing all purchases through OTN on a rolling 12 month basis.

AWP/Price Report

A report showing all drugs purchased from OTN in the last 3 months with current pricing, AWP and HCPCS Codes.

### ✪ Lynx Data Reports:

Analysis of Completed Regimen Report

This report describes drug costs and cost related details by regimen for Lynx patients who have begun and finished an assigned treatment regimen (completed a protocol, stopped early, or changed regimens) within a specified twelve-month reporting period. Please note that patients who began treatment before the period of the time covered in the report are not included. Those who are continuing with an assigned regimen after the reporting period will not be included in the completed regimen report unless they

BMS/AWP/001511836
HIGHLY CONFIDENTIAL

OTN Online - Purchase History Report - Netscape

PRACTICE MANAGEMENT   LYNX DATA | HELP

# Purchase History

Purchasing information is updated every business day.
Now displaying results for the following search parameters:

Click this button
for a Print Friendly
Version of this
Report.

⊕ **Group By:** SHIP SITE
⊕ **Selected Site(s):** 004284

Displaying Records: 1 – 50 (out of 66)

| | | | | | | |
|---|---|---|---|---|---|---|
| 902-500  AMIFOSTINE 500MG SDV | Qty<br>$Amt | -<br>- | -<br>- | -<br>- | -<br>- | 3<br>917.37 |
| 200-210  BLENOXANE 30 UNIT VIAL | Qty<br>$Amt | -<br>- | -<br>- | -<br>- | -<br>- | 1<br>310.00 |
| 840-110  CYANOCOBALAMINE 1000MCG/ML 1ML | Qty<br>$Amt | 25<br>18.00 | -<br>- | -<br>- | -<br>- | 25<br>18.00 |
| 900-645  CYTOXAN LYOPH. POWDER 2000 MG | Qty<br>$Amt | 6<br>108.00 | 6<br>108.00 | 6<br>108.00 | 6<br>108.00 | 24<br>432.00 |

ONCOLOGY THERAPEUTICS NETWORK

BMS/AWP/001511837
HIGHLY CONFIDENTIAL

**OTN Online - Purchase History Report - Netscape**

| Item | Description | | Qty/$Amt | | | | Total |
|------|-------------|---|----------|---|---|---|-------|
| 840-500 | DIPHENHYDRAMINE 50MG/ML 500MG | Qty | 6 | | | | 9 |
| | | $Amt | 51.00 | | | | 76.50 |
| 201-180 | DOCETAXEL 80MG | Qty | 10 | 2 | 2 | 2 | 8 |
| | | $Amt | 1,865.42 | 1,865.42 | 1,863.66 | 1,865.42 | 7,459.92 |
| 101-020 | DOXORUBICIN HCL LIPOSOME INJ, 20MG | Qty | 10 | 2 | 6 | | 25 |
| | | $Amt | 5,711.47 | 1,141.90 | 3,501.06 | | 14,196.13 |
| 223-595 | EPOETIN ALFA 20,000U, 1ML MDV | Qty | 312 | 300 | 252 | 48 | 1362 |
| | | $Amt | 60,793.26 | 58,599.00 | 49,172.76 | 9,966.24 | 265,327.92 |
| 901-475 | FLUOROURACIL 5000MG/100ML ADRIA | Qty | 5 | 5 | 5 | | 20 |
| | | $Amt | 62.00 | 62.00 | 62.00 | | 248.00 |
| 221-100 | G-CSF(FILGRASTIM)SOL 0.3MG/ML 1ML | Qty | | 10 | 20 | | 50 |
| | | $Amt | 1,378.80 | 2,757.60 | | | 6,827.50 |
| 800-902 | GEMCITABINE 200MG VIAL | Qty | 22 | 40 | 25 | 7 | 94 |
| | | $Amt | 1,647.80 | 3,192.12 | 2,001.15 | 560.49 | 7,391.56 |
| 900-200 | GRANISETRON 1MG/ML VIAL 1ML | Qty | | | | | 3 |
| | | $Amt | | | | | 420.00 |
| 220-156 | INTER. ALFA 2B, SOL 3MIU/0.5ML W/SYR HSA-FREE | Qty | | | | 6 | 6 |
| | | $Amt | | | 183.36 | 183.36 | 183.35 |

ONCOLOGY THERAPEUTICS NETWORK

BMS/AWP/001511838
HIGHLY CONFIDENTIAL



## AWP/Price

AWP information is updated every month. Begin your report query* by specifying the search criteria below.

**Select AWP Modifier**

- ○ -10%
- ○ -5%
- ◉ 0%
- ○ +5%
- ○ +10%
- ○ Other ——⟨⟨¬⟩¬→

Select the 'Other' option and enter in a numeric value if you wish to use an AWP modifier not listed.

\* - For optimal speed and printing results, it is recommended that you use Internet Explorer 4 or 5.

\*\* - The print version of the report may render text illegible on screen. This decreased font size has been implemented to accomodate large amounts of data. The reports will *print* legibly.

BMS/AWP/001511839
HIGHLY CONFIDENTIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00018-1056-94 | ADRUCIL, Injection | 50 MG/ML | 100 ML | 12.40 | 30.46 | J9190 | up to 500 MG |
| 00071-4402-10 | BENADRYL, Injection | 50 MG/ML | 10 ML | 8.50 | 9.00 | J1200 | up to 50 MG |
| 00015-3063-01 | BLENOXANE, Powder for Injection | 30 U | 1 EA | 310.00 | 578.74 | J9040 | up to 15 UNIT |
| 00009-7529-01 | CAMPTOSAR, Injection | 20 MG/ML | 5 ML | 494.95 | 589.09 | J9206 | up to 20 MG |
| 00007-3343-01 | COMPAZINE, Injection | 5 MG/ML | 10 ML | 31.16 | 38.95 | J0780 | up to 10 MG |
| 00015-0539-41 | CYTOXAN LYOPHILIZED, Powder for Injection | 100 MG | 1 EA | 2.00 | 6.13 | J9070 J9093 | up to 100 MG up to 100 MG |
| 00703-8524-01 | DEXAMETHASONE SODIUM PHOSPHATE, Injection | 10 MG/ML | 10 ML | 1.65 | 4.69 | J1100 | up to 4 MG |
| 17314-9600-01 | DOXIL, Injection | 2 MG/ML | 10 ML | 583.51 | 670.94 | J9001 | up to 10 MG |
| 17314-7258-03 | ETHYOL, Powder for Injection | 500 MG | 1 EA | 313.00 | 368.13 | J0207 | up to 500 MG |
| 00002-7502-01 | GEMZAR, Powder for Injection | 1 GM | 1 EA | 398.95 | 442.31 | J9201 | up to 200 MG |

DENDRITE THERAPEUTICS NETWORK

BMS/AWP/001511840
HIGHLY CONFIDENTIAL



BMS/AWP/001511841
HIGHLY CONFIDENTIAL

https://infoppt.cdmat.com/MFG/MFGCompletedRegimenView.jsp

# Analysis of Completed Regimen Report

Now displaying results for the following search parameters:

⊙ [Please Select One] ⬛ ⟶ ⬛

⊕ (1) National
⊕ Date of Service: 01-Jan-2001 - 31-Dec-2001
⊕ LUNG CANCER, NON-SMALL CELL, Top 10 Regimens (out of 119 )

Go to the <u>lynx data legend</u> to find definitions for the report headers.
Data definitions and assumptions can be found <u>here</u>.

Click this button for a
print friendly version.

**ALL DRUGS**

| REGIMEN | # OF PAT REGMNS | REGIMN % | TOTAL VISITS | AVG VISITS | AVG LENGTH OF REGMN | TOTAL COST | AVG COST (per regimn) |
|---|---|---|---|---|---|---|---|
| CARBO-PACLITAXEL | 3959 | 14.9% | 19,223 | 5.7 | 55 days | $29,410,719 | $7,565 |
| CARBO-PACLITAXEL WEEKLY | 2562 | 9.6% | 19,228 | 8.9 | 69 days | $16,249,792 | $7,816 |
| CB (CARBO+ETOP) | 1836 | 6.1% | 27,093 | 14.8 | 77 days | $11,262,985 | $6,135 |
| GEMCITABINE | 1402 | 6.2% | 9,425 | 6.7 | 32 days | $7,052,878 | $5,031 |
| VINORELBINE | 1222 | 5.4% | 8,964 | 7.3 | 53 days | $3,898,125 | $3,190 |
| CARBO-GEMCITABINE | 1138 | 5.2% | 10,440 | 8.8 | 67 days | $9,678,916 | $8,182 |
| DOCETAXEL | 1078 | 4.6% | 5,457 | 4.8 | 42 days | $5,046,620 | $4,663 |
| EP (CIS+ETOP) | 983 | 4.3% | 13,156 | 13.4 | 66 days | $5,707,730 | $5,806 |
| DOCETAXEL WEEKLY | 880 | 3.3% | 7,222 | 8.2 | 60 days | $5,509,397 | $6,261 |
| GEMCITABINE+VINORELBINE | 751 | 3.3% | 5,714 | 7.6 | 59 days | $5,001,983 | $6,660 |
| Total / Average | 14936 | 66% | 125,602 | 8.5 | 59 days | $94,820,145 | $6,382 |

BMS/AWP/001511842
HIGHLY CONFIDENTIAL

https://vieport.chrxet.com/MFS/MFSCompletedRegimenView.jsp

## CHEMO DRUGS

| REGIMEN | # OF PAT REGMNS | REGMN % | TOTAL CHEMO VISITS | AVG CHEMO VISITS | TOTAL CHEMO COST (all regmns) | AVG CHEMO COST (per regmn) | AVG % CHEMO COST (per regmn) |
|---|---|---|---|---|---|---|---|
| CARBO-PACLITAXEL | 3359 | 14.9% | 11,230 | 3.3 | $21,274,029 | $6,333 | 83.7% |
| CARBO-PACLITAXEL WEEKLY | 2162 | 9.6% | 15,067 | 7 | $12,535,012 | $5,798 | 77.1% |
| CE (CARBO-ETOP) | 1836 | 8.1% | 15,812 | 8.6 | $5,776,717 | $3,146 | 51.3% |
| GEMCITABINE | 1402 | 6.2% | 7,011 | 5 | $4,889,117 | $3,487 | 69.3% |
| VINORELBINE | 1222 | 5.4% | 6,490 | 5.3 | $1,998,784 | $1,636 | 51.3% |
| CARBO-GEMCITABINE | 1183 | 5.2% | 6,140 | 5.2 | $7,017,377 | $5,932 | 72.5% |
| DOCETAXEL | 1078 | 4.8% | 2,997 | 2.8 | $3,920,238 | $3,637 | 77.6% |
| EP (CIS-ETOP) | 983 | 4.3% | 8,534 | 8.7 | $1,001,239 | $1,019 | 17.5% |
| DOCETAXEL WEEKLY | 880 | 3.9% | 5,885 | 6.7 | $4,139,072 | $4,702 | 75.1% |
| GEMCITABINE-VINORELBINE | 751 | 3.3% | 3,698 | 5.2 | $3,597,618 | $4,790 | 71.9% |
| Total/Average | 14856 | 66% | 80,064 | 5.6 | $66,149,203 | $4,452 | 69.9% |

## ANTI-EMETIC DRUGS

| REGIMEN | # OF PAT REGMNS | REGMN % | TOTAL ANTI-EMETIC VISITS | AVG ANTI-EMETIC VISITS | TOTAL ANTI-EMETIC COST (all regmns) | AVG ANTI-EMETIC COST (per regmn) | AVG % ANTI-EMETIC COST (per regmn) |
|---|---|---|---|---|---|---|---|
| CARBO-PACLITAXEL | 3359 | 14.9% | 11,026 | 3.3 | $919,121 | $274 | 3.6% |
| CARBO-PACLITAXEL WEEKLY | 2162 | 9.6% | 14,700 | 6.8 | $1,132,970 | $524 | 7% |
| CE (CARBO-ETOP) | 1836 | 8.1% | 13,984 | 7.3 | $1,111,550 | $605 | 9.9% |
| GEMCITABINE | 1402 | 6.2% | 6,175 | 4.4 | $471,836 | $336 | 6.7% |
| VINORELBINE | 1222 | 5.4% | 4,749 | 3.9 | $324,108 | $265 | 8.3% |
| CARBO-GEMCITABINE | 1183 | 5.2% | 5,521 | 4.7 | $450,695 | $381 | 4.7% |
| DOCETAXEL | 1078 | 4.8% | 2,480 | 2.3 | $172,558 | $160 | 3.4% |
| EP (CIS-ETOP) | 983 | 4.3% | 7,956 | 8.1 | $673,860 | $685 | 11.8% |
| DOCETAXEL WEEKLY | 880 | 3.9% | 4,976 | 5.7 | $335,402 | $381 | 6.1% |
| GEMCITABINE-VINORELBINE | 751 | 3.3% | 3,693 | 4.8 | $285,629 | $381 | 5.7% |
| Total/Average | 14856 | 66% | 74,600 | 5 | $5,876,615 | $395 | 6.2% |

BMS/AWP/001511843
HIGHLY CONFIDENTIAL

https://rilepp1.ohmel.com/MFG/MFGCompletedRegimenView.jsp

| | | | TOTAL CSF VISITS | AVG CSF VISITS | TOTAL CSF COST (all regmns) | AVG CSF COST (per regmn) | AVG % CSF COST (per regmn) |
|---|---|---|---|---|---|---|---|
| DOCETAXEL-WEEKLY | 880 | 3.9% | 4,976 | 5.7 | $335,102 | $381 | 5.1% |
| GEMCITABINE+VINORELBINE | 751 | 3.3% | 3,633 | 4.8 | $235,829 | $361 | 5.7% |
| Total/Average | 14856 | 66% | 74,600 | 5 | $5,876,519 | $395 | 6.2% |

CSF DRUGS

| REGIMEN | # OF PAT REGMNS | REGMN % | TOTAL CSF VISITS | AVG CSF VISITS | TOTAL CSF COST (all regmns) | AVG CSF COST (per regmn) | AVG % CSF COST (per regmn) |
|---|---|---|---|---|---|---|---|
| CARBO+PACLITAXEL | 3359 | 14.9% | 3,509 | 1 | $835,253 | $246 | 3.2% |
| CARBO+PACLITAXEL WEEKLY | 2162 | 9.6% | 1,369 | 0.6 | $327,828 | $151 | 2% |
| CE (CARBO+ETOP) | 1836 | 8.1% | 6,873 | 3.7 | $1,650,491 | $899 | 14.7% |
| GEMCITABINE | 1402 | 6.2% | 769 | 0.5 | $192,317 | $137 | 2.7% |
| VINORELBINE | 1222 | 5.4% | 1,294 | 1 | $301,033 | $246 | 7.7% |
| CARBO+GEMCITABINE | 1183 | 5.2% | 1,807 | 1.6 | $472,859 | $400 | 4.9% |
| DOCETAXEL | 1078 | 4.8% | 973 | 0.9 | $265,284 | $246 | 5.8% |
| EP (CIS+ETOP) | 983 | 4.3% | 2,735 | 2.8 | $669,511 | $670 | 11.9% |
| DOCETAXEL WEEKLY | 880 | 3.9% | 383 | 0.4 | $95,454 | $97 | 1.6% |
| GEMCITABINE+VINORELBINE | 751 | 3.3% | 770 | 1 | $181,742 | $242 | 3.6% |
| Total/Average | 14856 | 66% | 20,522 | 1.4 | $4,960,472 | $333 | 5.2% |

▷ Run New Completed Regimen Report

NOTE - Dosing information is not displayed in states that have fewer than 5 practices.

For Internal and Confidential Use Only

BMS/AWP/001511844
HIGHLY CONFIDENTIAL

# Select OTN Partnerships
## Current and Past

- Alza/US Bioscience
- Amgen
- APP
- Aventis
- Bedford
- Chiron
- Eli Lilly
- Glaxo Wellcome

- Genetics Institute
- Hoechst Marion Roussel
- Immunex
- Novartis
- Ortho Biotech
- Pharmacia
- Schering
- SmithKline Beecham



BMS/AWP/001511845
HIGHLY CONFIDENTIAL