SYRINGES & NEEDLES

 TERUMO®

**TERUMO SYRINGES:**

The barrel is made of special, highly translucent polypropylene for easier dosage measurement and observation of air bubbles and flashback. Available with a luer lock style tip.



Syringe

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 580-220 | Syringe, hypodermic, luer lock, 3 mL | 100 ea./box |
| 580-250 | Syringe, hypodermic, luer lock, 5 mL | 100 ea./box |
| 580-270 | Syringe, hypodermic, luer lock, 10 mL | 100 ea./box |
| 580-280 | Syringe, hypodermic, luer lock, 20 mL | 25 ea./box |
| 580-300 | Syringe, hypodermic, luer lock, 30 mL | 25 ea./box |
| 580-310 | Syringe, hypodermic, luer lock, 60 mL | 25 ea./box |

**TERUMO STAINLESS STEEL NEEDLES:**

Precisely honed edges and a special bevel design provide comfortable, accurate injections with these hypodermic needles. Puncture-resistant, moisture-proof, easy-to-open sterile package.





Luer Lock Tip



Slip Luer Tip



Eccentric Tip

Syringe Tips

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|
| 580-400 | 18 Ga. | 1" | 100 ea./box |
| 580-405 | 18 Ga. | 1-1/2" | 100 ea./box |
| 580-410 | 19 Ga. | 1" | 100 ea./box |
| 580-415 | 19 Ga. | 1-1/2" | 100 ea./box |
| 580-420 | 20 Ga. | 1" | 100 ea./box |
| 580-425 | 20 Ga. | 1-1/2" | 100 ea./box |
| 580-430 | 21 Ga. | 1" | 100 ea./box |
| 580-435 | 21 Ga. | 1-1/2" | 100 ea./box |
| 580-440 | 22 Ga. | 1" | 100 ea./box |
| 580-445 | 22 Ga. | 1-1/2" | 100 ea./box |
| 580-450 | 23 Ga. | 1" | 100 ea./box |
| 580-455 | 23 Ga. | 1-1/2" | 100 ea./box |
| 580-460 | 25 Ga. | 5/8" | 100 ea./box |
| 580-465 | 25 Ga. | 1" | 100 ea./box |
| 580-470 | 26 Ga. | 1/2" | 100 ea./box |
| 580-475 | 27 Ga. | 1/2" | 100 ea./box |



## TERUMO

TERUMO SYRINGES, HYPODERMIC, WITH STAINLESS STEEL NEEDLE.

| CATALOG NUMBER | VOLUME | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|---|
| 580-200 | 1 mL | 25 Ga. | 5/8" | 100 ea./box |
| 580-205 | 1 mL | 26 Ga. | 3/8" | 100 ea./box |
| 580-210 | 1 mL | 27 Ga. | 1/2" | 100 ea./box |

TERUMO SYRINGES, HYPODERMIC, WITH STAINLESS STEEL NEEDLES

| CATALOG NUMBER | VOLUME | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|---|
| 580-230 | 3 mL | 20 Ga. | 1" | 100 ea./box |
| 580-231 | 3 mL | 20 Ga. | 1-1/2" | 100 ea./box |
| 580-232 | 3 mL | 21 Ga. | 1" | 100 ea./box |
| 580-233 | 3 mL | 21 Ga. | 1-1/2" | 100 ea./box |
| 580-234 | 3 mL | 22 Ga. | 3/4" | 100 ea./box |
| 580-235 | 3 mL | 22 Ga. | 1" | 100 ea./box |
| 580-236 | 3 mL | 22 Ga. | 1-1/2" | 100 ea./box |
| 580-237 | 3 mL | 23 Ga. | 1" | 100 ea./box |
| 580-239 | 3 mL | 23 Ga. | 1-1/2" | 100 ea./box |
| 580-239 | 3 mL | 25 Ga. | 5/8" | 100 ea./box |
| 580-240 | 3 mL | 25 Ga. | 1" | 100 ea./box |
| 580-260 | 5 mL | 20 Ga. | 1" | 100 ea./box |
| 580-261 | 5 mL | 20 Ga. | 1-1/2" | 100 ea./box |
| 580-262 | 5 mL | 21 Ga. | 1" | 100 ea./box |
| 580-263 | 5 mL | 21 Ga. | 1-1/2" | 100 ea./box |
| 580-264 | 5 mL | 22 Ga. | 1" | 100 ea./box |
| 580-265 | 5 mL | 22 Ga. | 1-1/2" | 100 ea./box |
| 580-280 | 10 mL | 20 Ga. | 1" | 100 ea./box |
| 580-281 | 10 mL | 20 Ga. | 1-1/2" | 100 ea./box |
| 580-282 | 10 mL | 21 Ga. | 1" | 100 ea./box |
| 580-283 | 10 mL | 21 Ga. | 1-1/2" | 100 ea./box |
| 580-284 | 10 mL | 21 Ga. | 1-1/2" | 100 ea./box |



Syringe with Needle

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

SYRINGE & NEEDLES

## monoject

### MONOJECT SYRINGES:

These sterile syringes are equipped with a hard pack that forms a safety container for the filled syringe. For instant gauge identification, the caps are color-coded and the plunger tip is a self-sealing, surgical grade rubber. Luer lock and slip luer-style tip.



Syringe

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 570-801 | TB syringe, hypodermic, slip luer, 1 mL | 100 ea./box |
| 570-803 | Syringe, hypodermic, luer lock, 3 mL | 100 ea./box |
| 570-805 | Syringe, hypodermic, luer lock, 6 mL | 50 ea./box |
| 570-813 | Syringe, hypodermic, luer lock, 12 mL | 80 ea./box |
| 570-825 | Syringe, hypodermic, luer lock, 20 mL | 50 ea./box |
| 570-837 | Syringe, catheter tip, 35 mL | 30 ea./box |
| 570-835 | Syringe, hypodermic, luer lock, 35 mL | 30 ea./box |
| 570-860 | Syringe, hypodermic, luer lock, 60 mL | 50 ea./box |

### MONOJECT STAINLESS STEEL NEEDLES:

These sterile, hypodermic needles feature a polypropylene color-coded hub that is translucent to show any blood flashback. The anti-coring needles come equipped with a clear needle sheath and a hard pack for safety.



Luer Lock Tip



Slip Luer Tip

Eccentric Tip

Syringe Tips

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|
| 570-940 | 25 Ga. | 5/8" | 100 ea./box |
| 570-941 | 26 Ga. | 1" | 100 ea./box |
| 570-942 | 25 Ga. | 1-1/2" | 100 ea./box |
| 570-943 | 23 Ga. | 3/4" | 100 ea./box |
| 570-944 | 23 Ga. | 1" | 100 ea./box |
| 570-945 | 22 Ga. | 1" | 100 ea./box |
| 570-946 | 22 Ga. | 1-1/2" | 100 ea./box |
| 570-947 | 21 Ga. | 1" | 100 ea./box |
| 570-949 | 21 Ga. | 1-1/2" | 100 ea./box |
| 570-950 | 20 Ga. | 1" | 100 ea./box |
| 570-951 | 20 Ga. | 1-1/2" | 100 ea./box |
| 570-952 | 19 Ga. | 1" | 100 ea./box |
| 570-953 | 19 Ga. | 1-1/2" | 100 ea./box |
| 570-954 | 18 Ga. | 1" | 100 ea./box |
| 570-955 | 18 Ga. | 1-1/2" | 100 ea./box |



## monoject.

A ....RETE TB NEEDLE, WITH POLYETHYLENE BUB...

| CATALOG NUMBER | DEPTH FILTER | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|---|
| 570-970 | 5 micron | 18 Ga. | 1-1/2" | 100ea./box |
| 570-971 | 5 micron | 20 Ga. | 1-1/2" | 100ea./box |

MONOJECT TB SYRINGES, HYPODERMIC, WITH STAINLESS STEEL NEEDLES.

| CATALOG NUMBER | VOLUME | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|---|
| 570-901 | 1 mL | 25 Ga. | 5/8" | 100ea./box |
| 570-902 | 1 mL | 26 Ga. | 3/8" | 100ea./box |
| 570-903 | 1 mL | 27 Ga. | 1/2" | 100ea./box |



Syringe with Needle

MONOJECT SYRINGES, HYPODERMIC, WITH STAINLESS STEEL NEEDLES.

| CATALOG NUMBER | VOLUME | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|---|
| 570-904 | 3 mL | 20 Ga. | 3/4" | 100ea./box |
| 570-905 | 3 mL | 20 Ga. | 1" | 100ea./box |
| 570-906 | 3 mL | 20 Ga. | 1-1/2" | 100ea./box |
| 570-907 | 3 mL | 21 Ga. | 1" | 100ea./box |
| 570-908 | 3 mL | 21 Ga. | 1-1/2" | 100ea./box |
| 570-909 | 3mL | 22 Ga. | 1" | 100ea./box |
| 570-910 | 3 mL | 22 Ga. | 1-1/4" | 100ea./box |
| 570-911 | 3mL | 22 Ga. | 1-1/2" | 100ea./box |
| 570-912 | 3mL | 23 Ga. | 1" | 100ea./box |
| 570-913 | 6mL | 20 Ga. | 1-1/2" | 50ea./box |
| 570-914 | 6mL | 21 Ga. | 1" | 50ea./box |
| 570-915 | 6 mL | 21 Ga. | 1-1/2" | 50ea./box |
| 570-916 | 6mL | 22 Ga. | 1-1/2" | 50ea./box |
| 570-917 | 12mL | 18 Ga. | 1" | 50ea./box |
| 570-918 | 12mL | 20 Ga. | 1-1/2" | 50ea./box |
| 570-881 | 12mL | 21 Ga. | 1" | 50ea./box |
| 570-920 | 12mL | 21 Ga. | 1-1/2" | 50ea./box |
| 570-921 | 12mL | 22 Ga. | 1-1/2" | 50ea./box |

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

SYRINGES & NEEDLES



## BECTON DICKINSON SYRINGES:

Sterile, single-use syringes with Tip Shield. Available with either a luer lock or slip luer tip.



Syringe





| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 550-010 | TB Syringe, hypodermic, slip luer, 1 mL | 100 ea./box |
| 550-009 | Syringe, hypodermic, luer lock, 1 mL | 100 ea./box |
| 550-300 | Syringe, hypodermic, luer lock, 3 mL | 100 ea./box |
| 550-500 | Syringe, hypodermic, luer lock, 5 mL | 100 ea./box |
| 550-600 | Syringe, hypodermic, luer lock, 10 mL | 100 ea./box |
| 550-700 | Syringe, hypodermic, luer lock, 20 mL | 40 ea./box |
| 550-800 | Syringe, hypodermic, luer lock, 30 mL | 30 ea./box |
| 550-801 | Syringe, hypodermic, luer lock, 30 mL | 40 ea./box |
| 550-900 | Syringe, hypodermic, luer lock, 60 mL | 30 ea./box |

## BECTON DICKINSON STAINLESS STEEL NEEDLES:

Becton Dickinson features the PrecisionGlide Needle with X3 Point. These stainless steel, single-use, hypodermic needles have translucent, color-coded polypropylene hubs that are designed to fit any slip tip, eccentric tip, or luer lock syringe tip. Packaged in sterile, fiber-free, peel-apart package. Regular wall, regular bevel unless otherwise noted.



Needle Bevels



Needle Walls

| CATALOG NUMBER | ITEM | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|---|
| 551-100 | | 27 Ga. | 1/2" | 100 ea./box |
| 551-101 | Intradermal bevel | 26 Ga. | 3/8" | 100 ea./box |
| 551-102 | | 26 Ga. | 1/2" | 100 ea./box |
| 551-103 | | 25 Ga. | 5/8" | 100 ea./box |
| 551-104 | | 25 Ga. | 1" | 100 ea./box |
| 551-105 | | 25 Ga. | 1-1/2" | 100 ea./box |
| 551-106 | | 24 Ga. | 1" | 100 ea./box |
| 551-107 | | 23 Ga. | 3/4" | 100 ea./box |
| 551-108 | | 23 Ga. | 1" | 100 ea./box |
| 551-109 | | 22 Ga. | 3/4" | 100 ea./box |
| 551-110 | | 22 Ga. | 1" | 100 ea./box |
| 551-111 | | 22 Ga. | 1-1/2" | 100 ea./box |
| 551-112 | | 22 Ga. | 1-1/4" | 100 ea./box |
| 551-113 | | 21 Ga. | 1" | 100 ea./box |
| 551-114 | | 21 Ga. | 1-1/2" | 100 ea./box |
| 551-115 | | 20 Ga. | 1" | 100 ea./box |
| 551-116 | | 20 Ga. | 1-1/2" | 100 ea./box |
| 551-117 | Thin wall | 19 Ga. | 1" | 100 ea./box |
| 551-118 | Thin wall | 19 Ga. | 1-1/2" | 100 ea./box |
| 551-119 | Thin wall | 18 Ga. | 1" | 100 ea./box |
| 551-120 | | 18 Ga. | 1" | 100 ea./box |
| 551-121 | | 18 Ga. | 1-1/2" | 100 ea./box |
| 551-123 | | 30 Ga. | 1/2" | 100 ea./box |



**B-D**

BECTON DICKINSON FILTER NEEDLE and cap

| CATALOG NUMBER | DEPTH FILTER | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|---|
| 551-132 | 5 micron | 18 Ga. | 1-1/2" | 100 ea./box |

BECTON DICKINSON SYRINGE - DISPOSABLE, WITH STAINLESS STEEL NEEDLES.

These sterile, single-use syringes feature detachable, regular bevel needles for subcutaneous use. Slip luer-style tip.

| CATALOG NUMBER | VOLUME | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|---|
| 550-015 | 1 mL | 25 Ga. | 5/8" | 100 ea./box |
| 550-016 | 1 mL | 26 Ga. | 5/8" | 100 ea./box |

These sterile, single-use syringes feature detachable, regular bevel needles with luer lock-style tips.

| CATALOG NUMBER | VOLUME | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|---|
| 550-318 | 3 mL | 18 Ga. | 1-1/2" | 100 ea./box |
| 550-302 | 3 mL | 20 Ga. | 1" | 100 ea./box |
| 550-301 | 3 mL | 20 Ga. | 1-1/2" | 100 ea./box |
| 550-312 | 3 mL | 21 Ga. | 1" | 100 ea./box |
| 550-310 | 3 mL | 21 Ga. | 1-1/2" | 100 ea./box |
| 550-311 | 3 mL | 21 Ga. | 1-1/4" | 100 ea./box |
| 550-324 | 3 mL | 22 Ga. | 1" | 100 ea./box |
| 550-322 | 3 mL | 22 Ga. | 1-1/2" | 100 ea./box |
| 550-323 | 3 mL | 22 Ga. | 1-1/4" | 100 ea./box |
| 550-325 | 3 mL | 22 Ga. | 3/4" | 100 ea./box |
| 550-331 | 3 mL | 23 Ga. | 1" | 100 ea./box |
| 550-330 | 3 mL | 23 Ga. | 1-1/4" | 100 ea./box |
| 550-351 | 3 mL | 25 Ga. | 1" | 100 ea./box |
| 550-352 | 3 mL | 26 Ga. | 5/8" | 100 ea./box |
| 550-529 | 5 mL | 20 Ga. | 1" | 100 ea./box |
| 550-530 | 5 mL | 20 Ga. | 1-1/2" | 100 ea./box |
| 550-527 | 5 mL | 21 Ga. | 1" | 100 ea./box |
| 550-528 | 5 mL | 21 Ga. | 1-1/2" | 100 ea./box |
| 550-525 | 5 mL | 22 Ga. | 1" | 100 ea./box |
| 550-526 | 5 mL | 22 Ga. | 1-1/2" | 100 ea./box |
| 550-523 | 5 mL | 23 Ga. | 1" | 100 ea./box |
| 550-524 | 5 mL | 23 Ga. | 1-1/4" | 100 ea./box |
| 550-606 | 10 mL | 20 Ga. | 1" | 100 ea./box |
| 550-607 | 10 mL | 20 Ga. | 1-1/2" | 100 ea./box |
| 550-604 | 10 mL | 21 Ga. | 1" | 100 ea./box |
| 550-605 | 10 mL | 21 Ga. | 1-1/2" | 100 ea./box |
| 550-602 | 10 mL | 22 Ga. | 1" | 100 ea./box |
| 550-603 | 10 mL | 22 Ga. | 1-1/2" | 100 ea./box |
| 550-601 | 10 mL | 23 Ga. | 1-1/4" | 100 ea./box |



Syringe with Needle



Luer Lock Tip



Slip Luer Tip



Eccentric Tip

Syringe Tips

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

WINGED INFUSION SETS · Butterflys

## ⊿ ABBOTT

### ABBOTT WINGED INFUSION SETS · Butterflys ·

Winged infusion sets, or Butterflys, automatically align the needle in the bevel-up position and provide firm needle control, eliminating needle roll during insertion. After venipuncture, the wings of the butterfly spread flat, providing firm anchorage for tapping and less chance of pressure irritation to the patient as there is no needle hub. To minimize the possibility of needle movement within the vein, the winged infusion set comes with a short needle shaft and flexible tubing in regular or short lengths.



Butterfly with 12" tubing

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | TUBING LENGTH | MANUFACTURER # | UNIT |
|---|---|---|---|---|---|
| 581-019 | 19 Ga. | 7/8" | 12" | 4590 | 40 ea./bx |
| 581-219 | 19 Ga. | 7/8" | 3-1/2" INT | 4550 | 40 ea. |
| 581-319 | 19 Ga. | 1-1/4" | 12" | 4993 | 20 ea. |
| 581-021 | 21 Ga. | 3/4" | 12" | 4492 | 40 ea. |
| 581-121 | 21 Ga. | 3/4" | 3-1/2" | 4821 | 40 ea. |
| 581-221 | 21 Ga. | 3/4" | 3-1/2" INT | 4721 | 40 ea. |
| 581-321 | 21 Ga. | 1-1/4" | 12" | 4990 | 20 ea. |
| 581-023 | 23 Ga. | 3/4" | 12" | 4565 | 40 ea./bx |
| 581-123 | 23 Ga. | 3/4" | 3-1/2" | 4867 | 40 ea. |
| 581-222 | 23 Ga. | 3/4" | 3-1/2" INT | 4871 | 40 ea. |
| 581-025 | 25 Ga. | 3/4" | 12" | 4506 | 40 ea. |
| 581-125 | 25 Ga. | 3/8" | 6" | 5588 | 40 ea. |
| 581-225 | 25 Ga. | 3/8" | 3-1/2" | 4573 | 40 ea. |
| 581-326 | 25 Ga. | 3/4" | 3-1/2" INT | 5827 | 40 ea. |

## ⊤ TERUMO®

### TERUMO WINGED INFUSION SETS · Surflo ·

The Surflo winged infusion set is designed to provide body-contoured attachment. The needle is bonded to the wings at an angle that allows it to remain stable, permitting continued access with a single insertion. The soft, pliable wings are grooved to enhance flexibility and the soft tubing resists kinking and curling. To prevent leakage, the set is configured with a luer lock adapter.



Surflo with 12" tubing

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | TUBING LENGTH | MANUFACTURER # | UNIT |
|---|---|---|---|---|---|
| 580-019 | 19 Ga. | 3/4" | 12" | SV19BLK | 50 ea. |
| 580-119 | 19 Ga. | 3/4" | 3-1/2" | SV19BLS | 100 ea. |
| 580-021 | 21 Ga. | 3/4" | 12" | SV21BLK | 50 ea. |
| 580-121 | 21 Ga. | 3/4" | 3-1/2" | SV21BLS | 100 ea. |
| 580-023 | 23 Ga. | 3/4" | 12" | SV23BLK | 50 ea. |
| 580-123 | 23 Ga. | 3/4" | 3-1/2" | SV23BLS | 100 ea. |
| 580-025 | 25 Ga. | 3/4" | 12" | SV25BLK | 50 ea. |

## (R) KAWASUMI LABORATORIES

### WINGED INFUSION SETS

These small vein infusion sets are sterile, disposable, and designed for single patient use. They feature flexible wings with a textured surface to provide secure grip during venipuncture. Additionally, they feature a female luer lock connector with a flange, kink-resistant tubing for continuous flow, and a thin wall needle. Available in a 12″ tubing or a 3-1/2″ tubing.

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | TUBING LENGTH | UNIT SIZE |
|---|---|---|---|---|
| 589-600 | 21 Ga. | 3/4″ | 3-1/2″ | 100 ea./box |
| 589-601 | 23 Ga. | 3/4″ | 3-1/2″ | 100 ea./box |
| 589-602 | 25 Ga. | 3/4″ | 3-1/2″ | 100 ea./box |
| 589-603 | 19 Ga. | 3/4″ | 12″ | 100 ea./box |
| 589-604 | 20 Ga. | 3/4″ | 12″ | 100 ea./box |
| 589-614 | 20 Ga. | 3/4″ | 12″ | 50 ea./box |
| 589-605 | 21 Ga. | 3/4″ | 12″ | 50 ea./box |
| 589-606 | 22 Ga. | 3/4″ | 12″ | 50 ea./box |
| 589-607 | 23 Ga. | 3/4″ | 12″ | 50 ea./box |
| 589-608 | 24 Ga. | 3/4″ | 12″ | 50 ea./box |
| 589-609 | 25 Ga. | 3/4″ | 12″ | 100 ea./box |
| 589-610 | 27 Ga. | 3/4″ | 12″ | 100 ea./box |



Winged Infusion Set

### HUBER INFUSION SETS:

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | TUBING LENGTH | UNIT SIZE |
|---|---|---|---|---|
| 589-620 | 20 Ga. | 3/4″ | 8″ | 25 ea./box |
| 589-621 | 20 Ga. | 1″ | 8″ | 25 ea./box |
| 589-622 | 22 Ga. | 3/4″ | 8″ | 25 ea./box |
| 589-623 | 22 Ga. | 1″ | 8″ | 25 ea./box |
| 589-624 | 20 Ga. | 3/4″ w/y site | 8″ | 25 ea./box |
| 589-625 | 20 Ga. | 1″ w/y site | 8″ | 25 ea./box |
| 589-626 | 22 Ga. | 3/4″ w/y site | 8″ | 25 ea./box |
| 589-627 | 22 Ga. | 1″ w/y site | 8″ | 25 ea./box |

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

EXEL™

The Exel Huber infusion sets with non-coring, 90-degree bend needles, features: 7″ microbore tubing, spinning wing, and clamp.



Exel On/Off Clamp + Y-Site + Spinning Wing



| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | TUBING LENGTH | CLAP & INJECTN |
|---|---|---|---|---|
| 530-010 | 19Ga. | 1″ | 7″ | on/off clamp + Y-site |
| 530-011 | 19Ga. | 3/4″ | 7″ | on/off clamp + Y |
| 530-012 | 20Ga. | 1″ | 7″ | on/off clamp + Y-site |
| 530-013 | 20Ga. | 3/4″ | 7″ | on/off clamp + Y |
| 530-014 | 20Ga. | 1-1/2″ | 7″ | on/off clamp + Y-site |
| 530-015 | 22Ga. | 1″ | 7″ | on/off clamp + Y |
| 530-016 | 22Ga. | 3/4″ | 7″ | on/off clamp + Y-site |
| 530-017 | 22Ga. | 1-1/2″ | 7″ | on/off clamp + Y |
| 530-020 | 20Ga. | 1″ | 7″ | on/off clamp |
| 530-021 | 20Ga. | 3/4″ | 7″ | on/off clamp |
| 530-022 | 22Ga. | 1″ | 7″ | on/off clamp |
| 530-023 | 22Ga. | 3/4″ | 7″ | on/off clamp |



## Pilot Medical Products (Formerly sold under the Marquette label)

These infusion sets are manufactured with non-DEHP tubing to avoid leaching of plasticizer. Featured with a luer lock hub and an on/off clamp, the infusion sets are available in three styles:

- NonCor Infusion Set with 7-1/2" non-DEHP tubing (bore size 0.044")
  (Ideal for slower infusions)
- NonCor Infusion Set with 8"non-DEHP tubing (bore size 0.088")
  (Ideal for viscous solutions such as lipids and blood)
- NonCor Infusion Set with Y-Site and 9"non-DEHP tubing

### NONCOR INFUSION SETS WITH 7-1/2" NON-DEHP TUBING:

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | TUBING LENGTH | CLAMP | BORE SIZE | UNIT SIZE |
|---|---|---|---|---|---|---|
| 588-100 | 19 Ga. | 1" | 7-1/2" | on/off clamp | 0.044" | 25 ea./box |
| 588-110 | 19 Ga. | 3/4" | 7-1/2" | on/off clamp | 0.044" | 25 ea./box |
| 588-120 | 20 Ga. | 1" | 7-1/2" | on/off clamp | 0.044" | 25 ea./box |
| 588-130 | 20 Ga. | 1/2" | 7-1/2" | on/off clamp | 0.044" | 25 ea./box |
| 588-140 | 20 Ga. | 3/4" | 7-1/2" | on/off clamp | 0.044" | 25 ea./box |
| 588-150 | 22 Ga. | 1" | 7-1/2" | on/off clamp | 0.044" | 25 ea./box |
| 588-160 | 22 Ga. | 1/2" | 7-1/2" | on/off clamp | 0.044" | 25 ea./box |
| 588-170 | 22 Ga. | 3/4" | 7-1/2" | on/off clamp | 0.044" | 25 ea./box |
| 588-180 | 22 Ga. | 1-1/2" | 7-1/2" | on/off clamp | 0.044" | 25 ea./box |



On/Off Clamp

### NONCOR INFUSION SETS WITH 8" NON-DEHP TUBING:

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | TUBING LENGTH | CLAMP | BORE SIZE | UNIT SIZE |
|---|---|---|---|---|---|---|
| 588-200 | 19 Ga. | 1" | 8" | on/off clamp | 0.088" | 25 ea./box |
| 588-210 | 19 Ga. | 3/4" | 8" | on/off clamp | 0.088" | 25 ea./box |
| 588-220 | 19 Ga. | 1-1/2" | 8" | on/off clamp | 0.088" | 25 ea./box |
| 588-230 | 20 Ga. | 1" | 8" | on/off clamp | 0.088" | 25 ea./box |
| 588-240 | 20 Ga. | 3/4" | 8" | on/off clamp | 0.088" | 25 ea./box |
| 588-250 | 20 Ga. | 1-1/2" | 8" | on/off clamp | 0.088" | 25 ea./box |
| 588-260 | 22 Ga. | 1" | 8" | on/off clamp | 0.088" | 25 ea./box |
| 588-270 | 22 Ga. | 3/4" | 8" | on/off clamp | 0.088" | 25 ea./box |



On/Off Clamp + Y-site

### NONCOR INFUSION SETS WITH Y-SITE AND 9" NON-DEHP TUBING:

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | TUBING LENGTH | CLAMP & INJECTION SITE | UNIT SIZE |
|---|---|---|---|---|---|
| 588-500 | 19 Ga. | 1" | 9" | on/off clamp + Y-site | 25 ea./box |
| 588-510 | 20 Ga. | 1" | 9" | on/off clamp + Y-site | 25 ea./box |
| 588-520 | 20 Ga. | 3/4" | 9" | on/off clamp + Y-site | 25 ea./box |
| 588-530 | 22 Ga. | 1" | 9" | on/off clamp + Y-site | 25 ea./box |
| 588-540 | 22 Ga. | 3/4" | 9" | on/off clamp + Y-site | 25 ea./box |

ONCOLOGY THERAPEUTICS NETWORK
**1-800-482-6700**

WINGED, NON-CORING NEEDLES WITH INFUSION SETS  Huber ...

# B BRAUN
### +McGaw

B BRAUN WINGED HUBER INFUSION NEEDLES WINCH

These right angle non-coring Huber point needles have flexible wings for incre...
control during penetration. They feature small bore tubing which reduces priming
volume. Available in three styles: slide clamp, slide clamp and Y-site, and on/off ...
and Y-site. All needles have 6" tubing. The tubing is made with less than 0.1% ...
by weight.



On/Off Clamp + Y-site

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | TUBING LENGTH | CLAMP & INJECTION SITE |
|---|---|---|---|---|
| 585-019 | 19 Ga. | 1/2" | 6" | slide clamp |
| 585-119 | 19 Ga. | 3/4" | 6" | slide clamp |
| 585-219 | 19 Ga. | 1" | 6" | slide clamp |
| 585-319 | 19 Ga. | 1-1/2" | 6" | slide clamp |
| 585-020 | 20 Ga. | 1/2" | 6" | slide clamp |
| 585-120 | 20 Ga. | 3/4" | 6" | slide clamp |
| 585-220 | 20 Ga. | 1" | 6" | slide clamp |
| 585-320 | 20 Ga. | 1-1/2" | 6" | slide clamp |
| 585-022 | 22 Ga. | 1/2" | 6" | slide clamp |
| 585-122 | 22 Ga. | 3/4" | 6" | slide clamp |
| 585-222 | 22 Ga. | 1" | 6" | slide clamp |
| 585-322 | 22 Ga. | 1-1/2" | 6" | slide clamp |
| 586-019 | 19 Ga. | 3/4" | 6" | slide clamp + Y-site |
| 586-119 | 19 Ga. | 1" | 6" | slide clamp + Y-site |
| 586-020 | 20 Ga. | 3/4" | 6" | slide clamp + Y-site |
| 586-022 | 20 Ga. | 3/4" | 6" | slide clamp + Y-site |
| 586-122 | 22 Ga. | 1" | 6" | slide clamp + Y-site |
| 587-019 | 19 Ga. | 1" | 6" | on/off clamp + Y-site |
| 587-119 | 19 Ga. | 1-1/2" | 6" | on/off clamp + Y-site |
| 587-020 | 20 Ga. | 1" | 6" | on/off clamp + Y-site |
| 587-120 | 19 Ga. | 1-1/2" | 6" | on/off clamp + Y-site |



# ▩ ◫ Churchill Medical Systems, Inc.

## CHURCHILL HUBER NEEDLES

These non-coring needles, without an infusion set, are available in both straight and
90-degree bend needle style. They are assembled with stainless steel cannulas with
color-coded polypropylene hubs: 19 gauge red/brown, 20 gauge yellow, 22 gauge black.

### CHURCHILL STRAIGHT HUBER NEEDLES

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|
| 535-191 | 19 Ga. | 1" | 12 ea./box |
| 535-201 | 20 Ga. | 1" | 12 ea./box |
| 535-223 | 22 Ga. | 3/4" | 12 ea./box |
| 535-221 | 22 Ga. | 1" | 12 ea./box |
| 535-225 | 22 Ga. | 1-1/2" | 12 ea./box |

### CHURCHILL RIGHT ANGLE HUBER NEEDLES.

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|
| 536-193 | 19 Ga. | 3/4" | 12 ea./box |
| 536-191 | 19 Ga. | 1" | 12 ea./box |
| 536-203 | 20 Ga. | 3/4" | 12 ea./box |
| 536-201 | 20 Ga. | 1" | 12 ea./box |
| 536-223 | 22 Ga. | 3/4" | 12 ea./box |
| 536-221 | 22 Ga. | 1" | 12 ea./box |
| 536-225 | 22 Ga. | 1-1/2" | 12 ea./box |

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

NON-CORING NEEDLES (Huber needles)

# EXEL™

## ALL HUBER NEEDLES:

Exel non-coring Huber needles are laser honed. Polypropylene hubs are color-coded according to gauge for easy identification. Available in both straight and 90-degree bend, with a volume of ±0.5 mL.

## EXEL STRAIGHT HUBER NEEDLES:



Straight

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|
| 531-194 | 19 Ga. | 1-1/4" | 50 ea./box |
| 531-201 | 20 Ga. | 1" | 50 ea./box |
| 531-202 | 20 Ga. | 1-1/2" | 50 ea./box |
| 531-204 | 20 Ga. | 1-1/4" | 50 ea./box |
| 531-221 | 22 Ga. | 1" | 50 ea./box |
| 531-222 | 22 Ga. | 1-1/2" | 50 ea./box |

## EXEL RIGHT ANGLE HUBER NEEDLES:



Right Angle

| CATALOG NUMBER | NEEDLE GAUGE | NEEDLE LENGTH | UNIT SIZE |
|---|---|---|---|
| 532-191 | 19 Ga. | 1" | 50 ea./box |
| 532-193 | 19 Ga. | 3/4" | 50 ea./box |
| 532-201 | 20 Ga. | 1" | 50 ea./box |
| 532-202 | 20 Ga. | 1-1/2" | 50 ea./box |
| 532-203 | 20 Ga. | 3/4" | 50 ea./box |
| 532-221 | 22 Ga. | 1" | 50 ea./box |
| 532-222 | 22 Ga. | 1-1/2" | 50 ea./box |
| 532-223 | 22 Ga. | 3/4" | 50 ea./box |
| 532-224 | 22 Ga. | 1-1/4" | 50 ea./box |

Deltec

GRIPPER NEEDLES

...coring, non-siliconized needle has a removable grip to provide a controlled grip
...needle placement. The GRIPPER features a cushioned needle platform to protect
...puncture site. These needles come assembled with an 8" kink-resistant extension
...and feature on/off clamps.



With Y-site

| | NEEDLE GAUGE | NEEDLE LENGTH | INJECTION SITE | CLAMP | UNIT SIZE |
|---|---|---|---|---|---|
| | 22 Ga. | 3/4" | Y-site | on/off clamp | 12 ea./box |
| | 22 Ga. | 1" | Y-site | on/off clamp | 12 ea./box |
| | 22 Ga. | 1-1/4" | Y-site | on/off clamp | 12 ea./box |
| | 20 Ga. | 3/4" | Y-site | on/off clamp | 12 ea./box |
| | 20 Ga. | 1" | Y-site | on/off clamp | 12 ea./box |
| | 20 Ga. | 1-1/4" | Y-site | on/off clamp | 12 ea./box |
| | 19 Ga. | 3/4" | Y-site | on/off clamp | 12 ea./box |
| | 19 Ga. | 1" | Y-site | on/off clamp | 12 ea./box |
| | 19 Ga. | 1-1/4" | Y-site | on/off clamp | 12 ea./box |
| | 22 Ga. | 3/4" | — | on/off clamp | 12 ea./box |
| | 22 Ga. | 1" | — | on/off clamp | 12 ea./box |
| | 20 Ga. | 3/4" | — | on/off clamp | 12 ea./box |
| | 20 Ga. | 1" | — | on/off clamp | 12 ea./box |

...is made with less than 0.1% DEHP by weight.

PORT-A-CATH® LATEX FREE GRIPPER NEEDLES:



No Y-site

| | NEEDLE GAUGE | NEEDLE LENGTH | INJECTION SITE | CLAMP | UNIT SIZE |
|---|---|---|---|---|---|
| 510-202 | 20 Ga. | 1" | Y-site | on/off clamp | 12 ea./box |
| 510-205 | 20 Ga. | 3/4" | Y-site | on/off clamp | 12 ea./box |
| 510-206 | 20 Ga. | 1-1/4" | Y-site | on/off clamp | 12 ea./box |
| 510-222 | 22 Ga. | 1" | Y-site | on/off clamp | 12 ea./box |
| 510-225 | 22 Ga. | 1-1/4" | Y-site | on/off clamp | 12 ea./box |

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

ADMINISTRATION DEVICES



OTN NON-DEHP IV ADMINISTRATION SET

| CATALOG NUMBER | ITEM | DROPS/ML | TUBING LENGTH | MANUFACTURER # | UNIT SIZE |
|---|---|---|---|---|---|
| 573-800 | Primary set, Universal spike, injection site, 0.22 micron filter, slide clamp, male luer lock, non-DEHP tubing, vented. | 20 | 84" | | 1 each |



**B BRAUN**
**+McGaw**

MCGAW IV ADMINISTRATION SETS:

| CATALOG NUMBER | ITEM | DROPS/ML | TUBING LENGTH | MANUFACTURER # | UNIT SIZE |
|---|---|---|---|---|---|
| 599-000 | AccuPro Pump Mini-drop Nitroglycerin Set, Universal spike, ControlI™ clamp, male luer lock, vented.※ | 60 | 109" | V6333 | 1 each |
| 599-010 | Roller clamp, male adapter, nonvented. | 15 | 66" | V1400 | 50 ea./box |
| 599-012 | Roller clamp, flashtube, male adapter, nonvented. | 15 | 67" | V1400-20 | 50 ea./box |
| 599-015 | Roller clamp, injection site 28" above distal end, flashtube, male adapter, nonvented. | 15 | 94" | V1415 | 50 ea./box |
| 599-017 | ControlI clamp, injection site 6" above distal end, flashtube, male adapter, nonvented. | 15 | 75" | V1417 | 50 ea./box |
| 599-018 | Vented spike, ControlI clamp, injection site 6" above distal end, flashtube, male adapter, vented. | 15 | 76" | V1418 | 50 ea./box |
| 599-020 | Roller clamp, injection sites 6" and 26" above distal end, male adapter, nonvented. | 15 | 83" | V1420 | 50 ea./box |
| 599-021 | Roller clamp, injection sites 6" and 28" above distal end, flashtube, male adapter, nonvented. | 15 | 85" | V1421 | 50 ea./box |
| 599-027 | Pediatric set. Roller clamp, injection site 28" above distal end, male adapter. | 60 | 66" | V1427 | 50 ea./box |

※ If series set for use with McGaw pumps

ONCOLOGY THERAPEUTICS NETWORK
**1-800-482-6700**



## B BRAUN
### +McGaw

McGAW IV ADMINISTRATION SETS

| CATALOG NUMBER | ITEM | DROPS/ML | TUBING LENGTH | MANUFACTURER # | UNIT SIZE |
|---|---|---|---|---|---|
| 599-045 | Primary set. Check valve, injection sites 6", 28", and 72" above distal end, roller clamp, male adapter, nonvented. | 15 | 96" | V1445 | 50 ea./box |
| 599-046 | Primary set. Check valve, injection sites 6" and 70" above distal end, Con-tRoll clamp, male adapter, nonvented. | 15 | 93" | V1446 | 50 ea./box |
| 599-482 | Needleless. Check valve, Clave injection sites 6" and 60" above distal end, control clamp, slide clamp, two-piece male luer lock. | 15 | 105" | CC3485 | 50 ea./box |
| 599-220 | Blood donor set. 15 Ga. x 1" bottle needle, roller clamp, 17 Ga. x 1-1/2" thinwall hemorepellent donor needle. | — | 39" | V2220 | 50 ea./box |
| 599-404 | Totally sterile extension set. Female adapter, large bore tuging, injection sites 6" and 24" above distal end, slide clamp, male adapter. Priming volume: 6 mL. | — | 33" | V5404 | 50 ea./box |
| 599-500 | Blood administration set. Y-type, drip chamber with 170-micron blood filter, three roller clamps, flashtube, male adapter. | 10 | 87" | V2500 | 50 ea./box |
| 599-903 | Secondary set. Roller clamp, 19 Ga. needle. | 15 | 41" | V1903 | 50 ea./box |

McGAW IV ADAPTER..

For use between McGaw containers and Abbott administration sets.

| CATALOG NUMBER | ITEM | MANUFACTURER # | UNIT SIZE |
|---|---|---|---|
| 597-000 | Spike adapter. | N2050 | 1 each |

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

IV ADMINISTRATION SUPPLIES

# ∂ ABBOTT

ABBOTT IV ADMINISTRATION SETS:

| CATALOG NUMBER | ITEM | DROPS/ML | TUBING LENGTH | UNIT SIZE |
|---|---|---|---|---|
| 591-971 | Blood Y-Type Set with Pump (Nonvented)<br>78-inch general floor set for alternate administration from blood bag container and other IV solution containers. Includes drip chamber, 170-micron nylon blood filter, CAIR clamp, and 3-inch latex sleeve. | 10 | 78" | 48 ea./box |
| 594-736 | Blood Collection Set 36<br>36-inch set for blood collection. 15-Ga. rubber piercing needle and pre-attached 17-Ga. IV needle. | — | 36" | 48 ea./box |
| 591-772 | Vented Nitroglycerin Pump Set-SL<br>IV set with special low-absorption polyethylene tubing for nitroglycerin administration, inline cassette and secure lock. | — | 107" | 1 each |
| 591-093 | Low absorption Nitroglycerin set with vented piercing pin CAIR clamp and option-lok. | 15 | 110" | 1 each |
| 591-682 | Soluset 150 x 60 (Vented)<br>77-inch Microdrip precision volume IV set with vented piercing pin, CAIR clamp, and slide clamps. Includes 150 mL calibrated burette, resealing injection site on burette with automatic shutoff valve, and Y-injection site 6 inches from male adapter. | 60 | 77" | 20 ea./box |
| 591-818 | Venoset Piggyback (Nonvented)<br>78-inch IV set with CAIR clamp, Y-type automatic backcheck valve, and 2 Y-injection sites 6 and 66 inches from male adapter. | 15 | 78" | 48 ea./box |
| 591-851 | Venoset Backcheck (Nonvented)<br>78-inch IV set with CAIR clamp, Y-type automatic backcheck valve, Y-injection site 40 and 4 inches from male adapter, and 3-inch latex sleeve. | 15 | 78" | 48 ea./box |
| 591-857 | Venoset 72 (Nonvented)<br>72-inch IV set with nonvented piercing pin, CAIR clamp, and bulb. | 15 | 72" | 48 ea./box |
| 591-859 | Venoset 78 (Nonvented)<br>78-inch IV set with nonvented piercing pin, CAIR clamp, and Y-injection site 6 inches from male adapter. | 15 | 78" | 48 ea./box |
| 591-881 | Venoset 78 (Vented)<br>78-inch IV set with vented piercing pin, CAIR clamp, and Y-injection site 6 inches from male adapter. | 15 | 78" | 48 ea./box |
| 591-883 | Venoset 78 Microdrip (Vented)<br>70-inch precision drop IV set with vented piercing pin, CAIR clamp, and Y-injection site 6 inches from male adapter. | 60 | 70" | 48 ea./box |
| 594-967 | Venoset Piggyback (Vented)<br>80-inch IV set with vented piercing pin, CAIR clamp, Y-type automatic backcheck valve, and 2 Y-injection sites 6 and 66 inches from male adapter. | 15 | 80" | 48 ea./box |
| 594-968 | Venoset Piggyback Microdrip (Vented)<br>80-inch precision drop IV set with vented piercing pin, CAIR clamp, Y-type automatic backcheck valve, and 2 Y-injection sites 6 and 66 inches from male adapter. | 60 | 80" | 48 ea./box |
| 594-960 | Venoset Piggyback with Flashback Bulb (Nonvented)<br>Order 7-inch IV set with flashback bulb, CAIR clamp, Y-type automatic backcheck valve, and 2 Y-injection sites 6 and 66 inches from male adapter. | 60 | 70" | 48 ea./box |

MICROBORE EXTENSION SETS

| CATALOG NUMBER | ITEM | TUBING LENGTH | UNIT SIZE |
|---|---|---|---|
| 596-457 | Microbore Extension Set 12-Secure Lock<br>12-inch set with slide clamp and Secure Lock male adapter.<br>(Sterile Pack) | 12" | 50 ea./box |
| 596-458 | Microbore Extension Set-Secure Lock (1-Y)<br>20-inch set with slide clamp and Y-injection site 10 inches from Secure Lock male adapter. (Sterile Pack) | 20" | 50 ea./box |
| 596-459 | Microbore Extension Set-Secure Lock (2-Ys)<br>20-inch set with slide clamps and 2 Y-injection sites 12 and 6 inches from Secure Lock male adapter. (Sterile Pack) | 20" | 50 ea./box |
| 596-460 | Microbore Extension Set 36-Secure Lock<br>36-inch set with slide clamp and Secure Lock male adapter.<br>(Sterile Pack) | 36" | 50 ea./box |
| 596-461 | Microbore Extension Set 72-Secure Lock<br>72-inch set with slide clamp and Secure Lock male adapter.<br>(Sterile Pack) | 72" | 50 ea./box |

# B BRAUN
### +McGaw

BRAUN IV EXTENSION SET—SUPOR :

| CATALOG NUMBER | ITEM | TUBING LENGTH | UNIT SIZE |
|---|---|---|---|
| 596-006 | Extension set w/clamp<br>Small bore extension set. Proximal luer lock connection, distal luer lock connection with slide clamp. Priming volume 0.2 mL, length 6 in. | 6" | 100 ea./box |

# OTN

VENUS & IV ADMINISTRATION SET

| CATALOG NUMBER | ITEM | TUBING LENGTH | UNIT SIZE |
|---|---|---|---|
| 597-030 | IGIV Administration set with 0.15 micron filter. | 84" | 1 each |

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

ADMINISTRATION SUPPLIES IV CATHETERS

# ABBOTT

IV BOTTLES:

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 591-614 | Empty evacuated container, glass, 150 mL | 12 ea./box |
| 591-615 | Empty evacuated container, glass, 250 mL | 12 ea./box |
| 591-616 | Empty evacuated container, glass, 500 mL | 12 ea./box |
| 591-617 | Empty evacuated container, glass, 1,000 mL | 6 ea./box |

IV FILTERS:

| CATALOG NUMBER | MANUFACTURER | ITEM | UNIT SIZE |
|---|---|---|---|
| 592-879 | Abbott | Filter, in-line, 0.22 micron without lock for gravity admin. | 1 each |
| 594-524 | Abbott | High pressure Filter withstands up to 45 psi | 1 each |
| 592-012 | B/Braun McGaw | Filter, in-line, Micron Super® with on/off clamp, latex free Y-injection, luer lock, DEHP free tubing | 1 each |
| 594-025 | Millipore | Filter, 0.22 micron for use with syringe | 1 each |

# TERUMO

TERUMO IV CATHETER—Surflo :

Radiopaque/ETFE (Ethylene tetrafluoroethylene) Trilayer I.V. catheters in modern Safety Case plastic packaging.

| CATALOG NUMBER | CATHETER GAUGE | CATHETER LENGTH | NEEDLE GAUGE | MANUFACTURER # | UNIT SIZE |
|---|---|---|---|---|---|
| 580-535 | 24 Ga. | 3/4" | 27 | SROX2419CA | 50 ea./box |
| 580-530 | 22 Ga. | 1" | 24 | SROX2225CA | 50 ea./box |
| 580-525 | 20 Ga. | 2" | 22 | SROX2051CA | 50 ea./box |
| 580-520 | 20 Ga. | 1-1/4" | 22 | SROX2032CA | 50 ea./box |
| 580-515 | 20 Ga. | 1" | 22 | SROX2025CA | 50 ea./box |
| 580-510 | 18 Ga. | 2-1/2" | 20 | SROX1864CA | 50 ea./box |
| 580-505 | 18 Ga. | 2" | 20 | SROX1851CA | 50 ea./box |
| 580-500 | 18 Ga. | 1-1/4" | 20 | SROX1832CA | 50 ea./box |



IV Catheters

CRITIKON IV CATHETER—Jelco :

| CATALOG NUMBER | CATHETER GAUGE | CATHETER LENGTH | MANUFACTURER # | UNIT SIZE |
|---|---|---|---|---|
| 555-031 | 24 Ga. | 3/4" | 15-4053 | 50 ea./box |
| 555-025 | 22 Ga. | 1" | 15-4050 | 50 ea./box |
| 555-020 | 20 Ga. | 1-3/4" | 15-4059 | 50 ea./box |
| 555-015 | 20 Ga. | 1-1/4" | 15-4056 | 50 ea./box |
| 555-010 | 20 Ga. | 1" | 15-4057 | 50 ea./box |
| 555-005 | 18 Ga. | 1-3/4" | 15-4054 | 50 ea./box |
| 555-000 | 18 Ga. | 1-1/4" | 15-4055 | 50 ea./box |



...with Teflon.

| CATHETER LENGTH | MANUFACTURER # | UNIT SIZE |
|---|---|---|
| 3/4" | 381112 | 50 ea./box |
| 1" | 381123 | 50 ea./box |
| 2" | 381137 | 50 ea./box |
| 1-1/4" | 381134 | 50 ea./box |
| 2" | 381147 | 50 ea./box |
| 1-1/4" | 381144 | 50 ea./box |



Angiocath IV Catheter

## IV CATHETER—Intro

...catheters with extension tubing.

| CATHETER LENGTH | EXTENSION TUBING AND Y ADAPTER | MANUFACTURER # | UNIT SIZE |
|---|---|---|---|
| 3/4" | Extension + Y adapter | 383211 | 25 ea./box |
| 3/4" | Extension + Y adapter | 383223 | 25 ea./box |
| 1" | Extension + Y adapter | 383236 | 25 ea./box |
| 1" | Extension + Y adapter | 383246 | 25 ea./box |
| 3/4" | Extension | 383211 | 25 ea./box |
| 3/4" | Extension | 383221 | 25 ea./box |
| 1" | Extension | 383234 | 25 ea./box |
| 1" | Extension | 383244 | 25 ea./box |



Insites IV Catheter with Y Adapter

## NEEDLELESS PRODUCT (Interlink)

| | UNIT SIZE |
|---|---|
| ...ck Cannula | 100 ea./box |



Interlink Threaded Lock Cannula

## CAPS (Heparin Locks)

| | UNIT SIZE |
|---|---|
| Injection Plugs, luer lock type | 100 ea./box |



Injection Plug

## Injection Cap

| | UNIT SIZE |
|---|---|
| ...cap Junction with male and female end | 100 ea./box |
| | 1,000 ea./case |

B|BRAUN

43

ACCESSORIES

## ACCESSORIES:

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 510-002 | Alcohol Prep Pads, medium | 200 ea./box |
| 510-012 | Alcohol Prep Pads, large | 100 ea./box |
| 500-024 | Bandages, 1" x 3" cloth | 100 ea./box |
| 500-035 | Bandages, spot, small (7/8") | 100 ea./box |
| 500-113 | Dressing, Tegaderm, 4" x 4-3/4" | 50 ea./box |
| 500-014 | Dressing, Tegaderm, 2 3/8" x 2-3/4" | 100 ea./box |
| 500-017 | Gauze, non-sterile, 2" x 2", 8-PLY | 200 ea./bag |
| 500-020 | Gauze, non-sterile, 2" x 2", 12-PLY | 200 ea./bag |
| 500-029 | Gauze, non-sterile, 4" x 4", 8-PLY | 200 ea./box |
| 510-016 | Gauze, sterile, 2" x 2", 8-PLY | 100 ea./box |
| 510-018 | Gauze, sterile 4" x 4", 8-PLY | 100 ea./pack |
| 500-026 | Prep Pad, Betadine, medium | 100 ea./box |
| 510-011 | Sterile central venous catheter dressing change kit with Tegaderm Transparent dressing | 1 each |
| 500-028 | Suture Removal Kit | 1 each |
| 510-017 | Swabsticks, alcohol, 3 per packet | 25 packets |
| 510-005 | Swabsticks, povidone iodine, 1 per packet | 50 packets |
| 510-006 | Swabsticks, povidone iodine, 3 per packet | 25 packets |
| 500-021 | Tape, Micropore, 1" x 10 yd w/dispenser | 12 roll/box |
| 500-022 | Tape, Micropore, 1" x 10 yd | 12 roll/box |
| 500-023 | Tape, Transpore, 1" x 10 yd | 12 roll/box |

MINI-VOLUME PARENTERALS

MINI-VOLUME PARENTERALS

| CATALOG NUMBER | HCPCS CODES | MANUFACTURER | ITEM | UNIT SIZE | ORDER QTY |
|---|---|---|---|---|---|
| 842-400 | J3475 | Am. Regent | Magnesium Sulfate, 50% solution | 2 mL | 25 |
| 842-410 | J3475 | Am. Regent | Magnesium Sulfate, 50% solution | 10 mL | 25 |
| 841-200 | J2150 | Abbott | Mannitol, 25% solution | 50 mL | 25 |
| 841-521 | J3480 | Abbott | Potassium Chloride, solution (2 mEq/mL) | 20 mEq MDV | 25 |
| 841-530 | J3480 | Abbott | Potassium Chloride, solution (2 mEq/mL) | 30 mEq | 25 |
| 841-541 | J3480 | Abbott | Potassium Chloride, solution (2 mEq/mL) | 40 mEq MDV | 25 |
| 842-500 | | Abbott | Sodium Bicarbonate, 8.4% solution (1 mEq/mL) | 50 mEq | 25 |
| 841-705 | | Abbott | Sodium Chloride, 0.9% solution | 5 mL | 50 |
| 841-711 | | Abbott | Sodium Chloride, 0.9% solution | 10 mL | 25 |
| 841-720 | | Abbott | Sodium Chloride, 0.9% solution | 20 mL | 25 |
| 841-735 | | Abbott | Sodium Chloride, 0.9% solution | 50 mL | 25 |
| 841-737 | | Abbott | Sodium Chloride, 0.9% solution | 100 mL | 25 |
| 841-741 | | Abbott | Sodium Chloride, 0.9% solution w/benzyl alcohol | 10 mL MDV | 25 |
| 841-750 | | Abbott | Sodium Chloride, 0.9% solution w/benzyl alcohol | 30 mL MDV | 25 |
| 841-770 | | APP | Sodium Chloride, 0.9% solution w/paraben | 30 mL MDV | 25 |
| 841-780 | | APP | Sodium Thiosulfate, 10% solution | 1 gm | 5 |
| 841-800 | | Am. Regent | Sodium Thiosulfate, 25% solution | 12.5 gm | 25 |
| 841-911 | | Am. Regent | Sterile Water for Injection | 10 mL | 25 |
| 841-912 | | APP | Sterile Water for Injection | 10 mL SDV | 25 |
| 841-920 | | Abbott | Sterile Water for Injection | 20 mL | 25 |
| 841-935 | | Abbott | Sterile Water for Injection | 50 mL | 25 |
| 841-937 | | Abbott | Sterile Water for Injection | 100 mL | 25 |
| 841-940 | | Abbott | Sterile Water for Injection w/benzyl alcohol | 30 mL MDV | 25 |
| 841-961 | | APP | Sterile Water for Injection w/paraben | 10 mL MDV | 25 |
| 841-970 | | APP | Sterile Water for Injection w/paraben | 30 mL MDV | 25 |

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

LARGE VOLUME PARENTERALS

# B BRAUN
## +McGaw

McGAW PLASTIC LARGE VOLUME PARENTERALS

Excel® is the tradename for the 250 mL, 500 mL, and 1,000 mL size containers.
PAB® is the tradename for the 50 mL and 100 mL size containers. The Excel and PAB
containers are non-PVC and do not contain DEHP, and are compatible with drugs wh...
this is of concern. The stiff, easy-grip saddle helps to eliminate needle stick injuries. I...
protection, the spike port has a tamper-proof seal attached. These containers are equip...
with a large hanger tab and packaged in an easy-to-remove overwrap.



| CATALOG NUMBER | HCPCS CODES | ITEM | UNIT SIZE | ORD # |
|---|---|---|---|---|
| 780-050 | | Dextrose 5% in water (non-PVC) | 50 mL IV bag | 64 |
| 780-100 | | Dextrose 5% in water (non-PVC) | 100 mL IV bag | 64 |
| 780-250 | | Dextrose 5% in water (non-PVC) | 250 mL IV bag | 24 |
| 780-500 | J7060 | Dextrose 5% in water (non-PVC) | 500 mL IV bag | 24 |
| 780-999 | J7070 | Dextrose 5% in water (non-PVC) | 1,000 mL IV bag | 12 |
| 781-050 | J2912 | Sodium Chloride, 0.9% (non-PVC) | 50 mL IV bag | 64 |
| 781-100 | J2912 | Sodium Chloride, 0.9% solution (non-PVC) | 100 mL IV bag | 64 |
| 781-250 | J7050 | Sodium Chloride, 0.9% solution (non-PVC) | 250 mL IV bag | 24 |
| 781-500 | J7040 | Sodium Chloride, 0.9% solution (non-PVC) | 500 mL IV bag | 24 |
| 781-999 | J7030 | Sodium Chloride, 0.9% solution (non-PVC) | 1,000 mL IV bag | 1 |

# ⊒ ABBOTT

### ABBOTT PLASTIC LARGE VOLUME PARENTERALS (LifeCare)

LifeCare IV Solutions are made of a flexible plastic that will not break if dropped. This lightweight container design is not dependent on air, which reduces the possibility of contamination. Additionally, the container features a tamper-proof outlet and side-mounted additive port.



| CATALOG NUMBER | HCPCS CODES | ITEM | UNIT SIZE | ORDER QTY |
|---|---|---|---|---|
| 700-050 | J7042 | Dextrose 5% in water | 50 mL IV bag | 80 |
| 700-100 | J7060 | Dextrose 5% in water | 100 mL IV bag | 60 |
| 700-150 | J6070 | Dextrose 5% in water | 150 mL IV bag | 32 |
| 700-250 | J7060 | Dextrose 5% in water | 250 mL IV bag | 24 |
| 700-500 | J7060 | Dextrose 5% in water | 500 mL IV bag | 24 |
| 700-999 | J7070 | Dextrose 5% in water | 1,000 mL IV bag | 12 |
| 710-500 | J7042 | Dextrose 5% in 0.45% Sodium Chloride | 500 mL IV bag | 24 |
| 710-999 | J7042 | Dextrose 5% in 0.45% Sodium Chloride | 1,000 mL IV bag | 12 |
| 720-500 | J7042 | Dextrose 5% in 0.9% Sodium Chloride | 500 mL IV bag | 24 |
| 720-999 | J7042 | Dextrose 5% in 0.9% Sodium Chloride | 1,000 mL IV bag | 12 |
| 730-500 | J7120 | Dextrose 5% in Lactated Ringers | 500 mL IV bag | 24 |
| 730-999 | J7120 | Dextrose 5% in Lactated Ringers | 1,000 mL IV bag | 12 |
| 740-250 | J7120 | Lactated Ringers | 250 mL IV bag | 24 |
| 740-500 | J7120 | Lactated Ringers | 500 mL IV bag | 24 |
| 740-999 | J7120 | Lactated Ringers | 1,000 mL IV bag | 12 |
| 701-050 | J2912 | Sodium Chloride, 0.9% solution | 50 mL IV bag | 80 |
| 701-100 | J2912 | Sodium Chloride, 0.9% solution | 100 mL IV bag | 80 |
| 701-150 | J2912 | Sodium Chloride, 0.9% solution | 150 mL IV bag | 32 |
| 701-250 | J7050 | Sodium Chloride, 0.9% solution | 250 mL IV bag | 24 |
| 701-500 | J7040 | Sodium Chloride, 0.9% solution | 500 mL IV bag | 24 |
| 701-999 | J7030 | Sodium Chloride, 0.9% solution | 1,000 mL IV bag | 12 |
| 750-999 | J7051 | Sterile Water for Injection | 1,000 mL IV bag | 12 |

### ABBOTT GLASS LARGE VOLUME PARENTERALS (Abbo-Vac)

This totally closed glass container system is ideal for those therapies which require a non-PVC container.

| CATALOG NUMBER | HCPCS CODES | ITEM | UNIT SIZE | ORDER QTY |
|---|---|---|---|---|
| 770-250 | J7060 | Dextrose 5% in water | 250 mL glass | 12 |
| 770-500 | J7060 | Dextrose 5% in water | 500 mL glass | 12 |
| 771-250 | J2912 | Sodium Chloride, 0.9% solution | 250 mL glass | 12 |

47

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

SAFE HANDLING SUPPLIES



## · GLOVES:

**CYTO-Safetec™ Chemo Gloves (Blue):** These extra thick gloves are made with surgical latex for drug preparation. This talc-free glove has extra long cuffs for protection, a thickness of 0.010" to 0.016."

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 520-010 | Gloves, surgical latex, talc-free, small | 50 pair/box |
| 520-020 | Gloves, surgical latex, talc-free, medium | 50 pair/box |
| 520-030 | Gloves, surgical latex, talc-free, large | 50 pair/box |

**CYTO-Safetec™ Chemo Gloves (Yellow):** The thickness of these gloves allows for sensitivity and touch for drug administration. Made of surgical latex, this glove is talc-free and has a thickness of 0.009."

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 520-040 | Gloves, surgical latex, talc-free, small | 50 pair/box |
| 520-050 | Gloves, surgical latex, talc-free, medium | 50 pair/box |
| 520-060 | Gloves, surgical latex, talc-free, large | 50 pair/box |

**Kendall Chemobloc Nitrile Gloves:** These gloves are latex-free and powder free. Approved for chemotherapy mixing and administration.

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 563-010 | Gloves, latex-free chembloc, small | 50 pair/box |
| 563-020 | Gloves, latex-free chembloc, medium | 50 pair/box |
| 563-030 | Gloves, latex-free chembloc, large | 50 pair/box |
| 563-040 | Gloves, latex-free chembloc, x-large | 50 pair/box |

**Kendall ChemoPlus Fitted Gloves (Blue):** These gloves have extra thickness in the fingertips (18 mil).

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 56Z-055 | Gloves, ChemoPlus, blue, small (powder-free) | 50 pair/box |
| 56Z-165 | Gloves, ChemoPlus, blue, medium (powder-free) | 50 pair/box |
| 56Z-170 | Gloves, ChemoPlus, blue, large (powder-free) | 50 pair/box |

**Kendall Oncology Plus™ Gloves:** These gloves are powder-free latex, 10 mil thickness.

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 56Z-145 | Gloves, Oncology Plus, small* (powder-free) | 50 ea./box |
| 56Z-150 | Gloves, Oncology Plus, medium* (powder-free) | 50 ea./box |
| 56Z-155 | Gloves, Oncology Plus, large* (powder-free) | 50 ea./box |

* Tested against chemotherapy drugs.

**Exel™ Exam Gloves:** These gloves have a thickness of 0.0032."

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 530-001 | Gloves, latex exam, extra small | 100 ea./box |
| 530-002 | Gloves, latex exam, small | 100 ea./box |
| 530-003 | Gloves, latex exam, medium | 100 ea./box |
| 530-004 | Gloves, latex exam, large | 100 ea./box |



R: ⟨ ⟩

**CYTO-Safetec®:** These clear, zip-lock bags are labeled "Caution: Chemotherapy Cytotoxic Agent."



| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 520-300 | Chemo bags, zip lock, 12" x 15", 4 mil | 250 ea./box |
| 520-310 | Chemo bags, zip lock, 6" x 9", 4 mil | 200 ea./box |

**Kendall:** Safelock™ bags have secure zip-lock tops to help prevent leakage. Labeled in English and Spanish.

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 550-000 | Safelock Bags, white | 200 ea./box |
| 562-080 | Safelock Bags, white, 12" x 15", 4 mil | 250 ea./box |
| 562-185 | Safelock Bags, clear, 6" x 9", 4 mil | 200 ea./box |

**Kendall:** ChemoSafety® Bags are 4 mils thick with double-seamed bottoms and pleated sides. Labeled "Caution: Chemotherapy Waste."

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 562-095 | Chemo Waste Bags, yellow, 20 gallon, 4 mil | 100 ea./box |

ONCOLOGY THERAPEUTICS NETWORK
**1-800-482-6700**