SAFE HANDLING SUPPLIES



Burron Chemo Pin

## CHEMO DISPENSING PINS:

Chemo dispensing pins are used during reconstitution of a powdered chemotherapy drug. The chemo dispensing pin prevents the aerosolization that is encountered during drug dispensing and compounding by filtering the air exiting the vial through a 0.2 micron hydrophobic filter.

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 561-002 | Chemo Dispensing Pin (B. Braun/McGaw) | 50 ea./box |
| 561-001 | Vial Venting System (Chemo Block®) | 50 ea./box |
| 561-003 | Cytoguard | 10 ea./box |

## DUST/MIST MASKS:

**Kendall:** This lightweight mask, with a contoured fit design, is used for protection against dust and mist from cytotoxic agents.

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 560-331 | Dust/Mist Respirator Mask | 20 ea./box |

## SAFETY EYE GLASSES:

**Kendall:** This eyewear is protective against chemotherapy and infectious environments. The polycarbonate plastic design will fit over prescription eyeglasses. Features a clear, wrap-around side panel for protection from sprays and splashes.

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 560-141 | Eye Glasses, protective | 1 each |

**HuberLoc™:** Huber Needle removal and containment device:

| CATALOG NUMBER | MANUFACTURER | ITEM | UNIT SIZE |
|---|---|---|---|
| 561-100 | MedCare | Huber Needle Containment Device | 20 ea./box |



GOWNS:

**Kendall Gowns and Smocks:** The Low-permeability ChemoPlus® Gowns are designed specifically for use during preparation and administration of chemotherapy drugs. ChemoPlus Gowns provide protection and long-wearing comfort. The long length, closed front and wraparound styling add protection where it's needed. Neckline is secured with Velcro® and has long-sleeve knitted cuffs. Meets OSHA, ASHP, and ONS recommendation for wearing a gown while administering chemotherapy.

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 562-035 | Gowns, ChemoPlus, multi-color, regular | 30 ea./box |
| 562-037 | Gowns, ChemoPlus, multi-color, large | 30 ea./box |
| 562-095 | Gowns, ChemoPlus, blue, regular | 30 ea./box |
| 562-100 | Gowns, ChemoPlus, blue, large | 30 ea./box |
| 562-105 | Gowns, ChemoPlus, blue, extra large | 30 ea./box |
| 562-030 | Smock, snaps, teal, large | 24 ea./box |
| 562-120 | Smock, snaps, multi-color, small | 24 ea./box |
| 562-125 | Smock, snaps, multi-color, medium | 24 ea./box |
| 562-025 | Smock, snaps, multi-color, large | 24 ea./box |

LABELS:

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 551-000 | Labels, Biohazard, 3-1/2"x3" (250 ea./roll) (Health Care Logistics) | 4 rolls |
| 560-040 | Labels, ChemoSafety®, 1" round symbol (Kendall) | 1,000 ea./roll |
| 562-110 | Labels, ChemoSafety®, 3" x 1/2" (Kendall) | 500 ea./roll |
| 562-115 | Labels, ChemoSafety®, 3" x 1" (Kendall) | 500 ea./roll |
| 560-105 | Labels, ChemoSafety®, 3" x 1-1/2" (Kendall) | 500 ea./roll |

PREP/INJECTION SITE MATS:

Used for drug preparation and administration to absorb any leakage of chemotherapeutic agents.

**Cyto-Safetec®:** These mats have moisture-proof polybacking and are made of non-linting materials.

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 520-200 | ProPrep Mats, 11" x 19" | 50 ea./box |
| 520-250 | ProPrep Mats, 19" x 22" | 50 ea./box |

**Kendall:** The flat, non-linting surface quickly captures and absorbs drug spills to prevent surface contamination. The top layer is a penetrable mesh, the second layer is an absorbant gauze and the bottom layer is made of impermeable plastic to prevent spills from going through.

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 562-070 | Spill-proof ChemoPlus Prep Mats, 11" x 17" | 50 ea./box |
| 562-075 | Spill-proof ChemoPlus Prep Mats, 16" x 22" | 50 ea./box |

THE HANDLING [illegible]
CHEMOTHERAPY ADMINISTRATION

## CHEMOTHERAPY CONTAINERS

**Kendall:** Labeled "Chemo Safety" containers have ceiling gaskets to guard against spills. Pad on bottom of containers absorbs any excess liquid.

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 562-180 | Chemo Container, 2 gallon, hinged | 20 ea./box |
| 562-010 | Chemo Safety Container, 8 gallon, hinged | 10 ea./box |
| 562-190 | Chemo Container, 8 gallon, slide top | 10 ea./box |
| 562-195 | Chemo Container, 12 gallon, slide top | 10 ea./box |
| 562-015 | Chemo Safety Container, 18 gallon, hinged | 5 ea./box |
| 562-005 | Chemo Container, 18 gallon, slide top | 5 ea./box |
| 562-020 | Cart with wheels for large volume waste containers | 1 each |

Plastic CHEMO-tainer

## CHEMOTHERAPY WASTE CONTAINERS/FIBER DRUMS



Cart with Wheels

**Cyto-Safetec®:** The fiber/corrugated container includes a polyliner bag and comes fully assembled. Equipped with a round flap opening and an additional secure lid. The front side is labeled "Caution: Chemotherapy Cytotoxic Agent."

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 520-100 | Chemo Waste Container, Fiber/Corrugated Laminate, 10.0 gal | 4 ea./box |
| 520-150 | Chemo Waste Container, Fiber/Corrugated Laminate, 20.0 gal | 2 ea./box |



## CHEMOSAFETY SPILL KIT:

The spill kit contains the items commonly used to handle cytoxic drug spills in accordance with OSHA guidelines. Packaged for easy storage and quick accessibility. Blood Spill Kit includes a scoop and BIOSORB™ powder and: 1 Dust Mask Respirator Mask, 1 Pair Heavy Duty Latex Utility Gloves, 1 Pair Protective Eye Wear, 1 Pair ChemoPlus Gloves, 1 Incident Report Form, 1 Chemo Spill Sign, 2 ChemoSorb Pads, 1 ChemoPlus Gown, 1 Pair Shoe Covers, 1 Blue Disposal Bag, 1 Chemo Disposal Bag, 3 Absorbent Towls and 1 Disposable Scoop.



Fiber Drum

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 562-090 | ChemoSpill Kit (Kendall) | 1 each |
| 562-175 | Blood Spill Kit (Kendall) | 1 each |
| 540-151 | Spill Bottle (SuperGen) | 6 ea./box |
| 540-150 | Applicator Kit (SuperGen) | 20 ea./box |

BONE MARROW BIOPSY/ASPIRATION NEEDLES

**Illinois Sternal/Illiac:** This single-use, sterile needle features an adjustable depth spacer to control the depth of penetration and a winged hub for control of the needle. To assure proper needle alignment, it has a two-piece, positive-locking, needle stylet design. Compatible with luer lock or luer slip syringe.

| CATALOG NUMBER | HCPCS | ITEM | UNIT SIZE |
|---|---|---|---|
| 590-002 | A4550 | 16 Ga. x adjustable (3/16" to 1-7/8") | 10 ea./box |
| 590-016 | A4550 | 15 Ga. x adjustable (3/8" to 1-7/8") | 10 ea./box |
| 590-018 | A4550 | 18 Ga. x adjustable (1/16" to 1-7/16") | 10 ea./box |



Illinois Sterna./Illiac

**Jamshidi™:** The single-use, sterile needle has three parts including the screw cap, stylet, and needle hub. The stylet is locked in place by the cap on the proximal end which keeps it from loosening during insertion. The needle features a tapered distal tip.

| CATALOG NUMBER | HCPCS | ITEM | UNIT SIZE |
|---|---|---|---|
| 590-006 | A4550 | 13 Ga. x 3-1/2" | 5 ea./box |
| 590-015 | A4550 | 11 Ga. x 4" | 10 ea./box |
| 590-017 | A4550 | 8 Ga. x 4" | 10 ea./box |
| 590-019 | A4550 | Contoured, 11 Ga. x 4" | 10 ea./box |



Jamshidi

**Monoject:** This single-use, sterile needle is equipped with a winged hub and is designed so that the cap and stylet are one. The needle features a smooth, round handle and a hollow ground stylet for ease of use. The needle features a tapered distal tip and a positive-locking design.

| CATALOG NUMBER | HCPCS | ITEM | UNIT SIZE |
|---|---|---|---|
| 590-009 | A4550 | 8 Ga. x 4" | 10 ea./box |
| 590-010 | A4550 | 11 Ga. x 4" | 10 ea./box |
| 590-021 | A4550 | 13 Ga. x 2-1/2" | 10 ea./box |
| 590-012 | A4550 | 13 Ga. x 3-1/2" | 10 ea./box |



Monoject

**Rosenthal:** This traditional bone marrow needle design is made with a plastic hub. The single-use, sterile needle has a precision ground and fitted needle point and stylet tip.

| CATALOG NUMBER | HCPCS | ITEM | UNIT SIZE |
|---|---|---|---|
| 590-013 | A4550 | Plastic hub, 16 Ga x 3/4" | 20 ea./box |
| 590-014 | A4550 | Plastic hub, 16 Ga. x 2" | 20 ea./box |



Rosenthal

## SUPPLIES FOR SPECIALIZED CHEMOTHERAPY ADMINISTRATION

### BONE MARROW BIOPSY/ASPIRATION TRAY:

Tray includes fenestrated drape, drape, 10% PVP swabsticks, 5 mL lidocaine (1% solution), 20 mL syringe, 5 mL (or 6 mL) syringe w/20 Ga. x 1-1/2" filter aspiration needle, 21 Ga. x 1-1/2" needle, 25 Ga. x 5/8" needle, specimen tube containing EDTA, scalpel blade w/handle, ten frosted slides (1" x 3"), specimen bottle (amber) and label, gauze sponges, elastic bandage, and variable components listed below.



Bone Marrow Tray

| CATALOG NUMBER | HCPCS | ITEM | UNIT SIZE |
|---|---|---|---|
| 590-100 | A4550 | Bone Marrow Biopsy/Asp. Tray w/out needle (Sherwood) | 1 each |
| 590-105 | A4550 | Bone Marrow Biopsy/Asp. Tray, w/out needle (Baxter) | 1 each |
| 590-115 | A4550 | Illinois Sternal/Iliac needle, 15 Ga. x adj (3/8" to 1-7/8") | 1 each |
| 590-116 | A4550 | Illinois Sternal/Iliac needle, 16 Ga. x adj (3/16" to 1-7/8") | 1 each |
| 590-118 | A4550 | Illinois Sternal/Iliac needle, 18 Ga. x adj (9/16" to 1-1/2") | 1 each |
| 590-119 | A4550 | (Includes two needles) Illinois sternal/Illiac aspiration needle, 15 Ga. and Jamshidi, bone marrow biopsy/aspiration needle, 11 Ga. x 4" | 1 each |
| 590-111 | A4550 | Jamshidi needle, 11 Ga. x 4" | 1 each |
| 590-108 | A4550 | Monoject needle, 8 Ga. x 4" | 1 each |
| 590-112 | A4550 | Monoject needle, 11 Ga. x 4" | 1 each |
| 590-162 | A4550 | Rosenthal (metal hub) needle, 16 Ga. x 2" | 1 each |

### LUMBAR PUNCTURE TRAY (adult):

Tray includes fenestrated drape, absorbent towel, removable prep cup, prep swabs, gauze sponges, 2 mL lidocaine (1% solution), 3 mL syringe w/25 Ga. x 5/8" needle, 22 Ga. x 1-1/2" infiltration needle, four specimen vials, three-way stop-cock, manometer, extension tube (5" or 6") and variable components listed below.

| CATALOG NUMBER | HCPCS | ITEM | UNIT SIZE |
|---|---|---|---|
| 590-219 | A4550 | 18 Ga. x 3-1/2" spinal needle | 1 each |
| 590-220 | A4550 | 20 Ga. x 3-1/2" spinal needle | 1 each |
| 590-222 | A4550 | 22 Ga. x 3-1/2" spinal needle | 1 each |

### PARACENTESIS TRAY:

Tray includes fenestrated drape, drape, absorbent towel, PVP swabsticks, gauze sponges, 5 mL lidocaine (1% solution), scalpel, Boasberg catheter set, vacuum bottle extension set, 60 mL syringe w/luer lock, 5 mL luer slip syringe, 19 Ga. x 1-1/2" filter aspirating needle, 21 Ga. x 1-1/2" needle, 25 Ga. x 5/8" needle, two-liter drainage bag, syringe protector/drainage bag protector, and 2 mL specimen vials.

| CATALOG NUMBER | HCPCS | ITEM | UNIT SIZE |
|---|---|---|---|
| 590-300 | A4550 | Paracentesis tray | 1 each |



**ABBOTT**

[illegible]

30" set with slide clamp and 15-G needle attached tp proximal end. Primarily designed to be used with an evacuated container to withdraw fluid from the thoracic cavity. Approximate priming capacity 6.5 mL and tubing I.D. 0.100".

| CATALOG NUMBER | HCPCS | ITEM | UNIT SIZE |
|---|---|---|---|
| 593-653 | A4649 | Thoracentesis set | 1 each |

## Luther Medical Products, Inc.

[illegible] PERIPHERALLY INSERTED CATHETERS [illegible] LINES:



| CATALOG NUMBER | ITEM | INTRODUCER NEEDLE GA. X L(MM) | CATHETER OD(MM) X ID(MM) X L(CM) | UNIT SIZE |
|---|---|---|---|---|
| *Catheter* | | | | |
| 518-161 | Catheter, 16 Ga. | | Polyurethane: 1.7 x 1.2 x 56 | 1 each |
| 518-171 | Catheter, 16 Ga. | | Polyurethane: 1.7 x 1.2 x 60 | 1 each |
| 518-181 | Catheter, 18 Ga. | | Polyurethane: 1.7 x 1.2 x 56 | 1 each |
| 518-172 | Catheter, 18 Ga. | | Polyurethane: 1.7 x 1.2 x 60 | 1 each |
| 518-201 | Catheter, 20 Ga. | | Polyurethane: 1.7 x 1.2 x 56 | 1 each |
| 518-173 | Catheter, 20 Ga. | | Polyurethane: 1.7 x 1.2 x 60 | 1 each |
| *Placement Sets** | | | | |
| 518-162 | Placement Set 16 Ga. | 14 Ga. x 20 mm | Polyurethane: 1.7 x 1.2 x 56 | 1 each |
| 518-175 | Placement Set 16 Ga. | 14 Ga. x 20 mm | Polyurethane: 1.7 x 1.2 x 60 | 1 each |
| 518-182 | Placement Set 18 Ga. | 17 Ga. x 20 mm | Polyurethane: 1.7 x 1.2 x 56 | 1 each |
| 518-176 | Placement Set 18 Ga | 17 Ga. x 20 mm | Polyurethane: 1.7 x 1.2 x 60 | 1 each |
| 518-202 | Placement Set 20 Ga | 19 Ga. x 20 mm | Polyurethane: 1.7 x 1.2 x 56 | 1 each |
| 518-177 | Placement Set 20 Ga | 19 Ga. x 20 mm | Polyurethane: 1.7 x 1.2 x 60 | 1 each |

* Placement sets include catheter and introducer needle.

| CATALOG NUMBER | ITEM | INTRODUCER NEEDLE GA. X L(MM) | CATHETER OD(MM) X ID(MM) X L(CM) | UNIT SIZE |
|---|---|---|---|---|
| *Catheter Trays*♦ | | | | |
| 518-163 | Catheter Tray, 16 Ga. | 14 Ga. x 20 mm | Polyurethane: 1.7 x 1.2 x 56 | 1 each |
| 518-174 | Catheter Tray, 16 Ga | 17 Ga. x 20 mm | Polyurethane: 1.7 x 1.2 x 60 | 1 each |
| 518-183 | Catheter Tray, 18 Ga. | 17 Ga. x 20 mm | Polyurethane: 1.7 x 1.2 x 60 | 1 each |
| 518-203 | Catheter Tray, 20 Ga | 19 Ga. x 20 mm | Polyurethane: 1.7 x 1.2 x 60 | 1 each |

♦ Trays include catheter, introducer needle, fenestrated drape, under drape, mask, 2 pr. gloves, 2 disposable towels, 2 tape measures, 2 tourniquets, 2 alcohol swabstick packets (3's), 2 PVP swabstick packets (3's), 3 gauze sponges (2" x 2"), 3 gauze sponges (4" x 4"), 1 transparent dressing, 1 smooth jaw forceps, 1 scissors, 4 tape strips, 4 Hib-Guard™ cushion pads (3 1-part, 1 2-part), 3 mL syringe, 5 mL syringe, 18 Ga. x 1" needle, 23 Ga. x 1" needle, basin, and CSR wrap.

AMBULATORY INFUSION SYSTEMS

**Deltec**

CADD PUMP RESERVOIRS AND SETS:

| CATALOG NUMBER | ITEM | UNIT SIZE |
|---|---|---|
| 516-050 | MEDICATION CASSETTE™ Reservoir, 50 mL | 1 each |
| 516-100 | MEDICATION CASSETTE™ Reservoir, 100 mL | 1 each |
| 516-030 | REMOTE RESERVOIR ADAPTOR™ Cassette w/30" tubing | 12 ea./box |
| 516-060 | REMOTE RESERVOIR ADAPTOR™ Cassette w/60" tubing and bag spike | 12 ea./box |
| 516-022 | Administration set w/0.22 micron filter | 15 ea./box |
| 516-012 | Administration set w/1.2 micron filter | 15 ea./box |
| 516-200 | Bag Spike Set | 12 ea./box |
| 516-135 | Extension Set, 30" w/M/M luer lock | 50 ea./box |
| 516-150 | Extension Set, 45" w/M/M luer lock and anti-siphon valve | 50 ea./box |
| 516-165 | Extension Set, 60" w/M/M luer lock and anti-siphon valve | 50 ea./box |

Prescribing Information as of October 1997

# ANZEMET® Injection (dolasetron mesylate injection)
# ANZEMET® Tablets (dolasetron mesylate)

## DESCRIPTION

ANZEMET (dolasetron mesylate) is an antinauseant and antiemetic agent. Chemically, dolasetron mesylate is (2α,6α,8α,9aβ)-octahydro-3-oxo-2, 6-methano-2H-quinolizin-8-yl-1H-indole-3-carboxylate monomethanesulfonate, monohydrate. It is a highly specific and selective serotonin subtype 3 ($5\text{-}HT_3$) receptor antagonist both in vitro and in vivo. Dolasetron mesylate has the following structural formula:




The empirical formula is $C_{19}H_{20}N_2O_3 \cdot CH_3SO_3H \cdot H_2O$, with a molecular weight of 438.50. Approximately 74% of dolasetron mesylate monohydrate is dolasetron base.

Dolasetron mesylate monohydrate is a white to off-white powder that is freely soluble in water and propylene glycol, slightly soluble in ethanol, and slightly soluble in normal saline.

ANZEMET Injection is a clear, colorless, nonpyrogenic, sterile solution for intravenous administration. Each milliliter of ANZEMET Injection contains 20 mg of dolasetron mesylate and 38.2 mg mannitol with an acetate buffer in water for injection. The pH of the resulting solution is 3.2 to 3.8.

Each ANZEMET Tablet for oral administration contains dolasetron mesylate (as the monohydrate) and also contains the inactive ingredients: carnauba wax, croscarmellose sodium, hydroxypropyl methylcellulose, lactose, magnesium stearate, polyethylene glycol, polysorbate 80, pregelatinized starch, synthetic red iron oxide, titanium dioxide, and white wax. The tablets are printed with black ink, which contains lecithin, pharmaceutical glaze, propylene glycol, and synthetic black iron oxide.

## CLINICAL PHARMACOLOGY

Dolasetron mesylate and its active metabolite, hydrodolasetron (MDL 74,156), are selective serotonin $5\text{-}HT_3$ receptor antagonists not shown to have activity at other known serotonin receptors and with low affinity for dopamine receptors. The serotonin $5\text{-}HT_3$ receptors are located on the nerve terminals of the vagus in the periphery and centrally in the chemoreceptor trigger zone of the area postrema. It is thought that chemotherapeutic agents produce nausea and vomiting by releasing serotonin from the enterochromaffin cells of the small intestine, and that the released serotonin then activates $5\text{-}HT_3$ receptors located on vagal efferents to initiate the vomiting reflex.

Acute, usually reversible, ECG changes (PR and $QT_c$ prolongation; QRS widening), caused by dolasetron mesylate, have been observed in healthy volunteers and in controlled clinical trials. The active metabolites of dolasetron may block sodium channels, a property unrelated to its ability to block $5\text{-}HT_3$ receptors. $QT_c$ prolongation is primarily due to QRS widening. Dolasetron appears to prolong both depolarization and, to a lesser extent, repolarization time. The magnitude and frequency of the ECG changes increased with dose (related to peak plasma concentrations of hydrodolasetron but not the parent compound). These ECG interval prolongations usually returned to baseline within 6 to 8 hours, but in some patients were present at 24 hour follow up. Dolasetron mesylate administration has little or no effect on blood pressure.

In healthy volunteers (N=64), dolasetron mesylate in single intravenous doses up to 5 mg/kg produced no effect on pupil size or meaningful changes in EEG tracings. Results from neuropsychiatric tests revealed that dolasetron mesylate did not alter mood or concentration. Multiple daily doses of dolasetron have had no effect on colonic transit in humans. Dolasetron mesylate has no effect on plasma prolactin concentrations.

Pharmacokinetics in Humans. Intravenous dolasetron mesylate is rapidly eliminated ($t_{1/2}$ <10 min) and completely metabolized to the most clinically relevant species, hydrodolasetron.

Oral dolasetron is well absorbed, although parent drug is rarely detected in plasma due to rapid and complete metabolism to the most clinically relevant species, hydrodolasetron.

The reduction of dolasetron to hydrodolasetron is mediated by a ubiquitous enzyme, carbonyl reductase. Cytochrome P-450 (CYP)IID6 is primarily responsible for the subsequent hydroxylation of hydrodolasetron and both CYPIIIA and flavin monooxygenase are responsible for the N-oxidation of hydrodolasetron.

Hydrodolasetron is excreted in the urine unchanged (53.0% of administered intravenous dose, 61.0% of administered oral dose). Other urinary metabolites include hydroxylated glucuronides and N-oxide.

Hydrodolasetron appeared rapidly in plasma, with a maximum concentration occurring approximately 0.6 hour after the end of intravenous treatment, and was eliminated with a mean half-life of 7.3 hours (%CV=24) and an apparent clearance of 9.4 mL/min/kg (%CV=28) in 24 adults. Hydrodolasetron also appears rapidly in plasma following oral administration, with a maximum concentration occurring approximately 1 hour after dosing, and is eliminated with a mean half-life of 8.1 hours (%CV=18%) and an apparent clearance of 13.4 mL/min/kg (%CV=29%) in 30 adults. The apparent absolute bioavailability of oral dolasetron, determined by the major active metabolite hydrodolasetron, is approximately 75%. Orally administered dolasetron intravenous solution and tablets are bioequivalent. Food does not affect the bioavailability of dolasetron taken by mouth. Hydrodolasetron is eliminated by multiple routes, including renal excretion and, after metabolism, mainly glucuronidation, and hydroxylation. Hydrodolasetron exhibits linear pharmacokinetics over the intravenous dose range of 50 to 200 mg and they are independent of infusion rate. Doses lower than 50 mg have not been studied. Two thirds of the administered dose is recovered in the urine and one third in the feces. Hydrodolasetron is widely distributed in the body with a mean apparent volume of distribution of 5.8 L/kg (%CV=25, N=24) in adults.

Sixty-nine to 77% of hydrodolasetron is bound to plasma protein. In a study with $^{14}C$ labeled dolasetron, the distribution of radioactivity to blood cells was not extensive. The binding of hydrodolasetron to $\alpha_1$-acid glycoprotein is approximately 50%. The pharmacokinetics of hydrodolasetron are linear and similar in men and women.

Pediatric Patients. In a pharmacokinetic study in pediatric cancer patients (ages 3 to 11, N=25; ages 12 to 17, N=21) given a single 0.6, 1.2, 1.8, or 2.4 mg/kg dose of ANZEMET Injection intravenously, apparent clearance values were highest and half-lives were lowest in the youngest age group. For the 3 to 11 and the 12 to 17 year age groups, all receiving doses between 0.6 to 2.4 mg/kg, mean apparent clearances are 2 and 1.3 times greater, respectively, than for healthy adults receiving the same range of doses.

The pharmacokinetics of ANZEMET Tablets have not been studied in the pediatric population. However, the following pharmacokinetic data are available on intravenous ANZEMET Injection administered orally to children.

Thirty-two pediatric cancer patients ages 3 to 11 years (N=19) and 12 to 17 years (N=13), received 0.6, 1.2, or 1.8 mg ANZEMET Injection diluted with either apple or apple-grape juice and administered orally. In this study, the mean apparent clearances were 3 times greater in the younger pediatric group and 1.8 times greater in the older pediatric group than those observed in healthy adult volunteers. Across this spectrum of pediatric patients, maximum plasma concentrations were 0.6 to 0.7 times those observed in healthy adults receiving similar doses.

In a pharmacokinetic study in 18 pediatric patients (2 to 11 years of age) undergoing surgery with general anesthesia and administered a single 1.2 mg/kg intravenous dose of ANZEMET Injection, mean apparent clearance was greater (40%) and terminal half-life shorter (36%) for hydrodolasetron than in healthy adults receiving the same dose.

For 12 pediatric patients, ages 2 to 12 years receiving 1.2 mg/kg ANZEMET Injection diluted in apple or apple-grape juice and administered orally, the mean apparent clearance was 34% greater and half-life was 21% shorter than in healthy adults receiving the same dose.

The pharmacokinetics of hydrodolasetron, in special and targeted patient populations following intravenous administration of ANZEMET Injection, are summarized in Table 1. The pharmacokinetics of hydrodolasetron are similar in adult healthy volunteers and in adult cancer patients receiving chemotherapeutic agents. The apparent clearance of hydrodolasetron in pediatric and adolescent patients is 1.4 times to twofold higher than in adults. The apparent clearance of hydrodolasetron is not affected by age in adult cancer patients. Following intravenous administration, the apparent clearance of hydrodolasetron remains unchanged with severe hepatic impairment and decreases 47% with severe renal impairment. No dose adjustment is necessary for elderly patients or for patients with hepatic or renal impairment.

**Table 1.** Pharmacokinetic Values for Plasma Hydrodolasetron Following Intravenous Administration of ANZEMET Injection*

| | Age (years) | Dose | $CL_{app}$ (mL/min/kg) | $t_{1/2}$ (h) | $C_{max}$ (ng/mL) |
|---|---|---|---|---|---|
| Young Healthy Volunteers (N=24) | 19-40 | 100 mg | 9.4 (28%) | 7.3 (24%) | 320 (25%) |
| Elderly Healthy Volunteers (N=15) | 65-75 | 2.4 mg/kg | 8.3 (30%) | 6.9 (22%) | 620 (31%) |
| Cancer Patients | | | | | |
| Adults (N=273) | 19-87 | 0.6-3.0 mg/kg | 10.2 (34%)† | 7.5 (43%)† | 505 (26%)‡ |
| Adolescents (N=21) | 12-17 | 0.6-3.0 mg/kg | 12.5 (37%) | 5.5 (31%) | 562 (45%)§ |
| Children (N=25) | 3-11 | 0.6-2.4 mg/kg | 19.2 (30%) | 4.4 (24%) | 505 (100%)ǁ |
| Pediatric Surgery Patients (N=18) | 2-11 | 1.2 mg/kg | 13.1 (47%) | 4.8 (23%) | 255 (22%) |
| Patients with Severe Renal Impairment (N=12) (Creatinine clearance ≤10 mL/min) | 28-74 | 200 mg | 5.0 (33%) | 10.9 (30%) | 867 (31%) |
| Patients with Severe Hepatic Impairment (N=3) | 42-52 | 150 mg | 9.6 (19%) | 11.7 (22%) | 396 (45%) |

$CL_{app}$: apparent clearance  $t_{1/2}$: terminal elimination half-life  ( ): coefficient of variation in %
*: mean values
†: results from population kinetic study
‡: results from adult cancer study (dose=1.8 mg/kg, N=8)
§: results from adolescents (dose=1.8 mg/kg, N=7)
ǁ: results from children (dose=1.8 mg/kg, N=5)

**Table 2.** Pharmacokinetic Values for Plasma Hydrodolasetron Following Oral Administration of ANZEMET*

| | Age (years) | Dose | $CL_{app}$ (mL/min/kg) | $t_{1/2}$ (h) | $C_{max}$ (ng/mL) |
|---|---|---|---|---|---|
| Young Healthy Volunteers (N=30) | 19-45 | 200 mg | 13.4 (29%) | 8.1 (18%) | 556 (28%) |
| Elderly Healthy Volunteers (N=15) | 65-75 | 2.4 mg/kg | 9.5 (35%) | 7.2 (32%) | 662 (28%) |
| Cancer Patients | | | | | |
| Adults (N=61)† | 24-84 | 25-200 mg | 12.9 (49%) | 7.9 (43%) | —‡ |
| Adolescents (N=13) | 12-17 | 0.6-1.8 mg/kg | 26.5 (67%) | 6.4 (30%) | 374§ (32%) |
| Children (N=19) | 3-11 | 0.6-1.8 mg/kg | 44.2 (49%) | 5.5 (39%) | 217ǁ (67%) |
| Pediatric Surgery Patients (N=11) | 2-12 | 1.2 mg/kg | 20.8 (49%) | 5.9 (24%) | 159 (32%) |
| Patients with Severe Renal Impairment (N=12) (Creatinine clearance ≤10 mL/min) | 28-74 | 200 mg | 7.2 (48%) | 10.7 (29%) | 701 (21%) |
| Patients with Severe Hepatic Impairment (N=3) | 42-52 | 150 mg | 8.8 (57%) | 11.0 (36%) | 410 (12%) |

$CL_{app}$: apparent clearance  $t_{1/2}$: terminal elimination half-life  ( ): coefficient of variation in %
*: mean values
†: analyzed by nonlinear mixed effect modeling with data pooled across dose strengths
‡: sampling times did not allow calculation
§: results from adolescents (dose=1.8 mg/kg, N=3)
ǁ: results from children (dose=1.8 mg/kg, N=7)

## CLINICAL STUDIES—ANZEMET Injection

Prevention of Cancer Chemotherapy-Induced Nausea and Vomiting. ANZEMET Injection administered intravenously at a dose of 1.8 mg/kg gave similar results in preventing nausea and vomiting as the other selective serotonin $5\text{-}HT_3$ receptor antagonists studied as active comparators. It was more effective than metoclopramide. Efficacy was based on complete response rates (0 emetic episodes and no rescue medication).

Cisplatin Based Chemotherapy. A randomized, double-blind trial compared single intravenous doses of ANZEMET Injection with metoclopramide in 226 (160 men and 66 women) adult cancer patients receiving ≥80 mg/m² cisplatin. ANZEMET Injection at a dose of 1.8 mg/kg was significantly more effective than metoclopramide in the prevention of chemotherapy-induced nausea and vomiting in this study (Table 3).



**Table 3.** Prevention of Chemotherapy-Induced Nausea and Emesis from Cisplatin Chemotherapy*

| | ANZEMET Injection 1.8 mg/kg† | Metoclopramide‡ | P-Value |
|---|---|---|---|
| Number of Patients | 72 | 69 | |
| Response Over 24 Hours | | | |
| Complete Response§ | 41 (57%) | 24 (35%) | 0.0009 |
| Nausea Score‖ | 4 | 30 | 0.0400 |

*: Dose ≥80 mg/m²
†: Administered intravenously
‡: 3 mg/kg intravenous bolus and 0.5 mg/kg/h intravenously over 8 h.
§: No emetic episodes and no rescue medication.
ǁ: Median 24-h change from baseline nausea score using visual analog scale (VAS): Score range 0="none" to 100="nausea as bad as it could be."

A second randomized, double-blind trial compared single intravenous doses of ANZEMET Injection with intravenous ondansetron in 603 (377 men and 232 women) adult cancer patients receiving ≥70 mg/m² cisplatin. A single intravenous 1.8 mg/kg dose of ANZEMET Injection was shown to be equivalent to a single intravenous 32 mg dose of ondansetron (Table 4).

**Table 4.** Prevention of Chemotherapy-Induced Nausea and Emesis from Cisplatin Chemotherapy*

| | ANZEMET Injection 1.8 mg/kg† | Ondansetron 32 mg‡ | P-Value |
|---|---|---|---|
| Number of Patients | 198 | 205 | |
| Response Over 24 Hours | | | |
| Complete Response§ | 88 (44%) | 88 (43%) | NS |
| Nausea Score‖ | 10 | 15 | NS |

*: Dose ≥70 mg/m²
†: Administered intravenously
‡: Includes 12 patients who received 3 doses 0.15 mg/kg of ondansetron intravenously.
§: No emetic episodes and no rescue medication.
ǁ: Median 24-h change from baseline nausea score using visual analog scale (VAS): Score range 0="none" to 100="nausea as bad as it could be."

Another randomized, double-blind trial compared single IV doses of ANZEMET with a single 3-mg IV dose of granisetron in 474 (315 men and 159 women) patients receiving ≥80 mg/m² cisplatin chemotherapy. A single intravenous 1.8-mg/kg dose of ANZEMET gave similar results as those from granisetron.

Cyclophosphamide Based Chemotherapy. In a study of ANZEMET Injection in 309 patients (96 men and 213 women) receiving moderately emetogenic chemotherapy such as cyclophosphamide based regimens, a single intravenous 1.8 mg/kg dose of ANZEMET Injection was equivalent to metoclopramide administered as a 2 mg/kg intravenous bolus followed by 3 mg/kg intravenously over 8 hours. Complete response rates were 63% and 52%, respectively, p=0.12.

Prevention of Postoperative Nausea and Vomiting. ANZEMET Injection administered intravenously at a dose of 12.5 mg approximately 15 minutes before the cessation of general balanced anesthesia (short-acting barbiturate, nitrous oxide, narcotic and analgesic, and skeletal muscle relaxant) was significantly more effective than placebo in preventing postoperative nausea and vomiting. No increased efficacy was seen with higher doses. One trial compared single intravenous ANZEMET Injection doses of 12.5, 25, 50, and 100 mg with placebo in 635 women surgical patients undergoing laparoscopic procedures. ANZEMET Injection at a dose of 12.5 mg



ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

was statistically superior to placebo for complete response (no vomiting, no rescue medication) (p=.0003). Complete response rates were 50% and 31%, respectively.
Another trial compared single intravenous ANZEMET Injection doses of 12.5, 25, 50, and 100 mg with placebo in 1030 (722 women and 308 men) surgical patients. In women, the 12.5 mg dose was statistically superior to placebo for complete response. The complete response rates were 50% and 40% respectively. However, in men, there was no statistically significant difference in complete response between any ANZEMET dose and placebo.
Treatment of Postoperative Nausea and/or Vomiting. Two randomized, double-blinded trials compared single intravenous ANZEMET Injection doses of 12.5, 25, 50, and 100 mg with placebo in 124 male and 833 female patients who had undergone surgery with general balanced anesthesia and presented with early postoperative nausea or vomiting requiring antiemetic treatment.
In both studies, the 12.5 mg intravenous dose of ANZEMET was statistically superior to placebo for complete response (no vomiting, no escape medication). No significant increased efficacy was seen with higher doses.

**CLINICAL STUDIES–ANZEMET Tablets**
Prevention of Cancer Chemotherapy-Induced Nausea and Vomiting. Oral ANZEMET at a dose of 100 mg prevents nausea and vomiting associated with moderately emetogenic cancer therapy as shown by 24 hour efficacy data from two double-blind studies. Efficacy was based on complete response (ie, no vomiting, no rescue medication).
The first randomized, double-blind trial compared single oral ANZEMET doses of 25, 50, 100 and 200 mg in 60 men and 259 women cancer patients receiving cyclophosphamide and/or doxorubicin. There was no statistically significant difference in complete response between the 100 mg and 200 mg dose. Results are summarized in Table 5.

Table 5. Prevention of Chemotherapy-Induced Nausea and Vomiting from Moderately Emetogenic Chemotherapy

| | ANZEMET Tablets | | | | |
|---|---|---|---|---|---|
| Response Over 24 Hours | 25 mg (N=76) | 50 mg (N=83) | 100 mg† (N=80) | 200 mg (N=78) | P-value for Linear Trend |
| Complete Response‡ | 24 (31%) | 34 (41%) | 49 (61%) | 46 (59%) | P<.0001 |
| Nausea Score§ | 49 | 10 | 11 | 7 | P=.0005 |

†: The recommended dose
‡: No emetic episodes and no rescue medication.
§: Median 24-h change from baseline nausea score using visual analog scale (VAS): Score range 0 = "none" to 100 = "nausea as bad as it can be."

Another trial also compared single oral ANZEMET doses of 25, 50, 100 and 200 mg in 307 patients receiving moderately emetogenic chemotherapy. In this study, the 100 mg ANZEMET dose gave a 73% complete response rate.
Prevention of Postoperative Nausea and Vomiting. ANZEMET Tablets at a dose of 100 mg administered orally 1-2 hours before surgery and before general balanced anesthesia (short-acting barbiturate, nitrous oxide, narcotic analgesic, and skeletal muscle relaxant) was significantly more effective than placebo in preventing postoperative nausea and vomiting. Efficacy was based on complete response rates (0 emetic episodes and no rescue medication over 24 hours). No increased efficacy was seen with higher doses.
One trial compared single ANZEMET Tablet doses of 25, 50, 100 and 200 mg with placebo in 789 women undergoing gynecological surgery. In this study the 100 mg dose produced a complete response rate statistically superior to placebo. The study results are summarized in Table 6.

Table 6. Prevention of Postoperative Nausea and Vomiting

| | ANZEMET Tablets | | | | |
|---|---|---|---|---|---|
| Response Over 24 Hours | 25 mg (N=159) | 50 mg (N=166) | 100 mg† (N=154) | 200 mg (N=154) | Placebo (N=156) |
| Complete Response‡ | 71 (45%) | 95 (57%)* | 78 (51%)* | 73 (47%)* | 55 (35%) |
| Nausea Score§ | 5* | 4* | 5* | 6* | 15 |

*: P<.05 vs placebo
†: The recommended dose
‡: No emetic episodes and no rescue medication.
§: Median 24-h change from baseline nausea score using visual analog scale (VAS). Score range 0 = "none" to 100 = "nausea as bad as it can be."

Another trial also compared single oral ANZEMET doses of 25, 50, 100 and 200 mg with placebo in 373 women undergoing gynecological surgery. In this study, the 100 mg ANZEMET dose gave a 54% complete response rate as compared to the 29% rate of placebo.

**INDICATIONS AND USAGE**
ANZEMET Injection is indicated for the following:
1) the prevention of nausea and vomiting associated with initial and repeat courses of emetogenic cancer chemotherapy, including high dose cisplatin;
2) the prevention of postoperative nausea and vomiting. As with other antiemetics, routine prophylaxis is not recommended for patients in whom there is little expectation that nausea and/or vomiting will occur postoperatively. In patients where nausea and/or vomiting must be avoided postoperatively, ANZEMET Injection is recommended even where the incidence of postoperative nausea and/or vomiting is low.
3) the treatment of postoperative nausea and/or vomiting.

ANZEMET Tablets are indicated for:
1) the prevention of nausea and vomiting associated with moderately-emetogenic cancer chemotherapy, including initial and repeat courses;
2) the prevention of postoperative nausea and vomiting.

**CONTRAINDICATIONS**
ANZEMET Injection and ANZEMET Tablets are contraindicated in patients known to have hypersensitivity to the drug.

**WARNINGS**
ANZEMET can cause ECG interval changes (PR, $QT_c$, JT prolongation and QRS widening). These changes are related in magnitude and frequency to blood levels of the active metabolite. These changes are self-limiting with declining blood levels. Some patients have interval prolongations for 24 hours or longer. Interval prolongation could lead to cardiovascular consequences, including heart block or cardiac arrhythmias. These have rarely been reported.
A cardiac conduction abnormality observed on an intra-operative cardiac rhythm monitor (interpreted as complete heart block) was reported in a 61 year old woman who received 200 mg ANZEMET for the prevention of postoperative nausea and vomiting. This patient was also taking verapamil. A similar event also interpreted as complete heart block was reported in one patient receiving placebo.
A 66-year-old man with Stage IV non-Hodgkins lymphoma died suddenly 6 hours after receiving 1.8 mg/kg (119 mg) intravenous ANZEMET Injection. This patient had other potential risk factors including substantial exposure to doxorubicin and concomitant cyclophosphamide.

**PRECAUTIONS**
General. Dolasetron should be administered with caution in patients who have or may develop prolongation of cardiac conduction intervals, particularly $QT_c$. These include patients with hypokalemia or hypomagnesemia, patients taking diuretics with potential for inducing electrolyte abnormalities, patients with congenital QT syndrome, patients taking anti-arrhythmic drugs or other drugs which lead to QT prolongation, and cumulative high dose anthracycline therapy.
Drug Interactions. The potential for clinically significant drug-drug interactions posed by dolasetron and hydrodolasetron appears to be low for drugs commonly used in chemotherapy or surgery, because hydrodolasetron is eliminated by multiple routes. See PRECAUTIONS, General for information about potential interaction with other drugs that prolong the $QT_c$ interval. Blood levels of hydrodolasetron increased 24% when dolasetron was coadministered with cimetidine (nonselective inhibitor of cytochrome P-450) for 7 days, and decreased 28% with coadministration of rifampin (potent inducer of cytochrome P-450) for 7 days.
ANZEMET Injection has been safely coadministered with drugs used in chemotherapy and surgery. As with other agents which prolong ECG intervals, caution should be exercised in patients taking drugs which prolong ECG intervals, particularly $QT_c$.
In patients taking furosemide, nifedipine, diltiazem, ACE inhibitors, verapamil, glyburide, propranolol, and various chemotherapy agents, no effect was shown on the clearance of hydrodolasetron. Clearance of hydrodolasetron decreased by about 27% when dolasetron mesylate was administered intravenously concomitantly with atenolol. ANZEMET does not influence anesthesia recovery time in patients. Dolasetron mesylate did not inhibit the antitumor activity of four chemotherapeutic agents (cisplatin, 5-fluorouracil, doxorubicin, cyclophosphamide) in four murine models.
Carcinogenesis, Mutagenesis, Impairment of Fertility. In a 24-month carcinogenicity study, there was a statistically significant (P<0.001) increase in the incidence of combined hepatocellular adenomas and carcinomas in male mice treated with 150 mg/kg/day and above. In this study, mice (CD-1) were treated orally with dolasetron mesylate 75, 150 or 300 mg/kg/day (225, 450 or 900 mg/m²/day). For a 50 kg person of average height (1.46 m² body surface area), these doses represent 3.4, 6.8 and 13.5, and 3, 6 and 12 times the recommended intravenous (66.6 mg/m²) and oral (74 mg/m²) clinical dose on a body surface area basis, respectively. No increase in liver tumors was observed at a dose of 75 mg/kg/day in male mice and at doses up to 300 mg/kg/day in female mice.
In a 24-month rat (Sprague-Dawley) carcinogenicity study, oral dolasetron mesylate was not tumorigenic at doses up to 150 mg/kg/day (900 mg/m²/day, 13.5 and 12 times the recommended human intravenous and oral dose, respectively, based on body surface area) in male rats and 300 mg/kg/day (1800 mg/m²/day, 27 and 24 times the recommended human intravenous and oral dose, respectively, based on body surface area) in female rats.
Dolasetron mesylate was not genotoxic in the Ames test, the rat lymphocyte chromosomal aberration test, the Chinese hamster ovary (CHO) cell (HGPRT) forward mutation test, the rat hepatocyte unscheduled DNA synthesis (UDS) test or the mouse micronucleus test.
Dolasetron mesylate was found to have no effect on fertility and reproductive performance at oral doses up to 100 mg/kg/day (600 mg/m²/day, 9 and 8 times the recommended human intravenous and oral dose, respectively, based on body surface area) in female rats and up to 400 mg/kg/day (2400 mg/m²/day, 36 and 32 times the recommended human intravenous and oral dose, respectively, based on body surface area) in male rats.
Pregnancy: Teratogenic Effects. Pregnancy Category B. Teratology studies have not revealed evidence of impaired fertility or harm to the fetus due to dolasetron mesylate. These studies have been performed in pregnant rats at intravenous and oral doses up to 60 mg/kg/day and 100 mg/kg/day which represent 5.4 and 8 times the recommended human intravenous and oral dose, respectively, based on body surface area and pregnant rabbits at intravenous and oral doses up to 20 mg/kg/day and 100 mg/kg/day which represent 3.2 and 16 times the recommended human intravenous and oral dose based on body surface area. There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.
Nursing Mothers. It is not known whether dolasetron mesylate is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when ANZEMET Injection or ANZEMET Tablets are administered to a nursing woman.
Pediatric Use. Four open-label, noncomparative pharmacokinetic studies have been performed in a total of 108 pediatric patients receiving emetogenic chemotherapy or undergoing surgery with general anesthesia. These patients received ANZEMET Injection either intravenously or orally in juice. Pediatric patients from 2 to 17 years of age participated in these trials, which included intravenous ANZEMET Injection doses of 0.6, 1.2, 1.8 or 2.4 mg/kg, and oral doses of 0.6, 1.2, or 1.8 mg/kg. There is no experience in pediatric patients under 2 years of age. Overall, ANZEMET Injection was well tolerated in these pediatric patients. Efficacy information collected in pediatric patients receiving cancer chemotherapy are consistent with those obtained in adults. No efficacy information was collected in the pediatric postoperative nausea and vomiting studies. ANZEMET Tablets are expected to be as safe and effective as when ANZEMET Injection is given orally to pediatric patients. ANZEMET Tablets are recommended for children old enough to swallow tablets (see CLINICAL PHARMACOLOGY, Pharmacokinetics in Humans).
Use in Elderly Patients. Dosage adjustment is not needed in patients over 65. Effectiveness in prevention of nausea and vomiting in elderly patients was no different than in younger age-groups.

**ADVERSE REACTIONS–ANZEMET Injection**
Chemotherapy Patients. In controlled clinical trials, 2265 adult patients received ANZEMET Injection. The overall adverse event rates were similar with 1.8 mg/kg ANZEMET Injection and ondansetron or granisetron. Patients were receiving concurrent chemotherapy, predominantly high-dose (≥50 mg/m²) cisplatin. Following is a combined listing of all adverse events reported in ≥2% of patients in these controlled trials (Table 7).

Table 7. Adverse Events ≥2% from Chemotherapy-Induced Nausea and Vomiting Studies

| Event | ANZEMET Injection 1.8 mg/kg (n=695) | | Ondansetron/ Granisetron* (n=356) | |
|---|---|---|---|---|
| Headache | 169 | (24.3%) | 73 | (20.5%) |
| Diarrhea | 86 | (12.4%) | 25 | (7.0%) |
| Fever | 30 | (4.3%) | 18 | (5.1%) |
| Fatigue | 25 | (3.6%) | 12 | (3.4%) |
| Hepatic Function Abnormal† | 25 | (3.6%) | 12 | (3.4%) |
| Abdominal Pain | 22 | (3.2%) | 7 | (2.0%) |
| Hypertension | 20 | (2.9%) | 9 | (2.5%) |
| Pain | 17 | (2.4%) | 7 | (2.0%) |
| Dizziness | 15 | (2.2%) | 7 | (2.0%) |
| Chills/Shivering | 14 | (2.0%) | 6 | (1.7%) |

*: Ondansetron 32 mg intravenous, granisetron 3 mg intravenous.
†: Includes events coded as SGOT- and/or SGPT-increased (see also Liver and Biliary System below)

Postoperative Patients. In controlled clinical trials with 2550 adult patients, headache and dizziness were reported more frequently with 12.5 mg ANZEMET Injection than with placebo. Rates of other adverse events were similar. Following is a listing of all adverse events reported in ≥2% of patients receiving either placebo or 12.5 mg ANZEMET Injection for the prevention or treatment of postoperative nausea and vomiting in controlled clinical trials (Table 8).

Table 8. Adverse Events ≥2% from Placebo-Controlled Postoperative Nausea and Vomiting Studies

| Event | ANZEMET Injection 12.5 mg (n=615) | | Placebo (n=739) | |
|---|---|---|---|---|
| Headache | 58 | (9.4%) | 51 | (6.9%) |
| Dizziness | 34 | (5.5%) | 23 | (3.1%) |
| Drowsiness | 15 | (2.4%) | 18 | (2.4%) |
| Pain | 15 | (2.4%) | 21 | (2.8%) |
| Urinary Retention | 12 | (2.0%) | 16 | (2.2%) |

In clinical trials, the following infrequently reported adverse events, assessed by investigators as treatment-related or causality unknown, occurred following oral or intravenous administration of ANZEMET to adult patients receiving concomitant cancer chemotherapy or surgery:
Cardiovascular: Hypotension; rarely–edema, peripheral edema. The following events also occurred rarely and with a similar frequency as placebo and/or active comparator: Mobitz I AV block, chest pain, orthostatic hypotension, myocardial ischemia, syncope, severe bradycardia, and palpitations. See PRECAUTIONS section for information on potential effects on ECG.
In addition, the following asymptomatic treatment-emergent ECG changes were seen at rates less than or equal to those for active or placebo controls: bradycardia, tachycardia, T wave change, ST-T wave change, sinus arrhythmia, extrasystole (APCs or VPCs), poor R-wave progression, bundle branch block (left and right), nodal arrhythmia, U wave change, atrial flutter/fibrillation.
Dermatologic: Rash, increased sweating.
Gastrointestinal System: Constipation, dyspepsia, abdominal pain, anorexia; rarely–pancreatitis.
Hearing, Taste and Vision: Taste perversion, abnormal vision; rarely–tinnitus, photophobia.
Hematologic: Rarely–hematuria, epistaxis, prothrombin time prolonged, PTT increased, anemia, purpura/hematoma, thrombocytopenia.

**Hypersensitivity:** Rarely–anaphylactic reaction, facial edema, urticaria.
**Liver and Biliary System:** Transient increases in AST (SGOT) and/or ALT (SGPT) values have been reported as adverse events in less than 1% of adult patients receiving ANZEMET in clinical trials. The increases did not appear to be related to dose or duration of therapy and were not associated with symptomatic hepatic disease. Similar increases were seen with patients receiving active comparator. Rarely–hyperbilirubinemia, increased GGT.
**Metabolic and Nutritional:** Rarely–alkaline phosphatase increased.
**Musculoskeletal:** Rarely–myalgia, arthralgia.
**Nervous System:** Flushing, vertigo, paraesthesia, tremor; rarely–ataxia, twitching.
**Psychiatric:** Agitation, sleep disorder, depersonalization; rarely–confusion, anxiety, dreaming abnormal.
**Respiratory System:** Rarely–dyspnea, bronchospasm.
**Urinary System:** Rarely–dysuria, polyuria, acute renal failure.
**Vascular (Extracardiac):** Rarely–peripheral ischemia, thrombophlebitis/phlebitis.

**ADVERSE REACTIONS–ANZEMET Tablets**

Chemotherapy Patients. In controlled clinical trials, 943 adult cancer patients received ANZEMET Tablets. These patients were receiving concurrent chemotherapy, predominantly cyclophosphamide and doxorubicin regimens. The following adverse events were reported in ≥2% of patients receiving either ANZEMET 25 mg or ANZEMET 100 mg tablets for prevention of cancer chemotherapy induced nausea and vomiting in controlled clinical trials (Table 9).

Table 9. Adverse Events ≥2% from Chemotherapy-Induced Nausea and Vomiting Studies

| Event | ANZEMET 25 mg (N=235) | ANZEMET 100 mg (N=227) |
|---|---|---|
| Headache | 42 (17.9%) | 52 (22.9%) |
| Fatigue | 6 (2.6%) | 13 (5.7%) |
| Diarrhea | 5 (2.1%) | 12 (5.3%) |
| Bradycardia | 12 (5.1%) | 9 (4.0%) |
| Dizziness | 3 (1.3%) | 7 (3.1%) |
| Pain | 0 | 7 (3.1%) |
| Tachycardia | 7 (3.0%) | 6 (2.6%) |
| Dyspepsia | 7 (3.0%) | 5 (2.2%) |
| Chills/Shivering | 3 (1.3%) | 5 (2.2%) |

Postoperative Patients. In controlled clinical trials, 936 adult female patients have received oral ANZEMET for the prevention of postoperative nausea and vomiting. Following is a listing of all adverse events reported in ≥2% of patients receiving either placebo or ANZEMET for prevention of postoperative nausea and vomiting in controlled clinical trials (Table 10).

Table 10. Adverse Events ≥2% from Placebo-Controlled Postoperative Nausea and Vomiting Studies

| Event | ANZEMET 100 mg (N=228) | Placebo (N=231) |
|---|---|---|
| Headache | 16 (7.0%) | 11 (4.8%) |
| Hypotension | 12 (5.3%) | 15 (6.5%) |
| Dizziness | 10 (4.4%) | 0 (0.0%) |
| Fever | 8 (3.5%) | 7 (3.0%) |
| Pruritus | 7 (3.1%) | 8 (3.5%) |
| Oliguria | 6 (2.6%) | 3 (1.3%) |
| Hypertension | 5 (2.2%) | 7 (3.0%) |
| Tachycardia | 5 (2.2%) | 2 (0.9%) |

In clinical trials, the following infrequently reported adverse events, assessed by investigators as treatment-related or causality unknown, occurred following oral or intravenous administration of ANZEMET to adult patients receiving concomitant cancer chemotherapy or surgery:
**Cardiovascular:** Hypotension; rarely–edema, peripheral edema. The following events also occurred rarely and with a similar frequency as placebo and/or active comparator: Mobitz I AV block, chest pain, orthostatic hypotension, myocardial ischemia, syncope, severe bradycardia, and palpitations. See PRECAUTIONS section for information on potential effects on ECG.
In addition, the following asymptomatic treatment-emergent ECG changes were seen at rates less than or equal to those for active or placebo controls: bradycardia, T wave change, ST-T wave change, sinus arrhythmia, extrasystole (APCs or VPCs), poor R-wave progression, bundle branch block (left and right), nodal arrhythmia, U wave change, atrial flutter/fibrillation.
**Dermatologic:** Rash, increased sweating.
**Gastrointestinal System:** Constipation, dyspepsia, abdominal pain, anorexia; rarely–pancreatitis.
**Hearing, Taste and Vision:** Taste perversion, abnormal vision; rarely–tinnitus, photophobia.
**Hematologic:** Rarely–hematuria, epistaxis, prothrombin time prolonged, PTT increased, anemia, purpura/hematoma, thrombocytopenia.
**Hypersensitivity:** Rarely–anaphylactic reaction, facial edema, urticaria.
**Liver and Biliary System:** Transient increases in AST (SGOT) and/or ALT (SGPT) values have been reported as adverse events in less than 1% of adult patients receiving ANZEMET in clinical trials. The increases did not appear to be related to dose or duration of therapy and were not associated with symptomatic hepatic disease. Similar increases were seen with patients receiving active comparator. Rarely–hyperbilirubinemia, increased GGT.
**Metabolic and Nutritional:** Rarely–alkaline phosphatase increased.
**Musculoskeletal:** Rarely–myalgia, arthralgia.
**Nervous System:** Flushing, vertigo, paresthesia, tremor; rarely–ataxia, twitching.
**Psychiatric:** Agitation, sleep disorder, depersonalization; rarely–confusion, anxiety, dreaming abnormal.
**Respiratory System:** Rarely–dyspnea, bronchospasm.
**Urinary System:** Rarely–dysuria, polyuria, acute renal failure.
**Vascular (Extracardiac):** Rarely–peripheral ischemia, thrombophlebitis/phlebitis.

**OVERDOSAGE**

A 59-year old man with metastatic melanoma developed severe hypotension and dizziness 40 minutes after receiving a 15 minute intravenous infusion of 1000 mg (13 mg/kg) of dolasetron mesylate. Treatment for the overdose consisted of infusion of 500 mL of a plasma expander, dopamine, and atropine. The patient had normal sinus rhythm and prolongation of PR, QRS and $QT_c$ intervals on an ECG recorded 2 hours after the infusion. The patient's blood pressure was normal 3 hours after the event and the ECG intervals returned to baseline on follow-up. The patient was released from the hospital 6 hours after the event.
Following a suspected overdose of ANZEMET Injection, a patient found to have second-degree or higher AV conduction block should undergo cardiac telemetry monitoring.
There is no known specific antidote for dolasetron mesylate, and patients with suspected overdose should be managed with supportive therapy. Individual doses as large as 5 mg/kg intravenously or 400 mg orally have been safely given to healthy volunteers or cancer patients.
It is not known if dolasetron mesylate is removed by hemodialysis or peritoneal dialysis.
A 7-year-old boy received 6 mg/kg dolasetron mesylate orally before surgery. No symptoms occurred and no treatment was required.
Single intravenous doses of dolasetron mesylate at 160 mg/kg in male mice and 140 mg/kg in female mice and rats of both sexes (6.3 to 12.6 times the recommended human dose based on body surface area) were lethal. Symptoms of acute toxicity were tremors, depression and convulsions.

**DOSAGE AND ADMINISTRATION–ANZEMET Injection**

The recommended dose of ANZEMET Injection should not be exceeded.

Prevention of Cancer Chemotherapy-Induced Nausea and Vomiting

**Adults:** The recommended intravenous dosage of ANZEMET Injection from clinical trial results is 1.8 mg/kg given as a single dose approximately 30 minutes before chemotherapy (see Administration). Alternatively, for most patients, a fixed dose of 100 mg can be administered over 30 seconds.



**Pediatric Patients:** The recommended intravenous dosage in pediatric patients 2 to 16 years of age is 1.8 mg/kg given as a single dose approximately 30 minutes before chemotherapy, up to a maximum of 100 mg (see Administration). Safety and effectiveness in pediatric patients under 2 years of age have not been established.
ANZEMET Injection mixed in apple or apple-grape juice may be used for oral dosing of pediatric patients. When ANZEMET Injection is administered orally, the recommended dosage in pediatric patients 2 to 16 years of age is 1.8 mg/kg up to a maximum 100 mg dose given within 1 hour before chemotherapy.
The diluted product may be kept up to 2 hours at room temperature before use.
**Use in the Elderly, in Renal Failure Patients, or in Hepatically Impaired Patients:** No dosage adjustment is recommended.

Prevention or Treatment of Postoperative Nausea and/or Vomiting

**Adults:** The recommended intravenous dosage of ANZEMET Injection is 12.5 mg given as a single dose approximately 15 minutes before the cessation of anesthesia (prevention) or as soon as nausea or vomiting presents (treatment).
**Pediatric Patients:** The recommended intravenous dosage in pediatric patients 2 to 16 years of age is 0.35 mg/kg, with a maximum dose of 12.5 mg, given as a single dose approximately 15 minutes before the cessation of anesthesia or as soon as nausea or vomiting presents. Safety and effectiveness in pediatric patients under 2 years of age have not been established.
ANZEMET Injection mixed in apple or apple-grape juice may be used for oral dosing of pediatric patients. When ANZEMET Injection is administered orally, the recommended oral dosage in pediatric patients 2 to 16 years of age is 1.2 mg/kg up to a maximum 100-mg dose given within 2 hours before surgery. The diluted product may be kept up to 2 hours at room temperature before use.
**Use in the Elderly, in Renal Failure Patients, or in Hepatically Impaired Patients:** No dosage adjustment is recommended.
**Administration.** ANZEMET Injection can be safely infused intravenously as rapidly as 100 mg/30 seconds or diluted in a compatible intravenous solution (see below) to 50 mL and infused over a period of up to 15 minutes. ANZEMET Injection should not be mixed with other drugs. Flush the infusion line before and after administration of ANZEMET Injection.
**Stability.** After dilution, ANZEMET Injection is stable under normal lighting conditions at room temperature for 24 hours or under refrigeration for 48 hours with the following compatible intravenous fluids: 0.9% sodium chloride injection, 5% dextrose injection, 5% dextrose and 0.45% sodium chloride injection, 5% dextrose and Lactated Ringer's injection, Lactated Ringer's injection, and 10% mannitol injection. Although ANZEMET Injection is chemically and physically stable when diluted as recommended, sterile precautions should be observed because diluents generally do not contain preservative. After dilution, do not use beyond 24 hours, or 48 hours if refrigerated.
Parenteral drug products should be inspected visually for particulate matter and discoloration before administration whenever solution and container permit.

**DOSAGE AND ADMINISTRATION–ANZEMET Tablets**

The recommended doses of ANZEMET Tablets should not be exceeded.

Prevention of Cancer Chemotherapy-Induced Nausea and Vomiting

**Adults:** The recommended oral dosage of ANZEMET (dolasetron mesylate) is 100 mg given within one hour before chemotherapy.
**Pediatric Patients:** The recommended oral dosage in pediatric patients 2 to 16 years of age is 1.8 mg/kg given within one hour before chemotherapy, up to a maximum of 100 mg. Safety and effectiveness in pediatric patients under 2 years of age have not been established.
**Use in the Elderly, Renal Failure Patients, or Hepatically Impaired Patients:**
No dosage adjustment is recommended. (See Pharmacokinetics in Humans.)

Prevention of Postoperative Nausea and Vomiting

**Adults:** The recommended oral dosage of ANZEMET (dolasetron mesylate) is 100 mg within two hours before surgery.
**Pediatric Patients:** The recommended oral dosage in pediatric patients 2 to 16 years of age is 1.2 mg/kg given within two hours before surgery, up to a maximum of 100 mg. Safety and effectiveness in pediatric patients under 2 years of age have not been established.
**Use in the Elderly, Renal Failure Patients, or Hepatically Impaired Patients:** No dosage adjustment is recommended. (See Pharmacokinetics in Humans.)

**HOW SUPPLIED**

ANZEMET Injection (dolasetron mesylate injection) is supplied in single-use ampuls and vials as a clear, colorless solution.

ANZEMET® Injection
(dolasetron mesylate injection)
20 mg/mL

| Strength | Description | NDC Number |
|---|---|---|
| 12.5 mg | 0.625-mL single use ampules (Box of 6) | 0088-1206-65 |
| 100 mg/5 mL | 5-mL single use vial | 0088-1206-32 |

ANZEMET®
(dolasetron mesylate)
Tablets

| Strength | Quantity | NDC Number | Description |
|---|---|---|---|
| 50 mg | 5 ct Bottle<br>10 ct Unit Dose<br>5 ct Blister Pack | 0088-1202-05<br>0088-1202-43<br>0088-1202-29 | Light pink, film coated, round tablet imprinted with "ANZEMET 50" on one side. |
| 100 mg | 5 ct Bottle<br>10 ct Unit Dose<br>5 ct Blister Pack | 0088-1203-05<br>0088-1203-43<br>0088-1203-29 | Pink, film coated, elongated oval tablet imprinted with "100" on one side and "ANZEMET" on the other. |

Store at controlled room temperature 20-25°C (68-77°F). Protect from light.

Prescribing information as of October 1997

ANZEMET Injection:
Manufactured for Hoechst Marion Roussel, Inc.
Kansas City, MO 64137 USA
Manufactured by Ben Venue Laboratories, Inc.
Bedford, OH 44146 USA

ANZEMET Tablets:
Hoechst Marion Roussel, Inc.
Kansas City, MO 64137 USA

anzitp1097b

Hoechst Marion Roussel

Hoechst

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

BRIEF SUMMARY

℞ ONLY

# BLENOXANE®

## (bleomycin sulfate for injection, USP)

*Brief Summary of Prescribing Information, 6/98. For complete prescribing information, please consult official package circular.*

**WARNING**

It is recommended that BLENOXANE® (bleomycin sulfate for injection, USP) be administered under the supervision of a qualified physician experienced in the use of cancer chemotherapeutic agents. Appropriate management of therapy and complications is possible only when adequate diagnostic and treatment facilities are readily available.

Pulmonary fibrosis is the most severe toxicity associated with BLENOXANE. The most frequent presentation is pneumonitis occasionally progressing to pulmonary fibrosis. Its occurrence is higher in elderly patients and in those receiving greater than 400 units total dose, but pulmonary toxicity has been observed in young patients and those treated with low doses.

A severe idiosyncratic reaction consisting of hypotension, mental confusion, fever, chills, and wheezing has been reported in approximately 1% of lymphoma patients treated with BLENOXANE.

**INDICATIONS AND USAGE**

BLENOXANE® (bleomycin sulfate for injection, USP) should be considered a palliative treatment. It has been shown to be useful in the management of the following neoplasms either as a single agent or in proven combinations with other approved chemotherapeutic agents:

**Squamous Cell Carcinoma:** Head and neck (including mouth, tongue, tonsil, nasopharynx, oropharynx, sinus, palate, lip, buccal mucosa, gingivae, epiglottis, skin, larynx), penis, cervix, and vulva. The response to BLENOXANE is poorer in patients with previously irradiated head and neck cancer.

**Lymphomas:** Hodgkin's Disease, non-Hodgkin's lymphoma.

**Testicular Carcinoma:** Embryonal cell, choriocarcinoma, and teratocarcinoma.

BLENOXANE has also been shown to be useful in the management of:

**Malignant Pleural Effusion:** BLENOXANE is effective as a sclerosing agent for the treatment of malignant pleural effusion and prevention of recurrent pleural effusions.

**CONTRAINDICATIONS**

BLENOXANE is contraindicated in patients who have demonstrated a hypersensitive or an idiosyncratic reaction to it.

**WARNINGS**

Patients receiving BLENOXANE must be observed carefully and frequently during and after therapy. It should be used with extreme caution in patients with significant impairment of renal function or compromised pulmonary function.

Pulmonary toxicities occur in 10% of treated patients. In approximately 1%, the nonspecific pneumonitis induced by BLENOXANE progresses to pulmonary fibrosis, and death. Although this is age and dose related, the toxicity is unpredictable. Frequent roentgenograms are recommended.

A severe idiosyncratic reaction (similar to anaphylaxis) consisting of hypotension, mental confusion, fever, chills, and wheezing has been reported in approximately 1% of lymphoma patients treated with BLENOXANE. Since these reactions usually occur after the first or second dose, careful monitoring is essential after these doses.

Renal or hepatic toxicity, beginning as a deterioration in renal or liver function tests, have been reported, infrequently. These toxicities may occur, however, at any time after initiation of therapy.

**Usage in Pregnancy:**

*Pregnancy "Category D"* – BLENOXANE can cause fetal harm when administered to a pregnant woman. It has been shown to be teratogenic in rats. Administration of intraperitoneal doses of 1.5 mg/kg/day to rats (about 1.6 times the recommended human dose on a unit/m² basis) on days 6-15 of gestation caused skeletal malformations, shortened innominate artery and hydroureter. BLENOXANE is abortifacient but not teratogenic in rabbits, at I.V. doses of 1.2 mg/kg/day (about 2.4 times the recommended human dose on a unit/m² basis) given on gestation days 6-18.

There have been no studies in pregnant women. If BLENOXANE is used during pregnancy, or if the patient becomes pregnant while receiving this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant during therapy with BLENOXANE.

**PRECAUTIONS**

**General:** Bleomycin clearance may be reduced in patients with impaired renal function. No guidelines have been established for dose adjustments, but bleomycin should be used with extreme caution in patients with significant renal impairment.

**Carcinogenesis, Mutagenesis, and Impairment of Fertility:** The carcinogenic potential of BLENOXANE in humans is unknown. A study in F344-type male rats demonstrated an increased incidence of nodular hyperplasia after induced lung carcinogenesis by nitrosamines, followed by treatment with bleomycin. In another study where the drug was administered to rats by subcutaneous injection at 0.35mg/kg weekly (3.82 units/m² weekly or about 30% at the recommended human dose), necropsy findings included dose related injection site fibrosarcomas as well as various renal tumors. Bleomycin has been shown to be mutagenic both *in vitro* and *in vivo*. The effects of bleomycin on fertility have not been studied.

**Pregnancy:** Pregnancy "Category D". (See "WARNINGS" section.)

**Nursing Mothers:** It is not known whether the drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants, it is recommended that nursing be discontinued by women receiving BLENOXANE therapy.

**Pediatric Use:** Safety and effectiveness of BLENOXANE in pediatric patients have not been established.

**ADVERSE REACTIONS**

**Pulmonary:** This is potentially the most serious side effect, occurring in approximately 10% of treated patients. The most frequent presentation is pneumonitis occasionally progressing to pulmonary fibrosis. Approximately 1% of patients treated have died of pulmonary fibrosis. Pulmonary toxicity is both dose and age related, being more common in patients over 70 years of age and in those receiving over 400 units total dose. This toxicity, however, is unpredictable and has been seen occasionally in young patients receiving low doses. Some published reports have suggested that the risk of pulmonary toxicity may be increased when bleomycin is used in combination with G-CSF (filgrastim) or other cytokines. However, randomized clinical studies completed to date have not demonstrated an increased risk of pulmonary complications in patients treated with bleomycin and G-CSF.

Because of lack of specificity of the clinical syndrome, the identification of patients with pulmonary toxicity due to BLENOXANE has been extremely difficult. The earliest symptom associated with BLENOXANE pulmonary toxicity is dyspnea. The earliest sign is fine rales.

Radiographically, BLENOXANE-induced pneumonitis produces nonspecific patchy opacities, usually of the lower lung fields. The most common changes in pulmonary function tests are a decrease in total lung volume and a decrease in vital capacity. However, these changes are not predictive of the development of pulmonary fibrosis.

The microscopic tissue changes due to BLENOXANE toxicity include bronchiolar squamous metaplasia, reactive macrophages, atypical alveolar epithelial cells, fibrinous edema, and interstitial fibrosis. The acute stage may involve capillary changes and subsequent fibrinous exudation into alveoli producing a change similar to hyaline membrane formation and progressing to a diffuse interstitial fibrosis resembling the Hamman-Rich syndrome. These microscopic findings are nonspecific; e.g., similar changes are seen in radiation pneumonitis and pneumocystic pneumonitis.

To monitor the onset of pulmonary toxicity, roentgenograms of the chest should be taken every 1 to 2 weeks. If pulmonary changes are noted, treatment should be discontinued until it can be determined if they are drug related. Recent studies have suggested that sequential measurement of the pulmonary diffusion capacity for carbon monoxide ($DL_{CO}$) during treatment with BLENOXANE may be an indicator of subclinical pulmonary toxicity. It is recommended that the $DL_{CO}$ be monitored monthly if it is to be employed to detect pulmonary toxicities, and thus the drug should be discontinued when the $DL_{CO}$ falls below 30 to 35% of the pretreatment value.

Because of bleomycin's sensitization of lung tissue, patients who have received bleomycin are at greater risk of developing pulmonary toxicity when oxygen is administered in surgery. While long exposure to very high oxygen concentrations is a known cause of lung damage, after bleomycin administration, lung damage can occur at lower concentrations that are usually considered safe. Suggested preventive measures are:

1. Maintain $FI\ O_2$ at concentrations approximating that of room air (25%) during surgery and the postoperative period.
2. Monitor carefully fluid replacement, focusing more on colloid administration rather than crystalloid.

Sudden onset of an acute chest pain syndrome suggestive of pleuropericarditis has been rarely reported during BLENOXANE (bleomycin sulfate for injection, USP) infusions. Although each patient must be individually evaluated, further courses of BLENOXANE do not appear to be contraindicated.

Pulmonary adverse events which may be related to the intrapleural administration of BLENOXANE have been reported only rarely.

**Idiosyncratic Reactions:** In approximately 1% of the lymphoma patients treated with BLENOXANE, an idiosyncratic reaction, similar to anaphylaxis clinically, has been reported. The reaction may be immediate or delayed for several hours, and usually occurs after the first or second dose. It consists of hypotension, mental confusion, fever, chills, and wheezing. Treatment is symptomatic including volume expansion, pressor agents, antihistamines, and corticosteroids.

**Integument and Mucous Membranes:** These are the most frequent side effects, being reported in approximately 50% of treated patients. These consist of erythema, rash, striae, vesiculation, hyperpigmentation, and tenderness of the skin. Hyperkeratosis, nail changes, alopecia, pruritus, and stomatitis have also been reported. It was necessary to discontinue BLENOXANE therapy in 2% of treated patients because of these toxicities.

Skin toxicity is a relatively late manifestation usually developing in the 2nd and 3rd week of treatment after 150 to 200 units of BLENOXANE have been administered and appears to be related to the cumulative dose.

Intrapleural administration of BLENOXANE has occasionally been associated with local pain. Hypotension possibly requiring symptomatic treatment has been reported infrequently. Death has been very rarely reported in association with BLENOXANE pleurodesis in these very seriously ill patients.

**Other:** Vascular toxicities coincident with the use of BLENOXANE in combination with other antineoplastic agents have been reported rarely. The events are clinically heterogeneous and may include myocardial infarction, cerebrovascular accident, thrombotic microangiopathy (HUS) or cerebral arteritis. Various mechanisms have been proposed for these vascular complications. There are also reports of Raynaud's phenomenon occurring in patients treated with BLENOXANE in combination with vinblastine with or without cisplatin or, in a few cases, with BLENOXANE as a single agent. It is currently unknown if the cause of Raynaud's phenomenon in these cases is the disease, underlying vascular compromise, BLENOXANE, vinblastine, hypomagnesemia, or a combination of any of these factors.

Fever, chills, and vomiting were frequently reported side effects. Anorexia and weight loss are common and may persist long after termination of this medication. Pain at tumor site, phlebitis, and other local reactions were reported infrequently. Malaise was also reported as part of postmarketing surveillance.

**DOSAGE AND ADMINISTRATION**

**Because of the possibility of an anaphylactoid reaction, lymphoma patients should be treated with 2 units or less for the first two doses. If no acute reaction occurs, then the regular dosage schedule may be followed.**

The following dose schedule is recommended: **Squamous cell carcinoma, non-Hodgkin's lymphoma, testicular carcinoma** – 0.25 to 0.50 units/kg (10 to 20 units/m²) given intravenously, intramuscularly, or subcutaneously weekly or twice weekly.

**Hodgkin's Disease:** 0.25 to 0.50 units/kg (10 to 20 units/m²) given intravenously, intramuscularly, or subcutaneously weekly or twice weekly. After a 50% response, a maintenance dose of 1 unit daily or 5 units weekly intravenously or intramuscularly should be given.

Pulmonary toxicity of BLENOXANE appears to be dose related with a striking increase when the total dose is over 400 units. Total doses over 400 units should be given with great caution.

**Note: When BLENOXANE is used in combination with other antineoplastic agents, pulmonary toxicities may occur at lower doses.**

Improvement of Hodgkin's Disease and testicular tumors is prompt and noted within 2 weeks. If no improvement is seen by this time, improvement is unlikely. Squamous cell cancers respond more slowly, sometimes requiring as long as 3 weeks before any improvement is noted.

**Malignant Pleural Effusion:** 60 units administered as a single dose bolus intrapleural injection.

**ADMINISTRATION**

BLENOXANE may be given by the intramuscular, intravenous, subcutaneous or intrapleural routes.

**Intramuscular or Subcutaneous:** The BLENOXANE 15 units vial should be reconstituted with 1 to 5 mL of Sterile Water for Injection, USP; Sodium Chloride for Injection, 0.9%, USP; or Sterile Bacteriostatic Water for Injection, USP. The BLENOXANE 30 units vial should be reconstituted with 2 to 10 mL of the above diluents.

**Intravenous:** The contents of the 15 units or 30 units vial should be dissolved in 5 mL or 10 mL, respectively of Sodium Chloride for Injection, 0.9%, USP and administered slowly over a period of 10 minutes.

**Intrapleural:** 60 units of BLENOXANE is dissolved in 50-100 mL sodium chloride injection 0.9%, and administered through a thoracostomy tube following drainage of excess pleural fluid and confirmation of complete lung expansion. The literature suggests that successful pleurodesis is, in part, dependent upon complete drainage of the pleural fluid and reestablishment of negative intrapleural pressure prior to instillation of a sclerosing agent. Therefore, the amount of drainage from the chest tube should be as minimal as possible prior to instillation of BLENOXANE. Although there is no conclusive evidence to support this contention, it is generally accepted that chest tube drainage should be less than 100 mL in a 24 hour period prior to sclerosis. However, BLENOXANE instillation may be appropriate when drainage is between 100-300 mL under clinical conditions that necessitate sclerosis therapy. The thoracostomy tube is clamped after BLENOXANE instillation. The patient is moved from the supine to the left and right lateral positions several times during the next four hours. The clamp is then removed and suction reestablished. The amount of time the chest tube remains in place following sclerosis is dictated by the clinical situation.

The intrapleural injection of topical anesthetics or systemic narcotic analgesia is generally not required.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit.

**HOW SUPPLIED**

BLENOXANE® (bleomycin sulfate for injection, USP) is available as follows:

NDC 0015-3010-20, 15 units per vial as bleomycin sulfate for injection, USP.

NDC 0015-3063-01, 30 units per vial as bleomycin sulfate for injection, USP.

**Stability:** The sterile powder is stable under refrigeration 2°C (36°F) to 8°C (46°F) and should not be used after the expiration date is reached.

BLENOXANE should not be reconstituted or diluted with $D_5W$ or other dextrose containing diluents. When reconstituted in $D_5W$ and analyzed by HPLC, BLENOXANE demonstrates a loss of $A_2$ and $B_2$ potency that does not occur when BLENOXANE is reconstituted in 0.9% sodium chloride.

BLENOXANE is stable for 24 hours at room temperature in Sodium Chloride.

**Manufactured by:** **Nippon Kayaku Co., Ltd.** **Tokyo, Japan**

Distributed by:

Mead Johnson

ONCOLOGY PRODUCTS




H2-B001A-10-98

P7514-02
Revised: June 1998

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

℞ ONLY

# Lyophilized CYTOXAN®
## (cyclophosphamide for injection, USP)

# CYTOXAN® Tablets
## (cyclophosphamide tablets, USP)

*Brief Summary of Prescribing Information. 7/98. For complete prescribing information, please consult official package circular.*

**INDICATIONS AND USAGE**

**Malignant Diseases:** CYTOXAN, although effective alone in susceptible malignancies, is more frequently used concurrently or sequentially with other antineoplastic drugs. The following malignancies are often susceptible to CYTOXAN treatment:

1. Malignant lymphomas (Stages III and IV of the Ann Arbor staging system), Hodgkin's disease, lymphocytic lymphoma (nodular or diffuse), mixed-cell type lymphoma, histiocytic lymphoma, Burkitt's lymphoma. 2. Multiple myeloma. 3. Leukemias: Chronic lymphocytic leukemia, chronic granulocytic leukemia (it is usually ineffective in acute blastic crisis), acute myelogenous and monocytic leukemia, acute lymphoblastic (stem-cell) leukemia in children (CYTOXAN given during remission is effective in prolonging its duration). 4. Mycosis fungoides (advanced disease). 5. Neuroblastoma (disseminated disease). 6. Adenocarcinoma of the ovary. 7. Retinoblastoma. 8. Carcinoma of the breast.

**Nonmalignant Disease – Biopsy Proven "Minimal Change" Nephrotic Syndrome in Children:** CYTOXAN is useful in carefully selected cases of biopsy proven "minimal change" nephrotic syndrome in children but should not be used as primary therapy. In children whose disease fails to respond adequately to appropriate adrenocorticosteroid therapy or in whom the adrenocorticosteroid therapy produces or threatens to produce intolerable side effects, CYTOXAN may induce a remission. CYTOXAN is not indicated for the nephrotic syndrome in adults or for any other renal disease.

**CONTRAINDICATIONS**

Continued use of cyclophosphamide is contraindicated in patients with severely depressed bone marrow function. Cyclophosphamide is contraindicated in patients who have demonstrated a previous hypersensitivity to it. (See **WARNINGS** and **PRECAUTIONS** sections.)

**WARNINGS**

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** Second malignancies have developed in some patients treated with cyclophosphamide used alone or in association with other antineoplastic drugs and/or modalities. Most frequently, they have been urinary bladder, myeloproliferative, or lymphoproliferative malignancies. Second malignancies most frequently were detected in patients treated for primary myeloproliferative or lymphoproliferative malignancies or nonmalignant disease in which immune processes are believed to be involved pathologically.

In some cases, the second malignancy developed several years after cyclophosphamide treatment had been discontinued. In a single breast cancer trial utilizing two to four times the standard dose of cyclophosphamide in conjunction with doxorubicin a small number of cases of secondary acute myeloid leukemia occurred within two years of treatment initiation. Urinary bladder malignancies generally have occurred in patients who previously had hemorrhagic cystitis. In patients treated with cyclophosphamide-containing regimens for a variety of solid tumors, isolated case reports of secondary malignancies have been published. One case of carcinoma of the renal pelvis was reported in a patient receiving long-term cyclophosphamide therapy for cerebral vasculitis. The possibility of cyclophosphamide-induced malignancy should be considered in any benefit-to-risk assessment for use of the drug.

Cyclophosphamide can cause fetal harm when administered to a pregnant woman and such abnormalities have been reported following cyclophosphamide therapy in pregnant women. Abnormalities were found in two infants and a 6-month-old fetus born to women treated with cyclophosphamide. Ectrodactylia was found in two of the three cases. Normal infants have also been born to women treated with cyclophosphamide during pregnancy, including the first trimester. If this drug is used during pregnancy, or if the patient becomes pregnant while taking (receiving) this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant.

Cyclophosphamide interferes with oogenesis and spermatogenesis. It may cause sterility in both sexes. Development of sterility appears to depend on the dose of cyclophosphamide, duration of therapy, and the state of gonadal function at the time of treatment. Cyclophosphamide-induced sterility may be irreversible in some patients.

Amenorrhea associated with decreased estrogen and increased gonadotropin secretion develops in a significant proportion of women treated with cyclophosphamide. Affected patients generally resume regular menses within a few months after cessation of therapy. Girls treated with cyclophosphamide during prepubescence generally develop secondary sexual characteristics normally and have regular menses. Ovarian fibrosis with apparently complete loss of germ cells after prolonged cyclophosphamide treatment in late prepubescence has been reported. Girls treated with cyclophosphamide during prepubescence subsequently have conceived.

Men treated with cyclophosphamide may develop oligospermia or azoospermia associated with increased gonadotropin but normal testosterone secretion. Sexual potency and libido are unimpaired in these patients. Boys treated with cyclophosphamide during prepubescence develop secondary sexual characteristics normally, but may have oligospermia or azoospermia and increased gonadotropin secretion. Some degree of testicular atrophy may occur. Cyclophosphamide-induced azoospermia is reversible in some patients, though the reversibility may not occur for several years after cessation of therapy. Men temporarily rendered sterile by cyclophosphamide have subsequently fathered normal children.

**Urinary System:** Hemorrhagic cystitis may develop in patients treated with cyclophosphamide. Rarely, this condition can be severe and even fatal. Fibrosis of the urinary bladder, sometimes extensive, also may develop with or without accompanying cystitis. Atypical urinary bladder epithelial cells may appear in the urine. These adverse effects appear to depend on the dose of cyclophosphamide and the duration of therapy. Such bladder injury is thought to be due to cyclophosphamide metabolites excreted in the urine. Forced fluid intake helps to assure an ample output of urine, necessitates frequent voiding, and reduces the time the drug remains in the bladder. This helps to prevent cystitis. Hematuria usually resolves in a few days after cyclophosphamide treatment is stopped, but it may persist. Medical and/or surgical supportive treatment may be required, rarely, to treat protracted cases of severe hemorrhagic cystitis. It is usually necessary to discontinue cyclophosphamide therapy in instances of severe hemorrhagic cystitis.

**Cardiac Toxicity:** Although a few instances of cardiac dysfunction have been reported following use of recommended doses of cyclophosphamide, no causal relationship has been established. Acute cardiac toxicity has been reported with doses as low as 2.4 g/m² to as high as 26 g/m², usually as a portion of an intensive antineoplastic multidrug regimen or in conjunction with transplantation procedures. In a few instances with high doses of cyclophosphamide, severe, and sometimes fatal, congestive heart failure has occurred after the first cyclophosphamide dose. Histopathologic examination has primarily shown hemorrhagic myocarditis. Hemopericardium has occurred secondary to hemorrhagic myocarditis and myocardial necrosis. Pericarditis has been reported independent of any hemopericardium.

No residual cardiac abnormalities, as evidenced by electrocardiogram or echocardiogram appear to be present in patients surviving episodes of apparent cardiac toxicity associated with high doses of cyclophosphamide.

Cyclophosphamide has been reported to potentiate doxorubicin-induced cardiotoxicity.

**Infections:** Treatment with cyclophosphamide may cause significant suppression of immune responses. Serious, sometimes fatal, infections may develop in severely immunosuppressed patients. Cyclophosphamide treatment may not be indicated or should be interrupted or the dose reduced in patients who have or who develop viral, bacterial, fungal, protozoan, or helminthic infections.

**Other:** Anaphylactic reactions have been reported; death has also been reported in association with this event. Possible cross-sensitivity with other alkylating agents has been reported.

**PRECAUTIONS**

**General:** Special attention to the possible development of toxicity should be exercised in patients being treated with cyclophosphamide if any of the following conditions are present. 1. Leukopenia 2. Thrombocytopenia 3. Tumor cell infiltration of bone marrow 4. Previous X-ray therapy 5. Previous therapy with other cytotoxic agents 6. Impaired hepatic function 7. Impaired renal function

**Laboratory Tests:** During treatment, the patient's hematologic profile (particularly neutrophils and platelets) should be monitored regularly to determine the degree of hematopoietic suppression. Urine should also be examined regularly for red cells which may precede hemorrhagic cystitis.

**Drug Interactions:** The rate of metabolism and the leukopenic activity of cyclophosphamide reportedly are increased by chronic administration of high doses of phenobarbital.

The physician should be alert for possible combined drug actions, desirable or undesirable, involving cyclophosphamide even though cyclophosphamide has been used successfully concurrently with other drugs, including other cytotoxic drugs.

Cyclophosphamide treatment, which causes a marked and persistent inhibition of cholinesterase activity, potentiates the effect of succinylcholine chloride.

If a patient has been treated with cyclophosphamide within 10 days of general anesthesia, the anesthesiologist should be alerted.

**Adrenalectomy:** Since cyclophosphamide has been reported to be more toxic in adrenalectomized dogs, adjustment of the doses of both replacement steroids and cyclophosphamide may be necessary for the adrenalectomized patient.

**Wound Healing:** Cyclophosphamide may interfere with normal wound healing.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** See **WARNINGS** section for information on carcinogenesis, mutagenesis, and impairment of fertility.

**Pregnancy:** Pregnancy "Category D". (See **WARNINGS** section.)

**Nursing Mothers:** Cyclophosphamide is excreted in breast milk. Because of the potential for serious adverse reactions and the potential for tumorigenicity shown for cyclophosphamide in humans, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**ADVERSE REACTIONS**

Information on adverse reactions associated with the use of CYTOXAN (cyclophosphamide, USP) is arranged according to body system affected or type of reaction. The adverse reactions are listed in order of decreasing incidence. The most serious adverse reactions are described in the **WARNINGS** section.

**Reproductive System:** See **WARNINGS** section for information on impairment of fertility.

**Digestive System:** Nausea and vomiting commonly occur with cyclophosphamide therapy. Anorexia and, less frequently, abdominal discomfort or pain and diarrhea may occur. There are isolated reports of hemorrhagic colitis, oral mucosal ulceration and jaundice occurring during therapy. These adverse drug effects generally remit when cyclophosphamide treatment is stopped.

**Skin and Its Structures:** Alopecia occurs commonly in patients treated with cyclophosphamide. The hair can be expected to grow back after treatment with the drug or even during continued drug treatment, though it may be different in texture or color. Skin rash occurs occasionally in patients receiving the drug. Pigmentation of the skin and changes in nails can occur.

**Hematopoietic System:** Leukopenia occurs in patients treated with cyclophosphamide, is related to the dose of drug, and can be used as a dosage guide. Leukopenia of less than 2000 cells/mm³ develops commonly in patients treated with an initial loading dose of the drug, and less frequently in patients maintained on smaller doses. The degree of neutropenia is particularly important because it correlates with a reduction in resistance to infections. Fever without documented infection has been reported in neutropenic patients.

Thrombocytopenia or anemia develop occasionally in patients treated with CYTOXAN. These hematologic effects usually can be reversed by reducing the drug dose or by interrupting treatment. Recovery from leukopenia usually begins in 7 to 10 days after cessation of therapy.

**Urinary System:** See **WARNINGS** section for information on cystitis and urinary bladder fibrosis.

Hemorrhagic ureteritis and renal tubular necrosis have been reported to occur in patients treated with cyclophosphamide. Such lesions usually resolve following cessation of therapy.

**Infections:** See **WARNINGS** section for information on reduced host resistance to infections.

**Carcinogenesis:** See **WARNINGS** section for information on carcinogenesis.

**Respiratory System:** Interstitial pneumonitis has been reported as part of the postmarketing experience. Interstitial pulmonary fibrosis has been reported in patients receiving high doses of cyclophosphamide over a prolonged period.

**Other:** Anaphylactic reactions have been reported; death has also been reported in association with this event. Possible cross-sensitivity with other alkylating agents has been reported. SIADH (syndrome of inappropriate ADH secretion) has been reported with the use of cyclophosphamide. Malaise and asthenia have been reported as part of the postmarketing experience.

**OVERDOSAGE**

No specific antidote for cyclophosphamide is known. Overdosage should be managed with supportive measures, including appropriate treatment for any concurrent infection, myelosuppression, or cardiac toxicity should it occur.

**DOSAGE AND ADMINISTRATION**

**Treatment of Malignant Diseases – Adults and Children:** When used as the only oncolytic drug therapy, the initial course of CYTOXAN (cyclophosphamide, USP) for patients with no hematologic deficiency usually consists of 40 to 50 mg/kg given intravenously in divided doses over a period of 2 to 5 days. Other intravenous regimens include 10 to 15 mg/kg given every 7 to 10 days or 3 to 5 mg/kg twice weekly.

Oral CYTOXAN dosing is usually in the range of 1 to 5 mg/kg/day for both initial and maintenance dosing.

Many other regimens of intravenous and oral CYTOXAN have been reported. Dosages must be adjusted in accord with evidence of antitumor activity and/or leukopenia. The total leukocyte count is a good, objective guide for regulating dosage. Transient decreases in the total white blood cell count to 2000 cells/mm³ (following short courses) or more persistent reduction to 3000 cells/mm³ (with continuing therapy) are tolerated without serious risk of infection if there is no marked granulocytopenia.

When CYTOXAN is included in combined cytotoxic regimens, it may be necessary to reduce the dose of CYTOXAN as well as that of the other drugs.

CYTOXAN and its metabolites are dialyzable although there are probably quantitative differences depending upon the dialysis system being used. Patients with compromised renal function may show some measurable changes in pharmacokinetic parameters of CYTOXAN metabolism, but there is no consistent evidence indicating a need for CYTOXAN dosage modification in patients with renal function impairment.

**Treatment of Nonmalignant Diseases – Biopsy Proven "Minimal Change" Nephrotic Syndrome in Children:** An oral dose of 2.5 to 3 mg/kg daily for a period of 60 to 90 days is recommended. In males, the incidence of oligospermia and azoospermia increases if the duration of CYTOXAN treatment exceeds 60 days. Treatment beyond 90 days increases the probability of sterility. Adrenocorticosteroid therapy may be tapered and discontinued during the course of CYTOXAN therapy. See **PRECAUTIONS** section concerning hematologic monitoring.

**Preparation and Handling of Solutions:** Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit.

Lyophilized CYTOXAN should be prepared for parenteral use by adding Sterile Water for Injection, USP, to the vial and shaking to dissolve. Use the quantity of diluent shown below to reconstitute the product.



| Dosage Strength | Lyophilized CYTOXAN Quantity of Diluent |
|---|---|
| 100 mg | 5 mL |
| 200 mg | 10 mL |
| 500 mg | 20-25 mL |
| 1 g | 50 mL |
| 2 g | 80-100 mL |

Solutions of Lyophilized CYTOXAN may be injected intravenously, intramuscularly, intraperitoneally, or intrapleurally or it may be infused intravenously in the following:

- Dextrose Injection, USP (5% dextrose)
- Dextrose and Sodium Chloride Injection, USP (5% dextrose and 0.9% sodium chloride)
- 5% Dextrose and Ringer's Injection
- Lactated Ringer's Injection, USP
- Sodium Chloride Injection, USP (0.45% sodium chloride)
- Sodium Lactate Injection, USP (1/6 molar sodium lactate)

Reconstituted Lyophilized CYTOXAN is chemically and physically stable for 24 hours at room temperature or for 6 days in the refrigerator; it does not contain any antimicrobial preservative and thus care must be taken to assure the sterility of prepared solutions.

The osmolarities of solutions of Lyophilized CYTOXAN, and normal saline are found in the following table:

| Lyophilized CYTOXAN | mOsm/L |
|---|---|
| 4 mL diluent per 100 mg cyclophosphamide | 219 |
| 5 mL diluent per 100 mg cyclophosphamide | 172 |

Lyophilized CYTOXAN is slightly hypotonic.

Extemporaneous liquid preparations of CYTOXAN for oral administration may be prepared by dissolving Lyophilized CYTOXAN in Aromatic Elixir, N.F. Such preparations should be stored under refrigeration in glass containers and used within 14 days.




A Bristol-Myers Squibb Company
Princeton, NJ 08543
U.S.A.

H4-B001A-12-98
51-001103-04

0539DIM-07
Revised July 1998



ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

℞ ONLY

# ETOPOPHOS®

## (etoposide phosphate) for Injection

*Brief Summary of Prescribing Information, 12/97. For complete prescribing information, please consult official package circular.*

**WARNINGS**
ETOPOPHOS® (etoposide phosphate) for Injection should be administered under the supervision of a qualified physician experienced in the use of cancer chemotherapeutic agents. Severe myelosuppression with resulting infection or bleeding may occur.

**INDICATION AND USAGE**
ETOPOPHOS (etoposide phosphate) for Injection is indicated in the management of the following neoplasms:

**Refractory Testicular Tumors:** ETOPOPHOS for Injection in combination therapy with other approved chemotherapeutic agents in patients with refractory testicular tumors who have already received appropriate surgical, chemotherapeutic, and radiotherapeutic therapy.

**Small Cell Lung Cancer:** ETOPOPHOS for Injection in combination with other approved chemotherapeutic agents as first line treatment in patients with small cell lung cancer.

**CONTRAINDICATIONS**
ETOPOPHOS for Injection is contraindicated in patients who have demonstrated a previous hypersensitivity to etoposide, etoposide phosphate, or any other component of the formulations.

**WARNINGS**
Patients being treated with ETOPOPHOS must be frequently observed for myelosuppression both during and after therapy. Myelosuppression resulting in death has been reported following etoposide administration. Dose-limiting bone marrow suppression is the most significant toxicity associated with ETOPOPHOS therapy. Therefore, the following studies should be obtained at the start of therapy and prior to each subsequent cycle of ETOPOPHOS: platelet count, hemoglobin, white blood cell count, and differential. The occurrence of a platelet count below 50,000/mm³ or an absolute neutrophil count below 500/mm³ is an indication to withhold further therapy until the blood counts have sufficiently recovered. The toxicity of rapidly infused ETOPOPHOS in patients with impaired renal or hepatic function has not been adequately evaluated. The toxicity profile of ETOPOPHOS when infused at doses >175 mg/m² has not been delineated.

Physicians should be aware of the possible occurrence of an anaphylactic reaction manifested by chills, fever, tachycardia, bronchospasm, dyspnea and hypotension. Higher rates of anaphylactic-like reactions have been reported in children who received infusions of etoposide at concentrations higher than those recommended. The role that concentration of infusion (or rate of infusion) plays in the development of anaphylactic-like reactions is uncertain. (See **ADVERSE REACTIONS** section.) Treatment is symptomatic. The infusion should be terminated immediately, followed by the administration of pressor agents, corticosteroids, antihistamines, or volume expanders at the discretion of the physician.

ETOPOPHOS can cause fetal harm when administered to a pregnant woman. Etoposide has been shown to be teratogenic in mice and rats, and it is therefore likely that ETOPOPHOS is also teratogenic.

In rats, an intravenous etoposide dose of 0.4 mg/kg/day (about 1/20th of the human dose on a mg/m² basis) during organogenesis caused maternal toxicity, embryotoxicity, and teratogenicity (skeletal abnormalities, exencephaly, encephalocele, and anophthalmia); higher doses of 1.2 and 3.6 mg/kg/day (about 1/7th and 1/2 of the human dose on a mg/m² basis) resulted in 90% and 100% embryonic resorptions. In mice, a single 1.0 mg/kg (1/16th of the human dose on a mg/m² basis) dose of etoposide administered intraperitoneally on days 6, 7, or 8 of gestation caused embryotoxicity, cranial abnormalities, and major skeletal malformations. An i.p. dose of 1.5 mg/kg (about 1/10th of the human dose on a mg/m² basis) on day 7 of gestation caused an increase in the incidence of intrauterine death and fetal malformations and a significant decrease in the average fetal body weight.

If this drug is used during pregnancy, or if the patient becomes pregnant while receiving this drug, the patient should be warned of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant.

ETOPOPHOS should be considered a potential carcinogen in humans. The occurrence of acute leukemia with or without a preleukemic phase has been reported in rare instances in patients treated with etoposide alone or in association with other neoplastic agents. The risk of development of a preleukemic or leukemic syndrome is unclear. Carcinogenicity tests with ETOPOPHOS have not been conducted in laboratory animals.

**PRECAUTIONS**
**General:** In all instances where the use of ETOPOPHOS is considered for chemotherapy, the physician must evaluate the need and usefulness of the drug against the risk of adverse reactions. Most such adverse reactions are reversible if detected early. If severe reactions occur, the drug should be reduced in dosage or discontinued and appropriate corrective measures should be taken according to the clinical judgement of the physician. Reinstitution of ETOPOPHOS therapy should be carried out with caution, and with adequate consideration of the further need for the drug and alertness as to possible recurrence of toxicity.

Patients with low serum albumin may be at an increased risk for etoposide associated toxicities.

**Laboratory Tests:** Periodic complete blood counts should be done during the course of ETOPOPHOS treatment. They should be performed prior to each cycle of therapy and at appropriate intervals during and after therapy.

**Carcinogenesis** (see **WARNINGS** section), **Mutagenesis, Impairment of Fertility:** ETOPOPHOS was non-mutagenic in *in vitro* Ames microbial mutagenicity assay and the *E. coli* WP2 uvrA reverse mutation assay. Since ETOPOPHOS is rapidly and completely converted to etoposide *in vivo* and etoposide has been shown to be mutagenic in Ames assay, ETOPOPHOS should be considered as a potential mutagen *in vivo*.

In rats, an oral dose of ETOPOPHOS at 86.0 mg/kg/day (about 10 times the human dose on a mg/m² basis) or above administered for 5 consecutive days resulted in irreversible testicular atrophy. Irreversible testicular atrophy was also present in rats treated with ETOPOPHOS intravenously for 30 days at 5.11 mg/kg/day (about 1/2 of the human dose on a mg/m² basis).

**Pregnancy:** Pregnancy "Category D". (See **WARNINGS** section.)

**Nursing Mothers:** It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from ETOPOPHOS (etoposide phosphate) for Injection, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use:** Safety and effectiveness in pediatric patients have not been established. Anaphylactic reactions have been reported in pediatric patients who received etoposide (see **WARNINGS** section).

**Drug Interactions:** Caution should be exercised when administering ETOPOPHOS with drugs that are known to inhibit phosphatase activities (e.g., levamisole hydrochloride). High-dose cyclosporin A resulting in concentrations above 2000 ng/mL administered with oral etoposide has led to an 80% increase in etoposide exposure with a 38% decrease in total body clearance of etoposide compared to etoposide alone.

**Renal Impairment:** In patients with impaired renal function, the following initial dose modification should be considered based on measured creatinine clearance:

| Measured Creatinine Clearance | >50 mL/min | 15-50 mL/min |
|---|---|---|
| etoposide | 100% of dose | 75% of dose |

Subsequent etoposide dosing should be based on patient tolerance and clinical effect. Equivalent dose adjustments of ETOPOPHOS should be used.

Data are not available in patients with creatinine clearances <15 mL/min and further dose reduction should be considered in these patients.

**ADVERSE REACTIONS**
ETOPOPHOS has been found to be well tolerated as a single agent in clinical studies involving 206 patients with a wide variety of malignancies, and in combination with cisplatin in 60 patients with small cell lung cancer. The most frequent clinically significant adverse experiences were leukopenia and neutropenia.

The incidences of adverse experiences in the table that follows are derived from studies in which ETOPOPHOS was administered as a single agent. A total of 98 patients received total doses at or above 450 mg/m² on a 5 consecutive days or days 1, 3 and 5 schedule during the first course of therapy.

**Summary of Adverse Events Reports With Single Agent ETOPOPHOS Following Course 1 at Total Five Day Doses of ≥ 450 mg/m²**

| | | Percent of Patients |
|---|---|---|
| **Hematologic toxicity** | | |
| Leukopenia | < 4000 /mm³ | 91 |
| | < 1000 /mm³ | 17 |
| Neutropenia | < 2000 /mm³ | 88 |
| | < 500 /mm³ | 37 |
| Thrombocytopenia | < 100,000 /mm³ | 23 |
| | < 50,000 /mm³ | 9 |
| Anemia | < 11 g/dL | 72 |
| | < 8 g/dL | 19 |
| **Gastrointestinal toxicity** | | |
| Nausea and/or Vomiting | | 37 |
| Anorexia | | 16 |
| Mucositis | | 11 |
| Constipation | | 8 |
| Abdominal Pain | | 7 |
| Diarrhea | | 6 |
| Taste Alteration | | 6 |
| Asthenia/Malaise | | 39 |
| Alopecia | | 33 |
| Chills and/or Fever | | 24 |
| Dizziness | | 5 |
| Extravasation/Phlebitis | | 5 |

Since etoposide phosphate is converted to etoposide, those adverse experiences that are associated with VePesid (etoposide) can be expected to occur with ETOPOPHOS.

**Hematologic Toxicity:** Myelosuppression after ETOPOPHOS administration is dose related and dose limiting with the leukocyte nadir counts occurring from day 15 to day 22 after initiation of drug therapy, granulocyte nadir counts occurring day 12-19 after initiation of drug therapy, and platelet nadirs occurring from day 10-15. Bone marrow recovery usually occurs by day 21 but may be delayed, and no cumulative toxicity has been reported. Fever and infection have also been reported in patients with neutropenia. Death associated with myelosuppression has been reported following etoposide administration.

**Gastrointestinal Toxicity:** Nausea and vomiting are the major gastrointestinal toxicities. The severity of such nausea and vomiting is generally mild to moderate with treatment discontinuation required in 1% of patients. Nausea and vomiting can usually be controlled with standard antiemetic therapy.

**Blood Pressure Changes:** In clinical studies, one hundred fifty-one patients were treated with ETOPOPHOS with infusion times ranging from thirty minutes to three and one-half hours. Sixty-three patients received ETOPOPHOS as a five minute bolus infusion. Four patients experienced one or more episodes of hypertension and eight patients experienced one or more episodes of hypotension, which may or may not be drug related. One episode of hypotension was reported among those patients who received a five minute bolus infusion. If clinically significant hypotension or hypertension occurs with ETOPOPHOS, appropriate supportive therapy should be initiated.

**Allergic Reactions:** Anaphylactic type reactions characterized by chills, rigors, tachycardia, bronchospasm, dyspnea, diaphoresis, fever, pruritus, hypertension or hypotension, loss of consciousness, nausea, and vomiting have been reported to occur in 3% (7/245) of all patients treated with ETOPOPHOS. Facial flushing was reported in 2% and skin rashes in 3% of patients receiving ETOPOPHOS. These reactions have usually responded promptly to the cessation of the infusion and administration of pressor agents, corticosteroids, antihistamines, or volume expanders as appropriate; however, the reactions can be fatal. Hypertension and/or flushing have also been reported. Blood pressure usually normalizes within a few hours after cessation of the initial infusion.

Anaphylactic-like reactions have occurred during the initial infusion of ETOPOPHOS (see **WARNINGS** section). Facial/tongue swelling, coughing, diaphoresis, cyanosis, tightness in throat, laryngospasm, back pain, and/or loss of consciousness have sometimes occurred in association with the above reactions. In addition, an apparent hypersensitivity-associated apnea has been reported rarely.

Rash, urticaria, and/or pruritus have infrequently been reported at recommended doses. At investigational doses, a generalized pruritic erythematous maculopapular rash, consistent with perivasculitis, has been reported.

**Alopecia:** Reversible alopecia, sometimes progressing to total baldness, was observed in up to 44% of patients.

**Other Toxicities:** The following adverse reactions have been infrequently reported: abdominal pain, aftertaste, constipation, dysphagia, fever, transient cortical blindness, interstitial pneumonitis/pulmonary fibrosis, optic neuritis, pigmentation, seizure (occasionally associated with allergic reactions), Stevens-Johnson Syndrome, toxic epidermal necrolysis, and a single report of radiation recall dermatitis. Rarely, hepatic toxicity may be seen.

The incidences of adverse reactions in the table that follows are derived from multiple data bases from studies in 2,081 patients when VePesid (etoposide) was used either orally or by injection as a single agent.

| Adverse Drug Effects Observed with Single Agent VePesid | | Percent Range of Reported Incidence |
|---|---|---|
| **Hematologic toxicity** | | |
| Leukopenia | (< 1,000 /mm³) | 3-17 |
| | (< 4,000 /mm³) | 60-91 |
| Thrombocytopenia | (< 50,000 /mm³) | 1-20 |
| | (< 100,000 /mm³) | 22-41 |
| Anemia | | 0-33 |
| **Gastrointestinal toxicity** | | |
| Nausea and Vomiting | | 31-43 |
| Abdominal Pain | | 0-2 |
| Anorexia | | 10-13 |
| Diarrhea | | 1-13 |
| Stomatitis | | 1-6 |
| Hepatic | | 0-3 |
| Alopecia | | 8-66 |
| Peripheral Neurotoxicity | | 1-2 |
| Hypotension | | 1-2 |
| Allergic Reaction | | 1-2 |

**OVERDOSAGE**
No proven antidotes have been established for ETOPOPHOS (etoposide phosphate) for Injection overdosage in humans. In mice, a single intravenous dose of rapidly administered ETOPOPHOS was lethal at or above 120 mg/kg (about 7 times human dose on a mg/m² basis) and was associated with clinical signs of neurotoxicity.

**DOSAGE AND ADMINISTRATION**
The usual dose of VePesid for Injection in testicular cancer in combination with other approved chemotherapeutic agents ranges from 50 to 100 mg/m²/day on days 1 through 5 to 100 mg/m²/day on days 1, 3, and 5. Equivalent doses of ETOPOPHOS should be used.

In small cell lung cancer, the VePesid for Injection dose in combination with other approved chemotherapeutic drugs ranges from 35 mg/m²/day for 4 days to 50 mg/m²/day for 5 days. Equivalent doses of ETOPOPHOS should be used.

For recommended dosing adjustments in patients with renal impairment, see **PRECAUTIONS** section.

ETOPOPHOS solutions may be administered at infusion rates from 5 to 210 minutes. Chemotherapy courses are repeated at 3- to 4-week intervals after adequate recovery from any toxicity.

The dosage should be modified to take into account the myelosuppressive effect of other drugs in the combination or the effects of prior x-ray therapy or chemotherapy which may have compromised bone marrow reserve.

**Administration Precautions:** As with other potentially toxic compounds, caution should be exercised in handling and preparing the solution of ETOPOPHOS. Skin reactions associated with accidental exposure to ETOPOPHOS may occur. The use of gloves is recommended. If ETOPOPHOS solution contacts the skin or mucosa, immediately and thoroughly wash the skin with soap and water and flush the mucosa with water.

**Preparation for Intravenous Administration:** Prior to use, the content of each vial must be reconstituted with either 5 mL or 10 mL Sterile Water for Injection, USP; 5% Dextrose Injection, USP; 0.9% Sodium Chloride Injection, USP; Sterile Bacteriostatic Water for Injection with Benzyl Alcohol; or Bacteriostatic Sodium Chloride for Injection with Benzyl Alcohol to a concentration equivalent to 20 mg/mL or 10 mg/mL etoposide (22.7 mg/mL or 11.4 mg/mL etoposide phosphate), respectively. Following reconstitution the solution may be administered without further dilution or it can be further diluted to concentrations as low as 0.1 mg/mL etoposide with either 5% Dextrose Injection, USP or 0.9% Sodium Chloride Injection, USP.

Solutions of ETOPOPHOS should be prepared in an aseptic manner. Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit.

**STABILITY**
Unopened vials of ETOPOPHOS are stable until the date indicated on the package when stored under refrigeration 2°-8°C (36°-46°F) in the original package. When reconstituted and/or diluted as directed, ETOPOPHOS solutions can be stored in glass or plastic containers at controlled room temperature 20°-25°C (68°-77°F) or under refrigeration 2°-8°C (36° to 46° F) for 24 hours. Refrigerated solutions of ETOPOPHOS should be used immediately upon return to room temperature.

**HOW SUPPLIED**
**NDC 0015-3404-20**
Individually cartoned single-dose vials with white flip-off seals containing etoposide phosphate equivalent to 100 mg etoposide.

BRISTOL LABORATORIES®
ONCOLOGY PRODUCTS

A Bristol-Myers Squibb Company
Princeton, NJ 08543
U.S.A.

U2-B001A-3-99 61-004164-03

3404DIM-04 Revised: December 1997

ONCOLOGY THERAPEUTICS NETWORK
1-800-482-6700

℞ ONLY

# PARAPLATIN®

## (carboplatin for injection)

*Brief Summary of Prescribing Information, 6/98. For complete prescribing information, please consult official package circular.*

**WARNING**

PARAPLATIN® (carboplatin for injection) should be administered under the supervision of a qualified physician experienced in the use of cancer chemotherapeutic agents. Appropriate management of therapy and complications is possible only when adequate treatment facilities are readily available.

Bone marrow suppression is dose related and may be severe, resulting in infection and/or bleeding. Anemia may be cumulative and may require transfusion support. Vomiting is another frequent drug-related side effect.

Anaphylactic-like reactions to PARAPLATIN have been reported and may occur within minutes of PARAPLATIN administration. Epinephrine, corticosteroids, and antihistamines have been employed to alleviate symptoms.

**INDICATIONS**

**Initial Treatment of Advanced Ovarian Carcinoma:** PARAPLATIN is indicated for the initial treatment of advanced ovarian carcinoma in established combination with other approved chemotherapeutic agents. One established combination regimen consists of PARAPLATIN and cyclophosphamide (CYTOXAN®). Two randomized controlled studies conducted by the NCIC and SWOG with PARAPLATIN vs. cisplatin, both in combination with cyclophosphamide, have demonstrated equivalent overall survival between the two groups (see "CLINICAL STUDIES" section).

There is limited statistical power to demonstrate equivalence in overall pathologic complete response rates and long term survival (≥ 3 years) because of the small number of patients with these outcomes: the small number of patients with residual tumor < 2 cm after initial surgery also limits the statistical power to demonstrate equivalence in this subgroup.

**Secondary Treatment of Advanced Ovarian Carcinoma:** PARAPLATIN is indicated for the palliative treatment of patients with ovarian carcinoma recurrent after prior chemotherapy, including patients who have been previously treated with cisplatin.

Within the group of patients previously treated with cisplatin, those who have developed progressive disease while receiving cisplatin therapy may have a decreased response rate.

**CONTRAINDICATIONS**

PARAPLATIN is contraindicated in patients with a history of severe allergic reactions to cisplatin or other platinum-containing compounds, or mannitol.

PARAPLATIN should not be employed in patients with severe bone marrow depression or significant bleeding.

**WARNINGS**

Bone marrow suppression (leukopenia, neutropenia, and thrombocytopenia) is dose-dependent and is also the dose-limiting toxicity. Peripheral blood counts should be frequently monitored during PARAPLATIN treatment and, when appropriate, until recovery is achieved. Median nadir occurs at day 21 in patients receiving single-agent PARAPLATIN. In general, single intermittent courses of PARAPLATIN should not be repeated until leukocyte, neutrophil, and platelet counts have recovered.

Since anemia is cumulative, transfusions may be needed during treatment with PARAPLATIN, particularly in patients receiving prolonged therapy.

Bone marrow suppression is increased in patients who have received prior therapy, especially regimens including cisplatin. Marrow suppression is also increased in patients with impaired kidney function. Initial PARAPLATIN dosages in these patients should be appropriately reduced (see "DOSAGE AND ADMINISTRATION" section) and blood counts should be carefully monitored between courses. The use of PARAPLATIN in combination with other bone marrow suppressing therapies must be carefully managed with respect to dosage and timing in order to minimize additive effects.

PARAPLATIN has limited nephrotoxic potential, but concomitant treatment with aminoglycosides has resulted in increased renal and/or audiologic toxicity, and caution must be exercised when a patient receives both drugs.

Clinically significant hearing loss has been reported to occur in pediatric patients when PARAPLATIN was administered at higher than recommended doses in combination with other ototoxic agents.

PARAPLATIN can induce emesis, which can be more severe in patients previously receiving emetogenic therapy. The incidence and intensity of emesis have been reduced by using premedication with antiemetics. Although no conclusive efficacy data exist with the following schedules of PARAPLATIN, lengthening the duration of single intravenous administration to 24 hours or dividing the total dose over five consecutive daily pulse doses has resulted in reduced emesis.

Although peripheral neurotoxicity is infrequent, its incidence is increased in patients older than 65 years and in patients previously treated with cisplatin. Pre-existing cisplatin-induced neurotoxicity does not worsen in about 70% of the patients receiving PARAPLATIN as secondary treatment.

Loss of vision, which can be complete for light and colors, has been reported after the use of PARAPLATIN with doses higher than those recommended in the package insert. Vision appears to recover totally or to a significant extent within weeks of stopping these high doses.

As in the case of other platinum coordination compounds, allergic reactions to PARAPLATIN have been reported. These may occur within minutes of administration and should be managed with appropriate supportive therapy.

High dosages of PARAPLATIN (more than four times the recommended dose) have resulted in severe abnormalities of liver function tests.

PARAPLATIN may cause fetal harm when administered to a pregnant woman. PARAPLATIN has been shown to be embryotoxic and teratogenic in rats. There are no adequate and well-controlled studies in pregnant women. If this drug is used during pregnancy, or if the patient becomes pregnant while receiving this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant.

**PRECAUTIONS**

**General: Needles or intravenous administration sets containing aluminum parts that may come in contact with PARAPLATIN should not be used for the preparation or administration of the drug. Aluminum can react with carboplatin causing precipitate formation and loss of potency.**

**Drug Interactions:** The renal effects of nephrotoxic compounds may be potentiated by PARAPLATIN.

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** The carcinogenic potential of carboplatin has not been studied, but compounds with similar mechanisms of action and mutagenicity profiles have been reported to be carcinogenic. Carboplatin has been shown to be mutagenic both *in vitro* and *in vivo*. It has also been shown to be embryotoxic and teratogenic in rats receiving the drug during organogenesis. Secondary malignancies have been reported in association with multi-drug therapy.

**Pregnancy:** Pregnancy "Category D". (See "WARNINGS" section.)

**Nursing Mothers:** It is not known whether carboplatin is excreted in human milk. Because there is a possibility of toxicity in nursing infants secondary to PARAPLATIN treatment of the mother, it is recommended that breast-feeding be discontinued if the mother is treated with PARAPLATIN.

**Pediatric Use:** Safety and effectiveness in pediatric patients have not been established (see "WARNINGS, Audiologic Toxicity").

**ADVERSE REACTIONS**

For a comparison of toxicities when carboplatin or cisplatin was given in combination with cyclophosphamide, see the "COMPARATIVE TOXICITY" subsection of the "CLINICAL STUDIES" section.

**ADVERSE EXPERIENCES IN PATIENTS WITH OVARIAN CANCER**

| | | First Line Combination Therapy* Percent | Second Line Single Agent Therapy** Percent |
|---|---|---|---|
| **Bone Marrow** | | | |
| Thrombocytopenia | < 100,000/mm³ | 66 | 62 |
| | < 50,000/mm³ | 33 | 35 |
| Neutropenia | < 2,000 cells/mm³ | 96 | 67 |
| | < 1,000 cells/mm³ | 82 | 21 |
| Leukopenia | < 4,000 cells/mm³ | 97 | 85 |
| | < 2,000 cells/mm³ | 71 | 26 |
| Anemia | < 11 g/dL | 90 | 90 |
| | < 8 g/dL | 14 | 21 |
| Infections | | 16 | 5 |
| Bleeding | | 8 | 5 |
| Transfusions | | 35 | 44 |

**ADVERSE EXPERIENCES IN PATIENTS WITH OVARIAN CANCER (cont.)**

| | First Line Combination Therapy* Percent | Second Line Single Agent Therapy** Percent |
|---|---|---|
| **Gastrointestinal** | | |
| Nausea and vomiting | 93 | 92 |
| Vomiting | 83 | 81 |
| Other GI side effects | 46 | 21 |
| **Neurologic** | | |
| Peripheral neuropathies | 15 | 6 |
| Ototoxicity | 12 | 1 |
| Other sensory side effects | 5 | 1 |
| Central neurotoxicity | 26 | 5 |
| **Renal** | | |
| Serum creatinine elevations | 6 | 10 |
| Blood urea elevations | 17 | 22 |
| **Hepatic** | | |
| Bilirubin elevations | 5 | 5 |
| SGOT elevations | 20 | 19 |
| Alkaline phosphatase elevations | 29 | 37 |
| **Electrolytes loss** | | |
| Sodium | 10 | 47 |
| Potassium | 16 | 28 |
| Calcium | 16 | 31 |
| Magnesium | 61 | 43 |
| **Other side effects** | | |
| Pain | 44 | 23 |
| Asthenia | 41 | 11 |
| Cardiovascular | 19 | 6 |
| Respiratory | 10 | 6 |
| Allergic | 11 | 2 |
| Genitourinary | 10 | 2 |
| Alopecia | 49 | 2 |
| Mucositis | 8 | 1 |

*Use with cyclophosphamide for initial treatment of ovarian cancer: Data are based on the experience of 393 patients with ovarian cancer (regardless of baseline status) who received initial combination therapy with PARAPLATIN (carboplatin for injection) and cyclophosphamide in two randomized controlled studies conducted by SWOG and NCIC (see "CLINICAL STUDIES" section).

Combination with cyclophosphamide as well as duration of treatment may be responsible for the differences that can be noted in the adverse experience table.

**Single agent use for the secondary treatment of ovarian cancer: Data are based on the experience of 553 patients with previously treated ovarian carcinoma (regardless of baseline status) who received single-agent PARAPLATIN.

In the narrative section that follows, the incidences of adverse events are based on data from 1,893 patients with various types of tumors who received PARAPLATIN as single-agent therapy.

**Hematologic Toxicity:** Bone marrow suppression is the dose-limiting toxicity of PARAPLATIN. Thrombocytopenia with platelet counts below 50,000/mm³ occurs in 25% of the patients (35% of pretreated ovarian cancer patients); neutropenia with granulocyte counts below 1,000/mm³ occurs in 16% of the patients (21% of pretreated ovarian cancer patients); leukopenia with WBC counts below 2,000/mm³ occurs in 15% of the patients (26% of pretreated ovarian cancer patients). The nadir usually occurs about day 21 in patients receiving single-agent therapy. By day 28, 90% of patients have platelet counts above 100,000/mm³; 74% have neutrophil counts above 2,000/mm³; 67% have leukocyte counts above 4,000/mm³.

Marrow suppression is usually more severe in patients with impaired kidney function. Patients with poor performance status have also experienced a higher incidence of severe leukopenia and thrombocytopenia.

The hematologic effects, although usually reversible, have resulted in infectious or hemorrhagic complications in 5% of the patients treated with PARAPLATIN, with drug related death occurring in less than 1% of the patients. Fever has also been reported in patients with neutropenia.

Anemia with hemoglobin less than 11 g/dL has been observed in 71% of the patients who started therapy with a baseline above that value. The incidence of anemia increases with increasing exposure to PARAPLATIN. Transfusions have been administered to 26% of the patients treated with PARAPLATIN (44% of previously treated ovarian cancer patients).

Bone marrow depression may be more severe when PARAPLATIN is combined with other bone marrow suppressing drugs or with radiotherapy.

**Gastrointestinal Toxicity:** Vomiting occurs in 65% of the patients (81% of previously treated ovarian cancer patients) and in about one-third of these patients it is severe. Carboplatin, as a single agent or in combination, is significantly less emetogenic than cisplatin; however, patients previously treated with emetogenic agents, especially cisplatin, appear to be more prone to vomiting. Nausea alone occurs in an additional 10 to 15% of patients. Both nausea and vomiting usually cease within 24 hours of treatment and are often responsive to antiemetic measures. Although no conclusive efficacy data exist with the following schedules, prolonged administration of PARAPLATIN, either by continuous 24-hour infusion or by daily pulse doses given for five consecutive days, was associated with less severe vomiting than the single dose intermittent schedule. Emesis was increased when PARAPLATIN was used in combination with other emetogenic compounds. Other gastrointestinal effects observed frequently were pain, in 17% of the patients; diarrhea, in 6%; and constipation, also in 6%.

**Neurologic Toxicity:** Peripheral neuropathies have been observed in 4% of the patients receiving PARAPLATIN (6% of pretreated ovarian cancer patients) with mild paresthesias occurring most frequently. Carboplatin therapy produces significantly fewer and less severe neurologic side effects than does therapy with cisplatin. However, patients older than 65 years and/or previously treated with cisplatin appear to have an increased risk (10%) for peripheral neuropathies. In 70% of the patients with pre-existing cisplatin-induced peripheral neurotoxicity, there was no worsening of symptoms during therapy with PARAPLATIN. Clinical ototoxicity and other sensory abnormalities such as visual disturbances and change in taste have been reported in only 1% of the patients. Central nervous system symptoms have been reported in 5% of the patients and appear to be most often related to the use of antiemetics.

Although the overall incidence of peripheral neurologic side effects induced by PARAPLATIN is low, prolonged treatment, particularly in cisplatin pretreated patients, may result in cumulative neurotoxicity.

**Nephrotoxicity:** Development of abnormal renal function test results is uncommon, despite the fact that carboplatin, unlike cisplatin, has usually been administered without high-volume fluid hydration and/or forced diuresis. The incidences of abnormal renal function tests reported are 6% for serum creatinine and 14% for blood urea nitrogen (10% and 22%, respectively, in pretreated ovarian cancer patients). Most of these reported abnormalities have been mild and about one-half of them were reversible.

Creatinine clearance has proven to be the most sensitive measure of kidney function in patients receiving PARAPLATIN, and it appears to be the most useful test for correlating drug clearance and bone marrow suppression. Twenty-seven percent of the patients who had a baseline value of 60 mL/min or more demonstrated a reduction below this value during PARAPLATIN therapy.

**Hepatic Toxicity:** The incidences of abnormal liver function tests in patients with normal baseline values were reported as follows: total bilirubin, 5%; SGOT, 15%; and alkaline phosphatase, 24%; (5%, 19%, and 37%, respectively, in pretreated ovarian cancer patients). These abnormalities have generally been mild and reversible in about one-half of the cases, although the role of metastatic tumor in the liver may complicate the assessment in many patients. In a limited series of patients receiving very high dosages of PARAPLATIN and autologous bone marrow transplantation, severe abnormalities of liver function tests were reported.

**Electrolyte Changes:** The incidences of abnormally decreased serum electrolyte values reported were as follows: sodium, 29%; potassium, 20%; calcium, 22%; and magnesium, 29%; (47%, 28%, 31%, and 43%, respectively, in pretreated ovarian cancer patients). Electrolyte supplementation was not routinely administered concomitantly with PARAPLATIN, and these electrolyte abnormalities were rarely associated with symptoms.

**Allergic Reactions:** Hypersensitivity to PARAPLATIN has been reported in 2% of the patients. These allergic reactions have been similar in nature and severity to those reported with other platinum-containing compounds, i.e., rash, urticaria, erythema, pruritus, and rarely bronchospasm and hypotension. These reactions have been successfully managed with standard epinephrine, corticosteroid, and antihistamine therapy.

**Other Events:** Pain and asthenia were the most frequently reported miscellaneous adverse effects; their relationship to the tumor and to anemia was likely. Alopecia was reported (3%). Cardiovascular, respiratory, genitourinary, and mucosal side effects have occurred in 6% or less of the patients. Cardiovascular events (cardiac failure, embolism, cerebrovascular accidents) were fatal in less than 1% of the patients and did not appear to be related to chemotherapy. Cancer-associated hemolytic uremic syndrome has been reported rarely.

Malaise, anorexia and hypertension have been reported as part of postmarketing surveillance.

**OVERDOSAGE**

There is no known antidote for PARAPLATIN (carboplatin for injection) overdosage. The anticipated complications of overdosage would be secondary to bone marrow suppression and/or hepatic toxicity.

**DOSAGE AND ADMINISTRATION**

**NOTE: Aluminum reacts with carboplatin causing precipitate formation and loss of potency, therefore, needles or intravenous sets containing aluminum parts that may come in contact with the drug must not be used for the preparation or administration of PARAPLATIN.**

**Single Agent Therapy:** PARAPLATIN, as a single agent, has been shown to be effective in patients with recurrent ovarian carcinoma at a dosage of 360 mg/m² I.V. on day 1 every 4 weeks (alternatively see "Formula Dosing"). In general, however, single intermittent courses of PARAPLATIN should not be repeated until the neutrophil count is at least 2,000 and the platelet count is at least 100,000.

**Combination Therapy with Cyclophosphamide:** In the chemotherapy of advanced ovarian cancer, an effective combination for previously untreated patients consists of:

PARAPLATIN—300 mg/m² I.V. on day 1 every 4 weeks for six cycles (alternatively see "Formula Dosing").

Cyclophosphamide (CYTOXAN®)—600 mg/m² I.V. on day 1 every 4 weeks for six cycles. For directions regarding the use and administration of cyclophosphamide (CYTOXAN®), please refer to its package insert. (See "CLINICAL STUDIES" section.)

Intermittent courses of PARAPLATIN in combination with cyclophosphamide should not be repeated until the neutrophil count is at least 2,000 and the platelet count is at least 100,000.

**Dose Adjustment Recommendations:** Pretreatment platelet count and performance status are important prognostic factors for severity of myelosuppression in previously treated patients.

The suggested dose adjustments for single agent or combination therapy shown in the table below are modified from controlled trials in previously treated and untreated patients with ovarian carcinoma. Blood counts were done weekly, and the recommendations are based on the lowest post-treatment platelet or neutrophil value.

| Platelets | Neutrophils | Adjusted Dose* (From Prior Course) |
|---|---|---|
| > 100,000 | > 2,000 | 125% |
| 50-100,000 | 500-2,000 | No Adjustment |
| < 50,000 | < 500 | 75% |

*Percentages apply to PARAPLATIN as a single agent or to both PARAPLATIN and cyclophosphamide in combination. In the controlled studies, dosages were also adjusted at a lower level (50 to 60%) for severe myelosuppression. Escalations above 125% were not recommended for these studies.

PARAPLATIN is usually administered by an infusion lasting 15 minutes or longer. No pre- or post-treatment hydration or forced diuresis is required.

**Patients with Impaired Kidney Function:** Patients with creatinine clearance values below 60 mL/min are at increased risk of severe bone marrow suppression. In renally-impaired patients who received single agent PARAPLATIN therapy, the incidence of severe leukopenia, neutropenia, or thrombocytopenia has been about 25% when the dosage modifications in the table below have been used.

| Baseline Creatinine Clearance | Recommended Dose on Day 1 |
|---|---|
| 41-59 mL/min | 250 mg/m² |
| 16-40 mL/min | 200 mg/m² |

The data available for patients with severely impaired kidney function (creatinine clearance below 15 mL/min) are too limited to permit a recommendation for treatment.[1,2]

These dosing recommendations apply to the initial course of treatment. Subsequent dosages should be adjusted according to the patient's tolerance based on the degree of bone marrow suppression.

**Formula Dosing:** Another approach for determining the initial dose of PARAPLATIN is the use of mathematical formulae, which are based on a patient's pre-existing renal function[3,4] or renal function and desired platelet nadir.[5] Renal excretion is the major route of elimination for carboplatin. (See "CLINICAL PHARMACOLOGY" section.) The use of dosing formulae, as compared to empirical dose calculation based on body surface area, allows compensation for patient variations in pretreatment renal function that might otherwise result in either underdosing (in patients with above average renal function) or overdosing (in patients with impaired renal function).

A simple formula for calculating dosage, based upon a patient's glomerular filtration rate (GFR in mL/min) and PARAPLATIN target area under the concentration versus time curve (AUC in mg/mL•min), has been proposed by Calvert.[3,4] In these studies, GFR was measured by ⁵¹Cr-EDTA clearance.[3]

| CALVERT FORMULA FOR CARBOPLATIN DOSING |
|---|
| Total Dose (mg)=(target AUC) x (GFR + 25) |
| **Note: With the Calvert formula, the total dose of PARAPLATIN is calculated in mg, not mg/m².** |

The target AUC of 4-6 mg/mL• min using single agent PARAPLATIN appears to provide the most appropriate dose range in previously treated patients.[3] This study also showed a trend between the AUC of single agent PARAPLATIN administered to previously treated patients and the likelihood of developing toxicity.[1]

| % Actual Toxicity in Previously Treated Patients | | |
|---|---|---|
| AUC (mg/mL•min) | Gr 3 or Gr 4 Thrombocytopenia | Gr 3 or Gr 4 Leukopenia |
| 4 to 5 | 16% | 13% |
| 6 to 7 | 33% | 34% |

**HOW SUPPLIED**

PARAPLATIN® (carboplatin for injection)

NDC 0015-3213-30 50 mg vials, individually cartoned, shelf packs of 10 cartons, 10 shelf packs per case. (Yellow flip-off seals)

NDC 0015-3214-30 150 mg vials, individually cartoned, shelf packs of 10 cartons, 10 shelf packs per case. (Violet flip-off seals)

NDC 0015-3215-30 450 mg vials, individually cartoned, shelf packs of 6 cartons, 10 shelf packs per case. (Blue flip-off seals)


REFERENCES

1. Egorin MJ, et al: Pharmacokinetics and Dosage Reduction of Cis-diammine(1,1-cyclobutanedicarboxylato) Platinum in Patients with Impaired Renal Function. Cancer Res 1984; 44:5432-5438.
2. Carboplatin, Etoposide, and Bleomycin for Treatment of Stage IIC Seminoma Complicated by Acute Renal Failure. Cancer Treatment Reports November 1987; Vol. 71, 11:1123-1124.
3. Calvert AH, et al: Carboplatin Dosage: Prospective Evaluation of a Simple Formula Based on Renal Function. J Clin Oncol 1989; 7:1748-1756.
4. Jodrell DI, et al: Relationships Between Carboplatin Exposure and Tumor Response and Toxicity in Patients with Ovarian Cancer. J Clin Oncol 1992; 10:520-528.
5. Sorensen BT, et al: Dose-Toxicity Relationship of Carboplatin in Combination with Cyclophosphamide in Ovarian Cancer Patients. Cancer Chemother Pharmacol 1991; 28:397-401.
6. Egorin MJ, et al: Prospective Validation of a Pharmacologically Based Dosing Scheme for the Cis-diamminedichloroplatinum (II) Analogue Diamminecyclobutanedicarboxylatoplatinum. Cancer Res 1985; 45:6502-6506.
7. Daugaard G, et al: Effects of Cisplatin on Different Measures of Glomerular Function in the Human Kidney with Special Emphasis on High-Dose. Cancer Chemother Pharmacol 1988; 21:163-167.



U.S. Patent Nos. 4,140,707 4,657,927

BRISTOL LABORATORIES

ONCOLOGY PRODUCTS

A Bristol-Myers Squibb Company Princeton, NJ 08543 U.S.A.

K2-B001A-11-98 51-002473-02

3213DIM-10 Revised June 1998





ONCOLOGY THERAPEUTICS NETWORK

1-800-482-6700