# TAB C

Defendants' Exhibit
2594
01-12257-PBS

Page 1 of 1

**From:** Sandy McMahon
**Sent:** Tuesday, January 14, 2003 6:11 PM
**To:** Kathy A MacDonald; Laura Bennett; Jeannette Murakami; Tiffanie Obrien; Karen Weiss; John Akscin; Mary Seguine; Clark Avery; Sheeny Grewal; Keith Gregory; Binder, Steven; Janet Woods; Louis Chinn; Rob Dubman; Jennifer Semanik; Susan Jue; Gena Cook; Marilyn Alden; Renee Vandezande; Tiffanie Obrien; Rebecca Warne; Mitch Stewart; Coline David; Donald Gaddy
**Cc:** Hasnain, Faheem
**Subject:** Program Implementation Committee Meeting - Reminder - Meeting 1/16 - Notes Attached

Notes from the last meeting attached.

Sandy

6/21/2032
Highly Confidential

EXHIBIT 10
DATE: 1/22/05
Nobles
J. SHEPHERD

BMS/AWP/000966252

## Program Implementation Committee
## Update – 12/12/02

<u>New Programs</u> – None Presented

<u>Ongoing Programs</u>

**APP Liquid Pamidronate**
- APP offers OTN up to a 30% margin opportunity on this product for hitting performance objectives.
- Marketing Program
  - The Pricing Committee previously decided to reset the list prices for liquid Pamidronate to match the weekly Florida fliers. At this point, only the Florida Matching list is being matched. Finance suggests that this be reanalyzed prior to reinstituting the list price adjustment and that the decision be made by the Pricing Committee.
  - Metreo found that 50% of non-group, non-urology accounts purchased only 1 drug from OTN during the last 6 months. Develop a cross-sell program for these accounts and offer them a good price on liquid pamidronate to grow sales, BUC and account penetration
- Sales Program
  - If customer asks for Aredia or pamidronate, ask for APP Pamidronate order
  - Sales spiff in place through 12/31 (funded by APP) to promote sales by all team members
- Action Items
  - Fax program to support APP Liquid Pamidronate in combination with IGIV – Sandy (will be queued for transmission 12/16 – will also state pricing in per mg terms, to improve customer understanding of our pricing)
  - Analysis of impact of adjusting pricing for APP Liquid Pamidronate, and decision as to whether to reinstitute automatic adjustment of list prices to match Florida fliers – Pricing Committee
  - Analysis of total bisphosphonates usage drop-off – this will produce targets for sales to go after with liquid pamidronate – is in the analysis request queue
  - List of non-group/non-urology accounts only purchasing one product from OTN – Rob; publish cross-sell program (Lynx2OTN and iNICE) to offer these customers liquid pamidronate when they place orders – Rob/Jecia
  - Additional analysis of special promo options for non-group/non-urology accounts only purchasing one product from OTN – e.g., purchase APP Pamidronate and get an additional $x off your current order – Karen/Tiffanie (is in the analysis request queue)

**Novartis Aredia/Zometa Performance Program**
- Q4 APP program – similar to Q2 & Q3 programs – this is the last quarter for the APP Program
  - 10% discount at time of purchase
  - 16% end of quarter rebate – payable in January 2003
- Novartis urology program for Zometa
  - Progress is slow per Novartis – building a new market and accustomizing practices to infusions and billing/reimbursement processes
- Action Items
  - Update customer qualifying tool for sales on a weekly basis through September – Clark
  - Distribute list from Novartis of units to be purchased to qualify for the rebate – Clark
  - Customer communications: Novartis will send a letter to all accounts still in the program notifying them of program termination. OTN will send a letter to ALL customers who participated in the program thanking them for their participation, and reinforcing the value that OTN brought to them through this program – Sandy

**Aranesp/Neulasta – Amgen**
- Aranesp
  - Returns of Aranesp extended dating program product
    - To date, only 10 accounts have returned product. Of these only 3 accounts returned oncology sizes of Aranesp, the rest were returns primarily of smaller sizes
    - Returns process:

Highly Confidential

BMS/AWP/000966253

Program Implementation Committee
Update 12/12/02                                                                                      Page 2

- - - Special returns code issued – Program Purchase Return
    - We will track all returns through Service Tracking and log/analyze reason codes
    - Will have a segregated area in warehouse for Aranesp returns
    - McKesson will process monthly returns to Amgen
    - Amgen to make OTN whole
- Neulasta
  - OTN Objective – to be seen as THE place to buy Neulasta
  - Sales focus – selling Neulasta over Neupogen presents the opportunity to double revenue because a single shot of Neulasta is equivalent to a complete regimen of Neupogen – compliance data indicate that Neupogen regimen compliance is only 50%
  - Latest share data (assumes a 3-player market):
    - OS – 45%
    - OTN – 37.5%
    - NSS – 17.5%
- Action Items:
  - Customer-specific Neulasta term/price fax in process – Sandy, Rob

Remicade
- Field feedback is that we continue to be underpriced by our competition in large accounts. Two levels of issue:
  - Occasional large stocking orders where practices want a one-time price break
  - Large volume customers who want to receive adjusted pricing in return for shifting business to OTN
- Action Items
  - Cust Prof to finalize account qualification and price offer matrix for Remicade – Karen Weiss

Taxol Opportunity Program
- Program augmentation:
  - We have launched a program with our exclusive state society GPOs (ONC, Colorado, MSHO, MOPS, POHMS, SOAP) that incents the GPOs to drive Taxol utilization within their memberships. The Proposal being discussed with BMS is three levels:
    - Increase of 5 share points over Q3 2002 vs baseline mgs – 1% Admin Fee
    - Increase of 15 share points over Q3 2002 vs baseline mgs – 2% Admin Fee
    - Increase of 25 share points over Q3 2002 vs baseline mgs – 3% Admin Fee
    MOPS is a special case because they have prevented erosion to paclitaxel, however there has been erosion to Taxotere due to account level rebates being offered by Aventis. To counter this, MOPS has a special rebate provision at the account level. To qualify, two things must happen – MOPS as a whole must increase by 5 share points over Q3, and the account must increase its own mg purchases by at least 5% over Q3.
- On 12/1 prices held steady. We received notification on 12/11 that OS has lowered pricing to $310, and have asked BMS to adjust the floor price in response.
- BMS and OTN are in agreement that the Taxol Opportunity Program will be continued into 2003 – along the lines currently in place. We are now experiencing very little erosion of sites, while mgs are actually showing modest increases – enough to keep sales relatively steady in the face of price erosion of about 5% per week.
- Initial observations on how to improve on this program or programs like it in the future:
  - Initial customer segmentation for this program can be improved on. Allow the time to do this.
  - The initial pricing distinction between Bucket 1 and Buckets 2 & 3 was too extreme, resulting in rapid erosion during the first 4 months of the program.
  - Any program, like the B3 program, to gain back lost customers:
    - Takes longer to launch than originally planned due to customer skepticism and competitive response – plan on at least 3-4 months before seeing substantial sales impact;
    - Should perhaps be delayed until after accounts are approached with a simple price match on the branded product. An option would then be to only offer the program to accounts that have declined the match.

- The OTN reps have responded very positively to the program – particularly the B2 program and want more programs like this offering them pricing flexibility to work with their accounts
  - Analysis of pricing dynamics by territory based on the Taxol program will assist sales management and coaching
- Action Items
  - Schedule a separate meeting early in 2003 to discuss learnings from the Taxol program that can be applied to other programs – Sandy

**BMS Multisource Products**
- BMS offered improved pricing on select BMS Multisource products to OS on 11/18. OS publicized this in a customer fax dated 11/25. In response, BMS lowered pricing through OTN to provide a 2% pricing advantage to OTN. OTN communicated this to all OTN accounts on 12/10. BMS pledged to keep OTN whole on lost BUC due to either the price decrease or business converted from more profitable Multisource products.
- Sandy has requested a report, to be run 1/3/03 to assess the impact of this program on OTN multisource sales.
- Action Items
  - Analyze and consider a Goodwill Courtesy Credit to OTN Multisource accounts, making them whole back to the introduction of the new OS Multisource prices on 11/25 through the point where OTN lowered Multisource pricing on 12/6. This should be an inexpensive exercise to provide customer delight and reinforce the primary position of OTN as the BMS distributor of choice – Karen
  - Obtain BMS data on multisource sales by NDC from BMS – Sandy – Requested but not received

**Eloxatin (oxaliplatin)**
- Oncology Supply is pushing the 120-day extended dating offered by Sanofi, however, because of the way that OS prices, they are effectively charging an upcharge for the 120 day dating
- Sanofi has asked McKesson to pass through the extended dating credits to OTN so that OTN can offer a competitive program to our customers. OTN is working through details of this with McKesson
- OTN's strategy remains:
  - To offer 120-day dating on Eloxatin on customer request, accompanied by an extra 1.5% upcharge (this may change at least on a selective basis once we get the dating pass-through from McKesson)
  - Run the 120-day dating program similarly to the Aranesp extended dating program
  - Consider a program to allow the reps to selectively offer "free extended dating" or enhanced terms to accounts to gain business – this will require tools to assist them in running the program
- Action Items
  - Gather competitive intelligence on Eloxatin pricing/terms in the marketplace – Louis & Mitch (ongoing)
  - Rough out and analyze a program to allow the reps to selectively offer "free extended dating" or enhanced terms to accounts to gain business. Develop the tools to assist the reps in running the program – Pricing Committee

**FluShield**
- Current inventory is 5,750 vials as of 11/11. Additional price reduction fax went out to sites that had not ordered flu vaccine on 11/12 and 11/18. Through the end of November we saw increases in purchase volume, but not enough to significantly impact our inventory situation. CSRs were given the flexibility to offer pricing as low as $40 per vial on 11/22, and have been rewarded by a $1 per vial sold spiff (up to $500 maximum) since 11/11.
- Through the end of November, CDC monitoring of flu indicates that the US is experiencing a mild flu season to date. Only 3 states (Colorado, Texas and Tennessee) reported "regional" activity. Eighteen states reported sporadic activity and 28 reported no activity.
- Alternatives to reduce inventory:
  - Monitor response to 11/12 fax and further reduce price to move inventory – Susan Jue, others
  - Seek a wholesaler who wants additional product at low prices – Susan, others

Highly Confidential

BMS/AWP/000966255

Program Implementation Committee
Update 12/12/02

Page 4

- Investigate other options through additional customer outlets
- Investigate option of giving vials of flu vaccine at a symbolic price ($1 per vial) for purchases of a high priority product, e.g., Neulasta – Sandy to explore with Mike Proctor and OTN legal counsel

**INICE/Webstore Functionality**

- Clark and Rob are investigating options for flagging OTN preferred brands – i.e., products where OTN has a differential profitability advantage – and promoting these through marketing channels.
- Ideas and suggestions from all portions of the company are welcomed.

Highly Confidential

BMS/AWP/000966256