# TAB H

# THE NETWORK NEWS

**ONCOLOGY THERAPEUTICS NETWORK**

January/February 1997

*A BIMONTHLY UPDATE FOR COMMUNITY-BASED ONCOLOGY PROFESSIONALS*

ROUTE TO:
- ☐ Physician
- ☐ Office Manager
- ☐ Oncology Nurse
- ☐ Pharmacist
- ☐ Business Office
- ☐ _____



**INSIDE**

| | |
|---|---|
| Environmental Health & Safety ............... 2 | 1997 HCPCS Code Changes ............. 5 |
| *First in a Series of Three* | Sourcebook Update ............. 5 |
| Novantrone® New Indication ............. 3 | Oncology New Concepts IONC ............. 6 |
| ProCERT Reimbursement Program ......... 3 | Oncology Drug Updates ... ............. 8 |
| Procrit® Rebate Program .......................... 4 | New Drug Approvals, New Indications |
| Intron®A - Human Serum Albumin Free .. 4 | Reimbursement ................ ............. 12 |
| | AWP & HCPCS Codes |

PLAINTIFF'S EXHIBIT
Akson 7
8/11/05

Defendants' Exhibit
2556
01-12257-PBS

10A
BP 01014
HIGHLY CONFIDENTIAL
BMS/AWP/000095588



# HEALTH AND SAFETY ADVICE ON HANDLING ONCOLOGY PRODUCTS

### FIRST IN A SERIES OF THREE

Oncology Therapeutics Network (OTN) is committed to providing information on the safe handling of the products that we sell. As an added value to our customers, OTN will be addressing health and safety issues in this and future publications of *The Network News*. The first, and two subsequent articles, will highlight key information outlined in OSHA's *Controlling Occupational Exposure to Hazardous Drugs*.[1]

Healthcare employees need to recognize that there are several pharmaceuticals that pose an occupational risk through acute and chronic exposure. It would be shortsighted of any healthcare worker to be mindful only of drugs used to treat cancer. There are four drug characteristics, each of which should be considered hazardous:

➢ Genotoxicity

➢ Carcinogenicity

➢ Teratogenicity or fertility impairment

➢ Serious organ or other toxic manifestation at low doses in experimental animals or treated patients

Also, investigational drugs need to be treated as hazardous until information is provided which may relax certain procedures and protective measures.

Healthcare workers need to first understand how exposure may occur before they can take appropriate actions to prevent exposure to hazardous drugs. The main routes of exposure are: inhalation of aerosols or dust, absorption through the skin, and ingestion. Exposure to the eyes and injection (accidental needle sticks) may also occur, but to a lesser extent. To minimize exposure, it is recommended to prepare all hazardous drugs in a Class II or Class III biological safety cabinet (BSC), never in a laminar-flow hood. Smoking, drinking, applying cosmetics, and eating where these drugs are prepared, stored, or used also increase the chances of exposure.

A written Hazardous Drug Safety and Health Plan should be developed and maintained in every work place that uses hazardous drugs. The plan would aid in protecting employees from health hazards associated with hazardous drugs and in keeping exposures as low as reasonably achievable. The plan should be readily available for all employees: permanent, temporary, contractors, and trainees. The plan should include, as a minimum, the following elements and indicate specific measures the employer is taking to ensure employee protection:

➢ Standard operating procedures for workers who handle hazardous drugs

➢ Decontamination procedures

➢ Designation of hazardous drug handling areas

➢ Criteria to determine and implement control measures to reduce employee exposure

➢ Use of containment devices such as biological safety cabinets

➢ Inspection and maintenance of control systems, to ensure that protective equipment functions properly

➢ Procedures for safe removal of contaminated waste

➢ Provision for information and training

➢ Identification of extenuating circumstances that require special approval

➢ Provision for medical examinations

➢ Designation of a Hazardous Drug Officer and establishment of a Hazardous Drug Committee

➢ Review and reevaluation of the plan for effectiveness, at least annually

The next article in the series will address safe work habits, biological safety cabinets, and personal protective equipment. It is important to follow health and safety requirements and regulations as specified by the manufacturer of the products, your employers, and local, state, and federal governments. Call OTN if you would like to receive a copy of the OSHA document that is referenced throughout this article.

---

[1] *OSHA Instruction TED 1.15, September 22, 1995, Office of Science and Technology Assessment.*

*The Network News* is distributed by Oncology Therapeutics Network Corporation. ©1997 All rights reserved.

The articles in this newsletter are not intended to serve as rules and policies for medical practice. Primary references should be consulted. The reader is encouraged to review the manufacturer's package insert where applicable.

Comments and suggestions are welcome. Address them to: Mary Walsh, Editor, The Network News; Oncology Therapeutics Network; 395 Oyster Point Blvd., Suite 405; South San Francisco, CA 94080.

 Printed on recycled paper.

10A
BP 01017

HIGHLY CONFIDENTIAL
BMS/AWP/000095591

 

# NOVANTRONE®
## MITOXANTRONE For Injection Concentrate

**Important New Indication**

ONCOLOGY THERAPEUTICS NETWORK

### Shown to Relieve the Pain of Advanced Hormone-Refractory Prostate Cancer (HRPC)

**INDICATIONS AND USAGE:**
Novantrone (mitoxantrone for injection concentrate) in combination with corticosteroids is indicated as initial chemotherapy for the treatment of patients with pain related to advanced hormone-refractory prostate cancer. Novantrone in combination with other approved drug(s) is also indicated in the initial therapy of acute nonlymphocytic leukemia (ANLL) in adults. *Please refer to full prescribing information.*

**DOSAGE AND ADMINISTRATION:**
*(HORMONE-REFRACTORY PROSTATE CANCER)*

Based on data from two phase III comparative trials of Novantrone plus corticosteroids versus corticosteroids alone, the recommended dosage of Novantrone is 12 to 14 mg/m² given as a short intravenous infusion every 21 days.

Contact your Network Representative for current pricing information. OTN is an authorized wholesaler in the Immunex Volume Purchase Agreement (VPA) Program.

**PRODUCT SUPPORT:**
Novantrone Reimbursement Hotline: ..................1-800-321-4669
Medical Information: ............................................1-800-466-8639
J Code: ..................................................................J9293 per 5 mg
ICD-9 Code (HRPC): ............................................................185

| Catalog Number | NDC | Item | Unit Size |
|---|---|---|---|
| 902-200 | 58406-0640-03 | Novantrone (2 mg/mL) | 20 mg MDV |
| 902-210 | 58406-0640-05 | Novantrone (2 mg/mL) | 25 mg MDV |
| 902-220 | 58406-0640-07 | Novantrone (2 mg/mL) | 30 mg MDV |

**Price Match** — OTN will match any documented offer for Novantrone 20 mg, 25 mg, and 30 mg multidose vials. Simply call with the special offer quoted from another supplier, and we will honor that price immediately.



## ProCERT
### A REIMBURSEMENT GUARANTEE PROGRAM

**BRISTOL-MYERS SQUIBB Oncology**

Obtaining reimbursement for chemotherapy drugs is often a time-consuming and laborious task. To assist your practice in this area, Bristol-Myers Squibb Oncology (BMSO) has developed a preauthorization service that is available free of charge called ProCERT.

ProCERT is currently available for TAXOL® (paclitaxel) and any other BMSO product that is a part of the TAXOL regimen.

The service includes:
- Assistance to physicians in offering TAXOL (paclitaxel) injection treatment to their candidate patients
- Free drug replacement guarantee for qualifying unreimbursed claims
- Reduction of financial risk for the physician and patient

*For more information, call ProCERT toll-free at 1-888-ProCERT (888-776-2378) from 8:00 am to 5:00 pm Central Time, Monday-Friday or contact your Bristol-Myers Squibb Representative.*

THE NETWORK TEL: 1-800-482-6700 FAX: 1-800-800-5673 • JANUARY/FEBRUARY 1997

10A

BP 01018

HIGHLY CONFIDENTIAL
BMS/AWP/000095592



### New From Schering!
## HSA-FREE INTRON® A (Interferon Alfa-2b, recombinant)
### PRODUCT LINE NO LONGER CONTAINS HUMAN SERUM ALBUMIN

✓ Elimination of HSA provides a purer solution—a purer interferon
✓ Equivalent potency of original formulation
✓ New packaging is easier to store
✓ Greater ease of administration; less injection volume for some sizes

**MORE ABOUT TECHNICAL DIFFERENCES...**
Effective February 1, 1997, the Intron A premixed solution formulations will no longer contain human serum albumin. Only the 18 MIU and 50 MIU lyophilized powder presentations will continue to be available in the original formulation; all other powder presentations will be phased out.
OTN will ship the new Intron A HSA-free products once inventory of the original formulation is depleted.

**NEW PACKAGES • HSA-FREE SOLUTIONS**

| New Cat. # | NDC | Item | Size | Order Qty | Shelf Life |
|---|---|---|---|---|---|
| 220-151 | 0085-1184-01 | Intron A solution | 3 MIU/0.5 mL | 6 | 18 months |
| 220-161 | 0085-1191-01 | Intron A solution | 5 MIU/0.5 mL | 6 | 18 months |
| 220-171 | 0085-1179-01 | Intron A solution | 10 MIU/1 mL | 6 | 18 months |
| 220-191 | 0085-1168-01 | Intron A solution | 18 MIU MDV | 6 | 24 months |
| 220-194 | 0085-1133-01 | Intron A solution | 25 MIU MDV | 6 | 24 months |

**NEW PACKAGES • HSA-FREE SOLUTION PAKS**

| New Cat. # | NDC | Item | Size | Order Qty | Shelf Life |
|---|---|---|---|---|---|
| 220-156 | TO BE DETERMINED | Intron A solution | 3 MIU, Pak 3 | 1 | 18 months |
| 220-166 | TO BE DETERMINED | Intron A solution | 5 MIU, Pak 5 | 1 | 18 months |
| 220-174 | TO BE DETERMINED | Intron A solution | 10 MIU, Pak 10 | 1 | 18 months |

*Paks include six vials, six syringes, and six alcohol swabs*

**LYOPHILIZED POWDER ORIGINAL FORMULATION**

| Cat. # | NDC | Item | Size | Order Qty | Shelf Life |
|---|---|---|---|---|---|
| 220-186 | 0085-1110-01 | Intron A powder | 18 MIU | 6 | 36 months |
| 220-180 | 0085-0539-01 | Intron A powder | 50 MIU | 6 | 24 months |

*Powders include one vial of diluent.*

---

### PROCRIT® PHYSICIAN REBATE PROGRAM EXTENDED THROUGH MARCH 1997

*Price Match*

─New for 1997:─
Novantrone®
Zofran®
Neupogen®
Kytril™
Intron® A
Procrit®
Doxorubicin 200 mg

Ortho Biotech has extended the Procrit Rebate Program for physician practices through March 31, 1997. Rebates amounts will remain the same at 8% with Usage Guidelines Certification or 6% without. OTN provides the added convenience of offering the rebate directly off your invoice amount to eliminate the paperwork and time delay in claiming the rebate for your practice.
Remember, OTN will match any documented offer for Procrit. Prices to be matched should be requested at the time the order is placed. Prices will be matched for the term of the competitor's offer.

| Item | Unit Size | Order Quantity | 6% Rebate | Additional 2% Guideline Rebate | With 6% Invoice Price/Unit | With 8% Invoice Price/Unit |
|---|---|---|---|---|---|---|
| Procrit | 10,000 units/mL | 6 | $5.70 | $1.90 | $94.00 | $92.00 |
| Procrit | 10,000 units/mL | 25 | $5.70 | $1.90 | $94.00 | $92.00 |
| Procrit | 20,000 units/2 mL | 6 | $11.40 | $3.80 | $186.25 | $182.50 |



JANUARY/FEBRUARY 1997 • THE NETWORK TEL: 1-800-482-6700 FAX: 1-800-800-5673

10A

BP 01020

HIGHLY CONFIDENTIAL
BMS/AWP/000095594

# HCPCS Code Changes for 1997



The HCFA Common Procedure Coding System (HCPCS) Editorial Panel recently announced coding changes effective for Medicare claims beginning January 1, 1997. Services provided on or after January 1, 1997, should be filed using the 1997 codes. Services rendered in 1996 should continue to be billed with the 1996 codes. HCFA has granted a 90-day grace period to allow physicians to incorporate the changes into their practices. The 1997 charges received prior to April 1, 1997, may be filed with either the 1996 or 1997 codes.

Specific questions about these codes and requests for a complete list of code changes should be directed to your Medicare carrier.



*New Zinecard® code approved!*

| NEW | DELETED | BILLING UNITS | PRODUCT *Drugs for treatment & supportive care of cancer patients:* |
|---|---|---|---|
| J1190 | | per 250 mg | Injection, dexrazoxane hydrochloride |
| J1645 | | per 2500 IU | Injection, dalteparin sodium |
| J2820 | | per 50 mcg | Injection, GM-CSF (change in billing units) |
| J2597 | | per 1 mcg | Injection, Desmopressin Acetate (change in billing units) |
| J7310 | | | Ganciclovir, 4.5 mg, long-acting implant |
| K0453 | | per 50 mg | Injection, amphotericin B |
| Q0156 | | | Infusion, albumin (human), 5%, 500 mL |
| Q0157 | | | Infusion, albumin (human), 25%, 50 mL |
| | J7140 | | Prescription drug, oral, dispensed in a physician's office |
| | J7150 | | Prescription drug, oral chemotherapy for malignant disease |
| | J7502 | per 250 mg | Cyclosporine, parenteral, amp, IV |
| | J9010 | per 50 mg | Doxorubicin hydrochloride |

**Q** How do I file claims for doxorubicin hydrochloride in 1997 now that code J9010 is deleted?

**A** To file claims for doxorubicin hydrochloride, use code J9000 for all sizes. Billing units are *per 10 mg*.

## Sourcebook Update • Fall/Winter 1996-97 Product and Pricing Changes

| | | | | | |
|---|---|---|---|---|---|
| 901-100 | Hexalen® | Altretamine, capsules | 50 mg | $433.50 | ▲ |
| 201-120 | Taxotere® | Docetaxel for Injection | 20 mg | $215.25 | ▲ |
| 201-180 | Taxotere® | Docetaxel for Injection | 80 mg | $861.00 | ▲ |
| 230-050 | Havrix® | Hepatitis A Vaccine, inactivated (1440 ELU/mL) | 1 dose/ vial | $57.25 | ▲ |
| 847-010 | Gammar® P | Immune Globulin IV, 5% pwd w/ IV set | 1 gm | $32.00 | New |
| 941-100 | InFed® | Iron Dextran (100 mg/2 mL) | | $28.60 | catalog |
| 941-105 | Dexferrum® | Iron Dextran (100 mg/2 mL) | | $28.60 | correction |
| 802-035 | Immunex | Methotrexate, powder | 20 mg | $12.25 | ▲ |
| 901-280 | Hycamtin™ | Topotecan HCl, lyoph pwd | 4 mg | $426.50 | ▲ |
| 202-500 | Thioplex® | Thiotepa, powder | 15 mg | $76.75 | ▲ |
| 920-400 | NeuTrexin™ | Trimetrexate Glucuronate, solution (x 25) | 25 mg | $50.25 | ▲ |
| 920-410 | NeuTrexin™ | Trimetrexate Glucuronate, solution (x 10) | 25 mg | $58.50 | ▲ |

▲ Reflects a price increase   ▼ Reflects a price decrease   • Reflects a product description change

THE NETWORK TEL: 1-800-482-6700  FAX: 1-800-000-5673 • JANUARY/FEBRUARY 1997                    15

10A

BP 01022

HIGHLY CONFIDENTIAL
BMS/AWP/000095596

Case 1:01-cv-12257-PBS   Document 3347-6   Filed 11/10/06   Page 7 of 13



## ONCOLOGY DRUG UPDATES

### NEW AUTHORS

Beginning with this issue, there is a welcome addition to *The Network News* editorial staff. Oncology New Concepts (ONC) will assume the role of writing and editing our Oncology Drug Updates section.

ONC is a unique new group specializing in oncology educational programs and services. ONC incorporates practice diversity, clinical and administrative knowledge, and a wealth of experience in developing and delivering educational programs. ONC consists of 11 oncology pharmacy specialists who have joined together with a mission of providing educational experiences and training materials that promote success in oncology practices.

Terri G. Davidson, Pharm.D., FASHP, FCCP
Clinical Associate
Hematology/Oncology
Emory University Hospital

Colleen Gilbert, Pharm.D.
Clinical Associate
Hematology/Oncology
Duke University Medical Center

Stephen Huber, M.S., R.Ph.
Deputy Division Head of Pharmacy
& Director of Pharmacoeconomics
University of Texas
MD Anderson Cancer Center

Robert J. Ignoffo, Pharm.D., FASHP
Clinical Professor, University of California
San Francisco, Cancer Research Institute
of the School of Medicine

Phillip E. Johnson, M.S., R.Ph.
Director of Pharmacy
H. Lee Moffitt Cancer Center &
Research Institute

Dwight Kloth, Pharm.D., BCPS
Director of Pharmacy
Department of Medical Oncology
Fox Chase Cancer Center

Jim M. Koeller, M.S.
Professor, Clinical Pharmacy Programs
University of Texas Health Science
Center at San Antonio

Nancy C. Phillips, R.Ph.
President, The Phillips Group
Oncology Communications

Jane Pruemer, Pharm.D.
Oncology Clinical Pharmacy Specialist
University of Cincinnati Hospital

Rowena Schwartz, Pharm. D.
Coordinator, Pharmacy Programs
University of Pittsburgh Cancer Institute

Jody Simon, M.S., R.Ph.
Cortex Communications, Inc.
Associate Member
H. Lee Moffitt Cancer Center
& Research Institute

### MEDICATION ERRORS ALERT FOR ACCIDENTAL OVERDOSES

#### Irinotecan (Camptosar,® formerly CPT-11, Pharmacia & Upjohn)

nstitute for Safe Medication Practices (ISMP) has learned of several accidental overdoses of Camptosar (irinotecan hydrochloride injection, CPT-11) that have occurred since its launch in July 1996. The labeling for Camptosar, an antineoplastic agent, features "20 mg/mL" in large letters. Some practitioners preparing doses have incorrectly assumed that is the total amount of drug contained in the vial. The vials contain 5 mL or 100 mg, but the "5 mL" notation appears in much smaller print. If your facility uses Camptosar, alert all individuals who prepare doses. In addition, affix auxiliary labels to each vial to clarify that they contain 100 mg, not 20 mg. Prepared doses of antineoplastics should be checked independently by at least two health professionals. Pharmacia and Upjohn, the manufacturer, is in the process of changing the label to read 100 mg/5 mL. This labeling should be available in the near future.

### FDA NEW DRUG APPROVALS

#### Mitoxantrone (Novantrone,® Immunex Corp.) for Hormone-Refractory Prostate Cancer

On Nov. 12, 1996, the FDA granted approval of mitoxantrone for prostate cancer patients who have failed hormone therapy. Mitoxantrone in combination with corticosteriods is indicated as initial chemotherapy for the treatment of patients with pain related to advanced hormone-refractory prostate cancer. Mitoxantrone in combination with other approved drug(s) is also indicated in the initial therapy of acute nonlymphocytic leukemia (ANLL) in adults.

Please refer to full prescribing information.

JANUARY/FEBRUARY 1997 • THE NETWORK TEL: 1-800-482-6700 FAX: 1-800-000-3673

10A

BP 01024

HIGHLY CONFIDENTIAL
BMS/AWP/000095598



# ONCOLOGY DRUG UPDATES

## Amphotericin B Cholesteryl Sulfate Complex (Amphotec®, Sequus) for Invasive Aspergillosis

In November 1996, the FDA granted approval of amphotericin B cholesteryl sulfate complex (Amphotec) as therapy for invasive aspergillosis in patients where renal impairment or unacceptable toxicity precludes the use of amphotericin B deoxycholate in effective doses. Amphotec is also approved in patients with invasive aspergillosis where prior amphotericin B deoxycholate therapy has failed. This approval was based on data from 5 non-comparative open label studies.

One hundred sixty-one patients with proven or probable aspergillus infections were treated with amphotericin B cholesteryl sulfate complex. Identifiable reasons for use included failure to respond to amphotericin B deoxycholate (n = 49), development of nephrotoxicity while receiving amphotericin B deoxycholate (n = 62), preexisting renal impairment (n = 25), or other reasons not identified (n = 25). The primary site of infection was the lung (73%), followed by the sinuses (9%).

The 49 patients who were enrolled because of failure to respond to standard amphotericin B were defined by their individual physician as being refractory based on overall clinical judgment after receiving either a minimum of 7 days of therapy or a minimum total dose of 15 mg/kg. Nephrotoxicity was defined by one of three ways: a serum creatinine that had doubled from baseline, an increase of ≥ 1.5 mg/dL, or an increase to ≥ 2.0 mg/dL. Response rates utilized were defined previously by the Mycosis Study Group.

Eighty of the 161 patients were evaluable for response. The median daily dose was 4 mg/kg/day and the cumulative median dose was 6.3 g. There was a complete response in 9 patients and a partial response in 28 patients, for an overall response rate of 46% (refer to Table 1).

### TABLE 1. RESPONSE RATES TO AMPHOTEC FOR ASPERGILLUS INFECTIONS

| PATIENT GROUP | NUMBER TREATED | COMPLETE RESPONSE | PARTIAL RESPONSE | TOTAL RESPONSE | RESPONSE RATE |
|---|---|---|---|---|---|
| Amphotericin B failure | 28 | 3 | 9 | 12 | 43% |
| Nephrotoxicity | 36 | 5 | 12 | 17 | 47% |
| Preexisting renal impairment | 16 | 1 | 7 | 8 | 50% |
| Total | 80 | 9 | 28 | 37 | 46% |

Those patients who were treated with Amphotec where their serum creatinine was ≥ 2.0 mg/dL experienced a decline in serum creatinine during treatment. This occurred in 12 to 20% of all users.

The recommended dose of Amphotec for both adults and children is 3-4 mg/kg/day. There is an allowance for a dose increase to 6 mg/kg/day in patients who do not improve or if there is evidence of progression of the fungal infection. Amphotec is given as an intravenous infusion in 5% dextrose in water at a rate of 1 mg/kg/hour. The manufacturer recommends a test dose prior to the first therapeutic dose. In patients tolerating the infusion well, the infusion rate may be shortened to 2 hours. Approximately 35% of patients experienced infusion-related toxicities of chills and fever, usually with the first dose. This dropped to 14% by the seventh dose. Acute infusion-related reactions can be managed by pretreatment with antihistamines and corticosteroids. Monitoring of renal and hepatic function and serum electrolytes is recommended.

A randomized study comparing Amphotec with amphotericin B deoxycholate for therapy of invasive aspergillosis is currently ongoing.

**FDA NEW DRUG APPROVALS**

---

### Liposomal Amphotericin Products: A Safer Alternative

Liposomes are delivery vehicles which allow for the administration of agents to better target drug delivery. These are microvesicles consisting of water surrounded by bilayered phospholipid membranes. The biodegradable phospholipid molecules are made up of a hydrophilic head attached to a hydrophobic tail. When placed in water, they arrange themselves into bilayered membranes which ultimately form the microvesicles. It is possible to alter the size, charge, permeability, and even number of bilayered membranes in a liposome.

The pharmacokinetics and pharmacodynamics of liposomally-encapsulated drugs usually vary greatly from the non-encapsulated drug. These differences have been utilized to improve the therapeutic index of many drugs. It has been shown that drugs incorporated into liposomes are selectively taken up into the reticuloendothelial system and concentrated in the liver, spleen, lungs, and lymph nodes. In addition, monocytes and macrophages easily ingest liposomes, which may be advantageous in the management of various infections.

10A
BP 01026

HIGHLY CONFIDENTIAL
BMS/AWP/000095600



# ONCOLOGY DRUG UPDATES

## NEW FDA INDICATION

### Amphotericin B Lipid Complex Injection (Abelcet® The Liposome Component)

Liposomal amphotericin B lipid complex (Abelcet®) was originally FDA-approved for the treatment of aspergillosis in patients who are refractory to, or intolerant of, conventional amphotericin B therapy. In October 1996, the FDA approved the expansion of the indication to include other fungal infections. Now, Abelcet is indicated for the treatment of invasive fungal infections in patients who are refractory to or intolerant of conventional amphotericin therapy.

The new indication was based upon data involving 473 patients from three open-label studies. These patients had invasive fungal infections and were deemed by their physicians to be refractory to or intolerant of conventional amphotericin B or had preexisting nephrotoxicity. Refractory patients had received a minimum dose of 500 mg of amphotericin B. Nephrotoxicity was defined as a serum creatinine that had increased to $\geq 2.5$ mg/dL in adults and $> 1.5$ mg/dL in children, or a creatinine clearance $< 25$ mg/min while receiving conventional amphotericin B.

Results of the trial were available for 282 evaluable patients (191 patients were excluded based upon unconfirmed diagnoses). The following types of fungal infections were identified and treated: aspergillosis (n = 111), candidiasis (n = 87), zygomycosis (n = 25), cryptococcosis (n = 16), and fusariosis (n = 11). Some patients were successfully treated; however, overall response rates have not been reported.

## Revision of Dosing Guidelines for Anticancer Drugs: Is Dosing According To Body Surface Area Appropriate?

The *Journal of Clinical Oncology* recently published a review article commenting on the current practice of dosage calculation of anticancer drugs and proposed an alternative method to be considered to individualize doses of these agents in cancer patients. The importance of dosing chemotherapy appropriately to achieve desired outcomes was emphasized, and the standard method of utilizing body surface area (BSA) to calculate these doses has been questioned.

Oncologists have long recognized the need to individualize the doses of chemotherapeutic agents for two major reasons: First, it has been known that the metabolism and elimination of drugs vary considerably between individual patients. The resultant pharmacokinetic profile would be different between patients, resulting in different effects. Second, oncologists have known that these agents have a narrow therapeutic index, having a low threshold for many toxicities. Reducing doses to avoid toxicities may reduce tumor responses for breast cancer, testicular cancer, and lymphomas.

The current standard of practice has utilized BSA dosing for the majority of antineoplastic agents. BSA has been shown to correlate with basal metabolic rate, blood volume, and glomerular filtration rate (GFR). It has been used to allow an estimation of human doses from experimental animal studies. However, several investigators, including Grochow, et al, have determined that there is no good correlation between BSA and the pharmacokinetic measurements for a number of anticancer drugs in various phase II studies. Agents such as etoposide, ifosfamide, paclitaxel, and carboplatin were found to have no or minimal correlation of BSA with pharmacokinetic parameters. Today, most clinicians are aware of the data published by Calvert, et al, showing that GFR can predict carboplatin AUC, independent of BSA, and the positive relationship between tumor response and AUC of carboplatin. This dosing method is now becoming the standard of practice for the use of carboplatin.

Most interestingly, this review has pointed out that the use of BSA-based dose calculation may bring into question previous clinical studies exploring a dose-response relationship for chemotherapy. It has been suggested that pharmacokinetic monitoring be used instead of BSA dosing for antineoplastic agents. Data generated by Evans and colleagues in pediatric leukemia patients suggest that pharmacokinetically-guided dosing resulted in positive correlations for drug toxicity rather than tumor response. This may be explained by tumor cell heterogeneity. In addition, it is recognized that there are problems with the clinical application of pharmacokinetic parameter dosing (e.g., number and timing of blood samples, as well as expense).

A new method of dosing antineoplastic agents has been suggested using three steps: prime dose, modified dose, and toxicity-adjusted dose (PMT dosing). Prime dose has been defined as the fixed dose of a drug used alone or in combination, derived from phase I/II studies. Modified dose is an adjustment of the prime dose before being administered, based on guidelines that predict the drug-handling ability of the patient (pharmacokinetically-guided dosing). Finally, adjustments are made on subsequent doses based upon resultant or expected toxicities. Toxicity-based dosing has been used to select the conventional dose of most antineoplastic agents. However, it should be noted that there is no easy measure of under dosing in the absence of toxicity.

This review article concluded that basing the dose of most anticancer agents on BSA measurement is not appropriate and that pharmacokinetic applications should be applied. Since there is good correlation between these parameters and the toxicities and tumor response for many antineoplastics, pharmacokinetic trials are crucial to future dosing of these drugs. The author has clearly brought to attention the current inadequacies of BSA-based dosing, and has challenged oncologists to consider a more scientific approach to dosing cancer patients.
(J Clin Oncol. 1996;14(9):2590-2611.)

BP 01028

HIGHLY CONFIDENTIAL
BMS/AWP/000095602



## REIMBURSEMENT

### AVERAGE WHOLESALE PRICES AND 1996 HCPCS CODES

As a reimbursement resource, the average wholesale prices (AWPs) and HCPCS codes are listed for drugs commonly used in cancer treatment. Products are listed alphabetically by their generic name. The AWPs are obtained from the *1996 Red Book* and the *December 1996 Red Book Update*. For drugs that have multiple manufacturers, the AWP for the product that the Network most commonly stocks is listed. For ease of use, we list the AWP information in the first three columns and the billing code and units in the right two columns. Please refer to the *Fall/Winter 1996-1997 Sourcebook* for a complete listing of 1996 HCPCS codes.

| PRODUCT | VIAL SIZE | NDC | DECEMBER AWP/VIAL | '96 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| *Proleukin®* Aldesleukin, pwd (Interleukin-2) | 22 MIU | 53905-0991-01 | 415.00 | J9015 | per 22 MIU |
| *Ethyol®* Amifostine | 500 mg | 17314-3123-01 | 312.00 | J3490¹ | |
| *Fungizone®* Amphotericin B Oral Suspension | 24 mL | 00087-1162-10 | 26.25 | J9999*/J3490¹ | |
| *Blenoxane®* Bleomycin sulfate, pwd | 15 units | 00015-3010-20 | 304.60 | J9040 | per 15 units |
| | 30 units | 00015-3063-01 | 609.20 | J9040 | per 15 units |
| *Paraplatin®* • Carboplatin, pwd | 50 mg | 00015-3213-30 | 88.59 | J9045 | per 50 mg |
| • | 150 mg | 00015-3214-30 | 265.71 | J9045 | per 50 mg |
| • | 450 mg | 00015-3215-30 | 797.15 | J9045 | per 50 mg |
| *BiCNU®* • Carmustine, pwd w/diluent | 100 mg | 00015-3012-38 | 88.94 | J9050 | per 100 mg |
| *Tagamet®* Cimetidine HCl, sol (150 mg/mL) | 300 mg | 00108-5017-16 | 3.96 | J9999*/J3490¹ | |
| *PlatinoP-AQ* • Cisplatin, sol (1 mg/mL) | 50 mg MDV | 00015-3220-22 | 184.84 | J9062 | per 50 mg |
| • | 100 mg MDV | 00015-3221-22 | 369.65 | J9062 | per 50 mg |
| *Leustatin®* Cladribine, sol (1 mg/mL) | 10 mg | 59676-0201-01 | 480.00 | J9065 | per 1 mg |
| *Lyophilized Cytoxan®* Cyclophosphamide, lyophilized | 100 mg | 00015-0539-41 | 6.45 | J9093 | per 100 mg |
| | 200 mg | 00015-0546-41 | 12.25 | J9094 | per 200 mg |
| | 500 mg | 00015-0547-41 | 25.71 | J9095 | per 500 mg |
| | 1 g | 00015-0548-41 | 51.43 | J9096 | per 1 g |
| | 2 g | 00015-0549-41 | 102.89 | J9097 | per 2 g |
| *Cytoxan® Tablets* • Cyclophosphamide, tablets, 25 mg | 100 per bottle | 00015-0504-01 | 173.23 | J8530 | 25 mg |
| • Cyclophosphamide, tablets, 50 mg | 100 per bottle | 00015-0503-01 | 317.91 | J8530 | 25 mg |
| • Cyclophosphamide, tablets, 50 mg | 1,000 per bottle | 00015-0503-02 | 3,027.90 | J8530 | 25 mg |
| Cytarabine, pwd | 100 mg | 00364-2467-53 | 6.00 | J9100 | per 100 mg |
| | 100 mg | 55390-0131-10 | 6.25 | J9100 | per 100 mg |
| | 500 mg | 00364-2468-54 | 23.06 | J9110 | per 500 mg |
| | 500 mg | 55390-0132-10 | 25.00 | J9110 | per 500 mg |
| | 1 g | 55390-0133-01 | 50.00 | J9110 | per 500 mg |
| | 2 g | 55390-0134-01 | 98.90 | J9110 | per 500 mg |
| Dacarbazine, pwd | 100 mg | 00026-8151-10 | 13.83 | J9130 | per 100 mg |
| | 200 mg | 00026-8151-20 | 22.23 | J9140 | per 200 mg |
| *DaunoXome®* Daunorubicin citrate liposome inj. (1 mg/mL) | 50 mg | 56146-0301-01 | 260.75 | J9999*/J3490¹ | |
| *Cerubidine®* Daunorubicin HCl, pwd | 20 mg | 55390-0281-10 | 168.50 | J9150 | per 10 mg |
| *DDAVP®* Desmopressin Acetate, sol (4 mcg/mL) | 1 mL | 00075-2451-01 | 24.54 | J2597 | per 4 mcg |
| Dexamethasone, sol (10 mg/mL) | 100 mg MDV | 00364-2360-54 | 12.00 | J1100 | up to 4 mg/mL |
| Dexamethasone, sol (4 mg/mL) | 20 mg MDV | 00517-4905-25 | 2.19 | J1100 | up to 4 mg/mL |
| | 120 mg MDV | 00517-4930-25 | 7.84 | J1100 | up to 4 mg/mL |
| *Zinecard™* Dexrazoxane for injection | 250 mg | 00013-8715-62 | 134.38 | J3490¹ | |
| | 500 mg | 00013-8725-89 | 268.75 | J3490¹ | |
| Diazepam, sol (5 mg/mL) | 10 mg | 00364-0825-48 | 3.43 | J3360 | up to 5 mg |
| | 50 mg | 00364-0825-54 | 13.35 | J3360 | up to 5 mg |
| Diphenhydramine HCl, sol (10 mg/mL) | 300 mg | 00364-6530-56 | 5.18 | J1200 | up to 50 mg |
| Diphenhydramine HCl, sol (50 mg/mL) | 500 mg MDV | 00364-6531-54 | 6.90 | J1200 | up to 50 mg |
| | 50 mg | 00641-0376-25 | 0.63 | J1200 | up to 50 mg |

THE NETWORK TEL: 1-800-482-6700 · FAX: 1-800-800-5673 • JANUARY/FEBRUARY 1997          9

10A

BP 01030

HIGHLY CONFIDENTIAL
BMS/AWP/000095604



## REIMBURSEMENT

| PRODUCT | VIAL SIZE | NDC | DECEMBER AWP/VIAL | '96 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| **Taxotere** | | | | | |
| • Docetaxel for injection | 20 mg | 00075-8001-20 | 257.92 | J9999* | |
| | 80 mg | 00075-8001-80 | 1,031.68 | J9999* | |
| **Rubex** | | | | | |
| Doxorubicin, pwd | 50 mg | 00015-3352-22 | 197.15 | J9010 | per 50 mg |
| | 100 mg | 00015-3353-22 | 394.29 | J9010 | per 50 mg |
| **Bedford Laboratories** | | | | | |
| Doxorubicin, pwd | 10 mg | 55390-0231-10 | 45.08 | J9000 | per 10 mg |
| | 20 mg | 55390-0232-10 | 90.16 | J9000 | per 10 mg |
| | 50 mg | 55390-0233-01 | 225.40 | J9010 | per 50 mg |
| Doxorubicin, sol (2 mg/mL) | 10 mg | 55390-0235-10 | 47.35 | J9000 | per 10 mg |
| | 20 mg | 55390-0236-10 | 94.70 | J9000 | per 10 mg |
| | 50 mg | 55390-0237-01 | 236.74 | J9010 | per 50 mg |
| | 200 mg MDV | 55390-0238-01 | 945.98 | J9010 | per 50 mg |
| **Adriamycin** | | | | | |
| Doxorubicin, RDF pwd | 10 mg | 00013-1086-91 | 46.00 | J9000 | per 10 mg |
| | 20 mg | 00013-1096-94 | 92.00 | J9000 | per 10 mg |
| | 50 mg | 00013-1106-79 | 230.00 | J9010 | per 50 mg |
| | 150 mg MDV | 00013-1116-83 | 676.19 | J9010 | per 50 mg |
| Doxorubicin, pfs sol (2 mg/mL) | 10 mg | 00013-1136-91 | 48.31 | J9000 | per 10 mg |
| | 20 mg | 00013-1146-94 | 96.63 | J9000 | per 10 mg |
| | 50 mg | 00013-1156-79 | 241.56 | J9010 | per 50 mg |
| | 75 mg | 00013-1176-07 | 362.35 | J9010 | per 50 mg |
| | 200 mg MDV | 00013-1166-83 | 946.94 | J9010 | per 50 mg |
| **DOXIL** | | | | | |
| Doxorubicin, HCl liposome inj. (2mg/mL) | 20 mg | 61471-0295-12 | 606.25 | J9999* | |
| **Procrit** | | | | | |
| Epoetin alfa | 2,000 units/mL | 59676-0302-01 | 24.00 | Q0136* | 1,000 units |
| | 3,000 units/mL | 59676-0303-01 | 36.00 | Q0136* | 1,000 units |
| | 4,000 units/mL | 59676-0304-01 | 48.00 | Q0136* | 1,000 units |
| | 10,000 units/mL | 59676-0310-01 | 114.00 | Q0136* | 1,000 units |
| | 20,000 units/2 mL | 59676-0312-01 | 228.00 | Q0136* | 1,000 units |
| **VePesid Capsules** | | | | | |
| • Etoposide, capsules, 50 mg | 20 per box | 00015-3091-45 | 751.60 | J8560 | 50 mg |
| **VePesid For Injection** | | | | | |
| Etoposide, injection (20 mg/mL) | 100 mg MDV | 00015-3095-20 | 136.49 | J9182 | per 100 mg |
| | 150 mg MDV | 00015-3084-20 | 204.74 | J9182 | per 100 mg |
| | 500 mg MDV | 00015-3061-20 | 665.38 | J9182 | per 100 mg |
| | 1 g MDV | 00015-3062-20 | 1,296.64 | J9182 | per 100 mg |
| **Etopophos** | | | | | |
| Etoposide phosphate for injection | 100 mg | 00015-3404-20 | 124.14 | J9999* | |
| **Fludara** | | | | | |
| Fludarabine phosphate, pwd | 50 mg | 50419-0511-06 | 188.04 | J9185 | per 50 mg |
| Fluorouracil, sol (50 mg/mL) | 500 mg | 39769-0012-10 | 3.75 | J9190 | per 500 mg |
| | 2,500 mg | 00013-1046-94 | 7.69 | J9190 | per 500 mg |
| | 5,000 mg | 39769-0012-90 | 25.00 | J9190 | per 500 mg |
| **Neupogen** | | | | | |
| G-CSF (Filgrastim), sol (0.3 mg/mL) | 300 mcg | 55513-0347-10 | 156.10 | J1440 | per 300 mcg |
| | 480 mcg | 55513-0340-10 | 248.60 | J1441 | per 480 mcg |
| **Gemzar** | | | | | |
| Gemcitabine HCl | 200 mg | 00002-7501-01 | 63.66 | J9999* | |
| Gemcitabine HCl | 1 g | 00002-7502-01 | 318.29 | J9999* | |
| **Leukine** | | | | | |
| GM-CSF (Sargramostim), lyophilized | 250 mcg | 58406-0002-33 | 117.79 | J2820 | per 250 mcg |
| | 500 mcg | 58406-0001-35 | 221.71 | J2820 | per 250 mcg |
| Goserelin acetate, implant | 3.6 mg syringe | 00310-0960-36 | 383.65 | J9202 | per 3.6 mg |
| | 10.8 mg syringe | 00310-0961-30 | 1,208.49 | J9202 | per 3.6 mg |
| **Kytril** | | | | | |
| Granisetron HCl, sol (1 mg/mL) | 1 mL | 00029-4149-01 | 173.95 | J1625 | per 1 mg |
| **Ifex** | | | | | |
| Ifosfamide | 1 g | 00015-0556-41 | 114.68 | J9208 | per 1 g |
| | 3 g | 00015-0557-41 | 344.04 | J9208 | per 1 g |
| **Ifex/Mesnex** | | | | | |
| • Ifosfamide (10 x 1 g)/mesna (10 x 1 g MDV) | Combo-Pack | 00015-3554-27 | 2,004.70 | J9208/J9209 | |
| • Ifosfamide (2 x 3 g)/mesna (6 x 1 g MDV) | Combo-Pack | 00015-3564-15 | 1,202.75 | J9208/J9209 | |
| • Ifosfamide (5 x 1 g)/mesna (3 x 1 g MDV) | Combo-Pack | 00015-3556-26 | 829.63 | J9208/J9209 | |
| **Venoglobulin I** | | | | | |
| Immune globulin intravenous, 5% pwd w/IV set | 2.5 g | 49669-1602-01 | 152.05 | J1561 | per 500 mg |
| | 5 g | 49669-1603-01 | 304.10 | J1561 | per 500 mg |
| | 10 g | 49669-1604-01 | 608.20 | J1561 | per 500 mg |
| **Venoglobulin S** | | | | | |
| • Immune globulin intravenous, 5% sol w/IV set | 2.5 g | 49669-1612-01 | 225.00 | J1561 | per 500 mg |
| | 5 g | 49669-1613-01 | 450.00 | J1561 | per 500 mg |
| | 10 g | 49669-1614-01 | 900.00 | J1561 | per 500 mg |

10A
BP 01032
HIGHLY CONFIDENTIAL
BMS/AWP/000095606

## REIMBURSEMENT

**ONCOLOGY THERAPEUTICS NETWORK**

| PRODUCT | VIAL SIZE | NDC | DECEMBER AWP/VIAL | '96 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| **Venoglobulin S (continued)** | | | | | |
| • Immune globulin intravenous, 10% sol w/IV set | 5 g | 49669-1622-01 | 475.00 | J1562 | per 5 g |
|  | 10 g | 49669-1623-01 | 950.00 | J1562 | per 5 g |
|  | 20 g | 49669-1624-01 | 1,900.00 | J1562 | per 5 g |
| Immune globulin intravenous, 10% sol w/IV set | 1 g | 00192-0649-12 | 75.00 | J1561 | per 500 mg |
|  | 5 g | 00192-0649-20 | 375.00 | J1562 | per 5 g |
|  | 10 g | 00192-0649-71 | 750.00 | J1562 | per 5 g |
|  | 20 g | 00192-0649-24 | 1,500.00 | J1562 | per 5 g |
| Immune globulin intravenous, 5%-10% w/IV set | 2.5 g | 52769-0471-72 | 145.00 | J1561 or J1562 | |
|  | 5 g | 52769-0471-75 | 290.00 | J1561 or J1562 | |
|  | 10 g | 52769-0471-80 | 580.00 | J1561 or J1562 | |
| Rho D Immune globulin intravenous | 300 mcg | 60492-0002-01 | 235.00 | J3490/J9999* | |
| **Intron A** | | | | | |
| Interferon alfa 2b, pwd | 3 MIU | 00085-0647-03 | 32.93 | J9214 | per 1 MIU |
|  | 3 MIU syringe | 00085-0647-04 | 32.93 | J9214 | per 1 MIU |
|  | 3 MIU PAK | 00085-0647-05 | 32.93 | J9214 | per 1 MIU |
|  | 5 MIU | 00085-0120-02 | 54.88 | J9214 | per 1 MIU |
|  | 5 MIU PAK | 00085-0120-05 | 54.88 | J9214 | per 1 MIU |
|  | 10 MIU | 00085-0571-02 | 109.75 | J9214 | per 1 MIU |
|  | 10 MIU PAK | 00085-0571-06 | 109.75 | J9214 | per 1 MIU |
|  | 18 MIU | 00085-0110-01 | 197.54 | J9214 | per 1 MIU |
|  | 25 MIU | 00085-0285-02 | 274.39 | J9214 | per 1 MIU |
|  | 50 MIU | 00085-0539-01 | 548.75 | J9214 | per 1 MIU |
| Interferon alfa 2b, sol (5 MIU/mL) | 10 MIU | 00085-0923-01 | 109.75 | J9214 | per 1 MIU |
| Interferon alfa 2b, sol (6 MIU/mL) | 18 MIU MDV | 00085-0953-01 | 197.54 | J9214 | per 1 MIU |
| Interferon alfa 2b, sol (5 MIU/mL) | 25 MIU | 00085-0769-01 | 274.39 | J9214 | per 1 MIU |
| **Roferon A** | | | | | |
| Interferon alfa 2a, pwd w/3 mL diluent | 18 MIU | 00004-1993-09 | 197.55 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (3 MIU/mL) | 3 MIU | 00004-1987-09 | 32.94 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (10 MIU/mL) | 9 MIU | 00004-2010-09 | 92.76 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (6 MIU/mL) | 18 MIU | 00004-1988-09 | 197.55 | J9213 | per 3 MIU |
| Interferon alfa 2a, sol (36 MIU/mL) | 36 MIU | 00004-2005-09 | 395.14 | J9213 | per 3 MIU |
| **Camptosar** | | | | | |
| Irinotecan HCl injection, CPT-11 (20 mg/mL) | 5 mL | 00009-7529-01 | 493.75 | J9999* | |
| Leucovorin, pwd | 50 mg | 55390-0051-10 | 18.44 | J0640 | per 50 mg |
|  | 50 mg | 58406-0621-05 | 21.53 | J0640 | per 50 mg |
|  | 100 mg | 55390-0052-10 | 35.00 | J0640 | per 50 mg |
|  | 100 mg | 58406-0622-06 | 39.41 | J0640 | per 50 mg |
|  | 200 mg | 55390-0053-01 | 70.00 | J0640 | per 50 mg |
|  | 350 mg | 58406-0623-07 | 137.94 | J0640 | per 50 mg |
| **Lupron** | | | | | |
| Leuprolide acetate depot, susp. (7.5 mg/mL) | 7.5 mg | 00300-3629-01 | 515.63 | J9217 | per 7.5 mg |
|  | 22.5 mg | 00300-3336-01 | 1,546.89 | J9217 | per 7.5 mg |
| Lorazepam, sol (2 mg/mL) | 2 mg MDV | 00008-0581-04 | 12.01 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/mL) | 20 mg MDV | 00008-0581-01 | 107.00 | J2060 | per 2 mg |
| Lorazepam, sol (4 mg/mL) | 40 mg MDV | 00008-0570-01 | 133.74 | J2060 | per 2 mg |
| Lorazepam, sol (2 mg/mL), w/ syringe | 2 mg | 00008-0581-02 | 12.67 | J2060 | per 2 mg |
| Mannitol, 25% sol | 50 mL | 00074-4031-01 | 5.05 | J2150 | per 50 mL |
| Mechlorethamine HCl, pwd | 10 mg | 00006-7753-31 | 10.10 | J9230 | per 10 mg |
| **Megace** | | | | | |
| Megestrol acetate, tablets, 20 mg | 100 per bottle | 00015-0595-01 | 75.68 | | |
| Megestrol acetate, tablets, 40 mg | 100 per bottle | 00015-0596-41 | 134.96 | | |
|  | 250 per bottle | 00015-0596-46 | 330.60 | | |
|  | 500 per bottle | 00015-0596-45 | 647.88 | | |
| **Megace Oral Suspension** | | | | | |
| Megestrol acetate, oral suspension | 8 fl oz | 00015-0508-42 | 112.81 | | |
| Melphalan hydrochloride, pwd | 50 mg | 00173-0130-93 | 296.99 | J9245 | per 50 mg |
| Melphalan hydrochloride, tablets, 2 mg | 50 per bottle | 00173-0045-35 | 84.77 | J8600 | 2 mg |
| **Mesnex** | | | | | |
| • Mesna, sol (100 mg/mL) | 1 g MDV | 00015-3563-02 | 155.70 | J9209 | per 200 mg |
| Methotrexate, pwd | 20 mg | 00205-4654-90 | 2.78 | J9250 | per 5 mg |
|  | 1,000 mg | 58406-0671-05 | 61.44 | J9260 | per 50 mg |
| Methotrexate, pres. free sol (25 mg/mL) | 50 mg | 55390-0031-10 | 6.88 | J9260 | per 50 mg |
|  | 100 mg | 55390-0032-10 | 8.75 | J9260 | per 50 mg |
|  | 200 mg | 55390-0033-10 | 17.50 | J9260 | per 50 mg |
|  | 250 mg | 55390-0034-10 | 26.88 | J9260 | per 50 mg |
| Methotrexate, sol w/pres. (25 mg/mL) | 50 mg | 58406-0681-14 | 4.75 | J9260 | per 50 mg |
|  | 250 mg | 58406-0681-17 | 20.48 | J9260 | per 50 mg |
| Methotrexate, tablets, 2.5 mg | 100 per bottle | 00555-0572-02 | 305.25 | J8610 | 2.5 mg |
|  | 36 per bottle | 00555-0572-35 | 130.05 | J8610 | 2.5 mg |
| Metoclopramide, sol w/pres. (5 mg/mL) | 2 mL | 39769-0066-02 | 2.35 | J2765 | up to 10 mg |
| Metoclopramide, pres. free sol (5 mg/mL) | 50 mg | 00013-6116-95 | 8.73 | J2765 | up to 10 mg |
|  | 150 mg | 00013-6126-95 | 23.54 | J2765 | up to 10 mg |

THE NETWORK TEL: 1-800-482-6700  FAX: 1-800-800-5673 • JANUARY/FEBRUARY 1997

10A

BP 01034

HIGHLY CONFIDENTIAL
BMS/AWP/000095608

## REIMBURSEMENT

| PRODUCT | VIAL SIZE | NDC | DECEMBER AWP/VIAL | '96 HCPCS CODE | BILLING UNITS |
|---|---|---|---|---|---|
| **Mutamycin®** Mitomycin, pwd | 5 mg | 00015-3001-20 | 134.11 | J9280 | per 5 mg |
| | 20 mg | 00015-3002-20 | 452.91 | J9290 | per 20 mg |
| | 40 mg | 00015-3059-20 | 915.09 | J9291 | per 40 mg |
| **Novantrone®** Mitoxantrone, sol (2 mg/mL) | 20 mg MDV | 58406-0640-03 | 720.04 | J9293 | per 5 mg |
| | 25 mg MDV | 58406-0640-05 | 900.03 | J9293 | per 5 mg |
| | 30 mg MDV | 58406-0640-07 | 1,080.05 | J9293 | per 5 mg |
| **Zofran®** Ondansetron HCl, sol (2 mg/mL) | 40 mg MDV | 00173-0442-00 | 244.43 | J2405 | per 1 mg |
| Ondansetron HCl, sol (2 mg/mL) | 4 mg | 00173-0442-02 | 24.45 | J2405 | per 1 mg |
| Ondansetron HCl, sol premixed (32 mg/50 mL D5W) | 32 mg bag | 00173-0461-00 | 206.41 | J2405* | per 1 mg |
| **Sandostatin®** Octreotide Acetate, sol (50 mcg/mL) | 50 mcg amp | 00078-0180-03 | 5.21 | J9999*/J3490† | |
| Octreotide Acetate, sol (100 mcg/mL) | 100 mcg amp | 00078-0181-03 | 9.54 | J9999*/J3490† | |
| Octreotide Acetate, sol (500 mcg/mL) | 500 mcg amp | 00078-0182-03 | 43.62 | J9999*/J3490† | |
| **TAXOL®** Paclitaxel, semi-synthetic | 30 mg | 00015-3475-27 | 182.63 | J9265 | per 30 mg |
| | 100 mg | 00015-3476-27 | 608.76 | J9265 | per 30 mg |
| **Aredia®** Pamidronate disodium, pwd | 30 mg | 00083-2601-04 | 191.68 | J2430 | per 30 mg |
| | 60 mg | 00083-2606-01 | 383.36 | J2430 | per 30 mg |
| | 90 mg | 00083-2609-01 | 575.05 | J2430 | per 30 mg |
| **Nipent™** Pentostatin, pwd | 10 mg | 00071-4243-01 | 1,440.00 | J9268 | per 10 mg |
| Prochlorperazine, sol (5 mg/mL) | 10 mg | 00364-2231-48 | 2.64 | J0780 | up to 10 mg |
| | 50 mg MDV | 00364-2231-54 | 13.00 | J0780 | up to 10 mg |
| Prochlorperazine, tablets, 10 mg | 100 per box | 00007-3367-20 | 90.45 | | |
| **Zantac®** Ranitidine, sol (50 mg/2 mL) | 2 mL | 00173-0362-38 | 3.99 | J9999*/J3490† | |
| Streptozocin, pwd | 1 g | 00009-0044-01 | 68.84 | J9320 | per 1 g |
| **Vumon®** • Teniposide, 50 mg | 5 mL amp | 00015-3075-19 | 169.18 | J9999* | per 50 mg |
| **Thioplex®** Thiotepa, pwd | 15 mg | 58406-0661-02 | 78.45 | J9340 | per 15 mg |
| **Hycamtin™** • Topotecan HCl lyoph pwd | 4 mg | 00007-4201-05 | 509.44 | J9999* | |
| Urokinase, sol (5,000 IU/mL) | 5,000 IU | 00074-6111-01 | 53.64 | J3364 | per 5,000 IU |
| | 9,000 IU | 00074-6145-02 | 93.54 | J3364 | per 5,000 IU |
| Vinblastine sulfate, pwd | 10 mg | 55390-0091-10 | 21.25 | J9360 | per 1 mg |
| | 10 mg | 00364-2447-54 | 37.50 | J9360 | per 1 mg |
| Vinblastine sulfate, sol (1 mg/mL) | 10 mg | 00469-2700-30 | 43.23 | J9360 | per 1 mg |
| Vincristine, preservative free sol (1 mg/mL) | 1 mg | 00013-7456-86 | 37.08 | J9370 | per 1 mg |
| | 1 mg | 61703-0309-06 | 31.75 | J9370 | per 1 mg |
| | 2 mg | 00013-7466-86 | 74.13 | J9375 | per 2 mg |
| | 2 mg | 61703-0309-16 | 38.25 | J9375 | per 2 mg |
| **NAVELBINE®** Vinorelbine tartrate, sol (10 mg/mL) | 1 mL | 00173-0656-01 | 56.55 | J9390 | per 10 mg |
| | 5 mL | 00173-0656-44 | 282.74 | J9390 | per 10 mg |

* An AWP, HCPCS code or NDC that has changed or been added has been highlighted in color.
* The drug code J9999 is defined as "not otherwise classified, antineoplastic drug." The Health Care Financing Administration (HCFA) has not assigned specific codes to these drugs.
† The drug code J3490 is defined as "unclassified drug." These drugs may or may not be defined as an unclassified drug in your area. Consult your local carrier for the appropriate code.
‡ Q0136 is the code for non-ESRD (End Stage Renal Disease) use.
+ The Health Care Financing Administration (HCFA) has notified Glaxo Wellcome that a separate J Code will not be issued for the Zofran 32 mg premixed bag. J2405 should be used for all formulations of Zofran.



## LETTERS TO THE EDITOR

### What's on your mind?

Your comments and suggestions are encouraged to help make this newsletter a better resource for you and the patients you serve. All correspondence will be addressed. Send your suggestions to: Mary Walsh, Editor, *The Network News;* Oncology Therapeutics Network; 395 Oyster Point Blvd., Suite 405; South San Francisco, CA 94080; Fax 800-800-5673



ADDRESS CORRECTION REQUESTED

395 OYSTER POINT BLVD., SUITE 405
SOUTH SAN FRANCISCO, CA 94080

BULK RATE
U.S. POSTAGE
PAID
MMS, Inc.

BP 01036   10A

HIGHLY CONFIDENTIAL
BMS/AWP/000095610