# TAB J



# The Business of Office Based Oncology

February 2000

Defendants' Exhibit
**2568**
01-12257-PBS

February 6, 2000

-1-

BMS/AWP/001509899
HIGHLY CONFIDENTIAL



# OTN Vision

"...Helping Community Oncology Extend and Enhance the Lives of Patients With Cancer"

February 6, 2000
-2-

BMS/AWP/001509900
HIGHLY CONFIDENTIAL



# *OTN Mission*

## To Be Essential to the Success of Office Based Oncology

February 6, 2000

-3-

BMS/AWP/001509901
HIGHLY CONFIDENTIAL



## Goal

- To Identify Business Opportunities Designed to Enhance the Financial Position of OTN

February 6, 2000
-4-

BMS/AWP/001509902
HIGHLY CONFIDENTIAL

# *Objectives*



- Enhance the Financial Strength of OTN

- Develop "Customer Loyalty"

- Challenge the OTN Team to Exceed

February 6, 2000
-5-

BMS/AWP/001509903
HIGHLY CONFIDENTIAL

# The OBO Profile



- 2.9 Physicians
  - Board Certified
    - Medical Oncology
    - Hematology
    - Both
- 250 New Cancer Patients/physician/year
- Gross Revenue $2,500,000/physician/year
- 45% of New Patients Get ChemoTx

February 6, 2000
-6-

BMS/AWP/001509904
HIGHLY CONFIDENTIAL



# Profile (Continued)

- 35% Contractual Adjustments
  - Over 50% Medicare
  - Over 20% DFFS Managed Care

- Most Significant Expenses
  - Drugs-$1,000,000/physician/year
  - Labor
  - Medical Supplies

February 6, 2000
-7-

BMS/AWP/001509905
HIGHLY CONFIDENTIAL



# OBO Revenue

- Highly Medicare Driven
  - Physician services - RBRVS
  - Drugs - AWP
- 80% ChemoTx
- 20% Physician Services (E&M)
  - 75% Drugs
  - 25% CTx Admin & Lab

February 6, 2000
-8-

BMS/AWP/001509906
HIGHLY CONFIDENTIAL

## OBO Revenue

- Pricing
  - Physician Services: 1.0 - 1.5 x MC Fee Sched
  - Drugs: 1.0 - 2.0 x AWP



February 6, 2000
-9-

BMS/AWP/001509907
HIGHLY CONFIDENTIAL



# OBO Expenses

- Drugs: 65%
- Salaries: 20%
- Overhead: 15%

February 6, 2000
-10-

BMS/AWP/001509908
HIGHLY CONFIDENTIAL

# *Bottom Line*

- Typical: 12% - 17%



February 6, 2000
-11-

BMS/AWP/001509909
HIGHLY CONFIDENTIAL



# Top three concerns

- Reimbursement
- Competition
- Staffing

February 6, 2000
-12-

BMS/AWP/001509910
HIGHLY CONFIDENTIAL

## *If I could only...*



- Make better use of my time

- Identify new revenue streams

- Improve my bottom line

ONCOLOGY THERAPEUTICS NETWORK

February 6, 2000
-13-

BMS/AWP/001509911
HIGHLY CONFIDENTIAL

# The Team



- Clinical
  - Physician
  - Mid-level Provider
  - Nursing
  - Medical Assistant

February 6, 2000
-14-

BMS/AWP/001509912
HIGHLY CONFIDENTIAL

# The Team (Continued)



- Administration
  - Practice Administrator (Manager)
  - Secretary/Transcription
  - Accounting

February 6, 2000
-15-

BMS/AWP/001509913
HIGHLY CONFIDENTIAL

# The Team (Continued)



- **Business Office**
  - Reception
  - Registration/Pre-certification
  - Billing
  - Collections
  - AR

February 6, 2000
-16-

BMS/AWP/001509914
HIGHLY CONFIDENTIAL



*The Clinical Process Cycle*

February 6, 2000
-17-

BMS/AWP/001509915
HIGHLY CONFIDENTIAL

# The Reimbursement Process Cycle

Pt → Reg/Pre-Cert → ChemoTx / E & M → Superbill (SmartEnctrs) → Code/Audit (Documedics) → File Claim → Payor (ProStat) → Pays / Denies (Documedics) → Adjust/Post → Accounting → Pt

ORCOLOGY THERAPEUTICS NETWORK

February 6, 2000
-18-

BMS/AWP/001509916
HIGHLY CONFIDENTIAL

# How is OTN Essential?



- Information
- Simplification
- Expertise
- Development

February 6, 2000
-19-

BMS/AWP/001509917
HIGHLY CONFIDENTIAL