# TAB
# K



# The Business
## of
# Office Based Oncology

## January 2002
### John Akscin

Defendants' Exhibit
**2585**
01-12257-PBS

BMS/AWP/001510378
HIGHLY CONFIDENTIAL



# OTN Mission

## "To Be Essential to the Success of Office Based Oncology"

BMS/AWP/001510379
HIGHLY CONFIDENTIAL



# Objectives

- Understand OBO environment

- Detail reimbursement challenges

- Develop "Customer Loyalty"

BMS/AWP/001510380
HIGHLY CONFIDENTIAL



# The OBO Profile

- 2.6 Physicians
  - Board Certified
    - Medical Oncology
    - Hematology
- 268 New Cancer Patients/physician/year
- Gross Revenue $1.9 M/physician/year
- 55% of New Patients Get ChemoTx

BMS/AWP/001510381
HIGHLY CONFIDENTIAL



# The Team

- Clinical
  - Physician
  - Mid-level Provider
  - Nursing
  - Medical Assistant

BMS/AWP/001510382
HIGHLY CONFIDENTIAL

# The Team (Continued)



- Administration
  - Practice Administrator (Manager)
  - Secretary/Transcription
  - Accounting

BMS/AWP/001510383
HIGHLY CONFIDENTIAL



# The Team (Continued)

- **Business Office**
  - Reception
  - Registration/Pre-certification
  - Billing
  - Collections
  - AR

BMS/AWP/001510384
HIGHLY CONFIDENTIAL



# The Clinical Process Cycle

BMS/AWP/001510385
HIGHLY CONFIDENTIAL



# OBO Revenue

- Highly Medicare Driven
    - Physician services - RBRVS, CPT 99xxx series
    - ChemoTx Admin – RBRVS, CPT 96xxx series
    - Drugs – AWP, HCPCS, J-Codes series
    - Lab - Fee Schedule

BMS/AWP/001510386
HIGHLY CONFIDENTIAL



BMS/AWP/001510387
HIGHLY CONFIDENTIAL



# Adjustments to Revenue

- 33% Contractual Adjustments
  - Over 50% Medicare
  - Over 25% DFFS Managed Care
  - Medicaid – 2%-10%
  - Traditional Indemnity – 15%-33%

BMS/AWP/001510388
HIGHLY CONFIDENTIAL



# OBO Expense

- Drugs
  - Costs
  - Inventory carrying costs
  - Wastage
  - Preparation
- Medical supplies (non reimbursed)
  - Needles
  - Syringes
  - IV Tubing
  - Chemo Safety Supplies
  - Bio-waste disposal

BMS/AWP/001510389
HIGHLY CONFIDENTIAL



# OBO Expense

- Salaries & benefits
- Capital equipment
  - Bio-safety hoods
  - Chairs
  - IV pumps
  - Lab
- Rent

BMS/AWP/001510390
HIGHLY CONFIDENTIAL



# Overhead of Medical Oncologists

Drugs
Labor
Rent
Medical Supplies
Other

62%
5% 4% 2%
27%

OTN
ONCOLOGY THERAPEUTICS NETWORK

BMS/AWP/001510391
HIGHLY CONFIDENTIAL



# Top three concerns

- Reimbursement

- Competition

- Staffing

BMS/AWP/001510392
HIGHLY CONFIDENTIAL



# If I could only...

- Get paid quickly & correctly the 1st time

- Identify new revenue streams

- Improve my bottom line

OTN
ONCOLOGY THERAPEUTICS NETWORK

BMS/AWP/001510393
HIGHLY CONFIDENTIAL



# The Reimbursement Process Cycle

BMS/AWP/001510394
HIGHLY CONFIDENTIAL

# Physician Reimbursement



- Office visits (E & M Coding)
  - Level 1 through 5
  - System developed in 1991
  - Reimbursement rates same for all specialties
- Chemotherapy administration (CPT Coding)
  - Injections & Infusions, (96000 series)
  - Reimbursement rates don't cover costs
  - No reimbursement for medical supplies

BMS/AWP/001510395
HIGHLY CONFIDENTIAL



# ChemoTx Admin, Medicare

| PROCEDURES | CPT | CHARGE | M/C 2002 | COST |
|---|---|---|---|---|
| CHEMO ADMIN SUBQ/IM | 96400 | $12.00 | $4.17 | $7.56 |
| CHEMO ADMIN IV PUSH | 96408 | $53.30 | $29.91 | $52.36 |
| CHEMO ADMIN IV INF 1hr | 96410 | $84.50 | $45.91 | $83.07 |
| CHEMO ADMIN IV INF ADDhr | 96412 | $63.50 | $34.27 | $62.01 |
| CHEMO ADMIN IV PORT PUMP | 96414 | $55.92 | $39.94 | $72.00 |
| CHEMO ADMIN IA PORT PUMP | 96420 | $68.70 | $37.25 | $67.46 |
| REFILL & MAINT; PUMP | 96520 | $49.20 | $26.52 | $48.33 |

OTN
ONCOLOGY THERAPEUTICS NETWORK

BMS/AWP/001510396
HIGHLY CONFIDENTIAL



# Reimbursement

- Drug reimbursement
  - Medicare based on 95% of AWP
    - 80% paid by Medicare
    - 20% paid by Patient or additional insurance
  - Medicare is 50 - 55% of all cancer patients
  - Generates over 60% of the revenue for OBO's

BMS/AWP/001510397
HIGHLY CONFIDENTIAL

# Average Wholesale Price (AWP)



- Two companies determine AWP
  - *Red Book (Medical Economics)
  - Blue Book (First Data Bank)
  - McGraw Hill
- AWP does not represent actual acquisition cost
  - 20 - 25% differential for sole source products
  - Over 50% differential for multisource products

BMS/AWP/001510398
HIGHLY CONFIDENTIAL


OTN
ONCOLOGY THERAPEUTICS NETWORK

# Drug Reimbursement Today

- Not based on:
  - NDC
  - Vial size
  - Strength
- Is based on
  - J-Code
  - Billing units
  - Diagnosis (ICD-9 code)

BMS/AWP/001510399
HIGHLY CONFIDENTIAL

# Drug Reimbursement
## (All based on billing units and NOA pricing)



| Drug | J-Code | Est Acq | M/C |
|------|--------|---------|-----|
| Taxol 30mg | J-9265 | $118.50 | $164.08 |
| Carbo 50mg | J-9045 | $ 99.92 | $114.45 |
| Leucovorin 50mg | J-0640 | $ 2.10 | $ 7.52 |
| Doxorubicin 10mg | J-9000 | $ 6.00 | $ 42.18 |
| Zofran 1mg | J-2405 | $ 4.25 | $ 6.05 |
| Kytril 100mcg | J-1626 | $ 7.50 | $ 18.54 |

BMS/AWP/001510400
HIGHLY CONFIDENTIAL



# What is happening?

- Federal Government still wants to change drug reimbursement for Oncology

- Changes to Chemotherapy administration (CPT codes) reimbursement must also occur

- AWP as we know it may be a thing of the past

BMS/AWP/001510401
HIGHLY CONFIDENTIAL



# What is happening?

- ASCO, ONS, ACCC all recognize that if changes are not simultaneously made to ChemoTx Admin - medical oncologists cannot cover overhead

- ASCO, ONS and ACCC are working with Legislators

- GAO reports suggest alternative solutions

BMS/AWP/001510402
HIGHLY CONFIDENTIAL

# What will happen?



- 2002- Legislators failed to enact a solution

- Jan 1, 2003 Medicare institutes "National Medicare Physician Drug Fee Schedule
  - Initially effective Jan 1, 2003
  - Updated Qtrly with first update effective April 1, 2003

- Process has restarted with President's budget proposal and a few legislators

BMS/AWP/001510403
HIGHLY CONFIDENTIAL



# What will ultimately happen?



- Continue to receive press
- ??? Access to cancer care
- Changes in how outpatient cancer care is reimbursed are long overdue and will occur.
- Other insurance companies will follow Medicare's lead, or leap frog Medicare and institute PBM (Pharmacy Benefit Management) programs aimed at direct purchasing and eliminating the OBO distributors

BMS/AWP/001510404
HIGHLY CONFIDENTIAL

# ...extend and enhance the lives of patients with cancer...



- The most cost effective environment to treat cancer patients is in the outpatient setting.

- The best care for cancer patients is the outpatient setting.

- Fair and adequate reimbursement for providers will assure patient access and development of new therapies



BMS/AWP/001510405
HIGHLY CONFIDENTIAL



# What is OTN doing?

- Keep customers updated on Lynx2otn

- OTN Staff updated

- Route all calls to John Akscin

BMS/AWP/001510406
HIGHLY CONFIDENTIAL



Oncology Therapeutics Network (OTN) is dedicated to helping community-based oncology practices enhance and extend the lives of people with cancer.

Wednesday 11.14.2001

## LYNX2OTN
The Oncology Portal to the Inter

### What is Lynx2OTN?

Lynx2OTN is an Internet portal servicing the needs of office-based oncology practices by providing the right products, services and information at the right time.

### How do I register for Lynx2OTN?

This site is a service for the exclusive use of OTN's customers. If your practice is an office-based oncology practice within the United States and is already an OTN

BMS/AWP/001510407
HIGHLY CONFIDENTIAL



BMS/AWP/001510408
HIGHLY CONFIDENTIAL



## Reimbursement Updates

Due to its importance to office based oncology practices, OTN has dedicated an entire section of our new portal to reimbursement. Look here to find the latest legislative, AWP/HCPCs, and insurance news.

🔵 **News Stories** [1]

**REIMBURSEMENT NEWS:**

November 8th: Bill Introduced to Change 2002 Medicare Conversion Factor (CF)

GAO Releases Practice Expense Payments to Oncologists Report

CMS Announces Conversation Factor (CF) for 2002

HIPAA Transaction Standard...NDCs or J-Codes for 2002

Medicare Carriers Not the Best Source for Coding Advice

View all reimbursement stories...

🔵 **AWP/Price Report** [2,3]

[1] This section lists the five most recent news stories about reimbursement.

[2] Visitors to Lynx2OTN must be logged in and have permissions to view the AWP/Price report to be able to run it.

[3] This sample report does not reflect current AWP and HCPCs

BMS/AWP/001510409
HIGHLY CONFIDENTIAL

News Archive

The use of all third-party content is subject to the terms and agreements specified in OTN's web site policies.

**November 8th: Bill Introduced to Change 2002 Medicare Conversion Factor (CF)**

Date: 11/09/2001
Source: OTN
Content Type: Text Article

On November 8, 2001, Senators Breaux and Jeffords introduced Senate Bill 1660 titled "Medicare Physician Payment Fairness Act of 2001." This legislation would change the scheduled 5.4% decrease in the CF for 2002 to approximately 0.9%. In addition, Senate Bill 1660 mandates a study to recommend future congressional changes needed to replace the current formula for calculating the CF, which is used to update physician payment by Medicare annually.

With the current congressional session rapidly drawing to a close, it is expected that this Bill will be acted upon quickly. It is important that Oncology Practices contact their legislators by telephone to encourage action on this proposed legislation.

☞ Related Content:*

Primary Topic: Reimbursement

GAO Releases Practice Expense Payments to Oncologists Report

CMS Announces Conversation Factor (CF) for 2002

HIPAA Transaction Standard...NDCs or J-Codes for 2002

OTN

Oncology Therapeutics Network (OTN) is committed to helping community-based oncology practices enhance and extend the lives of patients with cancer.

SITE MAP
CUSTOMER SERVICE

BMS/AWP/001510410
HIGHLY CONFIDENTIAL



# How is OTN Essential?

- Information
- Simplification
- Expertise
- Development

BMS/AWP/001510411
HIGHLY CONFIDENTIAL



BMS/AWP/001510412
HIGHLY CONFIDENTIAL