# TAB
# L

Re: Drug Reimbursement

*000186*

**Subject: Re: Drug Reimbursement**
**Date:** Mon, 12 Jun 2000 16:48:18 -0700
**From:** "Amy Chan" <amy.chan@otnnet.com>    Internal
**Organization:** Bristol-Myers Squibb
**To:** John Akscin <john.akscin@otnnet.com>

Please contact Rena Kiraly at 209-334-1614. She looks forward to discussing this with you.

Thanks!        └─ *LODI VALLEY CALIFORNIA.*

John Akscin wrote:

All OTN COLLEAGUES:

Late last week an article appeared in **USA Today** and **The Wallstreet Journal** that has the Office Based Oncology Practice world deeply concerned about possible changes in Medicare reimbursement of Oncology Drugs. The story states that starting this fall, Medicare claims processors will be asked to reimburse doctors at lower rates developed by the US Dept of Justice, based on what Doctors actually pay for drugs. Presently, most drugs provided as a part of treatment in an Office Based Oncology Practice are reimbursed by Medicare at 95% of AWP (Average Wholesale Price). The government feels that industry pricing policies do not closely reflect AWP and that Doctors are being paid more than the drugs actually cost them. This possible change is in response to information gathered by the government that identified approximately 50 drugs, many of which are Oncology Drugs, that fit this profile.

As you can imagine, a proposed Medicare reimbursement change of this magnitude may have a significant impact on our clients. However, please understand that this is not final yet. I am in contact with our Reimbursement experts at Documedics and Prostat, as well as reimbursement policy resources in Washington DC and we will need to get a better understanding of these proposed changes before we try to assist our clients in understanding this issue. **Therefore, please refer any of our clients that want to know more about this issue directly to me in the St. Louis Office, 314-863-2264.** You may also send me an e-mail including the clients telephone number, and I will call them directly.

Please don't hesitate to call me for any clarification.

John A.

*NOPA — NAT'L ONCOLOGY Practice Associ.*

*John Kiraly III MD*

*OTN # 000186*

*FAX # 209-334-0115*

Defendants' Exhibit
**2570**
01-12257-PBS

1 of 1

BMS/AWP/001506760

HIGHLY CONFIDENTIAL