# TAB M

- OTN-Online - Assume View Search                             https://www.otn-online.com/otn_commerce/assume_viewSearch.us

OTN [ASSUME VIEW] [PRO ORDER] [INVOICE] [QUICK PRICE] [LOG OUT]

# Search Results

Pressing the 'Assume View' button will give you acces to this site's information under the (Account View) - to assume the view of a particular person (Customer View); check the box next to the person's name and then press 'Assume View'.

## Missoula Medical Oncology PC

| | |
|---|---|
| OTN Customer No: | 003319 |
| BMS Account No: | 40241900014 |
| Online Acct Status:* | Active |
| Shipping Address: | 615 W Alder Street<br>MISSOULA, MT 59802-4014 |
| Payment Terms: | DIRECT DEBIT |
| Phone: | 406-728-2539 |
| Fax: | 406-728-2709 |
| Account Type: | GPO |
| Sales Rep: | Fadia Alaraj |
| Parent Site: | |
| Child Sites: | 101828 |

[ Assume View ]

### Persons:

| | Name | Active | Email | Title |
|---|---|---|---|---|
| O | Kristy Beck-Nelson | Active: N | Email: | Title: |
| O | J. Gouaux | Active: N | Email: | Title: CUST |
| O | Kathy Grigonis | Active: N | Email: | Title: CUST |
| O | Cherryol Kessler | Active: N | Email: | Title: CUST |
| O | Craig McCune | Active: N | Email: | Title: CUST |
| O | William Nichols | Active: N | Email: | Title: CUST |
| O | G. Risi Jr. | Active: N | Email: | Title: CUST |
| O | Phil Schweber | Active: Y | Email: pschweb@mold.com | Title: MGR |
| | | Last Login: 6/14/00 1:35:34 PM | | |
| O | Michael Snyder | Active: N | Email: | Title: CUST |
| O | Stephen Speckart | Active: N | Email: | Title: CUST |
| O | Diane Waddell | Active: N | Email: | Title: CUST |
| O | Sonja Zenk | Active: N | Email: | Title: CUST |

New Search

[handwritten notes: "Talked to Kristy 6/15 - AWP, BMS's, APC's, B-cffs Contracts & pricing periods"]

Defendants' Exhibit
**2569**
01-12257-PBS

BMS/AWP/001506747

HIGHLY CONFIDENTIAL

ursement (fwd)

**Subject: Drug Reimbursement (fwd)**
**Date:** Thu, 08 Jun 2000 23:35:36 +0000
**From:** akscinj@att.net
**To:** akscinj@swbell.net

------------------- Forwarded Message: -------------------
From:    "Kristy Beck-Nelson" <Kbeck@moid.com>
To:      <Akscinj@worldnet.att.net>
Subject: Drug Reimbursement
Date:    Thu, 08 Jun 2000 10:12:40 -0600

Hi John - My name is Kristy Beck-Nelson and I am the new practice manager at Missoula Oncology and Infectious Disease in Missoula, Montana. Phil Schweber is the previous administrator here, and has suggested your name to me.

Blue Cross is looking at substantially cutting our drug reimbursement July 1 and I am looking for some reimbursement data from around the country to build an argument against this cut. I am wondering what percent of AWP you are seeing for reimbursement from the Blues or other big payers. I am also looking for information about facility fees - if you are familiar with them - how they are being used - what you are being paid for them.

My e-mail address is kbeck@moid.com, or you are welcome to call me at 406-728-2539. Thanks so much for your time. Kristy Beck-Nelson

1 of 1

06/09/2000 7:21 AM

BMS/AWP/001506748
HIGHLY CONFIDENTIAL