# TAB N

Dr. Kirkly
call - not
happy with
Bates + Mortensens
position —
Anco + several
other ss. points to
approach Thomas

Defendants' Exhibit
**2571**
01-12257-PBS

BMS/AWP/001506761

HIGHLY CONFIDENTIAL

OTN-Online – Assume View Search

## Search Results

Pressing the 'Assume View' button will give you acces to this site's information under the (Account View) - to assume the view of a particular person (Customer View); check the box next to the person's name and then press 'Assume View'.

### John Kiraly III MD

| | |
|---|---|
| OTN Customer No: | 000186 |
| BMS Account No: | 19196300016 |
| Online Acct Status:* | Active |
| Shipping Address: | 801 S Ham Ln # J<br>LODI, CA 95242 |
| Payment Terms: | 1% 30 NET 60 |
| Phone: | 209-334-1614 |
| Fax: | 209-334-0115 |
| Account Type: | REG |
| Sales Rep: | Amy Chan |
| Parent Site: | |
| Child Sites: | |

Persons:

○ Rena Kiraly    Active: Y  Email: kiralymd@lodinet.net   Title: MGR
                 Last Login: 12/2/99 10:20:01 AM

○ John Kiraly, III  Active: Y  Email: kiralymd@lodinet.net   Title: CUST
                    Last Login: NEVER
                    Sign Up Date: 11/29/99 1:10:10 PM
                    Username: jkiraly000186  Password: kiraly, III

○ Colleen Rhode    Active: Y  Email: kiralymd@lodinet.net  Title: CUST
                   Last Login: NEVER
                   Sign Up Date: 11/30/99 5:35:47 PM
                   Username: crhode000186  Password: rhode

[Handwritten annotations: "Assume View", "DR", and margin notes: "Spoke to Rena on Mon 6/12 + F/U w/ Dr K on Wed 6/14 Faxed HH's + Her Ltrs"]

New Search

* Many functions involving price look ups will be significantly slower if the customer does not have an active online account.

BMS/AWP/001506762
HIGHLY CONFIDENTIAL



## FACSIMILE

DATE: 6/14/2000
TO: Dr. John Kiraly III
RECIPIENT'S FAX #: 209-334-0115
FROM: John Akscin
SENDER'S FAX #: _____   PHONE: 800-232-3912
                                         XT-3492
NUMBER OF PAGES (INCLUDING THIS ONE): 9

Dr. Kiraly —
 Here a copies of the HHS + HCFA letters I told you about in our tele discussion earlier today. I am in San Fran office thru tomorrow then back in St Louis office late Friday night — my STL # is 314-863-2264 call me if I can help I will

/s/ J. Akscin

NOTICE: This communication is intended to be confidential to the person to whom it is addressed, and it is subject to copyright protection. If you are not the intended recipient or the agent of the intended recipient or if you are unable to deliver this communication to the intended recipient, please do not read, copy or use this communication or show it to any other person, but notify the sender immediately by telephone at the direct telephone number noted below.

BMS/AWP/001506759
HIGHLY CONFIDENTIAL