**TAB
O**

Defendants' Exhibit

**2572**

01-12257-PBS



## FACSIMILE

DATE: 6/15/2000

TO: Chris Yin

RECIPIENT'S FAX #: 313-271-2195

FROM: John Aksein

SENDER'S FAX #: _____

SAN FRAN OFFICE

PHONE: 800-232-3912 xT 3495

NUMBER OF PAGES (INCLUDING THIS ONE): 9

Chris —
Here are copies of the
letters we talked about.
Call me @ OTN Today if you
want to discuss — or
In my St. Louis office next
week — 314-863-2264

John Aksein

NOTICE: This communication is intended to be confidential to the person to whom it is addressed, and it is subject to copyright protection. If you are not the intended recipient or the agent of the intended recipient or if you are unable to deliver this communication to the intended recipient, please do not read, copy or use this communication or show it to any other person, but notify the sender immediately by telephone at the direct telephone number noted below.

BMS/AWP/001506766

HIGHLY CONFIDENTIAL

OTN-Online - Assume View Search                    https://www.otn-online.com/otn_commerce/assume_viewSearch.asp

# Search Results

Pressing the 'Assume View' button will give you acces to this
site's information under the (Account View) - to assume the
view of a particular person (Customer View); check the box
next to the person's name and then press 'Assume View'.

## Oaklane Cancer & Hematology P.C.

| | |
|---|---|
| OTN Customer No: | 005077 |
| BMS Account No: | 18694100019 |
| Online Acct Status:* | **Active** |
| Shipping Address: | 17000 Hubbard Dr Ste 100 |
| | Dearborn, MI 48126-4205 |
| Payment Terms: | NET 75 |
| Phone: | 313-271-2190 |
| Fax: | 313-271-2195 |
| Account Type: | GPO |
| Sales Rep: | Colleen Mussman |
| Parent Site: | |
| Child Sites: | 101927, 102402 |

Assume View

*Handwritten note:* Called Chris Yim per Referral from Mary Beth White — wants copy of HHS + HCFA Ltrs

### Persons:

| | | | |
|---|---|---|---|
| ○ Debbie Abraham | Active: N | Email: | Title: CUST |
| ○ Kathy Duncan | Active: N | Email: | Title: CUST |
| ○ Shanti Thomas | Active: N | Email: | Title: CUST |
| ○ Joseph Won | Active: N | Email: | Title: CUST |
| ○ Chris Yim | Active: Y | Email: chrisyim@aol.com | Title: MGR |
| | | Last Login: 6/14/00 11:39:36 AM | |

New Search

* Many functions involving price look ups will be significantly slower
if the customer does not have an active online account.

OTN

1 of 1                                                    06/15/2000 7:26 AM

BMS/AWP/001506767

HIGHLY CONFIDENTIAL

Drug reimbursement.

**Subject: Drug reimbursement.**
**Date:** Thu, 15 Jun 2000 05:50:56 -0700
**From:** "Mary-Beth White" <mary-beth.white@otnnet.com>     Internal
**Organization:** Bristol-Myers Squibb
**To:** John Akscin <john.akscin@otnnet.com>

Hi, John:

I have another very concerned customer who has questions about
the articles in USA Today and the Wall Street Journal.

Could you call this customer for me?  His name is Chris Yim,
customer #5077. His phone number is 313-271-2190.

Thank you!

Mary Beth

1 of 1

06/15/2000 7:06 AM

BMS/AWP/001506768

HIGHLY CONFIDENTIAL