# TAB P

OTN-Online - Assume View Search                    https://www.otn-online.com/otn_commerce/assume_viewSearch.as

# Search Results

Pressing the 'Assume View' button will give you acces to this site's information under the (Account View) - to assume the view of a particular person (Customer View); check the box next to the person's name and then press 'Assume View'.

**Integrated Health Care Providers Inc**   *dbA LeA Cancer Ctr*

| | |
|---|---|
| OTN Customer No: | 103419 |
| BMS Account No: | 61014200010 |
| Online Acct Status:* | Active |
| Shipping Address: | 3100 Mac Corkle Ave SE Suite#101 CHARLESTON, WV 25314 |
| Payment Terms: | 1% 30 NET 60 |
| Phone: | 304-388-8386 |
| Fax: | 304-388-8323 |
| Account Type: | REG |
| Sales Rep: | Patrick Walsh |
| Parent Site: | |
| Child Sites: | |

Persons:

○ James Frame    Active: Y Email: jame.frame@camcare.com    Title: MGR
Last Login: NEVER
Sign Up Date: 11/24/99 3:45:33 PM
Username: jframe103419 Password: frame

● Pam McDevitt    Active: Y Email: pam.mcdevitt@camcare.com    Title: MGR
Last Login: 6/14/00 2:28:25 PM

○ Nancy Peterson    Active: N Email: nancy.peterson@camcare.com    Title: CUST

*[handwritten: one mgr]*

New Search

*[handwritten annotations in right margin: Had long discussion with Pam about new AWP BS've and APC's. Gave her info web info ASCO + PACC no info on ...]*

\* Many functions involving price look ups will be significantly slower if the customer does not have an active online account.

Defendants' Exhibit
**2573**
01-12257-PBS

06/15/2000 11:24 AM

1 of 2

BMS/AWP/001506751
HIGHLY CONFIDENTIAL