# TAB
# Q

Defendants' Exhibit
2575
01-12257-PBS

OTN
ONCOLOGY THERAPEUTICS NETWORK

# Reimbursement in Office Based Oncology

Sales Meeting
July 11, 2000
John Akscin




EW
BP 02531

HIGHLY CONFIDENTIAL —
BMS/AWP/000096632

Reimbursement in Office Based Oncology

OTN

OTN Mission

*"To Be Essential to the Success of Office Based Oncology"*

OTN

Objectives

- Understand OBO environment
- Provide reimbursement challenges
- Develop "Customer Loyalty"

OTN

BP 02532

1

EW

## The OBO Profile

- 26 Physicians
  - Board Certified
    - Medical Oncology
    - Hematology
- 268 New Cancer Patients/physician/year
- Gross Revenue $1.9 M/physician/year
- 55% of New Patients Get ChemoTx

OTN









BP 02533 EW

HIGHLY CONFIDENTIAL
BMS/AWP/000096634

## Adjustments to Revenue

- 33% Contractual Adjustments
  - Over 50% Medicare
  - Over 25% DFFS Managed Care
  - Medicaid - ?

OTN

## OBO Expense

- Drugs
  - Costs
  - Inventory carrying costs
  - Wastage
- Medical supplies (non reimbursed)
  - Needles
  - Syringes
  - IV Tubing

OTN

## OBO Expense

- Salaries
- Capital equipment
  - Bio-safety hoods
  - Chairs
  - IV pumps
  - Lab
- Rent

OTN



EW

BP 02534

HIGHLY CONFIDENTIAL
BMS/AWP/000096635




## Top Three OBO Concerns

- Reimbursement, Today
- Reimbursement, Tomorrow
- Reimbursement !

OTN

## If I could only...

- Get paid quickly & correctly the 1st time
- Identify new revenue streams
- Improve my bottom line

OTN



BP 02535 EW

HIGHLY CONFIDENTIAL
BMS/AWP/000096636




## Physician Reimbursement

- Office visits (E & M Coding)
  - Level 1 through 5
  - System developed in 1991
  - Reimbursement rates same for all specialties.
- Chemotherapy administration (CPT Coding)
  - Injections & Infusions, (96000 series)
  - Reimbursement rates don't cover costs
  - No reimbursement for medical supplies

OTN

## ChemoTx Admin, Medicare

| PROCEDURES | CPT | CHARGE | B/C 2003 | COST |
|---|---|---|---|---|
| CHEMO ADMIN SUBQ/IM | 96400 | $12.00 | $5.49 | $6.87 |
| CHEMO ADMIN IV PUSH | 96408 | $53.30 | $38.08 | $47.60 |
| CHEMO ADMIN IV INF 1hr | 96410 | $81.50 | $60.41 | $75.52 |
| CHEMO ADMIN IV INF ADDhr | 96412 | $63.50 | $45.40 | $56.75 |
| CHEMO ADMIN IV PORT PUMP | 96414 | $73.30 | $52.36 | $65.45 |
| CHEMO ADMIN IA PORT PUMP | 96420 | $68.70 | $49.06 | $61.33 |
| REFILL & MAINT; PUMP | 96520 | $49.20 | $35.15 | $43.94 |

OTN

5

EW

BP 02536

HIGHLY CONFIDENTIAL
BMS/AWP/000096637

## Physician Reimbursement

- Drug reimbursement
  - Medicare based on 95% of AWP
    - 80% paid by Medicare
    - 20% paid by Patient or other insurance
  - Medicare is 50 - 55% of all cancer patients
  - Generates over 60% of the revenue for OBO's

OTN

## Average Wholesale Price

- Two companies determine AWP
  - Blue Book (First Data Bank)
  - Red Book (Micromedic)
- AWP does not represent actual acquisition cost
  - 20 - 25% differential for sole source products
  - Over 50% differential for multisource products

OTN

## Drug Reimbursement Today

- Not based on:
  - NDC
  - Vial size
  - Strength
- Is based on
  - J-Code
  - Billing units
  - Diagnosis (ICD-9 code)

OTN



EW

BP 02537

HIGHLY CONFIDENTIAL
BMS/AWP/000096638

## Drug Reimbursement Today

| Drug | J-Code | Est Acq | M/C |
|---|---|---|---|
| Taxol 30mg | J-9265 | $140.50 | $173.50 |
| Carbo 50mg | J-9045 | $ 83.56 | $103.84 |
| Leucovorin 50mg | J-0640 | $ 2.25 | $ 18.53 |
| Doxorubicin 10mg | J-9000 | $ 6.50 | $ 44.03 |
| Zofran 1mg | J-2405 | $ 4.20 | $ 6.09 |
| Kytril 100mcg | J-1626 | $ 14.00 | $ 18.82 |

OTN

## What is happening?

- HCFA is proposing changing the AWP for 50 products to more closely reflect actual acquisition cost
  - 20 oncology products which include doxorubicin, leucovorin, 5-HT3's
  - HCFA provided data to First Data Bank with initial drug cost information
  - Potential effective date - October 1
  - FDB to collect information from wholesalors - OTN is listed first



## Drug Reimbursement October

| Drug | J-Code | Est Acq | New M/C |
|---|---|---|---|
| Taxol 30mg | J-9265 | $140.50 | $173.50 |
| Carbo 50mg | J-9045 | $ 83.56 | $103.84 |
| Leucovorin 50mg | J-0640 | $ 2.25 | $ 1.35 |
| Doxorubicin 10mg | J-9000 | $ 6.50 | $ 6.54 |
| Zofran 1mg | J-2405 | $ 4.20 | $ 4.03 |
| Kytril 100mcg | J-1626 | $ 14.00 | $ 13.20 |

OTN



EW

BP 02538

HIGHLY CONFIDENTIAL
BMS/AWP/000096639

## Impact per treatment visit

| DX | TX | Total charges | Total costs | Old B/C | New B/C |
|---|---|---|---|---|---|
| Colon | LD 5FU Leuc | $158.10 | $103.42 | $ 53.90 | $ 83.05 |
| Colo-Rectal | RD 5FU Leuc | $312.20 | $330.44 | $541.53 | $240.08 |
| Breast | CMF | $307.30 | $475.19 | $540.12 | $379.30 |

OTN

## What is happening?

- No change in reimbursement for office visits will be proposed
- Changes to Chemotherapy administration (CPT codes) reimbursement may be proposed
- Proposed drug changes will most likely extend to all drugs in near future

OTN

## What is happening?

- ASCO, ONS, ACCC all recognize that if changes are not simultaneously made to ChemoTx Admin - medical oncologists cannot cover overhead
- ASCO, ONS and ACCC have instituted letter writing campaigns
- ASCO sent letter to FDB urging them not to distribute pricing from DOJ study

OTN



EW

BP 02539

HIGHLY CONFIDENTIAL
BMS/AWP/000096640

## What is happening?

- US House of Rep's has passed M/C prescription drug bill with amendment to stop and study the effect of reduced drug payments on patients access to care
- Talks are beginning on BBRA-2. Not serious yet, may be best avenue for resolution in September

OTN

## What is happening?

- ASCO is meeting with HCFA
  - ? Data from FDB
  - Impact on OBO
- CAC's are appealing to M/C carriers

OTN

## What will ultimately happen?

- ??? Access to cancer care
- Continue to receive press
- Changes in how outpatient cancer care is reimbursed is long overdue and will occur.
- Other Insurance companies will follow Medicare's lead.

OTN



EW

BP 02540

HIGHLY CONFIDENTIAL
BMS/AWP/000096641

...extend and enhance the lives of patients with cancer...

- The most cost effective environment to treat cancer patients is in the outpatient setting.
- The best care for cancer patients is the outpatient setting.
- Fair and adequate reimbursement for providers will assure patient access and development of new therapies

OTN

What is OTN doing?

- To date, we have not provided any information to any outside party
- Keep customers updated on OTN-Online
- Letter to go to customers that inquire
- Route all calls to John Akscin

OTN

Hot Issues



EW

BP 02541

HIGHLY CONFIDENTIAL
BMS/AWP/000096642

How is OTN Essential?

- Information
- Simplification
- Expertise
- Development

OTN



EW

BP 02542

HIGHLY CONFIDENTIAL
BMS/AWP/000096643