**TAB
T**



THE SECRETARY OF HEALTH AND HUMAN SERVICES
WASHINGTON, D.C  20201

NOV 25

The Honorable Spencer Abraham
United States Senate
Washington, D.C.  20510-2203

Dear Senator Abraham:

Thank you for your letter regarding payment for Medicare-covered drugs.  I am writing to update you on the actions that the Health Care Financing Administration (HCFA) is taking to make sure that Medicare pays appropriately for the limited number of drugs that it covers.  We share the concerns that have been raised by Members of Congress, the Department of Justice, and the Department of Health and Human Services (DHHS), Office of the Inspector General on this issue.  Medicare beneficiaries and taxpayers should not be forced to pay excessive prices for drugs.  Our actions being taken are intended to ensure that Medicare pays a fair price for covered drugs while at the same time ensuring that beneficiaries have access to needed care.

We are sending to all HCFA contractors (carriers) that pay Medicare claims another source of price data for 49 Medicare-covered drugs.  These data were compiled by the United States Department of Justice (DOJ), working with the National Association of Medicaid Fraud Control Units.  We are instructing carriers for the quarterly update beginning January 1, 2001, to consider the DOJ data as an additional data source for 32 drugs when they determine the average wholesale prices upon which Medicare drug payments are based.  Although we are sending the complete set of the DOJ data to each of the carriers, we are instructing them not to use the new price data for 17 of these drugs, primarily those used to treat cancer and hemophilia, until we have the opportunity to gather more information about appropriate pricing for the drugs.  While we are analyzing this information over the next few months, we hope Congress will enact a new Administration legislative proposal on hemophilia drugs (described below), and HCFA intends to propose modifications in the physician fee schedule practice expense formula or recommend legislation that would increase payments for chemotherapy administration.

We instructed carriers to report to us the prices they intend to use for the drugs on the DOJ list.  Any changes in payment rates based on the DOJ data would be effective January 1, 2001, for the 32 drugs noted above.  We will use the time until January 1, 2001 to further assess availability of the drugs at the DOJ prices.  We believe this approach will allow more time for carriers, physicians, and suppliers to adjust and ensure that beneficiaries have access to covered drugs related services.

Defendants' Exhibit

**1092**

01-12257 - PBS

Page 2 - The Honorable Spencer Abraham

*Drug Payment Policy*

As you know, we have been actively working to address drug payment issues, both legislatively and through administrative actions, for many years. We tried several approaches in the early 1990s, but they were not ultimately adopted. In 1997, the Administration proposed to pay physicians and suppliers their acquisition costs for drugs, but Congress did not adopt the Administration's proposal. Instead, the Balanced Budget Act of 1997 reduced Medicare payments for covered drugs from 100 percent to 95 percent of the average wholesale price (AWP). This policy captures only a small fraction of the excessive Medicare payment amounts, as AWP data do not reflect actual costs for many Medicare-covered drugs. Therefore, the Administration has proposed to pay 83 percent of the AWP. This is an important step towards making Medicare a prudent purchaser of services. Achieving reductions in inflated drug prices is a priority; we stand ready to work with Congress to achieve this important goal.

We have followed closely the investigations of drug pricing conducted by the DOJ and the DHHS' Inspector General. The DOJ has indicated that the data they have compiled, for about 400 national drug codes representing only 50 different chemical compounds, are more accurate wholesale prices for those drugs. Furthermore, the DOJ has indicated that, because purchasers often receive further discounts below the advertised wholesale catalog price, either from a wholesaler or from the drug manufacturer directly, actual acquisition costs may be even lower. The DOJ also indicates that some physicians and suppliers obtain drugs at prices lower than wholesale catalog prices through Group Purchasing Organizations (GPOs). For example, the DOJ data from wholesale catalogs indicate an average wholesale price of $22 for one albuterol sulfate National Drug Code (NDC), which is substantially less than the $73 average wholesale price in the Redbook (one source of average wholesale price data for that NDC) and compares to $15 from a GPO.

At the same time that we are committed to assuring accurate prices for drugs, HCFA is also committed to seeing that Medicare beneficiaries have access to covered drugs and services related to furnishing those drugs. We will make available to our carriers the drug price data compiled by DOJ to consider as an alternative source of AWP data for payment of Medicare drugs. We have now met with physician and other groups covering all the major drugs on the DOJ list to discuss availability of drugs at DOJ prices, and services related to the provision of the drugs.

The right approach to addressing Medicare profits on drugs identified by DOJ is to pay correctly for the drugs, and at the same time make changes, as necessary, to ensure that Medicare adequately pays for services related to the provision of the drugs. As we have gathered information on many of the drugs reviewed by DOJ, we have concluded that Medicare payments for services related to the provision of chemotherapy drugs and clotting factors used to treat hemophilia and similar disorders are inadequate.

Page 3 - The Honorable Spencer Abraham

Therefore, in addition to instructing carriers not to use the DOJ data for the 17 drugs related to chemotherapy and clotting factors, we plan to take administrative action on chemotherapy administration payments and work with Congress to enact legislation regarding clotting factors. We have continued to conduct our own analysis on this issue.

To summarize the direction we are giving to carriers, we are instructing them to consider these alternative wholesale prices as another source in determining their January, 2001 quarterly update for 32 drugs that are not chemotherapy drugs and clotting factors. These drugs account for 75 percent of Medicare spending and 70 percent of savings (based on DOJ data) for the drugs on the complete DOJ list. However, we are also instructing carriers not to consider, at this time, using the DOJ data for 14 oncology drugs and 3 clotting factors while we gather more information, seek legislation for clotting factors, and propose administrative changes for chemotherapy drug administration. Therefore, carriers would use their usual source of AWPs for oncology drugs and clotting factors until they are instructed otherwise. Two drugs on the DOJ list are covered by Medicare but are not paid on the basis of AWPs.

*Legislative Proposal and Regulatory Action*

We intend, in next year's physician regulations, to propose modifications to the practice expense formula, or we will propose legislation that would increase payments for cancer chemotherapy administration. Our goal would be to have more accurate pricing for both chemotherapy drugs and chemotherapy administration in place at the same time. During this time, we will continue to conduct our analysis regarding the administration of chemotherapy drugs.

We are proposing legislation to pay suppliers of hemophilia drugs an administrative fee to cover certain costs they incur, such as shipping, storage, and inventory control. We believe that establishing a direct payment for these costs would eliminate any need for suppliers to use Medicare drug profits to cross subsidize inadequate Medicare payments. We hope Congress would provide for such an amendment in Medicare legislation this Fall.

I hope this information is helpful. We look forward to continuing to work to meet the needs of Medicare beneficiaries and the taxpayers.

Sincerely,

Donna E. Shalala