**TAB
U**

# Regulatory & Reimbursement Update

## John Akscin

Oncology Network of Colorado

October 18, 2002

BMS/AWP/001506795

HIGHLY CONFIDENTIAL

Defendants' Exhibit

**2590**

01-12257-PBS



# PURPOSE

- Summarize regulatory issues evolution

- Define Key Issues

- Analyze Key Issues

- Provide updates on AWP, 2003 Medicare Part B, Drugs, CF, and HIPAA

BMS/AWP/0015067 96

HIGHLY CONFIDENTIAL



# Men At Work

BMS/AWP/001506797

HIGHLY CONFIDENTIAL

# Alphabet Soup

- **AWP** - Average Wholesale Price

- **WAC** - Wholesale Acquisition Cost

- **AMP** - Average Manufacturer's Price

- **ASP** – Average Sales Price

- **AAP** - Actual Acquisition Price

- **RBRVS** – Resource Based Relative Value System

- **PE** - Practice Expense the cost component of RBRVS

- **CF** – Conversion Factor, changes annually



BMS/AWP/001506798

HIGHLY CONFIDENTIAL

# More Acronyms

- **CMS** - Center for Medicare & Medicaid Services
- **OIG** - Office of Inspector General
- **GAO** - Government Accounting Office
- **OMB** - Office of Management & Budget
- **Carriers** - Administer the Medicare program
- **BBA** - Balanced Budget Act, aka BBRA
- **NPRM** – Notice of Proposed Rule Making
- **E&M** – Evaluation and Management Services



BMS/AWP/0015067099

HIGHLY CONFIDENTIAL



BMS/AWP/001506800

HIGHLY CONFIDENTIAL

# HISTORY

- In the 1980s, the OIG began recommending reductions (e.g., AWP - 15%)

- In 1991 HCFA first proposed regulations regarding payment for drugs.

- BBA of 1997 established payment for drugs at the lower of the actual billed amount or 95 % of the AWP, effective January 1, 1998.



BMS/AWP/001506801

HIGHLY CONFIDENTIAL



# HISTORY

- President Clinton's FY 2000 Budget, contained a subsection titled "Fighting Fraud, Waste, and Abuse," the President submitted: "This will eliminate the physician mark-up for outpatient drugs by limiting Medicare payment to 83 % of AWP."

BMS/AWP/001506802

HIGHLY CONFIDENTIAL



# HISTORY

- September 2000, HCFA Program Memo, authorized the use of prices obtained in the DOJ investigations of acquisition costs.

- November 2000, HCFA retracted the program memo, Ashcroft Amendment to BBRA 2000.

BMS/AWP/001506803

HIGHLY CONFIDENTIAL



# Also...

- HCFA placed a moratorium on decreases in payment rates for drugs furnished on or after January 1, 2001.

- And required the GAO to conduct a study of the payment methodology for drugs and admin services and report to Congress within 9 months after enactment.

BMS/AWP/001506804

HIGHLY CONFIDENTIAL



# HISTORY

- September 21, 2001, GAO Drug Pricing Study released to Congress.

- Authorizes the Secretary to increase practice expense relative values or make new payments for the costs incurred in administration, handling, or storage of drugs.

BMS/AWP/001506805

HIGHLY CONFIDENTIAL

# ACCC PRACTICE EXPENSE ANALYSIS

BMS/AWP/001506806

HIGHLY CONFIDENTIAL

# Background

- ACCC solicited data from Practices

- 11 practices responded; 9 with complete information

- Data on 45 physicians

- ELM replicated USON methodology and had CPA's assure that they had applied the methodology appropriately



BMS/AWP/001506807

HIGHLY CONFIDENTIAL



BMS/AWP/001506808

HIGHLY CONFIDENTIAL

# Infusion Services...

- Drug administration cost includes:
  - RN salaries and benefits
  - Supportive staff salaries and benefits
  - Pharmacist salaries and benefits
  - Rent
  - Equipment
  - Depreciation
  - Other

BMS/AWP/001506809

HIGHLY CONFIDENTIAL

# Results

- With oncology drug payments at AWP – 5%, current aggregate Medicare payments in the physician office setting are breakeven

- Further reductions in reimbursement will put pressure on offices to reduce services and move patients to the hospital outpatient setting



BMS/AWP/001506810

HIGHLY CONFIDENTIAL





BMS/AWP/001506811

HIGHLY CONFIDENTIAL



# GAO Drug Study Report

## House Energy And Commerce Committee Hearing - September 21, 2001

- Joint Hearing

- Committee Sought To Create Momentum For AWP Reform Legislation

- Committee Sought To Make AWP An Emotional, Immediate Issue

BMS/AWP/001506812

HIGHLY CONFIDENTIAL

# House Energy And Commerce Hearing

## Results

- AWP was effectively discredited As Payment Basis For Prescription Drugs

- Republicans And Democrats Agreed - AWP Must Go

- "Overpayments" Estimated To Exceed $1.5 Billion ($532 Million For Physicians)



BMS/AWP/001506813

HIGHLY CONFIDENTIAL

# House Energy And Commerce Hearing

## CMS response



- None Of GAO Report Was Self-Implementing

- Waiting For Legislation To Address AWP Issue

- Widespread Support For Increasing Payment For Services And Other Functions

- CMS Will Work With Oncology Community To Assemble Better Data On Practice Expenses

BMS/AWP/001506814

HIGHLY CONFIDENTIAL

# Medicare Policy Issues?

- Outpatient Prescription Drug Benefit
  - Oral CTx coverage
  - Self Admin Injectables

- Physician Payment Reform
  - CF
  - AWP
  - Infusion Admin



BMS/AWP/001506815

HIGHLY CONFIDENTIAL

# How Detailed Can The Solution Be?



- No Bipartisan agreements as of yet

- CMS states that if no legislative solution this year, they will fix in 2003



BMS/AWP/001506816

HIGHLY CONFIDENTIAL

# Average Wholesale Price
# National Policy Issues

Very Difficult to Keep AWP

Alternative System…AMP

Alternative System…ASP/AAP

3 Committees Very Active

What?

When?



BMS/AWP/001506817

HIGHLY CONFIDENTIAL

# Proposed Regulatory Solutions
## Drug Reimbursement

- ASP Model?
- Competitive Bidding?
- Hybrid?
- AAP Model?
- Is there a Bipartisan solution?
  - 3 different legislative committees



BMS/AWP/001506818

HIGHLY CONFIDENTIAL