# The Challenge…For Now



- Budget Neutrality…How can the combination of Oncology Drug payment and CTx Admin reimbursement be resolved and still maintain equity among all medical specialties ?

- Can reform in these areas provide funding for?

  – Oral CTx

  – Self Admin Injectables

BMS/AWP/001506819

HIGHLY CONFIDENTIAL

# Drug Payment + CTx Admin

# =

# Reimbursement Fairness

- The Robin Hood mentality will no longer work



BMS/AWP/001506820

HIGHLY CONFIDENTIAL



BMS/AWP/001500821

HIGHLY CONFIDENTIAL

# Current Issue
## CF



- CF continues to be high priority for 2002, additional decreases projected '03–'04

  – House Republican Medicare Rx Drug package includes provision for CF reform, increase of 2% in 2003

  – Senate has yet to address the issue, Sen. Tom Daschle is conservative on this.

BMS/AWP/001506822

HIGHLY CONFIDENTIAL

# Analysis – CF Issue

| Legislative | CMS |
|---|---|
| • HR-4954<br>• Attempts to correct CF issue by changing formula<br>• Yields a projected increase in CF by 2% for '03-'05<br>• Tweaks PE formula<br>• Yields projected increase of 3% for CTx Admin services<br>• Projects overall increase in Physician payments to be $11B over 10 years<br>• Projects overall increase in Hospital payments to be $14B over 10 years<br>• Senate says, "No way, no chance...too expensive" | • Original projected **decrease** in CF for 2003 at 5.6%<br>• 2003 Proposed Fee Schedule now has **decrease** at 4.4%<br>• Similar **decreases** expected in '03 & '04<br>• CMS proposals will go in effect unless Legislature agrees to changes<br>• ASCO commissioned Gallop Survey of practice expense associated with CTx Admin.  Target 1000 surveys.  Over 500 received to date |

BMS/AWP/001506823
HIGHLY CONFIDENTIAL

# Proposal Specifics

| Proposal | Potential Effects | Legislative Direction | Target Date |
|---|---|---|---|
| CMS 2003, proposed Physicians Fee Schedule. Reduces reimbursement by 4.4% rather than the projected 5.7% reductions, effect on OBO may be as little as a 3% reduction | 1. Not as detrimental as projected<br>2. May still reduce OBO CTx Admin<br>3. May be leverage point on AWP fix | 1. House and Senate at a stalemate | End of this congressional session, as soon as Oct 18th. |



BMS/AWP/001506824

HIGHLY CONFIDENTIAL

# Current Issue

## Drugs



- Two inactive legislative informal proposals
  - House Ways & Means: Negotiated Pricing Model
  - House Energy & Commerce: ASP Model
- Stark HR-5167; AAP proposal, July 18th
- CMS renews vow to work on solution in 2003

BMS/AWP/001506825

HIGHLY CONFIDENTIAL

# Analysis – Drug Proposals

| Legislative | CMS |
|---|---|
| • Ways & Means "Competitive Bid" proposal not included in HR-4954 | • Renews pledge to resolve during 2003 with January 1, 2004 effective date |
| • Energy & Commerce "ASP" proposal not included in HR-4954 | • Professional Societies working with CMS to influence methodology |
| • Joint "Hybrid" proposal may be introduced by Billy Tauzin (R-LA) in September: ASP + 8% with 5 year phase into a "Competitive Bid" model. | • CMS considering selecting one carrier out of the 23 to develop a drug reimbursement plan |
| • Stark proposal, July 18th: AAP + 5%, Pharma required to report AAP, Correct underpayment for Admin services | |
| • Oral CTx, still being considered as a separate proposal | |
| • Senate, still quiet on this issue, no proposals released to date | |

BMS/AWP/001506326

HIGHLY CONFIDENTIAL

Let's look

BMS/AWP/001506827

HIGHLY CONFIDENTIAL

# Proposal Specifics

| Proposal | Potential Effects | Legislative Direction | Target Date |
|---|---|---|---|
| HR 4954, Medicare Modernization & Prescription Drug Act, 2002. Provides for Rx coverage for Medicare patients, and Physician Payment Reform including the CF | 1. No provision, reimbursement for Oral CTx Drugs<br><br>2. May provide OBO relief on CF issue<br><br>3. May positively refine OBO payments for CTx Admin | 1. May re-appear<br>2. Dialog with CMS<br><br>3. Access to Care | End of legislative session, could be Oct 18th. |

BMS/AWP/001506828

HIGHLY CONFIDENTIAL

# Proposal Specifics

| Proposal | Potential Effects | Legislative Direction | Target Date |
|---|---|---|---|
| Senate: Baucus/Grassley Bill Medicare Rx Drug Coverage. Focused only on this issue, no Physician Payment Reform component. Release expected late July-early August | 1. No provision, reimbursement for Oral CTx Drugs | Senate Majority Leader Tom Daschle trying to move the issues | TBD |



BMS/AWP/00150682g

HIGHLY CONFIDENTIAL

# Proposal Specifics

| Proposal | Potential Effects | Legislative Direction | Target Date |
|---|---|---|---|
| House Ways & Means, AWP Reform Competitive Bidding Model did not survive joint committee final bill HR 4954, Bill Thomas, Sponsor now a Hybrid bill with House E & C | 1. Unfavorable to OBO Drug reimbursement <br> 2. May resurface in a separate bill, although unlikely | 1. House Ways & Means Com Hearing, not supportive of this model | TBD |



BMS/AWP/001506830

HIGHLY CONFIDENTIAL

# Proposal Specifics

| Proposal | Potential Effects | Legislative Direction | Target Date |
|---|---|---|---|
| House Energy & Commerce AWP Reform ASP Model did not survive joint committee final bill HR 4954. Billy Tauzin (R-LA) expected to introduce a "Hybrid Bill" perhaps in Sept. Prelim has ASP + 8% with phase into Bidding Model over 5 yrs. | 1. More favorable to OBO Drug reimbursement  2. Expected resistance in Senate | 1. Need to work out plan with House Way & Means Com. Hybrid bill seems to have support from both committees | TBD |

BMS/AWP/00150683l

HIGHLY CONFIDENTIAL

LYNX®
FROM OTN

# Proposal Specifics

| Proposal | Potential Effects | Legislative Direction | Target Date |
|---|---|---|---|
| Stark Proposal, July 18, 2002.  AAP + 5% Pharma required to report AAP to CMS. Includes rebates and free drug.  Minimal Provision to correct underpayment of Admin Services | 1. Less favorable to OBO than House E&C Hybrid model 2. Will move OP CTx to hospitals 3. May cause access to care issues | 1. No support from colleagues. Need to hammer out a joint plan with Energy & Commerce Com. | TBD |

BMS/AWP/00150632

HIGHLY CONFIDENTIAL



# Do the math…

# ASP/AAP + 5% to 8%

# =

# AWP – 18% to 20%

BMS/AWP/001506833

HIGHLY CONFIDENTIAL

# Medicare Prescription Drugs
## Status, October 3rd

- House proposal, HR–4954
- Senate proposal, going nowhere
- Administration's proposal
  - Informal, favors HR–4954
- Ways & Means Com Hearing, Oct 3rd



BMS/AWP/001506834

HIGHLY CONFIDENTIAL



BMS/AWP/001506835

HIGHLY CONFIDENTIAL



# House Ways & Means
# Health Subcommittee Hearing
## October 3, 2001

- Chair, Nancy Johnson, (R-CT)
- Ranking Member, Pete Stark, (D-CA)
- Testimony from:
  - Tom Scully, Administrator CMS
  - George Reeb/Robert Vito, OIG
  - Paul Bunn, MD, President ASCO
  - John Jones, VP Prescription Solutions (PBM)
  - Michael O'Grady, Project Hope
  - Kim Glaun, Patient Advocate

BMS/AWP/001506836

HIGHLY CONFIDENTIAL

# Conclusions

✓ AWP debate is heating up on Capitol Hill.

✓ ASP Model favored by House, and Oncology Provider Community.

✓ Competitive Bidding Model favored by PBM's & Managed Care.

✓ Hybrid Model seems best with ASP Model as short-term phasing into Competitive Bid Model as long-term.

✓ Still lack consensus from House, Senate and Administration.



BMS/AWP/001506837

HIGHLY CONFIDENTIAL

# Conclusions



✓ CMS solution fraught with high potential of legal challenges.

✓ Committee Leadership committed to fixing both drug and infusion service components.

✓ All participants concerned about patient's access to care

✓ ASCO succeeded in getting the Gallup Practice Expense Survey admitted and recognized.

✓ Few details of any plan are available. Timeline remains unchanged.

BMS/AWP/001506838

HIGHLY CONFIDENTIAL

BMS/AWP/001506839

HIGHLY CONFIDENTIAL

# Current Issue
# Self Injectable Drugs

- CMS issues "Clarification" of Medicare coverage on Self-Injectable Drugs



BMS/AWP/001506840

HIGHLY CONFIDENTIAL

# Current Issue

## CMS Transmittal AB-02-072

Coverage for drugs not usually self-administered by the patient

- Issued by CMS on May 15, 2002
- Attempts to clarify Medicare coverage for drugs that qualify as "self administered"
  - Sets greater than 50% guideline
  - Sets route of injection guideline
  - Sets frequency guideline
  - Defines "by the patient"
  - Eliminates "limited coverage" for training Patient
  - Allows for "individual carrier discretion"
  - Effective August 1, 2002



BMS/AWP/001506841

HIGHLY CONFIDENTIAL

# Analysis – Self Admin Drugs

| CMS AB-02-072 | Oncology Community |
|---|---|
| Issued by CMS on May 15, 2002 | Presenting "United Front" |
| Attempts to clarify Medicare coverage for drugs that qualify as "self administered" | CLC (4 societies) sent letter to CMS asking CMS to withdraw and consider amendments |
| Sets greater than 50% guideline | Violates Congressional intent |
| Sets route of injection guideline | Eliminate distinctions between IM and SubQ injections |
| Sets frequency guideline | Provide equal access to care for all Medicare beneficiaries |
| Defines "by the patient" | |
| Eliminates "limited coverage" for training Patient | |
| Allows for "individual carrier discretion" | Pharma launching their own effort |
| Effective August 1, 2002 | |

HIGHLY CONFIDENTIAL

BMS/AWP/001506842



# What is your Carrier doing?

- Is your Carrier following the enhanced CMS guidelines?

- Is your Carrier using "Carrier Discretion" and adopting modified guidelines

- Is there no change yet?

BMS/AWP/001506843

HIGHLY CONFIDENTIAL