# Points to remember...

- Whatever the resolution to the Chemotherapy reimbursement issue is, the driving consideration will be **patient access to care.**

- ACCC is currently focused on fighting scheduled changes to Hospital Outpatient APC's and drug reimbursement. If unsuccessful, more CTx may move into the OBO environment.

- For the most part our industry allies and associations agree that much detail has yet to be understood before resolution is at hand. Realistic timeline is 2+ years with a phase in of 2-5 years.

- Congress returned from August recess on Sept 3rd. Focus continues on Homeland Security, Corporate Integrity, and Appropriations. There are 2 days left in this legislative session. However, the final frenzy can result in last minute legislation.



BMS/AWP/001506844

HIGHLY CONFIDENTIAL

BMS/AWP/001506845.

HIGHLY CONFIDENTIAL

# What can OBO do now?

- Encourage Professional Societies to present a united front.

- Provide data and information to Professional Societies when asked

- Stay in contact with your Congressman
  - Invite Congressman to visit the practice

- Plan for the future....



BMS/AWP/001506846

HIGHLY CONFIDENTIAL

# What does OTN do now for OBO Clients?

- Provide information on issues

- Encourage Professional Societies to present a united front.

- Encourage data and information be provided to Professional Societies when asked

- Maintain position of preserving access to care

- Support proposals that are possible to administer without increased costs



BMS/AWP/001500847

HIGHLY CONFIDENTIAL



Hot Off the Press...



BMS/AWP/00I506848

HIGHLY CONFIDENTIAL

# ASCO: Gallup Survey

- 999 practices responded
- Data provided to CMS
- The Lewin Group, contracted by CMS to evaluate data and provide recommendations



BMS/AWP/001506849

HIGHLY CONFIDENTIAL

# ASCO: Gallup Survey

- Early word is....

  – Survey data provides evidence, supporting the earlier CPEP data, and demonstrates the need for a significant increase in CPT  code values for infusion administration in the private practice setting



BMS/AWP/001506850

HIGHLY CONFIDENTIAL

# CMS Transmittal AB-02-139

Coverage for drugs not usually self-administered by the patient

- Issued by CMS on October 11, 2002
- Attempts to Re-clarify CMS Transmittal AB-02-072
  – Carriers must consider how the drug is used
  – Clarifies that an "Injectable" drug, administered at the same time as CTx, is not usually "Self-administered"
  – Carriers/Contractors may conference with each other, however coverage decision must be made individually



BMS/AWP/00150685l

HIGHLY CONFIDENTIAL

# CMS Transmittal AB-02-139

## Continued

- Contractors must describe the process they use

- Process description must be on Contractor's website, including list of drugs

- Contractors must provide 45 day notice of drugs that not be covered

- Providers and Beneficiaries may appeal

- Other important dates
  - Effective August 1, 2002
  - Implementation by October 15, 2002



BMS/AWP/001506852

HIGHLY CONFIDENTIAL

# HIPAA Tidbits...

- April 22nd CMS Publishes Electronic Submission option for HIPAA Transaction Standard Extension Request. Must be filed by October 15, 2002

- May 31st: CMS publishes proposed rule retracting the use of NDC codes as the standard code for drugs. Also adopts modifications to the Transaction Standard Final Rule as recommended by industry groups.



BMS/AWP/001506853

HIGHLY CONFIDENTIAL

# HIPAA continued...

- August 9th: CMS releases final patient privacy rule adopting many features from the NPRM of May, 2001

- Compliance date, April 14, 2003

- http://www.hhs.gov/ocr/hipaa/whatsnew.html



BMS/AWP/001506854

HIGHLY CONFIDENTIAL

# Final Language

The Rule requires covered entities to provide patients with notice of the patient's privacy rights and the privacy practices of the covered entity. The strengthened notice requires direct treatment providers to make a good faith effort to obtain patient's written acknowledgement of the notice of privacy rights and practices.

BMS/AWP/001506855

HIGHLY CONFIDENTIAL



# Final Language...

The final Rule promotes access to care by removing mandatory consent requirements that would inhibit patient access to health care while providing covered entities with the option of developing a consent process that works for that entity. The Rule also allows consent requirements already in place to continue.

BMS/AWP/001506856

HIGHLY CONFIDENTIAL

# Final Rule...

*Incidental Use and Disclosure:* The final Rule acknowledges that uses or disclosures that are incidental to an otherwise permitted use or disclosure may occur. Such incidental uses or disclosures are not considered a violation of the Rule provided that the covered entity has met the reasonable safeguards and minimum necessary requirements.



BMS/AWP/001506857

HIGHLY CONFIDENTIAL

BMS/AWP/001506858

HIGHLY CONFIDENTIAL

# HIPAA PRIVACY

## The new bottom line...

BMS/AWP/001506859

HIGHLY CONFIDENTIAL

Now that we have a final rule, we can all focus on final preparation of our HIPAA Patient Privacy Compliance Programs



BMS/AWP/001506860

HIGHLY CONFIDENTIAL

# Three Important Dates

- October 15, 2002

- April 14, 2003

- October 16, 2003

# Other Tidbits....

- Effective October 1, 2002

  – Medicare Claims appeals timeline is only 120 days instead of 180 days

  – Carrier's website must contain LMRP page

  – Carrier's must again provide printed carrier bulletins



BMS/AWP/001506861

HIGHLY CONFIDENTIAL

BMS/AWP/00150686‑2

HIGHLY CONFIDENTIAL

So…How do I stay updated on the issues ?



# LYNX2OTN

www.Lynx2OTN.com

Lynx2OTN support: 888-673-1848

Email: support.online@otnnet.com

69

BMS/AWP/001506863

HIGHLY CONFIDENTIAL

Lynx2OTN Home Login - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

OFFICE WORK   FINANCE   ORDER   REPORTS   NEWS   MEDICAL LIBRARY

SITE MAP
CUSTOMER
SERVICE
LOGOUT

LYNX2OTN

**OTN Message Center**
Welcome back to OTN Demo!
Look below to stay in touch with all the latest news in oncology.

| DATE | FROM | SUBJECT |
|------|------|---------|
| 11.5.2001 | OTN | HIPAA Transaction Standard...NDC's or J-Codes for 2002 |
| 11.5.2001 | OTN | CMS Announces Conversion Factor (CF) for 2002 |
| 11.5.2001 | OTN | GAO Releases Practice Expense Payments to Oncologists Report |
| 11.5.2001 | OTN | CMS Announces Conversion Factor (CF) for 2002 |

◆ You have 2 more messages...

OTN Lowers Pricing on
Procrit and Neupogen!

Check your pricing using the Lynx2OTN
catalog. There is no time limit for the
new pricing.

Customer feedback has been instrumental in our decision
making process for this site, and we hope that you'll continue
to let us know what you think.

HIGHLY CONFIDENTIAL

BMS/AWP/001506864

BMS/AWP/001506865

HIGHLY CONFIDENTIAL

Akscin's Axiom...

"You never stop
learning until all of
your fingers are even
on the ends"



BMS/AWP/00150866



HIGHLY CONFIDENTIAL

# GAO/OIG Audits 2002-2003

- "Incident To" services in the MD office
- Physician presence
- Group Purchasing Organizations
- Medicaid rebates for drugs administered in Physician's office



BMS/AWP/001506867

HIGHLY CONFIDENTIAL

# Analysis – Medicare Rx coverage



| House HR- 4954 Medicare Modernization, HR 4954 and Prescription Drug Act 2002 | Senate Failed to garner 60 votes needed |
|---|---|
| • Voluntary program with choice of plans<br>• Beneficiary premiums  $33/mo<br>• $250 deductible, Max out of pocket, $3,700 per year<br>• Multi-tiered benefits, Rx discount cards<br>• Proj'd cost of $310 billion, 10 years<br>• Includes physician payment reform increasing the CF 2% per year for 3 years<br>• Revised payments for injectables and admin services | • Payments made by Medicare<br>• Beneficiary premium $25/mo<br>• No deductible<br>• Two-tiered benefit<br>• Proj'd cost of $500 billion, 8 years<br>• Excludes provider payment reforms, desire a separate measure |

BMS/AWP/001506868

HIGHLY CONFIDENTIAL