Defendants' Exhibit 2624

PVMX – main screen for Primary Vendor



Defendants' Exhibit
2624
01-12257-PBS

to create a resub – enter debit memo in PVRS:



type 's' and enter

Brings you to the actual lines:

