To look up what transpired  PVWS – Wholesaler Debit Memo Summary



```
PVWS              P R I M A R Y   V E N D O R   S Y S T E M         09/28/06
BMUU428                     WHOLESALER DEBIT MEMO SUMMARY       PAGE:  1 OF  1

WHSLR:              D         DEBIT MEMO  7212VBMSPX      BATCH NO  945419
MCKESSON CORP DC# 170         495 S 107TH                 TOLLESON AZ 85353
DOC                                            LINE    REQUESTED       PAID
NO    CUST NO            NAME                  CNT      CB AMT        CB AMT
001   50648500051   USPHS CHINLE COMP HLTH      2          .00        445.08




                              ** TOTAL **       2          .00        445.08

LAST SCREEN
PF2=PRINT    PF3=REFRESH    PF7=BWD    PF8=FWD    PF9=TRANSFER    PF12=MENU
```

PVWD – Approved Chargeback by wholesaler, contract



PVWL Approved chargeback by wholesaler – includes credit memo and date



To actually work lines, screens we used were PVCM and PVSM, PVCT.

Since 'Go Live' these screens have been disabled.

BQMM screens for research:

