Defendants' Exhibit 2625

Menu listing COPS transactions



accesses SD01 order entry transaction in COPS

Defendants' Exhibit
2625
01-12257-PBS



Enters customer number, COPS populates data from Customer Master