

Order details for 12 units of list 606005 are entered.  List price of $71.52 (D=list price)



COPS System Screens

2. Order with above product with pricing displayed

```
dyr                              I N V O I C E   R E T R I E V A L                        10/09/06
                                                                                    PAGE   1 OF  4
S      AMERISOURCE THOROFARE DV              S      AMERISOURCE THOROFARE DV
H T                                          O T
I O    100 FRIARS LANE                       L O    100 FRIARS LANE
P      THOROFARE            NJ 08086         D      THOROFARE            NJ 08086
  CUSTOMER    INVOICE   MM DD YY   TERMS    CUSTOMER PO NUMBER   O/S  DC  PICK DOC   INVOICE TOTAL  INVOICE ??? OF ???
 900099000309  179019  08 21 06 2%/30 N/31   056334912            19  51  7379559       319,212.81
 CASES  CASE PK   UNITS TOT QTY LIST NO SIZE    DESCRIPTION        DIV TYP  GROSS   NET UNIT  DISCOUNT  TAX   NET AMT
                          "ABILIFY IS SOLD AND DISTRIBUTED ON BEHALF OF OTSUKA AMERICA
                          PHARMACEUTICAL, INC."
                          "PRICE MAY BE SUBJECT TO REBATE VIA CREDIT INVOICE UNDER INVENTORY
                          MANAGEMENT AGREEMENT."
                          HEAT SENSITIVE ITEMS ON THIS ORDER
                          ***** SPECIAL HANDLING - SEE PROCEDURE D107 *****
   3       24         72  000813  1X30   ABILIFY 10MG TB 1X30 BTL   PC  D   307.50    307.50                   22140.00
   2       24         48  000913  1X30   ABILIFY 15MG TB 1X30 BTL   PC  D   307.50    307.50                   14760.00
   1       24         24  001013  1X30   ABILIFY 20MG TB 1X30 BTL   PC  D   434.85    434.85                   10436.40
   2       24         48  001113  1X30   ABILIFY 30MG TB 1X30 BTL   PC  D   434.85    434.85                   20872.80
   2       24         48  000713  1X30   ABILIFY 5MG TABS           PC  D   307.50    307.50                   14760.00
   6       12         72  277531  1X30   AVALIDE TAB 150/12.5MG 30  PC  D    54.24     54.24                    3905.28
   3       12         36  277532  1X90   AVALIDE TAB 150/12.5MG 90  PC  D   162.66    162.66                    5855.76
   2       12         24  278831  1X30   AVALIDE TAB 300/25MG 30BT  PC  D    63.65     63.65                    1527.60
   4       12         48  277631  1X30   AVALIDE TABS 300/12.5MG    PC  D    57.97     57.97                    2782.56
   2       12         24  277632  1X90   AVALIDE TABS 300/12.5MG    PC  D   173.93    173.93                    4174.32
                                           CONTINUED ON NEXT PAGE
 PF1=INV HDR. PF7=PREV. PF8=NEXT. PF9=PRINT. PF10=AUDIT. PF11=FAX. PF12=MENU
```

```
dyr                                    I N V O I C E   R E T R I E V A L
                                                                                                    PAGE
S         AMERISOURCE THOROFARE DV              S         AMERISOURCE THOROFARE DV
H  T                                            O  T
I  O      100 FRIARS LANE                       L  O      100 FRIARS LANE
P         THOROFARE          NJ 08086           D         THOROFARE          NJ 08086
  CUSTOMER    INVOICE    MM DD YY    TERMS     CUSTOMER PO NUMBER   O/S   DC   PICK DOC    INVOICE TOTAL  INVOIC
90009900309   179019   08 21 06 2%/30 N/31     056334912             19   51   7379559         319,212.81
CASES  CASE PK   UNITS  TOT QTY  LIST NO  SIZE   DESCRIPTION         DIV  TYP   GROSS    NET UNIT  DISCOUNT  TA
   6     12              72    277231   1X30   AVAPRO 150MG TAB       PC   D    43.99     43.99
   4     12              48    277232   1X90   AVAPRO 150MG TAB       PC   D   132.00    132.00
   1     10              10    277235    100   AVAPRO 150MG TB BLST   PC   D   146.66    146.66
   2     12              24    277331   1X30   AVAPRO 300MG TAB       PC   D    52.89     52.89
   3     12              36    277332   1X90   AVAPRO 300MG TAB       PC   D   158.65    158.65
         12       5       5    082481   1X60   BUSPAR 30MG DIVI TAB 60 B PC D  220.33    220.33
   1     80              80    050541    VL    CYTOXAN PINJ 1X1G VIAL BMO   D    23.10     23.10
   1     12              12    050401    100   CYTOXAN TABS 25MG      BMO   D   188.17    188.17
   2     12              24    606313   1X100  GLUCOPHAGE XR 500MG 100B PC  D    75.92     75.92
   1     12              12    606005    100   GLUCOPHAGE 500MG TABS  PC    D    74.38     74.38
         48       3       3    083050    100   HYDREA CAPS 500MG      BMO   D   113.54    113.54
  15     24             360    029305    1ML   KENALOG I.M.-40 MG. 1 CC APO D    5.98      5.98
   2     24              48    029320    5ML   KENALOG-40 INJECTION   APO   D    30.36     30.36
   1     24              24    029328   10ML   KENALOG-40 INJECTION   APO   D    45.34     45.34
   1     12              12    571208   225GM  LAC-HYDRIN 12% LOTION NO MMS D    34.87     34.87
        300      20      20    356302    1     MESNEX 1GM MULTIDOSE VIAL BMO D  175.41    175.41
                                           CONTINUED ON NEXT PAGE
PF1=INV HDR. PF7=PREV. PF8=NEXT. PF9=PRINT. PF10=AUDIT. PF11=FAX. PF12=MENU
```