Defendants'
Exhibit
2623

Print Screens

View Screen Only of Current Prices



View Screen Only includes current and prior

Screen 1 (Below)

Defendants' Exhibit
2623
01-12257-PBS



Screen 1