

Screen 2



Screen 3



Screen 4



Screen 5