

Screen 6

UPDATE SCREEN (When legacy was live where we could actually input a proposed price.



Print Approval Screen  (Data would only be present after we input a proposed price.



PRICE APPROVAL SCREEN

Data would only exist if there were prices to be approved.

