UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 |
| | ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | ) ) ) |

**TRIAL OF CLASSES 2 & 3 CLAIMS**

AFFIDAVIT OF RICHARD HAMMERSTONE
SUBMITTED AS DIRECT TESTIMONY IN CASE-IN-CHIEF
OF DEFENDANTS BMS AND OTN IN TRIAL OF CLASSES 2 & 3 CLAIMS

STATE OF NEW JERSEY  )
                                       ) ss:
COUNTY OF MERCER   )

RICHARD HAMMERSTONE, being duly sworn, deposes and says:

1. From November 28, 1983 to the present I have been employed by Bristol-Myers Squibb Company ("BMS"). Since December 2000, I have been the Director Sales Force Automation and Customer Data Management. I, and the BMS employees who report to me, have responsibility for maintaining and administering various information technology systems used by the company. I also supervise BMS's relationship with an outside vendor, Dendrite International, Inc. ("Dendrite"). Dendrite provides software that BMS sales personnel have used to create records that report on contacts with customers. I submit this affidavit based on personal

knowledge and files in the possession of BMS and Dendrite as direct testimony in the case-in-chief of BMS and Oncology Therapeutics Network Corporation.

2. Since 1997, BMS has used two software systems to create and store records that summarize contacts made by BMS sales representatives with customers. Within my department, we refer to these types of records as "Call Notes".

3. The first of these software systems, used from 1997 through September 2001, was called Electronic Territory Management System ("ETMS"). On or about July 2001, Dendrite acquired ETMS and assumed responsibility for maintaining the software, including the Call Note records BMS had created and archived under ETMS.

4. From May through September 2002, we phased in software called WebForce to replace ETMS.[1] Within my department we refer to WebForce as "CallMax".

5. Under both systems, BMS sales representatives filed one sales call "record" for each drug product they discussed during each contact the representative had with a doctor. For example, if a sales representative discussed three drug products during one visit with a doctor, the representative filed three sales call records.

6. BMS's outside counsel instructed me to use a list of terms to search in the millions of Call Note records that the thousands of BMS sales representatives across the company had created under the ETMS and CallMax systems over several years. I understand from BMS's outside counsel that these search terms had been agreed upon by counsel for plaintiffs.

7. The search terms we used were: "AWP", "average wholesale price", "WLP", "wholesale list price", "bundle", "chargeback", "charge back", "credit memo",

---

[1] From September 2001 thru May 2002, BMS did not use any software system to create and store records summarizing contacts made by BMS sales representatives with customers.

"discount!", "educational grant!", "unrestricted grant!", "free drug!", "free sample", "free goods", "off invoice" "package" "sampl!", "return to practice", "rtp", "cost advantage!" and "profit advantage!".[2]

8. Using these terms, I directed searches that interrogated the narrative entries contained in each of the 81,926,088 Call Note records stored in EMTS and CallMax from 1997 to June 2003. Specifically, my team searched 80,841,366 records that were stored in the old ETMS system. My team also searched an additional 1,085,044 stored in the new CallMax system.

9. Less than ½ of 1% of the more than 81 million records we searched – fewer than 35,000 records – ultimately contained keyword search "hits" in records containing narrative descriptions that were responsive to plaintiffs' discovery requests. I provided copies of the records that matched the search terms to counsel for BMS.

_____
RICHARD HAMMERSTONE

Sworn to before me this
9 day of November 2006

_____
Notary Public

**KRISTIE A. FISCHER**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires Dec. 27, 2009**

---

[2] The exclamation point, "!", functioned as a wild card search operator, instructing the search software to capture every variation of the search term based on the letters preceding the "!". For example, the search term "discount!" will capture every variation of discount, including, "discounted", "discounting" and "discounts".