UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 |
| ) ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 ) ) ) ) |  |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

### AFFIDAVIT OF DAVID N. ROGERS
### SUBMITTED AS DIRECT TESTIMONY IN CASE-IN-CHIEF
### OF DEFENDANTS BMS AND OTN IN TRIAL OF CLASS 2 & 3 CLAIMS

STATE OF PENNSYLVANIA   )
                        ) ss:
COUNTY OF BUCKS         )

DAVID N. ROGERS, being duly sworn, deposes and says:

1.  I worked for Bristol-Myers Squibb Company ("BMS") and its predecessors from 1967 until I retired in 1993, starting out in sales and marketing and eventually having responsibility for pricing, forecasting and contracting. Beginning in 1973, I was involved in or had responsibility for reporting pricing information to industry publications such as Red Book, First DataBank and MediSpan (the "Publications"). Toward the end of my career at BMS, Denise Kaszuba reported to me and ultimately took over responsibility for reporting pricing information to the Publications.

2. Throughout the time that I was responsible for price reporting, BMS reported its list price to wholesalers, or wholesale list prices ("WLPs"), to the Publications. For a period of time, we also reported community pharmacist and hospital prices. We did not report average wholesale prices ("AWPs").

3. At one point, we learned that some of the other pharmaceutical manufacturers were reporting suggested AWPs to the Publications. We thought about doing this but decided not to because AWPs were not our prices. We decided to limit ourselves to reporting our own prices, which were WLPs.

4. BMS's list prices were the prices that appeared on invoices to wholesalers. We never considered adjusting those list prices to reflect discounts because, with the exception of the Apothecon product line, most of BMS's products were not discounted to any significant degree. In addition, my understanding of the term list price is that it is a price that does not include discounts.

_____
David N. Rogers

Sworn to before me this
9 day of November 2006

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Neil C. Smith, Notary Public
Yardley Boro, Bucks County
My Commission Expires Apr. 19, 2010
Member, Pennsylvania Association of Notaries