# TAB B



| | |
|---|---|
| DEPARTMENT OF HEALTH & HUMAN SERVICES | Health Care Financing Administration |

Refer to: FKA111

## Memorandum

**Date:** AUG 08 1994

**From:** Director
Office of Payment Policy, BPD

**Subject:** Estimated Acquisition Cost Drug Survey--ACTION

**To:** All Associate Regional Administrators
for Medicare

Please advise all carriers that, effectively immediately, they are to suspend data collection efforts requested in the March 15, 1994 memorandum (Determination of Acquisition Cost of Drugs). We have been advised that approval is needed for this survey from the Executive Office of Management and Budget since it involves 10 or more members of the public. We are planning to obtain the required approval and will notify you when the surveys can be reinstated. Any questions about this instruction should be referred to Stanley Weintraub at (410) 966-4498.

Charles R. Booth

cc:
Stewart Streimer, BPO
Field Operations
Office of Issuances
Kathy Larson
MSpencer, MTS
P moore
K. ma-

FKA1011:Stan Weintraub/x64498
DATE: August 3, 1994/FINAL:Joan 8/8/94
DISC:J3g/DOC:EACSurve.sw/FILE CODE:D
Additional Information: Redraft:BP:jmb/8/8/94

Defendants' Exhibit
**1059**
01-12257 - PBS

HHC902-0173

FL