# TAB C

DEPARTMENT OF HEALTH & HUMAN SERVICES

AUG 12 1994

Health Care Financing Administration

**MEDICARE REGIONAL INFORMATION LETTER**

Region VIII
Federal Building
1961 Stout Street
Denver, CO 80294-3538

RIL No.    94-435

Date:      August 12, 1994                    Code: HI-18.01.30

To:        All Part B Carriers

Subject:   (DRUGS) Estimated Acquisition Cost Drug Survey --
           ACTION
                DUE DATE: No response required

Please be advised that, effectively immediately, you are to suspend data collection efforts requested in the March 15, 1994 memorandum (Determination of Acquisition Cost of Drugs), which was faxed to all carriers on 6-21-94. We have been advised that approval is needed for this survey from the Executive Office of Management and Budget since it involves 10 or more members of the public. We are planning to obtain the required approval and will notify you when the surveys can be reinstated.

If you have any questions please contact me at (303) 844-6136, extension 262.

/s/
Jill B. Merrill
Health Insurance Specialist
Medicare Operations Branch

242,jm,gh25

Defendants' Exhibit
**1060**
01-12257 - PBS

AWP032-0035    FL