TAB F

| | |
|---|---|
| **From:** | Reese, Mark  [OBI] |
| **Sent:** | Sunday, May 05, 2002 4:16 PM |
| **To:** | Pearson, Bill [OBI] |
| **Cc:** | Pickell, Eileen [OBI]; Dooley, Cathleen [OBI]; Hayes, Rebecca [OBI]; Reese, Mark  [OBI] |
| **Subject:** | Medicare/Medicaid Updates and Strategies |

Medicare Carrier LCA Strategy ...     Medicaid NESP- EPO Strategy 3-...     Update for LCA 5-4-02.doc     Medicaid Spreadsheet 5-5-02.xl     CMD LCA Calendar 5-5-02.xls

**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

DEFENDANT'S
EXHIBIT
2774

PENGAD 800-631-6989

1

HIGHLY CONFIDENTIAL

MDL-OBI00043351

**Pivotal Event:** NESP has created a profit advantage due to the current AWP pricing of NESP. NESP is currently being marketed as a more profitable alternative to EPO.

**Current Environment:** The AWP calculation for NESP is (List X 25%) and the AWP calculation for PROCRIT is (List X 20%). This disparity gives the providers that utilize red blood cell growth factors a greater profit if NESP is utilized. In a supportive care market where safety and efficacy are not differentiated for the two products, profitability may be the only difference between the two products. Therefore, the providers will switch to NESP due to the increase in profit.

**OBP Strategic Position:** PROCRIT's dosing in the oncology market (40,000 units QW) is less expensive than the pricing for NESP given 2.25 mcg/kg QW (quoted from the compendia reference).

**Goal:** PROCRIT's pricing must be considered the least costly alternative for the two red blood cell growth factors by the Medicare carriers. Both drugs would be a covered benefit, however the AWP – 5% for EPO would be the amount paid for both products.

**Suggested Immediate Action Steps:**
- Alter the Cost Calculator to reflect line items that would interest a Carrier Medical Director (i.e., remove rebates and discounts, add the AWP multiplier for both drugs, demonstrate the impact to the payor and the patient). – *MR Approval committee on 2-27-02*
- Obtain examples of LCA language in Lupron/Zoladex Medicare guidelines for the Reimbursement team. – *BH from Documedics 2-29-02*
- Determine the number of Medicare patients per carrier to demonstrate the value with the calculator. – *MR working with Business Analytics 2-29-02*
- Create presentation for the reimbursement team to present to the CMDs that includes the following: "To dispel the incorrect message that NESP is cheaper than EPO, and that providers are encouraged to use NESP so they can make more money off of Medicare." - *MR working with TH to create presentation*
- Presentation to include:
    - AWP disparity of 20% vs. 25% for EPO and NESP respectively.
    - The current dosage of EPO and NESP. Utilizing the USPDI dosage for the oncology patient (2.25 mcg/kg QW).
    - Conversion of the Locatelli paper to establish an EPO/NESP comparison.
    - Provide the cost differentiation of Dr. Price's cost comparison.
    - Discuss Dr. Stone's cost comparison and letter detailing his LCA decision.
    - Self-administration in NESP label reason for not C code in January, 2002.
    - Suggest that CMDs invoke the LCA option that they have for red blood cell growth factors.
- Reimbursement Managers and Clinical Affairs Managers make appointments with the CMDs in their respective areas.
- Refresh the Reimbursement managers and the Clinical Affairs managers on

 MDL-OBI00043352

the following subjects as it relates to this strategy:
- Self-administration language in NESP label is reason for no C code in January 2002.
- Logic of the disparity in the AWP calculations for NESP and EPO.
- Clinical review of the Locatelli and USPDI references to demonstrate the NESP dosing.
- Provide training on the calculator and the presentation the week of March 11th.

**Resources Needed:**
- Clinical Affairs - RCAMs to consider this the first priority to present if the CMD asks any questions concerning off label utilization of NESP or EPO.
- Business Analytics – Data for each carrier and the dollar amount utilized by each carrier in the oncology market.
- Thomas Ferguson – Completion of the cost calculator.

**Risk of Strategies:**
1. After NESP is in the market, their total cost of therapy is cheaper than PROCRIT. The dose of NESP and the frequency prove to be cheaper that PROCRIT by using less drug, less often than the USPDI references.
2. By saying both drugs are equal, the FI's and carriers will allow NESP to be utilized in all of the same indications that EPO currently enjoys.
3. CMS declares the cost of EPO in the dialysis setting is the LCA price for all utilization of red blood cells.

Mark Reese

HIGHLY CONFIDENTIAL

**Pivotal Event:** Amgen has launched NESP and Medicaid programs have the authority to implement restrictions on the drugs on their formulary.

**Current Environment:** PROCRIT is Prior Authorized by some Medicaid programs, and in some programs there are no restrictions.

**Our Imperative:** We must create an even playing field at worst or a playing field that has a competitive advantage for PROCRIT.

**Goal:** We need to have every state that is prior authorized for PROCRIT to have a prior authorization for NESP.

**Options that the Medicaid programs have:**
1. Prior authorize NESP where PROCRIT is prior authorized.
2. Do not prior authorize NESP, do not prior authorize PROCRIT.
3. Prior authorize NESP where PROCRIT is not prior authorized.
4. Prior authorize PROCRIT where NESP is not prior authorized.

**OBP Strategic Position:** PROCRIT is the proven, safe, efficacious red blood cell growth factor that is less expensive to Medicaid than NESP.

**Suggested Immediate Action Steps:**
- Create a presentation to address, clinical efficacy as well as utilization of the price calculator to demonstrate the increased cost of NESP to the Medicaid program by April 1st, 2002. – M. Reese, S. Watson, R. Lloyd
- Have the presentation approved by legal and OBP management by April 3rd, 2002. – M. Reese
- Make team calls with the SGA Director, OBP Reimbursement Manager and the Clinical Affairs Pharm D. to the targeted states and PBMs.
- Call on the top 10 Medicaid states that represent 75% of the Medicaid market
  - NY – $40 million
  - CA - $20 million
  - NJ - $15 million
  - PA – 9 million
  - FL – 7.8 million
  - TX – 6.3 million
  - MD – 4.1 million
  - IL – 3.8 million
  - LA – 3.3 million
  - NC – 3.3 million
- Call on the two states that NESP currently has a prior authorization advantage. M. Reese, S. Watson, R. Lloyd
  - IA
  - KY

Mark Reese 3-29-02

HIGHLY CONFIDENTIAL                    MDL-OBI00043354

- Call on the 4 PBMs that are currently targeting Medicaid plans. – M., Reese, S. Watson, R. Lloyd
  - First Health – MI, VT, NH, D.C.
  - Provider Synergies – FL, IL, LA
  - Express Scripts – MD, MS, NM, SC, WV
  - Consultec – NC

**Risk of Strategies:**
- States that currently do not Prior Authorize PROCRIT may start to PA the drug.
- States could put PROCRIT as a drug that must only be used after NESP fails, due to perceived clinical superiority.

**Future Steps:**
- Continue to monitor all states activity concerning the PA process to maintain a level playing field for PROCRIT.
- Continue to monitor the PBMs that are venturing into the Medicaid market

Mark Reese 3-29-02

HIGHLY CONFIDENTIAL

MDL-OBI00043355

| STATE | CONTACT PERSON | SGA CONTACT | APPOINTMENT DATE & TIME |
|---|---|---|---|
| FL | Jerry Wells (Pharmacy Director) | Lynn Bahnsen | 5/1/2002 14:00 |
| NC | Alan Dodson, MD | George Irving | 5/8/02 11:00 AM Concord NC with Alan Dodsaon, MD |
| KY | Dr. Moore | Ronnie Coleman | May 2, 2002 1:00pm |
| NY | Mark Butt (Pharmacy Administrator) | Rick Lloyd | May 13, 2002 - 1:00 PM |
| PA | | Jim Cannon | In Progress |
| LA | | Jessica Monroe | In Progress |
| TX | Leslie Harper | Richard Ponder | Spoke with Leslie via conference call on 4/29 |
| CA | | David A. Shestak | June 3,4, or 5, 2000 |
| NJ | | Jose Sosa | 5/8/2002 1:00 |
| MD | | Jimmy Cannon | In Progress |

HIGHLY CONFIDENTIAL

MDL-OBI00043356

IL                              Jerry Johnson

                                        .

IA                              Sharon A. D'Agostino    28-May-02

HIGHLY CONFIDENTIAL                              MDL-OBI00043357

## RESULTS

After todays meeting with Alan Dobson,M.D. Director NC medicaid Physician
Advisory Group at least (4) things were accomplished.
Procrit* - will probably be removed from PA altogether..
We have been assured that no undue restrictions, or expansion of restrictions
will be applied to any of the immunomodulators.
We are assured that under coverage of NC medicaid - that a "level playing
field" will exist.
Aranesp/Amgen has not applied for medicaid coverage.
Terry Henderson, Erik Muser, Ronnie Coleman and Karen Lentz met with Dr.
Moore.  Current Status - Procrit is on PA (Prior Authorization). NESP is NOT
due to current legislation that designates that all new products have a 12
month grace period of no PA status.  A review of this drug category is
forthcoming by the P&T committee (May 23 possibly??).  MedImpact (PBM)
is doing a review and KY P&T can tweak if desired. We presented Clinical
and Economic (Cost Calculator) info to Dr. Moore.  He asked lots of questions
and found presentation very informative.  His policy was to not distribute the
cost info to P&T members, but stated that we could educate them if we
desired.  He clarified issue that both Procrit and NESP were covered, but
there was no preference of one over the other.  He would inform the PA Dep't
of this as there had been some misunderstanding that NESP was to be used
first because it was in a non PA status.  Until reviewed by the P&T the status
for both products would remain as is. Providers can use whichever product
they prefer as both are covered.



After speaking with Leslie, the following things were determined: 1) Aranesp
is currently NOT COVERED by TX Medicaid because of its hospital indicator
status through First Data Bank  2) Procrit continues to be covered for all of its
indications without a PA  3) The Drug Vendor Program has done their own
cost analysis and knows that Aranesp is more costly than Procrit  4) Amgen
has AGGRESSIVELY pushed coverage for Aranesp and it has not gone over
well with the individuals at TX Medicaid. (Relationships remain very good with
J&J and OBI.)  5) In the event that Aranesp does receive coverage in the
future (Leslie does not see that happening unless it comes from above within
the program), she cannot utilize the cost data due to the structure of the
program which does not allow for PAs or preferred drug lists.  It would simply
be covered similarly to Procrit.

HIGHLY CONFIDENTIAL

At this time Jerry Johnson (SGA) does not believe that it would be in PROCRIT's best interest to make a call on Illinois Public Aid. The state is in the process of seeking "supplemental rebates" from manufactures and has retained Provider Synergies as their agent to coordinate the rebate process. The way the system works is that the states identifies high cost drug classes and asks Provider Synergies to contact the companies for both clinical and cost information. Provider Synergies then makes a decision based on both criteria. That decision comes back to Public Aid and they send it to the Drug and Therapeutics Committee (the Illinois State Medical Society holds that contract) for review. The committee makes a recommendation back to Public Aid where the final decision is made. My concern is that by going in and bringing attention to this class, we may get reviewed sooner than we would have without bringing attention to the class. Also, Tuesday Williams and I have already worked with Public Aid's pharmacy advisior (Dr. Bob Buckman) on the issue of PROCRIT and Aranesp. Due to Tuesday's excellent work with I

HIGHLY CONFIDENTIAL

Follow Up

1.) Target top 5 most influential P&T Committee members to deliver clinical and cost calculator info. Also target Chairman of P&T Committee. (Work with DM's and Product Specialists that have members in their territories).
2.) Find out when the category review is on the agenda.                         3.) Find out about MedImpact's position on status of Procrit and NESP                   4.) Secure speaker for P&T Committee meeting when this category is reviewed.

Richard Ponder will continue to monitor Aranesp coverage. In the event that TX Medicaid ends up putting Aranesp on its formulary, we will reapproach the program. Leslie was very open to seeing the cost calculator at that time.

HIGHLY CONFIDENTIAL

- Call on Provider Synergies

HIGHLY CONFIDENTIAL

MDL-OBI00043361

## Update of Medicare and Medicaid Clinical/Cost Calculator Presentations

**Strategy**: To present a clinical and cost comparison of EPO and NESP to the federal and state payers in order to demonstrate clinical and financial superiority for EPO.

**Goal**: Medicare payers to initiate LCA, with EPO as the basis for the price being paid as well as to maintain a level field of play in Medicaid.

**Tactics**: The Regional Clinical Affairs Managers and the Reimbursement Managers call on the Medicare Medical Directors in every state for Medicare and the top 10 states in Medicaid, plus 2 states that EPO has a competitive disadvantage (70% of PROCRIT business).

**Results**: As of May 3, 2002
- Medicare – Carrier Medicare Directors that represent 23 states have received the comparison presentation.  CMDs for 12 more states are scheduled in May.
    - This represents:  -  70% of all states
                        -  2 of 3 Cancer Work Group members (CA-S, MS)
                        -  3 of 5 ESRD Work Group members (MS, AL, HI)
                        -  9 of 17 New Technologies – Medicine Work Group members (TN, MS, SC,MO, CA-S, IA, AR, MN, PA)

- Medicaid – There are appointments in 6 states, 2 other states are not going to be called on due to current issues and 3 states are waiting for an appointment. Kentucky has already been called on and the message was well received.

|  | **States Called On as of May 3, 2002** | **Appointments in May** |
|---|---|---|
| **Medicare** | Arkansas, Alabama, California – N, Georgia, Idaho, Illinois, Iowa, Kansas, Louisiana,  Minnesota, Mississippi, Missouri, Nebraska, North Dakota, Ohio, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Utah, West Virginia, Wisconsin | Alaska, Arizona, California – S, Hawaii, Indiana, Kentucky, Montana, New Mexico, New York, North Carolina, Oklahoma, Virginia, Washington, |
| **Medicaid** | Kentucky | California, Florida, Iowa, Louisiana, Maryland, New Jersey, New York, North Carolina, Pennsylvania |

**States that have refused the Medicare presentations** – Colorado, Connecticut, Delaware, Florida, Maine, Massachusetts, Maryland, Michigan, Nevada, New Hampshire, New Jersey, Rhode Island, Texas, Vermont, Wyoming. *

HIGHLY CONFIDENTIAL                                    MDL-OBI00043362

**Common Responses from Medicare Medical Directors:**
- "If the dosing of NESP is at the levels in these comparisons, we will consider an LCA"
- "In 6 months I will evaluate the dosing levels of the two drugs to see if any action should be taken"
- "This is a CMS issue, not a local issue"
- "There is not enough data to make any comparisons in the cancer market"
- "We need studies that compare the two drugs in the same cancer and being treated by the same chemotherapy regimen"
- "Doing an LCA is a lot of work, when we know we will not be supported by CMS"

**Follow-up Activities for Medicare:**
- Continue to request CMD appointments with carriers that denied the appointment.
    - Utilize CMDs that have already seen the presentation.
    - Provide a packet to the CMDs that have refused the appointment.
    - Utilize policy managers to facilitate appointment with CMD.
- Continue to pursue the Medicare Regional offices to see the Medical Director for the presentation.
    - Utilize contacts within the Regional offices to secure appointments.
    - Utilize the CMDs in the region to facilitate a meeting.
- Follow-up with the CMDs that said they would analyze the dosing regimens of NESP in the time period that they suggested.
    - Utilize field intelligence on dosing regimens of local providers for NESP

**Follow-up Activities for Medicaid:**
- Partner with the SGA Directors to monitor the status of EPO and NESP concerning Prior Authorization of the two drugs, as well as any other requirements.

\* Waiting on approval from legal for cover letter for packet

Medicare and Medicaid Strategy Update 5-3-02

| State | Carrier | CMD Name |
|---|---|---|
| AL | BC/BS of AL | Dr Fred Robertson |
| AZ | Noridian | Dr. Mangold |
| CT | FCSO | Frank Delli Carpini, MD |
| GA | BC/BS of AL | Dr. Maner |
| HI | Noridian | Dr. Fong |
| IA | Noridian | Dr. Hertko |
| ID | Cigna | Dr. Donald Norris |
| IL | WPS | Dr. Boren |
| IL, MI, MN, OH,WI,IN | Region 5 | Dr. Haywood / Dr. Boren |
| WI | WPS | Dr. Bussan |
| IN/KY | AdminaStar Federal | Dr. C. Cunningham |
| LA | BC/BS AR | Dr Lynn Hickman |

HIGHLY CONFIDENTIAL

MDL-OBI00043364

| | | |
|---|---|---|
| MA, ME, NH, VT | NHIC | Dr. Charlotte Yeh |
| MD,DC,DE | HGSA | Dr. Laurence Clark |
| MI | WPS | Dr. Rosenberg |
| MN | WPS | Dr. Brook |
| MO-E | BC/BS AR | Dr. James Schell |
| MS | BC/BS of AL | Dr. James Strong |
| MT | | Dr. Fred Olson |
| OR | Noridian | Dr. George Waldmann |
| N. CA | NHIC | Dr. Rogan |
| NM | BC/BS of AR | Dr. Mayo Gilson |
| NY & NJ | Empire | Dr. Rainford |

HIGHLY CONFIDENTIAL

MDL-OBI00043365

● NY Queens      GHI            Dr. Presto

NY Upstate      Western        Dr. Cox
OH/WV           Nationwide     Dr. R. Kamps

OK              BC/BS of AR    Dr. Mayo Gilson

PA              HGSA           Dr. Andrew Bloshichak

RI              BC/BS of RI    Dr. Parker Staples

●

S. CA           NHIC           Dr. Lurvey
SC              Palmetto GBA   Dr. D. Sheridan

●

HIGHLY CONFIDENTIAL                          MDL-OBI00043366

| | | |
|---|---|---|
| TN | Cigna | Dr. E. Winter |
| TX | Trailblazers | Dr. Charles Haley |
| VA | Trailblazers | Dr. David Perez |
| CO, WY | Noridian | Dr. Szycz(stish) |
| WA | Noridian | Dr. Dick Whitten |
| FL | BC/BS of FL | Dr. S. Sewell |
| NC | Cigna | Dr. B. Honecutt |
| AR | AR BC/BS | Dr Sidney Hayes |
| KS, NE, MO | BCBS of KS | Dr. Pat Price |

HIGHLY CONFIDENTIAL

MDL-OBI00043367

| Appointment Date | Appointment Time |
|---|---|
| 4/4/2002 | 1:30 CST |

| | |
|---|---|
| 16-May<br>Requested meeting by phone on 3/25 and declined meeting. | 10:00 AM<br>N/A |
| 4/2/2002 | 3:00 EST |
| 13-May-02<br>26-Apr-02 | 9:00 AM<br>10:00 AM |
| April 29th | 2:00pm in Boise, ID |
| 4-Apr-02 | 11AM |
| 4-Apr-02 | 11:00 AM |
| 29-Apr-02 | |
| 15-May-02 | 1:00-2:00 PM |
| 2-Apr-02 | 11:00 AM |

HIGHLY CONFIDENTIAL

MDL-OBI00043368

● Meeting declined

Executive summary and Dr. Stone information sent via e-mail with a request for a meeting

Waiting to confirm

17-Apr-02                                        2:00 PM

4/22/2002                                        1:00 PM CST

4/4/2002                                         1:30 PM CST

● 15-May-02                                      3PM
April 30th                                       8:00am

April 25th                                       9:00 AM

5/10/2002                                        8:00 AM CST

1) CMD requested information -  Appointment pending
2) Sent follow-up letter including Dr. Stone information 3)
Will follow-up this week with phone call. 4) Dr. Rainford
currently reviewing information.

●

HIGHLY CONFIDENTIAL                          MDL-OBI00043369

● 
1) Called to schedule appointment - Waiting for response
2) Additional call to Estalida in pricing - She requested
information.  Sent follow-up letter to Estalida and CMD
including Dr. Stone information 3) Will follow-up weekly
with phone calls
16-May-02                                    1:30 PM Eastern
25-May-02                                    1:00 PM Eastern


5/10/2002                                    8:00 AM CST

4/11/2002                                    11:00 am Eastern



Meeting declined


● 


15-May-02                                    1:00 PM
4/18/2002                                    2:00 PM EST



● 

HIGHLY CONFIDENTIAL                          MDL-OBI00043370

●     1-May-02                                        10:00 AM

requested meeting; sent information regarding Dr. Stone
and Dr. Price; waiting for reply

7-Apr-02                                           3:00 PM

7-May-02                                           1:00 PM
May 20, 2002  -Mtg. with T.Ewers-Ed.Rep April 17th     11:00 AM

Requested information to review prior to scheduling mtg.

●                                         5/17/2002 10:00
4/25/2002                                          11:00am

●

HIGHLY CONFIDENTIAL                                  MDL-OBI00043371

## Results

Presented information to Dr. Robertson (Part B), Dr. McKinney (Part A) and policy analysts. All were surprised by the cost differential. He will not issue a LCA policy at this time. He listed the following reasons:

☐ Needs to see how MD will use NESP/ Needs Claims date to make realistic comparison

☐ Indicated that the LCA Lupron / Zolodex policy was based on retrospective claims analysis

☐ Questioned whether a LCA would need to be put out for comment

☐ If LCA were applied, would the 200-1 be defendable

**Positive comments**:

☐ He would have no difficulty applying LCA IF NESP is consistently used in the dosage amounts that we compared

☐ Wanted to see Utah policy

Just like in the Lupron/Zolodex scenario, Dr. Delli Carpini said he cannot implement a LCA provision, because that is direction that comes from CMS-central office.

Met with CMD Dr. Maner. He agreed that NESP did not seem to provide any clinical advantages. He would issue an LCA only after reviewing usage. He has seen very limited use. He is retiring on 4/15/02

Dr. Hertco requested that all other Noridian CMD's view this material. He will mention at next conference call. He feels that they are likely to evaluate LCA because they have done this for lupron/zoladex.

Dr. Norris felt that it was up to CMS to decide LCA. We informed him of the 4/25/02 meeting with CMS where they pushed back and said that it was a local issue. He will take this information to the Region X office (in Seattle) because they are vocal and helpful. He will also mention that Dr Houck and others should see this presentation.

Met with Dr. Boren (CMD)and Dr. Haywood (Reg. Med Dir) and regional pricing analyst. Dr. Boren felt that he would not pursue LCA at this time. They have not seen claims for the use of NESP. Dr. Haywood stated that he would investigate LCA if a CMD asked him to. Agreed to look at claims data retrospectively.

Met with Dr. Haywood at Dr. Borens office. Dr. Haywood felt that he did not need CMS to investigate a LCA policy. He was more likely to initiate the analysis for an LCA than Dr. Boren. Dr. Haywood stated that he would consider LCA if Asked by a CMD .

Dr.Bussan (WPS-WI) wants Dr. Brooks (MN) to take the lead on the LCA issue. MN is currently the only WPS state with LCA for Lupron/zoladex. Dr. Bussan is also looking for CMS support on LCA.

Dr Hickman states that if NESP and PROCRIT (based on what the Provider request) are considered for treatment of anemia in LA, he would initiate analysis of claims to consider LCA. He also states that All AR BC/BS CMD's should see this presentation. He states it is very informative, and he would not consider paying for the convenience of NESP dosing.

MDL-OBI00043372

Dr. Brooks found information compelling. Dr. Brooks also stated that a retrospective analysis of the data would be required. She was not aware of the amount of EPO that her providers use. Agreed to look at claims data retrospectively for NESP.

Dr Schell appreciated the information. He states that this appears to be a LCA issue. Dr Schell states LCA would be difficult to initiate and enforce. He also states that it would be after claim review to determine what dose of NESP the Provider is utilizing. He thought it would be @ 6 months of claims on NESP to see what was the clinical usage.
Met with Dr Strong and Policy analyst to discuss LCA. Both were amazed with the difference in cost of treatment particularly to the patient in co-pays. Dr Strong states that he is not aware of abundant usage of NESP (CRF or chemo-induced). He also states that LCA would be reviewed (as Lupron and Zoladex case). Dr Strong states that he must talk with AL and GA to be consistent. Strong would like the calculations in print if available.  Will not implement LCA at this time.

Dr. Waldmann felt that our clinicals were comparing apples to oranges. Roxanne Meyer did an excellent job explaining that the comparisions done were all that is available- and that yes it is confusing as to what dosing NESP will really need.  Dr. Waldmann requested that this be taken to Dr. Whitten (CMD WA/AK)- as he is "in charge" of the EPO policy.  He also felt that there needs to be support from CMS- Regional and Central.

Dr. Rogan stated that he would look at 6 months data as to what Medicare pays per beneficiary for both Procrit and NESP for the CKD and chemo induced anemia prior to determining if a LCA should be instituted. Commented that he would like to see more comparative data in chronic diseases; commented also that he was not sure as to whether there could be any equivalence of dosages between Procrit and NESP at this time. Impressed with calculator and cost differential, however, more concerned about incentive for MDs to use the drug with more profitability.

MDL-OBI00043373

Met with Dr. Kamps with M. Reese and E. Muser also attended.  Presented clinical and LCA info.  Dr. Kamps was very interested and wanted copy of cost analysis and clinical studies info.  He stated that he was morally obligated to make the best decision financially for Nationwide.  He had not reviewed any NESP claims -- all those claims would have to be handled on a case by case basis.

Met with Dr. Bloshichak (CMD) and Gene Risoldi (Medical Affairs Analyst). Mark Reese and Janet Lopez were also in attendance.  Dr. Bloshichak and Gene were shocked at the cost differential between PROCRIT and NESP. Prior to our meeting, Dr. Bloshichak was unsure of other options concerning NESP payments.  After our presentation, he asked how we could help him obtain the necessary information to assist with his LCA efforts.   Dr. Bloshichak stated he is also going to share this information with CAC members and other Medicare contacts.

M. Reese, S. Willett and Sue Watson met with Dr Sheridan, and Policy analysts, D. Boyd, RN and J. Kozdras, RN.  Dr. Sheridan was very receptive to the information and the cost analysis.  His position on the issue is as follows:
☐ Is aware of the "LCA" discussions among carriers on the issue
☐ Interested in dose creep
☐ Agrees that the NESP / EPO could fit the criteria
☐ Would consider an LCA decision based on retrospective analysis
He requested a copy of the cost calculator and slides clinical data.  (See follow-up)
Policy analysis confirmed the request to use NESP in oncology, currently they are not paying in oncology yet: expect to be with compendia listing.
Currently only CKD use of NESP was being reimbursed.  Policy nurses confirmed that the cost calculator doses in CKD reflected "real world" doses that they were seeing.

MDL-OBI00043374

Mark Reese and Ekik Muser and Paul Harrismet with Dr E. Winter and S. Walker (policy analyst) May 1, 2002 in Nashville. Results- Winter and Walker appreciated the presentation and the cost associated with each drug. Will pay for NESP for CKD and cmpendia listing. If calculation can be reproduced by him after NESP dosing has been determined, Winter states that this could be a LCA situation. However, LCA will be very difficult to initiate and enforce. Needs CMS support/direction. Will conference with Norris and Honeycutt.

Met with Debbie Lawson, advisor to Dr. Perez. I shared the Locatelli article and the 200u to 1 mcg conversion.  She agreed that NESP does not provide any clinical advantages and the cost to the payor and the patient is substantial.  She will be sharing this information to Dr. Perez on Friday April 10th and get his thoughts on this information and how the LCA might apply.  I will follow-up with Debbie the following week to get Dr. Perez's thoughts.

4/17 Was able to see Dr. Whitten- as was visiting T.Ewers. T.Ewers believes that we have a good point, and is researching lupron/zolodex to assist with Dr. Whitten.   Dr. Whitten agreed to meet, but only when we can leave material behind so that he can 'digest' information.

Dr Hayes very cost conscious with Procrit and NESP. Appreciated the cost calculator. Hayes referenced the AHRQ (Tech) report and questioned 30k vs 40k. Will not include NESP into Procrit policy unless Amgen can define equlivant dosing. Hayes has serious reservations because of the conversion confusion. Hayes states that this could explain the confusion (lack of direction) from CMS. Hayes also requested the Dr Stone (Utah) statement concerning NESP.
DR. Price will not implement LCA - he is awaiting direction from CMS. However, he has implemented a "PROCRIT First" policy.  The provider must show that the patient was first given PROCRIT and failed. If subsequently given NESP - the provider must show medical necessity.

HIGHLY CONFIDENTIAL

Other

Dr. Delli Carpini (CMD) re-emphasized that interaction between a CMD and a pharmaceutical company is a conflict of interest, therefore he cannot have any interaction with any drug companies.  All discussions, must occur through the CAC members.

This CMD is the only board certified hematologist

1. WPS does not have LCA in MI, IL, WI at this time for Lupron.  2. Dr. Boren is requesting  direction from CMS to prevent a lawsuit similar to Dr. Sheridan (SC)

1. WPS does not have LCA for Lupron at this time. 2. Dr. Haywood is relatively new at his position.

Felt that CMS does not support the carrier if legal issues arise from LCA.

Dr Hickman would really appreciate some of the calculations in a written form. He was very impressed by the difference in the treatment cost.

HIGHLY CONFIDENTIAL

MDL-OBI00043376

Customer service called on behalf of policy analyst and
said that it is not NHIC's practice to have meetings with
pharmaceutical companies.

Dr. Brooks stated that WPS first needed to get on the
same page as far as the Lupron LCA policy was
concerned before anything could be considered.  MN is
the only state in WPS that has a LCA for Lupron.  Dr.
Brooks stated that this LCA could not be considered until
the Lupron issue was settled.

rescheduled meeting so that P. Harris could attend in
place of P. Zak

MDL-OBI00043377

He also stated that Amgen had been to see him the day
before, but they were presenting a new white blood cell
product they are promoting.  At the end of the call he said
they mentioned that NESP was in the USPDI for
oncology.

rescheduled meeting so that P. Harris could attend in
place of P. Zak

Dr. Staples said he said he did not have to wait for
direction from CMS, but it could get contentious trying to
prove that two drugs are identical.  Dr. Staples said that
Lupron/Zolodex were considered clinically comparable
and that implementing a provision similar to his
Lupron/Zolodex policy would be premature.  I mentioned
that many CMDs are having the discussion, but Dr.
Staples said that they are bolder than he was.

HIGHLY CONFIDENTIAL

MDL-OBI00043378

Meeting after CAC meeting
Suggestions made to see Peter Houck, MD Region X
Medical Director.  B. Cruz has been trying to get to him,
T. Ewers will try to help too.

E. Muser had Hayes to sign Medical information form for
additional info. I provided the Dr Stone writing.

HIGHLY CONFIDENTIAL

MDL-OBI00043379

CMD Visit Follow up

1. Will provide the Utah policy. 2.Follow-up in July to get his thoughts on utilization.  Attempted to contact regional office via Dr. Gary Noble.  Will continue to pursue regional office through Gary Noble.

1. Coordinating with Scott Willett to get packet of information to CMD through FCSO-FL's CMD.  2. Searching for provider that will discuss with CMD, difficult since nature of discussion takes money out of providers pocket.

Follow-up with the M. Simon and new CMD in May to present the information on clinical as well as financial.

Will inform Dr. Hertco of other CMDs appointments so that he can follow up with them on conference call.

Sent thank you to CMD, and a reminder that we are available to meet with anyone necessary at the Region X office.  Provided the LCA statement from Utah, and Dr. Price (KS) letter.

1.Will follow up in 4 months to discuss retrospective analysis of claims data

1. Will follow up with Dr. Haywood with printed calculator pages.  2.  Will follow up to see if he has any questions concerning clinical data that he requested.  3. Will ask about retrospective analysis of dosing data for NESP
Will f/up with Dr. Bussan in 4 months to monitor NESP progress.

1.  Will provide Dr. Hickman pages from the cost calculator.  2.  Will follow up with Dr. Hickman to discuss retrospective analysis of NESP claims.

HIGHLY CONFIDENTIAL

MDL-OBI00043380

1. Will send packet of information. 2. Working with Joan Bost and Mark Reese to provide this information through Dr. Rogan (CMD - NHIC California). Meeting with Dr. Rogan is April 26.

A second E-mail was sent to Dr. Clark on April 19th requesting a meeting. This is in addition to several telephone calls made requesting a meeting as well. Will continue to follow-up the week of April 22nd.
Waiting for meeting with Dr. Brooks in WI to confirm appointment
1. Follow up with Dr. Brooks concerning clinical data that was requested. 2. Follow up in 4 months to initiate retrospective analysis of NESP claims.

1. Provide cost calculator pages to Dr. Schell. 2. Follow up in 4 months to investigate his feelings on a retrospective analysis of the NESP claims.

1. Will provide Dr. Strong with the pages from the cost calculator. 2. Will continue to discuss the utilization NESP and the doses being used, in order to retrospectively analyze the data.

Sent thank you, and informed of Dr. Hertco's request for all Noridian CMD's to view this information- and that Dr. Hertco will be addressing this on a conference call.

F/up thank you, verifying taking data for 6 months to find out what NHIC is paying per benificiary. Also asking if any materials needed from OBP.

1. Sent follow-up letter including Dr. Stone information 2. Will follow-up weekly with phone calls to secure an appointment. 3. After meeting with Dr. Cox (CMD upstate NY) I will ask Dr. Cox to assist in getting an appointment with Dr. Rainford.

HIGHLY CONFIDENTIAL

1. Additional call to Estalida in pricing - She requested information.  Sent follow-up letter to Estalida and CMD including Dr. Stone information 2. Will follow-up weekly with phone calls to secure appointment.

1. Will follow up with pages from calculator as soon as I receive new calculator.  2.  Will follow up in 4 months to discuss retrospective analysis of claims data.

1. Provided clinical information from the CA department for Dr. Bloshichak.  2.  Will also provide Dr. Bloshichak pages from the cost calculator.

Declined meeting and packet of information.  Will discuss information with CAC member.

1.  Will provide the pages from the cost calculator.  2.  Following up with Clinical Affairs, Dr. Sheridan wanted the slides from Sue Watson presentations.

HIGHLY CONFIDENTIAL

MDL-OBI00043382

● Will send Dr Winter and Ms Walker the print-out of calculations and Winter asked for overview of our presentation in bullet points.

tried to follow up with Drug Pricing Analyst three times but she has left the company; spoke with Policy Analyst who refered me to website to submit request; continue to send e-mails and voicemails directly to CMD
Debbie Lawson received an e-mail back from Dr. Perez on April 18th.  He is interested in additional information.  As soon as the LCA packet is ready, I will send it out to Debbie.  In the meantime, Debbie told Dr. Perez, the Amgen representatives are out of control with how they are promoting ARANESP.  They are pushy, aggressive and providing mis-information to the provider community.  She told him she has NEVER seen anything like it in the 20 years she has been in the healthcare industry.

● Coordinating with Eric to get packet of information to CMD and CT's CMD.

Will continue to keep Dr. Price aware of the activities the other CMD are doing around LCA issue.

●

MDL-OBI00043383