# TAB G



# AWP Reform – Talking Points
## [On CMS regulation & Medicare bills]

### Drug Reimbursement Position

- We support AWP reform, to move away from a system that creates inappropriate financial incentives for physicians to prescribe certain drugs.

- We believe the best approach is an ASP-based methodology, with <u>no sunset.</u>
  - Would remove inappropriate financial incentives from drug reimbursement
  - Is a good proxy for "widely available market price," as described by CMS
  - Can be implemented quickly

- Longer term, we support a transition to a more market-based system of setting the reimbursement rate.

- Before implementing any market-based approach, HHS should specify in regulations details of the market-based approach, including how access to covered drugs will be assured.

- <u>Our position is similar to CMS Option 4 in the proposed regulation:</u>
  - CMS: ASP-based reimbursement, transitioning to competitive bidding.
  - Differences: 1) We support some add-on to ASP, where CMS does not commit to an add-on; 2) we wouldn't support CMS competitive bidding proposal, which lacks details.

- <u>Our position is similar to the House bill:</u>
  - House: Provides a choice of ASP + 12% (2004 & 2005) or competitive bidding
  - Differences: 1) ASP option sunsets; 2) House specifies use of a specific competitive bidding approach that would depend on PBMs and could drive reimbursement levels below costs.

- <u>Our position is compatible with the Senate bill:</u>
  - Senate: AWP-15% as a transition to CMS gathering market data to set reimbursement rates over time.
  - Differences: 1) Retains AWP in short run; 2) no mention of ASP as an option.

### Physician Reimbursement

- Support ASCO efforts to get add-on to ASP in House bill (and CMS regulation).

- Support House language either to assign complex infusions to separate code or to require CMS to do a study and to expedite review of a separate code for non-oncology biologics.

- Support rheumatologists' efforts to get separate code for complex infusions, with appropriate RVUs as part of legislation and CMS regulations on RVS and AWP.

- Support higher payment for injection fees for supportive care drugs in CMS regulation and legislation.



DEFENDANT'S EXHIBIT 2776

HIGHLY CONFIDENTIAL

MDL-OBI00050429