# TAB I

## AWP Reform – Johnson & Johnson Principles

- We support reform of the AWP payment system for Part B drugs

- The metric selected (e.g., ASP, AMP, or actual acquisition cost) in calculating the drug reimbursement must be:

    - Clearly defined and specified;
    - All inclusive (including all sites of care, all specialties, and all payors except FSS and Medicaid);
    - One that removes the potential for creation of artificial financial incentives; and
    - One that is administratively feasible for physicians, manufacturers, and CMS.

- The new payment system must ensure:

    - Adequate patient access to all products;
    - Adequate reimbursement for drug acquisition;
    - Appropriate additional practice expense or add-on payments for all physicians who administer Part B drugs (e.g., additional payments in infusion fees, management or injection fees).
    - Appropriate add-on payments for hospitals to offset non-product pharmacy costs.

- Additional payments for physicians should be financed from AWP reform savings

- Competitive bidding ?
- selective contracting ?
- default % for docs depending on [illegible]

DEFENDANT'S EXHIBIT 2777