# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| *State of Arizona v. Abbott Labs Inc., et al.*, 06-CV-11069-PBS | Judge Patti B. Saris |

## PLAINTIFF STATE OF ARIZONA'S RESPONSE TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL

Plaintiff the State of Arizona respectfully submits this response to Defendant Dey, Inc.'s Supplemental Notice of Removal ("Supplemental Notice").  Defendants, including Dey, originally filed their Notice of Removal of this case on January 5, 2006.  The State moved to remand.  On October 24, 2006, the Court denied the State's motion to remand.  October 24, 2006 Memorandum and Order.  Despite this fact, Dey submitted its Supplemental Notice on November 9, 2006.  In light of the Court's October 24, 2006 Order and the prior removal of the case to this Court, the State submits that Dey's Supplemental Notice is moot.  The State believes that the Court would apply the same methodology to new federal question issues raised by Dey's Notice, if any.  Further, although the State believes that the Notice is procedurally defective as it relates to the unsealing of a *qui tam* complaint in an unrelated case, it is unnecessary for the Court or the parties to reach this issue because the case has been removed.

DATED:  November 13, 2006

Terry Goddard
Attorney General
Firm State Bar No. 14000


By      /s/ Steve W. Berman
     Ann Thompson Uglietta
Assistant Attorney General
State Bar No. 013696
Consumer Protection and Advocacy Section
1275 West Washington
Phoenix, AZ  85007-2997
Telephone:  (602) 542-8830
Facsimile:  (602) 542-4377
Consumer@azag.gov

Steve W. Berman
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292

Robert B. Carey (011186)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback, Suite 650
Phoenix, AZ  85016
Telephone:  (602) 840-5900

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone:  (617) 482-3700

Grant Woods
Grant Woods PC
1726 N. Seventh Street
Phoenix, AZ  85006
Telephone:  (602) 258-2599

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiff's attorneys and that, on November 13, 2006, I caused copies of **PLAINTIFF STATE OF ARIZONA'S RESPONSE TO DEFENDANT DEY, INC.'S SUPPLEMENTAL NOTICE OF REMOVAL** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.


  **/s/ Steve W. Berman**
Steve W. Berman