## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris |

## PLAINTIFFS' MOTION TO STRIKE
## REFERENCES BY THE SCHERING-PLOUGH GROUP IN THEIR OPENING STATEMENT TO AVERAGE SALES PRICES FOR SCHERING-PLOUGH AND WARRICK DRUGS

Plaintiffs respectfully move this Court for an order striking references by Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") to average sales prices ("ASP") for branded and generic albuterol in their opening statement at the ongoing trial on Class 2 and Class 3 issues.  Because Schering and Warrick refused during the discovery process to produce to plaintiffs information regarding ASPs for their drugs, they cannot rely upon such information at trial.

This motion is supported by Plaintiffs' Memorandum in Support of a) Their Motion To Strike the Portions of the Schering-Plough Group's Opening Statement Referencing ASPs for Schering-Plough Group Drugs and b) Their Motion *in Limine* To Preclude the Introduction by the Schering-Plough Group of Evidence of ASPs for Schering-Plough Group Drugs, together with the Declaration of Robert F. Lopez in Support of Plaintiffs' a) Motion To Strike and b) Motion *in Limine* and exhibits thereto.

- 1 -

WHEREFORE, plaintiffs respectfully request that this Court enter an order striking all references by Schering and Warrick in their opening statement to ASPs for their drugs, including branded and generic albuterol.


DATED:  November 13, 2006

By____/s/ Steve W. Berman_____
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street
Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

- 3 -

## <u>CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE</u>

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on November 13, 2006, I caused copies of **PLAINTIFFS' MOTION TO STRIKE REFERENCES BY THE SCHERING-PLOUGH GROUP IN THEIR OPENING STATEMENT TO AVERAGE SALES PRICES FOR SCHERING-PLOUGH AND WARRICK DRUGS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

<u>/s/ Steve W. Berman</u>
Steve W. Berman

- 4 -

001534-16  139212 V1