## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

### PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE THE INTRODUCTION BY THE SCHERING-PLOUGH GROUP OF EVIDENCE OF ASPs FOR SCHERING-PLOUGH AND WARRICK DRUGS

Plaintiffs respectfully move this Court for an order *in limine* precluding Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") from relying upon at the ongoing trial on Class 2 and Class 3 issues, and from introducing evidence at trial referencing or relating to, the average sales prices ("ASPs") for their drugs, including branded and generic albuterol. Because Schering and Warrick refused during the discovery process to produce to plaintiffs information regarding ASPs for their drugs, they cannot introduce or rely upon such information at trial.

This motion is supported by Plaintiffs' Memorandum in Support of a) Their Motion To Strike the Portions of the Schering-Plough Group's Opening Statement Referencing ASPs for Schering-Plough Group Drugs and b) Their Motion *in Limine* To Preclude the Introduction by the Schering-Plough Group of Evidence of ASPs for Schering-Plough Group Drugs, together with the Declaration of Robert F. Lopez in Support of Plaintiffs' a) Motion To Strike and b) Motion *in Limine* and exhibits thereto.

- 1 -

WHEREFORE, plaintiffs respectfully request that this Court enter an order *in limine* precluding Schering and Warrick from relying upon at the ongoing trial on Class 2 and Class 3 issues, and from introducing evidence at trial referencing or relating to, the ASPs for their drugs, including branded and generic albuterol.

| | |
|---|---|
| DATED:  November 13, 2006 | By    /s/ **Steve W. Berman**<br>     Thomas M. Sobol (BBO#471770)<br>     Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br><br>**LIAISON COUNSEL**<br><br>Steve W. Berman<br>Sean R. Matt<br>Robert F. Lopez<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Elizabeth A. Fegan<br>Hagens Berman Sobol Shapiro LLP<br>60 W. Randolph Street, Suite 200<br>Chicago, IL  60601<br>Telephone: (312) 762-9235<br>Facsimile: (312) 762-9286<br><br>Eugene A. Spector<br>Jeffrey Kodroff<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611 |

- 3 -

          Kenneth A. Wexler
          Jennifer Fountain Connolly
          Wexler Toriseva Wallace LLP
          One North LaSalle Street, Suite 2000
          Chicago, IL  60602
          Telephone: (312) 346-2222
          Facsimile: (312) 346-0022

          Marc H. Edelson
          Allan Hoffman
          Edelson & Associates LLC
          45 West Court Street
          Doylestown, PA  18901
          Telephone: (215) 230-8043
          Facsimile: (215) 230-8735

          Donald E. Haviland, Jr.
          The Haviland Law Firm, LLC
          740 S. Third Street
          Third Floor
          Philadelphia, PA  19147
          Facsimile:  (215) 609-4661
          Telephone:  (215) 392-4400

          **CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on November 13, 2006, I caused copies of **PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE THE INTRODUCTION BY THE SCHERING-PLOUGH GROUP OF EVIDENCE OF ASPS FOR SCHERING-PLOUGH AND WARRICK DRUGS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Steve W. Berman
Steve W. Berman