UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) ) ) | MDL No. 1456 <br> CIVIL ACTION: 01-CV-12257-PBS <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS  ) ) ) ) |  |

### DECLARATION OF ROBERT F. LOPEZ IN SUPPORT OF PLAINTIFFS' A) MOTION TO STRIKE AND B) MOTION *IN LIMINE*

I, Robert F. Lopez, duly declare as follows:

1. I am one of the lawyers for the plaintiffs in the above-captioned matter. I submit this declaration in support of a) Plaintiffs' Motion To Strike References by the Schering-Plough Group in Their Opening Statement to Average Sales Prices for Schering-Plough and Warrick Drugs and b) Plaintiffs' Motion *in Limine* To Preclude the Introduction by the Schering-Plough Group of Evidence of ASPs for Schering-Plough and Warrick Drugs.

2. Attached as Exhibit A is a true and correct copy of Plaintiffs' Request for Production to Defendants Regarding HHS ASPs.

3. Attached as Exhibit B is a true and correct copy of the Response of Schering-Plough Corporation and Warrick Pharmaceuticals Corporation to Plaintiffs' Request for Production Regarding HHS ASPs.

4. Attached as Exhibit C is a true and correct copy of part of the transcript of the hearing held on September 27, 2004, to address, among other issues, plaintiffs' motion to compel

- 1 -

- 2 -

regarding the production of ASP-related information and materials.  The attached excerpt concerns that motion to compel.

    I certify under penalty of perjury that the foregoing is true and correct.

    Executed this 13th day of November, 2006.

                                      **/s/ Robert F. Lopez**
                                        Robert F. Lopez

## CERTIFICATE OF SERVICE

I hereby certify that I, Robert F. Lopez, an attorney, caused a true and correct copy of the foregoing **DECLARATION OF ROBERT F. LOPEZ IN SUPPORT OF PLAINTIFFS' A) MOTION TO STRIKE AND B) MOTION *IN LIMINE*** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 13, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

By      **/s/ Robert F. Lopez**
Robert F. Lopez
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

# EXHIBIT A

- 4 -

001534-16 139297 V1