# EXHIBIT B



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS ) ) ) ) | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

## NOTICE OF RULE 30(B)(6) DEPOSITION TO BMS REGARDING SALES AND MARKETING

TO:   ALL COUNSEL BY VERILAW

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 30(b)(6), the undersigned counsel will take the deposition of the representatives of the BMS Group who are knowledgeable regarding the matters set forth in Exhibit A attached hereto. Such depositions will be recorded by stenographic and/or sound and visual means and will take place beginning at 9:30 a.m. Eastern Standard Time on February 16, 2005, at the offices of Hogan & Hartson in New York City.

You are invited to attend and participate.

DATED: January 26, 2005

By   /s/ Sean R. Matt
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA  02110
Telephone: (617) 482-3700
Facsimile:  (617) 482-3003
**LIAISON COUNSEL**

- 1 -



Steve W. Berman
Sean R. Matt
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Eugene A. Spector
Jeffrey L. Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Samuel Heins
Heins, Mills & Olson, P.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
**CHAIRS OF LEAD COUNSEL COMMITTEE**

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Elizabeth A. Fegan
The Wexler Firm
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
**MEMBERS OF LEAD COUNSEL COMMITTEE AND EXECUTIVE COMMITTEE**

1534.16 0109 DSC.DOC



E-SERVED
01/26/05
12:37 PM ET
AMP-MDL No. 1456

Michael McShane
Alexander, Hawes & Audet, LLP
300 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 982-1886
Facsimile:  (415) 576-1776

Robert E. Piper, Jr.
Piper & Associates
624 Pierre Avenue
Shreveport, LA 71103
Telephone: (318) 226-0826
Facsimile:  (318) 424-9900
**MEMBERS OF EXECUTIVE COMMITTEE**

Anthony Bolognese
Bolognese & Associates
One Penn Center
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Telephone: (215) 814-6750
Facsimile:  (215) 814-6764

Jonathan W. Cuneo
The Cuneo Law Group
317 Massachusetts Ave., N.E., Suite 300
Washington, D.C. 20002
Telephone: (202) 789-3960
Facsimile:  (202) 789-1813

Neal Goldstein (Of Counsel)
Freedman & Lorry, PC
400 Market Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 925-8400
Facsimile:  (215) 925-7516



Michael E. Criden
Hanzman & Criden, PA
Commerce Bank Center, Suite 400
220 Alhambra Circle
Coral Gables, FL 33134
Telephone: (305) 357-9000
Facsimile: (305) 357-9050

Blake M. Harper
Kirk B. Hulett
Hulett Harper LLP
550 West C Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139

Jonathan D. Karmel
Karmel & Gilden
221 N. LaSalle Street, Suite 1414
Chicago, IL 60601
Telephone: (312) 641-2910
Facsimile: (312) 641-0781

Dianne M. Nast
Roda & Nast, PC
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200

Henry H. Rossbacher
Rossbacher & Associates
811 Wilshire Boulevard, Suite 1650
Los Angeles, CA 90017-2666
Telephone: (213) 895-6500
Facsimile: (213) 895-6161

Jonathan Shub
Sheller, Ludwig & Badey, P.C.
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102
Telephone: (215) 790-7300
Facsimile: (2015) 546-0942

1534.16 0109 DSC.DOC



Scott R. Shepherd
Shepherd & Finkleman, LLC
117 Gayley Street, Suite 200
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883

Lisa J. Rodriguez
Ira Neil Richards
Trujillo Rodriguez & Richards, LLC
The Penthouse
226 West Rittenhouse Square
Philadelphia, PA 19103
Telephone: (215) 731-9004
Facsimile: (215) 731-9044

Mitchell A. Toups
Weller, Green, Toups & Terrell, L.L.P.
2615 Calder Street, Suite 400
P.O. Box 350
Beaumont, TX 77704
Telephone: (409) 838-0101
Facsimile: (409) 838-6780

Damon Young
Lance Lee
Young, Pickett & Lee
4122 Texas Boulevard
P.O. Box 1897
Texarkana, AR/TX 75504
Telephone: (903) 794-1303
Facsimile: (903) 792-5098; (903) 794-5098
**ADDITIONAL ATTORNEYS FOR PLAINTIFFS**



# EXHIBIT A
# AREAS OF INQUIRY

1.  *Organization of Sales and Marketing.* The manner in which the sales and marketing teams are organized and structured at BMS, Apothecon, and OTN. This area of inquiry includes, but is not limited to, the following:

   a.  How product teams are organized and structured.

   b.  The types and nature of documents generated or utilized by sales and marketing personnel.

   c.  The names of former and current managers at all levels of the sales and marketing organizations.

   d.  The names of persons in the sales and marketing organizations who have been involved in the identification of documents responsive to plaintiffs' discovery requests in this litigation.

2.  *Marketing Plans.* The manner in which marketing plans are created and implemented at BMS, Apothecon, and OTN. This area of inquiry includes, but is not limited to, the following:

   a.  The medium in which marketing plans are created (*e.g.*, Powerpoint, word processing software, other) and the names of persons currently and historically responsible for creating them.

   b.  The method by which marketing plans are communicated throughout BMS, Apothecon, and OTN, including by whom and to whom.

1534.16 0109 DSC.DOC



  c. The manner in which marketing plans are stored and maintained, including where, for how long, and the names of persons currently and historically responsible for maintaining them.

  d. The use of any outside consultants to assist in the preparation of marketing plans or with marketing issues in general, including the identity of such consultants and the specific marketing-related projects for which outside consultants were retained.

  e. The effort undertaken to search for and produce marketing plans in this litigation.

 3. *Sales*. The manner in which sales directives, policies and other sales-related information are created and implemented at BMS, Apothecon, and OTN. This area of inquiry includes, but is not limited to, the following:

  a. The nature and types of information created and used by the sales organization.

  b. The medium in which sales-related information is created (*e.g.*, Powerpoint, word processing software, other) and the names of persons currently and historically responsible for creating them.

  c. The method by which sales-related information is communicated throughout BMS, Apothecon, and OTN, including by whom and to whom.

  d. The manner in which sales-related information is stored and maintained, including where, for how long, and the names of persons currently and historically responsible for maintaining them.

  e. The identity and nature of reports provided by OTN to BMS, including but not limited to those generated by the Lynx system, the persons involved in providing



such reports, and the manner in which such reports are stored and maintained (*e.g.*, where, for how long, and the names of persons currently and historically responsible for maintaining them).

    f.      The manner in which OTN markets and sells non-BMS Group products.

    g.      The use of any outside consultants to assist in the preparation of sales-related information in general, including the identity of such consultants and the specific sales-related projects for which outside consultants were retained.

    h.      The identity and nature of any sales campaigns undertaken since 1997.

    i.      The nature, identity and storage of documents created or used by sales representatives in the field, including documents and computer presentations shown to, or left with, providers or other customers or potential customers.

    j.      The nature and contents of files that the BMS Group maintains on each sales representative.

    k.      The effort undertaken to search for and produce sales-related information in this litigation.



## CERTIFICATE OF SERVICE

I hereby certify that I, Sean R. Matt, an attorney, caused a true and correct copy of the foregoing **NOTICE OF RULE 30(B)(6) DEPOSITION TO BMS REGARDING SALES AND MARKETING** to be served on all counsel of record electronically on January 26, 2005, pursuant to Section D of Case Management Order No. 2.

By_____/s/ Sean R. Matt_____
Sean R. Matt, Esq.
**HAGENS BERMAN LLP**
1301 Fifth Ave., Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292