## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| ) | Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 ) ) ) ) | Judge Patti B. Saris<br>Chief Magistrate Judge Marianne B. Bowler |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Jacob T. Elberg, a member of the bar of this Court and attorney for defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation, moves to admit attorney James Zucker to the bar of this Court *pro hac vice*.  In support of this Motion, the movant relies on the accompanying Affidavit of James Zucker, which states that he is: (1) a member in good standing of the bar of the State of New York; (2) not currently the subject of any disciplinary proceedings as a member of any bar; and (3) familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE,** Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation request that the Court grant this motion to admit James Zucker *pro hac vice*.

Dated:   November 17, 2006

Respectfully Submitted,

By:   /s/ Jacob T. Elberg
Thomas E. Dwyer (BBO No. 139660)
Jacob T. Elberg (BBO No. 657469)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA  02210
Tel: (617) 371-1000
Fax: (617) 371-1037
tdwyer@dwyercollora.com
jelberg@dwyercollora.com

>Steven M. Edwards (SE 2773)
>Lyndon M. Tretter (LT 4031)
>Admitted *pro hac vice*
>**HOGAN & HARTSON LLP**
>875 Third Avenue
>New York, NY  10022
>Tel: (212) 918- 3000
>
>*Attorneys for Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation*

### CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

I, Jacob T. Elberg, hereby certify that I am one of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s attorneys and that, on November 1, 2006, I caused a copy of this motion to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

>     /s/ Jacob T. Elberg
>        Jacob T. Elberg