UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| ) | Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO ) 01-CV-12257-PBS AND 01-CV-339 ) ) | Judge Patti B. Saris Chief Magistrate Judge Marianne B. Bowler |

## AFFIDAVIT OF HOA T. T. HOANG, ESQ. IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Hoa T. T. Hoang, on my oath swear and depose:

1. I am an associate with the law firm of Hogan and Hartson LLP, located at 875 Third Avenue, New York, New York, 10022, telephone (212) 918- 3000.

2. I was admitted to the Bar of the State of New York in 2003. I am also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York and for the Eastern and Central Districts of California; and the United States Court of Appeals for the Ninth Circuit.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My firm represents Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation, and I respectfully request admission to the Bar of this Court *pro hac vice*.

2

Signed under the pains and penalties of perjury this 17th day of November, 2006.

_____
Hoa T.T. Hoang