**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS, 01-CV-339 AND 1:03-CV-11226-PBS | ) Civil Action No. 01-CV-12257 PBS ) ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. Bowler ) |

**THE BMS DEFENDANTS' MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, FOR AN ORDER CERTIFYING THE COURT'S ORDER OF NOVEMBER 2, 2006, FOR APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

Pursuant to Federal Rule of Civil Procedure 59(e) and 28 U.S.C. 1292(b), the

BMS Defendants hereby move this Court for reconsideration of its November 2, 2006

Memorandum and Order, or in the alternative, for an order certifying the Court's November 2,

2006 Order, for an appeal pursuant to 28 U.S.C. § 1292(b).  The grounds for this motion are set

forth in the BMS Defendants' Memorandum in Support of their Motion for Reconsideration or,

in the Alternative, for an Order Certifying the Court's Order of November 2, 2006, for Appeal

Pursuant to 28 U.S.C. § 1292(b), and the appendix thereto (the "Memorandum").

WHEREFORE, for the reasons set forth in the Memorandum, the BMS

Defendants respectfully request that the Court grant their motion and enter an order:

a.      granting the motion for reconsideration and withdrawing its Memorandum and
Order of November 2, 2006, or in the alternative,

b.      certifying its November 2, 2006 Memorandum and Order for immediate appeal
pursuant to 28 U.S.C. § 1292(b), and

c.      providing such other and further relief as the Court deems just and proper.

\\\058559/000059 - 969306 v1

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) the undersigned counsel hereby requests oral

argument on this motion.


Dated:   Boston, Massachusetts
         November 17, 2006

Respectfully Submitted,


By:    /s/ Jacob T. Elberg
       Thomas E. Dwyer (BBO No. 139660)
       Jacob T. Elberg (BBO No. 657469)
       **DWYER & COLLORA, LLP**
       600 Atlantic Avenue
       Boston, MA  02210
       Tel: (617) 371-1000
       Fax: (617) 371-1037
       tdwyer@dwyercollora.com
       jelberg@dwyercollora.com


       Steven M. Edwards (SE 2773)
       Lyndon M. Tretter ((LT 4031)
       Admitted *pro hac vice*
       **HOGAN & HARTSON LLP**
       875 Third Avenue
       New York, NY  10022
       Tel: (212) 918- 3640

       Attorneys for Defendant Bristol-Myers Squibb Company, Oncology Therapeutics Network Corp., and Apothecon, Inc.

\\\058559/000059 - 969306 v1

**CERTIFICATE OF SERVICE**

I certify that on November 17, 2006 a true and correct copy of The BMS Defendants' Motion For Reconsideration Or, In The Alternative, For An Order Certifying The Court's Order Of November 2, 2006, For Appeal Pursuant To 28 U.S.C. § 1292(b); The Memorandum In Support; and The Certificate Of Compliance was served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis file & serve for posting and notification to all parties.

                    /s/ Jacob T. Elberg
                    Jacob T. Elberg

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I, Steven M. Edwards, hereby certify that on November 16, 2006, I conferred with plaintiff's counsel, Steven Berman, pursuant to Local Rule 7.1(A)(2), who opposed this motion.

                    /s/ Steven M. Edwards

\\\058559/000059 - 969306 v1