UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | Judge Patti B. Saris<br>Chief Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER FOR RECONSIDERATION OF THE COURT'S NOVEMBER 2, 2006 MEMORANDUM AND ORDER**

This matter is before the Court on the BMS Defendants' Motion for Reconsideration or, in the Alternative, for an Order Certifying the Court's Order of November 2, 2006, for Appeal Pursuant to 28 U.S.C. § 1292(b). The Court, having considered all submissions in support and opposition thereto, hereby orders as follows:

The BMS Defendants' Motion for Reconsideration is granted and this Court's Memorandum and Order of November 2, 2006 is withdrawn.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Patti B. Saris
United States District Court Judge

\\\058559/000059 - 969302 v1