**TAB D**

105TH CONGRESS
1ST SESSION

# H. R. 2015

## AN ACT

To provide for reconciliation pursuant to subsections (b)(1) and (e) of section 105 of the concurrent resolution on the budget for fiscal year 1998.

105TH CONGRESS
1ST SESSION **H. R. 2015**

# AN ACT

To provide for reconciliation pursuant to subsections (b)(1) and (c) of section 105 of the concurrent resolution on the budget for fiscal year 1998.

1    *Be it enacted by the Senate and House of Representa-*
2 *tives of the United States of America in Congress assembled,*

1 **SECTION 1. SHORT TITLE.**

2    This Act may be cited as the "Balanced Budget Act

3 of 1997".

4 **SEC. 2. TABLE OF CONTENTS.**

Title I—Committee on Agriculture.
Title II—Committee on Banking and Financial Services.
Title III—Committee on Commerce—Nonmedicare.
Title IV—Committee on Commerce—Medicare.
Title V—Committee on Education and the Workforce.
Tittle VI—Committee on Government Reform and Oversight.
Title VII—Committee on Transportation and Infrastructure.
Title VIII—Committee on Veterans' Affairs.
Title IX—Committee on Ways and Means—Nonmedicare.
Title X—Committee on Ways and Means—Medicare.
Title XI—Budget Enforcement.

# TITLE I—COMMITTEE ON AGRICULTURE

7 **SEC. 1001. EXEMPTION.**

8    Section 6(o) of the Food Stamp Act of 1977 (7

9 U.S.C. 2015(o)) is amended—

10    (1) in paragraph (2)(D), by striking "or (5)"

11    and inserting "(5), or (6)";

12    (2) by redesignating paragraphs (5) and (6) as

13    paragraphs (6) and (7), respectively; and

14    (3) by inserting after paragraph (4) the follow-

15    ing new paragraph:

16    "(5) 15-PERCENT EXEMPTION.—

17       "(A) DEFINITIONS.—In this paragraph:

18          "(i) CASELOAD.—The term 'caseload'

19          means the average monthly number of in-

20          dividuals receiving food stamps during the

499

"(ii) For each of fiscal years 1998 through 2002 by such percentage increase minus 2.0 percentage points.

"(iii) For each succeeding fiscal year by such percentage increase.".

## SEC. 4616. REIMBURSEMENT FOR DRUGS AND BIOLOGICALS.

(a) IN GENERAL.—Section 1842 (42 U.S.C. 1395u) is amended by inserting after subsection (n) the following new subsection:

"(o) If a physician's, supplier's, or any other person's bill or request for payment for services includes a charge for a drug or biological for which payment may be made under this part and the drug or biological is not paid on a cost or prospective payment basis as otherwise provided in this part, the amount payable for the drug or biological is equal to 95 percent of the average wholesale price.".

(b) EFFECTIVE DATE.—The amendments made by subsection (a) apply to drugs and biologicals furnished on or after January 1, 1998.

## SEC. 4617. COVERAGE OF ORAL ANTI-NAUSEA DRUGS UNDER CHEMOTHERAPEUTIC REGIMEN.

(a) IN GENERAL.—Section 1861(s)(2) (42 U.S.C. 1395x(s)(2)), as amended, is amended by inserting after subparagraph (S) the following new subparagraph:

      "(ii) For each of fiscal years 1998 through 2002 by such percentage increase minus 2.0 percentage points.

      "(iii) For each succeeding fiscal year by such percentage increase.".

### SEC. 10616. REIMBURSEMENT FOR DRUGS AND BIOLOGICALS.

  (a) IN GENERAL.—Section 1842 (42 U.S.C. 1395u) is amended by inserting after subsection (n) the following new subsection:

  "(o) If a physician's, supplier's, or any other person's bill or request for payment for services includes a charge for a drug or biological for which payment may be made under this part and the drug or biological is not paid on a cost or prospective payment basis as otherwise provided in this part, the amount payable for the drug or biological is equal to 95 percent of the average wholesale price.".

  (b) EFFECTIVE DATE.—The amendments made by subsection (a) apply to drugs and biologicals furnished on or after January 1, 1998.

### SEC. 10617. COVERAGE OF ORAL ANTI-NAUSEA DRUGS UNDER CHEMOTHERAPEUTIC REGIMEN.

  (a) IN GENERAL.—Section 1861(s)(2) (42 U.S.C. 1395x(s)(2)), as amended, is further amended—

1333

1  SEC. 11212. EFFECTIVE DATE.

2    (a) EXPIRATION.—Section 275(b) of the Balanced
3  Budget and Emergency Deficit Control Act of 1985 is
4  amended—

5    (1) by striking "Part C of this title, section"
6    and inserting "Sections 251, 253, 258B, and";

7    (2) by striking "1995" and inserting "2002";
8    and

9    (3) by adding at the end the following new sen-
10   tence: "The remaining sections of part C of this title
11   shall expire September 30, 2006.".

12   (b) EXPIRATION.—Section 14002(c)(3) of the Omni-
13  bus Budget Reconciliation Act of 1993 (2 U.S.C. 900
14  note) is repealed.

15 SEC. 11213. REDUCTION OF PREEXISTING BALANCES AND
16                EXCLUSION OF EFFECTS OF THIS ACT FROM
17                PAYGO SCORECARD.

18   Upon the enactment of this Act, the Director of the
19  Office of Management and Budget shall—

20   (1) reduce any balances of direct spending and
21   receipts legislation for any fiscal year under section
22   252 of the Balanced Budget and Emergency Deficit
23   Control Act of 1985 to zero; and

24   (2) not make any estimates of changes in direct
25   spending outlays and receipts under subsection (d)
26   of such section 252 for any fiscal year resulting

1334

1 from the enactment of this Act or the Revenue Rec-
2 onciliation Act of 1997.

Passed the House of Representatives June 25, 1997.

Attest:

*Clerk.*