**TAB F**

Congressional Budget Act was sustained, and the amendment thus fell. **Pages S6290, S6297–98**

By 64 yeas to 35 nays (Vote No. 120), three-fifths of those Senators duly chosen and sworn having voted in the affirmative, Senate agreed to a motion to waive section 305(b)(2) of the Congressional Budget Act with respect to consideration of Domenici (for Kyl) Amendment No. 468, listed above. **Pages S6290, S6298–99**

By 52 yeas to 48 nays (Vote No. 121), three-fifths of those Senators duly chosen and sworn not having voted in the affirmative, Senate failed to agree to a motion to waive the Congressional Budget Act with respect to consideration of Domenici (for Specter) Amendment No. 469, to extend premium protection for low-income medicare beneficiaries under the medicaid program. Subsequently, a point of order that the amendment was in violation of the Congressional Budget Act was sustained, and the amendment thus fell. **Pages S6290, S6302–03**

By 62 yeas to 37 nays (Vote No. 122), three-fifths of those Senators duly chosen and sworn having voted in the affirmative, Senate agreed to waive section 313(b)(1)(A) of the Congressional Budget Act with respect to consideration of Section 5001 of the bill, providing for the establishment of a Medicare Choice program. **Pages S6303–04**

By 39 yeas to 60 nays (Vote No. 125), three-fifths of those Senators duly chosen and sworn not having voted in the affirmative, Senate rejected a motion to waive the Congressional Budget Act with respect to consideration of Lautenberg (for Wellstone) Amendment No. 488, to provide for actuarially sufficient reimbursement rates for providers. Subsequently, a point of order that the amendment was in violation of the Congressional Budget Act was sustained, and the amendment thus fell. **Pages S6290, S6305–06**

By 43 yeas to 57 nays (Vote No. 126), three-fifths of those Senators duly chosen and sworn not having voted in the affirmative, Senate rejected a motion to waive the Congressional Budget Act with respect to consideration of Lautenberg (for Kennedy) Amendment No. 490, to improve the provisions relating to the Higher Education Act of 1965. Subsequently, a point of order that the amendment was in violation of the Congressional Budget Act was sustained, and the amendment thus fell. **Pages S6290, S6306–08**

A point of order that Section 5822 of the bill, relating to enrollment flexibility, violates section 313(b)(1)(D) of the Congressional Budget Act was sustained, and the provisions were removed from the bill. **Page S6308**

By 38 yeas to 62 nays (Vote No. 127), three-fifths of those Senators duly chosen and sworn not having voted in the affirmative, Senate rejected a motion to waive the Congressional Budget Act with respect to consideration of Lautenberg (for Kennedy) Amendment No. 504, to immediately transfer to part B certain home health benefits. Subsequently, a point of order that the amendment was in violation of the Congressional Budget Act was sustained, and the amendment thus fell. **Pages S6290, S6316–17**

*Budget Reconciliation:* Pursuant to the order of Tuesday, June 24, 1997, Senate passed H.R. 2015, to provide for reconciliation pursuant to subsections (b)(1) and (c) of section 105 of the concurrent resolution on the budget for fiscal year 1998, after striking all after the enacting clause and inserting the text of S. 947, Senate companion measure, as passed by the Senate on Wednesday, June 25, 1997. **Pages S6144–45**

Subsequently, S. 947 was indefinitely postponed. **Page S6386**

*Kennedy Assassination Records Review Board:* Senate passed H.R. 1553, to amend the President John F. Kennedy Assassination Records Collection Act of 1992 to extend the authorization of the assassination Records Review Board until September 30, 1998, clearing the measure for the President. **Page S6385**

*Congratulating Chicago Bulls:* Senate agreed to S. Res. 103, to congratulate the Chicago Bulls on winning the 1997 National Basketball Association Championship and proving themselves to be one of the best teams in NBA history. **Pages S6385–86**

**Revenue Reconciliation:** Senate began consideration of S. 949, to provide for revenue reconciliation pursuant to section 104(b) of the concurrent resolution on the budget for fiscal year 1998, taking action on amendments/motions proposed thereto, as follows: **Pages S6332–56**

Adopted:

Roth Amendment No. 521 (to Amendment No. 520), in the nature of a substitute. **Page S6350**

Pending:

A motion to waive the Congressional Budget Act with respect to consideration of Section 602 of the bill. **Page S6336**

Dorgan motion to refer the bill to the Committee on the Budget, with instructions. **Pages S6336–37**

Dorgan Amendment No. 515, to authorize the Secretary of the Treasury to abate the accrual of interest on income tax underpayments by taxpayers located in Presidentially declared disaster areas if the Secretary extends the time for filing returns and payment of tax (and waives any penalties relating to the failure to so file or so pay) for such taxpayers. **Page S6337**

Dorgan Amendment No. 516, to provide tax relief for taxpayers located in Presidentially declared disaster areas. **Pages S6337–38**