# TAB H

1

| 105TH CONGRESS<br>*1st Session* | HOUSE OF REPRESENTATIVES | REPORT<br>105–217 |
| --- | --- | --- |

# BALANCED BUDGET ACT OF 1997

---

## CONFERENCE REPORT

TO ACCOMPANY

## H.R. 2015



JULY 30, (legislative day of JULY 29), 1997.—Ordered to be printed

---

U.S. GOVERNMENT PRINTING OFFICE

42–432                WASHINGTON : 1997

| 105TH CONGRESS 1st Session | HOUSE OF REPRESENTATIVES | REPORT 105–217 |
| --- | --- | --- |

## BALANCED BUDGET ACT OF 1997

JULY 30 (legislative day, JULY 29), 1997.—Ordered to be printed

Mr. KASICH, from the committee of conference,
submitted the following

## CONFERENCE REPORT

[To accompany H.R. 2015]

The committee of conference on the disagreeing votes of the two Houses on the amendment of the Senate to the bill (H.R. 2015), to provide for reconciliation pursuant to section 104(a) of the concurrent resolution on the budget for fiscal year 1998, having met, after full and free conference, have agreed to recommend and do recommend to their respective Houses as follows:

That the House recede from its disagreement to the amendment of the Senate and agree to the same with an amendment as follows:

In lieu of the matter proposed to be inserted by the Senate amendment, insert the following:

*SECTION 1. SHORT TITLE.*

*This Act may be cited as the "Balanced Budget Act of 1997".*

*SEC. 2. TABLE OF TITLES.*

*This Act is organized into titles as follows:*
*Title I—Food Stamp Provisions*
*Title II—Housing and Related Provisions*
*Title III—Communications and Spectrum Allocation Provisions*
*Title IV—Medicare, Medicaid, and Children's Health Provisions*
*Title V—Welfare and Related Provisions*
*Title VI—Education and Related Provisions*
*Title VII—Civil Service Retirement and Related Provisions*
*Title VIII—Veterans and Related Provisions*
*Title IX—Asset Sales, User Fees, and Miscellaneous Provisions*
*Title X—Budget Enforcement and Process Provisions*
*Title XI—District of Columbia Revitalization*

222

**SEC. 4556. REIMBURSEMENT FOR DRUGS AND BIOLOGICALS.**

(a) IN GENERAL.—Section 1842 (42 U.S.C. 1395u) is amended by inserting after subsection (n) the following new subsection:

"(o)(1) If a physician's, supplier's, or any other person's bill or request for payment for services includes a charge for a drug or biological for which payment may be made under this part and the drug or biological is not paid on a cost or prospective payment basis as otherwise provided in this part, the amount payable for the drug or biological is equal to 95 percent of the average wholesale price.

"(2) If payment for a drug or biological is made to a licensed pharmacy approved to dispense drugs or biologicals under this part, the Secretary may pay a dispensing fee (less the applicable deductible and coinsurance amounts) to the pharmacy.".

(b) CONFORMING AMENDMENT.—Section 1833(a)(1) (42 U.S.C. 1395l(a)(1)), as amended by sections 4315(b) and 4531(b)(1), is amended—

(1) by striking "and (R)" and inserting "(R)"; and

(2) by striking the semicolon at the end and inserting the following: ", and (S) with respect to drugs and biologicals not paid on a cost or prospective payment basis as otherwise provided in this part (other than items and services described in subparagraph (B)), the amounts paid shall be 80 percent of the lesser of the actual charge or the payment amount established in section 1842(o);".

(c) STUDY AND REPORT.—The Secretary of Health and Human Services shall study the effect on the average wholesale price of drugs and biologicals of the amendments made by subsection (a) and shall report to the Committees on Ways and Means and Commerce of the House of Representatives and the Committee on Finance of the Senate the result of such study not later than July 1, 1999.

(d) EFFECTIVE DATE.—The amendments made by subsections (a) and (b) shall apply to drugs and biologicals furnished on or after January 1, 1998.

**SEC. 4557.   COVERAGE OF ORAL ANTI-NAUSEA DRUGS UNDER CHEMOTHERAPEUTIC REGIMEN.**

(a) IN GENERAL.—Section 1861(s)(2) (42 U.S.C. 1395x(s)(2)), as amended by sections 4104 and 4105, is amended—

(1) by striking "and" at the end of subparagraph (R); and

(2) by inserting after subparagraph (S) the following new subparagraph:

"(T) an oral drug (which is approved by the Federal Food and Drug Administration) prescribed for use as an acute antiemetic used as part of an anticancer chemotherapeutic regimen if the drug is administered by a physician (or as prescribed by a physician)—

"(i) for use immediately before, at, or within 48 hours after the time of the administration of the anticancer chemotherapeutic agent; and

"(ii) as a full replacement for the anti-emetic therapy which would otherwise be administered intravenously.".

(b) EFFECTIVE DATE.—The amendments made by subsection (a) shall apply to items and services furnished on or after January 1, 1998.

798

REIMBURSEMENT FOR DRUGS AND BIOLOGICALS

Sections 10614 and 4614 of House bill and 5526 of Senate
amendment

CURRENT LAW

Payment for drugs is based on the lower of the estimated ac-
quisition cost or the national average wholesale price. Payment
may also be made as part of a reasonable cost or prospective pay-
ment.

HOUSE BILL

Section 10616. Specifies that in any case where payment is not
made on a cost or prospective payment basis, the payment would
equal 95% of the average wholesale price.

Effective Date. Applies to drugs and biologicals furnished on or
after January 1, 1998.

Section 4616. Identical provision.

SENATE AMENDMENT

Similar provision except the average wholesale price would be
"as specified by the Secretary".

Specifies that in 1998, the payment amount could not exceed
the amount payable on May 1, 1997, and in subsequent years could
not exceed the previous year's amount increased by the percentage
increase in the CPI. For any other drug or biological, the annual
increase for any year following the first year for which payment is
made would be limited to the percentage increase in the CPI. If
payment is made to a licensed pharmacy, the Secretary (as the Sec-
retary determines appropriate) would pay a dispensing fee (less ap-
plicable deductible and insurance amounts).

Requires the Secretary to conduct studies and surveys as nec-
essary to determine the average wholesale price (and such other
prices the Secretary determines appropriate). The Secretary would
report to the appropriate congressional committees within six
months of enactment on the results.

Effective Date. Applies to drugs and biologicals furnished on or
after January 1, 1998.

CONFERENCE AGREEMENT

The conference agreement includes the House bill with modi-
fications. The provision would specify that if payment is made to
a licensed pharmacy, the Secretary (as the Secretary determines
appropriate) would pay a dispensing fee (less applicable deductible
and coinsurance amounts).

The agreement would require the Secretary to study the effect
of the provision on average wholesale prices and report the results
of such study to the appropriate committees of Congress by July 1,
1999.