**TAB T**

I

105TH CONGRESS
1ST SESSION
# H. R. 2632

To amend title XI and title XVIII of the Social Security Act to combat health care fraud and abuse.

---

## IN THE HOUSE OF REPRESENTATIVES

OCTOBER 7, 1997

Mr. STARK introduced the following bill; which was referred to the Committee on Ways and Means, and in addition to the Committees on Commerce, and the Judiciary, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned

---

# A BILL

To amend title XI and title XVIII of the Social Security Act to combat health care fraud and abuse.

1  *Be it enacted by the Senate and House of Representa-*
2  *tives of the United States of America in Congress assembled,*
3  **SECTION 1. SHORT TITLE; AMENDMENTS TO SOCIAL SECU-**
4        **RITY ACT; TABLE OF CONTENTS.**
5      (a) SHORT TITLE.—This Act may be cited as the
6  "Medicare and Medicaid Beneficiary Protection Act of
7  1997".
8      (b) AMENDMENTS TO SOCIAL SECURITY ACT.—Ex-
9  cept as otherwise specifically provided, whenever in this

1 section (f) (and recertifies in such a form and man-
2 ner,'.

3 (d) EFFECTIVE DATE.—The amendments made by
4 subsections (a)(2), (b)(2), and (c)(2) shall apply to certifi-
5 cations and recertifications made on or after 6 months
6 after the date the Secretary of Health and Human Serv-
7 ices publishes a standard form and manner for such cer-
8 tifications and recertifications under the amendments
9 made by subsections (a)(1), (b)(1), and (c)(1) respectively.

10 **SEC. 206. NO MARK-UP FOR DRUGS, BIOLOGICALS, OR NU-**
11 **TRIENTS; USE OF NATIONAL DRUG CODE**
12 **NUMBERS IN MEDICARE CLAIMS.**

13 (a) NO MARK-UP FOR DRUGS OR BIOLOGICALS.—

14     (1) IN GENERAL.—Section 1842(o) (42 U.S.C.
15     1395u(o)), as added by section 4556(a) of the Bal-
16     anced Budget Act of 1997, is amended to read as
17     follows:

18 "(o)(1) For purposes of section 1833(a)(1)(S), the
19 payment amount established in this subsection for a drug
20 or biological shall be the lowest of the following:

21     "(A) The actual acquisition cost, as defined in
22     paragraph (2), to the person submitting the claim
23     for payment for the drug or biological.

24     "(B) The average wholesale price of such drug
25     or biological, as determined by the Secretary.

40

1  "(C) For payments for drugs or biologicals fur-
2  nished on or after January 1, 2000, the median ac-
3  tual acquisition cost of all claims for payment for
4  such drugs or biologicals for the 12-month period
5  beginning July 1, 1998 (and adjusted, as the Sec-
6  retary determines appropriate, to reflect changes in
7  the cost of such drugs or biologicals due to inflation,
8  and such other factors as the Secretary determines
9  appropriate).
10  "(D) The amount otherwise determined under
11  this part.
12  "(2) For purposes of paragraph (1)(A), the term 'ac-
13  tual acquisition cost' means, with respect to such drugs
14  or biologicals the cost of the drugs or biologicals based
15  on the most economical case size in inventory on the date
16  of dispensing or, if less, the most economical case size pur-
17  chased within six months of the date of dispensing wheth-
18  er or not that specific drug was furnished to an individual
19  whether or not enrolled under this part. Such term in-
20  cludes appropriate adjustments, as determined by the Sec-
21  retary, for all discounts, rebates, or any other benefit in
22  cash or in kind (including travel, equipment, or free prod-
23  ucts). The Secretary shall include an additional payment
24  for administrative, storage, and handling costs.

1   "(3)(A) No payment shall be made under this part
2  for drugs or biologicals to a person whose bill or request
3  for payment for such drugs or biologicals does not include
4  a statement of the person's actual acquisition cost.

5   "(B) A person may not bill an individual enrolled
6  under this part—

7       "(i) any amount other than the payment
8       amount specified in paragraph (1) or (4) (plus any
9       applicable deductible and coinsurance amounts), or

10      "(ii) any amount for such drugs or biologicals
11      for which payment may not be made pursuant to
12      subparagraph (A).

13   "(C) If a person knowingly and willfully in repeated
14  cases bills one or more individuals in violation of subpara-
15  graph (B), the Secretary may apply sanctions against that
16  person in accordance with subsection (j)(2).

17   "(4) The Secretary may pay a reasonable dispensing
18  fee (less the applicable deductible and coinsurance
19  amounts) for drugs and biologicals to a licensed pharmacy
20  approved to dispense drugs or biologicals under this part,
21  if payment for such drugs or biologicals is made to the
22  pharmacy.".

23       (2) EFFECTIVE DATE.—The amendments made
24       by paragraph (1) apply to drugs and biologicals fur-
25       nished on or after January 1, 1998.

42

(3) ELIMINATION OF REPORT ON AVERAGE WHOLESALE PRICE.—Section 4556 of the Balanced Budget Act of 1997 is amended—

    (A) by striking subsection (c); and

    (B) by redesignating subsection (d) as subsection (c).

(b) NO MARK-UP FOR PARENTERAL NUTRIENTS.—

    (1) IN GENERAL.—Section 1881(b) (42 U.S.C. 1395rr(b)) is amended by adding at the end the following new paragraph:

"(12)(A) Intradialytic parenteral nutrients (including related supplies and equipment), when provided to a patient determined to have end stage renal disease, shall not be included as a dialysis service for purposes of payment under any prospective payment amount or comprehensive fee established under this section, and payment for such item shall be made separately in the amount specified in subparagraph (B).

"(B)(i) The amount specified in this subparagraph is 80 percent of the lowest of the following, less the applicable deductible amount:

    "(I) The actual acquisition cost as defined in clause (ii), to the person submitting the claim for payment for the intradialytic parenteral nutrients.

"(II) The average wholesale price of such nutrients, as determined by the Secretary.

"(III) For payments for nutrients furnished on or after January 1, 2000, the median actual acquisition cost of all claims for payment for such nutrients for the 12-month period beginning July 1, 1998. The Secretary may adjust such median actual acquisition cost to reflect changes in the cost of such nutrients due to inflation, to costs associated with the proper administration of such nutrients, and such other factors as the Secretary determines appropriate.

"(ii) For purposes of clause (i), the term 'actual acquisition cost' means, with respect to such nutrients, the cost of the nutrients at the time of purchase. Such term includes appropriate adjustments, as determined by the Secretary, for all discounts, rebates, or any other benefit in cash or in kind (including travel, equipment, or free products). The Secretary shall include an additional payment for administrative, storage, and handling costs.

"(iii) A physician, supplier, or other person may not bill an individual enrolled under part B any amount other than the payment amount specified in this subparagraph (plus any applicable deductible and coinsurance amounts).

1  "(C)(i) No payment shall be made under part B for intradialytic parenteral nutrients to a physician, supplier, or other person whose bill or request for payment for such nutrients does not include a statement of the physician's, supplier's, or other person's actual acquisition cost.

6  "(ii) A physician, supplier, or other person may not bill an individual enrolled under part B any amount for such nutrients for which payment may not be made pursuant to clause (i).

10  "(D) If a physician, supplier, or other person knowingly and willfully in repeated cases bills one or more individuals in violation of subparagraph (B)(iv) or (C)(ii), the Secretary may apply sanctions against that physician, supplier, or other person in accordance with section 1842(j)(2).".

(2) EFFECTIVE DATE.—The amendment made by paragraph (1) applies with respect to payments for intradialytic parenteral nutrients provided on or after January 1, 1998.

(c) USE OF NATIONAL DRUG CODE NUMBERS IN MEDICARE CLAIMS.—

(1) IN GENERAL.—The Secretary of Health and Human Services shall modify the standard claim form used under part B of title XVIII of the Social Security Act for physicians' services so that the form

45

1 provides for the reporting of the national drug code
2 (NDC) number for any prescription drug for which
3 such a number has been assigned.

4 (2) DEADLINE; EFFECTIVE DATE.—The Sec-
5 retary shall make the modification under paragraph
6 (1) in a manner so that the modified form applies
7 to claims submitted on or after such date (not later
8 than 6 months after the date of the enactment of
9 this Act) as the Secretary specifies.

10 **SEC. 207. ADJUSTMENTS IN HOSPITAL PAYMENTS TO RE-**
11 **FLECT EXCESS PAYMENT RESULTING FROM A**
12 **FINANCIAL INTEREST WITH DOWN-STREAM**
13 **FACILITIES.**

14 (a) IN GENERAL.—Section 1886(d)(5) (42 U.S.C.
15 1395ww(d)(5)) is amended by adding at the end the fol-
16 lowing new subparagraph:

17 "(K) In the case of a hospital that has a financial
18 relationship described in section 1866(a)(1)(S) with one
19 or more home health agencies or other entities, the Sec-
20 retary shall provide for such a payment adjustment as
21 may be necessary to ensure that the total payments under
22 this title to the hospital and such entities during a fiscal
23 year does not exceed the total payments that the Secretary
24 estimates would have been made under this title during
25 the fiscal year if the services furnished by such entities