# TAB A

## Roles and Responsibilities

**Regional Business Development Manager**
- Responsible for driving profitable revenue in territory accounts
- Responsible for creating a business plan to drive profitable revenue and drive OTN differentiation
- Responsible for selling the Lynx System in large, profitable accounts where it benefits the customer and OTN. The only team member to receive a signed contract. Must have a thorough understanding of the benefits of the Lynx System and the machine components.
- Responsible for territory business analysis; can analyze data to understand territory business opportunities
- Strong understanding of pricing and comparative competitive pricing offers. Can push back with the customer to have them understand dead net pricing
- Must be able to sell value vs. price. Must be able to sell the value of OTN and all service offerings. Must be able to sell competitively
- Responsible for excellent teamwork with territory team with excellent follow up on all requests and agreed upon action items.
- 

**Application Specialist**
- Responsible for installing and supporting the Lynx Station in all territory accounts. Responsible for ongoing training of all users. Responsible for creating Super user plans in each account to manage training with nursing turnover.
- Responsible for driving OTN differentiation in territory accounts with the Lynx Station.
- Must have a thorough understanding of the reporting capabilities of the Lynx Station and can communicate the benefits to physicians, nurses and office managers
- Must drive a data compliancy plan in all accounts and be able to effectively sell the benefits of data compliancy for the customer
- Must be able to effectively sell the value of the Lynx Station in terms of auto ordering even with slight price differences. Must be able to communicate to the decision maker (nurse, office manager, or physician) on the efficiency and productivity gains in auto ordering.
- Responsible for excellent teamwork with territory team with excellent follow up on all requests and agreed upon action items.
- 

**Account Representative**
- Responsible for taking in bound sales calls and orders from customers in territory.
- Responsible for making 10 outbound sales calls each day to offer customers new programs, special programs or special products that are a benefit to OTN and to the customer.

Defendants' Exhibit

**2605**

01-12257-PBS

EXHIBIT

*Petersson*

*003*

*4-12-05*

FTC/AO 000-001-069

009213467
HIGHLY CONFIDENTIAL
BMS/AWP/001487916

- Responsible for timely follow up on customer issues/questions to provide excellent customer service
- Responsible for analyzing sales reports to identify business opportunities
- Responsible for excellent teamwork with territory team with excellent follow up on all requests and agreed upon action items.

**Lynx Customer Service Representative/Customer Service Representative**
- Responsible for taking in bound calls and orders. Must have a good knowledge of oncology products and provide excellent customer service by efficiency, accuracy, and speed in taking and processing orders
- Responsible for triaging Lynx Station questions and providing excellent customer service by quickly answering questions and following up on requests.
- Responsible for excellent teamwork with territory team with excellent follow up on all requests and agreed upon action items.

High' Confidential

009213468

HIGHLY CONFIDENTIAL
BMS/AWP/001487917