# TAB B

## BEDM EDUCATION TRAINING CHECKLIST

### I. Général Information, Communication, Contacts

1. OTN v-mail. Proprietary system for OTN employees. Check a.m. & p.m.

2. BMS v-mail. Proprietary system for all BMS employees. Check daily

3. E-mail. Proprietary system for all BMS employees. Check daily

4. Cell phone. You buy the phone and choose a provider. Recommend at least 2000 minutes per month unlimited.

5. NICE: Internet website to retrieve/view customer specific (e.g. sales) info.

6. OTN Intranet. Use Internet Explorer. Keyword: Intranet.

7. Vacation messages. E-mail & V-mail. (see appendix for details)

8. Immediate assistance.

   - Inside sales team. Your teammates, AR & AA

   - Sales support team. Jan Woods.

   - Finance. Representative for your territory.

   - Lynx: Representative for your territory. Lynx CSR

   - Lynx department.

     - Director: Ann Lloyd. Soon leaving OTN

     - Contracts: Carla

     - Application Specialist manager: Brenda

   - Marketing. Peggy Lehman, Sandy McMahon

   - New Accts. Anessa Buzouzzi

   - Website. Rob Dubman

   - IS help-desk support for PC, Intra/Internet access. OTN extension: 3383

   - Applications Specialists: Representative for your territory. Note: Installer of Lynx stations in field.

   - Groups manager: Jim Smith (West)

   - Gelco expense reporting. Gelco help desk: 800-444-9532. New contact?

Craig Wilson                                    Page 1                                    4/1/203315

Highly Confidential

Defendants' Exhibit

**2606**

01-12257-PBS

EXHIBIT
peterson
034
4-13-05

009214093

BMS/AWP/001483047

**II. OTN departments:**
1. Financial services:
   - Pricing
   - Credits & Collections
2. Ordering. Customer support representatives.
3. Lynx.
   - Application specialists: Brenda and field team
   - Lynx support:
   - Interface team
   - Automated order processing.
4. Groups/Strategic accts. Responsible for State societies & GPOs.
5. Marketing. Program promotion, strategy and support.
6. Information services. LTF data and Lynx2Otn website
7. Specialists: Drug returns and problem shipments.
8. Pharma relationships. Headed by Mike Cunningham w/Clark Avery

**III. Traveling.**
1. BMS "e-trip" for booking reservations. Find on home BMS page.
2. Rules, expectations and customs.
   - AVIS is the designated rental car company. E-trip driven.
   - Hotel of your choice. $200/night max. Tip: Negotiate with General Manager for optimum rate at those hotels you frequent.
3. Expenses. Rules and Gelco expense reporting.
   - Rules available on website.
   - Send Gelco reports and expense receipts to your manager. Expenses reimbursed within 3-5 of submission.
4. Cellular phone & AT & T calling card. Use the AT&T card when in your hotel room or at home office.
5. Safety comes first.

Highly Confidential

009214094

BMS/AWP/001483048

IV. **Pricing:**

    1. Pricing programs:

- LTF. Comes with all Lynx to the Future customers.

- Tier A – E. Non-Lynx, non-group members. Philosophy is to give better pricing (Tier A) to larger customers and less competitive pricing to smaller customers (Tier D-E).

    2. Pricing specials.

- Weekly price matching for LTF and various groups from Florida Infusion.

- New drugs launched often have a limited time where there is an introductory price. Right now Neulasta from Amgen is specially prices through May.

    3. Prices from the competition. Get documentation and fax/mail to Marketing.

    4. Contract pricing. Individual, Groups & State societies

    5. Rebate programs: Described below.

    6. "One-offs". Drug specific pricing for a specific customer as approved by the financial department.

V. **Groups (State societies & GPOs):**

    1. Understanding the players.

- National Groups:

  - International Oncology Network (ION). Aligned with distributor Oncology Supply.

  - Oplink. Aligned with distributor Oncology Supply. One-woman operation, Rise Cleland, but very effective and knowledgeable of the industry.

  - National Oncology Alliance (NOA). Aligned with distributor OTN.

  - Oncology Associates. Aligned with distributor Florida Infusion

  - Oncology Express. Aligned with distributors, Priority and NSS.

Highly Confidential

009214095

BMS/AWP/001483049

- o US Oncology. Not defined yet.
- Regional Groups.
  - o COC: California Oncology Consortium,
  - o MOPS: Nebraska? state society
  - o ANCO: Northern California, MOASC: Southern Calif.
  - o SOAP: Southern Oncology Association of Practices (Southwest), etc.
  - o MSHO. Michigan state society.
- Advantages of forming a group
  - o Contract pricing with specific manuf
    - ➢ 5-ht3 market
    - ➢ Taxane market. Taxotere vs. Taxol..
- Groups Manager. Jim Smith is the manager of all group activities within the Western territory. He interacts and coordinates with all state societies and with each RBDM.
- NOA: National Oncology Alliance. National group that has designated OTN as their distributor of choice. Note: Many NOA employees are ex-Otn. Find at www.noainc.com

## VI. Lynx to the Future (LTF):

1. History: Lynx to the future started as "Project Chicago". This project has been the cornerstone of OTN's success over the past two years. The key features of LTF "program" were that OTN would provide, at no cost to the practice: a Pyxis-station, an all-expense paid training class in Tempe Arizona for two members of the practice, $100/mo to defer the cost of a dedicated phone line, free interface installation from OUR engineers, on-site training, OTN web-site information reports showing key information in exchange for the transactional data that is generated by the station. The LTF agreement is for 4 years after which time they could re-sign for another four years. Note: Previous to LTF, OTN charged monthly for the Lynx stations.

Highly Confidential

009214096

BMS/AWP/001483050

2. **Lynx contract.** Multi-page agreement that lists the terms of the arrangement. Need to request Lynx contracts through your AR.

3. **Sharing data.** In order to qualify for LTF the practice agrees (section #5 of the contract) to enter specific patient information and to share data that is generated from the removal of drugs during daily usage.

4. **Application Specialists.** Field based OTN employees that install the stations at the practice and provide on-going support and training.

5. **Support/Installation.**

    a. Station software: OTN provides the primary support for software related questions. A 1-800 # is available to LTF practices and the application specialists carry a pager.

    b. Station hardware: The Pyxis corporation provides hardware support. The Pyxis technicians are coordinated through the OTN lynx department.

    c. Interface department. Department within OTN that is exclusively responsible for the installation and support of interfaces between a Lynx station and the practice's billing/scheduling system. The primary systems that are most prominent are: Medical Manager & Medic. Note: The interface dept has over 100+ interfaces installed. The OTN intranet has a report that shows all current interfaces and those that are in the process of being installed.

6. **Advantages.** Assists the practice with "charge-capture", inventory control, auto-ordering of drugs through OTN, business information to better assist with decision-making. Great Lynx brochures available.

7. **Lynx customer reports.** Numerous reports can be printed at the station. Note: limit of 45 days of data. Specific reports can be accessed at www.lynx2otn.com for those customers that are data-compliant to assist with business and clinical decisions.

**Highly Confidential**

009214097

BMS/AWP/001483051

The OTN information services department is responsible for all web-based information.

8. **Lynx OTN employee reports:** The "Lynx-merge" report provides a comprehensive accounting of all activities that have resulted with our current customers. Ask your AR for a copy of the report as it resides on the OTN server. The "data-compliance" report lists to what extent a LTF customer is properly entering data in order to be compliant with the terms of the LTF agreement.

9. **Interfacing with the billing system:** Interfacing provides two distinct benefits for a practice. #1 scheduling: the ability for patient scheduling information to be electronically transferred to the Lynx station eliminating/reducing the need for manual entry of patient data. #2 billing: the ability to transfer billing transactions generated at the Lynx station to the practice's billing system. The primary systems that are most prominent are: Medical Manager & Medic. Note: The interface dept has over 100+ interfaces installed. The OTN intranet has a report that shows all current interfaces and those that are in the process of being installed.

10. **Training:** The customer will be trained off-site if they attend our "tempe-training" class. It is three days in duration and provides the expertise necessary to run all aspects of the station. ONS has certified the class and issues 27.7 ceu credits for nurses. The application specialists provide on-site training during the installation. They usually spend 3 days with the practice in getting the station setup, and training of additional staff.

## VII.  Rebate programs:

1. Novartis. Q2, 2002. Rebate program on Aredia purchases if the customer is qualified and meets specified goals for Zometa + Aredia purchases.

2. BMS: Monthly rebates on paraplatin purchases can be accrued by maintaining a certain level of Taxol purchases. Additionally, some groups may also be provided quarterly rebates on Taxol purchases if they maintain a certain level throughout the quarter.

Highly Confidential

009214098

BMS/AWP/001483052

**VIII.   WWW.Lynx2Otn.com:**

1.   Logistics.  Only customers have access to this information.  OTN employees may use the NICE website for customer data.  Must sign-up with special form to be issued an access ID and password.

2.   Clinical information.  LTF information for data-compliant users of Lynx, links to various clinics support tools and websites that provide a wealth of clinic data useful to all members of the practice's clinic staff.

3.   Business information.  Purchase history report, pricing, ordering, invoices are among a few of the most popular features offered here.

4.   Reimbursement:  Information and links to pharma companies and to updated legislative trends.

**IX.   Travelbag:**

1.   Pre-call planning via NICE website printouts:

   ☐   *"Face sheet"* – showing address, phone, fax, payment terms etc.  Goal: review with customer to make sure all info is still current.

   ☐   *Purchase history:*  Review all drugs purchased in past 3-6 months.  Determine if they are purchasing all drugs (past/present) or only specific ones.  This will provide the best evaluation our "relationship" with the purchasing decision-maker

   ☐   *Contracts:*  Determine which contacts they currently have on file, check pricing to ensure they have the best contacts.

   ☐   *Lynx2Otn users.*  Check to see what users, if any, are using our website.  Make the appropriate note for your presentation to address this issue.

2.   **Lynx:**
   ☐   *Lynx brochure.*

   ☐   *Lynx information services brochure.*

   ☐   *LTF member brochure.*

   ☐   *Sample LTF contract.*

**Highly Confidential**                                                      009214099

BMS/AWP/001483053

- ❑ *Sample reports.* I do not carry the entire report book. I have a sample of key reports in which a customer will be most interested.

- ❑ *Lynx reports sign-up form.* Only for those customers that have lynx. This agreement is required to determine who will be able to access Lynx data reports.

- ❑ *Lynx de-install form.* I don't want to carry this one but nonetheless, I carry it with me.

- ❑ *Comparative analysis between LTF and Florida Infusion (Pyxis).* I had previously made this for a customer who was entertaining FI's program.

- ❑ *Comprehensive Report list.* This details all reports that are available at the Lynx station with a brief description of the contents of each report.

- ❑ *LTF marketing sheets* (1 page each):
    - ❑ Lynx Data management Services
    - ❑ Lynx practice system manager training
    - ❑ Lynx Patient Information entry
    - ❑ Lynx Customer Service
    - ❑ Lynx Application Specialists
    - ❑ Lynx Practice Management Interface
    - ❑ Lynx Technical Service
    - ❑ Patient and Customer confidentiality
    - ❑ Use of Lynx Data
    - ❑ Lynx Data Security
    - ❑ Lynx Data Confidentiality

3. **Interfacing:**
    - ❑ Current vendors list that are installed and/or in the process of being developed. Two separate report that are available on the OTN intranet
    - ❑ Interface Pre-install Interface request brochure/agreement.

4. **Marketing/special programs:**

Craig Wilson                                   Page 8                                   4/1/205315

Highly Confidential

009214100

BMS/AWP/001483054

    ❑  *Network News.* OTN Oncology information magazine that provides articles and reimbursement for certain members. If a customer does not receive the Network News it can be requested through your AR/AA.

**General**

    ❑  *New Acct Setup package:* Instructions and Forms for completing new account documentation.

    ❑  *To Do*: This is my "grab-bag" folder that contains any and all information that I need to read and any preparatory information for my upcoming trip.

    ❑  *Pricing:* Always a challenge to keep updated. I carry with me the latest LTF, NOA, SOAP (group) and tier pricing spreadsheets. I reconfigure the spreadsheet for better understanding to the customer. Additionally, I carry the Oncology Supply catalog.

    ❑  *Web page printouts:* This package allows one to walk a customer through our website via screen prints and shows the wealth of data available to allow a customer to better manage this business. Contact Marsha for more info.

    ❑  *Territory reports.* This folder holds the most recent sales information for my territory. Details sales, OP loss/gain, aredia quarterly report, and regional info.

    ❑  *General:* This folder contains envelopes, blank OTN letterheads, stamps, and any other grab-bag materials that you deem important while in the field.

## X.  Communications within the company

1.  Site notes. Will be shown during training. Expectation is to send in the site-note for each visit within 48 hours of the visit. Send to Mg-wmg-otn-recap distribution list, your AA/AR, Marsha and the Application Specialist if the acct is LTF.

2.  Action items. Send if weekly if there are any outstanding action items that have been assigned to other members of OTN. Special form to fill-out and send to Mg-wmg-otn-action distribution list.

Highly Confidential

009214102

BMS/AWP/001483056

3. **Travel Schedule Calendar.** Send the calendar of your upcoming months travels to Marsha, your AA/AR, Brenda Duggan and your Application specialists.

4. **Competitive knowledge.** Special form: Market Intelligence Flash report. Send to Robyn, Marsha, Steve Taylor, AA/AR, Outside/Inside reps and any other appropriate individuals within the company.

5. **Key Growth Objectives (KGO):** At the end of each month, e-mail to Marsha.

6. **Lynx installation projection:** Beginning of each month to Brenda and Marsha.

7. **Weekly phone conversations with your manager.** Will be scheduled between you and Marsha.

## XI. Inside Sales force:

1. **Account Representative:** Responsible for strategizing with the RBDM to support customers and handle objections with larger accts. Generally the larger accts are qualified as being Tier A, Tier B and most group practices. Promotes programs in conjunction with RBDM & AA. You are teammates.

2. **Account Associate:** Responsible to work primarily with the AR in a support capacity and to provide service and program promotions to Tier C – E practices. You area teammates.

3. **Sales support.** Jan Woods team will generate and provide sales information (pricing & sales data, target lists, etc) via reports and misc projects PRN.

## XII. Relationships with other Manufacturer reps:

1. **BMS.** Get to know your local BMS reps. Ask for a phone list and info on each rep. Try to meet with them when you travel to their territories. If any relevant information is garnered, share it with the local team.

2. **Other companies.** Develop as many relationships with other pharma reps as possible. Contact your AA for information of established relationships.

## XIII. Planning/Strategies:

Highly Confidential

009214103

BMS/AWP/001483057

1. **Pre-call planning.** Prepare your call before you arrive. Know all facets of the business: e.g. Payment terms, pricing program, LTF, group, purchasing patterns, competitive pressures, etc.

    a. **Use of resources.** Check the following reports prior to your visit to an account: territory sales, Lyn data-compliance (if applicable), target accts (e.g. NOA), OP drop-off, Lynx2OTN usage (face-sheet), contracts in-place,

    b. **NICE:** Print out management snap-shot, contracts, purchase history.

    c. **Pricing info.** Check to see which key drugs, if any, the customer may not be buying from OP. Discover why not? Are their special promotions avail.

    d. **AR:** Strategize with your AR for contact within the past few weeks for any issues.

    e. **Credit.** Is the customer in credit difficulties? Over-due invoices. Your AR should know.

2. **Travel.** Best fares are available 7 days in advance. Use E-trip via the BMS website. If possible, try to book visits to practices that are in the same vicinity. This takes time to get to know the relative distances between practices.

## XIV. The competition :

1. **Oncology Supply:** Holds similar market share as OTN. Also have reps in the field. Aligned with national GPO, International Oncology Network (ION). Has competing inventory control system to our Lynx product called Omnicell.

2. **Florida Infusion:** Warehouse that is widely known in the market. They have limited market share but loyal customers. No field reps. aligned with nation GPO, Oncology Associates. Supposedly has agreement with Pyxis to supply Pyxis-station.

3. **Priority Healthcare:** Warehouse that has a niche market. Have been known to go after large accts with low-margin pricing. Limited field reps. Will travel from Florida to make a special call from their corporate office. Maybe aligning with IknowMed, a clinical system as a response to the Omnicell, Lynx products.

Highly Confidential

089214104

BMS/AWP/001483058

4. NSS. Primarily a supplier to US Oncology. They have some field penetration and also have field reps. Special pricing given to large accts. Promote Pyxis-station as they are owned by Cardinal Health who also owns Pyxis. Limited penetration of Pyxis-Station.

5. MedPath: Small distributor with some low prices. Price shoppers may buy some drugs from them.

6. US Oncology: Rumored to be offering pricing and GPO contracts to non-USO members. New on the block, we will see how far it goes.

7. Various local pharmacy companies: In various regions, practices contract with a local pharmacy to purchase and mix drugs for chemotherapy.

8. Multi-specialty clinics: Known to purchase chemo drugs off of the clinics "hospital" contract and by-pass the above-mentioned office-based distributors.

Highly Confidential

009214105

BMS/AWP/001483059

**XV.  Managing your business:**

Craig Wilson                              Page 14                              4/1/200315

Highly Confidential                                              009214106

BMS/AWP/001483060

## Enabling Vacation Message via Netscape

Log into e-mail via Netscape, as usual
Go to Inbox, as usual
Choose the "Communicator" tab at the top of the screen
Choose "Server Tools" from drop down box
Choose "Mail Account"
Enter Netscape (e-mail) password into security box
Choose "Vacation Messages" from options on the left of screen
Place a short note in the message field: will you be checking V-Mail or E-Mail? Do you want to leave a number you can be reached at? Will you be available for emergencies via cell phone? Will anyone be covering for you?
Check box to enable vacation message
            Choose effective dates
Choose "Save Changes"

*Remember to turn off the vacation message by un-checking the enable vacation message box when you return. The Message does not turn off automatically.

## I.  Changing Message on Voice Mail for Vacation

Dial Audix and enter passwords
Choose Option 3 to "administer personal greetings"
Will tell you which greeting is active
Choose Option 1 to "Create, Change or Delete" a greeting
Create a consecutive greeting #
Record Greeting and press #
Press 1 to activate greeting for all calls

## II.  Announcing Vacation via E-Mail

Send an e-mail with a subject stating: OUT – Name and date
In the body give name again, dates out, contact information: will you be checking V-mail or e-mail; will someone be covering for you; in emergency will you be available via cell phone; etc...
Send to MG-WMG-OTN All

Craig Wilson                          Page 15                          4/1/2003315

Highly Confidential

009214107

BMS/AWP/001483061