# TAB C

Defendants' Exhibit
2614
01-12257-PBS

OTN — ONCOLOGY THERAPEUTICS NETWORK

# Price Segments

Marsha Peterson

Steve Brennan

17  *Together we can make a difference*

BMS/AWP/001511287
HIGHLY CONFIDENTIAL

# Regional Groups

- Regional Groups
  - Examples
    - ANCO (Northern California)
    - SOAP (Southern Oncology Association of Practices - Southwest, 15 states)
    - POHMS (PA, MD, NY,...)
    - MSHO (Michigan state society)

| Attributes | | | Size | |
|---|---|---|---|---|
| Member of a regional group with active contract | NOA member | Lynx customer | Number of practices | 2002 Sales |
| ✓ | ✓ | ✓ | 115 | $349.3M |
| ✓ | ✓ | | 106 | $148.6M |
| ✓ | | ✓ | 164 | $513.7M |
| ✓ | | | 142 | $178.1M |
| Regional Groups Subtotal | | | 527 | $1,189.7M |

18   *Together we can make a difference*

OTN ONCOLOGY THERAPEUTICS NETWORK

BMS/AWP/001511288
HIGHLY CONFIDENTIAL

# Regional Group pricing

- OTN negotiates an agreement with each group. Typically these agreements include non-contract pricing, payment terms, Lynx online discount and supply discount
- Regional groups directly negotiate contracts with manufacturers. The differentiation that OTN provides is in the form of payment terms and discounts.
- The following groups get Lynx/online discounts: MOPS, MSHO, SOAP, ONC, POHMS
- Group pricing: When an account is coded as a member of a group in Blue Martini, all
  - Non-contract pricing for the group is auto loaded.
  - Lynx online discount if eligible
  - Supply discount



*Together we can make a difference*

19

BMS/AWP/001511289
HIGHLY CONFIDENTIAL

# NOA

- Customers that are part of NOA, but do NOT belong to any regional group

| Attributes | | | Size | |
|---|---|---|---|---|
| Member of a regional group with active contract | NOA member | Lynx customer | Number of practices | 2002 Sales |
| | ✓ | ✓ | 218 | $554.6M |
| | ✓ | | 431 | $311.7M |
| NOA Subtotal | | | 649 | $866.3M |



*Together we can make a difference*

20

BMS/AWP/001511290
HIGHLY CONFIDENTIAL

## NOA Pricing

- A NOA member can keep existing price agreements like Lynx to The Future, AND get access to NOA contracts
- NOA shares admin fees from manufacturer with OTN
- 7-year exclusivity agreement with NOA
- NOA core member offering is a targeted pricing initiative based on loyalty
  - NOA core members receive additional discounts and better terms if they:
    - Access at least 50% of NOA contracts and buy up to at least 80% of their potential spend
    - Details are being worked out



*Together we can make a difference*

21

BMS/AWP/001511291
HIGHLY CONFIDENTIAL

## Lynx

- Customers that have Lynx machines installed but are NOT part of any regional group OR NOA

| Attributes | | | Size | |
|---|---|---|---|---|
| Member of a regional group with active contract | NOA member | Lynx customer | Number of practices | 2002 Sales |
| | | ✓ | 71 | $63.2M |



22   *Together we can make a difference*

BMS/AWP/001511292
HIGHLY CONFIDENTIAL

## Lynx Pricing

- Lynx Partner Pricing (LPP) is slightly better than Tier A pricing
- Lynx partners are eligible for proactive comparative pricing
- Only one site in the practice has to have Lynx machine to be eligible for Lynx pricing
- Members of regional groups are not eligible for Lynx pricing
- LPP is initiated when notification is sent from the Lynx department



*Together we can make a difference*

23

BMS/AWP/001511293
HIGHLY CONFIDENTIAL

## Other

- The remaining pricing segment is eligible for Tier pricing. It is inclusive of non-affiliated, non-Lynx accounts and other medical specialties

|  | Size | |
|---|---|---|
|  | Number of practices | 2002 Sales |
| Other | 1,927 | $162.6M |



24   *Together we can make a difference*

BMS/AWP/001511294
HIGHLY CONFIDENTIAL

## Tier pricing

- Tier pricing is based on performance
    - Tier A: >$250K/month, 1.75% mark-up
    - Tier B: $100-250K/month, 2.75% mark-up; new customers default to Tier B
    - Tier C: $50-100K/month, 3.75% markup
    - Tier D: $25-50K/month, 4.75% markup
    - Tier E: <$25K/month, 5.75% markup

- If the new site is not in a group, request Tier pricing as appropriate using the Price Request form. As a default, new sites are eligible for Tier B.



25  *Together we can make a difference*

BMS/AWP/001511295
HIGHLY CONFIDENTIAL

## Practices and revenue summary by price segments

| | Number of practices | 2002 Sales | 2002 Sales % |
|---|---|---|---|
| Regional Groups | 527 | $1,189.7M | 52.1% |
| NOA | 649 | $866.3M | 38.0% |
| Lynx | 71 | $63.2M | 2.8% |
| Other | 1,927 | $162.6M | 7.1% |
| TOTAL | 3,174 | $2,281.9M | 100% |



OTN ONCOLOGY THERAPEUTICS NETWORK

26  *Together we can make a difference*

BMS/AWP/001511296
HIGHLY CONFIDENTIAL

# Future direction



Future Revenue Distribution
- Regional groups
- NOA
- Lynx
- Other

2002 Revenue Distribution
- Regional groups
- NOA
- Lynx
- Other



Partha:
Bullets explaining the charts go here. Need input from Marsha/Steve/Karen



27  Together we can make a difference

BMS/AWP/001511297
HIGHLY CONFIDENTIAL

## What should I do to get pricing for a new site?

○ If the new site is a member of a group, provide paper work to code them to Sales Ops

○ If it is a new satellite, turn a pricing request to "Copy" all non-contract pricing from the parent

○ For all sites, submit a Bristol bid request



*Together we can make a difference*

28

BMS/AWP/001511298
HIGHLY CONFIDENTIAL