# TAB E

| Account Name: | San Francisco Onc Ass Med Group., incl Alan Newman MD, Alan Kramer MD & David Minor MD | RBDM: | Julie Trueblood |
|---|---|---|---|
| City, State: | San Francisco, CA | Mngr RBDM: | Marsha Peterson |
| Site# / Parent # | #101823/#459, #102392 & #102393 | AS: | Jennifer McGrath |
| Email: | mhamlet@sfoncologyassoc.com | Mngr AS: | Brenda Duggan |
| | | AR/AA: | Amy Lee/Eric Eide |

Financial Summary:

| | June 2002 | July 2002 | | | |
|---|---|---|---|---|---|
| Current BMS monthly Avg | 000459-$11,760<br>102392-$ 3,792<br>102393-$ 2,765 | $11,484<br>$ 4,250<br>$ 4,726 | | | |
| Current OP monthly Avg | 000459-$23,311<br>102392-$26,739<br>102393-$15,664 | $14,905<br>$    229<br>$ 8,553 | | | |
| Potential OP monthly Avg | | | | | |

LYNX (Yes or No): No
NOA (Yes or No): Yes
Group Affiliation: ANCO

## POST CALL

Date: September 4, 2002

Objective of Call:
- To help Mary out with her contracts and to get some more of their business.

Attendees:
- Julie Trueblood, RBDM
- Mary Hamlet, Practice Administrator
- Trina Chapman, RN (Dr. Minor's nurse)
- Susan Jones, RN (came with other 2 docs)

**Meeting Notes:** *This area should contain a brief overview of the meeting. Followed by bullet points regarding subjects talked about. Following is an example of Bullet points.*

Mary would like for me to put together one list for all four sites that shows pricing, contracts and the rebate programs.

Amy is going to take their credits from their Novartis rebates that have been deposited in the parent account #101823 and divide them among the doctors' three individual sites accordingly. She would like for the Anzemet rebate to work the same. I involved Amy and Barbara Nathan in this to make sure that they can qualify as a whole and not individually. That way they can qualify easier. Then once they get their single payout, they can get it separated out among the three doctors. I also told her about the pricing and availability of Oxaliplatin through OTN. It just so happens that she had spoken to the Sanofi rep and so she was excited to learn about its availability through OTN.

We compared some pricing. I told Mary that she signed the Taxotere declaration with NOA/OTN so she should be buying Taxotere from us. They are buying it currently from Priority whom this practice has signed no contracts with and who is $7.00 more per vial on Taxotere than we are. Mary said that this is why she needs to show a list of where her contracts are. She needs to show the doctors and nurses on paper that they have contracts on products that are less expensive with OTN and that they should be buying the drugs through OTN, because that will help NOA in the big picture when they go to renegotiate contracts on behalf of all of its members. They can help that cause by buying their drugs from us. The nurses have been buying most of their drugs from Priority because they have the same rep every time and the rep is familiar with

Revised 8-22-2000

Highly Confidential

Defendants' Exhibit
2618
01-12257-PBS

BMS/AWP/01489213

their account and they price match and lower their price if they ask. Mary would like more consistency. I let the nurses know that Eric Eide, one of my inside teammates, could take their orders. It would be easy, because they only order once a week on Thursdays.

I advised Mary to make sure that she was purchasing APP Cisplatin. It is off of the NOA contract that is exceptional.

I finally met Trina and Susan, the nurses and they told me that they order the way they do. because it is easiest for them, because are so busy with patients. I think that if I can get them more familiar with seeing me and Mary can get this list to take to the doctors, we can get all of this business.

Currently, they are 80% HMO and Medicare.

Minor buys Taxol, but not a lot of Taxotere from us, all Aredia, no generic. Newman buys Taxotere from us, but no Taxol, some Aredia and some generic Pamidronate. Kramer buys Taxotere, no Taxol, no Aredia, but buys generic Pamidronate from us.

- NOA: Mary had printed out her listing of contracts on Lynx2OTN and gave me the list showing that not all contracts were loaded for all four sites. I have Amy looking into that.
- Lynx2OTN: She uses it a lot. She loves it.
- Lynx: Not discussed yet. I don't think that there is any room.
- Taxol: Can we see if we can get their baseline's lowered for all three doctors, because not all of them can qualify for the rebate? They are not using Taxol as much. They are all in Bucket 3. We are actually a lot lower on our Taxol than on Priority's generic Onxol. So much so that Mary didn't believe it and she was "sick to her stomach" by hearing that our price was so much lower on the branded that she didn't want to compare any more prices.
- Neulasta/Aranesp: They have bought some of each from us. Neupogen and Procrit must be bought mixed from Curascript due to their patients' HMO, Brown & Toland's contract.
- Aredia/Zometa/Generic: Buying Aredia still and Zometa from OTN. Mary said that they liked the Aredia Performance Program. However, I looked more closely and saw that two of the three docs purchase some of the generic Pamidronate. I need to let her know this. Again, she wants consistency.

Action Items (copied to submitted weekly distribution)

| Date | Practice, Site # | Action | Assigned To | Due Date | Done |
|---|---|---|---|---|---|
| 090402 | San Francisco Onc Assoc-#101823 | Ames-Mary was hoping that you could combine all 3 sites into one price list. Is that possible? | Amy Lee | | |
| 090402 | San Francisco Onc Assoc-#101823 | Can we get their 3 accounts' Taxol baselines lowered so they can all 3 qualify separately for the Paraplatin rebates? | Amy Lee | | |
| | | | | | |
| | | | | | |

## Customer Visit Recap

Practice Name: San Francisco Onc Ass Med Group, Inc.
City, State: San Francisco, CA
Parent site #: 101832 (459, 102392, 102393)
Telephone #: 415-885-8600
Doctor name(s): David Minor, MD, Alan Kramer, MD, Alan Newman, MD

Directions to practice:

Affiliations (e.g.- Group, IPA, MSO, PPM, networks): ANCO, NOA

Practice financial summary:

Responsibility:
Inside sales: Adonne Loggins
RBDM: Julie Trueblood
RSD: Steve Taylor
Groups rep: Jim Smith
Application Specialist:

Revised 8-22-2000

Highly Confidential

BMS/AWP/01489214

¼% discount through Lynx/Otn-Online?
Payment Terms: Net 75
Vendors used: OTN, Priority

| Top 20/Target 20: | 459 (Minor) | 102392 (Kramer) | 102393 (Newman) |
|---|---|---|---|
| Current BMS mo avg: $ | 8,535 | 10,863 | 237 |
| Current Aredia mo avg: $ | 9,049 | 1,357 | 4,751 |
| Current OP mo avg: $ | 6,529 | 20,641 | 3,799 |
| Potential OP mo avg $ | | | |

**Lynx:**

Have Lynx? No
Signed LTF contract onfile?
Utilizing Lynx Partners Program (if not a group member)?
PMS System:
    Interface installed:

**Manufacturer contracts:**

| Neupogen (Amgen): | X | Leucovorin (various mfrs): | |
|---|---|---|---|
| Intron (Schering): | | Methotrexate (various mfrs): | |
| Taxotere (Aventis): | | Roferon (Roche): | |
| Anzemet (Aventis): | X | Neumega (Genetics Institute): | X |
| Kytril (Roche): | X | Doxorubicin (various mfrs): | |
| Zofran (Glaxo): | X | Other: | Bedford, Gensia, Novartis |

**Key Drug Pricing:**

| Product | Strength | OTN Price | OTN Terms | Other Price (Name/$) | Other Terms | Purchase From |
|---|---|---|---|---|---|---|
| Gemzar | 200 mg | | | | | |
| Gemzar | 1 gram | | | | | |
| Herceptin | 440 mg | | | | | |
| Neupogen | 1ml | | | | | |
| Neupogen | 1.6 ml | | | | | |
| ProCrit | 20,000 u/ml | | | | | |
| ProCrit | 40,000 u/ml | | | | | |
| Rituxan | 10 ml | | | | | |
| Rituxan | 50 ml | | | | | |
| Taxotere | 0.5 ml SDV | | | | | |
| Taxotere | 2 ml SDV | | | | | |
| Cisplatin APP | 50 mg | | | | | |
| Cisplatin APP | 100 mg | | | | | |
| Cisplatin APP | 200 mg | | | | | |
| Camptosar | 2 ml | | | | | |
| Camptosar | 5 ml | | | | | |
| Novantrone | 10 ml | | | | | |
| Novantrone | 12.5 ml | | | | | |
| Novantrone | 15 ml | | | | | |
| Hycamtin | 4 mg | | | | | |
| Hycamtin | 4 mg 5's | | | | | |

**POST CALL**

November 27, 2001

**Attendees:**
- Julie Trueblood, RBDM
- Robin Adams, Senior Territory Manager, BMSO

Revised 8-22-2000

Highly Confidential

BMS/AWP/01489215

- Mary Hamlet, Office Manager

Objective of call:
- Kytril
- Drug Ordering
- Lynx2OTN
- NOA
- Manufacturer Contracts
- Lynx Data Management Reports
- Data Compliancy

Summary of meeting:

1. We met with Mary Hamlet, the office manager for all three doctors. They too don't buy all of their drugs from OTN. Newman and Kramer buy most from OTN and some from Priority through Susan. Minor buys most of his drugs from Priority through Trina. I definitely need to meet with them next time, because they actually do the price comparisons. I offered to have Adonne provide them with a price list each week to do comparisons to make sure they are getting the best pricing. I did this because Mary said that Trina likes Priority and doesn't want to spend a lot of time looking through invoices to get pricing or have to get on-line to get them either. Anything to make it easier for Trina and to get her to start shopping OTN. Mary actually loves Lynx2OTN and is on it all of the time. She started bragging about all of the reports that she can generate from going on-line and she brought them out and showed them to us. She showed us the purchase history report and told us how she liked how she could get one for each doctor. She said she like the AWP/Price report because she could change the AWP variable and play around with the numbers to see what her reimbursements would be for the different insurers. She said that that report will help her greatly with the changing of the fee schedule for next year.
2. They have about 45% of their patients who are HMO/Brown & Toland. The rest are PPO and Medicare. Brown & Toland use two different infusion services, Curascript and Nations. They deliver the drugs premixed (Neupogen and Procrit) to the office and the doctors administer them. This is all non-revenue. They can push through some authorizations for Neupogen and Procrit from OTN if they are done one at a time. Brown & Toland only pay for oral antimietics not the injectibles, so we have very little sales for antimietics. The practices only order what they need. They run very low on inventory to save money she said. I asked her about moving her terms to save 1% and she said that there was no way they could do that because they invoiced based on calendar days and the insurance works based on business days so there is no way that they could pay any sooner.
3. I was able to meet both Dr. Minor and Dr. Kramer. You could tell that they really don't have a clue about drug costs and who they buy from, though they did know who OTN was.
4. Mary said that they do buy Aredia from OTN, but Dr. Minor's numbers show 0. She said that they had an inservice for Zometa and I told her that we definitely had the best pricing for that. She did say that Priority has no value added services like OTN and I know she would prefer OTN but she doesn't do the ordering so she doesn't have any control over whether they buy from OTN or Priority. Trina Chapman who is Dr. Minor's nurse and has been with him for a long time works only 3 days a week and Vicki Sherman works the other 2. Susan works full-time. The way that Susan orders is that every Thursday she prints the weekly schedule and then she orders what they will need for that week for Newman & Kramer.
5. The first thing that Mary did say when we sat down with her was that she loves and misses Amy. She helped her out a lot and I believe that Amy talked to her a lot. She did say that Adonne has helped her since and that he has helped her feel a little more of a sense of security with OTN since Amy left.

Action Items (copied to submitted weekly distribution)

| Date | Practice, Site # | Action | Assigned To | Due Date | Done |
|------|------------------|--------|-------------|----------|------|
|      |                  |        |             |          |      |
|      |                  |        |             |          |      |
|      |                  |        |             |          |      |

Revised 8-22-2000

Highly Confidential

BMS/AWP/01489216