# TAB F

| Account Name: | NW Med Specialties | TBDM: | Doug Storer |
|---|---|---|---|
| City, State: | Tacoma, WA | Mgr TBDM: | Marsha Peterson |
| Site# / Parent # | 102180 | LCDM: | Mike Kopicko |
| Email: | | Mgr LCDM: | Joe Wornson |
| | | AR/AA: | Jen Semanik |

Financial Summary:

| | 4/15/03 | | | | |
|---|---|---|---|---|---|
| Current monthly Avg | 150,000 | | | | |
| Potential monthly Avg | 2,000,000 | | | | |

LYNX (Yes or No): No
NOA (Yes or No): Yes
Group Affiliation: Amerinet, NOA

## POST CALL

Date: 4/15/03

Objective of Call: Initial visit to what the BMS reps see as the biggest potential account in the entire NW. Mesfin Berhe is the Pharmacist who does most of the purchasing. Tom Schleis is the Director of Pharmacy, and Mesfin's boss. Marsha and I were able to meet with both of them.

- 

Attendees: Mesfin Berhe is the Pharmacist who does most of the purchasing. Tom Schleis is the Director of Pharmacy, and Mesfin's boss. Marsha and I were able to meet with both of them.

- 

Meeting Notes: We started with Mesfin, and naturally the conversation was essentially all about price. They buy, according to Tom, about 20MM/year from Amerinet, and about 6MM/yr from Mckesson.

First topic was volume purchases. Marsha proposed that we might be able to offer them some bulk discounts because of their large orders. Their business is run "like a checkbook" according to Tom, and for this reason, Mesfin said that they biggest commitment that they could make in bulk was one week's worth of a particular drug. Tom said that if the incentive was big enough, they could buy two weeks at a time.

Volumes of top drugs are as follows:
Procrit 40's-136 boxes/4 vials per box, for a cost of $221,680.00 monthly.
Rituxan 500's-$231,644.00 monthly
Rituxan 100's-$66,832.00 monthly
Remicaide-45 vials at $23,631.00 monthly
Neulasta-$96,000.00 monthly
Herceptin-$82,000.00, for 40 vials monthly

Next topic was IV/IG. They buy from FFF at a price of $51.75/gram for gamimune. Our price for the same product is $95.52/gram. They buy about 3000 grams monthly for about $155,250.00 each month. Our price for Polygam and Panglobulin is about $5-8/gram higher thanwhat they pay for these brands. They buy from a company called ZLB. Apparently, Mike Cunningham from NOA is on the inner circle of the IVIG market, along with Tom Schleis. Tom suggested that we get Mike to visit him for lunch together to see what we might work out in this product area.

Defendants' Exhibit
**2599**
01-12257-PBS

Highly Confidential

BMS/AWP/01489041

- NOA:
- Lynx2OTN:

Action Items (copied to submitted weekly distribution)

| Date | Practice, Site # | Action | Assigned To | Due Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Highly Confidential

BMS/AWP/01489042