# TAB G

| | Customer Contact/visit | | Defendants' Exhibit<br>**2619**<br>01-12257-PBS |
|---|---|---|---|

| Account Name: | Colo Springs Rph Supply | RBDM: | Craig Wilson |
|---|---|---|---|
| City, State: | Colo Springs, Co | Mngr RBDM: | Marsha Peterson |
| Site#: | 103572 | AS: | |
| Email: | | Mngr AS: | Brenda Duggan |
| Doctor(s): | Hedley + three others | AR/AA: | Mary Donovan |

**Practice summary:** Three doc practice that has Lynx and buys 50% from OTN. Other drugs from OS.

Financial Summary:

| | | | | | |
|---|---|---|---|---|---|
| Current BMS monthly Avg | 50,000 | | | | |
| Current OP monthly Avg | 10,000 | | | | |
| Potential OP monthly Avg | 300,000 | | | | |

**LYNX (Yes or No):** Y
**PMS system (Installed?):**
**Group Affiliation:** ION/NOA

| POST CALL |
|---|

**Date:** 3/6/03

**Objective of Call:** Discuss LTF deinstallation request and drug pricing.

**Attendees:**
- Dr. Headley
- Camille RN/OM

**Meeting Notes:**

- Urgent issues:
- Misc: .
- Taxol/Paraplatin:
- Lynx: Camille had express dis-satifaction with the quality of their station and its reliability. I had received commitment from Carla Sheldon that OTN/Pyxis would replace their station with a new one. I told Camille of commitment.
- Discussed the upcoming HIPAA contract. She was happy with the news.
- Camille said that she wanted to send her new pharm tech to tempe training but was told that she would not be a go because two persons had already been trained. I told her that I would get her new pharmacy tech into the cl:
- Camille said that they only buy 20% of their drugs from Otn and therefore the other 80% of the orders had to b processed manually. She felt that this caused the pharmacy tech to spend extra time at work which was causing pay overtime. She wants a station that auto-orders the overwhelming majority of drugs.
- OS has offered her a PyxisStation. In regards to HIPAA compliance and anti-kickback legislation, I suggested confer with her legal staff about accepting a station from OS that has no strings attached and where there is not exchange of value. She said that she would look into it.
- Camille will bring back her business to Otn if we can "raise the bar" from where OS currently resides. This wa from Dr. Headly. I will submit a request to offer special pricing in order to gain revenue and eliminate the pos: a lynx de-install. She is direct debit therefore we will need to, at least, provide 3% on all contracts. Additional ¼% discount should be activated. After activation of the ¼% discount, we will need to evaluate all non-contrac pricing to see where stand vs. OS pricing.
- NOA:
- Rebate programs:
- Lynx2OTN:
- SOAP:
- Terms & related
- Generics:
- 

Highly Confidential

BMS/AWP/01488499

**Date:** 6/11/02

**Objective(s) of Call:** Discuss Taxol value program, uncover any issues.

**Incremental A – B shift:** Confirm commitment to OTN.

**Attendees:**
- Camille Gacho-Pach OM/RN

**Meeting Notes:**
- Camille is happy with OTN except our payment terms. She said that if we could offer the same 3% direct debit discount as OS then she would switch most (90%?) back to OTN. I told her that we are currently evaluating our payment terms offerings and will let her know as soon as we can offer more discounts via payment terms.
- She is also planning to open her own infusion center. She realizes that the center will not be physician-owned but wanted a price list for NPD drugs.
- Urgent issues:
- Lynx:
- SOAP:
- NOA:
- Lynx2OTN:
- Special promotions/Rebate programs:

**Action Items (copied to submitted weekly distribution)**

| Date | Practice, Site # | Action | Assigned To | Due Date |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

### POST CALLS

**Date and objective of call:** 3/19/01. Meet w/Camile to review the results of the 30/40 program and review all rebate programs ongoing.

**Attendees:**
- Camille Pacheco-Gach - Business manager/Clinical pharmacy specialist
- Gordon Tetsell (BMS)

**Summary of meeting:**
- Camille did not understand that once she had reached the 40% growth mark that all additional purchases were also included in the rebate program. She has already qualified for the 40% program.
- She pointed out that their procrit price was not the same as I had quoted her during my last meeting. She was paying $400/vial instead of the Lynx price of $399.50. I called Mary to ensure that they have Lynx pricing loaded. Mary will FU with Karen Weiss.

**Action item:** Mary Donovan/Karen Weiss. Ensure that they have LTF pricing loaded for ALL drugs.

---

**Date and objective of call:** 1/24/01. Meet w/Camile to discuss the 30/40 program, her current pricing available through LTF. Uncover any other issues to address.

**Attendees:**
- Camille Pacheco-Gach - Business manager/Clinical pharmacy specialist
- Gordon Tetsell (BMS)

**Summary of meeting:**

Highly Confidential

BMS/AWP/01488500

- Camille said that she was not receiving our price specials (Procrit/Neupogen program, etc) nor the Network News. She believes that Carola is receiving these fliers and news letters and requested that they be shipped to her instead of Carola. I will have Mary make the changes
- She said that she likes Oncology Supply because they offer a 2% 15 day payment terms offer. I explained to her that our pricing was very competitive and that a 1% 30 day payment term does not necessairly mean that they are not receiving the best value from Otn.
- Camille mentioned that they will be moving to a new office in one month. We will need to change our billing/shipping information at the appropriate time. I will have Mary call Camille to get the new info and timing to facilite.
- We spot checked some of our Lynx pricing vs. what she is currently paying through Oncology Supply. We had better pricing on Neupogen and Cisplatin. Our price on Procrit was about $6 box more expensive. She will review the new Lynx pricing that I gave her to see where there are additional savings.
- I explained the 30/40 program to her. They have a great opportunity to qualify for the 40 program. Camille understood the ramifications of the program. I hope to see the business come soon.
- In order to get their long-term Procrit business we will need to give them a ¼% discount via their Lynx ordering. I will ask Mary to submit a request for a ¼% discount.
- Camille loves Otn-Online. She made reference to a hot-link that we use to have within Otn-Online that disappeared when we added Cancereducation.com. She said it was called "Oncology-Online" and provided access to all studies published weekly. She and Dr. Hedley reviewed the studies and found it to be of tremendous benefit. I will ask Toto where she may find this site outside of Otn-Online.

**Action Items:**

| Date | Practice, Site # | Action | Assigned To |
|---|---|---|---|
| 1/25/01 | 103572 | Change receiver of all bulletins/faxes/specials and Network News from Carola to Camille. | Mary D |
| 1/25/01 | 103572 | Coordinate w/Camille the changes of address to new office. Move to take place within one month. | Mary D |
| 1/25/01 | 103572 | Submit request for ¼% discount on Lynx/Otn-Online orders | Mary D |
| 1/25/01 | 103572 | Coordinate w/Camille the changes of address to new office. Move to take place within one month. | Mary D |
| 1/25/01 | 103572 | Alert Craig Wilson where the web-site called "Oncology Online" can be found. Apparently, we once had a hot-link within Otn-online. | Toto H |

================================================================

Meeting date: 10/21/99

**Executive summary**: Extensive notes from prior involvement with this customer (read below). New Business manager (2 mos.), Camille (R.Ph) learning about the oncology business and yearning for information and understanding. My timing was right as she was shopping for a distributor/pricing and needed a better understanding of LYNX and its capabilities. Was very appreciative and interested in OTN-ONLINE. She was referred to the head of the new colorado IPA, Bonnie Peistrup, for information and mentorship. Bonnie is pro-otn and has recently recommended OTN as their distributor of choice for drugs and LYNX. Bonnie is also designated as our Lynx site-visit account for Colorado.

**Attendees:**
Craig Wilson RBDM
Camille Pacheco-Gach - Business manager/Clinical pharmacy specialist

**Meeting notes:**
- Camille started with the Oncology Clinic 2 months ago. She is a pharmacist by education with prior experience within the home infusion therapy market. She has been assisgned numerous business responsibilities in addition.
- Initially Camille thought that I was from ION. I quickly straightened out that gross misperception and introducted myself as being from OTN. I gave her an overview of OTN and of our competitors.
- During my discussions of our competition and ourselves, I set out to make it crystal clear that we were much, much more than a drug distribution company.

Highly Confidential

BMS/AWP/01488501

- Upon noticing AOL on her computer screen, we immediately began discussion of the internet and OTN-ONLINE. I logged on to our website via my ID & Password and showed her all of the information available and discussed our future link with oncologyeducation.com. Being in her early 30s, she grewup with computers. She is extrememly impressed with our website and information contained within. As I demoed OTN-ONLINE she pointed it out to individuals within the practice as they walked by her desk.
- LYNX SECTION: They currently have LYNX however she saw the only benefit of LYNX as a drug-ordering machine. As our discussion of LYNX benefits expanded she began to see that it was much more. Three critical points within the discussion effect the LYNX department:
    - She wants to explore a scheduling/billing interface. They have Medic as their PMS system. I will ask Mike Proctor to call her to discuss the interface and answer any questions she may have regarding its implementation, cost and availability.
    - Both she and her pharmacy tech, Carola, want more information on the label printer. Camille wanted it on the spot. In a telephone conversation with Carola, the pharmacy tech, she shared with us that she had been promised information many months ago and no one followed up with her. I will re-initiate this process and provide the needed info.
    - She understood the benefits of the reporting within LYNX but was interested in more detail. I will send her a new report book once it is available.
- They are currently participating in the 1% 30 day payment terms plan. They would like to move to the 2% direct debit plan in the future. I told them that we would assist them in the process of making that conversion when they are ready.
- The newly formed IPA, *Oncology Network of Colorado*, is actively recruiting all members in Colorado that are not part of U.S. Oncology. I suggested to Camille that she needed to get connected immediatlely with Bonnie Peistrup who is the appointed head of this organization in order to better understand colorado oncology and to hear Bonnie's experiences with us and where the IPA is heading. *Important note*: Last Wednesday, the IPA selected OTN as their distributor of choice. Many kudos to Barbara Nathan for her hard work in making this a reality!

| Action | Who | When |
|---|---|---|
| OTN-ONLINE enrollment for to Camille | Mary | ASAP |
| New LYNX report book to Camille | Michelle | ASAP |
| Call Camille to answer any interface questions regarding Medic. | Mike P | 10/29/99 |
| Follow-up regarding 2% payment plan and assistance. | Mary | 11/1/99 |
| LYNX label printer examples and information to Camille and Carola. | Craig | 10/22/99 |

RSM: Louis Chinn
RBDM: Darlesa
Inside Sales Rep: Kai Guiland

Date: 3/4/98

Meeting attendees (with titles):
1. Julie Harper, RN-acting office manager.
2. Louis Chinn
3. Darlesa Buckalew

(Dr. Headley visited with us at the end of the meeting)

Meeting notes and highlights:

The objective of this meeting was to meet with Julie and find out what additional training she and the rest of the practice needs in order to be able to work more effectively with their Lynx station.

Highly Confidential

BMS/AWP/01488502

First of all, Julie is new to her role of office manager. Along with her nursing duties, she stepped into this role when Dottie Nolan left abruptly. She had to adapt to managing the office as well as learn more about Lynx.

When this practice first installed Lynx last fall, they decided to make Carola the super-user of Lynx. (Carola is the pharmacist for the practice). They have recently found out that in Carola's absence, the nurses are finding it difficult to use Lynx. They did not receive as much training on Lynx as Dottie and Carola did and find the machine to be somewhat intimidating.

Julie would like to learn more about Lynx and the capabilities it has. She does not know how to Archive, or run any reports. She also would find the cost reports with the 2.1 version to be very helpful for her and the billing department.

As we sat there and listened to her concerns, she also made it clear to Louis and myself that she does like Lynx and she sees the value in it. She would just like to become more familiar with it and would like her nurses to become more familiar with it as well.

Julie also sees the value in ordering all of their drugs from OTN. She wanted me to let Kai know that she is trying to work with Carola and encourage her not to call Kai so much about specials. Our time was limited, so we did not have much time to discuss Value pricing, but Julie would like Kai to call her and discuss it with her.

Dr. Headley stopped in to say hello, and to tell Louis and myself he would like to like to have Lynx interfaced with his PMS soon. He said he feels it is time. We told him we would have Bret call him to discuss making that happen.

Louis and I both feel this practice needs to have their station updated to the 2.1 version, and they definitely need training in person - even Dr. Headley would like some training. We explained to Julie that John Jackson would be calling her to schedule it.

| Action Items: | Assigned to: | Date to be done: |
| --- | --- | --- |
| 1. Please call Julie to schedule updating to 2.1 and training | JJ | 3/9/98 |
| 2. Please call Dr. Headley to discuss interfacing. | BB or NS | 3/9/98 |
| 3. Please call Julie to discuss Value pricing | KG | 3/9/98 |

Date: 9/5/97
Customer visit to OTN

Attendees:

David Headley, MD
Dottie Nolan, Office Manager
Carola McCowan, Pharmacy Technician

Participants:

Warren Dodge
Lynn Hammerschmidt
Gina Jacobson - Bailey
Barbara Nathan
Bret Brodowy
John Jackson
Neil Sandow
Jim Adams
Darlesa Buckalew

Visit Recap:

Highly Confidential

BMS/AWP/01488503

First of all, I would like to thank all of you that participated in the customer visit. All of your efforts were quite effective and greatly appreciated. I would also like to thank Joe Roark, Jim Frost, and Stasia Lord for all of your help with coordinating the visit.

The objective of the customer visit was of course to have the above mentioned attendees learn more about OTN and how we may be of value to their practice with the Premier program as well as Lynx.

After our arrival from the Airport we began a working lunch and Warren presented an overview of OTN. At that time we were able to learn more about their needs for their practice, their objectives for the visit and more about the pending GPO they are in the process of trying to form. Dr. Headley has several colleagues in various states that he has been conversing with about forming this GPO. Though this GPO is not yet formed, he is very interested in putting in place the most appropriate means for saving dollars and increasing each practices profitability.

Both Dr. Headley and Dottie Nolan expressed their desire to have a better handle on their inventory as well as benefit from purchasing the inventory from one source. They admitted they indeed experience about 5 - 7% in lost drug charges annually. They are interested in keeping their inventory to a minimum, and realize the importance of utilization data.

Prior to the actual Lynx demo, Gina presented the Lynx proposal and pointed out the savings Lynx could provide the practice. The Lynx station presentation went very well with assistance from Bret and Neil. Carola and Dr. Headley both participated with the hands on demonstration and were able to understand how to use the system. Carola will be the designated user for the practice and will be pulling the drugs for the nurses.

After the Lynx demo, Jim Adams provided a detailed and eloquent presentation on customer service. With the practice's desire for one stop shopping, learning more about our dedication to our customers as well as our ethics, increased their interest in OTN.

During our tour of OTN, John Jackson was available to go over in greater detail how the process works for the electronic refill, and order tracking. He also shared more information about the installation process and answered some of their specific questions they had about the install.

When we finished our tour, I had the opportunity to sit down with them again and answer any questions they had. After answering their specific questions they had about the Premier program and Lynx, they expressed to me how impressed they are with and the tools we have in place for the Oncology practices. They found Warren's honest explanation of how the Oncology industry operates to be very effective with helping them better understand what to expect when they form their GPO. Dr. Headley is looking forward to having a long standing relationship with OTN and is anxious to see how OTN will be able to be even more of an advocate for the Oncology Physician practices. They find OTN to be the solution they have been desiring for saving dollars and managing their drug inventory.

After Dr. Headley agreed to become a Premier member and have Lynx installed, he requested that we include a clause with regard to removing Lynx from the practice if they find themselves no longer giving chemo treatments. This is not something he foresees in the near future, however he wants to make sure to have the clause in place if it does indeed happen. I told him the contract would include the clause and they will receive the contract and the Premier agreement on Tuesday in the mail for signature.

During dinner later in the evening, Dottie mentioned that she may need to change the date of the install that she had agreed to with Gina. She will let me know on Monday if that needs to happen or not.

Needless to say, this was a very successful visit. They are very happy with their decision and look forward to being customers of OTN as well as influence the other practices they will be in the GPO with to have Lynx installed in their offices.

Again, my thanks to everyone for all of your help with this visit.

| Action Items: | Assigned to: | Date to be done: |
|---|---|---|
| 1. Send Lynx contract and letter to practice for Tuesday delivery | BB/KM | 9/8/97 |

Highly Confidential

BMS/AWP/01488504

|   |   |   |
|---|---|---|
| 2. Send Premier agreement and pricing to practice. | JR | 9/8/97 |
| 3. Follow up with Dottie about date for Lynx install | DB | 9/8/97 |

Date: 8/6/97

Directions: From Denver International Airport take 25 South to Colorado Springs. After an hour of travel by car you will reach Colorado Springs. Go through the valley and take the 143 exit. Turn left on Unitah and go under the overpass. After 1.5 miles turn right on Hancock and proceed a 1/2 mile to Willamette and turn left. The practice is a brick and glass building on the corner of Foote and Willamette. Suite 303.

RSM: Louis Chinn
SAE: Joe Roark
RBDM: Darlesa Buckalew

Meeting Attendees (with titles):

1. Dottie Nolan, Office Manager
2. Darlesa Buckalew

Objectives of Call:
- Present Premier proposal, discuss Lynx and investigate the development of a GPO that this practice is in the process of trying to coordinate.

Practice Dynamics:
- This is a 3 physician practice that seems to be quite progressive. Dottie is the office manager, she orders the drug inventory and tries to keep the minimum amount on the shelf at one time. Currently she takes advantage of the weekly specials, and spends time each week to price shop. She has a system in place that assists her with keeping track of what she spends each month on the drug inventory. She likes the management reports that we supply our practices, and realizes that if she purchased most of her inventory from OTN that it would help her to stay on top of her monthly budget.
- Dottie is also involved with Dr. Headley in putting together a GPO that will involve 5 Oncology practices in Colorado and Texas. They are hoping to have it put together within the next couple of months. With that in mind, they are interested in having one vendor to order all of the drug inventory from.

Likes about OTN:
- Dottie feels that OTN is innovative and up to date on what the Oncology practices need in order to stay ahead of the current changes that are taking place with Managed Care and Medicare. She LOVES the Lynx station and hopes to have it in all of the practices that become associated with the future GPO.

Dislikes about OTN:
- No complaints. She wants to make sure that she is getting the best pricing available and sometimes feels that OTN is more expensive.

Desired Status (What does customer need?):
- After presenting the Premier proposal and Lynx, Dottie decided that she would like to see what pricing we could offer if she shared with us what she is currently spending. I left a drug volume worksheet with her and explained to her it will take us about 2 weeks to complete an additional proposal for her. She said she would fax it to Joe within a week.
- She was very excited about Lynx. She admitted that even though they "run a tight ship" that the recent audit they had done showed more than 5% in lost drug charges. She feels that Lynx is something that would not only benefit their practice but also the other practices that will be associated with them in the near future.

Highly Confidential

BMS/AWP/01488505

Lynx Stage & Notes:
- Stage 3. Dottie is interested in having a Lynx proposal presented. She will be providing us with information needed to complete the proposal within the next week. She is also interested in going on a site visit soon and will be discussing that possibility with Dr. Headley.

Other Notes:
- If we can get past the pricing issue with Dottie, I feel we will have great success with this practice as well as the other practices that will soon be associated with it. I'm glad Dottie decided that she needed to share her information on the amount she currently spends on her drug inventory. At present time they order a small amount from us and there is potential for a good amount of incremental revenue with this practice and the other practices they will teaming up with soon.
- With Dottie's excitement about Lynx I feel that she will be a true champion for us. I will be following up with her next week to discuss the possibility of a site visit, or a visit to OTN.

| Action Items: | Assigned to: | Date: |
|---|---|---|
| 1. F/U with Darlesa about the receipt of DVW. | JR | 8/14/97 |
| 2. F/U with Dottie about Lynx site visit and info needed for Lynx proposal. | DB | 8/14/97 |

Highly Confidential

BMS/AWP/01488506