# TAB H

| Account Name: | Robert Brouillard MD | RBDM: | Julie Trueblood |
|---|---|---|---|
| City, State: | La Jolla, CA | Mngr RBDM: | Marsha Peterson |
| Site# / Parent # | #4548 | AS: | Jennifer McGrath |
| Email: | sandioo@san.rr.com | Mngr AS: | Brenda Duggan |
| | | AR/AA: | Amy Lee/Eric Eide |

Financial Summary:

| | June 2002 | July 2002 | August 2002 | Sept 2002 | |
|---|---|---|---|---|---|
| Current BMS monthly Avg | $10,074 | $6,782 | $12,748 | $8,190 | |
| Current OP monthly Avg | $134,394 | $164,689 | $193,092 | $143,158 | |
| Potential OP monthly Avg | | | | | |

**LYNX (Yes or No):** Yes
**NOA (Yes or No):** Yes
**Group Affiliation:** MOASC

## POST CALL

Date: October 17, 2002

**Objective of Call:**
- To meet with Barbara to talk about Procrit discount, rolling terms and their Taxotere.

**Attendees:**
- Julie Trueblood, RBDM
- Barbara Massey, Billing Manager
- Sandi Weyerhauser, Clinical Manager

**Meeting Notes:** *This area should contain a brief overview of the meeting. Followed by bullet points regarding subjects talked about. Following is an example of Bullet points.*

Dr. Sinclair has now joined the practice, so they should be growing.

- NOA: All contracts loaded, except Taxotere. They have a separate contract for Taxotere-20mg $215.33 and 80mg $861.34 loaded with OS. Their Anzemet is $56.57 at 75 days. We could get these 2 products back if we could match their 15 day term discount at –2.5% instead of our –1.5%. It could mean a lot more OP. Dr. Brouillard is currently using 60-100 vials of Anzemet 100mg, 60-80 vials of the Taxotere 20mgs and 20 vials of the Taxotere 80mg per month by himself.
- Terms: Finance approved them for rolling terms. I faxed their application to Amy and it got rolling. Should be in place in 5 business days, so Barbara can start paying in 15 days with a –1.5% discount for early pay.
- Lynx2OTN:
- Lynx: Going well. Would like to have everything auto-ordered if possible. Their central console is set-up and Larry Glass is still working out the kinks for their billing interface.
- Taxol/Paraplatin: Baseline is now 1200mg and they will start buying Taxol, so they can get their Paraplatin rebate.
- Neulasta/Aranesp: Buying Neulasta from us, not using Aranesp yet.
- Aredia/Zometa/Generic: Buy generic Pamidronate and Zometa from OTN.
- Procrit extended dating: Barbara wants the extra discount.
- Oxaliplatin: Buying from OTN.
- Invoices: Accounting can't seem to get their payments posted to the correct invoices. We need to fix this fast. It has become an accounting nightmare for Barbara.

Defendants' Exhibit
2620
01-12257-PBS

Revised 8-22-2000

Highly Confidential

BMS/AWP/01489314

### Action Items (copied to submitted weekly distribution)

| Date | Practice, Site # | Action | Assigned To | Due Date | Done |
|---|---|---|---|---|---|
| 101702 | Robert Brouillard MD-#4548 | Could you please fix their situation so that checks are getting posted to their correct invoices? It has become an accounting nightmare for them. | Maria De La Cruz | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Date:** September 18, 2002

**Objective of Call:**
- To talk to Sandy about moving back to Taxol.

**Attendees:**
- Julie Trueblood, RBDM
- Sandi Weyerhauser, Clinical Manager
- Sam Smith, DBM, BMSO
- Neal Chazin, Senior Territory Manager, BMSO

**Meeting Notes:** *This area should contain a brief overview of the meeting. Followed by bullet points regarding subjects talked about. Following is an example of Bullet points.*

They are adding a second doctor on October 1. He is Dr. Sinclair from Scripps Clinic in Encinitas. They are very excited about this.

Suggested ordering APP Cisplatin and adding it to their Lynx. Auto-order most everything.

- NOA: All contracts loaded, except Taxotere. They have a separate contract for Taxotere-20mg $215.33 and 80mg $861.34 loaded with OS. I told her that she should check and see if it is in fact a contract through Aventis and if it is then I would love for her to let us load it through OTN, so we can get their Taxotere back. She's buying Anzemet from OS too.
- Terms: I have to ask Barbara and our finance dept for approval for monthly DD 1.75%.
- Lynx2OTN: Gave AWP/Price report to Sandi to give to Barbara Massey, their business manager, who was on vacation for 3 weeks in Australia. Both use frequently.
- Lynx: Going well.
- Taxol/Paraplatin: Agreed to change baseline to 4 vials or 1200mg. Will switch from Onxol to Taxol.
- Neulasta/Aranesp: Buying Neulasta from us, not Aranesp yet.
- Aredia/Zometa/Generic: Buy generic Pamidronate and Zometa from OTN.
- Procrit extended dating: Talk to Barbara about it when she gets back.
- Oxaliplatin: Buying from OTN.

### Action Items (copied to submitted weekly distribution)

| Date | Practice, Site # | Action | Assigned To | Due Date | Done |
|---|---|---|---|---|---|
| 091802 | Robert Brouillard MD-#4548 | You can e-mail Sandi Weyerhauser now instead of calling her for online order issues @ sandioo@san.rr.com. | Rod Gomez | | |
| | | | | | |
| | | | | | |
| | | | | | |

Revised 8-22-2000

Highly Confidential

BMS/AWP/01489315

## Customer Visit Recap

Practice Name: Robert P Brouillard MD Inc
City, State: La Jolla, CA
Parent site #: 004548
Telephone #: 858-552-1410
Doctor name(s): Robert Brouillard, MD

Responsibility:
Inside sales:
RBDM: Julie Trueblood
RSD: Steve Taylor
Groups rep: Jim Smith
Application Specialist: Judy Brauer

Directions to practice: Take 5N to Genesee exit and go right. Take up hill to first light which is Scripps Medical Center and turn right and take all the way to the last bldg-9850 and turn right and then right again onto the brick pavement and turn left into the parking structure. Suite 830

Affiliations (e.g.- Group, IPA, MSO, PPM, networks): MOASC

Practice financial summary:
¼% discount through Lynx/Otn-Online?
Payment Terms: net 75
Vendors used: OTN and Oncology Supply
Top 20/Target 20:
Current BMS mo avg: $ 8,498
Current Aredia mo avg: $ 15,836
Current OP mo avg: $ 117,557
Potential OP mo avg $

Lynx:
Have Lynx? yes
Signed LTF contract onfile? yes
Utilizing Lynx Partners Program (if not a group member)?
PMS System: Medical Manager
Interface installed: yes

Manufacturer contracts:

| Neupogen (Amgen): | X | Leucovorin (various mfrs): | |
|---|---|---|---|
| Intron (Schering): | | Methotrexate (various mfrs): | |
| Taxotere (Aventis): | | Roferon (Roche): | X |
| Anzemet (Aventis): | X | Neumega (Genetics Institute): | X |
| Kytril (SKB): | | Doxorubicin (various mfrs): | |
| Zofran (Glaxo): | X | Other: | Gensia/Immunex |

### Key Drug Pricing:

| Product | Strength | OTN Price | OTN Terms | Other Price (Name/$) | Other Terms | Purchase From |
|---|---|---|---|---|---|---|
| Gemzar | 200 mg | | | | | |
| Gemzar | 1 gram | | | | | |
| Herceptin | 440 mg | | | | | |
| Neupogen | 1ml | | | | | |
| Neupogen | 1.6 ml | | | | | |
| ProCrit | 20,000 u/ml | | | | | |
| ProCrit | 40,000 u/ml | | | | | |
| Rituxan | 10 ml | | | | | |
| Rituxan | 50 ml | | | | | |
| Taxotere | 0.5 ml SDV | | | 217.00 | 30 day | OS |
| Taxotere | 2 ml SDV | | | 868.00 | 30 day | OS |
| Cisplatin APP | 50 mg | | | | | |
| Cisplatin APP | 100 mg | | | | | |
| Cisplatin APP | 200 mg | | | | | |

Revised 8-22-2000

Highly Confidential

BMS/AWP/01489316

| Camptosar | 2 ml | | | | | | |
|---|---|---|---|---|---|---|---|
| Camptosar | 5 ml | | | | | | |
| Novantrone | 10 ml | | | | | | |
| Novantrone | 12.5 ml | | | | | | |
| Novantrone | 15 ml | | | | | | |
| Hycamtin | 4 mg | | | | | | |
| Hycamtin | 4 mg 5's | | | | | | |

**POST CALL**

08-24-01

**Attendees:**
- Julie Trueblood, RBDM
- Barbara Massey, RN, BSN, Financial Administrator
- Sandi Weyerhauser, RN

**Objective of call:**
- Kytril
- Drug Ordering
- Lynx2OTN
- NOA
- Manufacturer Contracts
- Lynx Data Management Reports
- Data Compliancy

Summary of meeting:

1. I met with Barbara Massey for a majority of the time, since she was new and she had a lot of questions. They have signed up with NOA and the Lynx Data Management Reports. So I explained the benefits of both of those programs to her. We also got onto Lynx2OTN with Sandi's password and played around on the site. She also called in and left a message to get her own. I showed her how to place an order (even though they have Lynx), how to get purchase history reports, pricing on contract items, what contracts she did have, Pricing and AWP, the cancer dictionary, clinical sites and trials, etc. She was very pleased with the site.
2. We also spoke about their current financial situation with OTN. Their previour practice administrator left them with a lot of unpaid bills. We are currently working with Barbara to get them up to date. She said they are just beside themselves with this whole mess. I know that Becky Warne has been working with them closely and she said that they are very nice people to work with. Barbara said that they appreciate us working with them and to please be patient. As soon as they get out from underneath this mess, they would like to go 1%30net60 or direct debit.
3. We looked at her contract for Anzemet and it was $63.00 from us-I guess NOA pricing hasn't kicked in yet. I told Sandi about the new price and I was excited about it, but she said, "Well, with their 1% discount, their price is really $59.40. I hadn't thought about that. With the financial problems they've had with OTN they can't get the 1% discount, so I told her that as soon as they can catch up and get to 1%30, our price will actually be lower and we can change ownership in the Lynx!
4. They are also not buying Taxol from us, so there will be a great opportunity when we see what the new pricing will be for Taxol to get that business back. Also, Barbara is going to Tempe for training the week of October 19-21.
5. One other item that Barbara asked about had to do with ACCESS, so I referred her to Judy Brauer and gave her her cell phone # to call her and ask her those questions.
6. Additional info: There is one doc, 2 nurse practitioners, Kathleen Haley and Bette Ruzevick, 5 RNs-Trang, Darryl Moore(pt), Vicki, Bill Marshall and Sandi. There are 2 MAs-Julie and Virginia. Sandi has been with Dr. B for 15 years and she is the supervisor. There is also Teresa who helps Barbara with the billing. They use Medical Manager and are compliant. They buy everything directly from us except Lupron and Anzemet (see above). They have a couple single bays I believe. They buy their supplies from PSS.

September 24, 2001

1. I went to see Barbara Massey, the new office manager, with Neal Chazin. I had thought that at this point Barbara would be in charge of pricing and ordering, but due the fact that her 2 billing people are leaving and she has lost 2

Revised 8-22-2000

Highly Confidential

BMS/AWP/01489317

others perhaps permanently, it's enough for her to get our payments to us to get current. She'll now have to learn how to post payments and do everything pertaining to billing until they hire someone. Barbara is in charge of non-clinical staff and Sandy Weyerhauser, RN, is in charge of the clinical.
2. So, when I started talking about new Taxol pricing and Carbo rebates and use of generics, she had no clue what I was talking about and she explained to me their situation. I told her that I would follow-up with Sandy regarding the new pricing on Taxol and NOA contracts the next day. Sandy had just left-we just missed her, but I told Barbara that when she was ready to take it all over, I would help her out. She said that she would hopefully be back on track with our finance department by November and then they could take advantage of 1%30net 60 terms and eventually 2% Direct Debit.

December 17, 2001

1. I met with Barbara who said that they have still not caught up, but she was going to call Becky Warne and ask her if they were to pay everything current by January 15, would she waive all of their finance charges. I said that it wouldn't hurt to ask. If we could get all of our back payments paid up, I would assume we would want to work with her. She said that she was working with their bank to try and get a line of credit to pay off what they owe and to enable them to start taking advantage of the 1%30net60 and ideally 2%DD.
2. She said that she has been taking advantage of some of the reports that she gets from the Lynx machine now that she has been trained on it. She still has not hired anyone to do the billing and they are about to undergo some renovations of their office, so they have a lot going on right now. I told her that as soon as they get current and can get better terms we should have better pricing than Oncology Supply and we should be able to get most of our business back from them. Barbara said that Sandy, the head RN, just switched their Taxotere to OS and their Anzemet is at $59.00/vial. I saw their invoice and OS is selling the Taxotere 20mg for S217 and their Taxotere 80mg at $868. That is low! But I think we can get a lot of the business back when they can get better terms. Oncology Supply has been able to take advantage of the fact that they are behind with us and cannot get any better terms from us. Before this financial problem, they were buying mostly everything from us. Since they have had to start buying from OS because they can get better terms with them, we have relinquished a lot of business to OS. We should be able to get it back.

Action Items (copied to submitted weekly distribution)

| Date | Practice, Site # | Action | Assigned To | Due Date | Done |
|------|------------------|--------|-------------|----------|------|
|      |                  |        |             |          |      |
|      |                  |        |             |          |      |
|      |                  |        |             |          |      |
|      |                  |        |             |          |      |

Revised 8-22-2000

Highly Confidential

BMS/AWP/01489318