# TAB J

**Customer Visit Recap**

> Defendants' Exhibit
> **2622**
> 01-12257-PBS

**Practice Name:** Central Plains Clinic
**City, State:** Sioux Falls, SD
**Parent site #:** 000381
**Telephone #:** 605-328-6000
**Doctor name(s):** Dr. Keppen

**Responsibility:**
Inside sales: Alex Avalos
RBDM: Michael Breshgold
RSD: Marsha Peterson
Groups rep: Jim Smith
Application Specialist:

**Directions to practice:** Mapquest

**Affiliations** (e.g.- Group, IPA, MSO, PPM, networks): AmeriNet (does not buy Oncology drugs on contract)

**Practice financial summary:**
¼% discount through Lynx/Otn-Online? No
Payment Terms: 2%
Vendors used: OTN, Cardinal, OS
Top 20/Target 20: Target 20
Current BMS mo avg: $ 24,000
Current Aredia mo avg: $ 18,000
Current OP mo avg: $ 40,000
Potential OP mo avg  $ 60,000+

**Lynx:**
Have Lynx? No
Signed LTF contract onfile?
Utilizing Lynx Partners Program (if not a group member)?
PMS System:
    Interface installed:

**Manufacturer contracts:**

| Neupogen (Amgen): | X | Leucovorin (various mfrs): |   |
|---|---|---|---|
| Intron (Schering): |   | Methotrexate (various mfrs): |   |
| Taxotere (Aventis): |   | Roferon (Roche): |   |
| Anzemet (Aventis): |   | Neumega (Genetics Institute): |   |
| Kytril (SKB): |   | HMR: | X |
| Zofran (Glaxo): |   | Genetics: | X |

**Key Drug Pricing:**

| Product | Strength | OTN Price | OTN Terms | Other Price (Name/$) | Other Terms | Purchase From |
|---|---|---|---|---|---|---|
| Gemzar | 200 mg |   |   |   |   | OS |
| Gemzar | 1 gram |   |   |   |   | OS |
| Herceptin | 440 mg |   |   |   |   | OS |
| Neupogen | 1ml |   |   |   |   | OS |
| Neupogen | 1.6 ml |   |   |   |   | OS |
| ProCrit | 20,000 u/ml |   |   |   |   | OTN |
| ProCrit | 40,000 u/ml |   |   |   |   | OTN |
| Rituxan | 10 ml |   |   |   |   | OS |
| Rituxan | 50 ml |   |   |   |   | OS |
| Taxotere | 0.5 ml SDV |   |   |   |   | OS |
| Taxotere | 2 ml SDV |   |   |   |   | OS |
| Cisplatin APP | 50 mg |   |   |   |   | OS |
| Cisplatin APP | 100 mg |   |   |   |   | OS |
| Cisplatin APP | 200 mg |   |   |   |   | OS |
| Camptosar | 2 ml |   |   |   |   | OS |
| Camptosar | 5 ml |   |   |   |   | OS |
| Novantrone | 10 ml |   |   |   |   | OS |
| Novantrone | 12.5 ml |   |   |   |   | OS |
| Novantrone | 15 ml |   |   |   |   | OS |
| Hycamtin | 4 mg |   |   |   |   | OS |

Revised 8-22-2000

Highly Confidential

BMS/AWP/01490157

| Hycamtin | 4 mg 5's | | | | | OS |

## POST CALL

■ May 13, 2003

**Attendees:**
- Michael Breshgold , RBDM
- Rosemary Hooten, PharmD

**Objective of call:**
- Taxol
- Lynx2OTN
- NOA
- Manufacturer Contracts

1. **Summary of meeting:**

I met with Rosemary who was very happy with the deal for Taxol and now wants to buy other items from us. I mentioned NOA Advantage as an alternative and she currently gets OS 3% pricing so we have a possibility to send her the information and have her make the choice. To join the program. I also brought up IGIV and she stated we had a great price and that she will purchase from us since she just had a patient which they had to borrow from the hospital for. This clinic can be a very good source of revenue.

2. **Action Items (copied to submitted weekly distribution)**

| Date | Practice , Site # | Action | Assigned To | Due Date |
|---|---|---|---|---|
| 5/13/03 | Central Plains Clinic #381 | Follow up with Scot to get them on board for NOA advantage. | Mike Breshgold | May 20,2003 |
| 5/13/03 | Central Plains 000381 | Follow up on IGIV with Kristyn to gain the business from the other supplier | Kristyn Stroble | 5/20/2003 |

■ [redacted]

**Attendees:**
- Michael Breshgold , RBDM
- Jayne JuenglingT (Pharmacy Buyer)
- Rosemary Hooten, PharmD

**Objective of call:**
- Taxol
- Lynx2OTN
- NOA
- Manufacturer Contracts

Revised 8-22-2000

Highly Confidential

BMS/AWP/01490158

3. **Summary of meeting:** Met with Rosemary and we discussed the need to establish a working relationship. Rosemary was upset because she thought our prices were high and she had spoken to NOA earlier and thought they would be lower. She is currently buying from OS and seems to be happy with the service she is receiving. The first order of business was Taxol and Paraplatin she checked the sheets while I was there and found out that yes indeed we did have a good price on those products. She also wanted to join NOA and I will follow up with Scott to ensure that the contract is signed. We then discussed the Lynx system and I told her this would be a great cost savings to the pharmacy. She wanted to go on a site visit somewhere that a pharmacy was controlling the purchases. I will explore. We covered the new Amgen contracts and she is receptive to the possibility that we can do business. I think the strategy here is to follow up with everything we do and check back for customer delight. The bottom line to gain the business will be addressing the needs of the customer. The following are action items to help towards that cause.

Action Items (copied to submitted weekly distribution)

| Date | Practice, Site # | Action | Assigned To | Due Date |
|---|---|---|---|---|
| 11/20/02 | Central Plains Clinic #381 | Follow up with pricing information and get the prices and book out as soon as possible. | Mike Breshgold | Ongoing |
| 11/20/02 | Central Plains 000381 | Set up site visit and mail follow up information for the installation of the Lynx System. They could use this in their clinic and it would attract greater orders | Mike Breshgold Stacy Lawrence Alex Avalos | 11/30/02 |
|  |  |  |  |  |
|  |  |  |  |  |



**Attendees:**
- Marsha Peterson, RBDM
- Brenda Jensen, CPhT (Pharmacy Buyer)
- Rosemary Hooten, PharmD
- Queena, Pharm Tech

**Objective of call:**

Revised 8-22-2000

Highly Confidential

BMS/AWP/01490159

- Kytril
- Drug Ordering
- Lynx2OTN
- NOA
- Manufacturer Contracts

**Summary of meeting:** I met with both Brenda and Rosemary in their office. The first thing they wanted to discuss was that the had just been bought by Sioux Falls Hospital. In reality the Holding Company or Corporation own both the Hospital and Clinics. They were concerned if they still qualified as an OTN customer. I explained the critera to them and they feel that their status will not change. There is much concern over this move – they are loosing a lot of doctors and staff. All of Central Plains Clinic has been purchased. They will be moving across town in a few months. I instructed them to call Alex with the address change and that they need to get a new DEA with the new address.

4. **Drug Purchasing:** This account is an AmeriNet account that only purchases Med Surg and a few drugs off that contract. The rest they purchase from either OTN or OS. They feel that our prices are usually higher than OS. *They buy Bristol, Aredia and Procrit from us.* The only way they would purchase more from us would be if our prices were better and if we made it easier for them to know what our prices are – Need a Catalog.
5. **Remicade:** The only reason they purchased from us this month is because OS was out of stock. OS price is about $10 less than ours.
6. **Target a few OS drugs that we know we have better pricing.** The only way we will get more drug purchases out of them is to work on drugs that we have better pricing. Since they are all pharmacists – they do not place a lot of value in our services. They are shoppers.
7. **Kytril** – Purchase this drug thru Cardinal via AmeriNet contract.
8. **Brown Clinic** – Broke away from Central Plains Clinic and is now independent. I will call on them when I am in Watertown. Carol is Clinic Manager
9. **NOA** – Even though this account is AmeriNet – they have signed a contract with ION. So, I told them about NOA. They were interested in Neupogen – potential NOA account.
10. **Lynx 2 OTN** – reviewed the website with them. Left a Registration form. Rosemary filed it out while I was there – she was going to check with billing dept to see if they want to sign up., She will then FAX it in.
11. **Lynx** – Still no interest - Pharmacists

Action Items (copied to submitted weekly distribution)

| Date | Practice, Site # | Action | Assigned To | Due Date |
|---|---|---|---|---|
| 7/23 | Central Plains Clinic #381 | 1. Call Brenda to present a few drugs that we know that the OTN price is better than OS | Alex Avalos | |
| | | | | |
| | | | | |

Current BMS monthly average:           $50,000
Current Aredia monthly average:        $11,000
Current monthly OP average:            $10,000
Monthly OP potential average available: $

**Date of call:    2/5/01**

**Objective of call:**
- Introduce Myself
- Learn about their practice and their purchasing patterns
- Discuss Taxol/Carbo Program
- OTN OnLine

Revised 8-22-2000

Highly Confidential

BMS/AWP/01490160

**Attendees:**
- Marsha Peterson, RBDM
- Brenda Jensen, CPhT (Pharmacy Buyer)
- Rosemary Hooten, PharmD

**Summary of meeting:** I set up the meeting with Rosemary. Rosemary had herself, Brenda and 2 other techs join us. This account is a very large clinic (100+ doctors) with a pharmacy that runs the Oncology Clinic. There are 5 clinics in Sioux Falls, 2 in Watertown and 1 in Beresford. The Brown Clinic in Watertown has its own full time Oncologist and does their own ordering thru Pharmacy. They have been in the current building for 8 years. Brenda is the person that works with OTN, she works with Fadia on a regular basis. They have been very happy with OTN's service.

1. **Drug Ordering:** This account uses OTN, Cardinal and Onc Supply. They feel that all 3 of us offer the same services. The one service that we offer that the others don't – 2% direct debit. The others have 14 day terms set up with them. Even with 2%, our pricing on most OP items is still more expensive. We used to be the only one with next day delivery but the others also offer it now. She makes decisions based only on price. They do the ordering for the whole clinic. So they do not look at the overall business decisions for the Oncology practice. I need to find out who makes the decisions for Oncology – Talk to Bristol Reps. Due to the fact that this is a large multispecialty clinic, it will be more difficult to sell the services of OTN since most of our services are directed to the Oncology Practice and the people running this clinic just look at Oncology as a money maker. We need to put together some sort of targeted marketing program for these type of practices.
2. Add Brenda Jensen, CPhT – Pharmacy Buyer to Database.
3. This would be a good account to present GPO to.
4. OTN OnLine- Brenda uses this regulary and really likes it. I reveiwed the different parts of OTN ONLine with the group and they discovered areas that they hadn't used. They will be telling the billing department about it – adding them on.
5. Taxol/Carbo – This group is so money oriented that I am sure that they are at risk for switching to generic. I explained the program and they were not aware of any credits. They would like to see some sort of communication regarding this credit so they know if they are getting it each month. The invoices go to a completely different department and they have no way of knowing.

| Action Items | Assigned to | Date |
|---|---|---|
| 1. Add Brenda Jensen, CPhT – Pharmacy Buyer to Database. | Cecely Bunac | 2/16 |
| 2. Follow up with Gary Beatty regarding Decision Makers | Marsha Peterson | 2/16 |
| | | |
| | | |
| | | . |

## POST CALL
(copy and paste this section above last call before filling in)

Date of call:

Objective of call:

Attendees:

Revised 8-22-2000

Highly Confidential

BMS/AWP/01490161

**Summary of meeting:**

| Action Items | Assigned to | Due date |
| --- | --- | --- |
| | | |

Revised 8-22-2000

Highly Confidential

BMS/AWP/01490162