# EXHIBITS REFERENCED IN DECLARATION OF HARVEY J. WEINTRAUB



**Warrick Pharmaceuticals**

7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3869

August 29, 1994

Blue Cross & Blue Shield of Mass.
HMO Blue
492 Old Connecticut Path
Framingham, MA    01701

ATTN:  Barbara Chelte
       Pharmacy Contract Manager

Per your request, Warrick Pharmaceuticals offers the following product(s)/price(s) effective September 1, 1994 through December 31, 1994 to:

                              Blue Cross & Blue Shield of Mass.
                              HMO Blue
                              492 Old Connecticut Path
                              Framingham, MA    01701
                              (hereafter "customer")

under the terms and conditions herein and in the attachments listed below as such may be changed from time to time on thirty (30) days notice:

       RETURNED GOODS POLICY   #21
       PRIME VENDOR PROGRAM    #25
       CONFIDENTIALITY         #35
       AUDIT                   #36
       FORCE MAJEURE           #37

### PRODUCTS

| Product | NDC | Price |
|---|---|---|
| ALBUTEROL SULFATE SOLUTION 20ml | 59930-1515-4 | $ 6.95 |
| ALBUTEROL SULFATE SOLUTION 25X3ML | 59930-1500-8 | 11.50 |
| ALBUTEROL SULFATE SYRUP | 59930-1500-5 | 7.95 |

Payment terms are:  2% 30 days from date of invoice: net 45 days from date of invoice.  Min. order $500.00, Federal Employer #22-3220986.

If this offer is acceptable, please indicate your approval by signing below and returning both originals to this office.  Upon receipt a signed copy will be returned for your records.  THIS OFFER WILL REMAIN IN EFFECT FOR SIXTY (60) DAYS FROM THIS DATE.  WRITTEN ACCEPTANCE MUST BE RECEIVED BY WARRICK BEFORE EXPIRATION OF THE OFFER.  This Agreement may be terminated by either party hereto at any time, and without cause upon not less than thirty (30) days prior written notice thereof to the other party.

SP 0004511
CONFIDENTIAL
ATTORNEYS' EYES ONLY

Defendants' Exhibit
**2904**
01-12257 - PBS

August 29, 1994

Acceptance of Warrick products constitutes an affirmative representation by you that they are solely for your "own use" as defined in the <u>Portland Retailers</u> case (425 U.S. 1(1976)).

Thank you for your continued interest in our product line.

Sincerely,

*[signature]*
Richard Loughlin
Vice President
Warrick Pharmaceuticals

By: *[signature]*
Title: VICE PRESIDENT
Date: 9-6-94
Telephone #: (908) 629-3158
FAX # (908) 629-3164

Blue Cross & Blue Shield of Mass.

By: *[signature]*
Title: DIRECTOR OF PHARMA
Date: 8-30-94
Telephone #: 508 935 2332
Prime Vendor: JAMES BRUDNICK
City: MALDEN, MA 02148
   AND
JAMES W. DALY
PEABODY, MA 01961-6(

warrlb/warlbv

SP 0004512
CONFIDENTIAL
ATTORNEYS' EYES ONLY



Effective 7/8/95

**Warrick Pharmaceuticals**

7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3869

June 6, 1995

HMO Blue
Framingham Corporate Center
492 Old Connecticut Path
Framingham, MA   01701

ATTN:   Gary Kerr                    Contract   #0950045
        Director of Pharmacy         Customer   #C000927

At the request of Vic Zambrotta, Managed Care Area Manager, Warrick Pharmaceuticals is pleased to offer the following voluntary price reductions effective 30 days after execution of this agreement through ~~December 31, 1995.~~ MARCH 31, 1996

| | | |
|---|---|---|
| ALBUTEROL SOLUTION 25 X 3ML | 59930-1500-8 | $9.00 |
| ALBUTEROL SYRUP 2MG/5ML | 59930-1510-5 | $5.00 |

All other terms and conditions of the above referenced contract shall remain as previously stated.

If this offer is acceptable, please indicate your approval by signing below and returning both originals to this office. Upon receipt an executed copy will be returned for your records. **THIS OFFER WILL REMAIN IN EFFECT FOR SIXTY (60) DAYS FROM THIS DATE. WRITTEN ACCEPTANCE MUST BE RECEIVED BY WARRICK BEFORE EXPIRATION OF THE OFFER.** This Agreement may be terminated by either party hereto at any time, at will, and without cause upon not less than thirty (30) days prior written notice thereof to the other party.

Thank you for your continued interest in our product line.

Sincerely,

*[signature]*
for Richard Loughlin
Vice President

Warrick Pharmaceuticals                         HMO Blue
By: _[signature]_                                By: _[signature]_
Title: _Vice President_                          Title: _Director of Pharmacy, HCD_
Date: _6/16/95_                                  Date: _6/8/95_
Telephone #: _(908) 629-3158_                    Telephone #: _413-598-7200_
FAX #: _(908) 629-3164_                          Prime Vendor: _Brudnick_
                                                  City: _Malden, Mass._

SP 0004506
CONFIDENTIAL
ATTORNEYS' EYES ONLY

Defendants' Exhibit
**2905**
01-12257 - PBS



BLUE CROSS BLUE SHIELD OF MASSACHUSETTS
492 OLD CONNECTICUT PATH, FRAMINGHAM, MASSACHUSETTS 01701-4583, TEL (508) 935-2900



SEP 1 1994

August 30, 1994

Mr. Richard Loughlin
Vice President
Warrick Pharmaceuticals
7500 North Natchez Avenue
Niles, IL 60714-3804

Dear Mr. Loughlin:

Thank you for your price quotation for Albuterol Sulfate Solution and Syrup. I hereby accept your proposal effective September 1, 1994 through December 31, 1994.

Terms are:

| | | |
|---|---|---|
| 1. | Price: | See attached |
| 2. | Payment: | 2% 30 days DOI, Net 45 days DOI |
| 3. | Delivery: | F.O.B. destination |
| 4. | Depot: | Through Brudnick and Daly |
| 5. | Market Adjustment: | HMO Blue reserves the right to re-open the bid process if the current holder is unable to adjust pricing to meet general market price reductions. |
| 6. | Minimum Order: | $500.00 |

HMO Blue is a not-for-profit Health Maintenance Organization which currently operates ten facilities with in-house pharmacies. I am including their names and addresses for delivery and billing purposes, since each facility will be ordering from this contract independently (see attached).


SP 0004510
CONFIDENTIAL
ATTORNEYS' EYES ONLY

A BLUE CROSS AND BLUE SHIELD HMO

# Warrick Pharmaceuticals

0950045

7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3869

February 8, 1995

HMO Blue
Framingham Corporate Center
492 Old Connecticut Path
Framingham, MA   01701

ATTN:   Gary Kerr
        Director of Pharmacy

RECEIVED

FEB 13 1995

BIDS AND CONTRACTS

Per the request of Vic Zambrotta, Managed Care Area Manager, Warrick Pharmaceuticals offers the following product(s)/price(s) effective thirty (30) days after execution through December 31, 1995 to:

> HMO Blue
> Framingham Corporate Center
> 492 Old Connecticut Path
> Framingham, MA   01701
> (hereafter "customer")

under the terms and conditions herein and in the attachments listed below as such may be changed from time to time on thirty (30) days notice:

| | |
|---|---|
| RETURNED GOODS POLICY | #21 |
| PRIME VENDOR PROGRAM | #25 |
| CONFIDENTIALITY | #35 |
| AUDIT | #36 |
| FORCE MAJEURE | #37 |

### PRODUCTS

| | | |
|---|---|---|
| ALBUTEROL SULFATE SOLUTION 20ml | 59930-1515-4 | $ 6.95 |
| ALBUTEROL SULFATE SOLUTION 25X3ML | 59930-1500-8 | 11.50 |
| ALBUTEROL SULFATE SYRUP | 59930-1510-5 | 7.95 |
| CLOTRIMAZOLE CRM, 15GM | 59930-1570-1 | 4.75 |
| CLOTRIMAZOLE CRM, 30GM | 59930-1570-2 | 8.50 |
| CLOTRIMAZOLE CRM, 45GM | 59930-1570-3 | 10.30 |

Payment terms are:   2% 30 days from date of invoice:   net 45 days from date of invoice.   Min. order $500.00, Federal Employer #22-3220986.

If this offer is acceptable, please indicate your approval by signing below and returning both originals to this office.  Upon receipt a signed copy will be returned for your records.  **THIS OFFER WILL REMAIN IN EFFECT FOR SIXTY (60) DAYS FROM THIS DATE.  WRITTEN ACCEPTANCE MUST BE RECEIVED BY WARRICK BEFORE EXPIRATION OF THE OFFER.**  This Agreement may be terminated by either party hereto at any time, and without cause upon not less than thirty (30) days prior written notice thereof to the other party.

SP 0004494
CONFIDENTIAL
ATTORNEYS' EYES ONLY

Defendants' Exhibit
**2906**
01-12257 - PBS

February 8, 1995

Acceptance of Warrick products constitutes an affirmative representation by you that they are solely for your "own use" as defined in the Kaiser vs. DeModena, 743 F.2d 1388.

Thank you for your continued interest in our product line.

Sincerely,

*Tina Colantuono*
by/ Richard Loughlin
Vice President

| Warrick Pharmaceuticals | HMO Blue |
|---|---|
| By: _[signature]_ | By: _Sally J Uhr_ |
| Title: _Vice President_ | Title: _Director of Pharmacy_ |
| Date: _2/21/95_ | Date: _2/9/95_ |
| Telephone #: (908) 629-3158 | Telephone #: _413-598-7200_ |
| FAX # (908) 629-3164 | Prime Vendor: _Brudnick_ |
| | City: _Malden, Mass._ |

warrlb/warlbv

SP 0004495
CONFIDENTIAL
ATTORNEYS' EYES ONLY


**Warrick Pharmaceuticals**

7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3869

ATTACHMENT #21

RETURN GOODS POLICY

All wholesaler returns must have the prior approval from Customer Services and be forwarded *prepaid* to 1011 Morris Avenue, Union, New Jersey 07083.
All retail account returns for credit over $1,500 must have the prior approval of an authorized representative and be forwarded prepaid to 1011 Morris Avenue, Union, New Jersey 07083. Returns under $1,500 can be approved by calling Customer Service, 1-800-547-3869 All returns to receive credit must be accompanied with a completed Return Goods Authorization form which will be supplied by Warrick. Warrick reserves the right to return any product that is received without a Return Goods Authorization form completed.

a.  Credit will be allowed on unopened and undamaged packages at current net prices as of date of return (except merchandise sold on a special promotion offer, in which case the invoice price will apply) as follows:

   1) Prescription product returns made within 3 months after a price increase will be credited at the price prior to the price increase.
   2) Dated products-full credit up to one year after expiration. No credit for products returned older than one year past expiration.
   3) Retail accounts can make returns directly to Warrick. The name and address of the Wholesaler that the return is to be credited through must be indicated on the Return Goods Authorization form. All conditions stated above apply to retail accounts.
   4) Warrick reserves the right to return or destroy products which are not returned in compliance with this policy without giving credit.

b.  The above adjustments will appear on Warrick's credit memoranda as follows:

   1) Items given full credit will show as individual line extensions.
   2) Items currently in the for which only partial credit has been allowed will be shown as separate line extensions.
   3) Discontinued items receiving partial credit will be included under "Miscellaneous Product."

c.  Manufacturers are expressly forbidden (under the Federal Food, Drug, and Cosmetic Act) from returning expired dated items to customers. Such items returned to Warrick will be destroyed. Warrick also reserves the right to destroy without credit, packages that are unfit or unsafe for sale or do not comply with applicable law.


SP 0004496
CONFIDENTIAL
ATTORNEYS' EYES ONLY

bw30805z.wpd - TSC

1

d. Consideration will be given to adjustments for losses suffered in a natural disaster (flood, hurricane, tornado, etc.) not covered by insurance. Your Warrick Representative will be glad to assist you in such emergencies.

e. Our Representatives are not permitted to modify any of the above policies.

> This returned goods policy does not apply to goods returned by persons other than the original retailer, wholesaler or hospital purchaser of the goods, or to goods which have been repacked or are in other than original Warrick containers.

ATTACHMENT #25



**Warrick Pharmaceuticals**

7500 North Natchez Avenue, Niles, Illinois 60648 • Telephone 1 800 547-3869 • Fax (908) 629-3164

### PRIME VENDOR PROGRAM

Warrick Pharmaceuticals agrees to make bid prices available through designated wholesaler(s). In designating a wholesaler as prime vendor, the customer agrees to honor the terms and conditions herein. These are as follows.

- Warrick requires written notification from the account naming the wholesaler(s) designated as prime vendor(s).
- A listing of participating hospitals including complete address and DEA number must be provided.
- No institution can be added to a group purchase contract without Warrick's approval. Warrick reserves the right to reject or accept new group members and remove current members at Warrick's sole discretion. Thirty days after notification of approval by Warrick, new members are eligible for chargeback purchases.
- Any wholesaler "Service Fee" is determined between the participating Wholesaler and the Customer and/or Buying Group. Any Wholesaler's Service Fee is in addition to the contract prices of Warrick Corporation. Warrick Pharmaceuticals will not participate in the negotiations of any such Service Fee between the wholesaler and the customer. Any charges for shipping cost will be the responsibility of the Wholesaler and the Customer.
- Return of bid price merchandise from the institution must be made directly by the institution to Schering. Credit will be issued through the wholesaler via a credit memorandum. Wholesaler shall notify Warrick immediately of any bid price merchandise that is returned to the wholesaler, for whatever reason, by an institution. Wholesalers shall not distribute or sell bid price merchandise returned by an institution without Warrick's written consent.
- Account understands and agrees that any product purchased, either direct from Warrick or through a prime vendor, at contract bid prices shall be for the Institution's "own use" as defined by the United States Supreme Court in <u>Portland Retail Druggists' Association, Inc. v Abbott Laboratories et al (425 U.S. 1 (1976))</u>.

'Notification of designated wholesaler(s) should be mailed to:

    Warrick Pharmaceutical
    Attn: Cassandra Bragg, C/B Dept.
    P.O. Box 3193
    Union, NJ  07083-1993

    Phone: 908-820-4806   Fax: 908-820-4848

WAR-25

SP 0004498
CONFIDENTIAL
ATTORNEYS' EYES ONLY



**Warrick Pharmaceuticals**

7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3869

ATTACHMENT #35

CONFIDENTIALITY

Customer shall maintain the confidentiality of all pricing, marketing or other Warrick product information, including this agreement it's terms and conditions throughout the duration hereof and for a period of three (3) years following the effective date of expiration or termination.

WAR-35



SP 0004499
CONFIDENTIAL
ATTORNEYS' EYES ONLY



7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3869

ATTACHMENT #36

AUDIT

Customer shall, at all times, keep and maintain accurate books, records and files with respect to any information relative to the dispensing, administration or sale of Warrick's products. Upon customer's receipt of written request from Warrick customer shall make such information available, through pharmacies or otherwise, in a manner mutually satisfactory to Warrick and customer, for inspection by Warrick's representatives or its designated auditors during regular business hours.


SP 0004500
CONFIDENTIAL
ATTORNEYS' EYES ONLY

WAR-36



**Warrick Pharmaceuticals**

7500 North Natchez Avenue, Niles, Illinois 60648 • Telephone 1 800 547-3869 • Fax (908) 629-3164

ATTACHMENT #37

## FORCE MAJEURE

Noncompliance with the obligations of this Agreement due to <u>force majeure</u>, laws or regulations of any government, war, civil commotion, destruction of production facilities and materials, fire, earthquake or storm, labor disturbances, shortage of materials, failure of public utilities or common carriers, and any other causes beyond the reasonable control of the parties, shall not constitute breach of contract.

SP 0004501
CONFIDENTIAL
ATTORNEYS' EYES ONLY

WAR-37