# Attachment A

|  | Reimbursement Amount for Level V Initial Office Visit ||||
| --- | --- | --- | --- | --- |
| **Provider** | **2002** | **2003** | **2004** | **2005** |
| Medicare | $193.26 | $193.26 | $222.23 | $225.81 |
| Aetna | $ 100.00 | $100.00 | $194.00 | $194.00 |
| Health Partners of Philadelphia | $53.41 | $53.41 | $59.82 | N/A |
| Independence Blue Cross | $120.00 | $120.00 | $160.00 | $160.00 |

Source: Summary of information from the Explanation of Benefits received by Dr. Linda Haegele's office.

Defendants' Exhibit
**1220**
01-12257 - PBS