# Attachment B

|  | Reimbursement Amount for Level V Established Patient Visit | | | |
|---|---|---|---|---|
| **Provider** | **2002** | **2003** | **2004** | **2005** |
| Medicare | $102.87 | $102.87 | $120.10 | $121.17 |
| Aetna | $ 50.00 | $50.00 | $105.00 | $105.00 |
| Health Partners of Philadelphia | $97.27 | $112.27 | $62.57 | $62.57 |
| Independence Blue Cross | $74.00 | $74.00 | $86.00 | $86.00 |

Source: Summary of information from the Explanation of Benefits received by Dr. Linda Haegele's office.

Defendants' Exhibit
**1221**
01-12257 - PBS