# Attachment C

|  | Reimbursement Amount for Blood Count Lab Work | | | |
|---|---|---|---|---|
| **Provider** | **2002** | **2003** | **2004** | **2005** |
| Medicare | $11.71 | $10.74 | $10.86 | $10.86 |
| Aetna | $13.00 | $9.00 | $7.00 | $7.00 |
| Health Partners of Philadelphia | N/A | $10.74 | $6.54 | $6.54 |
| Independence Blue Cross | $9.00 | $9.00 | $9.30 | $9.30 |

Source:  Summary of information from the Explanation of Benefits received by Dr. Linda Haegele's office.

Defendants' Exhibit
**1222**
01-12257 - PBS