# Attachment D

## Reimbursement for Drug Administration
## 2002-2003

| CPT Code | Description | Year | Medicare | Aetna | Health Partners of Philadelphia | Independence Blue Cross |
|---|---|---|---|---|---|---|
| 90780 | IV infusion for therapy/diagnosis; up to one hour | 2002 | $42.72 | $45.00 | $41.11 | $38.00 |
| 90780 | IV infusion for therapy/diagnosis; up to one hour | 2003 | $42.72 | $43.00 | $41.11 | $38.00 |
| 90781 | IV infusion therapy/diagnosis; add'l hour | 2002 | $21.37 | $46.00 | $21.09 | $19.00 |
| 90781 | IV infusion therapy/diagnosis; add'l hour | 2003 | $21.37 | $22.00 | $21.09 | $19.00 |
| 90782 | Therapeutic/diagnostic injection; subcutaneous or intramuscular | 2002 | $4.07 | $4.83 | $4.18 | $2.30 |
| 90782 | Therapeutic/diagnostic injection; subcutaneous or intramuscular | 2003 | $4.07 | $4.29 | $4.28 | $2.30 |
| 96408 | Chemotherapy admin., push technique | 2002 | $36.97 | N/A | $35.86 | $30.00 |
| 96408 | Chemotherapy admin., push technique | 2003 | N/A | $19.00 | N/A | $30.00 |
| 96410 | Chemotherapy admin., infusion; first hour | 2002 | $58.61 | $62.00 | $48.00 | $52.00 |
| 96410 | Chemotherapy admin., infusion; first hour | 2003 | $58.61 | $48.42 | $48.00 | $52.00 |
| 96412 | Chemotherapy admin., infusion; add'l hour | 2002 | $43.85 | $69.83 | $48.00 | $47.00 |
| 96412 | Chemotherapy admin., infusion; add'l hour | 2003 | $43.85 | $44.00 | $48.00 | $47.00 |

Source: Summary of information from the Explanation of Benefits received by Dr. Linda Haegele's office.

Defendants' Exhibit
**1223**
01-12257 - PBS