# Attachment F

Physician Oncology, LTD
Bad Debt Expense Worksheet*

| | | 2002 | 2003 | 2004 | 2005 (Q1-Q3) | 2005 (Annualized) |
|---|---|---|---|---|---|---|
| | | [a] | [b] | [c] | [d] | [e] |
| [1] | Amount Due from Medicare Patients for J-Codes | $45,373 | $46,106 | $74,297 | $66,849 | $89,133 |
| [2] | Less: Allocated Medigap coverage payments for J-Codes | ($27,444) | ($30,898) | ($35,602) | ($49,583) | ($66,111) |
| [3] | Plus: Amount Due from Non-Medicare Patients for J-Codes | $171,744 | $1,489 | $74,249 | $27,305 | $36,406 |
| [4] | Less: Allocated Amounts Paid by Patients | $0 | $0 | $0 | $0 | $0 |
| [5] | Patient Obligation 'Write-Offs' from J-Code Revenue | $189,673 | $16,697 | $112,944 | $44,571 | $59,428 |
| [6] | Amount Due from Medicare Patients for CPT Codes | $17,460 | $14,638 | $34,224 | $29,038 | $38,718 |
| [7] | Less: Allocated Medigap coverage payments for CPT Codes | ($10,561) | ($9,810) | ($16,400) | ($21,538) | ($28,717) |
| [8] | Amount Due from Non-Medicare Patients for CPT Codes | $28,542 | $25,075 | $55,865 | $39,225 | $52,300 |
| [9] | Less: Allocated Amounts Paid by Patients | ($11,810) | ($17,095) | ($13,156) | ($16,024) | ($21,366) |
| [10] | Patient Obligation 'Write-Offs' from CPT Code Revenue | $23,631 | $12,808 | $60,533 | $30,701 | $40,935 |
| [11] | Amount Due from Medicare Patients for Oncology Demonstration Project | $0 | $0 | $0 | $3,400 | $4,533 |
| [12] | Less: Allocated Medigap coverage payments for Oncology Demonstration Project | $0 | $0 | $0 | ($2,522) | ($3,362) |
| [13] | Plus: Amount Due from Non-Medicare Patients for Oncology Demonstration Project | $0 | $0 | $0 | $0 | $0 |
| [14] | Less: Allocated Amounts Paid by Patients | $0 | $0 | $0 | $0 | $0 |
| [15] | Patient Obligation 'Write-Offs' from Oncology Demonstration Project Revenue | $0 | $0 | $0 | $878 | $1,171 |
| [16] | Amount Due from Medicare Patients for Missing and Other Codes | $149 | $15 | $54 | $235 | $314 |
| [17] | Less: Allocated Medigap coverage payments for Missing and Other Codes | ($90) | ($10) | ($26) | ($174) | ($233) |
| [18] | Plus: Amount Due from Non-Medicare Patients for Missing and Other Codes | $2,519 | $6,960 | $2,102 | $427 | $570 |
| [19] | Less: Allocated Amounts Paid by Patients | $0 | $0 | $0 | $0 | $0 |
| [20] | Patient Obligation 'Write-Offs' from Other Revenue | $2,578 | $6,965 | $2,130 | $488 | $651 |
| [21] | Estimated Uncollected Revenue from Patients | $215,882 | $36,470 | $175,607 | $76,638 | $102,184 |

* Source: Analysis of information derived from the Explanation of Benefits ("EOBs") received by Dr. Linda Haegele's office and Quickbooks data.

Contains Highly Confidential Material Subject to Protective Order
Prepared at the Request of Counsel

Defendants' Exhibit
1228
01-12257 - PBS