# Attachment G

## Physician Oncology: 2002-2005 Income Statements
## By Source of Payment

**Exhibit 1**

Physician Oncology, LTD

2002-2005 Income Statements, Accrual Method
By Source of Payment (Third-Party Payor and Patient)

| | Revenues | 2002 [a] | 2003 [b] | 2004 [c] | 2005 [d] |
|---|---|---|---|---|---|
| | Amount Paid by Public and Private Third-Party Payors | | | | |
| [1] | Amount Paid for Drugs | $911,685 | $867,086 | $1,178,330 | $2,242,267 |
| [2] | Amount Paid for Services | $276,974 | $218,092 | $438,885 | $442,000 |
| [3] | Amount Paid for Oncology Demonstration Project | $0 | $0 | $0 | $18,231 |
| | Other Amounts Paid | $54,622 | $56,318 | $49,883 | $34,208 |
| | **Total Revenue from Third-Party Payors** | $1,243,281 | $1,141,497 | $1,667,098 | $2,736,707 |
| | Amount Designated as Due from Patients | | | | |
| | Gross Revenue Due from Patients | $227,692 | $53,565 | $188,763 | $123,550 |
| | Uncollected Patient Obligations | ($215,882) | ($36,470) | ($175,607) | ($102,184) |
| | **Total Net Revenue from Patients** | $11,810 | $17,095 | $13,156 | $21,366 |
| | **Total Net Revenue** | $1,255,091 | $1,158,592 | $1,680,254 | $2,758,073 |
| | **Costs and Expenses** | | | | |
| | OTN Drug Purchases | $730,014 | $842,302 | $989,301 | $1,947,768 |
| | Rebates and Discounts | ($12,681) | ($2,819) | ($20,204) | ($111,571) |
| [4] | Medical Supplies | $24,517 | $20,424 | $20,674 | $25,973 |
| | Office Supplies | $12,718 | $11,739 | $7,309 | $16,093 |
| | Payroll and Payroll Taxes excluding physician's salary | $164,975 | $148,574 | $136,246 | $233,976 |
| | Employee Health Insurance | $7,296 | $2,153 | $12,149 | $30,533 |
| | Rent | $38,354 | $58,425 | $76,073 | $68,588 |
| [5] | Other | $90,732 | $111,103 | $135,315 | $130,286 |
| | **Total Costs and Expenses** | $1,055,924 | $1,191,899 | $1,356,862 | $2,341,647 |
| | **Net Income (Including Physician's Salary)** | $199,166 | ($33,307) | $323,392 | $416,426 |

[1] EOB payments received from third-party payors for HCPCS J-Codes, Q0136, S5000, S5001, and S0023
[2] EOB payments for all Service-Related billing codes
[3] EOB payments received from third-party payors, including Medigap, for Oncology Demonstration Project Codes
[4] [a] Medical Supply expenses as recorded on Dr. Linda Haegele's QuickBooks accounts
[4] [b-d] Medical Supply expenses paid to specifically identified suppliers other than OTN as recorded on Dr. Linda Haegele's QuickBooks accounts plus OTN purchases of medical supplies
[5] Expenses categorized as advertising and promotion, amortization, automobile, bank fees, charity, depreciation, dues and licenses, entertainment, gifts, malpractice insurance, group and liability insurance, interest, legal, meetings and education, miscellaneous, outside services, patient relations, payroll service fees, postage, professional fees, refunds, repairs and maintenance, subscriptions and books, other taxes, telephone, travel, uniforms, utilities, and waste removal expenses per QuickBooks accounts
[d] Annualized based on data from the first three quarters of 2005

Source: Analysis of information derived from the Explanation of Benefits received by Dr. Linda Haegele's office, OTN sales data and Quickbooks data.

Defendants' Exhibit
**1225**
01-12257 - PBS