# Attachment H

# Physician Oncology: 2002-2005 Income Statements
## By Source of Revenue

**Exhibit 2**

Physician Oncology, LTD

2002-2005 Income Statements, Accrual Method

By Source of Revenue  (Drug Revenue versus Procedure Revenue)

| | | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| | | [a] | [b] | [c] | [d] |
| [1] | **Drug Revenue** | | | | |
| | Amount Paid by Third-Party Payors for Drugs | $911,685 | $867,086 | $1,178,330 | $2,242,267 |
| | Amount Due from Patients for Drugs less Medigap payments | $189,673 | $16,697 | $112,944 | $59,428 |
| [2] | Patient Obligation 'Write-Offs' of Drug Revenue | ($189,673) | ($16,697) | ($112,944) | ($59,428) |
| | Total Net Revenue from Drugs | $911,685 | $867,086 | $1,178,330 | $2,242,267 |
| | OTN Drug Purchases | $730,014 | $842,302 | $989,301 | $1,947,768 |
| | Rebates and Discounts | ($12,681) | ($2,819) | ($20,204) | ($111,571) |
| | Total Net Drug-Related Costs | $717,334 | $839,482 | $969,096 | $1,836,197 |
| | **Operating Profit from Drugs** | **$194,351** | **$27,604** | **$209,234** | **$406,070** |
| | Operating Margin from Drugs | 21.3% | 3.2% | 17.8% | 18.1% |
| [3] | **Service-Related, Oncology Demonstration Project, and Other Revenue** | | | | |
| | Amount Paid by Third-Party Payors for Services | $276,974 | $218,092 | $438,885 | $442,000 |
| | Amount Due from Patients for Services less Medigap payments | $35,441 | $29,903 | $73,689 | $62,300 |
| | Other Amounts Due from Patients less Medigap payments | $2,578 | $6,965 | $2,130 | $651 |
| | Amount Due from Patients for Demonstration Project less Medigap payments | $0 | $0 | $0 | $1,171 |
| | Amount Paid by Medicare for Demonstration Project | $0 | $0 | $0 | $18,231 |
| | Other Amounts Paid by Third-Party Payors | $54,622 | $56,318 | $49,883 | $34,208 |
| [4] | Patient Obligation 'Write-Offs' of Service-Related, Demonstration Project, and Other Revenue | ($26,210) | ($19,773) | ($62,663) | ($42,756) |
| | Total Net Service-Related, Oncology Demonstration Project, and Other Revenue | $343,406 | $291,505 | $501,924 | $515,805 |
| | **Expenses** | | | | |
| [5] | Medical Supplies | $24,517 | $20,424 | $20,674 | $25,973 |
| | Office Supplies | $12,718 | $11,739 | $7,309 | $16,093 |
| | Payroll and Payroll Taxes excluding physician's salary | $164,975 | $148,574 | $136,246 | $233,976 |
| | Employee Health Insurance | $7,296 | $2,153 | $12,149 | $30,533 |
| | Rent | $38,354 | $58,425 | $76,073 | $68,588 |
| [6] | Other | $90,732 | $111,103 | $135,315 | $130,286 |
| | Total Service-Related and Other Expenses | $338,591 | $352,417 | $387,766 | $505,449 |
| | **Operating Profit from Service-Related, Demonstration Project, and Other Revenue** | **$4,815** | **($60,911)** | **$114,158** | **$10,356** |
| | Operating Margin from Service-Related, Demonstration Project, and Other Revenue | 1.4% | -20.9% | 22.7% | 2.0% |
| | **Net Income (Including Physician's Salary)** | **$199,166** | **($33,307)** | **$323,392** | **$416,426** |
| | Total Operating Margin | 15.9% | -2.9% | 19.2% | 15.1% |

[1]  EOB revenue from HCPCS J-Codes, Q0136, S5000, S5001, and S0023

[2]  Amounts due from patients for Drugs less allocated amounts paid by patients and Medigap plans

[3]  EOB revenue from Service-Related, Oncology Demonstration Project, and Other billing codes

[4]  Amounts due from patients for Service-Related, Oncology Demonstration Project, and Other billing codes less allocated amounts paid by patients and Medigap plans

[5] [a]  Medical Supply expenses as recorded in Dr. Linda Haegele's QuickBooks accounts

[5] [b-d]  Medical Supply expenses paid to specifically identified suppliers other than OTN as recorded on Dr. Linda Haegele's QuickBooks accounts plus OTN purchases of medical supplies

[6]  Expenses categorized as advertising and promotion, amortization, automobile, bank fees, charity, depreciation, dues and licenses, entertainment, equipment rentals, gifts, malpractice insurance, group and liability insurance, interest, legal, meetings and education, miscellaneous, outside services, patient relations, payroll service fees, postage, professional fees, refunds, repairs and maintenance, subscriptions and books, other taxes, telephone, travel, uniforms, utilities, and waste removal expenses per QuickBooks accounts

[d]  Annualized based on data from the first three quarters of 2005

Source: Analysis of information derived from the Explanation of Benefits received by Dr. Linda Haegele's office, OTN sales data and Quickbooks data.

Defendants' Exhibit

**1226**

01-12257 - PBS