# Attachment I

# Physician Oncology: Medicare Drug Margins
# 2004-2005

**Exhibit 3**
Physician Oncology, LTD
Medicare Drug Margins, 2004 - 2005

**2004 - 2005 Summary**

| Drug Name | HCPCS Code | 2004 Net Cost per Billing Unit | 2004 Medicare Reimbursement Amount | 2004 Gross Margin (%)[1] | 2005 Net Cost per Billing Unit | 2005 Medicare Reimbursement Amount | 2005 Gross Margin (%)[1] | Change in Gross Margin % |
|---|---|---|---|---|---|---|---|---|
| Leucovorin calcium | J0640 | $1.18 | $2.85 | 58.5% | $2.09 | $1.21 | -72.6% | -131.2% |
| Darbepoetin alfa (Aranesp) | J0880 | $18.01 | $20.14 | 10.6% | $14.24 | $15.31 | 7.0% | -3.6% |
| Dexamethasone sodium phosphate | J1100 | $0.06 | $0.10 | 44.0% | $0.06 | $0.14 | 60.1% | 16.1% |
| Diphenhydramine HCl | J1200 | $0.98 | $1.36 | 27.8% | $0.99 | $0.55 | -80.0% | -107.9% |
| Dolasetron mesylate (Anzemet) | J1260 | $5.03 | $13.16 | 61.8% | $3.98 | $6.11 | 34.8% | -27.0% |
| Pamidronate disodium | J2430 | $71.15 | $225.99 | 68.5% | $51.98 | $54.48 | 4.6% | -63.9% |
| Pegfilgrastim (Neulasta) | J2505 | $2,259.24 | $2,382.13 | 5.2% | $1,929.62 | $2,160.23 | 10.7% | 5.5% |
| Zoledronic acid (Zometa) | J3487 | $189.20 | $184.81 | -2.4% | $187.94 | $188.78 | 0.4% | 2.8% |
| Normal saline solution | J7050 | $0.89 | $2.11 | 57.6% | $0.93 | $0.24 | -296.2% | -353.8% |
| Carboplatin | J9045 | $87.84 | $128.39 | 31.6% | $14.44 | $119.20 | 87.9% | 56.3% |
| Cyclophosphamide | J9070 | $2.11 | $4.87 | 56.8% | $1.81 | $1.81 | -0.1% | -56.8% |
| Docetaxel (Taxotere) | J9170 | $278.64 | $286.33 | 2.7% | $268.18 | $280.91 | 4.5% | 1.8% |
| Fluorouracil | J9190 | $1.85 | $1.76 | -5.1% | $1.81 | $1.76 | -3.1% | 1.9% |
| Methotrexate sodium | J9260 | $2.11 | $4.04 | 47.7% | $2.11 | $2.53 | 16.4% | -31.3% |
| Rituximab (RituXan) | J9310 | $430.02 | $416.46 | -3.3% | $437.38 | $433.12 | -1.0% | 2.3% |
| Trastuzumab (Herceptin) | J9355 | $50.50 | $49.41 | -2.2% | $52.21 | $50.34 | -3.7% | -1.5% |
| Vinorelbine tartrate | J9390 | $43.17 | $72.38 | 40.4% | $34.03 | $58.61 | 41.9% | 1.6% |
| Fluvestrant (Faslodex) | J9395 | $78.62 | $77.49 | -1.5% | $79.05 | $77.32 | -2.2% | -0.8% |
| Epoetin alfa (Procrit) | Q0136 | $8.61 | $11.04 | 22.0% | $11.10 | $9.32 | -19.2% | -41.2% |

1: Gross Margin (%) equals Reimbursement Amount minus Net Cost per Billing Unit divided by Reimbursement Amount.
2: Excludes losses on refunds for returned Epoetin alfa in 2005

Source: Summary of information from the Explanation of Benefits received by Dr. Linda Haegele's office.

Defendants' Exhibit
**1227**
01-12257 - PBS