# DX 2757 Referenced in Pearson Trial Decl.

ORTHO BIOTECH. INC.,
ROUTE 202 SOUTH
RARITAN, NJ 08869-0670

**STATGRAM®**

MARCH 22, 1994

070

DENNIS CLEARY
ORTHO BIOTECH INC
ROUTE 202 SOUTH
RARITAN, NJ 08869-0670

ACT NOW ON OUR EXTENDED REBATES!

DEAR DOCTOR CLEARY:

ORTHO BIOTECH INC. IS COMMITTED TO OFFERING PURCHASING
PHYSICIANS VALUABLE SAVINGS ON PROCRIT* (EPOETIN ALFA).†
YOU CAN SAVE UP TO 12% ON 10,000-unit/mL VIALS OF
PROCRIT PURCHASED BETWEEN APRIL 1, 1994, AND JUNE 30,
1994.

PURCHASE 6-VIAL BOXES OF PROCRIT 10,000-units/mL AND
RECEIVE A REBATE OF 10%. OBTAIN AN ADDITIONAL 2% REBATE
BY PURCHASING OUR SPACE-SAVING 25-VIAL PACKS DURING
THIS PERIOD FOR A TOTAL REBATE OF 12%! EXTENDED REBATES
ON 10,000-unit/mL VIALS OF PROCRIT, AS WELL AS REBATES
ON THE OTHER STRENGTHS, ARE AS FOLLOWS:

| STRENGTH | 6-VIAL BOX REBATE‡ (%) | 25-VIAL PACK REBATE‡ (%) |
|---|---|---|
| 10000 units/mL | $57.00 (10%) | $285.00 (12%) |
| 4000 units/mL | 19.20 (8%) | 80.00 (8%) |
| 3000 units/mL | 9.00 (5%) | 37.50 (5%) |
| 2000 units/mL | 6.00 (5%) | 25.00 (5%) |

THESE REBATES REPRESENT DISCOUNTS ON PROCRIT FOR MEDI-
CARE, MEDICAID, AND CERTAIN OTHER THIRD-PARTY HEALTH-
CARE PROGRAMS AND AS SUCH SHOULD BE PROPERLY DISCLOSED
AND REFLECTED WHEN MAKING CLAIMS.

FOR YOUR CONVENIENCE, ORTHO BIOTECH IS WORKING WITH
PHARMACEUTICAL SUPPLIERS TO SET UP A SYSTEM ENABLING
THEM TO PREDISCOUNT OUR REBATES. WHEN ORDERING PROCRIT,
BE SURE TO INQUIRE ABOUT THIS TIMESAVING ARRANGEMENT.
IF YOUR SUPPLIER PARTICIPATES, THEY CAN DEDUCT THE
REBATES FROM THE PRICE OF PROCRIT, AND YOU NEED NOT
SUBMIT CLAIMS.

DEFENDANT'S EXHIBIT 2757