DX 2758 Referenced in Pearson Trial Decl.



DEFENDANT'S
EXHIBIT
2758

PENGAD 800-631-6989

## Order PROCRIT and Continue to Receive an 8% Rebate

All physician practices that purchase PROCRIT, a recombinant human erythropoietin, between January 4, 1993, and July 2, 1993, will continue to receive an 8% rebate.

**To Receive Your PROCRIT Rebate...**
Contact your pharmaceutical supplier or Ortho Biotech Customer Service at 1-800-325-7504. Send your invoices to: MarketChek Inc., 41 East 42nd Street, Suite 1522, New York, NY 10017.

In these and any other matters, your Ortho Biotech Product Specialist is always available for consultation.

| Strength | Rebate/ vial | Rebate/ six-vial box |
|----------|--------------|----------------------|
| 2000 units/mL | $1.60 | $9.60 |
| 3000 units/mL | 2.40 | 14.40 |
| 4000 units/mL | 3.20 | 19.20 |
| 10,000 units/mL | 7.60 | 45.60 |

Rebates based on Net Cost to Distributors.

Manufactured by: Amgen Inc.
Thousand Oaks, California 91320-1789
Distributed by: Ortho Biotech Inc.
Raritan, New Jersey 08869-0606
*Registered trademark of the distributor.

PURCHASING PHYSICIAN

### Order Now to Receive Your Special Rebate

| Strength | Current NDC Number/ Upcoming NDC Number[1] | Rebate/ vial | Rebate/ six-vial box[2] |
|---|---|---|---|
| 10,000 units/mL | 0062-7401-03/ 59676-310-02 01 | $9.50 | $57.00 |
| 4000 units/mL | 0062-7400-03/ 59676-304-02 01 | 3.20 | 19.20 |
| 3000 units/mL | 0062-7405-03/ 59676-303-02 01 | 2.40 | 14.40 |
| 2000 units/mL | 0062-7402-03/ 59676-302-02 01 | 1.60 | 9.60 |

[1] New NDC numbers will be phased in by year-end 1993.
[2] Rebates based on net cost to distributors.

### Save With Our New 25-vial Boxes

| Strength | Current NDC Number/ Upcoming NDC Number[3] | Rebate/ vial[4] | Rebate/ 25-vial box[5] |
|---|---|---|---|
| 10,000 units/mL | 0062-7401-04/ 59676-310-01 01 | $11.40 | $285.00 |
| 4000 units/mL | 0062-7400-04/ 59676-304-01 02 | 3.20 | 80.00 |
| 3000 units/mL | 0062-7405-03/ 59676-303-01 02 | 2.40 | 60.00 |
| 2000 units/mL | 59676-302-01 02 | N/A[5] | N/A[5] |

[3] New NDC numbers will be phased in by year-end 1993.
[4] Rebates based on net cost to distributors.
[5] The 2000-unit/mL strength will be available in 25-vial boxes by October 1, 1993. The rebate will be $1.60/vial, $40/25-vial box.

This rebate represents a discount on PROCRIT for Medicare, Medicaid, and certain other third-party healthcare programs and as such should be properly disclosed and reflected when making claims.

### To Receive Your PROCRIT Rebate...

Send your invoices to: MarketChek Inc, 41 East 42nd Street, Suite 1522, New York, NY 10017.[*] To order PROCRIT, contact your pharmaceutical supplier.

Your Ortho Biotech Product Specialist is always available for consultation.

[*] Invoices must be dated between January 1, 1993, and December 31, 1993, and must be received by March 31, 1994.



# PROCRIT™
## EPOETIN ALFA

Manufactured by: Amgen Inc. Thousand Oaks, California 91320-1789
Distributed by: Ortho Biotech Inc. Raritan, New Jersey 08869-0670
*Registered trademark of the distributor.