# DX 2866 Referenced in Pearson Trial Decl.



THE ORTHO BIOTECH INC.

# Oncology Sales Franchise

DIDACTIC "LISTEN"

SIMULATION "LOOK"

APPLICATION "LEARN"

**SALES TRAINING PROCESS**

DEFENDANT'S EXHIBIT 2866
ORTHO 01315977
Confidential - Attorneys Only



Dear Oncology Product Specialist:

Welcome aboard! On behalf of Ortho Biotech Inc. (OBI), we are delighted to have you join our Oncology Sales Franchise. You have joined a group of highly skilled and trained personnel, both in the field and home office, who are dedicated to providing unique biopharmaceutical-derived products for improving the lives of cancer patients. With your help, OBI will continue to be a leader in providing medically necessary products to healthcare providers and patients.

As we face the demanding challenges and exciting opportunities that lie ahead, the Sales Training process will serve as a catalyst for your success and development. To further support you, our culture and environment are conducive to helping you succeed in attaining your personal and professional goals.

The information inside this brochure provides you with an understanding of the Sales Training process and depicts what you will experience. This process has been crafted with your needs in mind; therefore, we welcome and expect your feedback to help us to continually meet your needs.

Enjoy your initial training! We trust that you'll find it challenging, rewarding, and fun.

Your Sales Training Team



ORTHO 01315978
Confidential - Attorneys Only

# An Overview of t

Our mission is to provide you with world-class Sales Training through the practical application of medical and business knowledge. This foundation will establish you as a clinically astute, strategic thinker who is customer-focused and able to increase sales by creating appropriate product demand.

Our Oncology Sales Training program is comprehensive and utilizes computer-based CD-ROM independent home study, didactic classroom lectures, simulations, one-on-one role-plays, video role-plays, assessments, and field observation to build the skills you need to become a confident and successful Product Specialist. Our philosophy is built upon the interaction of these elements, during which the following statements will become clear to you:



## Phase I: Weeks 1 through 4

During Weeks 1 and 2, you will independently navigate through sections of the interactive PROCRIT® CD-ROM Oncology Fellowship, a simulation of the 4 years a doctor spends in training. The first year, *Introduction to the Human Body*, includes Human Body Basics, General Anatomy and Physiology, and Clinical Pharmacology. The second year, *Introduction to PROCRIT® (Epoetin alfa)*, covers Introduction to Recombinant Human Erythropoietin, Hematopoiesis, and PROCRIT. The third year, *Introduction to Oncology*, encompasses Basic Oncology, Cancer Therapies, Fatigue in Cancer Patients, and Pain Management.

Weeks 3 and 4 will be spent in **Introduction to Oncology School,** where you will receive a clinical foundation in General Oncology and PROCRIT, facilitated by experienced Product Specialists, Sales, Marketing, and Clinical, as well as our Customers. This dynamic portion of your training includes sessions ranging from Biotechnology, PROCRIT, Diagnosis of Anemia, The Anemia/Fatigue Link, Introduction to Oncology, The Anemia of Cancer, Introduction to Selling Skills, Clinical Resources, Chemotherapy Review, and Customer Review, among others.

ORTHO 01315979
Confidential - Attorneys Only

# he Oncology Sales

## Didactic

**"Just tell me and I may forget,"** where classroom lectures set the stage for further learning.

## Simulation

**"Show me and I remember,"** where demonstrations and simulations of the field experience prepare you for your next steps.

## Application

**"Involve me and I understand,"** where classroom role-plays and real-world field-based experience allow you to understand your business and your customers, because we believe the best way to acquire skills is by practicing them.

## Phase II: Weeks 5 through 8

During Weeks 5 and 6, you will independently navigate through Year 4 of the interactive PROCRIT® CD-ROM Oncology Fellowship. Year 4, *Individual Tumor Types*, covers Breast Cancer, Lung Cancer, Gynecologic Cancer, and Hematologic Malignancies.

Weeks 7 and 8 bring you back into the classroom for **Intermediate Oncology School,** during which you will gain an in-depth understanding of cancer and pain by studying specific tumor types. You will find yourself in role-plays and workshops focused to enhance the learning process of Breast, Lung, and Gynecologic Cancer and Hematologic Malignancies. In addition, our clinical data, Duragesic®, and Cancer Awareness will be discussed. You will attend a patient- and cancer-focused Preceptorship at a local Hospital and/or Oncology Clinic where you will make rounds with physicians for a day, observing and learning about cancer and patient care.

ORTHO 01315980
Confidential - Attorneys Only

# Training Process

All the components of your initial training will take place during the 12-week, three-phase process outlined below. However, after your initial training is completed, be assured that we will continually update your skills through follow-up training sessions and workshops, bulletins, CD-ROM programs, and a variety of other tools.





## Phase III: Weeks 9 through 12

During Weeks 9 and 10 you will be in the field, observing and making customer calls, in-service presentations, and spending a day with a Reimbursement Facilitator. You will be encouraged to make some calls on your own, meet your customers, and get to know your business.

In Weeks 11 and 12 you will return to OBI for **Business Application School,** where you will integrate the technical and product knowledge you now have with day-to-day business strategies and operations through sessions such as Data Analysis, Territory Management, Business Planning, Reimbursement, Selling Skills, Physician Access, Patient Advocacy, Call Planning, Performance Management, Standards of Leadership, and more.

ORTHO 01315981
Confidential - Attorneys Only



ORTHO BIOTECH

© Ortho Biotech Inc. 1998   Printed in U.S.A.   5/98   26570

ORTHO 01315982
Confidential - Attorneys Only