**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )))))) | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS )))))) | Chief Magistrate Judge Marianne B. Bowler <br><br> **ORAL ARGUMENT REQUESTED** |

**TRACK 1 DEFENDANTS' EMERGENCY MOTION TO AUTHORIZE SUBPOENAS FOR CERTAIN FORMER GOVERNMENT EMPLOYEES**

The Track 1 Defendants respectfully move this Court to authorize the subpoenas of Ms. Nancy-Ann Min DeParle, Mr. Thomas A. Scully, Mr. Stanley Weintraub, and Mr. Christopher Jennings.  For the reasons set forth in the accompanying Memorandum in Support of this Emergency Motion, the Track 1 Defendants respectfully request that the Motion be GRANTED, and that Defendants be charged to take steps necessary and appropriate to secure the testimony at a date and time convenient for the Court.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Schering and Warrick respectfully request that oral argument be heard on this motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR. 7.1, Schering and Warrick respectfully request that oral argument be heard on this motion.

        Respectfully Submitted,

        THE TRACK 1 DEFENDANTS

        <u>/s/ Eric P. Christofferson</u>
        John T. Montgomery (BBO#352220)
        Steven A. Kaufman (BBO#262230)
        Eric P. Christofferson (BBO#654087)
        Ropes & Gray LLP
        One International Place
        Boston, Massachusetts 02110-2624
        (617) 951-7000

        *Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated: November 17, 2006

## CERTIFICATE OF COMPLIANCE WITH LR. 7.1

     I hereby certify that counsel for Schering attempted to confer with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues set forth herein. Although counsel for Plaintiffs said he would consider Schering's motion, he, as of this filing, has not responded to inquiries by counsel for Schering.

                                        /s/ Eric P. Christofferson_____
                                        Eric P. Christofferson

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                          /s/ Eric P. Christofferson_____
                                        Eric P. Christofferson