# Exhibit B

**Exhibit B**

## Summary of Generic Entry

| | | \multicolumn{10}{c}{Generic Equivalents} |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | 8th | 9th | 10th |
| **Blenoxane** | Company | Pharmacia/ Pfizer | Mayne | Sicor | Bedford | | | | | | |
| | Launch Date | Jul-96 | Apr-00 | Aug-00 | Mar-03 | | | | | | |
| **Cytoxan** | Company | *Neosar* Pharmacia | Wyeth | Baxter | | | | | | | |
| | Launch Date | Nov-83 | Apr-88 | Jun-04 | | | | | | | |
| **Cytoxan Tablet** | Company | Roxane | | | | | | | | | |
| | Launch Date | Apr-00 | | | | | | | | | |
| **Etopophos*** | Company | | | | | | | | | | |
| | Launch Date | | | | | | | | | | |
| **Paraplatin** | Company | Sicor | Bedford | BMS | American Pharma | Mayne | Baxter | Pliva | Cura Pharma | | |
| | Launch Date | Jul-04 | Oct-04 | Oct-04 | Oct-04 | Oct-04 | Nov-04 | Mar-05 | Aug-05 | | |
| **Rubex *** | Company | Bedford | *Rubex* BMS** | Unknown | Astrazeneca | Pharmacia | Sicor | American Pharma | Private Label | Baxter | |
| | Launch Date | Apr-89 | May-89 | Oct-89 | Jul-90 | Apr-91 | Oct-95 | Feb-96 | Aug-99 | Jan-01 | |
| **Taxol** | Company | *Onxol* Ivax | Mylan | Bedford | Mayne | | | | | | |
| | Launch Date | Nov-00 | Aug-01 | Sep-01 | May-02 | | | | | | |
| **VePesid*** | Company | Sicor | *Toposar* Pharmacia/ Pfizer | Bedford | Hospira | Astrazeneca | Supergen | Watson | Marsam Pharma | American Pharma | Baxter |
| | Launch Date | Feb-94 | May-95 | Nov-95 | Mar-96 | Apr-96 | Jul-96 | Dec-96 | Aug-98 | Apr-00 | Dec-00 |
| **VePesid Capsule** | Company | Mylan | Unit Dose Lab | | | | | | | | |
| | Launch Date | Nov-01 | Nov-01 | | | | | | | | |

Sources: IMS sales data

Notes:
  * Etopophos, which did not face generic competition, and injectable etoposide are reimbursed under the same J-codes (J9181 and J9182).
  ** Rubex is a branded generic version of Pharmacia's Adriamycin, which was originally approved in 1974. Rubex was marketed by Immunex Corporation in 1992 and 1993 and by BMS thereafter.

Defendants' Exhibit
2637
01-12257 - PBS