# Exhibit D

Exhibit D

## Summary of BMS/OTN Revenue by Product ($): Excluding Sales to Federal Entities

| | Blenoxane | | | Cytoxan | | | Cytoxan Tablets | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference |
| 1993 | 45,649,907 | 45,127,588 | 1.1% | 23,323,646 | 13,891,770 | 40.4% | 24,354,908 | 24,243,304 | 0.5% |
| 1994 | 41,557,375 | 40,875,515 | 1.6% | 20,914,245 | 11,293,622 | 46.0% | 23,070,580 | 22,874,497 | 0.8% |
| 1995 | 45,750,245 | 44,811,781 | 2.1% | 23,571,339 | 11,727,970 | 50.2% | 22,588,032 | 22,358,423 | 1.0% |
| 1996 | 42,652,817 | 39,425,588 | 7.6% | 27,364,448 | 10,408,092 | 62.0% | 22,226,199 | 22,029,072 | 0.9% |
| 1997 | 35,675,239 | 26,336,077 | 26.2% | 30,938,939 | 8,943,304 | 71.1% | 23,092,640 | 22,981,000 | 0.5% |
| 1998 | 33,481,876 | 22,131,643 | 33.9% | 33,641,545 | 8,521,767 | 74.7% | 23,926,111 | 23,867,517 | 0.2% |
| 1999 | 40,399,464 | 25,575,568 | 36.7% | 32,935,016 | 7,199,066 | 78.1% | 27,254,324 | 26,669,719 | 2.1% |
| 2000 | 32,219,613 | 17,639,189 | 45.3% | 31,602,670 | 8,138,379 | 74.2% | 16,191,453 | 16,089,254 | 0.6% |
| 2001 | 20,477,892 | 8,955,787 | 56.3% | 32,797,864 | 7,584,564 | 76.9% | 15,920,285 | 15,799,834 | 0.8% |
| 2002 | 12,362,130 | 5,167,872 | 58.2% | 32,076,855 | 8,646,890 | 73.0% | 12,146,395 | 11,182,484 | 7.9% |

| | Etopophos | | | Paraplatin | | | Rubex | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference |
| 1993 | | | | 134,780,346 | 135,034,042 | -0.2% | | | |
| 1994 | | | | 129,734,595 | 127,782,491 | 1.5% | 1,352,745 | 574,778 | 57.5% |
| 1995 | | | | 183,911,409 | 180,224,939 | 2.0% | 2,827,575 | 1,067,300 | 62.3% |
| 1996 | 751,975 | 745,282 | 0.9% | 248,614,036 | 242,839,711 | 2.3% | 3,183,541 | 1,254,238 | 60.6% |
| 1997 | 2,911,769 | 2,867,762 | 1.5% | 321,743,013 | 313,395,824 | 2.6% | 2,055,705 | 746,156 | 63.7% |
| 1998 | 2,483,644 | 2,444,214 | 1.6% | 405,370,089 | 393,625,027 | 2.9% | 1,654,316 | 407,957 | 75.3% |
| 1999 | 2,478,877 | 2,446,001 | 1.3% | 472,431,951 | 456,540,612 | 3.4% | 1,305,754 | 437,455 | 66.5% |
| 2000 | 2,014,603 | 1,991,646 | 1.1% | 576,715,936 | 558,462,524 | 3.2% | 896,790 | 188,876 | 78.9% |
| 2001 | 1,582,703 | 1,566,867 | 1.0% | 598,658,788 | 573,344,734 | 4.2% | 1,295,815 | 494,454 | 61.8% |
| 2002 | 1,656,094 | 1,639,828 | 1.0% | 567,453,557 | 523,059,913 | 7.8% | 678,666 | 43,404 | 93.6% |

| | Taxol | | | VePesid | | | VePesid Capsules | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference |
| 1993 | 154,003,864 | 153,426,601 | 0.4% | 194,188,034 | 192,236,173 | 1.0% | 19,433,818 | 19,330,827 | 0.5% |
| 1994 | 257,442,226 | 255,360,810 | 0.8% | 129,368,670 | 104,896,770 | 18.9% | 26,764,087 | 26,622,780 | 0.5% |
| 1995 | 412,437,524 | 407,274,859 | 1.3% | 126,409,213 | 80,297,929 | 36.5% | 25,927,753 | 25,612,706 | 1.2% |
| 1996 | 544,170,282 | 535,719,066 | 1.6% | 111,701,982 | 34,997,849 | 68.7% | 24,652,321 | 24,334,034 | 1.3% |
| 1997 | 625,731,613 | 615,228,376 | 1.7% | 93,547,361 | 13,060,163 | 86.0% | 22,610,894 | 22,504,345 | 0.5% |
| 1998 | 798,565,501 | 779,934,092 | 2.3% | 80,181,765 | 5,806,985 | 92.8% | 27,971,635 | 27,763,111 | 0.7% |
| 1999 | 950,258,251 | 923,660,544 | 2.8% | 81,174,863 | 5,868,830 | 92.8% | 26,406,692 | 25,743,112 | 2.5% |
| 2000 | 1,012,718,533 | 976,658,362 | 3.6% | 80,104,814 | 10,080,031 | 87.4% | 29,491,105 | 29,072,752 | 1.4% |
| 2001 | 623,495,180 | 552,233,481 | 11.4% | 62,913,204 | 1,416,522 | 97.7% | 22,887,712 | 22,592,211 | 1.3% |
| 2002 | 220,367,001 | 33,228,020 | 84.9% | 47,154,659 | 1,316,996 | 97.2% | 12,005,950 | 11,829,980 | 1.5% |

Sources:

- BMS invoice data from SHARP: DirectSales_IncludingPHS.txt
  Pre1997-Direct.txt
- OTN invoice data:
  - OTN Blenoxane.txt        OTN Blenoxane_Pre1997.txt
  - OTN Cytoxan.txt          OTN Cytoxan_Pre1997.txt
  - OTN Etopophos.txt        OTN Etopophos_Pre1997.txt
  - OTN Paraplatin.txt       OTN Paraplatin_Pre1997.txt
  - OTN Rubex.txt            OTN Rubex_Pre1997.txt
  - OTN Taxol.txt            OTN Taxol_Pre1997.txt
  - OTN Vepesid.txt          OTN Vepesid_Pre1997.txt
- BMS chargeback data: Chargebacks_IncludingPHS.txt
  Pre1997-Indirect.txt
- Wholesale List Price: PricingRevised.xls
  buspar_rubex.xls
- Rebate data: sappmnts with filenames.xls

Notes:

- Revenue at WLP represents total units sold multiplied by WLP
- Net Revenue is Gross Revenues net of chargebacks and rebates
- Difference, Revenue at WLP less Net, represents price concessions
- See Exhibit C for an explanation of the underlying calculations
- Shaded figures indicate full years in which the drug was patent protected
- Sales, chargebacks, and rebates to federal government customers are excluded

Defendants' Exhibit
2523
01-12257 - PBS