# Exhibit E

Exhibit E

## BMS/OTN Price Dispersion: Excluding Sales to Federal Entities

% of Net Revenue at Net Transaction Prices

**Blenoxane**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | | 0.0% | 0.0% | 0.1% | 1.3% | 3.3% | 32.7% | 70.4% | 69.2% | 6.4% | 0.0% | 16.6% |
| 50 - <75% of WLP | 0.5% | 1.2% | 1.5% | 5.8% | 61.3% | 80.2% | 79.0% | 57.9% | 22.7% | 24.5% | 25.8% | 2.2% | 63.3% |
| 75 - <90% of WLP | 0.0% | | | 13.8% | 21.2% | 8.6% | 2.7% | 1.1% | 0.6% | 0.0% | 5.0% | 3.2% | 7.9% |
| 90 - <95% of WLP | 0.9% | 0.0% | 2.7% | 14.3% | 2.1% | 0.2% | | | | | 2.8% | 4.3% | 0.6% |
| >95% of WLP | 98.6% | 98.8% | 95.9% | 66.1% | 15.3% | 9.8% | 15.0% | 8.3% | 6.3% | 6.3% | 59.9% | 90.4% | 11.6% |

**Cytoxan**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 18.7% | 48.9% | 53.0% | 66.0% | 82.3% | 86.1% | 93.8% | 78.9% | 93.4% | 70.8% | 60.5% | | 60.5% |
| 50 - <75% of WLP | 14.7% | 10.9% | 4.8% | 2.1% | 1.3% | 0.9% | 0.2% | 0.0% | -0.1% | 0.0% | 5.4% | | 5.4% |
| 75 - <90% of WLP | 1.0% | 0.7% | 0.7% | 0.1% | 0.0% | 0.0% | 0.0% | | -0.3% | | 0.4% | | 0.4% |
| 90 - <95% of WLP | 0.3% | 0.0% | 0.0% | 0.0% | 0.0% | | 0.0% | | | | 0.1% | | 0.1% |
| >95% of WLP | 65.4% | 39.5% | 41.5% | 31.8% | 16.4% | 13.0% | 6.0% | 21.1% | 6.9% | 29.1% | 33.7% | | 33.7% |

**Cytoxan Tablets**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | 0.0% | 0.0% | 0.0% | | 0.0% | 0.0% | 0.0% |
| 50 - <75% of WLP | 0.2% | 0.8% | 0.9% | 0.7% | 0.0% | 0.0% | 0.0% | 0.2% | 2.1% | 24.6% | 1.8% | 0.4% | 7.2% |
| 75 - <90% of WLP | 0.0% | 0.0% | 0.0% | 0.1% | | 0.1% | 0.0% | 0.0% | | 0.1% | 0.1% | 0.0% | 0.0% |
| 90 - <95% of WLP | 0.0% | 0.0% | 2.1% | 0.0% | 0.1% | 0.1% | 26.8% | 9.2% | | 0.0% | 4.4% | 4.7% | 3.4% |
| >95% of WLP | 99.7% | 99.2% | 96.9% | 99.2% | 99.9% | 99.8% | 73.1% | 90.6% | 97.9% | 75.4% | 93.8% | 94.9% | 89.3% |

**Etopophos**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | | | | | |
| 50 - <75% of WLP | | | | | 0.0% | | | | | | 0.0% | 0.0% | |
| 75 - <90% of WLP | | | | 0.1% | | | | | | | 0.0% | 0.0% | |
| 90 - <95% of WLP | | | | | | | | | | | | | |
| >95% of WLP | | | | 99.9% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | |

**Paraplatin**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 0.0% | | 0.0% | 0.0% | 0.0% | | 0.0% | 0.0% | 0.0% | 0.0% | |
| 50 - <75% of WLP | 0.1% | 0.5% | 0.6% | 0.5% | 0.0% | 0.1% | 0.1% | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% | |
| 75 - <90% of WLP | 0.1% | 0.0% | 0.0% | 0.2% | 0.2% | 0.0% | 0.0% | | 0.2% | 11.3% | 1.8% | 1.8% | |
| 90 - <95% of WLP | 1.3% | 0.0% | 4.0% | 3.4% | 5.5% | 1.4% | 1.6% | 2.0% | 5.2% | 5.3% | 3.3% | 3.3% | |
| >95% of WLP | 98.5% | 99.5% | 95.3% | 95.9% | 94.3% | 98.5% | 98.3% | 97.9% | 94.5% | 83.3% | 94.7% | 94.7% | |

**Rubex**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | 54.9% | 73.3% | 60.0% | 57.4% | 92.8% | 51.6% | 84.0% | 37.9% | 100.0% | 63.2% | | 63.2% |
| 50 - <75% of WLP | | 0.9% | 0.5% | | | | | | | | 0.2% | | 0.2% |
| 75 - <90% of WLP | | | | | | | | | | | | | |
| 90 - <95% of WLP | | | | | | | | | | | | | |
| >95% of WLP | | 44.1% | 26.2% | 40.0% | 42.6% | 7.2% | 48.4% | 16.0% | 62.1% | 0.0% | 36.6% | | 36.6% |

Defendants' Exhibit
2524
01-12257 - PBS

Exhibit E

## BMS/OTN Price Dispersion: Excluding Sales to Federal Entities
### % of Net Revenue at Net Transaction Prices

**Taxol**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | | 0.0% | 0.0% | 0.0% | | 0.0% | | 0.0% | 46.7% | 1.3% | 0.0% | 10.0% |
| 50 - <75% of WLP | 0.0% | 0.0% | | | | 0.0% | | | 6.0% | 24.4% | 1.3% | 0.0% | 9.9% |
| 75 - <90% of WLP | 0.1% | 0.2% | 0.3% | 0.8% | 0.0% | 0.1% | 0.2% | 0.0% | 25.6% | 28.3% | 3.6% | 0.2% | 26.2% |
| 90 - <95% of WLP | 0.0% | 0.0% | | | 0.0% | | | 4.6% | 27.2% | 0.1% | 3.7% | 1.0% | 21.4% |
| >95% of WLP | 99.8% | 99.8% | 99.7% | 99.2% | 100.0% | 99.9% | 99.8% | 95.3% | 41.2% | 0.5% | 90.1% | 98.8% | 32.5% |

**VePesid**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 11.2% | 72.6% | 78.5% | 80.1% | 85.6% | 45.0% | 80.0% | 88.9% | 15.3% | 0.0% | 43.1% |
| 50 - <75% of WLP | 0.2% | 30.9% | 63.7% | 7.4% | 1.7% | 0.4% | 0.3% | 0.0% | 0.0% | 0.1% | 18.7% | 10.9% | 32.7% |
| 75 - <90% of WLP | 2.5% | 37.8% | 8.4% | 1.3% | 0.0% | -0.7% | -0.4% | -0.4% | -0.5% | 0.1% | 11.1% | 14.9% | 4.3% |
| 90 - <95% of WLP | 1.0% | 2.1% | 1.2% | 0.1% | 0.2% | 0.3% | | 0.1% | | | 1.1% | 1.4% | 0.6% |
| >95% of WLP | 96.3% | 29.3% | 15.5% | 18.5% | 19.6% | 19.9% | 14.5% | 55.3% | 20.5% | 11.0% | 53.8% | 72.8% | 19.2% |

**VePesid Capsules**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | 0.0% | | 0.1% | 0.0% | 0.0% | 0.1% |
| 50 - <75% of WLP | 0.6% | 0.9% | 0.8% | 1.1% | 0.0% | 0.1% | 0.1% | 0.0% | 0.0% | 0.7% | 0.4% | 0.4% | 0.7% |
| 75 - <90% of WLP | | 0.5% | 1.4% | 0.6% | 0.0% | 0.3% | 0.2% | 0.1% | 0.0% | 0.0% | 0.3% | 0.3% | 0.0% |
| 90 - <95% of WLP | 0.1% | 0.0% | 0.3% | 0.8% | 0.3% | 0.2% | 13.6% | 20.7% | 0.3% | 7.2% | 4.6% | 4.5% | 7.2% |
| >95% of WLP | 99.3% | 98.6% | 97.5% | 97.5% | 99.7% | 99.5% | 86.1% | 79.2% | 99.7% | 92.0% | 94.6% | 94.8% | 92.0% |

**All Products**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.8% | 1.0% | 2.1% | 3.7% | 1.9% | 1.2% | 1.0% | 1.0% | 1.5% | 11.4% | 2.2% | 0.0% | 19.9% |
| 50 - <75% of WLP | 0.7% | 6.0% | 7.0% | 0.8% | 1.6% | 1.4% | 1.4% | 0.6% | 3.0% | 5.6% | 2.4% | 0.5% | 17.5% |
| 75 - <90% of WLP | 0.9% | 6.8% | 1.1% | 1.2% | 0.6% | 0.2% | 0.1% | 0.0% | 12.0% | 14.1% | 3.2% | 1.4% | 17.5% |
| 90 - <95% of WLP | 0.7% | 0.4% | 1.3% | 1.5% | 1.8% | 0.5% | 1.2% | 4.0% | 15.2% | 4.1% | 3.4% | 2.1% | 13.6% |
| >95% of WLP | 96.9% | 85.8% | 88.6% | 92.7% | 94.1% | 96.7% | 96.3% | 94.3% | 68.3% | 64.8% | 88.8% | 96.0% | 31.5% |

Sources:
- BMS invoice data from SHARP: DirectSales_IncludingPHS.txt
  Pre1997-Direct.txt
- OTN invoice data:
  - OTN Blenoxane.txt  OTN Blenoxane_Pre1997.txt
  - OTN Cytoxan.txt  OTN Cytoxan_Pre1997.txt
  - OTN Etopophos.txt  OTN Etopophos_Pre1997.txt
  - OTN Paraplatin.txt  OTN Paraplatin_Pre1997.txt
  - OTN Rubex.txt  OTN Rubex_Pre1997.txt
  - OTN Taxol.txt  OTN Taxol_Pre1997.txt
  - OTN Vepesid.txt  OTN Vepesid_Pre1997.txt
- BMS chargeback data: Chargebacks_IncludingPHS.txt
  Pre1997-Indirect.txt
- Wholesale List Price: PricingRevised.xls
  buspar_rubex.xls

Notes:
- Post-generic shares are calculated from years in which a generic was available for the entire year
- See Exhibit C for an explanation of the underlying price calculations and the shares shown above
- Transactions to federal government customers are excluded