# Exhibit F

**Exhibit F-1**

**Taxol Prices with Revenue Shares**
**(NDC 00015345620, NDC 00015347527, NDC 00015347530)**



Sources:
See Exhibit C for explanation of data and underlying calculations

Defendants' Exhibit
**2633**
01-12257 - PBS

**Exhibit F-2**

**Vepesid Prices with Revenue Shares
(NDC 00015306120)**



Defendants' Exhibit

**2634**

01-12257 - PBS

Sources:
See Exhibit C for explanation of data and underlying calculations



**Exhibit F-3**

**Cytoxan Prices with Revenue Shares
(NDC 00015054841)**

Sources:
See Exhibit C for explanation of data and underlying calculations

Defendants' Exhibit
**2635**
01-12257 - PBS



Exhibit F-4

**Rubex Prices with Revenue Shares**
**(NDC 00015335222)**

Total Revenues ($)

| | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|
| | 210,737 | 691,416 | 907,369 | 611,575 | 321,215 | 342,016 | 137,051 | 298,328 | 110,780 |

— Avg Price w/in 5% of WLP  — Avg Price All Other Transactions  —✕— WLP  — Hartman ASP

Sources:
See Exhibit C for explanation of data and underlying calculations

Defendants' Exhibit
**2636**
01-12257 - PBS