# Exhibit G

Exhibit G-1



Sources:
See Exhibit C for explanation of data and underlying calculations

(Note: From 1997-2002, NDC 00015301020 represented 77% of Total Blenoxane Net Revenue)

Defendants' Exhibit
**2638**
01-12257 - PBS

**Exhibit G-2**



Sources:
See Exhibit C for explanation of data and underlying calculations

(Note: From 1997-2002, NDC 00015321430 represented 26% of Total Paraplatin Net Revenue)

Defendants' Exhibit
2639
01-12257 - PBS