# Exhibits Referenced in the Declaration of Debra Kane

# Part 2

SCHERING CORPORATION

GALLOPING HILL ROAD KENILWORTH, N. J. 07033

CABLES: SCHERING KENILWORTH
TELEX: 138316
138280
TELEPHONE: (908) 298-4000

November 16, 1998

RECEIVED
NOV 17 1998
TRADE FINANCIAL SERVICES

Edward S. Curran Jr., R.Ph.
Vice President, Pharmaceutical Relations
Aetna Pharmacy Management
400-1 Totten Pond Road
Waltham, MA 02154

Dear Mr. Curran:

Enclosed is your copy of the countersigned original of the Addendum to Agreement #SR4960055 between Aetna Pharmacy Management and Schering Corporation.

Thank you for your support of the Schering/Key product line. We look forward to a continued mutually beneficial relationship with Aetna Pharmacy Management.

Sincerely,

John Cheslock
Contracts and Pricing

c:Cathy Moriarty

Defendants' Exhibit
2902
01-12257 - PBS

EXHIBIT A-1 — HMO.

For the designated contract period, Company agrees to reimburse Aetna Pharmacy Management in accordance with this Agreement, based on actual dispensing of Company Products.

1. If listed by Aetna Pharmacy Management on the published Aetna Pharmacy Management Formulary of the Members which it represents, which is communicated to Participating Affiliate Health Plans and from time to time, then Company agrees to rebate to Aetna Pharmacy Management as follows:

   Base/Formulary Rebate is calculated by multiplying Schering Product Volume by Base/ Formulary Rebate Percentage. Schering Product Volume for a particular product is defined as utilization of that Product by Eligible Members in Participating Affiliate Health Plans multiplied by that Product's Net Direct Price.

   Market Share Rebate
   Market Share Rebate is calculated by multiplying Schering Product Volume times Additional Rebate (as identified in column 'c' of Formulary Rebate Schedule), times the number of Performance Tiers achieved.
   A Performance Tier is achieved each time Schering product market share exceeds the applicable Base Market Share by the full number of market share points (as identified in column 'b' of Formulary Rebate Schedule).

   In no event will the combination of Base Rebate (as identified in column 'a' of Formulary Rebate Schedule) plus Market Share Rebate (defined above), exceed the Maximum Rebate (as identified in column 'd' of Formulary Rebate Schedule).

   If Schering Product Market Share does not exceed Base Market Share, the Base/Formulary Rebate will apply without penalty.

   Product Market Definition which will be used in determining the Market Share Rebate is defined on Attachment D.

Tiers

EXHIBIT A-1

DISCOUNT SCHEDULE FOR HMO BUSINESS

| Company Product | Base/Formulary Rebate | % Points Above Base Market Share | Additional Discount | Maximum Discount |
|---|---|---|---|---|
| DIPROLENE | 11% | 2% | 1% | 15% |
| ELOCON | 11% | 2% | 1% | 15% |
| LOTRISONE | 8% | 2% | 1% | 10% |
| IMDUR | 10% | 2% | 1% | 15% |
| INTRON | 3% | N/A | N/A | 3% |
| K-DUR 20 mEQ | 11% | 2% | 1% | 15% |
| NITRO-DUR | 20% | 2% | 1% | 25% |
| NORMODYNE | 21% | 2% | 1% | 25% |
| UNI-DUR | 11% | 2% | 1% | 15% |
| PROVENTIL Repetabs | 10% | 2% | 1% | 15% |

* Incremental discount is based on 1% additional discount points for each 2% increase in total Rx market share above Base Market Share.

If listed by Aetna Pharmacy Management on the published Aetna Pharmacy Management Formulary of the Members which it represents, which is communicated to Participating Affiliate Health Plans and from time to time, then Company agrees to rebate to Aetna Pharmacy Management as follows:

| DISCOUNT SCHEDULE FOR HMO BUSINESS | |
|---|---|
| COMPANY PRODUCT | % REBATE OFF NET DIRECT PRICE |
| THEO-DUR | 12% |



HIGHLY CONFIDENTIAL SW0676606

EXHIBIT A-2 Mng Choice

For the designated contract period, Company agrees to reimburse Aetna Pharmacy Management in accordance with this Agreement, based on actual dispensing of Company Products.

1. If listed by Aetna Pharmacy Management on the published Aetna Pharmacy Management Formulary of the Members which it represents, which is communicated to Participating Affiliate Health Plans and from time to time, then Company agrees to rebate to Aetna Pharmacy Management as follows:

   Base/Formulary Rebate is calculated by multiplying Schering Product Volume by Base/ Formulary Rebate Percentage. Schering Product Volume for a particular product is defined as utilization of that Product by Eligible Members in Participating Affiliate Health Plans multiplied by that Product's Net Direct Price.

   Market Share Rebate
   Market Share Rebate is calculated by multiplying Schering Product Volume times Additional Rebate (as identified in column 'c' of Formulary Rebate Schedule), times the number of Performance Tiers achieved.
   A Performance Tier is achieved each time Schering product market share exceeds the applicable Base Market Share by the full number of market share points (as identified in column 'b' of Formulary Rebate Schedule).

   In no event will the combination of Base Rebate (as identified in column 'a' of Formulary Rebate Schedule) plus Market Share Rebate (defined above), exceed the Maximum Rebate (as identified in column 'd' of Formulary Rebate Schedule).

   If Schering Product Market Share does not exceed Base Market Share, the Base/Formulary Rebate will apply without penalty.

   Product Market Definition which will be used in determining the Market Share Rebate is defined on Attachment D.

   "Formulary" as used herein shall mean products which are reimbursed if included in a published formulary/prescribing guidelines and distributed to medical providers.

Tiers

EXHIBIT A-2

DISCOUNT SCHEDULE FOR MANAGED CHOICE BUSINESS

0 Tier / Tier Step / Disct step

| Company Product | Base/Formulary Rebate | % Points Above Base Market Share | Additional Discount | Maximum Discount | Base MS | Max Tier |
|---|---|---|---|---|---|---|
| DIPROLENE | 9% | 2% | 0.5% | 15% 34 | 34 | 36 |
| ELOCON | 9% | 2% | 0.5% | 15% 44 | 44 | 46 |
| LOTRISONE | 5% | 2% | 0.5% | 10% 42 | 42 | 44 |
| IMDUR | 8% | 2% | 0.5% | 15% 62 | 62 | 64 |
| INTRON (Flat) | 3% | N/A | N/A | 3% | - | - |
| K-DUR 20 mEQ | 9% | 2% | 0.5% | 15% 58 | 58 | 60 |
| NITRO-DUR | 15% | 2% | 0.5% | 25% 53 | 53 | 55 |
| NORMODYNE | 18% | 2% | 0.5% | 25% 68 | 68 | 70 |
| UNI-DUR | 9% | 2% | 0.5% | 15% 2 | 2 | 4 |
| PROVENTIL Repetabs | 8% | 2% | 0.5% | 15% 31 | 31 | 33 |

* Incremental discount is based on 0.5% additional discount points for each 2% increase in total Rx market share above Base Market Share.

If listed by Aetna Pharmacy Management on the published Aetna Pharmacy Management Formulary of the Members which it represents, which is communicated to Participating Affiliate Health Plans and from time to time, then Company agrees to rebate to Aetna Pharmacy Management as follows:

| DISCOUNT SCHEDULE FOR MANAGED CHOICE BUSINESS | |
|---|---|
| COMPANY PRODUCT | % REBATE OFF NET DIRECT PRICE |
| THEO-DUR | 12% |



HIGHLY CONFIDENTIAL

SW0676608

SR4960035

# EXHIBIT D

## MARKET DEFINITIONS

### A. TOPICAL STEROID MEDIUM POTENCY

ELOCON
VALISONE
Synalar
Aristocort
Hytone
Westcort
Kenalog
Topicort LP
Cutivate
Aclovate
Dermatop

Products X'd off are already included on a existing agreem[ent] SR 4950055

### B. ORALLY INHALED STEROID

VANCERIL
Aerobid/M
Flovent
Beclomethasone Dipropionate Oral 84 micrograms*
Azmacort
Beclovent
Budesonide*

### C. XANTHINE TABLET/CAPSULE

THEO-DUR
UNI-DUR
Slobid
Theo-24
Uniphyl
Slophylline
Theolaire
Theochron

### D. NASALLY INHALED STEROID

VANCENASE AQ/POCKETHALER
Beconase AQ/Inhaler
Nasalide
Nasalcrom
Flonase
Decadron
Beclomethasone Dipropionate Nasal 84 micrograms*
Nasacort
Rhinocort
Dexacort

### E. ANTIHISTAMINE TABLET/CAPSULE

CLARITIN/D
Hismanal
Seldane/D
~~ALL SEDATING ANTIHISTAMINES~~
ZYRTEC BSC
Allegra BSC
BSC

### F. TRANSDERMAL NITROGLYCERIN

NITRO-DUR
Nitrodisc
Deponit
Transdermal-Nitro
NTS
Minitran



HIGHLY CONFIDENTIAL SW0676609

G. LONG-ACTING NITRATES TABLET/CAPSULE

IMDUR ✓
Monoket
Ismo

H. POTASSIUM CHLORIDE TABLET/CAPSULE

K-DUR 10/20mEg ✓
K-Tab
Micro-K
Ten-K
Kaon-Cl
K-Lor*
Klotrix
Slow-K
Klor-Con 8/10
K-Lease
K-Norm

I. ALPHA/BETA BLOCKERS

NORMODYNE ✓
Trandate

J. TOPICAL STEROID HIGH POTENCY

DIPROLENE ✓
DIPROSONE
Temovate
Ultravate
Maxivate
Cyclocort
Psorcon
Topicort
Lidex/E

K. TOPICAL ANTIFUNGAL SINGLE/COMBO

LOTRISONE ✓
LOTRIMIN
Spectazole
Monistat-Derm
Oxistat
Exelderm
Nixoral
Nizoral
Naftin
Loprox
Mycelex
Lamisil

*SHALL BE INCLUDED IN THE MARKET DEFINITION UPON FDA APPROVAL.

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Elocon | 3,039 | 46.01% | 3,850 | 43.77% | 3,203 | 40.16% |
| Aclovate | 531 | | 905 | | 800 | |
| Aristocort | 114 | | 65 | | 105 | |
| Cutivate | 240 | | 471 | | 435 | |
| Dermatop | 133 | | 169 | | 229 | |
| Hytone | 232 | | 502 | | 577 | |
| Kenalog | 54 | | 99 | | 187 | |
| Synalar | 74 | | 139 | | 196 | |
| Topicort | 39 | | 59 | | 89 | |
| Valisone | 50 | | 184 | | 256 | |
| Westcort | 2,099 | | 2,353 | | 1,898 | |
| | 6,605 | | 8,796 | | 7,975 | |

46 44 40%

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Uni-Dur | 74 | 0.84% | 107 | 1.62% | 147 | 1.39% |
| Slobid | 2,007 | | 1,410 | | 2,030 | |
| Slophylline | 51 | | 44 | | 69 | |
| Theo-24 | 467 | | 484 | | 913 | |
| Theochron | 1,371 | | 823 | | 1,421 | |
| Theolaire | 213 | | 116 | | 363 | |
| Theo-Dur | 3,456 | | 2,446 | | 4,346 | |
| Uniphyl | 1,164 | | 1,161 | | 1,263 | |
| | 8,803 | | 6,591 | | 10,552 | |

1 2 1%

NOT for HMO / MC

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Claritin | 19,597 | 42.17% | 34,351 | 60.51% | 29,880 | 60.20% |
| Hismanal | 3,010 | | 4,047 | | 3,907 | |
| Seldane | 23,869 | | 18,372 | | 15,847 | |
| | 46,476 | | 56,770 | | 49,634 | |

#2 - Missing Claritin D

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Nitro-Dur | 2,135 | 52.53% | 845 | 52.98% | 4,475 | 43.63% |
| Deponit | 369 | | 194 | | 1,580 | |
| Minitran | 684 | | 236 | | 1,756 | |
| Nitrodisc | 13 | | 7 | | 65 | |
| NTG | 43 | | 24 | | 128 | |
| Transdermal-Nitro | 820 | | 289 | | 2,252 | |
| | 4,064 | | 1,595 | | 10,256 | |

53 53 44%



HIGHLY CONFIDENTIAL

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Imdur | 565 | 57.48% | 1,118 | 62.21% | 3,510 | 51.50% |
| Ismo | 340 | | 483 | | 2,354 | |
| Monoket | 78 | | 196 | | 951 | |
| | 983 | | 1,797 | | 6,815 | |

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| K-Dur | 6,849 | 51.65% | 3,851 | 57.64% | 12,655 | 52.68% |
| K-Tab | 414 | | 322 | | 1,257 | |
| K-Lor | 14 | | 17 | | 68 | |
| K-Lease | 1 | | 2 | | 10 | |
| K-Norm | 9 | | 9 | | 34 | |
| Klor-Con 8/10 | 4,320 | | 1,063 | | 3,550 | |
| Klotrix | 99 | | 113 | | 408 | |
| Kaon-Cl | 94 | | 82 | | 539 | |
| Micro-K | 1,038 | | 791 | | 3,979 | |
| Slow-K | 349 | | 426 | | 1,484 | |
| Ten-K | 74 | | 5 | | 40 | |
| | 13,261 | | 6,681 | | 24,024 | |

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Normodyne | 1,616 | 72.96% | 1,236 | 68.21% | 2,228 | 70.13% |
| Trandate | 599 | | 576 | | 949 | |
| | 2,215 | | 1,812 | | 3,177 | |

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Diprolene | 2,063 | 30.96% | 3,199 | 34.46% | 2,841 | 28.11% |
| Cyclocort | 405 | | 340 | | 476 | |
| Diprosone | 41 | | 133 | | 171 | |
| Lidex | 464 | | 741 | | 921 | |
| Maxivate | 11 | | 35 | | 41 | |
| Psorcon | 886 | | 1,080 | | 1,119 | |
| Temovate | 1,606 | | 1,989 | | 2,344 | |
| Topicort | 578 | | 759 | | 1,026 | |
| Ultravate | 609 | | 1,007 | | 1,167 | |
| | 6,663 | | 9,283 | | 10,106 | |



HIGHLY CONFIDENTIAL

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Lotrisone | 4,702 | 40.83% | 5,491 | 41.74% | 5,868 | 41.44% |
| Exelderm | 203 | | 290 | | 278 | |
| Lamisil | 749 | 41 | 1,782 | 42 | 2,044 | |
| Loprox | 901 | | 685 | | 911 | |
| Lotrimin | 32 | | 118 | | 130 | |
| Monistat-Derm | 28 | | 15 | | 97 | |
| Mycelex | 74 | | 1 | | 45 | |
| Oxistat | 263 | | 369 | | 446 | |
| Naftin | 274 | | 344 | | 369 | |
| Nizoral | 3,543 | | 3,143 | | 2,825 | |
| Spectazole | 746 | | 917 | | 1,147 | |
| | 11,515 | | 13,155 | | 14,160 | |

41%

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Proventil Repetabs | 1,790 | 37.72% | 1,394 | 30.54% | 2,039 | 35.63% |
| Alupent | 7 | 38 | 18 | 31 | 42 | |
| Brethaire | 0 | | 0 | | 0 | |
| Bricanyl | 1,142 | | 895 | | 973 | |
| Metaprel | 78 | | 58 | | 69 | |
| Proventil Tablets | 1,045 | | 727 | | 1,000 | |
| Ventolin | 400 | | 758 | | 733 | |
| Volmax | 284 | | 715 | | 866 | |
| | 4,746 | | 4,565 | | 5,722 | |

36%



HIGHLY CONFIDENTIAL

HMO

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Elocon | 3,039 | 46.01% | 3,850 | 43.77% | 3,203 | 40.16% |
| Aclovate | 531 | 46 | 905 | | 800 | 40% |
| Aristocort | 114 | | 65 | 44 | 105 | |
| Cutivate | 240 | | 471 | | 435 | |
| Dermatop | 133 | | 169 | | 229 | |
| Hytone | 232 | | 502 | | 577 | |
| Kenalog | 54 | | 99 | | 187 | |
| Synalar | 74 | | 139 | | 196 | |
| Topicort | 39 | | 59 | | 89 | |
| Valisone | 50 | | 184 | | 256 | |
| Westcort | 2,099 | | 2,353 | | 1,898 | |
| | 6,605 | | 8,796 | | 7,975 | |

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Uni-Dur | 74 | 0.84% | 107 | 1.62% | 147 | 1.39% |
| Slobid | 2,007 | 1 | 1,410 | 2 | 2,030 | 1% |
| Slophylline | 51 | | 44 | | 69 | |
| Theo-24 | 467 | | 484 | | 913 | |
| Theochron | 1,371 | | 823 | | 1,421 | |
| Theolaire | 213 | | 116 | | 363 | |
| Theo-Dur | 3,456 | | 2,446 | | 4,346 | |
| Uniphyl | 1,164 | | 1,161 | | 1,263 | |
| | 8,803 | | 6,591 | | 10,552 | |

NOT for HMO / MC

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Claritin | 19,597 | 42.17% | 34,351 | 60.51% | 29,880 | 60.20% |
| Hismanal | 3,010 | | 4,047 | | 3,907 | |
| Seldane | 23,869 | | 18,372 | | 15,847 | |
| | 46,476 | | 56,770 | | 49,634 | |

#2 - Missing Claritin D

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Nitro-Dur | 2,135 | 52.53% | 845 | 52.98% | 4,475 | 43.63% |
| Deponit | 369 | 53 | 194 | 53 | 1,580 | 44% |
| Minitran | 684 | | 236 | | 1,756 | |
| Nitrodisc | 13 | | 7 | | 65 | |
| NTG | 43 | | 24 | | 128 | |
| Transdermal-Nitro | 820 | | 289 | | 2,252 | |
| | 4,064 | | 1,595 | | 10,256 | |



HIGHLY CONFIDENTIAL

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Imdur ✓ | 565 | 57.48% | 1,118 | 62.21% | 3,510 | 51.50% |
| Ismo | 340 | 57 | 483 | 62 | 2,354 | 52% |
| Monoket | 78 | | 196 | | 951 | |
| | 983 | | 1,797 | | 6,815 | |

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| K-Dur ✓ | 6,849 | 51.65% | 3,851 | 57.64% | 12,655 | 52.68% |
| K-Tab | 414 | 52 | 322 | 58 | 1,257 | 53% |
| K-Lor | 14 | | 17 | | 68 | |
| K-Lease | 1 | | 2 | | 10 | |
| K-Norm | 9 | | 9 | | 34 | |
| Klor-Con 8/10 | 4,320 | | 1,063 | | 3,550 | |
| Klotrix | 99 | | 113 | | 408 | |
| Kaon-Cl | 94 | | 82 | | 539 | |
| Micro-K | 1,038 | | 791 | | 3,979 | |
| Slow-K | 349 | | 426 | | 1,484 | |
| Ten-K | 74 | | 5 | | 40 | |
| | 13,261 | | 6,681 | | 24,024 | |

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Normodyne ✓ | 1,616 | 72.96% | 1,236 | 68.21% | 2,228 | 70.13% |
| Trandate | 599 | 73 | 576 | 68 | 949 | 70% |
| | 2,215 | | 1,812 | | 3,177 | |

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Diprolene ✓ | 2,063 | 30.96% | 3,199 | 34.46% | 2,841 | 28.11% |
| Cyclocort | 405 | 31 | 340 | 34 | 476 | 28% |
| Diprosone | 41 | | 133 | | 171 | |
| Lidex | 464 | | 741 | | 921 | |
| Maxivate | 11 | | 35 | | 41 | |
| Psorcon | 886 | | 1,080 | | 1,119 | |
| Temovate | 1,606 | | 1,989 | | 2,344 | |
| Topicort | 578 | | 759 | | 1,026 | |
| Ultravate | 609 | | 1,007 | | 1,167 | |
| | 6,663 | | 9,283 | | 10,106 | |

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Lotrisone | 4,702 | 40.83% | 5,491 | 41.74% | 5,868 | 41.44% |
| Exelderm | 203 | 41 | 290 | 42 | 278 | 41% |
| Lamisil | 749 | | 1,782 | | 2,044 | |
| Loprox | 901 | | 685 | | 911 | |
| Lotrimin | 32 | | 118 | | 130 | |
| Monistat-Derm | 28 | | 15 | | 97 | |
| Mycelex | 74 | | 1 | | 45 | |
| Oxistat | 263 | | 369 | | 446 | |
| Naftin | 274 | | 344 | | 369 | |
| Nizoral | 3,543 | | 3,143 | | 2,825 | |
| Spectazole | 746 | | 917 | | 1,147 | |
| | 11,515 | | 13,155 | | 14,160 | |

| | HMO 4Q95 Rx's | Market Share | MC 4Q95 Rx' | Market Share | C/O 4Q95 Rx' | Market Share |
|---|---|---|---|---|---|---|
| Proventil Repetabs | 1,790 | 37.72% | 1,394 | 30.54% | 2,039 | 35.63% |
| Alupent | 7 | 38 | 18 | 31 | 42 | 36% |
| Brethaire | 0 | | 0 | | 0 | |
| Bricanyl | 1,142 | | 895 | | 973 | |
| Metaprel | 78 | | 58 | | 69 | |
| Proventil Tablets | 1,045 | | 727 | | 1,000 | |
| Ventolin | 400 | | 758 | | 733 | |
| Volmax | 284 | | 715 | | 866 | |
| | 4,746 | | 4,565 | | 5,722 | |



HIGHLY CONFIDENTIAL 

## EXHIBIT A

The following discounts for Claritin and Claritin D are contingent upon (a) Healthcare Organization listing Claritin and Claritin D along with, at Healthcare Organization's option, either Seldane and/or Seldane D or Hismanal, as the only products on the HMO and Managed Choice *closed National Formulary in the non-sedating antihistamine and antihistamine/decongestant categories, and (b) Healthcare Organization's HMO and Managed Choice plans adopting *closed National Formulary. If at any time during the term of this Agreement both (a) and (b) in the preceding sentence are not in effect, then such discounts shall not be available for Healthcare Organization, and the parties shall renegotiate such discounts in good faith.

| PRODUCT | %OF CURRENT NET DIRECT PRICE |
|---|---|
| Claritin<br>Claritin D | 12%<br>21% Higher Disc |

Discount BASE SHARE TIER

Didn't So get lower disc

The following discounts for Proventil, Vancenase, Vancenase/AQ and Vanceril, are contingent upon (a) Healthcare Organization listing these products as the exclusive albuterol inhaler, exclusive beclomethasone dipropionate/monohydrate nasal inhaler, and the exclusive beclomethasone dipropionate inhaler on the HMO and Managed Care *closed National Formulary in the corresponding therapeutic categories and (b) Healthcare Organization's HMO and Managed Choice plans adopting Healthcare Organization's *closed National Formulary. If at any time during the term of this Agreement (b) in the preceding sentence is not in effect, then such discounts shall not be available for Healthcare Organization, and the parties shall renegotiate such discounts in good faith. If at any time during the term of this Agreement only (b) in the first sentence of this paragraph is in effect and (a) is not, then the discounts available to Healthcare Organization for Proventil, Vancenase/AQ, and Vanceril, shall be set forth of the adjusted discount schedule.

| PRODUCT | %OF CURRENT NET DIRECT PRICE |
|---|---|
| Proventil Inhaler<br>Vancenase/AQ<br>Vanceril Inhaler | 25%<br>25% Higher<br>25% Disc. |

BASE SHARE TIER

bc50824a

EXHIBIT A

[O]ne or more of the following three conditions occurs, then the corresponding discounts will [b]e adjusted as follows:

LEFT MSG FOR BETSY, RE: IF MC SHARE BELOW 20 BOTH SET LOWER DISCOUNT.

| PRODUCT | ADJUSTED DISCOUNT |
|---|---|
| Claritin | 8% |
| Claritin D (see addendum as of 1997) | 18% |
| Proventil Inhaler | 20% |
| Vancenase/AQ | 20% |
| Vanceril Inhaler (see addendum as of 1997) | 20% |

TIER DISCOUNTS 1/7/97 — Lower disc

1) Healthcare Organization's market shares for the aforementioned Schering Products fall below Healthcare Organization's Base Market Share or the Market Share for the previous quarter for such Products (determined on a product by product basis).

2) Effective January 1, 1996, the Managed Choice market share for the aforementioned Schering Products is 5 or more market share points below the HMO market share.

Don't have to update contract. Just review from qtr to qtr.

3) Hard computer edits noting the non-reimbursable status of competitive non-formulary products are not in place by dates listed below:

This applies only to Claritin/D. The others have to get the lower discount.

| HMO | MANAGED CHOICE |
|---|---|
| 4 plans by 11/95 | 50% of membership by 3/97 |
| 50% of membership by 6/96 | 85% of membership by 12/97 |
| 70% of membership by 12/96 | |
| 100% of membership by 7/97 | |

If such hard computer edits are not in place by such date, then, at Healthcare Organization's request upon Health Organization demonstrating best efforts to achieve such hard computer edits, Company will consider, in its sole discretion, whether to modify such hard computer edit requirements. Company shall not be required to make any such modifications.

Healthcare Organization will communicate Formulary Status in the non-sedating antihistamine class through published formulary documents by 1/1/96.

Healthcare Organization will address Schering Corporation product positioning (specifically Claritin and Claritin D) in Health Partners-a Minnesota Health Plan organization for which Healthcare Organization provides prescription services.

*closed formulary means that non-formulary products are not reimbursed and plan members will have a 100% co-pay.
**computer edits will dictate no reimbursement for non-formulary products.

7/24 Frank spoke to Brian L and he said

bc50824a

# PURCHASE AGREEMENT

This Purchase Agreement is between Harvard Pilgrim Health Care, Inc.-Harvard Staff, ("Harvard"), having a place of business at 93 Worcester Street, Wellesley, MA 02481 and Schering Corporation ("Schering"), a Delaware corporation, having a place of business at 2000 Galloping Hill Road, Kenilworth, New Jersey 07033.

This Agreement sets forth the terms and conditions pursuant to which Schering will provide pricing to Harvard staff model health maintenance organization (the "Harvard Staff Model HMO") based, in part, on the actual dispensing of those Schering products specified in Exhibit B ("Products") to Eligible Members (as defined below) by the Harvard Staff Model HMO.

Harvard and Schering agree as follows:

**ARTICLE 1. DEFINITIONS:**

1.1 "Eligible Member" as used herein shall mean an individual enrolled in the Harvard Staff Model HMO; *provided, however*, that "Eligible Members" shall not include individuals who are also enrolled in other organizations that either (i) purchase any of the Products other than pursuant to this Agreement; or (ii) receive rebates based on utilization of the Products by any such individual.

1.2 "Formulary" as used herein shall mean a listing of the drugs Harvard has reviewed, approved and recommended for use at the Harvard Staff Model HMO.

1.3 "Net Direct Price" as used herein shall mean the price published from time to time by Schering as its net direct price for each Product.

**ARTICLE 2. PRODUCT SALE**

2.1 **Sale of Product.** Schering shall make the Products available to the Harvard Staff Model HMO through Cardinal Distribution, Inc. and AmerisourceBergen (the "Prime Vendors"). Harvard shall notify Schering in writing of any change to its Prime Vendor(s), which Prime Vendor(s) shall be mutually acceptable to Harvard and Schering. Schering shall report to the Prime Vendor(s) the pricing to which the Harvard Staff Model HMO is entitled for the Products pursuant to this Agreement. The actual price for the Products paid by the Harvard Staff Model HMO to the Prime Vendor(s) shall be as agreed upon by Harvard and its Prime Vendor(s). See attached wholesaler sheet.

2.2 **Product Returns.** All Product returns are subject to Schering's Institutional Returned Goods Policy attached hereto as **Exhibit A.**

2.3 **Schering Warranties and Covenants.** Schering warrants that all Product sold to the Harvard Staff Model HMO pursuant to this Agreement conforms to the descriptions set forth in each such Product's respective labeling provided that such units of the Products are used by the Harvard Staff Model HMO in accordance with such labeling.



Defendants' Exhibit
**2903**
01-12257 - PBS

**ARTICLE 3. OBLIGATIONS OF HARVARD STAFF:**

3.1 **Formulary.** In order to obtain the discounted pricing on each Product as detailed in **Exhibit B**, the Harvard Staff Model HMO must list such Product on its Formulary with the Formulary status for such Product detailed in **Exhibit B**. In the event the Harvard Staff Model HMO fails to satisfy the Formulary listing requirements established pursuant to this Section 3.1 for any Product, the Harvard Staff Model HMO will not be entitled to and shall not receive the discounted pricing for such Product detailed in **Article 4**.

3.2 **Own Use.** Harvard hereby warrants and agrees that all Product purchased pursuant to this Agreement shall be utilized solely by the Harvard Staff Model HMO for its "own use" as that term is defined by the United States Supreme Court in Portland Retail Druggists' Association, Inc. v. Abbott Laboratories et. al. 425 U.S. 1 (1976). Harvard acknowledges and agrees that Schering is not required to provide a discount for any Product sold, used or dispensed to other than for the Harvard Staff Model HMO's "own use" as described in this Section 3.2.

3.2 **Audit.** Harvard will use commercially reasonable efforts to institute and conduct on a regular basis random audits of the Harvard Staff Model HMO to ensure that actual dispensing of the Products complies with the terms of this Agreement, including the restrictions of Section 3.2 hereof. Adjustments as a result of such audits shall be refunded to Schering no later than thirty (30) days after completion of such audit. Harvard shall use commercially reasonable efforts to keep and maintain accurate books, records and files with respect to the Products, any reports submitted to Schering as part of the random audits completed pursuant to this Section, and all information relating to the purchase and dispensing of the Products pursuant to this Agreement. Harvard agrees that Schering shall have the right to conduct inspections ~~and/or audits of Harvard's and/or the Harvard Staff Model HMO's books, records, and files from time to time, and that within ten (10) days following Harvard's receipt of a written request from Schering, the Harvard Staff Model HMO and/or Harvard shall make such information (and~~ such other information ~~necessary to confirm such information) available in a manner satisfactory~~ to Schering, for inspection and/or ~~audit by Schering's representatives or its designated auditors~~ ~~. Schering agrees that any such inspections and/or audits shall~~ be ~~during regular business hours.~~ subject to the requirements ~~of state and federal law regarding the confidentiality of medical and prescription records.~~ in accordance with the attached Staff Model Audit Rights

**ARTICLE 4. OBLIGATIONS OF SCHERING:**

4.1 **Discount.** Subject to compliance with all of the terms and satisfaction of all of the conditions set forth in this Agreement, and subject further to the provisions of Section 4.2 hereof, Schering shall provide Harvard with the discounted pricing set forth on Exhibit B for each of the Products dispensed by the Harvard Staff Model HMO for the treatment of Eligible Members. All discounts pursuant to this Agreement shall be based on Schering's Net Direct Price for Products.

4.2 **Price Increases.** Anything to the contrary herein notwithstanding, Schering hereby reserves the right in its sole discretion to increase the prices for the Products set forth on Exhibit B at any time to reflect or account for comparable increases made to its published Net Direct Price list.



HIGHLY CONFIDENTIAL 

4.3 **Eligibility for Discounts.** The Harvard Staff Model HMO's continued access to the Product discount for each Product is contingent upon Harvard complying with all of its obligations and responsibilities pertaining to such Product as detailed in this Agreement. Failure on the part of Harvard to fulfill its responsibilities or satisfy the conditions as set forth herein for a Product shall be grounds for Schering to reduce the discount for such Product to zero percent.

4.4 **Ineligibility for Discounts.** No discounts will be provided hereunder for:

(a) any Product which is listed on the Formulary other than as set forth in this Agreement;

(b) any units of Product for which Schering is obligated to pay rebates or provide discounts or other price reductions to any other party or governmental entity or with respect to any government health program including, without limitation Medicaid, Medicare or similar programs; and/or

(c) any units of Product which are not used or dispensed as required by this Agreement.

4.5 **Excess Discounts.** If Schering reasonably determines as a result of an inspection and/or audit of Harvard (or the Harvard Staff Model HMO), any notice to Schering or other information that (i) Harvard has not satisfied all of the conditions in order to obtain the discounts set forth in this Agreement, (ii) any Product purchased hereunder shall have been sold, dispensed or administered for purposes other than the Harvard Staff Model HMO's own use as set forth in Section 3.2, or (iii) all or any part of the discounts previously granted by Schering to the Harvard Staff Model HMO hereunder are not required under this Agreement, then, in each such case, Harvard shall pay to Schering an amount equal to all or any portion of such excess discount granted hereunder with respect to the Product quantities purchased by the Harvard Staff Model HMO within thirty (30) days of being notified of such excess discount by Schering.

4.6 **Adjustment to Discounts.** Schering reserves the right to make adjustments to the discounted pricing available hereunder based on the introduction of generic competition, a new product entry, or implementation of a MAC (Maximum Allowable Cost) program. Should Schering cease marketing/manufacturing of any of the Products, or any package size of any of the Products, then this Agreement shall terminate with regard to the Product or such package size as the case may be.

**ARTICLE 5. TERM AND TERMINATION:**

5.1 **Term.** The term of this Agreement shall commence on January 1, 2002. Unless sooner terminated as provided for herein, this Agreement shall remain in effect until December 31, 2002 (the "Term"). The Term may be extended only by a written amendment to this Agreement which is signed by both Harvard and Schering.

5.2 **Termination Without Cause/Termination for Cause.** This Agreement may be terminated by either party (a) without cause upon not less than 30 days' prior written notice to the other party, (b) if the other party is in breach of its obligations, representations or warranties set forth in this Agreement which breach is not cured within 10 days after receipt of written notice of such breach from the non-breaching party, (c) upon enactment of federal, state or local legislation, rules or regulations (collectively "Laws"), or the issuance of an interpretation of existing Laws, which, in the reasonable opinion of either party, could have a material adverse impact on such party and/or

any of its affiliates (economic or otherwise) if the Agreement remained in effect unmodified or (d) upon the insolvency, dissolution, liquidation, receivership or other similar reorganization of either party, whether voluntary or involuntary.

5.3 **Survival.** Termination of this Agreement for whatever the reason shall not affect the rights and obligations of the parties accruing prior to the effective date of termination.

## ARTICLE 6. GENERAL PROVISIONS:

6.1 **Confidentiality:** Harvard shall maintain the confidentiality of all the terms and conditions of this Agreement throughout the duration hereof and for a period of two (2) years following the expiration or termination of this Agreement. It is agreed by both parties hereto that the confidentiality of an Eligible Member's personal identifying information and medical report must be protected.; Harvard and Harvard Staff Model HMO are each prohibited from sending to Schering reports or other information which contain the names, address, telephone number or any other information that would, in the reasonable estimation of the parties hereto, enable Schering to establish the identity of an Eligible Member.

6.2 **Use of Health Plan Name:** Schering may not use the name of Harvard or the Harvard Staff Model HMO for any advertisement or publicity or any other reason unless such use has been reviewed and approved by Harvard prior to use or publication.

6.3 **Notices:** Any notice required or permitted hereunder shall be given in person or sent by first class, certified mail:

To Harvard at:

Harvard Pilgrim Health Care,Inc.-Harvard Staff
Corporate Pharmacy Contracts-4th Floor
93 Worcester Street
Wellesley, MA 02481
ATTN: Kenneth Kazarosian

To Schering at:

Schering Corporation
2000 Galloping Hill Road
K-5-3 A270
Kenilworth, New Jersey 07033
ATTN: Contracts & Pricing

or to such other address or to such other person as may be designated by written notice given from time to time during the term of this Agreement by one party to the other.

6.4 **Force Majeure:** Noncompliance with the obligations of this Agreement due to *force majeure*, laws or regulations of any government, war, civil commotion, destruction of production facilities and materials, fire, earthquake or storm, labor disturbances, shortage of materials, failure of public utilities or common carriers, and any other causes beyond the reasonable control of the parties, shall not constitute breach of contract.

6.5 **Non-Assignment:** Neither party shall have the right to assign this Agreement to a third party without the prior written consent of the other party, which consent shall not be unreasonably withheld. Provided, however, that either party may assign its duties, rights and interests under this Agreement, in whole or in part, to its subsidiaries or affiliates without such

prior written consent. Any permitted assignee shall assume all obligations of its assignor under this Agreement. No assignment shall relieve either party of responsibility for the performance of any obligations which have already accrued. This Agreement shall inure to the benefit of and be binding upon each party, its respective successors and permitted assigns.

6.6 **Invalidity/Governing Law:** If any provision of this Agreement is finally declared or found to be illegal or unenforceable by a court of competent jurisdiction, both parties shall be relieved of all obligations arising under such provision, but if capable of performance, the remainder of this Agreement shall not be affected by such declaration or finding. **This Agreement shall be governed by, and enforced and construed in accordance with, the laws of the Commonwealth of Massachusetts without giving effect to the conflicts of laws provision thereof.**

6.7 **Indemnification:** Each party hereto ("Indemnifying Party") shall indemnify and hold harmless the other party from and against any claims, demands, costs or expenses (including reasonable attorney's fees) arising from or based upon the negligent or willful acts or omissions of the Indemnifying Party or its agents or employees under this Agreement, provided that the Indemnifying Party will have no liability to the other party under this Section 6.7 unless the Indemnifying Party is promptly notified in writing by the other party of all claims asserted and actions instituted against the other party and is given the opportunity to defend the same at its own cost and expense.

6.8 **Compliance With Laws:** Harvard shall, and shall cause the Harvard Staff Model HMO to, comply with all applicable laws in connection with this Agreement, including without limitation the reporting requirements and applicable provisions of 42 U.S.C. §1320a-7b (prohibiting illegal remuneration), by fully and accurately disclosing all discounts contained in this Agreement in any filings or claims made under any Federal healthcare program, including the Medicare and Medicaid programs.

6.9 **Entire Agreement; Amendment:** This Agreement, including the Exhibits attached hereto, contains a total integration of all rights, obligations and agreement of both parties with regard to the subject matter hereof. There are no extrinsic conditions, collateral agreements or undertakings of any kind regarding the subject matter hereof, and it is the express intentions of both parties that any and all prior or contemporaneous agreements, promises, negotiations or representations, either oral or written, relating to the subject matter hereof that are not expressly set forth herein are to have no force, effect, or legal consequences of any kind. This Agreement may only be amended by a writing signed by both parties hereto.

Schering Corporation:

By: [signature]
Lawrence Ken-Kwofie
Title: Sr. Manager, Contracts & Pricing

Date: 4/3/02

YMB

Accepted for the (14) Harvard Pilgrim Health Care Harvard Vangard (HPHC) Health Center Pharmacies
Please allow bid pricing on a direct basis
KA

Harvard Pilgrim Health Care, Inc.-Harvard Staff:

By: Kenneth J Kazarosian

Title: Kenneth J. Kazarosian, M.S., R.Ph.
Pharmacy Contracts Manager

Date: ~~Harvard Pilgrim Health Care~~
Pharmacy Operations
Corporate Pharmacy Contracts
93 Worcester Street
Wellesley, MA 02481-0002

**EXHIBIT A**

**INSTITUTIONAL RETURNED GOODS POLICY/RX**

All returns of merchandise for credit over $10,000 must have the prior approval of an authorized Representative and must be forwarded prepaid directly to Schering Corporation, 1011 Morris Avenue, Union, New Jersey 07083.

a. Credit will be allowed on unopened and undamaged packages at current contract prices as of date of return (except merchandise sold on a special promotion offer, in which case the invoice price will apply) as follows:
   1. For prescription products not purchased on contract, returns made within 3 months after a price increase will be credited at the price prior to the price increase.
   2. Dated products will be given full credit up to one year after expiration. No credit will be issued for products returned more than one year after expiration.
   3. Based on Schering's judgement, packages that are partially filled or show other evidence of being opened, will receive partial credit.

b. The above adjustments will appear on Schering's credit memoranda as follows:
   1. Items given full credit will show as individual line extension.
   2. Items currently in the line for which only partial credit has been allowed will be shown as separate line extensions.
   3. Old discontinued items receiving partial credit will be included under "Miscellaneous Product".

c. Manufacturers are expressly forbidden (under the Federal Food, Drug, and Cosmetic Act) from returning expired dated items to customers. Such items returned to Schering will be destroyed. Schering also reserves the right to destroy without credit packages that are unfit or unsafe for sale or do not comply with applicable law.

d. Consideration will be given to adjustments for losses suffered in a natural disaster (flood, hurricane, tornado, etc.) not covered by insurance. Your Schering representative will be glad to assist you in such emergencies.

e. Schering representatives are not permitted to modify any of the above policies.

f. Schering reserves the right to change, alter or amend this policy by giving (30) thirty days notice.

| This returned goods policy does not apply to goods returned by persons other than the original wholesaler or hospital purchaser of the goods, or to goods which have been repacked in other than original Schering/Key containers. |
|---|

**EXHIBIT B**
**PRICING**

| NDC | COMPANY PRODUCT | SIZE | CONTRACT PRICE | FORMULARY STATUS* |
|---|---|---|---|---|
| 00085087905 | CELESTONE PHOSPHATE INJ | 5ML | $ 14.50 | LISTED ON FORMULARY |
| 00085056605 | CELESTONE SOLUSPAN SUSP | 5ML | $ 18.55 | LISTED ON FORMULARY |
| 00085094205 | CELESTONE SYR .6MG 4OZ | 4 | $ 33.00 | LISTED ON FORMULARY |
| 00085001101 | CELESTONE TABLET PACK | 100 | $ 29.34 | LISTED ON FORMULARY |
| 00085001105 | CELESTONE TB .6MGX100 | 100 | $ 132.13 | LISTED ON FORMULARY |
| 00085051701 | DIPROLENE AF CREAM | 15GM | $ 27.71 | LISTED ON FORMULARY |
| 00085051704 | DIPROLENE AF CREAM | 50GM | $ 61.97 | LISTED ON FORMULARY |
| 00085063401 | DIPROLENE GEL | 15GM | $ 27.71 | LISTED ON FORMULARY |
| 00085063403 | DIPROLENE GEL | 50GM | $ 61.97 | LISTED ON FORMULARY |
| 00085096201 | DIPROLENE LOTION | 30ML | $ 31.79 | LISTED ON FORMULARY |
| 00085096202 | DIPROLENE LOTION | 60ML | $ 62.65 | LISTED ON FORMULARY |
| 00085057502 | DIPROLENE OINTMENT | 15GM | $ 27.71 | LISTED ON FORMULARY |
| 00085057505 | DIPROLENE OINTMENT | 50GM | $ 61.97 | LISTED ON FORMULARY |
| 00085085302 | DIPROSONE CREAM | 15GM | $ 23.27 | LISTED ON FORMULARY |
| 00085085303 | DIPROSONE CREAM | 45GM | $ 42.66 | LISTED ON FORMULARY |
| 00085002804 | DIPROSONE LOTION | 20ML | $ 28.61 | LISTED ON FORMULARY |
| 00085002806 | DIPROSONE LOTION | 60ML | $ 56.33 | LISTED ON FORMULARY |
| 00085051006 | DIPROSONE OINTMENT | 45GM | $ 41.41 | LISTED ON FORMULARY |
| 00085052503 | EULEXIN CAPSULES | UD | $ 190.38 | LISTED ON FORMULARY |
| 00085052505 | EULEXIN CAPSULES | 500 | $ 898.06 | LISTED ON FORMULARY |
| 00085052506 | EULEXIN CAPSULES | 180 | $ 323.24 | LISTED ON FORMULARY |
| 00085022803 | FULVICIN P/G 125MG | 100 | $ 48.11 | LISTED ON FORMULARY |
| 00085065403 | FULVICIN P/G 165MG | 100 | $ 69.46 | LISTED ON FORMULARY |
| 00085050703 | FULVICIN P/G 250MG | 100 | $ 94.39 | LISTED ON FORMULARY |
| 00085035203 | FULVICIN P/G 330MG | 100 | $ 119.87 | LISTED ON FORMULARY |
| 00085094803 | FULVICIN U/F 250MG | 60 | $ 49.25 | LISTED ON FORMULARY |
| 00085094806 | FULVICIN U/F 250MG | 250 | $ 194.31 | LISTED ON FORMULARY |
| 00085049603 | FULVICIN U/F 500MG | 60 | $ 78.66 | LISTED ON FORMULARY |
| 00085049606 | FULVICIN U/F 500MG | 250 | $ 310.25 | LISTED ON FORMULARY |
| 00085000805 | GARAMYCIN CR 1% 15GM | 15 | $ 19.10 | LISTED ON FORMULARY |
| 00085006904 | GARAMYCIN INJ 80MG 25X2ML VLS | 80 | $ 119.83 | LISTED ON FORMULARY |
| 00085460202 | INSPIREASE | 1 | $ 17.39 | LISTED ON FORMULARY |
| 00085460401 | INSPIREASE MOUTHPIECE | 144 | $ 621.42 | LISTED ON FORMULARY |
| 00085460402 | INSPIREASE REPLACE M-PIECE | 1 | $ 12.59 | LISTED ON FORMULARY |
| 00085460270 | INSPIREASE REPLACEMENT BAG | 144 BAGS | $ 301.32 | LISTED ON FORMULARY |
| 00085460203 | INSPIREASE RESERVOIR BAG | 3 BAGS | $ 9.41 | LISTED ON FORMULARY |
| 00085057102 | INTRON A 10MIU | 2ML | $ 106.56 | LISTED ON FORMULARY |
| 00085118402 | INTRON A 3MIU SOL | 6 X 0.5ML | $ 191.83 | LISTED ON FORMULARY |
| 00085064705 | INTRON A 3MIU, Pak-3 | 6x1ML | $ 191.83 | LISTED ON FORMULARY |
| 00085012002 | INTRON A 5MIU | 1ML | $ 53.28 | LISTED ON FORMULARY |
| 00085119102 | INTRON A 5MIU SOL | 6 X 0.5ML | $ 319.72 | LISTED ON FORMULARY |
| 00085117902 | INTRON A 10MIU SOL | 6 X 1ML | $ 639.44 | LISTED ON FORMULARY |
| 00085111001 | INTRON A 18 MIU | 1ML | $ 191.83 | LISTED ON FORMULARY |
| 00085116801 | INTRON A 18MIU SOL | 6MIU/1ML | $ 191.83 | LISTED ON FORMULARY |
| 00085028502 | INTRON A 25MIU | 5ML | $ 266.44 | LISTED ON FORMULARY |
| 00085113301 | INTRON A 25MIU SOL | 10MIU/1ML | $ 266.44 | LISTED ON FORMULARY |
| 00085053901 | INTRON A 50MIU | 1ML | $ 532.86 | LISTED ON FORMULARY |
| 00085125401 | INTRON A Solution Multidose Pens 10MIU | 6x10MIU/.2ml | $ 639.44 | LISTED ON FORMULARY |

| | | | | | |
|---|---|---|---|---|---|
| 00085124201 | INTRON A Solution Multidose Pens 3MIU | 6x3MIU/.2 ml | $ | 191.83 | LISTED ON FORMULARY |
| 00085123501 | INTRON A Solution Multidose Pens 5MIU | 6x5MIU/.2 ml | $ | 319.72 | LISTED ON FORMULARY |
| 00085119701 | NASONEX NASAL SPRAY | 17GM | $ | 32.42 | LISTED ON FORMULARY |
| 00085330535 | NITRO-DUR INST .1MG | 30 | $ | 39.39 | LISTED ON FORMULARY |
| 00085331035 | NITRO-DUR INST .2MG | 30 | $ | 39.98 | LISTED ON FORMULARY |
| 00085331535 | NITRO-DUR INST .3MG | 30 | $ | 44.79 | LISTED ON FORMULARY |
| 00085332035 | NITRO-DUR INST .4MG | 30 | $ | 44.79 | LISTED ON FORMULARY |
| 00085333035 | NITRO-DUR INST .6MG | 30 | $ | 48.59 | LISTED ON FORMULARY |
| 00085081935 | NITRO-DUR INST .8MG | 30 | $ | 48.59 | LISTED ON FORMULARY |
| 00085028203 | OPTIMINE TABS | 100 | $ | 99.75 | LISTED ON FORMULARY |
| 00085082003 | POLARAMINE TABS 2MG | 100 | $ | 43.56 | LISTED ON FORMULARY |
| 00085061402 | PROVENTIL INHALATION AEROSOL | 17G | $ | 21.98 | LISTED ON FORMULARY |
| 00085113201 | PROVENTIL INHALATION AEROSOL | 6.7G | $ | 21.17 | LISTED ON FORMULARY |
| 00085061403 | PROVENTIL INHALATION REFILL | 17G | $ | 19.68 | LISTED ON FORMULARY |
| 00085123602 | REBETRON 1000/MDV | 1000 | $ | 603.24 | LISTED ON FORMULARY |
| 00085124102 | REBETRON 1000/PAK-3 | 1000 | $ | 603.24 | LISTED ON FORMULARY |
| 00085125802 | REBETRON 1000/PEN | 1000 | $ | 603.24 | LISTED ON FORMULARY |
| 00085123601 | REBETRON 1200/MDV | 1200 | $ | 666.57 | LISTED ON FORMULARY |
| 00085124101 | REBETRON 1200/PAK-3 | 1200 | $ | 666.57 | LISTED ON FORMULARY |
| 00085125801 | REBETRON 1200/PEN | 1200 | $ | 666.57 | LISTED ON FORMULARY |
| 00085123603 | REBETRON 600/MDV | 600 | $ | 494.03 | LISTED ON FORMULARY |
| 00085124103 | REBETRON 600/PAK-3 | 600 | $ | 494.03 | LISTED ON FORMULARY |
| 00085125803 | REBETRON 600/PEN | 600 | $ | 494.03 | LISTED ON FORMULARY |
| 00085046003 | SOLGANAL SUSPENSION | 10ML | $ | 118.79 | LISTED ON FORMULARY |
| 00085001204 | TRILAFON INJ 5MGAMP X100 | 100 | $ | 563.40 | LISTED ON FORMULARY |
| 00085104901 | VANCENASE AQ DS | 19G | $ | 35.11 | LISTED ON FORMULARY |
| 00085064902 | VANCENASE NASAL POCKETHALER | 7G | $ | 29.47 | LISTED ON FORMULARY |
| 00085073604 | VANCERIL INHALER | 16.8G | $ | 29.08 | LISTED ON FORMULARY |

* With respect to each Schering Product selected, non-formulary products shall be NDC blocked and/or in a third or higher tier with a co-pay arrangement differential of at least $15.