# Exhibits Referenced in the Declaration of Debra Kane

# Part 3

# SCHERING CORPORATION

**RECEIVED**

JUN 2 4 1994

IIDS AND CONTRACTS

GALLOPING HILL ROAD          KENILWORTH, N. J. 07033

CABLES: SCHERING KENILWORTH
TELEX: 138316
138280
TELEPHONE: (908) 298-4000

## CHARGEBACK AGREEMENT

**CHARGEBACK AGREEMENT**, dated as of July 1, 1996, by and among **SCHERING CORPORATION**, a New Jersey corporation having a place of business at 2000 Galloping Hill Road, Kenilworth, New Jersey 07033 ("Schering"), ~~and HMO Blue, a Massachusetts~~ not-for-profit corporation having a place of business at 260 Cochituate Road, Framingham, MA 01701 ("Healthcare Organization).

### WITNESSETH:

Schering manufactures and sells pharmaceutical products and Healthcare Organization is a staff model HMO providing medical, pharmacy and formulary services to its patients; and

This Agreement sets forth the terms and conditions upon which Schering will permit Healthcare Organization to purchase Schering products at a discount if the conditions of this Agreement are satisfied;

NOW, THEREFORE, in consideration of the covenants and agreements set forth herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows:

## 1. DEFINITIONS.

1    "Formulary" means a reference book for physicians and pharmacists of Healthcare Organization listing all of the drugs (including the Products) that Healthcare Organization encourages them to prescribe and dispense to Eligible Patients.

2    "Net Direct Price" of any Product shall mean the price of such Product published by Schering from time to time as its Net Direct Price for such Product.

3    "Prime Vendor" means the relevant wholesale distributor listed as the Prime Vendor for Healthcare Organization on the signature page of this Agreement, or such other wholesale distributor of the Products specified in writing in a notice to Schering by Healthcare Organization which has agreed to participate in Schering's Prime Vendors Program and which is eligible to participate in chargeback arrangements with Schering.

Defendants' Exhibit
**2937**
01-12257 - PBS

4       "Product Category" with respect to any Product means the category or grouping of pharmaceutical products identified as the "Product Category" for such Product on Exhibit A hereto.

5       "Products" means those Schering pharmaceutical products set forth on Exhibit A.

6       "Report" means a written report, in a format reasonably acceptable to Schering, setting forth the following information for each Product and each other product in each Product Category dispensed by Healthcare Organization grouped by product and Product Category:

    a.       the National Drug Code number for each product dispensed;

    b.       the brand name or description of each such product;

    c.       the date such product was dispensed;

    d.       the relevant prescription number;

    e.       the physician number of the prescribing physician;

    f.       the quantity of such product dispensed (e.g., the number of ounces, tablets, grams, etc.); and

    g.       such other information as Schering shall reasonably request.

Each report shall also include a summary of utilization of the products in each Product Category which shall list, by Product Category and product, the name of each product, the National Drug Code of such product, the aggregate number of prescriptions written for each product, the aggregate number of units of each product dispensed and the utilization percentage of each product in each Product Category.

7       "Term" means the period commencing on July 1, 1996 and terminating on June 30, 1998 unless sooner terminated as provided by this Agreement.

## 2.   OBLIGATIONS OF HEALTHCARE ORGANIZATION.

1       **FORMULARY; UTILIZATION**: Healthcare Organization agrees that at all times during the term of this Agreement, all of the Awarded Products shall be listed on the Formulary of Healthcare Organization, (ii) such Formulary shall be distributed by Healthcare Organization to all of its physicians and to all pharmacy departments at

2

all of Healthcare Organization's (iii) Healthcare Organization will implement Formulary compliance programs at its respective facilities (which may include co-pay incentives, written material, point-of-sale messages and other forms of communications to Healthcare Organization's physicians and pharmacists), (iv) Healthcare Organization shall not engage in any counterdetailing or disincentivizing efforts against any Products, and (v) Healthcare Organization shall promptly notify Schering and all of its physicians and pharmacists, of any additions or changes to the Formulary status of any of the Products and the addition of any new Schering products on the applicable Formulary. In the event and to the extent that discounts contained in Exhibit A are contingent upon exclusive formulary postion, Healthcare Organization further agrees to purchase sufficient quantities of such Product to satisfy not less than ninety percent (90%) of Healthcare Organization's needs of products in the appropriate Product Category for each such Product (i.e., "achieve a 90% utilization rate" for such Products).

**2      OWN USE**: Healthcare Organization hereby represents and agrees that all Products purchased hereunder shall be solely for its "own use" as defined in Kaiser v. DeModena, 743 F2d 1388 (1984).

**3      REPORTING**: In the event and to the extent that discounts contained in Exhibit A are contingent upon market share performance, Healthcare Organization shall furnish to Schering within thirty (30) days after the end of each calendar quarter a Report for all Products, and all other products in each Product Category, used or dispensed during such quarter.

**4      AUDIT**: Healthcare Organization agrees to institute and conduct on a regular basis random audits of its physicians and facilities to ensure that actual dispensing of Products complies with the restrictions of Section 2.2 hereof. Adjustments as a result of such audits shall be refunded to Schering no later than thirty (30) days after completion of such audit. Healthcare Organization shall at all times keep and maintain accurate books, records and files with respect to its physicians and facilities (including name, address and telephone number), reports submitted to Schering, random audits under this Section, and all information (including information made available by or to physicians) relating to the prescribing, dispensing, sale, and reimbursement of the Products. Healthcare Organization agrees that Schering shall have the right to conduct inspections and/or audits of Healthcare Organization's books, records, and files from time to time, and that within ten (10) days following Healthcare Organization's receipt of written request from Schering, Healthcare Organization shall make such information (and such other information necessary to confirm such information) available in a manner satisfactory to Schering, for inspection and/or audit by Schering's representatives or its designated auditors during regular business hours.  Schering agrees that any such inspections and/or

3

audits shall be subject to the requirements of state and federal law regarding the confidentiality of medical and prescription records.

**5     EXCESS DISCOUNTS**: If Schering reasonably determines as a result of an inspection and/or audit of Healthcare Organization its respective physicians and facilities, or any one or more of them, that all or any part of the discounts previously granted by Schering to Healthcare Organization is not required under this Agreement, then Healthcare Organization shall pay to Schering an amount equal to the excess discount granted hereunder to Schering within thirty (30) days of being notified of such excess discounts by Schering.

## 3.     PRICES.

**1     DISCOUNT**: Schering hereby agrees that, subject to Healthcare Organization's satisfaction of the other terms and conditions of this Agreement, including without limitation the provisions of Section 2.1 hereof, and subject further to the provisions of Section 3.2 hereof, Healthcare Organization shall be entitled to purchase each of the Products at the price for such Product set forth on Exhibit A hereto. All such purchases by Healthcare Organization shall be made through the appropriate Prime Vendor and shall be subject to such terms as shall be agreed to or otherwise in effect between Healthcare Organization and Prime Vendor.

**2     PRICE INCREASES**: Anything to the contrary herein notwithstanding, Schering hereby reserves the right to increase the prices for the Products, or any one or more of them, not more often than once in each calendar year, or portion thereof, during the term of this Agreement, except that no increase shall exceed six percent (6%) over the then-current price.   *five*

*5% §x uxr*

**4.  TERMINATION**: This Agreement may be terminated by any party for any reason or without reason upon thirty (30) days prior written notice. This Agreement may also be terminated immediately by Schering upon written notice to Healthcare Organization: (a) if either Healthcare Organization commits a material breach of this Agreement which is not cured within ten (10) days after receipt of written notice of same from Schering, (b) in the event of the insolvency, dissolution, liquidation, receivership, bankruptcy or similar reorganization of Healthcare Organization whether voluntary or involuntary, or (c) the enactment of federal, state or local legislation, rules or regulations, or the issuance of an interpretation of existing legislation, rules or regulations, which, in the reasonable opinion of Schering, could have a material adverse impact on Schering and/or any of its affiliates (economic or otherwise) if the Agreement remained in effect unmodified. This Agreement may also be terminated immediately by Healthcare Organization upon written notice to Schering: (a) if Schering commits a material breach of this Agreement which is not cured within ten

4

(10) days after receipt of written notice of same from Healthcare Organization, (b) in the event of the insolvency, dissolution, liquidation, receivership, bankruptcy or similar reorganization of Schering, whether voluntary or involuntary, or (c) the enactment of federal, state or local legislation, rules or regulations, or the issuance of an interpretation of existing legislation, rules or regulations, which, in the reasonable opinion of Healthcare Organization could have a material adverse impact on Healthcare Organization and/or any of its respective affiliates (economic or otherwise) if the Agreement remained in effect unmodified.  Upon any such termination, this Agreement shall terminate in its entirety with respect to all parties.

## 5.  GENERAL PROVISIONS.

**1**    **CONFIDENTIALITY**: Healthcare Organization shall maintain the confidentiality of all of the terms and conditions of this Agreement throughout the duration hereof and for a period of five (5) years following the effective date of termination or expiration.  This covenant shall survive the expiration or termination of this Agreement.

**2**    **INDEMNIFICATION**:  Each party hereto ("Indemnifying Party") shall indemnify and hold harmless each other party, its affiliates, and its and their respective officers, directors, agents and employees from and against any and all liability, loss, proceeding, action, damage, cost or expense of any kind, including without limitation reasonable attorneys fees and expenses, arising out of or based upon the negligent or willful acts or omissions of the Indemnifying Party or its officers, directors, agents or employees.

**3**    **NOTICES**:  Any notice required or permitted hereunder shall be sent to the addresses set forth on page 1 hereof to the attention of the signatories hereof, by either (a) certified mail, return receipt requested, postage prepaid, or (b) recognized overnight courier service.  All notices shall be effective upon receipt.

**4**    **COMPLIANCE WITH LAWS**: Healthcare Organization shall comply with all applicable laws in connection with this Agreement, including without limitation the reporting requirements and applicable provisions of 42 U.S.C. 1320a-7b. Healthcare Organization represents and warrants that it is licensed as a health plan in each State where such licensure is required.

**5**    **FORCE MAJEURE**:  Noncompliance with the obligations of this Agreement due to force majeure, laws or regulations of any government, war, civil commotion, destruction of production facilities and materials, fire, earthquake or storm, labor disturbances, shortage of materials, failure of public utilities or common

carriers, and any other causes beyond the reasonable control of the parties, shall not constitute breach of contract.

**6      MISCELLANEOUS:** No party shall have the right to assign this Agreement without the prior written consent of each non-assigning party. This Agreement shall enure to the benefit of the successors and permitted assigns of each party. This Agreement constitutes the entire Agreement between the parties relating to the subject matter hereof and supersedes all previous agreement between the parties relating to such subject matter. This Agreement may only be changed by a writing executed by the parties. **THIS AGREEMENT SHALL BE GOVERNED BY THE LAWS OF THE STATE OF NEW JERSEY APPLICABLE TO CONTRACTS MADE AND TO BE PERFORMED ENTIRELY WITHIN THAT STATE.** This Agreement shall not apply to Products purchased for use, sale or distribution outside of the continental United States, Alaska and Hawaii. Neither party may use any patented, trademarked, service-marked or copyrighted material or any trade name of the other party without prior written permission.

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement as of the date first above written.

SCHERING CORPORATION

By: _____
Name: Carolyn Heinl Loais
Title: Sr Mgr, Contracts & Pricing

HMO Blue

By: _____
Name:        Gary J. Kerr
Title:        Director of Pharmacy, HCD

6

BlueCross BlueShield of Massachusetts
The Health Services Company

260 Cochituate Road
Framingham, MA 01701-4608

TEL (508) 370-3040

## BLUE CROSS BLUE SHIELD MA HEALTH CENTER DIVISION WHOLESALERS

James Brudnick Company
219 Medford Street
Malden, MA 02148
DEA # PJ 0115394
Phone: (617) 321-6800
Fax: (617) 397-9576
Contact: Scott Brody

Cardinal Health
11 Centennial Drive
P.O. Box 60411
Peabody, MA 01961-6041
DEA # PD 0025141
Phone: (508) 532-6900
Fax: (508) 532-6916
Contact: Joan Vaiknoras

An Independent Licensee of the
Blue Cross and Blue Shield Association

PRIME VENDOR:

(Primary)                              (Secondary)

Name:_____          Name:_____

Address:_____          Address:_____

_____           _____

_____           _____

Telephone:_____          Telephone:_____

FAX:_____          FAX:_____

7

## HMO BLUE
## 7/1/96 THROUGH 6/30/98
## SCHERING OFFER# 0960131

| PRODUCT | NDC | DESCRIPTION | PRICE | THERAPEUTIC EQUIVALENCE CODE |
|---|---|---|---|---|
| **ALBUTEROL** | | | | |
| | | | | |
| **PROVENTIL** | | | | |
| INHALER | 0614-02 | 17G | 18.95 | BN |
| INHALER REFILL | 0614-03 | 17G | 18.95 | BN |
| SYRUP | 0315-02 | 473ML | 29.57 | AA |
| | | | | |
| **PROVENTIL TABLETS** | | | | |
| 2MG | 0252-02 | 100 | 32.99 | AB |
| | 0252-03 | 500 | 156.81 | AB |
| 4MG | 0573-02 | 100 | 49.23 | AB |
| | 0573-03 | 500 | 234.16 | AB |
| | | | | |
| **PROVENTIL REPETABS** | | | | |
| 4MG | 0431-02 | 100 | 55.30 | |
| | 0431-03 | 500 | 268.41 | |
| | 0431-04 | U/D 100 | 69.25 | |
| | | | | |
| **PROVENTIL SOL FOR INHALER** | | | | |
| 0.5% | 0208-02 | 20ML | 14.13 | AN |
| 0.083% UNIT DOSE | 0209-01 | 25 X 3ML | 32.28 | AN |
| | | | | |
| **AUROTHIOGLUCOSE SUSPENSION** | | | | |
| | | | | |
| SOLGANAL SUSPENSION | 0460-03 | 10ML | 105.23 | |
| | | | | |
| **AZATADINE MALEATE, USP & PSEUDOPHERINE** | | | | |
| | | | | |
| OPTIMINE TABLETS | 0282-03 | 100 | 79.37 | |
| | | | | |
| **AZATADINE MALEATE & PSEUDOPHEDRINE SULFATE** | | | | |
| | | | | |
| TRINALIN REPETABS | 0703-04 | 100 | 83.08 | |

**BECLOMETHASONE DIPROPRIONATE**          ** Pricing requires exclusive Formulary status

| | | | | |
|---|---|---|---|---|
| VANCENASE NASAL INHALER | 0041-06 | 16.8G | 2.95 ** | |
| VANCENASE AQ PUMP | 0259-02 | 25GM | 16.80 ** | BN |
| VANCERIL INHALER | 0736-04 | 16.8G | 22.06 Not Available | BN |

| PRODUCT | NDC | DESCRIPTION | PRICE | THERAPEUTIC EQUIVALENCE CODE |
|---|---|---|---|---|
| **BETAMETHASONE** | | | | |
| | | | | |
| **CELESTONE** | | | | |
| PHOSPHATE INJ. | 0879-05 | 5ML | 13.78 | AP |
| SOLUSPAN SUSP. | 0566-05 | 5ML | 17.63 | |

## HMO BLUE
## 7/1/96 THROUGH 6/30/98
## SCHERING OFFER# 0960131

| PRODUCT | NDC | DESCRIPTION | PRICE | THERAPEUTIC EQUIVALENCE CODE |
|---------|-----|-------------|-------|------------------------------|

**BETAMETHASONE DIPROPRIONATE (AUGMENTED)** * when available cut

**DIPROLENE**

| | | | | |
|---|---|---|---|---|
| LOTION 0.05% | 0962-01 | 30ML | 23.15 | |
| | 0962-02 | 60ML | 45.63 | |
| OINT. 0.05% | 0575-02 | 15G | 20.18 | |
| | 0575-05 | 50G | 47.45 * cut | |
| GEL 0.05% | 0634-01 | 15G | 20.18 * cut | |
| | 0634-03 | 50G | 47.45 | |

**DIPROLENE AF**

| | | | | |
|---|---|---|---|---|
| CREAM | 0517-01 | 15G | 20.18 * cut | |
| | 0517-04 | 50G | 47.45 * cut | |

**BETAMETHASONE DIPROPRIONATE**

**DIPROSONE**

| | | | | |
|---|---|---|---|---|
| AEROSOL 0.1% | 0475-06 | 85G | 18.46 | |
| CREAM 0.05% | 0853-02 | 15G | 18.46 | AB |
| | 0853-03 | 45G | 33.91 | AB |
| LOTION 0.05% | 0028-04 | 20ML | 22.73 | AB |
| | 0028-06 | 60ML | 44.80 | AB |
| OINT. 0.05% | 0510-04 | 15G | 18.46 | AB |
| | 0510-06 | 45G | 33.91 | AB |

**CEFTIBUTEN**

**CEDAX**
ORAL SUSPENSION

| | | | | |
|---|---|---|---|---|
| 90MG/5ML | 0777-03 | 30ML | 17.48 | |
| 90MG/5ML | 0777-01 | 60ML | 22.72 | |
| 90MG/5ML | 0777-02 | 120ML | 45.82 | |

National Market Share Regional

**CEDAX**
CAPSULES

| | | | | |
|---|---|---|---|---|
| 400MG | 0691-01 | 20'S | 94.76 | |
| 400MG | 0691-02 | 100'S | 467.66 | |
| 400MG/(10X4) | 0691-03 | PKG 40 | 192.83 | |

**CLOTRIMAZOLE**

**LOTRIMIN**

| | | | | |
|---|---|---|---|---|
| CREAM | 0613-02 | 15G | 9.71 | AT |
| | 0613-05 | 30G | 17.29 | AT |
| | 0613-04 | 45G | 20.99 | AT |

hmoblu                              2                              6/4/96

## HMO BLUE
## 7/1/96 THROUGH 6/30/98
## SCHERING OFFER# 0960131

| PRODUCT | NDC | DESCRIPTION | PRICE | THERAPEUTIC EQUIVALENCE CODE |
|---|---|---|---|---|
| LOTION | 0707-02 | 30ML | 18.61 | AT |
| SOLUTION | 0182-02 | 10ML | 8.55 | AT |
| | 0182-04 | 30ML | 17.78 | AT |

### CLOTRIMAZOLE & BETAMETHASONE DIPROPRIONATE

**LOTRISONE**

| CREAM | 0924-01 | 15G | 15.86 | |
|---|---|---|---|---|

### DEXCHLORPHENIRAMINE MALEATE, USP

**POLARAMINE**

| EXPECTORANT | 0268-05 | 473ML | 47.38 | |
|---|---|---|---|---|
| **REPETABS** | | | | |
| 4MG | 0095-03 | 100 | 59.11 | |
| 6MG | 0148-03 | 100 | 82.63 | |
| SYRUP | 0016-05 | 473ML | 36.74 | AA |
| TABLETS (2MG) | 0820-03 | 100 | 34.63 | AA |

### DIAZOXIDE

**HYPERSTAT**

| 300MG | 0201-05 | 20ML | 81.53 | AP |
|---|---|---|---|---|

### DRUG DELIVERY SYSTEM

**INSPIREASE**

| Kit (1 Mthpc/3 Bags) | 4602-02 | 1 | 15.44 | |
|---|---|---|---|---|
| Replacement Bags | 4602-03 | 3 | 8.33 | |
| Replacement Bags | 4602-70 | 144 | 268.06 | |
| Replacement Mouthpieces | 4604-01 | 144 | 552.92 | |
| Replacement Mouthpiece | 4604-02 | 1 | 11.15 | |

### ETHINYL ESTRADIOL

**ESTINYL TABLETS**

| .02MG | 0298-03 | 100 | 26.53 | |
|---|---|---|---|---|
| | 0298-06 | 250 | 62.45 | |
| .05MG | 0070-03 | 100 | 44.74 | BP |
| | 0070-06 | 250 | 104.48 | BP |
| .5MG | 0150-03 | 100 | 90.49 | |

## HMO BLUE
## 7/1/96 THROUGH 6/30/98
## SCHERING OFFER# 0960131

| PRODUCT | NDC | DESCRIPTION | PRICE | THERAPEUTIC EQUIVALENCE CODE |
|---|---|---|---|---|
| **FLUPHENAZINE** | | | | |
| **PERMITIL** | | | | |
| CONCENTRATE | 0296-05 | 118ML | 64.78 | AA |
| TABLETS | | | | |
| 2.5MG | 0442-04 | 100 | 90.65 | |
| 5MG | 0550-04 | 100 | 121.03 | |
| 10MG | 0316-05 | 1000 | 1,436.57 | |
| | | | | |
| **FLUTAMIDE** | | | | |
| EULEXIN CAPSULES | 0525-06 | 180 | 243.20 | |
| | 0525-05 | 500 | 675.84 | |
| | 0525-03 | 100 U/D | 143.19 | |
| **GRISEOFULVIN** | | | | |
| **FULVICIN P/G (Ultramicrosize)** | | | | |
| 125MG | 0228-03 | 100 | 38.27 | AB |
| 165MG | 0654-03 | 100 | 55.26 | AB |
| 250MG | 0507-03 | 100 | 75.12 | AB |
| 330MG | 0352-03 | 100 | 95.39 | AB |
| **FULVICIN U/F (Microsize)** | | | | |
| 250MG | 0948-03 | 60 | 39.15 | AB |
| | 0948-06 | 250 | 154.66 | AB |
| 500MG | 0496-03 | 60 | 62.58 | AB |
| | 0496-06 | 250 | 246.98 | AB |
| **INTERFERON ALFA-2B** | | | | |
| **INTRON A** | | | | |
| 3 MIL IU | 0647-03 | 1ML | 26.57 | |
| 3 MIL IU SYRINGE | 0647-04 | 1ML | 26.57 | |
| 3 MIL IU SYRINGE PAK | 0647-05 | 1ML X 6 | 159.63 | |
| 5 MIL IU | 0120-02 | 1ML | 44.31 | |
| 5 MIL IU SYRINGE PAK | 0120-05 | 1ML X 6 | 266.10 | |
| 10 MIL IU | 0571-02 | 2ML | 88.67 | |
| 10 MIL IU SYRINGE PAK | 0571-06 | 2ML X 6 | 532.25 | |
| 10 MIL IU SOLUTION | 0923-01 | 2ML | 88.67 | |
| 18 MIL IU | 1110-01 | 1ML | 159.63 | |
| 18 MIL IU SOLUTION | 0953-01 | 3ML | 159.63 | |
| 25 MIL IU | 0285-02 | 5ML | 221.75 | |
| 25 MIL IU SOLUTION | 0769-01 | 5ML | 221.75 | |
| 50 MIL IU | 0539-01 | 1ML | 443.52 | |

hmoblu                              4                          6/4/96

## HMO BLUE
## 7/1/96 THROUGH 6/30/98
## SCHERING OFFER# 0960131

| PRODUCT | NDC | DESCRIPTION | PRICE | THERAPEUTIC EQUIVALENCE CODE |
|---|---|---|---|---|
| **LABETALOL** | | | | |
| | | | | |
| **NORMODYNE INJECTION** | | | | |
| 20ML VIAL | 0362-07 | 20ML | 26.80 | AP |
| 40ML VIAL | 0362-06 | 40ML | 51.91 | AP |
| 4ML SYRINGE | 0362-08 | 4ML | 11.57 | |
| 8ML SYRINGE | 0362-09 | 8ML | 17.36 | |
| **NORMODYNE TABLETS** | | | | |
| 100MG | 0244-04 | 100 | 36.90 | AB |
| | 0244-05 | 500 | 175.09 | AB |
| | 0244-07 | 1000 | 322.87 | AB |
| | 0244-08 | U/D 100 | 39.19 | AB |
| | | | | |
| 200MG | 0752-04 | 100 | 52.35 | AB |
| | 0752-05 | 500 | 248.68 | AB |
| | 0752-07 | 1000 | 458.41 | AB |
| | 0752-08 | U/D 100 | 54.63 | AB |
| | | | | |
| 300MG | 0438-03 | 100 | 69.63 | AB |
| | 0438-05 | 500 | 330.68 | AB |
| | 0438-06 | U/D 100 | 71.93 | AB |
| | | | | |
| **LORATADINE** | | | | |
| | | | | |
| **CLARITIN** | | | | |
| 10MG | 0458-01 | 14 | 28.87 | |
| | 0458-03 | 100 | 155.06 | |
| | 0458-04 | U/D 100 | 155.06 | |
| | 0458-06 | 500 | 775.27 | |
| | 0458-05 | 30 | 46.52 | |
| | | | | |
| **MOMETASONE FUROATE** | | | | |
| | | | | |
| **ELOCON** | | | | |
| CREAM | 0567-01 | 15G | 12.94 | |
| | 0567-02 | 45G | 24.89 | |
| | | | | |
| LOTION | 0854-01 | 30ML | 14.02 | |
| | 0854-02 | 60ML | 26.76 | |
| | | | | |
| OINTMENT | 0370-01 | 15G | 12.94 | |
| | 0370-02 | 45G | 24.89 | |
| | | | | |
| **NETILMICIN SULFATE** | | | | |
| | | | | |
| **NETROMYCIN INJECTION** | | | | |
| 150MG VIAL | 0264-02 | 10 x 1.5ML | 111.91 | |

## HMO BLUE
## 7/1/96 THROUGH 6/30/98
## SCHERING OFFER# 0960131

| PRODUCT | NDC | DESCRIPTION | PRICE | THERAPEUTIC EQUIVALENCE CODE |
|---|---|---|---|---|
| **NITROGLYCERIN** | | | | |
| | | | | |
| **NITRO-DUR TRANSDERMAL** | | | | |
| .1MG/HR | 3305-35 | 30 patches | 33.83 | |
| .2MG/HR | 3310-35 | 30 patches | 34.34 | |
| .3MG/HR | 3315-35 | 30 patches | 38.48 | |
| .4MG/HR | 3320-35 | 30 patches | 38.48 | |
| .6MG/HR | 3330-35 | 30 patches | 41.73 | |
| .8MG/HR | 0819-35 | 30 patches | 41.73 | |
| | | | | |
| **PERPHENAZINE** | | | | |
| | | | | |
| **TRILAFON CONCENTRATE** | 0363-02 | 118ML | 31.77 | |
| | | | | |
| **TRILAFON INJECTION 5MG/ML** | 0012-04 | 100 X 1ML | 473.44 | |
| | | | | |
| **TRILAFON TABLETS** | | | | |
| 2MG | 0705-04 | 100 | 55.81 | AB |
| 4MG | 0940-05 | 100 | 76.37 | AB |
| 8MG | 0313-05 | 100 | 92.68 | AB |
| 16MG | 0077-05 | 100 | 124.69 | AB |
| | | | | |
| **PERPHENAZINE & AMITRIPTYLINE** | | | | |
| | | | | |
| **ETRAFON** | | | | |
| TABS (2-10) | 0287-04 | 100 | 58.66 | BP |
| | 0287-08 | U/D 100 | 61.86 | BP |
| | | | | |
| **ETRAFON** | | | | |
| TABS (2-25) | 0598-04 | 100 | 74.61 | BP |
| | 0598-08 | U/D 100 | 77.74 | BP |
| | | | | |
| **ETRAFON FORTE** | | | | |
| TABS (4-25) | 0720-04 | 100 | 81.04 | BP |
| | 0720-08 | U/D 100 | 84.23 | BP |
| | | | | |
| **POTASSIUM CHLORIDE** | | | | |
| | | | | |
| **K-DUR TABS** | | | | |
| 10MEQ | 0263-01 | 100 | 18.79 | |
| 10MEQ | 0263-81 | 100 U/D | 19.47 | |
| 20MEQ | 0787-01 | 100 | 32.56 | |
| 20MEQ | 0787-81 | 100 U/D | 35.28 | |

## HMO BLUE
## 7/1/96 THROUGH 6/30/98
## SCHERING OFFER# 0960131

| PRODUCT | NDC | DESCRIPTION | PRICE | THERAPEUTIC EQUIVALENCE CODE |
|---|---|---|---|---|
| **SULFACETAMIDE SODIUM** | | | | |
| | | | | |
| **SODIUM SULAMYD** | | | | |
| OPHTH. OINT. 10% | 0066-03 | 3.5G* | 13.72 | AT |
| OPHTH. SOL. 10% | 0946-03 | 25 X 5ML | 327.88 | AT |
| | 0946-06 | 15ML | 16.77 | AT |
| OPHTH. SOL. 30% | 0717-06 | 15ML | 17.79 | AT |

\* MAY BE PURCHASED ONLY IN MULTIPLES OF 6.

| PRODUCT | NDC | DESCRIPTION | PRICE | THERAPEUTIC EQUIVALENCE CODE |
|---|---|---|---|---|
| **THEOPHYLLINE ANHYDROUS** | | | | |
| | | | | |
| **THEO-DUR S/A TABS** | | | | |
| 100MG | 0487-01 | 100 | 15.21 | AB |
| | 0487-05 | 500 | 71.69 | AB |
| | 0487-10 | 1000 | 138.81 | AB |
| | 0487-50 | 5000 | 655.98 | AB |
| | 0487-81 | U/D 100 | 22.79 | AB |
| | | | | |
| 200MG | 0933-01 | 100 | 22.65 | AB |
| | 0933-05 | 500 | 106.79 | AB |
| | 0933-10 | 1000 | 201.66 | AB |
| | 0933-50 | 5000 | 978.64 | AB |
| | 0933-81 | U/D 100 | 28.25 | AB |
| | | | | |
| 300MG | 0584-01 | 100 | 26.90 | AB |
| | 0584-05 | 500 | 126.83 | AB |
| | 0584-10 | 1000 | 245.42 | AB |
| | 0584-50 | 5000 | 1161.76 | AB |
| | 0584-81 | U/D 100 | 33.63 | AB |
| | | | | |
| 450MG | 0806-01 | 100 | 35.72 | |
| | 0806-81 | U/D 100 | 44.66 | |

| PRODUCT | NDC | DESCRIPTION | PRICE | THERAPEUTIC EQUIVALENCE CODE |
|---|---|---|---|---|
| **THEOPHYLLINE ANHYDROUS EXTENDED-RELEASE** | | | | |
| | | | | |
| **UNI-DUR TABS** | | | | |
| 400MG | 0694-01 | 100 | 78.63 | |
| 600MG | 0814-01 | 100 | 85.97 | |

*[handwritten notes: "UNI phyll", "Get Info -Pulmosust"]*

hmoblu                                    7                                    6/4/96