# Exhibits Referenced in Addendum Regarding Certain Summary Exhibits (Part 1)

Confidential

## Comparison of Estimated Monthly Medicare Reimbursements For Albuterol Sulfate 0.5% Solution: 2004 v. 2005 30-Day Supply of 225mg

| HCPCS Code | Solution Strength | Year | Drug Reimbursement | Dispensing Fee | Total |
|---|---|---|---|---|---|
| | | | (Dollars) | | |
| | (a) | (b) | (c) | (d) | [(c)+(d)] (e) |
| J7618 | 0.5% | 2004 | $ 29.25 | $ 5.00 | $ 34.25 |
| J7611 | | 2005 | 18.96 | 57.00 | 75.96 |

Notes: -- "The usual dosage for adults and pediatric patients 12 years of age and older is 2.5 mg of albuterol administered 3 to 4 times daily by nebulization." This is equivalent to 225mg to 300mg of albuterol sulfate for 30 days. (See e.g., "Proventil Solution for Inhalation 0.5% Drug Information Proventil Solution for Inhalation 0.5%.")

-- In 2004 "Medicare paid a monthly $5 dispensing fee for each covered nebulizer drug or combination of drugs used," and in 2005 the dispensing fee "for a 30-day supply of inhalation drugs was $57." (See Federal Register, 42 CFR Part 405, et al., August 8, 2005, pp. 45847-48.)

Sources: -- Centers for Medicare and Medicaid Services 2005 ASP Drug Pricing Files, http://www.cms.hhs.gov/McrPartBDrugAvgSalesPrice/02a_2005aspfiles.asp.

-- Centers for Medicare and Medicaid Services, Medicare Region B DMERC, HCPCS Update - 2005, http://www.adminastar.com/News/DMERCNews/files/DMERC_HCPCSUpdate2005.pdf.

-- "DMERC Region D Nebulizer Fees for 2004 - Effective 01/01/2004," CIGNA Government Services, http://www.cignamedicare.com/dmerc/fsch/2004/Q1/Q1_NEB.html (not available online).

-- Federal Register, 42 CFR Part 405, et al., August 8, 2005, pp. 45847-48.

-- "PalmettoGBA.com - Providers/DMERC/Publications/Fee Schedules/2004 and Prior (2004 Drug Fee Update)," http://www.pgba.com/palmetto/providers_a.nsf/f45451e08e6ffeda852569ee00005c6d/

Defendants' Exhibit
2918
01-12257 - PBS


Comparison of Estimated Monthly Medicare Reimbursements for Albuterol Sulfate 0.5% Solution: 2004 v. 2005
Drug Reimbursement
Dispensing Fee
Medicare Payments
$100
$90
$80
$70
$60
$50
$40
$30
$20
$10
$0
2004
Year
2005
Defendants' Exhibit
2947
01-12257 - PBS



Confidential

## Last Recorded Medispan AWPs of Albuterol Sulfate 0.083%

| Generic Manufacturer | NDC | 1991 |
|---|---|---|
| Warrick Exclusive Average | | |
| Generic Median Value(s): | | |

| Branded Manufacturer | NDC | 1991 |
|---|---|---|
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569169101 | 0.4580 |
| SCHERING CORP | 00085020901 | 0.4320 |

| Generic Manufacturer | NDC | 1992 |
|---|---|---|
| DEY LP | 49502069703 | 0.4307 |
| Warrick Exclusive Average | | 0.4307 |
| Generic Median Value(s): | | 0.4307 |

| Branded Manufacturer | NDC | 1992 |
|---|---|---|
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569169101 | 0.5407 |
| SCHERING CORP | 00085020901 | 0.4719 |
| CELLTECH MANUFACTURING INC | 53014007525 | 0.4320 |
| CELLTECH MANUFACTURING INC | 53014007560 | 0.3888 |

| Generic Manufacturer | NDC | 1993 |
|---|---|---|
| DEY LP | 49502069703 | 0.4307 |
| DEY LP | 49502069760 | 0.4306 |
| Warrick Exclusive Average | | 0.4306 |
| Generic Median Value(s): | | 0.4307 |
| | | 0.4306 |

| Branded Manufacturer | NDC | 1993 |
|---|---|---|
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569169101 | 0.5407 |
| SCHERING CORP | 00085020901 | 0.4719 |
| CELLTECH MANUFACTURING INC | 53014007525 | 0.4536 |
| GLAXOSMITHKLINE | 00173041900 | 0.4320 |
| CELLTECH MANUFACTURING INC | 53014007560 | 0.4082 |

| Generic Manufacturer | NDC | 1994 |
|---|---|---|
| PHYSICIANS TOTAL CARE INC | 54868247201 | 0.4509 |
| RUGBY LABORATORIES INC | 00536267704 | 0.4333 |
| HL MOORE DRUG EXCHANGE | 00839781610 | 0.4308 |
| HL MOORE DRUG EXCHANGE | 00839786018 | 0.4308 |
| ALIGEN INDEPENDENT LABORA | 00405213125 | 0.4293 |
| UNITED RESEARCH LABORATORIES INC | 00677152272 | 0.4267 |
| SANDOZ INC | 00781915093 | 0.4231 |
| MAJOR PHARMACEUTICALS INC | 00904773117 | 0.4167 |
| HL MOORE DRUG EXCHANGE | 00839786035 | 0.4065 |
| QUALITEST PHARMACEUTICALS INC | 00603100540 | 0.4056 |
| ASTRAZENECA LP | 00186149104 | 0.4033 |
| ASTRAZENECA LP | 00186149117 | 0.4033 |
| DEY LP | 49502069703 | 0.4033 |
| DEY LP | 49502069733 | 0.4033 |
| DEY LP | 49502069760 | 0.4033 |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| UNITED RESEARCH LABORATORIES INC | 00677152273 | 0.4028 |
| COPLEY PHARMACEUTICAL INC | 38245065917 | 0.4000 |
| IVAX PHARMACEUTICALS INC | 00182801024 | 0.3967 |
| Warrick Exclusive Average | | 0.4100 |
| Generic Median Value(s): | | 0.4056 |
| | | 0.4033 |

| Branded Manufacturer | NDC | 1994 |
|---|---|---|
| CELLTECH MANUFACTURING INC | 53014007525 | 0.4763 |
| SCHERING CORP | 00085020901 | 0.4719 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569169101 | 0.4719 |
| GLAXOSMITHKLINE | 00173041900 | 0.4320 |
| CELLTECH MANUFACTURING INC | 53014007560 | 0.4286 |

Note: Unit AWPs are evaluated as of June 30th of each year based on the latest AWP posted in Medispan through that year.

Sources: "Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
"National Drug Code Directory." *Food and Drug Administration*. http://www.fda.gov/cder/ndc/database/default.htm
*First Data Bank*. http://www.firstdatabank.com/downloads/pricing/manufacturers_list.pdf
"Medicaid Drug Rebate Initiative." *Connecticut Medical Assistance Program*. 9 November 2006. http://www.ctmedicalprogram.com/misc/drl.pdf
"June 1999." *Recalls.org*. http://www.recalls.org/d6-99.html
*IVAX Pharmaceuticals*. http://www.ivaxpharmaceuticals.com/aboutus.html
"Claritin." *Allergy NY*. http://www.allergyny.com/Treatments/Medications/Nose/Claritin.htm

Defendants' Exhibit
2919
01-12257 - PBS









Warrick's AWPs for 0.083% Albuterol Sulfate Are Relatively Low
Unit AWP
0.5
0.4
0.3
1991 1992 1993 1994 1995 1996 1997 1998 1999 2000 2001 2002 2003 2004
Year
Average AWP, Albuterol Sulfate 0.083%
Warrick AWP, Albuterol Sulfate 0.083%
Median AWP, Albuterol Sulfate 0.083%
Defendants' Exhibit
2946
01-12257 - PBS

# Warrick's Albuterol Sulfate 0.083% Launched at a Relatively Low AWP

| Manufacturer | NDC | AWPs as of 6/1994 |
|---|---|---|
| CELLTECH MANUFACTURING INC | 53014007525 | $ 0.48 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569169101 | $ 0.47 |
| SCHERING CORP | 00085020901 | $ 0.47 |
| PHYSICIANS TOTAL CARE INC | 54868247201 | $ 0.45 |
| ALIGEN INDEPENDENT LABORA | 00405213125 | $ 0.43 |
| CELLTECH MANUFACTURING INC | 53014007560 | $ 0.43 |
| GLAXOSMITHKLINE | 00173041900 | $ 0.43 |
| HL MOORE DRUG EXCHANGE | 00839781610 | $ 0.43 |
| HL MOORE DRUG EXCHANGE | 00839786018 | $ 0.43 |
| RUGBY LABORATORIES INC | 00536267704 | $ 0.43 |
| UNITED RESEARCH LABORATORIES INC | 00677152272 | $ 0.43 |
| MAJOR PHARMACEUTICALS INC | 00904773117 | $ 0.42 |
| SANDOZ INC | 00781915093 | $ 0.42 |
| HL MOORE DRUG EXCHANGE | 00839786035 | $ 0.41 |
| QUALITEST PHARMACEUTICALS INC | 00603100540 | $ 0.41 |
| ASTRAZENECA LP | 00186149104 | $ 0.40 |
| ASTRAZENECA LP | 00186149117 | $ 0.40 |
| COPLEY PHARMACEUTICAL INC | 38245066917 | $ 0.40 |
| DEY LP | 49502069703 | $ 0.40 |
| DEY LP | 49502069760 | $ 0.40 |
| DEY LP | 49502069733 | $ 0.40 |
| UNITED RESEARCH LABORATORIES INC | 00677152273 | $ 0.40 |
| **WARRICK PHARMACEUTICALS CORP** | **59930150006** | **$ 0.40** |
| **WARRICK PHARMACEUTICALS CORP** | **59930150008** | **$ 0.40** |
| IVAX PHARMACEUTICALS INC | 00182801024 | $ 0.31 |

Defendants' Exhibit
2949
01-12257 - PBS

Warrick's AWPs for
0.083% Albuterol Sulfate
Unit AWP
0.5
0.4
0.3
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004
Year
Warrick AWP, Albuterol Sulfate 0.083%
Defendants' Exhibit
2950
01-12257 - PBS