# Exhibits Referenced in Addendum Regarding Certain Summary Exhibits (Part 2)

Confidential

**Last Recorded Medispan AWPs of Albuterol Sulfate 0.5%**

| Generic Manufacturer | NDC | 1991 |
|---|---|---|
| Warrick Exclusive Average | | |
| Generic Median Value(s): | | |

| Generic Manufacturer | NDC | 1992 |
|---|---|---|
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.7000 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.6975 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6750 |
| SANDOZ INC | 00781753580 | 0.6275 |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.6250 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.6245 |
| Warrick Exclusive Average | | 0.6583 |
| Generic Median Value(s): | | 0.6275 |

| Generic Manufacturer | NDC | 1993 |
|---|---|---|
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.7080 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.7000 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.6975 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6750 |
| SCHEIN PHARMACEUTICAL INC | 00364253055 | 0.6625 |
| SANDOZ INC | 00781753580 | 0.6275 |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.6250 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| ASTRAZENECA LP | 00186149001 | 0.5030 |
| Warrick Exclusive Average | | 0.6521 |
| Generic Median Value(s): | | 0.6625 |

| Generic Manufacturer | NDC | 1994 |
|---|---|---|
| SOUTHWOOD PHARMACEUTICALS INC | 58016501801 | 1.1845 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640401 | 0.9375 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.7335 |
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.7080 |
| HL MOORE DRUG EXCHANGE | 00839786197 | 0.7080 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.6975 |
| SCHEIN PHARMACEUTICAL INC | 00364253055 | 0.6955 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6750 |
| SANDOZ INC | 00781753580 | 0.6275 |
| ASTRAZENECA LP | 00186149001 | 0.6250 |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.6250 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| WARRICK PHARMACEUTICALS CORP [illegible] | 59930151504 | 0.6250 |
| UNITED RESEARCH LABORATORIES INC | 00677152122 | 0.6225 |
| Warrick Exclusive Average | | 0.7309 |
| Generic Median Value(s): | | 0.6955 |
| | | 0.6750 |

| Branded Manufacturer | NDC | 1991 |
|---|---|---|
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 0.8025 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.7825 |
| SCHERING CORP | 00085020802 | 0.7110 |
| GLAXOSMITHKLINE | 00173038558 | 0.7110 |

| Branded Manufacturer | NDC | 1992 |
|---|---|---|
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 0.9325 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |
| SCHERING CORP | 00085020802 | 0.7765 |
| GLAXOSMITHKLINE | 00173038558 | 0.7765 |

| Branded Manufacturer | NDC | 1993 |
|---|---|---|
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |
| SCHERING CORP | 00085020802 | 0.7765 |
| GLAXOSMITHKLINE | 00173038558 | 0.7765 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 0.7765 |

| Branded Manufacturer | NDC | 1994 |
|---|---|---|
| SOUTHWOOD PHARMACEUTICALS INC | 58016630901 | 1.0595 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |
| SCHERING CORP | 00085020802 | 0.7765 |
| GLAXOSMITHKLINE | 00173038558 | 0.7765 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 0.7765 |

Note: Unit AWPs are evaluated as of June 30th of each year based on the latest AWP posted in Medispan through that year.

Sources: "Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
"National Drug Code Directory." *Food and Drug Administration*. http://www.fda.gov/cder/ndc/database/default.htm
*First Data Bank*. http://www.firstdatabank.com/downloads/pricing/manufacturers_list.pdf
"Medicaid Drug Rebate Initiative." *Connecticut Medical Assistance Program*. 9 November 2000. http://www.ctmedicalprogram.com/misc/dori.pdf
"June 1999." *Recalls.org*. http://www.recalls.org/d6-99.html
*IVAX Pharmaceuticals*. http://www.ivaxpharmaceuticals.com/aboutus.html
"Claritin." *Allergy NY*. http://www.allergyny.com/Treatments/Medications/Nose/Claritin.htm

Defendants' Exhibit
**2920**
01-12257 - PBS

Confidential

# Last Recorded Medispan AWPs of Albuterol Sulfate 0.5%

| Generic Manufacturer | NDC | 1995 |
|---|---|---|
| SOUTHWOOD PHARMACEUTICALS INC | 58016501801 | 1.1845 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640401 | 0.9375 |
| HL MOORE DRUG EXCHANGE | 00839786197 | 0.7930 |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.7325 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.7325 |
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.7080 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.6975 |
| SANDOZ INC | 00781753580 | 0.6975 |
| WARRICK PHARMACEUTICALS CORP | [illegible] | [illegible] |
| SCHEIN PHARMACEUTICAL INC | 00364253055 | 0.6955 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569390000 | 0.6780 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6750 |
| ASTRAZENECA LP | 00186149001 | 0.6600 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| UNITED RESEARCH LABORATORIES INC | 00677152122 | 0.6225 |
| Warrick Exclusive Average | | 0.7368 |
| Generic Median Value(s): | | 0.6975 |

| Branded Manufacturer | NDC | 1995 |
|---|---|---|
| HJ HARKINS CO INC | 52959129400 | 1.0595 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016610901 | 1.0595 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |
| SCHERING CORP | 00085020802 | 0.7765 |
| GLAXOSMITHKLINE | 00173038558 | 0.7765 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 0.7765 |

| Generic Manufacturer | NDC | 1996 |
|---|---|---|
| XACTDOSE INC | 50962040451 | 4.6800 |
| XACTDOSE INC | 50962040350 | 2.4000 |
| XACTDOSE INC | 50962040951 | 2.4000 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501801 | 1.1845 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501820 | 1.0600 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640401 | 0.9375 |
| PHYSICIANS TOTAL CARE INC | 54868340700 | 0.8935 |
| HL MOORE DRUG EXCHANGE | 00839786197 | 0.8240 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640420 | 0.7765 |
| DEY LP | 49502019620 | 0.7495 |
| NOVAPHARM | 55953021220 | 0.7495 |
| WARRICK PHARMACEUTICALS CORP | [illegible] | [illegible] |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.7325 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.7325 |
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.7080 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569390000 | 0.7035 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.6975 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6975 |
| SANDOZ INC | 00781753580 | 0.6975 |
| SCHEIN PHARMACEUTICAL INC | 00364253055 | 0.6955 |
| ASTRAZENECA LP | 00186149001 | 0.6600 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| UNITED RESEARCH LABORATORIES INC | 00677152122 | 0.6225 |
| Warrick Exclusive Average | | 1.0657 |
| Generic Median Value(s): | | 0.7325 |

| Branded Manufacturer | NDC | 1996 |
|---|---|---|
| HJ HARKINS CO INC | 52959129400 | 1.0595 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016610901 | 1.0595 |
| PRESCRIPT PHARM | 00247087120 | 0.9935 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |
| PHYSICIANS TOTAL CARE INC | 54868347900 | 0.8910 |
| SCHERING CORP | 00085020802 | 0.8510 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 0.8510 |
| GLAXOSMITHKLINE | 00173038558 | 0.8140 |

| Generic Manufacturer | NDC | 1997 |
|---|---|---|
| XACTDOSE INC | 50962040451 | 4.6800 |
| XACTDOSE INC | 50962040350 | 2.4000 |
| XACTDOSE INC | 50962040951 | 2.4000 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501801 | 1.1846 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501820 | 1.0600 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640401 | 0.9375 |
| PHYSICIANS TOTAL CARE INC | 54868340700 | 0.8935 |
| HL MOORE DRUG EXCHANGE | 00839786197 | 0.8240 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640420 | 0.7765 |
| DEY LP | 49502019620 | 0.7495 |
| NOVAPHARM | 55953021220 | 0.7495 |
| WARRICK PHARMACEUTICALS CORP | [illegible] | [illegible] |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.7325 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.7325 |
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.7200 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569390000 | 0.7130 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.7080 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6975 |
| UNITED RESEARCH LABORATORIES INC | 00677152122 | 0.6975 |
| SANDOZ INC | 00781753580 | 0.6975 |
| SCHEIN PHARMACEUTICAL INC | 00364253055 | 0.6955 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| ASTRAZENECA LP | 00186149001 | 0.5345 |
| Warrick Exclusive Average | | 1.0649 |
| Generic Median Value(s): | | 0.7325 |

| Branded Manufacturer | NDC | 1997 |
|---|---|---|
| HJ HARKINS CO INC | 52959129400 | 1.1025 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016610901 | 1.0595 |
| PRESCRIPT PHARM | 00247087120 | 0.9935 |
| PHYSICIANS TOTAL CARE INC | 54868347900 | 0.9435 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |
| SCHERING CORP | 00085020802 | 0.8925 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 0.8925 |
| GLAXOSMITHKLINE | 00173038558 | 0.8545 |

| Generic Manufacturer | NDC | 1998 |
|---|---|---|
| XACTDOSE INC | 50962040451 | 4.6800 |
| XACTDOSE INC | 50962040350 | 2.4000 |
| XACTDOSE INC | 50962040951 | 2.4000 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501801 | 1.1845 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501820 | 1.0600 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640401 | 0.9375 |
| PHYSICIANS TOTAL CARE INC | 54868340700 | 0.8935 |
| HI TECH PHARMACAL CO INC | 50383074120 | 0.8250 |
| HL MOORE DRUG EXCHANGE | 00839786197 | 0.8240 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640420 | 0.7765 |
| DEY LP | 49502019620 | 0.7495 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569390000 | 0.7495 |
| NOVAPHARM | 55953021220 | 0.7495 |
| WARRICK PHARMACEUTICALS CORP | [illegible] | [illegible] |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.7325 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.7325 |
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.7200 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.7080 |
| RUGBY LABORATORIES INC | 00536000773 | 0.6075 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6973 |
| UNITED RESEARCH LABORATORIES INC | 00677152122 | 0.6975 |
| SANDOZ INC | 00781753580 | 0.6975 |
| SCHEIN PHARMACEUTICAL INC | 00364253055 | 0.6955 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| ASTRAZENECA LP | 00186149001 | 0.5345 |
| Warrick Exclusive Average | | 1.0430 |
| Generic Median Value(s): | | 0.7495 |

| Branded Manufacturer | NDC | 1998 |
|---|---|---|
| HJ HARKINS CO INC | 52959129400 | 1.1025 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016610901 | 1.0595 |
| PRESCRIPT PHARM | 00247087120 | 0.9935 |
| GLAXOSMITHKLINE | 00173038558 | 0.9770 |
| SCHERING CORP | 00085020802 | 0.9605 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 0.9605 |
| PHYSICIANS TOTAL CARE INC | 54868347900 | 0.9435 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |

Note: Unit AWPs are evaluated as of June 30th of each year based on the latest AWP posted in Medispan through that year.

Sources: "Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
"National Drug Code Directory." *Food and Drug Administration*. http://www.fda.gov/cder/ndc/database/default.htm
*First Data Bank*. http://www.firstdatabank.com/downloads/pricing/manufacturers_list.pdf
"Medicaid Drug Rebate Initiative." *Connecticut Medical Assistance Program*. 9 November 2000. http://www.ctmedicalprogram.com/misc/dcai.pdf
"June 1999." *Recalls.org*. http://www.recalls.org/d6-99.html
*IVAX Pharmaceuticals*. http://www.ivaxpharmaceuticals.com/aboutus.html
"Claritin." *Allergy NY*. http://www.allergyny.com/Treatments/Medications/Nose/Claritin.htm

Confidential

# Last Recorded Medispan AWPs of Albuterol Sulfate 0.5%

| Generic Manufacturer | NDC | 1999 |
|---|---|---|
| XACTDOSE INC | 50962040451 | 4.6800 |
| XACTDOSE INC | 50962040350 | 2.4000 |
| XACTDOSE INC | 50962040951 | 2.4000 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501801 | 1.1845 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501820 | 1.0600 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640401 | 0.9375 |
| BAUSCH AND LOMB INC | 24208034720 | 0.8500 |
| HI TECH PHARMACAL CO INC | 50383074120 | 0.8250 |
| HL MOORE DRUG EXCHANGE | 00839786197 | 0.8240 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640420 | 0.7765 |
| DEY LP | 49502019620 | 0.7495 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569390000 | 0.7495 |
| NOVAPHARM | 55953021220 | 0.7495 |
| [illegible] | [illegible] | [illegible] |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.7325 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.7325 |
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.7080 |
| RUGBY LABORATORIES INC | 00536000773 | 0.6975 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6975 |
| UNITED RESEARCH LABORATORIES INC | 00677152122 | 0.6975 |
| SANDOZ INC | 00781753580 | 0.6975 |
| SCHEIN PHARMACEUTICAL INC | 00364253055 | 0.6955 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| ASTRAZENECA LP | 00186149001 | 0.5345 |
| PHYSICIANS TOTAL CARE INC | 54868340700 | 0.4990 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.4495 |
| Warrick Exclusive Average | | 1.0112 |
| Generic Median Value(s): | | 0.7495 |
| | | 0.7325 |

| Branded Manufacturer | NDC | 1999 |
|---|---|---|
| SOUTHWOOD PHARMACEUTICALS INC | 58016610901 | 1.4490 |
| HJ HARKINS CO INC | 52959129400 | 1.1025 |
| GLAXOSMITHKLINE | 00173038558 | 1.0260 |
| SCHERING CORP | 00085020802 | 0.9940 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 0.9940 |
| PRESCRIPT PHARM | 00247087120 | 0.9935 |
| COMPUMED PHARMACEUTICALS | 00403350718 | 0.9600 |
| PHYSICIANS TOTAL CARE INC | 54868347900 | 0.9435 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |

| Generic Manufacturer | NDC | 2000 |
|---|---|---|
| XACTDOSE INC | 50962040451 | 4.6800 |
| XACTDOSE INC | 50962040350 | 2.4000 |
| XACTDOSE INC | 50962040951 | 2.4000 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501801 | 1.1845 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501820 | 1.0600 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640401 | 0.9375 |
| BAUSCH AND LOMB INC | 24208034720 | 0.8500 |
| HI TECH PHARMACAL CO INC | 50383074120 | 0.8250 |
| HL MOORE DRUG EXCHANGE | 00839786197 | 0.8240 |
| COMPUMED PHARMACEUTICALS | 00403467218 | 0.7825 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640420 | 0.7765 |
| UNITED RESEARCH LABORATORIES INC | 00677152122 | 0.7570 |
| DEY LP | 49502010501 | 0.7495 |
| DEY LP | 49502019620 | 0.7495 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569390000 | 0.7495 |
| NOVAPHARM | 55953021220 | 0.7495 |
| WARRICK PHARMACEUTICALS CORP [illegible] | [illegible] | [illegible] |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.7325 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.7325 |
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.7080 |
| RUGBY LABORATORIES INC | 00536000773 | 0.6975 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6975 |
| SANDOZ INC | 00781753580 | 0.6975 |
| SCHEIN PHARMACEUTICAL INC | 00364253055 | 0.6955 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| ASTRAZENECA LP | 00186149001 | 0.5345 |
| PHYSICIANS TOTAL CARE INC | 54868340700 | 0.4990 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.4495 |
| Warrick Exclusive Average | | 0.9963 |
| Generic Median Value(s): | | 0.7495 |

| Branded Manufacturer | NDC | 2000 |
|---|---|---|
| SOUTHWOOD PHARMACEUTICALS INC | 58016610901 | 1.4490 |
| HJ HARKINS CO INC | 52959129400 | 1.1025 |
| GLAXOSMITHKLINE | 00173038558 | 1.0360 |
| SCHERING CORP | 00085020802 | 1.0290 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 1.0290 |
| PRESCRIPT PHARM | 00247087120 | 0.9935 |
| COMPUMED PHARMACEUTICALS | 00403350718 | 0.9600 |
| PHYSICIANS TOTAL CARE INC | 54868347900 | 0.9435 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |

| Generic Manufacturer | NDC | 2001 |
|---|---|---|
| XACTDOSE INC | 50962040451 | 4.6800 |
| XACTDOSE INC | 50962040350 | 2.4000 |
| XACTDOSE INC | 50962040951 | 2.4000 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501801 | 1.1845 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501820 | 1.0600 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640401 | 0.9375 |
| BAUSCH AND LOMB INC | 24208034720 | 0.8500 |
| UNITED RESEARCH LABORATORIES INC | 00677152122 | 0.8495 |
| ALPHARMA USPD INC | 00472083220 | 0.8355 |
| HI TECH PHARMACAL CO INC | 50383074120 | 0.8250 |
| HL MOORE DRUG EXCHANGE | 00839786197 | 0.8240 |
| COMPUMED PHARMACEUTICALS | 00403467218 | 0.7825 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640420 | 0.7765 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.7495 |
| DEY LP | 49502010501 | 0.7495 |
| DEY LP | 49502019620 | 0.7495 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569390000 | 0.7495 |
| NOVAPHARM | 55953021220 | 0.7495 |
| WARRICK PHARMACEUTICALS CORP [illegible] | [illegible] | [illegible] |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.7325 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.7325 |
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.7080 |
| RUGBY LABORATORIES INC | 00536000773 | 0.6975 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6975 |
| SANDOZ INC | 00781753580 | 0.6975 |
| SCHEIN PHARMACEUTICAL INC | 00364253055 | 0.6955 |
| RXELITE HOLDINGS INC | 66794000330 | 0.6300 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| ASTRAZENECA LP | 00186149001 | 0.5345 |
| PHYSICIANS TOTAL CARE INC | 54868340700 | 0.4990 |
| Warrick Exclusive Average | | 0.9920 |
| Generic Median Value(s): | | 0.7495 |

| Branded Manufacturer | NDC | 2001 |
|---|---|---|
| SOUTHWOOD PHARMACEUTICALS INC | 58016610901 | 1.4490 |
| PHYSICIANS TOTAL CARE INC | 54868347900 | 1.2075 |
| HJ HARKINS CO INC | 52959129400 | 1.1025 |
| SCHERING CORP | 00085020802 | 1.0705 |
| GLAXOSMITHKLINE | 00173038558 | 1.0360 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 1.0290 |
| PRESCRIPT PHARM | 00247087120 | 0.9935 |
| COMPUMED PHARMACEUTICALS | 00403350718 | 0.9600 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |

| Generic Manufacturer | NDC | 2002 |
|---|---|---|
| XACTDOSE INC | 50962040451 | 4.6800 |
| XACTDOSE INC | 50962040350 | 2.4000 |
| XACTDOSE INC | 50962040951 | 2.4000 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501801 | 1.1845 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501820 | 1.0600 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640401 | 0.9375 |
| NEPHRON PHARMACEUTICALS CORP | 00487990130 | 0.9000 |
| RXELITE HOLDINGS INC | 66794000330 | 0.9000 |
| BAUSCH AND LOMB INC | 24208034720 | 0.8500 |
| UNITED RESEARCH LABORATORIES INC | 00677152122 | 0.8495 |
| ALPHARMA USPD INC | 00472083220 | 0.8355 |
| HI TECH PHARMACAL CO INC | 50383074120 | 0.8250 |
| HL MOORE DRUG EXCHANGE | 00839786197 | 0.8240 |
| COMPUMED PHARMACEUTICALS | 00403467218 | 0.7825 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640420 | 0.7765 |
| PHYSICIANS TOTAL CARE INC | 54868340700 | 0.7625 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.7495 |
| DEY LP | 49502010501 | 0.7495 |
| DEY LP | 49502019620 | 0.7495 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569390000 | 0.7495 |
| NOVAPHARM | 55953021220 | 0.7495 |
| WARRICK PHARMACEUTICALS CORP [illegible] | [illegible] | [illegible] |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.7325 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.7325 |
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.7080 |
| RUGBY LABORATORIES INC | 00536000773 | 0.6975 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6975 |
| SANDOZ INC | 00781753580 | 0.6975 |
| SCHEIN PHARMACEUTICAL INC | 00364253055 | 0.6955 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| ASTRAZENECA LP | 00186149001 | 0.5345 |
| Warrick Exclusive Average | | 1.0058 |
| Generic Median Value(s): | | 0.7495 |

| Branded Manufacturer | NDC | 2002 |
|---|---|---|
| SOUTHWOOD PHARMACEUTICALS INC | 58016610901 | 1.4490 |
| PHYSICIANS TOTAL CARE INC | 54868347900 | 1.2075 |
| SCHERING CORP | 00085020802 | 1.1250 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 1.1250 |
| HJ HARKINS CO INC | 52959129400 | 1.1025 |
| GLAXOSMITHKLINE | 00173038558 | 1.0360 |
| PRESCRIPT PHARM | 00247087120 | 0.9935 |
| COMPUMED PHARMACEUTICALS | 00403350718 | 0.9600 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |

Note: Unit AWPs are evaluated as of June 30th of each year based on the latest AWP posted in Medispan through that year.

Sources: "Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
"National Drug Code Directory." *Food and Drug Administration*. http://www.fda.gov/cder/ndc/database/default.htm
*First Data Bank*. http://www.firstdatabank.com/downloads/pricing/manufacturers_list.pdf
"Medicaid Drug Rebate Initiative." *Connecticut Medical Assistance Program*. 9 November 2000. http://www.ctmedicalprogram.com/misc/desi.pdf
"June 1999." *Recalls.org*. http://www.recalls.org/d6-99.html
*IVAX Pharmaceuticals*. http://www.ivaxpharmaceuticals.com/aboutus.html
"Claritin." *Allergy NY*. http://www.allergyny.com/Treatments/Medications/Nose/Claritin.htm

Confidential

**Last Recorded Medispan AWPs of Albuterol Sulfate 0.5%**

| Generic Manufacturer | NDC | 2003 |
|---|---|---|
| XACTDOSE INC | 50962040451 | 4.6800 |
| XACTDOSE INC | 50962040350 | 2.4000 |
| XACTDOSE INC | 50962040951 | 2.4000 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501801 | 1.1845 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501820 | 1.0600 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640401 | 0.9375 |
| NEPHRON PHARMACEUTICALS CORP | 00487990130 | 0.9000 |
| RXELITE HOLDINGS INC | 66794000330 | 0.9000 |
| BAUSCH AND LOMB INC | 24208034720 | 0.8500 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569390000 | 0.8500 |
| UNITED RESEARCH LABORATORIES INC | 00677152122 | 0.8495 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.8400 |
| ALPHARMA USPD INC | 00472083220 | 0.8355 |
| HI TECH PHARMACAL CO INC | 50383074120 | 0.8250 |
| HL MOORE DRUG EXCHANGE | 00839786197 | 0.8240 |
| COMPUMED PHARMACEUTICALS | 00403467218 | 0.7825 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640420 | 0.7765 |
| PHYSICIANS TOTAL CARE INC | 54868340700 | 0.7625 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.7495 |
| DEY LP | 49502010501 | 0.7495 |
| DEY LP | 49502019620 | 0.7495 |
| NOVAPHARM | 55953021220 | 0.7495 |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.7325 |
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.7080 |
| RUGBY LABORATORIES INC | 00536000773 | 0.6975 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6975 |
| SANDOZ INC | 00781753580 | 0.6975 |
| SCHEIN PHARMACEUTICAL INC | 00364253055 | 0.6955 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| ASTRAZENECA LP | 00186149001 | 0.5345 |
| | | |
| | | |
| | | |
| | | |
| Warrick Exclusive Average | | 1.0123 |
| Generic Median Value(s): | | 0.7765 |
| | | 0.7625 |

| Generic Manufacturer | NDC | 2004 |
|---|---|---|
| XACTDOSE INC | 50962040451 | 4.6800 |
| XACTDOSE INC | 50962040350 | 2.4000 |
| XACTDOSE INC | 50962040951 | 2.4000 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501801 | 1.1845 |
| HJ HARKINS CO INC | 52959074120 | 1.1320 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016501820 | 1.0600 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640401 | 0.9375 |
| NEPHRON PHARMACEUTICALS CORP | 00487990130 | 0.9000 |
| RXELITE HOLDINGS INC | 66794000330 | 0.9000 |
| BAUSCH AND LOMB INC | 24208034720 | 0.8500 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569390000 | 0.8500 |
| UNITED RESEARCH LABORATORIES INC | 00677152122 | 0.8495 |
| DISPENSEXPRESS INC | 68115071120 | 0.8495 |
| MAJOR PHARMACEUTICALS INC | 00904765855 | 0.8400 |
| ALPHARMA USPD INC | 00472083220 | 0.8355 |
| HI TECH PHARMACAL CO INC | 50383074120 | 0.8250 |
| HL MOORE DRUG EXCHANGE | 00839786197 | 0.8240 |
| COMPUMED PHARMACEUTICALS | 00403467218 | 0.7825 |
| SOUTHWOOD PHARMACEUTICALS INC | 58016640420 | 0.7765 |
| PHYSICIANS TOTAL CARE INC | 54868340700 | 0.7625 |
| IVAX PHARMACEUTICALS INC | 00182601465 | 0.7495 |
| DEY LP | 49502010501 | 0.7495 |
| DEY LP | 49502019620 | 0.7495 |
| NOVAPHARM | 55953021220 | 0.7495 |
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| ALIGEN INDEPENDENT LABORA | 00405213052 | 0.7325 |
| HARBER PHARMACEUTICALS IN | 51432074511 | 0.7250 |
| HL MOORE DRUG EXCHANGE | 00839773097 | 0.7080 |
| RUGBY LABORATORIES INC | 00536000773 | 0.6975 |
| RUGBY LABORATORIES INC | 00536267573 | 0.6975 |
| SANDOZ INC | 00781753580 | 0.6975 |
| SCHEIN PHARMACEUTICAL INC | 00364253055 | 0.6955 |
| QUALITEST PHARMACEUTICALS INC | 00603100643 | 0.6250 |
| COPLEY PHARMACEUTICAL INC | 38245064009 | 0.6250 |
| ASTRAZENECA LP | 00186149001 | 0.5345 |
| | | |
| | | |
| Warrick Exclusive Average | | 1.0110 |
| Generic Median Value(s): | | 0.7825 |
| | | 0.7765 |

| Branded Manufacturer | NDC | 2003 |
|---|---|---|
| SOUTHWOOD PHARMACEUTICALS INC | 58016610901 | 1.4490 |
| PHYSICIANS TOTAL CARE INC | 54868347900 | 1.2075 |
| SCHERING CORP | 00085020802 | 1.1250 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 1.1250 |
| HJ HARKINS CO INC | 52959129400 | 1.1025 |
| GLAXOSMITHKLINE | 00173038558 | 1.0360 |
| PRESCRIPT PHARM | 00247087120 | 0.9935 |
| COMPUMED PHARMACEUTICALS | 00403350718 | 0.9600 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |
| | | |

| Branded Manufacturer | NDC | 2004 |
|---|---|---|
| SOUTHWOOD PHARMACEUTICALS INC | 58016610901 | 1.4490 |
| PHYSICIANS TOTAL CARE INC | 54868347900 | 1.2075 |
| SCHERING CORP | 00085020802 | 1.2070 |
| SCHERING CORP | 00085133601 | 1.2070 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569198900 | 1.1250 |
| HJ HARKINS CO INC | 52959129400 | 1.1025 |
| GLAXOSMITHKLINE | 00173038558 | 1.0360 |
| PRESCRIPT PHARM | 00247087120 | 0.9935 |
| COMPUMED PHARMACEUTICALS | 00403350718 | 0.9600 |
| ALLSCRIPTS HEALTHCARE SOLUTIONS LLC | 54569236100 | 0.9125 |

Note: Unit AWPs are evaluated as of June 30th of each year based on the latest AWP posted in Medispan through that year.

Sources: "Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
"National Drug Code Directory," *Food and Drug Administration*, http://www.fda.gov/cder/ndc/database/default.htm
*First Data Bank*, http://www.firstdatabank.com/downloads/pricing/manufacturers_list.pdf
"Medicaid Drug Rebate Initiative." *Connecticut Medical Assistance Program*, 9 November 2000, http://www.ctmedicalprogram.com/misc/deal.pdf
"June 1999." *Recalls.org*, http://www.recalls.org/d6-99.html
*IVAX Pharmaceuticals*, http://www.ivaxpharmaceuticals.com/aboutus.html
"Claritin." *Allergy NY*, http://www.allergyny.com/Treatments/Medications/Note/Claritin.htm



Warrick's AWPs for 0.5% Albuterol Sulfate Are Relatively Low
Unit AWP
1.1
1.0
0.9
0.8
0.7
0.6
0.5
1991
1992
1993
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004
Year
Average AWP, Albuterol Sulfate 0.5%
Warrick AWP, Albuterol Sulfate 0.5%
Median AWP, Albuterol Sulfate 0.5%
Defendants' Exhibit
2945
01-12257 - PBS

Confidential

**Warrick and Median AWPs, FULs, and Median VA Prices for Generic Albuterol Sulfate 0.083% Products**
**1991-2004**

| | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) |
| | (Dollars) | | | | | | | | | | | | | |
| Generic Median AWP Value(s) | $ | $ 0.4307 | $ 0.4307<br>0.4306 | $ 0.4056<br>0.4033 | $ 0.4231<br>0.4067 | $ 0.4065<br>0.4056 | $ 0.4033 | $ 0.4033 | $ 0.4033 | $ 0.4067<br>0.4065 | $ 0.4116<br>0.4067 | $ 0.4065 | $ 0.4067 | $ 0.4065<br>0.4056 |
| Warrick AWP | | | | 0.4033 | 0.4033 | 0.4033 | 0.4033 | 0.4033 | 0.4033 | 0.4033 | 0.4033 | 0.4033 | 0.4033 | 0.4033 |
| FUL | | | | | | | | 0.1990 | 0.1990 | 0.1990 | 0.0000 | 0.1450 | 0.1450 | 0.1450 |
| VA Median Price [1,2] | | | | | | | | 0.0916 | 0.0666 | 0.0583 | 0.0417 | | | |

Notes: [1] VA Median Prices were provided per milligram in the March 2002 OIG report and were converted to prices per milliliter using 0.833 mg of albuterol per 1 mL of solution, as indicated in the report.
[2] Unconverted VA Median Prices were $0.11, $0.08, $0.07 and $0.05 for 1998, 1999, 2000 and 2001, respectively.
- Unit AWPs and FULs are evaluated as of June 30th of each year, based on the latest AWP and FUL posted in Medispan through that year.
- All numbers are rounded.
- All prices are per milliliter.
- Warrick NDCs used are 59930150006, 59930150008, 59930151701 and 59930151702.

Sources: - "Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
- OIG Report OEI-03-01-00410, "Excessive Medicare Reimbursement for Albuterol", March 2002.

Defendants' Exhibit
2921
01-12257 - PBS

The Federal Government Made Different Choices
Regarding What to Pay For 0.083% Albuterol Sulfate
In Dollars
2000
$0.45
$0.40
$0.35
$0.30
$0.25
$0.20
$0.15
$0.10
$0.05
$0.00
$0.40
$0.41
$0.20
$0.06
Warrick AWP
Medicare Median AWP*
Medicaid FUL*
VA Median Price
*Based on Medispan
Defendants' Exhibit
2952
01-12257 - PBS

Confidential

Summary of Relative AWP Analysis for Warrick's Albuterol NDCs Analyzed by Dr. Hartman in the MDL
1991 - 2004

Counts

| | AWP Classification | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | Total Count of accused Schering NDCs across the damages period | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| (b) | Total Count of Schering NDCs with AWP data for the year | | | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 6 | 6 |
| (c) | Of (b), the number of NDCs for which the AWP of a non-accused product with the same product description is higher than Schering's AWP | | | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 6 | 6 |
| (d) | Of (b), the number of NDCs for which the AWP data for non-accused competitors with same product description exists | | | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 6 | 6 |
| (e) | Of (b), the number of NDCs that do not fall into any of the above categories | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Percentages

| | AWP Classification | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (f) | AWP of a non-accused product with the same product description is higher than Schering's AWP | | | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| (g) | AWP data for non-accused competitors with same product description exists | | | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| (h) | Percentage of NDCs for which there is no non-accused competitor AWP data | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (i) | Percentage of NDCs that have competitor data and do not fall into any of the above categories | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (j) | Percentage of NDCs that fall into a category above | | | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

Notes: – The unit AWPs are as of June 30th for each year.
– For purposes of this analysis "non-accused" excludes all chemically equivalent products of an accused manufacturer.
– NDCs included in this analysis are: 59930151504, 59930164702, 59930150006, 59930150008, 59930151701, and 59930151702.
– There is no AWP data for Warrick NDC 59930155020 available in Medispan and so it is omitted from this analysis.

Sources: "Comprehensive Price History File," 2006 Wolters Kluwer Health (Medispan).
Schering Contracts. See "Schering Contracts by Bates Range" in Exhibit 2 of "Report of Sumanth Addanki, Ph.D.," March 21, 2006.
"Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Class Certification Order, Redacted Version."
"Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages," December 15, 2005.

Defendants' Exhibit
2922A
01-12257 - PBS

Oct 18 2006
8:41PM

Confidential

## Summary of Relative AWP Analysis for Intron-A NDCs Analyzed by Dr. Hartman in the MDL
1991 - 2004

Counts

| | AWP Classification | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | Total Count of accused Schering NDCs across the damages period | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| (b) | Total Count of Schering NDCs with AWP data for the year | 7 | 8 | 13 | 13 | 14 | 16 | 24 | 24 | 27 | 27 | 27 | 27 | 27 | 27 |
| (c) | Of (b), the number of NDCs for which the AWP changed and there is a non-accused product with the same product description that grew faster [1,2] | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| (d) | Of (b), the number of NDCs for which the AWP changed and there is a non-accused product that grew faster | 2 | 7 | 0 | 13 | 13 | 11 | 13 | 0 | 15 | 0 | 0 | 14 | 0 | 9 |
| (e) | Of (b), the number of NDCs for which the AWP did not change and there is a non-accused product with the same product description that did change [2] | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 |
| (f) | Of (b), the number of NDCs for which the AWP did not change and there are no non-accused products with the same product description that did change | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 8 | 8 | 13 | 12 | 12 | 18 | 18 |
| (g) | Of (b), the number of NDCs for which the AWP of a non-accused product with the same product description is higher than Schering's AWP [2] | 0 | 0 | 0 | 1 | 0 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| (h) | Of (b), the number of NDCs for which the AWP of a non-accused product is higher than Schering's AWP | 6 | 7 | 12 | 12 | 13 | 15 | 23 | 23 | 25 | 25 | 25 | 25 | 25 | 25 |
| (i) | Of (b), the number of NDCs for which AWP data for non-accused competitors exists | 7 | 8 | 13 | 13 | 14 | 16 | 24 | 24 | 27 | 27 | 27 | 27 | 27 | 27 |
| (j) | Of (b), the number of NDCs that do not fall into any of the above categories | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 2 | 0 | 2 | 0 |

Percentages

| | AWP Classification | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (k) | Schering's AWP changed and there is a non-accused product with the same product description that grew faster | 0 | 0 | 0 | 8 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 |
| (l) | Schering's AWP changed and there is a non-accused product that grew faster | 29 | 88 | 0 | 100 | 93 | 69 | 54 | 0 | 56 | 0 | 0 | 52 | 0 | 33 |
| (m) | Schering's AWP did not change and there is a non-accused product with the same product description that did change | 0 | 0 | 0 | 0 | 0 | 6 | 4 | 4 | 4 | 0 | 4 | 4 | 0 | 0 |
| (n) | Schering's AWP did not change and there are no non-accused products with the same product description that did change | 0 | 0 | 0 | 0 | 0 | 13 | 8 | 33 | 30 | 48 | 44 | 44 | 67 | 67 |
| (o) | AWP of a non-accused product with the same product description is higher than Schering's AWP | 0 | 0 | 0 | 8 | 0 | 19 | 17 | 13 | 11 | 11 | 11 | 11 | 11 | 11 |
| (p) | AWP of a non-accused product is higher than Schering's AWP | 86 | 88 | 92 | 92 | 93 | 94 | 96 | 96 | 93 | 93 | 93 | 93 | 93 | 93 |
| (q) | Percentage of NDCs for which there is no non-accused competitor AWP data | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (r) | Percentage of NDCs that have competitor data and do not fall into any of the above categories | 14 | 0 | 8 | 0 | 0 | 0 | 0 | 4 | 4 | 7 | 7 | 0 | 7 | 0 |
| (s) | Percentage of NDCs that have competitor data and fall into a category above | 86 | 100 | 92 | 100 | 100 | 100 | 100 | 96 | 96 | 93 | 93 | 100 | 93 | 100 |

Notes: -- The unit AWPs are as of June 30th for each year.
-- For purposes of this analysis "non-accused" excludes the products listed by name in the "Third Amended Master Consolidated Class Action Complaint."
-- NDCs included in this analysis are: 00085123501, 00085124201, 00085125401, 00085116801, 00085113301, 00085118401, 00085118402, 00085119101, 00085119102, 00085117901, 00085117902, 00085057103, 00085057106, 00085111001, 00085028302, 00085064703, 00085064704, 00085064705, 00085012002, 00085012003, 00085012004, 00085012005, 00085053901, 00085088901, 00085092301, 00085076901, and 00085095301.
[1] Percentage price changes rounded to .000000000001 of a percent.
[2] There is no non-accused, non-Schering-Plough NDC with the same product description as the following NDCs: 00085012002, 00085012003, 00085012004, 00085012005, 00085028302, 00085053901, 00085057102, 00085057106, 00085064703, 00085064704, 00085064705, 00085076901, 00085092301, 00085113301, 00085117901, 00085117902, 00085123501, 00085124201, 00085118401, 00085119101, [illegible]11902 and 00085125401.

Sources: "Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
Schering Contracts. See "Schering Contracts by Date Range" in Exhibit 2 of "Report of Sumanth Addanki, Ph.D.," March 21, 2006.
"Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Class Certification Order, Redacted Version."
"Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages," December 15, 2005.

Defendants' Exhibit
2923A
01-12257 - PBS

Confidential

**Summary of Relative AWP Analysis for Warrick's Perphenazine NDCs Analyzed by Dr. Hartman in the MDL.**
1991 - 2004

Counts

| | AWP Classification | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | Total Count of accused Schering NDCs across the damages period | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| (b) | Total Count of Schering NDCs with AWP data for the year | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| (c) | Of (b), the number of NDCs for which the AWP of a non-accused product with the same product description is higher than Schering's AWP | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| (d) | Of (b), the number of NDCs for which the AWP data for non-accused competitors with same product description exists | | | | | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| (e) | Of (b), the number of NDCs that do not fall into any of the above categories | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Percentages

| | AWP Classification | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (f) | AWP of a non-accused product with the same product description is higher than Schering's AWP | | | | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| (g) | AWP data for non-accused competitors with same product description exists | | | | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| (h) | Percentage of NDCs for which there is no non-accused competitor AWP data | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (i) | Percentage of NDCs that have competitor data and do not fall into any of the above categories | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (j) | Percentage of NDCs that fall into a category above | | | | | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

Notes: -- The unit AWPs are as of June 30th for each year.
-- For purposes of this analysis: "non-accused" excludes all chemically equivalent products of an accused manufacturer.
-- NDCs included in this analysis are: 59930160001, 59930160301, 59930161001, and 59930160501.
-- Dr. Hartman calculates no damages for Warrick NDCs 59930160002, 59930160502, and 59930160302, nor is AWP data available in Medispan for these NDCs; therefore, they are omitted from this analysis.

Sources: "Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
Schering Contracts. See "Schering Contracts by Bates Range" in Exhibit 2 of "Report of Sumanth Addanki, Ph.D.," March 21, 2006.
"Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Class Certification Order. Redacted Version."
"Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calcu[l]ation of Damages," December 15, 2005.

Defendants' Exhibit
2924A
01-12257 - PBS

*[Page contains a sideways-oriented table titled "Summary of Relative AWP Analysis for Proventil NDCs Analyzed by Dr. Hartman in the MDL 1991 - 2004" with columns for years 1991-2004 showing counts and percentages across multiple AWP Classification categories (a) through (l). The image is rotated 90° and much of the fine print is illegible at this resolution.]*

Defendants' Exhibit
2925A
01-12257 - PBS

Confidential