# Exhibits Referenced in Addendum Regarding Certain Summary Exhibits (Part 3)

Summary of Relative AWP Analysis for Temodar NDCs Analyzed by Dr. Hartman in the MDL
1991 - 2004

### Counts

| AWP Classification | 1991 | 1992 | 1993 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) Total Count of Scored Schering NDCs across the damages period | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 |
| (b) Total Count of Scoring NDCs with AWP data for the year | | | | | | | | | | | 8 | 8 | 8 | 8 | 8 |
| (c) Of (b), the number of NDCs for which the AWP changed and there is a non-accused product with the same product description that grew faster [1,2] | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| (d) Of (b), the number of NDCs for which the AWP changed and there is a non-accused product that grew faster | | | | | | | | | | | 2 | 3 | 0 | 0 | 2 |
| (e) Of (b), the number of NDCs for which the AWP did not change and there is a non-accused product with the same product description that did change [3] | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| (f) Of (b), the number of NDCs for which the AWP did not change and there are no non-accused products with the same product description that did change [4] | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| (g) Of (b), the number of NDCs for which the AWP of a non-accused product with the same product description is higher than Schering's AWP [5] | | | | | | | | | | | 4 | 4 | 4 | 4 | 4 |
| (h) Of (b), the number of NDCs for which the AWP of a non-accused product is higher than Schering's AWP | | | | | | | | | | | 4 | 4 | 4 | 4 | 4 |
| (i) Of (b), the number of NDCs for which AWP data for non-accused competitors exists | | | | | | | | | | | 4 | 4 | 4 | 4 | 4 |
| (j) Of (b), the number of NDCs that do not still into any of the above categories | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 |

### Percentages

| AWP Classification | 1991 | 1992 | 1993 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (k) Schering's AWP changed and there is a non-accused product with the same product description that grew faster | | | | | | | | | | | 0 | 25 | 0 | 0 | 25 |
| (l) Schering's AWP changed and there is a non-accused product that grew faster | | | | | | | | | | | 0 | 100 | 0 | 0 | 100 |
| (m) Schering's AWP did not change and there is a non-accused product with the same product description that did change | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| (n) Schering's AWP did not change and there are no non-accused products with the same product description that did change | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| (o) AWP of a non-accused product with the same product description is higher than Schering's AWP | | | | | | | | | | | 50 | 50 | 50 | 50 | 50 |
| (p) AWP of a non-accused product is higher than Schering's AWP | | | | | | | | | | | 50 | 50 | 50 | 50 | 50 |
| (q) Percentage of NDCs for which there is no non-accused competitor AWP data | | | | | | | | | | | 0 | 0 | 0 | 0 | 0 |
| (r) Percentage of NDCs that have competitor data and do not fall into any of the above categories | | | | | | | | | | | 50 | 50 | 50 | 50 | 50 |
| (s) Percentage of NDCs that have competitor data and fall into a category above | | | | | | | | | | | 50 | 100 | 50 | 50 | 100 |

Notes: -- The full AWPs are used as of June 30th for each year.

-- For purposes of this analysis "candidates the products listed by name" is the "Third Amended Master Consolidated Class Action Complaint."
-- All (eight) Generic NDCs not listed in the contents matter, it has been included in this analysis.
-- NDCs included in this analysis are: 00085132500L, 00085132502, 00085132697, 00085132491, 00085132400L, 00085132491, and 00085132402.
[1] Percentage price changes translate to 1.0000000000001 of a percent.
[2] There is a non-accused, non-Schering Temodar NDC with the same product description in the following NDCs: 00085132401, 00085132449, 00085132401;
00085132502, 00085132491, and 00085132402.

Sources: "Comprehensive Price History File," 2005 Walters Kluwer Health Database,
Schering Daterons. See "Schering Daterons by Date Range" in Exhibit 3 of "Report of Raymond S. Hartman, Ph.D.," March 31, 2006,
"Third Amended Master Consolidated Class Action Complaint Amended to Comply with Court's Order Regarding Redacted Version,"
"Declaration of Raymond S. Hartman in Support of Plaintiffs' Criteria of Liability and Criteria of Damages," November 15, 2005.

Confidential

Defendants' Exhibit
2926A
01-12257 - PBS

1 of 1

Confidential

## Unit AWPs and Market Shares by Manufacturer for Albuterol Sulfate 0.083% Products 2000-2004

| Manufacturer | NDC Codes | Market Shares[1] (Percent) | | | | | Unit AWPs[2] (Dollars) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2000 (a) | 2001 (b) | 2002 (c) | 2003 (d) | 2004 (e) | 2000 (f) | 2001 (g) | 2002 (h) | 2003 (i) | 2004 (j) |
| Warrick | 59930150006, 59930150008, 59930151701, 59930151702[3] | 37.33 % | 31.05 % | 29.44 % | 19.85 % | 40.94 % | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.40 | $ 0.40 |
| Dey Labs | 49502069724, 49502069729, 49502069761[4] | 49.33 | 44.74 | 41.88 | 40.68 | 24.48 | -- | -- | -- | -- | 0.40 |
| Ivax | 00172640544, 00172640549[5] | 2.08 | 4.86 | 7.57 | 7.25 | 5.03 | 0.41 | 0.41 | 0.41 | 0.41 | 0.41 |
| Alpharma | 00472083123, 00472083130, 00472083160 | 1.01 | 12.65 | 14.51 | 18.55 | 13.50 | 0.41 | 0.41 | 0.41 | 0.41 | 0.41 |
| Nephron | 00487950101, 00487950103, 00487950125, 00487950160[6] | 0.00 | 0.06 | 1.71 | 4.91 | 6.09 | 0.41 | 0.41 | 0.27 | 0.27 | 0.27 |
| RX Elite | 66794000125, 66794000130, 66794000160[7] | 0.00 | 0.00 | 0.79 | 6.11 | 8.50 | -- | -- | 0.41 | 0.41 | 0.41 |
| Schering (Proventil) | 00085180601, 00085020901[8] | 7.20 | 5.70 | 3.01 | 1.87 | 0.91 | -- | -- | -- | -- | -- |
| Other Branded | | 1.00 | 0.03 | 0.00 | 0.03 | 0.00 | -- | -- | -- | -- | -- |
| Other Generic | | 2.04 | 0.91 | 1.08 | 0.75 | 0.54 | -- | -- | -- | -- | -- |

Notes: -- All percentages are rounded to the nearest hundredth and all unit prices are rounded to the nearest cent.
[1] The NDCs included in the market share calculations were selected based on similar product descriptions.
[2] AWP values are as of June 30th for each year.
[3] Warrick 59930150006 and 59930150008 have data points for 2000-2004, while Warrick 59930151701 and 59930151702 have data points for 2003-2004.
[4] Although sales appear in IMS for Dey Labs 49502069724, 49502069729, and 49502069761, the NDCs do not appear in either the RedBook or Medispan until 2004.
[5] Ivax 00172640544 and 00172640549 have been set at an AWP of $0.41 for 2000-2004. However, Ivax 00172640544 is $0.41 in 2000 and $0.4116 in the four years thereafter, while Ivax 00172640549 is $0.41167 in all five years.
[6] Nephron 00487950103 and 00487950160 have data points for 2000-2004, while Nephron 00487950101 and 00487950125 have data points for 2002-2004. Nephron lowered its AWPs to $0.26667 in 2002-2004.
[7] RX Elite 66794000130 and 66794000160 have data points for 2002-2004, while RX Elite 66794000125 has data points for 2003-2004.
[8] The unit AWPs for Schering 00085180601 and 00085020901 are not included in exhibit 8B and therefore are not included.

Sources: IMS Data.
"Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).

1 of 1

Defendants' Exhibit
2927
01-12257 - PBS



Defendants' Exhibit
2951
01-12257 - PBS

Confidential

## Unit AWPs and Market Shares by Manufacturer for Albuterol Sulfate 0.5% Products 2000-2004

| Manufacturer | NDC Codes | Market Shares[1] (Percent) | | | | | Unit AWPs[2] (Dollars) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2000 (a) | 2001 (b) | 2002 (c) | 2003 (d) | 2004 (e) | 2000 (f) | 2001 (g) | 2002 (h) | 2003 (i) | 2004 (j) |
| Warrick | 59930151504, 59930164702[3] | 41.83 % | 48.54 % | 40.26 % | 30.16 % | 16.75 % | $ 0.75 | $ 0.75 | $ 0.75 | $ 0.75 | $ 0.75 |
| Dey Labs | 49502010501 | 17.02 | 15.62 | 9.55 | 6.10 | 0.10 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| Bausch & Lomb | 24208034720 | 7.74 | 11.94 | 14.59 | 15.16 | 12.44 | 0.85 | 0.85 | 0.85 | 0.85 | 0.85 |
| Schering (Proventil) | 00085020802, 00085133601[4,5] | 5.58 | 4.99 | 3.18 | 0.43 | 0.27 | 1.03 | 1.07 | 1.13 | 1.13 | 1.21 |
| Hi-Tech | 50383074120 | 3.73 | 5.19 | 12.39 | 10.60 | 13.80 | 0.83 | 0.83 | 0.83 | 0.83 | 0.83 |
| Nephron | 00487990130 | 0.00 | 0.18 | 12.04 | 36.18 | 54.89 | -- | -- | 0.90 | 0.90 | 0.90 |
| GlaxoSmithKline (Ventolin) | 00173038558[6] | 7.75 | 2.40 | 0.01 | 0.00 | 0.00 | -- | -- | -- | -- | -- |
| Manufacturer Not Stated | | 13.60 | 8.40 | 6.76 | 0.11 | 0.00 | -- | -- | -- | -- | -- |
| Other Generic | | 2.74 | 2.73 | 1.22 | 1.26 | 1.75 | -- | -- | -- | -- | -- |

Notes:

— All percentages are rounded to the nearest hundredth and all unit AWPs are rounded to the nearest cent.

[1] The NDCs included in the market share calculations were selected based on similar product descriptions.

[2] AWP values are as of June 30th for each year. However, Nephron's AWP for 00487990130 first appears in September 2001.

[3] Warrick 59930151504 has data points for 2000-2004, while Warrick 59930164702 has data points for 2003-2004.

[4] Schering 00085020802 has data points for 2000-2004, while Schering 00085133601 has a data point for 2004 only.

[5] Although sales appear in IMS for Schering 00085133601, the NDCs do not appear in Medispan until 2004.

[6] The unit AWPs for GlaxoSmithKline (Ventolin) 00173038558 are not included in exhibit 7B and therefore are not included.

Sources:

IMS Data.

"Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).

1 of 1

Defendants' Exhibit
2928
01-12257 - PBS

Percent Change in Schering Intron-A Unit AWPs Between Consecutive Years
1991-2005

| NDC | Drug Description | 1991 (a) | 1992 (b) | 1993 (c) | 1994 (d) | 1995 (e) | 1996 (f) | 1997 (g) | 1998 (h) | 1999 (i) | 2000 (j) | 2001 (k) | 2002 (l) | 2003 (m) | 2004 (n) | 2005 (o) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | % | % | % | % | % | % | % | % | % | % | % | % | % | % | % |
| 00085012002 | INJ 5MU | 3.9 | 6.0 | 6.5 | 4.0 | 5.5 | 4.5 | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | -- | -- | -- |
| 00085012003 | INJ 5MU | | | 6.5 | 4.0 | 5.5 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 00085012004 | INJ 5MU | | | | 4.0 | 5.5 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 00085012005 | INJ 5MU | | | | | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 00085028502 | INJ 25MU | 3.9 | 6.0 | 6.5 | 4.0 | 5.5 | 4.5 | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | 14.8 | 4.0 | -- |
| 00085053901 | INJ 50MU | 3.9 | 6.0 | 6.5 | 4.0 | 5.5 | 4.5 | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | 14.8 | 4.0 | -- |
| 00085057102 | INJ 10MU | 3.9 | 6.0 | 6.5 | 4.0 | 5.5 | 4.5 | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | 14.8 | 4.0 | -- |
| 00085057106 | INJ 10MU | | | | | | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 00085064703 | INJ 3MU | 3.9 | 6.0 | 6.5 | 4.0 | 5.5 | 4.5 | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | -- | -- | -- |
| 00085064704 | INJ 3MU | 3.9 | 6.0 | 6.5 | 4.0 | 5.5 | 4.5 | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | -- | -- | -- |
| 00085064705 | INJ 3MU | | | | | 5.5 | 4.5 | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | -- | -- | -- |
| 00085068901 | INJ 18MU | | | | | 5.5 | 4.5 | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | -- | -- | -- |
| 00085076901 | INJ 25MU/5ML | | | | 4.0 | 5.5 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| 00085092301 | INJ 100XU/2ML | | | | 4.0 | 5.5 | 4.5 | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | -- | -- | -- |
| 00085095301 | INJ 18MU/2ML | | | | | | 4.5 | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | -- | -- | -- |
| 00085111001 | INJ 18MU | | | | | | | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | 14.8 | 4.0 | -- |
| 00085113301 | INJ 25MU | | | | | | | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | 14.8 | 4.0 | -- |
| 00085116801 | INJ 18MU | | | | | | | 3.0 | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | 14.8 | 4.0 | -- |
| 00085117901 | INJ 10MU/ML | | | | | | | | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | 14.8 | 4.0 | -- |
| 00085117902 | KIT 10MU/ML | | | | | | | | 3.0 | 2.0 | 7.0 | 7.5 | 4.0 | 14.8 | 4.0 | -- |
| 00085118401 | INJ 3MU/0.5 | | | | | | | | 3.0 | 2.0 | -- | -- | -- | -- | -- | -- |
| 00085118402 | KIT 3MU/0.5 | | | | | | | | 3.0 | 2.0 | -- | -- | -- | -- | -- | -- |
| 00085119101 | INJ 5MU/0.5 | | | | | | | | 3.0 | 2.0 | -- | -- | -- | -- | -- | -- |
| 00085119102 | KIT 5MU/0.5 | | | | | | | | 3.0 | 2.0 | -- | -- | -- | -- | -- | -- |
| 00085122501 | INJ 5MU PEN | | | | | | | | | | 7.0 | 7.5 | 4.0 | 14.8 | 4.0 | -- |
| 00085124201 | INJ 3MU PEN | | | | | | | | | | 7.0 | 7.5 | 4.0 | 14.8 | 4.0 | -- |
| 00085125401 | INJ 10MU PEN | | | | | | | | | | 7.0 | 7.5 | 4.0 | 14.8 | 4.0 | -- |

-- no growth

Notes:
- The unit AWPs used to calculate growth are as of June 30th for each year, based upon the last available price posted in the Medispan database.
- The NDCs used are all Schering Intron-A NDCs analyzed in the MDL.
- The percentage changes are rounded to the nearest tenth of a percent.

Sources:
- "Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
- "Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Quantification of Damages", 12/15/2005, Attachment 1.
- Hartman Liability backup materials for the MDL.
Defendants' Exhibit 2929 01-12257 - PBS

Confidential

## Unit AWPs for Intron-A, Adjusted for Concentration
## 1986-2004

| NDC[1] | Drug Description | Concentration[3] | 6/1/1986 | 5/6/1988 | 11/18/1988 | 12/14/1990 | 1/29/1991 | 3/21/1991 | 7/5/1991 | Unit AWPs[2] (Dollars) 1/2/1992 | 8/5/1992 | 1/7/1993 | 6/1/1993 | 1/4/1994 | 2/1/1995 | 3/1/1995 | 12/6/1995 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) | (p) |
| 00085012002 | INJ 5MU | 5 | $ 8.16 | $ | | | | | | | | | | | | | |
| 00085012003 | INJ 5MU | 5 | | $ | | | | | | | | | | | | | |
| 00085012004 | INJ 5MU | 5 | | | | | | | | | | | | | | | |
| 00085012005 | INJ 5MU | 5 | | | | | | | | | | | | | | | |
| 00085028592 | INJ 25MU | 25 | 8.16 | | | | $ 8.48 | $ 8.48 | $ 8.48 | $ 8.99 | $ 8.99 | $ 9.57 | | $ 9.96 | | $ 10.50 | $ |
| 00085033901 | INJ 50MU | 50 | | | | | 8.48 | | | 8.99 | | 9.57 | | 9.96 | | 10.50 | |
| 00085057101 | INJ 10MU | 10 | 8.16 | | 8.16 | | 8.48 | | | 8.99 | | 9.57 | | 9.96 | | 10.50 | |
| 00085047101 | INJ 10MU | 10 | | | | | 8.48 | | | 8.99 | | 9.57 | | 9.96 | | 10.50 | |
| 00085047103 | INJ 3MU | 3 | | | | | | | | | | 9.57 | | 9.96 | | 10.50 | |
| 00085064704 | INJ 3MU | 3 | 8.16 | | | | | | | 8.99 | 8.99 | 9.57 | | 9.96 | | 10.50 | |
| 00085064705 | INJ 3MU | 3 | | | | 8.16 | 8.48 | | | 8.99 | | 9.57 | | 9.95 | | 10.50 | |
| 00085068901 | INJ 18MU | 18 | | | | | | | | | | 9.57 | | 9.95 | | 10.50 | |
| 00085076901 | INJ 25MU/5ML | 18 | | | | | | 8.48 | | | 8.99 | 9.57 | | 9.95 | | 10.50 | |
| 00085092201 | INJ 10MU/2ML | 5 | | | | | | | | | | | | | | | |
| 00085095301 | INJ 18MU/3ML | 6 | | | | | | | | | | | | | | | |
| 00085111001 | INJ 18MU | 18 | | | | | | | | | | | | | | | |
| 00085113301 | INJ 25MU | 10 | | | | | | | | | | | | | | | |
| 00085116601 | INJ 18MU | 10 | | | | | | | | | | | | | | | |
| 00085117901 | INJ 10MU/ML | 10 | | | | | | | | | | | 9.57 | 9.96 | | 10.50 | |
| 00085117902 | KIT 10MU/ML | 10 | | | | | | | | | | | 9.57 | 9.96 | | 10.50 | |
| 00085118401 | INJ 3MU/0.5 | 6 | | | | | | | | | | | | | | | |
| 00085118402 | KIT 3MU/0.5 | 6 | | | | | | | | | | | | | | | |
| 00085119101 | INJ 5MU/0.5 | 10 | | | | | | | | | | | | | | | 10.50 |
| 00085119102 | KIT 5MU/0.5 | 10 | | | | | | | | | | | | | 9.95 | | |
| 00085123101 | INJ 5MU PEN | 20 | | | | | | | | | | | | | | | |
| 00085124201 | INJ 3MU PEN | 12 | | | | | | | | | | | | | | | |
| 00085125401 | INJ 10MU PEN | 40 | | | | | | | | | | | | | | | |

Notes:
 * Values in the table are rounded to the nearest hundredth.
 [1] Unit AWPs are shown by date posted on Medispan.
 [2] The NDCs used are all of the 9-string Intron-A NDCs analyzed in the MDL.
 [3] The concentration is taken from the Drug Description unless otherwise specified. Where the Drug Description is listed as MU/ML, or just MU, the numbers are divided to get the concentration.
 * Several sources have the drug description for this NDC as 10MU/mL.
 * Several sources have the drug description for this NDC as 6MU/mL.
 * The concentration shown used for these two Intron-A Kits are 3 and 5, respectively, based on the ampule volumes in the Drug Description (without dividing by the 0.5). This procedure holds for the 00085117902 Kit as well.
 * The Intron-A Product Information label explains that the Pens deliver 6 doses of the drug at the stated strength (3, 5 and 10 MU) in 1.5mL. The concentration is thus calculated by multiplying the stated strength by the 6 doses and diving by 1.5.

Sources:
 Merex-A Product Information Label (interferon alfa-2b, recombinant), for Injection; http://www.spfiles.com/piintron.pdf
 http://www.nalsp.org/fsh/symeden/gmsspelers/F-02/rafteroorCMHEDC/20Dvi_CY2007_10-25-06.xls
 http://www.nalpinfocom.pdf?VTTmpiladopl
 "Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages", December 15, 2005 (Attachment G.5.a)
 "Supplemental Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages: Addendum", February 3, 2006 (Attachment G.5.a)

Confidential

Defendants' Exhibit
2930
01-12257 - PBS

## Unit AWPs for Intron-A, Adjusted for Concentration
## 1986-2004

| NDC | Drug Description | Concentration | 1/1/1996 | 4/20/1996 | 1/10/1997 | 4/30/1998 | 7/21/1998 | 3/23/1999 | 11/2/1999 | 4/26/2000 | 11/6/2000 | 2/15/2001 | 9/22/2001 | 9/11/2002 | 12/1/2002 | 3/17/2003 | 1/6/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | (z) | (a) | (a) | (t) | (u) | (v) | (w) | (x) | (y) | (z) | (aa) | (ab) | (ac) | (ad) | (ae) | (af) |
| 00085012002 | INJ 5MU | 5 | $ | $ 10.98 | $ 11.30 | $ 11.64 | $ | $ 11.85 | $ 12.11 | $ 12.71 | $ 13.33 | $ 13.66 | $ 14.21 | $ | $ | $ | $ |
| 00085012003 | INJ 5MU | 5 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 00085012004 | INJ 5MU | 5 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 00085012005 | INJ 5MU | 5 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 00085028502 | INJ 25MU | 25 | 10.50 | 10.98 | 11.30 | 11.64 |  | 11.85 | 12.11 | 12.71 | 13.33 | 13.66 | 14.21 |  |  |  |  |
| 00085023901 | INJ 50MU | 50 |  | 10.98 | 11.30 | 11.64 |  | 11.85 | 12.11 | 12.71 | 13.33 | 13.66 | 14.21 |  |  |  |  |
| 00085057102 | INJ 10MU | 10 |  | 10.98 | 11.30 | 11.64 |  | 11.85 | 12.11 | 12.71 | 13.33 | 13.66 | 14.21 | 15.10 | 15.55 | 16.31 | 16.97 |
| 00085057106 | INJ 10MU | 10 |  | 10.98 | 11.30 |  |  |  |  |  |  |  |  |  |  |  |  |
| 00085064103 | INJ 3MU | 3 |  | 10.98 | 11.31 |  |  |  |  |  |  |  |  |  |  |  |  |
| 00085064704 | INJ 3MU | 3 |  | 10.98 | 11.31 | 11.64 |  | 11.88 |  |  |  |  |  |  |  |  |  |
| 00085064705 | INJ 3MU | 3 |  | 10.97 | 11.30 | 11.64 |  | 11.88 | 12.11 | 12.71 | 13.33 | 13.66 | 14.21 | 15.10 | 15.55 | 16.31 | 16.96 |
| 00085068901 | INJ 18MU | 18 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 00085076901 | INJ 10MU/2ML | 5 |  | 10.98 | 11.30 |  |  |  |  |  |  |  |  |  |  |  |  |
| 00085092301 | INJ 25MU/5ML | 5 |  | 10.98 | 11.30 |  |  |  |  |  |  |  |  |  |  |  |  |
| 00085095301 | INJ 18MU/3ML | 6 |  | 10.97 | 11.30 |  |  |  |  |  |  |  |  |  |  |  |  |
| 00085111001 | INJ 18MU | 18 |  |  |  | 11.64 |  | 11.88 | 12.11 | 12.71 | 13.33 | 13.66 | 14.21 | 15.10 | 15.55 | 16.31 | 16.96 |
| 00085113301 | INJ 25MU | 25 |  |  |  | 11.64 |  | 11.88 | 12.11 | 12.71 | 13.33 | 13.66 | 14.21 | 15.10 | 15.55 | 16.31 | 16.97 |
| 00085116801 | INJ 18MU | 6 |  |  |  | 11.64 |  | 11.88 | 12.11 | 12.71 | 13.33 | 13.66 | 14.21 | 15.10 | 15.55 | 16.31 | 16.96 |
| 00085117901 | INJ 10MU/ML | 10 |  |  |  | 11.64 |  | 11.88 | 12.11 | 12.71 | 13.33 | 13.66 | 14.21 |  |  |  |  |
| 00085117902 | KIT 10MU/ML | 10 |  |  |  | 11.64 |  | 11.88 | 12.11 | 12.71 | 13.33 | 13.66 | 14.21 | 15.10 | 15.55 | 16.31 | 16.97 |
| 00085118401 | KIT 3MU/0.5 | 6 |  |  |  | 11.64 |  | 11.88 |  |  |  |  |  |  |  |  |  |
| 00085118402 | INJ 3MU/0.5 | 6 |  |  |  | 11.64 |  | 11.88 |  |  |  |  |  |  |  |  |  |
| 00085119101 | INJ 5MU/0.5 | 10 |  |  | 11.30 | 11.64 |  | 11.88 |  |  |  |  |  |  |  |  |  |
| 00085119102 | KIT 5MU/0.5 | 10 |  |  | 11.30 | 11.64 |  | 11.88 |  |  |  |  |  |  |  |  |  |
| 00085123501 | INJ 5MU PEN | 18 |  |  |  |  | 11.64 | 11.88 | 12.11 | 12.71 | 13.33 | 13.66 | 14.21 | 15.10 | 15.55 | 16.31 | 16.97 |
| 00085124201 | INJ 3MU PEN | 12 |  |  |  |  | 11.64 | 11.88 | 12.11 | 12.71 | 13.33 | 13.66 | 14.21 | 15.10 | 15.55 | 16.31 | 16.96 |
| 00085125401 | INJ 10MU PEN | 40 |  |  |  |  | 11.64 | 11.88 | 12.11 | 12.71 | 13.33 | 13.66 | 14.21 | 15.10 | 15.55 | 16.31 | 16.97 |

Notes:
- * Values in the table are rounded to the nearest hundredth.
- 1 Unit AWPs are shown by date posted on Medispan.
- 2 The NDCs used are all of the Selection Intron-A NDCs analyzed in the MDL.
- 3 The concentration is taken from the Drug Description unless otherwise specified. Where the Drug Description is listed as MU/mL or just MU, the numbers are divided to get the concentration.
- 4 Several sources have the drug description for this NDC as 10MU/mL.
- 5 Several sources have the drug description for this NDC as 6MU/mL.
- 6 The concentration values used for these two Intron-A KGs are 3 and 5, respectively, based on the strength values in the Drug Description (without dividing by the 0.5). This procedure holds for the 00085117902 Kit as well.
- 7 The Intron-A Product Information label explains that the Pens deliver 6 doses of the drug at the stated strength (3, 5 and 10 MU) at 1.5mL. The concentration is thus calculated by multiplying the stated strength by the 6 doses and diving by 1.5.

Sources:
- Intron-A Product Information Label (Interform alb-2b, recombinant, for injection): http://www.spfiles.com/piintron.pdf
- http://www.nih.org/PubMed/uploaded/uploadedf-020reference%20NDC%20TFile_CY2007_07-29-06.xls
- http://www.rxlist.com/cgi/generic4/intero_id.htm
- "Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages", December 15, 2005 (Attachment G.3.a)
- "Supplemental Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages: Addendum", February 3, 2006 (Attachment G.3.a)

Confidential

2 of 2



Defendants' Exhibit
2953
01-12257 - PBS