# Exhibits Referenced in Addendum Regarding Certain Summary Exhibits
# (Part 4)

Confidential

## Medicare Reimbursement Limits as a Percent of Average Wholesale Price
## By HCPCS Code

| HCPCS Code | Description[1] | Percent of AWP Reimbursed |
|---|---|---|
| 90371 | Hep b ig, im | 85 % |
| 90375 | Rabies ig, im/sc | 85 |
| 90376 | Rabies ig, heat treated | 85 |
| 90385 | Rh ig, minidose, im | 85 |
| 90585 | Bcg vaccine, percut | 85 |
| 90632 | Hep a vaccine, adult im | 85 |
| 90633 | Hep a vacc, ped/adol, 2 dose | 85 |
| 90634 | Hep a vacc, ped/adol, 3 dose | 85 |
| 90645 | Hib vaccine, hboc, im | 85 |
| 90658 | Flu vaccine, 3 yrs, im | 95 |
| 90659 | Flu vaccine, whole, im | 95 |
| 90675 | Rabies vaccine, im | 85 |
| 90691 | Typhoid vaccine, im | 85 |
| 90700 | Dtap vaccine, im | 85 |
| 90703 | Tetanus vaccine, im | 85 |
| 90704 | Mumps vaccine, sc | 85 |
| 90705 | Measles vaccine, sc | 85 |
| 90706 | Rubella vaccine, sc | 85 |
| 90707 | Mmr vaccine, sc | 85 |
| 90713 | Poliovirus, ipv, sc | 85 |
| 90716 | Chicken pox vaccine, sc | 85 |
| 90717 | Yellow fever vaccine, sc | 85 |
| 90718 | Td vaccine > 7, im | 85 |
| 90720 | Dtp/hib vaccine, im | 85 |
| 90721 | Dtap/hib vaccine, im | 85 |
| 90732 | Pneumococcal vaccine | 95 |
| 90733 | Meningococcal vaccine, sc | 85 |
| 90735 | Encephalitis vaccine, sc | 85 |
| 90740 | Hepb vacc, ill pat 3 dose im | 95 |
| 90743 | Hep b vacc, adol, 2 dose, im | 95 |
| 90744 | Hepb vacc ped/adol 3 dose im | 95 |
| 90746 | Hep b vaccine, adult, im | 95 |
| 90747 | Hepb vacc, ill pat 4 dose im | 95 |
| J0130 | Abciximab injection | 85 |
| J0150 | Injection adenosine 6 MG | 85 |
| J0151 | Adenosine injection | 85 |
| J0152 | Adenosine injection | 85 |
| J0170 | Adrenalin epinephrin inject | 85 |
| J0200 | Alatrofloxacin mesylate | 85 |
| J0205 | Alglucerase injection | 94 |
| J0207 | Amifostine | 85 |
| J0210 | Methyldopate hcl injection | 85 |
| J0215 | Alefacept | 85 |
| J0256 | Alpha 1 proteinase inhibitor | 85 |
| J0270 | Alprostadil for injection | 85 |
| J0275 | Alprostadil urethral suppos | 85 |
| J0280 | Aminophyllin 250 MG inj | 85 |
| J0282 | Amiodarone HCl | 85 |
| J0285 | Amphotericin B | 85 |
| J0287 | Amphotericin b lipid complex | 85 |

Defendants' Exhibit
**2931**
01-12257 - PBS

Confidential

| Code | Description | Value |
|---|---|---|
| J0288 | Ampho b cholesteryl sulfate | 85 |
| J0289 | Amphotericin b liposome inj | 85 |
| J0290 | Ampicillin 500 MG inj | 85 |
| J0295 | Ampicillin sodium per 1.5 gm | 85 |
| J0300 | Amobarbital 125 MG inj | 85 |
| J0330 | Succinycholine chloride inj | 85 |
| J0360 | Hydralazine hcl injection | 85 |
| J0380 | Inj metaraminol bitartrate | 85 |
| J0390 | Chloroquine injection | 85 |
| J0395 | Arbutamine HCl injection | 85 |
| J0456 | Azithromycin | 85 |
| J0460 | Atropine sulfate injection | 85 |
| J0470 | Dimecaprol injection | 85 |
| J0475 | Baclofen 10 MG injection | 85 |
| J0476 | Baclofen intrathecal trial | 85 |
| J0500 | Dicyclomine injection | 85 |
| J0515 | Inj benztropine mesylate | 85 |
| J0520 | Bethanechol chloride inject | 85 |
| J0530 | Penicillin g benzathine inj | 85 |
| J0540 | Penicillin g benzathine inj | 85 |
| J0550 | Penicillin g benzathine inj | 85 |
| J0560 | Penicillin g benzathine inj | 85 |
| J0570 | Penicillin g benzathine inj | 85 |
| J0580 | Penicillin g benzathine inj | 85 |
| J0583 | Bivalirudin | 85 |
| J0585 | Botulinum toxin a per unit | 85 |
| J0587 | Botulinum toxin type B | 85 |
| J0592 | Buprenorphine hydrochloride | 85 |
| J0595 | Butorphanol tartrate 1 mg | 85 |
| J0600 | Edetate calcium disodium inj | 85 |
| J0610 | Calcium gluconate injection | 85 |
| J0620 | Calcium glycer & lact/10 ML | 85 |
| J0630 | Calcitonin salmon injection | 85 |
| J0636 | Inj calcitriol per 0.1 mcg | 85 |
| J0637 | Caspofungin acetate | 85 |
| J0640 | Leucovorin calcium injection | 80 |
| J0670 | Inj mepivacaine HCL/10 ml | 85 |
| J0690 | Cefazolin sodium injection | 85 |
| J0692 | Cefepime HCl for injection | 85 |
| J0694 | Cefoxitin sodium injection | 85 |
| J0696 | Ceftriaxone sodium injection | 85 |
| J0697 | Sterile cefuroxime injection | 85 |
| J0698 | Cefotaxime sodium injection | 85 |
| J0702 | Betamethasone acet&sod phosp | 85 |
| J0704 | Betamethasone sod phosp/4 MG | 85 |
| J0706 | Caffeine citrate injection | 85 |
| J0713 | Inj ceftazidime per 500 mg | 85 |
| J0715 | Ceftizoxime sodium / 500 MG | 85 |
| J0720 | Chloramphenicol sodium injec | 85 |
| J0725 | Chorionic gonadotropin/1000u | 85 |
| J0735 | Clonidine hydrochloride | 85 |
| J0740 | Cidofovir injection | 85 |
| J0743 | Cilastatin sodium injection | 85 |
| J0744 | Ciprofloxacin iv | 85 |
| J0745 | Inj codeine phosphate /30 MG | 85 |
| J0760 | Colchicine injection | 85 |
| J0770 | Colistimethate sodium inj | 85 |
| J0780 | Prochlorperazine injection | 85 |
| J0800 | Corticotropin injection | 85 |

Confidential

| Code | Description | Value |
|---|---|---|
| J0835 | Inj cosyntropin per 0.25 MG | 85 |
| J0850 | Cytomegalovirus imm IV /vial | 85 |
| J0880 | Darbepoetin alfa injection | 85 |
| J0895 | Deferoxamine mesylate inj | 85 |
| J0900 | Testosterone enanthate inj | 85 |
| J0945 | Brompheniramine maleate inj | 85 |
| J0970 | Estradiol valerate injection | 85 |
| J1000 | Depo-estradiol cypionate inj | 85 |
| J1020 | Methylprednisolone 20 MG inj | 85 |
| J1030 | Methylprednisolone 40 MG inj | 85 |
| J1040 | Methylprednisolone 80 MG inj | 85 |
| J1051 | Medroxyprogesterone inj | 85 |
| J1056 | MA/EC contraceptiveinjection | 85 |
| J1060 | Testosterone cypionate 1 ML | 85 |
| J1070 | Testosterone cypionat 100 MG | 85 |
| J1080 | Testosterone cypionat 200 MG | 85 |
| J1094 | Inj dexamethasone acetate | 85 |
| J1100 | Dexamethasone sodium phos | 86 |
| J1110 | Inj dihydroergotamine mesylt | 85 |
| J1120 | Acetazolamid sodium injectio | 85 |
| J1160 | Digoxin injection | 85 |
| J1165 | Phenytoin sodium injection | 85 |
| J1170 | Hydromorphone injection | 85 |
| J1180 | Dyphylline injection | 85 |
| J1190 | Dexrazoxane HCl injection | 85 |
| J1200 | Diphenhydramine hcl injectio | 85 |
| J1205 | Chlorothiazide sodium inj | 85 |
| J1212 | Dimethyl sulfoxide 50% 50 ML | 85 |
| J1230 | Methadone injection | 85 |
| J1240 | Dimenhydrinate injection | 85 |
| J1245 | Dipyridamole injection | 85 |
| J1250 | Inj dobutamine HCL/250 mg | 85 |
| J1260 | Dolasetron mesylate | 80 |
| J1270 | Injection, doxercalciferol | 85 |
| J1320 | Amitriptyline injection | 85 |
| J1325 | Epoprostenol injection | 85 |
| J1327 | Eptifibatide injection | 85 |
| J1335 | Ertapenem injection | 85 |
| J1364 | Erythro lactobionate /500 MG | 85 |
| J1380 | Estradiol valerate 10 MG inj | 85 |
| J1390 | Estradiol valerate 20 MG inj | 85 |
| J1410 | Inj estrogen conjugate 25 MG | 85 |
| J1435 | Injection estrone per 1 MG | 85 |
| J1436 | Etidronate disodium inj | 85 |
| J1438 | Etanercept injection | 85 |
| J1440 | Filgrastim 300 mcg injection | 81 |
| J1441 | Filgrastim 480 mcg injection | 81 |
| J1450 | Fluconazole | 85 |
| J1452 | Intraocular Fomivirsen na | 85 |
| J1455 | Foscarnet sodium injection | 85 |
| J1460 | Gamma globulin 1 CC inj | 85 |
| J1470 | Gamma globulin 2 CC inj | 85 |
| J1480 | Gamma globulin 3 CC inj | 85 |
| J1490 | Gamma globulin 4 CC inj | 85 |
| J1500 | Gamma globulin 5 CC inj | 85 |
| J1510 | Gamma globulin 6 CC inj | 85 |
| J1520 | Gamma globulin 7 CC inj | 85 |
| J1530 | Gamma globulin 8 CC inj | 85 |
| J1540 | Gamma globulin 9 CC inj | 85 |

Confidential

| Code | Description | Value |
|---|---|---|
| J1550 | Gamma globulin 10 CC inj | 85 |
| J1561[2] | Gamma globulin 500 MG inj | 80 |
| J1563 | IV immune globulin | 80 |
| J1564 | Immune globulin 10 mg | 80 |
| J1565 | RSV-ivig | 85 |
| J1570 | Ganciclovir sodium injection | 85 |
| J1580 | Garamycin gentamicin inj | 85 |
| J1590 | Gatifloxacin injection | 85 |
| J1595 | Injection glatiramer acetate | 85 |
| J1600 | Gold sodium thiomaleate inj | 85 |
| J1610 | Glucagon hydrochloride/1 MG | 85 |
| J1620 | Gonadorelin hydroch/ 100 mcg | 85 |
| J1626 | Granisetron HCl injection | 80 |
| J1630 | Haloperidol injection | 85 |
| J1631 | Haloperidol decanoate inj | 85 |
| J1642 | Inj heparin sodium per 10 u | 80 |
| J1644 | Inj heparin sodium per 1000u | 85 |
| J1645 | Dalteparin sodium | 85 |
| J1650 | Inj enoxaparin sodium | 85 |
| J1652 | Fondaparinux sodium | 85 |
| J1655 | Tinzaparin sodium injection | 85 |
| J1670 | Tetanus immune globulin inj | 85 |
| J1700 | Hydrocortisone acetate inj | 85 |
| J1710 | Hydrocortisone sodium ph inj | 85 |
| J1720 | Hydrocortisone sodium succ i | 85 |
| J1730 | Diazoxide injection | 85 |
| J1742 | Ibutilide fumarate injection | 85 |
| J1745 | Infliximab injection | 85 |
| J1750 | Iron dextran | 85 |
| J1756 | Iron sucrose injection | 85 |
| J1785 | Injection imiglucerase /unit | 94 |
| J1790 | Droperidol injection | 85 |
| J1800 | Propranolol injection | 85 |
| J1810 | Droperidol/fentanyl inj | 85 |
| J1815 | Insulin injection | 85 |
| J1817 | Insulin for insulin pump use | N/A |
| J1830 | Interferon beta-1b / .25 MG | 85 |
| J1835 | Itraconazole injection | 85 |
| J1840 | Kanamycin sulfate 500 MG inj | 85 |
| J1850 | Kanamycin sulfate 75 MG inj | 85 |
| J1885 | Ketorolac tromethamine inj | 85 |
| J1890 | Cephalothin sodium injection | 85 |
| J1910 | Kutapressin injection | 85 |
| J1940 | Furosemide injection | 85 |
| J1950 | Leuprolide acetate /3.75 MG | 85 |
| J1955 | Inj levocarnitine per 1 gm | 85 |
| J1956 | Levofloxacin injection | 85 |
| J1960 | Levorphanol tartrate inj | 85 |
| J1980 | Hyoscyamine sulfate inj | 85 |
| J1990 | Chlordiazepoxide injection | 85 |
| J2000 | Lidocaine injection | 85 |
| J2001 | Lidocaine injection | 85 |
| J2010 | Lincomycin injection | 85 |
| J2020 | Linezolid injection | 85 |
| J2060 | Lorazepam injection | 85 |
| J2150 | Mannitol injection | 85 |
| J2175 | Meperidine hydrochl /100 MG | 85 |
| J2180 | Meperidine/promethazine inj | 85 |
| J2185 | Meropenem | 85 |

Confidential

| Code | Description | Value |
|---|---|---|
| J2210 | Methylergonovin maleate inj | 85 |
| J2250 | Inj midazolam hydrochloride | 85 |
| J2260 | Inj milrinone lactate / 5 MG | 85 |
| J2270 | Morphine sulfate injection | 85 |
| J2271 | Morphine so4 injection 100mg | 85 |
| J2275 | Morphine sulfate injection | 85 |
| J2280 | Inj, moxifloxacin 100 mg | 85 |
| J2300 | Inj nalbuphine hydrochloride | 85 |
| J2310 | Inj naloxone hydrochloride | 85 |
| J2320 | Nandrolone decanoate 50 MG | 85 |
| J2321 | Nandrolone decanoate 100 MG | 85 |
| J2322 | Nandrolone decanoate 200 MG | 85 |
| J2324 | Nesiritide | 85 |
| J2352 | Octreotide acetate injection | 85 |
| J2353 | Octreotide injection, depot | 92 |
| J2354 | Octreotide inj, non-depot | 85 |
| J2355 | Oprelvekin injection | 85 |
| J2360 | Orphenadrine injection | 85 |
| J2370 | Phenylephrine hcl injection | 85 |
| J2400 | Chloroprocaine hcl injection | 85 |
| J2405 | Ondansetron hcl injection | 87 |
| J2410 | Oxymorphone hcl injection | 85 |
| J2430 | Pamidronate disodium /30 MG | 85 |
| J2440 | Papaverin hcl injection | 85 |
| J2460 | Oxytetracycline injection | 85 |
| J2501 | Paricalcitol | 85 |
| J2505 | Injection, pegfilgrastim 6mg | 85 |
| J2510 | Penicillin g procaine inj | 85 |
| J2515 | Pentobarbital sodium inj | 85 |
| J2540 | Penicillin g potassium inj | 85 |
| J2543 | Piperacillin/tazobactam | 85 |
| J2545 | Pentamidine isethionte/300mg | 85 |
| J2550 | Promethazine hcl injection | 85 |
| J2560 | Phenobarbital sodium inj | 85 |
| J2590 | Oxytocin injection | 85 |
| J2597 | Inj desmopressin acetate | 85 |
| J2650 | Prednisolone acetate inj | 85 |
| J2670 | Totazoline hcl injection | 85 |
| J2675 | Inj progesterone per 50 MG | 85 |
| J2680 | Fluphenazine decanoate 25 MG | 85 |
| J2690 | Procainamide hcl injection | 85 |
| J2700 | Oxacillin sodium injeciton | 85 |
| J2710 | Neostigmine methylslfte inj | 85 |
| J2720 | Inj protamine sulfate/10 MG | 85 |
| J2725 | Inj protirelin per 250 mcg | 85 |
| J2730 | Pralidoxime chloride inj | 85 |
| J2760 | Phentolaine mesylate inj | 85 |
| J2765 | Metoclopramide hcl injection | 85 |
| J2770 | Quinupristin/dalfopristin | 85 |
| J2780 | Ranitidine hydrochloride inj | 85 |
| J2783 | Rasburicase | 85 |
| J2788 | Rho d immune globulin 50 mcg | 85 |
| J2790 | Rho d immune globulin inj | 85 |
| J2792 | Rho(D) immune globulin h, sd | 85 |
| J2795 | Ropivacaine HCl injection | 85 |
| J2800 | Methocarbamol injection | 85 |
| J2820 | Sargramostim injection | 80 |
| J2910 | Aurothioglucose injeciton | 85 |
| J2912 | Sodium chloride injection | 85 |

Confidential

| Code | Description | Value |
|---|---|---|
| J2916 | Na ferric gluconate complex | 85 |
| J2920 | Methylprednisolone injection | 85 |
| J2930 | Methylprednisolone injection | 85 |
| J2940 | Somatrem injection | 85 |
| J2941 | Somatropin injection | 85 |
| J2950 | Promazine hcl injection | 85 |
| J2993 | Reteplase injection | 85 |
| J2995 | Inj streptokinase /250000 IU | 85 |
| J2997 | Alteplase recombinant | 85 |
| J3000 | Streptomycin injection | 85 |
| J3010 | Fentanyl citrate injeciton | 85 |
| J3030 | Sumatriptan succinate / 6 MG | 85 |
| J3070 | Pentazocine injection | 85 |
| J3100 | Tenecteplase injection | 85 |
| J3105 | Terbutaline sulfate inj | 85 |
| J3120 | Testosterone enanthate inj | 85 |
| J3130 | Testosterone enanthate inj | 85 |
| J3140 | Testosterone suspension inj | 85 |
| J3150 | Testosteron propionate inj | 85 |
| J3230 | Chlorpromazine hcl injection | 85 |
| J3240 | Thyrotropin injection | 90 |
| J3245 | Tirofiban hydrochloride | 85 |
| J3250 | Trimethobenzamide hcl inj | 85 |
| J3260 | Tobramycin sulfate injection | 85 |
| J3265 | Injection torsemide 10 mg/ml | 85 |
| J3280 | Thiethylperazine maleate inj | 85 |
| J3301 | Triamcinolone acetonide inj | 85 |
| J3302 | Triamcinolone diacetate inj | 85 |
| J3303 | Triamcinolone hexacetonl inj | 85 |
| J3305 | Inj trimetrexate glucoronate | 85 |
| J3315 | Triptorelin pamoate | 85 |
| J3320 | Spectinomycn di-hcl inj | 85 |
| J3360 | Diazepam injection | 85 |
| J3364 | Urokinase 5000 IU injection | 85 |
| J3365 | Urokinase 250,000 IU inj | 85 |
| J3370 | Vancomycin hcl injection | 85 |
| J3395 | Verteporfin injection | 91 |
| J3410 | Hydroxyzine hcl injection | 85 |
| J3411 | Thiamine hcl 100 mg | 85 |
| J3415 | Pyridoxine hcl 100 mg | 85 |
| J3420 | Vitamin b12 injection | 85 |
| J3430 | Vitamin k phytonadione inj | 85 |
| J3465 | Injection, voriconazole | 85 |
| J3475 | Inj magnesium sulfate | 85 |
| J3480 | Inj potassium chloride | 85 |
| J3485 | Zidovudine | 85 |
| J3486 | Ziprasidone mesylate | 85 |
| J3487 | Zoledronic acid | 85 |
| J7030 | Normal saline solution infus | 85 |
| J7040 | Normal saline solution infus | 85 |
| J7042 | 5% dextrose/normal saline | 85 |
| J7050 | Normal saline solution infus | 85 |
| J7051 | Sterile saline/water | 85 |
| J7060 | 5% dextrose/water | 85 |
| J7070 | D5w infusion | 85 |
| J7100 | Dextran 40 infusion | 85 |
| J7110 | Dextran 75 infusion | 85 |
| J7120 | Ringers lactate infusion | 85 |
| J7130 | Hypertonic saline solution | 85 |

Confidential

| Code | Description | Value |
|---|---|---|
| J7190 | Factor viii | 95 |
| J7191 | Factor VIII (porcine) | 95 |
| J7192 | Factor viii recombinant | 95 |
| J7193 | Factor IX non-recombinant | 95 |
| J7194 | Factor ix complex | 95 |
| J7195 | Factor IX recombinant | 95 |
| J7197 | Antithrombin iii injection | 95 |
| J7198 | Anti-inhibitor | 95 |
| J7308 | Aminolevulinic acid hcl top | 85 |
| J7310 | Ganciclovir long act implant | 85 |
| J7317 | Sodium hyaluronate injection | 85 |
| J7320[3] | Hylan G-F 20 injection | 83 |
| J7330 | Cultured chondrocytes implnt | 85 |
| J7340 | Metabolic active D/E tissue | 85 |
| J7342 | Metabolically active tissue | 89 |
| J7500 | Azathioprine oral 50mg | 85 |
| J7501 | Azathioprine parenteral | 85 |
| J7502 | Cyclosporine oral 100 mg | 85 |
| J7504 | Lymphocyte immune globulin | 85 |
| J7506 | Prednisone oral | 85 |
| J7507 | Tacrolimus oral per 1 MG | 85 |
| J7508 | Tacrolimus oral per 5 MG | 85 |
| J7509 | Methylprednisolone oral | 85 |
| J7510 | Prednisolone oral per 5 mg | 85 |
| J7511 | Antithymocyte globuln rabbit | 85 |
| J7513 | Daclizumab, parenteral | 85 |
| J7515 | Cyclosporine oral 25 mg | 85 |
| J7517 | Mycophenolate mofetil oral | 86 |
| J7520 | Sirolimus, oral | 85 |
| J7525 | Tacrolimus injection | 85 |
| J7608 | Acetylcysteine inh sol u d | 80 |
| J7618 | Albuterol inh sol con | 80 |
| J7619 | Albuterol inh sol u d | 80 |
| J7621 | (Levo)albuterol/Ipra-bromide | 85 |
| J7622 | Beclomethasone inhalatn sol | 85 |
| J7626 | Budesonide inhalation sol | 85 |
| J7631 | Cromolyn sodium inh sol u d | 80 |
| J7633 | Budesonide concentrated sol | 85 |
| J7635 | Atropine inhal sol con | 85 |
| J7636 | Atropine inhal sol unit dose | 85 |
| J7637 | Dexamethasone inhal sol con | 85 |
| J7638 | Dexamethasone inhal sol u d | 85 |
| J7639 | Dornase alpha inhal sol u d | 85 |
| J7641 | Flunisolide, inhalation sol | 85 |
| J7642 | Glycopyrrolate inhal sol con | 85 |
| J7643 | Glycopyrrolate inhal sol u d | 85 |
| J7644 | Ipratropium brom inh sol u d | 80 |
| J7658 | Isoproterenolhcl inh sol con | 85 |
| J7659 | Isoproterenol hcl inh sol ud | 85 |
| J7681 | Terbutaline so4 inh sol u d | 85 |
| J7682 | Tobramycin inhalation sol | 85 |
| J7683 | Triamcinolone inh sol con | 85 |
| J7684 | Triamcinolone inh sol u d | 85 |
| J8510 | Oral busulfan | 85 |
| J8520 | Capecitabine, oral, 150 mg | 90 |
| J8521 | Capecitabine, oral, 500 mg | 90 |
| J8530 | Cyclophosphamide oral 25 MG | 85 |
| J8560 | Etoposide oral 50 MG | 85 |
| J8600 | Melphalan oral 2 MG | 85 |

Confidential

| Code | Description | Value |
|---|---|---|
| J8610 | Methotrexate oral 2.5 MG | 85 |
| J8700 | Temozolomide | 85 |
| J9000 | Doxorubic hcl 10 MG vl chemo | 80 |
| J9001 | Doxorubicin hcl liposome inj | 85 |
| J9010 | Alemtuzumab injection | 85 |
| J9015 | Aldesleukin/single use vial | 85 |
| J9017 | Arsenic trioxide | 85 |
| J9020 | Asparaginase injection | 85 |
| J9031 | Bcg live intravesical vac | 85 |
| J9040 | Bleomycin sulfate injection | 85 |
| J9045[4] | Carboplatin injection | 86 |
| J9050 | Carmus bischl nitro inj | 85 |
| J9060 | Cisplatin 10 MG injection | 85 |
| J9062 | Cisplatin 50 MG injection | 85 |
| J9065 | Inj cladribine per 1 MG | 85 |
| J9070 | Cyclophosphamide 100 MG inj | 85 |
| J9080 | Cyclophosphamide 200 MG inj | 85 |
| J9090 | Cyclophosphamide 500 MG inj | 85 |
| J9091 | Cyclophosphamide 1.0 grm inj | 85 |
| J9092 | Cyclophosphamide 2.0 grm inj | 85 |
| J9093 | Cyclophosphamide lyophilized | 85 |
| J9094 | Cyclophosphamide lyophilized | 85 |
| J9095 | Cyclophosphamide lyophilized | 85 |
| J9096 | Cyclophosphamide lyophilized | 85 |
| J9097 | Cyclophosphamide lyophilized | 85 |
| J9098 | Cytarabine liposome | 85 |
| J9100 | Cytarabine hcl 100 MG inj | 85 |
| J9110 | Cytarabine hcl 500 MG inj | 85 |
| J9120 | Dactinomycin actinomycin d | 85 |
| J9130 | Dacarbazine 100 mg inj | 85 |
| J9140 | Dacarbazine 200 MG inj | 85 |
| J9150 | Daunorubicin | 85 |
| J9151 | Daunorubicin citrate liposom | 85 |
| J9160 | Denileukin diftitox, 300 mcg | 85 |
| J9165 | Diethylstilbestrol injection | 85 |
| J9170 | Docetaxel | 80 |
| J9178 | Inj, epirubicin hcl, 2 mg | 85 |
| J9180 | Epirubicin HCl injection | 85 |
| J9181 | Etoposide 10 MG inj | 85 |
| J9182 | Etoposide 100 MG inj | 85 |
| J9185 | Fludarabine phosphate inj | 85 |
| J9190 | Fluorouracil injection | 85 |
| J9200 | Floxuridine injection | 85 |
| J9201[5] | Gemcitabine HCl | 87 |
| J9202 | Goserelin acetate implant | 80 |
| J9206[6] | Irinotecan injection | 85 |
| J9208 | Ifosfomide injection | 85 |
| J9209 | Mesna injection | 85 |
| J9211 | Idarubicin hcl injection | 85 |
| J9212 | Interferon alfacon-1 | 85 |
| J9213 | Interferon alfa-2a inj | 85 |
| J9214 | Interferon alfa-2b inj | 85 |
| J9215 | Interferon alfa-n3 inj | 85 |
| J9216 | Interferon gamma 1-b inj | 85 |
| J9217 | Leuprolide acetate suspnsion | 81 |
| J9218 | Leuprolide acetate injeciton | 85 |
| J9219 | Leuprolide acetate implant | 85 |
| J9230 | Mechlorethamine hcl inj | 85 |

Confidential

| Code | Description | Value |
|---|---|---|
| J9245 | Inj melphalan hydrochl 50 MG | 85 |
| J9250 | Methotrexate sodium inj | 85 |
| J9260 | Methotrexate sodium inj | 85 |
| J9263 | Oxaliplatin | 85 |
| J9265 | Paclitaxel injection | 81 |
| J9266 | Pegaspargase/singl dose vial | 85 |
| J9268 | Pentostatin injection | 85 |
| J9270 | Plicamycin (mithramycin) inj | 85 |
| J9280 | Mitomycin 5 MG inj | 85 |
| J9290 | Mitomycin 20 MG inj | 85 |
| J9291 | Mitomycin 40 MG inj | 85 |
| J9293 | Mitoxantrone hydrochl / 5 MG | 85 |
| J9300 | Gemtuzumab ozogamicin | 85 |
| J9310[7] | Rituximab cancer treatment | 83 |
| J9320 | Streptozocin injection | 85 |
| J9340 | Thiotepa injection | 85 |
| J9350 | Topotecan | 84 |
| J9355 | Trastuzumab | 85 |
| J9357 | Valrubicin, 200 mg | 85 |
| J9360 | Vinblastine sulfate inj | 85 |
| J9370 | Vincristine sulfate 1 MG inj | 85 |
| J9375 | Vincristine sulfate 2 MG inj | 85 |
| J9380 | Vincristine sulfate 5 MG inj | 85 |
| J9390 | Vinorelbine tartrate/10 mg | 81 |
| J9395 | Injection, Fulvestrant | 85 |
| J9600 | Porfimer sodium | 85 |
| P9041 | Albumin (human),5%, 50ml | 85 |
| P9043 | Plasma protein fract,5%,50ml | 85 |
| P9045 | Albumin (human), 5%, 250 ml | 85 |
| P9046 | Albumin (human), 25%, 20 ml | 85 |
| P9047 | Albumin (human), 25%, 50ml | 85 |
| P9048 | Plasmaprotein fract,5%,250ml | 85 |
| Q0136 | Non esrd epoetin alpha inj | 87 |
| Q0137 | Darbepoetin alfa, non-esrd | 85 |
| Q0163 | Diphenhydramine HCl 50mg | 85 |
| Q0164 | Prochlorperazine maleate 5mg | 85 |
| Q0165 | Prochlorperazine maleate10mg | 85 |
| Q0166 | Granisetron HCl 1 mg oral | 85 |
| Q0167 | Dronabinol 2.5mg oral | 85 |
| Q0168 | Dronabinol 5mg oral | 85 |
| Q0169 | Promethazine HCl 12.5mg oral | 85 |
| Q0170 | Promethazine HCl 25 mg oral | 85 |
| Q0171 | Chlorpromazine HCl 10mg oral | 85 |
| Q0172 | Chlorpromazine HCl 25mg oral | 85 |
| Q0173 | Trimethobenzamide HCl 250mg | 85 |
| Q0174 | Thiethylperazine maleate10mg | 85 |
| Q0175 | Perphenazine 4mg oral | 85 |
| Q0176 | Perphenazine 8mg oral | 85 |
| Q0177 | Hydroxyzine pamoate 25mg | 85 |
| Q0178 | Hydroxyzine pamoate 50mg | 85 |
| Q0179 | Ondansetron HCl 8mg oral | 85 |
| Q0180 | Dolasetron mesylate oral | 85 |
| Q0183 | Nonmetabolic active tissue | 85 |
| Q0187 | Factor viia recombinant | 95 |
| Q2009 | Fosphenytoin, 50 mg | 85 |
| Q2011 | Hemin, per 1 mg | 85 |
| Q2022 | VonWillebrandFactrCmplxperIU | 95 |
| Q3025 | IM inj interferon beta 1-a | 89 |
| Q4052 | Octreotide injection, depot | 85 |

| Code | Description | Limit |
|---|---|---|
| Q4053 | Pegfilgrastim, 1 mg | 85 |
| Q4054 | Darbepoetin alfa, esrd use | 85 |
| Q4055 | Epoetin alfa, esrd use | 87 |
| Q4075 | Acyclovir, 5 mg | 85 |
| Q4076 | Dopamine hcl, 40 mg | N/A |
| Q4077 | Treprostinil, 1 mg | N/A |
| Q9920 | Epoetin with hct <= 20 | 87 |
| Q9921 | Epoetin with hct = 21 | 87 |
| Q9922 | Epoetin with hct = 22 | 87 |
| Q9923 | Epoetin with hct = 23 | 87 |
| Q9924 | Epoetin with hct = 24 | 87 |
| Q9925 | Epoetin with hct = 25 | 87 |
| Q9926 | Epoetin with hct = 26 | 87 |
| Q9927 | Epoetin with hct = 27 | 87 |
| Q9928 | Epoetin with hct = 28 | 87 |
| Q9929 | Epoetin with hct = 29 | 87 |
| Q9930 | Epoetin with hct = 30 | 87 |
| Q9931 | Epoetin with hct = 31 | 87 |
| Q9932 | Epoetin with hct = 32 | 87 |
| Q9933 | Epoetin with hct = 33 | 87 |
| Q9934 | Epoetin with hct = 34 | 87 |
| Q9935 | Epoetin with hct = 35 | 87 |
| Q9936 | Epoetin with hct = 36 | 87 |
| Q9937 | Epoetin with hct = 37 | 87 |
| Q9938 | Epoetin with hct = 38 | 87 |
| Q9939 | Epoetin with hct = 39 | 87 |
| Q9940 | Epoetin with hct >= 40 | 87 |

Notes:
- According to the 2004 MMA Drug Payment Limits data, "[t]he absence or presence of a HCPCS code and payment limit in this table does not indicate Medicare coverage of the drug...This determination shall be made by the local Medicare contractor processing the claim."
- "N/A" indicates that the HCPCS code was listed, but no reimbursement limit as a percent of AWP was given.
- Medicare Claims Processing Manual has reimbursement limits data for the following HCPCS codes: J0640, J1100, J1260, J1440, J1441, J1561, J1563, J1626, J1642, J2405, J2430, J2820, J7320, J7517, J7608, J7619, J7631, J7644, J8520, J8521, J9000, J9045, J9170, J9201, J9202, J9206, J9217, J9265, J9310, J9350, J9390, and Q0136. Reimbursement limits for HCPCS codes overlapping with 2004 MMA Drug Payment Limits are equal unless otherwise noted.

[1] Drug descriptions from 2004 MMA Drug Payment Limits file unless otherwise noted.
[2] Drug description from 2006 HCPCS Alpha-Numeric Code List; reimbursement limit data from Medicare Claims Processing Manual, Chapter 17.
[3] J7320 reimbursement percent is cited as 82 in the Medicare Claims Processing Manual.
[4] J9045 reimbursement percent is cited as 81 in the Medicare Claims Processing Manual.
[5] J9201 reimbursement percent is cited as 80 in the Medicare Claims Processing Manual.
[6] J9206 reimbursement percent is cited as 80 in the Medicare Claims Processing Manual.
[7] J9310 reimbursement percent is cited as 81 in the Medicare Claims Processing Manual.

Sources:
- 2004 MMA Drug Payment Limits--Revised 1/30/04, Effective January 1, 2004, http://www.cms.hhs.gov/HistPartBDrugPricingFiles/02_MMA_Drug_Price.asp#TopOfPage.
- Medicare Claims Processing Manual (Chapter 17-Drugs and Biologicals, Section 20), http://www.cms.hhs.gov/manuals/downloads/clm104c17.pdf#search='Chapter%2017%20Medicare%20Claims%20Processing%20Manual.
- 2006 HCPCS Alpha-Numeric Code List, http://www.cms.hhs.gov/HCPCSReleaseCodeSets/ANHCPCS/itemdetail.asp?filterType=none&filterByDID=-99&sortByDID=1&sortOrder=descending&itemID=CMS049565

Confidential

## Distribution of Sales [1]
## by Percentage of WAC Paid by Schering Customers
### Proventil [2]
### 1991 - 2004

| Percentage of WAC [3] | | Sales | Percent of Sales |
|---|---|---|---|
| Greater Than | Less Than or Equal To | | |
| (Percent) | (Percent) | (Dollars) | (Percent) |
| (a) | (b) | (c) | (d) |
| 100 | | $ 77,180,713.09 | 3.10 % |
| 99 | 100 | 314,987,201.74 | 12.65 |
| 98 | 99 | 798,119,773.68 | 32.05 |
| 97 | 98 | 578,609,499.44 | 23.24 |
| 96 | 97 | 176,403,734.45 | 7.08 |
| 95 | 96 | 114,369,160.54 | 4.59 |
| 90 | 95 | 136,915,954.38 | 5.50 |
| 85 | 90 | 14,545,163.69 | 0.58 |
| 80 | 85 | 11,447,443.37 | 0.46 |
| | 80 | 267,461,273.15 | 10.74 |

Notes: - Sales exclude non-sales transactions, and do not include rebates found in the rebates files. If sales dollars for a particular NDC and customer number for the whole year were negative, they were dropped.

[1] "ASP" is calculated by customer as identified by customer number.

[2] The NDCs used are all Schering Proventil NDCs either analyzed in the MDL (00085020802, 00085020901, 00085133601 and 00085180601) or only accused in the MDL complaint (00085061402 and 00085061403).

[3] WAC, which is calculated as AWP/1.2 until January 1, 2002 and AWP/1.25 thereafter, is measured at the June 30th value of AWP. In cases where a product's first reported AWP occurs after June 30th, the first reported AWP is used.

Sources: Schering Sales Data.
"Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
"Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calcu[l]ation of Damages," December 15, 2005.

Defendants' Exhibit
**2933**
01-12257 - PBS