Exhibits Referenced in Addendum Regarding
Certain Summary Exhibits
(Part 5)





# Substantial Sales of Schering's Proventil Were Priced Within 5% of WAC

In Million Dollars

| % of WAC | Value |
|----------|-------|
| >100% | $77.18 |
| 100-99% | $314.99 |
| 99-98% | $798.12 |
| 98-97% | $578.61 |
| 97-96% | $176.40 |
| 96-95% | $114.37 |
| 95-90% | $136.92 |
| 90-85% | $14.55 |
| 85-80% | $11.45 |
| 80% | $267.46 |

**For 83% of sales, discounts were less than 5% of WAC**

Defendants' Exhibit
2957
01-12257 - PBS

Confidential

**Distribution of Sales**
**by Percentage of WAC Paid by Schering Customers [1]**
**Intron-A [2]**
**1991 - 2004**

| Percentage of WAC [3] | | | |
|---|---|---|---|
| Greater Than | Less Than or Equal To | Sales | Percent of Sales |
| ----(Percent)---- | | ----(Dollars)---- | ----(Percent)---- |
| (a) | (b) | (c) | (d) |
| 100 | | $  255,654,934.57 | 12.10 % |
| 99 | 100 | 370,317,472.93 | 17.52 |
| 98 | 99 | 747,876,047.92 | 35.38 |
| 97 | 98 | 198,441,552.79 | 9.39 |
| 96 | 97 | 57,162,167.54 | 2.70 |
| 95 | 96 | 28,316,567.21 | 1.34 |
| 90 | 95 | 117,387,791.56 | 5.55 |
| 85 | 90 | 157,163,598.68 | 7.44 |
| 80 | 85 | 69,015,010.87 | 3.27 |
| | 80 | 112,235,468.28 | 5.31 |

Notes: - Sales exclude non-sales transactions, and do not include rebates found in the rebates files.  If sales dollars for a particular NDC and customer number for the whole year were negative, they were dropped.

[1] "ASP" is calculated by customer as identified by customer number.

[2] The NDCs used were all Schering Intron-A NDCs analyzed in the MDL (00085012002,00085012003, 00085012004, 00085012005, 00085028502 00085053901, 00085057102, 00085057106, 00085064703, 00085064704, 00085064705, 00085068901, 00085076901, 00085092301, 00085095301, 00085111001, 00085113301, 00085116801, 00085117901, 00085117902, 00085118401, 00085118402, 00085119101, 00085119102, 00085123501, 00085124201, 00085125401).

[3] WAC, which is calculated as AWP/1.2 until January 1, 2002 and AWP/1.25 thereafter, is measured at the June 30th value of AWP.  In cases where a product's first reported AWP occurs after June 30th,  the first reported AWP is used.

Sources:   Schering Sales Data.
"Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
"Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calcu[l]ation of Damages," December 15, 2005.

Defendants' Exhibit
**2934**
01-12257 - PBS

1 of 1



# Substantial Sales of Schering's Intron-A Were Priced Within 2% of WAC

In Million Dollars

For 65% of sales, discounts were less than 2% of WAC

% of WAC

| % of WAC | Value |
|----------|-------|
| >100% | $255.65 |
| 100-99% | $370.32 |
| 99-98% | $747.88 |
| 98-97% | $198.44 |
| 97-96% | $57.16 |
| 96-95% | $28.32 |
| 95-90% | $117.39 |
| 90-85% | $157.16 |
| 85-80% | $69.01 |
| 80% | $112.24 |

Defendants' Exhibit
2958
01-12257 - PBS



Defendants' Exhibit
2959
01-12257 - PBS

Confidential

**Distribution of Sales**
**by Percentage of WAC Paid by Schering Customers [1]**
**Temodar [2]**
**1991 - 2004**

Percentage of WAC [3]

| Greater Than | Less Than or Equal To | Sales | Percent of Sales |
|---|---|---|---|
| (Percent) | (Percent) | (Dollars) | (Percent) |
| (a) | (b) | (c) | (d) |
| 100 | | $ 18,463,636.01 | 3.30 % |
| 99 | 100 | 194,085,289.02 | 34.68 |
| 98 | 99 | 219,063,580.96 | 39.14 |
| 97 | 98 | 82,298,391.45 | 14.71 |
| 96 | 97 | 2,561,554.51 | 0.46 |
| 95 | 96 | 12,544,999.97 | 2.24 |
| 90 | 95 | 2,775,307.98 | 0.50 |
| 85 | 90 | 4,934,451.28 | 0.88 |
| 80 | 85 | 4,176,721.99 | 0.75 |
| | 80 | 18,754,799.73 | 3.35 |

Notes: - Sales exclude non-sales transactions, and do not include rebates found in the rebates files. If sales dollars for a particular NDC and customer number for the whole year were negative, they were dropped.

[1] "ASP" is calculated by customer as identified by customer number.

[2] The NDCs used were all Schering Temodar NDCs analyzed in the MDL (00085124401, 00085124402, 00085124801, 00085124802, 00085125201, 00085125202, 00085125901, 00085125902).

[3] WAC, which is calculated as AWP/1.2 until January 1, 2002 and AWP/1.25 thereafter, is measured at the June 30th value of AWP. In cases where a product's first reported AWP occurs after June 30th, the first reported AWP is used.

Sources: Schering Sales Data.
"Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
"Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calcu[l]ation of Damages," December 15, 2005.

Defendants' Exhibit
2935
01-12257 - PBS

1 of 1