# Exhibits Referenced in Addendum Regarding Certain Summary Exhibits
# (Part 6)



Defendants' Exhibit
2954
01-12257 - PBS



Confidential

## Comparative Breakdown of Payment Source for Proventil and Albuterol Sulfate 0.083% and 0.5% Products Using NDTI Data
### October 1997 - 2004

|  | Proventil | | Albuterol | |
|---|---|---|---|---|
|  | $0.083\%^{1}$ | $0.5\%^{2}$ | $0.083\%^{3}$ | $0.5\%^{4}$ |
|  | (Percent) | | | |
|  | (a) | (b) | (c) | (d) |
| (a) MEDICARE | 29.20 % | 16.56 % | 20.65 % | 17.71 % |
| (b) MEDICARE&MEDICAID | 3.72 | 1.38 | 4.11 | 2.24 |
| (c) MEDICAID/WELFARE | 14.42 | 15.08 | 19.87 | 24.70 |
| (d) 3RD PARTY | 13.99 | 15.30 | 11.47 | 10.43 |
| (e) 3RD PARTY AND OTHER | 1.73 | 6.48 | 3.56 | 3.16 |
| (f) HMO AND OTHER | 0.00 | 0.00 | 0.01 |  |
| (g) HMO/IPA CAPITATION | 4.44 | 8.17 | 10.97 | 10.68 |
| (h) HMO/IPA FEE FOR SERVICE | 11.60 | 22.25 | 10.37 | 10.82 |
| (i) PPO | 9.18 | 3.66 | 9.05 | 9.60 |
| (j) UNKNOWN/NO INSURANCE | 3.61 | 2.95 | 3.73 | 3.20 |
| (k) UNSPECIFIED | 5.35 | 8.16 | 4.38 | 3.27 |
| (l) OTHER | 2.75 | 0.00 | 1.82 | 4.21 |
| $[(a)+(b)] / \{1 - [(j)+(k)]/100\}^{5}$ | 36.17 % | 20.18 % | 26.94 % | 21.33 % |

Notes: - Numbers may not sum exactly due to rounding.
- While 0.00% explicitly indicates a value of zero, blank entries indicate no entry for that category in NDTI data (implicitly zero).

[1] Schering Proventil 0.083% NDC is 00085180601.

[2] Schering Proventil 0.5% NDC is 00085020802.

[3] Warrick Albuterol 0.083% NDCs are 59930150006, 59930150008, 59930151701, and 59930151702.

[4] Warrick Albuterol 0.5% NDCs are 59930151504 and 59930164702.

[5] This equation is the sum of all Medicare-related categories adjusted by a reapportioning of "unknown" and "unspecified" categories across all categories of known payors.

Source: NDTI Data.

Defendants' Exhibit
**2936**
01-12257 - PBS





Confidential

# Implied Unit ASPs and Dollar Spreads for Albuterol 59930150006 and Intron-A 00085053901 Based on Dr. Hartman's Declaration of December 15, 2005

## 2002

| NDC | Drug | Description | Medispan AWP Package AWP (Dollars) | Medispan AWP Unit AWP (Dollars) | Implied Package Size (Units) [(a)/(b)] (c) | Dr. Hartman's Spread (Percent) (d) | Dr. Hartman's Package ASP (Dollars) (e) | Implied Unit ASPs (Dollars) [(e)/(c)] (f) | Implied Unit Dollar Spread [(d)*(e)/(c)] (g) |
|---|---|---|---|---|---|---|---|---|---|
| | | | (a) | (b) | | | | | |
| 59930150006 | Albuterol | NEB 0.083% | $ 72.60 | $ 0.40 | 180 | 1535.4% | $ 4.44 | $ 0.02 | $ 0.38 |
| 00085053901 | Intron-A | INJ 50MU | 710.48 | 710.48 | 1 | 27.5% | 557.09 | 557.09 | 153.39 |

Notes:
- Medispan AWPs are as of June 30, 2002.
- AWPs, ASPs and Dollar Spreads rounded to the nearest cent.
- Product description from Medispan.

Sources:
- "Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
- "Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calcu[l]ation of Damages," December 15, 2005.
- Hartman Liability Backup, December 15, 2005.

Defendants' Exhibit
2938
01-12257 - PBS


Defendants' Exhibit
2948
01-12257 - PBS