# Exhibits Referenced in Addendum Regarding Certain Summary Exhibits (Part 7)

Confidential

# NDCs/Years Where Dr. Hartman Finds Liability for Branded Products in Class 3
## Dr. Hartman's AWPs

| NDC | Drug | Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00085123501 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | | | | 409.90 | 426.29 | 469.80 | 488.59 |
| 00085124201 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | | | | 245.93 | 255.77 | | |
| 00085125401 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | | | | | | | 977.20 |
| 00085116801 | Intron | INTRON A INJ 18MIU HSA FREE | | | | | | | | | | | 245.93 | | | 293.14 |
| 00085113301 | Intron | INTRON A INJ 25MIU HSA FREE | | | | | | | | 209.58 | | | 341.59 | 391.51 | | 407.17 |
| 00085118401 | Intron | INTRON A INJ 3MIU HSA FREE | | | | | | | | | | | | | | |
| 00085118402 | Intron | INTRON A INJ 3MIU HSA FREE | | | | | | | | | | | | | | |
| 00085119101 | Intron | INTRON A INJ 5MIU HSA FREE | | | | | | | | | | | | 255.77 | | |
| 00085119102 | Intron | INTRON A INJ 5MIU HSA FREE | | | | | | | | | | 399.90 | | | | |
| 00085117901 | Intron | INTRON A INJ PAK10MIU HSA FREE | | | | | | | | | | | 819.80 | | | |
| 00085117902 | Intron | INTRON A INJ PAK10MIU HSA FREE | | 89.88 | | | | | | | | | | | | |
| 00085057102 | Intron | INTRON A INJECTABLE 10MIL/LN IU | 84.79 | 574.33 | 574.33 | 597.30 | | | | | | | | | | |
| 00085057106 | Intron | INTRON A INJECTABLE 10MIL/LN IU | | | | | | | | | | | | | | |
| 00085111001 | Intron | INTRON A INJECTABLE 18MILLN IU | | | | | | | | | | | | | | |
| 00085028502 | Intron | INTRON A INJECTABLE 25MILLN IU | 204.00 | 224.70 | 239.30 | | | | | | | | 245.93 | 355.25 | 281.87 | 293.14 |
| 00085064703 | Intron | INTRON A INJECTABLE 3MILLN IU | | | | | | | | | | | | | | |
| 00085084704 | Intron | INTRON A INJECTABLE 3MILLN IU | | | | | | | | | | | | | | |
| 00085064705 | Intron | INTRON A INJECTABLE 3MILLN IU | | 161.78 | 172.30 | | | | | | | | 239.93 | | | |
| 00085012002 | Intron | INTRON A INJECTABLE 5 MILLN IU | | | | | | | | | | | | | | |
| 00085012003 | Intron | INTRON A INJECTABLE 5 MILLN IU | 48.80 | 44.94 | | | | | | | | | | | | |
| 00085012004 | Intron | INTRON A INJECTABLE 5 MILLN IU | 44.94 | | | | | | | | | | | | | |
| 00085012005 | Intron | INTRON A INJECTABLE 5 MILLN IU | | 670.06 | 670.06 | 696.86 | | 735.19 | | | | | | | | |
| 00085053901 | Intron | INTRON A INJECTABLE 50MIL/LN IU | | 449.40 | 478.61 | | | | | | | | 683.16 | | 783.01 | 814.33 |
| 00085006901 | Intron | INTRON A INJECTION 18 MIU | | 172.30 | | | | | | | | | | | | |
| 00085092301 | Intron | INTRON A INJECTION 18 MIU | | | | | 199.10 | 179.18 | | | | | | | | |
| 00085076901 | Intron | INTRON A SOL. FOR INJ. 10 MILLI | | | | | | | 262.57 | | | | | | | |
| 00085095301 | Intron | INTRON A SOL. FOR INJ. 25MILLI | | | | | | | | | | | | | | |
| 00085133601 | Proventil | PROVENTIL INHALATION SOLUTION | | | | | | | | | | | | | | |
| 00085020901 | Proventil | PROVENTIL SOLUTION .083MG/ML | | 35.39 | 35.39 | | | | | | | | | | | |
| 00085180601 | Proventil | PROVENTIL SOLUTION .083MG/ML | | | | | | 35.98 | 40.70 | | | | 48.82 | | 53.84 | 55.45 |
| 00085020802 | Proventil | PROVENTIL SOLUTION 5MG/ML | | | | | 35.39 | | | | | | | 22.50 | | |
| 00085125901 | Temodar | TEMODAR 100MG | | | | | | | | | | | | | | |
| 00085125902 | Temodar | TEMODAR 100MG | | | | | | | | | | | | | | |
| 00085124401 | Temodar | TEMODAR 20MG | | | | | | | | | | | | | | |
| 00085124402 | Temodar | TEMODAR 20MG | | | | | | | | | | | | | | |
| 00085125201 | Temodar | TEMODAR 250MG | | | | | | | | | | | | | | |
| 00085125202 | Temodar | TEMODAR 250MG | | | | | | | | | | | | | | 3,345.89 |
| 00085124601 | Temodar | TEMODAR 5MG | | 15.53 | 15.53 | 15.53 | 15.53 | 16.23 | 17.85 | | | | | 6,367.25 | 7,096.81 | 7,745.10 |
| 00085124602 | Temodar | TEMODAR 5MG | | | | | | | | | | | | | 154.88 | 167.27 |

Sources: "Attachment I.4: Schering-Plough Drugs Subject to Liability" in "Direct Testimony of Raymond S. Hartman", November 1, 2006.
"Attachment G.4.b: Schering-Plough Annual AWPs" in "Direct Testimony of Raymond S. Hartman", November 1, 2006.

1 of 4

Defendants' Exhibit
2939
01-12257 - PBS

NDCs/Years Where Dr. Hartman Finds Liability for Branded Products in Class 3
"ASPs" for Sales to Full Line Wholesalers

| NDC | Drug | Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00085123501 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | | | | 341.44 | 358.64 | 386.75 | 396.01 |
| 00085124201 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | | | | 204.70 | 214.18 | | |
| 00085125401 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | | | | | | | 790.24 |
| 00085116801 | Intron | INTRON A INJ 18MIU HSA FREE | | | | | | | | | | | 203.01 | | 324.38 | 238.89 |
| 00085113301 | Intron | INTRON A INJ 25MIU HSA FREE | | | | | | | | 171.60 | | | 283.34 | | | 329.30 |
| 00085118401 | Intron | INTRON A INJ 3MIU HSA FREE | | | | | | | | | | | | | | |
| 00085118402 | Intron | INTRON A INJ 3MIU HSA FREE | | | | | | | | | | 184.70 | | 213.63 | | |
| 00085119101 | Intron | INTRON A INJ 5MIU HSA FREE | | | | | | | | | | | | | | |
| 00085119102 | Intron | INTRON A INJ 5MIU HSA FREE | | | | | | | | | | 308.81 | | | | |
| 00085117901 | Intron | INTRON A INJ PAK10MIU HSA FREE | | | | | | | | | | | | | | |
| 00085117902 | Intron | INTRON A INJ PAK10MIU HSA FREE | | | | | | | | | | 679.47 | | | | |
| 00085057102 | Intron | INTRON A INJECTABLE 10MILLN IU | 69.86 | 74.28 | 475.58 | 495.53 | | | | | | | | | | |
| 00085057105 | Intron | INTRON A INJECTABLE 10MILLN IU | | | | | | | | | | | | | | |
| 00085111001 | Intron | INTRON A INJECTABLE 18MILLN IU | | | | | | | | | | | 203.24 | 296.25 | 229.96 | 238.06 |
| 00085028502 | Intron | INTRON A INJECTABLE 25MILLN IU | 175.40 | 165.96 | 196.76 | | | | | | | | | | | |
| 00085064703 | Intron | INTRON A INJECTABLE 3MILLN IU | | | | | | | | | | | | | | |
| 00085064704 | Intron | INTRON A INJECTABLE 3MILLN IU | | | | | | | | | | | | | | |
| 00085064705 | Intron | INTRON A INJECTABLE 3MILLN IU | | 134.24 | 142.04 | | | | | | | | 202.35 | | | |
| 00085012002 | Intron | INTRON A INJECTABLE 5 MILLN IU | 35.04 | 37.39 | | | | | | | | | | | | |
| 00085012003 | Intron | INTRON A INJECTABLE 5 MILLN IU | | | 555.18 | 579.65 | | 612.66 | | | | | | | | |
| 00085012004 | Intron | INTRON A INJECTABLE 5 MILLN IU | | | | | | | | | | | | | | |
| 00085012005 | Intron | INTRON A INJECTABLE 5 MILLN IU | | | | | | | | | | | | | | |
| 00085053901 | Intron | INTRON A INJECTABLE 50MILLN IU | | 371.89 | 399.79 | | | | | | | 570.66 | | 648.23 | 664.43 | |
| 00085068901 | Intron | INTRON A INJECTION 1B MIU | | | | | | | | | | | | | | |
| 00085092301 | Intron | INTRON A SOL. FOR INJ. 10 MILLI | | | | | 86.47 | 157.53 | | | | | | | | |
| 00085076901 | Intron | INTRON A SOL. FOR INJ. 25MILLN | | | | | | | 232.12 | | | | | | | |
| 00085095301 | Intron | INTRON A SOLUTION 18MIU 3ML | | | | | | | | | | | | | | |
| 00085135601 | Proventil | PROVENTIL INHALATION SOLUTION | | | | | | | | | | | | | | |
| 00085020901 | Proventil | PROVENTIL SOLUTION .083MG/ML | | 25.06 | 22.56 | 12.02 | 28.21 | 29.64 | 30.87 | | | | | | | |
| 00085180601 | Proventil | PROVENTIL SOLUTION .083MG/ML | | | | | | | | | | | 40.35 | | 44.42 | 45.35 |
| 00085020802 | Proventil | PROVENTIL SOLUTION 5MG/ML | | 11.51 | 9.55 | 12.08 | 12.08 | 12.65 | 13.69 | | | | | 16.37 | | |
| 00085125901 | Temodar | TEMODAR 100MG | | | | | | | | | | | | | | 2,654.67 |
| 00085125902 | Temodar | TEMODAR 100MG | | | | | | | | | | | | | | |
| 00085124401 | Temodar | TEMODAR 20MG | | | | | | | | | | | | | | 133.39 |
| 00085124402 | Temodar | TEMODAR 20MG | | | | | | | | | | | | | | 535.74 |
| 00085125201 | Temodar | TEMODAR 250MG | | | | | | | | | | | | | | |
| 00085125202 | Temodar | TEMODAR 250MG | | | | | | | | | | | 5,277.90 | 5,889.37 | 6,124.20 | |
| 00085124801 | Temodar | TEMODAR 5MG | | | | | | | | | | | | | | |
| 00085124802 | Temodar | TEMODAR 5MG | | | | | | | | | | | | | 127.14 | 135.53 |

Notes: - Sales exclude non-sales transactions, and do not include rebates found in the rebates files. If sales dollars for a particular NDC and
customer number for the whole year were negative, they were dropped.
- "ASP" is calculated by customer number as identified by customer number and COT.

Sources: Schering Sales Data.
"Attachment I.4: Schering-Plough Drugs Subject to Liability" in "Direct Testimony of Raymond S. Hartman", November 1, 2006.

2 of 4

Confidential

# NDCs/Years Where Dr. Hartman Finds Liability for Branded Products in Class 3
## "Spreads" Based on "ASPs" for Sales to Full Line Wholesalers and Dr. Hartman's AWPs

| NDC | Drug | Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00085123501 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | | | | 20.1% | 18.9% | 21.5% | 23.4% |
| 00085124201 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | | | | 20.1% | 19.4% | | |
| 00085125401 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | | | | | | | 23.7% |
| 00085116801 | Intron | INTRON A INJ 18MIU HSA FREE | | | | | | | 22.1% | | | | 21.1% | | 20.7% | 22.7% |
| 00085113301 | Intron | INTRON A INJ 25MIU HSA FREE | | | | | | | | | | | 20.6% | | | 23.6% |
| 00085118401 | Intron | INTRON A INJ 3MIU HSA FREE | | | | | | | | | | | | | | |
| 00085118402 | Intron | INTRON A INJ 3MIU HSA FREE | | | | | | | | | | 29.9% | | 19.7% | | |
| 00085119101 | Intron | INTRON A INJ 5MIU HSA FREE | | | | | | | | | | | | | | |
| 00085119102 | Intron | INTRON A INJ 5MIU HSA FREE | | | | | | | | | 29.5% | | | | | |
| 00085117901 | Intron | INTRON A INJ PAK10MIU HSA FREE | | | | | | | | | | | | | | |
| 00085117802 | Intron | INTRON A INJ PAK10MIU HSA FREE | | | | | | | | | | | 20.7% | | | |
| 00085057102 | Intron | INTRON A INJECTABLE 10MILLN IU | | 21.4% | 21.0% | | | | | | | | | | | |
| 00085057106 | Intron | INTRON A INJECTABLE 10MILLN IU | | | 20.8% | 20.3% | | | | | | | | | | |
| 00085111001 | Intron | INTRON A INJECTABLE 18MILLN IU | | | 21.1% | 21.6% | | | | | | | | 19.9% | 22.8% | 23.1% |
| 00085026502 | Intron | INTRON A INJECTABLE 25MILLN IU | 16.3% | | | | | | | | | | 21.0% | | | |
| 00085064703 | Intron | INTRON A INJECTABLE 3MILLN IU | | 20.5% | 21.3% | | | | | | | | | | | |
| 00085064704 | Intron | INTRON A INJECTABLE 3MILLN IU | | | | | | | | | | | | | | |
| 00085064705 | Intron | INTRON A INJECTABLE 3MILLN IU | 39.3% | | | | | | | | | | 18.6% | | | |
| 00085012002 | Intron | INTRON A INJECTABLE 5 MILLN IU | | | | | | | | | | | | | | |
| 00085012003 | Intron | INTRON A INJECTABLE 5 MILLN IU | | 20.2% | 20.7% | 20.2% | | 20.0% | | | | | | | | |
| 00085012004 | Intron | INTRON A INJECTABLE 5 MILLN IU | | | | | | | | | | | | | | |
| 00085012005 | Intron | INTRON A INJECTABLE 5 MILLN IU | | 20.8% | 19.7% | | | | | | | | 19.7% | | 20.8% | 22.6% |
| 00085053901 | Intron | INTRON A INJECTABLE 50MILLN IU | | | | | 13.7% | | | | | | | | | |
| 00085066901 | Intron | INTRON A INJECTION 18 MIU | | | | | | 13.1% | | | | | | | | |
| 00085092301 | Intron | INTRON A INJECTION 18 MIU 10 MILLI | | | | 130.3% | | | | | | | | | | |
| 00085076901 | Intron | INTRON A SOL FOR INJ. 25MILLN | | | | | | | | | | | | | | |
| 00085095301 | Intron | INTRON A SOLUTION 18MIU 3ML | | | | | | | | | | | | | | |
| 00085133601 | Proventil | PROVENTIL INHALATION SOLUTION | | 41.2% | 50.9% | | | | | | | | 21.0% | | 21.2% | 22.3% |
| 00085020901 | Proventil | PROVENTIL SOLUTION .083MG/ML | | | | | | | | | | | | | | |
| 00085180601 | Proventil | PROVENTIL SOLUTION .083MG/ML | | 35.0% | 82.5% | 28.2% | 25.5% | 24.6% | 32.7% | | | | | 37.5% | | |
| 00085020602 | Proventil | PROVENTIL SOLUTION 5MG/ML | | | | 28.2% | 28.5% | 28.3% | 30.4% | | | | | | | |
| 00085125901 | Temodar | TEMODAR 100MG | | | | | | | | | | | | | | |
| 00085125902 | Temodar | TEMODAR 100MG | | | | | | | | | | | | | | 28.0% |
| 00085124401 | Temodar | TEMODAR 20MG | | | | | | | | | | | | | | |
| 00085124402 | Temodar | TEMODAR 20MG | | | | | | | | | | | | | | 25.4% |
| 00085125201 | Temodar | TEMODAR 250MG | | | | | | | | | | | | | | 24.9% |
| 00085125202 | Temodar | TEMODAR 250MG | | | | | | | | | | | | 20.5% | 26.5% | |
| 00085124801 | Temodar | TEMODAR 5MG | | | | | | | | | | | | | 21.8% | 23.4% |
| 00085124802 | Temodar | TEMODAR 5MG | | | | | | | | | | | | | | |

Notes: • Highlighted NDCs are greater than 30 percent.
• Dr. Hartman's AWP for Intron-A 00085082301 is listed as $199.10 in 1995, which is approximately twice the AWP for all other years in the given period. Medispan lists the AWP as $105.02 and Redbook lists the AWP as $99.55.

Sources: Schering Sales Data.
"Full Line Drug Wholesalers' 'ASPs'" at Points Where Dr. Hartman Has Found Liability for Class 3 for Branded Products".
"Attachment I.4: Schering-Plough Drugs Subject to Liability" in "Direct Testimony of Raymond S. Hartman", November 1, 2006.
"Attachment G.4.b: Schering-Plough Annual AWPs" in "Direct Testimony of Raymond S. Hartman", November 1, 2006.
"Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
1995 Redbook.

3 of 4

Confidential

NDCs/Years Where Dr. Hartman Finds Liability for Branded Products in Class 3
Instances Where "Spreads" Exceed 30 Percent

| NDC | Drug | Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00085123501 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | | | | | | | |
| 00085124201 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | | | | | | | |
| 00085125401 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | | | | | | | |
| 00085116801 | Intron | INTRON A INJ 18MIU HSA FREE | | | | | | | | | | | | | | |
| 00085113301 | Intron | INTRON A INJ 25MIU HSA FREE | | | | | | | | | | | | | | |
| 00085118401 | Intron | INTRON A INJ 3MIU HSA FREE | | | | | | | | | | | | | | |
| 00085118402 | Intron | INTRON A INJ 3MIU HSA FREE | | | | | | | | | | | | | | |
| 00085119101 | Intron | INTRON A INJ 5MIU HSA FREE | | | | | | | | | | | | | | |
| 00085119102 | Intron | INTRON A INJ 5MIU HSA FREE | | | | | | | | | | | | | | |
| 00085117301 | Intron | INTRON A INJ PAK10MIU HSA FREE | | | | | | | | | | | | | | |
| 00085117902 | Intron | INTRON A INJ PAK10MIU HSA FREE | | | | | | | | | | | | | | |
| 00085057106 | Intron | INTRON A INJECTABLE 10MILLN IU | | | | | | | | | | | | | | |
| 00085111001 | Intron | INTRON A INJECTABLE 18MILLN IU | | | | | | | | | | | | | | |
| 00085028502 | Intron | INTRON A INJECTABLE 25MILLN IU | | | | | | | | | | | | | | |
| 00085064703 | Intron | INTRON A INJECTABLE 3MILLN IU | | | | | | | | | | | | | | |
| 00085064704 | Intron | INTRON A INJECTABLE 3MILLN IU | | | | | | | | | | | | | | |
| 00085064705 | Intron | INTRON A INJECTABLE 3MILLN IU | | | | | | | | | | | | | | |
| 00085012002 | Intron | INTRON A INJECTABLE 5 MILLN IU | | | | | | | | | | | | | | |
| 00085012003 | Intron | INTRON A INJECTABLE 5 MILLN IU | x | | | | | | | | | | | | | |
| 00085012004 | Intron | INTRON A INJECTABLE 5 MILLN IU | | | | | | | | | | | | | | |
| 00085012005 | Intron | INTRON A INJECTABLE 5 MILLN IU | | | | | | | | | | | | | | |
| 00085053901 | Intron | INTRON A INJECTABLE 50MILLN IU | | | | | | | | | | | | | | |
| 00085068901 | Intron | INTRON A INJECTION 18 MIU | | | | | | | | | | | | | | |
| 00085092301 | Intron | INTRON A SOL FOR INJ 10 MILLI | | | | | | | | | | | | | | |
| 00085076901 | Intron | INTRON A SOL FOR INJ 25MILLN | | | | | x | | | | | | | | | |
| 00085099501 | Intron | INTRON A SOLUTION 18MIU 3ML | | | | | | | | | | | | | | |
| 00085133601 | Intron | PROVENTIL INHALATION SOLUTION | | | | | | | | | | | | | | |
| 00085020901 | Proventil | PROVENTIL SOLUTION .083MG/ML | | x | x | | | | | | | | | | | |
| 00085180601 | Proventil | PROVENTIL SOLUTION .083MG/ML | | x | x | | | | | | | | | | | |
| 00085020802 | Proventil | PROVENTIL SOLUTION 5MG/ML | | | | | | x | x | | | | | | | |
| 00085125901 | Temodar | TEMODAR 100MG | | | | | | | | | | | | | | |
| 00085125902 | Temodar | TEMODAR 100MG | | | | | | | | | | | | | x | |
| 00085124401 | Temodar | TEMODAR 20MG | | | | | | | | | | | | | | |
| 00085124402 | Temodar | TEMODAR 20MG | | | | | | | | | | | | | | |
| 00085125201 | Temodar | TEMODAR 250MG | | | | | | | | | | | | | | |
| 00085125202 | Temodar | TEMODAR 250MG | | | | | | | | | | | | | | |
| 00085124801 | Temodar | TEMODAR 5MG | | | | | | | | | | | | | | |
| 00085124802 | Temodar | TEMODAR 5MG | | | | | | | | | | | | | | |

Sources: "Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
Schering Sales Data.
"Full Line Drug Wholesalers' "ASPs" at Points Where Dr. Hartman Has Found Liability for Class 3 for Branded Products".
"Full Line Wholesaler 'Spreads' at Points Where Dr. Hartman Has Found Liability for Class 3 for Branded Products".
"Attachment I.4: Schering-Plough Drugs Subject to Liability" in "Direct Testimony of Raymond S. Hartman", November 1, 2006.
"Attachment G.4.b: Schering-Plough Annual AWPs" in "Direct Testimony of Raymond S. Hartman", November 1, 2006.

Confidential

# Dr. Hartman's Liability Findings Largely Vanish Using More Appropriate Wholesaler "ASPs"

| NDC | Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00085123501 | Intron | | | | | | | | | | | | | | |
| 00085124201 | Intron | | | | | | | | | | | | | | |
| 00085125401 | Intron | | | | | | | | | | | | | | |
| 00085116801 | Intron | | | | | | | | | | | | | | |
| 00085113301 | Intron | | | | | | | | | | | | | | |
| 00085118401 | Intron | | | | | | | | | | | | | | |
| 00085118402 | Intron | | | | | | | | | | | | | | |
| 00085119101 | Intron | | | | | | | | | | | | | | |
| 00085119102 | Intron | | | | | | | | | | | | | | |
| 00085117901 | Intron | | | | | | | | | | | | | | |
| 00085117902 | Intron | | | | | | | | | | | | | | |
| 00085057102 | Intron | | | | | | | | | | | | | | |
| 00085057106 | Intron | | | | | | | | | | | | | | |
| 00085111001 | Intron | | | | | | | | | | | | | | |
| 00085028502 | Intron | | | | | | | | | | | | | | |
| 00085064703 | Intron | | | | | | | | | | | | | | |
| 00085064704 | Intron | | | | | | | | | | | | | | |
| 00085064705 | Intron | X | | | | | | | | | | | | | |
| 00085012002 | Intron | | | | | | | | | | | | | | |
| 00085012003 | Intron | | | | | | | | | | | | | | |
| 00085012004 | Intron | | | | | | | | | | | | | | |
| 00085012005 | Intron | | | | | | | | | | | | | | |
| 00085053901 | Intron | | | | | | | | | | | | | | |
| 00085068901 | Intron | | | | | | | | | | | | | | |
| 00085092301 | Intron | | | | | X | | | | | | | | | |
| 00085076901 | Intron | | | | | | | | | | | | | | |
| 00085095301 | Intron | | | | | | | | | | | | | | |
| 00085133601 | Proventil | | | | | | | | | | | | | | |
| 00085020901 | Proventil | | X | X | | | | X | | | | | | | |
| 00085180601 | Proventil | | X | X | | | | | | | | | | | |
| 00085020802 | Proventil | | | | | | | X | | | | | | X | |
| 00085125901 | Temodar | | | | | | | | | | | | | | |
| 00085125902 | Temodar | | | | | | | | | | | | | | |
| 00085124401 | Temodar | | | | | | | | | | | | | | |
| 00085124402 | Temodar | | | | | | | | | | | | | | |
| 00085125201 | Temodar | | | | | | | | | | | | | | |
| 00085125202 | Temodar | | | | | | | | | | | | | | |
| 00085124801 | Temodar | | | | | | | | | | | | | | |
| 00085124802 | Temodar | | | | | | | | | | | | | | |

Defendants' Exhibit 2960 01-12257 - PBS

18

Confidential

## Distribution of Sales[1]
## by Percentage of WAC Paid by Schering Customers
## in the "Governmental Buyers" Class of Trade
## Intron-A
## 1991 - 2004

| Percentage of WAC[2] | | Sales | Percent of Sales |
|---|---|---|---|
| Greater Than | Less Than or Equal To | | |
| (Percent) | (Percent) | (Dollars) | (Percent) |
| (a) | (b) | (c) | (d) |
| 100 |     | $ 0.00 | 0.00 % |
| 99  | 100 | 10,909.46 | 0.02 |
| 98  | 99  | 0.00 | 0.00 |
| 97  | 98  | 0.00 | 0.00 |
| 96  | 97  | 0.00 | 0.00 |
| 95  | 96  | 1,259.84 | 0.00 |
| 90  | 95  | 207,896.52 | 0.38 |
| 85  | 90  | 1,054,081.96 | 1.91 |
| 80  | 85  | 354,584.61 | 0.64 |
|     | 80  | 53,665,113.90 | 97.05 |

Notes:
- Sales exclude non-sales transactions, and do not include rebates found in the rebates files. If sales dollars for a particular NDC and customer number for the whole year were negative, they were dropped.
- Governmental buyers account for 2.62% of total Intron-A sales.
- The NDCs used were all Schering Intron-A NDCs analyzed in the MDL (000085012002, 00085012003, 00085012004, 00085012005, 00085028502 00085053901, 00085057102, 00085057106, 00085064703, 00085064704, 00085064705, 00085068901, 00085076901, 00085092301, 00085095301, 00085111001, 00085113301, 00085116801, 00085117901, 00085117902, 00085118401, 00085118402, 00085119101, 00085119102, 00085123501, 00085124201, 00085125401).
- Governmental buyers are defined as the following customer classes of trade and class of trade numbers: Armed Services (331), VA & Public Health (332), Other Federal Institutions (333), Public Health Service (334), VA Depots (511), and Armed Service Depots (512).
- These classes of trade are excluded from Dr. Hartman's analysis of ASPs in his December backup.

[1] "ASP" is calculated by customer as identified by customer number.

[2] WAC, which is calculated as AWP/1.2 until January 1, 2002 and AWP/1.25 thereafter, is measured at the June 30th value of AWP. In cases where a product's first reported AWP occurs after June 30th, the first reported AWP is used.

Sources:  Schering Sales Data.
"Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
"Third Amended Master Consolidated Class Action Complaint Amended to Comply With Court's Class Certification Order, Redacted Version."
"Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calcu[l]ation of Damages," December 15, 2005.
"Frequently Asked Questions," US Public Health Service Commissioned Corps, Retrieved 11/5/2006, www.usphs.gov/html/physician.html#faq.

1 of 1

Defendants' Exhibit
**2940**
01-12257 - PBS

Confidential

## Distribution of Sales[1]
## by Percentage of WAC Paid by Schering Customers
## in the "Governmental Buyers" Class of Trade
## Proventil
## 1991 - 2004

Percentage of WAC [2]

| Greater Than | Less Than or Equal To | Sales | Percent of Sales |
|---|---|---|---|
| ----(Percent)---- | | ----(Dollars)---- | ----(Percent)---- |
| (a) | (b) | (c) | (d) |
| 100 | | $ 115.26 | 0.00 % |
| 99 | 100 | 0.00 | 0.00 |
| 98 | 99 | 0.00 | 0.00 |
| 97 | 98 | 0.00 | 0.00 |
| 96 | 97 | 0.00 | 0.00 |
| 95 | 96 | 0.00 | 0.00 |
| 90 | 95 | 0.00 | 0.00 |
| 85 | 90 | 0.00 | 0.00 |
| 80 | 85 | 0.00 | 0.00 |
| | 80 | 89,435,151.82 | 100.00 |

Notes:
- Sales exclude non-sales transactions, and do not include rebates found in the rebates files. If sales dollars for a particular NDC and customer number for the whole year were negative, they were dropped.
- Governmental buyers account for 3.59% of total Proventil sales.
- The NDCs used are all Schering Proventil NDCs either analyzed in the MDL (00085020802, 00085020901, 00085133601 and 00085180601) or only accused in the MDL complaint (00085061402 and 00085061403).
- Governmental buyers are defined as the following customer classes of trade and class of trade numbers: Armed Services (331), VA & Public Health (332), Other Federal Institutions (333), Public Health Service (334), VA Depots (511), and Armed Service Depots (512).
- These classes of trade are excluded from Dr. Hartman's analysis of ASPs in his December backup.

[1] "ASP" is calculated by customer as identified by customer number.

[2] WAC, which is calculated as AWP/1.2 until January 1, 2002 and AWP/1.25 thereafter, is measured at the June 30th value of AWP. In cases where a product's first reported AWP occurs after June 30th, the first reported AWP is used.

Sources:  Schering Sales Data.
"Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
"Third Amended Master Consolidated Class Action Complaint Amended to Comply With Court's Class Certification Order, Redacted Version."
"Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calcu[l]ation of Damages," December 15, 2005.
"Frequently Asked Questions," US Public Health Service Commissioned Corps, Retrieved 11/5/2006, www.usphs.gov/html/physician.html#faq.

1 of 1

Defendants' Exhibit
**2941**
01-12257 - PBS

Confidential

# Distribution of Sales[1]
## by Percentage of WAC Paid by Schering Customers in the "Governmental Buyers" Class of Trade
### Temodar
### 1991 - 2004

| Percentage of WAC [2] | | | |
|---|---|---|---|
| Greater Than | Less Than or Equal To | Sales | Percent of Sales |
| (Percent) | (Percent) | (Dollars) | (Percent) |
| (a) | (b) | (c) | (d) |
| 100 | | $ 0.00 | 0.00 % |
| 99 | 100 | 0.00 | 0.00 |
| 98 | 99 | 0.00 | 0.00 |
| 97 | 98 | 0.00 | 0.00 |
| 96 | 97 | 0.00 | 0.00 |
| 95 | 96 | 0.00 | 0.00 |
| 90 | 95 | 0.00 | 0.00 |
| 85 | 90 | 0.00 | 0.00 |
| 80 | 85 | 24,586.60 | 0.30 |
| | 80 | 8,174,697.86 | 99.70 |

Notes:
- Sales exclude non-sales transactions, and do not include rebates found in the rebates files. If sales dollars for a particular NDC and customer number for the whole year were negative, they were dropped.
- Governmental buyers account for 1.47% of total Temodar sales.
- NDCs included in this analysis are 00085125901, 00085125902, 00085124401, 00085124402, 00085125201, 00085125202, 00085124801, and 00085124802.
- Governmental buyers are defined as the following customer classes of trade and class of trade numbers: Armed Services (331), VA & Public Health (332), Other Federal Institutions (333), Public Health Service (334), VA Depots (511), and Armed Service Depots (512).
- These classes of trade are excluded from Dr. Hartman's analysis of ASPs in his December backup.

[1] "ASP" is calculated by customer as identified by customer number.

[2] WAC, which is calculated as AWP/1.2 until January 1, 2002 and AWP/1.25 thereafter, is measured at the June 30th value of AWP. In cases where a product's first reported AWP occurs after June 30th, the first reported AWP is used.

Sources: Schering Sales Data.
"Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).
"Third Amended Master Consolidated Class Action Complaint Amended to Comply With Court's Class Certification Order, Redacted Version."
"Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calcu[l]ation of Damages," December 15, 2005.
"Frequently Asked Questions," US Public Health Service Commissioned Corps, Retrieved 11/5/2006, www.usphs.gov/html/physician.html#faq.

1 of 1

Defendants' Exhibit
**2942**
01-12257 - PBS