# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ALL CLASS ACTIONS ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |

## TRACK 1 DEFENDANTS' SECOND JOINT SUPPLEMENTAL PRETRIAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A) <u>AS TO EXHIBITS</u>

The Track 1 Defendants supplement their Supplemental Pretrial Disclosures (Dkt. No. 3317) filed on November 3, 2006 with the following exhibits:

| TRIAL EXH. NO. | DOC. DATE | BATES RANGE | DEPO. EXH. | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|---|
| 1998 | 4/4/96 |  |  | Memorandum Opinion by Judge Kocoras, *In re Brand Name Prescription Drugs Antitrust Litigation*, N.D. Ill. (April 4, 1996) |  |
| 1999 | 8/15/97 |  |  | 7th Circuit Decision dated August 15, 1997, *In re Brand Name Prescription Drugs Antitrust Litigation* |  |
| 2000 | 6/13/97 |  |  | Brief filed by the wholesaler defendants with 7th Circuit, *In re Brand Name Prescription Drugs Antitrust Litigation* |  |

1

Respectfully submitted,

THE FOLLOWING TRACK 1 DEFENDANTS

By:  /s/ Eric P. Christofferson

   John T. Montgomery (BBO #352220)
   Steven A. Kaufman (BBO #262230)
   Eric P. Christofferson (BBO #654087)
   Ropes & Gray LLP
   One International Place
   Boston, MA 02110

   Attorneys for Schering-Plough Corp. and
   Warrick Pharmaceuticals Corp.

   D. Scott Wise
   Michael Flynn
   Kimberley Harris
   Davis Polk & Wardwell
   450 Lexington Avenue
   New York, NY  10017

   Attorneys for AstraZeneca Pharmaceuticals LP

   Steven M. Edwards
   Lyndon M. Tretter
   Hogan & Hartson, LLP
   875 Third Avenue, Suite 2600
   New York, NY 10022

   Attorneys for the Bristol-Myers Squibb Co. and
   Oncology Therapeutics Network Corp.

   William F. Cavanaugh, Jr.
   Andrew D. Schau
   Erik Haas
   Patterson, Belknap, Webb & Tyler LLP
   1133 Avenue of the Americas
   New York, NY 10036-6710

   Attorneys for the Johnson & Johnson
   Defendants

Dated:  November 19, 2006

3

## CERTIFICATE OF SERVICE

      I, Daniel P. Christmas, hereby certify that on November 19, 2006, I caused copies of THE TRACK 1 DEFENDANTS' SECOND JOINT SUPPLEMENTAL PRETRIAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A) AS TO EXHIBITS to be served on all counsel of record by causing the same to be posted electronically via Lexis-Nexis File & Serve.

      /s/ Daniel P. Christmas
      Daniel P. Christmas