# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION NO. 01-CV-12257-PBS |
| | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## TRACK 1 DEFENDANTS' WITNESS SCHEDULE FOR WEEK OF NOVEMBER 27

The Track 1 Defendants intend to call the following witnesses during the week of November 27, 2006 after the conclusion of the Plaintiffs' case.

| | |
|---|---|
| November 27, 2006 | Daniel L. McFadden, Ph.D. |
| November 28, 2006 | Alan J. Milbauer (AstraZeneca Witness) |
| | Gregory K. Bell, Ph.D. |
| November 29, 2006 | John Killion |
| | Eric M. Gaier, Ph.D. |
| | Jessica Smith |

Respectfully submitted,

THE FOLLOWING TRACK 1 DEFENDANTS

By:  /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Attorneys for the Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Attorneys for the Johnson & Johnson Defendants

John T. Montgomery (BBO #352220)
Steven A. Kaufman (BBO #262230)
Eric P. Christofferson (BBO #654087)
Ropes & Gray LLP
One International Place
Boston, MA 02110

Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals Corp.

Dated: November 20, 2006

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on November 20, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                               By:  /s/ Catherine N. Karuga
                                   Catherine N. Karuga