UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | M.D.L. No. 1456 |
| THIS DOCUMENT RELATES TO: ) ) ) ALL ACTIONS ) ) ) | CIVIL ACTION NO. 01-12257-PBS |

**ORDER**

November 15, 2006

Saris, U.S.D.J.

    On September 12, 2006, the parties presented a joint motion seeking preliminary approval of a settlement with Track One defendant GlaxoSmithKline ("GSK"). Because of the complicated nature of the settlement and the many parties involved, I find that the appointment of a Special Master will assist me in ensuring that the settlement is fair, particularly with respect to the consumer class members. The parties have agreed to the appointment of Professor Francis McGovern (See attached resume). Therefore, I order as follows:

    1.    I appoint Professor Francis McGovern as the Special Master for the purpose of reviewing the proposed settlement agreement to determine whether it is fair, adequate and reasonable with respect to all class members, focusing in particular on:
            a.    the amount of net payment to the consumer class members, and
            b.    the method of distribution to the class members.

2.  The Special Master shall present his findings in a written report. He shall have the discretion to determine the appropriate procedures for reviewing the settlement. Pursuant to Fed. R. Civ. P. 53(b)(2), the Special Master is directed to proceed with all reasonable diligence to complete the tasks assigned by this order.

3.  The Special Master shall be allowed to engage in ex parte conversations with counsel and the Court.

4.  The Special Master shall file with the Court a final report by January 31, 2007.

5.  The Special Master shall be paid $500 per hour for work done pursuant to this Order, and shall be reimbursed for all reasonable expenses incurred. The Special Master shall bill the parties on a monthly basis for fees and disbursements, and those bills shall be promptly paid 50% by the plaintiffs and 50% by the defendant.

6.  The Special Master is authorized to hire an economic expert with approval of the Court. The parties shall have the opportunity to object to the selection of the expert or proposed compensation. The fees any such expert shall be paid by the parties in accordance with the procedure set forth in Paragraph 5 above.

7.  The Special Master shall file a conflict of interest form.

Dated this 15th day of November, 2006.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge

2