## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: <br><br> ALL CLASS ACTIONS ) ) ) ) ) ) | Judge Patti B. Saris |

### SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S MOTION TO STRIKE PORTIONS OF THE TRIAL AFFIDAVIT OF G. RAYMOND PIRONTI, JR.

Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") respectfully move that this Court strike paragraphs 5, 6, 13, and 14 from the Trial Affidavit of G. Raymond Pironti, Jr. The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Schering and Warrick respectfully request that this motion be GRANTED.

Respectfully submitted,

/s/ John T. Montgomery
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated: November 21, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Adam Wright
Adam Wright