# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) ) ) ) |

## TRACK ONE DEFENDANTS' MOTION TO STRIKE PORTIONS OF THE TRIAL AFFIDAVIT OF GLENN RANDLE

The Track One Defendants respectfully move that this Court strike paragraphs 6 and 10-18 from the Trial Affidavit of Glenn Randle. The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, the Track One Defendants respectfully request that this motion be GRANTED.

                         Respectfully submitted,

                         TRACK ONE DEFENDANTS

                         /s/ John T. Montgomery
                         John T. Montgomery (BBO#352220)
                         Steven A. Kaufman (BBO#262230)
                         Eric P. Christofferson (BBO#654087)
                         Ropes & Gray LLP
                         One International Place
                         Boston, Massachusetts 02110-2624
                         (617) 951-7000

                         *Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated: November 22, 2006

## CERTIFICATE OF COMPLIANCE WITH LR. 7.1

I hereby certify that counsel for Schering attempted to confer with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues set forth herein. As of filing, Plaintiffs have not indicated they were willing to correct the affidavit.

/s/ Adam Wright
Adam Wright

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Adam Wright
Adam Wright