**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) ALL CLASS ACTIONS ) ) ) | Judge Patti B. Saris |

**SCHERING'S AND WARRICK'S AMENDED OPPOSITION TO
PLAINTIFFS' MOTION TO PRECLUDE THE INTRODUCTION OF
ASPs AND TO PLAINTIFFS' MOTION TO STRIKE REFERENCES TO ASPs**

Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") respectfully submit the following opposition to Plaintiffs' dual motions addressing the same subject: (1) Plaintiffs' Motion *in Limine* to Preclude the Introduction by the Schering-Plough Group of Evidence of ASPs for Schering-Plough and Warrick Drugs ("Plaintiffs' Motion to Preclude"); and (2) Plaintiffs' Motion to Strike References by the Schering-Plough Group in their Opening Statement to Average Sales Prices for Schering-Plough and Warrick Drugs ("Plaintiffs' Motion to Strike").

As an initial matter, Plaintiffs falsely suggest that Schering and Warrick have made reference to – and will seek introduction of – "ASPs" of their products. Although it is not clear whether Plaintiffs are referring to "ASPs" that Schering and Warrick are now required to report to the federal government by statute or some other company-specific data, Schering and Warrick have not made reference to – nor seek to introduce – anything of the kind.

Plaintiffs are apparently referring to a graphic (attached as Ex. A) used in Schering's and Warrick's opening statement, the support for which is found in Defendants' Exhibit 2918

(attached as Ex. B). The exhibit and related graphic demonstrate that, with respect to a particular form of albuterol, total Medicare reimbursement (drug reimbursement plus dispensing fee) actually increased after the "ASP" reimbursement system went into effect in 2005. The "ASP" information contained in that exhibit is not specific to Schering or Warrick, and it comes not from Schering or Warrick, but from data that is *publicly available from the CMS website* (which site is listed explicitly on Exhibit 2918). Thus, Plaintiffs' assertions about what was referenced are false.

Furthermore, to the extent that Plaintiffs are also somehow suggesting that Schering and Warrick should be precluded from introducing any evidence relating to reimbursement under Medicare's new ASP-based system because it would amount to unfair surprise, the suggestion is entirely without merit. Defendants' have argued from the inception of this case that Medicare and other payors have intentionally cross-subsidized inadequate administration and dispensing fees with higher drug reimbursement. And Plaintiffs' own witnesses, including Ms. Deveaux of Blue Cross Blue Shield, have provided testimony at trial consistent with this position.[1] Defendants contend that such evidence defeats Plaintiffs' claim that Defendants caused them any injury because payors would have paid more to providers in administration and dispensing fees if lower AWPs caused drug reimbursement to be lower. As the Court recognized, Defendants made these arguments as early as the motion-to-dismiss stage of the case. (11/20/2006 Trial Tr. at 101.) Despite Plaintiffs' complaints, none of this is new; thus, their claims of "trial by ambush" are completely misplaced.

---

[1] With respect to why BCBS of MA did not change to ASP-based reimbursement, Ms. Devaux testified that one reason the switch was not made was because oncologists "were saying that the total package of payment for the services, drug and administrative fees, would not be adequate." (11/7/2006 Trial Tr. at 157.)

-3-

For the foregoing reasons, Plaintiffs' Motion to Preclude and Plaintiffs' Motion to Strike should be DENIED.

                Respectfully submitted,

                /s/ John T. Montgomery
                John T. Montgomery (BBO#352220)
                Steven A. Kaufman (BBO#262230)
                Eric P. Christofferson (BBO#654087)
                Ropes & Gray LLP
                One International Place
                Boston, Massachusetts 02110-2624
                (617) 951-7000

                *Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated: November 22, 2006

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson
Eric P. Christofferson

# EXHIBIT A



# EXHIBIT B

**Comparison of Estimated Monthly Medicare Reimbursements
For Albuterol Sulfate 0.5% Solution: 2004 v. 2005
30-Day Supply of 225mg**

| HCPCS Code | Solution Strength | Year | Drug Reimbursement | Dispensing Fee | Total |
|---|---|---|---|---|---|
| | (a) | (b) | (c) —(Dollars)— | (d) | [(c)+(d)] (e) |
| J7618 | 0.5% | 2004 | $ 29.25 | $ 5.00 | $ 34.25 |
| J7611 | | 2005 | 18.96 | 57.00 | 75.96 |

Notes:
-- "The usual dosage for adults and pediatric patients 12 years of age and older is 2.5 mg of albuterol administered 3 to 4 times daily by nebulization." This is equivalent to 225mg to 300mg of albuterol sulfate for 30 days. (See e.g., "Proventil Solution for Inhalation 0.5% Drug Information Proventil Solution for Inhalation 0.5%.")
-- In 2004 "Medicare paid a monthly $5 dispensing fee for each covered nebulizer drug or combination of drugs used," and in 2005 the dispensing fee "for a 30-day supply of inhalation drugs was $57." (See Federal Register, 42 CFR Part 405, et al., August 8, 2005, pp. 45847-48.)

Sources:
-- Centers for Medicare and Medicaid Services 2005 ASP Drug Pricing Files, http://www.cms.hhs.gov/McrPartBDrugAvgSalesPrice/02a_2005aspfiles.asp.
-- Centers for Medicare and Medicaid Services, Medicare Region B DMERC, HCPCS Update - 2005, http://www.adminastar.com/News/DMERCNews/files/DMERC_HCPCSUpdate2005.pdf.
-- "DMERC Region D Nebulizer Fees for 2004 - Effective 01/01/2004," CIGNA Government Services, http://www.cignamedicare.com/dmerc/fsch/2004/Q1/Q1_NEB.html (not available online).
-- Federal Register, 42 CFR Part 405, et al., August 8, 2005, pp. 45847-48.
-- "PalmettoGBA.com - Providers/DMERC/Publications/Fee Schedules/2004 and Prior (2004 Drug Fee Update)," http://www.pgba.com/palmetto/providers_a.nsf/f45451e08e6ffeda85256969ee00005c6d/

Defendants' Exhibit
**2918**
01-12257 - PBS

Confidential