UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: <br><br> ALL CLASS ACTIONS | CIVIL ACTION:  01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### PLAINTIFFS' SUPPLEMENTAL DEPOSITION DESIGNATIONS (AND SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S COUNTER-DESIGNATIONS/OBJECTIONS)[1]

Plaintiffs hereby supplement their designations with the following depositions (highlighted in yellow) and Schering-Plough Corporation and Warrick Pharmaceuticals Corporation hereby present their counter-designations (highlighted in orange) and objections to be used at trial.

A.   Thomas Kelly[2]

| Offered by: | Thomas Kelly <br> June 15, 2004 | Objection/Counter-Designation |
|---|---|---|
| Plaintiffs | 4:9-10 | Relevance |
| Plaintiffs | 5:13-21 | None |
| Plaintiffs | 27:5-28:8 | **28:9-11** |

---

[1] Schering's and Warrick's counter-designations are in bold font.

[2] Plaintiffs inadvertently omitted the deposition of Thomas Kelly dated June 15, 2004 from their initial disclosures.

| Plaintiffs | 28:12-22 | **29:18-21** |
|---|---|---|
| Plaintiffs | 29:22-30:5 | Ambiguous Question (29:22-30:2) <br> **30:6-18** |
| Plaintiffs | 31:20-32:1 | None |
| Plaintiffs | 45:18-46:9 | **45:9-17** <br> **46:10-17** <br> **48:11-19** |
| Plaintiffs | 46:18-47:14 | None |
| Plaintiffs | 47:18-20 | **47:15-17** <br> **47:21–48:1** |
| Plaintiffs | 49:22-51:12 | Ambiguous Question (49:22 – 50:1) <br> Relevance <br><br> **49:11-21** |
| Plaintiffs | 71:18-73:12 | Ambiguous Question (73:17-18) <br> Note:  Plts' have only designated through 73:12 but have highlighted to 73:22 <br><br> **74:1-5** |

    **B.**    **Debra Kane[3]**

| **Offered by:** | **Debra Kane** <br> **June 15, 2004** | **Objection/Counter-Designation** |
|---|---|---|
| Plaintiffs | 4:4-5; 8-15 | None |
| Plaintiffs | 5:9-12; 16-17 | **5:13-15** <br><br> **5:18-6:2** |
| Plaintiffs | 34:7-35:21 | Beyond Scope of 30(b)(6) (34: 20-35:1) |
| Plaintiffs | 36:5-8 | None |

---

[3] Plaintiffs inadvertently omitted the deposition of Debra Kane dated June 15, 2004 from their initial disclosures.

| Plaintiffs | 56:4-64:10 | Ambiguous Question (57:12-13; 58:14-16) |

### C. Harvey Weintraub[4,5]

| Offered by: | Harvey Weintraub September 18, 2006 | Objection/Counter-Designation |
|---|---|---|
| Plaintiffs | 43:14-17 | Relevance |
| Plaintiffs | 46:8-10; 18-19 | **46:20-24** |
| Plaintiffs | 46:25-47:2 | None |
| Plaintiffs | 48:18-20 | **48:15-17** |
| Plaintiffs | 49:12-22 | None |
| Plaintiffs | 74:14-76:21 | **67:10-74:13; 76:22-77:20** |
| Plaintiffs | 82:2-5; 11-15 | None |
| Plaintiffs | 82:24-84:1 | None |
| Plaintiffs | 84:11-21 | **84:22-85:4** |
| Plaintiffs | 85:5-10 | None |
| Plaintiffs | 85:24-86:5 | None |
| Plaintiffs | 86:12-24 | **86:25-87:11** |
| Plaintiffs | 87:12-19 | None |
| Plaintiffs | 88:14-89:13 | **87:20-88:13; 89:14–91:18** |
| Plaintiffs | 96:9-20 | **96:21-23** |

---

[4] Mr. Weintraub's deposition was conducted on September 18-22, 2006. Due to the lateness of this deposition, Plaintiffs were unable to provide designations for this deposition with their initial disclosures and do so now.

[5] In response to Plaintiffs' initial deposition designations related to Mr. Weintraub, Schering and Warrick previously counter-designated lines **46:3-178:2** from Mr. Weintraub's deposition that began on September 18, 2006.

| | | |
|---|---|---|
| Plaintiffs | 96:24-97:3 | None |
| Plaintiffs | 99:14-101:1 | **101:2-103:22** |
| Plaintiffs | 104:13-105:11 | **106:5-18** |
| Plaintiffs | 106:19-23 | **106:24–107:11** |
| Plaintiffs | 111:5-113:8 | **113:9-114:11** |
| Plaintiffs | 120:2-122:2 | **122:3-7** |
| Plaintiffs | 122:12-123:9 | **123:10–125:4** |
| Plaintiffs | 125:7-10 | **125:11–126:5** |
| Plaintiffs | 130:4-6 | **130:7-131:2** |
| Plaintiffs | 131:3-21 | **131:22-25** |
| Plaintiffs | 132:1-135:1 | None |
| Plaintiffs | 162:12-20 | **159:11-162:11** |
| Plaintiffs | 180:15-17 | Relevance<br><br>**179:16-180:14**<br>**180:18-181:13** |
| Plaintiffs | 181:14-20 | Assumes Facts not in Evidence (181:14-15)<br>Relevance |
| Plaintiffs | 183:15-184:9 | Relevance<br><br>**97:4-98:2**<br>**183:2-14**<br>**184:10-22** |
| Plaintiffs | 185:14-186:3 | Argumentative Question (185:19-24) |
| Plaintiffs | 190:5-11 | Ambiguous Question (190:5-6)<br>Relevance<br><br>**189:21-190:4** |
| Plaintiffs | 203:1-204:4 | Relevance<br><br>**204:5–205:23** |

| Plaintiffs | 205:24-206:11 | Relevance<br><br>**206:12-18** |
|---|---|---|
| Plaintiffs | 211:1-4 | **210:8-25**<br>**211:5-11** |
| | **Harvey Weintraub**<br>**September 19, 2006** | |
| Plaintiffs | 240:17-23 | **239:13–240:16**<br>**240:24–241:2** |
| Plaintiffs | 248:8-249:11 | **250:6–16** |
| Plaintiffs | 251:1-14 | None |
| Plaintiffs | 258:21-259:6 | **259:7-16** |
| Plaintiffs | 260:24-261:15 | Relevance<br><br>**261:16–25** |
| Plaintiffs | 265:24-266:11 | Lack of Foundation (265:24 – 25)<br>Relevance<br><br>**268:12-269:21** |
| Plaintiffs | 274:13-275:2 | **275:3–276:20** |
| Plaintiffs | 282:4-7 | **280:3-24**<br>**282:8-12** |
| Plaintiffs | 286:15-19 | None |
| Plaintiffs | 293:9-22 | **292:11-293:8** |
| Plaintiffs | 321:17-322:12 | Ambiguous Question (321:24–322:3)<br><br>**322:13-20** |
| Plaintiffs | 323:8-14 | **323:17-18**<br>**329:1-24** |
| Plaintiffs | 343:15-25 | Ambiguous Question (343:15-17; 343:21-23)<br><br>**344:1-15** |

| | | |
|---|---|---|
| Plaintiffs | 370:24-372:8 | Leading Question (370:24 – 371:4; 371:7-9; 371:16-19; 371:24 – 372:1; 372: 5-6)<br><br>**369:19–370:4** |
| Plaintiffs | 376:13-16 | **376:6-12**<br>**376:17-21** |
| Plaintiffs | 380:1-13 | Leading Question (380:1-3) |
| Plaintiffs | 390:20-391:21 | Leading Question (390:20–22)<br>Relevance<br><br>**391:22-392:9** |
| Plaintiffs | 397:13-16 | Relevance<br><br>**394:18-396:7** |
| Plaintiffs | 408:21-409:22 | Ambiguous Question (408:25–409:2; 409:4-6)<br><br>**409:23-410:4** |
| | **Harvey Weintraub**<br>**September 20, 2006** | |
| Plaintiffs | 447:16-23 | Leading Question (447:16-18)<br><br>**446:13-447:15**<br>**447:24-448:15** |
| Plaintiffs | 460:2-464:10 | Vague Question (460:2-4)<br>Leading Question (461:16-20) |
| Plaintiffs | 464:21-25 | None |
| Plaintiffs | 465:8-15 | **465:1-7** |
| Plaintiffs | 466:12-18 | **466:5-11** |
| Plaintiffs | 475:19-22 | **475:2-18**<br>**475:23-476:22** |
| Plaintiffs | 480:15-481:11 | **479:17-480:14**<br>**481:12-15** |
| Plaintiffs | 483:21-485:3 | Ambiguous Question (483:24-484:2)<br>Lack of Foundation (484:12-14)<br><br>**485:4-487:1** |

| Plaintiffs | 511:9-513:15 | Lack of Foundation (512:2-4)<br>Ambiguous Question (513:5-8; 513:11-13)<br><br>**513:16-23; 514:20-516:4** |
|---|---|---|
| Plaintiffs | 516:5-13 | None |
| Plaintiffs | 516:19-519:17 | Leading Question (517:3-6; 519:12-15) |
| Plaintiffs | 526:2-528:8 | Ambiguous Question (526:2-7; 526:22-24)<br>Argumentative Question (527:6-8; 527:13)<br>Assumes Fact not in Evidence (527:24-25)<br><br>**525:15-526:1; 528:9-529:3** |
| Plaintiffs | 530:2-18 | Ambiguous Question (530:14-15)<br>Relevance |
| Plaintiffs | 547:9-23 | Lack of Foundation (547:9-12; 547:17-18)<br><br>**547:4-8** |
| Plaintiffs | 576:1-10 | Relevance<br><br>**575:17-25**<br>**576:11-577:3** |
|  | **Harvey Weintraub**<br>**September 21, 2006** |  |
| Plaintiffs | 741:8-743:11 | Lack of Foundation (741:8-11; 748:18-20)<br>Ambiguous Question (742:1-5)<br>Leading Question (742:16-19; 742:23-743:1; 743:6-8)<br>Relevance<br><br>**740:21-741:7** |
| Plaintiffs | 753:21-754:4 | Lack of Foundation, (753:21-25)<br>**754:5-755:3** |

| Plaintiffs | 756:20-757:14 | Asked and Answered (756:20-23; 757:2-4; 757:8-11) |
|---|---|---|
| Plaintiffs | 757:22-758:6 | Leading Question (757:22-25) **758:7-12** |
| Plaintiffs | 760:16-761:15 | Asked and Answered (760:16-19; 760:24-761:2) Argumentative Question (761:9-12) |
| Plaintiffs | 761:23-766:10 | Asked and Answered (762:24-763:2) Leading Question (763:7-13; 764:10-19; 764:22-25; 765:6-8; 765:16-18) Improper Question (764:1) Relevance |
| Plaintiffs | 804:6-12 | Asked and Answered (804:6-9) Relevance |
|  | **Harvey Weintraub** **September 22, 2006** |  |
| Plaintiffs | 831:24-832:3 | **831:4-7** |
| Plaintiffs | 832:7-833:1 | Lack of Foundation (832:12-13) Relevance **833:2-834:9** |
| Plaintiffs | 839:11-841:21 | Lack of Foundation (839:21-840:2; 840:10-11; 840:17-20; 840:25-841:2; 841:15-18) Vague Question (841:6-8) |
| Plaintiffs | 852:21-853:2 | Ambiguous Question (852:24-25) **850:6-7; 850:13-22; 851:21-852:20** |
| Plaintiffs | 861:16-862:13 | Lack of Foundation (861:20-21; 862:3-6) |
| Plaintiffs | 863:1-14 | **862:14-25; 863:15-24** |

| Plaintiffs | 864:9-865:14 | Leading Question (864:9-14; 864:19-22)<br>Asked and Answered (865:4-10)<br><br>**865:15-866:13** |
|---|---|---|
| Plaintiffs | 866:23-867:4 | Asked and Answered (866:23-25)<br><br>**867:5-868:10** |
| Plaintiffs | 868:11-869:1 | Asked and Answered (868:11-14) |
| Plaintiffs | 883:19-884:25 | Relevance |
| Plaintiffs | 887:4-12 | Relevance<br><br>**887:13-888:1** |
| Plaintiffs | 914:5-915:14 | Relevance<br><br>**915:15-916:9** |
| Plaintiffs | 971:5-22 | Relevance |

### D.   James Butler[6]

| Offered by: | **James Butler**<br>**August 11, 2005** | **Objection/Counter-**<br><br>**Designation** |
|---|---|---|
| Plaintiffs | 60:5-12 | Compound Question<br><br>Note:  these lines were previously counter-designated by Schering and Warrick in response to Plaintiffs' initial designations<br><br>**54:7-22; 57:8 – 60:4** |

---

[6] Plaintiffs inadvertently omitted these designations from the deposition of James Butler dated August 11, 2005 from their initial disclosures.

### E.   Raul Cesan[7]

| Offered by: | Raul Cesan<br>August 31, 2005 | Objection/Counter-Designation |
|---|---|---|
| Plaintiffs | 75:11-16 | Relevance<br>**72:18 – 73:7** |

### F.   Portia Edens[8]

| Offered by: | Portia Edens<br>August 9, 2005 | Objection/Counter-Designation |
|---|---|---|
| Plaintiffs | 35:5-9 | Incomplete Question<br>Vague (35:4-6)<br>**34:12 – 35:4** |

### G.   Peter Kamins[9]

| Offered by: | Peter Kamins<br>July 19, 2005 | Objection/Counter-Designation |
|---|---|---|
| Plaintiffs | 40:6-13; 19-20 | None<br><br>Note: these lines were previously counter-designated by Schering and Warrick in response to Plaintiffs' initial designations |

---

[7] Plaintiffs inadvertently omitted these designations from the deposition of Raul Cesan dated August 31, 2005 from their initial disclosures.

[8] Plaintiffs inadvertently omitted these designations from the deposition of Portia Edens dated August 9, 2005 from their initial disclosures.

[9] Plaintiffs inadvertently omitted these designations from the deposition of Peter Kamins dated July 19, 2005 from their initial disclosures.

| | | |
|---|---|---|
| Plaintiffs | 41:5-6; 12-13 | None<br><br>Note: these lines were previously counter-designated by Schering and Warrick in response to Plaintiffs' initial designations |
| Plaintiffs | 44:6-16 | None |
| Plaintiffs | 75:20-21 | None<br><br>Note: these lines were previously counter-designated by Schering and Warrick in response to Plaintiffs' initial designations |

### H.   Louis E. Manfredi[10]

| Offered by: | Louis E. Manfredi<br>March 31, 2003 | Objection/Counter-Designation |
|---|---|---|
| Plaintiffs | 116:2-13 | **115:6-12; 116:14-21** |
| Plaintiffs | 150:21-23 | This section was included in Plaintiffs' earlier designations, which included 150:21 – 151:11 |
| Plaintiffs | 155:13-21 | Leading (155:13-14)<br><br>**154:13-155:12; 155:22-156:1** |

---

[10] Plaintiffs inadvertently omitted these designations from the deposition of Louis E. Manfredi dated March 31, 2003 from their initial disclosures.

I.  **Jerome P. Sherman**[11]

| Offered by: | Jerome P. Sherman<br>March 6, 2002 | Objection/Counter-Designation |
|---|---|---|
| Plaintiffs | 21:5-21 | **20:21-21:4**<br>**21:22-22:3** |

J.  **Harvey Weintraub**[12]

| Offered by: | Harvey Weintraub<br>November 7, 2001 | Objection/Counter-Designation |
|---|---|---|
| Plaintiffs | 76:1-24 | Vague Question (76:15-18)<br>Relevance<br>Missing Question<br>Incomplete Answer<br><br>**75:22-25**<br>**76:25-77:2** |
|  | **February 12, 2003** |  |
| Plaintiffs | 420:6-15 | None |
| Plaintiffs | 427:16-428:3 | Schering previously counter-designated 427:20-428:3 in response to Plaintiffs' initial disclosures. |
| Plaintiffs | 485:1-19 | Schering previously counter-designated this entire section in response to Plaintiffs' initial disclosures. |

---

[11] Plaintiffs inadvertently omitted these designations from the deposition of Jerome P. Sherman dated March 6, 2002 from their initial disclosures.

[12] Plaintiffs inadvertently omitted these designations from the depositions of Harvey Weintraub dated November 7, 2001, February 12, 2003, October 26, 2004 and August 25, 2005 from their initial disclosures.

| Plaintiffs | 515:24-516:18 | Incomplete Question **516:19-517:10** |
|---|---|---|
| Plaintiffs | 528:21-23 | None |
| Plaintiffs | 548:2-18 | **548:19-549:2** |
| Plaintiffs | 633:11-13 | **633:1-10** |
| Plaintiffs | 655:10-13 | **653:5-22** **655:22-656:12** |
| Plaintiffs | 701:3-16 | **700:16-701:2** **701:17-702:3** |
|  | **October 26, 2004** |  |
| Plaintiffs | 130:24-131:9 | Vague Question (130:24-131:1) **128:12-129:4** **130:10-23** |
|  | **August 25, 2005** |  |
| Plaintiffs | 63:9-64:16 | Relevance |
| Plaintiffs | 429:24-431:1 | This designation does not exist in the deposition transcript. |

### K.   Richard W. Zahn[13]

| Offered by: | **Richard W. Zahn** **January 15, 2003** | **Objection/Counter-Designation** |
|---|---|---|
| Plaintiffs | 176:4-24 | **175:15-176:3** **177:1-20** |

---

[13] Plaintiffs inadvertently omitted these designations from the deposition of Richard W. Zahn dated January 15, 2003 from their initial disclosures.

DATED:  November 3, 2006.

By    /s/ **Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street,3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on November 3, 2006, I caused copies of **PLAINTIFFS' SUPPLEMENTAL DEPOSITION DESIGNATIONS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve and hard copy (Kane and Weintaub (Sept. 18-22, 2004) only) of the highlighted deposition transcripts of plaintiffs' designations to be served by overnight mail to the following Defendants:

Daniel Christmas
Ropes & Gray
One International Place
Boston, MA  02110-2624

James Zucker
Hogan & Hartson
875 Third Avenue
New York, NY  10022

Adeel Mangi
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036

Cathy O'Rourke
Davis Polk Wardwell
450 Lexington Avenue
New York, New York  10017

 /s/ Steve W. Berman
Steve W. Berman

- 17 -

            Respectfully submitted,

            Schering-Plough Corporation and
            Warrick Pharmaceuticals Corporation
            By their attorneys,


            /s/ Eric P. Christofferson
            John T. Montgomery (BBO#352220)
            Steven A. Kaufman (BBO#262230)
            Eric P. Christofferson (BBO#654087)
            Ropes & Gray LLP
            One International Place
            Boston, Massachusetts 02110-2624
            (617) 951-7000


Dated:  November 22, 2006

## **CERTIFICATE OF SERVICE**

I, Daniel Christmas, hereby certify that on November 22, 2006, I caused a copy of PLAINTIFFS' SUPPLEMENTAL DEPOSITION DESIGNATIONS (AND SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S COUNTER-DESIGNATIONS/OBJECTIONS) to be served on all counsel of record by causing the same to be posted electronically via Lexis-Nexis File & Serve and by delivering copies of the highlighted deposition transcripts by hand to Plaintiffs' counsel.

/s/ Daniel Christmas
Daniel Christmas

10257672_2

- 18 -