**Appendix E**

**Discount and Spread Calculations By Drug Type and Competition**

|  | Count | Percentile | Reported as Discount from AWP[*] | | | | | Converted to Hartman "Spread"[*] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 10th | 25th | 50th | 75th | 90th | 10th | 25th | 50th | 75th | 90th |
| **PAD** | | | | | | | | | | | | |
| Single-Source | 147 | | 11.5% | 16.1% | 19.0% | 23.4% | 35.9% | 13.0% | 19.2% | 23.5% | 30.6% | 56.0% |
| Multi-Source | 127 | | 21.3% | 55.3% | 64.3% | 75.0% | 83.0% | 27.1% | 123.8% | 180.0% | 300.2% | 488.2% |
| Total | 274 | | 13.5% | 17.8% | 29.1% | 64.2% | 76.1% | 15.6% | 21.7% | 41.0% | 179.1% | 317.6% |
| **SAD** | | | | | | | | | | | | |
| Single-Source | 284 | | 12.0% | 13.4% | 16.8% | 21.6% | 26.9% | 13.6% | 15.5% | 20.2% | 27.6% | 36.8% |
| Multi-Source | 167 | | 12.0% | 14.3% | 17.5% | 24.6% | 53.2% | 13.6% | 16.7% | 21.2% | 32.5% | 113.6% |
| Total | 451 | | 12.0% | 13.8% | 17.0% | 21.6% | 39.3% | 13.6% | 16.0% | 20.5% | 27.6% | 64.9% |
| **Total** | | | | | | | | | | | | |
| Single-Source | 431 | | 12.0% | 14.0% | 17.5% | 21.6% | 33.3% | 13.6% | 16.3% | 21.2% | 27.6% | 50.0% |
| Multi-Source | 294 | | 12.0% | 16.7% | 28.2% | 64.3% | 78.7% | 13.7% | 20.0% | 39.3% | 180.0% | 369.2% |
| Total | 725 | | 12.0% | 14.9% | 19.3% | 34.5% | 68.0% | 13.6% | 17.5% | 23.9% | 52.6% | 212.5% |