UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CLASS ACTIONS | MDL No. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED TRIAL AFFIDAVITS OF GLENN RANDLE AND SHARON FAULKNER

Plaintiffs, by their undersigned attorneys, respectfully move this Court for an order granting them leave to file the attached amended trial affidavits of Glenn Randle and Sharon Faulkner. As grounds for the foregoing, Plaintiffs state as follows:

1. At trial this Court indicated that it was concerned with portions of the Randle Affidavit and also indicated that it wanted the Massachusetts claims data of the Sheet Metal Workers National Health Fund ("Sheet Metals") to be put into evidence. Pursuant to the Court's requests, Plaintiffs seek leave to file the attached amended Randle Affidavit and Faulkner Affidavit.

2. At trial this Court indicated its concern with portions of the Randle Affidavit that opined that Sheet Metals had reimbursed for specific drugs at issue in this case. In the Amended Randle Affidavit, Plaintiffs have removed that language.

3. At trial this Court likewise indicated that it wanted Sheet Metals' claims data put into evidence and explained. Section B of the Amended Faulkner Affidavit (Business Records) explains, through a Vice President of Sheet Metals' third party administrator, Southern Benefit Administrators, Inc., that Sheet Metals' Massachusetts claims data produced in this litigation is authentic and was created during the regular course of the administration of Sheet Metals'

Supplemental Medicare Wraparound Plus ("SMW+") Plan.  Plaintiffs intend to introduce Sheet Metals' Massachusetts claims data as evidence with Dr. Hartman, but in order to avoid having to recall Ms. Faulkner, who resides in Nashville, Tennessee, to trial simply to authenticate Sheet Metals' Massachusetts claims data, submit Ms. Faulkner's revised trial affidavit.

4. The amended trial affidavits attached collectively hereto as Exhibit A are identical to the versions attached to Plaintiffs' Combined Opposition to the Track 1 Defendants' Motion to Strike Portions of the Trial Affidavits of Glenn Randle and Sharon Faulkner, filed contemporaneously with this Motion, but the redlined changes have been accepted to make it easier for the Court and the parties to read.

WHEREFORE Plaintiffs respectfully request that this Court grant Plaintiffs leave to file the attached amended trial affidavits of Glenn Randle and Sharon Faulkner, and all other relief that this Court deems just and proper.

DATED: November 27, 2006

By: /s/ **Jennifer Fountain Connolly**
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496b-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

***Co-Lead Counsel For Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I, Jennifer Fountain Connolly an attorney, caused a true and correct copy of the foregoing ***Plaintiffs' Motion For Leave To File Amended Trial Affidavits Of Glenn Randle And Sharon Faulkner*** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on November 27, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

By: **/s/ Jennifer Fountain Connolly**
Jennifer Fountain Connolly
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle St., Suite 2000
Chicago, IL 60602
(312) 346-2222