UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CHRISTINE A. NEAGLE

Pursuant to Local Rule 83.5.3(b), Brett R. Budzinski, an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, a member of the bar of this Court, and an attorney of record for Novartis Pharmaceuticals Corporation ("Novartis"), hereby moves for the admission *pro hac vice* of Christine A. Neagle as counsel for Novartis in this action.

In support of this motion, Ms. Neagle has certified that: (1) she is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts. Ms. Neagle's certification is attached hereto as Exhibit A.

Respectfully submitted,

/s/ Brett R. Budzinski
Karen F. Green (BBO #209050)
Brett R. Budzinski (BBO #655238)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: November 28, 2006

## CERTIFICATE OF SERVICE

    I, Brett R. Budzinski, certify that, on this November 28, 2006, a copy of the foregoing document has been served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                                          /s/ Brett R. Budzinski
                                          Brett R. Budzinski