Before the Judicial Panel on Multidistrict Litigation
MDL Docket No. 1456
In Re: Pharmaceutical Industry Average Wholesale Price Litigation

## NOTICE OF OPPOSITION OF THE STATE OF MISSISSIPPI TO CONDITIONAL TRANSFER ORDER NO. 33 OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

The State of Mississippi, by and through the Attorney General, and the undersigned counsel of record, in the *State of Mississippi v. Abbott Laboratories, Inc., et al., United States District Court for the Southern District of Mississippi, Jackson Division, Civil Action No. 3:06cv566-HTW-LRA*, and pursuant to Rules 7.4 and 7.5, respectively, of the JPML Rules, hereby files its Notice of Opposition to the Conditional Transfer Order (CTO-33) issued by the Joint Panel of Multidistrict Litigation on November 8, 2006, and hereby requests that the Clerk of the Panel issue a briefing schedule.

Date: November 27, 2006.

Respectfully submitted,

**THE STATE OF MISSISSIPPI**

JIM HOOD, ATTORNEY GENERAL
Harold E. Pizetta III (MBN 99867)
Special Assistant Attorney General Chief
Civil Litigation Division
OFFICE OF THE ATTORNEY GENERAL
Carroll Gartin Justice Center
450 High Street, 5th Floor
Jackson, Mississippi 39201

**COPELAND, COOK, TAYLOR & BUSH, P.A.**

BY: _/s/ Charles G. Copeland_

Charles G. Copeland (MBN 6516)
Joseph Leray McNamara (MBN 2784)
**Ronnie Musgrove (MBN 3868)**
**Frank Kolb (MBN 101092)**
Post Office Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626

## CERTIFICATE OF SERVICE

I, J. Leray McNamara, do hereby certify that I have this 27th day of November, 2006, faxed a true and correct copy of the above and foregoing to the Clerk of this Court, and electronically mailed a true and correct copy of the above and forgoing to all known counsel of record.

Joseph Leray McNamara (MBN 2784)