# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL NO. 1456 |
| _____ | ) ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) | Hon. Patti B. Saris |

## SECOND AMENDED TRACK 1 DEFENDANTS' WITNESS SCHEDULE FOR WEEK OF DECEMBER 4

The Track 1 Defendants intend to call the following witnesses during the week of December 4, 2006.

| | |
|---|---|
| December 4, 2006 | Julie-Ann G. Tracy (AstraZeneca) |
| | Professor John P. Gould, Ph. D (AstraZeneca) |
| | Christine M. McHenry (AstraZeneca) |
| December 6, 2006 | Jessica Smith |
| | Frank Pasqualone (Bristol-Myers Squibb) |
| | Linda A. Haegele, M.D. (Bristol-Myers Squibb) |
| | John F. Akscin (Oncology Therapeutics Network Corporation) |
| December 7, 2006 | Gregory K. Bell, Ph.D. |
| | David Rogers (Bristol-Myers Squibb) |
| December 8, 2006 | Douglas Soule (Bristol-Myers Squibb) |
| | Marsha Peterson (Oncology Therapeutics Network Corporation) |
| | Jayson Dukes (Johnson & Johnson) |

|  | Brian Garafalo (Bristol-Myers Squibb) |
|--|--|

Respectfully submitted,

THE FOLLOWING TRACK 1 DEFENDANTS

By: /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Attorneys for the Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Attorneys for the Johnson & Johnson Defendants

- 3 -

        John T. Montgomery (BBO #352220)
        Steven A. Kaufman (BBO #262230)
        Eric P. Christofferson (BBO #654087)
        Ropes & Gray LLP
        One International Place
        Boston, MA 02110

        Attorneys for Schering-Plough Corp. and
        Warrick Pharmaceuticals Corp.

Dated: December 1, 2006

- 4 -

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on December 1, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

      By: /s/ Katherine B. Schmeckpeper
          Katherine B. Schmeckpeper