UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

**[PROPOSED] PROTECTIVE ORDER AND ORDER TO PROVIDE DEFENDANT ABBOTT WITH DOCUMENTS IN THE COURT FILE**

Upon consideration of Abbott Laboratories, Inc. Motion to Compel Production of *Ex Parte* Filings, IT IS ORDERED that:

Within 14 days from the date of this Order and subject to the provisions of this Order, the United States shall produce to Abbott all *ex parte* communications and all materials that were filed under seal in the above-captioned case and the underlying *qui tam* action, *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*, Case No. 95-1354-CIV-GOLD, United States District Court for the Southern District of Florida, prior to the severance of Plaintiffs' claims against Abbott.

The United States may redact the names and identifying information (*e.g.*, product information) of other defendants that remain under seal. The United States shall provide Abbott with a log stating the basis for each redaction. The log shall be provided no later than 14 days from the date of this Order.

The United States may designate and mark as "confidential" any documents produced to Abbott that contain information, the disclosure of which would jeopardize ongoing investigations or harm third parties.

Any documents produced pursuant to this Order and marked "confidential" shall not be disclosed by Abbott except to: (a) counsel for Abbott in this case and such employees of their law firms as are acting under the supervision of counsel for Abbott; and (b) no more than three "in-house" counsel at Abbott who are responsible for assisting in the preparation of the defense of this action.

To the extent any document marked "confidential" and produced pursuant to this Order is attached to any papers filed with any court, it shall be submitted in a sealed envelope indicating that it is being filed pursuant to this Order.

SO ORDERED THIS ___ DAY of _____, 2006:

_____