UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.06-21303-CIV-GOLD/TURNOFF

**UNITED STATES OF AMERICA, <u>ex rel.</u>**

**VEN-A-CARE, OF THE FLORIDA KEYS, INC.,**
a Florida corporation, by and through its
principal officers and directors, **ZACHARY
T. BENTLEY, and T. MARK JONES,**

Plaintiff,

v.

**ABBOTT LABORATORIES, INC., and
HOSPIRA, INC.,**

Defendant.                        /



## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE is before the Court *sua sponte*. On July 11, 2006, the Judicial Panel on Multidistrict Litigation issued a Conditional Transfer Order, transferring this case to the Panel. According to the Conditional Transfer Order, the transfer becomes final after fifteen days if no party has filed any opposition thereto. I held a telephonic status conference in this matter on July 20, 2006. At that telephonic status conference, Plaintiffs, United States of America and Relator Ven-A-Care of the Florida Keys, Inc., indicated that they intended to object to the Conditional Transfer Order.

Subsequently, Plaintiffs filed a Notice Regarding Non-Opposition to the JPML's July 11 Conditional Transfer Order **[DE # 39]**. In the Notice, Plaintiffs indicate that "they will not file an opposition to the July 11, 2006 Conditional Transfer Order". As a review of the record reveals that no party has any opposition to the Conditional Transfer Order, it is

appropriate for the Court to enter an order administratively closing this action. It is hereby

**ORDERED AND ADJUDGED** that:

1. This action is ADMINISTRATIVELY CLOSED.

2. All pending motions, including Defendants Hospira, Inc.'s Motion to Dismiss **[DE # 26]** and Defendant Abbott Laboratories, Inc.'s Motion to Dismiss **[DE # 28]**, are DEEMED MOOT.

3. Plaintiffs are still required to comply with the requirements of the Court's July 24, 2006 **[DE # 38]** Order Following Telephonic Status Conference, however.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of July (August crossed out), 2006.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished:
**U.S. Magistrate Judge William Turnoff**
All Counsel of Record

-2-