**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) <br> ) MDL No. 1456 <br> ) <br> ) Civil Action No. 01-CV-12257 PBS <br> ) |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) <br> ) Judge Patti B. Saris <br> ) Chief Magistrate Judge Marianne B. Bowler <br> ) |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), Jacob T. Elberg, a member of the bar of this Court and

attorney for defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network

Corporation, moves to admit attorney Sandhya P. Kawatra to the bar of this Court *pro hac vice*.

In support of this Motion, the movant relies on the accompanying Affidavit of Sandhya P.

Kawatra, which states that she is: (1) a member in good standing of the bar of the State of New

York; (2) not currently the subject of any disciplinary proceedings as a member of any bar; and

(3) familiar with the Local Rules of the United States District Court for the District of

Massachusetts.

**WHEREFORE,** Bristol-Myers Squibb Company and Oncology Therapeutics Network

Corporation request that the Court grant this motion to admit Sandhya P. Kawatra *pro hac vice*.

Dated:     December 4, 2006

Respectfully Submitted,

By:     /s/ Jacob T. Elberg

Thomas E. Dwyer (BBO No. 139660)
Jacob T. Elberg (BBO No. 657469)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA  02210
Tel: (617) 371-1000
Fax: (617) 371-1037
tdwyer@dwyercollora.com
jelberg@dwyercollora.com

Steven M. Edwards (SE 2773)
Lyndon M. Tretter (LT 4031)
Admitted *pro hac vice*
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY  10022
Tel: (212) 918- 3000

*Attorneys for Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation*

## <u>CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE</u>

I, Jacob T. Elberg, hereby certify that I am one of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s attorneys and that, on December 4, 2006, I caused a copy of this motion to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

       <u>/s/ Jacob T. Elberg</u>
          Jacob T. Elberg