UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 ) |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) Civil Action No. 01-CV-12257 PBS ) ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. Bowler ) |

## AFFIDAVIT OF SANDHYA P. KAWATRA, ESQ. IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Sandhya P. Kawatra, on my oath swear and depose:

1. I am associated with the law firm of Hogan and Hartson LLP, located at 875 Third Avenue, New York, New York, 10022, telephone (212) 918- 3000.

2. I was admitted to the Bar of the State of New York in 2004. I am also admitted to practice in the Southern District of New York.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My firm represents Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation, and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the pains and penalties of perjury this 4th day of December, 2006.

_____
Sandhya P. Kawatra