# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION NO. 01-CV-12257-PBS |
| | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## TRACK 1 DEFENDANTS' WITNESS SCHEDULE FOR WEEK OF DECEMBER 11

The Track 1 Defendants intend to call the following witnesses during the week of December 11, 2006.

| | |
|---|---|
| December 11, 2006 | Completion of the cross-examination of Raymond S. Hartman |
| | Dr. E.M. (Mick) Kolassa (Schering and Warrick) |
| December 12, 2006 | William Pearson (Johnson & Johnson) |
| | Julie McHugh (Johnson & Johnson) |
| | Harvey Weintraub (Schering and Warrick) |
| | Carter Dutch (Schering and Warrick) |
| | Debra Kane (Schering and Warrick) |
| December 13, 2006 | Dr. Sumanth Addanki (Schering and Warrick) |

Respectfully submitted,

THE FOLLOWING TRACK 1 DEFENDANTS

By:   /s/ Eric P. Christofferson

B3274955.1

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Attorneys for the Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Attorneys for the Johnson & Johnson Defendants

John T. Montgomery (BBO #352220)
Steven A. Kaufman (BBO #262230)
Eric P. Christofferson (BBO #654087)
Ropes & Gray LLP
One International Place
Boston, MA 02110

Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals Corp.

Dated:  December 4, 2006

- 3 -

## CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing was delivered on December 4, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By: /s/ Daniel P. Christmas
Daniel P. Christmas