## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL CLASS ACTIONS | Judge Patti B. Saris |

### PLAINTIFFS' SUPPLEMENTAL PRETRIAL DISCLOSURES PURSUANT TO THE COURT'S AMENDED PRETRIAL ORDER OF AUGUST 21, 2006
### AS TO EXHIBITS

Plaintiffs supplement their Second Amended Pretrial Disclosures (Dkt. No. 3275) filed on

October 27, 2006 with the following exhibits:

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 4007 | | | General Information on Track 1 Drugs | |
| 4008 | | | Alternative Thresholds per Court Discussion: Class 2 | |
| 4009 | | | National Return to Practice Dollars | |
| 4010 | | | Incorporation of CMS ASP Methodology | |
| 4011 | | | Comparison to CMS ASPs | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 4012 | | | BCBS MA Payment Coverage for Non-Medigap Reimbursements; Sheet Metal Workers' National Health Fund Reimbursements; Pipefitters Reimbursement Coverage | |
| 4028 | | | Replacement Pages for Hartman Direct Attachments (Attachments F.7, G.1.a, G.1.c, I.1, J.1.a and J.1.b) | |
| 4029 | | | Replacement Slides for Hartman Direct Testimony Presentation (slides 28, 35, 48, 54, 59, 96, 99,100, 104, 105, 106, 107 and 108) | |
| 4030 | | | Replacement Pages for Hartman Direct Report (pages 35, 36, 37,66 and 126) | |
| 4031 | | | General Information on Track 1 Drugs | |
| 4032 | | | Replacement Slide for Rosenthal Direct Testimony Presentation (slide 24 with notes) | |
| 4033 | | | Replacement Slides for Rosenthal Direct Testimony Presentation (slides 12, 13, 14, 15, 16, 17 and 24) | |
| 4034 | | | Replacement Page for Rosenthal Direct Report (page 22) | |

| Ex. | **Prod. No.** | Date | Description | Objections |
|---|---|---|---|---|
| 4035 | | | Redbook Did Not Report WAC | |
| 4036 | | | Zoladex Annual AWP v. ASP, 1991-2002 (NDC 00310096036), with 1991-1994 shaded | |
| 4037 | | | AZ's Implementation of 30% Spreads, Gould's Omitted Figure 3 | |
| 4038 | | | The MMA Savings – Cost Projection | |
| 4039 | | | Redbook printouts from 1998-2005 | |
| 4040 | | 11/20/03 | Letter from Douglas Holtz-Eakin to Hon. William ("Bill") M. Thomas | |
| 4041 | | | Rebate Agreement Between The Secretary of Health and Human Services and Manufacturer | |

DATED:  December 5, 2006.

By_____/s/ Steve W. Berman_____
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street,3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

- 5 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on December 5, 2006, I caused copies of **PLAINTIFFS' SUPPLEMENTAL PRETRIAL DISCLOSURES PURSUANT TO THE COURT'S AMENDED PRETRIAL ORDER OF AUGUST 21, 2006 REGARDING EXHIBITS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.


 **/s/ Steve W. Berman**
Steve W. Berman

001534-16 143024 V1