UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) ) ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) |

**NOTICE OF STIPULATION**

PLEASE TAKE NOTICE that defendants Bristol-Myers Squibb, Company, Oncology Therapeutics Network, Corp. and Apothecon, Inc. offer the attached stipulation in lieu of the live testimony of David Rogers in the trial of Class 2 and Class 3 claims in the above-referenced action. Plaintiffs have elected not to cross-examine Mr. Rogers on his written direct testimony, which was filed with the Court on November 10, 2006.

Dated:   December 5, 2006

        Respectfully Submitted,

By:  /s/ Jacob T. Elberg
     Jacob T. Elberg (BBO No. 657469)
     Thomas E. Dwyer (BBO No. 139660)
     **DWYER & COLLORA, LLP**
     600 Atlantic Avenue
     Boston, MA  02210
     Tel: (617) 371-1000
     Fax: (617) 371-1037
     tdwyer@dwyercollora.com
     jelberg@dwyercollora.com

     Steven M. Edwards (SE 2773)
     Lyndon M. Tretter ((LT 4031)
     Admitted *pro hac vice*
     **HOGAN & HARTSON LLP**
     875 Third Avenue
     New York, NY  10022
     Tel: (212) 918- 3000

Attorneys for Defendant Bristol-Myers Squibb Company, Oncology Therapeutics Network, Corp. and Apothecon, Inc.