UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) ) ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) ) |

IT IS HEREBY STIPULATED, by and between the parties that:

1. Prior to 1992, defendant Bristol-Myers Squibb, Company ("BMS") did not suggest to industry publications such as Redbook, First Databank and Medispan what mark-up factor should be applied to BMS's list prices to calculate an Average Wholesale Price ("AWP").

2. There were no oral discussion between BMS and the industry publications about what the mark-up factor should be.

Dated: December 5, 2006

On behalf of Defendant BMS

By: _____
Steven M. Edwards
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, New York 10022
(212) 918-3000

On behalf of Plaintiffs

By: _____
Sean Matt
HAGENS BERMAN
SOBOL SHAPIRO, L.L.P.
1301 Fifth Avenue
Suite 2900
Seattle, WA 98101
(206) 623-7292