UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) | MDL NO. 1456 |
| | ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) | Hon. Patti B. Saris |

**TRACK 1 DEFENDANTS' SUPPLEMENTAL AMENDED JOINT OFFERING DEPOSITION DESIGNATIONS (AND PLAINTIFFS' OBJECTIONS AND COUNTER DESIGNATIONS)**

The Track 1 Defendants hereby present their supplemental joint offering designations of the following depositions (which are highlighted in the transcripts in blue) and the Plaintiffs' objections and counter-designations (which are highlighted in the transcripts in pink).

**15. Russell Hailey, Coventry Health Care Inc.**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | August 4, 2004 Transcript: 158:14-159:2 | |

**16. Bruce M. Niebylski, Health Alliance Plan**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | June 20, 2006 Transcript: 21:14-22:14 | |
| Track 1 Defendants | 53:21-54:3 | |
| Track 1 Defendants | 54:21-55:3 | |
| Track 1 Defendants | 55:19-56:14 | |
| Track 1 Defendants | 62:7-21 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | 76:21-79:8 | |
| Track 1 Defendants | 84:7-85:11 | |

**20. Mike Beaderstadt, Heritage National Health Plan**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | September 17, 2004 Transcript: 43:14-45:8 | |
| Track 1 Defendants | 82:12-84:21 | |

**26. Dale Kramer, Kaiser Permanente in Northern California**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | July 23, 2004 Transcript: 12:6-19 | |
| Track 1 Defendants | 13:22-15:14 | |
| Track 1 Defendants | 15:20-16:2 | |
| Track 1 Defendants | 17:19-19:10 | |

**56. Scott Wert, HealthNet Pharmaceutical Services**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | February 1, 2005 Transcript: 16:7-20:9 | |
| Track 1 Defendants | 21:20-24:4 | |
| Track 1 Defendants | 27:2-28:8 | |
| Track 1 Defendants | 30:7-32:7 | |
| Track 1 Defendants | 34:2-37:17 | |

**81. Lee N. Newcomer, M.D., UnitedHealthcare**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | October 18, 2006 Transcript:<br>114:1-115:1 | |
| Track 1 Defendants | 129:13-17 | |

**82. Bob Schultz, BCBS Wyoming**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | October 6, 2004 Transcript:<br>74:4-76:5<br>78:17-79:2 | |

**83. Araski Sarafian, HIP of New York**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | Sept. 21, 2004 Transcript:<br>76:12-16 | |

**84. Kevin Slavik, BCBS Illinois**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | Sept. 14, 2004 Transcript:<br>44:14-21 | |

Dated: December 5, 2006

Respectfully submitted,

THE FOLLOWING TRACK 1 DEFENDANTS

By: /s/ William F. Cavanaugh, Jr.

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Adeel A. Mangi
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036-6710
(212) 336-2000

*Attorneys for the Johnson & Johnson Defendants*

Nicholas C. Theodorou
Michael P. Boudett
Katherine B. Schmeckpeper
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110

D. Scott Wise
Michael Flynn
Kimberley Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for AstraZeneca Pharmaceuticals LP*

Steven M. Edwards
Lyndon M. Tretter
HOGAN & HARTSON, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

*Attorneys for the Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.*

John T. Montgomery (BBO #352220)
Steven A. Kaufman (BBO #262230)
Eric P. Christofferson (BBO #654087)
ROPES & GRAY LLP
One International Place
Boston, MA 02110

*Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals Corp.*

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

I, Niraj Parekh , hereby certify that I am one of the J&J Defendants' attorneys and that, on December 5, 2006, I caused copies of the **TRACK 1 DEFENDANTS' SUPPLEMENTAL JOINT OFFERING DEPOSITION DESIGNATIONS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Niraj Parekh