UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *STATE OF MISSISSIPPI V. ABBOTT LABORITORIES INC., et al.,* 3:06cv566-HTW-LRA | | |

### STIPULATION WITHDRAWING WITHOUT PREJUDICE MOTION OF DEFENDANT DEY, INC. TO STAY CONSIDERATION OF PLAINTIFF'S MOTION TO REMAND PENDING TRANSFER TO THE MDL COURT

Plaintiff the State of Mississippi and Defendant Dey, Inc., by and through their respective counsel, hereby stipulate and agree that the motion entitled "Motion of Defendant Dey, Inc. to Stay Consideration of Plaintiff's Motion to Remand Pending Transfer to the MDL" is withdrawn without prejudice.

Dated: December 6, 2006
Boston, Massachusetts

**COPELAND, COOK, TAYLOR & BUSH, P.A.**

By: _____
Charles G. Copeland.
Joseph Leray McNamara
Ronnie Musgrove
Frank Kolb
Post Office Box 6020
Ridgeland, Mississippi 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626

*Attorneys for Plaintiff*
*State of Mississippi*

**BURR & FORMAN LLP**

By: _____
Robert D. Gholson
Eric F. Hatten
The Heritage Building
401 E. Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150

*Attorneys for Defendant Dey, Inc.*

NY01/CYRB/1152054.1