UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) | |

**TRACK 1 DEFENDANTS' SECOND SUPPLEMENTAL AMENDED JOINT OFFERING DEPOSITION DESIGNATIONS
(AND PLAINTIFFS' OBJECTIONS AND COUNTER DESIGNATIONS)**

The Track 1 Defendants hereby present their second supplemental joint offering designations of the following depositions (which are highlighted in the transcripts in blue) and the Plaintiffs' objections and counter-designations (which are highlighted in the transcripts in pink).

**11.   Hal Goldman, Vista Healthplan**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | Sept. 20, 2004 Transcript:<br><br>21:22-27:9<br><br>40:2-41:9<br><br>62:22-65:18<br><br>76:18-79:22<br><br>112:20-114:8<br><br>118:5-119:13<br><br>133:21-134:7 | |

**25.     Eric Cannon, Intermountain Healthcare**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | September 13, 2004 Transcript:<br><br>58:12 - 60:10 | |

**27.     David Thomas, Three Rivers Health Plans**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | Sept. 24, 2004 Transcript:<br>48:18-50:11<br>57:14-61:11<br>62:2-13<br>64:18-65:9<br>66:11-68:6<br>74:22-80:20<br>84:19-85:11<br>103:2-15<br>106:7-21<br>114:4-9<br>119:13-120:12<br>123:11-19<br>129:11-20 | |

**57.     Edward Lemke, Humana of Louisville, KY**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | January 11, 2005 Transcript:<br>100:22 – 102:17<br>106:13 – 18<br>122:8 – 123:8 | |

**59.    Dan Dragalin, Multiplan**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | Sept. 17, 2004 Transcript: 19:7-20 21:20-23:1 24:7-22 32:17-33:17 41:4-13 88:3-89:16 92:2-19 | |

**74.    William Einhorn, Teamsters Health and Welfare Fund**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | March 25, 2004 Transcript: 21:12-18 79:15-19 92:10-21 123:10-124:3 130:1-13 149:16-150:18 225:8-19 269:8-271:2 312:5-313:20 | |

**72.    William K. Ecklund, Twin Cities Bakery Workers Health and Welfare Plan**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Track 1 Defendants | March 3, 2004 Transcript:<br>115:21 – 123:6<br>198:16 – 1199:1 | |

Dated:  December 8, 2006

Respectfully submitted,

                    THE FOLLOWING TRACK 1 DEFENDANTS


  By:  /s/ William F. Cavanaugh, Jr.

  William F. Cavanaugh, Jr.
  Andrew D. Schau
  Erik Haas
  Adeel A. Mangi
  PATTERSON BELKNAP WEBB & TYLER LLP
  1133 Avenue of the Americas
  New York, New York  10036-6710
  (212) 336-2000

  *Attorneys for the Johnson & Johnson Defendants*

Nicholas C. Theodorou
Michael P. Boudett
Katherine B. Schmeckpeper
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY  10017

*Attorneys for AstraZeneca Pharmaceuticals LP*

Steven M. Edwards
Lyndon M. Tretter
HOGAN & HARTSON, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

*Attorneys for the Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.*

John T. Montgomery (BBO #352220)
Steven A. Kaufman (BBO #262230)
Eric P. Christofferson (BBO #654087)
ROPES & GRAY LLP
One International Place
Boston, MA 02110

*Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals Corp.*

- 6 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Mark Young, hereby certify that I am one of the J&J Defendants' attorneys and that, on December 8, 2006, I caused copies of the TRACK 1 DEFENDANTS' SECOND SUPPLEMENTAL AMENDED JOINT OFFERING DEPOSITION DESIGNATIONS (AND PLAINTIFFS' OBJECTIONS AND COUNTER DESIGNATIONS) to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/
Mark Young