UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL CLASS ACTIONS | Judge Patti B. Saris |

**THE J&J DEFENDANTS' SECOND SUPPLEMENTAL DEPOSITION DESIGNATIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS**

The J&J Defendants hereby present their second supplemental counter designations of the following depositions (highlighted in orange) designated by Plaintiff (highlighted in yellow) to be used at trial. The J&J Defendants' second supplemental deposition designations are highlighted below in bold.

**A.    John Hess**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | March 24, 2006 Deposition: 4:17-20 | None |
| Plaintiffs | 18:14-20 | None |
| Plaintiffs | 23:3-7 | Incomplete Answer (23:5-7) **23:8-9** |
| Plaintiffs | 23:17-24:2 | None |
| Plaintiffs | 25:1-4 | None |
| Plaintiff | 25:14-26:9 | None |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 33:19-35:3 | Missing Answer (35:3) <br><br> **35:4-10** |
| Plaintiffs | 36:3-18 ending with "week" | Incomplete Answer (36:17-18) <br><br> **36:18-20** |
| Plaintiffs | 37:3-7, 9-13 | Compound Question (37:3-7) |
| Plaintiffs | 41:8-19 | None |
| Plaintiffs | 42:3-12 | None |
| Plaintiffs | 43:13-18 | None |
| Plaintiffs | 44:4-14 | None |
| Plaintiffs | 51:2-5 | **51:14 - 21** |
| Plaintiffs | 52:1-2 | Compound Question (52:1-2) <br><br> Missing Answer (52:1-2) |
| Plaintiffs | 54:18-55:2 | Compound Question (55:1-2) |
| Plaintiffs | 55:5-18 | Compound Question (55:5-7) |
| Plaintiffs | 56:2-15 | None |
| Plaintiffs | 57:17-22 | Missing Answer (57:17-22) <br><br> **58:1-58:8** |
| Plaintiffs | 58:9-20 | Missing Question (58:9-58:13) <br><br> Lack of Foundation (58:9-58:13) <br><br> Incomplete Answer (58:9-58:13) <br><br> Lack of Foundation (58:19-20) <br><br> Leading Question (58:19-20) <br><br> **58:1-58:8** <br><br> **58:21-22** |

1330886v1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 59:1-8 | Lack of Foundation (58:19-20) <br><br> Leading Question (58:19-20) <br><br> **58:21-22** |
| Plaintiffs | 60:3-7 ending with "her."; 60:12 beginning with "I" - 14 | Incomplete Answer (60:7-60:24) <br><br> **60:7-60:12** <br><br> **61:2 - 12** |
| Plaintiffs | 61:16 beginning with "this" - 20, 22 | Incomplete Question (61:16-20) <br><br> Vague Question (61:16-20) <br><br> **61:14-16** <br><br> **61:21** |
| Plaintiffs | 62:1-64:18 | Lack of Personal Knowledge (63:8-63:12) <br><br> Incomplete Answer (64:13-18) <br><br> Ambiguous Question (64:13-18) <br><br> **64:19-65:2** <br><br> **141:13-142:1** <br><br> **142:7-143:3** <br><br> **145:10-17** |
| Plaintiffs | 65:17-22 | Missing Answer (65:17-22) <br><br> **66:17 – 68:13, 69:7 – 70:15, 95:8 – 96:5, 116:18 – 20, 117:16 -22** |
| Plaintiffs | 67:7-11 | None |

1330886v1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 73:5-7, 15-22 | Missing Answer (73:5-7)<br><br>Lack of Foundation (73:5-7)<br><br>Lack of Personal Knowledge (73:15-22)<br><br>Compound Question (73:15-22)<br><br>**73:10 - 13** |
| Plaintiffs | 74:1-2, 5 beginning with "I" - 8, 10-12 | Lack of Personal Knowledge (74:5-8)<br><br>Compound Question (74:5-8)<br><br>Incomplete Answer (74:5-8)<br><br>Missing Answer (74:10-12)<br><br>**74:3-74:5** |
| Plaintiffs | 75:7-13, 15-21 | Compound Question (75:11-13) |
| Plaintiffs | 76:1-4, 6-9 | Vague Question (76:1-4)<br><br>Incomplete Answer (76:6-9)<br><br>**76:10-22**<br><br>**77:1 – 79:2**<br>**81:3 – 14** |
| Plaintiffs | 79:14-18 | Vague Question (79:14-18)<br><br>**79:19-20** |
| Plaintiffs | 79:21-80:1 | Vague Question (79:21-80:1)<br><br>**79:19-20**<br><br>**82:6-82:20** |
| Plaintiffs | 84:3-5, 11 beginning with "I" - 13, 15-21 | Vague Question (84:3-5)<br>Incomplete Answer (84:3-84:13)<br>Lack of Foundation (84:15-16)<br>Opinion (84:15-16)<br><br>**84:6-11** |

1330886v1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 85:12-15, 17, 19 beginning with "But" – 22 | Missing Answer (85:12-15)<br>Incomplete Answer (85:19-86:3)<br><br>**85:16**<br>**85:18-19** |
| Plaintiffs | 86:1-20 | **86:21-87:3** |
| Plaintiffs | 87:16-19, 22 | Vague Question (87:16-19)<br><br>**87:20-21** |
| Plaintiffs | 88:1-91:20 | Argumentative Question (88:4-88:7)<br>Leading Question (88:20-88:22)<br>Argumentative Question (89:12-90:1)<br>Vague Question (91:10-91:20)<br><br>**92:3-92:12** |
| Plaintiffs | 91:22 | Incomplete Answer (91:22)<br><br>**92:1** |
| Plaintiffs | 92:13-17, 20-21 | Lack of Foundation (92:3-17) |
| Plaintiffs | 93:1-15, 21-22 | Lack of Foundation (93:1-15)<br><br>Incomplete Answer (93:21-94:22)<br><br>**93:16-93:20** |
| Plaintiffs | 94:1-13, 19 beginning with "But" - 22 | Lack of Personal Knowledge (94:10-95:6)<br><br>Ambiguous Question (94:10-13)<br><br>Incomplete Answer (94:19-95:6)<br><br>**94:14-19** |

1330886v1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 95:1-6 ending with "chemotherapy" | Lack of Personal Knowledge (94:10-95:6)<br><br>Incomplete Answer (94:19-95:6)<br><br>**95:6** |
| Plaintiffs | 97:5-98:8 | Argumentative (98:7-8)<br><br>**98:9-10** |
| Plaintiffs | 98:11-22 | Incomplete Answer (98:11-22)<br><br>**99:1-9** |
| Plaintiffs | 99:10-100:13 | Ambiguous Question (100:10-13)<br><br>**100:14-15**<br><br>**100:18 – 101:18** |
| Plaintiffs | 100:16 | Ambiguous Question (100:16) |
| Plaintiffs | 101:20-102:5 | Argumentative (101:20-102:5)<br><br>**102:6-7** |
| Plaintiffs | 102:8-9, 12-22 | Missing Question (102:11)<br><br>Compound Question (102:19-22)<br><br>**102:11**<br><br>**103:1** |
| Plaintiffs | 103:2-22 | None |

1330886v1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 104:2-5, 9-11, 14 | Missing Question (104:2-5)<br><br>Incomplete Answer (104:2-5)<br><br>Lack of Foundation (104:9-11)<br><br>**104:1**<br><br>**104:6-8**<br><br>**104:12-13** |
| Plaintiffs | 106:19-107:7 | Ambiguous Question (105:5-7)<br><br>**107:8**<br><br>**108:3 – 108:15** |
| Plaintiffs | 107:9-12 | None |
| Plaintiffs | 119:17-19 | Argumentative (119:17-19)<br><br>**119:20** |
| Plaintiffs | 119:21-120:6 | Lack of Foundation (120:4-6)<br><br>**120:7-8** |
| Plaintiffs | 120:9-10 | **120:10 – 15** |

B.   **Thomas Hiriak**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | July 28, 2004 Deposition:<br><br>5:10-12 | **5:13-14** |
| Plaintiffs | 7:5 beginning with "You" - 9 | **8:11-9:22** |

1330886v1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 14:1-5, 17-22 | Missing Answer (14:4-6) (Answer to question at 14:21-22 is at 15:1, designated below) **14:6-16, 22:2-6** |
| Plaintiffs | 15:1-5 | (Answer at 15:1 is to question at 14:21-22, designated above) **15:16-16:2** |
| Plaintiffs | 22:7-16 | None |
| Plaintiffs | 23:20-24:4 ending with "payers" | Incomplete Answer **24:4-9, 25:6-26:10** |
| Plaintiffs | 37:1-3 | **22:19** (starting at "Up")**-23:6, 37:4-11, 41:2-42:10** |
| Plaintiffs | 91:1-3 | Missing Answer |
| Plaintiffs | 92:1-93:21 | Form (Ambiguous Question) (92:1-2, 3-4) **91:12-22** (Answer to question at 93:19-21 is at 94:1, designated below) |
| Plaintiffs | 94:1-95:12 | (Answer at 94:1 is to question at 93:19-21, designated above) |
| Plaintiffs | 96:13-15 | Form (Ambiguous and Overly Broad Question) (96:13-15) **96:16** (Answer to question at 96:13-15 is at 96:18-97:4, designated below) |

1330886v1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 96:18-97:14 | (Answer at 96:18-97:4 is to question at 96:13-15, designated above)<br><br>Form (Ambiguous and Overly Broad Question) (97:5-10)<br><br>**101:13-102:12, 104:16-105:19, 110:18-112:11, 118:2-21, 119:14-120:22, 128:9-129:11, 142:5-21, 145:8-146:21, 148:8-149:11** |
| Plaintiffs | 145:8-146:12 | **101:13-102:12, 104:16-105:19, 110:18-112:11, 118:2-21, 119:14-120:22, 128:9-129:11, 142:5-21, 145:8-146:21, 148:8-149:11**<br>**173:1 – 15, 176:14 – 177:19**<br><br>**121:21 – 122:21, 175:16 – 176:13**<br><br>**Nov. 10, 2004 Deposition**<br>**446:17 – 449:21**<br>**456:6 – 18** |
| Plaintiffs | 147:4-19 | **101:13-102:12, 104:16-105:19, 110:18-112:11, 118:2-21, 119:14-120:22, 128:9-129:11, 142:5-21, 145:8-146:21, 148:8-149:11** |
| Plaintiffs | 151:9-11 | Missing Question, Missing Answer |
| Plaintiffs | 152:8-17 | None |

9

1330886v1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 153:2-154:10 | Form (Ambiguous and Overly Broad Question) (154:7-10) (Answer to question at 154:7-10 is at 154:15-18, designated below) **154:11, 155:2-15** |
| Plaintiffs | 154:15-18 | Form (Ambiguous Question) (154:7-10) (Answer at 154:15-18 is to question at 154:7-10, designated above) **154:11, 155:2-15** |
| Plaintiffs | 156:21-157:10 | Form (Vague & Ambiguous Question) (Answer to question is at 157:12-15, designated below) **157:11, 155:2-15** |
| Plaintiffs | 157:12-15 | Form (Vague & Ambiguous Question) (Answer is to question at 156:21-157:10, designated above) **157:11, 155:2-15** |
| Plaintiffs | 158:16-22 | Document Speaks for Itself **155:2-15** |
| Plaintiffs | 159:18-19 | (Answer to question is at 160:3-8, designated below) |
| Plaintiffs | 160:3-18 | (Answer at 160:3-8 is to question is at 159:18-19, designated above) **162:9-162:19, 164:21-165:18, 172:8-22, 175:2-15, 194:7-20, 199:12-201:14** |
| Plaintiffs | 201:18-202:3 | **202:4-16** |
| Plaintiffs | 202:17-203:1 | None |
| Plaintiffs | 203:12-204:1 | None |

10

1330886v1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 204:9-16, 19-22 | None |
| Plaintiffs | 205:1-206:9 | None |
| Plaintiffs | 214:18-215:1 | None |
| Plaintiffs | 228:7-12, 21-22 | Completeness (228:7-10)<br>**227:16-228:3, 228:13-20** |
| Plaintiffs | 229:1-230:6 | None |
| Plaintiffs | 231:2-9 | None |
| Plaintiffs | 283:6-284:6 | **283:6-284:6** |
| Plaintiffs | 285:2-4, 6-21 | Form (Ambiguous Question) & Misstates Prior Testimony |

### C.    Diane Ortiz

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | August 30, 2005 Deposition:<br><br>6:6-8 | None |
| Plaintiffs | 7:9-17, 21-22 | **85:19 – 86:20** |
| Plaintiffs | 8:1-5, 19-22 | **8:6 – 8:18** |
| Plaintiffs | 9:1-3, 8-22 | **10:1 – 10:3**<br>**10:9 – 10:17**<br>**11:2 – 12:12** |
| Plaintiffs | 12:17-13:5 | **13:6 – 13:11** |
| Plaintiffs | 13:12-17, 22 | None |
| Plaintiffs | 14:1-16:22 | Form – vague or ambiguous (15:12 – 15:16) (16:11 – 16:13)<br><br>**17:1 – 17:9** |
| Plaintiffs | 17:10-18:6 | **18:7 – 18:18**<br><br>**19:3 – 19:12** |

11

1330886v1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 19:13-21 | Form – vague or ambiguous (19:20 – 19:22)<br><br>**19:22** |
| Plaintiffs | 20:2-26:18 | Form – vague or ambiguous (21:7 – 21:10) (22:13 – 22:15) (24:8 – 24:12) (25:2 – 25:5)<br><br>Lacks foundation (21:7 – 21:10) |
| Plaintiffs | 27:3-29:21 | Form – vague or ambiguous (28:14 – 28:18) (29:10 – 29:17)<br><br>Lacks foundation(29:10 – 29:17)<br><br>**28:14 – 29:21** |
| Plaintiffs | 30:13-34:22 | Form – vague or ambiguous (32:6 – 32:10) (32:13 – 32:17) (34:9 – 34:14)<br><br>**31:3 – 32:5**<br><br>**34:9 – 35:4**<br><br>**87:9 – 88:13** |
| Plaintiffs | 35:12-38:9 | Form – vague or ambiguous (35:12 – 35:14) (35:22 – 36:7) (37:5 – 37:10)<br><br>Lacks foundation (37:5 – 37:10)<br><br>**38:10 – 39:3**<br><br>**40:5 – 44:14**<br><br>**45:17 – 46:18** |
| Plaintiffs | 46:19-51:18 | Form – vague or ambiguous (49:5 – 49:6) (49:9 – 49:14) (49:19 – 49:22) (50:5 – 50:6) (50:17 – 51:6) (51:11 – 51:14)<br><br>Lacks foundation (49:5 – 49:6)<br><br>**49:19 – 50:4**<br><br>**50:17 – 51:10** |

1330886v1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 52:1-56:11 | Form – vague or ambiguous (55:22 – 56:8)<br><br>Lacks foundation (55:22 – 56:8)<br><br>**53:1 – 53:10** |
| Plaintiffs | 60:3-22 | **61:1 – 61:3** |
| Plaintiffs | 61:13-16 | **61:17 – 62:6** |
| Plaintiffs | 63:1-64:7 | Form – vague or ambiguous (63:7 – 63:13) (63:16 – 63:17)<br><br>**62:14 – 62:22**<br><br>**64:13 – 65:1**<br><br>**66:11 – 67:5** |
| Plaintiffs | 67:6-68:10 | None |
| Plaintiffs | 68:17-69:9 | Form – vague or ambiguous (68:17 – 68:21) (69:5 – 69:7)<br><br>Lacks foundation (69:5 – 69:7)<br><br>**69:10 – 69:12** |
| Plaintiffs | 69:13-16 | Relevance (69:13 – 69:20)<br><br>**69:17 – 69:20**<br><br>**70:2 – 70:21**<br><br>**71:8 – 73:3** |
| Plaintiffs | 74:11-14 | None |

13

1330886v1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 77:1-5 | Form – vague or ambiguous (77:1 – 77:4)<br><br>**77:7 – 77:8**<br><br>**77:12 – 78:2**<br><br>**78:10 – 80:4**<br><br>**83:13 – 83:21**<br><br>**84:22 – 85:2** |
| Plaintiffs | 88:21-89:2 | **89:9 – 89:17**<br><br>**90:6 – 90:13**<br><br>**94:15 – 96:12** |
| Plaintiffs | 96:16-101:21 | Form – vague or ambiguous (98:4 – 98:10) (98:20 – 99:1) (99:12 – 99:20) (100:1 – 100:6) (100:9 – 100:11) (100:14 – 100:18) (100:21 – 101:5) (101:11 – 101:17)<br><br>Lacks foundation (98:20 – 99:1) (99:12 – 99:20) (100:1 – 100:6) (100:9 – 100:11) (100:14 – 100:18) (100:21 – 101:5) (101:11 – 101:17)<br><br>**102:7 – 102:12**<br><br>**102:15 – 103:3** |

Dated: December 11, 2006                /s/ William F. Cavanaugh, Jr.
                                        William F. Cavanaugh, Jr.
                                        Andrew D. Schau
                                        Erik Haas
                                        Adeel A. Mangi
                                        Mark Young
                                        Niraj J. Parekh

1330886v1

**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York  10036-6710
(212) 336-2000

15

1330886v1

# CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Niraj J. Parekh, hereby certify that I am one of the J&J Defendants' attorneys and that, on December 11, 2006, I caused copies of **THE J&J DEFENDANTS' SECOND SUPPLEMENTAL DEPOSITION DESIGNATIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/  Niraj J. Parekh
Niraj J. Parekh

1330886v1