# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) | |
| *County of Nassau v. Abbott Labs, et al.* (E.D.N.Y. No. 04-CV-05126) | |
| and other cases listed on the following page | |

**MOTION OF MERCK & CO., INC. FOR LEAVE TO FILE MEMORANDUM IN RESPONSE TO PLAINTIFFS' "NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MERCK'S MOTION TO DISMISS"**

HUGHES HUBBARD & REED LLP
John M. Townsend
Robert P. Reznick
Robert B. Funkhouser
Eric S. Parnes
1775 I Street, N.W.
Washington, DC  20006
Tel:  202-721-4600
Fax:  202-721-4646

Jeff H. Galloway
One Battery Park Plaza
New York, NY   10004-1482
Tel:  (212) 837-6000
Fax:  (212) 422-4726

*Attorneys for Defendant Merck & Co., Inc.*

December 11, 2006

562007_1.DOC

| | |
|---|---|
| THIS DOCUMENT RELATES TO: ) | *County of Cortland v. Abbott Labs, et al.* ) |
| *The City of New York v. Abbott Labs., et al.* ) | (N.D.N.Y. No. 05-CV-00881) ) |
| (S.D.N.Y. No. 04-CV-06054) ) | *County of Herkimer v. Abbott Labs, et al.* ) |
| *County of Suffolk v. Abbott Labs., et al.* ) | (N.D.N.Y. No. 05-CV-00415) ) |
| (E.D.N.Y. No. 03-CV-229) ) | *County of Oneida v. Abbott Labs, et al.* ) |
| *County of Westchester v. Abbott Labs., et al.* ) | (N.D.N.Y. No. 05-CV-00489) ) |
| (S.D.N.Y. No. 03-CV-6178) ) | *County of Fulton v. Abbott Labs, et al.* ) |
| *County of Rockland v. Abbott Labs., et al.* ) | (N.D.N.Y. No. 05-CV-00519) ) |
| (S.D.N.Y. No. 03-CV-7055) ) | *County of St. Lawrence v. Abbott Labs, et al.* ) |
| *County of Putnam v. Abbott Labs, et al.* ) | (N.D.N.Y. No. 05-CV-00479) ) |
| (S.D.N.Y. No. 05-CV-04740) ) | *County of Jefferson v. Abbott Labs, et al.* ) |
| *County of Dutchess v. Abbott Labs, et al.* ) | (N.D.N.Y. No. 05-CV-00715) ) |
| (S.D.N.Y. No. 05-CV-06458) ) | *County of Lewis v. Abbott Labs, et al.* ) |
| *County of Washington v. Abbott Labs, et al.* ) | (N.D.N.Y. No. 05-CV-00839) ) |
| (N.D.N.Y. No. 05-CV-00408) ) | *County of Chautauqua v. Abbott Labs, et al.* ) |
| *County of Rensselaer v. Abbott Labs, et al.* ) | (W.D.N.Y. No. 05-CV-06204) ) |
| (N.D.N.Y. No. 05-CV-00422) ) | *County of Allegany v. Abbott Labs, et al.* ) |
| *County of Albany v. Abbott Labs, et al* ) | (W.D.N.Y. No. 05-CV-06231) ) |
| (N.D.N.Y. No. 05-CV-00425) ) | *County of Cattaraugus v. Abbott Labs, et al.* ) |
| *County of Warren v. Abbott Labs, et al.* ) | (W.D.N.Y. No. 05-CV-06242) ) |
| (N.D.N.Y. No. 05-CV-00468) ) | *County of Genesee v. Abbott Labs, et al.* ) |
| *County of Greene v. Abbott Labs, et al.* ) | (W.D.N.Y. No. 05-CV-06206) ) |
| (N.D.N.Y. No. 05-CV-00474) ) | *County of Wayne v. Abbott Labs, et al.* ) |
| *County of Saratoga v. Abbott Labs, et al.* ) | (W.D.N.Y. No. 05-CV-06138) ) |
| (N.D.N.Y. No. 05-CV-00478) ) | *County of Monroe v. Abbott Labs, et al.* ) |
| *County of Columbia v. Abbott Labs, et al.* ) | (W.D.N.Y. No. 05-CV-06148) ) |
| (N.D.N.Y. No. 05-CV-00867) ) | *County of Yates v. Abbott Labs, et al.* ) |
| *Essex County v. Abbott Labs, et al.* ) | (W.D.N.Y. No. 05-CV-06172) ) |
| (N.D.N.Y. No. 05-CV-00878) ) | *County of Niagara v. Abbott Labs, et al.* ) |
| *County of Chenango v. Abbott Labs, et al.* ) | (W.D.N.Y. No. 05-CV-06296) ) |
| (N.D.N.Y. No. 05-CV-00354) ) | *County of Seneca v. Abbott Labs, et al.* ) |
| *County of Broome v. Abbott Labs, et al.* ) | (W.D.N.Y. No. 05-CV-06370) ) |
| (N.D.N.Y. No. 05-CV-00456) ) | *County of Orleans v. Abbott Labs, et al.* ) |
| *County of Onondaga v. Abbott Labs, et al.* ) | (W.D.N.Y. No. 05-CV-06371) ) |
| (N.D.N.Y. No. 05-CV-00088) ) | *County of Ontario v. Abbott Labs, et al.* ) |
| *County of Tompkins v. Abbott Labs, et al.* ) | (W.D.N.Y. No. 05-CV-06373) ) |
| (N.D.N.Y. No. 05-CV-00397) ) | *County of Schuyler v. Abbott Labs, et al.* ) |
| *County of Cayuga v. Abbott Labs, et al.* ) | (W.D.N.Y. No. 05-CV-06387) ) |
| (N.D.N.Y. No. 05-CV-00423) ) | *County of Chemung v. Abbott Lab, et al.* ) |
| *County of Madison v. Abbott Labs, et al.* ) | (W.D.N.Y. No. 05-CV-06744) ) |
| (N.D.N.Y. No. 05-CV-00714) ) | *County of Ulster v. Abbott Labs, et al.* ) |
| *County of Cortland v. Abbott Labs, et al.* ) | (N.D.N.Y. No. 06-CV-00123) ) |
| (N.D.N.Y. No. 05-CV-00881) ) | |
| *County of Wyoming v. Abbott Labs, et al.* ) | |
| (W.D.N.Y. No. 05-CV-06172) ) | |

562007_1.DOC

**MOTION OF MERCK & CO., INC. FOR LEAVE TO FILE MEMORANDUM IN RESPONSE TO PLAINTIFFS' "NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MERCK'S MOTION TO DISMISS"**

Defendant Merck & Co., Inc. ("Merck") moves the Court for leave to file a response to the Consolidated Counties' "Notice Of Supplemental Authority In Opposition To Merck's Motion To Dismiss," filed on November 1, 2006. The notice of supplemental authority contains new arguments and authority in opposition to Merck's motion to dismiss that were not raised during briefing, during the June 16, 2006 hearing before this Court, or in any of the supplemental filings that the Consolidated Counties have made since. The decision Plaintiffs submitted was issued on May 31, 2006, and thus predates the Consolidated Counties' sur-reply (filed June 2, 2006), the hearing before the Court (held on June 16, 2006), the Consolidated Counties' response to issues raised during that hearing (filed July 10, 2006), and the last notice of supplemental authority filed by the Consolidated Counties (filed September 14, 2006). As explained in Merck's proposed Response, the decision submitted by Plaintiffs is based upon a flawed interpretation of the statutory and contractual exclusion of nominal prices from Best Price, and is also subject to a pending motion for reconsideration in light of subsequent federal administrative guidance. Even if the Court considers Plaintiffs' untimely submission, the Court should not adopt its reasoning.

Merck's proposed response is submitted herewith.

Dated: December 11, 2006         Respectfully submitted,

                                              HUGHES HUBBARD & REED LLP

                                              By:   /s/ John M. Townsend
                                                  John M. Townsend
                                                  Robert P. Reznick
                                                  Robert B. Funkhouser
                                                  Eric S. Parnes
                                                  1775 I Street, N.W.

562007_1.DOC

> Washington, DC  20006
> Tel:  202-721-4600
> Fax:  202-721-4646
>
> Jeff H. Galloway
> One Battery Park Plaza
> New York, NY   10004-1482
> Tel:  212-837-6000
> Fax:  212-422-4726
>
> *Attorneys for Defendant Merck & Co., Inc.*

### CERTIFICATE OF COMPLIANCE WITH LR. 7.1

I certify that counsel for Merck conferred with counsel for Plaintiffs and have attempted in good faith to resolve or narrow the issues set forth herein.

> /s/ Robert B. Funkhouser
> Robert B. Funkhouser

### CERTIFICATE OF SERVICE

I certify that, on December 11, 2006, I caused a true and correct copy of the foregoing document and exhibits thereto to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to Lexis-Nexis for posting and notification to all parties.

> /s/ Robert B. Funkhouser
> Robert B. Funkhouser

562007_1.DOC