# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

### DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S
### NOTICE OF WITHDRAWAL OF DIRECT TESTIMONY DECLARATIONS OF
### <u>DEAN MCALISTER, CHRISTINE MCHENRY AND JESSICA SMITH</u>

Defendant AstraZeneca Pharmaceuticals LP elected not to call the following witnesses live at trial and, therefore, as agreed with Plaintiffs, AstraZeneca hereby withdraws their written testimony filed on November 10, 2006: Dean McAlister, Christine McHenry, and Jessica Smith.

Respectfully submitted,

By: <u>/s/ Katherine B. Schmeckpeper</u>

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  022110

D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: December 11, 2006

- 2 -

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on December 11, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

      By: /s/ Katherine B. Schmeckpeper
           Katherine B. Schmeckpeper