UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 |
| THIS DOCUMENT RELATES TO: *State of Nevada v. American Home Products, et al.,* CA No. 02-CV-12086-PBS *State of Montana v. Abbott Labs., Inc., et al.* D. Mont. Cause No. CV-02-09-H-DWM | ) ) CIVIL ACTION: 01-CV- ) 12257 ) ) ) ) ) ) ) |

**ORDER**

December 12, 2006

Saris, U.S.D.J.

Pursuant to the Joint Motion (Docket No. 3285), Case Management Order No. 25 is amended as follows:

    1. Defendants shall file any expert reports on liability issues by February 8, 2007.

    2. With respect to any motions for summary judgment, briefing will proceed according to the following schedule:

| | |
|---|---|
| Motions for Summary Judgment | February 8, 2007 |
| Oppositions to Motion | March 22, 2007 |
| Replies | April 5, 2007 |
| Sur-replies | April 12, 2007 |
| Hearing | May, 2, 2007 at 2pm |

                              **S/PATTI B. SARIS**
                              United States District Judge