UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | No. MDL Docket No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CASES | Judge Patti B. Saris |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), Defendants Teva Pharmaceuticals USA, Inc. ("Teva") and IVAX Corporation ("IVAX") request that the Court permit T. Reed Stephens, formerly of Sonnenschein Nath & Rosenthal LLP, to withdraw his appearances as counsel for Teva and IVAX in this action. Mr. Stephens was previously admitted *pro hac vice* as counsel for Teva and IVAX.

In support of this motion, Teva and IVAX state that the appearance of all attorneys listed below remain in effect and are not affected by this withdrawal. In addition, Christopher E. Prince and JonMarc P. Buffa, both of Sonnenschein Nath & Rosenthal LLP, will be entering an appearance on behalf of the Teva and IVAX in this matter.

WHEREFORE, Teva Pharmaceuticals USA, Inc. and IVAX Corporation request that the Court allow this Motion for Withdrawal of Appearance.

00142269.DOC /

- 2 -

TEVA PHARMACEUTICALS USA, INC. and
IVAX CORPORATION,

By their attorneys,

/s/ Pamela Zorn Adams
Robert J. Muldoon, Jr.  (BBO# 359480)
James W. Matthews (BBO# 560560)
Pamela Zorn Adams (BBO# 640800)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

.

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2006, copies of the foregoing Motion to Withdraw were served on all counsel of record via ECF and LEXIS/NEXIS File and Serve.

/s/ Pamela Zorn Adams