UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) Judge Patti B. Saris ) |

### MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Pamela Zorn Adams, a member of the bar of this Court and attorney for defendants Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and IVAX Corporation moves to admit attorneys Christopher E. Prince and JonMarc P. Buffa to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying: (1) Affidavit of Christopher E. Prince, Esq. which states that he is (i) a member in good standing of the bar of the State of California, (ii) not currently the subject of any disciplinary proceedings as a member of any bar, and (iii) familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (2) Affidavit of JonMarc P. Buffa, Esq. which states that he is (i) a member in good standing of the bars of the State of California, the District of Columbia, and the State of New Jersey, (ii) not currently the subject of any disciplinary proceedings as a member of any bar, and (iii) familiar with the Local Rules of the United States District Court for the District of Massachusetts.

- 2 -

**WHEREFORE**, Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and IVAX Corporation request that the Court grant this motion to admit Christopher E. Prince and JonMarc P. Buffa *pro hac vice*.

SICOR, INC., SICOR PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and IVAX CORPORATION,

By their attorneys,

/s/ Pamela Zorn Adams
Robert J. Muldoon, Jr. (BBO# 359480)
James W. Matthews (BBO# 560560)
Pamela Zorn Adams (BBO #640800)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

DATED: December 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2006, copies of the foregoing Motion for Admission *Pro Hac Vice* were served on all counsel of record via ECF and LEXIS/NEXIS File and Serve.

/s/ Pamela Zorn Adams

00142677.DOC /