UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) ) Judge Patti B. Saris ) ) ) ) |

AFFIDAVIT OF JONMARC P. BUFFA, ESQ. IN SUPPORT OF MOTION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

I, JonMarc P. Buffa, on my oath swear and depose:

1. I am a member of the law firm of Sonnenschein Nath & Rosenthal LLP, located at 1301 K Street, N.W., Suite 600, East Tower, Washington, D.C. 20005, telephone (202) 408-6400.

2. I was admitted to the Bar of the State of California in 2001, the Bar of the District of Columbia in 2002, and the Bar of the State of New Jersey in 2003.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

00142266.DOC /

5.  My firm represents Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and IVAX Corporation and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the pains and penalties of perjury this 8th day of December, 2006.

_____
JonMarc P. Buffa