UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE: PHARMACEUTICAL INDUSTRIES AVERAGE WHOLESALE PRICE LITIGATION | Civil Action No. 01-cv-12257 |
|---|---|
| THIS DOCUMENT IS RELATED TO ALL CASES | Judge Patti B. Saris |

## PLAINTIFFS' AND ASTRAZENECA PHARMACEUTICALS LP'S DEPOSITION TESTIMONY DESIGNATIONS <u>RELATED TO DEFENDANT ASTRAZENECA</u>

Plaintiffs and AstraZeneca Pharmaceuticals LP ("AstraZeneca") offer the deposition testimony listed below, and attached hereto as Exhibit A, as follows: Section I lists Plaintiffs' Offering Designations (highlighted on the attached transcripts in yellow) and AstraZeneca's counter-designations (highlighted on the attached transcripts in orange); Section II lists AstraZeneca's Offering Designations (highlighted on the attached transcripts in blue) and Plaintiffs' counter-designations (highlighted on the attached transcripts in pink).

**I.     <u>Plaintiffs' Offering Designations</u>**

**A.     Christopher Waldo Bowman**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | October 13, 2005 Deposition: 4:7-16 | 10:15-12:9 |
| Plaintiffs | 28:15-19 | 23:14-24:5; 27:10-28:14 |
| Plaintiffs | 37:14-22 | 38:9-39:7; 40:3-15; 131:5-14 |
| Plaintiffs | 38:4-8 | None |
| Plaintiffs | 43:12 | 11:15-12:9 |
| Plaintiffs | 44:13-22 | None |
| Plaintiffs | 45:17-46:2 | 45:14-16 |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 47:14-48:8 | None |
| Plaintiffs | 51:20-52:4 | 63:12-63:16 |
| Plaintiffs | 53:4-14 | None |
| Plaintiffs | 57:1-10 | None |
| Plaintiffs | 58:2-9 | None |
| Plaintiffs | 63:17-64:14 | None |
| Plaintiffs | 67:1-2 | None |
| Plaintiffs | 69:20-22 | None |
| Plaintiffs | 70:12-71:2 | 72:16-73:2 |
| Plaintiffs | 74:4-8 | None |
| Plaintiffs | 76:21 ending with "257." | 76:8-16; 79:3-6 |
| Plaintiffs | 77:11-21 | 79:3-6 |
| Plaintiffs | 83:4 | None |
| Plaintiffs | 83:18-84:6 | 84:20-85:19 |
| Plaintiffs | 98:22-99:7 | None |
| Plaintiffs | 102:12-103:1 | 98:13-21; 99:8-10 |

B.    David R. Brennan

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | February 14, 2006 Deposition: 6:13-15 | None |
| Plaintiffs | 6:21-7:1 | 7:2-3 |
| Plaintiffs | 7:9-8:3 | None |
| Plaintiffs | 14:9-15:1 | None |
| Plaintiffs | 15:3 starting with "Return" – 18 | None |
| Plaintiffs | 16:11-17:3 | Leading Question (16:21 – 17:3) 15:19-16:10; 17:4-5 |

2

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 17:6-13 ending with "time." | Leading Question (16:21 – 17:3; 17:6-10)<br><br>17:4-5; 17:14-18:10 |
| Plaintiffs | 18:11 starting with "You" – 12 | Leading Question, Mischaracterizes Witness's Testimony (18:11-12)<br><br>18:13-18:15 |
| Plaintiffs | 18:17-19:7 | Leading Question, Mischaracterizes Witness's Testimony (18:11-12; 18:17-19:7) |
| Plaintiffs | 20:22 starting with "And the difference" – 21:12 | None |
| Plaintiffs | 25:7-16 | None |
| Plaintiffs | 26:2-11 | None |
| Plaintiffs | 27:18-28:15, 28:19-22 | Vague Question (28:14-15; 28:19-20)<br><br>28:16-18 |
| Plaintiffs | 29:1-17, 22 | None |
| Plaintiffs | 30:1, 4-9, 12-22 | Lacks Foundation (29:22-30:13)<br><br>30:2-3; 30:10-11 |
| Plaintiffs | 31:1-7 | 33:5-33:12 |
| Plaintiffs | 33:13-18, 20-22 | Question calls for a legal conclusion (33:13-18; 33:20-34:4)<br><br>33:19 |
| Plaintiffs | 34:1-4 ending with "that." | Question calls for a legal conclusion (33:13-18; 33:20-34:4)<br><br>33:19 |
| Plaintiffs | 37:5-14 | None |
| Plaintiffs | 38:8-16 | 38:17-19 |
| Plaintiffs | 39:8-40:4 | 40:16-20 |
| Plaintiffs | 44:4-7, 12-16 | Lacks Foundation (44:44-7; 44:12-16)<br><br>44:8-11; 44:17-45:12 |

3

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 49:21-22 | 52:13-15 |
| Plaintiffs | 50:15-51:17 | 52:13-15 |
| Plaintiffs | 55:9-56:4 | Lacks Foundation (55:9-56:4)<br><br>54:10-55:5; 56:5 |
| Plaintiffs | 56:6-57:18 | Lacks Foundation (56:6-57:18)<br><br>54:10-55:5; 56:5; 57:19-22 |
| Plaintiffs | 58:1-8, 12-21 | Lacks Foundation (58:1-8) |
| Plaintiffs | 62:16-63:4 | None |
| Plaintiffs | 63:7-8, 12-16 | None |
| Plaintiffs | 64:17-22 | None |
| Plaintiffs | 65:5-12, 18-21 | None |
| Plaintiffs | 67:17-20 ending with "doing that." | 48:20-49:5; 67:8-16; 67:21-68:11 |
| Plaintiffs | 68:12-18 ending with "issue." | 68:18-69:18 |
| Plaintiffs | 70:8-20 | Relevance, 403 |
| Plaintiffs | 75:19-76:10 | Relevance, 403<br><br>77:3 – 77:14 |
| Plaintiffs | 86:10 starting with "Was there" – 13, 16-21 | Relevance, 403, Lacks Foundation (86:10-86:13; 86:16-86:21)<br><br>86:14-15 |
| Plaintiffs | 95:6-20 | Relevance, 403 |

C.   **John R. Freeberry**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | May 20, 2004 Deposition:<br><br>6:10-7:3 | None |
| Plaintiffs | 99:22-100:18 | 100:19-101:1 |
| Plaintiffs | 101:2-8, 13-17 | Relevance, 403 (101:13-17) |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 109:2-22 | None |
| Plaintiffs | 167:12-168:20 | 227:21-228:14 |
| Plaintiffs | 170:1-16 | None |
| Plaintiffs | 172:19-173:8 | None |
| Plaintiffs | 173:18-174:11 | 175:5-176:6 |
| Plaintiffs | October 4, 2005 Deposition<br><br>23:18-20 | None |
| Plaintiffs | 24:1-13 | May 20, 2004 Deposition:<br>178:14-179:14<br>204:10-21<br>206:1-16 |
| Plaintiffs | 25:4-5 | Missing Answer (25:4-5) |
| Plaintiffs | 25:22-27:6 | Missing Question (25:22-26:8)<br><br>May 20, 2004 Deposition:<br>204:10-21<br>206:1-16 |
| Plaintiffs | 48:15-49:3 | None |
| Plaintiffs | 49:16-18 | Mischaracterizes Witness's Testimony (49:16-18)<br><br>49:4-15<br>49:19-51:1 |
| Plaintiffs | 90:11-22 | None |
| Plaintiffs | 114:14-20 | None |
| Plaintiffs | 115:18-116:3 | 116:4-16 |

D.   **Christopher Iacono**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | June 9, 2005 deposition<br><br>125:9-20 | None |
| Plaintiffs | 125:21-126:8 | None |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 126:21-127:16 | None |
| Plaintiffs | 174:6-20 | 116:7 – 117:7 |
| Plaintiffs | 177:20-22 | 121:22 – 123:2 |

E.   Carol L. Ware

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | October 25, 2005 Deposition: 17:6-7 | 17:8-19:3, 20:5-21:4 |
| Plaintiffs | 19:18-20:4 | 19:4-17, 81:21-82:16 |
| Plaintiffs | 31:3-20 | 30:10-31:2 |
| Plaintiffs | 52:22-53:3 | None |
| Plaintiffs | 75:5-14 | None |
| Plaintiffs | 84:13-85:8 | None |
| Plaintiffs | 89:20-90:1 | None |
| Plaintiffs | 91:1-11 | None |
| Plaintiffs | 93:1-94:1 | None |
| Plaintiffs | 94:8-95:16 | None |
| Plaintiffs | 112:2-10 | None |
| Plaintiffs | 119:5-20 | None |
| Plaintiffs | 120:4-20 | 120:21-121:4 |
| Plaintiffs | 121:5-9 | 121:10-13 |
| Plaintiffs | 123:8 | None |
| Plaintiffs | 124:9-125:2 | None |
| Plaintiffs | 130:17-20 | Lack of Foundation, Lack of Personal Knowledge, Vague and Ambiguous Question (130:17-20)<br><br>130:8-16 |
| Plaintiffs | 139:6-7 | Missing Question (139:6-7) |

## II.     AstraZeneca's Offering Designations

### A.    Jeffrey L. Alverson

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
|  |  | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | June 29, 2004 Deposition:<br><br>39:12 – 41:6 | None |
| Defendant | August 18, 2004 Deposition:<br><br>314:18 – 316:4 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). Testimony is likewise hearsay within hearsay and offered for the truth of the matter asserted.<br><br>Fed. R. Evid. 602 – lack of personal knowledge.<br><br>Counter-designations. Alverson (6/29/04): 69:2-11; 84:8-85:7 |

### B.    John R. Freeberry[1]

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
|  |  | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | May 20, 2004 Deposition: | None |

---

[1] Although both parties offer deposition testimony from this witness, for convenience only one copy of the transcript has been provided with all relevant designations included.

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
|  | 6:9 – 7:5 |  |
| Defendant | 7:18 – 8:17 | None |
| Defendant | 24:9 – 26:1 | None |
| Defendant | 109:1 – 111:22 | <u>Objections</u>. Hearsay within hearsay. |
| Defendant | 118:11 – 120:13 | <u>Objections</u>. Hearsay within hearsay. |

DATED: December 13, 2006

By: /s/ Jennifer Fountain Connolly
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496b-6611

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

*Co-Lead Counsel For Plaintiffs*

Nicholas C. Theodorou (BBO # 496730)
Katherine B. Schmeckpeper (BBO #663200)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02110

                D. Scott Wise
                Michael Flynn
                Kimberley Harris
                Davis Polk & Wardwell
                450 Lexington Avenue
                New York, NY  10017

                ***Attorneys for AstraZeneca***
                ***Pharmaceuticals LP***

## CERTIFICATE OF SERVICE

    I hereby certify that I, Jennifer Fountain Connolly an attorney, caused a true and correct copy of the foregoing ***Plaintiffs' and AstraZeneca Pharmaceuticals LP's Deposition Testimony Designations Related to Defendant AstraZeneca*** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 13, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

        By: /s/  Jennifer Fountain Connolly
            Jennifer Fountain Connolly
            Wexler Toriseva Wallace LLP
            One North LaSalle Street, Suite 2000
            Chicago, IL  60602
            (312) 346-2222 - Telephone