# Exhibit A

Color-coded designations have been provided to the Court.