# Changes in Medicare Reimbursement for a Typical Taxol Administration[1]

| Year | Medicare Reimbursement Method | BMS AWP | Medicare-based AWP | Medicare Reimbursement for J-9265 (includes copay amount) | Administration Fees[2]: Medicare Reimbursement for Code = 96410 (G0359 for 2005)[3] | Administration Fees[2]: Medicare Reimbursement for Code = 96412 (G0360 for 2005)[4] | J-9265 (based on 10 fundamental billing units) | Administration Fees (based on 1 unit of 96410 and 2 units of 96412) | Total Reimbursement | Change in Reimbursement from Previous Year |
|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 95% AWP | $182.63 | $172.51 | $163.88 | $58.61 | $43.85 | $1,638.85 | $146.31 | $1,785.16 | |
| 2003 | 95% AWP | $182.63 | $170.92 | $162.37 | $58.61 | $43.85 | $1,623.74 | $146.31 | $1,770.05 | -$15.1[illegible] |
| 2004 | 81% AWP | $182.63 | $174.95 | $141.71 | $226.08 | $50.56 | $1,417.10 | $327.20 | $1,744.30 | -$25.75 |
| 2005 | 1.06 ASP | | $174.95 | $15.85 | $185.31 | $42.13 | $158.50 | $269.57 | $428.07 | -$1,316.23 |

Notes

1. Assumes treatment for breast cancer at 297.5 mg for a 3 hour treatment (see Statement of Frederick M. Schnell, Testimony Before the Subcommittee on Health of the House Committee on Ways and Means, July 13, 2006, Exhibit B). Note the fundamental billing unit for Taxol (paclitaxel) is 30 mg.
2. Based on reimbursement amounts provided in Haegele Direct Testimony, pp. 24-25.
3. Code 96410 is for chemotherapy administration, infusion, first hour.
4. Code 96412 is for chemotherapy administration, infusion, additional 1 hour.

Plaintiffs' Exhibit
4070
01-12257-PBS

Medicare Reimbursement for Taxol and Administration Fees
Reimbursement ($)
$2,000
$1,800
$1,600
$1,400
$1,200
$1,000
$800
$600
$400
$200
$0
2002
2003
2004
2005
Taxol (J9625)
Administration Fee

# Changes in Medicare Reimbursement for a Typical Remicade Administration[1]

| Year | Medicare Reimbursement Method | Medicare-based AWP | Medicare Reimbursement for J1745 (includes copay amount) | Administration Fees[2]: Medicare Reimbursement for Code = 90780 (G0347 for 2005)[3] | Administration Fees[2]: Medicare Reimbursement for Code = 90781 (G0348 for 2005)[4] | Reimbursement Based on 30 Fundamental Billing Units | Administration Fees (based on 1 unit of 90780 and 1 unit of 90781) | Total Reimbursement | Change in Reimbursement from Previous Year |
|---|---|---|---|---|---|---|---|---|---|
| 2002 | 95% AWP | $69.16 | $65.70 | $42.72 | $21.37 | $1,971.06 | $64.09 | $2,035.15 | |
| 2003 | 95% AWP | $69.16 | $65.70 | $42.72 | $21.37 | $1,971.06 | $64.09 | $2,035.15 | $0.00 |
| 2004 | 85% AWP | $69.16 | $58.79 | $122.65 | $34.29 | $1,763.58 | $156.94 | $1,920.52 | -$114.63 |
| 2005 | 1.06 ASP | | $53.09 | $82.79 | $27.60 | $1,592.70 | $110.39 | $1,703.09 | -$217.43 |

Notes

1. "An average adult patient will require between 20 and 40 units per treatment (i.e., 2 to 4 vials)." Source: Remicade Billing Guide, p.11. Calculations assume typical administration is 30 units and 2 hours. Average time from "Medication Guide Remicade" accessed at remicade.com.
2. Based on reimbursement amounts provided in Haegele Direct Testimony, pp. 24-25.
3. Code 90780 is for infusion up to 1 hour.
4. Code 90781 is for each additional hour, up to 8 hours.

Plaintiffs' Exhibit
4071
01-12257-PBS

## Medicare Reimbursement for Remicade and Administration Fees

Reimbursement ($)

$2,500
$2,000
$1,500
$1,000
$500
$0

2002
2003
2004
2005

Remicade (J1745)
Administration Fees