# Changes in Medicare Reimbursement for a Typical Procrit Administration: Option 1[1]

| Year | Medicare Reimbursement Method | Medicare-based AWP | Medicare Reimbursement for Q0136 (includes copay amount)[2] | Administration Fee Medicare Reimbursement for Code = 99211[3] | Reimbursement Based on 10 Fundamental Billing Units | Administration Fees (based on 1 unit of 99211) | Total Reimbursement | Change in Reimbursement from Previous Year |
|---|---|---|---|---|---|---|---|---|
| 2002 | 95% AWP | $13.36 | $12.69 | $23.73 | $126.92 | $23.73 | $150.65 | |
| 2003 | 95% AWP | $13.36 | $12.69 | $24.12 | $126.92 | $24.12 | $151.04 | $0.39 |
| 2004 | 87% AWP | $13.36 | $11.62 | $24.95 | $116.23 | $24.95 | $141.18 | -$9.86 |
| 2005 | 1.06 ASP | | $10.60 | $25.96 | $106.00 | $25.96 | $131.96 | -$9.22 |

Notes

1. Assumes an administration of 10,000 units (see Plaintiffs' Exhibit 362). The fundamental billing unit for Q0136 is 1000 units. Option 1 is based on a CPT code of 99211.
2. Based on reimbursement for Q1 2005. Reimbursement decreased further in Q4 2005 to $9.22.
3. Code 99211 is for a minimum office visit. (See Plaintiffs' Exhibit 362.) The reimbursement rates were taken from the Massachusetts carrier 3114301 non-facility rates from the CMS website (http://www.cms.hhs.gov/apps/pfslookup/).



Plaintiffs' Exhibit
4072
01-12257-PBS

Medicare Reimbursement for Procrit and Administration Fee 99211
Reimbursement ($)
$200
$180
$160
$140
$120
$100
$80
$60
$40
$20
$0
2002
2003
2004
2005
Procrit (Q0136)
Administration Fee (99211)

# Changes in Medicare Reimbursement for a Typical Procrit Administration: Option 2[1]

| Year | Medicare Reimbursement Method | Medicare-based AWP | Medicare Reimbursement for Q0136 (includes copay amount)[2] | Administration Fee Medicare Reimbursement for Code = 99213[3] | Reimbursement Based on 10 Fundamental Billing Units | Administration Fees (based on 1 unit of 99213) | Total Reimbursement | Change in Reimbursement from Previous Year |
|---|---|---|---|---|---|---|---|---|
| 2002 | 95% AWP | $13.36 | $12.69 | $57.05 | $126.92 | $57.05 | $183.97 | |
| 2003 | 95% AWP | $13.36 | $12.69 | $57.97 | $126.92 | $57.97 | $184.89 | $0.92 |
| 2004 | 87% AWP | $13.36 | $11.62 | $59.62 | $116.23 | $59.62 | $175.85 | -$9.04 |
| 2005 | 1.06 ASP | | $10.60 | $60.82 | $106.00 | $60.82 | $166.82 | -$9.03 |

Notes

1. Assumes an administration of 10,000 units (see Plaintiffs' Exhibit 362). The fundamental billing unit for Q0136 is 1000 units. Option 1 is based on a CPT code of 99211.
2. Based on reimbursement for Q1 2005. Reimbursement decreased further in Q4 2005 to $9.22.
3. Code 99213 is for a Level 3 office visit. (See Plaintiffs' Exhibit 362.) The reimbursement rates were taken from Massachusetts carrier 3114301 non-facility rates from the CMS website (http://www.cms.hhs.gov/apps/pfslookup/).

# Medicare Reimbursement for Procrit and Administration Fee 99213

Reimbursement ($)

$200
$180
$160
$140
$120
$100
$80
$60
$40
$20
$0

2002
2003
2004
2005

Procrit (Q0136)
Administration Fee (99213)

# Changes in Medicare Reimbursement for a Typical Albuterol 0.083% Prescription[1]

| Year | Medicare Reimbursement Method | Medicare-based AWP (1 mg)[2] | Medicare Reimbursement for J7619/J7613 (includes copay amount)[3] | Dispensing Fee Medicare Reimbursement Nebulizers[4] | Reimbursement Based on 225 Fundamental Billing Units[5] | Dispensing Fee (30 Day Supply) | Total Reimbursement | Change in Reimbursement from Previous Year |
|---|---|---|---|---|---|---|---|---|
| 2002 | 95% AWP | $0.49 | $0.47 | $5.00 | $104.74 | $5.00 | $109.74 | |
| 2003 | 95% AWP | $0.49 | $0.47 | $5.00 | $104.74 | $5.00 | $109.74 | $0.00 |
| 2004 | 80% AWP | $0.49 | $0.39 | $5.00 | $87.75 | $5.00 | $92.75 | -$16.99 |
| 2005 | 1.06 ASP | | $0.065 | $57.00 | $14.63 | $57.00 | $71.63 | -$21.13 |

Notes

1. This analysis assumes a one month (30 day) prescription of albuterol sulfate 0.083% for use with a nebulizer.
2. Sources: AWPs derived from: CMS drug pricing files; Palmetto drug fee updates (www.palmettogba.com).
3. Note that in 2002 - 2004, the HCPCS code for 0.083% albuterol is J7619. For 2005 it is J7613. 2005 source: 1Q 2005 CMS pricing file.
4. Source: CMS fact sheet: http://www.cms.hhs.gov/apps/media/press/factsheet.asp, November 2, 2005. Note that the dispensing fee for refills in 2006 goes down even further to $33/month.
5. The typical dose is 2.5 mg (or 1 vial) 3 or 4 times daily (source: 2006 Physicians' Desk Reference). Here it is assumed that albuterol is taken 3 times a day. Therefore, the dose is 2.5 mg x 3 times per day x 30 days = 225 mg.



Plaintiffs' Exhibit 4095 01-12257-PBS



Medicare Reimbursement for Albuterol 0.083% and Dispensing Fee
Reimbursement ($)
$120
$100
$80
$60
$40
$20
$0
2002
2003
2004
2005
Albuterol (J7619/J7613)
Dispensing Fee