**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)   MDL No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS, 01-CV-339 AND 1:03-CV-11226-PBS | )   Civil Action No. 01-CV-12257 PBS<br>)<br>)   Judge Patti B. Saris<br>)   Chief Magistrate Judge Marianne B. Bowler<br>) |

**THE BMS DEFENDANTS' MOTION FOR JUDGMENT**
**PURSUANT TO FED. R. CIV. P. 52(C)**

Pursuant to Federal Rule of Civil Procedure 52(c), the BMS Defendants hereby

move this Court for a judgment pursuant to Fed. R. Civ. P. 52(c) because the plaintiffs have

failed to establish a claim under Mass. G.L. ch. 93A.  The grounds for this motion are set forth in

the BMS Defendants' Memorandum in Support of their Motion for Judgment Pursuant to Fed. R.

Civ. P. 52(c).

WHEREFORE, for the reasons set forth in the Memorandum, the BMS

Defendants respectfully request that the Court grant their motion for judgment pursuant to Fed.

R. Civ. P. 52(c), and providing any other and further relief as the Court deems just and proper.

Dated:   Boston, Massachusetts
         December 14, 2006

                                          Respectfully Submitted,


                                    By:    /s/ Jacob T. Elberg
                                          Thomas E. Dwyer (BBO No. 139660)
                                          Jacob T. Elberg (BBO No. 657469)
                                          **DWYER & COLLORA, LLP**
                                          600 Atlantic Avenue
                                          Boston, MA  02210
                                          Tel: (617) 371-1000
                                          Fax: (617) 371-1037
                                          tdwyer@dwyercollora.com
                                          jelberg@dwyercollora.com


                                          Steven M. Edwards (SE 2773)
                                          Lyndon M. Tretter ((LT 4031)
                                          Admitted *pro hac vice*
                                          **HOGAN & HARTSON LLP**
                                          875 Third Avenue
                                          New York, NY  10022
                                          Tel: (212) 918- 3640

                                    Attorneys for Defendant Bristol-Myers Squibb
                                    Company


                        **CERTIFICATE OF SERVICE**

I certify that on December 14, 2006 a true and correct copy of **BMS Defendants' Motion For
Judgment Pursuant To Fed. R. Civ. P. 52(C)** was served on all counsel of record by electronic
service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to
LexisNexis file & serve for posting and notification to all parties.


                                          /s/ Jacob T. Elberg
                                          Jacob T. Elberg


            **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

     I, Steven M. Edwards, hereby certify that on November 16, 2006, I conferred with
plaintiff's counsel, Steven Berman, pursuant to Local Rule 7.1(A)(2), who opposed this motion.

                                          /s/ Steven M. Edwards

\\\NY - 058559/000059 - 972541 v1