UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re. PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti Saris |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION ) ) ) ) ) | |

**SEVENTH STATUS REPORT OF UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES CONCERNING SUBPOENAS FOR MEDICARE BENEFICIARY DATA, TRACKS 1 & 2**

The United States Department of Health and Human Services (HHS), through its undersigned counsel, respectfully submits this seventh report to the Court concerning the status of the production of Medicare beneficiary information. This report addresses data requested by the plaintiffs' subpoena duces tecum dated June 6, 2006, which seeks Medicare beneficiary information relevant to the drugs at issue with respect to Track 1, Class 1, and data requested by the plaintiffs' second subpoena served by the plaintiffs on or about August 4, 2006, concerning drugs at issue in Track 2.

1. <u>Track 1 Subpoena</u>

The Centers for Medicare & Medicaid Services (CMS) has completed the production of the Track 1 beneficiary data responsive to the June 6, 2006, subpoena. Counsel for the plaintiffs has tendered payment of the CMS costs, and the data has been or is being delivered to plaintiffs' representatives.

2. <u>Track 2 Subpoena</u>

With regard to the plaintiff's August 4, 2006, subpoena regarding the Track 2 drugs, the HHS previously advised plaintiffs that it can provide the data by March 1, 2007. The CMS continues work on processing this request. As of this date, the CMS continues the laborious task of merging the large number of data files into a single finder file which can then be processed against the enrollment data file so that a final list of names and addresses can be generated. The agency believes it is still on schedule to produce the Track 2 data by March 1, 2007.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney


By:   /s/ George B. Henderson, II
    George B. Henderson, II
    Assistant U.S. Attorney
    John J. Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02110
    (617) 748-3272

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused an electronic copy of the above "Seventh Status Report of United States Department of Health and Human Services Concerning Subpoenas For Medicare Beneficiary Data, Tracks 1 & 2" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

    /s/ George B. Henderson, II
Dated: December 15, 2006    George B. Henderson, II