UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL CLASS ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' SECOND SUPPLEMENTAL PRETRIAL DISCLOSURES PURSUANT TO THE COURT'S AMENDED PRETRIAL ORDER OF AUGUST 21, 2006 AS TO EXHIBITS**

Plaintiffs' supplement their Second Amended Pretrial Disclosures (Dkt. No. 3275) filed on October 27, 2006 with the following exhibits:

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 4042 | | | 2005 edition of Red Book (partial) | |
| 4043 | | 9/28/00 | Letter to Hon. Tom Bliley from Alan F. Holmer of PhRMA | |
| 4044 | | 9/25/00 | Letter to Alan F. Holmer of PhRMA from Hon. Tom Bliley | |
| 4045 | | 12/21/00 | Public Law 106-554 | |
| 4046 | | | Remicade Billing Guide | |
| 4047 | BMS/AWP/001487900-148907 | 3/3/03 | Memorandum to Michael Pollock and Faheem from Marsha Peterson re Western Regional Summary – February | |

- 1 -

| Ex. | **Prod. No.** | Date | Description | Objections |
|---|---|---|---|---|
| 4048 | | 3/14/02 | Email to multiple recipients from Craig M. Wilson re Dr. Giangreco | |
| 4049 | | | Plaintiffs' Shared Enterprises chart (corrected) | |
| 4050 | | 11/15/04 | Settlement Agreement and Release in *In re Lupron Marketing Sales & Practices Litigation* | |
| 4051 | | 8/26/05 | Final Order & Judgment in *In re Lupron Marketing Sales & Practices Litigation* | |
| 4052 | | 8/16/01 | Medicare Carriers Manual Part 3 – Claims Process | |
| 4053 | | | Article by Ray Painter, M.D: "Reimbursement Issues With Hormonal Therapies For Prostate Cancer" | |
| 4054 | | 3/1/05 | Article by Ray Painter, M.D. – "FAQ About In Office Injections: What you need to know | |
| 4055 | | | 1998-2005 Red Books (partial) | |
| 4056 | | | Selection from glossary of Robert P. Navarro's Managed Care Pharmacy Practice | |

| Ex. | **Prod. No.** | Date | Description | Objections |
|---|---|---|---|---|
| 4057 | | | Article by Mireille Jacobson, *et al.*: Does Reimbursement Influence Chemotherapy Treatment for Cancer Patients? | |
| 4058 | | 1/00 | Report to the Congress: Effects of Medicare Payment Changes on Oncology Services | |
| 4059 | | 7/13/06 | Statement of Frederick M. Schnell, M.D. before House Committee on Ways and Means | |
| 4060 | | 5/01 | ASCO: Report of the Medicare Payment Methods for Cancer Chemotherapy | |
| 4061 | | 10/3/02 | Vol. 67, No. 192 of Federal Register | |
| 4062 | | 7/24/06 | OIG Targets 46 Part B Physician-Administered Drugs for Possible Rate Cut, Based on ASP Versus AMP Prices | |
| 4063 | | 4/06 | Monitoring Medicare Part B Drug Prices: A Comparison of Average Sales Prices to Average Manufacturer Prices | |
| 4064 | | 6/06 | Comparison of Fourth Quarter 2005 Average Sales Prices to Average Manufacturer Prices: Impact on Medicare Reimbursement for Second Quarter 2006 | |

- 3 -

- 4 -

| Ex. | **Prod. No.** | Date | Description | Objections |
|---|---|---|---|---|
| 4065 | | 7/06 | Comparison of Fourth Quarter 2005 Average Sales Prices to Average Manufacturer Prices: Impact on Medicare Reimbursement for Second Quarter 2006 | |
| 4066 | | | Remicade WAC Spread Analysis | |
| 4067 | | 6/05 | Prices for Brand-Name Drugs Under Selected Federal Programs | |
| 4068 | | 9/21/01 | Prepared Witness Testimony of Thomas A. Scully | |
| 4069 | | | Changes in Medicare Reimbursement for a Typical Administration of Zoladex | |
| 4070 | | | Changes in Medicare Reimbursement for a Typical Taxol Administration | |
| 4071 | | | Changes in Medicare Reimbursement for a Typical Remicade Administration | |
| 4072 | | | Changes in Medicare Reimbursement for a Typical Procrit Administration | |
| 4073 | | 10/11/06 | Letter to Mark McClellan from Glenn M. Hackbarth, J.D. | |
| 4074 | | | Review of CMS's preliminary estimate of the physician update for 2005 | |
| 4075 | FDB-AWP 28850-28852 | 9/91 | First DataBank Monthly Interest | |

- 4 -

| Ex. | **Prod. No.** | Date | Description | Objections |
|---|---|---|---|---|
| 4076 | FDB-AWP 15102-15106 | 3/15/00 | The Office Guide to AWP Pricing | |
| 4077 | | | 1991-2003 Red Books (partial) | |
| 4078 | WPX0007479 | | Albuterol Sulfate price announcement | |
| 4079 | WP 0023805A | 2/21/95 | Memo to multiple recipients from Harvey Weintraub re Albuterol Solution 20ml Price Change | |
| 4080 | WP00001552A | 2/23/95 | Letter to Jeanette Murphy from Harvey J. Weintraub | |
| 4081 | WCT0022248 | 2/23/95 | Letter to Warrick Accounts from Harvey J. Weintraub | |
| 4082 | WCT0022294 | 2/23/95 | Letter to Warrick Accounts from Harvey J. Weintraub | |
| 4083 | WCT0134420 | 9/21/95 | Letter to Mr. Pat Byrnes from Al Graf | |
| 4084 | WCT0002017 | | GPP Program New Product Proposal | |
| 4085 | WAC0134561 | | Price Change | |
| 4086 | SWO173547 | 11/18/97 | Letter to Mr. Jacob Blatt from Harvey J. Weintraub | |
| 4087 | WCT0022405 | | Price Change | |
| 4088 | WAC0022782 | | New Product Proposal | |
| 4089 | WP00012630A | 9/7/95 | Memo re Price Increase | |
| 4090 | SPF00000499-501 | 7/16/02 | Email to multiple recipients from Aracelia Vila re Commitment to Care | |
| 4091 | | 2/06 | Calculation of Volume-Weighted Average Sales Price for Medicare Part B Prescription Drugs | |

| Ex. | **Prod. No.** | Date | Description | Objections |
|---|---|---|---|---|
| 4092 | | | Market Watch article, When The Price Isn't Right: How Inadvertent Payment Incentives Drive Medical Care | |
| 4093 | SPF00020502-505 | 4/18/02 | Email to multiple recipients from Todd Grisco re: 2001 CTC numbers | |
| 4094 | SPF00020506-508 | 4/18/02 | Email to multiple recipients from Todd Grisco re: 2001 CTC Free Drug | |
| 4095 | | | Changes in Medicare Reimbursement for a Typical Albuterol 0.083% Prescription | |
| 4096 | | | Number of Observations of Drug-Specific Average Spreads | |

DATED:  December 15, 2006.

By   /s/ **Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

001534-16 144412 V1

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA 19147
Facsimile: (215) 392-4400
Telephone: (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 8 -

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on December 15, 2006, I caused copies of **PLAINTIFFS' SECOND SUPPLEMENTAL PRETRIAL DISCLOSURES PURSUANT TO THE COURT'S AMENDED PRETRIAL ORDER OF AUGUST 21, 2006 REGARDING EXHIBITS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

 **/s/ Steve W. Berman**
Steve W. Berman