UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' RESPONSE TO THE "FAIR ALLOCATION" OF TIME MOTION**

Defendants seek too much. They have examined Plaintiffs' experts almost twice the extent of Plaintiffs' examination of defense's experts and now seek to preclude either live or oral testimony under the guise of a "fair allocation."

Dr. Rosenthal submitted her rebuttal on the date the Court directed. Defendants have had sufficient time to respond and thus there is no basis as to Dr. Rosenthal for this motion.

As to Dr. Hartman, the delay is caused by Plaintiffs being forced to respond to the surprise SheetMetal chart sprung on us during the second to last day of trial.

Defendants should not complain about delay they caused. They had the SheetMetal data for a year and should have disclosed this argument when their expert reports were due.

Further, the Court will want to examine the written testimony and not forego it, as defendants suggest. It contains, among other items, charts showing that after the MMA total costs (drugs plus services) for each of the days at issue has decreased, thus undercutting defendants' no causation argument.

As to the length of the rebuttals, defendants' written expert reports covered numerous issues that could not be covered on examination in the time allocated. Plaintiffs did not complain. Now, what is sauce for the goose is sauce for the gander.

Plaintiffs suggest that the Court should proceed as planned, equal time to each side.

DATED:  December 15, 2006                              By      /s/ Steve W. Berman
                                                                   Thomas M. Sobol (BBO#471770)
                                                                   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

- 3 -

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' RESPONSE TO THE "FAIR ALLOCATION" OF TIME MOTION** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 15, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

      By **/s/ Steve W. Berman**
        Steve W. Berman
        **HAGENS BERMAN SOBOL SHAPIRO LLP**
        1301 Fifth Avenue, Suite 2900
        Seattle, WA  98101
        (206) 623-7292