UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## REBUTTAL TESTIMONY OF DR. RAYMOND HARTMAN
### Addendum

### I.     Introduction

1.      In this rebuttal testimony, I address particular issues raised during my cross by Mr. Edwards on December 11, 2006.

**II.     Mr. Edwards claims that the difference in the AWP for J-9181 graphed in Attachment F.1 of my direct testimony and the AWP noted in Table G.2.b for Vepesid represents an error. He is incorrect.**

2.      Defendants claim that the AWP for J-9181 graphed in Attachment F.1 of my Direct Testimony differs from the AWP noted in Table G.2.a for Vepesid also included in my Direct Testimony. Both the graph and the table are correct. The AWPs in G.2.a are for the specific Vepesid NDCs. The AWPs in F.1 are those for the J-code J-9181 as indicated in the title of the graph.

3.      One of the HCPCS codes under which Vepesid is reimbursed is J-9181. J-9181 is a multi-source HCPCS code and as such includes multiple NDCs for multiple manufacturers. As an illustration, attached is a printout of the CMS NDC-HCPCS Crosswalk for Q1 2005 for J-9181. In that crosswalk you can see a variety of BMS NDCs along with those for other manufacturers. To calculate the AWP used for reimbursement under this J code, the AWPs for each of these NDCs are identified and the median is identified for all of the non-brand NDCs. If this median is less than the brand AWP, it is used as the reimbursement for the J code; if the median is greater than the AWP for the brand, the brand AWP is the reimbursement for this J code. To determine the median for a given year, NDCs for a given J code were identified used Red Book.

4.      However, it is important to note that my calculation of damages is based on the median AWP for the appropriate J-code (i.e., those presented in Figure F.1) and not the BMS's own AWPs per NDC. The median AWP represents the amount that was

reimbursed for these drugs by Medicare. It therefore appears in the reimbursement data summarized in Figure F.1 for BCBS-MA for this J-Code.

### III. Mr. Edwards claims that Exhibit 2632 which shows NHIC fee schedules for J-9181 as $13.65 for 1996 is inconsistent with my analysis of BCBS claims data. He is incorrect.

5. Defendants Claim that the AWPs I presented in Figure F.1 to my Direct Testimony do not reflect the fee schedules used by BCBS. In fact, they do reflect the fee schedules. The fee schedules produced as Exhibit 2632 show that for 1996, J-9181 is reimbursed at $13.65. $13.65 represents reimbursement per the "fundamental billing unit" for J-9181. The fundamental billing unit is designated by a specific dosage and/or presentation of the therapeutic molecule summarized by that J-Code. All J-codes which I have analyzed make use of the fundamental billing unit to determine the relevant AWP for alternative NDCs of a drug, depending upon how many "fundamental billing units" are included in the dosage and presentation of that NDC.

6. As shown in the crosswalk table produced below, the fundamental billing unit for J-9181 is 10 mg. Each NDC in that J code has a different formulation. For example a drug with 500 mg would represent 50 billable units (50*10 mg = 500 mg). For BMS NDC 00015-3061-20 for Vepesid 500mg, the billable units are noted in the last column of the crosswalk table.

7. Returning to Exhibit 2632 which indicates that BCBS reimbursed at a rate of $13.65 for J-9181 in 1996. The $13.65 is reimbursement for each fundamental billing unit ("billable units"). If Medicare were reimbursing for 500mg, the reimbursement would be

$13.65 * 50 \text{ units} = \$682.50$

My median analysis showed that the median for 1996 for J-9181 was $665.38, slightly lower than the amount published by NHIC. Had these pricing sheets been available for the entire Class Period, I could have used these published amounts instead of determining the median AWP independently.

I declare that the foregoing is true and correct under penalty of perjury.

/s/ Raymond S. Hartman
_____
Raymond S. Hartman

# October 2005   NDC - HCPCS  Crosswalk for Medicare Part B Drugs
## Effective October 1, 2005 through December 31, 2005

**Note 1:** This crosswalk is based on published drug and biological pricing data and information submitted to CMS by manufacturers.

**Note 2:** Please submit comments on the crosswalk to e-mail address: sec303aspdata@cms.hhs.gov.

| HCPCS Code | Short Descriptor | Code Dosage Descriptor | Labeler Name | 11-Digit National Drug Code (NDC) | Drug Name | Package Size | Package Quantity | Billable Units Per Package | Billable Units Per 11-Digit NDC |
|---|---|---|---|---|---|---|---|---|---|
| J9181 | Etoposide 10 MG inj | 10 MG | AMERICAN PHARMACEUTICAL PAR | 63323-0104-05 | Etoposide | 5 | 10 | 10 | 100 |
| J9181 | Etoposide 10 MG inj | 10 MG | AMERICAN PHARMACEUTICAL PAR | 63323-0104-25 | Etoposide | 25 | 1 | 50 | 50 |
| J9181 | Etoposide 10 MG inj | 10 MG | AMERICAN PHARMACEUTICAL PAR | 63323-0104-50 | Etoposide | 50 | 1 | 100 | 100 |
| J9181 | Etoposide 10 MG inj | 10 MG | AMERICAN PHARMACEUTICAL PAR | 63323-0104-65 | Etoposide | 50 | 1 | 100 | 100 |
| J9181 | Etoposide 10 MG inj | 10 MG | BAXTER | 10019-0930-01 | Etoposide | 5 | 1 | 10 | 10 |
| J9181 | Etoposide 10 MG inj | 10 MG | BAXTER | 10019-0930-02 | Etoposide | 5 | 1 | 50 | 50 |
| J9181 | Etoposide 10 MG inj | 10 MG | BEDFORD LABORATORIES | 55390-0291-01 | Etoposide | 5 | 1 | 10 | 10 |
| J9181 | Etoposide 10 MG inj | 10 MG | BEDFORD LABORATORIES | 55390-0292-01 | Etoposide | 25 | 1 | 50 | 50 |
| J9181 | Etoposide 10 MG inj | 10 MG | BEDFORD LABORATORIES | 55390-0293-01 | Etoposide | 50 | 1 | 100 | 100 |
| J9181 | Etoposide 10 MG inj | 10 MG | BEDFORD LABORATORIES | 55390-0491-01 | Etoposide | 5 | 1 | 10 | 10 |
| J9181 | Etoposide 10 MG inj | 10 MG | BEDFORD LABORATORIES | 55390-0492-01 | Etoposide | 25 | 1 | 50 | 50 |
| J9181 | Etoposide 10 MG inj | 10 MG | BEDFORD LABORATORIES | 55390-0493-01 | Etoposide | 50 | 1 | 100 | 100 |
| J9181 | Etoposide 10 MG inj | 10 MG | BRISTOL-MYERS SQUIBB | 00015-3404-20 | Etopophos | 1 | 5 | 10 | 50 |
| J9181 | Etoposide 10 MG inj | 10 MG | BRISTOL-MYERS SQUIBB | 00015-3061-20 | Vepesid | 25 | 1 | 50 | 50 |
| J9181 | Etoposide 10 MG inj | 10 MG | BRISTOL-MYERS SQUIBB | 00015-3062-20 | Vepesid | 50 | 1 | 100 | 100 |
| J9181 | Etoposide 10 MG inj | 10 MG | BRISTOL-MYERS SQUIBB | 00015-3084-20 | Vepesid | 7.5 | 1 | 15 | 15 |
| J9181 | Etoposide 10 MG inj | 10 MG | BRISTOL-MYERS SQUIBB | 00015-3095-20 | Vepesid | 5 | 1 | 10 | 10 |
| J9181 | Etoposide 10 MG inj | 10 MG | SICOR | 00703-5653-01 | Etoposide | 5 | 1 | 10 | 10 |
| J9181 | Etoposide 10 MG inj | 10 MG | SICOR | 00703-5656-01 | Etoposide | 25 | 1 | 50 | 50 |
| J9181 | Etoposide 10 MG inj | 10 MG | SICOR | 00703-5657-01 | Etoposide | 50 | 1 | 100 | 100 |

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **REBUTTAL TESTIMONY OF DR. RAYMOND HARTMAN ADDENDUM** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 15, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

By **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292