UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | Judge Patti B. Saris |

TRIAL OF CLASS 2 AND 3 CLAIMS

**APPENDIX OF MATERIALS CITED IN SUPPORT OF THE JOHNSON & JOHNSON DEFENDANTS' MOTION FOR JUDGMENT ON PARTIAL FINDINGS**

Johnson & Johnson, Centocor, Inc. and Ortho Biotech Products, L.P. ("the J&J Defendants") respectfully submit this appendix of materials supporting their motion for judgment on partial findings pursuant to Rule 52(c) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Tab A | Statement of Steve Berman, November 6, 2006 Trial Transcript |
| Tab B | Excerpts from the Written Direct Testimony of Raymond S. Hartman |
| Tab C | Excerpts from the November 20, 2006 Trial Testimony of Raymond S. Hartman |
| Tab D | Excerpts from the November 21, 2006 Trial Testimony of Raymond S. Hartman |
| Tab E | Excerpts from the Written Direct Testimony of Dr. Meredith Rosenthal |
| Tab F | Excerpts from the November 27, 2006 Trial Testimony Dr. Meredith Rosenthal |
| Tab G | Defendants' Exhibit 1075 |
| Tab H | Excerpts from the November 16, 2006 Trial Testimony of Cathleen Dooley |
| Tab I | Excerpts from the November 14, 2006 Trial Testimony of John Hoffman |
| Tab J | Defendants' Exhibit 2782, Plaintiffs' Supplemental Response to the J&J Defendants' Requests for Admission and Interrogatories Concerning Remicade® (Dec. 13, 2005) |
| Tab K | Excerpts from the November 7, 2006 Testimony of Deborah Devaux |
| Tab L | Excerpts from the November 8, 2006 Testimony of Michael Mulrey |
| Tab M | Plaintiffs' Exhibit 261 |
| Tab N | Plaintiffs' Exhibit 4008 |
| Tab O | Trial Declaration of Jayson S. Dukes |
| Tab P | Excerpts from the December 11, 2006 Trial Testimony of Jayson S. Dukes |

Dated:  December 18, 2006            /s/ William F. Cavanaugh, Jr.
                                      William F. Cavanaugh, Jr.
                                      Andrew D. Schau
                                      Erik Haas
                                      **PATTERSON BELKNAP WEBB & TYLER LLP**
                                      1133 Avenue of the Americas
                                      New York, New York  10036-6710
                                      (212) 336-2000

1330737v1

## **Certificate of Service**

I certify that a true and correct copy of the foregoing was served on all parties on December 18, 2006 via LEXIS/NEXIS.

                                                /s/ Andrew D. Schau
                                                Andrew D. Schau

1330737v1