# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | Judge Patti B. Saris |

TRIAL OF CLASS 2 AND 3 CLAIMS

## THE JOHNSON & JOHNSON DEFENDANTS' MOTION FOR JUDGMENT ON PARTIAL FINDINGS

Johnson & Johnson, Centocor, Inc. and Ortho Biotech Products, L.P. hereby move for judgment on partial findings pursuant to Rule 52(c) of the Federal Rules of Civil Procedure. The grounds for the motion are set forth in the accompanying memorandum of law.

Dated:  December 18, 2006       /s/ William F. Cavanaugh, Jr.
                                                            William F. Cavanaugh, Jr.
                                                            Andrew D. Schau
                                                           Erik Haas
                                                           Adeel A. Mangi
                                                          PATTERSON BELKNAP WEBB & TYLER LLP
                                                         1133 Avenue of the Americas
                                                         New York, New York  10036-6710
                                                         (212) 336-2000

## Certificate of Service

I certify that a true and correct copy of the foregoing was served on all parties on December 18, 2006 via LEXIS/NEXIS.

/s/ Andrew D. Schau
Andrew D. Schau