# EXHIBIT A

## Edwards, Steven M.

**From:** Edwards, Steven M.
**Sent:** Saturday, December 09, 2006 12:20 PM
**To:** 'Thomas Sobol'; Hoang, Hoa T. T.
**Cc:** Steve Berman
**Subject:** RE: Letter re BMS objections to PX 4012

I assume you are joking, but the biggest problem with the exhibit is it purports to show that BCBS-MA, Pipefitters and Sheetmetal reimbursed for multi-source drugs manufactured by the defendants in this case, and there is no way that this can be derived from the claims data -- which, incidentally, you have not provided to us.

---

**From:** Thomas Sobol [mailto:Tom@hbsslaw.com]
**Sent:** Saturday, December 09, 2006 12:03 PM
**To:** Edwards, Steven M.; Hoang, Hoa T. T.
**Cc:** Steve Berman
**Subject:** RE: Letter re BMS objections to PX 4012

You need to be more specific.

---

**From:** Edwards, Steven M. [mailto:SMEdwards@HHLAW.com]
**Sent:** December 09, 2006 11:50 AM
**To:** Thomas Sobol; Hoang, Hoa T. T.
**Cc:** Steve Berman
**Subject:** RE: Letter re BMS objections to PX 4012

You didn't ask for the basis. One basis is that the exhibit is false and misleading and does not accurately summarize the underlying data. Another is that Hartman did not purport to analyze either this issue or this data in his expert report. A third is that Hartman did not purport to analyze this issue or Sheet Metals and Pipefitters data in his direct testimony. I suspect we will have additional bases after we examine Hartman on this subject.

---

**From:** Thomas Sobol [mailto:Tom@hbsslaw.com]
**Sent:** Saturday, December 09, 2006 10:58 AM
**To:** Hoang, Hoa T. T.
**Cc:** Edwards, Steven M.; Steve Berman
**Subject:** RE: Letter re BMS objections to PX 4012

I assume this sets forth the full description of the *basis* for the objection.

Thank you.

---

**From:** Hoang, Hoa T. T. [mailto:HTTHoang@HHLAW.com]
**Sent:** December 08, 2006 8:42 PM
**To:** Thomas Sobol
**Cc:** Edwards, Steven M.
**Subject:** Letter re BMS objections to PX 4012

Tom, attached is a letter raising our objections to PX 4012.

12/14/2006


# HOGAN & HARTSON

Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
+1.212.918.3000 Tel
+1.212.918.3100 Fax

www.hhlaw.com

December
~~November~~ 12, 2006

Steven M. Edwards
Partner
212-918-3506
smedwards@hhlaw.com@hhlaw.com

BY ELECTRONIC MAIL

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Thomas Sobol., Esq.
Hagens Berman Sobol Shapiro LLP
1 Main Street
Cambridge, MA 02142

Re:  PX 4012

Dear Steve and Tom,

      In accordance with the discussion on the record at page 61 of yesterday's transcript, please identify the particular transactions in the claims data upon which the "X"s in Plaintiffs Exhibit 4012 are based. Since we have made this request a number of times in the past, and Dr. Hartman's staff obviously had to identify the transactions in order to create the exhibit, we would appreciate receiving the information today. If you cannot provide it today, please let us know when it will be available so we can determine whether to raise this issue with the Court tomorrow.

Sincerely yours,

Steven M. Edwards

SME/cjl

## Edwards, Steven M.

**From:** Hoang, Hoa T. T.
**Sent:** Wednesday, December 13, 2006 5:34 PM
**To:** 'tom@hbsslaw.com'; 'sean@hbsslaw.com'
**Cc:** Edwards, Steven M.; 'Elberg, Jacob'
**Subject:** Back-up claims data to PX 4012

Please email us the back-up claims data that support PX 4012 as soon as possible. If the backup data is too large to email, please send us two copies of the claims data on CD. One CD should be sent to our Hogan & Hartson, New York office. The other CD should be sent to our local counsel Jake Ellberg, Dwyer & Collora LLP, 600 Atlantic Ave., Boston, MA 02210.

Thank you,

HOA HOANG, ATTORNEY AT LAW
HOGAN & HARTSON LLP
875 Third Avenue, New York, NY 10022
direct +1.212.918.3640 | tel +1.212.918.3000 | fax +1.212.918.3100
htthoang@hhlaw.com | http://www.hhlaw.com

# Edwards, Steven M.

**From:** Edwards, Steven M.
**Sent:** Thursday, December 14, 2006 3:06 PM
**To:** Steve Berman; Thomas Sobol; Sean@blbglaw.com
**Cc:** Tretter, Lyndon M.; Sweeney, Thomas J.,; Hoang, Hoa T. T.
**Subject:** X-Chart

We are concerned that we still have not received the back-up to Plaintiffs' Exhibit 4012, and you have refused to tell us when it will be available. Preparing the cross for that exhibit will be a very time consuming, labor intensive task, which will require the assistance of our experts. Under the circumstances, we feel we have no choice but to seek relief from the court unless we receive the back-up by 5 p.m. est today. Please consider this our last attempt to confer before making the necessary motion.


STEVEN EDWARDS, PARTNER
HOGAN & HARTSON LLP
875 Third Avenue, New York, NY 10022
direct +1.212.918.3506 | tel +1.212.918.3000 | fax +1.212.918.3100
smedwards@hhlaw.com | http://www.hhlaw.com

**Edwards, Steven M.**

| | |
|---|---|
| From: | Edwards, Steven M. |
| Sent: | Thursday, December 14, 2006 10:04 PM |
| To: | Thomas Sobol |
| Cc: | Steve Berman |
| Subject: | RE: Sheet metal workers claims coverage backup |

You yourself stated that PX 4012 is a summary that you are offering pursuant to Fed. R. Evid. 1006. The rule states that you have to provide the data the information that is being summarized at a reasonable time and place. It does not contemplate that you can lay a chart on us at the last minute and say the back-up is somewhere in the millions of transaction records we have given you. At a minimum, we have to be able to recreate what you have done so we can verify its accuracy. I think that's what the judge contemplated when she directed you to provide the back-up. At this point, we can't verify your results because we don't know where in the millions of transaction records to look.

-----Original Message-----
From: Thomas Sobol [mailto:Tom@hbsslaw.com]
Sent: Thursday, December 14, 2006 8:36 PM
To: Edwards, Steven M.
Cc: Steve Berman
Subject: Re: Sheet metal workers claims coverage backup

As testified, Hartman relies upon all the claims data provided by the TPPs (electronis and paper) all of which was provided to you about a year ago, along with the statutes, regs and class rep testimony. The Court directed us to identify a claim for the hits for Sheetmetal since those are the paper claims, and we have done that. I don't think (but could be wrong) that the court was requiring us to also go through the electronic databases for bcbs a,d pipefitters to select one of the thousands of hits as an example of the basis for the purchase. I don't see the sense in that but if you believe that is what the court wanted then please advise and explain.

As to Sheetmetals I still do not understand what more factual backup you need that you don't have.

This message is from the handheld of Thomas M. Sobol.


----- Original Message -----
From: Edwards, Steven M. <SMEdwards@HHLAW.com>
To: Thomas Sobol
Cc: Steve Berman
Sent: Thu Dec 14 16:21:20 2006
Subject: RE: Sheet metal workers claims coverage backup

If you are telling me that the pages you cite are all the chart purports to summarize, then the only question is whether the chart is accurate. If there are other documents that Hartman plans to rely on to support this chart, then they have to be identified.

---

> From: Thomas Sobol [mailto:Tom@hbsslaw.com]
> Sent: Thursday, December 14, 2006 7:09 PM
> To: Edwards, Steven M.
> Cc: Steve Berman
> Subject: RE: Sheet metal workers claims coverage backup
>
>
> What do you mean based on AWP. What more would yu want?

1

From: Edwards, Steven M. [mailto:SMEdwards@HHLAW.com]
Sent: December 14, 2006 7:07 PM
To: Thomas Sobol
Cc: Steve Berman
Subject: RE: Sheet metal workers claims coverage backup


This does not include BCBSMA or Pipefitters.  Nor does it establish that any of the Sheet Metal claims were based on AWP.  If this is all you've got, we are going to move to strike the exhibit.

---

>		From: Thomas Sobol [mailto:Tom@hbsslaw.com]
>		Sent: Thursday, December 14, 2006 6:39 PM
>		To: Edwards, Steven M.
>		Cc: Steve Berman
>		Subject: Sheet metal workers claims coverage backup
>		
>		
>		Please advise if there is anything else that you think you need.  We believe that withthis and the underlying claims information that you have had for a year that this should sufice.
>		
>		This electronic message transmission contains information from this law firm which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.
>		
>		If you have received this electronic transmission in error, please notify us by telephone (+1-202-637-5600) or by electronic mail (PostMaster@HHLAW.COM) immediately.

2