**EXHIBIT B**

# Edwards, Steven M.

| | |
|---|---|
| **From:** | Thomas Sobol [Tom@hbsslaw.com] |
| **Sent:** | Thursday, December 14, 2006 6:39 PM |
| **To:** | Edwards, Steven M. |
| **Cc:** | Steve Berman |
| **Subject:** | Sheet metal workers claims coverage backup |
| **Attachments:** | Sheet metal claims coverage backup.pdf |

Please advise if there is anything else that you think you need. We believe that withthis and the underlying claims information that you have had for a year that this should sufice.

**Bates Numbers Used in Sheet Metal Workers Claims Coverage Analysis**

**FOR: ZOLADEX 2001**
001289-90

**FOR: ZOLADEX 2004**
000219-20

**FOR: CYTOXIN 2004**
000876-7

**FOR: PARAPLATIN 2001**
001244-5

**FOR: RUBEX 2004**
000876-7

**FOR: TAXOL 2001**
001244-5

**FOR: TAXOL 2004**
001205-6

**FOR: PROCRIT 2004**
000012-3

**FOR: ALBUTEROL 2001**
001666-7

**FOR: ALBUTEROL 2002**
001158-9

**FOR: ALBUTEROL 2003**
000498-9

**FOR: ALBUTEROL 2004**
001632-3