# EXHIBIT C

# HEALTH INSURANCE CLAIM FORM

**MAIL TO:**
SHEET METAL WORKERS NAT'L HEA RETURN
P O BOX 1449                   SMWN 0001
GOODLETTSVILLE, TN 37070       00113
                               SECONDARY

APPROVED OMB-0938-0008

| Field | Value |
|---|---|
| 1. Program | OTHER (X) (ID) |
| 2. PATIENT'S NAME | (REDACTED) |
| 3. PATIENT'S BIRTH DATE | 04 20 1934  SEX: F (X) |
| 4. INSURED'S NAME | (REDACTED) |
| 5. PATIENT'S ADDRESS | (REDACTED) |
| 6. PATIENT RELATIONSHIP TO INSURED | Spouse (X) |
| 7. INSURED'S ADDRESS | (REDACTED) |
| CITY | SPRINGFIELD    STATE: MA |
| ZIP CODE | 01118-0000 |
| 8. PATIENT STATUS | Married (X) |
| CITY (Insured) | SPRINGFIELD    STATE: MA |
| ZIP CODE (Insured) | 01118-0000 |
| 9. OTHER INSURED'S NAME | |
| 10. IS PATIENT'S CONDITION RELATED TO: | |
| 11. INSURED'S POLICY GROUP OR FECA NUMBER | |
| a. EMPLOYMENT? | NO (X) |
| a. INSURED'S DATE OF BIRTH | 03 07 1937  SEX: M (X) |
| b. OTHER INSURED'S DATE OF BIRTH | 04 20 1937  SEX: F (X) |
| b. AUTO ACCIDENT? | (REDACTED) |
| c. OTHER ACCIDENT? | NO (X) |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | MEDICARE - MASS |
| c. INSURANCE PLAN NAME OR PROGRAM NAME (Insured) | SHEET METAL WORKERS NAT'L |
| d. IS THERE ANOTHER HEALTH BENEFIT PLAN? | YES (X) |
| 12. PATIENT'S SIGNATURE | SIGNATURE ON FILE   DATE 11-17-03 |
| 13. INSURED'S SIGNATURE | SIGNATURE ON FILE |
| 17. NAME OF REFERRING PHYSICIAN | HETZEL, PAUL C. |
| 17a. I.D. NUMBER | A68203 |
| 20. OUTSIDE LAB? | NO (X) |
| 21. DIAGNOSIS | 1. 174.9   2. 288.0 |

| 24. DATE(S) OF SERVICE From / To | Place | Type | CPT/HCPCS | DIAGNOSIS CODE | $ CHARGES | DAYS/UNITS |
|---|---|---|---|---|---|---|
| 02 02 04 / 02 02 04 | 11 | 1 | J9070 | 1 | 88 00 | 1 |
| 02 02 04 / 02 02 04 | 11 | 1 | J1100 | | 50 00 | 10 |
| 02 02 04 / 02 02 04 | 11 | 1 | J9000 | | 627 00 | 1 |
| 02 02 04 / 02 02 04 | 11 | 1 | J7xxx (REDACTED) | | 90 00 | 3 |
| 02 03 04 / 02 03 04 | 11 | 1 | 90782 | | 30 00 | |
| 02 03 04 / 02 03 04 | 11 | 1 | T2505 | | 3688 00 | 1 |

| 25. FEDERAL TAX I.D. NUMBER | 04-3498186  EIN (X) |
|---|---|
| 27. ACCEPT ASSIGNMENT? | NO |
| 28. TOTAL CHARGE | $ 4519 00 |
| 29. AMOUNT PAID | $ 3979.35 |
| 30. BALANCE DUE | $ 539.65 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
HETZEL, PAUL M.D.
LIC.# 039373   03/04/04

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED
SPRINGFIELD MEDICAL ASSOC
2150 MAIN ST, STE 1000
SPRINGFIELD, MA 01104-000

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE
SPRINGFIELD MEDICAL ASSOC
P.O. BOX 219
WINDSOR, CT 06095-0000

HIGHLY CONFIDENTIAL
SMWMASS 000876

Date: 3/08/2004  
Time: 4:25PM

Page: 1

SPRINGFIELD MEDICAL ASSOC INC  
PO BOX 219  
WINDSOR, CT 06095  
Phone: (800) 883-5985

## MEDICARE REMITTANCE NOTICE

Provider/Clinic#:  N51714

Check No/EFT Trace No: 127340082  
Date Paid: 2/26/2004

NAME:

-500

| PERF PROV. | SERVICE DATES | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PAID AMT. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9000 | | 627.00 | 89.76 | 0.00 | 17.95 | 537.24 | 71.81 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 011 | J9070 | | 88.00 | 56.43 | 0.00 | 11.29 | 31.57 | 45.14 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 010 | J1100 | | 50.00 | 1.00 | 0.00 | 0.20 | 49.00 | 0.80 |
| N51714 | 2/02/2004 2/02/2004 | 11 | 003 | J7040 | | 36.00 | 16.92 | 0.00 | 3.38 | 19.08 | 13.54 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | J2505 | | 3688.00 | 2507.50 | 0.00 | 501.50 | 1180.50 | 2006.00 |
| N51714 | 2/03/2004 2/03/2004 | 11 | 001 | 90782 | | 30.00 | 26.66 | 0.00 | 5.33 | 3.34 | 21.33 |
| PT Respon: 539.65 | | | | Claim Totals: | | 4519.00 | 2698.27 | 0.00 | 539.65 | 1820.73 | 2158.62 |

HIGHLY CONFIDENTIAL  
SMWMASS 000877

```
NATIONAL HERITAGE INSURANCE COMPANY                    125103406 100001135              MEDICARE
PROVIDER #: M20160                             COMMONWEALTH HEMATOLOGY                REMITTANCE
CHECK/EFT #:125103406            10/03/01     PAGE #: 7 OF 11                            NOTICE
```

REDACTED

```
PERF PROV   SERV DATE    POS MOS    PROC   MODS   BILLED    ALLOWED   DEDUCT   COINS         GRP/RC-AMT    PROV PD
NAME
                                                                      ICN 0201264192940  ASG    Y   MOA MA01
J23017    0917 091701 11    1 99211           40.00     22.89    0.00     4.58 CO-42     17.11    18.31
J23017    0917 091701 11    1 96412           83.00     55.31    0.00    11.06 CO-42     27.69    44.25
J23017    0917 091701 11    1 96410           93.00     74.70    0.00    14.94 CO-42     18.30    59.76
J23017    0917 091701 11    5 J9045          785.00    555.55    0.00   111.11 CO-42    229.45   444.44
J23017    0917 091701 11    3 J9265          729.00    492.24    0.00    98.45 CO-42    236.76   393.79
PT RESP     240.14           CLAIM TOTALS   1730.00   1200.69    0.00   240.14          529.31   960.55
                                                                                                 960.55 NET

NAME                                                                  ICN 0201264192950  ASG    Y   MOA MA01
J23017    0917 091701 11    1 J7040            30.00     27.27    0.00     5.45 CO-42      2.73    21.82
J23017    0917 091701 11    1 J7040            11.00      8.56    0.00     1.71 CO-42      2.44     6.85
J23017    0917 091701 11   10 J1260           230.00    164.50    0.00    32.90 CO-42     65.50   131.60
J23017    0917 091701 11    2 J1200             4.00      1.02    0.00     0.20 CO-42      2.98     0.82
J23017    0917 091701 11    5 J1100            30.00      1.25    0.00     0.25 CO-42     28.75     1.00
PT RESP      40.51           CLAIM TOTALS    305.00    202.60    0.00    40.51          102.40   162.09
                                                                                                 162.09 NET

NAME
A20005    0905 090501 11    1 99244          239.00    184.19    0.00    36.84 CO-42     54.81   147.35
PT RESP      36.84           CLAIM TOTALS    239.00    184.19    0.00    36.84          54.81    147.35
CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS                                                    147.35 NET

NAME
J02033    0903 090301 32    1 99312           76.00     57.89    0.00    11.58 CO-42     18.11    46.31
J02033    0904 090401 32    1 99312           76.00     57.89    0.00    11.58 CO-42     18.11    46.31
J02033    0906 090601 32    1 99311           46.00     36.09    0.00     7.22 CO-42      9.91    28.87
PT RESP      30.38           CLAIM TOTALS    198.00    151.87    0.00    30.38           46.13   121.49
                                                                                                 121.49 NET

NAME
J06591    0917 091701 11    2 J9190           10.00      6.08    0.00     1.22 CO-42      3.92     4.86
PT RESP       1.22           CLAIM TOTALS     10.00      6.08    0.00     1.22            3.92     4.86
                                                                                                   4.86 NET

NAME
J06591    0917 091701 11    1 99214          114.00     87.78    0.00    17.56 CO-42     26.22    70.22
J06591    0917 091701 11   18 J0640          396.00    299.16    0.00    59.83 CO-42     96.84   239.33
J06591    0917 091701 11    1 96408           60.00     46.63    0.00     9.33 CO-42     13.37    37.30
J06591    0917 091701 11    1 96410           93.00     74.70    0.00    14.94 CO-42     18.30    59.76
J06591    0917 091701 11    1 96412           83.00     55.31    0.00    11.06 CO-42     27.69    44.25
PT RESP     112.72           CLAIM TOTALS    746.00    563.58    0.00   112.72          182.42   450.86
                                                                                                 450.86 NET

NAME
J06591    0917 091701 11    1 J7050           10.00      9.09    0.00     1.82 CO-42      0.91     7.27
J06591    0917 091701 11    1 85024           17.00     11.70    0.00     0.00 CO-42      5.30    11.70
J06591    0917 091701 11    1 82378           35.00     26.22    0.00     0.00 CO-42      8.78    26.22
J06591    0917 091701 11    1 60001           10.00      3.00    0.00     0.00 CO-42      7.00     3.00
PT RESP       1.82           CLAIM TOTALS     72.00     50.01    0.00     1.82           21.99    48.19
                                                                                                  48.19 NET

NAME
J23017    0917 091701 11   16 J9093          176.00     98.08    0.00    19.62 CO-42     77.92    78.46
PT RESP      19.62           CLAIM TOTALS    176.00     98.08    0.00    19.62           77.92    78.46
CLAIM INFORMATION FORWARDED TO: MAIL HANDLERS                                                     78.46 NET

NAME
J23017    0914 091401 11    1 99215          168.00    129.28    0.00    25.86 CO-42     38.72   103.42
J23017    0917 091701 11    1 99212           52.00     40.38    0.00     8.08 CO-42     11.62    32.30
J23017    0917 091701 11    1 96408           60.00     46.63    0.00     9.33 CO-42     13.37    37.30
J23017    0917 091701 11    1 96410           93.00     74.70    0.00    14.94 CO-42     18.30    59.76
J23017    0917 091701 11   11 J9000          759.00    588.83    0.00   117.77 CO-42    170.17   471.06
PT RESP     175.98           CLAIM TOTALS   1132.00    879.82    0.00   175.98          252.18   703.84
CLAIM INFORMATION FORWARDED TO: MAIL HANDLERS                                                    703.84 NET

NAME
J23017    0917 091701 11    1 J7040           11.00      8.56    0.00     1.71 CO-42      2.44     6.85
PT RESP       1.71           CLAIM TOTALS     11.00      8.56    0.00     1.71            2.44     6.85
CLAIM INFORMATION FORWARDED TO: MAIL HANDLERS                                                      6.85 NET
```

HIGHLY CONFIDENTIAL
SMWMASS 001244

**PLEASE DO NOT STAPLE IN THIS AREA**

SHEET METAL WKRS HLTH FD
P O BOX 1449
GOODLETTSVILLE TN 37070

# HEALTH INSURANCE CLAIM FORM

1. MEDICARE   MEDICAID   CHAMPUS   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER [X]
1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1): REDACTED

2. PATIENT'S NAME: REDACTED
3. PATIENT'S BIRTH DATE: 12/04/1935   SEX: X (M)
4. INSURED'S NAME: REDACTED

5. PATIENT'S ADDRESS
CITY: HANOVER   STATE: MA
ZIP CODE: 02339

6. PATIENT RELATIONSHIP TO INSURED: Self [X]
8. PATIENT STATUS: Other [X]

7. INSURED'S ADDRESS: REDACTED
TELEPHONE: REDACTED

9. OTHER INSURED'S NAME: REDACTED
10. IS PATIENT'S CONDITION RELATED TO:
   a. EMPLOYMENT? NO [X]
   b. AUTO ACCIDENT? NO [X]
   c. OTHER ACCIDENT? NO [X]

11. INSURED'S POLICY GROUP OR FECA NUMBER: REDACTED
   a. INSURED'S DATE OF BIRTH: REDACTED
   c. INSURANCE PLAN NAME OR PROGRAM NAME: SHEET METAL WKRS HLTH FD
   d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X]

d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE B

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE   DATE: 10/16/01
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: JAMES R EVERETT MD

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
   1. 162.9 NEOPLASM LUNG

| Date(s) of Service | Place of Service | Type of Service | CPT/HCPCS | Modifier | Diagnosis Code | $ Charges | Days or Units |
|---|---|---|---|---|---|---|---|
| 09 17 01 | 3 | 1 | 99211 | | 1 | 40 00 | 1 |
| 09 17 01 | 3 | 2 | 96410 | | 1 | 93 00 | 1 |
| 09 17 01 | 3 | 2 | 96412 | | 1 | 83 00 | 1 |
| 09 17 01 | 3 | 90 | J9045 | | 1 | 785 00 | 5 |
| 09 17 01 | 3 | 90 | J9265 | | 1 | 729 00 | 3 |
| 09 17 01 | 3 | 2 | 90780 | 59 | 1 | 68 00 | 1 |

25. FEDERAL TAX I.D. NUMBER: 04-3296910
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 1798 00
29. AMOUNT PAID: $ 1547 17
30. BALANCE DUE: $ 250 83

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: JAMES EVERETT, M.D.   SIGNED 10/16/01

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE:
COMMONWEALTH HEM-ONC
10 WILLARD STREET
QUINCY MA 02169

APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

SECOND INSURANCE

HIGHLY CONFIDENTIAL
SMWMASS 001245

```
    ICARE PART B                           (866) 454-9007                                MEDICARE
    CVIDER #:   00040967                                                                 REMITTANCE
    HECK/EFT #: 106730550    06/22/01    PAGE #:   21 OF  37                             NOTICE

    PERF PROV  SERV DATE POS NOS  PROC  MODS    BILLED   ALLOWED  DEDUCT  COINS   GRP/RC-AMT       PROV PD
    NA                                                   ICN 52116221020-00  ASG Y   MOA MA01  MA18
    10212Z    0509 050901 11 001  99214          130.00    80.69    0.00   16.14  CO-42   49.31   64.55
    10212Z    0509 050901 11 001  85024           21.00    11.70    0.00    0.00  CO-42    9.30   11.70
                                                                                  OA-93    0.00
    10212Z    0509 050901 11 002  J1440          514.00   342.76    0.00   68.55  CO-42  171.24  274.21
    10212Z    0510 051001 11 001  99211           35.00    20.47    0.00    4.09  CO-42   14.53   16.38
    10212Z    0510 051001 11 002  J1440          514.00   342.76    0.00   68.55  CO-42  171.24  274.21
    10212Z    0510 051001 11 040  Q0156          800.00   473.60    0.00   94.72  CO-42  326.40  378.88

    PT RESP    252.05           CLAIM TOTALS   2014.00  1271.98    0.00  252.05          742.02 1019.93
    ADJS: PREV PD       0.00 PD TO BENE        0.00 INT  0.00 PRIMARY     0.00   OTHER OA93  0.00
    THE CLAIM IS BEING FORWARDED TO: AARP UNITED HEALTHCARE                         1019.93 NET

    NA                                                                              MOA MA01
    04373Z    0410 041001 11 001  99211 25        33.00    20.47    0.00    4.09  CO-42   12.53   16.38
    04373Z    0410 041001 11 001  96410 59       110.00    65.90    0.00   13.18  CO-42   44.10   52.72
    04373Z    0410 041001 11 001  J7050           20.00    10.59    0.00    2.12  CO-42    9.41    8.47
    04373Z    0410 041001 11 004  J7051            8.00     3.80    0.00    0.76  CO-42    4.20    3.04
    04373Z    0410 041001 11 050  J1642           80.00    13.00    0.00    2.60  CO-42   67.00   10.40
    04373Z    0410 041001 11 003  J1100           30.00     1.71    0.00    0.34  CO-42   28.29    1.37
    04373Z    0410 041001 11 006  J9265         1668.00   [REDACTED]               CO-42  627.06  832.75
    04373Z    0410 041001 11 032  J2405          320.00   [REDACTED]               CO-42  125.44  155.65
    04373Z    0410 041001 11 001  85024           21.00   [REDACTED]               CO-42    9.30   11.70
                                                                                  OA-93    0.00
    04373Z    0410 041001 11 001  90780 59        81.00    47.60    0.00    9.52  CO-42   33.40   38.08

    PT RESP    279.71           CLAIM TOTALS   2571.00  1410.27    0.00  279.71          960.73 1130.56
    ADJS: PREV PD       0.00 PD TO BENE        0.00 INT  0.00 PRIMARY     0.00   OTHER OA93  0.00
                                                                                  1130.56 NET

    NA                                                   ICN 52116221131-00  ASG Y   MOA MA01  MA18
    46327Z    0406 040601 11 001  99211 25        33.00    20.47    0.00    4.09  CO-42   12.53   16.38
    46327Z    0406 040601 11 001  96400           10.00     5.78    0.00    1.16  CO-42    4.22    4.62
    46327Z    0406 040601 11 003  J9214           42.00    33.84    0.00    6.77  CO-42    8.16   27.07
    46327Z    0406 040601 11 001  85024           21.00    11.70    0.00    0.00  CO-42    9.30   11.70
                                                                                  OA-93    0.00
    46327Z    0409 040901 11 001  99211 25        33.00    20.47    0.00    4.09  CO-42   12.53   16.38
    46327Z    0409 040901 11 001  96400           10.00     5.78    0.00    1.16  CO-42    4.22    4.62
    46327Z    0409 040901 11 003  J9214           42.00    33.84    0.00    6.77  CO-42    8.16   27.07

    PT RESP    24.04            CLAIM TOTALS    191.00   131.88    0.00   24.04           59.12  107.84
    ADJS: PREV PD       0.00 PD TO BENE        0.00 INT  0.00 PRIMARY     0.00   OTHER OA93  0.00
                                                                                   107.84 NET

    NAME                                                 ICN 52116221025-00  ASG Y   MOA MA01  MA18
    10212Z    0509 050901 11 001  99213           83.00    51.87    0.00   10.37  CO-42   31.13   41.50

    PT RESP    10.37            CLAIM TOTALS     83.00    51.87    0.00   10.37           31.13   41.50
    ADJS: PREV PD       0.00 PD TO BENE        0.00 INT  0.00 PRIMARY     0.00   OTHER OA93  0.00
    THE CLAIM IS BEING FORWARDED TO: AARP UNITED HEALTHCARE                           41.50 NET

                                                         ICN 52116221114-00  ASG Y   MOA MA01  MA18
    23314Y    0507 050701 11 001  99214          130.00    80.69    0.00   16.14  CO-42   49.31   64.55

    PT RESP    16.14            CLAIM TOTALS    130.00    80.69    0.00   16.14           49.31   64.55
    ADJS: PREV PD       0.00 PD TO BENE        0.00 INT  0.00 PRIMARY     0.00   OTHER OA93  0.00
                                                                                    64.55 NET

    NA                                                   ICN 52116221013-00  ASG Y   MOA MA01  MA18
    04373Z    0511 051101 11 001  99211           35.00    20.47    0.00    4.09  CO-42   14.53   16.38
    04373Z    0511 051101 11 001  J1441          457.00   285.38    0.00   57.08  CO-42  171.62  228.30
    04373Z    0511 051101 11 001  85024           21.00    11.70    0.00    0.00  CO-42    9.30   11.70
                                                                                  OA-93    0.00

    PT RESP    61.17            CLAIM TOTALS    513.00   317.55    0.00   61.17          195.45  256.38
    ADJS: PREV PD       0.00 PD TO BENE        0.00 INT  0.00 PRIMARY     0.00   OTHER OA93  0.00
    THE CLAIM IS BEING FORWARDED TO: HDM CORPORATION                                  256.38 NET
```

HIGHLY CONFIDENTIAL
SMWMASS 001025



18

Employee

REDACTED

12/01/2001
Date Issued

Amount Paid: $8.08

HANOVER, MA 02339

REDACTED

File Copy      This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131  Toll-free (800) 831-4914

Claim No. 1620737

Check No. 0144786

**Explanation of Benefits**     **SMW+ Program**



| Dates of Service | | Amount Charged | Not Covered | Allowed | Insurance Pays | Patient Pays |
|---|---|---|---|---|---|---|
| 08/28/2001 | 08/28/2001 | $80.00 | $0.00 | $8.08 | $8.08 | $8.08 |

Comments:

REDACTED

Provider:        JOHN C WAIN, MD
Participant SSN:
BJK   Claim Number:  1620737

HANOVER, MA 02339

Processed by  *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 001026