# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 |
| _____ | ) ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 _____ | ) ) ) ) ) | |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

## ASTRAZENECA PHARMACEUTICALS LP'S MOTION FOR JUDGMENT ON PARTIAL FINDINGS

Pursuant to Fed. R. Civ. P. Rule 52(c), Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") respectfully moves this Court for judgment on partial findings as to all claims asserted against it in Fourth Amended Master Consolidated Class Action Complaint. The grounds for this motion are stated in: (1) the Memorandum of Law in Support of Track 1 Defendants' Motion for Judgment on Partial Findings; and (2) AstraZeneca's individual memorandum of law, which AstraZeneca has submitted to address issues specific to AstraZeneca.

WHEREFORE, for the reasons set forth in the memoranda described above, AstraZeneca respectfully requests that the Court grant its motion for judgment on partial findings as to all claims in the Fourth Amended Master Consolidated Class Action Complaint and enter an Order (a) dismissing all claims in the Fourth Amended Master Consolidated Class Action Complaint; and (b) providing such other and further relief as the Court deems just and proper.

Respectfully submitted,

                                             By: /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: December 18, 2006

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

  I certify that the moving parties communicated with counsel for plaintiffs on December 18, 2006 in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

                By: /s/ Catherine N. Karuga
                  Catherine N. Karuga

**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing was delivered on December 18, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                By: /s/ Catherine N. Karuga
                  Catherine N. Karuga