UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CLASS ACTIONS | MDL No. 1456<br><br>Civil Action No. 01-cv-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' MOTION TO STRIKE TRACK ONE DEFENDANTS'
PROFFER REGARDING TESTIMONY
FROM CERTAIN FORMER GOVERNMENT EMPLOYEES**

Plaintiffs, by their attorneys, respectfully move this Court to strike Defendants' proffer regarding "testimony" from certain former government employees. As grounds for the foregoing, as set forth more fully in their accompanying memorandum of law, Plaintiffs state as follows:

1. Defendants' proffer should be stricken for three reasons. First, and most importantly, it is improper trial testimony because it is, at its core, merely the testimony of counsel and is offered without any opportunity to cross examine the witnesses on the precise issues in this case.

2. Second, as this Court previously ruled, Defendants did not seek to have the *actual* testimony of these witnesses on a timely basis. Notably, even though Defendants have known of these witnesses for years, Defendants' purported "diligent efforts" to obtain this testimony began less than a month before trial. The proper remedy for this failure is, as this Court has done, to refuse to allow the testimony.

3. Third, because Defendants introduced substantial evidence regarding purported government knowledge at trial, they will not be prejudiced by the Court's refusal to accept their improper proffer.

001534.16 145323v1

WHEREFORE Plaintiffs respectfully request that this Court strike Track One Defendants' Proffer Regarding Testimony From Certain Former Government Employees, and all other relief that this Court deems just and proper.

DATED: December 19, 2006

By: /s/ Steve W. Berman
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496b-6611

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm LLC
740 S. Third Street, Third Floor
Philadelphia, PA  19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

*Co-Lead Counsel For Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing ***Plaintiffs' Motion to Strike Track One Defendants' Proffer Regarding Testimony From Certain Former Government Employees*** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 19, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

> By: /s/  Steve W. Berman
> Hagens Berman Sobol Shapiro LLP
> 1301 Fifth Avenue, Suite 2900
> Seattle, WA  98101
> Telephone: (206) 623-7292

001534.16 145323v1