# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | |
| | ) | |
| _____ | ) | Judge Patti B. Saris |
| | ) | |
| THIS DOCUMENT RELATES TO | ) | |
| 01-CV-12257-PBS and 01-CV-339 | ) | |
| _____ | ) | |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

## TRACK 1 DEFENDANTS' REQUEST FOR ADMISSION OF TRIAL EXHIBITS

The Track 1 Defendants hereby move for admission of the exhibits listed on Appendix A. Plaintiffs have indicated that they intend to object to the admission of the exhibits marked with an asterisk.

Respectfully submitted on behalf of the Track 1 Defendants,

By: /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: December 19, 2006

## APPENDIX A

| Exhibit Number |
|---|
| 899 |
| 1012 |
| 1017 |
| 1024 |
| 1038 |
| 1044 |
| 1048 |
| 1049 |
| 1069 |
| 1072 |
| 1074 |
| 1076 |
| 1081* |
| 1085 |
| 1088 |
| 1090 |
| 1091 |
| 1093 |
| 1094 |
| 1096 |
| 1104 |
| 1110 |

| **Exhibit Number** |
|---|
| 1112 |
| 1119 |
| 1126 |
| 1137 |
| 1140 |
| 1169 |
| 1171 |
| 1172 |
| 1174 |
| 1175 |
| 1202 |
| 1227 |
| 1232 |
| 1266 |
| 1268 |
| 1275 |
| 1280 |
| 1353 |
| 1355 |
| 1367 |
| 1505 |
| 1522 |
| 1527 |

| Exhibit Number |
| --- |
| 1564 |
| 1575 |
| 1646 |
| 1656* |
| 1705 |
| 1716 |
| 1717 |
| 1768 |
| 1800 |
| 1805 |
| 1825 |
| 1832 |
| 1880 |
| 1905 |
| 1929 |
| 1944 |
| 1953 |
| 1960 |
| 1979 |
| 1980 |
| 2001* |
| 2057 |
| 2059 |

| Exhibit Number |
|---|
| 2061 |
| 2075 |
| 2084 |
| 2087 |
| 2090 |
| 2099 |
| 2100 |
| 2105 |
| 2107 |
| 2117 |
| 2119 |
| 2126 |
| 2132 |
| 2133 |
| 2147 |
| 2156 |
| 2157 |
| 2170 |
| 2199 |
| 2203 |
| 2440 |
| 2545 |
| 2566 |

| Exhibit Number |
| --- |
| 2587 |
| 2588 |
| 2589 |
| 2591 |
| 2604 |
| 2616 |
| 2623 |
| 2624 |
| 2625 |
| 2626 |
| 2632 |
| 2642 |
| 2643 |
| 2644 |
| 2645 |
| 2653 |
| 2657 |
| 2758 |
| 2765 |
| 2782 |
| 2969* |
| 2970* |
| 2971* |

| Exhibit Number |
|---|
| 2972* |
| 4019 |

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on December 19, 2006 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                      By: /s/ Catherine N. Karuga
                                              Catherine N. Karuga