# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | )<br>)<br>)  MDL No. 1456<br>)<br>)  Civil Action No. 01-12257-PBS<br>)<br>)  Judge Patti B. Saris<br>)<br>)<br>) |

## SCHERING'S AND WARRICK'S SUPPLEMENTAL LIST OF TRIAL EXHIBITS

Following the testimony of Dr. Kolassa on December 19, 2006, counsel for Plaintiffs agreed with counsel for Schering and Warrick that all exhibits attached to Plaintiffs' Statement of Counsel Regarding the "Kolassa Mistake" and all exhibits attached to Schering's and Warrick's Response to Plaintiffs' "Kolassa Confirmation" would be admitted into evidence without objection.  (Trial Tr. (Dec. 19, 2006) 133:23-134:9.)  The Court agreed to admit these exhibits, which counsel were to mark and submit to the Court at a later date (*Id.* at  34:10-12.)  Accordingly, the three exhibits that were attached to Schering's and Warrick's Response to Plaintiffs' "Kolassa Confirmation" are identified below, and the originals will be provided to the Court by hand.

| Exhibit No. | Description |
|---|---|
| 2974 | Linda K. Smith, *Respiratory's New Coding Headache* (May 2002), http://www.hhcdealer.com/article.php?p=4&s=HHC/2002/05 |
| 2975 | Declaration of Direct Testimony by Eugene M. "Mick" Kolassa (Dec. 16, 2006). |
| 2976 | Chart Entitled "Sheet Metal Workers Claims for Albuterol with Schering's and Warrick's Comments. |

2

>Respectfully Submitted,
>
>/s/ John T. Montgomery
>John T. Montgomery (BBO#352220)
>Steven A. Kaufman (BBO#262230)
>Eric P. Christofferson (BBO#654087)
>Ropes & Gray LLP
>One International Place
>Boston, Massachusetts 02110-2624
>(617) 951-7000
>
>*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated:  December 20, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that on December 20, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

>/s/ Adam Wright
>Adam Wright