UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-MEL | MDL No. 1456 <br> Master File No. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |

### JOINT MOTION BY THE UNITED STATES, RELATOR, AND DEY DEFENDANTS TO SET A BRIEFING SCHEDULE, FILE REPLY BRIEFS AND EXCEED PAGE LIMITS

On December 22, 2006, defendants Dey, Inc., Dey, L.P., Inc., and Dey, L.P (collectively "Dey") will be filing a motion to dismiss the complaint of Plaintiff United States of America ("United States") (the "Motion to Dismiss"). Pursuant to Local Rules 7.1(a)(1), 7.1(b)(3) and 7.1(b)(4), Dey and Plaintiffs United States and Ven-A-Care of the Florida Keys, Inc. (collectively, "Plaintiffs") respectfully request that the Court enter the proposed Case Management Order, annexed hereto as Exhibit A, setting forth a briefing schedule, permitting reply briefs, and allowing the parties to exceed page limits for briefs filed in connection with Dey's Motion to Dismiss, as set forth below:

| Brief | Due Date | Maximum Pages |
|---|---|---|
| Dey's Moving Brief | December 22, 2006 | 40 |
| Plaintiffs' Opposition Brief | February 2, 2007 | 40 |
| Dey's Reply Brief | February 16, 2007 | 15 |
| Plaintiffs' Sur-Reply Brief | March 2, 2007 | 15 |

All parties agree that allowing the additional briefing and extended page limits will assist the Court in its consideration of the Motion to Dismiss. The Motion to Dismiss will

raise a range of complex legal issues and arguments. The additional briefs and pages will enable the parties to adequately address these issues and make their arguments, thereby assisting the court in reaching a just result.

Wherefore, the parties jointly request that the Court enter the proposed Case Management Order, annexed hereto as Exhibit A, which establishes a briefing schedule, permits additional briefing, and allows the parties to exceed page limits.

Dated: December 21, 2006

Respectfully submitted,

/s/ Paul F. Doyle
Paul F. Doyle (BBO # 133460)
William Escobar (*pro hac vice*)
Neil Merkl (*pro hac vice*)
Christopher C. Palermo (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

-and-

/s/ Martin F. Murphy
Martin F. Murphy (BBO # 363250)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02110
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
***Attorneys for Defendants***
***Dey, Inc., Dey L.P., Inc. and Dey L.P.***

PETER D. KEISLER
Assistant Attorney General
Civil Division

MICHAEL J. SULLIVAN

United States Attorney

/s/ George B. Henderson, II
GEORGE B. HENDERSON, II
Assistant United States Attorney
1 Courthouse Way
John Joseph Moakley Courthouse
Boston, Massachusetts 02210
Telephone: (617) 748-3272
Facsimile: (617) 748-3971

MICHAEL F. HERTZ
JOYCE R. BRANDA
JOHN K. NEAL
LAURIE A. OBEREMBT
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-3345
Facsimile: (202) 305-7868
***Attorneys for Plaintiff***
***United States of America***


/s/ Jonathan Shapiro
Jonathan Shapiro (BBO # 454220)
STERN SHAPIRO WEISSBERG & GARIN LLP
90 Canal Street
Boston, Massachusetts 02114-2022
Telephone: (617) 742-5800
Facsimile: (617) 742-5858

James J. Breen
Florida Bar No. 0297178
Alison W. Simon
Florida bar No. 0109568
THE BREEN LAW FIRM, P.A.
P.O. Box 297470
Pembroke Pines, Florida 33029-7470
Telephone: (954) 874-1635
Facsimile: (954) 874-1705
***Attorneys for Relator***
***Ven-A-Care of the Florida Keys, Inc.***