# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | ) ) | MDL No. 1456 Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-MEL | ) ) ) ) |

[PROPOSED] CASE MANAGEMENT ORDER NO. _____

WHEREAS, on December 22, 2006, defendants Dey, Inc., Dey, L.P., Inc., and Dey, L.P (collectively "Dey") will be filing a motion to dismiss the complaint of Plaintiff United States of America ("United States") (the "Motion to Dismiss"); and

WHEREAS, Plaintiffs United States and Relator Ven-A-Care of the Florida Keys, Inc. (collectively, "Plaintiffs") and Defendant Dey have jointly moved this Court for a Case Management Order setting a briefing schedule, permitting reply briefs, and allowing the parties to exceed page limits for briefs filed in connection with Dey's Motion to Dismiss;

IT IS HEREBY ORDERED:

1.      The Court will permit Dey to file a reply brief and Plaintiffs to file a sur-reply brief.

2.      The Court sets the following briefing schedule and page limits:

| Brief | Due Date | Maximum Pages |
|---|---|---|
| Dey's Moving Brief | December 22, 2006 | 40 |
| Plaintiffs' Opposition Brief | February 2, 2007 | 40 |
| Dey's Reply Brief | February 16, 2007 | 15 |
| Plaintiffs' Sur-Reply Brief | March 2, 2007 | 15 |

2

SO ORDERED THIS ___ DAY of _____, 2006


_____
PATTI B. SARIS
United States District Judge