## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on December 21, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Philip D. Robben