**DECLARATION OF STEVEN J. YOUNG**

**IN SUPPORT OF THE TRACK 2 DEFENDANTS'**

**OPPOSITION TO CLASS CERTIFICATION**


**DECEMBER 21, 2006**

1.      I have been a consultant to the health care industry for more than twenty years.  My compensation and qualifications are detailed in my Expert Declaration in support of the Track 2 Defendants' Opposition To Class Certification, dated June 15, 2006.

2.      I have reviewed Plaintiffs' Generics Chart, in which Plaintiffs purport to list all the sources associated with certain J-Codes and Subject Drugs at issue in the Track 2 class certification proceedings.[1]

3.      In my opinion, Plaintiffs' chart is, in many instances incorrect or incomplete.  Exhibit 1 is a revised version of Plaintiffs' chart, reflecting my corrections and additions.

4.      In preparing Exhibit 1, I analyzed Medicare's April 2005 Crosswalk ("Crosswalk"), October 2003 CMS Background file ("Background File"), Redbook J-Codes Files, Redbook Ready Price tables and First DataBank PricePoint software to identify sources for each J-Code having at least one NDC with a published AWP during the proposed class period (ending December 31, 2004).

5.      As I have explained previously, and as confirmed by Dr. Berndt[2], it is difficult (if not impossible) to identify, for the entire span of the class period, every NDC and source comprising a given J-Code.  Accordingly, while it is clear that a multi-source drug administered to a particular class plaintiff could have been sold by one of numerous suppliers, many of whom are not even Track 2 defendants, it is not possible to definitively identify the entire universe of potential suppliers during the proposed class period based on the information available.  Nor does Plaintiffs' supplemental submission address the fundamental problem of identifying which of the numerous sources supplied the actual drug administered to the plaintiff.

6.      I have identified the additional information I relied upon in preparing this report in attached Exhibit 1b.  I have also included certain assumptions in the text of the chart.  Finally, for the convenience of the Court, I have incorporated into this single

---

[1] See "Corrected Class Plaintiffs' Submission of the "Generics Chart" Pursuant To The Oral Request Of The Court During The Class Certification Hearing In Connection With Track 2", Exhibit B, dated October 17, 2006.

[2] See Professor Berndt Memorandum dated August 9, 2005, p.3 in which Professor Berndt states "In summary, just how feasible and costly it will be to crosswalk reliably between the HCPCS codes will likely vary over time, across payors and among the various physician-administered drugs. Whether cross walking will be sufficiently reliable and comprehensive in the class certification context remains I think an open empirical issue."

chart, based on information provided by counsel and my review of Plaintiffs' class
certification papers, Track Two Defendants' deletions of new drug encounters and class
representatives.

I declare under penalty of perjury under the laws of the United States of America that
the foregoing is true and correct.  Executed on December 21, 2006.

Steven J. Young

**Exhibit 1**

## General Assumptions

This analysis includes J-codes identified in Exhibit B provided by the Plaintiffs in the "Corrected Class Plaintiffs' Submission Of The "Generics Chart" Pursuant To The Oral Request Of The Court During The Class Certification Hearing In Connection With Track 2" dated October 17, 2006. I considered the following sources:

1) Sources identified from the CMS April 2005 NDC-HCPCS Crosswalk ("Crosswalk"), the CMS 2003 HCPCS Background File ("Background File") and Redbook J-Code Relational Table ("Redbook J-Codes") for individual J-codes provided in Plaintiffs' Exhibit B.

2) Sources identified from First Data Bank and Redbook for each J-code which had the same ingredient name, strength, and administration route based on NDCs identified in the "Crosswalk", "Background File", or "Redbook J-Codes" using the following criteria:

   a) Instances where the ingredient name, strength and route were similar.

   b) Instances where the ingredient name and strength were the same, and the route was either N/A, Injection, or IV.

   c) Instances where the ingredient name and route were similar, but the strength was different, however, no other J-Code are available for that NDC.

   d) Instances where the Plaintiffs' Exhibit B identified an entity as a source.

3) All source names identified from the Crosswalk, Background File, First DataBank and Redbook have been included for which an AWP existed prior to January 1, 2005. If the same NDC included different names from different sources, all are included.

For purposes of this analysis, I consider a multi-source drug to be any drug where there are 2 or more sources (NDCs) associated with one J-Code. I use this definition for two reasons. First, the issues I have identified associated with multi-source drugs apply once there is more than one source for a drug coded under the same J-code (e.g. it is unknown which source was administered to the patient, the government or TPP must select one and only one of the different AWPs to use for the reimbursement of that J-code, and two competing sources of the drug must, by definition, be reimbursed at the same amount under that J-code). Second, Medicare recognized this approach when it implemented the Single Drug Pricer by including J-Codes with only 2 sources in the Single Drug Pricer analysis and supporting background file.

Exhibit 1

**Manufacturer: Abbott**

| Drug | HCPCS Code | Named Manufacturer | Drug Source | Plaintiffs' Allegations | | | | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | | |
| A-Methapred | J2920, J2930 | Abbott | Multi | Bean (2/19/04-10/27/04) | Yes | Yes | Yes | Abbott, APP, Pfizer, Physicians Total Care' | 13 | Abbott, Abraxis, Aliscripts, American Pharmaceutical Partners, Compumed Pharmaceuticals, Consolidated Midland Corp, Hospira, H.L. Moore Drug Exchange Inc., Pfizer, Pharmacia, Physicians Total Care, Quad Pharmaceuticals, Southwood Pharm |
| Dextrose | J7060, J7070 | Abbott | Multi | Bean | No | No | No | | 8 | Abbott, Amphastar Pharmaceuticals, B. Braun, Baxter, Compumed Pharmaceuticals, Hospira, IVAC Corporation, Physicians Total Care |
| Diazepam | J3360 | Abbott | Multi | No | Yes | Yes | Yes | | 23 | Abbott, Aliscripts, Baxter, Cheshire Pharm. Systems, Compumed Pharmaceuticals, Consolidated Midland Corp, DRx, Elkins-Sinn, Fujisawa Healthcare, H.L. Moore Drug Exchange, Hospira, IDE Interstate, Ivax Pharmaceuticals, Lederle Standard Products, Major Pharmaceuticals, Parenta Pharm, Physicians Total Care, Roche, Roxane, Rugby Laboratories, Schein Pharmaceutical, Steris Laboratories, United Research Labs |
| D5W 1000ml Solution | J7070 | Abbott | Multi | Bean | | | | | 8 | Abbott, Amphastar Pharmaceuticals, B. Braun, Baxter, Compumed Pharmaceuticals, Hospira, IVAC Corporation, Physicians Total Care |
| Fentanyl Citrate | J3010 | Abbott | Multi | Bean | Yes | Yes | Yes | Baxter, Hospira (Abbott), Physicians Total Care', Taylor | 10 | Abbott, Akorn, Baxter, Cheshire Pharm. Systems, Elkins-Sinn, Hospira, Marsam Pharmaceuticals, PharMEDium Services, Physicians Total Care, Taylor |
| Gentamicin | J1580 | Abbott | Multi | Howe | No | No | No | | 27 | Abbott, Aliscripts, American Pharmaceutical Partners, B. Braun, Baxter, Compumed Pharmaceuticals, Consolidated Midland Corp., Elkins-Sinn, Fujisawa, Gensia Sicor Pharm, H.L. Moore Drug Exchange, Harber, Hospira, IDE Interstate, Insource, Iolab Pharmaceuticals, Ivax Pharmaceuticals, Major Pharmaceuticals, Physicians Total Care, Rugby Laboratories, Schein Pharmaceuticals, Schering, Solopak Laboratories, Steris Laboratories, Taylor Pharmaceuticals, Watson |
| Heparin | J1642, J1644 | Abbott | Multi | Aaronson¹, Young-(8/20/04-10/23/04)¹ | Yes | Yes | Yes | Abbott, Hospira (Abbott), Aliscripts', American Pharmaceutical Partners, B. Braun Medical, Baxter, B-D Hospital Division, Deen Pre-filled Syringes, Excelsior Medical Corporation, Kendall Healthcare, Medefil Inc., Novaplus, Pegasus, Pfizer, Pharmacia, Physicians Total Care', Salient HCT, Vital Signs | 42 | Abbott, Abraxis, Aliscripts, American Pharmaceutical Partners, Amsino Medical USA, Apothecon Products, B. Braun Mcgaw, Baxter, Becton Dickinson Inj Systems, Compumed Pharmaceuticals, Consolidated Midland, Deen, Eli Lilly & Co., Elkins-Sinn, Excelsior Medical Corporation, Fujisawa Healthcare, Hospira, Ide Interstate, International Technidyne Corp, Ivax Pharmaceuticals, Kendall, Major Pharmaceuticals, Marsam Pharmaceuticals, Mcguff, Medefil, Novaplus, Pegasus, Pfizer, Pharmacia, Physicians Total Care, Rugby Laboratories, Salient HCT, Sanofi-Synthelabo, Schein Pharmaceutical, Sherwood, Solopak Laboratories, Steris Laboratories, Taylor Pharmaceuticals, Truxton Co., United Research Labs, Vital Signs, Wyeth Pharmaceuticals |
| Leucovorin Calcium | J0640 | Abbott | Multi | No | Yes | No | No | | 21 | Abbott, Abraxis, American Pharmaceutical Partners, American Regent, Bedford, Elkins-Sinn, Glaxo Wellcome Inc, Gensia, Harber Pharmaceutical, H.L. Moore Drug Exchange, Immunex, Major Pharmaceuticals, Mayne, Novaplus, Physicians Total Care, Quad Pharmaceuticals, Raway Pharmacad, Roxane Labs, Sicor, Supergen, UDL |

Exhibit 1

**Manufacturer: Abbott**

| Drug | HCPCS Code | Named Manufacturer | Plaintiffs' Allegations | | | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
| | | | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | | | |
|---|---|---|---|---|---|---|---|---|---|
| Normal Saline Solution | J7040 | Abbott | Multi | Bean | | | | 44 | Abbott, Allscripts, American Pharmaceutical Partners, American Regent, Amphastar Pharmaceuticals, Amsino, B. Braun, Baxter, Becton Dickinson, Compumed Pharmaceuticals, Consolidated Midland Corp, Dean, Elkins-Sinn, ESI Lederle, Fujisawa, GE Healthcare, Genesis Sicor Pharm, Guy & O'Neill, H.L. Moore  Drug Exchange, Harber Pharmaceutical, Hospira, IDE Interstate, Insourcs, IVAC Corporation, Ivax Pharmaceutical, Kendall, Legere Pharmaceutical, Major Pharmaceutical, Marsam, Mcguff, Medefil, Merit Pharmaceuticals, Ortho Biotech, Physicians Total Care, Raway Pharmacal, Roberts/Hauck Pharm, Schein Pharmaceutical, Solopak Medical Products, Steris Laboratories, Taylor, Truxton, United Research Labs, Veratex, Vital Signs |
| Sodium Chloride | J2912, J7130 | Abbott | Multi | Aasenenn[1], Gierk[1] | No | No | | 59 | Abbott, Abraxis, American Pharmaceutical Partners, Allscripts, Alpharma, American Regent, Amphastar Pharmaceuticals Inc., Amsino Medical, AstraZeneca, B. Braun Medical Inc., Baxter, Becton Dickinson, Compumed Pharmaceuticals, Consolidated Midland Corp, Dean, Day, Elkins-Sinn, ESI Lederle, Excelsior Medical Corporation, Fujisawa Healthcare, GE Healthcare, Genesis Sicor Pharm, Guy & O'Neill, Harber Pharmaceutical, H.L. Moore Drug Exchange, Hospira, IDE Interstate, Insource, IVAC Corporation, Ivax Pharmaceuticals, Kendall, Legere Pharmaceuticals, Praecis Pharmaceuticals Inc, Major Pharmaceuticals, Marsam Pharmaceuticals, McGuff Co, Medefil, Merit Pharmaceuticals, Nephron Pharmaceuticals, Ortho Biotech, Physicians Total Care, Raway Pharmacal, Roberts-Hauck, Rocap, Roxane, Salient HCT, Schein Pharmaceutical, Sherwood, Solopak Laboratories, Steris Laboratories, Stratus Pharmaceutical, Taylor Pharmaceuticals, Truxton Co., UDL, United Research Labs, Veratex Corp, Vital Signs, VHA Inc, Warrick Pharmaceuticals |
| Vancomycin | J3370 | Abbott | Multi | Young[1] | Yes | No | American Pharmaceutical Partners, Baxter, Elkins-Sinn, Hospira | 10 | Abbott, American Pharm Partners, Baxter, Elkins-Sinn, Eli Lilly, Harber Pharmaceutical, Hospira, Novaplus, Quad Pharmaceuticals, Schein Pharmaceutical |

[1] Plaintiffs' Motion For Class Certification dated May 8, 2006 does not name this class representative for this Defendant

Exhibit 1

Page 4 of 15

**Manufacturer: Amgen**

| Drug | HCPCS Code | Named Manufacturer | Plaintiffs' Allegations | | | | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
|------|-----------|--------------------|-------------------------|--|--|--|-------------------|------------------------------------------------------------------------------------------------------------------|
| | | | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | | |
| Aranesp | J0880, Q0137, Q4054 | Amgen | Single | Aaronson, Carter | Yes | No | | 1 | Amgen |
| Epogen | Q4055, Q0136[2] | Amgen | Single Multi | Aaronson, Bean | Yes | No | | 3 | Allscripts, Amgen, Ortho |
| Neulasta | J2505 | Amgen | Single | Aaronson | Yes | No | | 1 | Amgen |
| Neupogen | J1440, J1441 | Amgen | Single Multi | No | Yes | Yes | | 3 | Allscripts, Amgen, Physicians Total Care |

[2] Ortho sells Epoetin Alpha (chemical name for Epogen) under another name, Procrit, and depending on the indication, Procrit could be billed under the same j-code.

Exhibit 1

**Manufacturer: Aventis**

| Drug | HCPCS Code | Named Manufacturer | Plaintiffs' Allegations | | | | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
| | | | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | | | |
|------|-----------|--------------------|-------------|------------------|------------------|------------------|-----|-----|-----|
| Anzemet | J1260, Q0180 | Aventis | Single | | Yes | Yes | | 4 | Abbott HPD, Allscripts, Sanofi-Aventis, Organon |
| Gammar P IV | Q9941, Q9942 | Aventis | Multi | | No | Yes | | 7 | American Red Cross, Aventis, Baxter, Hyland, Octapharma USA, ZLB Behring, ZLB Bioplasma |

Exhibit 1

## Manufacturer: Baxter

| | | | Plaintiffs' Allegations | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Drug | HCPCS Code | Named Manufacturer | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
| Bebulin | J7194 | Baxter | Multi | No | No | Yes | | 5 | Alpha Therapeutic, Baxter, Grifols, Hyland, Bayer |
| Buminate | P9041, P9045, P9046, P9047 | Baxter | Multi | Aaronson (8/30/4-1+/20/04)[1] | No | No | Alpha Biologics, American Red Cross, Aventis Behring, Baxter, Bayer, Grifols, Hyland Immuno, Mallinckrodt, ZLB Bioplasma | 14 | Alpha Therapeutic, Alpha Biologics, American Red Cross, Aventis Behring, Baxter, Bayer, Grifols, Hollister-Stier, Hyland, Immuno-US, Mallinckrodt, Talecris Biotherapeutics, ZLB Behring, ZLB Bioplasma |
| Dextrose | J7060, J7070 | Baxter | Multi | Bean, Clark (2/13/02-4/17/02) | No | No | B. Braun Medical, Baxter, Hospira, Ivac Corporation, Physicians Total Care | 8 | Abbott, Amphastar Pharmaceuticals, B. Braun, Baxter, Compumed Pharmaceuticals, Hospira, IVAC Corporation, Physicians Total Care |
| D5W 1000ml Solution | J7070 | Baxter | Multi | Bean | | | | 8 | Abbott, Amphastar Pharmaceuticals, B. Braun, Baxter, Compumed Pharmaceuticals, Hospira, IVAC Corporation, Physicians Total Care |
| Gammagard | Q9941, Q9942 | Baxter | Multi | No | No | Yes | | 7 | American Red Cross, Aventis, Baxter, Hyland, Octapharma USA, ZLB Behring, ZLB Bioplasma |
| Gentamicin | J1580 | Baxter | Multi | Howe | | | | 27 | Abbott, Abraxis, Allscripts, American Pharmaceutical Partners, B. Braun, Baxter, Compumed Pharmaceuticals, Consolidated Midland Corp., Elkins-Sinn, Fujisawa, Gensia Sicor Pharm, H.L. Moore Drug Exchange, Harber, Hospira, IDE Interstate, Insource, Iolab Pharmaceuticals, Ivax Pharmaceuticals, Major Pharmaceuticals, Physicians Total Care, Rugby Laboratories, Schein Pharmaceuticals, Schering, Solopak Laboratories, Steris Laboratories, Taylor Pharmaceuticals, Watson |
| Heparin | J1642, J1644 | Baxter | Multi | Aaronson, Young (8/20/04-10/20/04)[1] | Yes | Yes | Abbott, Hospira (Abbott), Allscripts*, American Pharmaceutical Partners, B. Braun Medical, Baxter, B-D Hospital Division, Dean Pre-filled Syringes, Excelsior Medical Corporation, Kendall Healthcare, Medefil Inc, Novaplus, Pegasus, Pfizer, Pharmacia, Physicians Total Care | 42 | Abbott, Abraxis, Allscripts, American Pharmaceutical Partners, Amsino Medical USA, Apothecon Products, B. Braun Mcgaw, Baxter, Becton Dickinson Inj Systems, Compumed Pharmaceuticals, Consolidated Midland, Deen, Eli Lilly & Co., Elkins-Sinn, Excelsior Medical Corporation, Fujisawa Healthcare, Hospira, Ide Interstate, International Technidyne Corp, Ivax Pharmaceuticals, Kendall Major Pharmaceuticals, Marsam Pharmaceuticals, Mcguff, Medefil, Novaplus, Pegasus, Pfizer, Pharmacia, Physicians Total Care, Rugby Laboratories, Salient HCT, Sanofi-Synthelabo, Schein Pharmaceutical, Sherwood, Solopak Laboratories, Steris Laboratories, Taylor Pharmaceuticals, Truxton Co., United Research Labs, Vital Signs, Wyeth Pharmaceuticals |
| Normal Saline Solution | J7040 | Baxter | Multi | Bean | | | | 44 | Abbott, Allscripts, American Pharmaceutical Partners, American Regent, Amphastar Pharmaceuticals, Amsino, B. Braun, Baxter, Becton Dickinson, Compumed Pharmaceuticals, Consolidated Midland Corp, Deen, Elkins-Sinn, ESI Lederle, Fujisawa, GE Healthcare, Gensia Sicor Pharm, Guy & O'Neill, H.L. Moore Drug Exchange, Harber Pharmaceutical, Hospira, IDE Interstate, Insource, IVAC Corporation, Ivax Pharmaceutical, Kendall, Legere Pharmaceutical, Major Pharmaceutical, Marsam, Mcguff, Medefil, Merit Pharmaceuticals, Ortho Biotech, Physicians Total Care, Raway Pharmacal, Roberts/Hauck Pharm, Schein Pharmaceutical, Solopak Medical Products, Steris Laboratories, Taylor, Truxton, United Research Labs, Veratex, Vital Signs |

Exhibit 1

**Manufacturer: Baxter**

| Drug | HCPCS Code | Plaintiffs' Allegations | | | | | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
| | | Named Manufacturer | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | | |
| Sodium Chloride | J2912, J7030, J7040, J7050, J7130 | Baxter | Multi | Aaronson[1], Clark | No | Yes | | 59 | Abbott, Abraxis, Allscripts, Alpharma, American Pharmaceutical Partners, American Regent, Amphastar Pharmaceuticals Inc, Amsino Medical, Astrazeneca, B. Braun McGaw, Baxter, Becton Dickinson, Compumed, Consolidated Midland, Deen, Dey, Elkins-Sinn, ESI Lederle, Excelsior Medical Corporation, Fujisawa, GE Healthcare, Gensia Sicor, Guy & O'Neill, H.L. Moore Drug Exchange, Harber, Hospira, IDE Interstate, Insource, IVAC Corporation, Ivax Pharmaceuticals, Kendall, Legere Pharmaceuticals, Major Pharmaceuticals, Marsam Pharmaceuticals, McGuff Co, Medefil, Merit Pharmaceuticals, Nephron Pharmaceuticals, Ortho Biotech, Physicians Total Care, Praecis Pharmaceuticals Inc, Raway Pharmacal, Roberts-Hauck, Rocap, Roxane, Salient, Schein Pharmaceuticals, Sherwood, Solopak Laboratories, Steris Laboratories, Stratus Pharmaceuticals, Taylor Pharmaceuticals, Truxton, UDL, United Research, Veratex, VHA Inc, Vital Signs, Warrick Pharmaceuticals |
| Travasol | J3490[4] | | Multi | Yes | Yes | Yes | | | |

[1] Plaintiffs' Motion For Class Certification does not name this class representative for this Defendant

[4] J3490 represents a miscellaneous code which is not specific to a particular drug.

Exhibit 1

**Manufacturer: Bayer**

| Drug | HCPCS Code | Plaintiffs' Allegations | | | | | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SOP, RedBook, and First DataBank |
| | | Named Manufacturer | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | | | |
| Gamimune | C9943, C9944 | Bayer | Multi | No | No | Yes | American Red Cross, Aventis, Baxter, Bayer, Wyeth | 5 | Alpha Therapeutic Corp., American Red Cross, Bayer, Grifols, Talecris Biotine |
| Kogenate | J7192 | Bayer | Multi | No | No | Yes[1] | American Red Cross, Aventis, Baxter, Bayer, Wyeth | 6 | American Red Cross, Aventis, Baxter, Bayer, Wyeth, ZLB Behring |

[1] Plaintiffs' Motion For Class Certification dated May 8, 2006 does not name this class representative for this Defendant

Exhibit 1

**Manufacturer: Dey**

| | | | | Plaintiffs' Allegations | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Drug | HCPCS Code | Named Manufacturer | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
| Albuterol Sulfate | J7611, J7613, J7618, J7619, J7625 | Dey | Multi | Walters (4/22/99-9/21/04), Bean | No | Yes | Allscripts*, Alphama, Bausch & Lomb, Dey L.P., Drx, DispensExpress, Gallipot, H.J. Harkins Company, Hawkins Chemical, Hi-Tech, Ivax Pharmaceuticals, Major Pharmaceuticals, Medisca, Meridian Chemical & Equipment, Nephron Pharmaceuticals, PCCA, Physicians Total Care*, Prescript, Qualitest, Quality Care, Rx Elite, Schering, Spectrum, Warrick Pharmaceuticals | 44 | Aligen, Allscripts Healthcare Soins, Alphama USPD, Aslung, Astrazeneca, Bausch & Lomb, Cardinal Pharmaceuticals, Celltech Pharmaceutical, Cheshire, Compumed Pharma, Copley, Dey, Dispense Express, DRX, Gallipot, Geneva, H.J. Harkins, H.L. Moore Drug Exchange, Harber, Hawkins Inc. Pharmaceutical Group, Hi-Tech, IVAX Pharmaceuticals, Major Pharmaceuticals, Medisca, Meridian, Morton Grove, Nephron Pharmaceuticals Corp., Pharma Pac, Physicians Total Care, Piva, Prescript, Professional Compounding Centers, Qualitest, Roxane Laboratories, Rugby, RxElite, Schein, Schering, Southwood Pharm, Spectrum, Teva Pharmaceuticals USA, United Research, Warrick Pharmaceuticals, Xactdose |
| Albuterol Nebulizer | J7613 | Dey | Multi | No | Yes | No | | 33 | Aligen, Allscripts Healthcare Soins, Alphama USPD, Aslung, AstraZeneca, Celltech Pharmaceutical, Cheshire, Compumed Pharma, Copley, Dey, Gallipot, Geneva Pharmaceuticals, H.L. Moore Drug Exchange, Hawkins Inc. Pharmaceutical Group, Hi-Tech, IVAX Pharmaceuticals, Major Pharmaceuticals, Medisca, Meridian, Morton Grove Pharm, Nephron Pharmaceuticals Corp., Physicians Total Care, Professional Compounding Centers, Qualitest Pharm, Quality Care, Roxane, Rugby, RxElite, Schering, Spectrum, Teva Pharmaceuticals USA, United Research, Warrick Pharmaceuticals |
| Ipratropium | J7644 | Dey | Multi | Bean (4/7/2003) | Yes | No | Allscripts*, Alphama, Apotex, Dey, DRX*, Ivax Pharmaceuticals, Nephron Pharmaceuticals, Physicians Total Care*, RX Elite | 14 | Allscripts, Alphama, Apotex, Aslung Pharm, Compumed, Dey, DRX, IVAX Pharmaceuticals, Nephron, Physicians Total Care, Roxane, RX Elite, Southwood, Teva Pharmaceuticals USA |

Exhibit 1

**Manufacturer: Fujisawa**

| Drug | HCPCS Code | Named Manufacturer | Plaintiffs' Allegations | | | | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
|---|---|---|---|---|---|---|---|---|---|
| | | | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | | | |
| Aristocort | J3302 | Fujisawa | Multi | No | Yes | No | | 20 | Allscripts Healthcare Solns, Clint Pharmaceuticals, Consolidated Midland Corp, Forest Pharmaceuticals, Fujisawa, General Inject. & Vac, H.L. Moore Drug Exchange, IDE Interstate, Insource, Ivax Pharmaceuticals, Major Pharmaceuticals, Med-Tek Pharma of America, Physicians Total Care, Rugby Labs, Schein Pharmaceutical, Steris Labs, Truxton, United Research Labs, Veratec Corp., Vortech Pharmaceutical |
| Aristospan | J3303 | Fujisawa | Multi | No | Yes | No | | 6 | Allscripts, Fujisawa, Physicians Total Care, SAB Pharma, Sabex, Sandoz |
| Lyphocin | J3370 | Fujisawa | Multi | No | No | Yes[3] | APP, Baxter, Elkins-Sinn, Hospira | 12 | Abbott, Allscripts, American Pharm Partners, Baxter, Eli Lilly & Co., Elkins-Sinn, Fujisawa, Harber Pharmaceutical Co., Hospira, Novaplus, Quad Pharmaceuticals, Schein Pharmaceutical |
| Prograf | J7507, J7525 | Fujisawa | Single, Multi | No | Yes | No | Affordable Quality Pharmaceuticals, Astellas Pharma, Fujisawa | 3 | Affordable Quality Pharmaceuticals, Astellas Pharma, Fujisawa |
| Dexamethasone Sodium | J1100, J7637, J7638 | Fujisawa | Multi | Clark (+1+6/02-4/17/03)[3] | No | No | Allscripts, Alto Pharmaceuticals Inc., American Pharmaceutical Partiers, American Regent, Astellas Pharma (Fujisawa), Baxter, Central Pharmaceutical, Clint Pharmaceuticals, Consolidated Midland Corp., Elkins-Sinn, Hyrax, Ide Interstate, Insource, Iolab Pharmaceuticals, Legere Pharmaceuticals, Major Pharmaceuticals, Medtech, Merz, Organon, Parenta Pharmaceuticals, Physicians Total Care, Primedics Laboratories, Rawgy Pharmacal, Roberts-Hauck Pharm, Corp., Rugby Laboratories, Schein, Seatrace Co., Shoals Pharmaceuticals Inc., Sicor, Taylor, Truxton Co. Inc., Viratex Corp. | 50 | Allscripts, Alto, American Pharmaceutical Partners, Amer Regent, Baxter, Bolan, Central, Clint, Compumed Pharmaceuticals, Consolidated Midland, Elkins-Sinn, Forest Pharmaceuticals, Fujisawa, Gensia, Gensia Sicor Pharm, H.L. Moore Drug Exchange Inc, Hyrax, IDE Interstate, Insource, Iolab Pharmaceuticals, Ivax, Keene, Legere, Major, McGuff, Med-tek Pharma of America, Merck & Co., Merz, Organon, Parenta Pharmaceuticals, Physicians Total Care, Primedics Laboratories, Rawey Pharmacal, Roberts-Hauck Pharm, Roberts, Rugby, Schein, Seatrace, Shoals Pharmaceutical Inc., Sicor, Spectrum Scientific, Steris Laboratories, Storz-Lederle Ophthalmic, Taylor, Truxton, UDL Laboratories, United Research Labs, Veratec, Watson, Western Research Laboratories |
| Fluorouracil | J9190 | Fujisawa | Multi | No | Yes[3] | No | | 12 | Allscripts, American Pharmaceutical Partners, Baxter, Fujisawa, Harber Pharmaceuticals, Mayne Pharmaceutical, Pharmacia, Quad Pharmaceuticals, Sicor, Solopak, Valeant, VHA |
| Gentamicin Sulfate | J1580 | Fujisawa | Multi | Howe[3] | No | No | | 27 | Abbott, Abraxis, Allscripts, American Pharmaceutical Partners, B. Braun, Baxter, Compumed Pharmaceuticals, Consolidated Midland Corp., Elkins-Sinn, Fujisawa, Gensia Sicor Pharm, H.L. Moore Drug Exchange, Harber, Hospira, IDE Interstate, Insource, Iolab Pharmaceuticals, Ivax Pharmaceuticals, Major Pharmaceuticals, Physicians Total Care, Rugby Laboratories, Schein Pharmaceuticals, Schering, Solopak Laboratories, Steris Laboratories, Taylor Pharmaceuticals, Watson |

³ Not manufactured/distributed by named Defendant

Exhibit 1

Manufacturer: Gensia

| Drug | HCPCS Code | Named Manufacturer | Plaintiffs' Allegations | | | | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
| | | | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | | | |
|---|---|---|---|---|---|---|---|---|---|
| Leucovorin Calcium | J0640 | Gensia | Multi | No | Yes | No | APP, Bedford, Elkins-Sinn, Immunex, Major, Mayne, Physicians Total Care*, Roxane, Sicor, Supergen, UDL | 21 | Abbott, Abraxis, American Pharmaceutical Partners, American Regent, Bedford, Elkins-Sinn, Glaxo Welcome Inc, Gensia, Huber Pharmaceutical, H.L. Moore Drug Exchange, Immunex, Major Pharmaceuticals, Mayne, Novadus, Physicians Total Care, Quad Pharmaceuticals, Raway Pharmacal, Roxane Labs, Sicor, Supergen, UDL |

Exhibit 1

# Manufacturer: Immunex

| Drug | HCPCS Code | Named Manufacturer | Plaintiffs' Allegations | | | | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
| | | | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | | | |
|---|---|---|---|---|---|---|---|---|---|
| Leucovorin Calcium | J0640 | Immunex | Multi | No | Yes | No | | 21 | Abbott, Abraxis, American Pharmaceutical Partners, American Regent, Bedford, Elkins-Sinn, Glaxo Welcome Inc, Gensia, Hatner Pharmaceutical, H-L Moore Drug Exchange, Immunex, Major Pharmaceuticals, Mayne, Novaplus, Physicians Total Care, Quad Pharmaceuticals, Raway Pharmacal, Roxane Labs, Sicor, Supergen, UDL |
| Methotrexate | J8610, J9250, J9260 | Immunex | Multi | No | Yes | Yes | APP, Barr, Bedford, DispenseExpress*, H.J. Harkins Company*, Major, Mayne, Mylan, Physicians Total Care*, Quality Care, Roxane, Stada, UDL | 26 | Allgen Independent Labs, Allscripts, American Health Packaging, American Pharmaceutical Partners, Barr Labs, Baxter, Bedford Laboratories, DISPENSEXPRESS, ESI Lederle, Faulding Pharmaceutical, H.J. Harkins, Immunex, Ivax, Major Pharmaceuticals, Mayne Pharmaceuticals, Mylan, Pharma Pac, Physicians Total Care, Professional Pharmacy Packaging, Quality Care, Roxane, Rugby Laboratories, Schein Pharmaceutical, Stada Pharmaceuticals, Supergen, UDL |
| Novantrone | J9293 | Immunex | Single | Howe | No | No | | 1 | Serono |

Exhibit 1

**Manufacturer: Pharmacia**

| Drug | HCPCS Code | Named Manufacturer | Plaintiffs' Allegations | | | | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
| | | | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | | | |
|---|---|---|---|---|---|---|---|---|---|
| Adriamycin | J9000 | Pharmacia | Multi | No | Yes | No | Baxter, Bedford, Chiron, Sicor | 10 | American Pharmaceutical Partners, AstraZeneca, Baxter, Bedford, Bristol Myers Squib, Chiron, Novaplus, Pharmacia, Sicor, VHA Inc |
| Adrucil | J9190 | Pharmacia | Multi | No | Yes | No | | 12 | Allscripts, American Pharmaceutical Partners, Baxter, Fujisawa, Harber Pharmaceuticals, Mayne Pharmaceutical, Pharmacia, Quad Pharmaceuticals, Sicor, Solopak, Valeant, VHA |
| Cytarabine | J9100, J9110 | Pharmacia | Multi | No | No | Yes | APP, Bedford, Mayne | 11 | Abbott, Allscripts, American Pharmaceutical Partners, Bedford Laboratories, Faulding Pharmaceutical, Mayne Pharmaceutical, Novaplus, Pharmacia, Quad Pharmaceuticals, Schein Pharmaceutical, Sicor |
| Depo-Testosterone | J1070, J1080 | Pharmacia | Multi | No | No | Yes | | 8 | Allscripts, Cheshire Pharmaceutical Systems, Compumed Pharmaceuticals, DRX, Pfizer, Pharmacia, Physicians Total Care, Watson |
| Neosar | J8530, J9070, J9080, J9090, J9091, J9092, J9093, J9094, J9095, J9096, J9097 | Pharmacia | Multi | No | Yes | No | | 6 | Baxter, Bristol Myers Squibb, Elkins-Sinn, Pharmacia, Roxane, Sicor |
| Solu-Cortef | J1720 | Pharmacia | Multi | Young (4/26/02-9/20/04) | No | No | Abbott, Allscripts', Pfizer (Pharmacia), Physicians Total Care* | 9 | Abbott, Allscripts, Compumed Pharmaceuticals, Consolidated Midland, H.L. Moore Drug Exchange, Pfizer, Pharmacia, Physicians Total Care, Steris Laboratories |
| Solu-Medrol | J2920 | Pharmacia | Multi | No | No | Yes | | 12 | Abbott, Abraxis, Allscripts, American Pharmaceutical Partners, Compumed Pharmaceuticals, Consolidated Midland, Hospira, Pfizer, Pharmacia, Physicians Total Care, Quad Pharmaceuticals, Sicor |

Exhibit 1

**Manufacturer: Sicor**

| | | | | Plaintiffs' Allegations | | | | |
|---|---|---|---|---|---|---|---|---|
| Drug | HCPCS Code | Named Manufacturer | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
| Doxorubicin HCl | J9000 | Sicor | Multi | No | Yes | No | | 8 | American Pharmaceutical Partners, AstraZeneca, Baxter, Bedford, Bristol Myers Squib, Novaplus, Sicor, VHA Inc |
| Leucovorin Calcium | J0640 | Sicor | Multi | No | Yes | No | APP, Bedford, Elkins-Sinn, Immunex, Major, Mayne, Physicians Total Care, Roxane, Sicor, Supergen, UDL | 21 | Abbott, Abraxis, American Pharmaceutical Partners, American Regent, Bedford, Elkins-Sinn, Glaxo Wellcome Inc, Gensia, Harber Pharmaceutical, H.L. Moore Drug Exchange, Immunex, Major Pharmaceuticals, Mayne, Novaplus, Physicians Total Care, Quad Pharmaceuticals, Raway Pharmacal, Roxane Labs, Sicor, Supergen, UDL |

Exhibit 1

**Manufacturer: Watson**

| Drug | HCPCS Code | Named Manufacturer | Plaintiffs' Allegations | | | | Manufacturers for J-code Drug (Typically at Drug Utilization Date) | Sources (Pre-2005) | Pre-2005 Sources Identified by Defendants' Expert Based on CMS Crosswalk, CMS SDP, RedBook, and First DataBank |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage | | | |
| Dexamethasone Acetate | J1094 | Watson | Multi | No | Yes | Yes | | 24 | Allscripts Healthcare Solns, Clint Pharmaceuticals, Consolidated Midland Corp., General Inject & Vac, Geneva Pharmaceuticals, H.L. Moore Drug Exchange, Harber Pharmaceutical Co, IDE Interstate, Insource, Ivax Pharmaceuticals, King Pharmaceuticals, Legere Pharmaceuticals, Major Pharmaceuticals, McGuff Co., Physicians Total Care, Radford Therapeutics, Rugby Laboratories, Schein Pharmaceutical, Seatrace Co, Steris Laboratories, Taylor Pharmaceuticals, United Research Labs, Veratex Corp, Watson |
| Dexamethasone Sodium | J1100, J7637, J7638 | Watson | Multi | Clark (1/16/02-4/17/02) | Yes | No | Allscripts , Alto Pharmaceuticals Inc., American Pharmaceutical Parters, American Regent, Astellas Pharma, Baxter, Central Pharmaceutical, Clint Pharmaceuticals, Consolidated Midland Corp, Elkins-Sinn, Hyrax, IDE Interstate, Insource, Iolab Pharmaceuticals, Legere Pharmaceuticals, Major Pharmaceuticals, Meritech, Merz, Organon, Physicians Total Care*, Roberts-Hauck Pharm. Corp., Rugby Laboratories (Watson), Schein (Watson), Seatrace Co, Shoals Pharmaceuticals Inc., Sicor, Taylor, Truxton Co. Inc., Veratex Corp. | 50 | Allscripts, Alto, American Pharmaceutical Partners, Amer Regent, Baxter, Bolan, Central, Clint, Compumed Pharmaceuticals, Consolidated Midland, Elkins-Sinn, Forest Pharmaceuticals, Fujisawa, Gensia, Gensia Sicor Pharm, H.L. Moore Drug Exchange Inc, Hyrax, IDE Interstate, Insource, Iolab Pharmaceuticals, Ivax, Keene, Legere, Major, McGuff, Med-tek Pharma of America, Merck & Co., Merz, Organon, Parenta Pharmaceuticals, Physicians Total Care, Primedics Laboratories, Raway Pharmacal, Roberts-Hauck Pharm, Robeys, Rugby, Schein, Seatrace, Shoals Pharmaceuticals, Sicor, Spectrum Scientific, Steris Laboratories, Storz-Lederle Ophthalmic, Taylor, Truxton, UDL Laboratories, United Research Labs, Veratex, Watson, Western Research Laboratories |
| Diazepam | J3360 | Watson | Multi | No | Yes | Yes | | 23 | Abbott, Allscripts, Baxter, Cheshire Pharm. Systems, Compumed Pharmaceuticals, Consolidated Midland Corp, DRx, Elkins-Sinn, Fujisawa Healthcare, H.L. Moore Drug Exchange, Hospira, IDE Interstate, Ivax Pharmaceuticals, Lederle Standard Products, Major Pharmaceuticals, Parenta Pharm, Physicians Total Care, Roche, Roxane, Rugby Laboratories, Schein Pharmaceutical, Steris Laboratories, United Research Labs |
| Ferrlecit | J2916 | Watson | Single | No | Yes | No | | 2 | Schein Pharmaceutical Inc., Watson Pharma Inc. |
| Gentamicin | J1580 | Watson | Multi | Howe (9/1/00-2/13/01) | Yes | No | American Pharmaceutical Partners, B. Braun Medical, Elkins-Sinn, Hospira | 27 | Abbott, Abraxis, Allscripts, American Pharmaceutical Partners, B. Braun, Compumed Pharmaceuticals, Consolidated Midland Corp., Elkins-Sinn, Fujisawa, Gensia Sicor Pharm, H.L. Moore Drug Exchange, Harber, Hospira, IDE Interstate, Insource, Iolab Pharmaceuticals, Ivax Pharmaceuticals, Major Pharmaceuticals, Physicians Total Care, Rugby Laboratories, Schein Pharmaceuticals, Schering, Solopak Laboratories, Steris Laboratories, Taylor Pharmaceuticals, Watson |
| Vancomycin | J3370 | Watson | Multi | No | Yes | Yes | American Pharamaceutical Partners, Baxter, Elkins-Sinn, Hospira | 10 | Abbott, American Pharm Partners, Baxter, Elkins-Sinn, Eli Lilly, Harber Pharmaceutical, Hospira, Novaplus, Quad Pharmaceuticals, Schein Pharmaceutical |

# Exhibit 1b - Summary of Information Relied Upon

| Entity/Description | Beginning Bates Range | Ending Bates Range | Binder Reference |
|---|---|---|---|
| Corrected Class Plaintiffs' Submission Of The "Generics Chart" Pursuant To The Oral Request Of The Court During The Class Certification Hearing In Connection With Track 2", Exhibit B, dated October 17, 2006 | N/A | N/A | N/A |
| CMS April 2005 NDC-HCPCS Crosswalk | N/A | N/A | N/A |
| CMS 2003 HCPCS Background File | N/A | N/A | N/A |
| Redbook J-Code Relational Table | N/A | N/A | N/A |
| Redbook Historical Pricing Data | N/A | N/A | N/A |
| First Data Bank PricePoint | N/A | N/A | N/A |

**Exhibit   1b**

**Exhibit 2**

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                                        )
IN RE PHARMACEUTICAL INDUSTRY  )
AVERAGE WHOLESALE PRICE          )        MDL NO. 1456
LITIGATION                              )
_____)  Master File No:  01-CV-12257-PBS
                                        )
THIS DOCUMENT RELATES TO          )        Judge Patti B. Saris
ALL ACTIONS                             )
_____)
```

## [PROPOSED] CONSOLIDATED ORDER RE:  MOTION FOR
## CLASS CERTIFICATION TRACK 2[1]

Saris, U.S.D.J.

　　　Pursuant to Fed. R. Civ. P. 23, plaintiffs have moved for an order certifying a class in this action. After considering the submissions of the parties and the record in this case, I order that plaintiffs' motion for class certification is **ALLOWED IN PART and DENIED IN PART** as to the claims asserted in the Fourth Amended Master Consolidated Class Action Complaint ("FAMCCAC"). The Court relies on the reasons stated in court during the Track 1 certification proceedings and in *In re Pharm. Indus. Average Wholesale Price Litig.,* 230 F.R.D. 61 (D. Mass. 2005). The classes are certified as follows:

## I.　　　CLASSES AND SUBCLASSES CERTIFIED

**A.　　Class 1: Medicare Part B Co-Payment Class**

　　　1.　　Class Definition:

　　　　　All natural persons nationwide who made, or who incurred an obligation enforceable at the time of judgment to make, a co-payment based on AWP for a Medicare Part B covered Subject Drug[2] that was manufactured by Abbott, Amgen, Baxter, Dey,

---

[1] This Proposed Order reflects the same approach used by the Court for Track 1.

[2] 2 The Subject Drugs are identified in the Table of Subject Drugs found at the end of this Order.

Fujisawa, Immunex, Pharmacia and Watson. Excluded from the Class are those who made flat co-payments, who were reimbursed fully for any co-payments, or who have the right to be fully reimbursed; and the residents of the states of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana, and Virginia (where consumer protection statutes do not permit class actions).

2.     The Court certifies eleven Subclasses corresponding to each of the defendant groups.

3.     The Court certifies the following plaintiffs as representatives of these Subclasses pursuant to Fed. R. Civ. P. 23(b)(3). Harold Carter (~~Abbott, Fujisawa,~~ Amgen); Roger Clark (Baxter, ~~Abbott, Amgen,~~ Fujisawa, Watson); Susan Ruth Aaronson (~~Baxter, Dey, Abbott, Fujisawa)~~; Joyce Howe, individually and on behalf of the Estate of Robert Howe (Baxter, Fujisawa, ~~Sicor,~~ Watson, Abbott, Immunex, ~~Amgen~~); Larry Young, individually and on behalf of the Estate of Patricia Young (Fujisawa, Pharmacia, ~~Abbott, Baxter, Amgen~~); Roger Clark (Baxter, ~~Abbott,~~ Fujisawa, Watson, ~~Amgen~~); Hunter Walters (Dey); Mr. Bean (Abbott, Amgen, Dey). The representative of a Subclass need only have paid for one of the Subject Drugs manufactured or marketed by a defendant group.

4.     The consumer protection act of each state shall apply to these Subclasses. Specifically, the Medicare Part B Co-payment Class is certified for claims under the following statutes: (a) Ariz. Rev. Stat. § 44-1522, *et seq.;* (b) Ark. Code § 4-88-101, *et seq.; (c)* Cal. Bus. & Prof. Code §§ 17200, *et seq.;* (d) Colo. Rev. Stat. § 6-1-105, *et seq.;* (e) Conn. Gen. Stat. § 42-110b, *et seq.;* (f) 6 Del. Code § 2511, *et seq.;* (f) 6 Del. Code § 2511, *et seq.;* (g) D.C. Code § 28-3901, *et seq.;* (h) Fla. Stat. § 501.201, *et seq.;* (i) Haw. Rev. Stat. § 480, *et seq.;* (j) Idaho Code s (j) Idaho Code § 48-601, *et seq.;* (k) 815 ILCS § 505/1, *et seq.;* (1) Ind. Code Ann. § 24-0-5-1, *et seq.;* (m) Kan. Stat. § 50-623, *et seq.;* (n) Md. Com. Law Code § 13-101, *et seq.;* (o) Mass. Gen. L. Ch. 93A, *et seq.;* (p) Mich. Stat. § 445-901, *et seq.;* (q) Minn. Stat. § 325F.67,

- 2 -

*et seq.;* (r) Mo. Rev. Stat. § 407.010, *et seq.;* (s) Neb. Rev. Stat. § 59-1601, *et seq.;* (t) Nev. Rev. Stat. § 598.0903, *et seq.;* (u) N.H. Rev. Stat. § 358-A:1, *et seq.,* (v) N.J. Stat. Ann. § 56:8-1, *et seq.,* (w) N.M. Stat. Ann. § 57-12-1, *et seq.;* (x) N.Y. Gen. Bus. Law § 349, *et seq.;* (y) *N.C.* Gen. Stat. § 75-1.1, *et seq.; (z)* N.D. Cent. Code § 51-15-01, *et seq.;* (aa) Ohio Rev. Stat. § 1345.01, *et seq.;* (bb) Okla. Stat. tit. 15 § 751, *et seq.;* (cc) Or. Rev. Stat. § 646.605, *et seq.;* (dd) 73 Pa. Stat. § 201-1, *et seq.;* (ee) R.I. Gen. Laws. § 6-13.1-1, *et seq.;* (ff) S.C. Code Laws § 39-5-10, *et seq.;* (gg) S.D. Code Laws § 37-24-1, *et seq.;* (hh) Tenn. Code § 47-18-101, *et seq.;* (ii) Tex. Bus. & Com. Code § 17.41, *et seq.;* (jj) Utah Code Ann. § 13-1 1-1, *et seq.;* (kk) Vt. Stat. Ann. Tit. 9, § 245 *1, et seq.;* (ll) Wash. Rev. Code § 19.86.010, *et seq.;* (mm) W. Va. Code § 46A-6-101, *et seq.;* (nn) Wis. Stat. § 100.18, *et seq.;* and (oo) Wyo. Stat. § 40-12-100, *et seq.* Plaintiffs allege that they have complied with the notice provisions of all consumer protection acts requiring such notice.

 5. This Class is certified pursuant to Fed. R. Civ. P. 23(b)(3).

**B.** **Class 2: Third-Party Payor MediGap Supplemental Insurance Class**

 1. Class Definition:

> All Third-Party Payors who made reimbursements for drugs purchased in Massachusetts, or who made reimbursements for drugs and have their principal place of business in Massachusetts, based on AWP for a Medicare Part B covered Subject Drug that was manufactured by Abbott, Amgen, The Aventis Group, Baxter, Dey, Fujisawa, Immunex, Pharmacia, The Sicor Group and Watson.

 2. The Court certifies eleven Subclasses corresponding to each of the defendant groups.

 3. The Court certifies plaintiff Sheet Metal Workers National Health Fund as the representative for this Class.

 4. The claims for this Class are certified under Mass. Gen. Laws ch. 93A.

- 3 -

5.       This Class is certified pursuant to Fed. R. Civ. P. 23(b)(3).

**C.      Class 3: Consumer and Third-Party Payor Class for Medicare Part B Drugs Outside of the Medicare Context**

1.       Class Definition:

> All natural persons who made or who incurred an obligation enforceable at the time of judgment to make a payment for purchases in Massachusetts, and all Third-Party Payors who made reimbursements based on AWP as a pricing standard and have their principal place of business in Massachusetts or who have made reimbursements for Medicare Part B consumers in Massachusetts, for a physician-administered Subject Drug that was manufactured by Abbott, Amgen, The Aventis Group, Bayer, Baxter, Dey, Fujisawa, Immunex, Pharmacia and Watson. Included within this Class are natural persons who paid coinsurance (*i.e.*, co-payments proportional to the reimbursed amount) for a Subject Drug purchased in Massachusetts, where such coinsurance was based upon use of AWP as a pricing standard. Excluded from this Class are any payments or reimbursements for generic drugs that are based on MAC and not AWP.

2.       The Court certifies eleven Subclasses corresponding to each of the defendant groups.

3.       The Court certifies plaintiff Pipefitters Local 537 Trust Funds as the representative for this Class pursuant to Fed. R. Civ. P. 23(b)(2) and 23(b)(3). The Court also certifies Health Care For All as the representative for this Class pursuant to Fed. R. Civ. P. 23(b)(2).

4.       The claims for this Class are certified under Mass. Gen. Laws ch. 93A.

**II.     CLASS NOT CERTIFIED**

1.       With respect to Class 2, plaintiffs have not submitted an adequate analysis of the feasibility of a nationwide class of Third-Party Payors. Therefore, the Court declines at this time to certify this Class under the consumer protection laws of states other than Massachusetts. However, this denial is without prejudice.

CHI-1561831v1

2.      With respect to Class 3, the Court declines at this time to certify this Class under the consumer protection laws of states other than Massachusetts. However, this denial is without prejudice.

3.      The Court declines to certify a class of persons or Third-Party Payors who made payments or reimbursements for self-administered drugs not appearing in the appended Table of Subject Drugs. This denial is with prejudice.

### III.      MISCELLANEOUS

1.      The Class Period for Class 1 and Class 2 is January 1, 1991 to January 1, 2005. The class period for Class 3 is January 1, 1991 to the present.

2.      Excluded from these Classes are: any subsidiaries or affiliates of defendants; the officers and directors of defendants during the Class Period; members of defendants' immediate families; any person, firm, trust, corporation, officer, director, or any individual or entity in which any defendant has a controlling interest or which is related to, or affiliated with, any defendant; the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of any such excluded parties and governmental entities.

3.      Pursuant to Fed. R. Civ. P. 23(g), the Court appoints the following firms as Co-Lead Counsel for the Track 2 Classes: Hagens Berman Sobol Shapiro LLP; Spector Roseman & Kodroff, P.C.; Hoffman & Edelson; Wexler Toriseva Wallace LLP; and The Haviland Law Firm.

4.      The Court retains the discretion under Rule 23 to modify this Order. Modifications may include adding new class representatives, striking existing class representatives, and striking drugs from the Table of Subject Drugs.

5.      The Court declines to certify issues for an interlocutory appeal pursuant to 28

U.S.C. § 1292(b) or to recommend appeal pursuant to Fed. R. Civ. P. 23(f).


_____
PATTI B. SARIS
United States District Judge

CHI-1561831v1

**TABLE OF SUBJECT DRUGS**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on October 16, 2006, I caused copies of **[PROPOSED] CONSOLIDATED ORDER RE: MOTION FOR CLASS CERTIFICATION TRACK** 2 to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Steven W. Berman
Steve W. Berman