**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) |
| LITIGATION | ) CIVIL ACTION:  01-CV-12257-PBS |
| | ) |
| | ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) |
| THE TRACK 2 CLASS ACTIONS | ) |

**TRACK TWO DEFENDANTS' MOTION TO STRIKE THE "GENERICS CHART"**
**AND PROPOSED TRACK TWO CLASS CERTIFICATION ORDER SUBMITTED BY**
**PLAINTIFFS IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**

# Exhibit B

----- Forwarded by Tina M. Tabacchi/JonesDay on 10/05/2006 03:28 PM -----



**Tina M. Tabacchi/JonesDay**
Extension 54081

10/05/2006 03:28 PM

To  tom@hbsslaw.com, ed@hbsslaw.com

cc

Subject  Comments to Plaintiffs' Chart re Track 2 Class Certification
Issues

Tom and Ed -- Here is the redlined chart we discussed today.  Let me know if you have questions.
Thanks.  TMT

Comments to Plaintiffs' Exhibit at T2 Class Cert Hearing.pdf

Tina M. Tabacchi
Jones Day
77 West Wacker, Suite 3500
Chicago, IL 60601-1692
Tel:  312-269-4081
Fax:  312-782-8585
email:  tmtabacchi@jonesday.com

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| ABBOTT | Acetylcyst | J7608 | Multi | No | No | No |
| | Acyclovir | Q4075 | Multi | No | No | No |
| | A-Methapred | J2920 J2930 | Multi | Bean- | Yes | Yes |
| | Amikacin | ~~S0072~~[1] ~~S0016~~[1] | Multi | No | No | No |
| | Aminosyn | ~~B5000~~[1]- | Multi | No | No | No |
| | Calcijex | J0635, J0636 | Multi | No | No | No |
| | Cimetidine | No Code | Multi | No | n/a | No |
| | Clindamycin | No Code | Multi | No | n/a | No |
| | ~~Dexamethasone Sodium Phosphate~~[2] | | | ~~Howe~~[3]- | | |
| | Dextrose | J7060, J7070 | Multi | Bean | No | No |
| | Diazepam | J3360 | Multi | No | Yes | Yes |
| | D5W 1000ml Solution | J7070 | Multi | Bean | | |
| | Fentanyl Citrate | J3010 | Multi | Bean | Yes | Yes |
| | Furosemide | J1940 | Multi | No | No | No |
| | Gentamicin | J1580 | Multi | Howe | No | No |
| | Heparin | J1642, J1644 | Multi | ~~Aaronsen~~[3] ~~Younge~~[3] | Yes | Yes |
| | Leucovor Calcium | J0640 | Multi | No | Yes | No |
| | Lorazepam | J2060 | Multi | No | No | No |
| | Normal Saline Solution | J7040 | Multi | Bean | | |
| | Sodium Chloride | J2912 J7130 | Multi | ~~Aaronsen~~[3] ~~Clark~~[3] | No | No |
| | Tobra/NACL or Tobramycin | J3260 | Multi | No | No | No |
| | Vancomycin | J3370 | Multi | ~~Young~~[3]- | Yes | No |

---

[1]   These codes are not Medicare Part B j-codes
[2]   Drug was stricken by the Court's April 13, 2006 Order.
[3]   Plaintiffs' Motion for Class Certification does not name this class representative for this Defendant.

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| AMGEN | Aranesp | J0880 Q0137 Q4054 | Single | Aaronseon Carter | Yes | No |
| | ~~Enbrel[4]~~ | ~~J1438~~ | ~~Single~~ | ~~No~~ | ~~No~~ | ~~No~~ |
| | Epogen | Q4055 Q0136 | Single | Aaronseon Bean | Yes | No |
| | Kineret | No Code | | No | n/a | No |
| | Neulasta | J2505 | Single | Aaronseon | Yes | No |
| | Neupogen | J1440 J1441 | Single | No | Yes | Yes |

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| AVENTIS | Anzemet | J1260 Q0180 | ~~Single~~ Multi[5] | | Yes | Yes |
| | Calcimar | J0630 | Multi | | No | No |
| | Cardizem | No Code | | | n/a | No |
| | ~~Gammar P IV[6]~~ | Q9941 Q9942 | Multi | | ~~No~~ | ~~Yes~~ |
| | Intal (Nebulizer) | J7631 | Multi | | No | No |
| | Taxotere | J9170 | Single | | No | No |
| | ~~Triamcinolone acetonide[7]~~ | J3301 | | ~~Howe Young~~ | | |

---

[4]   This is a self-administered drug.
[5]   Drug was available from multiple sources during class period.
[6]   Not manufactured/distributed by named Defendant.
[7]   Not manufactured/distributed by named Defendant; not a Subject Drug identified in Revised Appendix A to the FAMCC.

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| BAXTER | Aggrastat | J3246 | Single | Not Pursuing | Not Pursuing | Not Pursuing |
| | Ativan | J2060 | Multi | Not Pursuing | Not Pursuing | Not Pursuing |
| | Bebulin | J7194 | Multi | No | No | Yes |
| | ~~Bretylium[8]~~ | J3490 | | No | | ~~Yes~~ |
| | Brevibloc | J3490 | Single | Not Pursuing | Not Pursuing | Not Pursuing |
| | Buminate | P9041, P9045, P9046, P9047 | Multi | Aaronseon | No | No |
| | Cisplatin | J9060, J9062 | Single | Not Pursuing | Not Pursuing | Not Pursuing |
| | Claforan | J0698 | Single | No | No | No |
| | Dextrose | J7060, J7070 | Multi | Bean Clark | No | No |
| | ~~Dexamethasone Sodium[2]~~ | J1100 J7637 J7638 | | ~~Clark~~ | | |
| | Doxorubicin | J9000 | Multi | Not Pursuing | Not Pursuing | Not Pursuing |
| | D5W 1000ml Solution | J7070 | Multi | Bean | | |
| | Gammagard | Q9941, Q9942 | Multi | No | No | Yes |
| | Gentam/NAC L | J7100, J7110 | Multi | No | No | No |
| | Gentamicin | J1580 | Multi | Howe | | |
| | Heparin | J1642, J1644 | Multi | Aaronseon Young | Yes | Yes |
| | Iveegam | Q9941, Q9942 | Multi | No | No | No |
| | Osmitrol | J2150 | Single | No | No | No |
| | Recombinate | J7192 | Single | No | No | No |
| | Normal Saline Solution | J7040 | Multi | Bean | | |
| | Sodium Chloride | J2912, J7030, J7040 J7050 J7130 | Multi | Aaronseon Clark | No | Yes |
| | Travasol | J3490 | Multi | | Yes | Yes |
| | Vancocin | J3370 | Multi | Not Pursuing | Not Pursuing | Not Pursuing |

---

[8]     Never identified as a subject drug for this defendant.

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| BAYER | Cipro IV | J0744 | Multi | No | No | No |
| | DTIC Dome | J9130 J9140 | Single | No | No | No |
| | Gamimune | Q9943 Q9944 | Multi | No | No | Yes |
| | Koate | J7190 | Single | No | No | No |
| | Kogenate | J7192 | Single | No | No | ~~Yes[9]~~ |
| | Mithracin | J9270 | Single | No | No | No |

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| DEY LABS | Acetylcysteine | J7608 | Multi | No | No | No |
| | Albuterol Sulfate | ~~J76192~~ J76195 | Multi | Walters Bean | | Yes |
| | Albuterol Nebulizer | J7613 | Multi | No | Yes | No |
| | Cromolyn Sodium | J7631 | Multi | No | No | No |
| | Ipratropium | J7644 | Multi | Bean | Yes | No |
| | Metaproteren Nebulizer | J7669 | Multi | No | No | No |
| | ~~Normal Saline Solution[8]~~ | ~~J7040~~ | ~~Multi~~ | ~~Bean~~ | | |

---

[9]        Drug not previously identified as purchased by any Plaintiff.

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| FUJISAWA | Aristocort (triamcinolone diacetate) | J3302 | Multi | No | Yes | No |
| | Aristospan (triamcinolone hexacetonide) | J3303 | Multi | No | Yes | No |
| | Cefizox | J0715 | Multi | No | No | No |
| | Lyphocin | J3370 | Multi | No | Yes[6] | Yes[6] |
| | Nebupent | J2545 | Single | No | No | No |
| | Prograf | J7507 | Single | No | Yes | No |
| | Vinblastine Sulfate | J9360 | Multi | No | No | No |
| | Acyclovir Sodium | Q4075 | Multi | No | No | No |
| | Dexamethasone Sodium | J1100 J7637 J7638 | Multi | Clark[6] | Yes[6] | No |
| | Doxorubicin Hydrochloride | J9000 | Multi | No | No | No |
| | Fluorouracil | J9190 | Multi | No | Yes[6] | No |
| | Gentamicin Sulfate | J1580 | Multi | Howe[6] | No | No |
| | Triamcinolone acetonide[2] | J3301 | | Howe[6] Young[6] | | |
| | Normal Saline Solution[8] | J7040 | Multi | Bean[5,6] | | |

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| IMMUNEX | Leucovor CA Inj | J0640 | Multi | No | Yes | No |
| | Leukine | J2820 | Single | No | No | No |
| | Methotrexate | J8610 J9250 J9260 | Multi | No | Yes | Yes |
| | Novantrone | J9293 | Single | Howe | No | No |
| | Thioplex (thiotepa) | J9340 | ~~Single~~ Multi[5] | No | No | No |

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| PFIZER | Zithromax | J0456 | Single | No | No | No |

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| PHARMACIA | Adriamycin | J9000 | Multi | No | Yes | No |
| | Adrucil | J9190 | Multi | No | Yes | No |
| | Amphocin | J0285 | Multi | No | No | No |
| | Bleomycin | J9040 | Multi | No | No | No |
| | Cytarabine | J9100 J9110 | Multi | No | No | Yes |
| | Depo-Testost Inj | J1070 J1080 | Multi | No | No | Yes |
| | ~~Depo-Medrol~~[8] | J1030 | | ~~Bean~~ | | |
| | Etoposide | J9181 J9182 J8560 | Multi | No | No | No |
| | Neosar | J8530 J9070 J9080 J9090 J9097 | Multi | No | Yes | No |
| | Solu-Cortef | J1720 | Multi | ~~Yang~~ Young | No | No |
| | Solu-Medol | J2920 | Multi | No | No | Yes |
| | Vincasar | J9370 J9375 J9380 | Multi | No | No | No |

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| SICOR | Acyclovir Sodium | Q4075 | Multi | No | No | No |
| | Amikacin Sulfate | S0072 S0016 | Multi | No | No | No |
| | ~~Cisplatin[2]~~ | J1100 J7637 J7638 | | ~~Clark~~ | | |
| | ~~Dexamethasone Sodium[2]~~ | | | ~~Clark~~ | | |
| | Doxorubicin HCl | J9000 | Multi | No | Yes | No |
| | Etoposide | J9181 J9182 J8560 | Multi | No | Yes | No |
| | Leucovorin Calcium | J0640 | Multi | No | Yes | No |
| | Pentamidine Isethionate | J2545 | Multi | No | No | No |
| | Tobramycin Sulfate | J3260 | Multi | No | No | No |

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| GENSIA | Amikacin Sulfate | S0072 S0016 | Multi | No | No | No |
| | Amphotercin | J0285 | Multi | No | No | No |
| | Etoposide | J9181 J9182 J8560 | Multi | No | No | No |
| | Leucovorin Calcium | J0640 | Multi | No | Yes | No |

| Manufacturer | Drug | CPT / HCPC Code | Drug Source | Class 1 Coverage | Class 2 Coverage | Class 3 Coverage |
|---|---|---|---|---|---|---|
| WATSON | Dexamethasone Acetate | J1094 | Multi | No | ~~Yes~~[10] | ~~Yes~~ |
| | Dexamethasone Sodium | J1100 ~~J7637~~[6] ~~J7638~~[6] | Multi | Clark | Yes | No |
| | Diazepam IV | J3360 | Multi | No | Yes | Yes |
| | Ferrlecit | J2916 | Multi | No | Yes | No |
| | ~~Fluphenazine~~[6] | J2680 | Multi | No | No | No |
| | Gentamicin | J1580 | Multi | ~~Howe~~[6] | Yes | No |
| | Infed | J1750 | Multi | No | No | No |
| | ~~Lorazepam~~[2] | J2060 | Multi | No | No | No |
| | Vancomycin | J3370 | Multi | No | Yes | Yes |

---

[10]     Either a compounded drug or miscoded.