UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re Pharmaceutical Industry Average Wholesale Price Litigation, | ) No. MDL Docket No. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) |
| This Document Relates to The Master Consolidated Class Action | ) Judge Patti B. Saris ) ) ) |

### AFFIDAVIT OF MARK A. FLESSNER, ESQ. IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

I, Mark A. Flessner, on my oath swear and depose:

1. I am a member of the law firm of Sonnenschein Nath & Rosenthal LLP, located at 7800 Sears Tower, Chicago, IL 60606-6404, telephone (312) 876-3136.

2. I was admitted to the Bar of the State of Illinois in 1987.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  My firm represents Sicor, Inc. and Sicor Pharmaceuticals, Inc., and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the pains and penalties of perjury this 21st day of December, 2006.

_____
Mark A. Flessner