UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

**PLAINTIFFS' OBJECTIONS TO TRACK 1 DEFENDANTS' DECEMBER 19TH REQUEST FOR ADMISSION OF TRIAL EXHIBITS**

On December 19, 2006, Defendants moved for the admission of certain exhibits. Plaintiffs object to the admission of the exhibits identified below for the reasons that follow. As the Court requested at the end of the last day of trial, Plaintiffs present their objections briefly.

| Exhibit No. | Basis for Objection |
|---|---|
| 1081 | This is a report titled "The Impact of Medicare Payment Policies on Patient Access to Quality Cancer Care (June 1999), prepared by a private organization named Health Policy Alternatives. Plaintiffs object to this exhibit because there is no testimony establishing a foundation for it. |
| 1656 | This is a draft report titled "High Cost Drugs under the Outpatient Prospective Payment System prepared by a private organization named Kathpal Technologies. Plaintiffs object to this exhibit because (i) it is not relevant, (ii) there is no testimony establishing a foundation for it, and (iii) this is a draft report and there is no evidence that it was ever finalized. |
| 2001 | This is a composite exhibit containing charts prepared by Dr. Gaier of purchases by certain <u>staff model HMOs</u> of certain Subject Drugs. Plaintiffs object to the admission of these exhibits because they are inaccurate and misleading due to Dr. Gaier's mislabeling of the entities. For instance, Gaier uses the label "BCBS-MA" when, in fact, he knew that the organizations that purchased the drugs were actually Medical West and Medical East and not BCBS-MA. *See* Day 12 Trial Trans. at 60. If these charts are to be admitted, they should be corrected to reflect the precise name of the staff model HMO that purchased the drugs. |

- 1 -

- 2 -

| 2969 | This is a chart that was presumably prepared by counsel for use during defense counsel's cross-examination of Dr. Hartman during the last day of trial. Plaintiffs object to this exhibit because there is no testimony establishing a foundation for it. |
|------|---|
| 2970 | This is a chart that was presumably prepared by counsel for use during defense counsel's cross-examination of Dr. Hartman during the last day of trial. Plaintiffs object to this exhibit because there is no testimony establishing a foundation for it. Counsel for Schering attempted to introduce this exhibit through Dr. Hartman on the last day of trial but, as the Court noted, Dr. Hartman had never seen it before. *See* Day 12 Trial Trans. at 151-52. |
| 2971 | This is a chart that was presumably prepared by counsel for use during defense counsel's cross-examination of Dr. Hartman during the last day of trial. Plaintiffs object to this exhibit because there is no testimony establishing a foundation for it. |

DATED:  December 26, 2006    By: /s/ Steve W. Berman
　　　　　　　　　　　　　　　　　　Thomas M. Sobol (BBO#471770)
　　　　　　　　　　　　　　　　　　Edward Notargiacomo (BBO#567636)
　　　　　　　　　　　　　　　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　　　　　　　　　　　　　One Main Street, 4th Floor
　　　　　　　　　　　　　　　　　　Cambridge, MA  02142
　　　　　　　　　　　　　　　　　　Telephone: (617) 482-3700
　　　　　　　　　　　　　　　　　　Facsimile: (617) 482-3003

　　　　　　　　　　　　　　　　　　*Liaison Counsel*

　　　　　　　　　　　　　　　　　　Steve W. Berman
　　　　　　　　　　　　　　　　　　Sean R. Matt
　　　　　　　　　　　　　　　　　　Robert F. Lopez
　　　　　　　　　　　　　　　　　　Hagens Berman Sobol Shapiro LLP
　　　　　　　　　　　　　　　　　　1301 Fifth Avenue, Suite 2900
　　　　　　　　　　　　　　　　　　Seattle, WA  98101
　　　　　　　　　　　　　　　　　　Telephone: (206) 623-7292
　　　　　　　　　　　　　　　　　　Facsimile: (206) 623-0594

　　　　　　　　　　　　　　　　　　Kenneth A. Wexler
　　　　　　　　　　　　　　　　　　Jennifer Fountain Connolly
　　　　　　　　　　　　　　　　　　Wexler Toriseva Wallace LLP
　　　　　　　　　　　　　　　　　　One North LaSalle Street, Suite 2000
　　　　　　　　　　　　　　　　　　Chicago, IL  60602
　　　　　　　　　　　　　　　　　　Telephone: (312) 346-2222
　　　　　　　　　　　　　　　　　　Facsimile: (312) 346-0022

- 3 -

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496b-6611

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm LLC
740 S. Third Street, Third Floor
Philadelphia, PA  19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

*Co-Lead Counsel For Plaintiffs*

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' OBJECTIONS TO TRACK 1 DEFENDANTS' DECEMBER 19TH REQUEST FOR ADMISSION OF TRIAL EXHIBITS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on December 26, 2006, a copy to LexisNexis File & Serve for posting and notification to all parties.

      By: **/s/  Steve W. Berman**
           Hagens Berman Sobol Shapiro LLP
           1301 Fifth Avenue, Suite 2900
           Seattle, WA  98101
           Telephone: (206) 623-7292