5.   Each request for documents seeks production of the document in its entirety, without abbreviation or redaction, including all attachments or other matters affixed thereto.

6.   With respect to each document that is withheld from production for any reason, or any portion of any document that has been redacted for any reason in connection with the production of a document, provide a statement setting forth:

(a) its date;

(b) its title;

(c) its author;

(d) its addressee;

(e) the specific privilege under which it is withheld;

(f) its general subject matter; and

(g) a description of it that you contend is adequate to support your contention that it is privileged.

7.   All documents are to be produced as they are kept in the usual course of business, their relative order in such files, and how such files were maintained.  All electronic files should be produced where possible in electronic form along with any software needed to access to the information contained in the file and appropriate legends, keys or other information needed to access and understand the data.

## Documents Requested

1.   Any and all documents that describe or reflect the corporate structure of Carrier during the period, or any part of the period, from January 1, 1985 to the present.

2.   Any and all employee directories, organizational charts, or similar documents containing or constituting a list of the names, titles and/or job descriptions of any and all



employees of Carrier during the period, or any part of the period, from January 1, 1985 to the present.

     3.    Any and all documents sufficient to identify, from January 1, 1985 to the present, all members of Carrier's Advisory Committee or other equivalent group or committee, including but not limited to documents sufficient to identify each member's name, current or last known address, and if the member is a physician, the member's practice specialty.

     4.    Any and all documents relating to any and all communications between Carrier and any of the Relevant Entities.

     5.    Any and all documents relating to any and all investigations, surveys or other efforts undertaken by Carrier to determine the Average Wholesale Price, AWP, Wholesale Acquisition Cost, WAC, acquisition cost, direct price, list price or other cost or price for any of the Subject Drugs.

     6.    Any and all documents relating to the methods Carrier now uses or has ever used to determine or calculate Average Wholesale Price, AWP, Wholesale Acquisition Cost, WAC, acquisition cost, direct price, list price or other cost or price for any of the Subject Drugs.

     7.    Any and all documents relating to the methods Carrier now uses or has ever used to determine or calculate Average Wholesale Price, AWP, Wholesale Acquisition Cost, WAC, acquisition cost, direct price, list price or other cost or price for any Medicare-reimbursed drug.

     8.    Any and all documents that define the term "AWP" or "Average Wholesale Price," as that term is used in pharmaceutical pricing compendia, including but not limited to Red Book, First Data Bank, and Medispan, the government, CMS, HCFA, the Department of Health and Human Services, Congress, Medicare Carriers, private insurers, and/or the pharmaceutical or health care industry.

     9.    Any and all documents relating to the meaning of "AWP" or "Average Wholesale Price," including but not limited to the history or origin of the term "AWP" or "Average Wholesale Price."

     10.    Any and all documents that define the term "WAC" or "Wholesale Acquisition Cost" for a drug as that term is used in pharmaceutical pricing compendia, including but not limited to Red Book, First Data Bank, and Medispan, the government, Medicare Carriers, private insurers, and/or the pharmaceutical or health care industry.



11. Any and all documents relating to the meaning of "WAC" or "Wholesale Acquisition Cost," of a drug including but not limited to the history or origin of the term "WAC" or "Wholesale Acquisition Cost."

12. Any and all documents that define the terms "acquisition cost," "direct price," and/or "list price" as those terms are used in pharmaceutical pricing compendia, including but not limited to Red Book, First DataBank, and Medispan, the government, Medicare Carriers, private insurers, and/or the pharmaceutical or health care industry.

13. Any and all documents relating to the meaning of "acquisition cost," "direct price," and/or "list price" including but not limited to the history or origin of the terms "acquisition cost," "direct price," and/or "list price."

14. Any and all documents relating to any and all communications between Carrier and pharmaceutical pricing compendia, including but not limited to Red Book, First Data Bank, and Medispan concerning the pricing of pharmaceutical products, including but not limited to communications regarding AWP.

15. Any and all documents relating to Carrier's decision to implement or not implement a "Least Costly Alternative" ("LCA") reimbursement for GnRH agonist, including but not limited to any and all comments Carrier collected from all sources regarding LCA, board minutes from Carrier's Advisory Committee meetings where LCA was discussed, any and all other meetings where LCA was discussed, and memoranda and other reports relating to LCA.

16. Any and all documents relating to Carrier's implementation of the practice of LCA reimbursement for GnRH agonist, including but not limited to documents related to any and all grandfather clauses and information disseminated to physicians and/or other persons or entities regarding the implementation of LCA.

17. Any and all documents relating to Carrier's issuance of any and all Local Medical Review Policies ("LMRPs") relating to the Subject Drugs. For each such LMRP issued by Carrier, provide documents relating to the process Carrier used for approving and implementing the LMRP, including but not limited to comments Carrier collected regarding the LMRP, board minutes from Carrier Advisory Committee meetings where LMRP was discussed, documents related to any and all other meetings where the LMRP was discussed, and memoranda and other reports relating to the LMRP.



18. Any and all documents relating to Carrier's procedure for reimbursing physicians and/or other health care practitioners or health care entities for the Subject Drugs under the LCA system, including but not limited to any and all documents relating to any overpayments Carrier made to physicians and/or other health care practitioners or health care entities and any efforts made by Carrier to recover such overpayments.

19. Documents in an Electronic Data Format sufficient to show individual claims processed by Carrier for the Subject Drugs on behalf of any Medicare beneficiary. This data should include all fields necessary to adjudicate claims, including but not limited to the following data fields: encrypted member id, member age, member state of residence, date of service, date of payment, amount billed, amount paid by Carrier, amount paid by third party, ICD-9 code, CPT, HCPCS, NDC or local code used by Carrier, physician id, claim status/adjudication code. Fields containing confidential information (e.g. member name, social security number) should be encrypted so as to allow the tracking of an individual beneficiary over time.

20. Any and all documents produced by Carrier to any governmental agency, including but not limited to, the United States government, in connection with any investigation of the Relevant Entities relating to the sale, marketing, distribution and/or the pricing of the Subject Drugs.

21. Any and all documents relating to any and all communications between Carrier and any current or former member, employee, agent, attorney, or affiliate of any and all local, state, or federal governmental entities, including but not limited to the Congress of the United States or any state, HCFA, CMS, the Department of Health and Human Services' Office of Inspector General, and Medicare Carriers, relating to Subject Drugs.

22. Any and all documents relating to the difference between AWP and acquisition cost for any drug, including but not limited to reports issued by any government entity or agency, publications by Carrier or any other Medicare Carrier, correspondence sent or addressed to, or sent by or received from any government employee or agent, any employee or agent or Carrier or any other Medicare Carrier, or any health care provider, legislative materials, newspaper and magazine articles, television and radio broadcasts and transcripts of congressional testimony.

23. Any and all documents relating to communications between Carrier and any health care provider concerning Average Wholesale Price, AWP, Wholesale Acquisition Cost,



WAC, direct price and/or list price, or reimbursement or allowable for the Subject Drugs or any other Medicare-reimbursed drug.

24. Any and all documents relating to any efforts by Carrier to change its reimbursement for the Subject Drugs.

25. Any and all documents relating to any and all communications concerning or relating to the Relevant Entities or any of their employees or products, including but not limited to the Subject Drugs.

26. Any and all documents relating to any and all internal communications, discussions or meetings at Carrier concerning the use of AWP as a measure of reimbursement by Medicare, Medicaid or private insurers or the calculation of AWP.

27. Any and all documents relating to any and all internal discussions or meetings at Carrier concerning the use of some figure other than AWP as a measure of reimbursement by Medicare, Medicaid, or private insurers.

28. Any and all documents relating to any and all proceedings, including but not limited to lawsuits, administrative or legislative proceedings, and/or criminal or civil investigations, which Carrier and/or its agents have testified concerning the pricing of pharmaceutical products.

29. Any and all documents relating to any and all requests to Carrier from Congress, any state legislature, or any other federal state government entity for information relating to reimbursement for pharmaceutical products, including but not limited to the Subject Drugs, by Medicare, Medicaid, or private insurers.

30. Any and all documents relating to any and all responses by Carrier to any and all requests from Congress, any state legislature, or any other federal or state government entity, for information concerning reimbursement for pharmaceutical products, including but not limited to the Subject Drugs, by Medicare, Medicaid, or private insurers.

31. Any and all documents relating to any and all requests to Carrier, and Carrier's responses, from private parties or litigants, for information regarding Average Wholesale Price, AWP, Wholesale Acquisition Cost, WAC, direct price and/or list price for the Subject drugs.

32. Any and all documents relating to any and all contracts or agreements entered into between Carrier and any federal, state, or local governmental entities or agents, including but not



limited to HCFA, CMS, the Public Health Service, the Department of Defense, and the Veteran's Administration relating to reimbursement for drugs under Medicare Part B.

33. Any and all documents relating to any and all document retention or destruction policies, procedures, or mechanisms now in place, or ever in place, at Carrier.

34. To the extent not already produced in accordance with a previous request, any and all documents relating to the Relevant Entities or any of their products, including but not limited to the Subject Drugs.

