# EXHIBIT 4

| Document Number | Date | Stamp Number | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|---|
| AWP002-08330836 | 05/17/2001 | ENE0003348 - ENE0003349 | Letter | Response to April 17, 2001 request from the Health Care Financing Administrator to provide drug pricing information | Johnson, D. | HCFA Manager System Support | Spruill, F. | | | DP Deliberative Process |
| AWP002-08400842 | 05/17/2001 | ENE0003352 - ENE0003353 | Letter | Response to April 17, 2001 request from the Health Care Financing Administrator to provide drug pricing information | Ackerman, P. | HCFA Director System Support | Spruill, F. | | | DP Deliberative Process |
| AWP004-00570059 | 05/17/2001 | ENE0007652 - ENE0007653 | Letter | Response to April 17, 2001 request from the Health Care Financing Administrator to provide drug pricing information | Johnson, D. | HCFA Manager System Support | Spruill, F. | | | DP Deliberative Process |
| AWP008-08040805 | 05/17/2001 | ENCA0000778 - ENCA0000779 | Letter | Response to April 17, 2001 request from the Health Care Financing Administrator to provide drug pricing information | Johnson, D. | HCFA Manager System Support | Spruill, F. | | | DP Deliberative Process |
| AWP024-21632164 | 04/17/2001 | CIGNA00008997 - CIGNA00008998 | Memorandum | Report of Drug Pricing Information--ACTION | Robinson, C.; Silva, L.; | Director Provider Billing and Education Group, Center for Health Plans and Providers; Acting Deputy Director Medicare Contractor Management, Center for Beneficiary Services | All Medicare Carriers; Durable Medical Equipment Regional Carriers (DMERCs) | | All Regional Administrators; All CCMOs, Plum, C. | DP Deliberative Process |
| AWP029-00470049 | 04/17/2001 | | Memorandum | Report of Drug Pricing Information -- ACTION | Robinson, C.; Silva, L. | | All Medicare Carriers | | All Regional Administrators; All CCMOs; Plum, C | DP Deliberative Process |
| AWP032-05720574 | 04/17/2001 | | Memorandum | Report of Drug Pricing Information--ACTION | Robinson, C.; Silva, L. | Director Provider Billing and Education Group, Center for Health Plans and Providers; Acting Deputy Director Medicare Contractor Management, Center for Beneficiary Services | All Medicare Carriers; Durable Medical Equipment Regional Carriers (DMERCs) | | All Regional Administrators; All CCMOs, Plum, C. | DP Deliberative Process |

| Document Number | Date | Stamp Number | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|---|
| AWP034-04450447 | 04/17/2001 | | Memorandum | Report of Drug Pricing Information -- ACTION | Robinson, C.; Silva, L. | Director Provider Billing and Education Group; Center for Health Plans and Providers | All Medicare Carriers; Durable Medical Equipment Regional Carriers (DMERCs) | | All Regional Administrators; All CCMOs; Plum, C; | DP Deliberative Process |
| AWP034-04540455 | 05/16/2001 | | Letter | Report of Drug Pricing Information--ACTION | Stone, R. | Manager, Medicare Pricing Unit | Spruill, F.; Stoogenke, M. | Senior Technical Coordinator, Jing Xing Technologies, Inc.; Senior Analyst, Division Supplier Claims Processing | Carpenter, C.;Gammon, S.; King, C.;Eiler, C; Spires, R.; Dart, J.; Horan, H.; Douglas, B. | DP Deliberative Process |
| AWP034-05220523 | 04/20/2001 | | Email | Re: HCFA Drug request | Stone, R. | | Eiler, C. | | McCarthy, T.; King, C.; Golaszewski, J.; Eiler,C.; Douglas, B.; Brantley, V. | DP Deliberative Process |
| AWP034-05260528 | 04/17/2001 | | Memorandum | Report of Drug Pricing Information--ACTION | Robinson, C.; Silva, L. | Director, Provider Billing and Education Group, Center for Health Plans and Providers; Acting Deputy Director, Medicare Contractor Management, Center for Beneficiary Services | All Medicare Carriers; Durable Medical Equipment Regional Carriers (DMERCs) | | All Regional Administrators; All CCMOs; Plum, C | DP Deliberative Process |
| AWP034-06900692 | 04/20/2001 | | Email | Re: HCFA Drug request | King,C. | | Stone, R. | | Brantley,V.; Eiler, C.; Douglas,B.; Golaszewski,J.; McCarthy, T. | DP Deliberative Process |
| AWP034-06950697 | 04/20/2001 | | Email | Re: HCFA Drug request | King, C. | | Stone, R. | | Brantley,V.; Eiler,C.; Douglas, B.; Golaszewski, J.; McCarthy, T. | DP Deliberative Process |
| AWP041-08770879 | 11/10/1999 | | Letter | Uniform Drug Pricing Project - Action | Zachok, R. | | Brull, J.; Foley, W.;Lebron, G.; Morre, P.; Schneider, J.; Wickis, W. | | Reisman, P.; Slaten, R. | DP Deliberative Process |
| AWP041-10471049 | 04/14/2001 | | Memorandum | Report of Drug Pricing Information--ACTION | Robinson, C.; Silva, L. | Director Provider Billing and Education Group, Center for Health | All Medicare Carriers; Durable Medical Equipement | | All Regional Administrators; All CCMOs; Plum, C. | DP Deliberative Process |

| Document Number | Date | Stamp Number | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Plans and Providers; Acting Deputy Director Medicare Contractor Management, Center for Beneficiary Services | | | | |
| AWP041-11011103 | 04/17/2001 | | Memorandum | Report of Drug Pricing Information--ACTION | Robinson, C.; Silva, L. | Director Provider Billing and Education Group, Center for Health Plans and Providers; Acting Deputy Director Medicare Contractor Management, Center for Beneficiary Services | All Medicare Carriers; Durable Medical Equipment Regional Carriers (DMERCs) | | All Regional Administrators, All CCMOs, Plum, C. | DP Deliberative Process |
| AWP901-00050008 | 12/12/1996 | | E-mail | E-mail messages Re: Vogel Letter-Zeneca w/ attached Medicare B News, issue No . 148 w/handwritten notations | Imgrund, Joseph; Musculus, Robert | | Pat Mckee, Pat; Manning, Vicky; Krushinsky, Mark; Wiieski, Terri | | Moynihan, Eileen; O'Connell, Brent | DP Deliberative Process |
| AWP901-00150016 | 01/22/1997 | | E-mail messages | Re: Zoldex vs Lupron w/ handwritten notation | Imgrund, Joseph; Bucek, Patricia | | McKee, Pat; Smith, Cynthia; Imgrund, Joseph; Lenker, Ed | | Schoener, Lynette; Bucek, Patricia | DP Deliberative Process |
| AWP901-00170018 | 01/23/1997 | | Various e-mail messages | Re: Zoldex vs. Lupron in reply to 1/22/1997 letter | McKee, Pat | | Osman, Anita | | | DP Deliberative Process |
| AWP901-00210022 | 01/23/1997 | | E-mail messages | Re: Vogel Letter - Zeneca - in reply to letter of 11/14/1996 | McKee, Pat | | Osman, Anita | | | DP Deliberative Process |
| AWP901-00250027 | 09/12/2000 | | Letter | Letter to Member of Congress re: HCFA carriers | DeParle, Nancy-Ann Min | Administrator | Member of Congress | | | DP Deliberative Process |
| AWP901-01610169 | 04/23/1999 | CIGNA-0000242300002 | Fee Schedule | Fee Schedule for Unlisted Drugs 1999 w/ handwritten notations | | | | | | DP Deliberative Process |
| AWP901-01720172 | 08/20/2002 | | E-mail message | Subj: Re: Summary of aranesp issue - attorney/client confidential w/handwritten notation | Stone, John M. | | Neville, John B. | Legal.BCBSU/TBG | | AC Attorney-Client, DP Deliberative Process |
| | | | | | | | | | | |

CARRIER PRIVILEGED DOCUMENTS LOG

| Document Number | Date | Stamp Number | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|---|
| AWP901-01730173 | 08/20/2002 | | Phone message | Message for John Neville from Anne Vickery on 8/20 w/ handwritten notes dated 8/21/02 | S.E. | | Neville, John | | | DP Deliberative Process, AC Attorney-Client |
| AWP901-01910192 | 03/06/2003 | | E-mail messages | Subject: Darbepoetin - Aranesp - pricing | Stone, John M. | | Neville, John B.; Tohill, Lora A., GOVMNT/BCBSU/TBG; Kreeck, Boyd, GOVMNT/BCBSU/TBG | Legal/BCBSU/TBG | Cannaday, Jennifer, LEGAL/BCBSU/TBG, Mitchell, John, GOVMNT/BCBSU/TBG | DP Deliberative Process, WP Work Product |
| AWP901-02020204 | XX/XX/XXXX | | Spreadsheet | Darbepoetin Alfa (Aranesp) - Epoetin Alfa Comparison | | | | | | DP Deliberative Process |
| AWP901-02050208 | 04/15/2002 | | E-mail | Re: Aranesp | Hackathorn, Kathy; Payne, Carolyn, Wichtia Nephrology Group | | Moore, Darrell | | Watson, Les, Price, P. | AC Attorney-Client |
| AWP901-0209-0212 | 10/12/2002 | | E-mail message w/attached analysis | Coverage Determination for pegfilgrastim (Neulasta) | Price, Patrick | | Stone, J.M. | | | WP Work Product |
| AWP901-02130222 | 05/18/1999 | | Minutes | Steering Committee Conference Call | | | Sheridan, D. Dr.; Adamson, J., Dr.; Cox, E. Dr.; Satya-Murti, S. Dr.; Ramirez, J., Dr.; Staples, P., Dr.; Perez, D., Dr.; Oleck, A., Dr.; Lurvey, A.., Dr.; Krubsack, A., Dr.; Waldmann, G., Dr.; Alexander, J., Dr.; Marciniak, T., Dr.; Primack, A., Dr.; Feinberg, L., Dr.; Skinner, D., Scally, K; Geyer, L.; Olshan, S; Combs, M. & Hippler, S. | | | DP Deliberative Process |
| AWP901-02230225 | 06/23/1997 | | Handwritten note w/attachments | Re: last steering committee consensus concerning procrit | Dr. Price | | Priscilla | | | DP Deliberative Process |

CARRIER PRIVILEGED DOCUMENTS LOG

| Document Number | Date | Stamp Number | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|---|
| AWP901-02260228 | XX/XX/XXXX | | SPREADSHEET | Darbepoetin Alfa (Aranesp) - Epoetin Alfa Comarison | | | | | | WP Work Product |
| AWP901-02290242 | 01/03/2002 | | Rough Draft | Letter re: Desialylated erythropoieton | Price, Patrick, M.D., FACS | Medicare Medical Director | Huetsch, Randy L. | Payer/Provider Relations Manager, Amgen, Inc | Stanard, Jacqui; Rhoads, Donna; Dennison, Jane; Sean; Biotch, Ortho | DP Deliberative Process |
| AWP901-02430255 | 07/19/2002 | | Handwritten draft | Re: Aranesp | | | | | | DP Deliberative Process |
| AWP901-02560256 | XX/XX/XXXX | | Fax cover sheet | Re: Aranesp Article w/o attachment | Price, Patrick | | Crews, Sean | | | DP Deliberative Process |
| AWP901-02570257 | 08/29/2002 | | Fax Transaction Report | Report for 5 page fax (faxed document not attached) | | | | | | DP Deliberative Process |
| AWP901-02580304 | XX/XX/XXXX | | Rough Draft | Re: Aranesp | | | | | | DP Deliberative Process |
| AWP901-03050305 | 04/09/2002 | | E-mail message w/fax tranxaction report dated 4/15/02 | Email message re Aranesp | Price, Patrick | | Price, L.; Niemann, R.; Schneider, Mary | | | DP Deliberative Process |
| AWP901-03060308 | 04/08/2002 | | E-mail messages & Fax transaction report dated 4/15/02 | Re: Aranesp | Murff, Donna; Niemann, Robert | CMS/HHS | Ernest, Cathy; Timperley, Jenny | BCBSNE | Price, P; Stamp, Gigi; Mason, Angela; McGuirk, Glenn; Richter, Henry; Price, Lana; Radke, Susan | DP Deliberative Process |
| AWP901-03090334 | 06/11/2002 | | Correspondence file | Correspondence to and from Melanie Combs | | | | | | DP Deliberative Process |
| AWP901-03350341 | 06/11/2003 | | Survey w/attachments Email messages re: Important - Survey re: Aranesp | Melanie Combs Data Survey | Price, P., Combs, Melanie; | | | | Zerbe, Annette; Gross, Bill; Berkey, Julie; Combs, M.; Murti, Satya S.; Lichter, V. | DP Deliberative Process |
| AWP901-03420344 | 04/02/2002 | | Email | DEI CAS/FEINBERG - subject: Aranasp | Feinberg, Laurie | CMS HHS | Price, P.; Stanard, J.; Feinberg, J.; Bryan, M., Foster-Reily, N.; DeiCas, R. | | Zerbe, A.; Rhoads, D.; Schneider, M.; Douglas, P. | DP Deliberative Process |

| Document Number | Date | Stamp Number | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|---|
| AWP901-03450354 | 04/01/2002 | | Correspondence file | Kay, Terry CMS - letters re Aranesp | Patrick, P. | Medicare Medical Director | Kay, Terrence L. | | Combs, M.; Kang, Jeffery, MD; Stone, J., MD; Stanard, J.; Bryan, M. | DP Deliberative Process |
| AWP901-03640368 | 04/09/2002 | | Email to and from Lana Price, CMS | Re: Aranesp | Price, Patrick | | Murti, M.; Price, L.; Niemann, R.; Schneider, M. | | | DP Deliberative Process |
| AWP901-03700375 | 14/10/2002 | | Correspondence File | Email and correspondence re: Aranesp to and from Stanard, Jacqui R. O. | Price, P. | | Stone, J.; | | Schneider, M.; | DP Deliberative Process |
| AWP901-03760398 | 10/21/2003 | | Email | Confidential: Re-Review fo E CR 2963--Change in Coding on Medicare Claims for Aranesp and EPO 2003 | Price, P. | | Richter, H. | | Nixon, I.; Zerbe. A.; Rhoads, D.; Burke, P., Brown, Linda; Shelton, Ann; Caldwell, Sharil; Moore, P.; Streets, Brad; Feinberg, L.; Sheridan, David; Stone, J.; Gross, B. | DP Deliberative Process |
| AWP901-03990414 | 10/21/2003 | | Email | Subject: CONFIDENTIAL: Re-Review of E CR 2963-Change in Coding on Medicare Claims for Aranesp & EPO | Stone, J. | | Price, P. | | Richter, H.; Nixon, I.; Zerbe, A.; Rhoads, D. | DP Deliberative Process |
| AWP901-04150424 | 02/15/2001 | | Draft | Draft Chronic Renal Failure (handwritten) | | | | | | DP Deliberative Process |
| AWP901-04250466 | 10/09/2002 | | Draft Policy | Medicare Part B - KS/NE/W.MO-Synthetic Erythropoietin and Non Renal Failure | | | | | | DP Deliberative Process |
| AWP901-04670542 | 09/25/2002 | | Bibliography ( handwritten) | Jama Bibliography Sept. 25, 2002, Vol 288 #12 pgs 1499-1507 | | | | | | DP Deliberative Process |
| AWP901-05430563 | 10/21/2003 | | Email | Correspondence file for Richte, Henry, CMS - Subj: CONFIDENTIAL: Re-Review of E CR 2963-Change in Coding on Medicare Claims for Aranesp & EPO | Price, P. | | Richter, H | | Nixon, I.; Zerbe. A.; Rhoads, D.; Burke, P., Brown, Linda; Shelton, Ann; Caldwell, Sharil; Moore, P.; Streets, Brad; | DP Deliberative Process |
| AWP901-05640566 | 06/02/1999 | | Correspondence | Data Lauren Geyer - Correspondence to and from Lauren Geyer re: Procrit | Price, P. | | Geyer, L., HCFA | | Murti, Satya, S. | DP Deliberative Process |

CARRIER PRIVILEGED DOCUMENTS LOG

| Document Number | Date | Stamp Number | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|---|
| AWP901-05670568 | 06/04/1999 | | Email | Procrit - Reply | Price, Patrick | | Geyer, L | | | DP Deliberative Process |
| AWP901-05690569 | 02/04/1998 | | Handwritten Note | Handwritten Note | | | | | | DP Deliberative Process |
| AWP901-05700570 | XX/XX/1996 | | Data Analysis | Data Analysis Of Number Of Claims (July - December 1996 Procrit) | | | | | | DP Deliberative Process |
| AWP901-05710571 | 10/10/1997 | | Handwritten Notes | Handwritten Notes Re: Procrit | | | | | | DP Deliberative Process |
| AWP901-05720572 | 05/15/1998 | | Email | Procrit/EPO | Price, Patrick | | Mylinda, Wilhite; Evans, Diana; Schnnnneider, Mary; Satya-Murti S.; Gable, Joan; Burke, Priscilla; Hainline, Barbara | | | DP Deliberative Process |
| AWP901-05730590 | 03/15/2001 | | Email w/attachment | Steering Committee Agenda - March 2001 w/attached email & handwritten note re: Discussion Guide for LHRH | Murti, Satya S. | | Haller, Marcia | | Price, P. | DP Deliberative Process |
| AWP901-05920592 | 05/20/1991 | | Letter | Subj: Coverage of the Drug Filgrastim (Neupogen) (handwritten notations). | Warren, Richard, HHS | Associate Regional Administrator, Division of Medicare | Scott, W. Charles, BCBS of Florida | Vice President Medicare Part B | Garner, Nick; Malinky, Bob; Lord, Curtis; Lynn, Lydia; St. John | DP Deliberative Process |
| AWP901-05930593 | 05/17/1991 | | Memorandum | Coverage of the Drug Filgrastim (Neupogen) | Warren, Richard L. | | | Director, Office of Coverage Policy, BPD | | DP Deliberative Process |
| AWP902-03130319 | 05/01/2001 | | Draft | Request for Information in Narrative Report MS Word Format | King, Colleen, Healthnow; Eiler, Cheryl, Anthem; Douglass, Barbara, Cigna; Stone, Robin, Palmetto | Government Benefits Administrator | | | | DP Deliberative Process |
| AWP902-03200325 | 05/01/2001 | | Draft | Request for Information in Narrative Report MS Word Format | King, Colleen, Healthnow; Eiler, Cheryl, Anthem; Stone, Robin, Palmetto; Douglass, | Government Benefits Administrator | | | | DP Deliberative Process |

| Document Number | Date | Stamp Number | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Barbara, Cigna | | | | | |
| AWP902-03260326 | XX/XX/XXXX | | Email | Change Requests 1663 | Kanof, Majorie | Medical Doctor | | | Regional Offices | DP Deliberative Process |
| AWP902-03840388 | 04/26/2002 | | Fax with Attachments | Claims To Be Adjusted | Eiler, Cheryl, AdminaStar Federal | Business Analyst | MacDonald, Cheryl | | | DP Deliberative Process |
| AWP902-04880488 | 06/17/1997 | | Memo | CMD Steering Committee Conference Call Minutes (with Notations) | | | | | | DP Deliberative Process |
| AWP902-04890499 | 10/10/2000 | | Report | External Infusion Pumps (Draft of HCPCS Codes, ) | | | | | | DP Deliberative Process |
| AWP902-05010504 | 07/16/1999 | | Policy | Draft Oral Antiemitic Drugs (Replacement for Intravenous Antiemetics) List | | | | | | DP Deliberative Process |
| AWP902-05170522 | 01/31/2000 | | Program Memorandum - Carriers | Draft Transmittal Re: New Oral Anti-Cancer Drugs Approved for Use by Medicare | HCFA | | | | | DP Deliberative Process |
| AWP902-05230527 | 07/26/1994 | | Composite Draft | Medical Policy re Epoetin | | | | | | DP Deliberative Process |
| AWP902-05300531 | 10/16/1997 | | Fax | Region B Suggestions - Medical Policy Change - Erythropoietin - Changes in Coverage and Documentation (Handwritten Notes) | | | | | | DP Deliberative Process |
| AWP902-05320533 | 10/03/1997 | | Fax with Attachment | Region A Medical Policy Change | Bach, Debra, DMERC Region A | RN | McNab, Janice, Region B; Mekkelson, Alice, Region B; Wilhelm, Pat, Region C; Rheinecker, Mary, Region D; Majors, Elizabeth, SADMERC | | | DP Deliberative Process |
| AWP902-05340534 | 09/11/1997 | | Fax | Draft of Region A Medical Policy Change of 09/10/1997 re Eythropoietin | UHC DMERC A | | Region C | | | DP Deliberative Process |

CARRIER PRIVILEGED DOCUMENTS LOG

| Document Number | Date | Stamp Number | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|---|
| AWP902-05350540 | 10/22/1994 | | Composite Draft | Medical Policy re Epoetin | | | | | | DP Deliberative Process |
| AWP902-05410553 | 07/21/1993 | | Email with Attachments | Medicare Contractor Regional Bulletin No. 93 - ?, Update on Epoetin (with Handwritten Notes) | | | | | JTW, TCF, DMS, GIB, DBV | DP Deliberative Process |
| AWP902-05540558 | 10/02/1996 | | Survey with Attachments | Revision to National Policy for EPO (with Handwritten Notes) | HCFA/Medicare/ROG | | | | | DP Deliberative Process |
| AWP902-05590560 | 01/14/2004 | | Draft | Epoetin and Darbepoetin - New Codes (with Notations) | | | | | | DP Deliberative Process |
| AWP902-05610565 | 06/27/2001 | | Draft | Epoetin HCPCS Codes | | | | | | DP Deliberative Process |
| AWP902-05660567 | 04/09/2002 | | Email | EPO | Oleck, Adrian, Anthem | | Warren, J, CMS; Ballantine, L, HCFA; Spalding, J, HCFA | | Collins, Nita; Brazell, Nancy; Valdivieso, Grace; Hoover, Robert, Cigna; Hughes, Paul, Tricenturion; Majors, Elizabeth, PGBA; Metzger, Paul, PGBA; Nelson, Kenneth, PGBA; Hutter, Jennifer, PGBA; Bridges, Phyllis, Tricenturion; Rheinecker, Mary, Cigna; Walker, Berta, PGBA; Souza, Sharon, Tricenturion; Craven, Charlene, PGBA | DP Deliberative Process |
| AWP902-05680569 | 04/09/2002 | | Email | Re: EPO | Hildt, Renee, CMS | | Oleck, Adrian, Anthem; Spalding, Joanne, CMS; Warren, John, CMS; Ballantine, Lorrie, CMS | | | DP Deliberative Process |
| AWP902-05700571 | 04/09/2002 | | Email | Re: EPO | Warren, John, CMS | | Oleck, Adrian, Anthem; Spalding, Joanne, CMS; Ballantine, Lorrie, CMS | | | DP Deliberative Process |

February 10, 2005 -9-

CARRIER PRIVILEGED DOCUMENTS LOG

| Document Number | Date | Stamp Number | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|---|
| AWP902-05720573 | 04/25/2002 | | Email | Re: EPO | Oleck, Adrian, Anthem | | Collins, Nita; Brazell, Nancy; Valdivieso, Grace; Hoover, Robert, Cigna; Hughes, Paul, Tricenturion; Majors, Elizabeth, PGBA; Metzger, Paul, PGBA; Nelson, K, PGBA; Hutter, Jennifer, PGBA; Bridges, Phyllis, Tricenturion; Rheinecker, Mary, Cigna; Walker, Berta, PGBA; Souza, Sharon, Tricenturion; Craven, Charlene, PGBA | | | DP Deliberative Process |
| AWP902-05740577 | 05/24/2002 | | Draft Policy | Draft #5 Re: Epoetin HCPCS Codes | | | | | | DP Deliberative Process |
| AWP902-05780582 | 07/26/1994 | | Composite Draft | Medical Policy re: Epoetin | | | | | | DP Deliberative Process |
| AWP902-05830588 | 10/22/1994 | | Composite Draft | Medical Policy re Epoetin (with Handwritten Notes) | | | | | | DP Deliberative Process |
| AWP902-05890589 | 10/25/1999 | | Draft Bullentin Article | Oral Anticancer Drugs Benefit - New Drug | | | | | | DP Deliberative Process |
| AWP902-05900591 | 01/19/1994 | | Memo | Re: Oral Cancer Drugs (Handwritten Notes) | Oleck, Adrian, AdminaStar Federal | | Arney, Steve, Region V | DMERC Medical Director | | DP Deliberative Process |
| AWP902-05920592 | XX/XX/XXXX | | Label | Potentially Privileged Materials | | | | | | DP Deliberative Process |
| AWP902-05930597 | 01/13/1995 | | Draft | Region C DMERC Composite Draft re External Infusion Pumps | | | | | | DP Deliberative Process |
| AWP902-05980609 | 01/16/1995 | | Memo with Attachments | External Infusion Pump RMRP Comment & Review Distibution Action Item A-357-2 (with Handwritten Notes) | Allen, Martina | | Archibald, Ann | | | DP Deliberative Process |

| Document Number | Date | Stamp Number | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|---|
| AWP902-06100614 | 01/13/1995 | | Draft | Region C DMERC Composite Draft re Infusion Pump | | | | | | DP Deliberative Process |
| AWP902-06150617 | 06/12/1995 | | Memo | Comment - Infusion Pump Draft RMRP | Zone, Bob | Medical Doctor | DMERC Medical Directors | | | DP Deliberative Process |
| AWP902-06180625 | 11/18/1994 | | Draft | DMERC Proposed Regional Medical Review Policy re External Infusion Pumps(with Handwritten Notes) | | | | | | DP Deliberative Process |
| AWP902-06260637 | 12/18/2003 | | Subpoena with Attachments | Inspection and Copying of Documents on Schedule A, Civil Case MDL No.: 1456, Case Number: Civil Action No. 01-CV-12257PBS (D. Mass.) | Hobart, Jeoffrey, Hobart, Holland & Knight | Issuing Officer | United Healthcare, Medicare Part B | Custodian of Records | | DP Deliberative Process |
| AWP902-06380659 | 03/27/2003 | | Subpoena with Attachments | In Re: Lupron Marketing and Sales Practices Litigation; Case Number MDL Docket No. 1430 Master File No. 01-CV-10881 | Glauberman, Kelly, Jones Day | Attorney for Defendant TAP Pharmaceutical Products Inc. | Empire Medicare Services; Sobol, Thomas, Hagens Berman LLP; Kodroff, Jeffrey, Spector, Roseman & Kodroff; Cohen, Richard, Bemporad & Selinger; Hausfeld, Michael, Cohen, Milstein, Hausfeld & Toll; Hefter, Michael, Dewey Ballanting LLP; Saveri, Joseph, Lieff Cabraser Heimann & Bernstein | | | DP Deliberative Process |
| AWP902-06600666 | 01/02/2004 | | Memo | Carrier Subpoenas Seeking Documents Related to Pharmaceutical Litigationq | Walters, Gerald, CMS; Carson, Gregory, CMS | Director, Medicare Contractor Management Group | All Medicare Carriers and Durable Medical Equipment Regional Carriers | | All RAs; All CCMOs; Polise, Lou, CMM/MCMG; Hinson, Jeff, CMM/MCMG; Rinker, Verne, CMM/MCMG; Walters, Gerald, OFM; Bennett, Carol, OGC; Barsky, Troy, OGC; Connelly, William, OGC; Polston, Mark, OGC | AC Attorney-Client, DP Deliberative Process |
| AWP902-06670673 | 02/02/1994 | | Draft | EPO Conference (with Handwritten Notes) | | | | | | DP Deliberative Process |

**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Stamp Number | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|---|
| AWP902-06740680 | 02/08/1994 | | Memo with Attachments | Re: Unlabled EPO Use - Proposed Draft Policy and Conference Minutes | Mohs, Frank, General American Life Insurance Comany | | TAC Ad Hoc Committee on Unlabeled EPO Use | | | DP Deliberative Process |