# EXHIBIT 14

**DOCUMENTS FOR WHICH THE UNITED STATES HAS FAILED TO PROVIDE ADEQUATE
DESCRIPTIONS TO DEMONSTRATE THAT THEY ARE PROTECTED BY THE DELIBERATIVE PROCESS PRIVILEGE**

| DOCUMENT NUMBER | DATE | TYPE | DESCRIPTION |
|---|---|---|---|
| HHC011-20422046 | 01/25/1990 | Memorandum | Proposed Arkansas Medicaid Disallowance of Prescription Drug Claim (Your Reference AR/90/002/MAP) |
| HHC013-16421645 | 11/02/1999 | Memorandum | Uniform Drug Pricing Project—Action |
| HHC901-02210222 | Not provided | List | Response to Recent Communications |
| HHC901-03150315 | 05/XX/1997 | Stickie/Note | |
| HHC901-06810681 | Not provided | File Folder | File Folder with handwritten DOJ-PM sticker |
| HHC901-06820682 | XX/XX/XXXX | Chart | CY 1999 Data (95%) Complete |
| HHC901-07160723 | Not provided | Program Memorandum Intermediaries / Carriers | Change Request 1232 |
| HHC901-09520952 | Not provided | Notes | Handwritten |
| HHC901-09720972 | Not provided | Notes | Handwritten |
| HHC901-09950996 | XX/XX/XXXX | Note | Acquisition and Grants Matter (Handwritten) |
| HHC901-09970997 | Not provided | Note | |
| HHC902-00670067 | Not provided | Note | Re: Revised Drug Language in Revised Draft Fraud and Abuse Bill |
| HHC902-00680079 | 05/06/1998 | Memo with Attachments | Comments on Physician NPRM |
| HHC902-00940097 | 12/13/1995 | Memo with Attachment | Re: Meeting on Drug Payment Policy Options |
| HHC902-03150315 | 05/XX/1997 | Stickie/Note | |
| HHC902-05630573 | 02/28/1991 | Draft with Attachments | Suggested Draft Language for use in Response to James L. Oberstar On Behalf of His Constituent June P. Van Horn Regarding Reimbursement for Purchase of Brand Name Drugs |
| HHC902-11051106 | 11/03/1987 | Form with Attachment | Public Inquiry Request for Assistance from Michael A Carbonne with Draft Response Language Attached |
| HHC902-11071107 | 04/13/1988 | Note | Comment to Draft OEP Response to Region X Regarding Oregon Section 1915(b) Waiver Request - - Contracting for Phamaceutical Goods and Services |
| HHC903-00590061 | 07/10/1990 | Report | SECBRIEF re: Drugs |
| HHC903-01030110 | 08/11/1988 | Memo | Drug Reimbursement Reform Regulations (FUL) |
| HHC903-01110114 | 02/18/1987 | Draft Memo with attached note | Medicaid Drug Payment Policy |
| HHC903-01180019 | Not provided | Note | Medicaid Drug Payment Policy |
| HHC903-01220124 | 12/22/1986 | Note with attached memo | Re: memo on the "flying feds" |
| HHC903-01340137 | Not provided | Memo | Medicaid Pharmaceutical Payment Reform—DECISION |
| HHC903-01500154 | 03/06/1987 | Draft Regulation | Medicaid Drug Reimbursement |

| DOCUMENT NUMBER | DATE | TYPE | DESCRIPTION |
|---|---|---|---|
| HHC903-01550173 | Not provided | Handwritten Draft | Medicaid Drug Reimbursement Reform |
| HHC903-02580326 | 11/21/1984 | Memo | Federal Prescription Drug Enforcement Policies - - Decision |
| HHC903-05020508 | 05/18/1995 | | Recommendations Regarding Medicare Coverage Of Drugs Necessary For The Effective Use Of External  Infusion Pumps |
| HHC903-05690573 | Not provided | Draft | Medicare Carrier Manual Re: Coverage Issues |
| HHC903-05740583 | 09/10/1993 | Fax and attachements to Anne Marie Hummel from Sarah Frances | Request for Legal Opinion on Coverage of Outpatient Prescription Drugs Used in Conjunction with Durable Medical Equipment |
| HHC903-05950595 | 08/08/1995 | Proposed Criteria | Proposed Criteria for Medicare Coverage of IV Infusion Pump |
| HHC903-06500650 | 08/14/1996 | Memo | Insulin Infusion Pumps and Bob Wren |
| HHC903-07380738 | 11/XX/1993 | Memo | OIG Final Report: Medicare Home Infusion Therapy |
| HHC903-07310732 | Not provided | Draft HCFA response with handwritten notations | Page 2 of a draft HCFA Response |
| HHC903-07330737 | 11/02/1993 | Memo and Drafts | Agency Comments on OIG Final Report, "Medicare Home Infusion |
| HHC903-07390739 | Not provided | Note | OIG Final: Medicare Home Infusion Therapy – OIE-02-92-00420 |
| HHC903-07400748 | 05/0801995 | Handwritten letter and attachment | January 13, 1995, DMERC Medical Draft Prolicy for Notice and Comment re: External Infusion Pumps |
| HHC903-08130821 | 07/29/1997 | Draft | Comments re: OIG Report OEI-03-9700290 (draft) |
| HHC904-00470058 | 01/09/1994 | Report of Contact and attachments | Contact: Robin Schneider, OIG/OGC (Drafts re: anti-kickbacks) |
| HHC904-00740075 | 10/31/1994 | Note | Re: Formulary Restrictions  Based on Age Criteria |
| HHC904-00810082 | 08/21/1990 | Memo | OGC Opinion Regarding Provider Agreement and Direct Payment  Issues |
| HHC904-00830089 | 01/23/1990 | Memo | Memo and attachment |
| HHC906-01870192 | 11/06/1996 | Typewritten Notes | PE RVU SUM |
| HHC907-07230724 | 11/20/1997 | Notes | Handwritten notes from phone conversation with Barbara Douglas |
| HHC907-09680974 | 07/20/1998 | Handwritten Notes | Re:  IR Call |
| HHC907-10691073 | Not provided | Memo | WA 02-022 With Attachment |
| HHC908-08710871 | Not provided | Notes | Handwritten Notes Re: Public Notice Issuance |
| HHC908-09820982 | Not provided | Post-It-Notes | Post-It-Note |
| HHC908-09850985 | Not provided | Post-It-Note #24 | Post-It-Note #24 |
| HHC908-10861086 | Not provided | Facsimile Transmission Request | Facsimile Transmission Request |
| HHC908-10901090 | Not provided | Handwritten Notes | Handwritten Notes |
| HHC908-12571257 | 12/12/1198 | Memo | Lupron/Zolodex Letter |
| HHC908-12601260 | Not provided | | Post-It-Note |
| HHC908-12731276 | Not provided | Declaration Of Cecilia Marina C. Prela | Declaration Of Cecilia Marina C. Prela |

| DOCUMENT NUMBER | DATE | TYPE | DESCRIPTION |
|---|---|---|---|
| HHC908-12771279 | Not provided | Declaration Of Jann M. Robinson | Declaration Of Jann M. Robinson |
| HHC908-12901260 | XX/XX/XXXX | Post-It-Note | Post-It-Note |
| HHC908-13241327 | Not provided | | Handwritten Notes |
| HHC908-13541354 | 03/20/1996 | Email | Anti-Emetics – Kytril-Reply-Reply |
| HHC908-13561360 | 12/26/1995 | Attachment 1 | Date: December 26, 1995 |
| HHC908-13741374 | Not provided | Handwritten Note – Predecisional | Handwritten Note – Predecisional |
| AWP901-01730173 | 08/20/2002 | Phone message | Message for John Neville from Anne Vickery on 8/20 w/handwritten notes dated 8/21/02 |
| AWP901-02050208 | 04/15/2002 | Email | Re-Aranesp |
| AWP901-02130222 | 05/18/1999 | Minutes | Steering Committee Conference Call |
| AWP901-02230225 | 06/23/1997 | Handwritten note w/attachments | Re: last steering committee consensus concerning procrit |
| AWP901-02570257 | 08/29/2002 | Fax Transaction Report | Report for 5 page fax (faxed document not attached) |
| AWP901-03090334 | 06/11/2002 | Correspondence file | Correspondence to and from Melanie Combs |
| AWP901-03990414 | 10/21/2003 | Email | Subject: CONFIDENTIAL: Re-Review of E CR 2963-Change ini Coding on Medicare Claims for Aranesp & EPO |
| AWP901-05690569 | 02/04/1998 | Handwritten Note | Handwritten Note |
| AWP901-05730590 | 03/15/2001 | Email w/attachment | Steering Committee Agenda – March 2001 w/attached email & handwritten note re: Discussion Guide for LHRH |
| AWP902-03260326 | Not provided | Email | Change Requests 1663 |
| AWP902-03840388 | 04/26/2002 | Fax with Attachments | Claims To Be Adjusted |
| AWP902-04880488 | 06/17/1997 | Memo | CMD Steering Committee Conference Call Minutes (with Notations) |
| AWP902-05320533 | 10/03/1997 | Fax with Attachment | Region A Medical Policy Change |
| AWP902-05920592 | Not provided | Label | Potentially Privileged Materials |
| AWP902-05930597 | 01/13/1995 | Draft | Region C DMERC Composite Draft re External Infusion Pumps |
| AWP902-06100614 | 01/13/1995 | Draft | Region C DMERC Composite Draft re Infusion Pump |
| AWP902-06150617 | 06/12/1995 | Memo | Comment – Infustion Pump Draft RMRP |
| AWP902-06180625 | 11/18/1994 | Draft | DMERC Proposed Regional Medical Review Policy re External Infusion Pumps (with Handwritten Notes) |
| AWP902-06260637 | 12/18/2003 | Subpoena with Attachments | Inspection and Copying of Documents on Schedule A, Civil Case MDL No.: 1456, Case Number: Civil Action No. 01-CV-12257PBS (D. Mass.) |
| AWP902-06600666 | 01/02/2004 | Memo | Carrier Subpoenas Seeking Documents Related to Phamaceutical litigation |