# EXHIBIT 15

**DOCUMENTS THAT ARE NOT PREDECISIONAL FOR THE PURPOSES OF THE DELIBERATIVE PROCESS PRIVILEGE**

| DOCUMENT NUMBER | DATE | TYPE | DESCRIPTION |
|---|---|---|---|
| HHC006-02990302 | Not provided | Analysis Sheet | Analysis of Connecticut State Plan Amendment No. 03-002 |
| HHC009-01760177 | Not provided | Memo | Michigan SPA 01-15 and Supplemental Rebate |
| HHC901-08230823 | Not provided | Cover | Implementation – DOJ AWP PM AB-00-86 |
| HHC901-08290829 | Not provided | Notes | Implementation – DOJ AWP PM AB-00-86 |
| HHC901-10181028 | 02/03/1999 | Fax with Attachments | First Data Bank Settlement Proposal, Government Draft Response and Comments re FDB Price Reports and Threatened Litigation |
| HHC902-00350052 | 04/29/1996 | Draft | Draft NPRM on Drug and Biological Pricing – Policy |
| HHC902-00530055 | 04/26/1996 | Draft | BPD852PC.C Drug and Biological Pricing Policy |
| HHC902-00980099 | 03/22/1996 | Note | Re: Confidentiality of Drug Rebate Pricing Data (witih Handwritten Notes) |
| HHC902-03110312 | 06/04/1997 | Email with Attachment | Ways and Means Language |
| HHC902-03270328 | 10/01/1996 | Memo | Calculation of Payment Amount for Multi-dosage Drug - - Policy Clarification |
| HHC902-03550360 | 10/20/1998 | Draft | Dr. Implementation of the Balanced Budget Act |
| HHC902-03610368 | 09/24/1998 | Draft | Implementation of the Balanced Budget Act |
| HHC902-03760381 | Not provided | Draft Regulation | Re Implementation of the Balanced Budget Act of 1997 |
| HHC902-05430544 | 05/08/1992 | Memo | Michigan Proposal to Distribute Pharmaceuticals Through the Mail |
| HHC902-06520655 | 07/22/1991 | Letter | Exemption Of Drugs From The Provisions Of Section 1927(e) Of The Social Security Act |
| HHC902-06610662 | 12/XX/1991 | Bulletin | Medicaid Bulletin – December 1991 |
| HHC902-06660667 | Not provided | State Plan Under title XIX Of The Social Security Act | Methods and Standards For Establishing Payment Rates – Other Types Of Care |
| HHC902-06680668 | 06/24/1992 | Note | Request for Policy Clarification on Tennessee's Interpretation of Usual and Customary Charges as Applied to Outpatient Drug Reimbursement |
| HHC902-06690670 | 03/05/1992 | Note | Drug Rebate Program: Question from Nebraska |
| HHC902-06710700 | 06/XX/1992 | Medicaid Bulletin | Pharmacy Bulletin – No. 92-2 |
| HHC902-07040706 | 07/09/1993 | Memo | Notification of Medicaid Drug Federal Upper Limit (FUL) Changes – ACTION |
| HHC902-07390739 | 11/10/1992 | Form | Medicaid Bureau Control 921110-0025 re Request for Policy Clarification regarding Drug Dispensing Fees |
| HHC902-07460751 | 11/04/1991 | Memorandum | Pennsylvania Drug Reimbursement |
| HHC902-08430843 | 03/15/1994 | Note | Response to Ms. Chambers Concerning HMO Reimbursement Rates |
| HHC902-08450846 | 08/13/1999 | Note | Clarification of HCFA Policy Regarding Dispensing Physicians |
| HHC902-08470848 | 02/18/1999 | Form with Attachment | Center for Medicaid & State Opers Control 990218-0034 re Clarification of HCFA Policy re Dispensing Physicians - GLC |
| HHC902-08490849 | 01/29/1999 | Memo | Clarification of HCFA Policy Regarding Dispensing Physicians |
| HHC902-08530854 | 08/03/1996 | Note | Federal Upper Limits for Drug Prices |
| HHC902-08610862 | 09/10/1992 | Memo | Health Insurance Premium Payment (HIPP) Program and Payment of Pharmacy Claims |

| DOCUMENT NUMBER | DATE | TYPE | DESCRIPTION |
|---|---|---|---|
| HHC902-08750877 | 02/01/1993 | Memorandum | Federal Upper Limit (FUL) – Transmittal 21, State Medicaid Manual |
| HHC902-10681070 | Not provided | Memo | Administrator's Letter to All State Medicaid Directors Concerning Payment for Schedule II Drugs |
| HHC902-11241125 | Not provided | Draft Letter | State Plan Amendment 88-3 Upper Payment Limits for Prescribed Drugs |
| HHC902-11351140 | 02/28/1991 | Draft with Attachments | Suggested Draft Language for use in response to James L. Oberstar on behalf of His Constituent June P. Van Horn regarding Reimbursement for Purchase of Brand Name Drugs |
| HHC903-00230026 | 09/21/1990 | Letter | Draft Language for use in responding to Congressman Jim Bunning who wrote on behalf of Mr. Richard E. Murray |
| HHC903-00350045 | 07/XX/1990 | Draft letter witih attachment | Suggested Language for response to Senator Thurmond on behalf of his Constituent, John W. McGee, R.Ph. |
| HHC903-00560058 | 07/11/1990 | Memo with Attachment | Notifications to States regarding Drug Items subject to specific Federal Upper Limits (42 CFR 447.332) (your Memorandum dated June 21, 1990) – INFORMATION |
| HHC903-00620065 | 10/07/1993 | Letter | Draft Language to use in response to Representative Christopher Shays on Kwell |
| HHC903-00740081 | 02/12/1987 | Note and Attachments | Medicaid Drug Payment Policy re: FUL |
| HHC903-00900090 | Not provided | Report | Additional Statement of Policy |
| HHC903-01390143 | 02/24/1987 | Memo | Final Regulation On Medicaid Prescription Drug Payment Policy |
| HHC903-04710471 | 02/XX/1993 | Minutes | Leuprolide: TAC Minutes–February 1993 |
| HHC903-06410649 | 04/05/1993 | Note with attached report | Review of Home Drug Infusion Therapy |
| HHC903-06530655 | 03/01/1996 | Draft Letter | Revised Language for response to Congressman Sam Gejdenson on behalf of Theodore A. Spanos |
| HHC903-06610672 | Not provided | Draft | Clarification of Medicare Converage Policy for External Infusion Pumps for Insulin with Attached 3/26-27 Minutes |
| HHC903-06730676 | 08/24/1992 | Draft | Carrier's Proposed Policy on Medicare Coverage of Infusion Therapy (Memorandum from Gene Hyde, Dated May 20, 1991) – INFORMATION |
| HHC903-07110720 | Not provided | Note and attached briefing materials | Briefing materials for Hearing on Home Infusion Therapy, House Energy and Commerce Subcommittee on Oversight and Investigation, September 9, 1993 |
| HHC903-08070810 | 03/19/1997 | Draft | Draft language for use in reply to Congressman Ballenger's Inquiry on behalf of David Hardaway, M.D. |
| HHC903-08110811 | 04/07/1997 | Draft | Draft language for response to Senator Conrad's inquiry on behlf of the concerns of Dr. Patrick Stoy |
| HHC903-08350840 | 05/02/1996 | Draft | Response to Congressional Inquiry by Karen Thurman |
| HHC903-08410845 | 05/03/1996 | Draft | Draft language for reply to Congressman David Minge |
| HHC903-08460850 | 05/15/1996 | Draft response to citizen's inquiry re: Medicare Payment Policy for Drugs | Draft language for reply to Ronald Grousky |

| DOCUMENT NUMBER | DATE | TYPE | DESCRIPTION |
|---|---|---|---|
| HHC903-08690877 | 06/17/1991 | Memo and attachments | Agency Response to Inquiry Re: ESRD Drug Reimbursement. |
| HHC903-08780883 | 04/11/1988 | Draft | Draft language for use in responding to Congressman Herbert Bateman |
| HHC903-08840893 | 11/22/1987 | Draft | Draft language for use in response to Senator Howell Heflin |
| HHC904-00010046 | 04/13/1992 | Memo | Review of Texas' Disallowance of Medicaid Payments for less than effective drugs. |
| HHC904-01450154 | Not provided | Letters and attachments | Draft responses to letter re: Oregon's state plan amendment to redefine the state's EAC for drugs from AWP minus 14 percent to AWP minus 15 percent. |
| HHC904-01790181 | Not provided | Draft letter | Draft response to letter re: 2/11/03 update to Federal Upper Limit list for generic drugs |
| HHC906-01660171 | 06/13/1991 | Memo and attachment | Request for Guidance on Limiting the Charge for Drugs/Biologicals Provided by Physicians (Your memo dated 11/8/90) |
| HHC906-02230227 | Not provided | Memo | Michigan State Plan Amendment 01-015 (draft) |
| HHC906-02400240 | Not provided | Notes | Handwritten notes re: Supreme Court request |
| HHC906-02490950 | 12/18/1995 | Memo with handwritten notes | Wisconsin State Plan Amendment (SP 95-026, 95-027, 95-028) Request for Additional Information |
| HHC906-02510254 | Not provided | Letter (draft) | Re: State plan amendment TN #95-026 |
| HHC906-04950503 | 10/08/1996 | Letter | Response to 5/1/96 letter to P. Chiarelli |
| HHC906-05130513 | Not provided | Note | Re: written communications to Member of Congress |
| HHC906-05140536 | 12/20/1999 | Fax and attachment | Correction issued for code J2405 |
| HHC906-05580559 | Not provided | Letter (draft) | RE: Colorado's State Plan Amendment (SPA) 02-011 |
| HHC906-05600561 | Not provided | Medicare Payment Policy and Email | Medicare Payment Policy For Implantable Pump And the Drugs Used To Refill The Pump |
| HHC906-05850586 | Not provided | Draft | Colorado's State Plan Amendments (SPA) 02-011 |
| HHC906-05870590 | Not provided | Draft Report | Montana SPA 03-003 |
| HHC906-05910592 | Not provided | Draft letter | re: Montana State Plan Amendment (SPA) 03-002 |
| HHC906-05930594 | Not provided | Draft letter | Re: Colorado's State Plan Amendment (SPA) 02-011 |
| HHC907-04880494 | Not provided | Draft Report | CIGNA Contractor Performance Review Report |
| HHC907-07250729 | 10/29/1998 | Notes and attachments | Cigna – 1988 CPE Review |
| HHC908-02190224 | Not provided | State Plan Amendment Material | State Plan Amendment Material |
| HHC908-02280231 | Not provided | State Plan Mateiral | Transmittal And Notice Of Approval Of State Plan Material |
| HHC908-02550255 | Not provided | Letters, Emails and Faxes | SPA 02-17 |
| HHC908-03470350 | Not provided | Notice | Transmittal And Notice Of Approval Of State Plan Material |
| HHC908-03680368 | Not provided |  | SPA 02-16 |
| HHC908-04120416 | Not provided | Transmittal And Notice Of Approval | Transmittal And Notice Of Approval State Plan Material |

3

| DOCUMENT NUMBER | DATE | TYPE | DESCRIPTION |
|---|---|---|---|
| | | State Plan Material | |
| HHC908-04270428 | Not provided | Transmittal And Notice Of Approval State Plan Material | Transmittal And Notice Of Approval State Plan Material |
| HHC908-04540458 | Not provided | Transmittal And Notice Of Approval State Plan Material | Transmittal And Notice Of Approval State Plan Material |
| HHC908-04590460 | Not provided | Emails, OS Notification | Oregon SPA 02-15 Materials |
| HHC908-04610461 | Not provided | Letter | SPA 02-015 |
| HHC908-04620462 | Not provided | Pharmacy SPA Checklist | Pharmacy SPA Checklist |
| HHC908-05070507 | Not provided | Oregon SPAs | Oregon SPAs 02-11, 02-15, 02-16 |
| HHC908-05150515 | Not provided | Handwritten Notes | Oregon #02-015 |
| HHC908-05370537 | Not provided | Memo | Sixty Day Alert – Oregon SPA #02-004 |
| HHC908-05390546 | Not provided | Transmittal | Decrease The Oregon Maximum Allowable Cost From 13% to 14% |
| HHC908-10261027 | Not provided | Memo | Louisiana Supplemental Rebate Agreement |
| HHC908-10471050 | Not provided | Letter | WA State Plan Amendment 03-21 |
| HHC908-13291329 | Not provided | Highly Specialixed Drug Program Claim Form | Highly Specialixed Drug Program Claim Form |
| HHC909-00230023 | 04/05/1989 | Memo | OR State Plan Amendment/Waiver Request No. 89-6 Pharmacy Reimbursement |
| HHC909-00260026 | Not provided | Memo | Recommendation for Action on Oregon SPA / Waiver Request No. 89-5 |
| HHC909-00280028 | 03/25/1991 | Memo | Justification for Action Recommended re Washington SPA / Waiver Request No. 91-06 re Drug Rebate Program |
| HHC909-00290029 | 03/25/1991 | Memo | Justification for Action Recommended re Washington SPA / Waiver Request No. 91-06 re Drug Rebate Program |
| HHC909-00300030 | 03/25/1991 | Memo | Justification for Recommended Action on Virginia SPA / Waiver Request No. 91-06 |
| AWP002-00570059 | 05/17/2001 | Letter | Response to April 17, 2001 request from the Health Care Financing Administrator to provide drug pricing information |
| AWP002-08040805 | 05/17/2001 | Letter | Response to April 17, 2001 request from the Health Care Financing Administrator to provide drug pricing information |
| AWP901-00250027 | 09/12/2000 | Letter | Letter to Member of Congress re: HCFA carriers |
| AWP902-03130319 | 05/01/2001 | Draft | Request for Information in Narrative Report MS Word Format |
| AWP902-03200325 | 05/01/2001 | Draft | Request for Information in Narrative Report MS Word Format |

4