UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL | * | MDL No. 1456 |
| INDUSTRY AVERAGE WHOLESALE | * | |
| PRICE LITIGATION | * | CIVIL ACTION: 01-CV-12254-PBS |
| | * | |
| THIS DOCUMENT RELATES TO | * | |
| | * | Judge Patti B. Saris |
| *STATE OF MISSISSIPPI V. ABBOTT* | * | |
| *LABS INC., et al.*, 1:06-cv-12161-PBS | * | |

## NOTICE OF APPEARANCE

Please enter the appearance of William D. "Dee" Miles, III, Clinton C. Carter and the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles. P.C. as attorneys for the Plaintiff, State of Mississippi.

Dated: December 21, 2006.

**STATE OF MISSISSIPPI**

By its attorneys,

W. Daniel "Dee" Miles, III
Clinton C. Carter
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160 (36103-4160)
272 Commerce Street
Montgomery, Alabama 36104
Telephone: (334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that the document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December __21__, 2006.

_____
Clinton C. Carter