## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE: PHARMACEUTICAL | ) |  |
| INDUSTRY AVERAGE WHOLESALE | ) | MDL NO. 1456 |
| PRICE LITIGATION | ) |  |
|  | ) | CIVIL ACTION: 1:01-CV-12257-PBS |
|  | ) | 1:06-CV-12160-PBS |
|  | ) |  |
|  | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) |  |
|  | ) |  |
| *State of Florida, et al. v. Boehringer* | ) | Chief Mag. Judge Marianne B. Bowler |
| *Ingelheim Corp., et al.* | ) |  |
|  | ) |  |
|  | ) |  |

### STATUS REPORT JANUARY 1, 2007

Pursuant to the Court's July 17, 2004 Procedural Order, the undersigned counsel for Plaintiffs hereby submit the following status report to the Court listing the status of all motions to date.

Respectfully Submitted,

DATED: January 2, 2007        By /s/ Mark S. Thomas

Mark S. Thomas (FL Bar No. 0001716)
Mary S. Miller (FL Bar No. 0780420)
Assistant Attorneys General
**BILL MCCOLLUM**
**STATE OF FLORIDA ATTORNEY GENERAL**
**OFFICE OF THE ATTORNEY GENERAL**
**MEDICAID FRAUD CONTROL UNIT**
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone:850-414-3600
Facsimile:850-487-9475
**ATTORNEYS FOR THE STATE OF FLORIDA**

James J. Breen

Alison W. Simon
**THE BREEN LAW FIRM, P.A.**
Post Office Box 297470
Pembroke Pines, FL 33029-7470

Gary L. Azorsky
Roslyn G. Pollack
Joy P. Clairmont
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-5711
Facsimile: 215-875-4604

Jonathan Shapiro
**STERN, SHAPIRO, WEISSBERG & GARIN LLP**
90 Canal Street
Boston, MA

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

**MDL 1456 Status Report**
**State of Florida *ex rel.* Ven-A-Care v. Boehringer Ingelheim Corp., *et al.***
**Case No.: 1:06-CV-12160-PBS**

**Complaint in Intervention**

On July 9, 2003, Plaintiffs filed a Complaint in Intervention styled *State of Florida v. Boehringer Ingelheim Corp.*, No. 98-3032A (Fla. 2d Cir. Ct.) in the Court of the Second Judicial Circuit in and for Leon County, Florida.

**Removal to Federal Court**

On October 11, 2006, the Dey Defendants removed this action to the United States District Court for the Northern District of Florida. After removal, Plaintiffs filed a Motion to Remand, to which the Dey Defendants responded. Plaintiffs filed a motion for leave to reply, which remains **currently pending**. Also **currently pending** is Plaintiffs' motion to strike an exhibit attached to the affidavit of Neil Merkle which the Dey Defendants filed concurrently with their response to the motion to remand.

**Transfer to the District Court of Massachusetts**

On December 1, 2006, the JPML transferred *State of Florida v. Boehringer Ingelheim Corp., et al.*, Case No. 4:06-cv-476 (N.D. Fla.), to this Court and this case was assigned Case No. 1:06-CV-12160. On or about December 4, 2006, this Court entered an Order consolidating Case No. 1:06 -CV-12160 with Case No. 1:01-CV-12257.

Since this case has been transferred to this Court by the JPML, the Motion for Remand is **currently pending** before this Court.

**CERTIFICATE OF SERVICE**

     I hereby certify that I, Jonathan Shapiro, an attorney, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on January 2, 2007, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service. I hereby also certify that a copy hereof was furnished via U.S. Mail this 2d day of January 2007, to the following:

Dana G. Toole, Esq.
Dunlap Toole Shipman & Whitney P.A.
2065 Thomasville Road, Suite 102
Tallahassee, FL 32308-0733

John T. Montgomery, Esq.
Christopher R. Dillon, Esq.
Carisa A. Klemeyer, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

John P. McDonald, Esq.
C. Michael Moore, Esq.
Elizabeth Mack, Esq.
Locke Liddell & Sapp LLP
2200 Ross Ave, Suite 2200
Dallas, TX 75201

*Attorneys for Defendants Schering Corp., Schering-Plough Corp., and Warrick Pharma.*

Kelly Overstreet Johnson, Esq.
Broad & Cassel
P.O. Box 11300
Tallahassee, FL 32302-3300

William Escobar, Esq.
Christopher C. Palmero, Esq.
Kelley, Drye & Warren LLP
101 Park Ave.
New York, NY 10178

*Attorneys for Dey, Inc., Dey, LLP, and EMD, Pharmaceuticals, Inc., Lipha S.A., Merck KgaA, Merck-Lipha, S.A.*

Bill L. Bryant, Jr., Esq.
Akerman Senterfitt
106 E College Ave, Twelfth Floor
Tallahassee, Florida 32301-7748

Helen E. Witt, Esq.
Anne M. Sidrys, Esq.
Brian P. Kavenaugh, Esq.
Jordan Heinz, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601-6636

*Attorneys for Boehringer Ingelheim Corp., Boehringer Ingelheim Int'l GmbH, Boehringer Ingelheim Pharma., Inc., C.H. Boehringer Sohn, Pharma-Investment Ltd. & Roxane Labs, Inc.*

        /s/ Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN LLP
90 Canal Street
Boston, MA
**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**