UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | ) ) ) MDL No. 1456 ) C.A. No. 01-12257-PBS ) |
| This Document Relates to: | ) The Honorable Patti B. Saris ) |
| *The People of the State of Illinois v. Abbott Laboratories, Inc., et al.*, No. 1:06-5528 (N.D.Ill.) | ) ) ) |
| *State of Florida, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, No. 4:06cv476 (N.D.Fla.) | ) ) ) ) |
| *State of Mississippi v. Abbott Laboratories, Inc., et al.*, No. 3:06-566 (S.D.Miss.) | ) ) ) |

JOINT MOTION OF THE ATTORNEYS GENERAL OF FLORIDA, ILLINOIS, AND MISSISSIPPI FOR A HEARING REGARDING THEIR MOTIONS TO REMAND

For the reasons set for the in the attached memorandum in support, the Attorneys General of Florida, Illinois, and Mississippi respectfully request that this Court schedule a hearing to consider their fully-briefed and pending motions to remand which were filed in their respective federal district courts prior to the above-captioned cases being transferred to this Court by the Judicial Panel on Multidistrict Litigation.

Dated: January 3, 2007              Respectfully submitted,

                                                 LISA MADIGAN
                                                 Attorney General of the State of Illinois

                       By:    /s/ Robert S. Libman
                                  ROBERT S. LIBMAN
                                  Special Assistant Attorney General
                                  for the State of Illinois
                                  Miner, Barnhill & Galland
                                  14 W. Erie St.
                                  Chicago, IL 60610
                                  (312) 751-1170
                                  (312) 751-0438 (telefax)
                                  e-mail:  rlibman@lawmbg.com

>JIM HOOD
>Attorney General of the State of Mississippi
>Harold E. Pizetta III (MBN 99867)
>Special Assistant Attorney General Chief
>Civil Litigation Division
>OFFICE OF THE ATTORNEY GENERAL
>Carroll Gartin Justice Center
>450 High St., 5th Fl.
>Jackson, MS 39201
>
>
>By:   /s/ Joseph Leray McNamara
>      COPELAND, COOK, TAYLOR & BUSH, P.A.
>      Charles G. Copeland (MBN 6516)
>      Joseph Leray McNamara (MBN 2784)
>      Ronnie Musgrove (MBN 3868)
>      Frank Kolb (MBN 101092)
>      P.O. Box 6020
>      Ridgeland, MS 39158
>      (601) 856-7200
>      (601) 856-7626 (telefax)
>
>      BILL MCCOLLUM
>      Attorney General of the State of Florida
>
>
>By:   /s/ Mark S. Thomas
>      MARK S. THOMAS (FL Bar No. 0001716)
>      MARY S. MILLER (FL Bar No. 0780420)
>      Assistant Attorneys General
>      OFFICE OF THE ATTORNEY GENERAL
>      MEDICAID FRAUD CONTROL UNIT
>      PL-01, The Capitol
>      Tallahassee, FL 32399-1050
>      (850) 414-3600
>      (850) 487-9475 (telefax)
>
>      ATTORNEYS FOR THE STATE OF FLORIDA
>
>      James J. Breen
>      Alison W. Simon
>      THE BREEN LAW FIRM, P.A.
>      P.O. Box 297470
>      Pembroke Pines, FL 33029-7470

        Gary L. Azorsky
        Roslyn G. Pollack
        Joy P. Clairmont
        BERGER & MONTAGUE, P.C.
        1622 Locust St.
        Philadelphia, PA 19103
        (215) 875-5711
        (215) 875-4604 (telefax)

        ATTORNEYS FOR RELATOR VEN-A-CARE OF
        THE FLORIDA KEYS

CERTIFICATE OF SERVICE

      Lisa Mecca Davis certifies that she caused a copy of the foregoing Motion to be served upon all counsel of record, by this Court's electronic-filing system, this third day of January, 2007.

                                    /s/ Lisa Mecca Davis  
                                    Lisa Mecca Davis