# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | Judge Patti B. Saris |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

### DEFENDANTS JOHNSON & JOHNSON, CENTOCOR, INC. AND ORTHO BIOTECH PRODUCTS LP'S NOTICE OF WITHDRAWAL OF DIRECT TESTIMONY DECLARATIONS OF <u>JULIE MCHUGH AND WILLIAM PEARSON</u>

Defendants Johnson & Johnson, Centocor, Inc. and Ortho Biotech Products L.P. previously elected not to call the following witnesses live at trial and therefore, as agreed with plaintiffs, hereby withdraws their written direct testimony: William Pearson (filed on November 17, 2006) and Julie McHugh (filed on November 20, 2006).

Dated: January 5, 2007

                              /s/ William F. Cavanaugh, Jr.
                              William F. Cavanaugh, Jr.
                              Andrew D. Schau
                              Erik Haas
                              Adeel A. Mangi
                              **PATTERSON BELKNAP WEBB & TYLER LLP**
                              1133 Avenue of the Americas
                              New York, New York  10036-6710
                              (212) 336-2000

## Certificate of Service

I certify that a true and correct copy of the foregoing was served on all parties on January 5, 2007 via LEXIS/NEXIS.

/s/ Andrew D. Schau
Andrew D. Schau