# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | 

MDL No. 1456

Civil Action No. 01-12257-PBS

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

CLASS 2 AND CLASS 3 TRIAL

## SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S NOTICE OF WITHDRAWAL OF WRITTEN DIRECT TESTIMONY OF ALFRED L. GRAF

Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation elected not to call Alfred L. Graf live at trial and therefore, as agreed with Plaintiffs, hereby withdraw Mr. Graf's written direct testimony, filed on November 17, 2006.

Respectfully submitted,

/s/ John T. Montgomery
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Counsel for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 8, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                /s/ Adam Wright
                Adam Wright