UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
IN RE PHARMACEUTICAL INDUSTRY          )   MDL No. 1456
AVERAGE WHOLESALE PRICE                )
LITIGATION                             )
                                       )
_____ )   Judge Patti B. Saris
                                       )
THIS DOCUMENT RELATES TO               )
01-CV-12257-PBS and 01-CV-339          )
                                       )
_____

**TRIAL OF CLASS 2 AND 3 CLAIMS**

### TRACK ONE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' NEW MOTIONS

In their Motion for Extension of Time to Respond to Defendants' New Motions, Plaintiffs request leave to file their responses to various motions as well as their proposed findings of fact and conclusions of law on January 19, 2007. The Court previously indicated that proposed findings of fact and conclusions of law are due on January 17, 2007. Transcript of Day 20 of Bench Trial at 156:16-25, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456. The Track 1 Defendants do not object to Plaintiffs' request, provided that the proposed findings of fact and conclusions of law for all parties are due on January 19, 2007.

Respectfully submitted,

THE FOLLOWING TRACK 1 DEFENDANTS


By: /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Attorneys for the Bristol-Myers Squibb Co.
and Oncology Therapeutics Network Corp.

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Attorneys for the Johnson & Johnson Defendants

- 3 -

                                      John T. Montgomery (BBO #352220)
                                      Steven A. Kaufman (BBO #262230)
                                      Eric P. Christofferson (BBO #654087)
                                      Ropes & Gray LLP
                                      One International Place
                                      Boston, MA 02110

                                      Attorneys for Schering-Plough Corp. and
                                      Warrick Pharmaceuticals Corp.

Dated: January 9, 2007

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on January 9, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By: /s/ Katherine B. Schmeckpeper
     Katherine B. Schmeckpeper