UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL No. 1456 ) ) Master File No. 01-CV-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of appearance of Brian L. Williams, formerly of Heins Mills & Olson, P.L.C., as counsel for plaintiffs in this matter. All attorneys listed below will continue to appear as counsel for plaintiffs.

Dated: January 9, 2007

**HEINS MILLS & OLSON, P.L.C.**

s/ David R. Woodward
Samuel D. Heins
David R. Woodward
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

**COUNSEL FOR PLAINTIFFS**

58072.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Withdrawal of Appearance** was served on January 9, 2007 upon all counsel of record electronically via Lexis File and Serve.

By: /s/ David R. Woodward
HEINS MILLS & OLSON, P.L.C.
Samuel D. Heins
David R. Woodward
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692