UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*,<br>CIVIL ACTION NO. 06–CV-11337-PBS | Chief Magistrate Judge Marianne B. Bowler |

**PROPOSED ORDER**

Upon consideration of the United States' Motion to Compel Abbott to Produce All Discovery Required by CMOs 5 and 10, and Memorandum in Support, and Abbott Laboratories, Inc.'s ("Abbott") opposition thereto, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that within five (5) days of entry of this Order, Abbott shall produce all discovery, pursuant to CMOs 5 and 10, and Document Request number two of the United States' First Request for Production of Documents, including but not limited to: (1) copies of all documents produced by Abbott in all AWP related proceedings, and a list to match the various Bates numbers used by Abbott for the same documents produced in the different AWP proceedings; and (2) copies of transcripts of Abbott corporate designees, employees, former employees, and agents taken in depositions or trials in AWP proceedings.

IT IS FURTHER ORDERED that the United States, Plaintiff Ven-A-Care, and MDL Plaintiffs may share all discovery that Abbott produces in any AWP related proceeding, including transcripts described in paragraph (2) above.

IT IS FURTHER ORDERED that the Protective Order entered in this proceeding shall govern this production.

This _____ day of _____, 2007.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE