**EXHIBIT 4**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*99 N.E. 4 Street*
*Miami, FL 33132*
*(305) 961-9000*

<u>Via E-mail</u>

October 5, 2006

R. Christopher Cook
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Re:   *U.S. ex rel. Ven-a-Care of the Florida Keys Inc v Abbott Laboratories,* MDL No. 1456/Civil Action No. 01-12257-PBS

Dear Mr. Cook:

I was informed today that it is Abbott's position that documents produced in discovery by Abbott to other parties in the MDL may not be shared by those parties with the United States. Could you please confirm whether or not that is Abbott's position? Thank you for your prompt attention to this matter.

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Mark A. Lavine
Assistant U.S. Attorney
(305) 961-9303
(305) 536-4101 Fax
Mark.Lavine@usdoj.gov

N:\mlavine\venacare\ABBOTT\Correspondence\Cook2a.wpd