# EXHIBIT 6



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*99 N.E. 4 Street*

*Miami, FL 33132*
*(305) 961-9000*

October 13, 2006

<u>Via E-mail</u>

R. Christopher Cook
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Re:     *U.S. ex rel. Ven-a-Care of the Florida Keys Inc v Abbott Laboratories,* MDL No. 1456/Civil
Action No. 01-12257-PBS

Dear Mr. Cook:

    We are writing in response to your letter of October 10, 2006 which addresses our letter of
October 5, 2006.  Rather than rely upon second hand sources, we directed our request to you in order to
ascertain Abbott's position on sharing documents.  We ask again.  Please inform us of Abbott's position
on whether documents produced in discovery by Abbott to other parties in the MDL may be shared by
those parties with the United States.  Once we understand Abbott's position fully we will know how best
to proceed.

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

Mark A. Lavine
Assistant U.S. Attorney
(305) 961-9303
(305) 536-4101 Fax
Mark.Lavine@usdoj.gov