# EXHIBIT 11



**U.S. Department of Justice**

Civil Division, Commercial Litigation
Branch, Fraud Section

---

*601 D Street, NW*
*Suite 9918*
*Washington, D.C. 20004*

*Telephone:  (202) 616-3797*
*Telecopier:  (202) 514-7361*

November 9, 2006

VIA ELECTRONIC MAIL

R. Christopher Cook, Esq.
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

      Re:    *U.S. ex rel. Ven-a-Care of the Florida Keys Inc. v. Abbott Laboratories,* Civil
             Action No. 06-11337, MDL No. 1456/No. 01-12257-PBS

Dear Chris:

      Your position as stated in your letters of October 19, 2006 and November 8, 2006 on
whether Abbott will agree to share documents it has produced to other Plaintiffs in the MDL
proceeding is evasive, and unnecessarily prevents the parties from expeditiously and efficiently
moving forward with discovery.

      The United States and Relator intend to immediately accept from other Plaintiffs in this
MDL proceeding *all* materials Abbott has produced thus far, and not just the very limited amount
of materials Abbott has selectively produced to us pursuant to initial disclosure obligations under
Federal Rule 26(a)(1).  We are entitled to receive these materials, and Judge Saris expressly
stated at the hearing on October 26, 2006 that she was going to "open up everything that has
already happened in the MDL." Tr. 43:7-11.  We are troubled by Abbott's efforts to withhold
relevant evidence from the Government and Relator that Abbott previously produced to other
MDL Plaintiffs.  Requiring the Plaintiffs to serve anew document requests for the same materials
would be wasteful and defeat the purpose of an MDL proceeding.  You have offered no
compelling reason to withhold such evidence from us.  In addition, Abbott's position is one-
sided.  The materials produced by the United States pursuant to subpoenas earlier in this MDL
proceeding were made available to all Defendants.  The United States and Relator expect the
same kind of reciprocity with respect to Abbott's sharing of documents.

      We expect to receive these materials from other MDL Plaintiffs on a rolling basis
beginning Monday, November 13, 2006.  If you feel you need to take some action with the Court,
we provide you with this notice to allow you that option.

-2-

Very Truly Yours,

/s/ Renée Brooker

Renée Brooker