**EXHIBIT 12**

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Direct Number: (202) 879-3734
christophercook@jonesday.com

November 13, 2006

VIA EMAIL

Renée Brooker
Patrick Henry Building
601 D Street, N.W.
Washington, D.C. 20004

James J. Breen
The Breen Law Firm
P.O. Box 297470
Pembroke Pines, Florida 33029-7470

Re:   *United States ex rel. Ven-A-Care of the Florida Keys v. Abbott Laboratories, Inc.*,
      MDL No. 1456/Civil Action No. 01-12257-PBS

Dear Ms. Brooker and Mr. Breen:

   We are in receipt of your letters dated November 9, 2006. As we have advised you repeatedly in the past, you are obligated to obey all applicable protective orders. The course of action you propose in your letters clearly violates protective orders in MDL 1456 and in the Texas litigation. Indeed, your desire to "share" documents in the manner you describe is the subject of a motion that you filed on September 15, 2006 and that is now pending before the Court.

   We do not understand the basis upon which you propose to act in direct contempt of court orders, particularly when you have already recognized the authority of those orders by seeking from Magistrate Judge Bowler a modification of the restrictions they impose upon you. Rest assured that such a flagrant disregard of these orders will be brought swiftly to the attention of the court. Please be advised as well that we disagree with your proclamation that we are obligated to seek a protective order if we don't like what you're doing. Protective orders have already been secured — they are the ones you are threatening to violate.

Yours very truly,

R. Christopher Cook

cc:   M. Justin Draycott
      Gejaa Gobena
      Mark A. Lavine
      Ana Maria Martinez
      Ann St. Peter-Griffith

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON