

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

August 2, 2006

Mr. Clarence G. Maddox II
Clerk/Court Administrator
United States District Court
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

      IN RE: MDL DOCKET No. 1456   In Re: Pharmaceutical Industry Average
                              Wholesale Price Litigation
            USDC - Massachusetts Lead Case No. 1:01-cv-12257-PBS
                Your Case Civil Action No. 1:06-cv-21303
                District of MA No.1:06-cv-11337-PBS

Dear Clerk:

      Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407.  These cases have been assigned to the Honorable Patti B. Saris.

      In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above.  Also include a copy of this letter when transmitting your records to the above address.

      Your prompt attention to this matter is greatly appreciated.  If you should have any questions, please do not hesitate to contact the undersigned at 508-929-9901, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at  617-748-9178.

                                                        Sincerely,

                                                          Sherry Jones
                                                        Deputy Clerk

Information Copy to:  Michael Beck, Clerk of the Panel
                          Counsel of Record ✓
                          Robert Alba
                          Christine Patch

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 27, 2006

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

(See Attached CTO-30)

Dear Ms. Thornton:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 11, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By_____
Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge:   Judge Patti B. Saris
    Transferor Judges:  Judge Alan S. Gold; Judge Norman A. Mordue
    Transferor Clerks:  Clarence Maddox; Lawrence K. Baerman

JPML Form 36

INVOLVED COUNSEL LIST (CTO-30)
DOCKET NO. 1456
IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE
LITIGATION

James J. Breen
Breen Law Firm, PA
P.O. Box 297470
Pembroke Pines, FL 33029-7470

James R. Daly
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692

Gejaa T. Gobena
United States Department of Justice
Commercial Litigation Branch
Ben Franklin Station, P.O. Box 261
Washington, DC 20044

Aaron Hovan
Kirby, McInerney & Squire, L.L.P.
830 Third Avenue
10th Floor
New York, NY 10022

Mark Alan Lavine
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

Mark P. Schnapp
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, FL 33131

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street
4th Floor
Cambridge, MA 02142

Nicholas Theodorou
Foley Hoag, LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600

D. Scott Wise
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 1 2006

FILED
CLERK'S OFFICE.

DOCKET NO. 1456

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

*Ven-A-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc., et al.,*
   S.D. Florida, C.A. No. 1:06-21303
*County of Ulster v. Abbott Laboratories, Inc., et al.,* N.D. New York, C.A. No. 1:06-123

## CONDITIONAL TRANSFER ORDER (CTO-30)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 201 F.Supp.2d 1378 (J.P.M.L. 2002). Since that time, 81 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 2 7 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel