

# United States District Court
## Southern District of Florida

**NOTICE:** A few Judges do not participate in FaxBack, and thus require litigants to accompany motions with envelopes. Visit the court's website at: www.flsd.uscourts.gov or call the Help Line (305) 523-5212 for an updated listing of participating Judges.

### CM/ECF COMING EARLY 2006

The United States District Court for the Southern District of Florida is planning to implement the Case Management/Electronic Case Files (CM/ECF) system. CM/ECF will provide electronic noticing via e-mail and user-friendly electronic case filing features. CM/ECF will replace FaxBack noticing; therefore attorneys will be asked to register for CM/ECF at some point later this year. To keep current with CM/ECF developments please view our website at www.flsd.uscourts.gov.

## Notice of Orders or Judgments

**Date:** 09/07/06

**To:** Daniel E. Reidy (aty)
77 West Wacker Drive
Suite 3500
Chicago, IL 60601

**Re: Case Number:** 1:06-cv-21303    **Document Number:** 43

NOTE: **If you are no longer an attorney in this case, please disregard this notice.**
Be sure to promptly notify the Clerk of Court in writing of any changes to your name, address, law firm, or fax number. This notification should be sent for each of your active cases.
If this facsimile cannot be delivered as addressed, or you have ANY problems with this fax transmission, please call the Help Line (305) 523-5212 and the problem will be rectified. Since this transmission originated from the Clerk's Office, JUDGES CHAMBERS SHOULD NOT BE CONTACTED.

Number of pages including cover sheet:
3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.06-21303-CIV-GOLD/TURNOFF

UNITED STATES OF AMERICA, ex rel.

VEN-A-CARE, OF THE FLORIDA KEYS, INC.,
a Florida corporation, by and through its
principal officers and directors, ZACHARY
T. BENTLEY, and T. MARK JONES,

Plaintiff,

v.

ABBOTT LABORATORIES, INC., and
HOSPIRA, INC.,

Defendant.                         /



## ORDER DENYING ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL

**THIS CAUSE** came before the Court upon Defendant Abbott Laboratories, Inc.'s Motion to Compel Production of Plaintiffs' Under Seal Filing with the Judicial Panel For Multidistrict Litigation **[DE # 41]**. The United States filed an Opposition **[DE # 42]** to the Motion on August 25, 2006.

On July 20, 2006, the Court held a telephonic status conference to discuss the Conditional Transfer Order recently issued by the Judicial Panel on Multidistrict Litigation which conditionally transferred this matter for resolution by the Judicial Panel. The Court was concerned as to what effect the conditional transfer of this case to the Judicial Panel might have on the original action (from which this case originated) which is still before the undersigned. As counsel for the United States indicated that she had not considered this issue, I directed the United States to file a written statement with the Judicial Panel seeking guidance on this issue.

In the Motion, Defendant Abbott asks the Court to compel the United States to produce a copy of the written statement to Defendant Abbott. Upon review of the Motion, I conclude that it is without merit. I conclude that the issues raised in the written statement do not affect Defendant Abbott, thus the United States need not produce a copy of the written statement, filed under seal, to Defendant Abbott. Accordingly, it is **ORDERED AND ADJUDGED**:

1. Defendant Abbott Laboratories, Inc.'s Motion to Compel Production of Plaintiffs' Under Seal Filing with the Judicial Panel For Multidistrict Litigation **[DE # 41]** is DENIED without prejudice.

2. Defendant Abbott Laboratories, Inc. may file a renewed motion to compel before the Judicial Panel if it so desires.

3. This case remains CLOSED.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of September, 2006.

ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished to:
**U.S. Magistrate Judge Turnoff**
All Counsel of Record