UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> State of California, *ex rel.* Ven-A-Care v. ) <br> Abbott Laboratories, *et al.* ) <br> CASE #: 1:03-cv-11226-PBS ) <br> ) | MDL No. 1456 <br> Master File No. 01-12257-PBS <br><br> Judge Patti B. Saris |

## NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION *PRO HAC VICE*

The following submission for admission *pro hac vice* is being made pursuant to Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case, Page 8, section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as counsel for a Plaintiff or Defendant herein and who is in good standing in any district court of the United States shall be deemed admitted *pro hac vice* to practice before this Court in connection with this action upon payment of the appropriate filing fee."

Attached is the Certificate of Good Standing from the United States District Court, Central District of California along with the Certificate of Good Standing from the California State Bar for California Deputy Attorney General:

> Lisa Marie Zepeda
> Deputy Attorney General
> California Bureau of Medi-Cal Fraud and Elder Abuse
> 1455 Frazee Road, Ste. 315
> San Diego, CA  92108

1

        Tel:    (619) 688-6800
        Fax:   (619) 688-4200

    Also enclosed please find a check in the amount of $50.00 for admission *pro hac vice*.

Dated: January 10, 2007         Respectfully submitted,

                                  EDMUND G. BROWN JR.
                                  Attorney General for the State of California


                                  By:    /s/ Lisa M. Zepeda
                                  LISA M. ZEPEDA
                                  Deputy Attorney General
                                  California Department of Justice
                                  1455 Frazee Road, Suite 315
                                  San Diego, California 92108
                                  Tel: (619) 688-6800
                                  Fax: (619) 688-4200

                                  **Attorneys for Plaintiff,**
                                  **STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I, Lisa M. Zepeda, hereby certify that on January 10, 2007, I caused a true and correct copy of the foregoing, **NOTICE OF APPEARANCE FOR PLAINTIFF STATE OF CALIFORNIA, ADMISSION *PRO HAC VICE*** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: January 10, 2007

                                          /s/ Lisa M. Zepeda
                                    LISA M. ZEPEDA
                                    Deputy Attorney General

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

I,  SHERRI R. CARTER,  Clerk  of  this  Court,  certify that

Lisa Marie Zepeda, Bar No. 231125

was  duly  admitted  to  practice  in  this  Court  on  <u>June 2, 2004</u>
<span style="margin-left:20em">*Date*</span>

and  is  in  good  standing  as  a  member  of  the  Bar  of  this  Court.

Dated at Los Angeles, California

on  <u>January 3, 2007</u>
<span>   *DATE*</span>

SHERRI R. CARTER, CLERK

— 1067

By  *Marilyn Davis*
Marilyn Davis/Deputy Clerk

G-52 (2/99)(Rev. AO 136)   CERTIFICATE OF GOOD STANDING - MEMBER OF BAR



THE
STATE BAR
OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

December 28, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LISA MARIE ZEPEDA, #231125 was admitted to the practice of law in this state by the Supreme Court of California on June 1, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*J. Robert McPhail* (signature)

J. Robert McPhail
Custodian of Membership Records