# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) ) Judge Patti B. Saris ) ) ) ) |

## SCHERING'S AND WARRICK'S
## SECOND SUPPLEMENTAL LIST OF TRIAL EXHIBITS

The exhibits identified below are documents about which Dr. Addanki testified on Day 19 of trial (December 13, 2006) but that were not formally admitted into evidence at that time. As Plaintiffs have no objection to their admission, they should be added to the record. Original copies will be provided to the Court by hand.

| Exhibit No. | Description |
|---|---|
| 2935 | Distribution of Sales by Percentage of WAC Paid by Schering Customers – Temodar – 1991-2004 |
| 2955 | Graph: Substantial Sales of Schering's Temodar Were Priced Within 5% of WAC |
| 2939 | Charts: NDCs/Years Where Dr. Hartman Finds Liability for Branded Products in Class 3 – Dr. Hartman's AWPs, "ASPs" for Sales to Full Line Wholesalers, "Spreads" Based on the "ASPs" for Sales to Full Line Wholesalers and Dr. Hartman's AWPs, and Instances where "Spreads" Exceed 30 Perecent |
| 2960 | Chart: Dr. Hartman's Liability Findings Largely Vanish Using More Appropriate Wholesaler ASP's |

                      Respectfully Submitted,

                      /s/ John T. Montgomery
                      John T. Montgomery (BBO#352220)
                      Steven A. Kaufman (BBO#262230)
                      Eric P. Christofferson (BBO#654087)
                      Ropes & Gray LLP
                      One International Place
                      Boston, Massachusetts 02110-2624
                      (617) 951-7000

                      *Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated: January 11, 2007

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 11, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                    /s/ Eric P. Christofferson
                                    Eric P. Christofferson