**EXHIBIT 2**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CLARENCE MADDOX
CLERK OF COURT



September 11, 2006

United States District Court
District of Massachusetts
Office of the Clerk
1 Courthouse Way
Boston, Massachusetts 02210

FILED by _____ D.C.
DKTG

SEP 1 1 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT,
S.D. OF FLA. - MIAMI

RE:  MDL# 1456    In re: Ven-A-Care v. Abbott Laboratories
     Our Case #06cv21303-Gold

Dear Sir:

In compliance with the Conditional Order of Transfer, we are forwarding herewith a certified copy(s) of the docket sheet for the case(es) and a copy(s) of your letter. Our Court is transitioning into CM/ECF within the next month, and would respectfully ask you to obtain any documents required from the PACER website. The case record is [ ] a combined paper and electronic file or [ X ] an electronic file and any imaged documents can be obtained at PACER.USCOURTS.GOV by using your Pacer (not CM/ECF) login and password. If you do not have a pacer login, please contact the Pacer Center at 1-800-676-6856.

Please acknowledge receipt of the above on the enclosed copy of this letter.


CLARENCE MADDOX
Clerk of Court,

by: _____
    Steven C. Kalogerakis
    Deputy Clerk

Encl.

☐301 N. Miami Avenue   ☐299 E. Broward Boulevard   ☐701 Clematis Street   ☐301 Simonton Street   ☐300 S. Sixth Street
Room 150               Room 108                    Room 402               Room 130               Ft. Pierce, FL 34950
Miami, FL 33128        Ft. Lauderdale, FL 33301    W. Palm Beach, FL 33401 Key West, FL 33040     772-595-9691
305-523-5100           954-769-5400                561-803-3400           305-295-8100