# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |

*The City of New York v. Abbott Labs., et al.*
(S.D.N.Y. No. 04-CV-06054)
*County of Suffolk v. Abbott Labs., et al.*
(E.D.N.Y. No. CV-03-229)
*County of Westchester v. Abbott Labs., et al.*
(S.D.N.Y. No. 03-CV-6178)
*County of Rockland v. Abbott Labs., et al.*
(S.D.N.Y. No. 03-CV-7055)
*County of Dutchess v. Abbott Labs, et al.*
(S.D.N.Y. No. 05-CV-06458)
*County of Putnam v. Abbott Labs, et al.*
(S.D.N.Y. No. 05-CV-04740)
*County of Washington v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00408)
*County of Rensselaer v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00422)
*County of Albany  v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00425)
*County of  Warren v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00468)
*County of Greene  v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00474)
*County of Saratoga v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00478)
*County of Columbia  v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00867)

[Caption Continues on Next Page]

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MEDIMMUNE, INC.

*Essex County v. Abbott Labs, et al.*                )
(N.D.N.Y. No. 05-CV-00878)                           )
*County of Chenango  v. Abbott Labs, et al.*         )
(N.D.N.Y. No. 05-CV-00354)                           )
*County of Broome v. Abbott Labs, et al.*            )
(N.D.N.Y. No. 05-CV-00456)                           )
*County of Onondaga v. Abbott Labs, et al.*          )
(N.D.N.Y. No. 05-CV-00088)                           )
*County of Tompkins v. Abbott Labs, et al.*          )
(N.D.N.Y. No. 05-CV-00397)                           )
*County of Cayuga v. Abbott Labs, et al.*            )
 (N.D.N.Y. No. 05-CV-00423)                          )
*County of Madison v. Abbott Labs, et al.*           )
(N.D.N.Y. No. 05-CV-00714)                           )
*County of Cortland v. Abbott Labs, et al.*          )
(N.D.N.Y. No. 05-CV-00881)                           )
*County of Herkimer v. Abbott Labs, et al.*          )
(N.D.N.Y. No. 05-CV-00415)                           )
*County of Oneida v. Abbott Labs, et al.*            )
(N.D.N.Y. No. 05-CV-00489)                           )
*County of  Fulton v. Abbott Labs, et al.*           )
(N.D.N.Y. No. 05-CV-00519)                           )
*County of St. Lawrence v. Abbott Labs, et al.*)
(N.D.N.Y. No. 05-CV-00479)                           )
*County of  Jefferson v. Abbott Labs, et al.*        )
(N.D.N.Y. No. 05-CV-00715)                           )
*County of Lewis v. Abbott Labs, et al.*             )
(N.D.N.Y. No. 05-CV-00839)                           )
*County of Chautauqua v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06204)                           )
*County of Allegany v. Abbott Labs, et al.*          )
(W.D.N.Y. No. 05-CV-06231)                           )
*County of Cattaraugus v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06242)                           )
*County of  Genesee v. Abbott Labs, et al.*          )
(W.D.N.Y. No. 05-CV-06206)                           )
*County of  Wayne v. Abbott Labs, et al.*            )
(W.D.N.Y. No. 05-CV-06138)                           )
*County of Monroe v. Abbott Labs, et al.*            )
(W.D.N.Y. No. 05-CV-06148)                           )
*County of Yates v. Abbott Labs, et al.*             )
(W.D.N.Y. No. 05-CV-06172)                           )
*County of Niagara v. Abbott Labs, et al.*           )
(W.D.N.Y. No. 05-CV-06296)                           )
*County of  Seneca v. Abbott Labs, et al.*           )
(W.D.N.Y. No. 05-CV-06370)                           )
*County of Orleans v. Abbott Labs, et al.*           )
(W.D.N.Y. No. 05-CV-06371)                           )
*County of Ontario v. Abbott Labs, et al.*           )
(W.D.N.Y. No. 05-CV-06373)                           )

| | |
|---|---|
| *County of Schuyler  v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs, et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| _____ | ) |

Pursuant to Local Rule 7.3, Defendant MedImmune, Inc., through the undersigned counsel, hereby discloses that MedImmune, Inc. does not have any parent corporation.  No publicly held corporation owns ten percent (10%) or more of the stock of MedImmune, Inc.

Dated: January 12, 2007

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ James V. Hayes
    John E. Schmidtlein
    Joseph E. Fluet
    James V. Hayes (BBO # 651802)
    725 12th Street, N.W.
    Washington, D.C.  20005-5901
    Telephone:  (202) 434-5000
    Facsimile:  (202) 434-5029

    *Attorneys for Defendant MedImmune, Inc.*

## CERTIFICATE OF SERVICE

I, James V. Hayes, hereby certify than on January 12, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2, by sending a copy of this document to Lexis/Nexis File & Serve for posting and notification to all parties.


/s/ James V. Hayes
James V. Hayes