UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re*: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*<br>CIVIL ACTION NO. 06-11337-PBS | Chief Mag. Marianne Bowler |

**[*PROPOSED*]**
**PROTECTIVE ORDER RELATING TO**
**THE DEPOSITION OF GOVERNMENT COUNSEL**

Upon consideration of the motion by the United States for a Protective Order Relating to the Deposition of Government Counsel, it is by THE COURT hereby

ORDERED: That the motion for a protective order is GRANTED, and it is

FURTHER ORDERED: That the United States shall not be required to produce a witness in response to the Notice of Deposition by defendants, dated November 30, 2006, for the testimony of the "one of more employees of the Department of Health and Human Services ("HHS") who reviewed, approved, and/or were consulted regarding the Brief of the United States as *Amicus Curiae* submitted by the Department of Justice on behalf of the Secretary of HHS."

_____                    _____
Date                                                       UNITED STATES DISTRICT COURT