# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.,* | ) | |
| No. 06-CV-11337-PBS | ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott"), by its undersigned attorneys, will take the

deposition of one or more employees of the Department of Health and Human Services ("HHS")

who reviewed, approved and/or were consulted regarding the Brief of the United States as

Amicus Curie, submitted by the Department of Justice on behalf of the Secretary of HHS "in

response to the Court's request that the Secretary explain his views on the term 'average

wholesale price' (AWP), as reflected in the Medicare Act, *see* 42 U.S.C. §§ 1395 *et seq.*, and

federal regulations" (Brief of the United States as Amicus Curie (Sept. 15, 2006) at 1), including

but not limited to all factual representations and/or statements regarding how the Secretary

and/or the Centers for Medicare and Medicaid Services ("CMS") intended, understood,

interpreted or applied the phrase "average wholesale price" (AWP) in federal statutes and

regulations; what the Secretary or CMS understood or believed about average wholesale prices

(AWPs) published in Red Book and other national drug listings; and the Secretary or CMS's

understanding of Medicare's policy of paying "reasonable costs" (Part A services) and

"reasonable charges" (Part B services).

The deposition will take place before a notary public, or any other officer authorized to administer oaths, at the office of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C., on December 21, 2006, beginning at 9:00 a.m. and continuing on successive days as necessary. Such deposition will be recorded by stenographic and/or sound and visual means.

The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  November 30, 2006

  /s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION to be served upon the following by e-mail:

Mark A. Lavine, Esq.
United States Attorney's Office
99 N.E. 4 Street
Miami, FL 33132

Gejaa T. Gobena, Esq.
United States Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

James J. Breen, Esq.
Alison Simon, Esq.
The Breen Law Firm
3350 S. W. 148th Avenue, Suite 110
Miramar, FL 33029

AND to all counsel of record electronically by causing same to be posted via LexisNexis, this 30th day of November, 2006.

                              /s/ R. Christopher Cook
                              R. Christopher Cook