UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re. PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti Saris |
| THIS DOCUMENT RELATES TO THE AMENDED MASTER CONSOLIDATED CLASS ACTION ) ) ) ) ) | |

**EIGHTH STATUS REPORT OF UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES CONCERNING SUBPOENAS FOR MEDICARE BENEFICIARY DATA, TRACK 2**

The United States Department of Health and Human Services (HHS), through its undersigned counsel, respectfully submits this eighth report to the Court concerning the status of the production of Medicare beneficiary information. This report addresses data requested by the plaintiffs' second subpoena served by the plaintiffs on or about August 4, 2006, concerning drugs at issue in Track 2.[1]

1.   Track 2 Subpoena

With regard to the plaintiff's August 4, 2006, subpoena concerning the Track 2 drugs, the HHS previously advised plaintiffs that it can provide the data by March 1, 2007. The CMS continues work on processing this request. The agency recently completed the merging of the outpatient, durable medical equipment, and carrier data for the Track 2 request. The final file consists of 20,051,841 records. Because of the large

---

[1] As previously reported, the Centers for Medicare & Medicaid Services (CMS) has completed the production of the Track 1 beneficiary data responsive to the June 6, 2006, subpoena.

size of the file, CMS must break the unduplicated file into six or seven separate files in order to be able to submit the name and address files for processing. (The Data Extract System cannot process more than three million records at one time.)

CMS has asked plaintiffs' counsel whether they wish to receive the last known addresses for deceased beneficiaries as well as addresses for living beneficiaries. No response has been received to date. Once the plaintiffs provide a reply, it will take about three weeks to complete the remaining tasks. Accordingly, the agency believes it is still on schedule to produce the Track 2 data by March 1, 2007.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:   /s/ George B. Henderson, II
> George B. Henderson, II
> Assistant U.S. Attorney
> John J. Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA  02110
> (617) 748-3272

CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above "Seventh Status Report of United States Department of Health and Human Services Concerning Subpoenas For Medicare Beneficiary Data, Tracks 1 & 2" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: January 16, 2007

/s/ George B. Henderson, II
George B. Henderson, II