# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-12257-PBS |

## NOTICE OF APPEARANCE OF ROBERT P. BLOOD

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Robert P. Blood as counsel for Defendant TAP Pharmaceutical Products, Inc. in the above-captioned matter.

Dated: January 17, 2007

Respectfully submitted,

TAP Pharmaceutical Products, Inc.

By its attorneys,

/s/ Robert P. Blood
Robert P. Blood (BBO #654167)
Goodwin | Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

## CERTIFICATE OF SERVICE

I, Robert P. Blood, hereby certify that on January 17, 2007, I caused a true and correct copy of the foregoing Notice of Appearance of Robert P. Blood, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Robert P. Blood

LIBA/1755474.1