# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>Civil Action<br>No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ANITA BAPOOJI RYAN

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Anita Bapooji Ryan as counsel for Defendant TAP Pharmaceutical Products, Inc. in the above-captioned matter.

Robert P. Blood of Goodwin Procter LLP, Toni-Ann Citera, R. Christopher Cook, and Daniel E. Reidy of Jones Day, George Q. Evans, Eugene R. Naylor, and Douglas E. Levanway of Wise, Carter, Child & Caraway, and Scott A. Glogovac of Burton, Barlett & Glogovac shall continue their appearance as counsel of record for TAP Pharmaceutical Products, Inc.

Dated: January 17, 2007

Respectfully submitted,

TAP Pharmaceutical Products, Inc.

By its attorneys,

/s/ Anita Bapooji Ryan
Anita Bapooji Ryan (BBO #644657)
Robert P. Blood (BBO #654167)
Goodwin | Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

LIBA/1755460.1

## CERTIFICATE OF SERVICE

    I, Anita Bapooji Ryan, hereby certify that on January 17, 2007, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance of Anita Bapooji Ryan, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                         /s/ Anita Bapooji Ryan