## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** ) ) ) | **MDL No. 1456** <br> **Master File No.  01-12257-PBS** |
| ) | |
| ) | **Judge Patti B. Saris** |

**THIS DOCUMENT RELATES TO:**
**State of California,** *ex rel.* **Ven-A-Care v.**
**Abbott Laboratories, Inc.,** *et al.*
**CASE #:1:03-cv-11226-PBS**

## STIPULATION OF DISMISSAL
## AS TO CLAIMS AGAINST IMMUNEX CORP.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the December 14th, 2006 Settlement Agreement between The State of California, Relators, Ven-A-Care of the Florida Keys, Inc., Zachary T. Bentley, and T. Mark Jones ("Relators"), and Defendant Immunex Corp., the undersigned parties hereby stipulate to the entry of an order dismissing with prejudice all claims asserted on behalf of the State of California and Relators against Immunex in Case No. 03-cv-11226-PBS (Master File No. 01-cv-12257-PBS).

This Stipulation has no effect on any claims or allegations against any Defendant in Case No. 03-cv-11226-PBS  (Master File No. 01-cv-12257-PBS) other than Immunex.

1

The parties respectfully request that the Court enter an order in the form of the attached proposed order.

Respectfully submitted,

**STATE OF CALIFORNIA**

**OFFICE OF THE ATTORNEY GENERAL**

By: _____

Date: 10 JAN 07 _____

Nicholas N. Paul
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA  92108

**QUI TAM PLAINTIFF VEN-A-CARE OF THE FLORIDA KEYS, INC.**

By: _____

Date: Jan. 9, 2007 _____

James J. Breen, Esq.
The Breen Law Firm, P.A.
5755 North Point Parkway, Suite 39
Alpharetta, GA  30022

**IMMUNEX CORP.**

By: _____

Date: Jan. 11, 2007 _____

2

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on January 17, 2007, I caused a true and correct copy of the foregoing, **STIPULATION OF DISMISSAL AS TO CLAIMS AGAINST IMMUNEX CORP.,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: January 17, 2007

                                   /s/ Nicholas N. Paul
                                   NICHOLAS N. PAUL
                                   Supervising Deputy Attorney General