# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

## PLAINTIFFS' SUPPLEMENTAL REQUEST FOR ADMISSION OF TRIAL EXHIBITS

Plaintiffs respectfully move for the admission of 45 additional exhibits, as follows:

First, Plaintiffs move for admission of exhibits (1) inadvertently left off of their December 14, 2006 list of exhibits to move into evidence; (2) referenced during trial but failed to move into evidence; and (3) exhibits Defendants' object admitting into evidence.  Defendants have objected in their pre-trial submissions to exhibits on the list below marked with an asterisk.

Plaintiffs also move for the admission of newly marked exhibit 4109, Dr. Hartman's updated G.4.a, G.4.b, and G.4.c charts.  Defendants do not object to the admission of this exhibit into evidence.

Wherefore, Plaintiffs move for the admission of the following exhibits:

| Exhibit No. |
|---|
| 15 |
| 17 |
| 19 |

149091-1

| |
|---|
| 43 |
| 47 |
| 255 |
| 256 |
| 257* |
| 258* |
| 330 |
| 381* |
| 395* |
| 409* |
| 422 |
| 425 |
| 431* |
| 433* |
| 441* |
| 453* |
| 455* |
| 466* |
| 469* |
| 470* |
| 471 |
| 478* |
| 497* |

149091-1

| |
|---|
| 501* |
| 502* |
| 503* |
| 504* |
| 523* |
| 559* |
| 572* |
| 612* |
| 618* |
| 709 |
| 866 |
| 913* |
| 915* |
| 953* |
| 954* |
| 955* |
| 956 |
| 4109 |

149091-1

DATED:  January 19, 2007

By: /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
    Hagens Berman Sobol Shapiro LLP
    One Main Street, 4th Floor
    Cambridge, MA  02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496b-6611

149091-1

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm LLC
740 S. Third Street, Third Floor
Philadelphia, PA  19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

***Co-Lead Counsel For Plaintiffs***

149091-1

- 6 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' SUPPLEMENTAL REQUEST FOR ADMISSION OF TRIAL EXHIBITS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 19, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

By: /s/  Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292

149091-1