## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS |  |

MDL No.1456

Civil Action No. 01-CV-12257-PBS

Judge Patti B. Saris

### NOTICE OF WITHDRAWAL OF APPEARANCE OF GREG PETROUVIS

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of the appearance of Greg Petrouvis as counsel for Defendant Aventis Behring L.L.C. ("Behring"). All other counsel of record for Behring will continue to appear as counsel for Behring in this matter.

> AVENTIS BEHRING, LLC
> By its Attorneys,
>
>  /s/ Aimée E. Bierman
> Michael DeMarco (BBO #119960)
>   mdemarco@klng.com
> Aimée E. Bierman (BBO #640385)
>   abierman@klng.com
> KIRKPATRICK & LOCKHART
> NICHOLSON GRAHAM LLP
> State Street Financial Center
> One Lincoln Street
> Boston, MA 02111-2950
> (617) 261-3100

BOS-1046769 v2 0517320-0901

William D. Nussbaum  
Jonathan T. Rees  
Martha L. Russo  
HOGAN & HARTSON L.L.P.  
555 13th Street, NW  
Washington D.C. 20004  
(202) 637-5600  
FAX: (202) 637-5910

Dated: January 19, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that on January 19, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Aimée E. Bierman  
Aimée E. Bierman