UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | ) ) ) MDL No. 1456 ) C.A. No. 01-12257-PBS ) |
| This Document Relates to: | ) The Honorable Patti B. Saris ) |
| *The People of the State of Illinois v. Abbott Laboratories, Inc., et al.*, No. 1:06-5528 (N.D.Ill.) | ) ) ) |
| *State of Florida, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, No. 4:06cv476 (N.D.Fla.) | ) ) ) ) |
| *State of Mississippi v. Abbott Laboratories, Inc., et al.*, No. 3:06-566 (S.D.Miss.) | ) ) ) |

MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL
AUTHORITY RELATING TO THE REMAND MOTIONS OF THE
STATES OF FLORIDA, ILLINOIS, AND MISSISSIPPI

The Attorneys General of Florida, Illinois, and Mississippi, and Florida relator Ven-a-Care of the Florida Keys respectfully move this Court for leave to file the attached notice of supplemental authority relating to their remand motions which are scheduled to be heard by this Court on February 1, 2007.  The proposed notice of supplemental authority advises the Court of the January 16, 2007 opinion and order entered by Judge Barbara B. Crabb of the United States District Court for the Western District of Wisconsin in *State of Wisconsin v. Amgen, Inc., et al.*, No. 06-C-582-C ("Order"), a copy of which is attached to the proposed notice of supplemental authority as Exh. 1.

Defendant Dey, Inc. had removed the State of Wisconsin's AWP lawsuit on the same ground upon which Dey removed the Florida, Illinois, and Mississippi AWP lawsuits.  Judge Crabb granted the State of Wisconsin's motion to remand, finding that Dey "has not met its burden of showing that it may remove this case pursuant to 31 U.S.C. §3732(b) or that the removal is timely under 28 U.S.C. §1446(b)."  Order, at 2.  Judge Crabb also granted the State of

Wisconsin's motion for attorneys' fees and costs, concluding that "Dey removed this case without an objectively reasonable ground for doing so, for the purpose of prolonging litigation or increasing plaintiff's costs in prosecuting the case." *Id.*, at 19-20.

Judge Crabb's Order is additional authority supporting the remand motions of Florida, Illinois, and Mississippi, as well as their requests for attorneys' fees and costs. Accordingly, the motion of Florida, Illinois and Mississippi for leave to file the attached notice of supplemental authority should be granted.

Dated: January 19, 2007                    Respectfully submitted,

LISA MADIGAN
Attorney General of the State of Illinois


By:    /s/ Robert S. Libman
       ROBERT S. LIBMAN
       Special Assistant Attorney General
       for the State of Illinois
       Miner, Barnhill & Galland
       14 W. Erie St.
       Chicago, IL 60610
       (312) 751-1170
       (312) 751-0438 (telefax)
       e-mail: rlibman@lawmbg.com

       JIM HOOD
       Attorney General of the State of Mississippi
       Harold E. Pizetta III (MBN 99867)
       Special Assistant Attorney General Chief
       Civil Litigation Division
       OFFICE OF THE ATTORNEY GENERAL
       Carroll Gartin Justice Center
       450 High St., 5th Fl.
       Jackson, MS 39201


By:    /s/ Joseph Leray McNamara
       COPELAND, COOK, TAYLOR & BUSH, P.A.
       Charles G. Copeland (MBN 6516)
       Joseph Leray McNamara (MBN 2784)
       Ronnie Musgrove (MBN 3868)
       Frank Kolb (MBN 101092)
       P.O. Box 6020
       Ridgeland, MS 39158
       (601) 856-7200
       (601) 856-7626 (telefax)

2

BILL MCCOLLUM
Attorney General of the State of Florida


By: /s/ Mary S. Miller
MARK S. THOMAS (FL Bar No. 0001716)
MARY S. MILLER (FL Bar No. 0780420)
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD CONTROL UNIT
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3600
(850) 487-9475 (telefax)

ATTORNEYS FOR THE STATE OF FLORIDA

James J. Breen
Alison W. Simon
THE BREEN LAW FIRM, P.A.
P.O. Box 297470
Pembroke Pines, FL 33029-7470

Gary L. Azorsky
Roslyn G. Pollack
Joy P. Clairmont
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
(215) 875-5711
(215) 875-4604 (telefax)

ATTORNEYS FOR RELATOR VEN-A-CARE OF
THE FLORIDA KEYS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| This Document Relates to: | The Honorable Patti B. Saris |
| *The People of the State of Illinois v. Abbott Laboratories, Inc., et al.*, No. 1:06-5528 (N.D.Ill.) | |
| *State of Florida, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, No. 4:06cv476 (N.D.Fla.) | |
| *State of Mississippi v. Abbott Laboratories, Inc., et al.*, No. 3:06-566 (S.D.Miss.) | |

NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO THE REMAND
MOTIONS OF THE STATES OF FLORIDA, ILLINOIS, AND MISSISSIPPI

The Attorneys General of Florida, Illinois, and Mississippi, and Florida relator Ven-a-Care of the Florida Keys respectfully submit this notice of supplemental authority to advise the Court of the January 16, 2007 opinion and order entered by Judge Barbara B. Crabb of the United States District Court for the Western District of Wisconsin in *State of Wisconsin v. Amgen, Inc., et al.*, No. 06-C-582-C ("Order"), a copy of which is attached hereto as Exh. 1.

Defendant Dey, Inc. had removed the State of Wisconsin's AWP lawsuit on the same ground upon which Dey removed the Florida, Illinois, and Mississippi AWP lawsuits. Judge Crabb granted the State of Wisconsin's motion to remand, finding that Dey "has not met its burden of showing that it may remove this case pursuant to 31 U.S.C. §3732(b) or that the removal is timely under 28 U.S.C. §1446(b)." Order, at 2. Judge Crabb also granted the State of Wisconsin's motion for attorneys' fees and costs, concluding that "Dey removed this case without an objectively reasonable ground for doing so, for the purpose of prolonging litigation or increasing plaintiff's costs in prosecuting the case." *Id.*, at 19-20.

Judge Crabb's Order is additional authority supporting the remand motions of Florida, Illinois, and Mississippi, as well as their requests for attorneys' fees and costs.

Dated: January 19, 2007  Respectfully submitted,

LISA MADIGAN
Attorney General of the State of Illinois

By: /s/ Robert S. Libman
ROBERT S. LIBMAN
Special Assistant Attorney General
for the State of Illinois
Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170
(312) 751-0438 (telefax)
e-mail:  rlibman@lawmbg.com

JIM HOOD
Attorney General of the State of Mississippi
Harold E. Pizetta III (MBN 99867)
Special Assistant Attorney General Chief
Civil Litigation Division
OFFICE OF THE ATTORNEY GENERAL
Carroll Gartin Justice Center
450 High St., 5th Fl.
Jackson, MS 39201

By: /s/ Joseph Leray McNamara
COPELAND, COOK, TAYLOR & BUSH, P.A.
Charles G. Copeland (MBN 6516)
Joseph Leray McNamara (MBN 2784)
Ronnie Musgrove (MBN 3868)
Frank Kolb (MBN 101092)
P.O. Box 6020
Ridgeland, MS 39158
(601) 856-7200
(601) 856-7626 (telefax)

BILL MCCOLLUM
Attorney General of the State of Florida

By: /s/ Mary S. Miller
MARK S. THOMAS (FL Bar No. 0001716)
MARY S. MILLER (FL Bar No. 0780420)
Assistant Attorneys General

2

OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD CONTROL UNIT
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3600
(850) 487-9475 (telefax)

ATTORNEYS FOR THE STATE OF FLORIDA

James J. Breen
Alison W. Simon
THE BREEN LAW FIRM, P.A.
P.O. Box 297470
Pembroke Pines, FL 33029-7470

Gary L. Azorsky
Roslyn G. Pollack
Joy P. Clairmont
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
(215) 875-5711
(215) 875-4604 (telefax)

ATTORNEYS FOR RELATOR VEN-A-CARE OF
THE FLORIDA KEYS