<u>CERTIFICATE OF SERVICE</u>

     Lisa Mecca Davis certifies that she caused a copy of the foregoing Motion to be served upon all counsel of record, by this Court's electronic-filing system, this 19th day of January, 2007.


                      <u>/s/ Lisa Mecca Davis         </u>
                      Lisa Mecca Davis