UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti B. Saris ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06–CV-11337-PBS | ) Chief Magistrate Judge Marianne B. ) Bowler ) ) ) |

**JOINT MOTION FOR CONTINUANCE OF JANUARY 23, 2007 HEARING DATE**

The United States of America and Defendant, Abbott Laboratories ("Abbott") through their undersigned counsel,[1] respectfully submit this Joint Motion for Continuance of January 23, 2007 Hearing Date. The parties were first notified yesterday of the Court's order to hear argument on Tuesday, January 23, relating to four motions filed by the parties in this case, specifically motions on docket numbers 3105, 3436, 3512, 3533.[2] The parties have scheduling conflicts with the January 23 hearing date. Given the short notice for the hearing date, it is difficult for the parties, all of whom must travel to Boston for the arguments, to reschedule other prior commitments on January 23. Upon learning of the hearing date yesterday, the parties promptly contacted Marc Duffy, the clerk to Honorable Marianne B. Bowler, to try to reschedule the arguments. Mr. Duffy informed the parties today to promptly file the current joint motion for

---

[1] Relator, through counsel, has been consulted and consents to the filing of this motion.

[2] The parties also understand the Court has scheduled at least two other hearings for Tuesday, January 23 relating to other cases in this AWP MDL proceeding. The parties do not seek to move hearings in any other cases scheduled for January 23.

continuance and to propose alternate dates. The parties respectfully request that the Court continue the hearing until one of the following dates: January 30 or 31, or February 1, 2, 5, 6, 7, 8, or 9. The parties can make themselves available at any time during those dates at the convenience of the Court. Given the significance of the issues raised by the motions, and discovery deadline in this case, the parties do not wish to move the hearing date beyond February. If the Court is not able to accommodate a hearing date by mid-February, the parties will make other arrangements to have attorneys appear on January 23 to argue the motions.

Respectfully submitted,

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley
U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3272
Fax: (617) 748-3971

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

For the relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel:  (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL


 /s/ Renée Brooker
Michael F. Hertz
Joyce R. Branda
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-1088
Fax: (202) 307-3852

3

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **JOINT MOTION FOR CONTINUANCE OF JANUARY 23, 2007 HEARING DATE** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: January 19, 2007

/s/ Renée Brooker
Renée Brooker