AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     Massachusetts

In Re Pharmaceutical Industry
Average Wholesale Price Litigation

 WITNESS LIST  PAGE 1

Case Number: 01-12257-PBS  MDL-1456

| PRESIDING JUDGE Patti B. Saris | | PLAINTIFF'S ATTORNEY various | | | DEFENDANT'S ATTORNEY various |
|---|---|---|---|---|---|
| TRIAL DATE (S) 11-6-06, 7, 8, 13, 14, 15, 16, 20, 27, 28, 29, 12-4-06, 6, 8, 11, 12, 13 | | COURT REPORTER Lee Marzilli / Tim Wuette | | | COURTROOM DEPUTY Robert C. Alba |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 11/6/05 | | | CHARLES HANNAFORD |
| 2 | | 11/6/05 | | | GLENN RANDLE |
| 3 | | 11/6/05 11/7/06 | | | SHARON FAULKNER |
| 4 | | 11/7/06 | | | GINA ALONGI |
| 5 | | 10/7/06 | | | ANNA CHOICE |
| 6 | | 11/7/06 | | | REBECCA HOPKINS |
| 7 | | 11/7/06 | | | DEBORAH DEVAUX |
| 8 | | 11/7/06 11/8/06 | | | MICHAEL MULREY |
| 9 | | 11/8/06 | | | MAUREEN CONEYS |
| 10 | | 11/8/06 | | | KENNETH ARUDA |
| 11 | | 11/13/06 | | | EDWARD CURRAN |
| 12 | | 11/13/06 | | | DENISE KASZUBA |
| 13 | | 11/14/06 | | | STEVE BUCKAUAUAGE |
| 14 | | 11/14/06 | | | JOHN HOFFMAN |
| 15 | | 11/14/06 | | | CHRISTOF MARRE |
| 16 | | 11/15/06 | 11/27/06 12/18/06 | | MEREDITH ROSENTHAL |
| 17 | | 11/16/06 | | | CATHEEEN DOOLEY |
| 18 | | 11/14/06 | | | G. RAYMOND PIRONTI, JR. |
| 19 | | 11/20/06 | 11/21/06 12/11/06 | | RAYMOND S. HARTMAN |
| | 1 | 11/20/06 | | | GARY SHAMAK |
| | 2 | 11/27/06 | | | DANIEL MCFADDEN |
| | 3 | | | | ALAN MILBAUER |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)     WITNESS LIST – CONTINUATION     PAGE 2

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| In Re Pharmaceutical Industry | | | Average Wholesale Price Litigation | | CASE NO. 01-CV-12257-PBS  MDL 1456 |
|  | 4 | 11/28/06 | 12/7/06 12/8/06 |  | GREGORY KNOX BELL |
|  | 5 | 11/29/06 |  |  | ERIC GAIER |
|  | 6 | 12/4/06 |  |  | JULIE TRACY |
|  | 7 | 12/4/06 |  |  | JOHN P. GOULD |
|  | 8 | 12/6/06 |  |  | FRANK PASQUALONE |
|  | 9 | 12/4/06 |  |  | JOHN FRANCIS AIKSCIN |
|  | 10 | 12/6/06 |  |  | LINDA HAEGELE |
|  | 11 | 12/8/06 |  |  | DOUGLAS SOULE |
|  | 12 | 12/8/06 |  |  | MARSHA PETERSON |
|  | 13 | 12/8/06 |  |  | BRIAN GAROFALO |
|  | 14 | 12/11/06 |  |  | JAMSON DUKES |
|  | 15 | 12/12/06 |  |  | HARVEY WEINTRAUB |
|  | 16 | 12/12/06 |  |  | EUGENE KOLASSA |
|  | 17 | 12/13/06 |  |  | CARTER DUTCH |
|  | 18 | 12/13/06 |  |  | DEVRSHA KANE |
|  | 19 | 12/13/06 |  |  | SUMANTA ADDANKI |

Page 2 of _____ Pages