# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 |
| ) ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| 01-CV-12257-PBS AND 01-CV-339 ) ) ) | |
| TRIAL OF CLASS 2 AND 3 CLAIMS | |

## TRACK 1 DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES

The Track 1 Defendants respectfully request leave to file their post-trial brief and proposed findings of fact in the above-captioned case in excess of the page limit previously ordered by the Court. Specifically, Defendants request 5 additional pages for their post-trial brief and 14 additional pages for their proposed findings of fact.

In further support of this motion, the Track 1 Defendants state the following:

1. The Court has ordered that the Track 1 Defendants file a common set of proposed findings of fact and a common post-trial brief, each of which cannot exceed 20 pages. (*See* Trial Tr. (12/8/06) at 75:22-77:1.) The total pages allotted for all defendants is 100 pages for proposed findings and 100 pages for briefs. (*See* Trial Tr. (12/18/06) at 156.)

2. The trial record – spanning 20 days – is extensive and the legal issues implicated by that record are complex.

3. Despite their best efforts, the Track 1 Defendants simply cannot present the necessary facts from this voluminous record in 20 pages, nor can they sufficiently explicate the legal issues in 20 pages.

4.  A modest additional 14 pages for the joint findings of fact and an additional 5 pages for the joint brief will allow Defendants to provide a complete set of the essential common facts and a full explication of the common legal issues to the Court.

5.  Given the length of this trial, the size of the record, and the complexity of the issues presented, the additional pages should be beneficial to the Court, not burdensome, especially given that the Johnson & Johnson proposed findings are already 5 pages *under* their 20-page limit.

WHEREFORE, the Track 1 Defendants respectfully request that their Motion for Leave to Excess Pages be GRANTED.

Respectfully submitted,

THE TRACK 1 DEFENDANTS

/s/ John T. Montgomery
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated: January 19, 2007

-3-

**CERTIFICATE OF COMPLIANCE WITH LR. 7.1**

I hereby certify that counsel for Schering and Warrick attempted to confer with counsel for Plaintiffs in a good-faith effort to resolve or narrow the issues set forth herein.

                                                /s/ Eric P. Christofferson
                                                Eric P. Christofferson

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                /s/ Eric P. Christofferson
                                                Eric P. Christofferson