**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: | ) Judge Patti B. Saris ) |
| 01-CV-12257-PBS AND 01-CV-339 | ) ) ) |

TRIAL OF CLASS 2 AND 3 CLAIMS

## SCHERING'S AND WARRICK'S MOTION FOR LEAVE TO FILE EXCESS PAGES

Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") respectfully request leave to file their Post-Trial Proposed Findings of Fact in the above-captioned case in excess of the page limit previously ordered by the Court. Specifically, Schering and Warrick request 4 additional pages.

In further support of this motion, Schering and Warrick state the following:

1. The Court has ordered that each Track 1 Defendant file proposed findings of fact and post-trial briefs, each of which cannot exceed 20 pages. (*See* Trial Tr. (12/8/06) at 75:22-77:1.)

2. Given the length of the trial (20 days), the record is voluminous. Schering and Warrick simply cannot present the necessary facts from the record relating to their case in 20 pages.

3. A mere 4 additional pages will allow the companies to provide a complete set of the essential facts to the Court.

4. Furthermore, Schering's and Warrick's post-trial brief is *under* 20 pages.

-2-

WHEREFORE, Schering and Warrick respectfully request that their Motion for Leave to Excess Pages be GRANTED.

                                                  Respectfully submitted,

                                                  /s/ John T. Montgomery
                                                  John T. Montgomery (BBO#352220)
                                                  Steven A. Kaufman (BBO#262230)
                                                  Eric P. Christofferson (BBO#654087)
                                                  Ropes & Gray LLP
                                                  One International Place
                                                  Boston, Massachusetts 02110-2624
                                                  (617) 951-7000

                                                *Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated: January 19, 2007

-3-

## CERTIFICATE OF COMPLIANCE WITH LR. 7.1

I hereby certify that counsel for Schering and Warrick attempted to confer with counsel for Plaintiffs in a good-faith effort to resolve or narrow the issues set forth herein.

>/s/ Eric P. Christofferson\
>Eric P. Christofferson

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

>/s/ Eric P. Christofferson\
>Eric P. Christofferson