# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

### PLAINTIFFS' SUPPLEMENTAL OBJECTIONS TO TRACK 1 DEFENDANTS' DECEMBER 19TH REQUEST FOR ADMISSION OF TRIAL EXHIBITS

Plaintiffs supplement their Objections to Track 1 Defendants' December 19th Request for Admission of Trial Exhibits (Dkt. No. 3511) filed on December 26, 2006 with the following exhibits and corresponding objections:

| Exhibit No. | Basis for Objection |
|---|---|
| 1227 | This is a chart of margins Dr. Haegele received on all drugs administered to Medicare patients for 2004 and 2005, prepared by CRA International.  Plaintiffs object to this exhibit on the basis stated at trial.  The Court previously sustained Plaintiffs objection and denied Defendants' request to admit this exhibit. *See* Trial Tr. Day 14 at 119, 141-43 (Haegele). |
| 1268 | This is a letter to Karen Ford Manza, Regional Director, Managed Care from Keane Chan of Trigon regarding Service Agreements.  Plaintiffs object to this exhibit because there is no testimony establishing a foundation for it.  Counsel attempted to introduce this exhibit through Dr. Hartman during trial but the Court sustained Plaintiffs objection to the admission of this exhibit.  *See* Trial Tr. Day 9 at 52-53 (Hartman). |
| 2157 | This is a memorandum from Grant E. Steffen to all the Physicians who wrote in about Lupron regarding AWP versus Acquisition Cost.  Plaintiffs object to this exhibit because there is no testimony establishing a foundation for the document. Plaintiffs made this objection at trial and the Court concurred.  *See* Trial Tr. Day 9 at 97-100, 105 (Hartman). |

DATED:  January 19, 2007

By: /s/ Steve W. Berman
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496b-6611

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm LLC
740 S. Third Street, Third Floor
Philadelphia, PA  19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

***Co-Lead Counsel For Plaintiffs***

001534-16  149172 V1

### CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' SUPPLEMENTAL OBJECTIONS TO TRACK 1 DEFENDANTS' DECEMBER 19TH REQUEST FOR ADMISSION OF TRIAL EXHIBITS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 19, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

By: /s/  Steve W. Berman
      Hagens Berman Sobol Shapiro LLP
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      Telephone: (206) 623-7292

001534-16  149172 V1