**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
|  | MDL NO. 1456 |
|  | Civil Action No. 01-12257-PBS |
|  | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) ) ) ) |
| TRIAL OF CLASSES 2 & 3 |  |

## MOTION FOR LEAVE TO FILE UNDER SEAL

The Track 1 defendants respectfully move this Court for leave to file under seal the Appendix Of Selected Materials Cited In The Track 1 Defendants' Proposed Common Findings Of Fact (the "Appendix").

The Appendix consists of relevant extracts from depositions cited in the Track 1 defendants' proposed common findings of fact and plaintiffs' counter designations to those citations. The majority of the cited depositions are those of third party private payors. The balance are depositions of named class representatives. The Track 1 Defendants take no position as to whether these deposition extracts merit confidential treatment, but these were designated by the parties being deposed as Confidential or Highly Confidential pursuant to the Protective Order entered by this Court on December 13, 2002 (the "MDL Protective Order").

Pursuant to paragraph 15 of the MDL Protective Order, any document or pleading containing quotes from or otherwise referencing such information shall be filed under seal. The Track 1 defendants sought, but did not receive, plaintiffs' consent to this motion.

WHEREFORE, the Track 1 Defendants respectfully request that this Court grant them leave them leave to file the above-listed documents under seal.

Dated:  January 19, 2007  /s/ William F. Cavanaugh, Jr.
William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Adeel A. Mangi
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York  10036-6710
(212) 336-2000

*Attorneys for Johnson & Johnson, Ortho Biotech Products, L.P., and Centocor, Inc. of behalf of all Track 1 Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on January 19, 2007 a true and correct copy of the foregoing motion was served on all counsel via Lexis/Nexis.

        /s/ Andrew D. Schau_____
        Andrew D. Schau