# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| The Class Actions | ) | Chief Magistrate Judge Marianne B. Bowler |
| | ) | |

## JOINT MOTION TO RESET JANUARY 23, 2007 HEARING DATE

Plaintiffs and Abbott Laboratories ("Abbott"), through undersigned counsel, respectfully submit this Joint Motion to Reset January 23, 2007 Hearing Date.  Presently scheduled for hearing that date are two motions, Docket Numbers 2630 and 3190.

With respect to Docket Number 2630, the parties have agreed to a stipulation that will hopefully resolve the need for hearing of this renewed motion at this time, which they will file with the Court.  They ask that the hearing of this renewed motion be removed from the Court's calendar. The parties will notify the Court if hearing of the renewed motion is required in the future.

With respect to Docket Number 3190, the parties respectfully request that the Court continue the hearing until any of February 5, 7, 12, 13, or 16.  The parties can be available at any time during those dates at the convenience of the Court, or any later date as the Court requires.

Dated:  January 19, 2007

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

Counsel for Defendant Abbott Laboratories, Inc.,
On behalf of Plaintiffs and Abbott

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I certify that all parties consent to the relief requested in this motion.

/s/ Brian J. Murray
Brian J. Murray


## CERTIFICATE OF SERVICE

I, Brian J. Murray, hereby certify that I am one of Abbott Laboratories' attorneys, and that I caused a true and correct copy of the foregoing JOINT MOTION TO RESET JANUARY 23, 2007 HEARING DATE to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 19th day of January, 2007.

/s/ Brian J. Murray
Brian J. Murray