# Exhibit A

Exhibit A- BMS Multi-Source Drugs

## Attachment G.2.c:  Bristol-Myers Squibb Annual Spreads

| NDC | Drug | Description | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00015301020 | Blenoxane | BLENOXANE INJ 15 UNIT VL | 27.1% | 27.2% | 28.1% | 30.4% | 56.4% | 72.8% | 83.6% | 101.1% | 110.3% | 85.9% |
| 00015301026 | Blenoxane | BLENOXANE INJ 15 UNIT VHA | | | | 25.0% | 27.3% | 27.2% | 31.7% | 26.5% | 30.1% | 25.0% |
| 00015306301 | Blenoxane | BLENOXANE INJ 30 UNIT VL | | | | 28.8% | 77.6% | 71.1% | 76.4% | 153.1% | 172.0% | 199.0% |
| 00015306326 | Blenoxane | BLENOXANE INJ 30 UNIT VHA | | | | 25.0% | 25.0% | 33.7% | 43.8% | 44.4% | 33.3% | 25.0% |
| 00015050001 | Cytoxan | CYTOXAN FOR INJ 100 MG | | | | | | | | | | |
| 00015050041 | Cytoxan | CYTOXAN INJ 100MG | 27.5% | 28.1% | 30.0% | 27.4% | | | | | | |
| 00015050141 | Cytoxan | CYTOXAN INJ 200MG | 32.4% | 31.6% | 32.7% | 50.9% | | | | | | |
| 00015050241 | Cytoxan | CYTOXAN INJ 1X500MG VIAL | 29.5% | 53.6% | 1.8% | | | | | | | |
| 00015050301 | Cytoxan | CYTOXAN TABS 50MG | 26.2% | 26.5% | 26.9% | 25.5% | 24.3% | 25.0% | 30.8% | 27.0% | 26.0% | 33.7% |
| 00015050302 | Cytoxan | CYTOXAN TABLETS 50MG | 26.4% | 26.3% | 27.6% | 26.2% | 23.7% | 24.8% | 26.6% | 27.0% | 25.0% | 25.0% |
| 00015050303 | Cytoxan | CYTOXAN TABLETS 50 MG | 21.4% | 23.6% | | | | | | | | |
| 00015050348 | Cytoxan | CYTOXAN TABS 50MG | | | | | | | | | | |
| 00015050401 | Cytoxan | CYTOXAN TABS 25MG | 26.2% | 26.7% | 26.9% | 25.7% | 24.4% | 25.4% | 31.0% | 27.4% | 25.7% | 38.6% |
| 00015050541 | Cytoxan | CYTOXAN PINJ 1X1G VIAL | 53.4% | 48.2% | 170.9% | | | | | | | |
| 00015050641 | Cytoxan | CYTOXAN INJ 1X2GM VIAL | 108.4% | 155.1% | 697.5% | | | | | | | |
| 00015053910 | Cytoxan | CYTOXAN 100MG LYOPH W/CYT | 32.6% | 33.5% | | | | | | | | |
| 00015053941 | Cytoxan | CYTOXAN LYOPHILIZED 100MG | | 52.3% | 61.8% | 72.0% | 97.8% | 145.4% | 121.5% | 179.7% | 78.3% | 77.2% |
| 00015054610 | Cytoxan | CYTOXAN 200MG LYOPH W/CYT | 35.9% | 31.3% | | | | | | | | |
| 00015054641 | Cytoxan | CYTOXAN LYOPHILIZED 200MG | | 54.9% | 69.9% | 96.0% | 164.0% | 208.4% | 285.3% | 192.5% | 100.2% | 80.1% |
| 00015054710 | Cytoxan | CYTOXAN 500MG LYOPH W/CYT | 33.3% | 27.5% | | | | | | | | |
| 00015054712 | Cytoxan | CYTOXAN LYO 500MG VL VHA | | | | | | 25.0% | | 30.0% | | 25.0% |
| 00015054741 | Cytoxan | CYTOXAN LYOPH 500MG | | 50.7% | 69.0% | 99.4% | 188.3% | 309.7% | 296.8% | 398.8% | 119.2% | 64.5% |
| 00015054810 | Cytoxan | CYTOXAN 1GM LYOPH W/CYTOG | 37.2% | 19.9% | | | | | | | | |
| 00015054812 | Cytoxan | CYTOXAN 1G 6X50ML VHA+ | | | | | | 25.0% | 30.8% | 25.4% | 34.0% | |
| 00015054841 | Cytoxan | CYTOXAN LYOPHILIZED 1GM | | 69.7% | 83.9% | 157.7% | 257.7% | 325.3% | 676.8% | 248.4% | 132.1% | 103.0% |
| 00015054910 | Cytoxan | CYTOXAN 2GM LYOPH W/CYTOG | 38.9% | 34.7% | | | | | | | | |
| 00015054912 | Cytoxan | CYTOXAN 2G 6X100ML VHA+ | | | | | | 34.3% | | 39.3% | | |
| 00015054941 | Cytoxan | CYTOXAN LYOPHILIZED 2GM | | 127.5% | 113.4% | 208.4% | 372.2% | 559.2% | 465.3% | 519.3% | 171.2% | 134.9% |
| 00015340420 | Etopophos** | ETOPOPHOS 100MG VIAL | | | | 35.8% | 27.0% | 27.1% | 26.7% | 26.5% | 25.6% | 25.1% |
| 00015321310 | Paraplatin | PARAPLATIN 50MG W/CYTO | 27.8% | 29.3% | | | | | | | | |
| 00015321329 | Paraplatin | PARAPLATIN 10X5ML VHA+ | | | | | | 35.2% | 67.5% | 27.2% | 46.9% | 21.4% |
| 00015321330 | Paraplatin | PARAPLATIN 50MG LYOPHILIZ | | 27.3% | 28.6% | 28.1% | 45.8% | 27.5% | 29.8% | 28.6% | 28.7% | 35.6% |
| 00015321410 | Paraplatin | PARAPLATIN 150MG LYOPH CY | 27.6% | 29.9% | | | | | | | | |
| 00015321429 | Paraplatin | PARAPLATIN 10X15ML VHA+ | | | | | | 35.3% | 24.9% | 26.2% | 39.5% | |
| 00015321430 | Paraplatin | PARAPLATIN 1X150MG LYO VL | 28.4% | 27.3% | 28.3% | 28.0% | 24.9% | 27.8% | 29.3% | 28.4% | 28.8% | 36.0% |
| 00015321510 | Paraplatin | PARAPLATIN 450MG VL W/CYT | 27.5% | 30.0% | | | | | | | | |
| 00015321529 | Paraplatin | PARAPLATIN 10X45ML VHA+ | | | | | | 33.6% | 30.2% | 27.8% | 65.4% | |
| 00015321530 | Paraplatin | PARAPLATIN 1X450MG LYO VL | 28.8% | 27.0% | 28.1% | 27.9% | 24.9% | 27.8% | 29.5% | 28.2% | 28.9% | 38.0% |
| 00015335122 | Rubex | RUBEX 10MG LYOPHILIZED | | 193.9% | 205.5% | | | | | | | |
| 00015335124 | Rubex | RUBEX 10MG IMMUNEX LABEL | | 25.0% | | | | | | | | |
| 00015335222 | Rubex | RUBEX 50MG LYOPHILIZED | | | 180.7% | 110.4% | 93.6% | 291.1% | 96.1% | 438.0% | 66.2% | 54.9% |
| 00015335224 | Rubex | RUBEX 50MG IMMUNEX LABEL | | 27.0% | | | | | | | | |
| 00015335322 | Rubex | RUBEX 100 MG LYOPHILIZED | | 343.8% | 210.4% | 278.8% | 395.9% | 223.2% | 171.7% | 327.1% | 37.0% | 26.6% |
| 00015335324 | Rubex | RUBEX 100MG IMMUNEX LABEL | | 58.7% | | | | | | | | |
| 00015345620 | Taxol | TAXOL 30MG CONC FOR INJ | 25.5% | 26.1% | 26.6% | | | | | | | |
| 00015347520 | Taxol | TAXOL 30MG/5ML VHA+ LABEL | | | | | | 25.0% | 25.0% | 25.0% | 25.0% | 508.8% |
| 00015347527 | Taxol | TAXOL 30MG SEM-SYN VIAL | | | 26.8% | 26.3% | 26.7% | | 30.2% | | | |

* NDCs for years in which  drugs are multi-source are in boxed areas of chart.
** Etopophos treated as multi-source because reimbursement is under J-code for etoposide.
(Bell 12/07/06 Tr. 26-27.)

Direct Testimony of Raymond S. Hartman

Exhibit A- BMS Multi-Source Drugs

| NDC | Drug | Description | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00015347530 | Taxol | TAXOL 30 MG INJ MULTIDOSE | | | | | 26.1% | 26.5% | 26.7% | 27.2% | 28.9% | 68.1% |
| 00015347620 | Taxol | TAXOL 100MG/16.7ML VHA+ L | | | | | | 25.0% | 25.0% | 25.0% | 25.0% | 508.8% |
| 00015347627 | Taxol | TAXOL 100MG SEM-SYN VIAL | | | | 27.4% | 27.0% | 30.7% | | | | |
| 00015347630 | Taxol | TAXOL 100MG INJ MULTIDOSE | | | | | 27.0% | 27.1% | 27.0% | 27.4% | 29.1% | 128.7% |
| 00015347911 | Taxol | TAXOL 300MG/50ML VIAL | | | | | | 27.9% | 27.6% | 27.8% | 33.3% | 119.4% |
| 00015306120 | Vepesid | VEPESID 500MG | 33.9% | 49.6% | 70.7% | 264.2% | 500.3% | 2812.4% | 1131.7% | 758.9% | 139.4% | 138.8% |
| 00015306124 | Vepesid | VEPESID 500MG 25ML VL VHA | | | | | | 25.0% | 25.0% | 25.6% | 53.6% | |
| 00015306220 | Vepesid | VEPESID 1GM/50ML | 41.7% | 47.4% | 78.0% | 253.6% | 649.4% | 6621.9% | 1201.2% | 687.0% | 430.2% | 412.3% |
| 00015306224 | Vepesid | VEPESID 1G 50ML VIAL VHA+ | | | | | | 49.4% | 54.4% | 54.1% | | |
| 00015308420 | Vepesid | VEPESID INJ 150MG/7.5ML | 27.8% | 39.5% | 66.6% | 243.2% | 448.5% | | | 296.2% | 187.9% | 114.6% |
| 00015309145 | Vepesid | VEPESID 50MG CAPSULES | 26.6% | 25.2% | 26.2% | 25.9% | 24.3% | 25.4% | 30.1% | 27.7% | 27.9% | 26.5% |
| 00015309510 | Vepesid | VEPESID 100mg vial w/cyto | 27.1% | 26.1% | | | | | | | | |
| 00015309520 | Vepesid | VEPESID INJ 100MG/5ML | 29.1% | 40.8% | 80.9% | 391.5% | | | | 225.8% | | 121.3% |
| 00015309530 | Vepesid | VEPESID 100MG VL W/O CYTO | 25.0% | 25.0% | 25.0% | 26.4% | 32.7% | 33.7% | | 36.9% | 39.8% | |

\* NDCs for years in which drugs are multi-source are in boxed areas of chart.
\*\* Etopophos treated as multi-source because reimbursement is under J-code for etoposide.
(Bell 12/07/06 Tr. 26-27.)

Direct Testimony of Raymond S. Hartman

# Exhibit B

Exhibit B- BMS Single-Source Drugs

## Attachment G.2.c: Bristol-Myers Squibb Annual Spreads

| NDC | Drug | Description | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00015301020 | Blenoxane | BLENOXANE INJ 15 UNIT VL | 27.1% | 27.2% | 28.1% | | | | | | | |
| 00015301026 | Blenoxane | BLENOXANE INJ 15 UNIT VHA | | | | | | | | | | |
| 00015306301 | Blenoxane | BLENOXANE INJ 30 UNIT VL | | | | | | | | | | |
| 00015306326 | Blenoxane | BLENOXANE INJ 30 UNIT VHA | | | | | | | | | | |
| 00015050001 | Cytoxan | CYTOXAN FOR INJ 100 MG | | | | | | | | | | |
| 00015050041 | Cytoxan | CYTOXAN INJ 100MG | | | | | | | | | | |
| 00015050141 | Cytoxan | CYTOXAN INJ 200MG | | | | | | | | | | |
| 00015050241 | Cytoxan | CYTOXAN INJ 1X500MG VIAL | | | | | | | | | | |
| 00015050301 | Cytoxan | CYTOXAN TABS 50MG | 26.2% | 26.5% | 26.9% | 25.5% | 24.3% | 25.0% | 30.8% | | | |
| 00015050302 | Cytoxan | CYTOXAN TABLETS 50MG | 26.4% | 26.3% | 27.6% | 26.2% | 23.7% | 24.8% | 26.6% | | | |
| 00015050303 | Cytoxan | CYTOXAN TABLETS 50 MG | 21.4% | 23.6% | | | | | | | | |
| 00015050348 | Cytoxan | CYTOXAN TABS 50MG | | | | | | | | | | |
| 00015050401 | Cytoxan | CYTOXAN TABS 25MG | 26.2% | 26.7% | 26.9% | 25.7% | 24.4% | 25.4% | 31.0% | | | |
| 00015050541 | Cytoxan | CYTOXAN PINJ 1X1G VIAL | | | | | | | | | | |
| 00015050641 | Cytoxan | CYTOXAN INJ 1X2GM VIAL | | | | | | | | | | |
| 00015053910 | Cytoxan | CYTOXAN 100MG LYOPH W/CYT | | | | | | | | | | |
| 00015053941 | Cytoxan | CYTOXAN LYOPHILIZED 100MG | | | | | | | | | | |
| 00015054610 | Cytoxan | CYTOXAN 200MG LYOPH W/CYT | | | | | | | | | | |
| 00015054641 | Cytoxan | CYTOXAN LYOPHILIZED 200MG | | | | | | | | | | |
| 00015054710 | Cytoxan | CYTOXAN 500MG LYOPH W/CYT | | | | | | | | | | |
| 00015054712 | Cytoxan | CYTOXAN LYO 500MG VL VHA | | | | | | | | | | |
| 00015054741 | Cytoxan | CYTOXAN LYOPH 500MG | | | | | | | | | | |
| 00015054810 | Cytoxan | CYTOXAN 1GM LYOPH W/CYTOG | | | | | | | | | | |
| 00015054812 | Cytoxan | CYTOXAN 1G 6X50ML VHA+ | | | | | | | | | | |
| 00015054841 | Cytoxan | CYTOXAN LYOPHILIZED 1GM | | | | | | | | | | |
| 00015054910 | Cytoxan | CYTOXAN 2GM LYOPH W/CYTOG | | | | | | | | | | |
| 00015054912 | Cytoxan | CYTOXAN 2G 6X100ML VHA+ | | | | | | | | | | |
| 00015054941 | Cytoxan | CYTOXAN LYOPHILIZED 2GM | | | | | | | | | | |
| 00015340420 | Etopophos | ETOPOPHOS 100MG VIAL | | | | | | | | | | |
| 00015321310 | Paraplatin | PARAPLATIN 50MG W/CYTO | 27.8% | 29.3% | | | | | | | | |
| 00015321329 | Paraplatin | PARAPLATIN 10X5ML VHA+ | | | | | | 35.2% | 67.5% | 27.2% | 46.9% | 21.4% |
| 00015321330 | Paraplatin | PARAPLATIN 50MG LYOPHILIZ | 28.4% | 27.3% | 28.6% | 28.1% | 45.8% | 27.5% | 29.8% | 28.6% | 28.7% | 35.6% |
| 00015321410 | Paraplatin | PARAPLATIN 150MG LYOPH CY | 27.6% | 29.9% | | | | | | | | |
| 00015321429 | Paraplatin | PARAPLATIN 10X15ML VHA+ | | | | | | 35.3% | 24.9% | 26.2% | 39.5% | 36.0% |
| 00015321430 | Paraplatin | PARAPLATIN 1X150MG LYO VL | 28.4% | 27.3% | 28.3% | 28.0% | 24.9% | 27.8% | 29.3% | 28.4% | 28.8% | |
| 00015321510 | Paraplatin | PARAPLATIN 450MG VL W/CYT | 27.5% | 30.0% | | | | | | | | |
| 00015321529 | Paraplatin | PARAPLATIN 10X45ML VHA+ | | | | | | 33.6% | 30.2% | 27.8% | 65.4% | 38.0% |
| 00015321530 | Paraplatin | PARAPLATIN 1X450MG LYO VL | 28.8% | 27.0% | 28.1% | 27.9% | 24.9% | 27.8% | 29.5% | 28.2% | 28.9% | |
| 00015335122 | Rubex | RUBEX 10MG LYOPHILIZED | | | | | | | | | | |
| 00015335124 | Rubex | RUBEX 10MG IMMUNEX LABEL | | | | | | | | | | |
| 00015335222 | Rubex | RUBEX 50MG LYOPHILIZED | | | | | | | | | | |
| 00015335224 | Rubex | RUBEX 50MG IMMUNEX LABEL | | | | | | | | | | |
| 00015335322 | Rubex | RUBEX 100 MG LYOPHILIZED | | | | | | | | | | |
| 00015335324 | Rubex | RUBEX 100MG IMMUNEX LABEL | | | | | | | | | | |
| 00015345620 | Taxol | TAXOL 30MG CONC FOR INJ | 25.5% | 26.1% | 26.6% | | | | | | | |
| 00015347520 | Taxol | TAXOL 30MG/5ML VHA+ LABEL | | | 26.8% | 26.3% | 26.7% | 25.0% | 25.0% | | | |
| 00015347527 | Taxol | TAXOL 30MG SEM-SYN VIAL | | | | | | | 30.2% | | | |

* Single-source NDCs for years in which spreads are less than 30% are in boxed areas of chart.

Direct Testimony of Raymond S. Hartman

Exhibit B- BMS Single-Source Drugs

| NDC | Drug | Description | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00015347530 | Taxol | TAXOL 30 MG INJ MULTIDOSE | | | | | 26.1% | 26.5% | 26.7% | | | |
| 00015347620 | Taxol | TAXOL 100MG/16.7ML VHA+ L | | | | | | 25.0% | 25.0% | | | |
| 00015347627 | Taxol | TAXOL 100MG SEM-SYN VIAL | | | | 27.4% | | 30.7% | | | | |
| 00015347630 | Taxol | TAXOL 100MG INJ MULTIDOSE | | | | | 27.0% | 27.1% | 27.0% | | | |
| 00015347911 | Taxol | TAXOL 300MG/50ML VIAL | | | | | 27.0% | 27.9% | 27.6% | | | |
| 00015306120 | Vepesid | VEPESID 500MG | 33.9% | | | | | | | | | |
| 00015306124 | Vepesid | VEPESID 500MG 25ML VL VHA | | | | | | | | | | |
| 00015306220 | Vepesid | VEPESID 1GM/50ML | 41.7% | | | | | | | | | |
| 00015306224 | Vepesid | VEPESID 1G 50ML VIAL VHA+ | | | | | | | | | | |
| 00015308420 | Vepesid | VEPESID INJ 150MG/7.5ML | 27.8% | | | | | | | | | |
| 00015309145 | Vepesid | VEPESID 50MG CAPSULES | 26.6% | 25.2% | 26.2% | 25.9% | 24.3% | 25.4% | 30.1% | 27.7% | | |
| 00015309510 | Vepesid | VEPESID 100mg vial w/cyto | 27.1% | | | | | | | | | |
| 00015309520 | Vepesid | VEPESID INJ 100MG/5ML | 29.1% | | | | | | | | | |
| 00015309530 | Vepesid | VEPESID 100MG VL W/O CYTO | 25.0% | | | | | | | | | |

* Single-source NDCs for years in which spreads are less than 30% are in boxed areas of chart.

Direct Testimony of Raymond S. Hartman