Tab 2

```
                                                              1
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3     ------------------------------------------------

 4     IN RE:  PHARMACEUTICAL        ) MDL DOCKET NO.

 5     INDUSTRY AVERAGE WHOLESALE    ) CIVIL ACTION

 6     PRICE LITIGATION              ) 01CV12257-PBS

 7                                   )

 8     THIS DOCUMENT RELATES TO:     )

 9     ALL ACTIONS                   )

10     ------------------------------------------------

11            DEPOSITION UPON ORAL EXAMINATION OF

12                        GENA P. COOK

13     ------------------------------------------------

14                         9:10 a.m.

15                      April 28, 2005

16               1301 Fifth Avenue, Suite 2900

17                     Seattle, Washington

18

19

20

21

22
```

**Page 98**

1  Q. How often would you visit clients then?
2  A. A couple times a week.
3     MR. EDWARDS: I take it that prior
4  question you're just withdrawing.
5     MR. LOPEZ: No, I'm -- well, I'm
6  withdrawing it in the sense that I intend to
7  rephrase.
8     MR. EDWARDS: Okay, good. Just didn't
9  want anybody to think we're refusing to answer.
10    MR. LOPEZ: No, no, not at all. I just
11 want to help out the witness and make sure we're all
12 clear, make sure we're all on the same page.
13 Q. During the sales calls that you would make
14 as district business manager a couple times a week,
15 did the topic of margin as we've just been discussing
16 it, the difference between a net price and the AWP,
17 ever come up?
18 A. From time to time a customer would bring
19 it up, yes.
20 Q. Would you ever bring it up?
21 A. I don't remember ever bringing it up.
22 Q. And you were generally accompanied by

**Page 99**

1  someone, then?
2  A. I was generally with a salesperson.
3  Q. And do you ever recollect during that time
4  period a salesperson bringing up margin for any
5  reason without being prompted?
6  A. I don't remember a salesperson bringing it
7  up.
8  Q. But you're not saying it never happened?
9  A. It was four or five years ago. I can't
10 remember. But we as -- I mean, what we were trying
11 to do was sell clinical data and sell on the merits
12 of our drugs, and the benefits of our drugs from a
13 clinical perspective, so that physicians understood
14 how to use the drug and could appropriately treat
15 cancer patients. So that was the focus of our sales
16 calls. That's what we did when we walked into an
17 office.
18 Q. But you did say that customers would bring
19 it up from time to time, is that correct?
20 A. I can remember times where a customer
21 would bring that up.
22 Q. Why would they do that?

**Page 100**

1     MR. EDWARDS: Again, are you asking her
2  to speculate about that, or are you asking her
3  whether the customers explained why they brought it
4  up?
5  Q. Can you answer the question as phrased?
6     MR. EDWARDS: Note my objection.
7  A. Why I think that a particular brought that
8  up would be because they were concerned about
9  reimbursement, and they were concerned that --
10 Q. Concerned in what way?
11 A. (No response.)
12 Q. Let's talk about what they said. How did
13 they express their concerns?
14 A. I'm just going to try to remember back
15 to --
16 Q. Sure. Sure.
17 A. I'll give you an example of a time when I
18 remember hearing it. And I don't know the particular
19 customer or can't remember.
20 Q. Sure.
21 A. But there was a period of time when
22 Paraplatin took a price increase, and I don't

**Page 101**

1  remember the increase. Let's say they took a
2  percentage increase, and the customer would complain
3  to us, being BMS employees, because they were upset
4  that BMS took a price increase because that would
5  change their reimbursement rate by the amount of the
6  price increase.
7  Q. Because it would shrink the margin?
8  A. Well, they would -- essentially they would
9  not be reimbursed that amount for the price increase.
10 Q. What about the opposite direction? Was it
11 ever the case that the margin would come up when
12 there had been a price decrease from BMS but the AWP
13 had stayed the same?
14 A. I don't remember a customer ever
15 complaining.
16 Q. Did it ever come up? Did a customer ever
17 say, "Wow, this is great"?
18 A. I don't remember a customer ever saying
19 that to me.
20 Q. Do you ever recall a BMS salesperson or
21 yourself pointing that out, the fact that the net
22 price for a drug had decreased while AWP had stayed