Tab 3

Dana Faulkner                                                    August 16, 2005

1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL Docket No. 01Cv12257-PBS

----------------------------------*

In re:   PHARMACEUTICAL INDUSTRY  )

AVERAGE WHOLESALE PRICE           )

LITIGATION                        )

----------------------------------*

THIS DOCUMENT RELATES TO:         )

ALL ACTIONS                       )

----------------------------------*

          Tuesday, August 16, 2005

          New York, New York

          Time:   9:57 a.m.


    Deposition of DANA FAULKNER, held at the offices of Hogan & Hartson, LLP, 875 Third Avenue, New York, New York, as taken before Josephine H. Fassett, a Shorthand Reporter and Notary Public of the State of New York.

30

1 meeting.
2   A   No, not prior to the meeting.
3   Q   So prior to your meeting with
4 counsel yesterday you didn't have an independent
5 understanding --
6   A   Awareness.
7   Q   -- of what this litigation was
8 about?
9   A   No.
10   Q   Were you involved at all in the
11 search for documents that may have been requested
12 by the plaintiffs in relation to this litigation?
13   A   I was asked to look for anything
14 that I might have had.
15   Q   And did you?
16   A   Yes.
17   Q   Did you find anything?
18   A   No.
19   Q   Can I ask just a little bit more
20 detail about that search? Where did you look for
21 documents?
22   A   In files that are in my basement.

31

1   Q   And these are files that you
2 collected during your employment at BMS?
3   A   Yes.
4   Q   What sort of documents, when you
5 were looking through those files, what sort of
6 documents were you looking for?
7   A   Any call report, memos to
8 supervisors, things like that.
9   Q   Were you looking for those
10 categories of documents, anything that fell into
11 those categories of documents or was there
12 something more specific you were looking for? In
13 other words, were you looking for any call report
14 or call reports that relate to a specific topic?
15   A   No, I was looking for any.
16   Q   What about, did you have any
17 electronic files that were dated during your
18 employment?
19   A   No.
20   Q   Other than the files in your
21 basement, did you keep any other documents related
22 to your employment at BMS?

32

1   A   HR information mostly regarding
2 pension and things like that.
3   Q   I want to talk a little bit about
4 your interaction with customers while you were
5 working at BMS.
6   A   Okay.
7   Q   What sort of information were your
8 customers interested in when you called on them?
9   A   They were interested in the
10 scientific data, the studies that were being
11 reported regarding the use of my drugs and various
12 tumor types.
13   Q   Did customers ever ask you about --
14 well, let me back up and ask you: Do you have an
15 understanding of how the drugs you were promoting,
16 when you were an employee at BMS, how they were
17 reimbursed by the Medicare program?
18   A   We had an understanding of how that
19 worked, yes.
20   Q   And can you tell me what you
21 understood how that worked?
22   A   Well, the --

33

1       MR. ZUCKER: By that do you mean
2 Medicare Part B reimbursement?
3       MR. NOTARGIACOMO: Right.
4   A   So the common denominator I guess
5 was the AWP that Medicare would use and the office
6 was reimbursed at a percentage of AWP for the
7 drugs that they used.
8   Q   This was an understanding you had
9 while you were employed at BMS?
10   A   Yes.
11   Q   What about reimbursement for
12 oncology drugs by private insurers, did you have
13 an understanding at that point as to how
14 reimbursement worked?
15   A   No, not particularly, no.
16   Q   Did you have an understanding that
17 AWP played a part in the reimbursement by many
18 private insurers?
19   A   The understanding that I had was
20 generally that the privates followed what Medicare
21 did, beyond that, I don't -- I wasn't familiar
22 with any specifics.

Dana Faulkner                                                                August 16, 2005

New York, NY

                                                                                    34
1   Q   What about the Medicaid program, did
2   you have an understanding about how that
3   reimbursed for drugs?
4   A   Not really.
5   Q   When you were a sales rep for BMS,
6   did you have an understanding or did you have
7   knowledge about what the AWP was with the drugs
8   that you were promoting?
9   A   Yes.
10  Q   And how did you gain that
11  information?
12  A   There was a compendia listing that
13  was available in a national publication where we
14  could access that information.
15  Q   Which compendia was that, do you
16  remember?
17  A   I think it -- well, the A triple C
18  was the little publication or put out the
19  publication.
20  Q   And is that something that was made
21  available to you through BMS?
22  A   Yes.

                                                                                    35
1   Q   What about, putting aside the AWP
2   for a second, what about the price that your
3   customers were paying for the drugs you were
4   promoting, did you have an understanding what the
5   price they were paying was?
6   A   Yes.
7   Q   How did you come to have that
8   information?
9   A   We would be notified of, you know,
10  pricing on voicemail, that's the only recollection
11  that I have about pricing info.
12  Q   That it was distributed at least to
13  yourself by voicemail?
14  A   Uh-hum.
15  Q   Were those sort of broadcast
16  voicemails?
17  A   Yes.
18  Q   Were they directed specifically to
19  you?
20  A   No, it was a broadcast.
21  Q   And by broadcast we mean they were
22  broadcasted to more than one individual at BMS?

                                                                                    36
1   A   Usually the sales force.
2   Q   Do you know how often you'd receive
3   one of those voicemails?
4   A   No.
5   Q   Was it on a monthly basis, a weekly
6   basis, a daily basis?
7   A   No. It might have been, you know,
8   if there were any pricing changes is the only time
9   that would occur.
10  Q   Do you ever recall receiving any
11  written information about the price, about price
12  changes?
13  A   I just do not recall.
14  Q   Now, you were notified of price
15  changes by voicemail, do you know whether your
16  customers had contracts with BMS that may have
17  differed from the price that you were, you know,
18  the price information that you received by
19  voicemail?
20  A   Not that I'm aware of.
21  Q   So as far as you're aware, they were
22  all paying whatever the prevailing price was that

                                                                                    37
1   you were notified of by voicemail?
2   A   Yes.
3   Q   And you didn't -- were you involved
4   at all in the contracting process with any of your
5   customers --
6   A   No.
7   Q   -- if there was one?
8   A   No.
9   Q   Did you ever discuss contracts with
10  any of your customers?
11  A   Only to refer them to the group
12  within BMS that handled GPOs.
13  Q   What was the name of that group, do
14  you remember?
15  A   I don't remember.
16  Q   Did you work with a partner or
17  partners when you were a sales rep?
18  A   Off and on, yes.
19  Q   I hate to tax your memory, but can
20  you take me back from '92 to 2002?
21  A   It wasn't that many. So Kathy Smith
22  was in Huntington, West Virginia and Cherie Blom,

```
                                    42                                              44
 1   Q   You can answer.                          1   Q   Can you recall that ever happening?
 2   A   No.                                      2   A   Yes.
 3   Q   Do you recall having a conversation      3   Q   How often?
 4   with any of your partners about Average Wholesale  4   A   Not often.
 5   Price for BMS drugs?                         5   Q   Once a month, once a quarter?
 6   A   No.                                      6   A   Once a quarter might be fairly
 7   Q   Were the clients that you were           7   accurate.
 8   calling on -- I'm sorry, I keep calling them  8   Q   Can you recall ever having
 9   clients.                                     9   conversations with any of your customers, your BMS
10   A   That's okay.                            10   customers about how reimbursement, Medicare
11   Q   The customers --                        11   reimbursement worked for BMS drugs?
12   A   The customers.                          12   A   That was their expertise, so that
13   Q   -- the physicians that you were         13   was really not my job in my job description to
14   calling on, did you have conversations with them  14   have those discussions.
15   about the cost of the BMS drugs at all, that you  15   Q   So do you recall any discussions
16   can recall?                                 16   like that?
17   A   They would occasionally ask about       17   A   No.
18   the price of the drug, so on occasion yes, I  18   Q   How about, I've asked about
19   would, you know, answer any questions.      19   Medicare, how about discussions about how private
20   Q   Were there any materials that you       20   insurance would reimburse BMS drugs?
21   had in your possession that were used to answer  21   A   No.
22   those questions and to leave with a customer about  22   Q   Were you partnered with anyone at
                                    43                                              45
 1   the cost?                                    1   OTN while you were a sales rep for BMS?
 2   A   Along those lines the only info that    2   A   Not partnered, no.
 3   I remember leaving is info regarding a program  3   Q   Did you have primary -- did you have
 4   called Pro Search. If they were asking about  4   contact with employees of OTN?
 5   indigent coverage or coverage of the drug in a  5   A   Yes.
 6   particular tumor type, then I would leave, you  6   Q   Did you have contact with specific
 7   know, info on the program.                   7   OTN employees?
 8   Q   What sort of information was that,      8   A   Yes.
 9   was that a pamphlet or a booklet?            9   Q   In what context?
10   A   Yes, typically a brochure with 800     10   A   Names of people?
11   numbers and specifics on the program.      11   Q   Sure. And just sort of, before I
12   Q   Can you recall customers asking you    12   get to names, why would you have occasion to have
13   about -- well, you said that you had information  13   contact with people at OTN?
14   related to the AWP available to you in the booklet  14   A   We would run into each other, you
15   that you described before. Did you ever have  15   know, in accounts.
16   occasion or did customers ever ask you about the  16   Q   So while you were out doing a call
17   Average Wholesale Price for the drugs you were  17   on a doctor, you might run into an OTN rep?
18   promoting?                                 18   A   Uh-hum. And I would forward any
19   A   Well, that same publication was        19   questions about OTN, you know, from my customers
20   available to them so that's where they could get  20   to them.
21   that information too. So if they asked about it,  21   Q   Do you know how many of your
22   you know, that is where we would refer them.  22   customers at any point obtained pharmaceuticals
```

Dana Faulkner												August 16, 2005

New York, NY

| 66 | 68 |
|---|---|
| 1  Q    So what was your response when he<br>2  would bring this subject up?<br>3  A    Well, I tried to respond in general<br>4  terms still addressing, you know, his concerns and<br>5  let him know that, you know, I have no control<br>6  over either one of those issues and, you know,<br>7  that the price of the drug was what it was and,<br>8  you know, the AWP the same thing. You know, he<br>9  just initiated this so often. But, you know, that<br>10 was his focus, you know, the numbers were his<br>11 focus.<br>12 Q    Did he ever share with you any sort<br>13 of analysis that he had done about, you know, AWP,<br>14 spread, the usage by his office?<br>15 A    No.<br>16 Q    Did you ever report his concerns to<br>17 your immediate supervisor or anyone else at BMS?<br>18 A    You know, I reported it, you know,<br>19 in call reports and in discussions, you know, with<br>20 my manager knowing that this was a request that,<br>21 you know, wasn't going anywhere.<br>22 Q    Was this the account, the only | 1  A    I don't, I don't recall that, that<br>2  name, I don't recall what that would have been.<br>3  Q    Okay. Would you ever receive any<br>4  training from BMS about the -- well, let's take it<br>5  in small steps.<br>6       Did you ever receive any training<br>7  from BMS about how drugs were reimbursed, how<br>8  BMS drugs were reimbursed?<br>9  A    Yes.<br>10 Q    What sort of training?<br>11 A    It was for our understanding, it was<br>12 not for promotional purposes, it was for our own<br>13 education to give the sales force. You know, our<br>14 sole responsibility was selling to these oncology<br>15 practices and we needed a well-rounded<br>16 understanding of how the practice operates and<br>17 knew that, you know, questions could be raised so<br>18 we -- it was more or less an educational training<br>19 on how the practice operates.<br>20 Q    Was this training, did you receive<br>21 this training at more than one point during the 10<br>22 years you were at BMS? |

| 67 | 69 |
|---|---|
| 1  account that ever -- with which you ever had these<br>2  types of discussions?<br>3  A    That I can recall, he completely<br>4  sticks out in my brain, yes.<br>5  Q    He sticks out because he was so<br>6  persistent about the issue?<br>7  A    Yes.<br>8  Q    Putting aside that he sort of is the<br>9  biggest in your mind and the first to come to<br>10 mind, are there any other conversations that you<br>11 can recall where you discussed either with or the<br>12 doctor or someone in the doctor's practice the<br>13 difference between what the practice was paying<br>14 versus what they could be reimbursed at?<br>15 A    No, that was not the route that I<br>16 took in my discussions.<br>17 Q    Do you recall a program called the<br>18 Practice Efficiency Program at BMS?<br>19 A    No.<br>20 Q    So you never received any training<br>21 or presentation at all on the practice, something<br>22 called the Practice Efficiency Program? | 1  A    I don't recall.<br>2  Q    Do you recall, is there a specific<br>3  training that you recall?<br>4  A    Not with a name per se.<br>5  Q    In what context do you recall<br>6  receiving this information?<br>7  A    At a sales meeting of some type.<br>8  Q    Do you recall when that sales<br>9  meeting may have taken place?<br>10 A    No.<br>11 Q    Was it early on in the 10 years, was<br>12 it later in the 10 years, middle?<br>13 A    I couldn't tell you.<br>14 Q    Can you recall whether it was in the<br>15 first year of your employment there?<br>16 A    I wouldn't, I wouldn't think so.<br>17 Q    Can you tell whether it was in the<br>18 last year of your employment?<br>19 A    No, I wouldn't think so.<br>20 Q    Do you remember how -- the meeting<br>21 that you're recalling, was it a regional meeting,<br>22 a national meeting? |

Dana Faulkner                                                    August 16, 2005

New York, NY

---

**70**

1  A    I don't remember.
2  Q    Can you recall whether it was a big
3  space or a small space?
4  A    Oh --
5  Q    Bigger than a bread box?
6  A    So many meetings, I don't recall.
7  Q    Do you remember who gave the
8  presentation?
9  A    No.
10 Q    Do you remember if there were any
11 materials handed out during this, let's call it a
12 presentation?
13 A    I don't remember if we had
14 materials.
15 Q    You didn't come across any such
16 materials in your search of the files in your
17 basement, did you?
18 A    No.
19 Q    Do you remember whether it was more
20 than one person gave a presentation or just one?
21 A    I don't recall that either.
22 Q    Do you ever recall using the

**71**

1  information that you received of that presentation
2  in your calls on customers?
3  A    Well, I don't recall receiving
4  anything printed, so is that what you're asking?
5  Q    Well, that's part of the question.
6  So you don't recall, you know, using any printed
7  materials that may or may not have been handed out
8  at that presentation. What about the substantive
9  information, do you recall using that in your
10 conversations with customers?
11 A    No, because again that was not the
12 focus of my calls.
13 Q    I believe you said that you haven't
14 given it a particular name but you said that the
15 presentation we're talking about was focused on
16 how the practice worked, I didn't write down
17 exactly what you said, so can you characterize for
18 me what was the nature of the presentation?
19 A    Well, I can remember just a review
20 of the Medicare, just how the Medicare billing
21 worked in an oncology practice.
22 Q    So did that include the fact that

**72**

1  Medicare reimbursement is based on a percentage of
2  AWP?
3  A    Yes.
4  Q    Can you recall what other, what else
5  was discussed besides Medicare billing?
6  A    Along those lines probably J codes,
7  any coding information that would be used on a
8  claim specific to our drugs.
9  Q    Were you ever provided information
10 about the price of competing drugs?
11 A    Oh, I don't recall that.
12 Q    So were you aware as you did your
13 job of the price of competing or the drugs that
14 were competing with the ones that you were
15 selling?
16 A    Not usually.
17 Q    How about of the AWP of those drugs?
18 A    No.
19 Q    Well, the compendia, the compendia
20 that you mentioned, that wasn't a compendia of
21 just BMS drugs?
22 A    Yes.

**73**

1  Q    So if a competing drug was in there,
2  its AWP would have also been in there?
3  A    Yes.
4  Q    Was Dr. Chambers a client for the
5  entire 10 years that you were at BMS?
6  A    I don't think so, I believe there
7  were a few years where I did not cover that
8  territory, that geography.
9  Q    You said you had conversation or you
10 reported Dr. Chambers or Ed Chambers complaints
11 to, I think you said, to your supervisor at the
12 time; is that correct?
13 A    Yes.
14 Q    And can you tell me a little bit
15 about those conversations or was it more than one
16 conversation?
17 A    Possibly. Kind of tongue-and-cheek
18 conversations just about this guy that has issues
19 that are not going to be -- no changes can be
20 made, you know, in terms of the request that he's
21 asking and the fact that I basically had told him
22 that.