Tab 4

Dianne C. Ihling                                              August 12, 2005
                        New York, NY

                                                                            1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL Docket No. 01Cv12257-PBS

---------------------------------*

In re:  PHARMACEUTICAL INDUSTRY  )

AVERAGE WHOLESALE PRICE          )

LITIGATION                       )

---------------------------------*

THIS DOCUMENT RELATES TO:        )

ALL ACTIONS                      )

---------------------------------*


                Friday, August 12, 2005

                New York, New York

                Time:  9:06 a.m.



        Deposition of DIANNE C. IHLING, held at

the offices of Hogan & Hartson, LLP, 875 Third

Avenue, New York, New York, as taken before

Josephine H. Fassett, a Shorthand Reporter and

Notary Public of the State of New York.

Dianne C. Ihling            August 12, 2005

New York, NY



**Page 78**

```
 1  oncology generally were not serviced out of
 2  Institutional Operations?
 3      A     That's correct.
 4      Q     They were to some extent out of
 5  Contracts and Customer Administration but the
 6  contracts were not negotiated in that group, they
 7  were just administered in the sense of rebates
 8  were paid?
 9      A     But they're -- the term rebate is
10  incorrect. Again, this is an instance where
11  office-based oncologists through, if they were
12  organized under GPO, were receiving a contract
13  price, not a rebate.
14      Q     Okay.
15      A     Okay?
16      Q     So then this group, the Contracts
17  and Customer Administration, would not be involved
18  in negotiating those contracts, correct?
19      A     No.
20      Q     Would any group under your
21  responsibility be involved in that process?
22      A     Not that I can recall, I don't
```

**Page 79**

```
 1  believe so.
 2      Q     And do you know who had that
 3  responsibility?
 4      A     Christof Marre's group.
 5      Q     Oncology marketing?
 6      A     Oncology marketing.
 7      Q     Okay. And then could you state --
 8  I'm sorry, you're going to have to repeat it
 9  because I didn't get it down. So then what role
10  did Contracts and Customer Administration then
11  have with respect to --
12      A     Contracts and Customer --
13      Q     -- GPOs -- let me finish my
14  question.
15      A     Sorry.
16      Q     -- with respect to GPOs that are
17  dealing with office-based oncologists?
18      A     Contracts and Customer
19  Administration maintain the contract master file
20  and the customer administration or the customer
21  master file. So their relationship to GPO
22  contracts with office-based oncologists was that
```

**Page 80**

```
 1  they would enter the terms of the contract so that
 2  the pricing terms, the contract price within the
 3  contract system and link appropriate GPO and GPO
 4  customers to that contract so that when that
 5  customer called up and ordered the product, they
 6  got it at a contract price. So this is very much
 7  an administrative function.
 8      Q     I think I understand now. Thanks
 9  for that clarification.
10           We had been talking about the
11  different areas under your supervision and I
12  think we just finished up with Institutional
13  Operations and we were about to move to Pricing
14  Support. Let's save that one for last because I
15  have a lot of questions about that area which
16  probably doesn't surprise you.
17      A     Okay.
18      Q     Let's move to Prime Vendor.
19      A     Okay. Prime Inventor Operations is
20  my -- is the team that processed chargebacks from
21  wholesalers and also reconciled the account
22  basically with the wholesaler. Often times the
```

**Page 81**

```
 1  chargeback transaction is not as clean as you
 2  might like it to be, so there were opportunities
 3  to reconcile.
 4           We also within the Prime Vendor
 5  Team had senior operations analysts who was
 6  responsible for using prime vendor data to do
 7  certain analyses about how a prime vendor was
 8  operating, how contracts and customer were
 9  operating, so really kind of more of a
10  management tool for me to help understand how
11  the group was working.
12           And then the open position of
13  Institutional Rebating, was later filled, was
14  created because we had a number of individual
15  hospital contracts that required a rebate to be
16  paid after certain market factors were reviewed.
17      Q     Okay. So the prime vendor function
18  is primarily an accounting processing function?
19      A     It's a processing function with some
20  accounting.
21      Q     This area is not negotiating
22  contracts with any --
```

Dianne C. Ihling                                        August 12, 2005
                        New York, NY

                                                                    82
1    A    No, they're not. They're again
2    administering.
3    Q    Okay. And the Contracts and
4    Customer Administration Group -- do you call these
5    groups or areas, did you have a specific name for
6    them?
7    A    Groups are fine.
8    Q    Groups. Okay.
9         So they maintain the contract
10   pricing file, correct?
11   A    Yes, they did.
12   Q    And what else did they do?
13   A    And Customer and Contract
14   Administration they maintain the customer master
15   file.
16   Q    Is that the list of customers and
17   addresses?
18   A    That's customer name, address, ship
19   to location, et cetera.
20   Q    And then the contract pricing files,
21   is that the right way to call it, did they also
22   maintain that?

                                                                    83
1    A    They maintain the -- it has many
2    names, contract pricing file, bids and quotation
3    system, but basically the system that maintained
4    the contract, the essence of the contract with the
5    customer and the contract prices and
6    administrative fees, should there be any.
7    Q    Okay. That brings us to Pricing
8    Support.
9    A    Okay.
10   Q    Let's go over that area.
11   A    Okay.
12   Q    What's your understanding of that
13   function?
14   A    Okay. Denise and her team, which is
15   a team of one, Denise and Mimi Leake at the time,
16   were responsible for maintaining the BMS list
17   price system or the price master file. And Denise
18   had been responsible for that for a number of
19   years before I took over the group. And basically
20   whenever any pricing increase actions were taken,
21   Denise and her team were responsible for executing
22   the price increase action. They were also

                                                                    84
1    frequently asked to provide historical price
2    information on BMS products, the entire BMS
3    product line all label or codes and NDC codes.
4    And they distributed the internal price list and
5    responded to any pricing inquiries because they
6    were the team responsible for basically the
7    maintenance of the price master file.
8    Q    And the price master file itself, is
9    it a big Excel spreadsheet? Do you know what
10   format it's in?
11   A    It's a database. It's much like the
12   customer master and the prime vendor system,
13   they're all -- I believe they're COBALT databases
14   that reside on a mainframe computer.
15   Q    Has it always been that way during
16   your tenure at BMS?
17   A    During my tenure it was -- it was
18   that way before I left and it was that way after I
19   left or before I came and after I left.
20   Q    When you were in this position, did
21   you participate in actually setting list prices?
22   A    No.

                                                                    85
1    Q    And does -- I'm talk to Ms. Kaszuba
2    about this, but do you know whether she has -- can
3    she update the list price master file from her
4    desk? Does she have a computer that she can do
5    that with?
6    A    The list price master, I believe the
7    security features on the list price master were
8    that people could view that within my department,
9    they could look at the price master, but the
10   update capabilities were held within Denise's span
11   of control within her department. So the way that
12   we did things, and I'm sure that she would verify
13   this, was that one person would input the new
14   price and then the other person would release the
15   price, so they would do a double-check internal
16   control verification so the same person wasn't
17   updating and releasing. So control on that system
18   is fairly, fairly tight.
19   Q    So Pricing Support was also
20   responsible for communicating list price changes
21   to people within BMS, correct?
22   A    They were responsible for

Dianne C. Ihling                                      August 12, 2005
                         New York, NY

Page 86

1  communicating changes in list price to BMS and
2  also to the data services and wholesalers, et
3  cetera.
4      Q    Let's take those one at a time.
5           So BMS, what kind of people would
6  receive communications of price increases?
7      A    Internally?
8      Q    Internally.
9      A    I know that everyone in Pricing and
10 Reimbursement received that but I don't have a
11 clear recollection of -- okay, something just came
12 back to me.
13          Folks within the order to cash
14 stream would have received that.  So customer
15 service, customer financial services, probably
16 trade sales and operations and everyone in
17 pricing and reimbursement, but beyond that I
18 can't, I can't specifically recall the
19 distribution of the internal price list or the
20 notification --
21     Q    Sales force?
22     A    Pardon?

Page 87

1      Q    What about the sales force?
2      A    I'm not sure who in the sales force
3  received that information or if they did.
4      Q    You mentioned wholesalers?
5      A    Yes, wholesalers.
6      Q    Which wholesalers?  Give me
7  examples.
8      A    The wholesalers -- I mean, we pretty
9  much worked with every wholesaler that was around
10 at the time.  So we would send, Denise and Mimi
11 would send them documents indicating that a price
12 increase had been taken.  And I think at the time
13 they were faxing it but they may have also sent an
14 e-mail, I'm not entirely sure.  So McKesson,
15 Bergen, MeriSource, just the whole range of
16 wholesaler customers were notified of the change.
17     Q    So examples of the communications
18 that you gave were two, e-mails and faxes?
19     A    I believe.  I know that they faxed
20 the documents and I believe at one time, it may
21 have been later than this presentation, I know
22 that -- well, I'm pretty sure that they started

Page 88

1  e-mailing some customers because they had
2  requested an e-mail versus a fax, but I don't
3  recall exactly who those were or at what time that
4  may have occurred.
5      Q    Do you recall any use of Western
6  Union?
7      A    Oh yes, yes.  Sorry.  Yeah, Western
8  Union.
9      Q    I thought I saw that somewhere.
10          And then you also mentioned
11 publications.  When you used the word
12 "publications," who were you referring to?
13     A    Denise would send the price increase
14 information to FirstData Bank, Redbook and I
15 believe MediSpan was the third one.
16     Q    Did you have any personal contact
17 with representatives of those three organizations?
18     A    Not that I can recall.
19     Q    Was Denise the primary point of
20 contact with those --
21     A    Yes, she was.
22     Q    And then are you familiar with what

Page 89

1  the publications would then do with the list
2  prices?
3      A    Could you be more specific?
4      Q    When you reported the list prices
5  and the publishers then did something with them,
6  right?
7      A    The publishers, I mean, we would
8  report the list price to the data services and
9  then they would publish their Average Wholesale
10 Price or AWP.
11     Q    And do you know how they obtained
12 that AWP?
13     A    To the best of my knowledge it's a
14 calculation that they performed.
15     Q    And they apply a markup factor?
16     A    I believe that it's called that.
17     Q    And are you familiar with what the
18 markup factor was used by FirstData Bank?
19     A    I believe that the market factor
20 used by FirstData Bank ranged between I think 20
21 percent and 25 percent.
22     Q    And do you know what determined

Page 90

1  whether it was 20 or 25 percent?
2     A    No.
3     Q    How about for Redbook, are you
4  familiar with the markup factor applied by
5  Redbook?
6     A    I always assumed that it was the
7  same but I don't know, I don't know specifically.
8     Q    Okay. And did you at any point in
9  time in your responsibilities as Director of
10 Pricing and Institutional Operations work with the
11 publications on determining that markup factor?
12    A    No, never.
13    Q    How are AWPs used in the industry
14 based on your experience?
15         MR. EDWARDS: Object to the form.
16 Used by who?
17         MR. MATT: Just, you know,
18 industry -- well, strike that, I'll be more
19 specific.
20 BY MR. MATT:
21    Q    Would you agree that during the time
22 you were employed by BMS that governmental and

Page 91

1  private payers had adopted an industry practice of
2  using AWPs as a benchmark for determining
3  reimbursement rates?
4          MR. EDWARDS: Object to the form.
5  It assumes facts not in evidence.
6          Go ahead.
7          THE WITNESS: Go ahead?
8          MR. EDWARDS: Yes.
9     A    Okay. During the time that I was
10 employed by Bristol-Myers Squibb and prior to that
11 the figure known as Average Wholesale Price was
12 used as, to my knowledge, as a benchmark when
13 reimbursing when -- sorry -- when people went to
14 the pharmacy to buy their drug product.
15    Q    So you're familiar that Medicare
16 used it as a reimbursement?
17    A    I don't have specific knowledge.
18         MR. EDWARDS: Object.
19         Let's hear the end of the
20 question. You sort of mumbled at the end
21 of your question and I want to make sure
22 I understand the question.

Page 92

1          MR. MATT: I didn't finish it.
2  BY MR. MATT:
3     Q    Are you aware that Medicare used it
4  as a reimbursement benchmark in its formula
5  reimbursing for Part B drugs?
6          MR. EDWARDS: Objection.
7     A    I'm vaguely aware of that, I don't
8  have specific knowledge of it.
9     Q    So you're more familiar with the use
10 of AWP to have at the pharmacy level because of
11 your prior experience working at CareMark or, I'm
12 sorry, PCS?
13    A    I am more familiar with the
14 reimbursement constructs of a large PBM.
15    Q    In your experience they were all
16 based on AWP, correct?
17    A    To the best of my recollection.
18         MR. EDWARDS: Objection. Note my
19 objection.
20         Go ahead.
21    Q    To the best of your recollection
22 yes?

Page 93

1     A    To the best of my recollection most
2  pharmacy, most PBM formulas are an AWP-based
3  formula.
4     Q    Did you or anyone under your
5  supervision ever conduct a survey of wholesalers
6  in order to determine whether the market factors
7  applied by the publishers to the BMS list prices
8  were accurate in that they reflected the real
9  prices in the marketplace?
10         MR. EDWARDS: Objection. Assumes
11 facts not in evidence.
12         Go ahead.
13    A    I don't believe so.
14    Q    You just don't recall whether that
15 was ever done under your supervision?
16    A    I don't recall and I don't believe
17 that -- I don't believe that was done by anyone in
18 my department.
19    Q    Okay. Is there a particular reason
20 why it was not done?
21    A    I don't -- I mean, the company
22 doesn't set AWP so I --

Dianne C. Ihling                                                          August 12, 2005

New York, NY

**94**

1  Q  You just don't know?
2  A  I'm sorry, I don't know.
3  Q  That's okay.
4      Do wholesalers typically purchase
5  drugs from BMS at Wholesale List Price less 1 or
6  2 percent for a prompt pay discount?
7  A  Wholesalers generally purchase BMS
8  product at Wholesale List Price and if they pay
9  promptly they may receive a 1 to 2 percent prompt
10 pay discount. They may earn that.
11 Q  Do they typically take advantage of
12 that opportunity?
13 A  To the best of my recollection they
14 typically do take advantage of that opportunity.
15 Q  And are you familiar with the
16 margins that wholesalers typically make when they
17 in turn sell a BMS drug?
18 A  No, I'm not.
19 Q  Not at all?
20 A  No.
21 Q  Do you think it's 20 or 25 percent?
22 A  I honestly don't know.

**95**

1  Q  Okay. How did BMS itself use AWPs
2  in your area. Did you ever use it in any of your
3  pricing activities in terms of analyzing AWPs of
4  competitors for instance?
5      MR. EDWARDS: Object to the form.
6      MR. MATT: Strike that and let me
7  start the question over again.
8  BY MR. MATT:
9  Q  Let me ask a very general question.
10    When you were Director of Pricing
11 and Institutional Operations at BMS, did you
12 work with AWPs at all?
13 A  In what context?
14 Q  Did you reference them in any
15 context?
16 A  I don't believe that I personally
17 referenced them.
18 Q  What about folks under your
19 supervision?
20 A  Members of my staff may have worked
21 with those numbers.
22 Q  And in what context?

**96**

1  A  It's hard -- the most specific
2  example that I can recall would be subsequent to a
3  price increase we would receive information back
4  from the data services and kind of spot check it
5  to make sure that they had, they had received the
6  price increase information.
7  Q  Okay. So when you say "spot check"
8  I'm a little confused about what you would do.
9  Let me break this down.
10    So you would -- the Wholesale List
11 Price goes to the publishers and then the
12 publishers would apply a markup factor to
13 determine AWP and then send that information
14 back to Pricing Support, correct?
15 A  Yes.
16 Q  And then when you say "spot check,"
17 could you be more specific about what spot
18 checking means?
19 A  Well, I'm not, I can't speak for
20 what Denise, for what Denise and her team did but
21 they did have a methodology for reviewing and
22 making sure that they had listed the list price

**97**

1  accurately, the Wholesale List Price.
2  Q  The Wholesale List Price that was
3  actually transmitted to them?
4  A  Yes.
5  Q  Okay. At any time are you aware of
6  BMS at the time you were Director of Pricing and
7  Institutional Operations ever transmitting to the
8  publications a specific markup factor for BMS
9  products?
10 A  No, we did not do that.
11 Q  Okay. And are you aware of any
12 instances in which folks in the Pricing Support
13 group actually approved the AWPs that were
14 reported by one of the publications?
15 A  We didn't approve. BMS's
16 responsibility to price was to publish a Wholesale
17 List Price. The data services publish and are
18 responsible for what they call the Average
19 Wholesale Price, we did not approve those numbers
20 nor did we have input into them.
21 Q  Did people in Pricing Support ever
22 sign price lists sent to them by publishers?

Dianne C. Ihling  
New York, NY  
August 12, 2005

**122**

1  MR. MATT: I don't think they did.
2  MR. EDWARDS: Okay.
3  MR. MATT: That's why I wanted to
4  read the Bates numbers in --
5  MR. EDWARDS: Hence my objection.
6  MR. MATT: -- separately so that
7  it's clear on the record that we have
8  probably four distinct documents. Back to
9  the question.
10  MR. EDWARDS: Let me just also note
11  it appears that there's highlighting in at
12  least one page of these documents and I
13  sort of suspect it was not in the original.
14  MR. MATT: Okay. So you're getting
15  something like this? Oh, highlights
16  showing through.
17  MR. EDWARDS: Yeah, it's showing
18  through on the copy.
19  MR. MATT: We will substitute at
20  some future time a clean copy.
21  MR. EDWARDS: Great.
22  MR. MATT: So that that does not

**123**

1  show up. And off the record.
2  (Whereupon, off the record.)
3  (Whereupon, resumed.)
4  MR. MATT: Back on the record.
5  BY MR. MATT:
6  Q Do you recognize any of these four
7  documents?
8  A These documents are vaguely familiar
9  to me although not specifically familiar.
10  Q Is one or more of these specific
11  documents more recognizable than any of the
12  others?
13  A Based on my review just now they
14  look like they're different iterations of the same
15  document. Perhaps one being older than the other,
16  one being more a draft than the other. And they
17  appear to be policies and procedures used by the
18  Pricing Support group.
19  Q Which is a group under your
20  supervision; is that correct?
21  A Yes, that's correct. But it's been
22  a very long time since I've had to review these in

**124**

1  specific detail, so. They look familiar.
2  Q Let me point out a couple of
3  sentences on one of them. Let's look at the one
4  that has the Bates number beginning 00337310. It
5  looks like this.
6  A That's the fourth document.
7  Q And on the second-to-last page.
8  A Can I have the number, please?
9  Q The number at the bottom is
10  00337314.
11  A Okay.
12  Q Number 4 says Package Insert, and
13  I'll just read it. It says, Redbook, FirstData
14  Bank and MediSpan require package inserts along
15  with prices to input in each national direct
16  database. Pricing Support is responsible for
17  providing product and pricing information to the
18  three data services. If product is not added, the
19  following occurs.
20  Bullet point. It says, The AWP
21  (Average Wholesale Price) is not established.
22  And then in bold point, Reimbursement of drug

**125**

1  cost by insurance companies directly or through
2  third-party payers is denied without product
3  information and AWP.
4  In your experience would you agree
5  with that statement?
6  A In my experience it's important for
7  the data services when a new product is launched
8  or a new package of a current formulation is
9  launched that they receive information about the
10  product, its packaging and the Wholesale List
11  Price so that they can put that into their system.
12  Without that the product would not, the data
13  services would not transmit the information to
14  their downline customers and they would not be
15  aware that the product is available.
16  Q Okay. And the next page, which is
17  the last page of this document, it's Bates
18  numbered 00337315. It's the highlighted
19  paragraph. It says -- that's kind of like one of
20  the last paragraphs, The purpose for this
21  exception.
22  A Okay.

Henderson Legal Services  
(202) 220-4158