Tab 6

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - -

| | |
|---|---|
| IN RE: PHARMACEUTICAL | MDL DOCKET NO. |
| INDUSTRY AVERAGE WHOLESALE | CIVIL ACTION |
| PRICE LITIGATION | 01CV12257-PBS |

- - - -

DEPOSITION OF:   THOMAS LIPTACK

August 17, 2005

Wednesday, 10:21 a.m.

435 Sixth Avenue

Pittsburgh, Pennsylvania

REPORTED BY:   Rebecca L. Schnur, RDR

Thomas Liptack  August 17, 2005
Pittsburgh, PA

Page 34

1  discussions about it?
2  A. At those training sessions, no.
3  Q. While you worked at BMS as a sales rep did you
4     have an understanding as to how BMS drugs were
5     reimbursed through Medicare?
6  A. I had a general understanding.
7  Q. What was your general understanding of that
8     subject during your -- not now but during your
9     period then?
10 A. General understanding is that, actually, any
11    oncology drugs -- Let's just take Bristol
12    oncology drugs for the purpose of this
13    discussion. There's an acquisition price.
14    There's another price called AWP, or average
15    wholesale price, that, generally, depending on
16    the insurer, whether it be a government or a
17    private payer, would have different formulas
18    based off of that number in terms of how
19    hematologists and oncologists were reimbursed.
20 Q. Just to separate them out a little bit and
21    putting aside the private contracts for now, do
22    you understand what that formula was for

Page 35

1     reimbursement based off of AWP for Medicare?
2  A. That formula changed over time. Actually,
3     probably during my tenure at BMS.
4  Q. Can you remember what had changed --
5  A. The two --
6         MS. FEINGOLD: Let him finish the
7     question.
8  A. Pardon me?
9  Q. Can you recall what the change was, the
10    transition; it went from what to what, if you
11    can recall?
12 A. Specifically what insurance program are you
13    discussing?
14 Q. I'm still just talking about Medicare right
15    now.
16 A. Medicare?
17 Q. Right.
18 A. My understanding was -- and keep in mind I'm a
19    sales representative; I'm not an office
20    manager. I didn't deal with EOBs.
21    But my understanding was, I believe,
22    when I started, that Medicare paid 80 percent

Page 36

1     of AWP; and I think by the time I had left
2     Bristol-Myers Squibb that had evolved into 80
3     percent of 95 percent of AWP.
4  Q. How did you learn of that? How were you made
5     aware originally of the first formula that you
6     explained, the 80 percent of AWP?
7  A. Originally, from the office managers I called
8     on in my territory.
9  Q. Was there some other source for that
10    information other than the office managers?
11 A. No. That was the primary source of that
12    information that I can recall.
13 Q. Can you recall being provided that information
14    by BMS or anyone at BMS?
15 A. I remember receiving that information, but
16    that's not the first time I saw it; so, to me,
17    it was old news since my office managers had
18    informed me.
19 Q. Was it during your tenure at BMS or prior to
20    your time at BMS that you learned that formula
21    through office managers?
22 A. Prior to me coming to BMS.

Page 37

1  Q. Were you ever provided that information by
2     anyone at BMS while you were an employee?
3  A. Yes.
4  Q. Do you remember in what context that
5     information was given to you? Was that during
6     any of the trainings?
7  A. You know, I don't specifically remember what
8     trainings, but I do know -- whether it would be
9     meetings or training meetings, where
10    periodically we would get an update on
11    reimbursement, it generally might last for a
12    half hour, and it would talk -- it would be a
13    refresher on updates of reimbursement at that
14    particular time.
15 Q. Was it through one of these updates that you
16    learned of this, the transition in formula for
17    Medicare reimbursement that you described from
18    80 percent of AWP to 80 percent of 95 percent
19    of AWP?
20 A. No. I knew that from working in the field.
21    That was told to me. It was coming from my
22    office managers.

Thomas Liptack                                     August 17, 2005
Pittsburgh, PA

---

**Page 54**

1  nurse -- The nurse obviously was a stop every
2  time. Every time you couldn't get face to face
3  with the physician. And, on rare occasions, an
4  office manager. Generally, that would occur --
5  They would approach me, if that occurred. I
6  wouldn't approach them.
7  Q. By "them" you mean office managers?
8  A. Yes.
9  Q. So would you say that your most frequent -- Did
10    you say that your most frequent contact was
11    with the nurses in the office?
12 A. Yeah. Probably of the group of people in the
13    office, the most frequent was probably the
14    nurses -- Not probably. Is.
15 Q. Then, in frequency, the next most frequent
16    would have been the doctors themselves?
17 A. Yes, the physicians themselves.
18 Q. And then, finally, on the bottom of that list
19    would be the office manager?
20 A. Yeah. And there would be a significant
21    drop-off in terms of face-to-face frequency
22    among -- between the two, grouping the nurses

**Page 55**

1  and the physicians together, and office
2  manager.
3  Q. Taking them separately, what sort of
4     information -- when you went to call on the
5     doctors, what sort of information were they
6     interested in receiving from you about BMS
7     products?
8  A. 90, 95 percent plus they wanted to know about
9     the clinical information associated with our
10    products, how they worked, what the data said,
11    toxicities, toxicity management.
12 Q. What was the other 5 percent of their interest?
13 A. The other 5 percent of their interest would be
14    -- Reimbursement would be in there; what's
15    going on for the future of the present
16    products; are there other areas that the
17    company is interested in looking at; are there
18    other new products -- totally new products
19    coming from Bristol-Myers Squibb, talk about
20    the company in general, where it was headed.
21 Q. What about the nurses? What sort of
22    information were they interested in?

**Page 56**

1  A. Nurses specifically wanted patient-oriented
2     information. I think their main concern was
3     toxicities that could occur and management of
4     those toxicities. I would say that was their
5     primary questions they had.
6  Q. As with the doctors, was there -- You said that
7     was their primary concern?
8  A. Yes.
9  Q. Were there some secondary concerns?
10 A. Secondary concern was, does the drug work.
11    But, with nurses, toxicity and toxicity
12    management seemed to be at a higher level then
13    efficacy.
14 Q. How about office managers, what were they
15    interested in talking to you about?
16 A. Office managers generally were interested in
17    two things: where can I procure the drug and
18    whether or not the product was being
19    reimbursed.
20 Q. Just take those two things separately, where
21    they could procure the drug.
22    Do you mean what the sources of

**Page 57**

1     distribution were that they could receive ---
2  A. Yeah.
3  Q. When they asked you those types of questions
4     what sort of information did you provide them?
5  A. Well, there were a number of specialty oncology
6     wholesalers out there. Of course, they can
7     choose wherever they wanted to purchase it
8     from.
9  Q. Did you provide them with the names of
10    specialty oncology wholesalers?
11 A. At times, yeah.
12 Q. Was one of those names OTN?
13 A. Yes.
14 Q. Was your goal to steer office managers or your
15    accounts generally to purchase through OTN?
16 A. It was not my goal.
17 Q. Was that a goal that BMS had espoused?
18 A. That was never a goal that was stated to us
19    specifically as oncology sales reps that
20    Bristol-Myers Squibb espoused.
21 Q. Was there an understanding that you should try
22    to get accounts to buy from OTN?

---

Thomas Liptack                                                                August 17, 2005
Pittsburgh, PA

**Page 62**

1  prices available for BMS drugs from OTN?
2  A.  I didn't have a good understanding of that
3      personally, no.
4  Q.  How about from distributors other than OTN?
5  A.  No.
6  Q.  Was the price that OTN was selling BMS drugs
7      for -- was that information that was available
8      to you if you wanted to seek it out?
9  A.  If I picked up the phone and called OTN,
10     although, quite frankly, I don't recall doing
11     that. If I did, I could probably count less
12     than the number of fingers on one hand.
13         It wasn't easy to get access to that.
14     A customer would have access to that. If they
15     called, they would get pricing because, you
16     know, like I said, I have no clue how OTN did
17     business specifically.
18 Q.  Going back to conversation about what office
19     managers were interested in speaking to you
20     about as a BMS sales rep, we've talked about
21     one of the two items that you mentioned, which
22     was where they could procure the drug. The

**Page 63**

1      other thing you mentioned was whether it was
2      reimbursed, I think is what you said.
3          Can you explain or expound a little
4      bit about what their concern was with
5      reimbursement.
6  A.  Office managers that would approach me about
7      reimbursement of our products wanted to know
8      and were concerned whether or not there was or
9      there wasn't reimbursement for the use of our
10     products in an individual area. So it was an
11     absolute zero -- it was either yes or no,
12     pass/fail.
13 Q.  How would you have that information? Through
14     what source?
15 A.  You know, a lot of times I personally didn't
16     know that information. I would refer them, in
17     many cases, to our third-party reimbursement
18     consultant. Many of the office managers had
19     specific questions that I didn't have the
20     ability to answer and needed further research.
21     That, frankly, wasn't my job. And we had
22     resources that could help our accounts research

**Page 64**

1      those kinds of questions further, so I would
2      direct them on to those third-party resources.
3  Q.  Can you tell me what those -- You mentioned
4      third-party reimbursement consultants before.
5      Can you tell me who or what they were?
6  A.  The one name I remember was ProCert.
7  Q.  Was ProCert a company, a program of
8      Bristol-Myers Squibb?
9  A.  I believe it was a program, a BMS program.
10 Q.  So when you refer to them as a third-party
11     consultant, did you mean to indicate that they
12     were independent of BMS, or were they --
13 A.  They were an independent company that BMS had
14     hired to provide that service. That's my
15     understanding.
16 Q.  Other than ProCert, was there any other
17     third-party consultant or program that dealt
18     with -- or that you would refer people to?
19 A.  I don't know if it was actually under ProCert
20     that they had a patient assistance program.
21     - - - -
22     (There was a discussion off the record.)

**Page 65**

1      - - - -
2  A.  Part of that reimbursement program was
3      reimbursement assistance. Then there was
4      another part. And I don't know specifically
5      how they meshed. I don't remember. But it
6      would be a program for patients who had no
7      insurance, an indigent program for want of a
8      better term. I don't recall the specific name
9      of that program or whether that program was
10     actually under the ProCert umbrella, but
11     that was the services that were available.
12 Q.  Can you recall an instance where an office
13     manager -- you discussed the issue of the
14     margin available on BMS drugs with an office
15     manager?
16 A.  I don't recall an instance of that.
17 Q.  When you went through --
18 A.  Now, when you said that -- Let's clarify that.
19 Q.  Sure.
20 A.  Are you saying that I brought it up proactively
21     or it was brought up to me by them?
22 Q.  Either one. I'm just asking whether a

**66**

1  conversation about that subject took place
2  regardless of who initiated it.
3  A. I never initiated a conversation on margin.
4  There were an extremely limited number of
5  occasions where the office manager may have
6  brought it up to me.
7  Q. I know you said extremely limited. Can you
8  flesh that out? How often did that happen?
9  A. I can tell you this. I don't want to use the
10 word never, but that rarely, if ever, occurred
11 prior to Taxol becoming multisource. The few
12 times it did come up was after Taxol became a
13 multisource drug, and it was from the
14 customer's perspective that it would come up.
15 Q. Refresh my memory. When did Taxol become a
16 multisource drug?
17 A. I don't remember the specific date. I want to
18 say, if I was there five and a half years,
19 roughly sometime between three and four years
20 into my tenure. Roughly speaking.
21 Q. So it was a multisource drug for the --
22 A. -- last, let's say, 30 to 40 percent of my

**67**

1  tenure there, roughly.
2  Q. Why was the margin available on BMS drugs a
3  concern for at least some of the customers that
4  you called on with respect to Taxol after it
5  became a multisource drug?
6  A. It wasn't brought up to me as a concern with my
7  specific drug, any one, either Paraplatin or
8  Taxol. It was brought up to me in the context
9  that, now that this market is multisource, that
10 they felt that the margin would improve on
11 those products, multisource products, and, in
12 this particular case, Taxol.
13 Q. Just to clarify that, they thought that the
14 product that BMS was selling as Taxol, the
15 margin on that would be better or --
16 A. Well --
17 Q. Let me just finish the question.
18       (Continuing) -- or they felt that the
19 margin on the generics available would be
20 better?
21 A. The margin on all the available paclitaxel
22 agents, including Taxol, would be better; not

**68**

1  just branded Taxol, Bristol-Myers' brand.
2  Q. Do you know if that was actually the case, that
3  the margin increased after -- on Taxol or other
4  paclitaxel products after Taxol became a
5  generic?
6  A. I don't exactly know because I never saw an
7  explanation of benefits.
8  Q. Was it your understanding that the accounts
9  that you called on relied on the margin
10 available on BMS drugs as part of their -- part
11 of the income that supported their operation?
12       MS. FEINGOLD: Objection to form.
13 Q. You can still answer the question.
14 A. Pardon me?
15 Q. You can still answer that question.
16       THE WITNESS: Do I have to answer it?
17       MS. FEINGOLD: Yes.
18 A. Could you please repeat the question.
19 Q. Sure.
20       MS. FEINGOLD: Why don't you read
21 back the question.
22       ----

**69**

1  (The record was read back by the Reporter.)
2       ----
3  A. I never was privy to any of the finances of the
4  practices I called on, so I wouldn't know that.
5  Q. I understand that you wouldn't have seen the
6  books of the practice.
7  A. No.
8  Q. That's a given.
9       But you indicated that at least in
10 some instances office managers brought up the
11 thought with you that the margin on Taxol and
12 Taxol-related products would increase after the
13 generic. That was obviously something that was
14 on their mind, at least to some degree.
15 A. Right.
16 Q. Why was that -- Why do you think that was a
17 concern of some office managers?
18 A. They were --
19       MS. FEINGOLD: I'm going to object to
20 the form.
21       You can answer the question.
22 A. They were probably looking to cover the costs

Thomas Liptack                                      August 17, 2005

Pittsburgh, PA

**74**

1  client more heavily than his partners;
2  therefore, he gets that credit?
3  A. During my tenure at BMS we had a team
4  incentive, so everybody got the same on the
5  same formula within that geography. That was
6  my understanding.
7  Q. Other than the base pay and incentive payment,
8  were there other incentive programs for sales
9  reps at BMS?
10 A. Yes.
11 Q. Can you tell me what you remember about those?
12 A. Well, I'm trying to remember. What did they
13  call it? There was -- Basically, there was an
14  awards trip if you fell within certain criteria
15  of ranking in your region. I'm trying to
16  remember the name.
17 Q. Was it called the Best Performer's trip?
18 A. Yes, it's called Best Performer's trip. That
19  was an added incentive program.
20 Q. Did you ever go on a Best Performer's trip?
21 A. No, I didn't.
22 Q. Other than that trip -- Was that a yearly trip?

**75**

1  Do you remember?
2  A. I believe so.
3  Q. Other than the yearly Best Performer's trip,
4  were there any other incentive programs that
5  you can recall?
6  A. While I was there -- That was the one I
7  remember the most. The only other one I recall
8  was when I was involved in the Links to the
9  Future project, where we teamed up with OTN. I
10  was the representative from the Cleveland
11  district, the liaison. And that was,
12  basically, a team incentive.
13       There was probably, approximately, 30
14  of us at Bristol-Myers Oncology. We worked in
15  partnership with OTN to place drug cabinets in
16  offices. And there was an incentive that if we
17  reached a certain number, we'd get -- each
18  person -- as a group, we would get X amount of
19  dollars. I believe it was a reward trip. But
20  that was a specific program for a specific
21  goal.
22 Q. As I understand it, the incentive was based on

**76**

1  whether or not the group as a whole reached a
2  certain --
3  A. Correct.
4  Q. You weren't competing amongst one another?
5  A. No.
6  Q. As a sales rep who was at least partially
7  reimbursed based on the number of -- the amount
8  of BMS drugs that were sold in your territory,
9  was it important to you that the margin on BMS
10  drugs be equivalent -- at least equivalent if
11  not better than the margin on competing
12  drugs, drugs that competed with BMS drugs?
13 A. No. It was not important to me.
14 Q. Did you have any information about the price
15  that was available to your customers for the
16  drugs that competed with the ones you were
17  selling?
18 A. No. Competed with, for example, Taxol and
19  Paraplatin, no.
20 Q. Any of the drugs that you sold for BMS?
21 A. No. No, not that I can recall.
22 Q. During your time at BMS OTN was -- it was a

**77**

1  specialty distributor. Is that fair?
2  A. That's correct.
3  Q. They didn't distribute just BMS drugs?
4  A. That's correct.
5  Q. If you picked up the phone to someone at OTN,
6  would you have been able to get the prices of
7  the drugs that were competing with BMS drugs?
8  A. You know, I don't know that. I could tell you
9  I never did that. I don't know if that was
10  available.
11 Q. Did you ever see any documents distributed to
12  sales reps from BMS that compared just the
13  prices now, the prices of BMS drugs versus the
14  prices of its competing drugs?
15 A. No, I don't recall seeing that.
16 Q. Were you aware of the AWP associated with BMS
17  drugs while you were selling them?
18 A. No. I don't recall -- I don't recall being
19  aware of that on a day-to-day basis, no.
20 Q. Was the AWP of BMS drugs you were selling --
21  was that information that was available to you
22  as far as you know?

Thomas Liptack                                              August 17, 2005
                         Pittsburgh, PA

Page 78

1  A.  If I wanted it, yeah, that was available to me.
2  Q.  How?
3  A.  Probably the easiest thing I would have done is
4      picked up the phone and called Tim Wert.
5  Q.  Do you ever remember doing that?
6  A.  I don't specifically recall doing that, no.
7  Q.  Can you remember during -- at any time either
8      during the reimbursement updates that we talked
9      about earlier or at any other presentation that
10     you attended or meeting that you attended at
11     BMS where the AWP of the BMS drugs was
12     provided?
13 A.  Yeah. It would be provided at those
14     presentations -- not every one, but if it
15     needed to be part of the presentation, yeah, it
16     would be provided.
17 Q.  Can you recall whether during those
18     presentations where they provided the AWP of
19     BMS drugs -- whether there was any information
20     about the AWP of competing drugs?
21 A.  I don't recall that, no.
22 Q.  When you called on your accounts, did either an

Page 79

1      office manager or doctor or nurse or anyone you
2      were speaking to at your accounts -- did they
3      ever provide you with an analysis of the margin
4      available on BMS drugs as compared to the
5      margin available on competing drugs?
6  A.  No.
7  Q.  Do you ever recall seeing a document like that?
8  A.  No. Coming from a physician's office, no.
9  Q.  How about from any of the hospitals that you
10     were --
11 A.  No.
12 Q.  Do you ever recall being provided with such a
13     document from anyone at BMS?
14 A.  I think at some -- Clarify that question.
15 Q.  Yes.
16 A.  Repeat that question.
17         MR. NOTARGIACOMO:  Actually, can you
18     repeat the question.
19              ----
20     (The record was read back by the Reporter.)
21              ----
22 A.  Define "such a document."

Page 80

1  Q.  A document such as --
2  A.  Okay.
3  Q.  -- a document that would have compared the
4      margin available on BMS drugs --
5  A.  Okay.
6  Q.  -- to the margin available on drugs that
7      competed with BMS drugs.
8  A.  No. I don't recall that coming out at BMS.
9  Q.  Do you recall BMS providing you with any
10     documents during -- at any time during your
11     five and a half years that showed a calculation
12     of the margin available on BMS drugs?
13 A.  Yes. I do recall that.
14 Q.  Can you tell me: Were you provided with such a
15     document on more than one occasion?
16 A.  Once. Maybe twice. I don't recall it being a
17     constant effort, you know.
18 Q.  Can you remember the one or two times that you
19     remember it?
20 A.  The only thing I remember about that is that
21     that only -- that occurred after Taxol became
22     multisource. I don't recall seeing any kind of

Page 81

1      document like that prior to Taxol becoming
2      multisource. That's my recollection.
3  Q.  So it's your recollection that whatever
4      document that was it related to Taxol --
5  A.  Yes.
6  Q.  -- and not other drugs at BMS?
7  A.  I don't recall any other drugs. Yes, just
8      Taxol is the one I recall.
9  Q.  And do you remember in what context the
10     document would have been provided?
11 A.  Context meaning part of maybe a reimbursement
12     presentation at the regional meeting --
13 Q.  Right, or national.
14 A.  -- something like that?
15         I don't recall -- It may have
16     occurred. You know what. I can only remember
17     attending one national meeting during my tenure
18     at BMS, which makes it more likely that it
19     would have occurred at a regional or district
20     meeting, would be when it would have occurred.
21 Q.  Do you know who was giving the presentation?
22 A.  I don't recall who was giving the presentation.

                                            21 (Pages 78 to 81)

**126**

1  meeting generally held in January, February.
2  Q. Was that a regional meeting?
3  A. It could have been a district meeting. It
4     could have been a regional meeting. We would
5     go back and forth on whether that meeting in
6     January was a district meeting or regional
7     meeting or even a national meeting on a number
8     of occasions. It wasn't consistent in terms of
9     the size of the group that would meet.
10 Q. Do you know who was responsible for generating
11    the marketing plan for a particular product at
12    BMS?
13 A. Now?
14 Q. No.
15 A. I, frankly, don't remember.
16    You mean when I was there?
17 Q. Yes.
18 A. There were various people that were
19    responsible. I don't remember specifically who
20    and when. If you threw names -- Frankly, at
21    this point I don't know if I could even match
22    the names with the product. The names might

**127**

1  ring a bell, but I couldn't remember whether,
2  you know, they had Taxol or Paraplatin. That
3  might be more difficult.
4  Q. Were there specific people with specific titles
5     who had responsibility for that?
6  A. Yeah.
7  Q. Do you know what the titles were?
8  A. I don't know specifically what the titles were.
9  Q. Do you know what department they were in?
10 A. They were in the marketing department.
11 Q. Who was responsible at BMS for creating the
12    approved marketing materials that we talked
13    about earlier, that you listed earlier?
14 A. I don't know generally who at the end of the
15    day made the final call on that. That I don't
16    know.
17 Q. Was it your understanding that was someone in
18    the marketing department?
19 A. I don't know what the process was for approval.
20    Who it was, where it had to go through I have
21    no clue. That would be something that internal
22    management might know, but at my level I had no

**128**

1  idea of how that process works specifically.
2  Q. How would you get copies? How would they
3     distribute the materials to you?
4  A. Generally, after they presented it, they may
5     send out an initial shipment, and then, after
6     that, you would be able to order them on, you
7     know, an as-needed basis.
8  Q. And they would just ship them to you?
9  A. If you ordered it after that, yeah.
10    Initially, they'd give you an initial
11    shipment. Everybody would get an initial
12    shipment, but they wouldn't just keep shipping
13    stuff out, you know, at time intervals. You
14    would have to request it.
15 Q. Did you attend national meetings?
16 A. Yes.
17 Q. Did you go every year to the national meeting?
18 A. No. We didn't have a national meeting every
19    year I was there.
20 Q. Did you attend every national meeting that was
21    held during the five and a half years you were
22    there?

**129**

1  A. That was held for the oncology sales division,
2     yes, I did.
3  Q. How long did those meetings usually last?
4  A. Generally, approximately five days.
5  Q. Were they at different locations each time?
6  A. Yes. I'm trying to think. During my tenure
7     there I can recall -- I want to say two
8     national meetings. That's my recollection.
9  Q. Can you recall where they were?
10 A. One meeting was in Orlando at the Hyatt Regency
11    Orlando. One meeting was in South Beach,
12    Miami, at the Loews Miami.
13 Q. Nice hotel. I was there a few weeks ago.
14 A. Both nice hotels, yes. Loews Miami Beach.
15 Q. Do you know at those national meetings -- they
16    lasted five days, were there -- I assume that
17    there were breakout sessions during those
18    meetings?
19 A. Generally speaking, yes.
20 Q. And did you have a choice of breakout sessions,
21    or were you required -- everyone was required
22    to rotate through the same sessions?

**130**

1  A. Generally, you're correct; everybody would be
2     required to rotate.
3         It wasn't like college where you
4     decide you want to sign up for this course and
5     you couldn't sign up for that course.
6  Q. Do you remember whether any of those breakout
7     sessions dealt with the subject of
8     reimbursement for BMS drugs?
9  A. I don't recall specifically, but I know there
10    would be generally a session on reimbursement,
11    in general, at those meetings. And it didn't
12    necessarily have to be in a breakout session
13    per se. It could have been in the general
14    session. Generally, it would be one
15    presentation, probably no more than a half
16    hour, 45 minutes, and it would be a general
17    overview. In most cases the review would
18    consist of general oncology reimbursement, not
19    necessarily specific to Bristol-Myers Squibb
20    products, is my recollection.
21 Q. Do you know whether the national meetings were
22    organized entirely by BMS personnel, or was

**131**

1     there some -- did they contract out some
2     portion of it to, you know, third-party
3     planners or anything?
4  A. I'm not aware how that was handled, to what
5     extent. I wasn't involved in those decisions
6     or implementation.
7  Q. Are you in possession of any of the information
8     that may have been disseminated, written or --
9     you know, physical information that was
10    disseminated during any of those national
11    meetings?
12 A. Not at this point.
13        That was all disposed of when I left
14    Bristol-Myers Squibb.
15 Q. Did BMS have any specific policies related to
16    whether you should or shouldn't discuss the
17    margin available on BMS drugs with your
18    customers?
19 A. I was unaware of any policy that
20    Bristol-Myers Squibb had on discussing margin
21    associated with reimbursement of our products.
22 Q. So to your recollection, there was no policy

**132**

1     either way?
2  A. To my recollection, there was no policy either
3     way.
4  Q. Did BMS have a system for disciplining sales
5     representatives?
6  A. I wouldn't know. I never was disciplined.
7  Q. Were you ever made aware of a general policy or
8     system for that?
9  A. I never had to cross that bridge. I wouldn't
10    know anything about policy. I couldn't give
11    you any specifics on that.
12 Q. You were never provided any like handbook or
13    anything like that?
14 A. I don't recall, no.
15 Q. Do you ever recall anybody -- obviously, not
16    yourself -- but any other sales reps being
17    disciplined for anything?
18 A. You know, I wouldn't know. They didn't
19    announce that. That was a private matter. I
20    specifically can't comment on anything, you
21    know, disciplinary action against any one of my
22    colleagues. I had no clue.

**133**

1  Q. So you don't recall -- I understand that BMS
2     wouldn't necessarily share that information
3     with everybody. Was there any discussion
4     amongst either your partners or other sales
5     reps about anybody being disciplined for
6     anything?
7  A. I don't recall having those discussions with my
8     colleagues at the Cleveland district.
9  Q. How about colleagues in any other district?
10 A. I really didn't see many colleagues that often.
11    Like I said, we had a regional meeting maybe
12    two times a year, a national meeting twice in
13    my five and a half years.
14        I wasn't the kind of person that got
15    on the evening phone tree. I have a life. I
16    have two kids. I'm a professional at what I
17    do. And, frankly, I don't like to get involved
18    in all the stuff that might go on in the
19    periphery. I have a job to do; I do it every
20    day; and I do it well.
21 Q. What sort of information did BMS provide you
22    about your competitor's drugs?