Tab 7

```
                                                                    1
 1        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2              IN THE UNITED STATES DISTRICT COURT
 3              FOR THE DISTRICT OF MASSACHUSETTS
 4      -----------------------------x
 5      In Re: PHARMACEUTICAL              )
                                           )
 6      INDUSTRY AVERAGE WHOLESALE         ) MDL No. 1456
                                           )
 7      PRICE LITIGATION                   ) CIVIL ACTION NO.
                                           )  01-CV-12257-PBS
 8                                         )
        ---------------------------)
 9      THIS DOCUMENT RELATES TO           )
        ALL ACTIONS                        )
10      -----------------------------x
11      IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
12             IN AND FOR THE COUNTY OF MARICOPA
13      ----------------------------------------
        ROBERT J. SWANSTON, Individually and )
14      on behalf of himself and all others  )
        Similarly situated,                  )
15                                           )
                        Plaintiff,           )  Case No.
16      v.                                   )  CV2002-004988
                                             )
17      TAP PHARMACEUTICAL PRODUCTS,         )  Vol. 1
        INC., et al.,                        )
18                                           )
                        Defendants.          )
19      ----------------------------------------
20
           VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN
21                    New York, New York
                 Tuesday, January 11, 2005
22
```

**Page 226**

1  Q. And do you see on that third page
2  there is some italicized language directly under
3  the price list?
4  A. I do.
5  Q. Would you do me a favor and just read
6  that into the record for me?
7  A. "Wholesale and Direct List Prices,
8  including those for the products listed herein,
9  may not reflect actual Bristol-Myers Squibb sale
10 prices. Certain multisource products are always
11 sold at lower special offer prices. All products
12 may be subject to negotiated discounts, rebates
13 and chargebacks."
14 Q. Now, that language does not appear in
15 Exhibit Morgan 012, the document that's dated
16 September 12, 1997. Is that correct?
17 A. That's correct.
18 Q. Do you know when Bristol-Myers Squibb
19 started to include that language in the price
20 lists that it sent to First Data Bank?
21 A. No, I do not.
22 Q. Did the inclusion of that language

**Page 227**

1  have any impact on the way First Data Bank went
2  about determining average wholesale prices?
3       MR. SOBOL: Objection to form.
4  A. You're wanting to know if the
5  statement in italics had any impact on what we
6  did?
7  Q. Yes.
8  A. I don't know that it did or did not.
9  Q. Are you aware of any impact that it
10 may have had?
11 A. I'm not aware of any.
12 Q. The language we read says, "All
13 products may be subject to negotiated discounts,
14 rebates and chargebacks." Has Bristol-Myers
15 Squibb ever reported its negotiated discounts,
16 rebates and chargebacks to First Data Bank, to
17 your knowledge?
18 A. Not to my knowledge.
19 Q. Has any other manufacturer?
20      MR. SOBOL: Objection to form.
21 A. I'm sorry, I'm just recollecting six
22 years of experience with them, and I do not

**Page 228**

1  recall ever seeing a negotiated discount, a
2  rebate or a chargeback.
3  Q. Let me ask you to look again at
4  Exhibit Morgan 012, and I want to direct your attention
5  to the statement that appears in the third
6  paragraph on that exhibit, where it says, "Please
7  supply AWPs for these products once they have
8  been processed through your database." Do you
9  see that?
10 A. Yes, I do.
11 Q. Do you know whether those AWPs were
12 in fact supplied to Bristol-Myers Squibb?
13      MR. KERN: Objection.
14      MR. SOBOL: Objection.
15      MR. KERN: Lacks foundation. Asked
16 and answered.
17 A. It's before my time with First Data
18 Bank.
19 Q. Was it First Data Bank's practice to
20 supply AWPs to Bristol-Myers Squibb after they
21 had been determined --
22      MR. KERN: Objection.

**Page 229**

1  Q. -- by First Data Bank?
2       MR. SCHULZ: At what time?
3       MR. EDWARDS: At any time during
4  Ms. Morgan's tenure.
5  A. The term "practice," that's not our
6  practice to do that. But if a manufacturer asks
7  us to send them, we will gladly provide them.
8  Q. And in doing that, were you seeking
9  the manufacturer's approval of those AWPs?
10      MR. SOBOL: Objection to form.
11 A. You're asking me if someone asked me
12 to send them something, if I was asking them to
13 approve what I sent them?
14 Q. That's correct.
15 A. No.
16 Q. And to your knowledge did
17 Bristol-Myers Squibb ever approve any of the AWPs
18 that First Data Bank sent to it?
19      MR. KERN: Objection.
20      MR. SOBOL: Objection.
21      MR. KERN: Vague and ambiguous.
22 Assumes facts.

**230**

1   A.  The term "approve" is very vague to
2   me, and so I'm not sure what you're asking me.
3   Q.  Well, let me ask you this: Did
4   Bristol-Myers Squibb control the AWPs that First
5   Data Bank reported?
6       MR. SOBOL: Objection.
7       MR. KERN: Asked and answered.
8   A.  The reason I'm hesitating is that AWP
9   is a function of the WAC, then they do have some
10  control in that which comes out of it. Do they
11  control what is actually published by our
12  company? No, they do not.
13  Q.  And did Bristol-Myers Squibb control
14  the markup that First Data Bank applied to
15  wholesale list prices to determine the AWPs that
16  it reported?
17      MR. SOBOL: Objection.
18  A.  No, they do not.
19      MR. EDWARDS: I have no further
20  questions. Thank you very much.
21      MR. KERN: Thank you.
22      THE VIDEOGRAPHER: Anybody else?

**231**

1       MR. MORGENSTERN: Why don't we take a
2   break because we're going to need to switch
3   places.
4       THE VIDEOGRAPHER: We're going to be
5   going off the record. The time is now
6   3:53 p.m.
7       (Recess.)
8       THE VIDEOGRAPHER: We're going to be
9   going back on the record. The time is now
10  4:05 p.m.
11  EXAMINATION BY
12  MR. SOBOL:
13  Q.  Good afternoon, Ms. Morgan.
14  A.  Hi.
15  Q.  My name is Tom Sobol, I'm another
16  lawyer, and I work at Hagens Berman in Boston and
17  I'll be taking --
18      THE VIDEOGRAPHER: Counsel, I
19  apologize but are you wearing your
20  microphone?
21      MR. SOBOL: I am not.
22      (Discussion off the record.)

**232**

1   Q.  All right, let me start again. My
2   name is Tom Sobol, I work with Hagens Berman in
3   Boston, and I'll be taking your deposition for
4   the remainder of today, at least. If at any time
5   I ask a question that you don't understand,
6   please tell me and I'll do my best to make myself
7   better understood. Okay?
8   A.  Okay.
9   Q.  During the deposition so far today
10  and also in your prior depositions there have
11  been some discussions regarding some databases.
12  I would like to ask you some questions about
13  those. Okay?
14  A.  Okay.
15  Q.  And when I'm asking you these
16  questions, unless I specify otherwise, I want to
17  talk about the time period April of 1999 to the
18  present, which if I understand correctly is the
19  time during which you've been employed with First
20  Data Bank. Is that correct?
21  A.  That's correct.
22  Q.  I've heard some discussion about the

**233**

1   NDDB, is it, or NDDF?
2   A.  NDDF, and there is an NDDB also.
3   Q.  Okay. So let's start with the NDDF.
4   What do those letters stand for?
5   A.  National Drug Data File.
6   Q.  And let's get the other databases out
7   first, and then we'll compare them. What other
8   data files are there at First Data Bank that you
9   work with?
10  A.  I'm going to qualify that a little
11  bit, because there are the initials MDDB is for
12  Master Drug Database. At one point we owned
13  Medi-Span, we did divest them, so we are no
14  longer maintaining the Medi-Span file, but at
15  some of those points in time you're covering we
16  did.
17      We also -- and I'm referring to the
18  master databases, because I'm not sure of all of
19  the products that are output from those things.
20  The other one is what's called PIF, for Product
21  Information File.
22  Q.  So the three main master databases