Tab 8

Tab 8

Fran M. Morrison, R.N. HIGHLY CONFIDENTIAL                July 27, 2005
                    New York, NY

1

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS

In Re:  PHARMACEUTICAL INDUSTRY      MDL DOCKET NO.

AVERAGE WHOLESALE PRICE              CIVIL ACTION

LITIGATION                           01CV12257-PBS

---------------------------------X

ALL ACTIONS

---------------------------------X

                Wednesday, July 27, 2005

                8:00 a.m.

        HIGHLY CONFIDENTIAL DEPOSITION of FRAN M.

MORRISON, R.N., held at the offices of 875 Third

Avenue, New York, New York, a Certified Shorthand

(Stenotype) Reporter and Notary Public within and

for the State of New York.

Fran M. Morrison, R.N. HIGHLY CONFIDENTIAL          July 27, 2005
New York, NY

94
1    A    If they did, I only ever heard it
2  referred to as margin, that I recall, margin.
3    Q    What is your understanding of the
4  term "margin"?
5    A    The difference between what you
6  paid for the drug and what you are reimbursed for
7  the drug. That's my understanding.
8    Q    Same question with regard to the
9  doctors you worked with at Beaumont, would the
10 concept of margin ever come up in any of the
11 questions they would raise with you about any of
12 your drugs?
13   A    It might have. I don't recall
14 specific instances.
15   Q    What about margin, that concept,
16 coming up with any of the office staff at Corpus
17 Christi Cancer Center?
18   A    Did it come up?
19   Q    Yes.
20   A    It might have.
21   Q    Do you recall any specific
22 instances?

95
1    A    No.
2    Q    Just trying to jog your memory in
3  terms of any time it may have come up. Do you
4  recall if it would have come up in the context of
5  someone asking you what the margin was for a
6  particular drug at any particular time?
7    A    They may have, but I don't
8  remember specific incidents. That's not
9  something I talked about. If they asked me a
10 question, I would try to answer the question.
11   Q    Why is that not something you
12 talked about?
13   A    I promote and still promote drugs
14 based on the science and clinical data. That's
15 what's important, what's going to help patients,
16 what's going to make a difference for some cancer
17 patient. If I need to answer questions regarding
18 the margin, obviously reimbursement in general is
19 important, then I'll answer those. But the most
20 important thing is the science, the clinical
21 data, and what's going to help your patient.
22   Q    But given that doctors do need to

96
1  keep their doors open, it didn't surprise you
2  when the issue of reimbursement would come up in
3  the early days?
4    A    It didn't surprise me. It's
5  questions they have, and I need to answer those
6  as best I can. But I don't need to sell that.
7    Q    And still looking back at the
8  early days of your career, how is it that you
9  arrived at that philosophy?
10   A    Probably from being an oncology
11 nurse. You have patients diagnosed with
12 catastrophic illness. You want to help them. I
13 saw a lot of patients die. It should not be
14 based on what you're going to get back, but it
15 should be based on what's best for the patient.
16   Q    Did anything else go into that
17 philosophy? For example, did anyone in your
18 training that we have discussed, either your home
19 training or the two weeks you spent in Princeton,
20 did anyone from BMS ever instruct you that you
21 should never be focusing on reimbursement issues
22 when you made your sales calls?

97
1    A    I can't say anyone instructed us.
2  We've always -- I've always felt and it's always
3  been presented, and this is my response to what I
4  have gotten from Bristol, is that we do well by
5  doing good. I've heard that phrase a number of
6  times in the organization. Part of my -- on the
7  back of my business card, I think it says there,
8  To extend and enhance human life is part of what
9  we do. To me, that's focusing on the patient and
10 what's best for the patient, and that played into
11 what I already believed.
12   Q    Focusing still on your early days
13 of your career and explaining your philosophy, is
14 it your sense that the other salespeople that you
15 had direct contact with at BMS shared that
16 philosophy?
17   A    As far as I know. I don't know
18 how they do things when they get out in their
19 territory. I don't ride with other reps. I
20 don't know. I can't tell -- I can't speak for
21 them.
22   Q    Would you consider it wrong in any

**Page 254**

1  MR. LOPEZ: Let's go on to the
2  next one. This is Exhibit Morrison 009. The
3  court reporter is going to mark that
4  one and hand it to the witness.
5  (Document Bates stamped BMS/AWP/01404191 was marked as
6  Exhibit Morrison 009 for identification, as of this date.)
7
8  MR. LOPEZ: This one is, for
9  reference, BMS/AWP/01404191.
10  Q  Do you recognize this document?
11  A  I do.
12  Q  What is it?
13  A  Call notes.
14  Q  Was this also likely have been
15  generated by ETM?
16  A  Yes.
17  Q  Who is Charles Tasheema?
18  A  One of the physicians in my
19  territory. Actually, I used to work for him.
20  Q  Would you read that first sentence
21  out loud?
22  A  "Ask me RE Taxol/carbo." Says,

**Page 255**

1  "Jean tells him they are losing money on Taxol
2  and are going to change NCSLC patients back to VP
3  cis."
4  Q  You can stop there. What is VP?
5  A  Vepesid.
6  Q  And cis, Cisplatin?
7  A  Yes.
8  Q  Who's Jean?
9  A  Office manager.
10  Q  What did Dr. Tasheema mean when he
11  said, "Jean says losing money"?
12  A  Exactly that, was my
13  understanding. Jean said they were losing money
14  on Taxol.
15  Q  To the best of your recollection,
16  why was Jean telling the doctor they were losing
17  money on Taxol?
18  A  I'm thinking she thought they
19  should change to something else. You can't loose
20  money on a drug and continue to administer it. I
21  can't see how they were losing money on Taxol.
22  Q  Did they give you any further —

**Page 256**

1  did the doctor give you any further information
2  on what he meant "losing money"?
3  A  I don't remember specifically.
4  Usually when a doctor tells me they are losing
5  money on Taxol, that, to me, means they are not
6  getting back what they paid for the drug. They
7  are — he's not being reimbursed what they paid
8  for the product. That's not really possible.
9  The way reimbursement was at that time, it's not
10  really possible, unless co-pays and not
11  collecting the patient's portion.
12  Q  If you would read the final two
13  sentences for us out loud, please.
14  A  "Wants me to do the math and show
15  the spread on reimbursement for him. Will
16  follow-up."
17  Q  What did you mean, "Wants me to do
18  the math and show the spread on reimbursement for
19  him"?
20  A  He wanted me to figure out if they
21  were losing money or not.
22  Q  Part of figuring that out was

**Page 257**

1  doing math and showing the spread?
2  A  That's what he thought.
3  Q  What did you mean when you wrote:
4  "Show the spread on reimbursement"?
5  A  He wanted me to show him or talk
6  to him, tell him that they were not losing money.
7  Q  What did you mean when you wrote:
8  "Show the spread on reimbursement"?
9  A  Exactly that. That he would not
10  be losing money on Taxol, that that was not
11  possible. If you collect the co-pay, you collect
12  your reimbursement, what you paid for the drug,
13  you should come out okay.
14  Q  Let's drill down further though.
15  What did you mean by the word "spread"?
16  A  The margin of difference between
17  what you made for the drug and what you get
18  reimbursed.
19  Q  The final sentence says, "Will
20  follow-up"?
21  A  Correct.
22  Q  Did you do that?

**258**

1   A    I'm sure I followed-up with him.
2   I didn't write anything down.
3   Q    You specifically recollect not
4   writing anything down?
5   A    I don't write numbers down. I
6   don't remember writing any down. I don't have
7   any.
8   Q    How did you follow-up with him?
9   A    I talked to him.
10  Q    Did you talk to him about the
11  spread in the way he wanted you to talk about?
12  A    I answered the question, and we
13  discussed it's really hard to lose money on any
14  chemotherapy drug if you are billing correctly
15  and collecting the co-pay.
16  Q    Do you recall if answering the
17  question you discussed specifically the numbers
18  that at that time would fit into the slots or
19  acquisition price for the drug versus
20  reimbursement level for the drug?
21  A    I would have to know the
22  acquisition price. I don't know I would have

**259**

1   discussed specific numbers. I would have
2   explained to him whatever your acquisition price,
3   if you collect your reimbursement and you collect
4   the patient's part, you should be okay.
5   Q    During the course of that specific
6   discussion with him, do you recall then if AWP
7   was part of that discussion?
8   A    I don't remember because I
9   wouldn't have needed real numbers to explain it.
10  You don't need real numbers to explain that you
11  pay this much for a drug, you get paid this much
12  for a drug -- sometimes it's really close --
13  collect the patient's 20 percent, and whatever
14  your co-pay is, you're fine.
15  Q    In the course of discussing that,
16  the top number, the reimbursement number there,
17  do you recall if you discussed AWP at all,
18  whether in terms of an actual number or the
19  concept itself?
20  A    It would have been the concept,
21  but I don't recall exactly. Can I interject? I
22  would like to explain. This office -- I used to

**260**

1   work in this office. I had a different practice.
2   They felt a lot freer to ask me a lot of
3   questions than another. I knew the workings. I
4   knew how the practice worked. I knew the office
5   manager. My knowledge of what happened in this
6   office was better than -- I worked in that office
7   for eight years.
8   MR. LOPEZ: Okay. Let's move on
9   to Exhibit Morrison 010. The reporter is
10  marking that and will hand it to the
11  witness. For identification purposes,
12  this one is BMS/AWP/01404200.
13  (Document Bates stamped BMS/AWP/01404200, was marked as
14  Exhibit Morrison 010 for identification, as of this date.)
15  
16  Q    Do you recognize this document?
17  A    I do.
18  Q    What is it?
19  A    A call note.
20  Q    Likely generated with which
21  program?
22  A    Most likely ETM.

**261**

1   Q    Who is Maria Scorez?
2   A    The doctor I used to work for.
3   Q    Was Maria Scorez affiliated in any
4   way with Dr. Tasheema?
5   A    Yes. And she's actually the one
6   who started the practice. It was her practice,
7   and he moved in, associated with her. She had
8   more decision-making power.
9   Q    If you could read that first
10  sentence to yourself.
11       What did you mean there when you
12  said, "Changing NSCLC patients to VP/cis from
13  Taxol/carbo based on pricing and
14  reimbursement"?
15  A    Exactly what we talked about with
16  Dr. Tasheema, that's what he was telling me
17  about, and it was her decision based on pricing
18  and reimbursement. This practice, in my opinion,
19  having worked there, did not have a good business
20  sense, did not fully understand how reimbursement
21  with working with this and that. You were doing
22  okay to give Taxol/carbo. You could give VP/cis.