**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS, 01-CV-339 AND 1:03-CV-11226-PBS | ) Civil Action No. 01-CV-12257 PBS ) ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. Bowler |

**TRACK 1 DEFENDANTS' RENEWED MOTION TO STRIKE THE EXPERT TESTIMONY OF DR. RAYMOND HARTMAN IN CONNECTION WITH THE TRIAL OF CLASS 2 AND CLASS 3**

Pursuant to Federal Rule of Evidence 702 and Local Rule 26.4(a), the Track 1 Defendants hereby renew their motion to preclude the testimony of Plaintiffs' expert witness, Dr. Raymond Hartman, pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). As discussed at the pretrial conference of October 31, 2006, Defendants filed two previous motions to preclude Dr. Hartman's testimony pursuant to *Daubert,* to which Plaintiffs never responded. The Court stated that it would fold the *Daubert* hearing into the trial, and Plaintiffs stated that they would file their response after the trial. (10/31/06 Hearing Tr. 55-56.)

This motion and the accompanying memorandum consolidates the prior two *Daubert* briefs filed by the Track 1 Defendants and include factual citations to the trial record. As set forth in the memorandum, the grounds for the motion are that Dr. Hartman's opinions are not supported by any facts and are inconsistent with the evidence in the case.

WHEREFORE, the Track 1 Defendants respectfully request that the Court grant the Track 1 Defendants' motion and enter an order:

    a.    to strike the expert testimony of Dr. Raymond Hartman with respect to Class 2 and 3, including deposition and trial testimony and any reports filed with the Court; and

    b.    providing such other and further relief as the Court deems just and proper.

Dated: Boston, Massachusetts
January 19, 2007

Respectfully Submitted,

By:   /s/ Jacob T. Elberg (BBO No. 657469)
Jacob T. Elberg (BBO No. 657469)
Thomas E. Dwyer (BBO No. 139660)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA  02210
Tel: (617) 371-1000
Fax: (617) 371-1037
tdwyer@dwyercollora.com
jelberg@dwyercollora.com

Steven M. Edwards (SE 2773)
Lyndon M. Tretter ((LT 4031)
Admitted *pro hac vice*
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY  10022
Tel: (212) 918- 3640

Attorneys for Defendant Bristol-Myers Squibb Company

## CERTIFICATE OF SERVICE

    I certify that on January 19, 2007 a true and correct copy of the forgoing document was served on all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

    _____/s/ Jacob T. Elberg_____
    Jacob T. Elberg