UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) <br> ) MDL No. 1456 <br> ) |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) Civil Action No. 01-CV-12257 PBS <br> ) <br> ) Judge Patti B. Saris <br> ) Chief Magistrate Judge Marianne B. Bowler |

**DECLARATION OF STEVEN M. EDWARDS IN SUPPORT OF
TRACK 1 DEFENDANTS' RENEWED MOTION TO STRIKE
THE EXPERT TESTIMONY OF DR. RAYMOND HARTMAN**

STEVEN M. EDWARDS, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of Hogan & Hartson L.L.P., attorneys for defendants Bristol-Myers Squibb Co., Oncology Therapeutics Network Corp. and Apothecon, Inc. ("BMS"). I make this declaration in support of Track 1 Defendants' Renewed Motion to Strike the Expert Testimony of Dr. Raymond Hartman. I have personal knowledge of the facts stated herein.

2. Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 1 | Excerpt of the deposition of Mike Beaderstadt (John Deere) taken on September 17, 2004 |
| Exhibit 2 | Excerpt of the deposition of Eric Cannon (IHC Health Plans) taken on September 13, 2004 |
| Exhibit 3 | Excerpt of the deposition of Kelly Ellston (Union Labor Life Ins. Co.) taken November 23, 2004 |
| Exhibit 4 | Excerpt of the deposition of Robert C. Farias (Harvard Pilgrim) taken on October 20, 2004 |
| Exhibit 5 | Excerpt of the deposition of Jill S. Herbold (Cigna) taken on January 14, 2005 |

| Exhibit 6 | Excerpt of the deposition of James T. Kenney (Harvard Pilgrim Health Care) taken on September 20, 2004 |
|---|---|
| Exhibit 7 | Excerpt of the deposition of John M. Killion (BCBS/MA) taken on January 6, 2006 |
| Exhibit 8 | Excerpt of the deposition of Edward Lemke (Humana) taken on January 11, 2005 |
| Exhibit 9 | Excerpt of the deposition of Reann Maxwell (University of Pittsburgh Medical Center Health Plan) taken on September 10, 2004 |
| Exhibit 10 | Excerpt of the deposition of Carol Sidwell (John Deere Health) taken on September 17, 2004 |
| Exhibit 11 | Excerpt of the deposition of Joe Spahn (Anthem Blue Cross/Blue Shield) taken November 30, 2004 |
| Exhibit 12 | Excerpt of the deposition of Scott Wert (Health Net Pharmaceuticals) taken on February 1, 2006 |

Dated: January 19, 2007

      /s/ Steven M. Edwards
      Steven M. Edwards