# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 <br> Master File No. 01-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> State of California, *ex rel.* Ven-A-Care v. <br> Abbott Laboratories, Inc., *et al.* <br> CASE #:1:03-cv-11226-PBS ) ) ) ) ) ) |  |

## NOTICE OF DISMISSAL

To: The United States District Court and All Interested Parties:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the California False Claims Act, Government Code Sections 12652(a) and 12652(c)(1) *et seq.*, the State of California and Relator Ven-A-Care of the Florida Keys, Inc. ("Relator") hereby give this Notice of the Dismissal of Defendants Glaxo Wellcome Inc. f/k/a Burroughs Wellcome Co., GlaxoSmithKline plc, and SmithKline Beecham Corporation d/b/a GlaxoSmithKline (collectively the "GSK Defendants") pursuant to the terms of the attached State Settlement Agreement and Release ("Agreement"). Pursuant to the terms of the stipulation contained in paragraph 4 at page 6 of the Agreement, all claims asserted on behalf of the State of California and Relator against the GSK Defendants in MDL No. 1456, Master File No. 01-12257-PBS, Original Central District of California No. 03-CV-2238 (D. Mass.), are hereby dismissed with prejudice.

This Dismissal has no effect on Plaintiffs' claims or allegations against any defendant

1

other than GSK.

Dated: January 22, 2007

        BILL LOCKYER, Attorney General
        of the State of California

        _____
        NICHOLAS PAUL
        Supervising Deputy Attorney General
        Bureau of Medi-Cal Fraud & Elder Abuse
        OFFICE OF THE ATTORNEY GENERAL
        1455 Frazee Road, Suite 315
        San Diego, CA   92108
        Tel:  (619) 688-6065
        Fax:  (619) 688-4200


        On Behalf of Relator and Qui Tam Plaintiff

        _____
        JAMES J. BREEN
        The Breen Law Firm, P.A.
        5755 Northpoint Parkway, Suite 39
        Alpharetta, GA. 30022
        Telephone:  (770) 740-0008
        FAX:  (770) 740-9109
        SIGNATURES FOR STATE AND FOR
        RELATOR

**CERTIFICATE OF SERVICE**

I, Nicholas Paul, hereby certify that on January 22, 2007, I caused a true and correct copy of the foregoing, **NOTICE OF DISMISSAL** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: January 22, 2007

    /s/ *Nicholas Paul*
NICHOLAS PAUL
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
OFFICE OF THE ATTORNEY GENERAL
1455 Frazee Road, Suite 315
San Diego, CA 92108
Telephone: (619) 688-6099
Facsimile: (619) 688-4200