UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:  Pharmaceutical Industry Average Wholesale Price Litigation | ) )<br>) MDL No. 1456<br>) C.A. No. 01-12257-PBS<br>) |
| This Document Relates to:<br><br>*Commonwealth of Kentucky v. Warrick Pharmaceuticals Corp., et al.*, E.D. Kentucky, C.A. No. 3:06-69 | ) The Honorable Patti B. Saris<br>) )<br>) )<br>) ) |

COMMONWEALTH OF KENTUCKY'S MOTION FOR
INCLUSION IN THE FEBRUARY 1, 2007 HEARING
REGARDING OTHER STATES' MOTIONS TO REMAND

For the reasons set forth in the attached memorandum, the Attorney General of the Commonwealth of Kentucky respectfully requests that it be included in the hearing presently scheduled for February 1, 2007, to consider its fully-briefed and pending motion to remand which was filed in federal court for the Eastern District of Kentucky prior to being transferred to this Court by the Judicial Panel on Multidistrict Litigation.  The Commonwealth's remand motion raises issues identical to those presented in the remand motions of Florida, Illinois, and Mississippi, which will be heard on February 1, 2007.  Moreover, the same outside counsel represents both Kentucky and Illinois, and will appear at the February 1, 2007 hearing to argue Illinois' remand motion.  Judicial economy would be served by hearing Kentucky's remand motion along with those of Florida, Illinois, and Mississippi.

                                                Respectfully submitted,

                                                GREGORY D. STUMBO, Attorney General
                                                of the Commonwealth of Kentucky


By:    /s/ Robert S. Libman
         Robert S. Libman
         Special Assistant Attorney General
         for the Commonwealth of Kentucky

Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170
(312) 751-0438 (telefax)
rlibman@lawmbg.com

Paula J. Holbrook
C. David Johnstone
Office of the Attorney General
1024 Capital Center Dr.
Ste. 200
Frankfort, KY 40601
(502) 696-5300
Paula.Holbrook@ag.ky.gov
David.Johnstone@ag.ky.gov

Counsel for Plaintiff Commonwealth of Kentucky

CERTIFICATE OF SERVICE

    Lisa Mecca Davis certifies that she caused a copy of the foregoing Motion to be served upon all counsel of record, by this Court's electronic-filing system, this 22nd day of January, 2007.

                                    /s/ Lisa Mecca Davis
                                    Lisa Mecca Davis