UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: Pharmaceutical Industry Average Wholesale Price Litigation | ) ) ) ) ) | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| This Document Relates to:<br><br>*Commonwealth of Kentucky v. Warrick Pharmaceuticals Corp., et al.*, E.D. Kentucky, C.A. No. 3:06-69 | ) ) ) ) ) ) ) | The Honorable Patti B. Saris |

MEMORANDUM OF THE COMMONWEALTH OF
KENTUCKY IN SUPPORT OF ITS MOTION FOR
INCLUSION IN THE FEBRUARY 1, 2007 HEARING
REGARDING OTHER STATES' MOTIONS TO REMAND

On February 1, 2007, this Court will conduct a hearing on the remand motions filed by the States of Florida, Illinois, and Mississippi. The Attorney General of the Commonwealth of Kentucky (hereinafter "the Commonwealth" or "Kentucky"), whose above-captioned AWP lawsuit was recently transferred to this Court by the Judicial Panel on Multidistrict Litigation ("JPML"),[1] respectfully requests that it be included in the February 1, 2007 hearing and that the Court consider its fully-briefed and pending motion to remand which was filed in the U.S. District Court for the Eastern District of Kentucky prior to the transfer of this case to this Court. The Commonwealth's remand motion raises issues identical to those presented in the remand motions of Florida, Illinois, and Mississippi. Moreover, the same outside counsel represents both Kentucky and Illinois, and will appear at the February 1, 2007 hearing to argue Illinois' remand

---

[1] A copy of the JPML's January 19, 2007 order is attached hereto as Exh. A.

motion. Judicial economy would be served by hearing Kentucky's remand motion along with those of Florida, Illinois, and Mississippi.[2]

The Commonwealth of Kentucky filed its original complaint in the Circuit Court of Franklin County on September 15, 2003 and an amended complaint on October 14, 2003. The case was not removed within 30 days of service upon the defendants. Nevertheless, on or about October 11, 2006, defendant Dey, Inc. ("Dey"), joined by the other defendants, removed this case on the basis that the federal government's *qui tam* complaint against Dey, and the September 9, 2006 order unsealing it, constituted an "order or other paper" from which Dey first ascertained that Kentucky's case had become removable within the meaning of 28 U.S.C. §1446(b). The legal issues presented in the Commonwealth's remand motion are identical to those raised by Florida, Illinois, and Mississippi which are also before the Court, namely: (1) whether the removals were timely pursuant to 28 U.S.C. §1446(b); and, if so, (2) whether the federal district courts have original jurisdiction over the Commonwealth's action as required by 28 U.S.C. §1441(a). This Court is familiar with the first issue, as it construed the "order or other paper" language of §1446(b) in rejecting the previous removal of this action (as well as similar actions brought by the States of Illinois and New York) as being untimely. *In re Pharmaceutical Industry Average Wholesale Price Litigation*, 431 F.Supp.2d 98, 109 (D.Mass. 2006).

Robert Libman, counsel for Kentucky, is also counsel for the State of Illinois, and will present argument on Illinois' remand motion at the February 1, 2007 hearing. In the interest of

---

[2]Because it may take several days for the case file to be transferred from the Eastern District of Kentucky to this Court, the Commonwealth has attached the following documents to this brief: Kentucky's amended complaint (Exh. B); Dey's notice of removal (Exh. C); Kentucky's remand motion and memorandum (Exh. D); Dey's opposition to Kentucky's remand motion (Exh. E); and Kentucky's reply in support of its remand motion (Exh. F).

judicial economy, the Commonwealth respectfully requests that it be included in the remand hearings presently scheduled for February 1, 2007.

                                      Respectfully submitted,

                                      GREGORY D. STUMBO, Attorney General
                                      of the Commonwealth of Kentucky

                            By:    /s/ Robert S. Libman
                                   Robert S. Libman
                                   Special Assistant Attorney General
                                   for the Commonwealth of Kentucky

Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170
(312) 751-0438 (telefax)
rlibman@lawmbg.com

Paula J. Holbrook
C. David Johnstone
Office of the Attorney General
1024 Capital Center Dr.
Ste. 200
Frankfort, KY 40601
(502) 696-5300
Paula.Holbrook@ag.ky.gov
David.Johnstone@ag.ky.gov

Counsel for Plaintiff Commonwealth of Kentucky