CERTIFICATE OF SERVICE

      Lisa Mecca Davis certifies that she caused a copy of the foregoing Memorandum to be served upon all counsel of record, by this Court's electronic-filing system, this 22nd day of January, 2007.

                                            /s/ Lisa Mecca Davis
                                            Lisa Mecca Davis