UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| This Document Relates to: | Honorable Patti B. Saris |
| *The People of the State of Illinois v. Abbott Laboratories, Inc., et al.*, No. 1:06-5528 (N.D.Ill.) |  |
| *State of Florida, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, No. 4:06cv476 (N.D.Fla.) |  |
| *State of Mississippi v. Abbott Laboratories, Inc., et al.*, No. 3:06-566 (S.D.Miss.) |  |
| *Commonwealth of Kentucky v. Warrick Pharmaceuticals Corp., et al.*, No. 3:06-69 (E.D.Kentucky) |  |

MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL
AUTHORITY RELATING TO THE REMAND MOTIONS OF THE
STATES OF FLORIDA, ILLINOIS, MISSISSIPPI, AND KENTUCKY

The Attorneys General of Florida, Illinois, Mississippi, and Kentucky, and Florida relator Ven-a-Care of the Florida Keys respectfully move this Court for leave to file the attached notice of supplemental authority relating to their remand motions.[1]  The proposed notice of supplemental authority advises the Court of the January 22, 2007 order entered by Judge Ralph R. Beistline of the United States District Court for the District of Alaska in *State of Alaska v. Abbott Laboratories, Inc., et al.*, No. 3:06-cv-0267 ("order"), a copy of which is attached to the proposed notice of supplemental authority as Exh. 1.

Defendant Dey, Inc. had removed the State of Alaska's AWP lawsuit on the same ground upon which Dey removed the Florida, Illinois, Mississippi, and Kentucky AWP lawsuits.  Judge

---

[1] The remand motions of Florida, Illinois, and Mississippi are scheduled to be heard by this Court on February 1, 2007.  On January 22, 2007, Kentucky, whose AWP action was transferred to this Court by the Judicial Panel on Multidistrict Litigation on January 19, 2007, filed a motion for inclusion in the February 1, 2007 hearing.  That motion is still pending.

Beistline granted the State of Alaska's motion to remand, finding that "31 U.S.C. §3732(b) does not create original jurisdiction in a federal district court and the Alaska action does not involve a claim arising under federal law that would support the exercise of jurisdiction by this Court under 28 U.S.C. §1331."  Order, at 12.

    Judge Beistline's order is additional authority supporting the remand motions of Florida, Illinois, Mississippi, and Kentucky.  Accordingly, the motion of Florida, Illinois, Mississippi, and Kentucky for leave to file the attached notice of supplemental authority should be granted.

Dated: January 23, 2007                                Respectfully submitted,

                                                                          LISA MADIGAN
                                                                          Attorney General of the State of Illinois

                          By:      /s/ Robert S. Libman
                                    ROBERT S. LIBMAN
                                    Special Assistant Attorney General
                                    for the State of Illinois
                                    Miner, Barnhill & Galland
                                    14 W. Erie St.
                                    Chicago, IL 60610
                                    (312) 751-1170
                                    (312) 751-0438 (telefax)
                                    e-mail: rlibman@lawmbg.com

                                    JIM HOOD
                                    Attorney General of the State of Mississippi
                                    Harold E. Pizetta III (MBN 99867)
                                    Special Assistant Attorney General Chief
                                    Civil Litigation Division
                                    OFFICE OF THE ATTORNEY GENERAL
                                    Carroll Gartin Justice Center
                                    450 High St., 5th Fl.
                                    Jackson, MS 39201

                        By:      /s/ Joseph Leray McNamara
                                    COPELAND, COOK, TAYLOR & BUSH, P.A.
                                    Charles G. Copeland (MBN 6516)
                                    Joseph Leray McNamara (MBN 2784)
                                    Ronnie Musgrove (MBN 3868)
                                    Frank Kolb (MBN 101092)
                                    P.O. Box 6020
                                    Ridgeland, MS 39158
                                    (601) 856-7200
                                    (601) 856-7626 (telefax)

        BILL MCCOLLUM
        Attorney General of the State of Florida


By:    /s/ Mary S. Miller
        MARY S. MILLER (FL Bar No. 0780420)
        Assistant Attorneys General
        OFFICE OF THE ATTORNEY GENERAL
        MEDICAID FRAUD CONTROL UNIT
        PL-01, The Capitol
        Tallahassee, FL 32399-1050
        (850) 414-3600
        (850) 487-9475 (telefax)

        ATTORNEYS FOR THE STATE OF FLORIDA

        James J. Breen
        Alison W. Simon
        THE BREEN LAW FIRM, P.A.
        P.O. Box 297470
        Pembroke Pines, FL 33029-7470

        Gary L. Azorsky
        Roslyn G. Pollack
        Joy P. Clairmont
        BERGER & MONTAGUE, P.C.
        1622 Locust St.
        Philadelphia, PA 19103
        (215) 875-5711
        (215) 875-4604 (telefax)

        ATTORNEYS FOR RELATOR VEN-A-CARE OF
        THE FLORIDA KEYS

        GREGORY D. STUMBO, Attorney General
        of the Commonwealth of Kentucky


By:    /s/ Robert S. Libman
        Robert S. Libman
        Special Assistant Attorney General
        for the Commonwealth of Kentucky
        Miner, Barnhill & Galland
        14 W. Erie St.
        Chicago, IL 60610
        (312) 751-1170
        (312) 751-0438 (telefax)
        e-mail:  rlibman@lawmbg.com

Paula J. Holbrook
C. David Johnstone
Office of the Attorney General
1024 Capital Center Dr.
Ste. 200
Frankfort, KY 40601
(502) 696-5300
Paula.Holbrook@ag.ky.gov
David.Johnstone@ag.ky.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| This Document Relates to: | Honorable Patti B. Saris |
| *The People of the State of Illinois v. Abbott Laboratories, Inc., et al.*, No. 1:06-5528 (N.D.Ill.) | |
| *State of Florida, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, No. 4:06cv476 (N.D.Fla.) | |
| *State of Mississippi v. Abbott Laboratories, Inc., et al.*, No. 3:06-566 (S.D.Miss.) | |
| *Commonwealth of Kentucky v. Warrick Pharmaceuticals Corp., et al.*, No. 3:06-69 (E.D.Kentucky) | |

NOTICE OF SUPPLEMENTAL AUTHORITY RELATING
TO THE REMAND MOTIONS OF THE STATES OF
FLORIDA, ILLINOIS, MISSISSIPPI, AND KENTUCKY

The Attorneys General of Florida, Illinois, Mississippi, and Kentucky, and Florida relator Ven-a-Care of the Florida Keys respectfully submit this notice of supplemental authority to advise the Court of the January 22, 2007 order entered by Judge Ralph R. Beistline of the United States District Court for the District of Alaska in *State of Alaska v. Abbott Laboratories, Inc., et al.*, No. 3:06-cv-0267 ("order"), a copy of which is attached hereto as Exh. 1.

Defendant Dey, Inc. had removed the State of Alaska's AWP lawsuit on the same ground upon which Dey removed the Florida, Illinois, Mississippi, and Kentucky AWP lawsuits. Judge Beistline granted the State of Alaska's motion to remand, finding that "31 U.S.C. §3732(b) does not create original jurisdiction in a federal district court and the Alaska action does not involve a claim arising under federal law that would support the exercise of jurisdiction by this Court under 28 U.S.C. §1331." Order, at 12.

Judge Beistline's order is additional authority supporting the remand motions of Florida, Illinois, Mississippi, and Kentucky.

Dated: January 23, 2007

                                  Respectfully submitted,

                                  LISA MADIGAN
                                Attorney General of the State of Illinois

By:    /s/ Robert S. Libman
        ROBERT S. LIBMAN
        Special Assistant Attorney General
        for the State of Illinois
        Miner, Barnhill & Galland
        14 W. Erie St.
        Chicago, IL 60610
        (312) 751-1170
        (312) 751-0438 (telefax)
        e-mail:  rlibman@lawmbg.com

        JIM HOOD
        Attorney General of the State of Mississippi
        Harold E. Pizetta III (MBN 99867)
        Special Assistant Attorney General Chief
        Civil Litigation Division
        OFFICE OF THE ATTORNEY GENERAL
        Carroll Gartin Justice Center
        450 High St., 5th Fl.
        Jackson, MS 39201

By:    /s/ Joseph Leray McNamara
        COPELAND, COOK, TAYLOR & BUSH, P.A.
        Charles G. Copeland (MBN 6516)
        Joseph Leray McNamara (MBN 2784)
        Ronnie Musgrove (MBN 3868)
        Frank Kolb (MBN 101092)
        P.O. Box 6020
        Ridgeland, MS 39158
        (601) 856-7200
        (601) 856-7626 (telefax)

BILL MCCOLLUM
Attorney General of the State of Florida


By: /s/ Mary S. Miller
MARY S. MILLER (FL Bar No. 0780420)
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD CONTROL UNIT
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3600
(850) 487-9475 (telefax)

ATTORNEYS FOR THE STATE OF FLORIDA

James J. Breen
Alison W. Simon
THE BREEN LAW FIRM, P.A.
P.O. Box 297470
Pembroke Pines, FL 33029-7470

Gary L. Azorsky
Roslyn G. Pollack
Joy P. Clairmont
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
(215) 875-5711
(215) 875-4604 (telefax)

ATTORNEYS FOR RELATOR VEN-A-CARE OF
THE FLORIDA KEYS

GREGORY D. STUMBO, Attorney General
of the Commonwealth of Kentucky


By: /s/ Robert S. Libman
Robert S. Libman
Special Assistant Attorney General
for the Commonwealth of Kentucky
Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170
(312) 751-0438 (telefax)
e-mail: rlibman@lawmbg.com

3

Paula J. Holbrook
C. David Johnstone
Office of the Attorney General
1024 Capital Center Dr.
Ste. 200
Frankfort, KY 40601
(502) 696-5300
Paula.Holbrook@ag.ky.gov
David.Johnstone@ag.ky.gov