CERTIFICATE OF SERVICE

      Lisa Mecca Davis certifies that she caused a copy of the foregoing Motion to be served on all counsel of record, by this Court's electronic-filing system, this 23rd day of January, 2007.

      /s/ Lisa Mecca Davis
      Lisa Mecca Davis