UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRIES AVERAGE WHOLESALE PRICE LITIGATION | Civil Action No. 01-cv-12257<br><br>Judge Patti B. Saris |
| THIS DOCUMENT IS RELATED TO ALL CASES | |

## PLAINTIFFS' MOTION TO STRIKE OR AMEND PARAGRAPH 73 OF DEFENDANT ASTRAZENECA PHARMACEUTICAL LP'S PROPOSED FINDINGS OF FACT

Plaintiffs, by their undersigned counsel, respectfully move this Court for an order striking or amending Paragraph 73 of the proposed Findings of Fact of AstraZeneca Pharmaceuticals LP ("AstraZeneca") [Document No. 3569]. As grounds for the foregoing, Plaintiffs state as follows:

1. Paragraph 73 of AZ's Proposed Findings of Fact states:

   There were only two Zoladex claims paid by Class 2 Plaintiff Sheet Metal Workers ("SMW") during the class period and one of the two Zoladex claims was not based on the Zoladex AWP. The physician's billed charge was lower than 95% of the Zoladex AWP, so CMS allowed the lower billed charge and not 95% of AWP. SMW made these Medi-gap payments in accordance with the amounts determined by CMS; it did not independently base its payments on the Zoladex AWP.

2. Paragraph 73 is inaccurate. There were more than two Zoladex claims paid by SMW during the class period. Notably, even though it has had SMW's complete claims data for over a year, AstraZeneca relies solely on the SMW claims data used to support Plaintiffs' Exhibit 4012 which, as explained in other post-trial briefing, pursuant to this Court's instructions only showed a single example for each check mark on that exhibit. *See* Plaintiffs' Resp. and Opp. To Defendant BMS'S Statement With Regard To, and Defendants Schering and Warrick's Motion to Strike Portions Of, Plaintiffs' Exhibit 4012 ("Plaintiffs' 4012 Opposition") [Document No. 3550], at 2-3. Once SMW's complete Massachusetts claims data is analyzed, there are

additional examples of SMW's reimbursements for Zoladex. *See, e.g.,* SMWMASS 00219-221, attached as Exhibit A hereto. Therefore, at a minimum, Paragraph 73 should be revised to reflect this fact.

3.   But Paragraph 73 should be stricken in its entirety because AZ offered ***no*** evidence at trial regarding the basis for these reimbursements. Indeed, while counsel for AstraZeneca waived cross-examination of Dr. Hartman on this issue because he indicated that he was going to send a letter to Plaintiffs' counsel regarding those reimbursements, he never did so. *See* Plaintiffs' 4012 Opposition, at 3-4 (citing 12/11/-6 Trial Tr. At 98:23-99:3).

WHEREFORE Plaintiffs respectfully request that this Court enter an order either striking Paragraph 73 of AstraZeneca's proposed findings of fact or amending it in accordance with Paragraph 2 above, and all other relief that this Court deems just and appropriate.

DATED: January 23, 2007

By: /s/ Jennifer Fountain Connolly
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496b-6611

Marc H. Edelson
Edelson & Associates LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

***Co-Lead Counsel For Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I, Jennifer Fountain Connolly, an attorney, caused a true and correct copy of the foregoing *Plaintiffs' Motion To Strike or Amend Paragraph 73 of Defendant AstraZeneca Pharmaceutical LP's Proposed Findings of Fact* to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 23, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

By: /s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone:  (312) 346-2222
jfc@wtwlaw.us