# Exhibit A

APPROVED OMB-0938-0008

| PLEASE DO NOT STAPLE IN THIS AREA | | |
|---|---|---|

SHEET METAL WORKERS
NATIONAL HEALTH TRUST FD.
P.O. BOX 1449
GOODLETTSVILLE TN 37070

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | PICA | |
|---|---|---|---|---|---|---|---|
| 1. | MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) |

1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) — REDACTED

2. PATIENT'S NAME — REDACTED

3. PATIENT'S BIRTH DATE: 08 14 14   SEX: M [X]  F [ ]

4. INSURED'S NAME — REDACTED

5. PATIENT'S ADDRESS — REDACTED
CITY: SPRINGFIELD   STATE: MA
ZIP CODE: 01104   TELEPHONE: —

6. PATIENT RELATIONSHIP TO INSURED: Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS
CITY: SPRINGFIELD   STATE: MA
ZIP CODE: 01104   TELEPHONE: —

8. PATIENT STATUS: Single [ ]  Married [X]  Other [ ]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

9. OTHER INSURED'S NAME: — REDACTED

a. OTHER INSURED'S POLICY OR GROUP NUMBER: —
b. OTHER INSURED'S DATE OF BIRTH: 08 14 14   SEX: M [X]  F [ ]
c. EMPLOYER'S NAME OR SCHOOL NAME: RETIRED
d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE PART B CLAIMS

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? YES [ ] NO [X]
b. AUTO ACCIDENT? YES [ ] NO [X]   PLACE (State): —
c. OTHER ACCIDENT? YES [ ] NO [X]

10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER: RETIRED
a. INSURED'S DATE OF BIRTH: 08 14 14   SEX: M [X]  F [ ]
b. EMPLOYER'S NAME OR SCHOOL NAME: RETIRED
c. INSURANCE PLAN NAME OR PROGRAM NAME: —
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X]  NO [ ]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE: 06/04/04

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY: —
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE: —
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM — TO —

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: DANIEL DRESS, M.D.
17a. I.D. NUMBER OF REFERRING PHYSICIAN: 083074

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM — TO —

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES [ ] NO [X]   $ CHARGES: .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 185.
2. —
3. —
4. —

22. MEDICAID RESUBMISSION CODE: —   ORIGINAL REF. NO.: —

23. PRIOR AUTHORIZATION NUMBER: —

24.

| From DATE(S) OF SERVICE To | | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 12 04 | | 3 | 1 | 99213  25 | 1 | 60.00 | 1.0 | | | | |
| 05 12 04 | | 3 | 1 | J9202 | 1 | 1275.00 | 3.0 | | | | |
| 05 12 04 | | 3 | 1 | 96400 | 1 | 75.00 | 1.0 | | | | |
| 05 12 04 | | 3 | 5 | 81000 | 1 | 20.00 | 1.0 | | | | |

25. FEDERAL TAX I.D. NUMBER: 043249509   SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: 51943

27. ACCEPT ASSIGNMENT? YES [X]  NO [ ]

28. TOTAL CHARGE: $ 1430.00
29. AMOUNT PAID: $ 1008.53
30. BALANCE DUE: $ 251.01

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
J MICHAEL DECENZO, M.D.
SIGNED  06/04/04   DATE

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED:
PIONEER VALLEY UROLOGY PC
299 CAREW STREET
SPRINGFIELD MA 01104

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:
PIONEER VALLEY UROLOGY PC
2 MEDICAL CTR. DR. STE. 300
SPRINGFIELD MA 01107-1200
PIN#   GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE
APPROVED OMB-0938-0008 FORM CMS-1500 (12-90), FORM RRB-1500,
APPROVED OMB-1215-0055 FORM OWCP-1500, APPROVED OMB-0720-0001 (CHAMPUS)

HIGHLY CONFIDENTIAL
SMWMASS 000219

```
NATIONAL HERITAGE INSURANCE COMPANY              127575349 100000355              MEDICARE
PROVIDER #: M16033                               PIONEER VALLEY UROLOGY           REMITTANCE
CHECK/EFT #:127575349        05/28/04            PAGE #: 9 OF 10                  NOTICE


PERF PROV  SERV DATE  POS NOS    PROC   MODS    BILLED   ALLOWED  DEDUCT   COINS       GRP/RC-AMT       PROV PD

NAME
                                                                                    ASG Y   MOA MA01
J0535      0512 051204 11     1 81000            20.00     4.43    0.00    0.00 CO-42    15.57          4.43
PT RESP    0.00                 CLAIM TOTALS     20.00     4.43    0.00    0.00          15.57          4.43
                                                                                                        4.43 NET

NAME
                                                                                    ASG Y   MOA MA01   MA18
J                               1 99213                                         11.19 CO-42  4.03       44.78
PT RESP   11.19                 CLAIM TOTALS     60.00    55.97    0.00   11.19           4.03          44.78
                                                                                                       44.78 NET

NAME
J05335     0513 051304 11     1 99211            30.00                          0.00 CO-42    6.85      18.52
J05335     0513 051304 11     1 81000            20.00     4.43    0.00    0.00 CO-42        15.57       4.43
J05335     0513 051304 11     1 99000             8.00     0.00    0.00    0.00 CO-B15        8.00       0.00
REM: M80
PT RESP    4.63                 CLAIM TOTALS     58.00    27.58    0.00    4.63              30.42      22.95
                                                                                                       22.95 NET

NAME
                                                                                    ASG Y   MOA MA01   MA07
AP1        0512 051204 11     1 99213            60.00    47.57    0.00    9.51 CO-42        12.43      38.06
PT RESP    9.51                 CLAIM TOTALS     60.00    47.57    0.00    9.51              12.43      38.06
                                                                                                       38.06 NET

NAME
                                                                                    ASG Y   MOA MA01   MA18
A23499     0513 051304 11     1 99213            60.00    55.97    0.00   11.19 CO-42         4.03      44.78
A23499     0513 051304 11     1 81000            20.00     4.43    0.00    0.00 CO-42        15.57       4.43
PT RESP   11.19                 CLAIM TOTALS     80.00    60.40    0.00   11.19              19.60      49.21
CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS                                                          49.21 NET

NAME
                                                                                    ASG Y   MOA MA01   MA07
A23499     0513 051304 11     1 99243  25       150.00   127.05    0.00   25.41 CO-42        22.95     101.64
A23499     0513 051304 11     1 52310           750.00   261.07    0.00   52.21 CO-42       488.93     208.86
A23499     0513 051304 11     1 A4550            80.00     0.00    0.00    0.00 CO-B15       80.00       0.00
REM: M80
PT RESP   77.62                 CLAIM TOTALS    980.00   388.12    0.00   77.62             591.88     310.50
                                                                                                      310.50 NET

NAME
                                                                                    ASG Y   MOA MA01   MA07
A23499     0513 051304 11     1 99213 25         60.00    55.97    0.00   11.19 CO-42         4.03      44.78
A23499     0513 051304 11     1 53600           150.00    97.35    0.00   19.47 CO-42        52.65      77.88
A23499     0513 051304 11     1 81000            20.00     4.43    0.00    0.00 CO-42        15.57       4.43
A23499     0513 051304 11     1 87088            30.00    11.31    0.00    0.00 CO-42        18.69      11.31
PT RESP   30.66                 CLAIM TOTALS    260.00   169.06    0.00   30.66              90.94     138.40
                                                                                                      138.40 NET

NAME
N51618     0512 051204 11     1 99213 25         60.00    55.97    0.00   11.19 CO-42         4.03      44.78
N51618     0512 051204 11     3 J9202          1275.00  1127.97    0.00  225.59 CO-42        147.03     902.38
N51618     0512 051204 11     1 96400            75.00    71.17    0.00   14.23 CO-42          3.83      56.94
N51618     0512 051204 11     1 81000            20.00     4.43    0.00    0.00 CO-42         15.57       4.43
PT RESP   251.01                CLAIM TOTALS   1430.00  1259.54    0.00  251.01              170.46    1008.53
                                                                                                      1008.53 NET

NAME                                                                                                    A01
N51618     0512 051204 11     1 87088            30.00    11.31    0.00    0.00 CO-42         18.69      11.31
PT RESP    0.00                 CLAIM TOTALS     30.00    11.31    0.00    0.00               18.69      11.31
                                                                                                        11.31 NET

NAME
                                                                                    ASG Y   MOA MA01
J05335     0512 051204 11     1 81000            20.00     4.43    0.00    0.00 CO-42         15.57       4.43
PT RESP    0.00                 CLAIM TOTALS     20.00     4.43    0.00    0.00               15.57       4.43
                                                                                                          4.43 NET

NAME
                                                                                    ASG Y   MOA MA01
J05335     0512 051204 11     1 87088            30.00    11.31    0.00    0.00 CO-42         18.69      11.31
PT RESP    0.00                 CLAIM TOTALS     30.00    11.31    0.00    0.00               18.69      11.31
                                                                                                         11.31 NET

NAME
                                                                                    ASG Y   MOA MA01   MA15
J05335     0108 010804 11     3 J9202          1275.00  1127.97    9.81  223.63 CO-42         57.30    277.61
                                                                                        OA-23 907.66
                                                                                        PR-23 -233.44
                                                                                        CO-23 -57.30
                                                                                        CO-35 89.73
PT RESP    0.00                 CLAIM TOTALS   1275.00  1127.97    9.81  223.63              763.95    277.61
                                                                                                      277.61 NET
```

RECEIVED JUN 2 2004

HIGHLY CONFIDENTIAL
SMWMASS 000220

| EMPLOYER | | | | RELATIONSHIP | 20 |
|---|---|---|---|---|---|
| | | | | Employee | |
| 04-3249509 | | | 51943 | | |

REDACTED

07/01/2004
Date Issued

Amount Paid:   $251.01

SPRINGFIELD, MA 01101

REDACTED

File Copy     This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. **2563313**

Check No. **1105906**

**Explanation of Benefits**      SMW+ Program

| Date of Service From | To | Amount Charged | Plus Covered | Charges Allowed | Covered Maj Med | Maj Med Paid |
|---|---|---|---|---|---|---|
| 05/12/2004 | 05/12/2004 | $1,430.00 | $0.00 | $251.01 | $251.01 | $251.01 |

Total $1,430.00  $0.00  $251.01  $251.01  $251.01

Comments:

REDACTED

PIONEER VALLEY UROLOGY PC
2 MEDICAL CTR DR
STE 308
SPRINGFIELD, MA 01107

Provider:               PIONEER VALLEY UROLOGY PC
Participant SSN:
VLC   Claim Number:  2563313

Processed by  *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 000221