UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br>ALL CLASS ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBERS

PLEASE TAKE NOTICE that, effective January 29, 2007, the new contact information for the Chicago office of Hagens Berman Sobol Shapiro LLP will be as follows:

> HAGENS BERMAN SOBOL SHAPIRO LLP
> 820 North Boulevard, Suite B
> Oak Park, Illinois  60302
> Telephone (708) 776-5600
> Facsimile (708) 776-5601

All e-mail addresses remain the same for the Chicago office.  Further, all contact information for any other office of the Firm will remain the same.

Respectfully Submitted,

DATED:  January 24, 2007          By  /s/ **Elizabeth A. Fegan**
                                          Elizabeth A. Fegan
                                          Timothy P. Mahoney
                                          Daniel J. Kurowski
                                      Hagens Berman Sobol Shapiro LLP
                                      60 West Randolph Street, Ste. 200
                                      Chicago, IL  60602
                                      Telephone: (312) 762-9237
                                      Facsimile: (312) 762-9286

Steve W. Berman
Sean R. Matt
Barbara A. Mahoney
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003


Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Allan Hoffman
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Donald E. Haviland, Jr.
The Haviland Law Firm LLC
740 S. Third Street, Third Floor
Philadelphia, PA  19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

-3-

## CERTIFICATE OF SERVICE

  I hereby certify that I, Elizabeth A. Fegan, an attorney, caused a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBERS** to be delivered to all counsel of record by electronic service pursuant to paragraph 11 of the Case Management Order No. 2, by sending on January 24, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

                   /s/ Elizabeth A. Fegan
                   Elizabeth A. Fegan