Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
The Haviland Law Firm, LLC
740 South Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
Attorneys for Plaintiff, the Commonwealth of Pennsylvania

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY AVERAGE
WHOLESALE PRICE LITIGATION
MDL NO. 1456

C.A. No. 01-12257-PBS

THIS DOCUMENT RELATES TO:
ALL ACTIONS

Judge Patti B. Saris

## COMMONWEALTH OF PENNSYLVANIA'S MOTION FOR INCLUSION IN THE FEBRUARY 1, 2007 HEARING REGARDING OTHER STATES' MOTIONS TO REMAND

For the reasons set forth in the attached memorandum, the Commonwealth of Pennsylvania respectfully requests that it be included in the hearing presently scheduled for February 1, 2007, and that its fully-briefed and pending motion to remand, which was filed in the U.S. District Court for the Eastern District of Pennsylvania, be considered by this Court. Counsel for Dey does not oppose this motion.

Dated: 1/24/07

**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF THE ATTORNEY GENERAL**

Alexis L. Barbieri
Executive Deputy Attorney General
James A. Donahue, III
Chief Deputy Attorney General
Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

Respectfully submitted,

Donald E. Haviland, Jr., Esquire
The Haviland Law Firm LLC
740 S. Third St, Third Floor
Philadelphia, PA 19147

Joseph F. Roda, Esquire
Eric L. Keepers, Esquire
Roda Nast P.C.
801 Estelle Drive
Lancaster, PA 17601

1