Donald E. Haviland, Jr., Esquire
Michael J. Lorusso, Esquire
The Haviland Law Firm, LLC
740 South Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
Attorneys for Plaintiff, the Commonwealth of Pennsylvania

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br>MDL NO. 1456 | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS<br><br>C.A. No. 01-12257-PBS<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS<br><br>Judge Patti B. Saris |

## ORDER

**AND NOW**, this _____ day of _____, 2007, it is hereby **ORDERED AND DECREED** that Plaintiffs Motion for Inclusion in the February 1, 2007 Hearing Regarding Other States' Motions to Remand is **GRANTED.**

BY THE COURT:

_____ J.