| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br>MDL NO. 1456 | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS<br><br>C.A. No. 01-12257-PBS<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS<br><br>Judge Patti B. Saris |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, January 24, 2007, I caused a true and correct copy of the following to be served on the following parties via Lexis Nexis:

1. Commonwealth of Pennsylvania's Motion for Inclusion in the February 1, 2007 Hearing Regarding Other States' Motions to Remand;

2. Memorandum of the Commonwealth of Pennsylvania in Support of its Motion for Inclusion in the February 1, 2007 Hearing Regarding Other States' Motions to Remand;

3. Proposed Order;

4. Certificate of Service.

Dated: January 24, 2007

_/s/ Donald E. Haviland, Jr._
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM, LLC**
740 S. Third Street, Third Floor
Philadelphia, PA 19147
215-609-4661 telephone
215-392-4400 facsimile

1