UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>The Class Actions | ) MDL NO. 1456<br>)<br>) CIVIL ACTION: 01-CV-12257-PBS<br>)<br>) Judge Patti B. Saris<br>)<br>) Chief Magistrate Judge Marianne B. Bowler<br>) |

### STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT ABBOTT LABORATORIES, INC. REGARDING DEFENDANT'S E-MAIL PRODUCTION

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties that:

1. Plaintiffs' Motion to Compel and For Assessment of Discovery-Related Costs Against Defendant Abbott Laboratories ("Motion") [Docket No. 2630], was heard by the Court on October 23, 2006.

2. Plaintiffs renewed their Motion with the Court by letter dated December 19, 2006, and the Court set the Motion for hearing on January 23, 2007 at 10:00 a.m.

3. Pursuant to the agreement of the parties, Plaintiffs' renewed motion is withdrawn, without prejudice, pursuant to the terms set forth below.

4. Pursuant to discussions between the parties, Abbott has agreed to supplement its previous production of e-mails responsive to Plaintiffs' discovery requests by restoring backup tapes spanning dates from January 2002 through December 2003, and searching the restored e-mails for responsive, non-privileged e-mails based on (1) a list of terms agreed to by the parties, and (2) a list of custodians to be agreed upon by the parties.

5. Subject to paragraph 6, such production shall be made on a rolling basis, to be completed on or before May 4, 2007.

6.  The scope of the project will not be fully clear until the list of custodians is agreed upon and the e-mails are retrieved. Accordingly, should it appear that Abbott will not be able to comply with the deadline, the parties agree to discuss reasonable modification of the deadline in good faith. Both parties reserve their rights to approach the Court for appropriate relief.

DATED:  January 22, 2007

| WEXLER TORISEVA WALLACE LLP | JONES DAY |
|---|---|
| By: *(signature)*<br>Kenneth A. Wexler<br>Jennifer Fountain Connolly<br>Wexler Toriseva Wallace LLP<br>One N. LaSalle Street, Suite 2000<br>Chicago, IL  60602<br>Telephone: (312) 346-2222<br>Facsimile: (312) 346-0022 | By *(signature)*<br>James R. Daly<br>Tina M. Tabacchi<br>Brian J. Murray<br>JONES DAY<br>77 West Wacker Drive, Suite 3500<br>Chicago, Illinois  60601<br>Telephone:  (312) 782-3939<br>Facsimile:   (312) 782-8585 |

## CERTIFICATE OF SERVICE

     I hereby certify that I, Jennifer Fountain Connolly, an attorney, caused a true and correct copy of the foregoing ***Stipulation Between Plaintiffs and Defendant Abbott Laboratories, Inc. Regarding Defendant's E-mail Production*** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 25, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

                      By: /s/  Jennifer Fountain Connolly  
                           Jennifer Fountain Connolly  
                           Wexler Toriseva Wallace LLP  
                           One N. LaSalle Street, Suite 2000  
                           Chicago, IL  60602  
                           Telephone:  (312) 346-2222  
                           jfc@wtwlaw.us