# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v.<br>Abbott Laboratories, Inc., *et al.*<br>CASE #:1:03-cv-11226-PBS | |

### ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the California False Claims Act, under Government Code Sections 12652(a) and 12652(c)(1) *et seq.* Relator Ven-A-Care of the Florida Keys, Inc., and the State of California filed a Stipulation of Dismissal as to Claims Against Immunex. Upon due consideration of the Stipulation, the Notice, and the papers on file in this action,

**IT IS HEREBY ORDERED** that,

1.   Consistent with the terms of the December 14th, 2006 Settlement Agreement Executed by Immunex, the State of California and Relator, all claims asserted on behalf of the State of California and Relator against Immunex in Case No. 03-cv-11226-PBS, concerning the Covered Conduct as defined in the Preamble of the Settlement Agreement, shall be dismissed with prejudice.

1

2. This stipulation has no effect on claims or allegations against any defendants other than Immunex in Case Nos. 01-cv-12257-PBS and 03-cv-11226-PBS.

3. The court reserves jurisdiction over the issue of the Relator's share.

Done this ___15___ day of ___January___, 2007.

                                                 **PATTI B. SARIS**
                                                 **United States District Court Judge**