UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  _____  **THIS DOCUMENT RELATES TO:**  *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*  CIVIL ACTION NO. 06-11337-PBS | MDL No. 1456 Civil Action No. 01-12257-PBS  Hon. Patti Saris  Chief Magistrate Judge Marianne B. Bowler |

**ABBOTT LABORATORIES, INC.'S OPPOSITION TO PLAINTIFFS'
"NOTICE TO THE COURT OF MOTION FULLY BRIEFED"**

Through its "Notice to the Court of Motion Fully Briefed," filed Wednesday, January 24, 2007, the United States declares it "convenient and efficient" for this Court to jam a fifth motion into the hearing set for next week, Tuesday, January 30, 2007, at 2 p.m, on 5 days' notice. (Next week's hearing was actually scheduled by this Court for this week, but reset when the United States declared it "inconvenient" to attend.) The Notice recites that Abbott "does not consent to [its] filing," but omits that Abbott specifically objected, in writing, not only to the filing, but to the United States' effort to dictate scheduling. There are already four important motions scheduled to be heard next Tuesday in whatever time the Court has allotted for the hearing; Abbott does not think it appropriate to thrust on the Court yet another, the briefing for which was only completed Tuesday night, and thereby detract from the time allotted for the motions already scheduled. The Court will, of course, determine when it is convenient to hear the United States' new motion, and Abbott stands ready to present its arguments at that time.

Dated: January 25, 2007

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing **ABBOTT LABORATORIES, INC.'S OPPOSITION TO PLAINTIFFS' "NOTICE TO THE COURT OF MOTION FULLY BRIEFED"** to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 25th day of January, 2007.

                                              /s/ Brian J. Murray
                                              Brian J. Murray

CHI-1571823v1