# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br>**ASTRAZENECA TRIAL** | CIVIL ACTION:  01-CV-12257-PBS<br>Judge Patti B. Saris |

## STIPULATED PRETRIAL ORDER

The above action has been set for a JURY TRIAL on <u>April 30, 2007</u>, at <u>9:00 a.m</u>. Excluding jury selection, the plaintiffs will have <u>5</u> trial days (about <u>18</u> trial hours), and defendant AstraZeneca will have <u>5</u> trial days (about <u>18</u> trial hours).

A FINAL PRETRIAL CONFERENCE has been scheduled for <u>April 26, 2007</u>, at _____.

On or before <u>March 16, 2007</u>, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).[1]

On or before <u>March 23, 2007</u>, the parties shall serve and file motions in limine.

On or before <u>March 30, 2007</u>, the parties shall serve and file objections to pretrial disclosures, and any counter-designations of deposition testimony.[2]

On or before <u>April 6, 2007</u>, the parties shall serve and file jury instructions and oppositions to motions in limine.

A hearing on the motions in limine is set for <u>April 13, 2007</u>, at _____.

---

[1] Exhibits shall be pre-marked with <u>one</u> set of exhibit numbers, and there should be no duplicative exhibit numbers. For example, if the plaintiffs' exhibits are pre-marked Nos. 1-100, the defendant's exhibits should be pre-marked No. 101, 102, etc. At trial, counsel shall file with the Court an original and two (2) copies of the exhibits in binders.

[2] Designations and counter-designations of deposition testimony shall be filed on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

- 2 -

On or before <u>April 20, 2007</u>, the parties shall serve and file proposed jury questionnaires and proposed jury verdict forms and/or interrogatories, if any.  The parties are directed to meet and confer in a good faith effort to file a joint jury questionnaire.

 

_____
PATTI B. SARIS
United States District Judge

Respectfully Submitted,

PLAINTIFFS' LEAD COUNSEL
ON BEHALF OF ALL PLAINTIFFS


By  /s/ Steve W. Berman                                   DATED:  January 25, 2007
Thomas M. Sobol, Esq. (BBO# 471770)
Edward Notargiacomo, Esq. (BBO# 567636)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman, Esq.
Sean R. Matt, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**

45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler, Esq.
Jennifer Fountain Connolly, Esq.
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Jeffrey L. Kodroff, Esq.
John A. Macoretta, Esq.
**SPECTOR, ROSEMAN & KODROFF, P.C**.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611


ON BEHALF OF DEFENDANTS

By  /s/ **Nicholas C. Theodorou**                    DATED:  January 25, 2007
Nicholas C. Theodorou, Esq. (BBO# 496730)
Katherine B. Schmeckpeper, Esq. (BBO# 663200)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA 02210


D. Scott Wise, Esq. (admitted *pro hac vice*)
Michael Flynn, Esq. (admitted *pro hac vice*)
Kimberley Harris, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017

Attorneys for Defendant AstraZeneca
Pharmaceuticals LP

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **STIPULATED PRETRIAL ORDER** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 25, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

    /s/ Steve W. Berman
Steve W. Berman, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594