# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) ) ) |
| | ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | ) ) ) ) ) |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

## TRACK 1 DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL REQUEST FOR ADMISSION OF TRIAL EXHIBITS

On January 19, 2007 – a month after evidence in the Track 1 trial concluded and the same day that post-trial submissions were due to be filed – Plaintiffs filed a request for admission of forty-four new exhibits. This request is not only untimely, but also prejudicial to the Track 1 Defendants, who did not have the opportunity to consider these exhibits as part of the trial record prior to submitting final proposed findings of fact and post-trial memoranda of law. Plaintiffs, on the other hand, cite most, if not all, of these new exhibits as support for their proposed findings of fact. On this ground alone, Plaintiffs' request should be denied in its entirety. In addition, any proposed findings of fact relying on these documents should be stricken.

If the Court does not deny Plaintiffs' request in its entirety, the Track 1 Defendants respectfully request the opportunity to submit objections to these documents. In addition, the Track 1 Defendants also request the opportunity, if necessary, to request admission of additional counter-exhibits to ensure that the trial record is complete.

**The Track 1 Defendants**

Respectfully submitted,

THE FOLLOWING TRACK 1 DEFENDANTS

By: /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Attorneys for the Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Attorneys for the Johnson & Johnson Defendants

          John T. Montgomery (BBO #352220)
          Steven A. Kaufman (BBO #262230)
          Eric P. Christofferson (BBO #654087)
          Ropes & Gray LLP
          One International Place
          Boston, MA 02110

          Attorneys for Schering-Plough Corp. and
          Warrick Pharmaceuticals Corp.

Dated: January 26, 2007

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered on January 26, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By:    /s/ Katherine B. Schmeckpeper
         Katherine B. Schmeckpeper