UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) |  No. MDL Docket No. 1456  CIVIL ACTION: 1:01-CV-12257-PBS  **Judge Patti B. Saris** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) ) |  |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Richard C. Heidlage, a member of the bar of this Court and Assistant Attorney General, Office of the Attorney General of the Commonwealth of Massachusetts, moves to admit attorney Joshua R. Heller, Assistant Attorney General, Office of the Attorney General, Department of Legal Affairs, State of Florida, to the bar of this Court *pro hac vice* to appear on behalf of the State of Florida. In support of this Motion, the movant relies on the accompanying Declaration of Joshua R. Heller, which states that he is: (1) member in good standing of the bars of the State of Florida and the District of Columbia, and at least one federal district court; (2) not currently the subject of any disciplinary proceedings as a member of any

bar; and (3) familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                COMMONWEALTH OF MASSACHUSETTS

                By its attorney,

                MARTHA COAKLEY
                Attorney General

                By:    /s/ Richard C. Heidlage
                          Richard D. Grundy (BBO#549939)
                          David Marks (BBO# 548982)
                          Robert Patten (BBO# 555287)
                          Richard C. Heidlage (BBO# 228940)
                          Colleen McCarthy (BBO# 660581)
                          Assistant Attorneys General
                          One Ashburton Place
                          Boston, MA 02114
January 26, 2007          (617) 727-2200

## CERTIFICATE OF SERVICE

     I hereby certify that on January 26, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic means through the Court's ECF filing system.

                          /s/ Richard C. Heidlage