UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | No. MDL Docket No. 1456 <br><br> CIVIL ACTION: 1:01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## DECLARATION OF JOSHUA R. HELLER, IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1. I am an Assistant Attorney General for the Office of the Attorney General for the State of Florida. I am co-counsel in this matter for the plaintiff, State of Florida, Office of the Attorney General, Department of Legal Affairs. I submit this Declaration in support of my admission *pro hac vice* to the bar of this Court, pursuant to paragraph 16 of Case Management Order No. 1.

2. I was admitted to the Bar of the State of Florida in 2001 and to the Bar of the District of Columbia in 2004. I am an attorney duly licensed to practice in the State of Florida and the District of Columbia. I have also been admitted to practice before the United States Court of Appeals for the Eleventh Circuit, and the United States District Courts for the Southern, Middle and Northern Districts of Florida.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted.

4. I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of January, 2007.

_____
JOSHUA R. HELLER