UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | CIVIL ACTION:  01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

**STIPULATED MOTION FOR EXTENSION OF TIME**

Counsel for Plaintiffs hereby move for an order extending the time for Plaintiffs to respond to the Track 1 Defendants' Renewed Motion to Strike the Expert Testimony of Dr. Raymond Hartman In Connection With the Trial of Class 2 and Class 3 (Dkt. No. 3574) (the "Renewed Motion").  In support of this motion, Plaintiffs state as follows:

1. Given the numerous post-trial filings made on January 19, 2007 and the preparation needed for last week's closing arguments, Plaintiffs were delayed in preparing their response to Defendants' Renewed Motion, which is presently due on February 2, 2007.

2. Defendants have agreed to a one-week extension for Plaintiffs' response.

WHEREFORE, the Plaintiffs respectfully request the Court enter an Order extending the deadline for Plaintiffs to respond to the Track 1 Defendants' Renewed Motion to Strike the Expert Testimony of Dr. Raymond Hartman In Connection With the Trial of Class 2 and Class 3. The new due date would be February 9, 2007.

1534.16 151301v1

DATED: February 1, 2007By /s/ Steve W. Berman
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

- 2 -

- 3 -

        Kenneth A. Wexler
        Jennifer F. Connolly
        The Wexler Firm LLP
        One North LaSalle Street, Suite 2000
        Chicago, IL  60602
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022

        Donald E. Haviland, Jr.
        The Haviland Law Firm
        740 S. Third Street, Third Floor
        Philadelphia, PA  19147
        Facsimile:  (215) 609-4661
        Telephone:  (215) 392-4400

        **CO-LEAD COUNSEL FOR**
        **PLAINTIFFS**

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 1, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

By: /s/  Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292

- 4 -