# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF SUPPLEMENTAL REQUEST FOR ADMISSION OF TRIAL EXHIBITS

On January 19, 2007, Plaintiffs moved to admit 44 exhibits following the exact procedure suggested by the Court.  Defendants' blanket objection should be rejected.

Near the conclusion of the trial, the parties discussed with the Court the procedures for introducing exhibits not used with a witness.  The Court directed the parties to not clutter the record unless "you actually cite to [it] in post trial submissions."  (Day 20 Trial Tr. at 155:10-13).

Each of the exhibits is in fact cited in Plaintiffs' post-trial submissions.  So Plaintiffs did *exactly* as the Court suggested.

The blanket notice is thus misplaced and must be motivated by Defendants' desire to avoid objections on a specific document by document basis due to a lack of a meritorious basis for objection.  Many of these exhibits are business records produced by Defendants to which there can be no objection and no objection was made before trial when objections were filed. *See, e.g.*, Exs. 16, 17, 19, 43, 47, 255, 256, 330, 422, 425, 471, 709, 866.  Others, like 4109, were used with a witness but not marked, and ***Defendants*** suggested post trial that Plaintiffs move these in.  So Plaintiffs did so.

- 1 -

For the foregoing reasons, the blanket objection should be overruled.  The few documents

that might be the subject of some colorable dispute should be objected to on an individual basis.


DATED:  February 1, 2007

By   /s/ **Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

001534-16 151546 V1

- 3 -

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

001534-16  151546 V1

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' MEMORANDUM IN SUPPORT OF SUPPLEMENTAL REQUEST FOR ADMISSION OF TRIAL EXHIBITS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 1, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

By: /s/  Steve W. Berman
     Hagens Berman Sobol Shapiro LLP
     1301 Fifth Avenue, Suite 2900
     Seattle, WA  98101
     Telephone: (206) 623-7292

001534-16  151546 V1