**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | |
| *State of Nevada v. Abbott Labs. Inc., et al.*, CV-2-00260 (Nevada I), | |
| *State of Nevada v. American Home Products, et al.*, 02-CV-12086-PBS (Nevada II), and | |
| *State of Montana v. Abbott Labs. Inc., et al.*, CV-02-09-H-DWM (D. Mont.) | |

MDL NO. 1456

MASTER FILE NO. 01-CV-12257-PBS

Hon. Patti B. Saris

Chief Mag. Judge Marianne B. Bowler

**DECLARATION OF JAMES J. DUFFY IN SUPPORT OF DEFENDANTS'
MEMORANDUM OF LAW IN RESPONSE TO STATES' EMERGENCY
MOTION FOR PROTECTIVE ORDER RELATING TO DEFENDANTS'
ATTEMPT TO TAKE DEPOSITIONS OF NON-PARTIES**

I, James J. Duffy, declare as follows:

1. I am an associate of the law firm of Davis Polk & Wardwell, attorneys for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-referenced actions. I submit this declaration in support of Defendants' Memorandum of Law in Response to States' Emergency Motion for Protective Order Relating to Defendants' Attempt to Take Depositions of Non-Parties.

2. This declaration sets forth certain facts in support of Defendants' response to the States' emergency motion for protective order.

3. Attached hereto as Exhibit 1 is a true and correct copy of a January 30, 2007 e-mail from Reid Skibell to Jeniphr Breckenridge.

4. In response to subpoenas served by AstraZeneca, Great Falls Clinic produced documents on a rolling basis from January 2006 through May 2006. Similarly, Snyders produced documents from January 2006 through June 2006.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Stipulation Regarding Authenticity and Admissibility of Certain Documents Produced by Non-Party MGM Mirage, dated December 7, 2006.

6. Attached hereto as Exhibit 3 is a true and correct copy of a December 14, 2006 e-mail from Reid Skibell to Jeniphr Breckenridge.

7. Attached hereto as Exhibit 4 is a true and correct copy of a June 29, 2006 e-mail from Reid Skibell to Jeniphr Breckenridge.

8. Attached hereto as Exhibit 5 is a true and correct copy of a January 18, 2007 e-mail from Jeniphr Breckenridge to Reid Skibell.

9. Attached hereto as Exhibit 6 are true and correct copies of letters, dated January 19, 2007, from Reid Skibell to Tyler Moss, counsel for Great Falls Clinic, and to Jodi Robinson of Snyders Drugstores.

10. Attached hereto as Exhibit 7 is a true and correct copy of a January 29, 2007 e-mail from Jeniphr Breckenridge to Reid Skibell.

11. Attached hereto as Exhibit 8 is a true and correct copy of a January 31, 2007 letter from James Duffy to Jeniphr Breckenridge.

12. Plaintiffs scheduled and took depositions under Federal Rule of Civil Procedure 30(b)(6) after the March 31, 2006 discovery cutoff date, including depositions of Defendants.

I swear under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Dated: New York, NY
February 2, 2007

By: /s/ James J. Duffy
James J. Duffy (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 2, 2007, I caused a true and correct copy of the foregoing, Declaration of James J. Duffy in Support of Defendants' Memorandum of Law in Response to States' Emergency Motion for Protective Order Relating to Defendants' Attempt to Take Depositions of Non-Parties, to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                                /s/ James J. Duffy
                                                James J. Duffy (admitted *pro hac vice*)
                                                DAVIS POLK & WARDWELL
                                                450 Lexington Avenue
                                                New York, New York  10017
                                                Tel:  (212) 450-4000