

THOMAS M. SOBOL
(617) 482-3700
TOM@HBSSLAW.COM

**HAGENS BERMAN SOBOL SHAPIRO LLP**

FILED
IN CLERKS OFFICE

2007 JAN 29 P 12: 52

DISTRICT COURT
DISTRICT OF MASS.

January 29, 2007

**Via Hand Delivery**

Hon. Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

    Re:   *In Re: Pharmaceutical Industry Average Wholesale Price Litigation,*
            MDL No. 1456

Dear Judge Saris:

    During the hearing conducted in connection with the above-referenced matter on January 26, 2007, you requested that I write a letter identifying the testimony/exhibits in connection with the quotations I provided from the book *Elements of Pharmaceutical Pricing* authored by E.M. Kolassa, an expert for Schering/Warrick.

    The quotations were elicited from Dr. Kolassa during the trial at Trial Tr. Day 18 at 105-110.

    In addition, you also asked whether the information I provided in connection with the reimbursement for albuterol was based on the median of the generic AWPs in light of the position taken by Dr. Kolassa regarding the claimed "$0.14" reimbursement for J-code J-7619. Those exhibits were introduced and admitted in evidence as exhibits 4097 - 4107. *See also* Plaintiffs' Statement Regarding the "Kolassa Mistake" (Dkt No. 3475) filed on December 15, 2006.

    As you will recall, toward the end of the trial the parties submitted briefs in connection with Dr. Kolassa's testimony for reimbursement of multi-source drugs. The Plaintiffs submissions are cited above, and the Defendants submission was Schering's and Warrick's Response to Plaintiffs' "Kolassa Confirmation" (Dkt. No. 3480) filed on December 16, 2006.

January 29, 2007
Page 2

The parties agreed that all exhibits to those briefs (i.e., to the Plaintiffs' brief and to the Defendants' brief) would be admitted. By way of completeness, therefore, I also identify for you the Defendants Schering and Warrick's exhibits in connection with this issue; exhibits 2974 - 2976.

    Thank you.

Very truly yours,

*/s/ Thomas M. Sobol*

Thomas M. Sobol

TMS:cr

cc:    All Counsel via LexisNexis File & Serve