## MINER, BARNHILL & GALLAND, P.C.

ATTORNEYS AND COUNSELORS

| | | |
|---|---|---|
| CHARLES BARNHILL, JR.* <br> JEFFREY I. CUMMINGS <br> ELIZABETH J. EBERLE** <br> SCOTT A. ENTIN* <br> GEORGE F. GALLAND, JR. <br> TIFFANY F. GLANVILLE*** <br> ROBERT S. LIBMAN††† <br> NANCY L. MALDONADO <br> WILLIAM A. MICELI <br> JUDSON H. MINER <br> SARAH E. SISKIND† <br> LAURA E. TILLY <br><br> OF COUNSEL: <br><br> THOMAS F. ASCH <br> WILLIAM P. DIXON**** <br> SHARON K. LEGENZA <br> PAUL STRAUSS†† <br> BRADLEY SCOTT WEISS | SUITE 803 <br> 44 EAST MIFFLIN STREET <br> MADISON, WISCONSIN 53703 <br> (608) 255-5200 <br> TELECOPIER (608) 255-5380 <br> www.lawmbg.com <br><br> WRITER'S EMAIL: <br> cbarnhill@lawmbg.com | **CHICAGO OFFICE** <br> 14 WEST ERIE STREET <br> CHICAGO, ILLINOIS 60610 <br> (312) 751-1170 <br> TELECOPIER (312) 751-0438 <br><br> *ADMITTED IN WISCONSIN AND ILLINOIS <br> **ADMITTED IN WISCONSIN AND CALIFORNIA <br> ***ADMITTED IN ILLINOIS, DELAWARE and PENNSYLVANIA <br> ****ADMITTED IN WISCONSIN <br> †ADMITTED IN WISCONSIN AND NEW YORK <br> ††ADMITTED IN ILLINOIS AND CALIFORNIA <br> †††ADMITTED IN CALIFORNIA, DISTRICT OF COLUMBIA and ILLINOIS <br> ALL OTHERS ADMITTED IN ILLINOIS ONLY |

January 31, 2007

Courtroom Clerk
United States District Court
 For the District of Massachusetts
1 Courthouse Way
Boston MA  02210

Re:   In Re:  Pharmaceutical Industry Average Wholesale Price Litigation
        MDL No. 1456, Master File No. 01-12257-PBS

Dear Sir or Madam:

Pursuant to ¶ 16 of Case Management Order # 1 entered in the above-captioned matter, Charles Barnhill will appear *pro hac vice* for the plaintiff.  Enclosed please find a check in the amount of $50.00 to cover the fee in this matter.

Sincerely,

Charles Barnhill

CB:jlz

Enclosure

```
Thu Feb  1 13:48:01 2007

    UNITED STATES DISTRICT COURT

    BOSTON          , MA

Receipt No.   321 77978
Cashier       russo

Tender Type  CHECK

Check Number: 7043

Transaction Type  C

Case No./Def No. 1:07-CV-2      /   0

DO Code    Div No    Acct
4638         1       6855XX

Amount            $    50.00

PRO HAC 01-12257 PBS FOR CHARLES BARNHIL
L, MINER, BARNHILL &

GALLAND, 44 E. MIFFLIN ST., SUTIE 803, MA
DISON, WI 53703
```

