# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Nevada v. Abbott Laboratories, Inc., et al., No. CV-02-00260-ECR (Nevada I)* | |

## STIPULATION AND PROPOSED ORDER
## TO AMEND CMO 25 REGARDING NEVADA I SCHEDULE

Plaintiff and all Defendants in the above-captioned action, by and through the undersigned counsel, respectfully present the following stipulation and proposed order to amend Case Management Order ("CMO") No. 25 concerning the schedule applicable to the above-captioned matter -- Nevada I -- which was recently removed and has a remand motion pending before the Court:

WHEREAS, on July 19, 2006, before Nevada I's removal to federal court, the Honorable Steven R. Kosach of Nevada's Second Judicial District Court, Washoe County entered an Order on the parties' agreed motion to have the applicable schedule for Nevada I lag behind the schedule for Nevada II before this Court (*State of Nevada v. American Home Products*, et al., No. 02-CV-12086-PBS) so that this Court's decision on summary judgment would be available to the court and parties before needing to submit summary judgment pleadings in Nevada I.  Judge Kosach's Order thus provided that summary judgment briefing in Nevada I would become due 60 days after this Court's decision on summary judgment in Nevada II.

WHEREAS, on October 11, 2006, Defendant Dey, Inc. removed Nevada I to federal court (with the consent of the remaining Nevada I Defendants) and the case was

subsequently transferred to this Court as a tag-along action by the Judicial Panel for Multidistrict Litigation.

WHEREAS, before Nevada I's transfer to this Court by the Judicial Panel for Multidistrict Litigation, Plaintiff has filed a motion to remand this action to State court.

WHEREAS, the parties have conferred and have agreed to stipulate that Nevada I's schedule should continue to lag behind the schedule of Nevada II so as to preserve the resources of both the Court and the parties.

WHEREAS, the parties have conferred and have agreed that the upcoming due dates in Nevada II shall not apply to Nevada I, and that instead all Nevada I due dates shall be extended to 60 days after the *later of* the following triggering events: (i) a decision by this Court on Plaintiff's remand motion in Nevada I or (ii) a decision by this Court on summary judgment in Nevada II.

THEREFORE, the parties respectfully request that this Court enter the parties' proposed order to amend CMO 25 to confirm that the schedule for Nevada II shall not apply to Nevada I, and that instead Nevada I shall lag behind the existing schedule for Nevada II, such that all Nevada I due dates shall be extended to 60 days after the later of the following triggering events (i) a decision by this Court on Plaintiff's remand motion in Nevada I or (ii) a decision by this Court on summary judgment in Nevada II.

The undersigned attorney for Defendant Bayer Corp. has been authorized to submit this stipulation on behalf of all Defendants in Nevada I.

Respectfully Submitted,

By:  ___/s/ Jeniphr Breckenridge_____          DATED:  February 5, 2007
     Steve W. Berman
     Sean R. Matt
     Jeniphr Breckenridge
     HAGENS BERMAN SOBOL SHAPIRO LLP
     1301 Fifth Avenue, Suite 2900
     Seattle, WA 98101

     Thomas M. Sobol
     Edward Notargiacomo
     HAGENS BERMAN SOBOL SHAPIRO LLP
     One Main Street, 4th Floor
     Cambridge, MA 02142

     George J. Chanos
     Attorney General of the State of Nevada
     L. Timothy Terry
     Deputy Attorney General
     100 N. Carson Street
     Carson City, NV 89701-4714

*Attorneys for Plaintiff State of Nevada*

By:  ___/s/Michael Doss_____          DATED:  February 5, 2007
     Richard D. Raskin
     Michael P. Doss
     SIDLEY AUSTIN LLP
     1 S. Dearborn Street
     Chicago, Illinois  60603
     312-853-7000 (tel.)
     312-853-7036 (facsimile)
*Attorneys for Defendant Bayer Corporation and signing on behalf of the following Nevada I defendants:*
*Abbott Laboratories, Inc., Baxter Healthcare Corporation and Baxter International Inc., Bristol-Myers Squibb Company, Oncology Therapeutics Network Corp. and Apothecon, Inc., Dey, Inc., Pharmacia Corp. and Pharmacia & UpJohn LLC, and TAP Pharmaceutical Products Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *The State of Nevada v. Abbott Laboratories, Inc., et al., No. CV-02-00260-ECR (Nevada I)* | |

**[PROPOSED] ORDER**

Pursuant to a joint stipulation by the parties (Docket No. [    ]), Case Management Order No. 25 is amended as follows:

1.  The schedule applicable to *State of Nevada v. American Home Products*, et al., No. 02-CV-12086-PBS), "Nevada II" shall not apply to *The State of Nevada v. Abbott Laboratories, Inc., et al., No. CV-02-00260-ECR,* "Nevada I"*)*, which was recently removed to federal court and transferred to this Court as a tag-along action.

2.  The due dates applicable to Nevada I shall lag behind the existing schedule for Nevada II, such that all Nevada I due dates shall be extended to 60 days after the later of the following triggering events: (i) a decision by this Court on Plaintiff's remand motion in Nevada I or (ii) a decision by this Court on summary judgment in Nevada II.

_____
United States District Court