# EXHIBIT A

## Bates Numbers Used in Sheet Metal Workers Claims Coverage Analysis

**FOR: ZOLADEX 2001**
001289-90

**FOR: ZOLADEX 2004**
000219-20

**FOR: CYTOXIN 2004**
000876-7

**FOR: PARAPLATIN 2001**
001244-5

**FOR: RUBEX 2004**
000876-7

**FOR: TAXOL 2001**
001244-5

**FOR: TAXOL 2004**
001205-6

**FOR: PROCRIT 2004**
000012-3

**FOR: ALBUTEROL 2001**
001666-7

**FOR: ALBUTEROL 2002**
001158-9

**FOR: ALBUTEROL 2003**
000498-9

**FOR: ALBUTEROL 2004**
001632-3