# EXHIBIT B

APPROVED OMB-0938-0008

PLEASE
DO NOT
STAPLE
IN THIS
AREA

SHEETMETALS WRAP AROUND P
COMBINED INS
P O BOX 1449
GOODLETTSVILLE TN 37070-1449

**HEALTH INSURANCE CLAIM FORM**

PICA | | PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | [X] (ID) | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM DD YY   SEX
03 21 37   M [X]   F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
37 SPRING ST

CITY: AGAWAM   STATE: MA

8. PATIENT STATUS
Single [ ]  Married [ ]  Other [X]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

CITY: AGAWAM   STATE: MA

ZIP CODE: 01001   TELEPHONE (Include Area Code)

ZIP CODE: 01001   TELEPHONE (INCLUDE AREA CODE)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  [ ] YES  [X] NO

a. INSURED'S DATE OF BIRTH  MM DD YY   SEX
03 21 37   M [X]   F [ ]

b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX
03 21 37  [REDACTED]

b. AUTO ACCIDENT?  [ ] YES  [X] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME [REDACTED]

c. EMPLOYER [REDACTED]

c. OTHER ACCIDENT?  [ ] YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE - MA

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[X] YES  [ ] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE
SIGNED _____   DATE 11/23/01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE
SIGNED _____

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM DD YY   ** ** **

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
CHAUHAN, KIRAN

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  [ ] YES  [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 185
2. 607.84
3. 
4. 

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 19 01 | 10 19 01 | 11 | 1 | 99214 | 25 | 1 2 | 125 00 | 1 | | | | |
| 2 | 10 19 01 | 10 19 01 | 11 | 9 | 99202 | | 1 2 | 1350 00 | 3 | | | | |
| 3 | 10 19 01 | 10 19 01 | 11 | 1 | 96400 | | 1 2 | 25 00 | 1 | | | | |
| 4 | 10 19 01 | 10 19 01 | 11 | 5 | 81000 | | 1 2 | 17 00 | 1 | | | | |
| 5 | [REDACTED] | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER   SSN [ ]  EIN [X]
04-2499982

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  [ ] NO

28. TOTAL CHARGE: 1517 00

29. AMOUNT PAID: 1231 40

30. BALANCE DUE: 285 60

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
DAVID M CHADBOURNE MD
SIGNED _____  DATE 11/23/01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
UROLOGY GROUP OF WNE
PO BOX 489
WILBRAHAM MA 01095
PIN#   GRP#

790-0116 (12/90) (OCR) 1 pt.

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   FORM HCFA-1500 (12-90)  FORM OWCP-1500   FORM RRB-1500

HIGHLY CONFIDENTIAL
SMWMASS 001086

```
NATIONAL HERITAGE INSURANCE COMPANY                   125200135 100000216              MEDICARE
PROVIDER #: M11346                              UROLOGY GROUP OF WESTER                REMITTANCE
CHECK/EFT #:125200135           11/09/01        PAGE #: 3 OF 9                         NOTICE
```

| PERF PROV | SERV DATE POS NOS | PROC MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | ICN 0201303413360 ASG | Y MOA MA01 MA18 | |
| N51765 | 1023 102301 11 | 1 99213 | 75.00 | 53.10 | 0.00 | 10.62 CO-42 | 21.90 | 42.48 |
| N51765 | 1023 102301 11 | 1 81000 | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 10.62 | CLAIM TOTALS | 92.00 | 57.47 | 0.00 | 10.62 | 34.53 | 46.85 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | 46.85 NET |
| | | | | | | ICN 0201303413490 ASG | Y MOA MA01 MA07 | |
| N51765 | 1023 102301 11 | 1 99243 | 200.00 | 123.30 | 0.00 | 24.66 CO-42 | 76.70 | 98.64 |
| PT RESP | 24.66 | CLAIM TOTALS | 200.00 | 123.30 | 0.00 | 24.66 | 76.70 | 98.64 |
| | | | | | | | | 98.64 NET |
| | | | | | | ICN 0201303316360 ASG | Y MOA MA01 | |
| J08569 | 1016 101601 11 | 1 81000 | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| J08569 | 1016 101601 11 | 1 87086 | 25.00 | 11.16 | 0.00 | 0.00 CO-42 | 13.84 | 11.16 |
| PT RESP | 0.00 | CLAIM TOTALS | 42.00 | 15.53 | 0.00 | 0.00 | 26.47 | 15.53 |
| | | | | | | | | 15.53 NET |
| | | | | | | ICN 0201303316740 ASG | Y MOA MA01 | |
| N | | 1 87184 | 25.00 | 9.53 | 0.00 | 0.00 CO-42 | 15.47 | 9.53 |
| PT RESP | 0.00 | CLAIM TOTALS | 25.00 | 9.53 | 0.00 | 0.00 | 15.47 | 9.53 |
| | | | | | | | | 9.53 NET |
| | | | | | | ICN 9101289078290 ASG | Y MOA MA01 MA18 | |
| N51765 | 1003 100301 11 | 1 61720 | 510.00 | 510.00 | 0.00 | 102.00 | | 408.00 |
| N51765 | 1003 100301 11 | 10 J9214 | 1500.00 | 129.80 | 0.00 | 25.96 CO-42 | 1370.20 | 103.84 |
| N51765 | 1003 100301 11 | 1 J9031 | 170.00 | 166.49 | 0.00 | 33.30 CO-42 | 3.51 | 133.19 |
| N51765 | 1003 100301 11 | 1 81000 | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| N51765 | 1003 100301 11 | 1 87086 | 25.00 | 0.00 | 0.00 | 0.00 CO-50 | 25.00 | 0.00 |
| REM: M25 | | | | | | | | |
| PT RESP | 161.26 | CLAIM TOTALS | 2222.00 | 810.66 | 0.00 | 161.26 | 1411.34 | 649.40 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | 649.40 NET |
| | | | | | | ICN 0201303316310 ASG | Y MOA MA01 MA07 | |
| A22764 | 1019 101901 11 | 1 99214 | 125.00 | 82.75 | 0.00 | 16.55 CO-42 | 42.25 | 66.20 |
| A22764 | 1019 101901 11 | 1 81000 | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 16.55 | CLAIM TOTALS | 142.00 | 87.12 | 0.00 | 16.55 | 54.88 | 70.57 |
| | | | | | | | | 70.57 NET |
| | | | | | | ICN 0201303413040 ASG | Y MOA MA01 | |
| J08569 | 1022 102201 11 | 1 81000 | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 0.00 | CLAIM TOTALS | 17.00 | 4.37 | 0.00 | 0.00 | 12.63 | 4.37 |
| | | | | | | | | 4.37 NET |
| | | | | | | ICN 0201303413370 ASG | Y MOA MA01 MA18 | |
| N51765 | 1023 102301 11 | 1 53620 | 520.00 | 0.00 | 0.00 | 0.00 CO-815 | 520.00 | 0.00 |
| REM: N80 | | | | | | | | |
| N51765 | 1023 102301 11 | 1 52000 59 | 280.00 | 196.71 | 0.00 | 39.34 CO-42 | 83.29 | 157.37 |
| N51765 | 1023 102301 11 | 1 81000 | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 39.34 | CLAIM TOTALS | 817.00 | 201.08 | **REDACTED** | 39.34 | | 161.74 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | 161.74 NET |
| | | | | | | ICN | | |
| | 1019 101901 11 | 1 99214 25 | 125.00 | 82.75 | 0.00 | | 42.25 | 66.20 |
| | | 3 J9202 | 1350.00 | 1339.47 | 0.00 | 267.89 CO-42 | 10.53 | 1071.58  *sheetmetr* |
| | | 1 96400 | 25.00 | 5.81 | 0.00 | 1.16 CO-42 | 19.19 | 4.65 |
| J08569 | 1019 101901 11 | 1 81000 | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 *Sheetmet* |
| PT RESP | 285.60 | CLAIM TOTALS | 1517.00 | 1432.40 | 0.00 | 285.60 | 84.60 | 1146.80 |
| | | | | | | | | 1146.80 NET |
| NA | | | | | | ICN 0201303413510 ASG | Y MOA MA01 MA18 | |
| N51765 | 1023 102301 11 | 1 99213 | 75.00 | 53.10 | 0.00 | 10.62 CO-42 | 21.90 | 42.48 |
| N51765 | 1023 102301 11 | 1 81000 | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 10.62 | CLAIM TOTALS | 92.00 | 57.47 | 0.00 | 10.62 | 34.53 | 46.85 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | 46.85 NET |
| | | | | | | ICN 0201303412670 ASG | Y MOA MA01 MA18 | |
| A21478 | 1023 102301 11 | 1 99214 25 | 125.00 | 82.75 | 0.00 | 16.55 CO-42 | 42.25 | 66.20 |
| A21478 | 1023 102301 11 | 1 60050 | 50.00 | 37.70 | 0.00 | 7.54 CO-42 | 12.30 | 30.16 |
| A21478 | 1023 102301 11 | 1 81000 | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 24.09 | CLAIM TOTALS | 192.00 | 124.82 | 0.00 | 24.09 | 67.18 | 100.73 |
| | | | | | | | | 100.73 NET |

**COPY**

HIGHLY CONFIDENTIAL
SMWMASS 001087

38

Employee

04-3249509    51943

REDACTED    10/01/2001
Date Issued

Amount Paid: $266.78

REDACTED

SPRINGFIELD, MA 01101

File Copy    This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131  Toll-free (800) 831-4914

Claim No. 1556382

Check No. 0078924

**Explanation of Benefits**     **SMW+ Program**

| 08/03/2001 | 08/03/2001 | $1,410.00 | $0.00 | $266.78 | $266.78 | $266.78 |

Comments:

REDACTED

PIONEER VALLEY UROLOGY PC
2 MEDICAL CTR DR
STE 308
SPRINGFIELD, MA 01107

Provider:    PIONEER VALLEY UROLOGY PC
Participant SSN:
CLV   Claim Number: 1556382

Processed by  *Southern Benefit Administrators, Inc.*

HIGHLY CONFIDENTIAL
SMWMASS 001174

# HEALTH INSURANCE CLAIM FORM

PLEASE DO NOT STAPLE IN THIS AREA

CARRIER:
SHEET METAL WORKERS
NATIONAL HEALTH TURST FD.
P.O. BOX 1449
GOODLETTSVILLE TN 37070-1

PICA

1. MEDICARE / MEDICAID / CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER
   (File #)  (SSN or ID)  (SSN)  (ID) [X]

3. PATIENT'S BIRTH DATE: 08 14 18   SEX: M [X]

6. PATIENT RELATIONSHIP TO INSURED: Self [X]

CITY: SPRINGFIELD   STATE: MA
8. PATIENT STATUS: Married [X]
ZIP CODE: 01104   TELEPHONE: (413) 732-3268
Employed / Full-Time Student / Part-Time Student

INSURED'S ADDRESS: SPRINGFIELD MA 01104

10. IS PATIENT'S CONDITION RELATED TO:
   EMPLOYMENT? NO [X]
   AUTO ACCIDENT? NO [X]
   OTHER ACCIDENT? NO [X]

11. INSURED'S POLICY GROUP OR FECA NUMBER: RETIRED

a. INSURED'S DATE OF BIRTH: REDACTED
b. EMPLOYER'S NAME: RETIRED
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE PART B CLAIMS

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE:
SIGNED: SIGNATURE ON FILE   DATE: 08/28/01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE:
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: DANIEL DRESS, M.D.
17a. I.D. NUMBER OF REFERRING PHYSICIAN: D83074

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? NO [X]   $ CHARGES: .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. L185

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 03 01 | | 3 | 1 | 99213 | 1 | 60.00 | 1.0 | | | | |
| 08 03 01 | | 3 | 1 | J9202 NDC00310096130 | 1 | 1275.00 | 3.0 | | | | |
| 08 03 01 | | 3 | 1 | 96400 | 1 | 55.00 | 1.0 | | | | |
| 08 03 01 | | 3 | 5 | 81000 | 1 | 20.00 | 1.0 | | | | |

25. FEDERAL TAX I.D. NUMBER: 04324950923 91   SSN/EIN
26. PATIENT'S ACCOUNT NO.: 51943
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $1410.00
29. AMOUNT PAID: $1071.50
30. BALANCE DUE: $265.78

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:
J MICHAEL DECENZO, M.D.
SIGNED 08/28/01

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED:

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
& PHONE: (413) 784-8080
PIONEER VALLEY UROLOGY PC
2 MEDICAL CTR. DR. STE.308
SPRINGFIELD MA 01107-1280

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE   APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500

HIGHLY CONFIDENTIAL
SMWMASS 001175

```
NATIONAL HERITAGE INSURANCE COMPANY              124987431 100000268           MEDICARE
PROVIDER #: N16033                          PIONEER VALLEY UROLOGY PC         REMITTANCE
CHECK/EFT #:124987431        08/20/01       PAGE #: 10 OF 10                    NOTICE
```

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | ICN 0201219424810 ASG | | Y MOA MA01 MA18 | |
| J08438 | 0802 080201 11 | 1 99212 |  | 40.00 | 37.94 | 0.00 | 7.59 CO-42 | 2.06 | 30.35 |
| J08438 | 0802 080201 11 | 1 81000 |  | 20.00 | 4.37 | 0.00 | 0.00 CO-42 | 15.63 | 4.37 |
| PT RESP | 7.59 |  | CLAIM TOTALS | 60.00 | 42.31 | 0.00 | 7.59 | 17.69 | 34.72 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | | 34.72 NET |

| NAME | | | | | | | | | | MA19 |
|---|---|---|---|---|---|---|---|---|---|---|
| N51618 | 0803 080301 11 | 1 99213 |  | 60.00 | 53.10 | 0.00 | 10.62 CO-42 | 8.90 | 42.48 |
| N51618 | 0803 080301 11 | 3 J9202 |  | 1275.00 | 1275.00 | 0.00 | 255.00 |  | 1020.00 |
| N51618 | 0803 080301 11 | 1 96400 |  | 55.00 | 5.81 | 0.00 | 1.16 CO-42 | 49.19 | 4.65 |
| N51618 | 0803 080301 11 | 1 81000 |  | 20.00 | 4.37 | 0.00 | 0.00 CO-42 | 15.63 | 4.37 |
| PT RESP | 266.78 |  | CLAIM TOTALS | 1410.00 | 1338.28 | 0.00 | 266.78 | 71.72 | 1071.50 |
|  |  |  |  |  |  |  |  |  | 1071.50 NET |

**REDACTED**

|  |  |  |  |  |  |  | ICN 0201219424850 ASG | | Y MOA MA01 MA18 | |
|---|---|---|---|---|---|---|---|---|---|---|
| H21069 | 0801 080101 11 | 1 99213 |  | 60.00 | 53.10 | 0.00 | 10.62 CO-42 | 6.90 | 42.48 |
| H21069 | 0801 080101 11 | 1 81000 |  | 20.00 | 4.37 | 0.00 | 0.00 CO-42 | 15.63 | 4.37 |
| PT RESP | 10.62 |  | CLAIM TOTALS | 80.00 | 57.47 | 0.00 | 10.62 | 22.53 | 46.85 |
| CLAIM INFORMATION FORWARDED TO: EMPIRE BC/BS | | | | | | | | | 46.85 NET |

|  |  |  |  |  |  |  | ICN 0201219424840 ASG | | Y MOA MA01 MA18 | |
|---|---|---|---|---|---|---|---|---|---|---|
| N51618 | 0801 080101 11 | 1 99213 |  | 60.00 | 53.10 | 0.00 | 10.62 CO-42 | 6.90 | 42.48 |
| N51618 | 0801 080101 11 | 1 81000 |  | 20.00 | 4.37 | 0.00 | 0.00 CO-42 | 15.63 | 4.37 |
| PT RESP | 10.62 |  | CLAIM TOTALS | 80.00 | 57.47 | 0.00 | 10.62 | 22.53 | 46.85 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | | 46.85 NET |

|  |  |  |  |  |  |  | ICN 0201220519780 ASG | | Y MOA MA01 MA18 | |
|---|---|---|---|---|---|---|---|---|---|---|
| N51618 | 0803 080301 11 | 1 99213 |  | 60.00 | 53.10 | 0.00 | 10.62 CO-42 | 6.90 | 42.48 |
| N51618 | 0803 080301 11 | 1 81000 |  | 20.00 | 4.37 | 0.00 | 0.00 CO-42 | 15.63 | 4.37 |
| PT RESP | 10.62 |  | CLAIM TOTALS | 80.00 | 57.47 | 0.00 | 10.62 | 22.53 | 46.85 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | | 46.85 NET |

|  |  |  |  |  |  |  | ICN 0201219424860 ASG | | Y MOA MA01 MA18 | |
|---|---|---|---|---|---|---|---|---|---|---|
| N51618 | 0801 080101 11 | 1 99213 25 |  | 60.00 | 53.10 | 0.00 | 10.62 CO-42 | 6.90 | 42.48 |
| N51618 | 0801 080101 11 | 1 81000 |  | 20.00 | 4.37 | 0.00 | 0.00 CO-42 | 15.63 | 4.37 |
| N51618 | 0801 080101 11 | 1 87088 |  | 30.00 | 11.18 | 0.00 | 0.00 CO-42 | 18.82 | 11.18 |
| N51618 | 0801 080101 11 | 1 60050 |  | 100.00 | 37.70 | 0.00 | 7.54 CO-42 | 62.30 | 30.16 |
| PT RESP | 18.16 |  | CLAIM TOTALS | 210.00 | 106.35 | 0.00 | 18.16 | 103.65 | 88.19 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | | 88.19 NET |

| TOTALS | TOTAL CLAIMS | TOTAL BILLED | TOTAL ALLOWED | TOTAL DEDUCT | TOTAL COINS | TOTAL RC-AMT | TOTAL PROV PD |
|---|---|---|---|---|---|---|---|
|  | 99 | 26870.00 | 18449.62 | 406.20 | 3526.76 | 8420.38 | 14516.66 |

| ADJS: | TOTAL PREV PD | TOTAL PD TO BENE | TOTAL INT | TOTAL MSP | TOTAL OFFSET | TOTAL OTHER ADJS | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|
|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14516.66 |

GLOSSARY: Group, Reason, MOA, Remark and Offset Codes
CO       Contractual Obligation. Amount for which the provider is financially liable. The patient may
         not be billed for this amount.
PR       Patient Responsibility. Amount that may be billed to a patient or another payer.
B15      Claim/service denied/reduced because this procedure/service is not paid separately.
B6       This service/procedure is denied/reduced when performed/billed by this type of provider, by this
         type of provider in this type of facility, or by a provider of this specialty.
42       Charges exceed our fee schedule or maximum allowable amount.
46       This (these) service(s) is (are) not covered.
M80      We cannot pay for this when performed during the same session as a previously processed service
         for the beneficiary.
MA01     If you do not agree with what we approved for these services, you may appeal our decision. To
         make sure that we are fair to you, we require another individual that did not process your
         initial claim to conduct the review. However, in order to be eligible for a review, you must
         write to us within 6 months of the date of this notice, unless you have a good reason for being
         late. If you meet the criteria for a telephone review, you should phone this office if you wish
         to request a telephone review.
MA07     The claim information has also been forwarded to Medicaid for review.
MA15     Your claim has been separated to expedite handling. You will receive a separate notice for the
         other services reported.
MA18     The claim information is also being forwarded to the patient's supplemental insurer. Send any
         questions regarding supplemental benefits to them.
MA19     Information was not sent to the Medigap insurer due to incorrect/invalid information you
         submitted concerning that insurer. Please verify your information and submit your secondary
         claim directly to that insurer.
MA27     Incorrect entitlement number shown on the claim. Plense use the entitlement number shown on
         this notice for future claims for this patient.
MA67     Correction to a prior claim.

SEP 1 0 2001

HIGHLY CONFIDENTIAL
SMWMASS 001176



04-2499982

43

Employee

10/12/2001
Date Issued

Amount Paid: $285.60

REDACTED

AGAUAM, MA 01001

File Copy        This is not a Check

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, TN 37070-1449
Phone (615) 859-0131   Toll-free (800) 831-4914

Claim No. **1571547**

Check No. **0094183**

**Explanation of Benefits**      **SMW+ Program**

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/13/2001 | 07/13/2001 | $1,517.00 | $0.00 | $285.60 | $285.60 | $285.60 |

Comments:

UROLOGY GRP OF WESTERN NEW
ENGLAND PC
PO BOX 489
WILBRAHAM, MA 01095

Provider:           UROLOGY GRP OF WESTERN NEW
Participant SSN:
CDP  Claim Number:  1571547

Processed by  *Southern Benefit Administrators, Inc.*



HIGHLY CONFIDENTIAL
SMWMASS 001288

APPROVED OMB-0938-0008

| PLEASE DO NOT STAPLE IN THIS AREA | | SHEETMETALS WRAP AROUND P<br>COMBINED INS<br>P O BOX 1449<br>GOODLETTSVILLE TN 37070-1449 | |
|---|---|---|---|

**HEALTH INSURANCE CLAIM FORM**

PICA

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |
|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) [X] | (ID) |

REDACTED

PATIENT'S BIRTH DATE: 03 21 37  SEX: M [X]

6. PATIENT RELATIONSHIP TO INSURED: Self [X]

| CITY: AGAWAM | STATE: MA |
| ZIP CODE: 01001 | |

8. PATIENT STATUS: Other [X]

| CITY: AGAWAM | STATE: MA |
| ZIP CODE: 01001 | |

a. OTHER INSURED'S ... REDACTED

a. EMPLOYMENT? (CURRENT OR PREVIOUS) [X] NO

a. INSURED'S DATE OF BIRTH: 03 21 37  SEX: M [X]

b. OTHER INSURED'S DATE OF BIRTH: 03 21 37  M [X]

b. AUTO ACCIDENT? [X] NO

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? [X] NO

d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE - MA

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE  DATE: 08/16/01

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: CHAUHAN, KIRAN

20. OUTSIDE LAB? [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.
1. 185
2. 607.84

| 24. | A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 13 01 | 07 13 01 | 11 | 1 | 99214 | 25 | 1 2 | 125 00 | 1 | | | | |
| 2 | 07 13 01 | 07 13 01 | 11 | 9 | J9202 | | 1 | 1350 00 | 3 | | | | |
| 3 | 07 13 01 | 07 13 01 | 11 | 1 | 96400 | | 1 2 | 25 00 | 1 | | | | |
| 4 | 07 13 01 | 07 13 01 | 11 | 5 | 81000 | | 1 2 | 17 00 | | | | | |

25. FEDERAL TAX I.D. NUMBER: 04-2499982  [X] EIN

ACCEPT ASSIGNMENT? YES [X]

28. TOTAL CHARGE: $1517.00
29. AMOUNT PAID: $1231.40
30. BALANCE DUE: $285.60

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: DAVID M CHADBOURNE MD  DATE: 08/16/01

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE:
UROLOGY GROUP OF WNE
PO BOX 489
WILBRAHAM MA 01095

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)  PLEASE PRINT OR TYPE  FORM HCFA-1500 (12-90)  FORM OWCP-1500  FORM RRB-1500

HIGHLY CONFIDENTIAL
SMWMASS 001289

```
NATIONAL HERITAGE INSURANCE COMPANY                 124946711 100000160              MEDICARE
PROVIDER #: M11346                              UROLOGY GROUP OF WESTER              REMITTANCE
CHECK/EFT #:124946711           08/03/01        PAGE #: 4 OF 8                       NOTICE
```

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME █████ | | | | | | | | | | |
| J08569 | 0705 070501 | 11 | 1 51720 | | 510.00 | 209.66 | 0.00 | 41.93 CO-42 | 300.34 | 167.73 |
| J08569 | 0705 070501 | 11 | 1 J9031 | | 170.00 | 166.49 | 0.00 | 33.30 CO-42 | 3.51 | 133.19 |
| J08569 | 0705 070501 | 11 | 1 96400 | | 25.00 | 5.81 | 0.00 | 1.16 CO-42 | 19.19 | 4.65 |
| J08569 | 0705 070501 | 11 | 1 81000 | | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 76.39 | | CLAIM TOTALS | | 722.00 | 386.33 | 0.00 | 76.39 | 335.67 | 309.94 |
| | | | | | | | | | | 309.94 NET |

BC/BS

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME ████ | | | | | | | | | | |
| J08570 | 0713 071301 | 11 | 1 99211 | | 39.00 | 21.31 | 0.00 | 4.26 CO-42 | 17.69 | 17.05 |
| J08570 | 0713 071301 | 11 | 1 81000 | | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 4.26 | | CLAIM TOTALS | | 56.00 | 25.68 | 0.00 | 4.26 | 30.32 | 21.42 |
| CLAIM INFORMATION FORWARDED TO: JOHN HANCOCK | | | | | | | | | | 21.42 NET |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME ████ | | | | | | | | | | |
| N51765 | 0713 071301 | 11 | 1 52000 | | 280.00 | 196.71 | 0.00 | 39.34 CO-42 | 83.29 | 157.37 |
| PT RESP | 39.34 | | CLAIM TOTALS | | 280.00 | 196.71 | 0.00 | 39.34 | 83.29 | 157.37 |
| | | | | | | | | | | 157.37 NET |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME ████ | | | | | | | | | | |
| A21478 | 0619 061901 | 11 | 1 51720 | | 510.00 | 209.66 | 0.00 | 41.93 CO-42 | 300.34 | 167.73 |
| A21478 | 0619 061901 | 11 | 50 J9214 | | 750.00 | 575.00 | 0.00 | 115.00 CO-42 | 175.00 | 460.00 |
| PT RESP | 156.93 | | CLAIM TOTALS | | 1260.00 | 784.66 | 0.00 | 156.93 | 475.34 | 627.73 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | | | 627.73 NET |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME ████ | | | | | | | | | | |
| J08569 | 0709 070901 | 11 | 1 51720 | | 510.00 | 209.66 | 0.00 | 41.93 CO-42 | 300.34 | 167.73 |
| J08569 | 0709 070901 | 11 | 1 J9031 | | 170.00 | 166.49 | 0.00 | 33.30 CO-42 | 3.51 | 133.19 |
| J08569 | 0709 070901 | 11 | 1 96400 | | 25.00 | 5.81 | 0.00 | 1.16 CO-42 | 19.19 | 4.65 |
| J08569 | 0709 070901 | 11 | 1 81000 | | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 76.39 | | CLAIM TOTALS | | 722.00 | 386.33 | 0.00 | 76.39 | 335.67 | 309.94 |
| | | | | | | | | | | 309.94 NET |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME ████ | | | | | | | | | | |
| N51765 | 0713 071301 | 11 | 1 99213 | | 75.00 | 53.10 | 0.00 | 10.62 CO-42 | 21.90 | 42.48 |
| N51765 | 0713 071301 | 11 | 1 81000 | | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 10.62 | | CLAIM TOTALS | | 92.00 | 57.47 | 0.00 | 10.62 | 34.53 | 46.85 |
| | | | | | | | | | | 46.85 NET |

Tufts

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME ████ | | | | | | | | | | |
| J08569 | 0713 071301 | 11 | 1 81000 | | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 0.00 | | CLAIM TOTALS | | 17.00 | 4.37 | 0.00 | 0.00 | 12.63 | 4.37 |
| | | | | | | | | | | 4.37 NET |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME ████ REDACTED | | | | | | | | ICN 0201204537180 ASG | Y MOA MA01 | |
| J0???? | 0713 071301 | 11 | 1 99214 25 | | 125.00 | ~2.75 | 0.00 | 16.55 CO-42 | 42.25 | 66.20 |
| J0???? | 0713 071301 | 11 | 3 J9202 | | 1350.00 | 1339.47 | 0.00 | 267.89 CO-42 | 10.53 | 1071.58 |
| J0???? | 0713 071301 | 11 | 1 96400 | | 25.00 | 5.81 | 0.00 | 1.16 CO-42 | 19.19 | 4.65 |
| J0???? | 0713 071301 | 11 | 1 81000 | | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 285.60 | | CLAIM TOTALS | | 1517.00 | 1432.40 | 0.00 | 285.60 | 84.60 | 1146.80 |
| | | | | | | | | | | 1146.80 NET |

Sheetm

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME ████ | | | | | | | | | | |
| J08570 | 0613 061301 | 11 | 1 51720 | | 510.00 | 0.00 | 0.00 | 0.00 CO-B15 | 510.00 | 0.00 |
| J08570 | 0613 061301 | 11 | 50 J9214 | | 750.00 | 0.00 | 0.00 | 0.00 CO-50 | 750.00 | 0.00 |
| REM: M25 | | | | | | | | | | |
| J08570 | 0613 061301 | 11 | 1 J9031 | | 170.00 | 152.29 | 0.00 | 30.46 CO-42 | 17.71 | 121.83 |
| J08570 | 0613 061301 | 11 | 1 81000 | | 17.00 | 4.37 | 0.00 | 0.00 CO-42 | 12.63 | 4.37 |
| PT RESP | 30.46 | | CLAIM TOTALS | | 1447.00 | 156.66 | 0.00 | 30.46 | 1290.34 | 126.20 |
| CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS | | | | | | | | | | 126.20 NET |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME ████ | | | | | | | | | | |
| A21478 | 0716 071601 | 11 | 1 51726 | | 375.00 | 219.56 | 0.00 | 43.91 CO-42 | 155.44 | 175.65 |
| A21478 | 0716 071601 | 11 | 1 51797 51 | | 520.00 | 108.36 | 0.00 | 21.67 CO-42 | 303.28 | 86.69 |
| | | | | | | | | CO-59 | 108.36 | |
| A21478 | 0716 071601 | 11 | 1 80002 51 | | 130.00 | 61.95 | 0.00 | 12.39 CO-42 | 6.11 | 49.56 |
| | | | | | | | | CO-59 | 61.94 | |
| PT RESP | 77.97 | | CLAIM TOTALS | | 1025.00 | 389.87 | 0.00 | 77.97 | 635.13 | 311.90 |
| | | | | | | | | | | 311.90 NET |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME RANDALL, DONALD | | | HIC 021166347A | | ACNT 026686001 | | | ICN 0201204537130 ASG | Y MOA MA01 MA18 | |
| A22764 | 0713 071301 | 11 | 1 99212 | | 55.00 | 37.94 | 0.00 | 7.59 CO-42 | 17.06 | 30.35 |
| PT RESP | 7.59 | | CLAIM TOTALS | | 55.00 | 37.94 | 0.00 | 7.59 | 17.06 | 30.35 |
| CLAIM INFORMATION FORWARDED TO: AETNA | | | | | | | | | | 30.35 NET |

**COPY**

HIGHLY CONFIDENTIAL
SMWMASS 001290

| PROVIDER TAX I.D. #: | PATIENT ACCOUNT # | RELATIONSHIP | | |
|---|---|---|---|---|
| 043249509 | | E | 40 | N° 0585395 |

REDACTED

SHEET METAL WORKERS' NATIONAL HEALTH FUND
P.O. BOX 1449 • GOODLETTSVILLE, TN 37070-1449

DATE ISSUED: 12/18/2002

PAY *******263 DOLLARS AND 86CENTS**       DOLLARS $ ****263.86**

TO THE ORDER OF:
PIONEER VALLEY UROLOGY PC
2 MEDICAL CTR DR
STE 308
SPRINGFIELD, MA 01107

0585395

AUTHORIZED SIGNATURE

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

SunTrust Bank, Nashville
Nashville, Tennessee 37230

"00585395"  :064000046:  70213903 02"

---

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, Tennessee 37070-1449
Toll-Free 800-831-4914   Phone (615) 859-0131

SMW+ PROGRAM

**EXPLANATION OF BENEFITS**

| FROM DATE | TO DATE | CHARGES SUBMITTED | NON COVERED | CHARGES ALLOWED | COVERED CHARGES | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 11/08/2002 | 11/08/2002 | 1390.00 | .00 | 263.86 | 263.86 | 263.86 |
| | | 1390.00 | .00 | 263.86 | 263.86 | 263.86 |

NON-COVERED CODES:

COMMENTS:

PROVIDER: PIONEER VALLEY UROLOGY PC
PARTICIPANT SSN: 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  DEPENDENT: JEROME  01
CLM CLAIM NUMBER: 2001934

REDACTED

SPRINGFIELD   MA   01101

Processed by **SOUTHERN BENEFIT ADMINISTRATORS, INC.**

HIGHLY CONFIDENTIAL
SMWMASS 001339

# HEALTH INSURANCE CLAIM FORM

APPROVED OMB-0938-0008

PLEASE DO NOT STAPLE IN THIS AREA

SHEET METAL WORKERS
NATIONAL HEALTH TURST FD.
P.O. BOX 1449
GOODLETTSVILLE TN 37070-1

[X] MEDICARE (Medicare #)

**PATIENT'S BIRTH DATE:** 08 14 14  SEX: M [X]

**PATIENT RELATIONSHIP TO INSURED:** Self [X]

**CITY:** SPRINGFIELD   **STATE:** MA
**ZIP CODE:** 01104

**PATIENT STATUS:** Married [X]

**CITY:** SPRINGFIELD   **STATE:** MA
**ZIP CODE:** 01104

**10. IS PATIENT'S CONDITION RELATED TO:**
- a. EMPLOYMENT? [X] NO
- b. AUTO ACCIDENT? [X] NO
- c. OTHER ACCIDENT? [X] NO

**b. OTHER INSURED'S DATE OF BIRTH:** 08 14 14  SEX: M [X]

**INSURED'S DATE OF BIRTH:** 08 14 14  SEX: M [X]

**c. EMPLOYER'S NAME OR SCHOOL NAME:** RETIRED

**b. EMPLOYER'S NAME OR SCHOOL NAME:** RETIRED

**d. INSURANCE PLAN NAME OR PROGRAM NAME:** MEDICARE PART B CLAIMS

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** [X] YES

SIGNED: **SIGNATURE ON FILE**   DATE: 12/05/02

SIGNED: **SIGNATURE ON FILE**

**17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE:** DANIEL DRESS, M.D.
**17a. I.D. NUMBER OF REFERRING PHYSICIAN:** D83074

**20. OUTSIDE LAB?** [X] NO   **$ CHARGES:** .00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:**
1. 185

| DATE(S) OF SERVICE From MM DD YY | To MM DD YY | Place of Service | Type of Service | PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 08 02 | | 3 | 1 | 99212 | | 1 | 40.00 | 1.0 | | | | |
| 11 08 02 | | 3 | 5 | 81000 | | 1 | 20.00 | 1.0 | | | | |
| 11 08 02 | | 3 | 1 | J9202 | | 1 | 1275.00 | 3.0 | | | | |
| 11 08 02 | | 3 | 1 | NDC00310096130 96400 | | 1 | 55.00 | 1.0 | | | | |

**25. FEDERAL TAX I.D. NUMBER:** 043249509  [X] EIN

**27. ACCEPT ASSIGNMENT?** [X] YES

**28. TOTAL CHARGE:** $ 1390.00
**29. AMOUNT PAID:** $ 1059.79
**30. BALANCE DUE:** $ 263.86

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER:** J MICHAEL DECENZO, M.D.
SIGNED 12/05/02

**33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #:**
PIONEER VALLEY UROLOGY PC
2 MEDICAL CTR. DR. STE 308
SPRINGFIELD MA 01107-1280

FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

HIGHLY CONFIDENTIAL
SMWMASS 001340

```
NATIONAL HERITAGE INSURANCE COMPANY                       126176362 100000268              MEDICARE
PROVIDER #: M16033                                        PIONEER VALLEY UROLOGY PC        REMITTANCE
CHECK/EFT #:126176362              11/26/02               PAGE #: 9 OF 10                  NOTICE


PERF PROV  SERV DATE  POS NOS   PROC     MODS   BILLED    ALLOWED   DEDUCT   COINS         GRP/RC-AMT    PROV PD

NAME
J08438     1111 111102 11      1 99212           40.00     38.68    0.00     7.74 CO-42        1.32       30.94
PT RESP    7.74                CLAIM TOTALS      40.00     38.68    0.00     7.74              1.32       30.94
CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS                                                             30.94 NET

NAME                                                                         ICN 0202318311860 ASG Y MOA MA01 MA19
N51618     1108 110802 11      1 99212           40.00     38.68    0.00     7.74 CO-42        1.32       30.94
N51618     1108 110802 11      1 81000           20.00      4.37    0.00     0.00 CO-42       15.63        4.37
N51618     1108 110802 11      3 J9202         1275.00   1275.00    0.00   255.00                       1020.00
N51618     1108 110802 11      1 96400           55.00      5.60    0.00     1.12 CO-42       49.40        4.48
PT RESP    263.86              CLAIM TOTALS    1390.00   1323.65    0.00   263.86             66.35     1059.79
                                                                                                        1059.79 NET

NAME
N51618     1108 110802 11      1 99213           60.00     53.55    0.00    10.71 CO-42        6.45       42.84
N51618     1108 110802 11      1 81000           20.00      4.37    0.00     0.00 CO-42       15.63        4.37
PT RESP    10.71               CLAIM TOTALS      80.00     57.92    0.00    10.71             22.08       47.21
CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS                                                             47.21 NET

NAME
J05335     1112 111202 11      1 99212           40.00     38.68    0.00     7.74 CO-42        1.32       30.94
J05335     1112 111202 11      1 81000           20.00      4.37    0.00     0.00 CO-42       15.63        4.37
PT RESP    7.74                CLAIM TOTALS      60.00     43.05    0.00     7.74             16.95       35.31
CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS                                                             35.31 NET

NAME                                                                                          MA18
H21069     1111 111102 22      1 52000          300.00    105.09    0.00    21.02 CO-86      194.91       84.07
H21069     1111 111102 22      1 51705 51       120.00     32.78    0.00     6.56 CO-86       54.44       26.22
                                                                                  CO-59       32.78
PT RESP    27.58               CLAIM TOTALS     420.00    137.87    0.00    27.58            282.13      110.29
                                                                                                         110.29 NET

NAME
J05335     1112 111202 11      1 99213           60.00     53.55    0.00    10.71 CO-42        6.45       42.84
J05335     1112 111202 11      1 81000           20.00      4.37    0.00     0.00 CO-42       15.63        4.37
PT RESP    10.71               CLAIM TOTALS      80.00     57.92    0.00    10.71             22.08       47.21
                                                                                                          47.21 NET

NAME
N51618     1108 110802 11      1 99213           60.00     53.55    0.00    10.71 CO-42        6.45       42.84
N51618     1108 110802 11      1 81000           20.00      4.37    0.00     0.00 CO-42       15.63        4.37
PT RESP    10.71               CLAIM TOTALS      80.00     57.92    0.00    10.71             22.08       47.21
CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS                                                             47.21 NET

NAME
J05335     1108 110802 11      1 87184           25.00      9.53    0.00     0.00 CO-42       15.47        9.53
PT RESP    0.00                CLAIM TOTALS      25.00      9.53    0.00     0.00             15.47        9.53
                                                                                                           9.53 NET

NAME
J05335     1111 111102 11      1 99213           60.00     53.55   53.55     0.00 CO-42        6.45        0.00
J05335     1111 111102 11      1 81000           20.00      4.37    0.00     0.00 CO-42       15.63        4.37
J05335     1111 111102 11      1 87088           30.00     11.18    0.00     0.00 CO-42       18.82       11.18
PT RESP    53.55               CLAIM TOTALS     110.00     69.10   53.55     0.00             40.90       15.55
                                                                                                          15.55 NET

NAME
J05335     1112 111202 11      1 99213 25        60.00     53.55    0.00    10.71 CO-42        6.45       42.84
J05335     1112 111202 11      1 52000          300.00    217.89    0.00    43.58 CO-42       82.11      174.31
J05335     1112 111202 11      1 81000           20.00      4.37    0.00     0.00 CO-42       15.63        4.37
J05335     1112 111202 11      1 A4550           80.00      0.00    0.00     0.00 CO-B15      80.00        0.00
REM: M80
PT RESP    54.29               CLAIM TOTALS     460.00    275.81    0.00    54.29            184.19      221.52
                                                                                                         221.52 NET

NAME                                                                                          MA18
A30989     1106 110602 21      1 99253          140.00     98.52    0.00    19.70 CO-42       41.48       78.82
PT RESP    19.70               CLAIM TOTALS     140.00     98.52    0.00    19.70             41.48       78.82
CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS                                                             78.82 NET

NAME
H21069     1108 110802 21      1 99252 25       120.00     72.19    0.00    14.44 CO-42       47.81       57.75
H21069     1108 110802 21      1 53670          135.00     26.49    0.00     7.30 CO-86      108.51       21.19
PT RESP    19.74               CLAIM TOTALS     255.00     98.68    0.00    19.74            156.32       78.94
CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS                                                             78.94 NET
```

RECEIVED NOV 29 2002

HIGHLY CONFIDENTIAL
SMWMASS 001341

| EMPLOYEE: REDACTED | DEPENDENT (IF APPLICABLE) | RELATIONSHIP E | 67-4/640 |
|---|---|---|---|
| PROVIDER TAX I.D. #: 043249509 | PATIENT ACCOUNT # 51943 | 40 | Nº 0760893 07/01/2003 DATE ISSUED |

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. BOX 1449 • GOODLETTSVILLE, TN 37070-1449

PAY *******271DOLLARS AND 43CENTS**                                 DOLLARS $ ****271.43**

TO THE ORDER OF

PIONEER VALLEY UROLOGY PC
2 MEDICAL CTR DR
STE 308
SPRINGFIELD, MA 01107

0760893

AUTHORIZED SIGNATURE

**NON NEGOTIABLE**

AUTHORIZED SIGNATURE

SunTrust Bank, Nashville
Nashville, Tennessee 37230

⑈00760893⑈ ⑆064000046⑆ 7021390302⑈

**SHEET METAL WORKERS' NATIONAL HEALTH FUND**
P.O. Box 1449
Goodlettsville, Tennessee 37070-1449
Toll-Free 800-831-4914   Phone (615) 859-0131

**SMW+ PROGRAM**

**EXPLANATION OF BENEFITS**

| FROM DATE | TO DATE | CHARGES SUBMITTED | NON COVERED | CHARGES ALLOWED | COVERED CHARGES | AMOUNT PAID |
|---|---|---|---|---|---|---|
| 05/14/2003 | 05/14/2003 | 1410.00 | .00 | 271.43 | 271.43 | 271.43 |
|  |  | 1410.00 | .00 | 271.43 | 271.43 | 271.43 |

NON-COVERED CODES:

COMMENTS:

REDACTED                                      REDACTED

PROVIDER: PIONEER VALLEY UROLOGY PC
PARTICIPANT SSN:             DEPENDENT: 01
CLV   CLAIM NUMBER: 2195072

SPRINGFIELD   MA   01101

Processed by **SOUTHERN BENEFIT ADMINISTRATORS, INC.**

HIGHLY CONFIDENTIAL
SMWMASS 001432

APPROVED OMB-0938-0008

PLEASE DO NOT STAPLE IN THIS AREA

SHEET METAL WORKERS
NATIONAL HEALTH TURST FD.
P.O. BOX 1449
GOODLETTSVILLE TN 37070-1

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|
| | | PVA | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER [X] (ID) | | | 1 IN ITEM X | |

3. PATIENT'S BIRTH DATE: 08 14 14   SEX: M [X]

6. PATIENT RELATIONSHIP TO INSURED: Self [X]

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| SPRINGFIELD | MA | Married [X] | SPRINGFIELD | MA |
| ZIP CODE 01104 | TELEPHONE | Employed | ZIP CODE 01104 | TELEPHONE |

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? NO [X]
b. AUTO ACCIDENT? NO [X]
c. OTHER ACCIDENT? NO [X]

RETIRED

d. INSURANCE PLAN NAME OR PROGRAM NAME: MEDICARE PART B CLAIMS

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE   DATE 06/03/03

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE: DANIEL DRESS, M.D.
17a. I.D. NUMBER OF REFERRING PHYSICIAN: D83074

20. OUTSIDE LAB? NO [X]   $ CHARGES: .00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 185

| 24. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. Place of Service | C. Type of Service | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS CODE | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. EMG | J. COB | K. RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 14 03 | | 3 | 1 | 99213 | 1 | 60 00 | 1.0 | | | | |
| 05 14 03 | | 3 | 1 | J9202 NDC0031000961 30 | 1 | 1275 00 | 3.0 | | | | |
| 05 14 03 | | 3 | 1 | 96400 | 1 | 55 00 | 1.0 | | | | |
| 05 14 03 | | 3 | 5 | 81000 | 1 | 20 00 | 1.0 | | | | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 043249509 | [X] | 51943 | YES [X] | $ 1410.00 | $ 1090.15 | $ 271.43 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
MARYANNE O'TOOLE, GNP
SIGNED 06/03/03

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
PIONEER VALLEY UROLOGY PC
2 MEDICAL CTR.DR STE.308
SPRINGFIELD MA 01107-1280

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE
FORM HCFA-1500 (12-90)
FORM OWCP-1500   FORM RRB-1500

HIGHLY CONFIDENTIAL
SMWMASS 001433

```
NATIONAL HERITAGE INSURANCE COMPANY                      126637328 100000242              MEDICARE
PROVIDER #: M16033                              PIONEER VALLEY UROLOGY PC                 REMITTANCE
CHECK/EFT #:126637328              05/30/03     PAGE #: 8 OF 10                           NOTICE
```

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| J08438 | 0512 051203 11 | | 1 99213 | | 60.00 | 54.41 | 0.00 | 10.88 CO-42 | 5.59 | 43.53 |
| J08438 | 0512 051203 11 | | 1 81000 | | 20.00 | 4.43 | 0.00 | 0.00 CO-42 | 15.57 | 4.43 |
| PT RESP | 10.88 | | CLAIM TOTALS | | 80.00 | 58.84 | 0.00 | 10.88 | 21.16 | 47.96 |
| | | | | | | | | | | 47.96 NET |
| A30989 | 0513 051303 11 | | 1 99212 | | 40.00 | 38.89 | 0.00 | 7.78 CO-42 | 1.11 | 31.11 |
| A30989 | 0513 051303 11 | | 3 J9202 | | 1275.00 | 1275.00 | 0.00 | 255.00 | | 1020.00 |
| A30989 | 0513 051303 11 | | 1 96400 | | 55.00 | 42.23 | 0.00 | 8.45 CO-42 | 12.77 | 33.78 |
| PT RESP | 271.23 | | CLAIM TOTALS | | 1370.00 | 1356.12 | 0.00 | 271.23 | 13.88 | 1084.89 |
| | | | | | | | | | | 1084.89 NET |
| J05335 | 0515 051503 11 | | 1 99212 25 | | 40.00 | 38.89 | 0.00 | 7.78 CO-42 | 1.11 | 31.11 |
| J05335 | 0515 051503 11 | | 1 52000 | | 300.00 | 267.94 | 0.00 | 53.59 CO-42 | 32.06 | 214.35 |
| J05335 | 0515 051503 11 | | 1 A4550 | | 80.00 | 0.00 | 0.00 | 0.00 CO-B15 | 80.00 | 0.00 |
| REM: M80 | | | | | | | | | | |
| J05335 | 0515 051503 11 | | 1 81000 | | 20.00 | 4.43 | 0.00 | 0.00 CO-42 | 15.57 | 4.43 |
| PT RESP | 61.37 | | CLAIM TOTALS | | 440.00 | 311.26 | 0.00 | 61.37 | 128.74 | 249.89 |
| | | | | | | | | | | 249.89 NET |

CLAIM INFORMATION FORWARDED TO: NAT ASSOC OF LETTER CARRIER

| J05335 | 0513 051303 11 | | 1 99213 25 | | 60.00 | 54.41 | 0.00 | 10.88 CO-42 | 5.59 | 43.53 |
|---|---|---|---|---|---|---|---|---|---|---|
| J05335 | 0513 051303 11 | | 1 51702 | | 125.00 | 101.26 | 0.00 | 20.25 CO-42 | 23.74 | 81.01 |
| J05335 | 0513 051303 11 | | 1 81000 | | 20.00 | 4.43 | 0.00 | 0.00 CO-42 | 15.57 | 4.43 |
| PT RESP | 31.13 | | CLAIM TOTALS | | 205.00 | 160.10 | 0.00 | 31.13 | 44.90 | 128.97 |
| | | | | | | | | | | 128.97 NET |
| A????? | 0513 051303 11 | | 1 99212 | | 40.00 | 38.89 | 0.00 | 7.78 CO-42 | 1.11 | 31.11 |
| PT RESP | 7.78 | | CLAIM TOTALS | | 40.00 | 38.89 | 0.00 | 7.78 | 1.11 | 31.11 |
| | | | | | | | | | | 31.11 NET |

```
NAM0                                 ACNT 51943C050IN7             IC  0203139285830   ASG Y  MOA MA01 MA19
```

| MP0166 | 0514 051403 11 | | 1 99213 | | 60.00 | 46.25 | 0.00 | 9.25 CO-42 | 13.75 | 37.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| MP0166 | 0514 051403 11 | | 3 J9202 | | 1275.00 | 1275.00 | 0.00 | 255.00 | | 1020.00 |
| MP0166 | 0514 051403 11 | | 1 96404 | | 55.00 | 35.90 | 0.00 | 7.18 CO-42 | 19.10 | 28.72 |
| MP0166 | 0514 051403 11 | | 1 81000 | | 20.00 | 4.43 | 0.00 | 0.00 CO-42 | 15.57 | 4.43 |
| PT RESP | 271.43 | | CLAIM TOTALS | | 1410.00 | 1361.58 | 0.00 | 271.43 | 48.42 | 1090.15 |
| | | | | | | | | | | 1090.15 NET |
| N51618 | 0514 051403 11 | | 1 99212 | | 40.00 | 38.89 | 0.00 | 7.78 CO-42 | 1.11 | 31.11 |
| N51618 | 0514 051403 11 | | 1 51798 | | 100.00 | 21.95 | 0.00 | 4.39 CO-42 | 78.05 | 17.56 |
| PT RESP | 12.17 | | CLAIM TOTALS | | 140.00 | 60.84 | 0.00 | 12.17 | 79.16 | 48.67 |
| | | | | | | | | | | 48.67 NET |
| J05335 | 0512 051203 11 | | 1 99213 | | 60.00 | 54.41 | 0.00 | 10.88 CO-42 | 5.59 | 43.53 |
| J05335 | 0512 051203 11 | | 1 81000 | | 20.00 | 4.43 | 0.00 | 0.00 CO-42 | 15.57 | 4.43 |
| PT RESP | 10.88 | | CLAIM TOTALS | | 80.00 | 58.84 | 0.00 | 10.88 | 21.16 | 47.96 |
| | | | | | | | | | | 47.96 NET |
| MP0166 | 0512 051203 11 | | 1 99213 | | 60.00 | 46.25 | 0.00 | 9.25 CO-42 | 13.75 | 37.00 |
| MP0166 | 0512 051203 11 | | 1 81000 | | 20.00 | 4.43 | 0.00 | 0.00 CO-42 | 15.57 | 4.43 |
| PT RESP | 9.25 | | CLAIM TOTALS | | 80.00 | 50.68 | 0.00 | 9.25 | 29.32 | 41.43 |
| | | | | | | | | | | 41.43 NET |

CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS

| J05335 | 0515 051503 11 | | 1 99212 25 | | 40.00 | 38.89 | 0.00 | 7.78 CO-42 | 1.11 | 31.11 |
|---|---|---|---|---|---|---|---|---|---|---|
| J05335 | 0515 051503 11 | | 1 52000 | | 300.00 | 267.94 | 0.00 | 53.59 CO-42 | 32.06 | 214.35 |
| J05335 | 0515 051503 11 | | 1 A4550 | | 80.00 | 0.00 | 0.00 | 0.00 CO-B15 | 80.00 | 0.00 |
| REM: M80 | | | | | | | | | | |
| J05335 | 0515 051503 11 | | 1 81000 | | 20.00 | 4.43 | 0.00 | 0.00 CO-42 | 15.57 | 4.43 |
| PT RESP | 61.37 | | CLAIM TOTALS | | 440.00 | 311.26 | 0.00 | 61.37 | 128.74 | 249.89 |
| | | | | | | | | | | 249.89 NET |

CLAIM INFORMATION FORWARDED TO: BC/BS OF MASS

| 620018 | 0513 051303 11 | | 1 87184 | | 25.00 | 9.63 | 0.00 | 0.00 CO-42 | 15.37 | 9.63 |
|---|---|---|---|---|---|---|---|---|---|---|
| PT RESP | 0.00 | | CLAIM TOTALS | | 25.00 | 9.63 | 0.00 | 0.00 | 15.37 | 9.63 |
| | | | | | | | | | | 9.63 NET |

JUN 5 2003      JUN 1 2 2003

HIGHLY CONFIDENTIAL
SMWMASS 001434