UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL Docket No. 1456<br>Civil Action No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS |   |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Pamela Zorn Adams, a member of the bar of this Court and attorney for defendants Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and IVAX Corporation moves to admit attorney Vona S. Ekpebe to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of Vona S. Ekpebe, Esq. which states that she is (i) a member in good standing of the bar of the State of California, (ii) not currently the subject of any disciplinary proceedings as a member of any bar, and (iii) familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and IVAX Corporation request that the Court grant this motion to admit Vona S. Ekpebe *pro hac vice*.

00149324.DOC /

- 2 -

        SICOR, INC., SICOR PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and IVAX CORPORATION,

        By their attorneys,

        /s/ Pamela Zorn Adams
        Robert J. Muldoon, Jr. (BBO# 359480)
        James W. Matthews (BBO# 560560)
        Pamela Zorn Adams (BBO #640800)
        Sherin and Lodgen LLP
        101 Federal Street
        Boston, MA 02110

DATED: February 6, 2007    (617) 646-2000

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2007, copies of the foregoing Motion for Admission *Pro Hac Vice* were served on all counsel of record via ECF and LEXIS/NEXIS File and Serve.

        /s/ Pamela Zorn Adams