# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>)<br>) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v.<br>Abbott Laboratories, Inc., *et al.*<br>CASE #: 1:03-cv-11226-PBS | )<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF
## DANIEL J. KOSSICK

Pursuant to Local Rule of Civil Procedure 83.5.2(c), please withdraw the appearance of Daniel J. Kossick as one of the attorneys for Plaintiff STATE OF CALIFORNIA in this action and all related actions.  Mr. Kossick was previously admitted *pro hac vice* as one of the attorneys for the STATE OF CALIFORNIA.  Mr. Kossick is no longer assigned to this case.

In support of this notice, the STATE OF CALIFORNIA states that the existing appearances of other attorneys who have entered *pro hac vice* appearances on behalf of the STATE OF CALIFORNIA remain in effect and are not affected by the withdrawal of Mr. Kossick.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

Dated:  February 6, 2007

By: ___/s/ Nicholas N. Paul_____
        NICHOLAS N. PAUL
        CA State Bar No:  190605
        Supervising Deputy Attorney General
        Bureau of Medi-Cal Fraud and Elder Abuse
        Office of The Attorney General
        1455 Frazee Road, Suite 315
        San Diego, California  92108
        Tel:  (619) 688-6099
        Fax:  (619) 688-4200

**Attorneys for Plaintiff,**
**STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on February 6, 2007, I caused a true and correct copy of the foregoing, **NOTICE OF WITHDRAWAL OF APPEARANCE OF DANIEL J. KOSSICK,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

_/s/ Nicholas N. Paul_____
NICHOLAS N. PAUL
Supervising Deputy Attorney General
