UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------- x
IN RE PHARMACEUTICAL INDUSTRY      :  MDL 1456
AVERAGE WHOLESALE PRICE            :
LITIGATION,                        :
                                   :  Master File No. 01-CV-12257-PBS
THIS DOCUMENT RELATES TO:          :
ALL ACTIONS                        :
                                   :  Judge Patti B. Saris
------------------------------- x
```

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Richard J. Riley as counsel for the defendant First DataBank, Inc., in the above-entitled action.

Respectfully submitted,

MURPHY & RILEY, P.C.

_____
Richard Riley, BBO#420610
141 Tremont Street
Boston, MA 02111
Tel: (617) 423-3700

## CERTIFICATE OF SERVICE

I, **Richard J. Riley of Murphy & Riley, P.C.**, hereby certify that on February 6, 2007, I served a copy of the following:

1. Withdrawal of Appearance.

upon the parties of record listed below via first class, postage prepaid mail.

Thomas M. Sobol
Hagen Berman, LLP
225 Franklin Street
Boston, MA 02110

Saul P. Morgenstern
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Thomas E. Dwyer, Jr.
Dwyer & Collora, LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue
New York, NY

Merle Miller DeLancey, Jr.
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, DC 20037

Aaron Hovan
Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022

Karen F. Green
Benjamin M. Stern
Wilmer Cutler Picker Hale & Dorr, LLP
60 State Street
Boston, MA 02109

Jane W. Parver
Saul P. Morgenstern
Rachel H. Yarkon
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Richard J. Riley, BBO #420610
Murphy & Riley, P.C.
141 Tremont Street, 7th Floor
Boston, MA 02111
(617) 423-3700