UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | No. MDL Docket No. 1456 <br><br> CIVIL ACTION: 1:01-CV-12257-PBS <br><br> **Judge Patti B. Saris** |

## NOTICE OF WITHDRAWAL OF APPEARANCES OF MARK S. THOMAS AND BERNABE A. ICAZA

Pursuant to Local Rule of Civil Procedure 83.5.2(c), please withdraw the appearances of Mark S. Thomas and Bernabe A. Icaza as former Assistant Attorneys General for Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs in this action and all related actions. Mr. Thomas and Mr. Icaza were previously admitted *pro hac vice* as attorneys for the State of Florida. Mr. Thomas and Mr. Icaza are no longer assigned to this case.

In support of this Notice, the State of Florida states that the appearances of other attorneys listed below remain in effect and are not affected by the withdrawal of Mr. Thomas and Mr. Icaza. Respectfully Submitted, on this 7th Day of February, 2007.

BILL MCCOLLUM
ATTORNEY GENERAL


By:   /s/ Mary S. Miller
      MARY S. MILLER
      Florida Bar No. 0780420
      JOSHUA R. HELLER
      Florida Bar No. 502901
      Assistant Attorneys General
      Office of the Attorney General
      Medicaid Fraud Control Unit
      PL-01 The Capitol
      Tallahassee, Florida 32399-1050

Telephone: 850-414-3600
Facsimile: 850-487-9475

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of February, 2007, copies of the foregoing Notice of Withdrawal of Appearances of Mark S. Thomas and Bernabe A. Icaza were served on all counsel of record via ECF and LEXIS/NEXIS File and Serve.

/s/ Mary S. Miller

Attorney