UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.*,<br>D. Mont. Cause No. CV-02-09-H-DWM | Judge Patti B. Saris |

### DEFENDANT DEY, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Dey, Inc. ("Dey"), by its counsel, respectfully moves this Court for leave to file under seal the following pleadings and other materials: (1) Declaration of Peter Brase Concerning Claims Data Produced by the State of Montana, dated February 7, 2007, with exhibits; (2) Affidavit of Pamela Marrs in Support of Dey, Inc.'s Motion for Summary Judgment, sworn to on February 6, 2007, with exhibits; (3) Declaration of Russell R. Johnston in Support of Dey, Inc.'s Motion for Summary Judgment, dated February 6, 2007, with exhibits; (4) Declaration of Neil Merkl in Support of Dey, Inc.'s Motion for Summary Judgment, dated February 7, 2007, with exhibits; (5) Concise Statement of Undisputed Material Facts in Support of Dey, Inc.'s Motion for Summary Judgment, dated February 7, 2007, with exhibits; and (6) Memorandum of Law in Support of Dey, Inc.'s Motion for Summary Judgment, dated February 7, 2007.

The foregoing items include or reference documents and/or data that Plaintiff and Defendant have identified as "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2004 Protective Order. Also, the foregoing items reference information contained in documents designated by Plaintiff and Defendant as "HIGHLY CONFIDENTIAL." In

addition, the foregoing items not only quote extensively from and/or attach documents or data excerpts that Plaintiff and Defendant have designated as "HIGHLY CONFIDENTIAL," but also they include references to claims data that Plaintiffs likely believe to be highly proprietary in nature.

Paragraph 15 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal. Dey hereby seeks to comply with the terms of the Protective Order.

Pursuant to Local Rule 7.1(a)(2), counsel for Dey attempted to confer with counsel for Plaintiff in a good faith effort to resolve or narrow the issues set forth herein. As of filing, counsel for Plaintiff has not responded to the phone call made by counsel for Dey, and has not indicated whether or not Plaintiff assents to this motion.

WHEREFORE, Dey respectfully requests that this Court grant its leave to file the foregoing listed materials under seal.

DATED: February 7, 2007

Respectfully submitted,

Paul F. Doyle (BBO # 133460)
Sarah L. Reid
William Escobar
Neil Merkl
Christopher C. Palermo
Philip D. Robben (*pro hac vice*)
Antonia F. Giuliana
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Attorneys for Defendant *Dey, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2007, a true and correct copy of the foregoing document was served upon all counsel of record by electronic service pursuant to CMO No. 2, by causing a copy to be sent to LexisNexis File & Serve for posting and notification.

_____
Philip D. Robben