UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.*,<br>D. Mont. Cause No. CV-02-09-H-DWM | Judge Patti B. Saris |

## NOTICE OF FILING UNDER SEAL

To:    All Counsel of Record

Please take notice that on February 8, 2007, we, as counsel for Defendant Dey, Inc., will cause to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following items:

1. Declaration of Peter Brase Concerning Claims Data Produced by the State of Montana, dated February 7, 2007, with exhibits;

2. Affidavit of Pamela Marrs in Support of Dey, Inc.'s Motion for Summary Judgment, sworn to on February 6, 2007, with exhibits;

3. Declaration of Russell R. Johnston in Support of Dey, Inc.'s Motion for Summary Judgment, dated February 6, 2007, with exhibits;

4. Declaration of Neil Merkl in Support of Dey, Inc.'s Motion for Summary Judgment, dated February 7, 2007, with exhibits;

5. Concise Statement of Undisputed Material Facts in Support of Dey, Inc.'s Motion for Summary Judgment, dated February 7, 2007, with exhibits; and

6. Memorandum of Law in Support of Dey, Inc.'s Motion for Summary Judgment, dated February 7, 2007.

- 2 -

DATED:      February 7, 2007

Respectfully submitted,

*[signature]*

Paul F. Doyle (BBO # 133460)
Sarah L. Reid
William Escobar
Neil Merkl
Christopher C. Palermo
Philip D. Robben (*pro hac vice*)
Antonia F. Giuliana
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897

Attorneys for Defendant *Dey, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2007, a true and correct copy of the foregoing document was served upon all counsel of record by electronic service pursuant to CMO No. 2, by causing a copy to be sent to LexisNexis File & Serve for posting and notification.

_____
Philip D. Robben