UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) ) Civil Action No. 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO<br><br>*State of Nevada v. American Home Prods. Corp., et al.,*<br>D. Nev. Cause No. CV-N-02-0202-ECR | ) ) Judge Patti B. Saris ) ) ) ) |

## DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendants respectfully move this Court to grant summary judgment in favor of Defendants as to all claims. The grounds for this motion are set forth in Defendants' Joint Memorandum of Law in Support of Their Motion for Summary Judgment.

In support of their motion, Defendants submit herewith: (i) Defendants' Joint Memorandum of Law in Support of Their Motion for Summary Judgment; (ii) Defendants' Joint Local Rule 56.1 Statement of Undisputed Material Facts in Support of Their Joint Motion for Summary Judgment; (iii) Declaration of John H. Ray, III in Support of Defendants' Joint Motion for Summary Judgment in the Nevada Action; (iv) Supplemental Declaration of John H. Ray, III for Documents Filed Under Seal in Support of Defendants' Joint Motion for Summary Judgment in the Nevada Action (filed under seal); (v) Declaration of Eric M. Gaier, Ph.D, in Support of Defendants' Joint Motion for Summary Judgment in the States of Montana and Nevada; (vi) Declaration of Gregory K. Bell, Ph.D., Submitted in Support of Defendants' Motions for Summary Judgment.

-1-

- 2 -

WHEREFORE, Defendants respectfully request that the motion for summary judgment be GRANTED.

### REQUEST FOR ORAL ARGUMENT

Pursuant to LR 7.1, Defendants believe that oral argument may assist the Court in resolving the issues presented in this motion and respectfully request that oral argument be heard.

*Respectfully submitted on behalf of Nevada II Defendants,*

   /s/   Christopher R. Dillon
Brien T. O'Connor (BBO# 546767)
Christopher R. Dillon (BBO# 640896)
Carisa A. Klemeyer (BBO# 655045)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated:  February 8, 2007

- 3 -

**CERTIFICATE OF COMPLIANCE WITH LR 7.1**

I hereby certify that counsel for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation conferred with counsel for Plaintiff State of Nevada on February 6, 2007, in a good faith effort to resolve or narrow the issues set forth herein, and counsel to the State of Nevada indicated that the State of Nevada does not assent to this motion.

 /s/   Christopher R. Dillon

**CERTIFICATE OF SERVICE**

I, Christopher R. Dillon, hereby certify that a true copy of the foregoing document was served upon all counsel of record electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 8th day of February, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

 /s/   Christopher R. Dillon