## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ | ) | |
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | Civil Action No. 01-CV-12257-PBS |
| _____ | ) | |
| THIS DOCUMENT RELATES TO | ) | |
| | ) | Judge Patti B. Saris |
| *State of Nevada v. American Home Prods.* | ) | |
| *Corp., et al.,* | ) | |
| D. Nev. Cause No. CV-N-02-0202-ECR | ) | |
| _____ | ) | |

## DECLARATION OF JOHN H. RAY, III IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT IN THE NEVADA ACTION

I, the undersigned John H. Ray, III, submit this Declaration. I have personal knowledge of the following facts.

1.      I am an attorney at the law firm of Ropes & Gray LLP, counsel to Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation.

2.      Attached hereto at Tab 1 is a true and correct copy of excerpts from the Deposition of Michael Willden, Volume I.

3.      Attached hereto at Tab 2 is a true and correct copy of excerpts from the Deposition of Michael Willden, Volume II.

4.      Attached hereto at Tab 3 is a true and correct copy of excerpts from the Deposition of Charles Duarte, Volume I.

5.      Attached hereto at Tab 4 is a true and correct copy of excerpts from the Deposition of Charles Duarte, Volume II.

6.      Attached hereto at Tab 5 is a true and correct copy of excerpts from the Deposition of Charles Duarte, Volume III.

7.      Attached hereto at Tab 6 is a true and correct copy of Exhibit 5 from the Deposition of Laurie Olson.

8.      Attached hereto at Tab 7 is a true and correct copy of excerpts from the Deposition of Charles Duarte, Volume V.

9.      Attached hereto at Tab 8 is a true and correct copy of excerpts from the Deposition of Christopher Thompson.

10.      Attached hereto at Tab 9 is a true and correct copy of excerpts from the Deposition of Keith McDonald.

11.      Attached hereto at Tab 10 is a true and correct copy of excerpts from the Deposition of Laurie Squartsoff.

12.      Attached hereto at Tab 11 is a true and correct copy of excerpts from the Deposition of Donna Kay Lopez.

13.      Attached hereto at Tab 12 is a true and correct copy of excerpts from the Deposition of Michael Hillerby.

14.      Attached hereto at Tab 13 is a true and correct copy of excerpts from the Deposition of Allan Hansen.

15.      Attached hereto at Tab 14 is a true and correct copy of excerpts from the Deposition of Coleen Lawrence, Volume I.

16.      Attached hereto at Tab 15 is a true and correct copy of excerpts from the Deposition of Coleen Lawrence, Volume II.

17.      Attached hereto at Tab 16 is a true and correct copy of excerpts from the Deposition of Coleen Lawrence, Volume III.

18.     Attached hereto at Tab 17 is a true and correct copy of excerpts from the Deposition of Coleen Lawrence, Volume IV

19.     Attached hereto at Tab 18 is a true and correct copy of excerpts from the Deposition of April Townley.

20.     Attached hereto at Tab 19 is a true and correct copy of excerpts from the Deposition of Phillip Nowak.

21.     Attached hereto at Tab 20 is a true and correct copy of excerpts from the Deposition of Elizabeth MacMenamin.

22.     Attached hereto at Tab 21 is a true and correct copy of excerpts from the Deposition of Mary Lau.

23.     Attached hereto at Tab 22 is a true and correct copy of excerpts from the Deposition of Ronald H. Swenson.

24.     Attached hereto at Tab 23 is a true and correct copy of excerpts from the Deposition of Patti Colwell.

25.     Attached hereto at Tab 24 is a true and correct copy of excerpts from the Deposition of Michael Ginder.

26.     Attached hereto at Tab 25 is a true and correct copy of excerpts from the Report of Independent Expert Professor Ernst R. Berndt to Judge Patti B. Saris.

27.     Attached hereto at Tab 26 is a true and correct copy of the Declaration of Ronald H. Swenson Concerning Nevada Claims Data.

28.     Attached hereto at Tab 27 is a true and correct copy of Exhibit 3 from the Deposition of Michael Willden, Volume I.

29.     Attached hereto at Tab 28 is a true and correct copy of Exhibit 20 from the Deposition of Charles Duarte, Volume II.

30.     Attached hereto at Tab 29 is a true and correct copy of Exhibit 16 from the Deposition of Charles Duarte, Volume III.

31.     Attached hereto at Tab 30 is a true and correct copy of excerpts from Exhibit 5 from the Deposition of Charles Duarte, Volume V.

32.     Attached hereto at Tab 31 is a true and correct copy of Exhibit 6 from the Deposition of Charles Duarte, Volume V.

33.     Attached hereto at Tab 32 is a true and correct copy of Exhibit 11 from the Deposition of Charles Duarte, Volume V.

34.     Attached hereto at Tab 33 is a true and correct copy of Exhibit 12 from the Deposition of Charles Duarte, Volume V.

35.     Attached hereto at Tab 34 is a true and correct copy of excerpts from Exhibit 1 from the Deposition of Keith McDonald.

36.     Attached hereto at Tab 35 is a true and correct copy of Exhibit 2 from the Deposition of Keith McDonald.

37.     Attached hereto at Tab 36 is a true and correct copy of excerpts from Exhibit 3 from the Deposition of Laurie Squartsoff.

38.     Attached hereto at Tab 37 is a true and correct copy of excerpts from Exhibit 6 from the Deposition of Laurie Squartsoff.

39.     Attached hereto at Tab 38 is a true and correct copy of excerpts from Exhibit 12 from the Deposition of Laurie Squartsoff.

40.     Attached hereto at Tab 39 is a true and correct copy of Exhibit 1 from the Deposition of Emmanuel Ebo.

41.     Attached hereto at Tab 40 is a true and correct copy of Exhibit 10 from the Deposition of Emmanuel Ebo.

42.     Attached hereto at Tab 41 is a true and correct copy of excerpts from Exhibit 1 from the Deposition of Donna Kay Lopez.

43.     Attached hereto at Tab 42 is a true and correct copy of Exhibit 3 from the Deposition of Donna Kay Lopez.

44.     Attached hereto at Tab 43 is a true and correct copy of Exhibit 4 from the Deposition of Donna Kay Lopez.

45.     Attached hereto at Tab 44 is a true and correct copy of Exhibit 5 from the Deposition of Donna Kay Lopez.

46.     Attached hereto at Tab 45 is a true and correct copy of excerpts from Exhibit 6 from the Deposition of Donna Kay Lopez.

47.     Attached hereto at Tab 46 is a true and correct copy of Exhibit 7 from the Deposition of Donna Kay Lopez.

48.     Attached hereto at Tab 47 is a true and correct copy of Exhibit 8 from the Deposition of Donna Kay Lopez.

49.     Attached hereto at Tab 48 is a true and correct copy of Exhibit 9 from the Deposition of Donna Kay Lopez.

50.     Attached hereto at Tab 49 is a true and correct copy of Exhibit 10 from the Deposition of Donna Kay Lopez.

51.     Attached hereto at Tab 50 is a true and correct copy of Exhibit 2 from the Deposition of Laurie Olson.

52.     Attached hereto at Tab 51 is a true and correct copy of excerpts from Exhibit 7 from the Deposition of Laurie Olson.

53.     Attached hereto at Tab 52 is a true and correct copy of Exhibit 9 from the Deposition of Coleen Lawrence, Volume I.

54.     Attached hereto at Tab 53 is a true and correct copy of excerpts from Exhibit 19 from the Deposition of Coleen Lawrence, Volume II.

55.     Attached hereto at Tab 54 is a true and correct copy of excerpts from Exhibit 10 from the Deposition of Coleen Lawrence, Volume IV.

56.     Attached hereto at Tab 55 is a true and correct copy of excerpts from Exhibit 21 from the Deposition of Coleen Lawrence, Volume IV.

57.     Attached hereto at Tab 56 is a true and correct copy of Exhibit 1 from the Deposition of Allan Hansen.

58.     Attached hereto at Tab 57 is a true and correct copy of Exhibit 2 from the Deposition of Allan Hansen.

59.     Attached hereto at Tab 58 is a true and correct copy of Exhibit 9 from the Deposition of Allan Hansen.

60.     Attached hereto at Tab 59 is a true and correct copy of Exhibit 10 from the Deposition of Allan Hansen.

61.     Attached hereto at Tab 60 is a true and correct copy of Exhibit 11 from the Deposition of Patti Colwell.

62.     Attached hereto at Tab 61 is a true and correct copy of Exhibit 16 from the Deposition of Patti Colwell.

63.     Attached hereto at Tab 62 is a true and correct copy of 39 Fed. Reg. 41,480.

64.     Attached hereto at Tab 63 is a true and correct copy of 40 Fed. Reg. 32,284.

65.     Attached hereto at Tab 64 is a true and correct copy of 40 Fed. Reg. 34,516.

66.     Attached hereto at Tab 65 is a true and correct copy of 51 Fed. Reg. 29,562.

67.     Attached hereto at Tab 66 is a true and correct copy of 52 Fed. Reg. 28,648.

68.     Attached hereto at Tab 67 is a true and correct copy of excerpts from the Nevada Medicaid State Plan (available at http://dhcfp.state.nv.us/MSP%20Table%20of%20 Contents.htm) (last visited Feb. 7, 2007).

69.     Attached hereto at Tab 68 is a true and correct copy of excerpts from the Health Care Financing Administration, State Medicaid Manual, § 6305.1.

70.     Attached hereto at Tab 69 is a true and correct copy of the Health Care Financing Administration, Medicaid Action Transmittal, No. 84-12 (Sep. 1984).

71.     Attached hereto at Tab 70 is a true and correct copy of the United States Government, Department of Health, Education, and Welfare, Office of the Secretary, *Task Force on Prescription Drugs—Final Report*.

72.     Attached hereto at Tab 71 is a true and correct copy of the Department of Health and Human Services, Office of Inspector General, *Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services*.

73.     Attached hereto at Tab 72 is a true and correct copy of the Department of Health and Human Services, Office of Inspector General, *Review of Pharmacy Acquisition Costs for*

*Drugs Reimbursed Under the Medicaid Prescription Drug Program* Reports for the States of California, Montana, Florida, North Carolina, Delaware, Virginia, New Jersey, Nebraska, Missouri, Maryland and the District of Columbia.

74.     Attached hereto at Tab 73 is a true and correct copy of the Department of Health and Human Services, Office of Inspector General, *Medicaid Pharmacy – Actual Acquisition Cost of Prescription Drug Products for Brand Name Drugs* and *Generic Prescription Drug Products*.

75.     Attached hereto at Tab 74 is a true and correct copy of the Department of Health and Human Services, Office of Inspector General, *Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program* Reports for the States of Washington, Texas, Colorado, Indiana, West Virginia, Montana, Florida and Wisconsin.

76.     Attached hereto at Tab 75 is a true and correct copy of excerpts from the Minnesota Multi-State Contracting Alliance for Pharmacy, Participating Facilities by State (available at http://www.mmd.admin.state.mn.us/mmcap/MFG_Facilities.asp) (last visited Feb. 7, 2007).

77.     Attached hereto at Tab 76 is a true and correct copy of the State of Nevada, Division of Purchasing, Request For Proposal No. 1377 for Senior Rx Program.

78.     Attached hereto at Tab 77 is a true and correct copy of a Letter from W. Engel to W. Roper, dated Oct. 15, 1986.

79.     Attached hereto at Tab 78 is a true and correct copy of an Email from S. Berry to J. Smedes, dated Sep. 3, 2004.

80.     Attached hereto at Tab 79 is a true and correct copy of a Letter from C. Dillon to J. Breckenridge, dated Apr. 28, 2006.

81.     Attached hereto at Tab 80 is a true and correct copy of a Letter from J. Breckenridge to C. Dillon, dated May 9, 2006.

82.     Attached hereto at Tab 81 is a true and correct copy of a Letter from C. Dillon to J. Breckenridge, dated May 16, 2006.

83.     Attached hereto at Tab 82 is a true and correct copy of a Letter from J. Breckenridge to C. Dillon, dated Jun. 1, 2006.

84.     Attached hereto at Tab 83 is a true and correct copy of a Letter from C. Dillon to J. Breckenridge, dated Jun. 7, 2006.

85.     Attached hereto at Tab 84 is a true and correct copy of The State of Nevada's Objections and Responses to Defendants' First Requests to Admit.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                        /s/ John H. Ray, III
                                        John H. Ray, III

Dated:  February 8, 2007

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher R. Dillon, hereby certify that a true copy of the foregoing document was served upon all counsel of record electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 8th day of February, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

   /s/  Christopher R. Dillon
