# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE PHARMACEUTICAL INDUSTRY      )   MDL No. 1456
AVERAGE WHOLESALE PRICE            )
LITIGATION                         )   Civil Action No. 01-CV-12257-PBS
_____)
THIS DOCUMENT RELATES TO           )
                                            )   Judge Patti B. Saris
*State of Nevada v. American Home Prods.*   )
*Corp., et al.,*                            )
D. Nev. Cause No. CV-N-02-0202-ECR          )
_____)

## <u>NOTICE OF FILING WITH THE CLERK'S OFFICE</u>

Notice is hereby given that the documents, exhibits and attachments listed below have been manually filed with the Court and are available in paper form only:

Tabs 1-84 Accompanying Declaration of John H. Ray, III in Support of Defendants' Joint Motion for Summary Judgment in the Nevada Action

The original documents are maintained in the case file in the Clerk's Office.

*Respectfully submitted on behalf of Nevada II Defendants,*

    /s/   Christopher R. Dillon
Brien T. O'Connor (BBO# 546767)
Christopher R. Dillon (BBO# 640896)
John H. Ray, III (BBO# 664184)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated:  February 8, 2007

## **CERTIFICATE OF SERVICE**

I, Christopher R. Dillon, hereby certify that a true copy of the foregoing document was served upon all counsel of record electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 8th day of February, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

        /s/   Christopher R. Dillon