### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | Civil Action No. 01-CV-12257-PBS |
| _____) | |
| THIS DOCUMENT RELATES TO ) | |
| ) | Judge Patti B. Saris |
| *State of Nevada v. American Home Prods.* ) | |
| *Corp., et al.,* ) | **FILED UNDER SEAL** |
| D. Nev. Cause No. CV-N-02-0202-ECR ) | |
| _____) | |

### SUPPLEMENTAL DECLARATION OF JOHN H. RAY, III FOR DOCUMENTS FILED UNDER SEAL IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT IN THE NEVADA ACTION

I, the undersigned John H. Ray, III, submit this Supplemental Declaration.  I have

personal knowledge of the following facts.

1.      I am an attorney at the law firm of Ropes & Gray LLP, counsel to Defendants

Schering-Plough Corporation and Warrick Pharmaceuticals Corporation.

2.      I attach the following documents for filing under seal with the court.

3.      Attached hereto at Tab 85 is a true and correct copy of excerpts from the

Deposition of Emmanuel Ebo.

4.      Attached hereto at Tab 86 is a true and correct copy of excerpts from the

Deposition of Laurie Olson.

5.      Attached hereto at Tab 87 is a true and correct copy of excerpts from the

Deposition of Rose Jacobs Svitak.

6.      Attached hereto at Tab 88 is a true and correct copy of excerpts from the

Deposition of William E. Groth.

7.      Attached hereto at Tab 89 is a true and correct copy of excerpts from the Deposition of Raymond S. Hartman, Volume I.

8.      Attached hereto at Tab 90 is a true and correct copy of excerpts from the Deposition of Raymond S. Hartman, Volume II.

9.      Attached hereto at Tab 91 is a true and correct copy of the Declaration of Raymond S. Hartman, Calculation of Damages and Penalties for the State of Nevada.

10.      Attached hereto at Tab 92 is a true and correct copy of the Declaration of Raymond S. Hartman in Support of Plaintiff's Motion for Class Certification.

11.      Attached hereto at Tab 93 is a true and correct copy of the Declaration of Raymond S. Hartman in Opposition to Defendants' Motions for Summary Judgment.

12.      Attached hereto at Tab 94 is a true and correct copy of Exhibit 2 from the Deposition of Michael Willden, Volume I.

13.      Attached hereto at Tab 95 is a true and correct copy of Exhibit 8 from the Deposition of Michael Ginder.

14.      Attached hereto at Tab 96 is a true and correct copy of a Letter from C. Rice to T. Terry, dated Jun. 13, 2000.

15.      Attached hereto at Tab 97 is a true and correct copy of a Letter from J. Hoffman to T. Terry, dated Jun. 21, 2000.

16.      Attached hereto at Tab 98 is a true and correct copy of Exhibit 8 of the Deposition of Coleen Lawrence, Volume III.

17.      Attached hereto at Tab 99 is a true and correct copy of Exhibit 9 of the Deposition of Coleen Lawrence, Volume III.

18.     Attached hereto at Tab 100 is a true and correct copy of Exhibit 10 of the Deposition of Coleen Lawrence, Volume III.

19.     Attached hereto at Tab 101 is a true and correct copy of Exhibit 11 of the Deposition of Coleen Lawrence, Volume III.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


/s/ John H. Ray, III
John H. Ray, III

Dated:  February 8, 2007