# Filed Under Seal

# Exhibit 85

# Filed Under Seal

# Exhibit 86

# Filed Under Seal

# Exhibit 87

Filed Under Seal

Exhibit 88

# Filed Under Seal

# Exhibit 89

Filed Under Seal

Exhibit 90

# Filed Under Seal

# Exhibit 91

# Filed Under Seal

# Exhibit 92

Filed Under Seal

Exhibit 93

Filed Under Seal

Exhibit 94

# Filed Under Seal

# Exhibit 95

Filed Under Seal

Exhibit 96

# Filed Under Seal

# Exhibit 97

Filed Under Seal

Exhibit 98

Filed Under Seal

Exhibit 99

Filed Under Seal

Exhibit 100

# Filed Under Seal

# Exhibit 101