# EXHIBIT G



**Abt Associates Inc.**

# Medicaid and Medicare Drug Pricing: Strategy to Determine Market Prices

*Final Report*

Cambridge, MA
Lexington, MA
Hadley, MA
Bethesda, MD
Washington, DC
Chicago, IL
Cairo, Egypt
Johannesburg, South Africa

**Contract #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
Task Order 1**

August 30, 2004

*Prepared for*
Deirdre Duzor
Centers for Medicare and
  Medicaid Services
Mailstop s2-01-16
7500 Security Boulevard
Baltimore, MD  21244

*Prepared by*
Stephen W. Schondelmeyer
*PRIME Institute,*
*University of Minnesota*
Marian V. Wrobel
*Abt Associates Inc.*

Abt Associates Inc.
55 Wheeler Street
Cambridge, MA  02138

# Contents

1.0   Introduction and Background ........................................................................................... 1

2.0   Overview of Recent Drug Pricing Issues and Current Medicaid and Medicare Policy ............... 1
    2.1   Overview of Recent Drug Pricing Issues ................................................................... 1
    2.2   Signals of a Need for Change .................................................................................. 2
    2.3   Medicaid Drug Program and Expenditures ............................................................... 2
    2.4   Medicare Part B Drug Program and Expenditures ..................................................... 7

3.0   Structure of the Pharmaceutical Market .......................................................................... 9
    3.1   Channels of Distribution ......................................................................................... 9
    3.2   Sources of Payment for Pharmaceuticals ................................................................. 11

4.0   Structure of Pharmaceutical Prices and Payments .......................................................... 13
    4.1   Pricing Terms and Definitions ................................................................................ 13
    4.2   Price Variation in the Market ................................................................................. 16

5.0   Options for Estimating Acquisition Costs ........................................................................ 18
    5.1   Evaluation Criteria ................................................................................................ 18
    5.2   Sources for Drug Price Data .................................................................................. 21
    5.3   Description and Evaluation of Options ................................................................... 23

6.0   Recommendations and Directions for Further Work ........................................................ 28
    6.1   Recommendation .................................................................................................. 28
    6.2   The Texas Vendor Drug Program .......................................................................... 29
    6.3   Directions for Further Work .................................................................................. 30
    Endnotes .................................................................................................................... 32

Appendix A:  Members of the Expert Panel ............................................................................ A-1

Appendix B:  Themes from Expert Panel Meeting ................................................................... B-1
    Desirable Features of Payment Methodology and Policy ....................................................... B-1
    Estimation of Acquisition Costs ........................................................................................... B-5

Appendix C:  Texas Correspondence ..................................................................................... C-1

**Exhibit 2: U.S. Medicaid Drug Expenditures Percent Change in Major Components: 1992 to 2002 in Inflation Adjusted $**

| Component | % Change |
|---|---|
| Medicaid Drug Expenditures | 221.3% |
| Drug Recipients | 5.6% |
| Rx's/ Recipient/ Yr | 46.8% |
| Avg $ Payment/ Drug Rx | 107.3% |
| Drug Product Payment/ Rx | 137.3% |
| Disp. Fee Payment/ Rx | -20.2% |
| General Inflation | 0.0% |

SOURCE: Compiled by Stephen W. Schondelmeyer, PRIME Institute, University of Minnesota from data found in CMS/HCFA-2082 Reports (adjudicated & paid claims), CMS/HCFA-64 Reports (budgeted and expended funds), CMS/HCFA Medicaid Drug Utilization public use files, and the annual volumes of Pharmaceutical Benefits Under State Medical Assistance Programs (Reston, VA: National Pharmaceutical Council, 1990 to 2002).

There are two lessons here. First, drug product prices at the manufacturer level are the major source of increase in Medicaid drug program expenditures. Thus, it is important to focus on this component of the payment policy. Second, these data suggest that pharmacy dispensing fees have not been a source of growth in drug program expenditures and that reductions to pharmacy dispensing fees have not been an effective way to reduce prices at the manufacturer level. Medicaid programs do not purchase drug products directly from manufacturers, but rather prescriptions are purchased through local pharmacies. If management of growth in drug product costs is the desired outcome, the efforts to manage this cost must be focused primarily at the manufacturer level.