# EXHIBIT H

# Pharmaceutical Benefits under State Medical Assistance Programs

## 2000

Published by the
National Pharmaceutical Council, Inc.
1894 Preston White Drive
Reston, VA  20191-5433

©2000 by the National Pharmaceutical Council

# MARYLAND

## A.  BENEFITS PROVIDED AND GROUPS ELIGIBLE[1]

| Type of Benefit | Categorically Needy | | | | Medically Needy (MN) | | | | | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | OAA | AB | APTD | AFDC | OAA | AB | APTD | AFDC | Children <21 | SFO* |
| Prescribed Drugs | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | | |
| Inpatient Hospital Care | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Outpatient Hospital Care | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Laboratory & X-ray Service | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Skilled Nursing Home Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Physician Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Dental Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |

[1]See Appendix E, page E-29, for a list of acronyms.
*Effective December 1, 1992, all State-Only services except subsidized adoptions were discontinued.  Prescription services for these recipients were transferred to Pharmacy Assistance Program.

## B.  EXPENDITURES FOR DRUGS

| | 1998* | | 1999* | |
|---|---|---|---|---|
| | Expended | Recipients | Expended | Recipients |
| **TOTAL** | $148,532,940 | 176,403 | | |

RECEIVING CASH ASSISTANCE, TOTAL
Aged
Blind / Disabled
AFDC-Child
AFDC-Adult
AFDC-Unemployed-Child
AFDC-Unemployed-Adult

MEDICALLY NEEDY, TOTAL
Aged
Blind / Disabled
AFDC-Child
AFDC-Adult

POVERTY RELATED, TOTAL
Aged
Blind / Disabled
AFDC-Child
AFDC-Adult

OTHER

Source: HHS State HCFA-2082 Reports, Sections A-4 and B-4.
*1998 and 1999 expenditures broken down by maintenance assistance status and basis of eligibility are unavailable.

## C.  ADMINISTRATION

State Department of Health and Mental Hygiene.

## D.  PROVISIONS RELATING TO DRUGS

### Benefit Design

*Drug Benefit Product Coverage:* Products covered: prescribed insulin; disposable needles and syringe combinations used for insulin; and total parenteral nutrition. Products not covered: cosmetics; fertility drugs; experimental drugs; blood glucose test strips; urine ketone test strips; interdialytic parenteral nutrition; DESI drugs; prescriptions and injections for central nervous system; food supplements or infant formulas; products for which Federal Financial Participation is not allowed, i.e., "less than effective" drugs and products whose manufacturers have not signed rebate agreements; and (e) certain other items as specified in the state's Medicaid plan.

*Over-the-Counter Product Coverage:* Products covered: contraceptives; oral ferrous sulfide; and aspirin for arthritis. Products not covered: allergy, asthma and sinus products; analgesics; cough and cold preparations; digestive products (H2 and non-H2 antagonists); feminine products; topical products; and smoking deterrent products.

*Therapeutic Category Coverage:* Therapeutic categories covered: anabolic steroids; analgesics, antipyretics, NSAIDs; antibiotics; anticoagulants; anticonvulsants; antidepressants; antidiabetic agents; antihistamine drugs; antilipemic agents; anti-psychotics; anxiolytics, sedatives, and hypnotics; cardiac drugs; chemotherapy agents; prescribed cold medications; contraceptives; ENT anti-inflammatory agents; estrogens; hypotensive agents; misc. GI drugs; prescribed smoking deterrents; sympathominetics (adrenergic); and thyroid agents.  Prior authorization required for: growth hormones. Therapeutic categories not covered: anorectics.

*Coverage of Injectables:* Injectable medicines reimbursable through the Prescription Drug Program when used in home health care, extended care facilities, and through physician payment when used in physician offices.

*Vaccines:* Vaccines reimbursable as part of the EPSDT service.

*Unit Dose:* Unit dose packaging reimbursable for nursing home patients only for commercially available products.

### Formulary/Prior Authorization

*Formulary:*  Open formulary.

*Prior Authorization:* State currently as a Prior Authorization procedure.  A general appeals procedure is required for appeal of prior authorization decisions.

Prior authorization required from the HealthChoice and Acute Care Administration when the usual and customary charge exceeds $100 and the prescribed amount is a 34-day supply or more.  Preauthorization is needed for any prescription with a usual and customary charge exceeding $400.  Prior authorization is also needed for early refills, nutritional supplements, and excessive quantities.

### Prescribing or Dispensing Limitations

*Prescription Refill Limit*: Maximum of two refills. The original prescription and its refills may not exceed a 100-day supply except for birth control pills and oral sodium fluoride preparations.  Refills may not be dispensed after 100 days of date of original prescription except for birth control pills and oral sodium fluoride preparations

*Monthly Quantity Limit:* The amount of medication to be dispensed on a prescription at one time is limited to a less than 34-day supply except for specific maintenance drugs for chronic conditions, where up to a 100-day supply may be dispensed at one time.

### Drug Utilization Review

PRODUR system implemented January 1993. State currently has a DUR Board with a quarterly review.

### Pharmacy Payment and Patient Cost Sharing

*Dispensing Fee:* $4.21 as of July 1, 1996.

*Ingredient Reimbursement Basis:* Estimated Acquisition Cost (EAC) equals/lowest of:

1.  Wholesale Acquisition Cost (WAC) plus 10%.
2.  Direct cost plus 10%.
3.  Distributor's price plus 10%.
4.  Average Wholesale Price (AWP) minus 10%.

*Prescription Charge Formula:* Reimbursement will be the lower of: (1) the calculated ingredient cost plus a dispensing fee; (2) the usual and customary fee.

*Maximum Allowable Cost:* State imposes Federal Upper Limits as well as state-specific limits on generic drugs. Approximately 1,000 drugs are listed on the state-specific MAC list.  Override requires "Brand Medically Necessary" and a reason.

*Incentive Fee:* None.

*Patient Cost Sharing:* Copayment = $1.00. Does not apply to managed care, family planning, nursing home residents or recipients under 21 years old.

*Cognitive Services:* Does not pay for cognitive services.

## E.  USE OF MANAGED CARE

Approximately 375,000 total unduplicated number of Medicaid recipients were enrolled in MCOs in FY 1999. Recipients receive pharmaceutical benefits through the state and managed care plans.

**Managed Care Organizations**

| | |
|---|---|
| Chesapeake FamilyFirst<br>6300 Security Boulevard<br>Baltimore, MD  21207 | 68,785 |
| FreeState Health Plan<br>Blue Cross Blue Shield<br>10455 Mill Run Circle<br>Owings Mills, MD  21117-5559 | 97,363 |
| Helix Family Choice, Inc.<br>2330 W. Joppa Road<br>Suite 301<br>Lutherville, MD  21093 | 18,039 |
| Jai Medical Systems, Inc.<br>5010 York Road<br>Baltimore, MD  21212 | 4,817 |
| Maryland Physicians Care MCO<br>7106 Ambassador Road<br>Suite 100<br>Baltimore, MD  21244 | 28,958 |
| Prime Health Corporation<br>9602-C M.L.K., Jr. Hwy<br>Lanham, MD  20706 | 15,405 |
| Priority Partners MCO<br>The Candler Building<br>111 Market Place<br>Baltimore, MD  21202 | 55,349 |
| Ameri Group<br>857 Elkridge Landing Road, #300<br>Linthicum, MD  21040 | 85,393 |

## F.  STATE CONTACTS

**State Drug Program Administrator**

Mr. Frank Tetkoski
Pharmacy Services Manager
Division of Pharmacy and Clinic Services
201 West Preston Street
Baltimore, MD  21201
T: 410/767-1455
F: 410/333-7049
E-mail: tetkoskif@dhmh.state.md.us

**Prior Authorization Contact**

Tuong Nguyen, P.D.
Pharmacist Consultant
DHMH-Office of Health Services
Division of Pharmacy and Clinical Services
201 W. Preston St., Rm. 132
Baltimore, MD  21201
T: 410/787-1455
F: 410/333-7049
E-mail: nguyent@dhmh.md.us

**DUR Contact**

Judy Geisler,  P.D.
Pharmacist Consultant
DHMH-Office of Health Services
Division of Pharmacy and Clinical Services
201 W. Preston Street
Baltimore, MD  212010
T: 410/767-1728

**DUR Board**

Scott A. Spier, M.D., Chair
Medical Director
Outpatient Chemical Dependency Unit
Mercy Medical Center Professional Building
301 St. Paul Place, Room 812
Baltimore, MD  21202
410/332-9230

Bonnie Rosiak, Pharm.D.,  Chair
8809 Heron's Flight
Laurel, MD 20723

Barbara A. Bartman, M.D., M.P.H.
3972 Ducks Foot Lane
Ellicott City, MD  21042
410/955-1314

Krishna Chary, R.Ph.
804 Bear Cabin Drive
Forest Hill, MD 21050
800/380-9342

Babette S. Duncan, Pharm.D., BCPS
Senior Director, Clinical Services
Advance Paradigm, Inc.
11350 McCormick Road
Suite 1000, Executive Plaza II
Hunt Valley, MD 21031
410/785-2182

Michelle A. Forrest-Smith, Pharm.D.
1822 Chatfield Terrace
Severn, MD 21144
410/748-6291

Myron Miller, M.D.
8201 Spring Bottom Way
Baltimore, MD 21208
410/653-7952

Richard D. Moore, M.D.
Johns Hopkins Hospital
1830 E. Monument Street, 8th floor
Baltimore, MD 21205
410/955-2144

Jill RachBeisel, MD
University of Maryland Medical System
22 South Greene Street
S12A03
Baltimore, MD 21201

### Prescription Price Updating

First DataBank
1111 Bayhill Dr.
San Bruno, CA 94066
T: 415/588-5454
F: 415/827-4578

### Medicaid Drug Rebate Contacts

Technical: Jeffrey Gruel, 410/767-1455
Policy: Jeffrey Gruel, 410/767-1455
P/A: Lynette Lane, 410/767-1728
Audits: Kenneth Smoot, 410/767-5186
Disputes: Katherine Novak, 410/582-9305

### Claims Submission Contact

First Health DataBank
Division of Claims Processing
Charlotte Krueger, Chief
201 W. Preston St.
Baltimore, MD 21201
T: 410/767-5347
F: 410/333-7186

### Medicare Managed Care Contact

Rosalie Kosloff
Chief, Division of Health Choice Management
Office of Health Services
201 W. Preston St.
Baltimore, MD 21201
410/767-5690

### Elderly Expanded Drug Coverage Program

Paul Roeger
Manager, Pharmacy Assistance Program
Medical Care Operations and Eligibility
201 W. Preston St
Baltimore, MD 21201
T: 410/767-5394
F: 410/333-7290

### Physician-Administered Drug Program Contact

Edward Watters, M.D.
201 W. Preston Street
Baltimore, MD 21201
410/767-1482

### Health and Mental Hygiene Department Officials

Georges C. Benjamin, M.D.
Secretary
Department of Health and Mental Hygiene
201 W. Preston Street
Baltimore, MD 21201

Debbie I. Chang
Deputy Secretary
Health Care Financing
201 W. Preston Street
Baltimore, MD 21201

Joseph M. Millstone
Executive Director
Office of Health Services
201 W. Preston Street
Baltimore, MD 21201

Shelby Boggs
Director of Healthcare and Acute Care
Office of Health Services
201 W. Preston Street
Baltimore, MD 21201

Jeffrey Gruel
Chief
Division of Pharmacy and Clinic Services
Office of Health Services
201 W. Preston Street
Baltimore, MD 21201
410/767-1455

Joseph Fine, P.D.
Chief
Division of Recoveries
Medical Care Operations and Eligibility
201 W. Preston Street
Baltimore, MD 21201
410/767-5795

Paul Roeger
Program Manager
Pharmacy Assistance Program
PO Box 386
Baltimore, MD  21203
410/767-5392

**Medical Assistance Staff Committee Members**

Judy Geisler,  P.D.
Division of Pharmacy and Clinic Services
201 W. Preston Street
Baltimore, MD  21201

Mr. Frank Tetkoski, P.D., Manager, Pharmacy Services
Division of Pharmacy and Clinic Services
201 W. Preston Street, Room 129
Baltimore, MD  21201

Tuong Nguyen, P.D.
Division of Pharmacy and Clinic Services
201 W. Preston St., Rm. 132
Baltimore, MD  21201

**Executive Officers of State Medical and Pharmaceutical Societies**

*Medical/Chirurgical Faculty of Maryland*
T. Michael Preston
Executive Director
1211 Cathedral Street
Baltimore, MD  21201
410/539-0872

*Maryland Pharmacists Association*

Howard Schiff
Executive Director
650 West Lombard Street
Baltimore, MD  21201-1572

*State Board of Pharmacy*
LaVerne G. Naesea
Executive Director
4201 Patterson Avenue
Baltimore, MD 21215-2299
410/764-4755

*Maryland Osteopathic Association, Inc.*
Francisco E. Ward, D.O.
Secretary/Treasurer
P.O. Box 6314
Annapolis, MD 21401
800/664-4274

*The Maryland Hospital Association, Inc.*
Calvin M. Pierson, President
1301 York Road, Suite 800
Lutherville, MD 21093-6087
410/321-6200