# EXHIBIT J

**Exhibit J**
**Comparison of Average AWP to 1996 Federal Upper Limit for Selected Drugs**

| Generic Name | Form | Dosage | Package Size | Package Size Units | Federal Upper Limit | Average AWP | Difference (AWP - FUL) | Difference (Percentage of AWP) |
|---|---|---|---|---|---|---|---|---|
| APAP w/codeine | tab | 60 | 100 | pills | 10.43 | 18.89 | 8.46 | 44.8% |
| APAP w/codeine | tab | 30 | 100 | pills | 6.75 | 11.74 | 4.99 | 42.5% |
| APAP w/oxycodone | cap | 5 | 100 | pills | 34.88 | 50.19 | 15.31 | 30.5% |
| atenolol | tab | 100 | 100 | pills | 10.35 | 98.20 | 87.85 | 89.5% |
| carbamazepine | tab | 200 | 100 | pills | 15.53 | 24.71 | 9.18 | 37.1% |
| carbamazepine | tab/chewable | 100 | 100 | pills | 18.74 | 16.81 | -1.93 | -11.5% |
| clonidine HCL | tab | 0.3 | 100 | pills | 3.38 | 19.83 | 16.45 | 83.0% |
| diazepam | tab | 10 | 100 | pills | 2.60 | 16.45 | 13.85 | 84.2% |
| diazepam | tab | 5 | 100 | pills | 2.39 | 10.83 | 8.44 | 77.9% |
| diazepam | tab | 2 | 100 | pills | 2.19 | 7.28 | 5.09 | 69.9% |
| diltiazem HCl | tab | 30 | 100 | pills | 9.41 | 35.03 | 25.62 | 73.1% |
| diltiazem HCl | tab | 90 | 100 | pills | 23.10 | 79.58 | 56.48 | 71.0% |
| diltiazem HCl | tab | 60 | 100 | pills | 16.50 | 55.25 | 38.75 | 70.1% |
| diltiazem HCl | tab | 120 | 100 | pills | 33.00 | 104.08 | 71.08 | 68.3% |
| diltiazem HCl | cap ER | 90 | 100 | pills | 84.98 | 79.70 | -5.28 | -6.6% |
| diltiazem HCl | cap ER | 60 | 100 | pills | 74.30 | 69.40 | -4.90 | -7.1% |
| doxycycline | cap | 100 | 50 | pills | 11.25 | 28.69 | 17.44 | 60.8% |
| erythromycin | cap | 250 | 100 | pills | 19.13 | 26.64 | 7.51 | 28.2% |
| erythromycin | tab | 333 | 100 | pills | 34.49 | 34.48 | -0.01 | 0.0% |
| fluphenazine HCl | tab | 1 | 100 | pills | 23.63 | 45.78 | 22.15 | 48.4% |
| gemfibrozil | tab | 600 | 60 | pills | 34.13 | 56.39 | 22.26 | 39.5% |
| haloperidol | tab | 20 | 100 | pills | 12.00 | 107.66 | 95.66 | 88.9% |
| imipramine HCl | tab | 10 | 100 | pills | 2.03 | 4.28 | 2.25 | 52.6% |
| lorazepam | tab | 2 | 100 | pills | 2.28 | 26.35 | 24.07 | 91.3% |
| lorazepam | tab | 1 | 100 | pills | 2.07 | 18.56 | 16.49 | 88.8% |
| lorazepam | tab | 0.5 | 100 | pills | 1.73 | 13.39 | 11.66 | 87.1% |
| methylphenidate HCl | tab | 5 | 100 | pills | 28.47 | 27.71 | -0.76 | -2.7% |
| methylphenidate HCl | tab | 10 | 100 | pills | 39.83 | 38.55 | -1.28 | -3.3% |
| methylphenidate HCl | tab | 20 | 100 | pills | 58.28 | 55.73 | -2.55 | -4.6% |
| perphenazine | tab | 8 | 100 | pills | 50.25 | 71.08 | 20.83 | 29.3% |
| perphenazine | tab | 4 | 100 | pills | 41.93 | 58.95 | 17.02 | 28.9% |
| perphenazine | tab | 2 | 100 | pills | 31.43 | 42.96 | 11.53 | 26.8% |
| perphenazine | tab | 16 | 100 | pills | 80.78 | 97.32 | 16.54 | 17.0% |
| piroxicam | cap | 20 | 100 | pills | 19.40 | 212.37 | 192.97 | 90.9% |
| propranolol HCl | tab | 80 | 100 | pills | 2.63 | 18.35 | 15.72 | 85.7% |
| propranolol HCl | tab | 20 | 100 | pills | 1.65 | 8.59 | 6.94 | 80.8% |
| propranolol HCl | tab | 40 | 100 | pills | 2.46 | 12.50 | 10.04 | 80.3% |
| propranolol HCl | tab | 60 | 100 | pills | 2.78 | 13.66 | 10.88 | 79.7% |
| propranolol HCl | tab | 10 | 100 | pills | 1.43 | 6.01 | 4.58 | 76.2% |
| theophylline | tab ER | 200 | 100 | pills | 9.75 | 18.51 | 8.76 | 47.3% |
| theophylline | tab ER | 300 | 100 | pills | 12.38 | 21.61 | 9.23 | 42.7% |
| theophylline | tab ER | 100 | 100 | pills | 7.13 | 11.78 | 4.65 | 39.5% |
| tolmetin NA | cap | 400 | 100 | pills | 29.93 | 78.43 | 48.50 | 61.8% |
| tolmetin NA | tab | 600 | 100 | pills | 88.13 | 95.86 | 7.73 | 8.1% |
| verapamil HCl | tab | 80 | 100 | pills | 5.63 | 24.06 | 18.43 | 76.6% |
| Average | | | | | | | | 50.3% |
| Maximum | | | | | | | | 91.3% |

Sources:
  1996 Edition of Red Book
  National Pharmaceutical Council, *Pharmaceutical Benefits Under State Medical Assistance Programs,* 1996
  State of Montana's Second Amended Complaint, Exhibit A