UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) | JUDGE PATTI B. SARIS |
| *State of Montana v. Abbott Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM ) ) ) | |
| and ) ) | |
| *State of Nevada v. American Home Products Corp., et al.*, D. Nev. Cause No. CV-N-02-0202-ECR ) ) ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL DECLARATION OF ERIC M. GAIER, PH.D., IN SUPPORT OF DEFENDANTS' JOINT MOTIONS FOR SUMMARY JUDGMENT IN THE STATES OF MONTANA AND NEVADA**

Defendants hereby move this Court for leave to file under seal the Declaration of Eric M. Gaier, Ph.D in Support of Defendants' Joint Motion for Summary Judgment in the States of Montana and Nevada ("Gaier Declaration"). As grounds for this motion, Defendants state as follows:

1. Pursuant to the Protective Order entered by this Court on December 13, 2002 (the "Protective Order") both the parties in the above-captioned case and non-party witnesses have designated many documents and other information produced in this litigation as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." Pursuant to paragraph 15 of the Protective Order, any document or pleading containing materials designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" shall be filed under seal.

2. Because the Gaier Declaration, and the exhibits thereto, contains sensitive commercial business information that has been designated by third-parties, including managed care organizations, third party payors, and pharmacies, as "HIGHLY CONFIDENTIAL" under the protective order, Defendants have filed the Gaier Declaration, and exhibits thereto, under seal.

WHEREFORE, the Defendants respectfully requests that this Court grant leave to file the Gaier Declaration and exhibits thereto under seal.

Dated: February 8, 2007

      /s/ David M. Glynn
Michael DeMarco (BBO #119960)
  michael.demarco@klgates.com
Aimée E. Bierman (BBO #640385)
  aimee.bierman@klgates.com
David M. Glynn (BBO #650964)
  david.glynn@klgates.com
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
(617) 261-3100

Attorneys for Aventis Pharmaceuticals Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2007 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

      /s/ David M. Glynn
David M. Glynn

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on February 8, 2007, counsel for Aventis Pharmaceuticals Inc. conferred with counsel for plaintiffs on this motion. Plaintiffs indicated that they would oppose this Motion.

      /s/ David M. Glynn
David M. Glynn