# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: <br> *State of Montana v. Abbott Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM <br><br> and <br><br> *State of Nevada v. American Home Products Corp., et al.*, D. Nev. Cause No. CV-N-02-0202-ECR | JUDGE PATTI B. SARIS |

## NOTICE OF FILING UNDER SEAL

To: All Counsel of Record

Please take notice that on February 8, 2007 the Defendants in the above-captioned case caused to be filed with the Clerk of the District of Massachusetts under seal the following documents under seal:

- Declaration of Eric M. Gaier, Ph.D in Support of Defendants' Joint Motion for Summary Judgment in the States of Montana and Nevada (with exhibits)


Dated: February 8, 2007

BOS-1053098 v1 5544510-0903

-2-

/s/ David M. Glynn
Michael DeMarco (BBO #119960)
  michael.demarco@klgates.com
Aimée E. Bierman (BBO #640385)
  aimee.bierman@klgates.com
David M. Glynn (BBO #650964)
  david.glynn@klgates.com
 KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
(617) 261-3100

Attorneys for Aventis Pharmaceuticals Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that on February 8, 2007 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ David M. Glynn
David M. Glynn