UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> MASTER FILE NO. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris <br><br> Chief Mag. Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO: <br><br> *State of Montana v. Abbott Labs. Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM | |

## DEFENDANT ABBOTT LABORATORIES' MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Abbott Laboratories ("Abbott") respectfully moves the Court for leave to file under seal the following pleadings and other materials:

- Abbott Laboratories' Individual Memorandum of Law In Support of its Motion for Summary Judgment, and

- Abbott Laboratories' Local Rule 56.1 Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment and supporting exhibits.

The foregoing items include or reference copies of documents or excerpts of documents that certain parties have identified as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2002 Protective Order.  Also, the foregoing items reference information contained in documents designated by certain parties as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."

CHI-1573441v1

Paragraph 15 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal. Abbott hereby seeks to comply with the terms of the Protective Order.

WHEREFORE, Abbott respectfully requests that this Court grant them leave to file the foregoing material under seal.

Dated: February 8, 2007

Respectfully submitted,

/s/ Toni A. Citera
Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

James R. Daly
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

**Counsel for Defendant**
**Abbott Laboratories**

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that counsel for Abbott Laboratories conferred with counsel for Plaintiff State of Montana on February 7, 2007, in a good faith effort to resolve or narrow the issues set forth herein, and counsel to the State of Montana indicated that the State of Montana does not assent to this motion.

      /s/   Toni-Ann Citera

CHI-1573441v1

## CERTIFICATE OF SERVICE

      I hereby certify that on February 8 2007, I caused a true and correct copy of the foregoing **DEFENDANT ABBOTT LABORATORIES' MOTION FOR LEAVE TO FILE UNDER SEAL** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 in MDL No. 1456, a copy to LexisNexis File and Serve for Posting and notification to all parties..

                                                                    /s/   Toni-Ann Citera

CHI-1573441v1