## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: *State of Montana v. Abbott Labs. Inc., et al.*, 02-CV-12084-PBS | MDL NO. 1456<br><br>MASTER FILE NO. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |

### DEFENDANT TAP PHARMACEUTICAL PRODUCTS INC.'S
### MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant TAP Pharmaceutical Products Inc. ("TAP") respectfully moves the Court for leave to file under seal the following pleadings and other materials:

- Defendant TAP Pharmaceutical Products Inc.'s Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Its Motion For Summary Judgment (with exhibits), and

- Defendant TAP Pharmaceutical Products Inc.'s Memorandum In Support Of Its Motion For Summary Judgment

The foregoing items include or reference copies of documents or excerpts of documents that certain parties have identified as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the terms of the December 13, 2002 Protective Order. Also, the foregoing items reference information contained in documents designated by certain parties as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."

Paragraph 15 of the Protective Order mandates that any document or pleading containing material such as that referenced above be filed under seal. TAP hereby seeks to comply with the terms of the Protective Order.

WHEREFORE, TAP respectfully requests that this Court grant it leave to file the foregoing listed materials under seal..

Dated:  February 8, 2007

Respectfully submitted,

/s/ Toni-Ann Citera _
James R. Daly
Lee Ann Russo
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Chicago IL 60601
Telephone:  (312) 782-3939
Facsimile:  (312) 7828585

Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone:  (212) 326-3939
Facsimile: (212) 755-7306

**Counsel for Defendant
TAP Pharmaceutical Products Inc.**

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

I hereby certify that counsel for TAP Pharmaceutical Products Inc. conferred with counsel for Plaintiff State of Montana on February 7, 2007, in a good faith effort to resolve or narrow the issues set forth herein, and counsel to the State of Montana indicated that the State of Montana does not assent to this motion.

                                                                         /s/   Toni-Ann Citera

## CERTIFICATE OF SERVICE

I hereby certify that on February 8 2007, I caused a true and correct copy of the foregoing **DEFENDANT ABBOTT LABORATORIES' MOTION FOR LEAVE TO FILE UNDER SEAL** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 in MDL No. 1456, a copy to LexisNexis File and Serve for Posting and notification to all parties.

    /s/   Toni-Ann Citera