# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  MDL NO. 1456<br><br>MASTER FILE NO. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris<br><br>Chief Mag. Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs. Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM | | |

## NOTICE OF FILING UNDER SEAL

To:   All Counsel of Record

Please take notice that on February 8, 2007, we, as attorneys for Defendant Abbott Laboratories, caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts Defendant Abbott Laboratories' Memorandum of Law in Support of its Motion for Summary Judgment and Defendant Abbott laboratories' Local Rule 56.1 Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment and exhibits thereto.

CHI-1573435v1

Dated:  February 8, 2007

Respectfully submitted,

/s/ Toni A. Citera
Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

James R. Daly
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

**Counsel for Defendant**
**Abbott Laboratories**

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 8 2007, I caused a true and correct copy of the foregoing **NOTICE OF FILING UNDER SEAL** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 in MDL No. 1456, a copy to LexisNexis File and Serve for Posting and notification to all parties..

                                          /s/ Toni A. Citera