# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | MASTER FILE NO. 01-CV-12257-PBS |
| | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: | Chief Mag. Judge Marianne B. Bowler |
| *State of Montana v. Abbott Labs. Inc., et al.*, 02-CV-12084-PBS | |

## NOTICE OF MANUAL FILING UNDER SEAL WITH CLERK'S OFFICE

To:    All Counsel of Record

Please take notice that on February 8, 2007, we, as attorneys for TAP Pharmaceutical Products Inc., caused to be manually filed under seal with the Clerk of the United States District Court for the District of Massachusetts:

1. Defendant TAP Pharmaceutical Products Inc.'s Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Its Motion For Summary Judgment; and

2. Defendant TAP Pharmaceutical Products Inc.'s Memorandum In Support Of Its Motion For Summary Judgment.

The documents, exhibits or attachments listed above have been manually filed with the Court and are available in paper form only.  The original documents are maintained in the case file in the Clerk's Office.

Dated: February 8, 2007

Respectfully submitted,

/s/ Toni-Ann Citera
James R. Daly
Lee Ann Russo
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Chicago IL 60601
Telephone: (312) 782-3939
Facsimile: (312) 7828585

Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

**Counsel for Defendant
TAP Pharmaceutical Products Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8 2007, I caused a true and correct copy of the foregoing **NOTICE OF MANUAL FILING UNDER SEAL WITH CLERK'S OFFICE** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 in MDL No. 1456, a copy to LexisNexis File and Serve for Posting and notification to all parties.

/s/ Toni-Ann Citera