UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 <br> Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) | Judge Patti B. Saris |
| *State of Montana v. Abbott Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM | ) ) ) ) ) | |

## DEFENDANTS' JOINT
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendants respectfully move this Court to grant summary judgment in favor of Defendants as to all claims. The grounds for this motion are set forth in Defendants' Joint Memorandum of Law in Support of Their Motion for Summary Judgment.

In support of their motion, Defendants submit herewith: (i) Defendants' Joint Memorandum of Law in Support of Their Motion for Summary Judgment; (ii) Defendants' Joint Local Rule 56.1 Statement of Undisputed Material Facts in Support of Their Joint Motion for Summary Judgment; (iii) Declaration of Kathleen M. O'Sullivan in Support of Defendants' Joint Motion for Summary Judgment; (iv) Confidential Declaration of Kathleen M. O'Sullivan in Support of Defendants' Joint Motion for Summary Judgment (filed under seal); (v) Declaration of Eric M. Gaier, Ph.D in Support of Defendants' Joint Motion for Summary Judgment in the States of Montana and Nevada.

- 2 -

WHEREFORE, Defendants respectfully request that the motion for summary judgment be GRANTED.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR 7.1, Defendants believe that oral argument may assist the Court in resolving the issues presented in this motion and respectfully request that oral argument be heard.

*Respectfully submitted,*

/s/ *Kathleen M. O'Sullivan*
David J. Burman
Kathleen M. O'Sullivan
Charles C. Sipos
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000

Thomas J. Sartory
GOULSTON & STORRS LLP
400 Atlantic Avenue
Boston, MA 02110-3333
Telephone:  (617) 482-1776
Facsimile:  (617) 574-4112

Attorneys for Defendant Immunex Corporation on behalf of all defendants in the Montana actions

Dated:  February 8, 2007

- 3 -

## CERTIFICATE OF COMPLIANCE WITH LR 7.1

I hereby certify that counsel for Immunex Corporation conferred with counsel for Plaintiff State of Montana on February 7, 2007, in a good faith effort to resolve or narrow the issues set forth herein, and counsel to the State of Montana indicated that the State of Montana does not assent to this motion.

                                                               */s/   Kathleen M. O'Sullivan*

## CERTIFICATE OF SERVICE

I, Kathleen M. O'Sullivan, hereby certify that a true copy of the foregoing document was served upon all counsel of record in the Montana electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 8th day of February, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

                                                               */s/   Kathleen M. O'Sullivan*

06735-0059/LEGAL13012590.1