# EXHIBIT 30

# Montana Medicaid Prescription Drug Program

## January 2001

Presented By:
Dorothy Poulsen, Program Officer
Medicaid Services & Chip Bureau
Health Policy & Services Division
Department of Public Health & Human Services



EXHIBIT
49
2/22/06 Poulsen

Jeff – for your
files – the "color"
version is in my
'01 Legislative book

Mary B
10/20/01

MT 017041



# Program Overview

- In FY 2000
  - 59,423 Medicaid members received prescription drugs
  - 1,259,857 prescriptions were dispensed
  - Medicaid paid $57,108,930
  - $10,674,503 collected in drug rebates

- Drugs covered
  - Rebate agreement with manufacturer
  - Prescription drugs
  - Some over-the-counter drugs
  - FDA approved as effective

MT 017042



# Program Activities

- ## Drug Utilization Review

  - Medicaid uses both prospective (at the time of dispensing) and retrospective review of drug use. The prospective system ensures that members cannot fill the same prescription at different pharmacies and cannot refill the prescription before 75% has been taken. The prospective system also has warnings for the pharmacist of potential drug interactions, high or low doses, and therapeutic duplications. For retrospective review, the DUR Board, comprised of three physicians and three pharmacists, examines drug regimens and drug use patterns and contacts prescribers when potential problems are revealed.

- ## Formulary

  - The Medicaid prescription drug program continually evaluates new drugs and drug use patterns and implements restrictions to access through a prior authorization program.

- ## Generic Use Encouraged

  - Reimbursement for brand drugs when a generic drug is available is limited to a maximum allowable cost significantly below the brand price. The higher brand price is paid only when the prescriber documents the patient's medical need for the brand drug. About one percent of Medicaid prescriptions are brand drugs with a generic available.

MT 017043



# Program Activities

- ## Cost-Sharing
  - Medicaid members, with the exception of children, pregnant women, and people in nursing homes, pay $1 for generic prescriptions and $2 for brand prescriptions up to the $200 annual co-pay cap.

- ## OTC Use
  - Certain over-the-counter drugs are covered because they are cost-effective. These include aspirin and anti-ulcer drugs (Zantac, Pepcid, Tagamet).

- ## Tab-splitting
  - The lower strength of certain medications costs the same as higher strengths. If the tablet is scored and easily split, dispensing the higher strength and instructing members to split the tablet allows cost-savings. Medicaid has implemented tab-splitting for Zoloft 100mg.

MT 017044



# Program Activities

- ## Prescription Drug Forums
  - Two forums in September and October 2000 addressed prescription drug costs and access for citizens of Montana.
  - Participants in the forums included health insurers, pharmacists, physicians, drug industry representatives, legislators, and other public members.
  - Conclusions from the forum:
    - Access to drug therapy is important for good healthcare;
    - Drug therapy is increasingly expensive for patients, insurers, and employers for many reasons;
    - We need to ensure that people have access to drug therapy.
  - Summaries of the two forums are included in the information packet.

MT 017045



# High Drug Costs



## New drugs
– Pharmaceutical manufacturers dedicate significant resources to research and development
  • about 17% of sales since 1993 goes to research and development
  • $24 billion spent in 1999

## Increased utilization
– More people receiving more prescriptions--preventive therapies
– Aging population uses more drugs
– New, more effective, drug therapies available for diseases--mental health, rheumatoid arthritis

## Price increases
– Inflationary price increases of older drugs have been fairly modest
– Average price per prescription increased about 4.2% per year between 1993 and 1998

## Direct to Consumer Advertising
– Advertising effective in increasing sales of products
– Pharmaceutical industry spent 1.5 to 2 times as much on advertising and sales promotion as on research and development

MT 017046



# Information Packet

- **National trends for drug expenditures**
  - Source: *Prescription Drug Trends--A Chartbook from The Kaiser Family Foundation*

- **Montana Medicaid trends for drug expenditures and utilization**

- **Montana Community Pharmacies**
  - Effective partners for providing access to cost-effective drug therapy

- **Prescription Drug Forum Summaries**

MT 017047

**National Health Expenditures for Prescription Drugs, Hospital Care, and Physician Services, 1960–1998**

exhibit
2.1



— Hospital Care     — Physician Services     — Prescription Drugs

**notes**

Ten-year intervals from 1960–1980; 5-year interval from 1980–1985; 1-year intervals thereafter.

Expenditures for prescription drugs are limited to those purchased from retail outlets such as community or HMO pharmacies, grocery store pharmacies, mail order pharmacies, etc. The value of prescription drugs provided to patients by hospitals as part of a hospital stay, by nursing homes as part of care in a nursing home, or provided by physicians in their offices are not included in prescription drugs but are included in those respective expenditure categories. Consequently, the expenditures for prescription drugs shown here are underestimated and may differ from other estimates (e.g., prescription drug sales by manufacturers estimated by market research firms).

**source**

Health Care Financing Administration (HCFA), Office of the Actuary, National Health Statistics Group, HCFA web site: www.hcfa.gov, last updated January 10, 2000.

MT 017048

Annual Percentage Change in Selected National Health
Expenditures, 1970–1998

exhibit
2.2



| | |
|---|---|
| ▨ Hospital Care | ▨ Physician Services |
| ▨ Prescription Drugs | |

note
Percent calculated as average annual percent change over 10-year period from 1970–1980; over 5-year periods from 1980–1990; and over 1-year intervals thereafter.

source
Health Care Financing Administration (HCFA); Office of the Actuary, National Health Statistics Group. HCFA web site: www.hcfa.gov, last updated January 10, 2000.

MT 017049

Prescription Drugs, Hospital Care, and Physician Services
as a Percent of Total Personal Health Care Expenditures,
1960–1998

exhibit
2.3



—■— Hospital Care      —■— Physician Services      —■— Prescription Drugs

notes
Ten-year intervals from 1960–1990; 1-year intervals thereafter.

Expenditures for prescription drugs are limited to those purchased from retail outlets such as community or HMO pharmacies, grocery store pharmacies, mail order pharmacies, etc. The value of prescription drugs provided to patients by hospitals as part of a hospital stay, by nursing homes as part of care in a nursing home, or provided by physicians in their offices are not included in prescription drugs but are included in those respective expenditure categories. Consequently, the expenditures for prescription drugs shown here are underestimated and may differ from other estimates (e.g., prescription drug sales by manufacturers estimated by market research firms).

source
Health Care Financing Administration (HCFA), Office of the Actuary, National Health Statistics Group, HCFA web site: www.hcfa.gov, last updated January 10, 2000.

MT 017050



Montana Medicaid Pharmacy Program
Average Number of Prescriptions,
FY 1991-2000

MT 017051

Factors Driving Expenditures: Price, Utilization, and Types of Drugs

Total Prescriptions Dispensed and Prescriptions per Capita,
1992–1998



exhibit
**3.7**



sources
Sonderegger Research Center analysis, based on:

Number of prescriptions data from IMS Health, Inc., *National Prescription Audit*, 1999.

U.S. population data from U.S. Census Bureau, *Statistical Abstract of the United States*, 1999.

MT 017052

Average Number of Prescriptions Prescribed,
by Age and Sex, 1997

exhibit
3.8



**Male**    **Female**

note
Prescriptions prescribed at outpatient physician offices in 1997.

source
National Association of Chain Drug Stores, *The Chain Pharmacy Industry Profile*, 1999; analysis based on data from the National Ambulatory Medical Care Survey, 1997.

MT 017053



Drug Expenditures by Age & Gender
FY1998 & FY 1999

MT 017054



Drug Expenditures by Member Eligibility
FY1998 & FY1999

Number of Members FY99 — 63%, 24%, 13% (Aged, Disabled, Adult/children)

Number of Members FY98 — 63%, 24%, 13% (Aged, Disabled, Adult/children)

Scripts/Member FY99 — 41%, 8%, 51% (Aged, Disabled, Adult/children)

Scripts/Member FY98 — 41%, 8%, 51% (Aged, Disabled, Adult/children)

Rx Cost/Member FY99 — 53%, 5%, 42% (Aged, Disabled, Adult/children)

Rx Cost/Member FY98 — 52%, 6%, 42% (Aged, Disabled, Adult/children)

MT 017055



Average U.S. Prescription Prices
(Cash-paying customers)

Average Price (US $)

$20.00  $30.00  $40.00

$23.68

$37.38

1991     1995     1998

Year

Source: *Newsweek* 9/25/00

MT 017056



Medicaid Pharmacy Program
Average Prescription Cost,
FY 1991-2000

MT 017057



Montana Medicaid Pharmacy Program Average Annual
Prescription Cost/Person
FY 1991-2000

Average Cost ($) per year

Fiscal Year

$313.31

$410.27

$657.84

$961.06

MT 017058

Factors Driving Expenditures: Price, Utilization, and Types of Drugs

### Top 20 Prescription Drugs Ranked by Dollar Sales Volume, 1998

exhibit 3.15

| Rank | Product | Indication | 1998 Sales ($Million) | % Growth 1997–98 (+/-) | Brand or Generic? | Year First Marketed |
|------|---------|-----------|----------------------|------------------------|-------------------|---------------------|
| 1 | Prilosec (Astra-Merck) | anti-ulcerant (PPI) | $2,933 | 29 | B | 1989 |
| 2 | Prozac (Dista/Lilly) | SSRI anti-depressant | $2,181 | 12 | B | 1987 |
| 3 | Lipitor (Parke-Davis/Warner Lambert) | cholesterol-lowering | $1,544 | 165 | B | 1997 |
| 4 | Zocor (Merck) | cholesterol-lowering | $1,481 | 7 | B | 1992 |
| 5 | Epogen (Amgen) | blood cell stimulating factor (for anemia) | $1,455 | 21 | B | 1989 |
| 6 | Zoloft (Roerig/Pfizer) | SSRI anti-depressant | $1,392 | 16 | B | 1992 |
| 7 | Prevacid (TAP/Abbott) | anti-ulcerant (PPI) | $1,245 | 86 | B | 1995 |
| 8 | Paxil (SmithKline Beecham) | SSRI anti-depressant | $1,190 | 25 | B | 1993 |
| 9 | Claritin (Schering) | antihistamine | $1,150 | 27 | B | 1993 |
| 10 | Norvasc (Pfizer) | calcium channel blocker (for hypertension) | $1,086 | 19 | B | 1992 |
| 11 | Zyprexa (Lilly) | anti-psychotic | $1,054 | 83 | B | 1996 |
| 12 | Augmentin (SmithKline Beecham) | antibiotic | $926 | 15 | B/G | 1984 |
| 13 | Pravachol (Bristol-Myers Squibb) | cholesterol-lowering | $879 | 14 | B | 1991 |
| 14 | Imitrex (Cerret/Glaxo) | migraine | $857 | 8 | B | 1993 |
| 15 | Premarin (Wyeth-Ayerst) | hormone replacement | $854 | 6 | B/G | 1964 |
| 16 | Neupogen (Amgen) | blood cell stimulating factor (for anemia) | $784 | 92 | B | 1997 |
| 17 | Cipro (Bayer) | antibiotic | $779 | 10 | B | 1987 |
| 18 | Vasotec (Merck) | calcium channel blocker (for hypertension) | $770 | -9 | B | 1986 |
| 19 | Risperdal (Janssen) | anti-psychotic | $753 | 22 | B | 1994 |
| 20 | Glucophage (Bristol-Myers Squibb) | anti-diabetic agent | $727 | 43 | B | 1995 |

**notes**

B = Brand name (drug has remaining patent life; no generic versions available).

B/G = Brand name product but generics available.

G = Generic.

Sales represent pharmaceutical prescription purchases, in millions of dollars at pharmacy acquisition cost, by independent, chain, foodstore, non-federal and federal hospital, clinic, HMO, and long-term care pharmacies; does not include purchases by mail order pharmacies.

Growth is the percent change in sales from 1997 to 1998.

**sources**

Sonderegger Research Center analysis, based on:

Sales and Sales Growth data from IMS Health, Inc., *Retail Perspective* and *Provider Perspective*, published in *Medical Marketing & Media*, May 1999.

Year First Marketed from Top 200 listing published in *Pharmacy Times*, April 1999.

MT 017059

Montana Medicaid Top 20 Prescription Drugs
Ranked by Expenditure, FY 2000

| Rank | Product | Indication | 2000 Expenditure |
|---|---|---|---|
| 1 | Zyprexa | anti-psychotic | $3,683,941 |
| 2 | Prilosec | anti-ulcer | 2,252,052 |
| 3 | Risperdal | anti-psychotic | 1,874,001 |
| 4 | Prozac | anti-depressant | 1,736,631 |
| 5 | Zoloft | anti-depressant | 1,331,527 |
| 6 | Prevacid | anti-ulcer | 1,205,756 |
| 7 | Paxil | anti-depressant | 1,181,340 |
| 8 | Depakote | anti-convulsant | 1,140,539 |
| 9 | Neurontin | anti-convulsant | 760,039 |
| 10 | Pepcid | anti-ulcer | 754,438 |
| 11 | Oxycontin | narcotic analgesic | 576,871 |
| 12 | Seroquel | anti-psychotic | 554,808 |
| 13 | Effexor | anti-depressant | 545,969 |
| 14 | Duragesic | narcotic analgesic | 535,604 |
| 15 | Glucophage | anti-diabetic agent | 531,488 |
| 16 | Wellbutrin | anti-depressant | 527,418 |
| 17 | Lipitor | cholesterol-lowering | 521,340 |
| 18 | Augmentin | antibiotic | 498,451 |
| 19 | Buspar | anti-anxiety | 450,202 |
| 20 | Mononine | Factor IX (anti-hemophilia) | 425,159 |

MT 017060

Factors Driving Expenditures: Price, Utilization, and Types of Drugs

**exhibit 3.16** Top 20 Prescription Drugs Ranked by Number of Dispensed Prescriptions, 1998

| Rank | Product | Indication | 1998 Prescriptions Dispensed (Million) | Brand or Generic? | Year First Marketed |
|---|---|---|---|---|---|
| 1 | Premarin (Wyeth-Ayerst) | hormone replacement | 46.8 | B/G | 1964 |
| 2 | Synthroid (Knoll) | thyroid replacement | 38.8 | B/G | 1963 |
| 3 | Hydrocodone w/APAP (Watson) | narcotic analgesic | 29.4 | G | 1977 |
| 4 | Trimox (Apothecon) | antibiotic | 28.5 | G | 1977 |
| 5 | Prilosec (Astra-Merck) | anti-ulcerant (proton pump inhibitor — PPI) | 26.7 | B | 1989 |
| 6 | Albuterol (Warrick) | bronchodilator | 26.0 | G | 1982 |
| 7 | Lipitor (Parke-Davis/Warner Lambert) | cholesterol-lowering | 24.9 | B | 1997 |
| 8 | Prozac (Dista/Lilly) | SSRI anti-depressant | 24.8 | B | 1987 |
| 9 | Lanoxin (Allen & Hansbury) | cardiotonic (for heart failure) | 24.2 | B/G | 1967 |
| 10 | Norvasc (Pfizer) | calcium channel blocker (for hypertension) | 23.4 | B | 1992 |
| 11 | Claritin (Schering) | antihistamine | 22.3 | B | 1993 |
| 12 | Zoloft (Roerig/Pfizer) | SSRI anti-depressant | 21.0 | B | 1992 |
| 13 | Paxil (SmithKline Beecham) | SSRI anti-depressant | 19.0 | B | 1993 |
| 14 | Vasotec (Merck) | calcium channel blocker (for hypertension) | 18.5 | B | 1986 |
| 15 | Zocor (Merck) | cholesterol-lowering | 18.5 | B | 1992 |
| 16 | Prempro (Wyeth-Ayerst) | hormone replacement | 18.3 | B | 1995 |
| 17 | Coumadin Sodium (DuPont) | anti-coagulant | 17.9 | B/G | 1954 |
| 18 | Zestril (Zeneca) | ACE inhibitor (for hypertension) | 17.5 | B | 1988 |
| 19 | Glucophage (Bristol-Myers Squibb) | anti-diabetic agent | 17.2 | B | 1995 |
| 20 | Augmentin (SmithKline Beecham) | antibiotic | 15.7 | B/G | 1984 |

notes
B = Brand name (has remaining patent life; no generic versions available).
B/G = Brand name product but generics available.
G = Generic.
Rankings and number of prescriptions represent total prescriptions dispensed through independent, chain, foodstore, long-term care, and mail order pharmacies.

sources
Sonderegger Research Center analysis, based on:
Prescriptions Dispensed from IMS Health, Inc., *National Prescription Audit (NPA) Plus*, published in *Medical Marketing & Media*, May 1999.
Year First Marketed from Top 200 listing published in *Pharmacy Times*, April 1999.

MT 017061

Montana Medicaid Top 20 Prescription Drugs
Ranked by Number of Prescriptions, FY 2000

| Rank | Product | Indication | Prescriptions Dispensed |
|---|---|---|---|
| 1 | Hydrocodone | narcotic analgesic | 36,401 |
| 2 | Furosemide | diuretic | 28,719 |
| 3 | Zoloft | anti-depressant | 21,151 |
| 4 | Propoxyphene | narcotic analgesic | 20,183 |
| 5 | Prilosec | anti-ulcer | 18,861 |
| 6 | Paxil | anti-depressant | 17,839 |
| 7 | Prozac | anti-depressant | 17,764 |
| 8 | Albuterol | bronchodilator | 16,438 |
| 9 | Lorazepam | anti-anxiety | 15,229 |
| 10 | Premarin | hormone replacement | 14,945 |
| 11 | Potassium chloride | potassium replacement | 14,882 |
| 12 | Risperdal | anti-psychotic | 14,702 |
| 13 | Lanoxin | cardiotonic (for heart failure) | 13,921 |
| 14 | Depakote | anti-convulsant | 13,685 |
| 15 | Trimox | antibiotic | 13,669 |
| 16 | Zyprexa | anti-psychotic | 13,669 |
| 17 | Acetaminophen/codeine | narcotic analgesic | 13,559 |
| 18 | Trazodone | anti-depressant | 13,233 |
| 19 | Albuterol sulfate | bronchodilator | 13,057 |
| 20 | Clonazepam | anti-convulsant | 12.308 |

MT 017062



Source:  Kaiser Foundation *Prescription Drug Trends,* July 2000

## Average Profits in Montana Community Pharmacies

Non-Medicaid Prescription - $1.61/prescription (4.5%)
Medicaid Prescription        - $1.21/prescription (2.8%)

Source:  Timothy P. Stratton, Ph.D., R.Ph.., Associate Professor, School of Pharmacy and Allied Health Sciences, University of Montana

MT 017063



Licensed Community Pharmacies by County

Montana

MT 017064