# EXHIBIT 31

# DEPARTMENT OF
# PUBLIC HEALTH AND HUMAN SERVICES



JUDY MARTZ
GOVERNOR

GAIL GRAY
DIRECTOR

## STATE OF MONTANA

www.dphhs.state.mt.us

PO Box 4210
HELENA, MT  59604-4210

October 4, 2004

Dr. Mark McClellan
Administrator
Centers for Medicare and Medicaid Services
Department of Health and Human Services
Attention: CMS-4068-P
P.O. Box 8014
Baltimore, MD  21244-8014

Re:  Proposed Rule With Comment Period, Medicare Program: Medicare Prescription Drug
Benefit  (CMS-4068-P)

Dear Dr. McClellan:

The State of Montana respectfully submits the following comments regarding the proposed
Medicare Prescription Drug Benefit Regulations, published in Federal Register Vol. 69, No.
148, on August 3, 2004.   We appreciate the opportunity to comment on these proposed
regulations that implement The Medicare Modernization Act (MMA), especially as it relates
to the new subsidy program for low-income Medicare beneficiaries.  We estimate the new
subsidy program will impact over 17,000 low-income beneficiaries that are currently full
benefit dual eligibles in the Montana Medicaid program and will benefit another 900 plus
low-income beneficiaries eligible under the Qualified Medicare Beneficiary (QMB),
specified low-income Medicare beneficiaries (SLMB), and certain qualifying individuals
(QI).

Montana has participated in numerous conference calls with CMS and discussed various
issues regarding MMA.  As you are aware, many of these issues raised by the Proposed Rule
are highly technical in nature.  Montana applauds CMS and the Social Security

CMS states that their drug card experience shows that providing drug price information can significantly reduce prices and believes that information about negotiated drug prices will assist beneficiaries in deciding which Part D plan will offer them the greatest financial advantage. CMS proposes building on this experience in implementing the drug discount card price comparison Web site and develop requirements for the Part D price comparison Web site.

Montana recognizes that this tool is very useful to provide beneficiaries with information to assist in their decision-making on which Part D plan to enroll. However, we believe that this tool and the 1-800-MEDICARE call line cannot be relied upon to reach the low-income beneficiaries, especially those eligible for the subsidy benefit. Many clients often do not have the resources available to them to access the Internet as an information source. We believe that a variety of resources need to be made available to reach the low-income beneficiary so they can make an informed decision. Montana is committed to work with CMS to reach and educate this vulnerable population to ensure everyone who has access to prescription medications under Medicaid will have coverage under a Part D plan. We recognize this will be a significant administrative impact on the State and appreciate CMS's commitment to providing federal Medicaid administrative match for this effort. We believe that this is one of many administrative burdens placed on the state that will offset the recognized Medicaid benefit savings as a result of Medicare assuming the liability for the prescription drug benefit for full benefit duals.

**C. Voluntary Prescription Drug Benefit and Beneficiary Protections – 4. Access to covered Part D Drugs (§ 423.120) a. Pharmacy Access Standards**
As required by section 1860D–4(b)(1)(C) of the Act, prescription drug plans and MA–PD plans would be required to secure the participation in their pharmacy networks of a sufficient number of pharmacies that dispense drugs directly to patients (other than by mail order) to ensure convenient access to covered Part D drugs by plan enrollees. The proposed rule would require that prescription drug plans and MA–PD plans establish pharmacy networks in urban areas, suburban areas, and rural areas.

Montana would like CMS to add language that defines "frontier" service areas as well, and address how beneficiary populations, like those in Montana, can expect service delivery. We would expect to see that anywhere in the proposed rules that utilize these (3) service area

definitions also address "frontier" services areas.  The term "Rural" doesn't really do justice for places like Lame Deer and Two Dot.

**C. Voluntary Prescription Drug Benefit and Beneficiary Protections – a. Covered Part D Drug / 4. Access to Covered Part D Drugs (§ 423.120) b. Formulary Requirements**

The definition of a covered Part D drug in § 423.100 of the proposed rule closely follows the statutory definition in section 1860D–2(e) of the Act. According to this definition, a covered Part D drug must be available only by prescription, approved by the Food and Drug Administration (FDA), used and sold in the United States, and used for a medically accepted indication (as defined in section 1927(k)(6) of the Act).  A covered Part D drug would include prescription drugs, biological products, and insulin as described in specified paragraphs of section 1927(k) of the Act and vaccines licensed under section 351 of the Public Health Service Act. The definition also includes ''medical supplies associated with the injection of insulin (as defined in regulations of the Secretary).'' CMS proposes to define those medical supplies to include syringes, needles, alcohol swabs, and gauze.  In accordance with section 1860D– 2(e)(2) of the Act, the definition of a covered Part D drug would specifically exclude drugs or classes of drugs, or their medical uses, which may be excluded from coverage or otherwise restricted under Medicaid, with the exception of smoking cessation agents.  In accordance with section 1927(d)(2) of the Act, the drugs or classes of drugs that may currently be excluded or otherwise restricted under Medicaid include: (1) Agents when used for anorexia, weight loss, or weight gain; (2) agents when used to promote fertility; (3) agents when used for cosmetic purposes or hair growth; (4) agents when used for the symptomatic relief of cough and colds; (5) prescription vitamins and mineral products, except prenatal vitamins and fluoride preparations; (6) nonprescription drugs; (7) outpatient drugs for which the manufacturer seeks to require that associated tests or monitoring services be purchased exclusively from the manufacturer or its designee as a condition of sale; (8) barbiturates; and (9) benzodiazepines.

To the extent that a PDP sponsor or MA organization uses a formulary to provide qualified prescription drug coverage to Part D enrollees, it would be required to meet the requirements of § 423.120(b)(1) and section 1860D– 4(b)(3)(A) of the Act to use a pharmaceutical and therapeutic (P&T) committee to develop and review that formulary.  In addition, Section 1860D–4(b)(3)(C) of the Act and § 423.120(b)(2) require the inclusion of ''drugs'' in each therapeutic category and class of covered Part D drugs in a plan's formulary, although not necessarily all drugs within such categories and classes. CMS interprets this requirement to

in our geographic region were considerably less than national data.  <u>Accordingly, we suggest a modification in this formula to include state specific data, which we believe would represent a more equitable approach to estimating drug expenditures and the total amounts due the federal government each month.</u>

**General comment – Medicaid drug rebates and the Medicare assumption of drug costs for full benefit duals.**

In the proposed rules CMS will implement a rebate adjustment factor that takes into account drug rebates for a State.  We have already commented on the calculation of this adjustment factor and would like to raise a related issue for consideration by CMS.  CMS appears silent on the calculation of the unit rebate amounts for Medicaid when the best price negotiations between PDP plans and manufacturers are excluded from the rate calculations.

Montana is concerned that this exclusion from the best price calculation will negatively impact the unit rebate calculations under the Medicaid drug rebate program.  In addition, we believe that manufactures will experience a significant windfall of savings if PDP plans cannot negotiate unit rebate amounts that equal to or better than that calculated under the Medicaid drug rebate program.  If manufacturers do experience such a windfall savings on drugs rebates that would otherwise have paid, States and CMS should be able to share in this savings.

Montana greatly appreciates the opportunity to submit comments on the Proposed Rule.  We welcome the opportunity to discuss the comments with you and your staff.  Should you have any questions, please contact, Jeff Buska at (406) 444-4145.

Respectfully submitted,

John Chappuis, Deputy Director
Montana State Medicaid Director
Department of Public Health and Human Services

# EXHIBIT 32



# Montana Pharmacy Association

OVER A CENTURY OF SERVICE

# 2002 Survey of

# Montana Community Pharmacies

Paul E. Polzin
Director
Bureau of Economic Research
School of Business Administration
The University of Montana – Missoula

Timothy P. Stratton, Ph.D., R.Ph.
Associate Professor of Pharmacy Administration
Department of Pharmacy Practice
School of Pharmacy and Allied Health Sciences
The University of Montana – Missoula

MT 025491

January 2003



DEPOSITION
EXHIBIT
005
Hunter

# MPA Officers



**Chair**
Lee Ann Bradley, R.Ph.
St. Patrick Hospital
511 Highland Park Dr.
Missoula, MT 59803
(406) 542-0001 ext. 2411
bradley@saintpatrick.org

**Past President**
Mike Bertagnolli, R.Ph.
Albertson's–Pharmacy
2611 Constellation
Billings, MT 59105
(406) 245-0841
(406) 698-4716 • Cell
mikebert@msn.com

# MPA Directors

Randy Harrington, R.Ph.
910 North 7th Ave.
Bozeman, MT 59715
(406) 587-0608

Randy Kuiper, R.Ph.
3328 Eagle Ct.
Great Falls, MT 59404
(406) 455-5430
randy.kuiper@gte.net

Nina Karl, C.Ph.T.
1270 Thibodeau Lane
Missoula, MT 59802
(406) 258-6159

Gregory Loushin, R.Ph.
3300 Harrison Ave.
Butte, MT 59701
(406) 494-1075
(406) 494-1338 • Fax

Brad Mathis, R.Ph.
441 Mountain Lion Trail
Bozeman, MT 59718
(406) 585-1050
(406) 585-5032 • Fax

Dave Forbes, R.Ph., Ph.D.
P.O. Box 765
Frenchtown, MT 59834
(406) 243-4621
(406) 243-4209 • Fax

Mike Niebaum, R.Ph.
2757 Fern Dr.
Great Falls, MT 59404
(406) 761-3150
(406) 761-2990 • Fax
eniebaum@in-tch.com

Sarah J. Miller, R.Ph.
School of P&AHS
The University of Montana
Missoula, MT 59812
(406) 243-5787
sjmiller@selway.umt.edu

Marcie Bough *[Student Director]*
527 Woodford #3
Missoula, MT 59801
(406) 543-1297
marcie_bough@hotmail.com
montana8@mssl.uswest.net

**Executive Director**

Jim Smith
P.O. Box 1569
Helena, MT 59624
(406) 449-3843
(406) 443-1592 • Fax
jimesmith@qwest.net

Association Management provided by



MT 025492

# 2002 Survey of Montana Community Pharmacies

Paul E. Polzin, Ph.D.
Director
Bureau of Business and Economic Research
School of Business Administration
The University of Montana – Missoula

and

Timothy P. Stratton, Ph.D., R.Ph.
Associate Professor of Pharmacy Administration
Department of Pharmacy Practice
School of Pharmacy and Allied Health Sciences
The University of Montana – Missoula

January, 2003

1

MT 025493

# EXECUTIVE SUMMARY

During the fall of 2002, a survey was conducted by the Bureau of Business and Economic Research at The University of Montana-Missoula to provide a snapshot of the current economic climate in which Montana community pharmacies operate and to examine the economic contributions which these pharmacies to their local communities and to the state. Surveys were mailed to 197 pharmacies. A total of 80 were returned. Independent pharmacies accounted for 50 of the returned surveys. A profile of independent community pharmacies was compiled from these responses, and is summarized below. Chain pharmacies provided insufficient information about their business operations; therefore, it was not possible to construct a profile for the average Montana chain pharmacy.

The average Montana independent community pharmacy has been in business for more than 21 years. This pharmacy employs three full-time employees and one and one-half part-time employees. While it costs the average Montana independent community pharmacy $9.84 to dispense each prescription, this same pharmacy receives a dispensing fee of only $2.54 for each Montana Medicaid prescription dispensed, and $2.87 for each prescription covered by a private third party insurer.

Despite receiving dispensing fees that cover less than one-third to less than one-half of the cost if dispensing a prescription, the average Montana independent community pharmacy relies heavily upon these sources of prescription business. Prescriptions for Montana Medicaid patients constitute almost 25 percent of the average Montana independent community pharmacy's total prescription volume (compared to 23 percent nationally), and prescriptions for other third party insurers make up 42 percent of this volume (compared to 53 percent nationally). Cash prescriptions, therefore, account for 33 percent of the average Montana independent community pharmacy's prescription business, as compared to 24 percent nationally. Prescriptions account for 85 percent of the average Montana independent pharmacy's total sales, exactly the same as the average proportion found for independent community pharmacies across the nation.

The average Montana independent community pharmacy generated sales of $1.59 million in 2001. Subtracting the average $1.09 million spent for pharmaceutical and other goods sold, this pharmacy generated a gross profit margin of 26.3 percent (compared to 23.0 percent nationally). The average pharmacy paid operating expenses of about $312,481, over 60 percent of which went towards employee wages and benefits. Most of this average pharmacy's remaining operating expenditures benefited other Montana businesses from which services were purchased, and local and state governments to whom taxes were paid. After paying for operational costs, this Montana independent community pharmacy was left with a net margin of 3.4 percent, virtually identical to the national average for independent pharmacies of 3.5 percent.

**The three most frequently mentioned business concerns of the average Montana community pharmacist are:**
- **Reduced payments received from third party insurers.**
- **Reduced payments received from Montana Medicaid.**
- **Local residents are being forced to use mail order pharmacy.**

Current issues being addressed in the national pharmacy press such as the impact of the Health Insurance Portability and Accountability Act (HIPAA) on pharmacy practice and the pharmacist workforce shortage were not frequently mentioned concerns.

2

MT 025494

Based upon Montana DPHHS statistics, a community pharmacist practicing in a rural Montana town may be one of only two or three providers of first contact care in the entire county. The profile of the typical rural independent pharmacy differs in some important respects from the profile for all Montana independent pharmacies. The average rural pharmacy employs one less full-time worker. The average dispensing cost is higher, $10.27, while the dispensing fees received from Montana Medicaid and other third party payors are similar to those reported above. The average rural pharmacy fills somewhat more Montana Medicaid prescriptions (29 percent of total volume) and other third party prescriptions (45 percent). Prescriptions account for 80 percent of total sales. Generating $360,000 less in annual revenues than its urban counterpart, and accruing somewhat higher operating expenses, the typical rural pharmacy operates with a net margin of only 2.0 percent.

Montana's independent community pharmacies operate on very tight margins. Increasing prices charged for both brand name and generic prescription drugs are not a result of profit-seeking by community pharmacies, but rather result from higher prices being charged at the manufacturer level. Further reductions in dispensing fees to pharmacies will do little to reduce the overall price paid for prescription drugs, and could pose a very real threat to the ability of independent community pharmacies to remain open for business. This is particularly true of independent community pharmacies serving Montana's rural communities.

MT 025495

## Introduction

This survey was undertaken to provide a snapshot of the current economic climate in which Montana community pharmacies operate and to examine the economic contributions these pharmacies make to their local communities and to the state. The Bureau of Business and Economic Research (BBER) at The University of Montana in Missoula was commissioned by the Montana Pharmacy Association (MPA) to undertake the survey. Data for this report were collected during the Fall of 2002.

## Methodology

The 2002 Montana Pharmacy Survey was administered using a mailed, self-administered questionnaire. Respondents received up to five contacts during the study period. All received a pre-survey notice and an initial questionnaire packet with postage paid return envelope. Nonrespondents to the initial questionnaire packet received up to two follow-up questionnaire packets. Remaining nonrespondents then received a telephone call prompting them to respond. The survey was conducted during the period 3 September 2002 through 12 November 2002.

The questionnaire was developed by BBER in consultation with Mr. Jim Smith of MPA and Dr. Tim Stratton, Associate Professor of Pharmacy Practice in the School of Pharmacy and Allied Health Sciences at The University of Montana. After a draft questionnaire was developed it was further refined through the use of cognitive interviews. Cognitive interviews allow the researcher to learn what a respondent is thinking and experiencing while they are completing a draft questionnaire. The final approval authority for the questionnaire was Mr. Jim Smith on behalf of the Montana Pharmacy Association.

The study population was all retail community pharmacies in Montana. Mr. Jim Smith supplied a list of these pharmacies to BBER. After evaluating the list, 197 pharmacies were found to be eligible for the survey. Home infusion pharmacies, pharmacies involved exclusively in compounding prescriptions, Community Health Center-based and Indian Health Service/Tribal Health Authority pharmacies, Critical Access Hospital pharmacies, in-house nursing home pharmacies and hospital-based outpatient pharmacies were all excluded. The following is a description of the case dispositions:

|   |   |
|---|---|
| 197 | in initial sample |
| 80  | completions |
| 58  | refusals |
| 59  | non-responses |

*40.6% completion rate* [handwritten annotation]

## Survey Return Rates

The final return rate for this survey was 40.6 percent. The return rate among independent pharmacies was 51 percent, while the response rate among corporate/chain pharmacies was 28 percent. Eighty-four percent of the outright refusals to participate came from corporate/chain pharmacies. Corporate/chain pharmacies did take part in the early portion of the survey period. However, all remaining corporate/chain pharmacies stopped cooperating after about two weeks of the field period. This simultaneous switch from cooperation to non-cooperation across chains like ShopKo, Osco, and Wal Mart was unexpected. BBER contacted the National Association of Chain Drug Stores (NACDS)

4

MT 025496

to ask for chain drug store cooperation prior to the field process. BBER did not receive an endorsement of the survey from NACDS.

Of the 197 community pharmacies in the initial sample, 95 are located in either federally-designated "frontier" counties (populations fewer than seven persons per square mile) or in "rural" communities. Of the pharmacies responding to the MPA survey, 43 were located in rural communities (representing 45% of the rural retail pharmacies in the state) and 36 in non-rural communities (representing 35.3% of non-rural retail pharmacies in the state). **Therefore, non-rural pharmacies appear to have been under-represented in the sample.**

## Estimated Dispensing Costs and Fees

The average costs for Montana pharmacies to dispense a single prescription and the average dispensing fees are presented in Table 1 and Figure 1. The average cost of dispensing excludes the cost of the drug product itself, but includes items such as prescription vials, labels, staff time and overhead allocated to the prescription department. **For responding pharmacies, dispensing costs amount to more than $9.00 each time a prescription is dispensed.**

### TABLE 1
#### Average Dispensing Cost and Third Party Dispensing Fee
#### by Type of Pharmacy and Location

|  | All Responding Pharmacies | Independent Non-rural | Chain Non-rural | Rural Pharmacies(1) |
|---|---|---|---|---|
| No. of respondents | 80 | 16 | 20 | 43 |
| Average cost of dispensing/Rx | $9.35 | $8.56 | $10.40 | $9.64 |
| Average Medicaid dispensing fee/Rx | $4.51 | $4.61 |  | $4.43 |
| Average OTP(2) dispensing fee/Rx | $3.08 | $2.65 | $4.59 | $2.79 |

Source: 2002 MPA Survey

(1) Includes responses from 5 chain pharmacies in rural communities

(2) OTP = Other Third Party

The average dispensing fees paid by Montana Medicaid and other third party payers, such as Blue Cross/Blue Shield of Montana, Express Scripts, PCS, etc., is in addition to any payment for the cost of the drug product itself, and is intended to cover the pharmacy's cost of dispensing. As can be seen from Table 1 and **Figure 1, the average dispensing fee currently paid by Montana Medicaid covers less then half the cost of dispensing a Medicaid prescription, while the average dispensing fee paid by other third party payors covers less then one-third of the cost of dispensing.** This shortfall is greater for rural community pharmacies, which report a higher average cost of dispensing than their urban counterparts, and somewhat lower average fees from Montana Medicaid.

5

MT 025497

Figure 1 – Average Cost of Dispensing a Prescription, and
Dispensing Fees for Medicaid and Other 3rd Party Payors
Reported by Montana Community Pharmacies



## Sources of Pharmacy Revenues

The sources of revenue vary significantly among pharmacies. As shown in **Table 2**, Chain pharmacies are less dependent upon prescription sales for revenues (44 percent of total revenues) than are Independent pharmacies (86 percent of total revenues). This is may be due to the larger size and greater variety of non-health-related merchandise carried by chain pharmacies. Independent pharmacies in urban areas are more dependent upon prescription sales (89 percent of total revenue) and their rural counterparts (80 percent of total revenue). This difference may also be caused by the greater variety of products carried by rural community pharmacies, which may be the only source of locally-available general health merchandise small, isolated rural communities.

For all responding pharmacies, approximately 21 percent of the prescription revenue was derived from Medicaid patients. This figure is consistent with the 23 percent reported in the *2002 NCPA-Pharmacia Digest* national survey of Independent community pharmacies. About 41 percent of the prescription revenue for all reporting pharmacies was derived from patients with private third-party prescription drug coverage. This figure somewhat lower than the 53 percent reported by national survey, and may reflect the lower number of Montana health insurance programs offering coverage for prescription drugs.

MT 025498

Table 2

Average Rx Revenue per Pharmacy
By Type of Pharmacy and Location

| | All Reporting Pharmacies | | Independent Non-Rural | | Chain Non-Rural | | Rural Pharmacies (1) | |
|---|---|---|---|---|---|---|---|---|
| | Amount | Percent of Total | Amount | Percent of Total | Amount | Percent of Total | Amount | Percent of Total |
| Medicaid Rx Revenue | $359,000 | 23.4 | $639,000 | 35.3 | $438,000 | 18.0 | $271,000 | 20.1 |
| OTP Rx Revenue | 641,000 | 41.8 | 699,000 | 38.6 | 1,325,000 | 54.5 | 529,000 | 39.3 |
| Cash Rx Revenue | 533,000 | 34.8 | 474,000 | 26.1 | 670,000 | 27.5 | 545,000 | 40.5 |
| Total Rx Revenue per Pharmacy (2) | 1,533,000 | 100.0 | 1,812,000 | 100.0 | 2,433,000 | 100.0 | 1,345,000 | 100.0 |
| Average Rx sales as % of total sales | 74% | | 89% | | 44% | | 80% | |
| No of respondents | 80 | | 16 | | 20 | | 43 | |

Source: 2002 MPA Survey
(1) Includes five chain pharmacies in rural areas.
(2) Note. Revenue components do not sum to total revenue because each was independently estimated
with an associated margin of error.

7

MT 025499



Figure 2 – Average Percentage of Prescription Sales from Medicaid, Other 3rd Party and Cash Customers Reported by Montana Community Pharmacies

## Total Sales, Expenses, and Net Margin

Total sales (from prescriptions and all other sources), total expenses, and the net margin may be calculated from the survey responses.  Separate estimates were calculated for all responding pharmacies and independent rural and non-rural pharmacies.  There were insufficient responses to make a calculation for chain pharmacies.

For all reporting pharmacies, the total revenue per establishment was about $2.20 million and total expenses were $386,000, which after subtracting the cost of prescription and other goods sold yielded a calculated net revenue of 3.5 percent.  As shown in **Table 3**, independent non rural pharmacies reported average total revenues of $2.04 million and $382,000 in expenses, with a calculated net margin of 3.5 percent.  Independent rural pharmacies average $1.68 million in revenues and $389,000 in expenses, with a calculated net margin of 2.0 percent.

### TABLE 3

### Total Sales and Expenses per Pharmacy and Net Margin For Independent Pharmacies

|  | Independent Non-rural | Independent Rural |
|---|---|---|
| No. of Responses | 16 | 43 |
| Total revenue | $2,042,000 | $1,681,000 |
| Total expenses | $382,000 | $389,000 |
| Calculated Net Margin | 3.5% | 2.0% |

Source: 2002 MPA Survey.

8

MT 025500

## Local Economic Contribution of Montana Community Pharmacies

Montana community pharmacies make local and non-local expenditures. The purchase of drugs and most other goods sold are likely made from non-local sources and these dollars flow out of the community. But, these same pharmacies pay wages and salaries, taxes, and other local expenditures which stay within the local community. The responses to the 2002 MPA survey may be used to estimate the magnitude of the local expenditures.

As shown in Figure 3, the average responding pharmacy spent about $387,000 on operating expenses during 2001. One hundred ninety-seven community pharmacies operating in the state constituted the survey population. This suggests that Montana community pharmacies spent roughly $76.2 million (197 X $387,000 = $76,239,000) in their local communities. Approximately 61 percent of these expenditures were for employee wages and benefits (roughly $46.5 million). Other local purchases by community pharmacy include utilities ($2.44 million), building rents ($5.99 million), advertising ($2.32 million), legal and accounting firms ($948,000), repair services ($1.14 million), insurance ($1.48 million), and interest payments ($663,000).

Montana community pharmacy directly contribute to state and local governments. Excluding the income and other taxes paid by employees, the average Montana community pharmacy paid state and local taxes totaling about $8,200 in 2001, which when projected across all 197 Montana community pharmacies in the survey population translates into $1.62 million in tax revenues. In addition, the average Montana community pharmacy made contributions to local charities and other entities totaling almost $1,800 per store.

### Figure 3 – Average Expenses Reported by Montana Independent Community Pharmacies



$387,000

MT 025501

## Issues Important to Montana Community Pharmacists

Respondents were asked to list the major issues which they felt would impact their pharmacies in the coming year. These issues are summarized in Table 4. Of the 80 responses received, 70 offered at least one comment. The most often-mentioned issue was decreases in payments for filling third party prescriptions (mentioned 45 times), followed by reductions in Montana Medicaid payments to pharmacies (22 mentions). Patients being required to utilize mail order pharmacies was the third most-often mentioned issue by Montana community pharmacists. These issues appear to be of equal concern whether respondents work for an Independent or Chain community pharmacy, and whether respondent pharmacies are located in either urban or rural communities. Mentions regarding increased pharmacist wages and the shortage of pharmacists appeared to be more frequent among urban community pharmacies than among rural pharmacies.

## TABLE 4

**2002 MPA Survey: Business Issues Mentioned by Montana Community Pharmacists**

| Issue | Number of mentions |
|---|---|
| Decreased reimbursement from third party insurers | 45 |
| Decreased reimbursement from Montana Medicaid | 22 |
| Forcing patients to use mail order pharmacy services | 16 |
| Decreased profits despite increased prescription volume | 9 |
| Increased costs for maintaining/upgrading computer software and hardware | 7 |
| Increase pharmacist wages | 6 |
| Increased competition | 5 |
| HIPAA | 5 |
| Increases in drug purchase costs to pharmacy, particularly for generic drugs | 5 |
| Unfavorable terms of third party contracts | 5 |
| Increases in general business expenses | 4 |
| New Board of Pharmacy regulations | 4 |
| Pharmacist shortage | 4 |
| Increased technician wages | 4 |
| Technician issues (more responsibilities, required certification, etc.) | 3 |

Source: 2002 MPA Survey.

MT 025502

### Anticipated Impact on Revenues from Cuts in Montana Medicaid Payments

It is estimated that reducing the Montana Medicaid payment rate on generic drugs from AWP - 15% to AWP - 25%, as proposed by Montana DPHHS staff, will on average reduce Montana pharmacies' overall Medicaid revenue by almost 7.5%. These reductions in Montana Medicaid prescription payments will disproportionately impact Independent pharmacies, which based on survey data already generate less revenue than Chain pharmacies (Table 2). **The proposed reduction would represent a loss of more than $22,100 in revenues for the average Montana community pharmacy, and a loss of almost $42,900 to Montana's urban Independent pharmacies,** which serve a larger percentage of Montana Medicaid patients than do their urban chain store or rural pharmacy counterparts.

### Anticipated Impact on Employment from Cuts in Montana Medicaid Payments

The 43 rural pharmacies participating in the MPA survey report employing a total of 120 full and 60 part-time employees, Nine of these pharmacies reporting that they had increased the number of employees over 2001. Based on the responses to the 2002 MPA Survey, **should reductions in Montana Medicaid payment rates occur, sixteen of these rural pharmacies anticipate reducing the number of part-time employees, and six anticipate reducing the number of full-time employees.**

The 36 Non-rural respondents (16 Independents and 20 Chain outlets) employ a total of 141 full-time and 83 part-time employees. More than a third of these pharmacies (13) employed more people in 2002 than in 2001. **If the Montana Medicaid cuts in prescription payments occur, twenty-one of these non-rural pharmacies (8 Independents and 13 Chains) anticipate that they will lay off part-time employees, and 17 (5 Independents and 12 Chains) indicate that they will release full-time employees.** These numbers suggest that staffing in non-rural pharmacies is much more sensitive to changes in Montana Medicaid payment rates than are their rural counterparts.

### Summary:  The "Average" Montana Independent Community Pharmacy

The average Montana independent community pharmacy has been in business for more than 21 years, employing three full-time employees and one and one-half part-time employees. It costs the average Montana independent community pharmacy $9.84 to dispense each prescription; however, an average dispensing fee of only $4.71 is received for each Montana Medicaid prescription dispensed, and $2.87 for each prescription covered by a private third party insurer.

The average Montana independent community pharmacy relies heavily upon Montana Medicaid prescriptions, almost 25 percent of total prescription volume (compared to 23 percent nationally), and other third party prescriptions, 42 percent of this volume (compared to 53 percent nationally). Cash prescriptions, account for 33 percent of prescription business, compared to 24 percent nationally. Prescriptions account for 85 percent of the average Montana independent pharmacy's total sales, the same as the national average.

The average Montana independent community pharmacy generated sales of $1.59 million in 2001, generating a gross profit margin of 26.3 percent (compared to 23.0 percent nationally) and a net margin of 3.4 percent, virtually identical to the national average of 3.5 percent.

11

MT 025503

The issues of greatest concern to the average Montana community pharmacy owner are:
- Reduced payments received from third party insurers.
- Reduced payments received from Montana Medicaid.
- Local residents are being forced to use mail order pharmacy.

The typical independent pharmacy in rural Montana differs, employing one less full-time worker, incurring a greater average dispensing cost ($10.27), and filling somewhat more Montana Medicaid prescriptions (29 percent of total volume) and other third party prescriptions (45 percent). Rural pharmacies generate less annual revenue than their urban counterparts, and incur somewhat higher operating expenses, leaving an average net profit of only 2.0 percent.

Montana's independent community pharmacies operate on very tight margins. Further reductions in dispensing fees to pharmacies will do little to reduce the overall price paid for prescription drugs, and could pose a very real threat to the ability of independent community pharmacies to remain open for business. This is particularly true of independent community pharmacies serving Montana's rural communities.

12

MT 025504

## Cost Drivers for Prescription Drugs

National expenditures for prescription drugs continue to rise at a rate which outpaces general inflation; however, community pharmacies seeking greater profits are not the cause of these increases. According to the latest study on prescription drug costs undertaken by the Kaiser Family Foundation (November, 2001), The average cash price for a prescription has risen from just over $20.00 in 1990 to more than $45.75 in 2000 (**Figure 4**). Over this time period, the average prices for brand name prescription drugs have increased at a much faster rate than the prices for generic drugs (**Figure 5**). Brand name drugs rose from an average price of $27.16 per prescription in 1990 to $65.29 in 2000, as compared to prescriptions for generic drugs which rose from an average of $10.29 in 1990 to $19.33 in 2000.

These differential price increases continue, as a more recent study (Families USA, June 2002) reports that among the 50 top-selling prescription drugs used by senior citizens, the 10 generic drugs in this group increased in price by an average of 1.8 percent from January 2001 to January 2002, while the 40 brand name drugs increased an average of 8.1 percent. Of the 10 generic drugs, nine did not increase in price at all, while the tenth drug increased 20.3 percent in price. Among the 40 brand name drugs, 37 increased in price over this one year period.

Despite relentless increases in the prices for prescription drugs charged by the manufacturers, what has remained constant is that almost $0.75 of every prescription dollar goes to the manufacturer, with less than $0.25 representing gross margin for the pharmacy (**Figure 6**).

### FIGURE 4



Average U.S. Prescription Prices (Cash-paying customers)

Source: Kaiser Family Foundation, November 2001

**FIGURE 5**



**FIGURE 6**



MT 025506

## Cost Driver 1:  Pharmaceutical Industry Profits

The pharmaceutical industry is the most profitable industry in the United States, averaging a **net profit rate exceeding 18%** in 2000 (Kaiser Family Foundation, November 2001)  and again in 2001 (Families USA, July, 2002).  In contrast, community pharmacies in the Intermountain West have an average net margin of approximately 3.1% (*NCPA-Pharmacia 2002 Digest*), and chain pharmacies operate at net margins ranging between 3.5% and 6.5% (chain store annual reports).  The Montana Pharmacy Association reports that Montana community pharmacies operate on net profit margins ranging between 2% and 3%.

Brand name pharmaceutical manufacturers argue that they need to generate consistently high profits to invest in the research and development (R&D) of new drugs.  However, while the top 10 brand name pharmaceutical manufacturers invested 13.7% of their revenues in R&D in 2000, over 34% of their revenues were directed to marketing, sales and administration expenses (Kaiser Family Foundation, November 2001).

Similar findings were reported in a more recent study which examined 2001 Securities and Exchange Commission (SEC) filings by the top nine brand-name pharmaceutical manufacturers which produced the 50 top-selling drugs for senior citizens (Families USA, July 2002).  On average, these nine pharmaceutical manufacturers reported to the SEC that they spent 11% of their revenues on new drug R&D, and 27% of their revenues on marketing, advertising and administration expenses.

The compensation paid to top executives of these pharmaceutical companies was also highlighted in the Families USA study.  These data are reproduced in Table 5 below.  In contrast, the NCPA-Pharmacia study of independent community pharmacies reported that the nationwide average salary for owners of pharmacies generating the same average sales as pharmacies which participated in the MPA survey was not quite $100,000.

### TABLE 5

### Average and Total Compensation for Highest-Paid Executives
### (Exclusive of Unexercised Stock Options)

| Company | Average Compensation | Total Compensation for Highest-Paid Executives |
|---|---|---|
| Pfizer, Inc. | $15,688,335 | $94,130,007 |
| Bristol-Myers Squibb Co. | $14,874,834 | $89,249,005 |
| Wyeth | $ 9,144,196 | $54,865,177 |
| Allergan, Inc. | $ 4,536,450 | $27,218,697 |
| Abbott Laboratories | $ 4,247,409 | $21,237,047 |
| Schering-Plough Corp. | $ 3,724,997 | $22,349,981 |
| Pharmacia Corp. | $ 2,568,125 | $12,840,623 |
| Eli Lilly & Co. | $ 2,344,902 | $11,724,511 |
| Merck & Co. | $ 1,971,055 | $ 9,855,273 |

Source:  Families USA, July 2002

15

MT  025507

## Cost Driver 2:  Newer Drugs

Newer drugs come onto the market to replace older drugs, and these changes in therapy also add to society's overall expenditures for prescription drugs.  Occasionally, these new drugs are truly superior to the drugs which they replace, for example having fewer side effects than their predecessors.  However, these gains in therapeutic value can come at a tremendous price.  For example, olanzapine (Zyprexa®) has for the most part replaced haloperidol (Haldol®) for the treatment of psychoses.  Whereas a month's worth of generic haloperidol retails for approximately $9.65.  A month's worth of an equivalent dose of Zyprexa®, however, retails for approximately $249.50.  If this prescription were for a Montana Medicaid patient, the pharmacy would likely make less than $5.00 above the cost of the drug.

## Cost Driver 3:  An Aging Population

In addition to both brand name and generic drug manufacturers charging more for their products and newer, more expensive drugs replacing older, less expensive drugs, as people grow older they tend to require the use of more prescription drugs.  Nationally, persons aged 65 – 74 years use an average of more than 8 prescription medications each year.  For people aged 75 years and older, this number climbs to almost 12 prescriptions (Kaiser Family Foundation, July 2000).

## Cost Driver 4:  More Aggressive, Earlier Treatment

And it is not only older citizens who are being prescribed more prescription drugs.  New, more aggressive national treatment guidelines have also recently been released for conditions such as high serum cholesterol (National Institutes of Health, November 2001) and osteoporosis (American Association of Clinical Endocrinologists, 2001).  These new treatment guidelines often recommend the initiation of life-long, expensive prescription drug therapy at increasingly younger ages, which must be paid for by either the patient, by the patient's insurance company, or by the state for those patients who qualify for Medicaid.

## Cost Driver 5:  More Physicians

There are also more physicians practicing today than ever before, and more physicians writing prescriptions means more prescriptions written.  More physicians also mean greater need for pharmaceutical manufacturers to increase their advertising efforts, which requires additional investment in sales, marketing and advertising activities to reach these greater numbers of physicians.  While the top 10 brand-name pharmaceutical manufacturers devoted approximately 13.7% of their sales revenue to the research and development (R&D) of new drugs, these same companies directed more than 34% of their sales to marketing and administration expenses (Kaiser Family Foundation, November, 2001).

## Cost Driver 6:  Direct-to-Consumer Advertising of Prescription Drugs

Pharmaceutical manufacturers are also no longer limiting their advertising efforts to physicians.  Since the mid 1990s, brand name pharmaceutical manufacturers have been targeting the general public with

MT  025508

advertisements about new, expensive prescription drugs – "direct-to-consumer" advertising, or DTCA. An article in march 28, 2001 issue of *The Wall Street Journal* estimates that in 2001, brand name pharmaceutical manufacturers spent $2.6 billion on DTCA.  This is up from $266 million from a few years before, almost a 10-fold increase (**Figure 7**).

**FIGURE 7**



A June, 2000 survey by *Prevention* magazine found that 32% of respondents who had seen an advertisement for a specific prescription drug discussed the medication with their physician.  A quarter of these discussions led to the patient asking for the specific drug they had seen advertised.  And in 70% of those cases where the physician determined that the patient indeed had a condition which could benefit from the requested medication, the physician prescribed the medication which the patient is seeking (Chockley, 2001).

### Cost Driver 7:  Patent Protection

Patents are very important to brand name pharmaceutical manufacturers, and these companies are very protective of their intellectual property.  Once the patent on the chemical entity itself (i.e., the drug) expires – now approximately 20 years after the original patent has been filed – brand name pharmaceutical manufacturers often resort to filing lawsuits against generic drug manufacturers over issues such as more recently developed production processes.  This strategic approach is called "patent evergreening" and most recently involved Astra-Zeneca's Prilosec®, until recently the top-selling prescription medication for treatment of ulcers.  Filing a new process or other patent placed an automatic 30-month hold on the introduction of any competing generic products to allow time for the new patent to be litigated.  If the patent holder filed multiple new patents, each new patent carried its own 30-month hold, which could trigger successive delays to generic competition.  A bill introduced in the United States Senate in May, 2001 (S. 812) would permit only a single 30-month stay for each drug.  This bill passed in the Senate during July, 2002, but not the House at the time of this report.

MT 025509

## Summary:  Prescription Drug Cost Drivers

It becomes apparent from the analysis above that the prices paid by Montana Medicaid and other third party insurers for prescription drugs, particularly brand name prescription drugs, have very little to do with pharmacy profits.  Expenditures for prescription drugs are driven to a much greater extent by price increases at the manufacturer level for both generic and brand name drugs, the increasing use of newer drugs instead of older drugs which are off patent, increased utilization of prescription drugs as a result of more aggressive treatment guidelines, increased prescription drug usage by an ever-older population, and patent laws which obstruct the entry of less expensive generic drugs into the market.

## Conclusions

There is no doubt that the proposed reductions in Montana Medicaid payments will impact the bottom line of Montana community pharmacies, particularly independent pharmacies, and particularly independent pharmacies in rural communities.  These reductions will do nothing to treat the true causes of higher prescription drug expenditures, but will harm the financial health of Montana community pharmacies, and ultimately, the economic health of the communities these pharmacies serve.  If pharmacies respond as suggested by the results of this survey, a number of part-time and even full-time pharmacy employees will be released as a result of these cuts.  Pharmacies in rural communities may even have to close their doors.

## References

Chockley, N (President, National Institute for Healthcare Management Foundation).  July 24, 2001. Testimony before the Subcommittee on Consumer Affairs, Foreign Commerce and Tourism of the Senate Committee on Commerce, Science and Transportation.   WWW document: http://commerce.senate.gov/hearings/072401Chockley.pdf.  Accessed 1/12/03.

Families USA. June, 2002.  *Bitter Pill:  The Rising Prices of Prescription Drugs for Older Americans.* Washington, DC:  Families USA Foundation.

Families USA.  July, 2002.  *Profiting from Pain:  Where Prescription Drug Dollars Go.*  Washington, DC:  Families USA Foundation.

Kaiser Family Foundation.  November, 2001. *Prescription Drug Trends:  A Chartbook Update.* WWW document:  http://www.kff.org/content/2001/3112/RxChartbook.pdf.  Accessed 1/12/03.

National Community Pharmacists Association.  2002.  *2002 NCPA-Pharmacia Digest.*  Alexandria, VA:  NCPA.

18

MT  025510