# EXHIBIT 43

Montana

## A. BENEFITS PROVIDED AND GROUPS ELIGIBLE

| Type of Benefit | Categorically Needy | | | | Medically Needy (MN) | | | | | Other* |
|---|---|---|---|---|---|---|---|---|---|---|
| | OAA | AB | APTD | AFDC | OAA | AB | APTD | AFDC | Children <21 | (SFO) |
| Prescribed Drugs | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Inpatient Hospital Care | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Outpatient Hospital Care | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Laboratory & X-ray Service | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Skilled Nursing Home Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Physician Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Dental Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |

*SFO - State Funds Only

## B. EXPENDITURES FOR DRUGS

| | 1994 | | 1993 | |
|---|---|---|---|---|
| | Expended | Recipients | Expended | Recipients |
| TOTAL | $26,211,646 | 68,661 | $21,041,431 | 63,155 |
| | | | | |
| CATEGORICALLY NEEDY CASH TOTAL | | | 12,036,988 | 37,372 |
| Aged | | | 1,363,636 | 1,790 |
| Blind | | | 33,299 | 56 |
| Disabled | | | 7,476,658 | 8,804 |
| Children -Families w/Dep. Children | | | 1,090,464 | 14,590 |
| Adults -Families w/Dep. Children | | | 2,072,928 | 12,127 |
| | | | | |
| CATEGORICALLY NEEDY NON-CASH TOTAL | | | 3,625,327 | 19,882 |
| Aged | | | 1,132,614 | 1,369 |
| Blind | | | 2,097 | 2 |
| Disabled | | | 997,636 | 1,395 |
| Children - Families w/Dep. Children | | | 460,652 | 6,686 |
| Adults - Families w/Dep. Children | | | 814,375 | 8,897 |
| Other Title XIX Recipients | | | 217,950 | 1,533 |
| | | | | |
| MEDICALLY NEEDY TOTAL | | | 5,379,116 | 5,901 |
| Aged | | | 3,758,473 | 4,405 |
| Blind | | | 764 | 2 |
| Disabled | | | 1,604,675 | 1,417 |
| Children -Families w/Dep. Children | | | 1,870 | 21 |
| Adults -Families w/Dep. Children | | | 4,269 | 8 |
| Other Title XIX Recipients | | | 9,062 | 48 |

Source: HHS Report HCFA-2082

EXHIBIT
Bowsher 3
CRK

PENGAD 800-631-6989

MT 008600

Montana

C.   **ADMINISTRATION**
     Department of Public Health and Human Services
     ~~PO Box 4210~~   *PO Box 202951*
     ~~111 Sanders Street~~   *1400 Broadway*
     Helena, MT ~~59604~~   *Helena MT 59624*

D.   **PROVISIONS RELATING TO PRESCRIBED DRUGS**
     1.   Benefit Design
          a.   General Exclusions:  Provided are most prescription drugs and those over-the-counter drugs in the following classes:  insulin, laxatives, antacids, and aspirin.  Both types must be prescribed by a licensed practitioner (physician, dentist, podiatrist, optometrist, physician assistant or nurse specialist).
               Drugs classified as less-than-effective (LTE) by the FDA are not covered.  Drugs used for cosmetic purposes, drugs used as fertility agents, amphetamines, amphetamine-like sympathomimetics used for obesity control, and drugs with no manufacturer rebate are not covered.

               Formulary:  Open, with the following drugs requiring prior authorization:  Single-source (brand name) Non-Steroidal Anti-Inflammatory Drugs; Growth Hormones; Dipyridamole (multi-source and branded); Smoking Cessation Products (Nicotine gum and patch); TORADOL (Ketoroloc) (oral version only); Amphetamines, combination with other agents, and amphetamine-like sympathomimetic; H2-antagonists and Carafate; Prilosec; Cytotec; Single Source Benzodiazepines; Ambien; Pentoxifylline; Isoproterenol and Isoetherine Inhaled Beta-Agonists; Betaseron.

          b.   Injectable Drug List:  Yes, only those products on the list are reimbursable when furnished in a physician's office.
               Vaccines:  Reimbursable at EAC (AWP minus 10% or the direct price from selected manufacturers) or the Federal MAC, or the provider usual and customary charge, whichever is lower.  The state is a participant in the Vaccine for Children Program mandated through OBRA 1993.

          c.   Prescribing or Dispensing Limitations:
               1.   Quantity of Medication:  effective 7/1/87, minimum 100 doses or 34 day supply for chronic medications.  Acute medications according to physician prescription.
               2.   Refills:  Follow a 25% grace period over a 3 month period.
               3.   Dollar Limits:  None.

     2.   Pharmacy Payment and Patient Cost Sharing
          a.   Prescription Charge Formula:  Drugs will be reimbursed the lessor of:  The provider's usual and customary charge, the EAC (direct price or AWP less 10%) plus a dispensing fee or the Federal MAC plus a dispensing fee.

               Ingredient reimbursement basis:  EAC (AWP minus 10% or direct price from selected manufacturers), or the Federal MAC, or the provider usual and customary charge, whichever is lower.

               Dispensing fee – $2.00 to $4.08; effective 7/1/9?.  Additional $.75 is added to prescriptions unit dosed by the pharmacy.

          b.   Co-payment – $1.00 for all generic; $2.00 for all others; effective 5/1/94.  Federal exceptions apply.

2

**MT 008601**

*and SSI-related*                                                          Montana

E.   **USE OF MANAGED CARE** ~~November, 1995.~~ *begins*
     HMO availability ~~begins August 1996~~. During the first year, HMO ~~availability will be offered as an option~~    *is a managed care M.C.J*
     to AFDC and AFDC-related recipients. ~~During the second year SSI clients will be eligible to enroll.~~ *Jan 1, 1997,*
     Exempt will be Nursing Home residents, recipients with other insurance including Medicare, medically
     needy and residents of institutions. Services provided through the HMO package will include:  ambulance,
     ambulatory surgical center, chiropractor, diagnostic clinics, dietitian, family planning, federally qualified
     health centers, home health, hospice, hospital (inpatient and outpatient), lab and x-ray, mid-level
     practitioners, occupational therapy, physical therapy, physician, podiatry, private duty nursing, public
     health clinic, respiratory therapy, rural health clinic, speech therapy, targeted case management for high
     risk pregnant women, and well-child screens.

*Sandy*

F.   **OFFICIALS, CONSULTANTS & COMMITTEES**                                             *Service*
     1.   ~~Social and Rehabilitation Services~~ Department Officials:  *Public Health and Human ~~Sevic~~*

          Peter S. Blouke, Ph.D., Director
          Dept. ~~of Social/Rehab. Services~~  *Public Health and Human Services*
          406/444-5622

          Nancy Ellery, Administrator
          ~~Medicaid Services Division~~  *Health Policy and Services*
          406/444-4540

          Mary Dalton, Bureau Chief
          ~~Health Maintenance Section~~  *Medicaid ~~Ser~~ Services Bureau*
          406/444-4144

          Terry Krantz, Supervisor
          ~~Health Maintenance Section~~  *Acute Services Section*
          406/444-4145

          Joyce DeCunzo, Supervisor                   *Dorothy D. Poulsen*
          Home & Community Services Section           *Pharmacy Program Officer*
          406/444-4544                                *406/444/2738   FAX 406/444-1861*

          Kelly Williams, Supervisor
          Facilities Services Section
          406/444-4147

          Dave Thorson, Bureau Chief
          Long Term Care Bureau
          406/444-3634

          Jeffrey E. Ireland, ~~Supervisor~~  *Supervisor*
          ~~Pharmacy Program Officer~~  *Managed Care Section*
          ~~406/444-2738~~ FAX 406/444-1861
          *406/444-4446*

     2.   Medicaid Rebate Contacts:
          Technical: Art Pembroke, 406/444-1794
          P & A: Betty ~~DeVaney~~, 406/444-3457          *Betty DeVANEY*
          DUR: ~~Jeffrey E. Ireland, 406/444-2738~~        *MARK EICHLER, R. Ph., 406/443-4020*
          ~~Dave I~~

     3.   Physician-administered Drug Program contact:
          Randy Bowsher, 406/444-3995

MT 008602

3

Montana

4.    Montana Medical Care Advisory Council:
Nancy Ellery, Administrator.
~~Medicaid Division~~ Health Policy and Services Division
Dept. of Public Health & Human Services
P. O. Box ~~4210~~ 202951
Helena, MT 59604 624

Erich Merdinger, Chief
~~Progam Compliance & Internal Support Bureau~~ Audit and Compliance Bureau
P. O. Box ~~4210~~ 202951
Helena, MT ~~59604~~ 59624

~~Dale Taliaferro, Administrator~~
Dept. of Health & Environmental Sciences
Cogswell Building
Helena, MT 59604

MICHAEL STREKALL, M.D.
405 Saddle Drive
Helena, MT 59601

Fred Patten
1700 Knight
Helena, MT 59601
~~406/443-5696~~

Dot Thiel
Columbus Hospital HHA
P. O. Box 5013
Great Falls, MT ~~59403~~ 59405

William Peters, M.D.
~~300 N. Wilson, Suite 2004~~ 925 Highland Blvd #2500
Bozeman, MT 59715

Garfield Littlelight, IHS
Billings Area IHS
711 Central Avenue, PO Box 2143
Billings, MT 59103

Hank Hudson, ~~Director~~ Administrator
~~Department of Family Services~~ Department of Public Health + Human Services
PO Box ~~8005~~ 202951    Child + Family Services
Helena, MT ~~59604~~ 59624

Stephanie Nelson
Gallatin City-County
311 W. Main Courthouse
Bozeman, MT 59715

Larry Robinson
St. Luke Community Hospital and NF
107 6th Avenue SW
Ronan, MT 59864

~~Dorinda Orell~~
1335 Mountain Splendor
Bozeman, MT 59715

Paul Peterson
Summit ILC
1900 Brooks Ste 120
Missoula, MT 59801

**MT 008603**

4

Montana

5.     Montana DUR Board:
       Mark Eichler, R.Ph., FASCP
       DUR Coordinator
       MT/WY Foundation for Medical Care
       400 North Park
       Helena, MT  59601
       406/443-4020

       John W. McMahon, M.D.
       V. Lee Harrison, M.D.
       John Pullman, M.D.
       Dee Dee Cress, Pharm.D.
       Marcella Barnhill, R.Ph.
       John Peterson, Pharm.D.
       Nathan A. Munn, M.D.

6.     Executive Officers of State Medical and Pharmaceutical Societies:
       *MT Medical Association:*
       G. Brian Zins
       Executive Director
       2021 11th Avenue, Suite 12
       Helena, MT  59601
       406/443-4000

       *MT State Pharmaceutical Association:*
       Jim Smith
       Executive Director
       P. O. Box 4718
       Helena, MT  59604
       406/449-3843

       *State Board of Pharmacy:*
       Warren Amole, R.Ph.
       Executive Director
       510 1st Avenue, N., Suite 100
       Great Falls, MT  59401
       406/761-5131 or 444-5436

7.     Fiscal Agent:
       Consultec, Inc.
       Tim Sizemore
       PO Box 8000
       Helena, MT  59604
       406/442-1837

G.   **MISCELLANEOUS**
     On-line Point of Sale system implemented 9/1/94.  System includes eligibility verification, product
     coverage status, co-pay information, prospective DUR edits and on-line claims adjudication.  System
     utilizes NCPDP version 3.2C.

**MT 008604**

NPC 1996

# MONTANA

## A. BENEFITS PROVIDED AND GROUPS ELIGIBLE[1]

| Type of Benefit | Categorically Needy | | | | Medically Needy (MN) | | | | | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | OAA | AB | APTD | AFDC | OAA | AB | APTD | AFDC | Children <21 | SFO |
| Prescribed Drugs | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | |
| Inpatient Hospital Care | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | |
| Outpatient Hospital Care | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | |
| Laboratory & X-ray Service | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | |
| Skilled Nursing Home Services | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | |
| Physician Services | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | |
| Dental Services | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | |

[1]See Appendix G, page G-27, for a list of acronyms.

## B. EXPENDITURES FOR DRUGS

| | 1994 Expended | Recipients | 1995 Expended | Recipients |
|---|---|---|---|---|
| TOTAL | $26,211,646 | 68,661 | $28,335,142 | 67,244 |
| CATEGORICALLY NEEDY CASH TOTAL | | | 16,379,713 | |
| Aged | | | 1,767,473 | |
| Blind | | | 43,316 | |
| Disabled | | | 11,035,030 | |
| Children - Families w/Dep. Children | | | 1,094,593 | |
| Adults - Families w/Dep. Children | | | 2,439,301 | |
| Other Title XIX Recipients | | | 0 | |
| CATEGORICALLY NEEDY NON-CASH TOTAL | | | 4,395,587 | |
| Aged | | | 1,105,477 | |
| Blind | | | 2,634 | |
| Disabled | | | 1,007,106 | |
| Children - Families w/Dep. Children | | | 619,786 | |
| Adults - Families w/Dep. Children | | | 102,774 | |
| Other Title XIX Recipients | | | 1,557,810 | |
| MEDICALLY NEEDY TOTAL | | | 7,570,324 | |
| Aged | | | 4,980,390 | |
| Blind | | | 6,316 | |
| Disabled | | | 2,573,796 | |
| Children - Families w/Dep. Children | | | 1,627 | |
| Adults - Families w/Dep. Children | | | 7,825 | |
| Other Title XIX Recipients | | | 370 | |

Source: HHS Report HCFA-2082.

EXHIBIT
Bowsher
CRK

MT 008580

1-Montana

NPC 1996

## C.  ADMINISTRATION

Department of Public Health and Human Services.

## D.  PROVISIONS RELATING TO DRUGS

### Benefit Design

*Formulary:*  Closed formulary.  Drugs classified as less-than-effective (LTE) by the FDA are not covered.  Drugs used for cosmetic purposes, drugs used as fertility agents, ~~amphetamines, amphetamine-like sympathomimetics used for obesity control~~, and drugs with no manufacturer rebate are not covered.

*Prior Authorization:*  Prior authorization procedure screening for drug classes and individual drugs.  The following drugs require prior authorization: Single-source (brand name) Non-Steroidal Anti-Inflammatory Drugs; Growth Hormones; Dipyridamole (multi-source and branded); Smoking Cessation Products (~~Nicotine gum and patch~~); TORADOL (Ketoroloc) (oral version only); ~~Amphetamines, combination with other agents, and amphetamine-like sympathomimetic~~; H2-antagonists and Carafate; Prilosec; Cytotec; single source Benzodiazepines; Ambien; Pentoxifylline; Isoproterenol and Isoetherine Inhaled Beta-Agonists; ~~Betaseron;~~ and Serostim. *anorexients, Imitrex, Stadol, Seldane, Hismanol*
*(margin: id vacid)*

*Drug Utilization Review:*  PRODUR system implemented in September, 1994.

*Coverage of Injectables:*  Reimburses for injectable medicine used in physician offices, home health care, and extended care facilities.  Only those products on the injectable drug list are reimbursable when furnished in a physician's office.

*Vaccines:*  Reimbursable at EAC (AWP minus 10% or the direct price from selected manufacturers) or the Federal MAC, or the provider usual and customary charge, whichever is lower.  The state is a participant in the Vaccine for Children Program mandated through OBRA 1993.

*Unit Dose:*  Reimburses for unit dose packaging.

*OTC Coverage:*  ~~None:~~ *Aspirin, antacids, laxatives, insulin*
*Prescribing or Dispensing Limitations:*

1.  Quantity of Medication:  100 unit doses or 34 day supply, whichever is greater, ~~for chronic medications. Acute medications according to physician prescription.~~

2.  Refills:  Follow a 25% grace period over a 3 month period.

### Pharmacy Payment and Patient Cost Sharing

*Dispensing Fee:*  $2.00 to $4.08; effective 7/1/91. *(handwritten: 4.14  97)*
Additional $0.75 is added to prescriptions unit dosed by the pharmacy.

*Ingredient Reimbursement Basis:*  EAC = AWP - 10%.

*Prescription Charge Formula:*  The lower of EAC (or direct price from selected manufacturers), the Federal MAC, or the provider usual and customary charge.

*Maximum Allowable Cost:*  Does not impose State MAIC Upper Limits.

*Incentive Fee:*  None.

*Cognitive Services:*  Does not pay for cognitive services.

*Patient Cost Sharing:*  Copayment - $1.00 for all generic; $2.00 for all others; effective 5/1/94.

## E.  USE OF MANAGED CARE

HMO availability began November, 1995. ~~During the first year, HMOs are a managed care option to AFDC and AFDC-related recipients.~~  SSI and SSI-related clients will be eligible to enroll January 1, 1997.  Exempt will be nursing home residents, recipients with other insurance including Medicare, medically needy and residents of institutions.  Services provided through the HMO package will include:  ambulance, ambulatory surgical center, chiropractor, diagnostic clinics, dietitian, family planning, federally qualified health centers, home health, hospice (inpatient and outpatient), lab and x-ray, mid-level practitioners, occupational therapy, physical therapy, physician, podiatry, private duty nursing, public health clinic, respiratory therapy, rural health clinic, speech therapy, targeted case management for high risk pregnant women, and well-child screens. *(handwritten: to AFDC and AFDC- related rec ... OCTOBER)*

*(handwritten: HMO is available in two countries; total enrollment is approximately 1800.)*

### Managed Care Organizations

Health Now
Deaconess Billings Clinic & Great Falls Health Now
404 Fuller Avenue
Helena, MT  59601
1-800-992-5737

Yellowstone Community Health Plan
1222 North 27th Street
Billings, MT  59101
406/238-6868

**MT 008581**

NPC 1996

## F. STATE CONTACTS

### State Drug Program Administrator

Dorothy D. Poulsen
Pharmacy Program Officer
P.O. Box 202951
1400 Broadway
Helena, MT 59624
406/444-2738

### Public Health and Human Services Officials

Peter S. Blouke, Ph.D.   *Laurie Ekanger*
Director
Department of Public Health and Human Services
P.O. Box 202951
1400 Broadway
Helena, MT 59624
406/444-5622

Nancy Ellery, Administrator
Health Policy and Services
406/444-4144

Mary Dalton, Bureau Chief
Medicaid Services Bureau
406/444-4144

Terry Krantz, Supervisor
Acute Services Section
406/444-4145

Jeffrey E. Ireland, Supervisor
Managed Care Section
406/444-4146

### Medicaid Rebate Contacts

Technical: Art Pembroke, 406/444-1794
P & A: Betty DeVaney, 406/444-3457
DUR: Mark Eichler, R.Ph., 406/443-4020

### Physician-Administered Drug Program Contact

Randy Bowsher
Department of Public Health and Human Services
P.O. Box 202951
1400 Broadway
Helena, MT 59624
406/444-3995

### Montana Medical Care Advisory Council

Nancy Ellery
Administrator
Health Policy and Services Division
Department of Public Health & Human Services
P. O. Box 202951
Helena, MT 59624

Erich Merdinger
Chief
Audit and Compliance Bureau
Department of Public Health & Human Services
P. O. Box 202951
Helena, MT 59624

Michael Strekall, M.D.
405 Saddle Drive
Helena, MT 59601

Fred Patten
1700 Knight
Helena, MT 59601

Dot Thiel
Columbus Hospital HHA
P. O. Box 5013
Great Falls, MT 59405

William Peters, M.D.
925 Highland Boulevard, #2500
Bozeman, MT 59215

Garfield Littlelight, IHS
Billings Area IHS
711 Central Avenue, PO Box 2143
Billings, MT 59103

Hank Hudson
Administrator
Child & Family Services
Department of Public Health & Human Services
PO Box 202951
Helena, MT 59624

Stephanie Nelson
Gallatin City County
311 W. Main Courthouse
Bozeman, MT 59715

Larry Robinson
St. Luke Community Hospital and NF
107 6th Avenue SW
Ronan, MT 59864

**MT 008582**

Paul Peterson
Summit ILC
1900 Brooks, Suite 120
Missoula, MT 59801

**Montana DUR Board**

Mark Eichler, R.Ph., FASCP
DUR Coordinator
MT/WY Foundation for Medical Care
400 North Park
Helena, MT 59601
406/443-4020

~~John W. McMahon, M.D.~~
V. Lee Harrison, M.D.
~~John Pullman, M.D.~~ (open position to be filled)
DeeDee Cress, Pharm.D.
Marcella Barnhill, R.Ph.
~~John Peterson, Pharm.D.~~ Ann Geidel, R.Ph.
Nathan A. Munn, M.D.

**Executive Officers of State Medical and
Pharmaceutical Societies**

*Montana Medical Association*
G. Brian Zins
Executive Director
2021 11th Avenue, Suite 12
Helena, MT 59601
406/443-4000

*Montana State Pharmaceutical Association*
Jim Smith
Executive Director
P. O. Box 4718
Helena, MT 59604
406/449-3843

*State Board of Pharmacy*
Warren Amole, R.Ph.
Executive Director
510 1st Avenue, N., Suite 100
Great Falls, MT 59401
406/761-5131 or 444-5436

**Fiscal Agent**

Consultec, Inc.
Tim Sizemore
P.O. Box 8000
Helena, MT 59604
406/442-1837

**MT 008583**

NPC 1996



Montana



Montana

MT 008584





MT 008585

RECEIVED NPC 1997

JUL 2 4 1998

HEALTH POLICY & SERVICES

# MONTANA

## A.  BENEFITS PROVIDED AND GROUPS ELIGIBLE[1]

| Type of Benefit | Categorically Needy | | | | Medically Needy (MN) | | | | | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | OAA | AB | APTD | AFDC | OAA | AB | APTD | AFDC | Children <21 | SFO |
| Prescribed Drugs | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Inpatient Hospital Care | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Outpatient Hospital Care | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Laboratory & X-ray Service | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Skilled Nursing Home Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Physician Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Dental Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |

[1]See Appendix G, page G-27, for a list of acronyms.

## B.  EXPENDITURES FOR DRUGS

| | 1995 | | 1996 | |
|---|---|---|---|---|
| | Expended | Recipients | Expended | Recipients |
| TOTAL | $28,335,142 | 67,244 | $30,641,258 | 65,704 |
| | | | | |
| CATEGORICALLY NEEDY CASH TOTAL | 16,379,713 | | 18,034,987 | 36,940 |
| Aged | 1,767,473 | | 1,808,237 | 1,842 |
| Blind | 43,316 | | 55,229 | 57 |
| Disabled | 11,035,030 | | 12,127,351 | 10,907 |
| Children – Families w/Dep. Children | 1,094,593 | | 1,247,301 | 13,030 |
| Adults – Families w/Dep. Children | 2,439,301 | | 2,788,994 | 11,082 |
| Other Title XIX Recipients | 0 | | 0 | 0 |
| | | | | |
| CATEGORICALLY NEEDY NON-CASH TOTAL | 4,395,587 | | 4,390,903 | 21,774 |
| Aged | 1,105,477 | | 1,093,187 | 1,094 |
| Blind | 2,634 | | 2,195 | 3 |
| Disabled | 1,007,106 | | 1,116,879 | 975 |
| Children – Families w/Dep. Children | 619,786 | | 645,078 | 8,656 |
| Adults – Families w/Dep. Children | 102,774 | | 101,352 | 375 |
| Other Title XIX Recipients | 1,557,810 | | 1,432,212 | 10,671 |
| | | | | |
| MEDICALLY NEEDY TOTAL | 7,570,324 | | 8,114,292 | 6,553 |
| Aged | 4,980,390 | | 5,254,123 | 4,791 |
| Blind | 6,316 | | 7,362 | 5 |
| Disabled | 2,573,796 | | 2,844,679 | 1,723 |
| Children – Families w/Dep. Children | 1,627 | | 1,879 | 8 |
| Adults – Families w/Dep. Children | 7,825 | | 5,523 | 16 |
| Other Title XIX Recipients | 370 | | 726 | 10 |

Source: HHS Report HCFA-2082.

EXHIBIT
Bowsher 5
ORK
PEHGAD 800-631-6989

MT 008551

## C. ADMINISTRATION

Department of Public Health and Human Services.

## D. PROVISIONS RELATING TO DRUGS

**Benefit Design**

*Formulary:* Closed formulary. Drugs classified as less-than-effective (LTE) by the FDA are not covered. Drugs used for cosmetic purposes, drugs used as fertility agents and drugs with no manufacturer rebate are not covered.

*Prior Authorization:* Prior authorization procedure screening for drug classes and individual drugs. The following drugs require prior authorization: Single-source (brand name) non-steroidal anti-inflammatory drugs; growth hormones; Dipyridamole (multi-source and branded); smoking cessation; Torodol (Ketoroloc) (oral version only); H2-antagonists and Carafate; Prilosec, and Prevacid; Cytotec; single source benzodiazepines; Ambien; Pentoxifylline; Isoproterenol and Isoetherine; inhaled beta-agonists; and anorexiants, Imitrex, Stadol, Seldane, Hismanal, *and migraine headache drugs.*

*Drug Utilization Review:* PRODUR system implemented in September 1994.

*Coverage of Injectables:* Reimburses for injectable medicine used in physician offices, home health care, and extended care facilities. Only those products on the injectable drug list are reimbursable when furnished in a physician's office.

*Vaccines:* Reimbursable at EAC (AWP minus 10% or the direct price from selected manufacturers) or the Federal MAC, or the provider usual and customary charge, whichever is lower. The state is a participant in the Vaccine for Children Program mandated through OBRA 1993.

*Unit Dose:* Reimburses for unit dose packaging.

*OTC Coverage:* Aspirin, antacids, laxatives, and insulin, *and head lice treatments (permethrin and pyrethrin combination products)*
*Prescribing or Dispensing Limitations:*

1. Quantity of Medication: Minimum 100 doses or 34-day supply, whichever is greater.
2. Refills: Follow a 25% grace period over a 3-month period.

**Pharmacy Payment and Patient Cost Sharing**

*Dispensing Fee:* $2.00 to $4.24 4.20, effective 7/1/97. 98
Additional $0.75 is added to prescriptions unit dosed by the pharmacy.

*Ingredient Reimbursement Basis:* EAC = AWP - 10%.

*Prescription Charge Formula:* The lower of EAC (or direct price from selected manufacturers), the Federal MAC, or the provider usual and customary charge.

*Maximum Allowable Cost:* State imposes Federal Upper Limits on generic drugs. Override requires "Brand Necessary."

*Incentive Fee:* None.

*Cognitive Services:* Does not pay for cognitive services.

*Patient Cost Sharing:* Copayment - $1.00 for all generic; $2.00 for all others; effective 5/1/94.

## E. USE OF MANAGED CARE

HMO availability began November 1995, to AFDC and AFCD-recipients. SSI and SSI-related clients were eligible to enroll October 1, 1997. Exempt will be nursing home residents, recipients with other insurance including Medicare, medically needy and residents of institutions. Services provided through the HMO package will include: ambulance, ambulatory surgical center, chiropractor, diagnostic clinics, dietitian, family planning, federally qualified health centers, home health, hospice hospital (inpatient and outpatient), lab and x-ray, mid-level practitioners, occupational therapy, physical therapy, physician, podiatry, private duty nursing, public health clinic, respiratory therapy, rural health clinic, speech therapy, targeted case management for high risk pregnant women, and well-child screens. The pharmacy benefit is carved out of all managed care and is managed by the department. HMO is available in two counties; total enrollment is approximately 1,800. 2,200.

**Managed Care Organizations**

Health Now
Deaconess Billings Clinic & Great Falls Health Now
404 Fuller Avenue
Helena, MT 59601
1-800/992-5737

**MT 008552**

NPC 1997

Yellowstone Community Health Plan
1222 North 27th Street
Billings, MT 59101
406/238-6868

## F.  STATE CONTACTS

### State Drug Program Administrator

Dorothy D. Poulsen
Pharmacy Program Officer
P.O. Box 202951
1400 Broadway
Helena, MT 59624
406/444-2738

### Public Health and Human Services Officials

Laurie Ekanger
Director
Department of Public Health and Human Services
P.O. Box 202951
1400 Broadway
Helena, MT 59624
406/444-5622

Nancy Ellery, Administrator
Health Policy and Services
406/444-4144

Mary Dalton, Bureau Chief
Medicaid Services Bureau
406/444-4144
*Jeff Buska*
~~Terry Krantz~~, Supervisor
Acute Services Section
406/444-4145

*MARY ANGELA Collins*
~~Jeffrey E. Ireland~~, Supervisor
Managed Care Section
406/444-4146

### Medicaid Rebate Contacts
*DAN FORBES*
Technical: ~~Art Pembroke~~, 406/444-1794
P & A: Betty DeVaney, 406/444-3457
DUR: Mark Eichler, R.Ph., 406/443-4020

### Physician-Administered Drug Program Contact

Randy Bowsher
P.O. Box 202951
1400 Broadway
Helena, MT 59624
406/444-3995

Montana ~~Medical Care Advisory Council~~ *Health Care Coalition*

Nancy Ellery, Administrator
Health Policy and Services Division
Dept. of Public Health & Human Services
P. O. Box 202951
Helena, MT 59624

*See attached list.*

Erich Merdinger, Chief
Audit and Compliance Bureau
P. O. Box 202951
Helena, MT 59624

Michael Strekall, M.D.
405 Saddle Drive
Helena, MT 59601

Fred Patten
1700 Knight
Helena, MT 59601

Garfield Littlelight, IHS
Billings Area IHS
711 Central Avenue, PO Box 2143
Billings, MT 59103

Hank Hudson
Administrator
Department of Public Health & Human Services
Child & Family Services
PO Box 202951
Helena, MT 59624

Larry Robinson
St. Luke Community Hospital and NF
107 6th Avenue SW
Ronan, MT 59864

Paul Peterson
Summit ILC
1900 Brooks, Suite 120
Missoula, MT 59801

### Montana DUR Board

Mark Eichler, R.Ph., FASCP
DUR Coordinator
MT/WY Foundation for Medical Care
400 North Park
Helena, MT 59601
406/443-4020

V. Lee Harrison, M.D.
DeeDee Cress, Pharm.D.
Marcella Barnhill, R.Ph.
Ann Geidel, R.Ph.
Nathan A. Munn, M.D.
*Richard Sargent, M.D.*

MT 008553

NPC 1998

# MONTANA

## A. BENEFITS PROVIDED AND GROUPS ELIGIBLE[1]

| Type of Benefit | Categorically Needy | | | | Medically Needy (MN) | | | | | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | OAA | AB | APTD | AFDC | OAA | AB | APTD | AFDC | Children <21 | SFO |
| Prescribed Drugs | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Inpatient Hospital Care | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Outpatient Hospital Care | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Laboratory & X-ray Service | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Skilled Nursing Home Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Physician Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Dental Services | ◆ | ◆ | ◆ | ◆ | | ◆ | ◆ | ◆ | ◆ | |

[1]See Appendix E, page E-29, for a list of acronyms.

## B. EXPENDITURES FOR DRUGS

| | 1996* | | 1997 | |
|---|---|---|---|---|
| | Expended | Recipients | Expended | Recipients |
| TOTAL | $30,641,258 | 65,704 | $35,470,912 | 62,092 |
| RECEIVING CASH ASSISTANCE, TOTAL | | | $18,259,646 | 30,368 |
| Aged | | | $1,543,403 | 1,536 |
| Blind / Disabled | | | $13,165,055 | 9,891 |
| AFDC-Child | | | $1,161,355 | 10,748 |
| AFDC-Adult | | | $2,276,488 | 6,844 |
| AFDC-Unemployed-Child | | | $91,912 | 1,240 |
| AFDC-Unemployed-Adult | | | $21,336 | 107 |
| MEDICALLY NEEDY, TOTAL | | | $9,108,138 | 5,991 |
| Aged | | | $5,650,348 | 4,367 |
| Blind / Disabled | | | $3,457,224 | 1,621 |
| AFDC-Child | | | $390 | 2 |
| AFDC-Adult | | | $176 | 1 |
| POVERTY RELATED, TOTAL | | | $811,897 | 7,489 |
| Aged | | | $0 | 0 |
| Blind / Disabled | | | $0 | 0 |
| AFDC-Child | | | $530,579 | 5,658 |
| AFDC-Adult | | | $281,318 | 1,831 |
| OTHER, TOTAL | | | $6,302,054 | 13,641 |

Source: HHS State HCFA-2082 Reports, Sections A-4 and B-4.
*1996 expenditures broken down by maintenance assistance status and basis of eligibility are unavailable.

MT 008413

EXHIBIT
Baurloi6
CRK

Montana-1

NPC 1998

## C. ADMINISTRATION

Department of Public Health and Human Services.

## D. PROVISIONS RELATING TO DRUGS

### Benefit Design

*Formulary:* Closed formulary. Drugs classified as less-than-effective (LTE) by the FDA are not covered. Drugs used for cosmetic purposes, drugs used as fertility agents and drugs with no manufacturer rebate are not covered.

*Prior Authorization:* Prior authorization procedure screening for drug classes and individual drugs. The following drugs require prior authorization: Single-source (brand name) non-steroidal anti-inflammatory drugs; growth hormones; Dipyridamole (multi-source and branded); smoking cessation; Toradol (Ketoroloc) (oral *proton pump version only); H2-antagonists, Carafate, ~~Prilosec,~~ *inhibitors,* ~~Prevacid, and Cytotec;~~ single source benzodiazepines; *and* Ambien; Pentoxifylline; Isoproterenol and Isoetherine; ~~anorexants,~~ Seldane, Hismanal, ~~and migraine headache~~ drugs, *Viagra, Thalidomide, DMAEDs, Celebrex, Vioxx, anti-obesity drugs, Sonata*

*Drug Utilization Review:* PRODUR system implemented in September 1994.

*Coverage of Injectables:* Injectable medicines reimbursable when used in home health care and extended care facilities. ~~Only those products on the injectable drug list are reimbursable when furnished in a physician's office.~~

*Vaccines:* Vaccines reimbursable at EAC (AWP minus 10% or the direct price from selected manufacturers) or the Federal MAC, or the provider usual and customary charge, whichever is lower. The state is a participant in the EPSDT service, and the Vaccine for Children Program mandated through OBRA 1993.

*Unit Dose:* Unit dose packaging reimbursable.

*OTC Coverage:* Aspirin, antacids, laxatives, insulin and head lice treatments (permethrin and pyrethrin combination products) reimbursable.

*Prescribing or Dispensing Limitations:*

1. Quantity of Medication: Minimum 100 doses or 34-day supply, whichever is greater.
2. Refills: Follow a 25% grace period over a 3-month period.

### Pharmacy Payment and Patient Cost Sharing

*Dispensing Fee:* $2.00 to $4.20; effective 7/1/98. Additional $0.75 is added to prescriptions unit dosed by the pharmacy.

*Ingredient Reimbursement Basis:* EAC = AWP - 10%.

*Prescription Charge Formula:* The lower of EAC (or direct price from selected manufacturers), the Federal MAC, or the provider usual and customary charge.

*Maximum Allowable Cost:* State imposes Federal Upper Limits on generic drugs. Override requires "Brand Necessary."

*Incentive Fee:* None.

*Cognitive Services:* Does not pay for cognitive services.

*Patient Cost Sharing:* Copayment - $1.00 for all generic; $2.00 for all others; effective 5/1/94.

## E. USE OF MANAGED CARE

HMO availability began November 1995, to ~~AFDC and~~ *FAIM* ~~AFDC recipients.~~ SSI and SSI-related clients were eligible to enroll October 1, 1997. Exempt are nursing home residents, recipients with other insurance including Medicare, medically needy ~~and residents of institutions.~~ *some excluded if or institutional* Services provided through the HMO package include: *care in* ambulance, ambulatory surgical center, chiropractor, diagnostic clinics, dietitian, family planning, federally qualified health centers, home health, hospital (inpatient and outpatient), lab and x-ray, mid-level practitioners, occupational therapy, physical therapy, physician, podiatry, private duty nursing, public health clinic, respiratory therapy, rural health clinic, speech therapy, targeted case management for high risk pregnant women, ~~and~~ well-child screens. The pharmacy benefit is carved *IEPSDT* out of all managed care and is managed by the *scree* department. HMO is available in two counties; total *transplant* enrollment is approximately ~~2,200.~~ *1950.* *and* *immunizations*

### Managed Care Organizations

Health Now
Deaconess Billings Clinic & Great Falls Health Now
404 Fuller Avenue
Helena, MT  59601
1-800/992-5737
(1,443 enrollees – 8/98)

**MT 008414**

© Montana

Yellowstone Community Health Plan
1222 North 27th Street
Billings, MT 59101
406/238-6868
(510 enrollees – 8/98)

## F. STATE CONTACTS

### State Drug Program Administrator

Dorothy D. Poulsen
Pharmacy Program Officer
Department of Public Health and Human Services
Medicaid Services Bureau
P.O. Box 202951
1400 Broadway
Helena, MT 59624
406/444-2738
Fax 406/444-1861

### Public Health and Human Services Officials

Laurie Ekanger
Director
Department of Public Health and Human Services
P.O. Box 202951
1400 Broadway
Helena, MT 59624
406/444-5622

Nancy Ellery, Administrator
Health Policy and Services
406/444-4144

Mary Dalton, Bureau Chief
Medicaid Services Bureau
406/444-4144

Jeff Buska, Supervisor
Acute Services Section
406/444-4145

Mary Angela Collins, Supervisor
Managed Care Section
406/444-4146

### Medicaid Rebate Contacts

Technical: Dan Forbes, 406/444-1794
P & A: Betty DeVaney, 406/444-3457
DUR: Mark Eichler, R.Ph., 406/443-4020

**Physician-Administered Drug Program Contact**

Randy Bowsher
P.O. Box 202951
1400 Broadway
Helena, MT 59624
406/444-3995

**Montana Health Care Coalition**

Paul Peterson
Summit Independent Living Center
1900 Brooks, Suite 120
Missoula, MT 59801

Wendy Young
WEEL
520 ½ North Benton
Helena, MT 59601

Dick Pattison
Montana Senior Citizens Association
PO Box 381
Lincoln, MT 59639

Jeanne Seifert, RN
Dawson County Health Department
207 W. Bell
Glendive, MT 59330

Karen McNeil
Butte-Silver Bow City/County Health Dept.
25 W. Front Street
Butte, MT 59701

Beth Metzger
MSU College of Nursing-Missoula Campus
400 North Avenue East
Missoula, MT 59801

Corol Wood
Blue Cross/Blue Shield
404 Fuller Avenue
Helena, MT 59601

Representative Duane Grimes
Department of Revenue
PO Box 202701
Helena, MT 59620-2701

Sharon Hoff
Montana Catholic Conference
PO Box 1708
Helena, MT 59604

**MT 008415**

NPC 1998

Claudia Clifford
State Auditor's Office
PO Box 4009
Helena, MT 59604

Larry Robinson
St. Luke Community Hospital
107 6th Avenue SW
Ronan, MT 59864

James Holcomb, Administrator
Broadwater Health Center
PO Box 519
Townsend, MT 59644

Joyce Brown
Dept. of Administration, Personnel Div.
PO Box 2001217
Helena, MT 59620-0127

Garfield Littlelight
Billings Area Indian Health Services
PO Box 2143
Billings, MT 59103

Paul Donaldson, MD
1930 9th Avenue
Helena, MT 59601

Robert Flaherty
Montana Area Health Education Center
333 Culbertson Hall
Montana State University
Bozeman, MT 59717

## Montana DUR Board

Mark Eichler, R.Ph., FASCP
DUR Coordinator
MT/WY Foundation for Medical Care
400 North Park
Helena, MT 59601
406/443-4020

V. Lee Harrison, M.D.
DeeDee Cress, Pharm.D.
Marcella Barnhill, R.Ph.
Ann Geidel, R.Ph.
Nathan A. Munn, M.D.
Richard Sargent, M.D.

## Executive Officers of State Medical and Pharmaceutical Societies

*Montana Medical Association*
G. Brian Zins
Executive Director
2021 11th Avenue, Suite 1
Helena, MT 59601-4890
406/443-4000

*Montana State Pharmaceutical Association*
Jim Smith
Executive Director
P. O. Box 4718
Helena, MT 59604
406/449-3843

*State Board of Pharmacy*
~~Warren Amole, R.Ph.~~
Executive Director
~~510 1st Avenue, N., Suite 100~~
~~Great Falls, MT 59401~~
406/~~761-5131~~ or 444-1698

*PO Box 200513
Helena, MT 59620*

*Montana Osteopathic Association*
Cathy Holmes
Secretary
Montana Building, Suite 401
Lewistown, MT 59457
406/538-7721

*Montana Hospital Association*
James F. Ahrens
President
1720 Ninth Avenue
Helena, MT 59601
406/442-1911

## Fiscal Agent

Consultec, Inc.
Brett Jakovac
PO Box 8000
Helena, MT 59604
406/442-1837

**MT 008416**

NPC 1998

MT 008417

Montana-5

NPC 1999

# MONTANA

## A. BENEFITS PROVIDED AND GROUPS ELIGIBLE[1]

| Type of Benefit | Categorically Needy | | | | Medically Needy (MN) | | | | | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | OAA | AB | APTD | AFDC | OAA | AB | APTD | AFDC | Children <21 | SFO |
| Prescribed Drugs | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Inpatient Hospital Care | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Outpatient Hospital Care | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Laboratory & X-ray Service | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Skilled Nursing Home Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Physician Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |
| Dental Services | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | ◆ | |

[1] See Appendix E, page E-29, for a list of acronyms.

## B. EXPENDITURES FOR DRUGS

| | 1997 Expended | Recipients | 1998* Expended | Recipients |
|---|---|---|---|---|
| TOTAL | $35,470,912 | 62,092 | $42,368,399 | 58,641 |
| RECEIVING CASH ASSISTANCE, TOTAL | $18,259,646 | 30,368 | | |
| Aged | $1,543,403 | 1,536 | | |
| Blind / Disabled | $13,165,055 | 9,891 | | |
| AFDC-Child | $1,161,355 | 10,748 | | |
| AFDC-Adult | $2,276,488 | 6,844 | | |
| AFDC-Unemployed-Child | $91,912 | 1,240 | | |
| AFDC-Unemployed-Adult | $21,336 | 107 | | |
| MEDICALLY NEEDY, TOTAL | $9,108,138 | 5,991 | | |
| Aged | $5,650,348 | 4,367 | | |
| Blind / Disabled | $3,457,224 | 1,621 | | |
| AFDC-Child | $390 | 2 | | |
| AFDC-Adult | $176 | 1 | | |
| POVERTY RELATED, TOTAL | $811,897 | 7,489 | | |
| Aged | $0 | 0 | | |
| Blind / Disabled | $0 | 0 | | |
| AFDC-Child | $530,579 | 5,658 | | |
| AFDC-Adult | $281,318 | 1,831 | | |
| OTHER, TOTAL | $6,302,054 | 13,641 | | |

EXHIBIT
Bowen 17
CRK

Source: HHS State HCFA-2082 Reports, Sections A-4 and B-4.
*1998 expenditures broken down by maintenance assistance status and basis of eligibility are unavailable.

MT 008281

NPC 1999

## C. ADMINISTRATION

Department of Public Health and Human Services.

## D. PROVISIONS RELATING TO DRUGS

**Benefit Design**

*Formulary:* ~~Closed~~ *Open* formulary. Drugs classified as less-than-effective (LTE) by the FDA are not covered. Drugs used for cosmetic purposes, drugs used as fertility agents and drugs with no manufacturer rebate are not covered.

*Prior Authorization:* PA required for: ~~Prior authorization procedure screening for drug classes and individual drugs. The following drugs require prior authorization:~~ Single-source ~~(brand name)~~ non-steroidal anti-inflammatory drugs; growth hormones; Dipyridamole ~~(multi-source and branded);~~ smoking cessation; ~~Toradol (Ketorolac) (oral version only);~~ *[not Ketorolac]* H2-antagonists, proton pump inhibitors, and Carafate; single source benzodiazepines; Ambien; *Sonata;* *[losrazol;]* Pentoxifylline; Isoproterenol and Isoetherine; migraine headache drugs; Viagra; Thalidomide; DMARDs; *Mobic,* Celebrex, and Vioxx; anti-obesity drugs; ~~and Sonata~~ *Duract; Stadol; Tretinoin; Zoloft 50 mg.*

*Drug Utilization Review:* PRODUR system implemented in September 1994.

*Coverage of Injectables:* Injectable medicines reimbursable when used in home health care and extended care facilities.

*Vaccines:* Vaccines reimbursable at EAC (AWP minus 10% or the direct price from selected manufacturers) or the Federal MAC, or the provider usual and customary charge, whichever is lower. The state is a participant in the EPSDT service, and the Vaccine for Children Program mandated through OBRA 1993.

*Unit Dose:* Unit dose packaging reimbursable.

*OTC Coverage:* Aspirin, antacids, laxatives, insulin and head lice treatments (permethrin and pyrethrin combination products) reimbursable. *[H-2 antagonist]*

*Prescribing or Dispensing Limitations:*

1.  Quantity of Medication: ~~Minimum~~ 100 doses or 34-day supply, whichever is greater.
2.  Refills: ~~Follow~~ A 25% grace period over a 3-month period. *is allowed.*

**Pharmacy Payment and Patient Cost Sharing**
*$200-4.20*

*Dispensing Fee:* ~~$4.20;~~ effective 7/1/98. Additional $0.75 is added to prescriptions unit dosed by the pharmacy.

*Ingredient Reimbursement Basis:* EAC = ~~AWP - 10%.~~ *manufacturer's direct price, if available, or AWP - 10%.*

*Prescription Charge Formula:* The lower of EAC ~~(or direct price from selected manufacturers),~~ *or* the Federal MAC, or the provider usual and customary charge. *plus a dispensing fee.*

*Maximum Allowable Cost:* State imposes Federal Upper Limits on generic drugs. Override requires "Brand Necessary."

*Incentive Fee:* None.

*Cognitive Services:* Does not pay for cognitive services.

*Patient Cost Sharing:* Copayment - $1.00 for all generic; $2.00 for all others; effective 5/1/94.

## E. USE OF MANAGED CARE

HMO availability began November 1995, to FAIM recipients. SSI and SSI-related clients were eligible to enroll October 1, 1997. ~~Exempt are nursing home residents, recipients with other insurance including Medicare,~~ *HMO coverage ena... June 30 2000* medically needy and residents of institutions. Services provided through the HMO package include: ambulance, ambulatory surgical center, chiropractor, diagnostic clinics, dietitian, family planning, federally qualified health centers, home health, hospital (inpatient and outpatient), lab and x-ray, mid-level practitioners, occupational therapy, physical therapy, physician, podiatry, private duty nursing, public health clinic, respiratory therapy, rural health clinic, speech therapy, targeted case management for high risk pregnant women, well-child screens/EPSDT screens, transplants, and immunizations. The pharmacy benefit is carved out of all managed care and is managed by the department. HMO is available in two counties; total enrollment is approximately 1,950.

**Managed Care Organizations**

Health Now
Deaconess Billings Clinic & Great Falls Health Now
404 Fuller Avenue
Helena, MT 59601
1-800/992-5737

Yellowstone Community Health Plan

**MT 008282**

NPC 1999

4222 North 27th Street
Billings, MT  59101
406/238-6868

## F.  STATE CONTACTS

### State Drug Program Administrator

Dorothy D. Poulsen
Pharmacy Program Officer
Department of Public Health and Human Services
Medicaid Services Bureau
P.O. Box 202951
1400 Broadway
Helena, MT  59624
406/444-2738
Fax 406/444-1861

### Public Health and Human Services Officials

Laurie Ekanger
Director
Department of Public Health and Human Services
P.O. Box 202951
1400 Broadway
Helena, MT  59624
406/444-5622

Nancy Ellery, Administrator
Health Policy and Services
406/444-4141   4141

Mary Dalton, Bureau Chief
Medicaid Services Bureau
406/444-4144

Jeff Buska, Supervisor
Acute Services Section
406/444-4145

Mary Angela Collins, Supervisor
Managed Care Section
406/444-4146

### Medicaid Rebate Contacts

Technical: Dan Forbes, 406/444-1794
P & A: Betty DeVaney, 406/444-3457
DUR: Mark Eichler, R.Ph., 406/443-4020

### Physician-Administered Drug Program Contact

Randy Bowsher
P.O. Box 202951
1400 Broadway
Helena, MT  59624
406/444-3995

### Montana DUR Board

The Montana DUR Board reviews formulary issues and prior authorization appeals in addition to drug utilization review.  Members include:

Mark Eichler, R.Ph., FASCP
DUR Coordinator
Mountain Pacific Quality Health Foundation
3404 Cooney Drive
Helena, MT  59602
406/443-4020

V. Lee Harrison, M.D.
Richard Sargent, M.D.
Nathan A. Munn, M.D.
DeeDee Cress, Pharm.D.
Marcella Barnhill, R.Ph.
Ann Geidel, R.Ph.

### Executive Officers of State Medical and Pharmaceutical Societies

*Montana Medical Association*
G. Brian Zins
Executive Director
2021 11th Avenue, Suite 1
Helena, MT  59601-4890
406/443-4000

*Montana State Pharmaceutical Association*
Jim Smith
Executive Director
P. O. Box 4718
Helena, MT  59604
406/449-3843

*State Board of Pharmacy*
Executive Director
P.O. Box 200513
Helena, MT  59620
406/444-1698

*Montana Osteopathic Association*
Cathy Holmes, Secretary
Montana Building, Suite 401
Lewistown, MT 59457
406/538-7721

**MT 008283**

NPC 1999

*Montana Hospital Association*
James F. Ahrens
President
1720 Ninth Avenue
Helena, MT 59601
406/442-1911

**Fiscal Agent**

Consultec, Inc.
Brett Jakovac
PO Box 8000
Helena, MT 59604
406/442-1837

**MT 008284**

The Montana DUR Board reviews formulary issues and prior authorization appeals in addition to drug utilization review.  Members include:

Mark Eichler, R.Ph., FASCP
DUR Coordinator
Mountain Pacific Quality Health Foundation
3404 Cooney Drive
Helena, MT 59602
406/443-4020

V. Lee Harrison, M.D.
Richard P. Sargent, M.D.
Nathan A. Munn, M.D.
Dee Dee Cress, Pharm.D.
Marcella Barnhill, R.Ph.
Ann Geidel, Pharm.D.

MT 008285

# MONTANA

## A. BENEFITS PROVIDED AND GROUPS ELIGIBLE

| Type of Benefit | Categorically Needy | | | | Medically Needy (MN) | | | | Other |
|---|---|---|---|---|---|---|---|---|---|
| | Aged | Blind/ Disabled | Child | Adult | Aged | Blind/ Disabled | Child | Adult | SFO |
| Prescribed Drugs | ◆ | ◆ | ◆ | ◆ | ◆ | | ◆ | | |
| Inpatient Hospital Care | ◆ | ◆ | ◆ | ◆ | ◆ | | ◆ | ◆ | |
| Outpatient Hospital Care | ◆ | ◆ | ◆ | ◆ | ◆ | | ◆ | ◆ | |
| Laboratory & X-ray Service | ◆ | ◆ | ◆ | ◆ | ◆ | | ◆ | ◆ | |
| Nursing Facility Services | ◆ | ◆ | ◆ | ◆ | | | ◆ | ◆ | |
| Physician Services | ◆ | ◆ | ◆ | ◆ | ◆ | | ◆ | ◆ | |
| Dental Services | ◆ | ◆ | ◆ | ◆ | ◆ | | ◆ | | |

## B. EXPENDITURES FOR DRUGS

| | 2000 | | 2001** | |
|---|---|---|---|---|
| | Expenditures | Recipients | Expenditures | Recipients |
| TOTAL | $58,634,278 | 58,899 | $72,577,455 | |
| | | | | |
| RECEIVING CASH ASSISTANCE, TOTAL | $27,165,774 | 22,015 | | |
| Aged | $2,488,683 | 1,594 | | |
| Blind / Disabled | $21,977,137 | 10,148 | | |
| Child | $979,128 | 6,707 | | |
| Adult | $1,720,826 | 3,611 | | |
| | | | | |
| MEDICALLY NEEDY, TOTAL | $16,977,885 | 7,426 | | |
| Aged | $10,217,068 | 5,248 | | |
| Blind / Disabled | $6,753,450 | 2,145 | | |
| Child | $7,287 | 30 | | |
| Adult | $80 | 3 | | |
| | | | | |
| POVERTY RELATED, TOTAL | $1,897,790 | 11,493 | | |
| Aged | $0 | 0 | | |
| Blind / Disabled | $0 | 0 | | |
| Child | $1,191,540 | 8,796 | | |
| Adult | $706,250 | 2697 | | |
| | | | | |
| TOTAL OTHER EXPENDITURES/RECIPIENTS* | $12,592,829 | 17,965 | | |

*Total Other Expenditures/Recipients includes foster care children, 1115 demonstration participants, other recipients, and unknown.
**2001 data on recipients and expenditures by maintenance assistance status and basis of eligibility are unavailable.

Source: CMS, MSIS Report, FY 2000 and CMS-64 Report, FY 2001.

MT 026192

## C.  ADMINISTRATION

Department of Public Health and Human Services.

## D.  PROVISIONS RELATING TO DRUGS

### Benefit Design

*Drug Benefit Product Coverage:* Products covered: legend drugs, prescribed insulin; certain prescribed over-the-counter products, vaccines except children 18 and under and clients with Medicare Part B coverage; compounded prescriptions; contraceptive supplies and devices.  Products not covered: cosmetics; fertility drugs; experimental drugs; disposable needles used for insulin, syringe combinations for insulin use; blood glucose test strips; urine ketone test strips; total parenteral nutrition; and interdialytic parenteral nutrition.  Prior authorization required for non-steroidal anti-inflammatory drugs; all single source NSAIDs; Celebrex, Vioxx; disease-modifying anti-rheumatic drugs (Arava, Enbrel, Remicade); growth hormones; single-source benzodiazepines; gastro-intestinal drugs (including H2 antagonists, proton pump inhibitors, Carafate and Cytotec); migraine headache drugs for certain monthly quantities on Imitrex, Maxalt, Zomig, Migranal, Amerge; weight reduction drugs (Fastin, Ionamin, Meridia, Xenical); smoking-cessation drugs; Toradoloral; Dipyridamole; Aggrenox; Trental, Pletal; Ambien and Sonata; Viagra; Thalomid; Zyvox; Tretinoin; Zoloft; Hismanal; Bextra; Kineret; Stadol; Isoetherine; and Isoproterenol.

*Over-the-Counter Product Coverage:* Products covered with restrictions (i.e., when prescribed): analgesics (aspirin only); Insulin laxatives; antacids; head lice treatment; H2 antagonist GI products; bronchosaline; and smoking deterrent products.  Products not covered: allergy, asthma, and sinus products; cold and cough preparations; feminine products; and topical products.

*Therapeutic Category Coverage:* Therapeutic categories covered: anabolic steroids; antibiotics; anticoagulants; anticonvulsants; antidepressants; antidiabetic agents; antilipemic agents; anti-psychotics; cardiac drugs; chemotherapy agents; contraceptives; ENT anti-inflammatory agents; estrogens; hypotensive agents; misc. GI drugs; sympathomimetics (adrenergic); and thyroid agents.  Partial coverage for: antihistamines and prescribed cold medications.  Prior authorization required for: anorectics; anxiolytics, sedatives, and hypnotics; analgesics, antipyretics, NSAIDs; growth hormones; and prescribed smoking deterrents.

*Coverage of Injectables:* Injectable medicines reimbursable through the Prescription Drug Program when used in home health care and extended care facilities, and through physician payment when used in physician offices.

*Vaccines:* Vaccines reimbursable as part of the EPSDT service, the Children Health Insurance Program, and the Vaccines for Children Program.

*Unit Dose:* Unit dose packaging reimbursable.

### Formulary/Prior Authorization

*Formulary:* Open formulary.  Drugs classified as less-than-effective (LTE) by the FDA are not covered.  Drugs with no manufacturer rebate are not covered.

*Prior Authorization:* State has a formal prior authorization procedure.  Prescriber letter documenting evidence for use of prescribed medication in treatment of disease is reviewed by DUR Board for appeal of excluded product.  An appeal procedure through the Department possible for PA decisions.

### Prescribing or Dispensing Limitations

*Prescription Refill Limit:* 25% grace period over a 3-month period is allowed.

*Monthly Quantity Limit:* 100 doses or 34-day supply, whichever is greater.

### Drug Utilization Review

PRODUR system implemented in September 1994. State DUR Board has 6 members and meets monthly.

### Pharmacy Payment and Patient Cost Sharing

*Dispensing Fee:* $2.00-4.70; effective 7/1/02.  Pharmacies submit documentation showing their costs.  Dispensing fee is based on their cost up to a maximum of $4.70.  Pharmacies that do not submit documentation receive a dispensing fee of $2.00.

*Ingredient Reimbursement Basis:* EAC = AWP - 15%, or manufacturer's direct price, if available.

*Prescription Charge Formula:* The lower of EAC, the Federal MAC (plus a dispensing fee), or the provider usual and customary charge.

*Maximum Allowable Cost:* State imposes Federal Upper Limits on generic drugs.  Override requires "Brand Necessary" or prior authorization.

*Incentive Fee:* None.

*Patient Cost Sharing:* Copayment of $1.00 - $5.00.  Recipient pays 5% of Medicaid allowable cost between $1.00 and $5.00.  $5.00 copayment cap per prescription.  $25.00 copayment cap per month.

*Cognitive Services:* Does not pay for cognitive services.

## E.  USE OF MANAGED CARE

HMO availability began November 1995, to FAIM recipients.  SSI and SSI-related clients were eligible to enroll October 1, 1997.  HMO coverage ended June 30, 2000.

## F.  STATE CONTACTS

### State Drug Program Administrator

Dan Peterson
Pharmacy Program Officer
Department of Public Health and Human Services
Medicaid Services Bureau
P.O. Box 202951
1400 Broadway
Helena, MT  59620-2951
T: 406/444-2738
F: 406/444-1861
E-mail: danpeterson@state.mt.us
Internet address: www.dphhs.state.mt.us

### Public Health and Human Services Officials

Dr. Gail Gray
Director
Department of Public Health and Human Services
P.O. Box 4210
111 N. Sauders
Helena, MT  59604
T:406/444-5622
F: 406/444-1970
E-mail: ggray@state.mt.us

*Chuck Hunter*
~~Margaret A. Bullock~~, Administrator
Division of Health Policy and Services
Department of Public Health and Human Services
1400 Broadway
~~Helena, MT 59601~~
T: ~~406/444-4141~~ *406 444-4458*
F: 406/444-1861
E-mail: ~~mbullock@state.mt.us~~ *chuhunter@state.mt.us*

~~Jeff Buska, Bureau Chief~~
~~Medicaid Services Bureau~~
~~406/444-4145~~

Duane Pershinger, *Bureau Chief*
Acute Services Section
406/444-4144

Mary Angela Collins, ~~Supervisor~~ *Bureau Chief*
Managed Care Section
406/444-4146
*BRETT WILLIAMS  Bureau Chief*
*HOSPITAL & CLINICAL SECTION*
*406/444-9614*

### Prior Authorization Contact

Mark Eichler, R.Ph.
DUR Coordinator
Mountain-Pacific Quality Health Foundation
3404 Cooney Drive
Helena, MT 59602
T: 406/443-4020
F: 406/443-4585
E-mail: meichler@mpqhf.org

### DUR Contact

Mark Eichler, R.Ph.
T: 406/443-4020

### Montana DUR Board

Mark Eichler, R.Ph., FASCP
DUR Coordinator

V. Lee Harrison, M.D.
Richard Sargent, M.D.
~~Nathan A. Munn, M.D.~~
Marcella Barnhill, R.Ph.
Lori Fitzgerald, Pharm. D.

### Prescription Price Updating

First DataBank
1111 Bayhill Dr.
San Bruno, CA 94066
T: 650/588-5454
F: 650/827-4578

### Medicaid Drug Rebate Contacts

Betty DeVaney
Drug Rebate Coordinator
Department of Public Health & Human Services
Medicaid Services Bureau
P.O. Box 202951
1400 Broadway
Helena, MT  59620-2591
T:406/444-3457
F: 406/444-1861
E-mail: bdevaney@state.mt.us

### Claims Submission Contact

Kevin Quinn
Executive Account Manager
ACS, Inc.
34 N. Last Chance Gulch, Suite 200
Helena, MT 59601
T: 406/442-7693
F: 406/442-2819
E-mail: kevin.quinn@acs-inc.com

NPC 2000

**Medicaid Managed Care Contact**

Jo Thompson
Program Officer
Dept. of Public Health and Human Services
Medicaid Services Bureau
P.O. Box 202951
1400 Broadway
Helena, MT 59620-2951
T: 406/444-4148
F: 406/444-1861
E-mail: jothompson@state.mt.us

**Disease Management Program/Initiative Contact**

Dan Peterson
Pharmacy Program Officer
Dept. of Public Health and Human Services
Medicaid Services Bureau
P.O. Box 202951
Helena, MT 59620-2951
T: 406/444-2738
F: 406/444-1861
E-mail: danpeterson@state.mt.us

*see pg 20*

**Mail Order Pharmacy Benefit**

None

**Physician-Administered Drug Program Contact**

Denise Brunett
P.O. Box 202951
1400 Broadway
Helena, MT  59624
406/444-3995
E-mail: dbrunett@state.mt.us

**Executive Officers of State Medical and Pharmaceutical Societies**

*Montana Medical Association*
Noel D. Drury, M.D.
President
2021 11th Avenue, Suite 1
Helena, MT  59601-4890
T: 406/443-4000
F: 406/443-4042
E-mail: noel@mmaoffice.com
Internet address: www.mmaoffice.com

*Montana Pharmacy Association
Jim Smith
Executive Director
P.O. Box 1569, 34 w Sixth Ave
Helena, MT 59604
406 449-3843
fax 406 444 1592
E-mail jimesmith@qwest.net
www. rxmt. org*

**MT  026195**

# MONTANA

## A. BENEFITS PROVIDED AND GROUPS ELIGIBLE

| Type of Benefit | Categorically Needy | | | | Medically Needy (MN) | | | |
|---|---|---|---|---|---|---|---|---|
| | Aged | Blind/Disabled | Child | Adult | Aged | Blind/Disabled | Child | Adult |
| Prescribed Drugs | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ |
| Inpatient Hospital Care | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ |
| Outpatient Hospital Care | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ |
| Laboratory & X-ray Service | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ |
| Nursing Facility Services | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ |
| Physician Services | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ |
| Dental Services | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ | ♦ |

## B. EXPENDITURES FOR DRUGS

| | 2001 Expenditures | Recipients | 2002** Expenditures | Recipients |
|---|---|---|---|---|
| TOTAL | $69,552,397 | 63,338 | $77,845,461 | 67,341 |
| RECEIVING CASH ASSISTANCE, TOTAL | $33,656,590 | 25,847 | $37,412,054 | 28,190 |
| Aged | $2,737,151 | 1,546 | $2,999,604 | 1,524 |
| Blind / Disabled | $26,502,817 | 10,510 | $28,765,236 | 10,729 |
| Child | $1,528,685 | 8,838 | $2,074,230 | 9,751 |
| Adult | $2,887,937 | 4,953 | $3,572,984 | 6,186 |
| MEDICALLY NEEDY, TOTAL | $19,932,987 | 7,701 | $22,229,084 | 7,821 |
| Aged | $11,577,514 | 5,327 | $12,853,926 | 5,336 |
| Blind / Disabled | $8,337,077 | 2,318 | $9,364,165 | 2,449 |
| Child | $18,336 | 55 | $10,665 | 34 |
| Adult | $60 | 1 | $328 | 2 |
| POVERTY RELATED, TOTAL | $1,798,235 | 11,913 | $2,534,084 | 13,561 |
| Aged | $0 | - | $14 | 1 |
| Blind / Disabled | $0 | - | $0 | - |
| Child | $1,509,510 | 9,980 | $2,079,724 | 11,322 |
| Adult | $288,725 | 1,933 | $454,346 | 2,238 |
| TOTAL OTHER EXPENDITURES/RECIPIENTS* | $14,164,585 | 17,877 | $15,670,239 | 17,769 |

*Total Other Expenditures/Recipients includes foster care children, 1115 demonstration participants, other recipients, and unknown.
**2002 data provided by Montana Department of Public Health and Human Services, Medicaid Services Bureau.

Source: CMS, MSIS Report, FY 2001 Montana Medicaid Statistical Information System, FY 2002.

EXHIBIT
Bowsher 8
eRK

PENGAD 800-631-6989

MT 026171

## C. ADMINISTRATION

Department of Public Health and Human Services; Medicaid Services Bureau.

## D. PROVISIONS RELATING TO DRUGS

### Benefit Design

*Drug Benefit Product Coverage:* Products covered: legend drugs, prescribed insulin; certain prescribed over-the-counter products, vaccines except children 18 and under and clients with Medicare Part B coverage; compounded prescriptions; contraceptive supplies and devices. Products not covered: cosmetics; fertility drugs; experimental drugs; disposable needles used for insulin, syringe combinations for insulin use; blood glucose test strips; urine ketone test strips; total parenteral nutrition; and interdialytic parenteral nutrition. Prior authorization required for non-steroidal anti-inflammatory drugs; all single source NSAIDs; Celebrex, Vioxx; disease-modifying anti-rheumatic drugs (Arava, Enbrel, Remicade); growth hormones; single-source benzodiazepines; gastro-intestinal drugs (including H2 antagonists, proton pump inhibitors, Carafate and Cytotec); migraine headache drugs for certain monthly quantities on Imitrex, Maxalt, Zomig, Migranal, Amerge; weight reduction drugs (Fastin, Ionamin, Meridia, Xenical); smoking-cessation drugs; Toradoloral; Dipyridamole; Aggrenox; Trental, Pletal; Ambien and Sonata; Viagra; Thalomid; Zyvox; Tretinoin; Zoloft; Hismanal; Bextra; Kineret; Stadol; Isoetherine; and Isoproterenol.

*Over-the-Counter Product Coverage:* Products covered with restrictions (i.e., when prescribed): analgesics (aspirin only); allergy, asthma, and sinus products (Loratadine only); insulin; laxatives; antacids; head lice treatment; H2 antagonist GI products; bronchosaline; and smoking deterrent products. Products not covered: cold and cough preparations; feminine products; and topical products.

*Therapeutic Category Coverage:* Therapeutic categories covered: anabolic steroids; antibiotics; anticoagulants; anticonvulsants; antidepressants; antidiabetic agents; antilipemic agents; anti-psychotics; cardiac drugs; chemotherapy agents; contraceptives; ENT anti-inflammatory agents; estrogens; hypotensive agents; misc. GI drugs; sympathomimetics (adrenergic); and thyroid agents. Partial coverage for: prescribed cold medications. Prior authorization required for: anorectics; antihistamines; anxiolytics, sedatives, and hypnotics; analgesics, antipyretics, NSAIDs; and growth hormones.

*Coverage of Injectables:* Injectable medicines reimbursable through the Prescription Drug Program when used in home health care and extended care facilities, and through physician payment when used in physician offices.

*Vaccines:* Vaccines reimbursable as part of the EPSDT service, the Children Health Insurance Program, and the Vaccines for Children Program.

*Unit Dose:* Unit dose packaging reimbursable.

### Formulary/Prior Authorization

*Formulary:* Open formulary. Drugs classified as less-than-effective (LTE) by the FDA are not covered. Drugs with no manufacturer rebate are not covered.

*Prior Authorization:* State has a formal prior authorization procedure. Prescriber letter documenting evidence for use of prescribed medication in treatment of disease is reviewed by DUR Board for appeal of excluded product. An appeal procedure through the Department possible for PA decisions.

### Prescribing or Dispensing Limitations

*Prescription Refill Limit:* 25% grace period over a 3-month period is allowed.

*Monthly Quantity Limit:* 34-day supply.

### Drug Utilization Review

PRODUR system implemented in September 1994. State DUR Board (DUE Care Program) has 6 members and meets monthly.

### Pharmacy Payment and Patient Cost Sharing

*Dispensing Fee:* $2.00-$4.70; effective 7/1/02. Pharmacies submit documentation showing their costs. Dispensing fee is based on their cost up to a maximum of $4.70. Pharmacies that do not submit documentation receive a dispensing fee of $2.00.

*Ingredient Reimbursement Basis:* EAC = AWP - 15%.

*Prescription Charge Formula:* The lower of EAC, the Federal MAC (plus a dispensing fee), or the provider usual and customary charge.

*Maximum Allowable Cost:* State imposes Federal Upper Limits on generic drugs. Override requires "Brand Necessary" or prior authorization.

*Incentive Fee:* None.

*Patient Cost Sharing:* Copayment of $1.00 - $5.00. Recipient pays 5% of Medicaid allowable cost between $1.00 and $5.00. $5.00 copayment cap per prescription. $25.00 copayment cap per month.

*Cognitive Services:* Does not pay for cognitive services.

MT 026172

## E.  USE OF MANAGED CARE

HMO availability began November 1995, to FAIM recipients.  SSI and SSI-related clients were eligible to enroll October 1, 1997.  HMO coverage ended June 30, 2000.

## F.  STATE CONTACTS

### State Drug Program Administrator

Dan Peterson Pharmacy Program Officer
Department of Public Health and Human Services
Medicaid Services Bureau
P.O. Box 202951
1400 Broadway
Helena, MT  59620-2951
T: 406/444-2738
F: 406/444-1861
E-mail: danpeterson@state.mt.us
Internet address: www.dphhs.state.mt.us

### Public Health and Human Services Officials

Dr. Gail Gray, Director
Department of Public Health and Human Services
P.O. Box 4210
111 N. Sauders
Helena, MT  59604
T:406/444-5622
F: 406/444-1970
E-mail: ggray@state.mt.us

Chuck Hunter, Administrator
Division of Health Policy and Services
Department of Public Health and Human Services
1400 Broadway
Helena, MT 59601
T: 406/444-4458
F: 406/444-1861
E-mail: chunter@state.mt.us

John Chappuis
Medicaid Director
406/444-4084

Duane Pershinger, Bureau Chief
Acute Services Section
406/444-4144

Mary Angela Collins, Bureau Chief
Managed Care Section
406/444-4146

Brett Williams, Bureau Chief
Hospital and Clinic Section
406/444-9614

### Prior Authorization Contact

Mark Eichler, R.Ph., FASCP
DUR Coordinator

Mountain-Pacific Quality Health Foundation
3404 Cooney Drive
Helena, MT 59602
T: 406/443-4020
F: 406/443-4585
E-mail: meichler@mpqhf.org

### DUR Contact

Mark Eichler, R.Ph., FASCP
T: 406/443-4020

### Montana DUR Board

Mark Eichler, R.Ph., FASCP
DUR Coordinator

V. Lee Harrison, M.D.
Richard Sargent, M.D.
Marcella Barnhill, R.Ph.
Lori Fitzgerald, Pharm. D.

### Prescription Price Updating

First DataBank
1111 Bayhill Dr.
San Bruno, CA 94066
T: 650/588-5454
F: 650/827-4578

### Medicaid Drug Rebate Contacts

Betty DeVaney, Drug Rebate Coordinator
Department of Public Health & Human Services
Medicaid Services Bureau
P.O. Box 202951
1400 Broadway
Helena, MT  59620-2591
T: 406/444-3457
F: 406/444-1861
E-mail: bdevaney@state.mt.us

MT  026173

## Claims Submission Contact

Kevin Quinn, Executive Account Manager
ACS, Inc.
34 N. Last Chance Gulch, Suite 200
Helena, MT 59601
T: 406/442-7693
F: 406/442-2819
E-mail: kevin.quinn@acs-inc.com

## Medicaid Managed Care Contact

Jo Thompson, Program Officer
Dept. of Public Health and Human Services
Medicaid Services Bureau
P.O. Box 202951
1400 Broadway
Helena, MT 59620-2951
T: 406/444-4148
F: 406/444-1861
E-mail: jothompson@state.mt.us

## Disease Management/Patient Education Programs

*Disease/Medical State:* Asthma
*Program Name:* Nurse First Asthma Program
*Program Manager:* Ted Weldon
*Program Sponsor:* Mckesson Health Solutions

*Disease/Medical State:* Cardiovascular disease
*Program Name:* Nurse First Asthma Program
*Program Manager:* Ted Weldon
*Program Sponsor:* Mckesson Health Solutions

*Disease/Medical State:* Diabetes
*Program Name:* Nurse First Asthma Program
*Program Manager:* Ted Weldon
*Program Sponsor:* Mckesson Health Solutions

*Disease/Medical State:* Chronic Pain
*Program Name:* Nurse First Asthma Program
*Program Manager:* Ted Weldon
*Program Sponsor:* Mckesson Health Solutions

## Disease Management Program/Initiative Contact

Jacklynn Thiel, Quality Assurance Program Officer
Dept. of Public Health and Human Services
Medicaid Services Bureau
P.O. Box 202951
1400 Broadway
Helena, MT 59620-2951
T: 406/444-1834
F: 406/444-1861
E-mail: jthiel@state.mt.us

## Mail Order Pharmacy Benefit

None

## Executive Officers of State Medical and Pharmaceutical Societies

*Montana Medical Association*
G. Brian Zins
Executive Vice President/CEO
2021 11th Avenue, Suite 1
Helena, MT  59601-4890
T: 406/443-4000
F: 406/443-4042
E-mail: brian@mmaoffice.com
Internet address: www.mmaoffice.com

*Montana Pharmacy Association*
Jim E. Smith
Executive Director
P. O. Box 1569
34 West 6th Avenue, Suite 2E
Helena, MT  59601-5074
T: 406/449-3843
F: 406/443-1592
E-mail: jimesmith@qwestreet.net
Internet address: www.rxmt.org

*State Board of Pharmacy*
Rebecca Deschamps, R.Ph.
Executive Director
P.O. Box 200513
301 South Park, 4th Floor
Helena, MT  59620-0513
T: 406/841-2355
F: 406/841-2343
E-mail: dlibspdha@state.mt.us
Internet address:
discoveringmontana.com/dli/bsd/license/bsd_board
s/pha_board/board_page.htm

*Montana Osteopathic Medical Association*
Carmen Bell
Executive Director
1600 2nd Avenue, SW, Suite 120
Minot, ND 58701
701/852-8789
E-mail: drbillmunro@macn.net

*Montana Hospital Association*
Dick Brown
Sr. Vice President/Executive Director
P.O. Box 5119
Helena, MT 59604
406/442-1911, Ext. 26
E-mail: dick@mtha.org
Internet address: www.medassets.com/mtha.htm

**MT  026174**

*National Pharmaceutical Council*                                      *Pharmaceutical Benefits 2003*

MT  026175