UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY )<br>AVERAGE WHOLESALE PRICE )<br>LITIGATION ) | MDL No. 1456<br><br>Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: )<br><br>*State of Montana v. Abbott Labs., Inc. et al.* )<br>Civil Action No. 02-CV-12084-PBS ) | |

### DEFENDANT SICOR INC.'S NOTICE OF FILING UNDER SEAL

To:   All Counsel of Record

Please take notice that on February 8, 2007, counsel for Defendant Sicor Inc. caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following documents:

(a) Defendant Sicor Inc.'s Memorandum in Support of Its Motion for Summary Judgment;

(b) Defendant Sicor Inc.'s Concise Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment; and

(c) Declaration of Sekret T. Sneed in Support of Defendant Sicor Inc.'s Motion for Summary Judgment, with Exhibits A and B attached.

- 2 -

SICOR INC.,

By their attorneys,

/s/ Pamela Zorn Adams
Robert J. Muldoon, Jr. (BBO# 359480)
James W. Matthews (BBO# 560560)
Pamela Zorn Adams (BBO #640800)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Christopher Prince
Sonnenschein Nath & Rosenthal, LLP
610 South Figueroa Street
Suite 1500
Los Angeles, CA 90017-570
(213) 623-9300

DATED: February 8, 2007

Certificate of Service

I hereby certify that on February 8, 2007, copies of the foregoing notice were served on all counsel of record via ECF and LEXIS/NEXIS File and Serve.

/s/ Pamela Zorn Adams