UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) |  MDL 1456<br>No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbot Labs, Inc., et al.,*<br>D. Mont. Case No. CV-02-09-H-DWM | | |

**PROPOSED ORDER GRANTING DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE UNDER SEAL**

This matter is before the Court on Defendants' Joint Motion For Leave to File Under Seal. This Court hereby:

GRANTS Defendants' Joint Motion for Leave to File Under Seal the following items:

1. Confidential Declaration of Kathleen M. O'Sullivan In Support of Defendants' Motion for Summary Judgment, dated February 8, 2007, with the following 10 Exhibits;

2. Excerpts from the December 15, 2006 deposition of Montana's 30(b)(6) designee Jeff Buska;

3. Excerpts from the April 21, 2006 deposition of John Chappuis, Deputy Director, Montana DPHHS;

4. Excerpts from the August 23, 2006 deposition of Raymond S. Hartman, expert witness for the States of Montana and Nevada regarding damages;

5. Excerpts from the August 16, 2005 deposition of Geoffrey Kilgore;

6. Excerpts from the January 11, 2005 deposition of Patricia Kay Morgan, deponent on behalf of third-party publisher First DataBank;

7. Excerpts from the January 10, 2007 deposition of Rose Svitak, deponent on behalf of the Minnesota Multi-State Contracting Alliance for Pharmacy;

8. A true and accurate copy of MON0003034-3064, a September 23, 2002 contract between Express Scripts and Blue Cross Blue Shield of Montana;

9. A true and accurate copy of MON0002995-3008, a February 1995 contract between Pharmacy Gold and Blue Cross Blue Shield of Montana;

10. A true and accurate copy of MON0006486-6500, a December 1999 contract between DPS and Blue Cross Blue Shield of Montana; and

11. A true and accurate copy of MON010469, a summary of drug savings achieved by AdvancePCS.

IT IS SO ORDERED

DATED:_____          _____
                                  Hon. Patti B. Saris
                                  United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February 2007, a true and correct copy of the foregoing document was served upon all counsel of record by electronic service pursuant to the District of Massachusetts's Electronic Case Filing System (CM/ECF).

/s/ Thomas J. Sartory_____

Thomas J. Sartory