UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. American Home Prods. Corp., et al.,*<br>D. Nev. Cause No. CV-N-02-0202-ECR | |

**PFIZER'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Pfizer Inc. ("Pfizer") respectfully moves this Court to grant summary judgment in its favor as to Count V of Nevada's Amended Complaint.[1]  The grounds for this motion are set forth in the Memorandum in Support of Pfizer's Motion for Partial Summary Judgment.

In support of its motion, Pfizer submits herewith:  (i) Memorandum in Support of Pfizer's Motion for Partial Summary Judgment; (ii) Local Rule 56.1 Statement of Undisputed Material Facts in Support of Pfizer's Motion for Partial Summary Judgment; and (iii) Declaration of Erica Smith-Klocek in Support of Pfizer's Motion for Partial Summary Judgment.

WHEREFORE, Pfizer respectfully requests that its motion for partial summary judgment be GRANTED.

---

[1]  Pfizer also joins in the Defendants' Joint Motion for Summary Judgment as to all claims.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR 7.1, Pfizer believes that oral argument may assist the Court in resolving the issues presented in this motion and respectfully requests that oral argument be heard.

Respectfully submitted,

Dated:   February 8, 2007

___/s/ Mark D. Smith_____
Mark D. Smith
LAREDO & SMITH, LLP
15 Broad Street, Suite 600
Boston, MA 02109
Tel:  (617) 367-7984
Fax: (617) 367-6475

John C. Dodds
Erica Smith-Klocek
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel:  (215) 963-5000
Fax: (215) 963-5001

Scott A. Stempel
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel:  (202) 739-3000
Fax: (202) 739-3001

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2007, a true and accurate copy of Pfizer's Motion for Partial Summary Judgment was served upon all counsel of record via the Lexis-Nexis Filing System:

DATED:  February 8, 2007.

                                              /s/ Mark D. Smith