UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>)<br>)<br>) MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana* v. *Abbott Labs., Inc.*, *et al.*, D. Mont. Cause No. CV-02-09-H-DWM<br><br>AND<br><br>*State of Nevada* v. *American Home Prods. Corp.*, *et al.*, D. Nev. Cause No. CV-N-02-0202-ECR | )<br>) Civil Action No. 01-12257-PBS<br>)<br>) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S MOTION FOR SUMMARY JUDGMENT AS TO NEVADA AND MONTANA ACTIONS

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the accompanying Memorandum in Support of Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Nevada and Montana Actions as well as the Joint Memoranda submitted by all Defendants in Support of the Joint Motions for Summary Judgment in the Nevada and Montana Actions, Defendants Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") respectfully move this Court for an order entering judgment in Warrick's and Schering's favor in the Montana and Nevada actions.

In support of this Motion and in addition to the materials submitted Jointly by all Defendants in the above-captioned actions, Warrick and Schering submit herewith (i) Memorandum in Support of Schering-Plough Corporation's and Warrick Pharmaceuticals

10362518_1

Corporation's Motion for Summary Judgment as to Nevada and Montana Actions, (ii) Statement of Undisputed Material Facts in Support of Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Nevada and Montana Actions; (iii) Declaration of Bryan R. Diederich in Support of Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Nevada and Montana Actions; (iv) Declaration of Bryan R. Diederich in Support of Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Nevada and Montana Actions; and (v) Affidavit of Sumanth Addanki in Support of Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion for Summary Judgment as to Nevada and Montana Actions.

WHEREFORE, Defendants respectfully request that the motion for summary judgment be GRANTED.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR 7.1, Defendants believe that oral argument may assist the Court in resolving the issues presented in this motion and respectfully request that oral argument be heard.

10362518_1

                                        Schering-Plough Corporation and
Warrick Pharmaceuticals Corporation
By their attorneys,


/s/Bryan R. Diederich
Brien T. O'Connor (BBO# 546767)
Christopher R. Dillon (BBO# 640896)
Bryan R. Diederich (BBO # 647632)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

Dated:  February 8, 2007

10362518_1

**CERTIFICATE OF COMPLIANCE WITH LR 7.1**

I hereby certify that counsel for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation conferred with counsel for Plaintiffs States of Montana and Nevada on February 6, 2007, in a good faith effort to resolve or narrow the issues set forth herein, and counsel to the States of Montana and Nevada indicated that the States do not assent to this motion.

                                                      /s/   Christopher R. Dillon

**CERTIFICATE OF SERVICE**

I, Christopher R. Dillon, hereby certify that a true copy of the foregoing document was served upon all counsel of record electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 8th day of February, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

                                                       /s/   Christopher R. Dillon