FRANCIS E. MCGOVERN
401 W. ALABAMA
HOUSTON, TEXAS 77006

January 31, 2007

VIA FACSIMILE

The Honorable Patti B. Saris
United States District Judge
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: GlaxoSmithKline AWP Settlement (MDL No. 1456, D. Mass.)

Dear Judge Saris:

In accordance with the Court's Order of Appointment of November 21, 2006, in GlaxoSmithKline AWP Settlement (MDL No. 1456, D. Mass.), I hereby request an extension of thirty (30) days to complete my report.

Thank you for your consideration.

Very truly yours,

Francis E. McGovern

FEM:dar

cc: Steve Berman
    Fred Herold
    Eric Green