UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) AVERAGE WHOLESALE PRICE ) LITIGATION ) ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) ) THIS DOCUMENT RELATES TO: ) ) *State of Montana* v. *Abbott Labs., Inc.*, *et al.*, D. Mont. Cause No. CV-02-09-H-DWM ) ) ) AND ) ) *State of Nevada* v. *American Home Prods. Corp.*, *et al.*, D. Nev. Cause No. CV-N-02-0202-ECR ) ) ) | Civil Action No. MDL No. 1456 |

**DECLARATION OF BRYAN R. DIEDERICH IN SUPPORT OF SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S MOTION FOR SUMMARY JUDGMENT AS TO NEVADA AND MONTANA ACTIONS**

I, the undersigned Bryan R. Diederich, submit this Declaration.  I have personal knowledge of the following facts.

1.     I am an attorney at the law firm of Ropes & Gray LLP, counsel to Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation.

2.     Attached to this Declaration as Exhibit 1 is a true and correct copy of the Declaration of Harvey Weintraub.

3.     Attached to this Declaration as Exhibit 2 is a true and correct copy of extracts from the Deposition of Harvey Weintraub.

4.     Attached to this Declaration as Exhibit 3 is a true and correct copy of Extracts from the Deposition of Jerome A. Sherman.

5.      Attached to this Declaration as Exhibit 4 is a true and correct copy of the Testimony of

Dennis Smith, Director, Center for Medicaid and State Operations in the Centers for Medicare

and Medicaid Services Before the Committee on Finance on Medicaid Fraud and Abuse which I

retrieved from the United States Senate website at the following address:

http://www.senate.gov/~finance/hearings/testimony/2005test/DStest062805.pdf.

6.      Attached to this Declaration as Exhibit 5 is a true and correct copy of Extracts from the

Deposition of Daniel Wade Peterson.

7.      Attached to this Declaration as Exhibit 6 is a true and correct copy of a document entitled

Pharmacy Billing Manual produced by the State of Nevada at bates numbers NV 044508-NV

044537.

8.      Attached to this Declaration as Exhibit 7 is a true and correct copy of Extracts from the

Deposition of Colleen Lawrence.

9.      Attached to this Declaration as Exhibit 8 is a true and correct copy of a document entitled

State Medicaid Manual, HCFA Pub. 45-6, Addendum A. Transmittal No. 26, [1994-2 Transfer

Binder] Medicare & Medicaid Guide (CCH) ¶ 42,770.

10.     Attached to this Declaration as Exhibit 9 is a true and correct copy of a document entitled

State Medicaid Manual, HCFA Pub. 45-6, Addendum A. Transmittal No. 30, [1996-2 Transfer

Binder] Medicare & Medicaid Guide (CCH) ¶ 44,448.

11.     Attached to this Declaration as Exhibit 10 is a true and correct copy of a document

entitled State Medicaid Manual, HCFA Pub. 45-6, Transmittal No. 34, 1997 Medicare &

Medicaid Guide (CCH)) ¶ 45,600.

12.     Attached to this Declaration as Exhibit 11 is a true and correct copy of a document

entitled State Medicaid Manual, HCFA Pub. 45-6, Transmittal No. 35, [1998] Medicare &

Medicaid Guide (CCH)) ¶ 150,050.

13.     Attached to this Declaration as Exhibit 12 is a true and correct copy of a document

entitled State Medicaid Manual, Part 6, HCFA Pub. 45-6 Transmittal No. 36, [2000] Medicare &

Medicaid Guide (CCH) ¶ 151,036.

14.     Attached to this Declaration as Exhibit 13 is a true and correct copy of a letter from

Jeniphr Breckenridge to Christopher Dillon dated June 1, 2006.

15.     Attached to this Declaration as Exhibit 14 is a true and correct copy of Extracts from the

Deposition of Michael Walsh.

16.     Attached to this Declaration as Exhibit 15 is a true and correct copy of Extracts from the

Deposition of Gary Bishop.

17.     Attached to this Declaration as Exhibit 16 is a true and correct copy of Extracts from the

Deposition of Portia Edens.

18.     Attached to this Declaration as Exhibit 17 is a true and correct copy of Extracts from the

Deposition of Peter Kamins.

19.     Attached to this Declaration as Exhibit 18 is a true and correct copy of Extracts from the

Deposition of Mark David Flynn.

20.     Attached to this Declaration as Exhibit 19 is a true and correct copy of Extracts from the

Deposition of James Butler.

21.     Attached to this Declaration as Exhibit 20 is a true and correct copy of Extracts from the

Deposition of Brian Longstreet.

10360825_4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/Bryan R. Diederich

Dated:  February 8, 2007                                    Bryan R. Diederich

## CERTIFICATE OF SERVICE

I, Christopher R. Dillon, hereby certify that a true copy of the foregoing document was served upon all counsel of record in Nevada I, Nevada II and Montana electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 8th day of February, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

/s/   Christopher R. Dillon

10360825_4