**2**

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MDL NO. 1456

CIVIL ACTION: 01-CV-12257-PBS

Judge Patti B. Saris


x----------------------------x

IN RE: PHARMACEUTICAL INDUSTRY:       VIDEOTAPE

AVERAGE WHOLESALE PRICE      :    DEPOSITION OF:

LITIGATION                   :    HARVEY

_____:    WEINTRAUB

                             :

                             :

THIS DOCUMENT RELATES TO     :

ALL CLASS ACTIONS            :

                             :

x----------------------------x

afb2ddda-5f75-4d62-86df-56018bfe0051

Page 20

1    AWP or average wholesale pricing?

2                   MR. KAUFMAN:  Object to the form of

3    the question.

4          You may answer.

5    A.    By utilizing it, we supplied an AWP on

6    every product.  That was standard practice and

7    required by the people with whom we dealt.

8          Q.    And that would also be included in

9    any of the contracting with the Managed Care

10   groups that you've described?

11   A.    I'm not sure  --

12                  MR. KAUFMAN:  Object to the form of

13   the question.

14         You may answer it.

15   A.    I'm not sure.  By memory, I can't remember

16   whether it was required or not.  Where it was

17   required by the accounts that we dealt with we

18   supplied it.

19         Q.    And for that time period where you

20   were working with Managed Care or they were

21   reporting to you, what was your understanding of

22   what AWP represented?

Harvey Weintraub   HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER   August 25, 2005
Kenilworth, NJ

Page 21

1   A.      AWP was a reference price, a sticker price

2   that was required by the pricing services and

3   required by our accounts and it was supplied on

4   that basis.

5              MR. McNEELY: Okay. I'm going to ask

6   the court reporter to please mark this as

7   Exhibit Weintraub 001.  Deposition this date.

8         And if you would mark it and hand to it Mr.

9   Kaufman, please.

10             MR. KAUFMAN:  Thanks.  And Mr.

11   McNeely explained beforehand that he only had an

12   opportunity to make one copy so I need to look at

13   it before you give it to the witness.  Thank you.

14             (A document entitled Pricing is

15   received and marked Exhibit Weintraub 001 for

16   identification.)

17         Q.      Mr. Weintraub, if you would refer

18   to the exhibit in front of you, which is marked

19   Exhibit Weintraub 001, and do you see on that page there

20   is a definition or an explanation of average wholesale

21   price.  Do you see that on that page?

22   A.      Yes. I do.

afb2ddda-5f75-4d62-86df-56018bfe0051

1        Q.        Would you please review that?

2        And for the record, so that it might be

3    easier for the judge or the jury looking at this,

4    I'm going to read it out loud, if you just follow.

5        "Average wholesale price, AWP, is the price

6    at which the retailer purchases a product from the

7    wholesaler.  This price is based upon a percentage

8    increase over the wholesaler's cost, the net cost

9    to the wholesaler plus 16 and two-thirds percent.

10   An increase over the wholesaler's cost, depending

11   upon the particular wholesaler's profit margin and

12   the volume that the retailer does with the

13   wholesaler.  The actual price that the retailer

14   pays the wholesaler is usually less than 16 and

15   two-thirds percent due to the competition for

16   business among wholesalers."

17       Did I read that correctly, sir?

18   A.       Yes. You did.

19       Q.       Okay. Is that a definition or

20   explanation of AWP that you're familiar with?

21   A.       I don't know that it's a definition, it's a

22   practice for which I'm familiar with.

Harvey Weintraub   HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER   August 25, 2005
Kenilworth, NJ

Page 30

1  but I don't recall it.  It's back to 2000.

2          Q.       Okay.  And I would ask that, I'll

3  refer you to item two on the first page, if you

4  would just, there is a question and then a

5  response.  And the question is,

6          "Does Warrick report an AWP to First

7  DataBank for all its products?  With what

8  frequency?  How is that information communicated?"

9          And the response is,

10         "Yes, Warrick does report AWP to First

11 DataBank for all its products.  It generally

12 reports them upon introduction and the information

13 is communicated in writing ."

14         Did I read that correctly, sir?

15 A.      Yes. You did.

16         Q.       And is that a correct statement?

17 A.      That is a correct statement.

18         Q.       And under Item 3, and if you would

19 just read along with me, the question is,

20         "How does Warrick determine the figure it

21 reports as the AWP for its products?  What survey,

22 review, calculation or other process does this

Page 31

1    determination entail? "

2              And the response is as follows:

3              "In almost all cases, Warrick has not been

4    the first to introduce a particular generic brand.

5    When Warrick is the first to introduce a generic

6    product, it reviews the AWP of the branded

7    product, and other market information, and

8    generally sets AWP at 10 to 15 percent below the

9    brand.  In other cases, Warrick generally

10   determines its AWP for a product at approximately

11   the same level as the existing AWPs for approved

12   generic equivalents."

13             Did I read that correctly, sir?

14   A.        Yes.  You did.

15             Q.        And is that a true statement?

16   A.        That is a true statement.

17             Q.        And I would ask you to look at Item

18   5 on Page 2.  And, of course, I'll ask you to keep

19   in mind that this letter is apparently dated June

20   21, 2000, but I'm going to read Item 5.  The

21   question and then the response.  The question is

22   as follows:

afb2ddda-5f75-4d62-86df-56018bfe0051

Harvey Weintraub    HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER    August 25, 2005
Kenilworth, NJ

Page 32

1           "Who within Warrick is responsible for

2     determining AWPs?  Who determines that a given AWP

3     will be submitted to First DataBank or any entity

4     outside Warrick?"

5           Response:

6           Generally, Mr. Harvey Weintraub determines

7     AWPs, sometimes in consultation with Mr. Raman

8     Kapur.  The AWP for Albuterol Sulfate was set

9     before Mr. Kapur joined Warrick."

10          Did I read that correctly?

11     A.     Yes.  You did.

12          Q.     Is that a correct statement?

13     A.     To the extent that the parenthetical

14     expression sometimes in consultation with Mr.

15     Raman Kapur, actually I determined them but he

16     signed off on them.

17          Q.     Now, also I understand your comment

18     that Mr. Kapur would sign off on the proposed

19     AWPs, but was there also any Schering involvement

20     in signing off on AWPs?

21     A.     No.

22          Q.     Would you submit the proposed

Page 39

1  practice for your --

2  A.      We would notify them at the time of

3  introduction. Thereafter not.

4          Q.        You would not notify any of the

5  pricing services relative to price changes?

6  A.      Price changes to the accounts?

7          Q.       Well, let me clarify it.  Changes

8  in AWP.

9  A.      We would notify them of a change in AWP.

10          Q.        Did Warrick provide First DataBank

11  or any of the pricing services with direct price

12  or invoice pricing?

13  A.      Not as a general rule, no.

14                  (A document entitled Price Change

15  is received and marked as Exhibit Weintraub 009 for

16  identification.)

17                  MR. McNEELY:  Actually, the second

18  page should have a separate exhibit sticker.  I'm

19  sorry.  Would you please mark the second page as

20  Exhibit Weintraub 010?

21                  (A document entitled Price Change

22  is received and marked as Exhibit Weintraub 010 for

afb2ddda-5f75-4d62-86df-56018bfe0051

Page 40

1    identification.)

2         Q.       Mr. Weintraub, if you would please

3    take a moment to review Exhibit Weintraub 009 and

4    Exhibit Weintraub 010 and please explain, if you

5    would, or identify them and then how they differ from

6    the notification to the First DataBank and Pricing

7    Services?

8    A.       These are, appear sometime after the

9    introduction of the product for one thing.  And at

10   this point, these are notifications of a price

11   change to the inhalation aerosol and the refill in

12   terms of the price at which the accounts, here in

13   the case of Bergen and the other one in the case

14   of CVS, I would say purchased the product.

15        Q.       And also on Exhibit Weintraub 009 there

16   is terms.  Are those terms being offered by this price

17   change document or are they in reference to another

18   agreement?

19   A.       The market share program would be in

20   reference probably to another agreement.

21        Q.       Now, would Exhibit Weintraub 009 and

22   Exhibit Weintraub 010, are these offers by Warrick to

afb2ddda-5f75-4d62-86df-56018bfe0051

Harvey Weintraub   HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER   August 25, 2005
Kenilworth, NJ

Page 41

1    sell at this price and under these terms?

2    A.      They're specific to each account.  They met

3    the competition.  And one is for a chain and one

4    is for a wholesaler.  We met the competition and,

5    obviously, at Bergen and changed our direct price

6    to meet the competition.  Same was done at CVS.

7    They had two different prices because the

8    competition was different in each case.

9          Q.      Now, we can put those aside, if you

10   will, and I would like just to go back and talk

11   about the beginnings of Warrick, tap into your

12   institutional memory a bit.

13         It's my understanding that Warrick was a

14   creation by Schering or Schering-Plough.  Is that

15   correct?

16   A.      I guess, what do you mean by creation?

17         Q.      The planning, the strategies

18   related to that it resulted in the creation of

19   Warrick came out of Schering and Schering-Plough?

20   A.      That's correct.

21         Q.      And is it correct there were a

22   number of people who worked on the planning and

Harvey Weintraub   HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER   August 25, 2005
Kenilworth, NJ

Page 42

1    strategies in creating Warrick?

2    A.      I believe so.

3            Q.      Who is, and you may help me with

4    the name, James Audibert?

5    A.      James Audibert.

6            Q.      Audibert?

7    A.      Yeah. It's French extraction but

8    pronunciation is strictly American.

9            Q.      Okay.  Was Mr. Audibert involved

10   with some of the strategy and planning of creating

11   Warrick?

12   A.      Yes.  He was.

13           Q.      Can you tell me who he is and what

14   his participation was?

15   A.      He worked in the Schering's Marketing

16   Department and apparently made some

17   recommendations for the establishment of Warrick

18   along with some other people.

19           Q.      Okay.  And were you in the loop, I

20   guess for lack of a better word, as being given

21   some of the early planning and strategy papers

22   about the creation of Warrick?

afb2ddda-5f75-4d62-86df-56018bfe0051

Page 95

1   to $5, for all inventory on hand that person would

2   get a $5 credit.

3          Q.       Okay.  You referred or described a

4   standard practice in the industry relative to

5   inventory adjustment.  Was that, in fact, the

6   practice of Warrick?

7   A.       Yes.  It was.

8                  MR. McNEELY: Would you please mark

9   this as Exhibit Weintraub 031.

10                 (A document entitled Price Change

11  is received and marked as Exhibit Weintraub 031 for

12  identification.)

13         Q.       Mr. Weintraub, you've been handed

14  what has been marked as Exhibit Weintraub 031.  That

15  is also apparently a price change that was sent to

16  Walgreen's.  Is that correct?

17  A.       That is correct.

18         Q.       And if you would, I'd like to

19  direct your attention to the apparent date of the

20  price change and the effective dates.

21         Do you see that?

22  A.       Yes. I do.

Page 96

1          Q.        And the price change notice appears

2     to be dated November 21, 1996, but has effective

3     dates back to March and April for these products.

4     Do you see that?

5     A.        Yes.  I do.

6          Q.        Can you explain how that would work

7     where the effective date would go back for

8     approximately six or seven months?

9     A.        I am not sure unless there is a clerical

10     error somewhere and the change didn't go through.

11     I'm not quite sure.  It's not usual, I will say

12     that.  But I don't know.  There should be some

13     backup to this and I guess there isn't.

14          Q.        Thank you.  Now, in your dealings

15     with Walgreen's, either with Schering or with

16     Warrick, would you provide Walgreen's with

17     profitability calculations regarding the sale of

18     Schering or Warrick products relative to

19     reimbursements either from Medicaid or other third

20     party payers?

21     A.        I never did.

22          Q.        Are you aware of other persons in

afb2ddda-5f75-4d62-86df-56018bfe0051

Page 97

1    Schering or Warrick who would have made such

2    calculations available?

3    A.     I would not know about Schering.  Certainly

4    not at Warrick.  When I was at Schering, to my

5    knowledge, it never took place.  At least that I

6    was in any way aware of.

7          Q.      Do you know a Sheila Bennett at

8    Walgreen's?

9    A.     Yes. I do.

10         Q.      And what is her position, if you

11   know?

12   A.     I don't know what it is currently.  At the

13   time I knew her she was in charge of buying for

14   prescription products.  Brand products.

15         Q.      Did you ever have any personal

16   direct dealings with Sheila Bennett?

17   A.     Not directly.  I knew of her.  I knew

18   people who dealt with her.  I would pass her

19   office as I went to Mr. Ziebell's office and say

20   hello, but I never dealt with her in any

21   substantive way.

22         Q.      Do you know who Gary Calvin is?

afb2ddda-5f75-4d62-86df-56018bfe0051

Page 98

1    A.     Yes.  Gary Calvin is a trade relations

2    manager for Schering and he covers the brand

3    products.  Walgreen's is his account for brand.

4              MR. McNEELY: Would you please mark

5    that as Exhibit Weintraub 032.

6              (An e-mail dated 6-11-2002 is

7    received and marked as Exhibit Weintraub 032 for

8    identification.)

9        Q.     If you would, Mr. Weintraub, would

10   you please take a moment to review Exhibit Weintraub

11   032?

12   A.     Yes.

13       Q.     And do you see on the second page

14   where it is entitled Pharmacy Profit Analysis:

15   Illinois Medicaid?

16   A.     Yes.

17       Q.     Have you ever participated in

18   preparing such analyses for either Schering-Plough

19   or Warrick?

20   A.     No.  If you will look at the products

21   listed here they're long after my departure from

22   Schering as an employee.

afb2ddda-5f75-4d62-86df-56018bfe0051