**3**

HIGHLY CONFIDENTIAL TRANSCRIPT

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


IN RE:                             )MDL NO. 1456

PHARMACEUTICAL INDUSTRY            )Civil Action No. 01-CV-12257-PBS

AVERAGE WHOLESALE PRICE            )

LITIGATION                         )

                                   )

       VIDEOTAPED DEPOSITION OF JEROME A.

SHERMAN, called as a witness on behalf of

the Plaintiffs, pursuant to the applicable

provisions of the Federal Rules of Civil

Procedure, before Jeanette N. Maracas,

Registered Professional Reporter and Notary

Public in and for the Commonwealth of

Massachusetts, at the Offices of Ropes &

Gray, LLP, One International Place, Boston,

Massachusetts, on Thursday, July 7, 2005,

commencing at 9:12 a.m.

 1 A.  He was president of Warrick.

 2 Q.  Do you know when he ended being president

 3      of Warrick?

 4 A.  Approximately a year ago.

 5 Q.  To your knowledge, is he providing any

 6      services or employment to Schering-Plough

 7      at this time?

 8 A.  Not to my knowledge.

 9 Q.  When is the last time you actually talked

10      with Raymond Kapur?

11 A.  Probably just before he left.

12 Q.  Did you ever talk with Mr. Kapur concerning

13      this litigation?

14 A.  No, I did not.

15 Q.  When was the last time you talked with

16      Richard Zahn?

17 A.  Sometime approximately 12 years ago.

18 Q.  That would be either on the phone or in

19      person, same answer?

20 A.  Correct.

21 Q.  Mr. Sherman, have you ever been in any

22      Warrick offices in Niles, Illinois?

 1 A.   No.

 2 Q.   Have you ever been in any Warrick

 3      Pharmaceuticals offices in Reno, Nevada?

 4 A.   No.

 5 Q.   In connection with your testimony today,

 6      we will be discussing some terms that I

 7      just want to make sure that we're on the

 8      same page with as we go forward, and one

 9      of those terms, of course, is AWP or

10      average wholesale price.  Do you understand

11      that term?

12 A.   Yes.

13 Q.   What is your understanding of AWP?

14 A.   AWP to me means a benchmark or just a

15      benchmark price.

16 Q.   What is your understanding, a benchmark,

17      how is that used in your industry?

18             MR. CHRISTOFFERSON:  Objection.  You

19      may answer.

20 A.   My understanding is it's used for

21      reimbursement.

22 Q.   When you say reimbursement, does that mean

1    reimbursement from third-party payers such

2    as insurance companies or public programs

3    such as Medicare, Medicaid?

4 A.  Those payers, as well as -- those payers

5    use that, I believe, as well as MAC and some

6    other benchmark's baseline.

7 Q.  Is it your understanding that those

8    benchmarks change over time from time to

9    time?  Is that a fair statement?

10           MR. CHRISTOFFERSON:  Objection.  You

11   may answer.

12 A.  I'm not aware of that.

13 Q.  Now, in connection with your status as a

14   registered pharmacist, are you familiar

15   with any industry publications that are

16   used for pricing services?

17 A.  Yes.

18 Q.  Would you identify those that you're familiar

19   with.

20 A.  Redbook, Price Alert.  That's all that I'm

21   aware of.

22 Q.  Now, from time to time over the past -- well,

1  A.  Average wholesale price.

2  Q.  And generating this document for your

3      account, how did you determine what the

4      AWP was?

5  A.  I didn't.

6  Q.  Who did?

7  A.  Harvey Weintraub.

8  Q.  And the next column is acquisition price

9      and it says $30.  How did you determine what

10     would be the acquisition price?

11         MR. CHRISTOFFERSON:  Objection.  You

12     may answer.

13 A.  As I recall, we estimated what the market

14     price would be and introduced the product

15     and the price at that time.

16 Q.  How was the AWP determined?

17         MR. CHRISTOFFERSON:  Objection.  You

18     may answer.

19 A.  I don't know.

20 Q.  Did Harvey Weintraub ever tell you how AWP

21     was determined for purposes of a notice such

22     as Exhibit Sherman 003?

1  A.   It was my understanding that it needed to

2       be ten percent below the brand AWP to be

3       considered a generic product, is the way

4       I've been led to believe.

5  Q.   Was oxaprozin previously a branded drug or

6       is a branded drug?

7  A.   Yes.

8  Q.   And what is the brand name for oxaprozin?

9  A.   I, frankly, don't remember.

10 Q.   Now, if you would, we're going to drop

11      down below the actual, the lines for the

12      two drugs where it says stocking allowance.

13      Do you see that line?

14 A.   Yes.

15 Q.   What is a stocking allowance?

16 A.   On the initial order, we give an account a

17      percentage off invoice for first order.

18 Q.   In this particular instance, apparently

19      the discount is none; is that correct?

20 A.   That's correct.

21 Q.   Now, with regard to the next line where it

22      says pricing, what does that line or that

1      **paragraph for price, what does that indicate?**

2              MR. CHRISTOFFERSON:  Objection.  You

3      may answer.

4 A.   **It indicates that we will adjust the price**

5      **to this account because we're not sure when**

6      **we introduce a product to the market with**

7      **competitors in it, whether or not that price**

8      **is an appropriate price so we will adjust,**

9      **and this case, in this case it was 45 days**

10     **out.**

11 Q.  **If I understand you, does that mean that**

12     **if the price within 45 days of this notice**

13     **decreases, is it whether there's going to**

14     **be an adjustment with the invoice price for**

15     **any orders that this company makes?**

16             MR. CHRISTOFFERSON:  Objection.  You

17     may answer.

18 A.  **There will be an adjustment back to the**

19     **initial order, the first bottle they purchase**

20     **to the new price.**

21 Q.  **Would that also be an adjustment if there**

22     **was an increase?**

1  Q.  And this is a rebate that's a combined

2      market share rebate; is that how you would

3      designate it?

4  A.  Yes.

5  Q.  Now, with regard as to issuing the rebate

6      on a combined market share rebate, would

7      the rebate come from Schering or would it

8      come from Warrick?

9  A.  As I recall people telling me, that Schering

10     paid this particular rebate.

11 Q.  And who gave you that information?

12 A.  I can't recall who exactly told me that.

13     This is ten years ago.

14 Q.  I notice that the account is Cardinal

15     Health and it's addressed to Robert Sykora.

16     Who is Robert Sykora?

17 A.  He was my contact at Cardinal.

18 Q.  Is Dublin, Ohio, and the address shown for

19     Mr. Sykora, is that the corporate

20     headquarters for Cardinal Health?

21 A.  That was.

22 Q.  At that time?

1 A.   Correct.

2 Q.   The remainder of the documents in this

3      exhibit, those are similar generic source

4      or auto sub documents and price notices; is

5      that correct?

6             MR. CHRISTOFFERSON:  Objection.  You

7      may answer.

8 A.   With the exception of J.E. Goold, I'm not

9      sure about that, but the others were auto

10     sub programs.

11 Q.  Again, with regard to determining what AWP

12     value, how was that determined for these

13     notices?

14            MR. CHRISTOFFERSON:  Objection.  You

15     may answer.

16 A.  As I said before, my understanding is

17     the AWP for a generic to be considered a

18     generic needs to be ten percent below the

19     brand AWP.

20 Q.  Now, in these price notifications that

21     we've looked at so far, are these

22     notifications ever noticed that AWP has

1    changed?

2              MR. CHRISTOFFERSON:  Objection.  You

3    may answer.

4 A.  In these notices that you provided me?

5 Q.  Yes, so far.

6 A.  The AWP has changed?

7 Q.  Yes.

8 A.  I'm not aware of that.

9 Q.  Has the AWP changed and for purposes of

10   Warrick Pharmaceuticals over time?

11             MR. CHRISTOFFERSON:  Objection.  You

12   may answer.

13 A.  I don't recall us ever changing the AWP

14   once established.

15 Q.  When you say once "established," what do

16   you mean by it?

17 A.  I mean by that, introduction of the product.

18 Q.  Is it correct that once a product is

19   introduced as a Warrick Pharmaceuticals

20   generic, then it keeps that AWP throughout

21   time?

22             MR. CHRISTOFFERSON:  Objection.

1    Kinray is another.

2 Q.  If you can, just go ahead and across the

3    top, how do the names across the top of the

4    row where it says Albertsons, CVS, Giant

5    Food, Eckerd, Rite-Aid, how does that relate

6    to the column on the far right, if you

7    understand my question?

8         MR. CHRISTOFFERSON:  Objection.  You

9    may answer.

10 A.  The column on the right is the customer and

11   our low price, our low invoice price.  The

12   heading, the headers are some customers that

13   we are comparing.

14 Q.  So the far right where it says minimum price

15   and customer, that would be, at least at the

16   time of this exhibit, would be the lowest

17   price for that particular NDC?

18 A.  Correct.

19 Q.  Now, minimum price as shown in this chart,

20   would that be after any rebates or discounts?

21        MR. CHRISTOFFERSON:  Objection.  You

22   may answer.

1 A.   To my understanding, that every document I

2      see has a net price after rebates.

3 Q.   Now, this is a document that you have seen

4      and used before --

5             MR. CHRISTOFFERSON:  Objection.

6 Q.   -- is that correct?

7             MR. CHRISTOFFERSON:  Objection.

8 Q.   Or similar document, price comparison?

9 A.   Similar document.

10 Q.   How do you use a price comparison report

11      like Exhibit Sherman 007?

12 A.   If a customer comes to me asking me to match

13      a particular price that they've been offered

14      by a competitor, I need to take a look at

15      other customers in a similar marketplace or

16      similar category to be certain that I'm not

17      creating a new low price.

18 Q.   And who in the Schering-Plough organization

19      creates the price comparison reports such

20      as the one that we are looking at in Exhibit

21      Sherman 007?

22             MR. CHRISTOFFERSON:  Objection.  You

1      may answer.

2  A.   There's a young lady we have on staff by

3       the name of Jackie Giacalone who reports to

4       John van Schaftan.

5  Q.   Now, have these price comparison reports

6       been created and used by yourself for the

7       ten years you've been with or working with

8       Warrick Pharmaceuticals?

9             MR. CHRISTOFFERSON:  Objection.  You

10      may answer.

11 A.   I don't believe so.

12 Q.   How far back do these reports go, as far as

13      your knowledge?

14 A.   I really don't remember when we started.

15      It's of recent vintage.

16            (Exhibit Sherman 008 marked for

17      identification.)

18 Q.   Mr. Sherman, you've been handed what has

19      been marked as Exhibit Sherman 008.  Would you take

20      a moment to review that exhibit and then

21      I'll ask you a few questions.  And it starts

22      with WAR 0033557 and continues through WAR

1     0033560.

2 A.   (Witness examines document)

3 Q.   Can you tell me what that document

4      represents?

5 A.   This is a document that Cardinal created to

6      have everybody fill out when a new product

7      was introduced or getting a new product,

8      new item add sheet.

9 Q.   Does your signature appear anywhere on that

10     page, the first page?

11 A.  Yes, sir.

12 Q.  That's over authorized signature?  Is that

13     your signature?

14 A.  Yes.

15 Q.  And that's your signature that appears on

16     each page of Exhibit Sherman 008?

17 A.  Yes.

18 Q.  Okay.  And is the handwriting and filling

19     out the form above your signature, is that

20     your handwriting?

21 A.  Yes.

22 Q.  Now, there's a line for AWP.  Do you see

1      that?

2 A.   Yes.

3 Q.   Where did you get the information to fill

4      out the information relative for AWP for

5      Items 1, 2 and 3 of this form?

6 A.   When we introduce a new product, we also

7      create a distributor fact sheet which, as

8      I said before, in order for a product to

9      be considered a generic, it needs to have

10     an AWP listed which is at ten percent below

11     the brand price.

12 Q.  And the next line is wholesale acquisition

13     cost/invoice line.  Do you see that?

14 A.  Yes.

15 Q.  And where did you get the information or

16     the numbers or what is represented by the

17     numbers across that line for Items 1, 2

18     and 3?

19 A.  That was our estimate of what the acquisition

20     price was going to be for Cardinal.

21 Q.  And what is in the parentheses?  There's

22     minus 15 percent that goes across that line.

1      What does that represent?

2 A.   I'm not sure.

3 Q.   For this document, this bid, what is the

4      actual price that you are offering to

5      Cardinal on each of these items, 1, 2

6      and 3?

7             MR. CHRISTOFFERSON:  Objection.  You

8      may answer.

9 A.   As I read this today, I believe that the

10     23.75 is the price, that that was their

11     acquisition price, their invoice price.

12 Q.  Does that minus 15, is that some sort of

13     rebate?  Now that you've had a chance to

14     look at this document, can you tell me

15     whether that's a rebate or some other type

16     of discount off of acquisition cost or

17     invoice price?

18            MR. CHRISTOFFERSON:  Objection.

19     Asked and answered.  You may answer.

20 A.  I really don't remember.

21 Q.  Do you ever use in the course of your

22     business the term "spread"?

1 A.   Never.

2 Q.   Are you familiar with the term "spread"?

3 A.   I've heard it.

4 Q.   And for purposes of my questioning this

5      morning, spread, I'm referring to the

6      difference between the invoice price such

7      as reflected here and the AWP.  Do you

8      understand that?

9              MR. CHRISTOFFERSON:  Objection.  You

10     may answer.

11 A.  Yes, I do.

12 Q.  Is that how you have heard about spread,

13     that being the difference between AWP and

14     an invoice price?

15 A.  Yes.

16 Q.  Have you heard that in the course of your

17     working for Warrick Pharmaceuticals, there's

18     discussion about the spread?

19             MR. CHRISTOFFERSON:  Objection.  You

20     may answer.

21 A.  I wouldn't characterize it as a discussion.

22     I have heard it.  I've been with Warrick

```
 1      ten years.  In the generic business, I have

 2      heard that.

 3 Q.   Who would you hear it from?  People with

 4      Warrick or Schering-Plough or your accounts

 5      or all of them, if you can characterize it?

 6              MR. CHRISTOFFERSON:  Objection.  You

 7      may answer.

 8 A.   I have just heard it.  I don't know where.

 9 Q.   In your contact or communications with your

10      accounts, is spread, the difference between

11      AWP and invoice price, is that something that

12      you market or use as a marketing device to

13      sell product?

14 A.   No, sir.

15 Q.   Have you ever?

16 A.   No, sir.

17 Q.   Are you aware of anyone in Warrick

18      Pharmaceuticals or Schering-Plough who has

19      ever marketed the spread as a selling point

20      with accounts?

21              MR. CHRISTOFFERSON:  Objection.  You

22      may answer.
```

```
 1 A.  No, sir.

 2           VIDEOGRAPHER:  The time is 10:26.

 3      We are off the record.

 4           (Break taken)

 5           VIDEOGRAPHER:  The time is 10:34.

 6      We're back on the record.

 7           (Exhibit Sherman 009 marked for

 8      identification.)

 9 Q.  Mr. Sherman, you've been handed what has

10      been marked as Exhibit Sherman 009.  Can you please

11      tell me what that document represents?

12 A.  I don't know.

13 Q.  Have you ever seen that document before?

14 A.  Yes.

15 Q.  Okay.  And are you familiar with documents

16      of this type?  This one is entitled Account

17      Status.

18 A.  No.

19 Q.  Where have you seen this document before?

20 A.  At previous deposition.

21 Q.  On the last page of this particular exhibit,

22      there is some handwriting and a signature.
```

```
 1      Do you recognize that handwriting and

 2      signature?

 3 A.   Yes.

 4 Q.   Who is that?

 5 A.   Harvey Weintraub.

 6 Q.   And this is not a type of report or chart

 7      that you have used in the past?

 8           MR. CHRISTOFFERSON:  Objection.

 9      Asked and answered.  You may answer.

10 A.   No, it is not.

11           (Exhibit Sherman 010 marked for

12      identification.)

13 Q.   You've been handed what's been marked as

14      Exhibit Sherman 010?

15 A.   Correct.

16 Q.   And can you identify what that document

17      represents?

18 A.   This is our Warrick price file.

19 Q.   What is a Warrick price file?

20 A.   It's a record of present and historical

21      prices to a particular account for a

22      particular product.
```

1      see Q's and M's.  Would Q represent

2      quarterly?

3 A.   Yes.

4 Q.   And M would represent monthly?

5 A.   Correct.

6                 (Exhibit Sherman 011 marked for

7      identification.)

8 Q.   Mr. Sherman, you've been handed what has

9      been marked as Exhibit Sherman 011?

10 A.  Yes.

11 Q.  Can you identify that document for me?

12 A.  (Witness examines document)  I'm sorry.  What

13     is the question?

14 Q.  Tell me what those documents represent.

15 A.  This represents those products that I

16     mentioned before, our auto sub products for

17     Cardinal.  This is an award.

18 Q.  What do you mean by an award?  What does

19     that mean?

20 A.  RFP on the second page has to do with

21     request for proposal, and we sent them a

22     proposal and they came back to us and said

1    these were awarded to us based upon those

2    prices.

3 Q.  And the actual charts that are labeled

4    Cardinal Source Item Listing, is that a

5    chart that is created by Cardinal?

6 A.  Yes.

7 Q.  What would be the effective time period

8    for such an award, as you described it,

9    for this pricing indicated on the Cardinal

10   source item listing chart?

11        MR. CHRISTOFFERSON:  Objection.  You

12   may answer.

13 A.  I don't know exactly when it was, but down

14   the bottom there's a '96, October '96.

15 Q.  And from your experience in dealing with

16   Cardinal, how long would such a pricing

17   agreement or award be in effect with

18   Warrick Pharmaceuticals?

19 A.  It could be a very short period of time.

20   It could be a long period of time.  It

21   depends on the product, how many competitors

22   there are in the marketplace.  As I said

Page 66

1    before, we're in a commodity market and

2    an awful lot of competitors go after the

3    business if they don't have it.

4 Q.  How would changes to the pricing listed

5    on the Cardinal source item listing be

6    affected?

7         MR. CHRISTOFFERSON:  Objection.  You

8    may answer.

9 A.  I don't understand the question.  I'm sorry.

10 Q.  You said that these prices were an award

11    for a period of time; is that correct?  Did

12    I understand you correctly?

13 A.  I did not say that.

14 Q.  What is the significance of the prices listed

15    on the Cardinal source item listing?

16         MR. CHRISTOFFERSON:  Objection.  You

17    may answer.

18 A.  These are the prices we offered to Cardinal

19    for the various contracts they have in

20    place.

21 Q.  And at some point those prices or what you

22    were offering them would change?

Page 67

1           MR. CHRISTOFFERSON:  Objection.  You

2      may answer.

3 A.   **They would change if we chose to keep the**

4      **business when they were offered a better**

5      **price by a competitor.**

6 Q.   **Okay.  Then my question is, what would be**

7      **the evidence of the change or the offer of**

8      **any different prices than what is shown**

9      **here on this particular exhibit?**

10          MR. CHRISTOFFERSON:  Objection.  You

11     may answer.

12 A.  **I would receive a phone call or a written**

13     **document from Cardinal, from my contact,**

14     **saying XYZ Company in some cases, or no**

15     **company at all, has offered us X price, will**

16     **you match.  We choose to match if it's an**

17     **appropriate reaction or not.**

18 Q.  **And what paperwork would you generate if**

19     **you chose to match a new price or a lower**

20     **price?**

21          MR. CHRISTOFFERSON:  Objection.  You

22     may answer.

 1 A.   The price notification documents that you

 2      provided me earlier today.

 3             (Exhibit Sherman 012 marked for

 4      identification.)

 5 Q.   Mr. Sherman, you've been handed what has been

 6      marked as Exhibit Sherman 012, and can you please

 7      tell me what that document or exhibit

 8      represents?

 9 A.   (Witness examines document)   This represents

10      a response to a document from Harvey

11      Weintraub with regard to specific accounts

12      of mine that had source programs, bona fide

13      as we called it, source programs, and also

14      those accounts that had contracts on

15      Albuterol solution.

16 Q.   You used the term "bona fide."  Is that as

17      used in contrast to bogus bid contracts or

18      bogus source programs?

19             MR. CHRISTOFFERSON:   Objection.   You

20      may answer.

21 A.   I don't know.

22 Q.   You don't know?

1    Was the direct price on this notice subject

2    to a 20 percent rebate?

3         MR. CHRISTOFFERSON:  Objection.  You

4    may answer.

5 A.  Yes.

6 Q.  Now, if I can refer you to the next page

7    which is -- what is the difference between

8    this notice and the prior page which is,

9    apparently, they're both going to Samantha

10    Vossenberg of AmeriSource?

11 A.  Correct.

12 Q.  Can you tell me what the difference is

13    between those two notices?

14 A.  Sure.  The first one is, in fact, their

15    acquisition price, the top document, the

16    one to AmeriSource Income Rx.  AmeriSource

17    Select is their auto sub program.  There's

18    always a differential between contract

19    pricing and acquisition pricing, and

20    that's where chargebacks come into play.

21 Q.  Okay.  Now, on the auto sub program which

22    is described in Bates number WAR 0000534,

1     that has a lower direct price of $2.39

2     as compared to the source price of $3.40;

3     is that correct?

4  A.  That's correct.

5  Q.  Would the $2.39 direct price to AmeriSource

6     Select, that is also subject to, at least

7     under the terms of this notice, a five

8     percent rebate?

9          MR. CHRISTOFFERSON:  Objection.  You

10    may answer.

11 A.  That's correct.

12 Q.  Now, I refer you to the third page in this

13    exhibit which is marked Bates number WAR

14    0000535.  Again, this is addressed to

15    Samantha Vossenberg, and what is the

16    difference in this document as compared

17    to the other two?

18 A.  This is on November '99.  The previous two

19    were in June.  So I want you to know I'm

20    guessing now that we obviously got

21    notification from them that a competitor

22    had lowered their price and we needed to

1       match it to remain competitive and in the

2       program.

3 Q.    In fact, this particular, this third page

4       of the exhibit reflects a price decrease to

5       $2.19; is that correct?

6 A.    That is correct.

7 Q.    Now, that $2.19 direct price would be subject

8       to additional rebates under the terms of

9       this, on this page; is that correct?

10 A.   That's correct.

11               (Exhibit Sherman 029 marked for

12      identification.)

13 Q.   Mr. Sherman, you've been handed what has

14      been marked Exhibit Sherman 029?

15 A.   Yes.

16 Q.   Do you recognize that document?

17 A.   This is, obviously, copied to me.

18 Q.   I'm sorry.  Is that not a letter directly

19      to you from AmeriSource Corporation?

20 A.   Yes, it is.  However, I see that I was

21      copied by whoever got this across the top.

22 Q.   Do you recognize the handwriting across

1      the top of this exhibit?

2  A.   No, I don't.

3  Q.   Do you know who Bob P. may be?  It appears

4      to be a Bob P.  Do you see where I'm

5      referring to?

6  A.   Yes, I do.  No, I don't know who that would

7      be.

8  Q.   Now, this is an award notification from

9      AmeriSource Corporation to you?

10 A.   Yes, it is.

11             MR. CHRISTOFFERSON:  Could this be

12     a good time for a lunch break?  It's about

13     quarter past 12:00.  Maybe half an hour?

14             MR. McNEELY:  Sure.  Yeah, let's

15     make it 45 minutes.

16             MR. CHRISTOFFERSON:  Okay.

17             VIDEOGRAPHER:  The time is 12:12.

18     We are off the record.

19             (Lunch break)

20

21

22

Page 120

1 A.    I get documents from home office.

2 Q.    Do you preserve those documents, notices

3       from the home office relative to changes in

4       policy?

5 A.    I don't have them.  Yes, I suppose we do.

6 Q.    When was the last time you received that

7       type of document, a notice of a change in

8       policy?

9 A.    It was a few years ago when we got a change

10      in entertainment, what we could spend on

11      entertainment or what we could spend on

12      meals on the road, things of that nature,

13      and this is Warrick I'm talking about.

14 Q.   Do you have a folder or file where you

15      have maintained those notices of change in

16      policy?

17 A.   No, I don't.

18 Q.   The price change notices that we have looked

19      at and marked as exhibits in this case, in

20      this deposition, that is a type of notice

21      that you send out on a regular basis; is

22      that not correct?

1            MR. CHRISTOFFERSON:  Objection.  You

2      may answer.

3 A.   When a price change occurs, certainly.

4 Q.   And would it be fair to say that that happens

5      many times a year where you send out that

6      type of notice to all your accounts?

7 A.   Only to those accounts that require a price

8      change.

9 Q.   And all of those notices, as far as you

10     can testify to, would include the price as

11     well as the new price as well as the AWP;

12     is that correct?

13           MR. CHRISTOFFERSON:  Objection.  You

14     may answer.

15 A.  I haven't seen the AWP on those documents

16     for very long time.

17 Q.  When was the last time that you saw a

18     document notifying a price change where

19     AWP was not listed?

20 A.  Repeat that, please.

21 Q.  You said that you hadn't seen AWP on a

22     price change document in a very long time.

1      When did you start sending out price change

2      notices without AWP on it?

3 A.   I don't remember when that occurred.

4            (Exhibit Sherman 030 marked for

5      identification.)

6 Q.   Mr. Sherman, you've been handed a document

7      that has been marked Exhibit Sherman 030?

8 A.   Yes.

9 Q.   And this is a price change notification

10     from you to one of your accounts; is that

11     correct?

12 A.  Yes.

13 Q.  And the effective date on this price change

14     is, appears to be May 8 of 2000.  Is that

15     how you read this document?

16 A.  Yes.

17 Q.  So as recent as, or at least the year 2000,

18     AWP was still being reported or shown

19     on price change notifications; is that

20     correct?

21           MR. CHRISTOFFERSON:  Objection.  You

22     may answer.