**6**

# First Health Services Corporation

## Pharmacy Billing Manual

*for*

### Nevada Medicaid and Nevada Check Up



*Last Updated: 05/20/05*

NV 044508

---

# First Health Services Corporation

## TABLE OF CONTENTS

SECTION 1: INTRODUCTION .............................................................. 4
  1.1 POS System Capabilities ............................................................. 4
  1.2 POS System Availability ............................................................. 4
  1.3 Provider Enrollment ................................................................... 4
  1.4 Nevada Medicaid State Policy ..................................................... 5
  1.5 The First Health Services Web Site ............................................. 5
  1.6 Service and Support ................................................................... 5
  1.7 Solving Technical Problems ....................................................... 6
  1.8 When the POS System is Down .................................................. 6
SECTION 2: PHARMACY SETUP REQUIREMENTS ................................ 7
  2.1 Software Vendor Certification .................................................... 7
  2.2 Contracted Switching Companies ............................................... 7
  2.3 Acceptable Claim Formats ......................................................... 7
  2.4 Transaction Codes ..................................................................... 7
    Full Claims Adjudication (Transaction Code B1) ........................ 8
    Claims Reversal (Transaction Code B2) .................................... 8
    Claims Re-bill (Transaction Code B3) ....................................... 8
  2.5 The Transaction Header Segment ............................................... 8
  2.6 Prescriber Dummy Numbers ...................................................... 9
SECTION 3: DRUG COVERAGE AND LIMITATIONS ............................ 10
  3.1 Covered Drugs ......................................................................... 10
  3.2 Non-Covered Drugs ................................................................. 10
  3.3 Drugs with Days Supply Limitations ........................................ 11
  3.4 Drugs with Quantity and Clinical Limitations ........................... 11
  3.5 Drugs with Age Limitations ..................................................... 12
  3.6 Drugs with Gender Limitations ................................................ 13
  3.7 Drugs with Diagnosis Limitations ............................................ 13
  3.8 Family Planning Drugs ............................................................ 13
  3.9 Intravenous (I.V.) Therapy Drugs ............................................. 14
  3.10 Hospice Drugs ....................................................................... 14
  3.11 Long Term Care (LTC) Drugs ................................................ 14
  3.12 Diabetic Supplies ................................................................... 16
SECTION 4: BILLING FOR COMPOUND DRUGS ................................ 17
  4.1 On Claim Segment .................................................................. 17
  4.2 On Compound Segment ........................................................... 18
    For Each Ingredient .................................................................. 19
SECTION 5: PARTIAL FILL FUNCTIONALITY ..................................... 20
  5.1 Required NCPDP Fields .......................................................... 20
    Initial Claim ............................................................................. 20
    Subsequent Claims ................................................................... 21
    Final Claim .............................................................................. 21
SECTION 6: CLINICAL PRIOR AUTHORIZATION REQUIREMENTS ..... 22
  6.1 Nevada Medicaid Preferred Drug List (PDL) ............................ 22
  6.2 Clinical Prior Authorization for Diabetic Supplies .................... 23
  6.3 Clinical Prior Authorization for Compound Prescriptions ......... 23
  6.4 Clinical Prior Authorization for Medicare Drugs ...................... 24
  6.5 How to Request Clinical Prior Authorization ............................ 24
  6.6 Emergency Clinical Prior Authorization Protocol ..................... 24

**First Health**
Services Corporation.

### Section 12: Provider Payment

#### 12.1 Maximum Allowable Cost

The Maximum Allowable Cost price is the lower of (1) the cost established by the Center for Medicaid and Medicare Services (CMS) for multiple source drugs that meet the criteria set forth in 42 CFR 447.332 and 1927 (f)(2) of the Act, or (2) the cost established by DHCFP for multiple source drugs under the State Maximum Allowable Cost.

#### MAC List

Nevada Medicaid and Nevada Check Up use a Maximum Allowable Cost (MAC) List to determine drug payment amounts. The MAC List is available online at http:nevada.fhsc.com. Select "MAC Information" from the "Pharmacy" drop-down menu as shown below.



#### 12.2 Payment Algorithms

Medicaid pays, for all drugs and supplies except diabetic supplies using the lowest cost algorithm from the list below:

**First Health**
Services Corporation.

- Estimated Acquisition Cost (EAC) = Average Wholesale Price (AWP) – 15% + dispense fee
- Federal Upper Limit + Dispensing fee
- Maximum Allowable Cost (MAC) List price + Dispensing fee
- Department Of Justice (DOJ) – 15% + Dispensing fee
- Gross Amount Due (NCPDP field #430-DU) *(submitted)*
- Usual and Customary (NCPDP field #426- DQ) *(submitted)*

#### Diabetic Supplies

Diabetic supplies are paid using the lowest cost algorithm from the list below:

- Average Wholesale Price (AWP) – 10% + $1.58
  (Note: $1.58 is the handling and dispensing fee)
- Gross Amount Due (NCPDP field #430-DU) *(submitted)*
- Usual and Customary (NCPDP field #426- DQ) *(submitted)*

NV 044533