9

Case 1:01-cv-12257-PBS   Document 3669-10   Filed 02/08/07   Page 2 of 18

HCFA in advance." Congressional Research Service for the House Comm. on Energy and Commerce, 103d Congress, 1st Sess., Medicaid Source Book: Background Data and Analysis (Comm. Print 1993) at 1021.

AHCCCS represented that its difficulty in producing actual expenditures for emergency services resulted from the capitated nature of its program and the fact that undocumented aliens were not separately identifiable in the MI/MN population. Identifying the costs of emergency services attributable to payment made at a capitated rate would appear to involve some process of assigning a representative value to emergency services which would then be applied to capitated rates paid for Medicaid-eligible undocumented aliens. This process necessarily involves relying on data other than the payment amounts available in systems based on fee-for-service reimbursement.

Given the fact that the Secretary has approved AHCCCS' capitated system and given the fact that Congress has mandated emergency services for undocumented aliens, we conclude that some allowance should be accorded AHCCCS in establishing the amount of its capitation payments which was attributable to costs for emergency services and the population to which these services were provided. By this we mean that the fact that AHCCCS must rely on some method other than a strict accounting of actual expenditures for emergency services does not, in and of itself, mean that AHCCCS' claim is impermissibly based on an "estimate." On the other hand, AHCCCS has the burden of documenting that its calculations reliably establish the amount of its actual, allowable expenditures.

Therefore, we uphold this part of the disallowance, subject to reduction to the extent AHCCCS fairly and reliably establishes, in accordance with our decision, what AHCCCS' actual expenditures for emergency services were during this time period. We urge the parties to consult about what information HCFA would need to establish the actual expenditures.

*Conclusion*

For the reasons discussed above, we conclude that (1) AHCCCS' costs for emergency medical services for undocumented aliens in excess of the federal medical assistance percentage (FMAP) are not allowable Medicaid expenditures; (2) AHCCCS' costs for nonemergency services, including prenatal services, for undocumented aliens are not allowable Medicaid expenditures; (3) AHCCCS' expenditures are not allowable where AHCCCS did not file a claim for those expenditures within the statutory two-year filing period; and (4) the part of AHCCCS' expenditures for emergency services for which AHCCCS timely filed a claim may be allowable at the FMAP rate if AHCCCS can establish that the claim was "based on actual recorded expenditures." While AHCCCS did not establish here that its method for calculating its actual expenditures was reliable, we conclude that, under the particular circumstances here, HCFA should provide AHCCCS a time-limited opportunity to show what its actual expenditures were for covered emergency services.

Accordingly, we uphold the disallowance in full, subject to reduction to the extent AHCCCS makes such a showing. The showing should be made within 30 days after AHCCCS receives our decision, or within such longer period as HCFA allows. If AHCCCS is dissatisfied with HCFA's determination on this limited issue, AHCCCS may appeal that determination to the Board within 30 days of receiving it.

---

[¶ 44,448]  **Drug Lists for Establishing Upper Limits on Payments.**

*State Medicaid Manual*, HCFA Pub. 45-6, Transmittal No. 30, June 1, 1996.

### Medicaid: Drug Reimbursement

**Medicaid payments—Requirements for state plans—Reimbursement in general—Drugs-payment limits.**—The *State Medicaid Manual* has been revised to update the list of multiple source drugs used by states to determine the upper limits for Medicaid reimbursement for prescription drugs

See ¶ 14,723.29

The prior drug list appears at 1996-1 Transfer Binder ¶ 43,968.

[CCH Note: Instructions for removing and inserting pages have not been reproduced here.]

**[Text of Transmittal]**

CHANGED IMPLEMENTING INSTRUCTIONS—EFFECTIVE DATE: August 1, 1996

*Addendum A* updates the drug ingredient prices used by States to establish upper limits for prescription drugs under 42 CFR 447.332 and § 1927(e) of the Social Security Act.

**DISCLAIMER:** The revision date and transmittal number only apply to the red-lined material. All other material was previ-

ously published in the manual and is only being reprinted.

[Text of Revision]

*Addendum A.*—The following listing of multiple source drugs meets the criteria set forth in 42 CFR 447.332 and § 1927(e) of the Act, as amended by OBRA 1993. The development of the current Federal Upper Limit (FUL) listing has been accomplished by computer. Payments for multiple source drugs identified and listed in the accompanying addendum must not exceed, in the aggregate, payment levels determined by applying to each drug entity a reasonable dispensing fee (established by the State and specified in the State plan), plus an amount based on the limit per unit which HCFA has determined to be equal to a 150 percent applied to the lowest price listed (in package sizes of 100 units, unless otherwise noted) in any of the published compendia of cost information of drugs. The listing is based on data current as of April 1996 from the First Data Bank *(Blue Book)*, *Medi-Span*, and the *Red Book*. The revised Addendum A no longer references the commonly known brand names. However, the brand names are included in the FUL listing provided to the State agencies in electronic media format. The FUL price list is updated approximately every 6 months.

In accordance with current policy, Federal financial participation will not be provided for any drug on the FUL listing for which the FDA has issued a notice of an opportunity for a hearing as a result of the Drug Efficacy Study and Implementation (DESI) program and which has been found to be a less than effective or is identical, related or similar (IRS) to the DESI drug. The DESI drug is identified by the Food and Drug Administration or reported by the drug manufacturer for purposes of the Medicaid drug rebate program.

*The effective date of this list is August 1, 1996.*

| Generic Name | Generic Upper Limit/Unit Source* |
|---|---|
| Acetaminophen; Butalbital; Caffeine | |
|   325 mg; 50 mg; 40 mg, Capsule, Oral 100 | $0.1193 M |
|   325 mg; 50 mg; 40 mg, Tablet, Oral 100 | 0.0540 B |
| Acetaminophen; Codeine Phosphate | |
|   300 mg; 15 mg, Tablet, Oral 100 | 0.0443 B |
|   300 mg; 30 mg, Tablet, Oral 100 | 0.0675 B |
|   300 mg; 60 mg, Tablet, Oral 100 | 0.1043 B |
| Acetaminophen, Hydrocodone Bitartrate | |
|   500 mg, 5 mg, Capsule, Oral 100 | 0.1763 B |
|   500 mg; 5 mg, Tablet, Oral 100 | 0.0653 B |
|   500 mg; 7.5 mg, Tablet, Oral 100 | 0.3165 M |
|   750 mg; 7.5 mg, Tablet, Oral 100 | 0.3060 B |
| Acetaminophen; Oxycodone Hydrochloride | |
|   500 mg; 5 mg, Capsule, Oral 100 | 0.3248 B |
|   325 mg; 5 mg, Tablet, Oral 100 | 0.1343 B |
| Acetaminophen; Propoxyphene Hydrochloride | |
|   650 mg; 65 mg, Tablet, Oral 100 | 0.1493 B |
| Acetaminophen; Propoxyphene Napsylate | |
|   650 mg; 100 mg, Tablet, Oral 100 | 0.0873 B |
| Acetazolamide | |
|   125 mg, Tablet, Oral 100 | 0.0839 B |
|   250 mg, Tablet, Oral 100 | 0.0938 B |
| Acetic Acid, Glacial | |
|   2%, Solution/Drops, Otic 15 ml | 0.1250 B |
| Acetohexamide | |
|   250 mg, Tablet, Oral 100 | 0.2363 M |
|   500 mg, Tablet, Oral 100 | 0.3225 B |
| Albuterol Sulfate | |
|   Eq. 2 mg base, Tablet, Oral 100 | 0.0323 B |
|   Eq. 4 mg base, Tablet, Oral 100 | 0.0540 B |
|   Eq. 2 mg base/5 ml, Syrup, Oral 480 ml | 0.0195 B |

Case 1:01-cv-12257-PBS   Document 3669-10   Filed 02/08/07   Page 4 of 18

| Generic Name | Generic Upper Limit/Unit Source |
|---|---|
| **Allopurinol** | |
| 100 mg, Tablet, Oral 100 | 0.0323 B |
| 300 mg, Tablet, Oral 100 | 0.0743 B |
| **Alprazolam** | |
| 0.25 mg, Tablet, Oral 100 | 0.0507 B |
| 0.5 mg, Tablet, Oral 100 | 0.0638 B |
| 1 mg, Tablet, Oral 100 | 0.0848 B |
| 2 mg, Tablet, Oral 100 | 0.2066 B |
| **Amantadine Hydrochloride** | |
| 100 mg, Capsule, Oral 100 | 0.1913 B |
| 50 mg/5 ml, Syrup, Oral 480 ml | 0.0948 B |
| **Amiloride Hydrochloride; Hydrochlorothiazide** | |
| Eq. 5 mg Anhydrous; 50 mg, Tablet, Oral 100 | 0.0668 B |
| **Aminophylline** | |
| 100 mg, Tablet, Oral 100 | 0.0344 B |
| 200 mg, Tablet, Oral 100 | 0.0539 B |
| **Amitriptyline Hydrochloride** | |
| 10 mg, Tablet, Oral 100 | 0.0173 B |
| 25 mg, Tablet, Oral 100 | 0.0210 B |
| 50 mg, Tablet, Oral 100 | 0.0278 B |
| 75 mg, Tablet, Oral 100 | 0.0353 B |
| 100 mg, Tablet, Oral 100 | 0.0428 B |
| 150 mg, Tablet, Oral 100 | 0.0698 B |
| **Amitriptyline Hydrochloride; Chlordiazepoxide** | |
| Eq. 12.5 mg base; 5 mg, Tablet, Oral 100 | 0.1793 B |
| Eq. 25 mg base; 10 mg, Tablet, Oral 100 | 0.2588 B |
| **Amitriptyline Hydrochloride; Perphenazine** | |
| 10 mg; 2 mg, Tablet, Oral 100 | 0.0540 B |
| 10 mg; 4 mg, Tablet, Oral 100 | 0.0623 B |
| 25 mg; 2 mg, Tablet, Oral 100 | 0.0713 B |
| 25 mg; 4 mg, Tablet, Oral 100 | 0.0848 B |
| 50 mg; 4 mg, Tablet, Oral 100 | 0.1793 B |
| **Amoxapine** | |
| 25 mg, Tablet, Oral 100 | 0.4103 B |
| 50 mg, Tablet, Oral 100 | 0.6323 B |
| 100 mg, Tablet, Oral 100 | 1.1070 B |
| 150 mg, Tablet, Oral 30 | 1.6850 B |
| **Amoxicillin** | |
| 250 mg, Capsule, Oral 100 | 0.0773 B |
| 500 mg, Capsule, Oral 100 | 0.2294 B |
| 125 mg/5 ml, Powder for reconstitution, Oral 80 ml | 0.0281 B |
| 125 mg/5 ml, Powder for reconstitution, Oral 100 ml | 0.0173 B |
| 125 mg/5 ml, Powder for reconstitution, Oral 150 ml | 0.0129 B |
| 250 mg/5 ml, Powder for reconstitution, Oral 80 ml | 0.0540 B |
| 250 mg/5 ml, Powder for reconstitution, Oral 100 ml | 0.0255 B |
| 250 mg/5 ml, Powder for reconstitution, Oral 150 ml | 0.0185 B |
| **Ampicillin/Ampicillin Trihydrate** | |
| Eq. 250 mg base, Capsule, Oral 100 | 0.0737 B |
| Eq. 500 mg base, Capsule, Oral 100 | 0.1343 B |
| Eq. 125 mg base/5 ml Powder for reconstitution, Oral 100 ml | 0.0225 M |
| Eq. 125 mg base/5 ml Powder for reconstitution, Oral 200 ml | 0.0176 B |
| Eq. 250 mg base/5 ml Powder for reconstitution, Oral 100 ml | 0.0315 M |
| Eq. 250 mg base/5 ml Powder for reconstitution, Oral 200 ml | 0.0255 B |
| **Aspirin; Butalbital; Caffeine** | |
| 325 mg; 50 mg; 40 mg, Capsule, Oral 100 | 0.3443 B |

**49,566**  New Developments  913 7-2-96

| Generic Name | Generic Upper Limit/Unit Source* |
|---|---|
| 325 mg; 50 mg; 40 mg, Tablet, Oral 100 | 0.0390 M |
| Aspirin; Caffeine; Propoxyphene Hydrochloride | |
| 389 mg; 32.4 mg; 65 mg, Capsule, Oral 100 | 0.1689 B |
| Aspirin; Carisoprodol | |
| 325 mg; 200 mg, Tablet, Oral 100 | 0.6293 B |
| Aspirin; Methocarbamol | |
| 325 mg; 400 mg, Tablet, Oral 100 | 0.1515 B |
| Aspirin; Oxycodone Hydrochloride; Oxycodone Terephthalate | |
| 325 mg; 4.5 mg; 0.38 mg, Tablet, Oral 100 | 0.1763 B |
| Atenolol | |
| 25 mg, Tablet, Oral 100 | 0.0909 B |
| 50 mg, Tablet, Oral 100 | 0.0491 B |
| 100 mg, Tablet, Oral 100 | 0.0945 B |
| Atenolol; Chlorthalidone | |
| 50 mg; 25 mg, Tablet, Oral 100 | 0.5843 B |
| 100 mg; 25 mg, Tablet, Oral 100 | 0.8625 B |
| Bacitracin Zinc; Neomycin Sulfate; Polymyxin B Sulfate | |
| 400 units/gm; Eq. 3.5 mg base/gm; 10,000 units/gm Ointment, Ophthalmic 3.5 gm | 1.1529 B |
| Baclofen | |
| 10 mg, Tablet, Oral 100 | 0.1088 B |
| 20 mg, Tablet, Oral 100 | 0.2093 B |
| Benzonatate | |
| 100 mg, Capsule, Oral 100 | 0.4860 B |
| Benztropine Mesylate | |
| 0.5 mg, Tablet, Oral 100 | 0.0240 B |
| 1 mg, Tablet, Oral 100 | 0.0263 B |
| 2 mg, Tablet, Oral 100 | 0.0330 B |
| Betamethasone Dipropionate | |
| Eq. 0.05% base, Cream, Topical 15 gm | 0.2250 B |
| Eq. 0.05% base, Cream, Topical 45 gm | 0.1517 B |
| Eq. 0.05% base, Lotion, Topical 20 ml | 0.1598 B |
| Eq. 0.05% base, Lotion, Topical 60 ml | 0.1595 B |
| Eq. 0.05% base, Ointment, Topical 15 gm | 0.3750 B |
| Eq. 0.05% base, Ointment, Topical 45 gm | 0.2153 B |
| Betamethasone Valerate | |
| Eq. 0.1% base, Cream, Topical 15 gm | 0.1300 B |
| Eq. 0.1% base, Cream, Topical 45 gm | 0.0733 B |
| Eq. 0.1% base, Lotion, Topical 60 ml | 0.1112 B |
| Eq. 0.1% base, Ointment, Topical 15 gm | 0.1650 B |
| Eq. 0.1% base, Ointment, Topical 45 gm | 0.1163 B |
| Bethanechol Chloride | |
| 5 mg, Tablet, Oral 100 | 0.0210 B |
| 10 mg, Tablet, Oral 100 | 0.0248 B |
| 25 mg, Tablet, Oral 100 | 0.0345 B |
| 50 mg, Tablet, Oral 100 | 0.0743 B |
| Bromodiphenhydramine Hydrochloride; Codeine Phosphate | |
| 12.5 mg/5 ml; 10 mg/5 ml, Syrup, Oral 480 ml | 0.0186 B |
| Brompheniramine Maleate; Codeine Phosphate; Phenylpropanolamine Hydrochloride | |
| 2 mg/5 ml; 10 mg/5 ml; 12.5 mg/5 ml, Syrup, Oral 480 ml | 0.0244 B |
| Brompheniramine Maleate; Dextromethorphan Hydrobromide; Pseudoephedrine Hydrochloride | |
| 2 mg/5 ml; 10 mg/5 ml; 30 mg/5 ml, Syrup, Oral 480 ml | 0.0120 B |
| Butabarbital Sodium | |
| 30 mg/5 ml, Elixir, Oral 480 ml | 0.0135 B |

| Generic Name | Generic Upper Limit/Unit Source* |
|---|---|
| Carbamazepine | |
|   200 mg, Tablet, Oral 100 | 0.1493 B |
|   100 mg, Tablet, chewable, Oral 100 | 0.1467 B |
| Carbidopa; Levodopa | |
|   10 mg; 100 mg, Tablet, Oral 100 | 0.2903 B |
|   25 mg; 100 mg, Tablet, Oral 100 | 0.3129 B |
|   25 mg; 250 mg, Tablet, Oral 100 | 0.3699 B |
| Carisoprodol | |
|   350 mg, Tablet, Oral 100 | 0.0672 B |
| Cefaclor | |
|   250 mg Capsule, Oral 100 | 1.7993 B |
|   500 mg Capsule, Oral 100 | 3.5025 B |
|   Eq. 125 mg base/5 ml | |
|     Powder for reconstitution, Oral 75 ml | 0.1990 B |
|   Eq. 125 mg base/5 ml | |
|     Powder for reconstitution, Oral 150 ml | 0.1975 B |
|   Eq. 250 mg base/5 ml | |
|     Powder for reconstitution, Oral 75 ml | 0.3790 B |
|   Eq. 250 mg base/5 ml | |
|     Powder for reconstitution, Oral 150 ml | 0.3575 B |
|   Eq. 375 mg base/5 ml | |
|     Powder for reconstitution, Oral 50 ml | 0.5685 B |
|   Eq. 375 mg base/5 ml | |
|     Powder for reconstitution, Oral 100 ml | 0.5363 B |
| Cephalexin | |
|   Eq. 250 mg base, Capsule, Oral 100 | 0.1163 B |
|   Eq. 500 mg base, Capsule, Oral 100 | 0.2243 B |
|   Eq. 125 mg base/5 ml | |
|     Powder for reconstitution, Oral 100 ml | 0.0308 B |
|   Eq. 125 mg base/5 ml | |
|     Powder for reconstitution, Oral 200 ml | 0.0221 B |
|   Eq. 250 mg base/5 ml | |
|     Powder for reconstitution, Oral 100 ml | 0.0443 B |
|   Eq. 250 mg base/5 ml | |
|     Powder for reconstitution, Oral 200 ml | 0.0386 B |
|   Eq. 250 mg base, Tablet, Oral 100 | 0.2999 B |
|   Eq. 500 mg base, Tablet, Oral 100 | 0.6351 B |
| Cephradine | |
|   250 mg, Capsule, Oral 100 | 0.3281 B |
|   500 mg, Capsule, Oral 100 | 0.6263 B |
|   125 mg/5 ml, | |
|     Powder for reconstitution, Oral 100 ml | 0.0669 B |
|   250 mg/5 ml, | |
|     Powder for reconstitution, Oral 100 ml | 0.1251 B |
| Chlordiazepoxide Hydrochloride | |
|   5 mg, Capsule, Oral 100 | 0.0296 B |
|   10 mg, Capsule, Oral 100 | 0.0315 B |
|   25 mg, Capsule, Oral 100 | 0.0371 B |
| Chlorothiazide | |
|   250 mg, Tablet, Oral 100 | 0.0498 M |
|   500 mg, Tablet, Oral 100 | 0.0576 B |
| Chlorpheniramine Maleate | |
|   4 mg, Tablet, Oral 100 | 0.0103 B |
| Chlorpromazine Hydrochloride | |
|   100 mg/ml, Concentrate, Oral 120 ml | 0.0744 M |
|   100 mg/ml, Concentrate, Oral 240 ml | 0.1257 M |
| Chlorpropamide | |
|   100 mg, Tablet, Oral 100 | 0.0309 B |
|   250 mg, Tablet, Oral 100 | 0.0483 B |

**49,568**                New Developments                913  7-2-96

| Generic Name | Generic Upper Limit/Unit Source* |
|---|---|
| Chlorthalidone | |
|   25 mg, Tablet, Oral 100 | 0.0311 B |
|   50 mg, Tablet, Oral 100 | 0.0348 B |
| Chlorthalidone; Clonidine Hydrochloride | |
|   15 mg; 0.1 mg, Tablet, Oral 100 | 0.2040 B |
|   15 mg; 0.2 mg, Tablet, Oral 100 | 0.2625 B |
|   15 mg; 0.3 mg, Tablet, Oral 100 | 0.3225 B |
| Chlorzoxazone | |
|   250 mg, Tablet, Oral 100 | 0.0528 B |
|   500 mg, Tablet, Oral 100 | 0.1043 B |
| Cimetidine | |
|   200 mg, Tablet, Oral 100 | 0.2481 B |
|   300 mg, Tablet, Oral 100 | 0.2481 B |
|   400 mg, Tablet, Oral 100 | 0.3954 B |
|   800 mg, Tablet, Oral 100 | 0.8793 B |
| Cimetidine Hydrochloride | |
|   Eq. 300 mg base/5 ml, Solution, Oral 480 ml | 0.2322 B |
| Clemastine Fumarate | |
|   2.68 mg, Tablet, Oral 100 | 0.8213 B |
| Clindamycin Hydrochloride | |
|   Eq. 150 mg base, Capsule, Oral 100 | 0.7043 B |
| Clobetasol Propionate | |
|   0.05%, Cream, Topical 15 gm | 1.4300 B |
|   0.05%, Cream, Topical 30 gm | 0.9895 B |
|   0.05%, Cream, Topical 45 gm | 0.9600 B |
|   0.05%, Ointment, Topical 15 gm | 1.4300 B |
|   0.05%, Ointment, Topical 30 gm | 0.9895 B |
|   0.05%, Ointment, Topical 45 gm | 0.9600 B |
| Clofibrate | |
|   500 mg, Capsule, Oral 100 | 0.1313 B |
| Clonidine Hydrochloride | |
|   0.1 mg, Tablet, Oral 100 | 0.0240 B |
|   0.2 mg, Tablet, Oral 100 | 0.0270 B |
|   0.3 mg, Tablet, Oral 100 | 0.0338 B |
| Clorazepate Dipotassium | |
|   3.75 mg, Tablet, Oral 100 | 0.0375 B |
|   7.5 mg, Tablet, Oral 100 | 0.0413 B |
|   15 mg, Tablet, Oral 100 | 0.0480 B |
| Cloxacillin Sodium | |
|   Eq. 250 mg base, Capsule, Oral 100 | 0.2175 B |
|   Eq. 500 mg base, Capsule, Oral 100 | 0.3893 B |
|   Eq. 125 mg base/5 ml | |
|     Powder for reconstitution, Oral 100 ml | 0.0462 B |
|   Eq. 125 mg base/5 ml | |
|     Powder for reconstitution, Oral 200 ml | 0.0431 B |
| Codeine Phosphate; Phenylephrine Hydrochloride; Promethazine Hydrochloride | |
|   10 mg/5 ml; 5mg/5 ml; 6.25 mg/5 ml, Syrup, Oral 480 ml | 0.0130 B |
| Codeine Phosphate; Promethazine Hydrochloride | |
|   10 mg/5 ml; 6.25 mg/5 ml, Syrup, Oral 480 ml | 0.0111 B |
| Codeine Phosphate; Pseudoephedrine Hydrochloride; Triprolidine Hydrochloride | |
|   10 mg/5 ml; 30 mg/5 ml; 1.25 mg/5 ml, Syrup, Oral 480 ml | 0.0103 B |
| Cyclobenzaprine Hydrochloride | |
|   10 mg, Tablet, Oral 100 | 0.1328 B |
| Cyclopentolate Hydrochloride | |
|   1%, Solution/Drops, Ophthalmic 15 ml | 0.6500 B |

| | |
|---|---|
| 913  7-2-96   New Developments | **49,569** |

| Generic Name | Generic Upper Limit/Unit Source |
|---|---|
| **Cyproheptadine Hydrochloride** | |
| 2 mg/5 ml, Syrup, Oral 480 ml | 0.0133 B |
| 4 mg, Tablet, Oral 100 | 0.0188 B |
| **Desipramine Hydrochloride** | |
| 25 mg, Tablet, Oral 100 | 0.0938 B |
| 50 mg, Tablet, Oral 100 | 0.1485 B |
| 75 mg, Tablet, Oral 100 | 0.1718 B |
| 100 mg, Tablet, Oral 100 | 0.4089 B |
| **Desonide** | |
| 0.05%, Cream, Topical 15 gm | 0.6110 B |
| 0.05%, Cream, Topical 60 gm | 0.4178 B |
| **Desoximetasone** | |
| 0.05%, Cream, Topical 15 gm | 0.5240 B |
| 0.05%, Cream, Topical 60 gm | 0.3370 B |
| 0.25%, Cream, Topical 15 gm | 0.6900 B |
| 0.25%, Cream, Topical 60 gm | 0.4118 B |
| **Dexamethasone** | |
| 0.5 mg/5 ml, Elixir, Oral 100 ml | 0.1118 M |
| **Dexamethasone; Neomycin Sulfate; Polymyxin B Sulfate** | |
| 0.1%; Eq. 3.5 mg base/gm; 10,000 units/gm Ointment, Ophthalmic 3.5 gm | 1.2643 B |
| **Dexamethasone Sodium Phosphate** | |
| Eq. 0.05% Phosphate, Ointment, Ophthalmic 3.5 gm | 0.9600 B |
| Eq. 0.1% Phosphate, Solution/Drops, Ophthalmic 5 ml | 0.5370 B |
| **Dexamethasone Sodium Phosphate; Neomycin Sulfate** | |
| Eq. 0.1% Phosphate; Eq. 3.5 mg base/ml Solution/Drops, Ophthalmic 5 ml | 1.3500 B |
| **Dextromethorphan Hydrobromide; Promethazine Hydrochloride** | |
| 15 mg/5 ml; 6.25 mg/5 ml, Syrup, Oral 480 ml | 0.0109 B |
| **Diazepam** | |
| 2 mg, Tablet, Oral 100 | 0.0209 B |
| 5 mg, Tablet, Oral 100 | 0.0221 B |
| 10 mg, Tablet, Oral 100 | 0.0246 B |
| *Diclofenac Sodium* | |
| 25 mg, Tablet, Delayed Release, Oral 100 | 0.4308 B |
| 50 mg, Tablet, Delayed Release, Oral 100 | 0.8375 B |
| 75 mg, Tablet, Delayed Release, Oral 100 | 1.0140 B |
| **Dicloxacillin Sodium** | |
| Eq. 250 mg base, Capsule, Oral 100 | 0.1943 B |
| Eq. 500 mg base, Capsule, Oral 100 | 0.3743 B |
| **Dicyclomine Hydrochloride** | |
| 20 mg, Tablet, Oral 100 | 0.2618 M |
| **Diethylpropion Hydrochloride** | |
| 25 mg, Tablet, Oral 100 | 0.0537 B |
| **Diltiazem Hydrochloride** | |
| 60 mg, Capsule, extended release, Oral 100 | 0.7430 B |
| 90 mg, Capsule, extended release, Oral 100 | 0.8498 B |
| 30 mg, Tablet, Oral 100 | 0.1170 B |
| 60 mg, Tablet, Oral 100 | 0.1809 B |
| 90 mg, Tablet, Oral 100 | 0.2309 B |
| 120 mg, Tablet, Oral 100 | 0.3035 B |
| **Diphenhydramine Hydrochloride** | |
| 25 mg, Capsule, Oral 100 | 0.0169 B |
| 50 mg, Capsule, Oral 100 | 0.0206 B |
| 12.5 mg/5 ml, Elixir, Oral 480 ml | 0.0061 B |
| **Dipyridamole** | |

| Generic Name | Generic Upper Limit/Unit Source* |
|---|---|
| 25 mg, Tablet, Oral 100 | 0.0270 B |
| 50 mg, Tablet, Oral 100 | 0.0413 B |
| 75 mg, Tablet, Oral 100 | 0.0593 B |
| **Disopyramide Phosphate** | |
| Eq. 100 mg base, Capsule, Oral 100 | 0.1043 B |
| Eq. 150 mg base, Capsule, Oral 100 | 0.1193 B |
| **Doxepin Hydrochloride** | |
| Eq. 10 mg base, Capsule, Oral 100 | 0.0398 B |
| Eq. 25 mg base, Capsule, Oral 100 | 0.0443 B |
| Eq. 50 mg base, Capsule, Oral 100 | 0.0660 B |
| Eq. 75 mg base, Capsule, Oral 100 | 0.0893 B |
| Eq. 100 mg base, Capsule, Oral 100 | 0.1125 B |
| Eq. 150 mg base, Capsule, Oral 100 | 0.2993 B |
| Eq. 10 mg base/ml, Concentrate, Oral 120 ml | 0.1362 B |
| **Doxycycline Hyclate** | |
| Eq. 100 mg base, Capsule, Oral 50 | 0.1125 B |
| Eq. 100 mg base, Capsule Coated Pellets, Oral 50 | 1.8585 B |
| Eq. 100 mg base, Tablet, Oral 50 | 0.1125 B |
| **Ergocalciferol** | |
| 50,000 iu, Capsule, Oral 100 | 0.0578 B |
| **Ergoloid Mesylates** | |
| 1 mg, Tablet, Oral 100 | 0.1388 B |
| 1 mg, Tablet, Sublingual 100 | 0.0957 B |
| **Erythromycin** | |
| 250 mg, Capsule, Delayed Release Pellets, Oral 100 | 0.1913 B |
| 2%, Gel, Topical 30 gm | 0.5245 B |
| 2%, Gel, Topical 60 gm | 0.4997 B |
| 5 mg/gm, Ointment, Ophthalmic 3.5 gm | 1.2171 B |
| 2%, Solution, Topical 60 ml | 0.0650 B |
| 333 mg, Tablet, Delayed Release, Oral 100 | 0.3449 B |
| **Erythromycin Estolate** | |
| Eq. 250 mg base, Capsule, Oral 100 | 0.2292 B |
| Eq. 125 mg base/5 ml, Suspension, Oral 480 ml | 0.0512 B |
| Eq. 250 mg base/5 ml, Suspension, Oral 480 ml | 0.0858 B |
| **Erythromycin Ethylsuccinate** | |
| Eq. 200 mg base/5 ml, Granule, Oral 100 ml | 0.0818 B |
| Eq. 200 mg base/5 ml, Granule, Oral 200 ml | 0.0782 B |
| Eq. 200 mg base/5 ml, Suspension, Oral 100 ml | 0.0569 M |
| Eq. 200 mg base/5 ml, Suspension, Oral 200 ml | 0.0697 M |
| Eq. 200 mg base/5 ml, Suspension, Oral 480 ml | 0.0248 B |
| Eq. 400 mg base/5 ml, Suspension, Oral 480 ml | 0.0436 B |
| Eq. 400 mg base, Tablet, Oral 100 | 0.2160 B |
| **Erythromycin Ethylsuccinate; Sulfisoxazole Acetyl** | |
| Eq. 200 mg base/5 ml; Eq. 600 mg base/5 ml Granule, Oral 100 ml | 0.0893 B |
| Eq. 200 mg base/5 ml; Eq. 600 mg base/5 ml Granule, Oral 200 ml | 0.0824 B |
| **Erythromycin Stearate** | |
| Eq. 250 mg base, Tablet, Oral 100 | 0.1425 M |
| Eq. 500 mg base, Tablet Oral 100 | 0.2175 B |
| **Estropipate** | |
| 3 mg, Tablet, Oral 100 | 1.0940 B |
| **Ethinyl Estradiol; Norethindrone** | |
| 0.035 mg; 0.5 mg, Tablet, Oral-21 21 | 0.8271 B |
| 0.035 mg; 1 mg, Tablet, Oral-21 21 | 0.5367 B |
| 0.035 mg; 0.5 mg, Tablet, Oral-28 28 | 0.4025 B |
| 0.035 mg; 1 mg, Tablet, Oral-28 28 | 0.3828 B |

| | |
|---|---:|
| 913  7-2-96   New Developments | **49,571** |

| Generic Name | Generic Upper Limit/Unit Source* |
|---|---:|
| **Fenoprofen Calcium** | |
| Eq. 600 mg base, Tablet, Oral 100 | 0.1920 B |
| **Fluocinolone Acetonide** | |
| 0.01%, Cream, Topical 15 gm | 0.0840 B |
| 0.01%, Cream, Topical 60 gm | 0.0413 B |
| 0.025%, Cream, Topical 15 gm | 0.1050 B |
| 0.025%, Cream, Topical 60 gm | 0.0612 B |
| 0.025%, Cream, Topical 425 gm | 0.0896 B |
| 0.025%, Ointment, Topical 15 gm | 0.1910 B |
| 0.025%, Ointment, Topical 60 gm | 0.0968 B |
| 0.01%, Solution, Topical 20 ml | 0.1763 B |
| 0.01%, Solution, Topical 60 ml | 0.0938 B |
| **Fluocinonide** | |
| 0.05%, Cream, Topical 15 gm | 0.2350 B |
| 0.05%, Cream, Topical 30 gm | 0.1825 B |
| 0.05%, Cream, Topical 60 gm | 0.1625 B |
| 0.05%, Cream, Topical 120 gm | 0.1969 B |
| 0.05%, Gel, Topical 60 gm | 0.5978 B |
| 0.05%, Ointment, Topical 15 gm | 1.1480 B |
| 0.05%, Ointment, Topical 30 gm | 0.7995 B |
| 0.05%, Ointment, Topical 60 gm | 0.6680 B |
| 0.05%, Solution, Topical 60 ml | 0.2738 B |
| **Fluphenazine Hydrochloride** | |
| 5mg/ml, Concentrate, Oral 120 | 1.1394 B |
| 1 mg, Tablet, Oral 100 | 0.2363 B |
| 2.5 mg, Tablet, Oral 100 | 0.3473 B |
| 5 mg, Tablet, Oral 100 | 0.4275 B |
| 10 mg, Tablet, Oral 100 | 0.5288 B |
| **Flurazepam Hydrochloride** | |
| 15 mg, Capsule, Oral 100 | 0.0525 B |
| 30 mg, Capsule, Oral 100 | 0.0675 B |
| **Flurbiprofen** | |
| 50 mg, Tablet, Oral 100 | 0.7572 B |
| 100 mg, Tablet, Oral 100 | 0.7499 B |
| **Folic Acid** | |
| 1 mg, Tablet, Oral 100 | 0.0323 B |
| **Furosemide** | |
| 20 mg, Tablet, Oral 100 | 0.0203 B |
| 40 mg, Tablet, Oral 100 | 0.0248 M |
| 80 mg, Tablet, Oral 100 | 0.0563 B |
| **Gemfibrozil** | |
| 600 mg, Tablet, Oral 60 | 0.2330 B |
| **Gentamicin Sulfate** | |
| Eq. 0.1% base, Cream, Topical 15 gm | 0.1350 B |
| Eq. 0.3% base, Ointment, Ophthalmic 3.5 gm | 3.8571 B |
| Eq. 0.1% base, Ointment, Topical 15 gm | 0.1350 B |
| Eq. 0.1% base, Ointment, Topical 30 gm | 0.1405 B |
| Eq. 3 mg base/ml, Solution/Drops, Ophthalmic 5 ml | 0.7500 B |
| Eq. 3 mg base/ml, Solution/Drops, Ophthalmic 15 ml | 0.4150 B |
| **Glipizide** | |
| 5 mg, Tablet, Oral 100 | 0.1823 B |
| 10 mg, Tablet, Oral 100 | 0.3353 B |
| **Gramicidin; Neomycin Sulfate; Polymyxin B Sulfate** | |
| 0.025 mg/ml; Eq. 1.75 mg base/ml; 10,000 units/ml Solution/Drops, Ophthalmic 10 ml | 0.5025 B |
| **Griseofulvin, Ultramicrocrystalline** | |
| 125 mg, Tablet, Oral 100 | 0.4326 B |
| 165 mg, Tablet, Oral 100 | 0.6750 M |

**49,572**          New Developments          913   7-2-96

| Generic Name | Generic Upper Limit/Unit Source |
|---|---|
| 250 mg, Tablet, Oral 100 | 0.7580 B |
| 330 mg, Tablet, Oral 100 | 0.8175 B |
| **Guanabenz Acetate** | |
| Eq. 4 mg base, Tablet, Oral 100 | 0.5325 B |
| Eq. 8 mg base, Tablet, Oral 100 | 0.8048 B |
| **Haloperidol** | |
| 0.5 mg, Tablet, Oral 100 | 0.0188 B |
| 1 mg, Tablet, Oral 100 | 0.0210 B |
| 2 mg, Tablet, Oral 100 | 0.0203 B |
| 5 mg, Tablet, Oral 100 | 0.0293 B |
| 10 mg, Tablet, Oral 100 | 0.0405 B |
| 20 mg, Tablet, Oral 100 | 0.1200 B |
| **Haloperidol Lactate** | |
| Eq. 2 mg base/ml, Concentrate, Oral 15 ml | 0.5290 B |
| Eq. 2 mg base/ml, Concentrate, Oral 120 ml | 0.1313 B |
| **Homatropine Methylbromide; Hydrocodone Bitartrate** | |
| 1.5 mg/5 ml; 5mg/5 ml, Syrup, Oral 480 ml | 0.0186 B |
| **Hydralazine Hydrochloride** | |
| 10 mg, Tablet, Oral 100 | 0.0188 B |
| 25 mg, Tablet, Oral 100 | 0.0188 B |
| 50 mg, Tablet, Oral 100 | 0.0263 B |
| 100 mg, Tablet, Oral 100 | 0.0428 B |
| **Hydralazine Hydrochloride; Hydrochlorothiazide** | |
| 25 mg; 25 mg, Capsule, Oral 100 | 0.0788 B |
| 50 mg; 50 mg, Capsule, Oral 100 | 0.0915 B |
| 100 mg; 50 mg, Capsule, Oral 100 | 0.1928 B |
| **Hydrochlorothiazide** | |
| 25 mg, Tablet, Oral 100 | 0.0168 B |
| 50 mg, Tablet, Oral 100 | 0.0231 B |
| 100 mg, Tablet, Oral 100 | 0.0443 B |
| **Hydrochlorothiazide; Methyldopa** | |
| 15 mg; 250 mg, Tablet, Oral 100 | 0.1043 B |
| 25 mg; 250 mg, Tablet, Oral 100 | 0.1043 B |
| 30 mg; 500 mg, Tablet, Oral 100 | 0.4478 B |
| 50 mg; 500 mg, Tablet, Oral 100 | 0.4913 B |
| **Hydrochlorothiazide; Propranolol Hydrochloride** | |
| 25 mg; 40 mg, Tablet, Oral 100 | 0.0675 B |
| 25 mg; 80 mg, Tablet, Oral 100 | 0.0923 B |
| **Hydrochlorothiazide; Spironolactone** | |
| 25 mg; 25 mg, Tablet, Oral 100 | 0.0533 B |
| **Hydrochlorothiazide; Triamterene** | |
| 25 mg; 50 mg, Capsule, Oral 100 | 0.1883 B |
| 25 mg; 37.5 mg, Tablet, Oral 100 | 0.3135 B |
| 50 mg; 75 mg, Tablet, Oral 100 | 0.0578 M |
| **Hydrocortisone** | |
| 0.5%, Cream, Topical 15 gm | 0.1140 B |
| 0.5%, Cream, Topical 30 gm | 0.0400 B |
| 0.5%, Cream, Topical 45 gm | 0.0520 B |
| 0.5%, Cream, Topical 120 gm | 0.0405 B |
| 0.5%, Cream, Topical 454 gm | 0.0293 B |
| 1%, Cream, Topical 30 gm | 0.0645 B |
| 2.5%, Cream, Topical 20 gm | 0.2063 B |
| 2.5%, Cream, Topical 30 gm | 0.1550 B |
| 0.5%, Lotion, Topical 60 ml | 0.0398 B |
| 0.5%, Lotion, Topical 120 ml | 0.0400 B |
| 1%, Lotion, Topical 60 ml | 0.0687 M |
| 1%, Lotion, Topical 120 ml | 0.0506 M |
| 2.5%, Lotion, Topical 60 ml | 0.2875 B |

| Generic Name | Generic Upper Limit/Unit Source* |
|---|---|
| 1%, Ointment, Topical 30 gm | 0.0645 B |
| 2.5%, Ointment, Topical 20 gm | 0.2738 B |
| **Hydrocortisone; Neomycin Sulfate; Polymyxin B Sulfate** | |
| 1%; Eq. 3.5 mg base/ml; 10,000 units/ml Solution/Drops, Otic 7.5 ml | 1.4520 B |
| 1%; Eq. 3.5 mg base/ml; 10,000 units/ml Suspension, Otic 10 ml | 0.8565 B |
| **Hydroxychloroquine Sulfate** | |
| 200 mg, Tablet, Oral 100 | 1.2174 B |
| **Hydroxyzine Hydrochloride** | |
| 10 mg/5 ml, Syrup, Oral 480 ml | 0.0167 M |
| 10 mg, Tablet, Oral 100 | 0.0240 B |
| 25 mg, Tablet, Oral 100 | 0.0345 B |
| 50 mg, Tablet, Oral 100 | 0.0413 B |
| **Hydroxyzine Pamoate** | |
| Eq. 100 mg hcl, Capsule, Oral 100 | 0.2243 B |
| Eq. 25 mg hcl, Capsule, Oral 100 | 0.1140 B |
| Eq. 50 mg hcl, Capsule, Oral 100 | 0.1163 B |
| **Ibuprofen** | |
| 400 mg, Tablet, Oral 100 | 0.0338 B |
| 600 mg, Tablet, Oral 100 | 0.0443 B |
| 800 mg, Tablet, Oral 100 | 0.0615 B |
| **Imipramine Hydrochloride** | |
| 10 mg, Tablet, Oral 100 | 0.0188 B |
| 25 mg, Tablet, Oral 100 | 0.0233 B |
| 50 mg, Tablet, Oral 100 | 0.0308 B |
| **Indomethacin** | |
| 25 mg, Capsule, Oral 100 | 0.0323 B |
| 50 mg, Capsule, Oral 100 | 0.0488 B |
| 75 mg, Capsule, extended release, Oral 100 | 0.5093 B |
| **Isoniazid** | |
| 100 mg, Tablet, Oral 100 | 0.0375 B |
| 300 mg, Tablet, Oral 100 | 0.0525 B |
| **Isosorbide Dinitrate** | |
| 5 mg, Tablet, Oral 100 | 0.0210 B |
| 10 mg, Tablet, Oral 100 | 0.0206 B |
| 20 mg, Tablet, Oral 100 | 0.0218 B |
| 30 mg, Tablet, Oral 100 | 0.0293 B |
| 2.5 mg, Tablet, Sublingual 100 | 0.0368 B |
| 5 mg, Tablet, Sublingual 100 | 0.0353 B |
| **Lactulose** | |
| 10 gm/15 ml, Solution, Oral 480 ml | 0.0259 B |
| **Leucovorin Calcium** | |
| Eq. 5 mg base, Tablet, Oral 100 | 2.0993 B |
| **Lidocaine Hydrochloride** | |
| 2%, Solution, Oral 100 ml | 0.0315 B |
| **Lindane** | |
| 1%, Lotion, Topical 60 ml | 0.0435 B |
| 1%, Lotion, Topical 480 ml | 0.0248 B |
| 1%, Shampoo, Topical 60 ml | 0.0482 B |
| 1%, Shampoo, Topical 480 ml | 0.0280 B |
| **Lithium Carbonate** | |
| 300 mg, Capsule, Oral 100 | 0.0525 B |
| **Lithium Citrate** | |
| Eq. 300 mg Carbonate/5 ml, Syrup, Oral 480 ml | 0.0280 B |
| **Loperamide Hydrochloride** | |

| | |
|---|---|
| **49,574** New Developments | 913   7-2-96 |

| Generic Name | Generic Upper Limit/Unit Source* |
|---|---|
| 2 mg, Capsule, Oral 100 | 0.2475 B |
| **Lorazepam** | |
| 0.5 mg, Tablet, Oral 100 | 0.0173 B |
| 1 mg, Tablet, Oral 100 | 0.0207 B |
| 2 mg, Tablet, Oral 100 | 0.0228 B |
| **Loxapine Succinate** | |
| Eq. 5 mg base, Capsule, Oral 100 | 0.4200 M |
| Eq. 10 mg base, Capsule, Oral 100 | 0.5775 M |
| Eq. 25 mg base, Capsule, Oral 100 | 0.8925 M |
| Eq. 50 mg base, Capsule, Oral 100 | 1.1873 M |
| **Maprotiline Hydrochloride** | |
| 25 mg, Tablet, Oral 100 | 0.2082 B |
| 50 mg, Tablet, Oral 100 | 0.3075 B |
| 75 mg, Tablet, Oral 100 | 0.4088 B |
| **Meclizine Hydrochloride** | |
| 12.5 mg, Tablet, Oral 100 | 0.0270 B |
| 25 mg, Tablet, Oral 100 | 0.0375 B |
| 25 mg, Tablet, chewable, Oral 100 | 0.0254 B |
| **Meclofenamate Sodium** | |
| Eq. 100 mg base, Capsule, Oral 100 | 0.2393 B |
| Eq. 50 mg base, Capsule, Oral 100 | 0.1583 B |
| **Megestrol Acetate** | |
| 20 mg, Tablet, Oral 100 | 0.4313 B |
| 40 mg, Tablet, Oral 100 | 0.8543 B |
| **Meprobamate** | |
| 200 mg, Tablet, Oral 100 | 0.0398 B |
| 400 mg, Tablet, Oral 100 | 0.0480 B |
| **Mestranol; Norethindrone** | |
| 0.05 mg; 1 mg, Tablet, Oral-21 21 | 0.5367 B |
| 0.05 mg; 1 mg, Tablet, Oral-28 28 | 0.3828 B |
| **Metaproterenol Sulfate** | |
| 10 mg/5 ml, Syrup, Oral 480 ml | 0.0141 B |
| 10 mg, Tablet, Oral 100 | 0.0743 B |
| 20 mg, Tablet, Oral 100 | 0.1328 B |
| **Methazolamide** | |
| 25 mg, Tablet, Oral 100 | 0.3563 B |
| 50 mg, Tablet, Oral 100 | 0.5138 B |
| **Methocarbamol** | |
| 500 mg, Tablet, Oral 100 | 0.0675 B |
| 750 mg, Tablet, Oral 100 | 0.0893 B |
| **Methotrexate Sodium** | |
| Eq. 2.5 mg base, Tablet, Oral 100 | 2.2013 B |
| **Methylclothiazide** | |
| 2.5 mg, Tablet, Oral 100 | 0.0872 B |
| 5 mg, Tablet, Oral 100 | 0.0531 B |
| **Methyldopa** | |
| 125 mg, Tablet, Oral 100 | 0.0615 M |
| 250 mg, Tablet, Oral 100 | 0.0675 B |
| 500 mg, Tablet, Oral 100 | 0.1215 B |
| **Methylphenidate Hydrochloride** | |
| 5 mg, Tablet, Oral 100 | 0.2847 B |
| 10 mg, Tablet, Oral 100 | 0.3713 B |
| 20 mg, Tablet, Oral 100 | 0.5828 B |
| 20 mg, Tablet, extended release, Oral 100 | 0.9555 B |
| **Metoclopramide Hydrochloride** | |
| Eq. 5 mg base, Tablet, Oral 100 | 0.1643 B |

| Generic Name | Generic Upper Limit/Unit Source |
|---|---|
| Eq. 10 mg base, Tablet, Oral 100 | 0.0188 B |
| **Metoprolol Tartrate** | |
| 50 mg, Tablet, Oral 100 | 0.1073 B |
| 100 mg, Tablet, Oral 100 | 0.1575 B |
| **Metronidazole** | |
| 250 mg, Tablet, Oral 100 | 0.0330 B |
| 500 mg, Tablet, Oral 100 | 0.0683 B |
| **Minocycline Hydrochloride** | |
| Eq. 50 mg base, Capsule, Oral 100 | 0.5693 B |
| **Minoxidil** | |
| 2.5 mg, Tablet, Oral 1000 | 0.1215 B |
| 10 mg, Tablet, Oral 100 | 0.1575 B |
| **Naphazoline Hydrochloride** | |
| 0.1%, Solution/Drops, Ophthalmic 15 ml | 0.3150 B |
| **Naproxen** | |
| 250 mg, Tablet, Oral 100 | 0.1215 B |
| 375 mg, Tablet, Oral 100 | 0.1517 B |
| 500 mg, Tablet, Oral 100 | 0.1823 B |
| **Naproxen Sodium** | |
| Eq. 250 mg base, Tablet, Oral 100 | 0.1493 B |
| Eq. 500 mg base, Tablet, Oral 100 | 0.2423 B |
| **Niacin** | |
| 500 mg, Tablet, Oral 100 | 0.0299 M |
| **Nifedipine** | |
| 10 mg, Capsule, Oral 100 | 0.1088 B |
| 20 mg, Capsule, Oral 100 | 0.1748 B |
| **Nitrofurantoin, Macrocrystalline** | |
| 50 mg, Capsule, Oral 100 | 0.5957 B |
| 100 mg, Capsule, Oral 100 | 1.0122 B |
| **Nitrofurazone** | |
| 0.2%, Ointment, Topical 30 gm | 0.0545 B |
| 0.2%, Ointment, Topical 454 gm | 0.0167 B |
| **Nortriptyline Hydrochloride** | |
| Eq. 10 mg base, Capsule, Oral 100 | 0.1221 B |
| Eq. 25 mg base, Capsule, Oral 100 | 0.1683 B |
| Eq. 50 mg base, Capsule, Oral 100 | 0.2057 B |
| Eq. 75 mg base, Capsule, Oral 100 | 0.2627 B |
| **Nystatin** | |
| 100,000 units/gm, Cream, Topical 15 gm | 0.0970 B |
| 100,000 units/gm, Cream, Topical 30 gm | 0.0725 B |
| 100,000 units/gm, Ointment, Topical 15 gm | 0.0970 B |
| 100,000 units/gm, Ointment, Topical 30 gm | 0.1200 B |
| 100,000 units/ml, Suspension, Oral 60 ml | 0.0520 B |
| 100,000 units/ml, Suspension, Oral 480 ml | 0.0383 B |
| 500,000 units, Tablet, Oral 100 | 0.1193 B |
| 100,000 units, Tablet, Vaginal 15 | 0.7310 B |
| 100,000 units, Tablet, Vaginal 30 | 0.6625 B |
| **Nystatin; Triamcinolone Acetonide** | |
| 100,000 units/gm; 0.1%, Cream, Topical 15 gm | 0.1250 B |
| 100,000 units/gm; 0.1%, Cream, Topical 30 gm | 0.1050 B |
| 100,000 units/gm; 0.1%, Cream, Topical 60 gm | 0.0788 B |
| 100,000 units/gm; 0.1%, Cream, Topical 120 gm | 0.1116 B |
| 100,000 units/gm; 0.1%, Cream, Topical 454 gm | 0.1305 B |
| 100,000 units/gm; 0.1%, Ointment, Topical 15 gm | 0.1150 B |
| 100,000 units/gm; 0.1%, Ointment, Topical 30 gm | 0.0975 B |
| 100,000 units/gm; 0.1%, Ointment, Topical 60 gm | 0.0800 B |

| | |
|---|---|
| **49,576** New Developments | 913   7-2-96 |

| Generic Name | Generic Upper Limit/Unit Source* |
|---|---|
| **Oxacillin Sodium** | |
| Eq. 250 mg base, Capsule, Oral 100 | 0.2175 B |
| Eq. 500 mg base, Capsule, Oral 100 | 0.4193 B |
| Eq. 250 mg base/5 ml | |
| Powder for reconstitution, Oral 100 ml | 0.0525 B |
| **Oxazepam** | |
| 10 mg, Capsule, Oral 100 | 0.0603 B |
| 15 mg, Capsule, Oral 100 | 0.0750 B |
| 30 mg, Capsule, Oral 100 | 0.0975 B |
| **Oxybutynin Chloride** | |
| 5 mg, Tablet, Oral 100 | 0.1784 B |
| **Penicillin V Potassium** | |
| Eq. 125 mg base/5 ml | |
| Powder for reconstitution, Oral 100 ml | 0.0165 B |
| Eq. 125 mg base/5 ml | |
| Powder for reconstitution, Oral 200 ml | 0.0112 B |
| Eq. 250 mg base/5 ml | |
| Powder for reconstitution, Oral 100 ml | 0.0188 B |
| Eq. 250 mg base/5 ml | |
| Powder for reconstitution, Oral 150 ml | 0.0252 M |
| Eq. 250 mg base/5 ml | |
| Powder for reconstitution, Oral 200 ml | 0.0154 B |
| Eq. 250 mg base, Tablet, Oral 100 | 0.0522 B |
| Eq. 500 mg base, Tablet, Oral 100 | 0.0818 B |
| **Perphenazine** | |
| 2 mg, Tablet, Oral 100 | 0.3143 B |
| 4 mg, Tablet, Oral 100 | 0.4193 B |
| 8 mg, Tablet, Oral 100 | 0.5025 B |
| 16 mg, Tablet, Oral 100 | 0.8078 B |
| **Phendimetrazine Tartrate** | |
| 35 mg, Tablet, Oral 100 | 0.0750 M |
| **Phentermine Hydrochloride** | |
| 30 mg, Capsule, Oral 100 | 0.0443 B |
| 37.5 mg, Capsule, Oral 100 | 0.1362 M |
| 37.5 mg, Tablet, Oral 100 | 0.0743 B |
| **Phenylephrine Hydrochloride; Promethazine Hydrochloride** | |
| 5 mg/5 ml; 6.25 mg/5 ml, Syrup, Oral 480 ml | 0.0081 B |
| **Pindolol** | |
| 5 mg, Tablet, Oral 100 | 0.2325 B |
| 10 mg, Tablet, Oral 100 | 0.3375 B |
| **Piroxicam** | |
| 10 mg, Capsule, Oral 100 | 0.1163 B |
| 20 mg, Capsule, Oral 100 | 0.1403 B |
| **Potassium Chloride** | |
| 8 meq, Tablet, extended release, Oral 100 | 0.0788 B |
| **Prazosin Hydrochloride** | |
| Eq. 1 mg base, Capsule, Oral 100 | 0.0638 B |
| Eq. 2 mg base, Capsule, Oral 100 | 0.0743 B |
| Eq. 5 mg base, Capsule, Oral 100 | 0.1193 B |
| **Prednisolone Sodium Phosphate** | |
| Eq. 0.9% Phosphate, Solution/Drops, Ophthalmic 5 ml | 1.1250 B |
| Eq. 0.9% Phosphate, Solution/Drops, Ophthalmic 10 ml | 1.0875 B |
| Eq. 0.9% Phosphate, Solution/Drops, Ophthalmic 15 ml | 0.4350 B |
| Eq. 0.11% Phosphate, Solution/Drops, Ophthalmic 5 ml | 1.5000 M |
| **Prednisolone Sodium Phosphate; Sulfacetamide Sodium** | |
| Eq. 0.23% Phosphate; 10% | |
| Solution/Drops, Ophthalmic 5 ml | 1.6500 M |

| Generic Name | Generic Upper Limit/Unit Source* |
|---|---|
| Eq. 0.23% Phosphate; 10% Solution/Drops, Ophthalmic 10 ml | 1.1025 M |
| **Prednisone** | |
| 1 mg, Tablet, Oral 100 | 0.0339 B |
| 5 mg, Tablet, Oral 100 | 0.0263 B |
| 10 mg, Tablet, Oral 100 | 0.0488 B |
| 20 mg, Tablet, Oral 100 | 0.0743 B |
| 50 mg, Tablet, Oral 100 | 0.1998 M |
| **Primidone** | |
| 250 mg, Tablet, Oral 100 | 0.2775 B |
| **Probenecid** | |
| 500 mg, Tablet, Oral 100 | 0.1154 B |
| **Procainamide Hydrochloride** | |
| 250 mg, Capsule, Oral 100 | 0.0683 B |
| 375 mg, Capsule, Oral 100 | 0.0743 B |
| 500 mg, Capsule, Oral 100 | 0.0848 B |
| 250 mg, Tablet, extended release, Oral 100 | 0.1640 B |
| 500 mg, Tablet, extended release, Oral 100 | 0.1553 B |
| 750 mg, Tablet, extended release, Oral 100 | 0.2438 B |
| **Promethazine Hydrochloride** | |
| 6.25 mg/5 ml, Syrup, Oral 480 ml | 0.0070 B |
| **Propantheline Bromide** | |
| 15 mg, Tablet, Oral 100 | 0.2333 B |
| **Propoxyphene Hydrochloride** | |
| 65 mg, Capsule, Oral 100 | 0.0488 B |
| **Propranolol Hydrochloride** | |
| 60 mg, Capsule, extended release, Oral 100 | 0.5340 B |
| 80 mg, Capsule, extended release, Oral 100 | 0.6375 B |
| 120 mg, Capsule, extended release, Oral 100 | 0.8025 B |
| 160 mg, Capsule, extended release, Oral 100 | 1.0673 B |
| 10 mg, Tablet, Oral 100 | 0.0143 B |
| 20 mg, Tablet, Oral 100 | 0.0165 B |
| 40 mg, Tablet, Oral 100 | 0.0210 B |
| 60 mg, Tablet, Oral 100 | 0.0255 B |
| 80 mg, Tablet, Oral 100 | 0.0263 B |
| 90 mg, Tablet, Oral 100 | 0.1625 B |
| **Pseudoephedrine Hydrochloride; Triprolidine Hydrochloride** | |
| 30 mg/5 ml; 1.25 mg/5 ml, Syrup, Oral 480 ml | 0.0074 M |
| 60 mg; 2.5 mg, Tablet, Oral 100 | 0.0291 B |
| **Quinidine Gluconate** | |
| 324 mg, Tablet, extended release, Oral 100 | 0.1725 B |
| **Quinidine Sulfate** | |
| 200 mg, Tablet, Oral 100 | 0.0962 B |
| 300 mg, Tablet, Oral 100 | 0.1493 B |
| **Selenium Sulfide** | |
| 2.5%, Lotion/Shampoo, Topical 120 ml | 0.0325 B |
| **Silver Sulfadiazine** | |
| 1%, Cream, Topical 20 gm | 0.1695 B |
| 1%, Cream, Topical 50 gm | 0.1110 B |
| 1%, Cream, Topical 85 gm | 0.1168 B |
| 1%, Cream, Topical 400 gm | 0.0635 B |
| 1%, Cream, Topical 1000 gm | 0.0596 B |
| **Spironolactone** | |
| 25 mg, Tablet, Oral 100 | 0.0453 B |
| **Sulfacetamide Sodium** | |
| 10%, Ointment, Ophthalmic 3.5 gm | 0.8100 B |

| Generic Name | Generic Upper Limit/Unit Source |
|---|---|
| 10%, Solution/Drops, Ophthalmic 2 ml | 0.7969 B |
| 10%, Solution/Drops, Ophthalmic 5 ml | 0.3300 B |
| 10%, Solution/Drops, Ophthalmic 15 ml | 0.1050 B |
| 30%, Solution/Drops, Ophthalmic 15 ml | 0.4730 B |
| **Sulfadiazine** | |
| 500 mg, Tablet, Oral 100 | 0.5513 B |
| **Sulfamethoxazole; Trimethoprim** | |
| 200 mg/5 ml; 40 mg/5 ml, Suspension, Oral 100 ml | 0.0564 M |
| 200 mg/5 ml; 40 mg/5 ml, Suspension, Oral 480 ml | 0.0122 B |
| 400 mg; 80 mg, Tablet, Oral 100 | 0.0711 B |
| 800 mg; 160 mg, Tablet, Oral 100 | 0.0893 B |
| **Sulfasalazine** | |
| 500 mg, Tablet, Oral 100 | 0.1251 B |
| **Sulfinpyrazone** | |
| 200 mg, Capsule, Oral 100 | 0.1643 B |
| 100 mg, Tablet, Oral 100 | 0.1392 B |
| **Sulfisoxazole** | |
| 500 mg, Tablet, Oral 100 | 0.1155 B |
| **Sulindac** | |
| 150 mg, Tablet, Oral 100 | 0.2573 B |
| 200 mg, Tablet, Oral 100 | 0.2963 B |
| **Temazepam** | |
| 15 mg, Capsule, Oral 100 | 0.0300 M |
| 30 mg, Capsule, Oral 100 | 0.0386 M |
| **Tetracycline Hydrochloride** | |
| 250 mg, Capsule, Oral 100 | 0.0375 B |
| 500 mg, Capsule, Oral 100 | 0.0623 B |
| **Theophylline** | |
| 80 mg/15 ml, Elixir, Oral 480 ml | 0.0055 B |
| 100 mg, Tablet, extended release, Oral 100 | 0.0675 B |
| 200 mg, Tablet, extended release, Oral 100 | 0.0923 B |
| 300 mg, Tablet, extended release, Oral 100 | 0.1238 B |
| **Thioridazine Hydrochloride** | |
| 30 mg/ml, Concentrate, Oral 120 ml | 0.1075 B |
| 100 mg/ml, Concentrate, Oral 120 ml | 0.4611 B |
| 10 mg, Tablet, Oral 100 | 0.0284 M |
| 15 mg, Tablet, Oral 100 | 0.0287 M |
| 25 mg, Tablet, Oral 100 | 0.0326 M |
| 50 mg, Tablet, Oral 100 | 0.0528 M |
| 100 mg, Tablet, Oral 100 | 0.0855 M |
| 150 mg, Tablet, Oral 100 | 0.1307 M |
| 200 mg, Tablet, Oral 100 | 0.1467 M |
| **Thiothixene** | |
| 1 mg, Capsule, Oral 100 | 0.0975 B |
| 2 mg, Capsule, Oral 100 | 0.1275 B |
| 5 mg, Capsule, Oral 100 | 0.1823 B |
| 10 mg, Capsule, Oral 100 | 0.2693 B |
| **Thiothixene Hydrochloride** | |
| Eq. 5 mg base/ml, Concentrate, Oral 120 ml | 0.2094 B |
| **Timolol Maleate** | |
| 5 mg, Tablet, Oral 100 | 0.2022 B |
| 10 mg, Tablet, Oral 100 | 0.2588 B |
| 20 mg, Tablet, Oral 100 | 0.5639 B |
| **Tolazamide** | |
| 100 mg, Tablet, Oral 100 | 0.0503 B |
| 250 mg, Tablet, Oral 100 | 0.0938 B |
| 500 mg, Tablet, Oral 100 | 0.1740 B |

913  7-2-96                             New Developments                                **49,579**

| Generic Name | Generic Upper Limit/Unit Source* |
|---|---|
| Tolbutamide | |
|   500 mg, Tablet, Oral 100 | 0.0458 B |
| Tolmetin Sodium | |
|   Eq. 400 mg base, Capsule, Oral 100 | 0.2625 B |
|   Eq. 600 mg base, Tablet, Oral 100 | 0.8813 B |
| Trazodone Hydrochloride | |
|   50 mg, Tablet, Oral 100 | 0.0503 B |
|   100 mg, Tablet, Oral 100 | 0.1193 B |
|   150 mg, Tablet, Oral 100 | 0.6743 B |
| Triamcinolone Acetonide | |
|   0.025%, Cream, Topical 15 gm | 0.0750 B |
|   0.025%, Cream, Topical 80 gm | 0.0328 B |
|   0.025%, Cream, Topical 454 gm | 0.0206 B |
|   0.1%, Cream, Topical 15 gm | 0.0740 B |
|   0.1%, Cream, Topical 80 gm | 0.0411 B |
|   0.1%, Cream, Topical 454 gm | 0.0392 B |
|   0.5%, Cream, Topical 15 gm | 0.1990 B |
|   0.1%, Lotion, Topical 60 ml | 0.1150 B |
|   0.025%, Ointment, Topical 15 gm | 0.0750 B |
|   0.025%, Ointment, Topical 80 gm | 0.0354 B |
|   0.025%, Ointment, Topical 454 gm | 0.0206 B |
|   0.1%, Ointment, Topical 15 gm | 0.0750 B |
|   0.1%, Ointment, Topical 80 gm | 0.0525 M |
|   0.1%, Ointment, Topical 454 gm | 0.0427 B |
|   0.5%, Ointment, Topical 15 gm | 0.2330 B |
|   0.1%, Paste, Dental 5 gm | 0.7650 B |
| Triazolam | |
|   0.125 mg, Tablet, Oral 100 | 0.4842 B |
|   0.25 mg, Tablet, Oral 100 | 0.5286 B |
| Trifluoperazine Hydrochloride | |
|   Eq. 2 mg base, Tablet, Oral 100 | 0.4268 B |
|   Eq. 5 mg base, Tablet, Oral 100 | 0.5030 B |
| Trihexyphenidyl Hydrochloride | |
|   5 mg, Tablet, Oral 100 | 0.3254 B |
| Trimethoprim | |
|   100 mg, Tablet, Oral 100 | 0.1643 B |
|   200 mg, Tablet, Oral 100 | 0.2438 B |
| Triple Sulfa (sulfabenzamide; sulfacetami) | |
|   3.7%; 2.86%; 3.42%, Cream, Vaginal 78 gm | 0.0510 B |
|   3.7%; 2.86%; 3.42%, Cream, Vaginal 82.5 gm | 0.0613 M |
| Tropicamide | |
|   0.5%, Solution/Drops, Ophthalmic 15 ml | 0.2790 B |
|   1%, Solution/Drops, Ophthalmic 2 ml | 2.1375 B |
|   1%, Solution/Drops, Ophthalmic 15 ml | 0.3200 B |
| Valproic Acid | |
|   250 mg, Capsule, Oral 100 | 0.1373 B |
|   250 mg/5 ml, Syrup, Oral 480 ml | 0.0717 B |
| Verapamil Hydrochloride | |
|   40 mg, Tablet, Oral 100 | 0.2393 B |
|   80 mg, Tablet, Oral 100 | 0.0518 B |
|   120 mg, Tablet, Oral 100 | 0.0825 B |
|   180 mg, Tablet, extended release, Oral 100 | 0.5243 B |
|   240 mg, Tablet, extended release, Oral 100 | 0.5393 B |
| Vitamin A | |
|   50,000 usp units, Capsule, Oral 100 | 0.0422 B |

\* B = BLUE BOOK     M = MEDI-SPAN     R = RED BOOK