10

pre- and post-assistance arrears starting in 1999, and the new requirement for pre-assistance arrears will apply to families that begin to receive public assistance in 1999 or thereafter.

Many states already pay post-assistance arrears to families. CBO assumes these states would not exercise the option provided by section 5532 because they would incur costs for earlier payment of pre-assistance arrears but no offsetting savings on payments of post-assistance arrears. This estimate assumes that about half of the remaining states, accounting for 25 percent of child support collections, will exercise the option provided by this act. If more states choose to exercise the option, then savings would be greater.

The provision creates federal savings in 1998 because states will not be required to give post-assistance arrears to families in that year and can instead keep the collections to reimburse themselves and the federal government. CBO estimates that the federal government will receive an additional $11 million in child support collections in 1998. Some families who are affected by the new distribution rules receive food stamps. In 1998, those families will qualify for an extra $3 million in Food Stamp benefits because their child support income will be lower.

Giving pre-assistance arrears to families beginning in 1999 instead of 2001 will create federal costs in 1999 and 2000, estimated at $2 million and $4 million (net of Food Stamp savings) respectively. Finally, the new rules will apply to families who begin to receive assistance after 1998 instead of 1997. This creates small savings, $1 million a year, in 2001 and thereafter.

*Timing of Supplemental Security Income Payments.* Because of calendar quirks, the SSI program may pay 11, 12, or 13 months of benefits in a fiscal year. The normal payment date is the first of the month, but if that day is a weekend or holiday, the benefit is paid instead on the previous business day. That practice leads to the issuance of 13 benefit checks in fiscal year 2000 and 11 in 2001. This law changes the payment date for the October 2000 check from September 29 (a Friday) to October 2 (a Monday). As a result, outlays of $2.6 billion will shift from fiscal year 2000 to 2001.

---

**[¶ 45,600]  Drug Lists for Establishing Upper Limits on Payments.**

*State Medicaid Manual,* HCFA Pub. 45-6, Transmittal No. 34, July 1, 1997.

### Medicaid: Drug Reimbursement

**Medicaid payments—Requirements for state plans—Reimbursement in general—Drug-payment limits.—**The *State Medicaid Manual* has been revised to update the list of multiple source drugs used by states to determine the upper limits for Medicaid reimbursement for prescription drugs.

See ¶ 14,723.29.

**The prior drug list appears at 1997-1 Transfer Binder ¶ 44,925.**

[Text of Transmittal]

**CHANGED IMPLEMENTING INSTRUCTIONS—EFFECTIVE DATE: October 1, 1997**

*Addendum A* updates ingredient prices used by States to establish upper limits for prescription drugs under 42 CFR 447.332 and § 1927(e) of the Social Security Act.

**DISCLAIMER: The revision date and transmittal number only apply to the red-lined material. All other material was previously published in the manual and is only being reprinted.**

*Addendum A.—*The following listing of multiple source drugs meets the criteria set forth in 42 CFR 447.332 and § 1927(e) of the Act, as amended by OBRA 1993. The development of the current Federal Upper Limit (FUL) listing has been accomplished by computer. Payments for multiple source drugs identified and listed in the accompanying addendum must not exceed, in the aggregate, payment levels determined by applying to each drug entity a reasonable dispensing fee (established by the State and specified in the State plan), plus an amount based on the limit per unit which HCFA has determined to be equal to a 150 percent applied to the lowest price listed (in package sizes of 100 units, unless otherwise noted) in any of the published compendia of cost information of drugs. The listing is based on data current as of June 1997 from the First Data Bank (Blue Book), MediSpan, and the Red Book. Addendum A does not reference the commonly known brand names. However, the brand names are included in the FUL listing provided to the State agencies in electronic media format. The FUL price list is updated approximately every 6 months. This listing is now available on the HCFA home page at
http://www.hcfa.gov/medicaid/drughmpg.htm.

In accordance with current policy, Federal financial participation will not be provided for

| 973 9-11-97 | New Developments | **55,127** |

any drug on the FUL listing for which the FDA has issued a notice of an opportunity for a hearing as a result of the Drug Efficacy Study and Implementation (DESI) program and which has been found to be a less than effective or is identical, related, or similar (IRS) to the DESI drug. The DESI drug is identified by the Food and Drug Administration or reported by the drug manufacturer for purposes of the Medicaid drug rebate program.

*The effective date of this list is October 1, 1997.*

| *GENERIC NAME* | *GENERIC UPPER LIMIT/UNIT SOURCE* * |
|---|---:|
| **Acebutolol Hydrochloride** | |
| Eq. 400 mg base, Capsule, Oral 100 | $1.0703   B |
| **Acetaminophen; Butalbital; Caffeine** | |
| 325 mg; 50 mg; 40 mg, Capsule, Oral 100 | 0.1223   B |
| 325 mg; 50 mg; 40 mg, Tablet, Oral 100 | 0.0428   B |
| **Acetaminophen; Codeine Phosphate** | |
| 300 mg; 15 mg, Tablet, Oral 100 | 0.0443   B |
| 300 mg; 30 mg, Tablet, Oral 100 | 0.0675   B |
| 300 mg; 60 mg, Tablet, Oral 100 | 0.0975   B |
| **Acetaminophen; Hydrocodone Bitartrate** | |
| 500 mg; 5 mg, Capsule, Oral 100 | 0.1763   B |
| 500 mg; 2.5 mg, Tablet, Oral 100 | 0.2498   B |
| 500 mg; 5 mg, Tablet, Oral 100 | 0.0491   B |
| 500 mg; 7.5 mg, Tablet, Oral 100 | 0.2303   B |
| 650 mg; 7.5 mg, Tablet, Oral 100 | 0.1643   B |
| 650 mg; 10 mg, Tablet, Oral 100 | 0.2693   B |
| 750 mg; 7.5 mg, Tablet, Oral 100 | 0.1635   B |
| **Acetaminophen; Oxycodone Hydrochloride** | |
| 500 mg; 5 mg, Capsule, Oral 100 | 0.2919   B |
| 325 mg; 5 mg, Tablet, Oral 100 | 0.0953   B |
| **Acetaminophen; Propoxyphene Hydrochloride** | |
| 650 mg; 65 mg, Tablet, Oral 100 | 0.1313   B |
| **Acetaminophen; Propoxyphene Napsylate** | |
| 650 mg; 100 mg, Tablet, Oral 100 | 0.0638   B |
| **Acetic Acid, Glacial** | |
| 2%, Solution/Drops, Otic 15 ml | 0.1250   B |
| **Acetic Acid, Glacial; Hydrocortisone** | |
| 2%; 1%, Solution/Drops, Otic 10 ml | 0.4275   B |
| **Acetohexamide** | |
| 250 mg, Tablet, Oral 100 | 0.2363   R |
| **Acetylcysteine** | |
| 10%, Solution, Inhalation 4 ml | 0.6330   B |
| 10%, Solution, Inhalation 10 ml | 0.9780   R |
| 10%, Solution, Inhalation 30 ml | 0.3570   M |
| 20%, Solution, Inhalation 4 ml | 0.7050   M |
| 20%, Solution, Inhalation 10 ml | 1.2225   R |
| 20%, Solution, Inhalation 30 ml | 0.4200   M |
| **Albuterol Sulfate** | |
| Eq. 0.083% base, Solution, Inhalation 3 ml | 0.1990   B |
| Eq. 90 mcg, Solution, Aerosol Inhalation Refill 17 gm | 0.4394   B |
| Eq. 2 mg base/5 ml, Syrup, Oral 480 ml | 0.0111   B |
| Eq. 2 mg base, Tablet, Oral 100 | 0.0267   B |
| Eq. 4 mg base, Tablet, Oral 100 | 0.0378   B |
| **Allopurinol** | |
| 100 mg, Tablet, Oral 100 | 0.0323   B |
| 300 mg, Tablet, Oral 100 | 0.0677   B |
| **Alprazolam** | |
| 0.25 mg, Tablet, Oral 100 | 0.0383   B |
| 0.5 mg, Tablet, Oral 100 | 0.0456   B |

| GENERIC NAME | GENERIC UPPER LIMIT/UNIT | SOURCE* |
|---|---|---|
| 1 mg, Tablet, Oral 100 | 0.0492 | B |
| 2 mg, Tablet, Oral 100 | 0.1538 | B |
| **Amantadine Hydrochloride** | | |
| 100 mg, Capsule, Oral 100 | 0.1688 | B |
| 50 mg/5 ml, Syrup, Oral 480 ml | 0.0623 | B |
| **Amiloride Hydrochloride; Hydrochlorothiazide** | | |
| Eq. 5 mg Anhydrous; 50 mg, Tablet, Oral 100 | 0.0642 | B |
| **Aminophylline** | | |
| 100 mg, Tablet, Oral 100 | 0.0344 | B |
| 200 mg, Tablet, Oral 100 | 0.0539 | B |
| **Amitriptyline Hydrochloride** | | |
| 10 mg, Tablet, Oral 100 | 0.0143 | B |
| 25 mg, Tablet, Oral 100 | 0.0165 | B |
| 50 mg, Tablet, Oral 100 | 0.0219 | B |
| 75 mg, Tablet, Oral 100 | 0.0312 | B |
| 100 mg, Tablet, Oral 100 | 0.0353 | B |
| 150 mg, Tablet, Oral 100 | 0.0675 | B |
| **Amitriptyline Hydrochloride; Perphenazine** | | |
| 10 mg; 2 mg, Tablet, Oral 100 | 0.0494 | B |
| 10 mg; 4 mg, Tablet, Oral 100 | 0.0591 | B |
| 25 mg; 2 mg, Tablet, Oral 100 | 0.0585 | B |
| 25 mg; 4 mg, Tablet, Oral 100 | 0.0710 | B |
| 50 mg; 4 mg, Tablet, Oral 100 | 0.1943 | B |
| **Amoxapine** | | |
| 25 mg, Tablet, Oral 100 | 0.3825 | B |
| 50 mg, Tablet, Oral 100 | 0.6128 | B |
| 100 mg, Tablet, Oral 100 | 1.0388 | B |
| 150 mg, Tablet, Oral 30 | 1.5975 | B |
| **Amoxicillin** | | |
| 250 mg, Capsule, Oral 100 | 0.0735 | B |
| 500 mg, Capsule, Oral 100 | 0.2294 | B |
| 50 mg/ml, Powder for reconstitution, Oral 15 ml | 0.1800 | R |
| 125 mg/5 ml, Powder for reconstitution, Oral 80 ml | 0.0281 | B |
| 125 mg/5 ml, Powder for reconstitution, Oral 100 ml | 0.0165 | B |
| 125 mg/5 ml, Powder for reconstitution, Oral 150 ml | 0.0129 | B |
| 250 mg/5 ml, Powder for reconstitution, Oral 80 ml | 0.0540 | B |
| 250 mg/5 ml, Powder for reconstitution, Oral 100 ml | 0.0225 | B |
| 250 mg/5 ml, Powder for reconstitution, Oral 150 ml | 0.0185 | B |
| **Ampicillin/Ampicillin Trihydrate** | | |
| Eq. 250 mg Base, Capsule, Oral 100 | 0.0737 | B |
| Eq. 500 mg Base, Capsule, Oral 100 | 0.1343 | B |
| Eq. 125 mg base/5 ml Powder for reconstitution, Oral 100 ml | 0.0225 | R |
| Eq. 125 mg base/5 ml Powder for reconstitution, Oral 200 ml | 0.0191 | R |
| Eq. 250 mg base/5 ml Powder for reconstitution, Oral 100 ml | 0.0315 | R |
| Eq. 250 mg base/5 ml Powder for reconstitution, Oral 200 ml | 0.0274 | R |
| **Aspirin; Butalbital; Caffeine** | | |
| 325 mg; 50 mg; 40 mg, Tablet, Oral 100 | 0.0390 | M |
| **Aspirin; Caffeine; Orphenadrine Citrate** | | |
| 385 mg; 30 mg; 25 mg, Tablet, Oral 100 | 0.7493 | R |
| **Aspirin; Caffeine; Propoxyphene Hydrochloride** | | |
| 389 mg; 32.4 mg; 65 mg, Capsule, Oral 100 | 0.1689 | B |
| **Aspirin; Carisoprodol** | | |
| 325 mg; 200 mg, Tablet, Oral 100 | 0.4314 | B |

| 973   9-11-97 | New Developments | **55,129** |
|---|---|---|

| GENERIC NAME | GENERIC UPPER LIMIT/UNIT | SOURCE * |
|---|---|---|
| Aspirin; Methocarbamol | | |
| 325 mg; 400 mg, Tablet, Oral 100 | 0.1445 | B |
| Aspirin; Oxycodone Hydrochloride; Oxycodone Terephthalate | | |
| 325 mg; 4.5 mg; 0.38 mg, Tablet, Oral 100 | 0.1763 | B |
| Atenolol | | |
| 25 mg, Tablet, Oral 100 | 0.0909 | B |
| 50 mg, Tablet, Oral 100 | 0.0435 | B |
| 100 mg, Tablet, Oral 100 | 0.0590 | B |
| Atenolol; Chlorthalidone | | |
| 50 mg; 25 mg, Tablet, Oral 100 | 0.3098 | B |
| 100 mg; 25 mg, Tablet, Oral 100 | 0.4482 | B |
| Atropine Sulfate; Diphenoxylate Hydrochloride | | |
| 0.025 mg; 2.5 mg, Tablet, Oral 100 | 0.4275 | B |
| Bacitracin Zinc; Neomycin Sulfate; Polymyxin B Sulfate | | |
| 400 units/gm; Eq. 3.5 mg base/gm; 10,000 units/gm | | |
| Ointment, Ophthalmic 3.5 gm | 0.7286 | B |
| Baclofen | | |
| 10 mg, Tablet, Oral 100 | 0.0800 | B |
| 20 mg, Tablet, Oral 100 | 0.1505 | B |
| Benztropine Mesylate | | |
| 0.5 mg, Tablet, Oral 100 | 0.0222 | B |
| 1 mg, Tablet, Oral 100 | 0.0248 | B |
| 2 mg, Tablet, Oral 100 | 0.0308 | B |
| Betamethasone Dipropionate | | |
| Eq. 0.05% base, Cream, Topical 15 gm | 0.2250 | B |
| Eq. 0.05% base, Cream, Topical 45 gm | 0.1317 | B |
| Eq. 0.05% base, Lotion, Topical 20 ml | 0.1598 | B |
| Eq. 0.05% base, Lotion, Topical 60 ml | 0.1595 | B |
| Eq. 0.05% base, Ointment, Topical 15 gm | 0.3750 | B |
| Eq. 0.05% base, Ointment, Topical 45 gm | 0.2153 | B |
| Betamethasone Valerate | | |
| Eq. 0.1% base, Cream, Topical 15 gm | 0.1200 | B |
| Eq. 0.1% base, Cream, Topical 45 gm | 0.0733 | B |
| Eq. 0.1% base, Lotion, Topical 60 ml | 0.1112 | B |
| Eq. 0.1% base, Ointment, Topical 15 gm | 0.1650 | B |
| Eq. 0.1% base, Ointment, Topical 45 gm | 0.1163 | B |
| Bethanechol Chloride | | |
| 10 mg, Tablet, Oral 100 | 0.0324 | B |
| 25 mg, Tablet, Oral 100 | 0.0398 | B |
| 50 mg, Tablet, Oral 100 | 0.0855 | B |
| Bromodiphenhydramine Hydrochloride; Codeine Phosphate | | |
| 12.5 mg/5 ml; 10 mg/5 ml, Syrup, Oral 480 ml | 0.0244 | B |
| Brompheniramine Maleate; Codeine Phosphate; | | |
| Phenylpropanolamine Hydrochloride | | |
| 2mg/5 ml; 10 mg/5 ml; 12.5 mg/5 ml, Syrup, Oral 480 ml | 0.0186 | B |
| Brompheniramine Maleate; Dextromethorphan Hydrobromide; | | |
| Pseudoephedrine Hydrochloride | | |
| 2mg/5 ml; 10 mg/5 ml; 30 mg/5 ml, Syrup, Oral 480 ml | 0.0120 | B |
| Bumetanide | | |
| 0.5 mg, Tablet, Oral 100 | 0.1718 | B |
| 1 mg, Tablet, Oral 100 | 0.2775 | B |
| 2 mg, Tablet, Oral 100 | 0.4650 | B |
| Captopril | | |
| 12.5 mg, Tablet, Oral 100 | 0.0375 | B |
| 25 mg, Tablet, Oral 100 | 0.0585 | B |

| GENERIC NAME | GENERIC UPPER LIMIT/UNIT | SOURCE * |
|---|---:|:---:|
| 50 mg, Tablet, Oral 100 | 0.0990 | B |
| 100 mg, Tablet, Oral 100 | 0.1883 | B |
| **Carbamazepine** | | |
| 200 mg, Tablet, Oral 100 | 0.1275 | B |
| 100 mg, Tablet, chewable, Oral 100 | 0.1467 | B |
| **Carbidopa; Levodopa** | | |
| 10 mg; 100 mg, Tablet, Oral 100 | 0.2553 | B |
| 25 mg; 100 mg, Tablet, Oral 100 | 0.2754 | B |
| 25 mg; 250 mg, Tablet, Oral 100 | 0.3255 | B |
| **Carisoprodol** | | |
| 350 mg, Tablet, Oral 100 | 0.0588 | B |
| **Cefaclor** | | |
| Eq. 250 mg Base, Capsule, Oral 100 | 0.8025 | B |
| Eq. 500 mg base, Capsule, Oral 100 | 1.3890 | B |
| Eq. 125 mg base/5 ml Powder for reconstitution, Oral 75 ml | 0.1290 | B |
| Eq. 125 mg base/5 ml Powder for reconstitution, Oral 150 ml | 0.1420 | B |
| Eq. 187 mg base/5 ml Powder for reconstitution, Oral 50 ml | 0.2025 | B |
| Eq. 187 mg base/5 ml Powder for reconstitution, Oral 100 ml | 0.2130 | B |
| Eq. 250 mg base/5 ml Powder for reconstitution, Oral 75 ml | 0.2720 | B |
| Eq. 250 mg base/5 ml Powder for reconstitution, Oral 150 ml | 0.2553 | B |
| Eq. 375 mg base/5 ml Powder for reconstitution, Oral 50 ml | 0.4080 | B |
| Eq. 375 mg base/5 ml Powder for reconstitution, Oral 100 ml | 0.3830 | B |
| **Cefadroxil/Cefadroxil Hemihydrate** | | |
| Eq. 500 mg base, Capsule, Oral 100 | 2.7672 | B |
| **Cephalexin** | | |
| Eq. 250 mg base, Capsule, Oral 100 | 0.1103 | B |
| Eq. 500 mg base, Capsule, Oral 100 | 0.2999 | B |
| Eq. 125 mg base/5 ml Powder for reconstitution, Oral 100 ml | 0.0255 | B |
| Eq. 125 mg base/5 ml Powder for reconstitution, Oral 200 ml | 0.0210 | B |
| Eq. 250 mg base/5 ml Powder for reconstitution, Oral 100 ml | 0.0360 | B |
| Eq. 250 mg base/5 ml Powder for reconstitution, Oral 200 ml | 0.0315 | B |
| Eq. 250 mg base, Tablet, Oral 100 | 0.2999 | B |
| **Cephradine** | | |
| 250 mg, Capsule, Oral 100 | 0.3281 | B |
| 500 mg, Capsule, Oral 100 | 0.6263 | B |
| 125 mg/5 ml, Powder for reconstitution, Oral 100 ml | 0.0704 | B |
| 250 mg/5 ml, Powder for reconstitution, Oral 100 ml | 0.1251 | B |
| **Chloramphenicol** | | |
| 1%, Ointment, Ophthalmic 3.5 gm | 2.5714 | R |
| 0.5%, Solution/Drops, Ophthalmic 7.5 ml | 0.4080 | B |
| 0.5%, Solution/Drops, Ophthalmic 15 ml | 0.3240 | B |
| **Chlordiazepoxide Hydrochloride** | | |
| 5 mg, Capsule, Oral 100 | 0.0296 | B |
| 10 mg, Capsule, Oral 100 | 0.0315 | B |
| 25 mg, Capsule, Oral 100 | 0.0371 | B |
| **Chlorhexidine Gluconate** | | |

| 973  9-11-97 | New Developments | 55,131 | |
|---|---|---|---|
| *GENERIC NAME* | | *GENERIC UPPER LIMIT/UNIT SOURCE* | * |
| 0.12%, Solution, Dental 480 ml | | 0.0109 | M |
| **Chlorothiazide** | | | |
| 250 mg, Tablet, Oral 100 | | 0.0498 | M |
| 500 mg, Tablet, Oral 100 | | 0.0576 | B |
| **Chlorpheniramine Maleate** | | | |
| 4 mg, Tablet, Oral 100 | | 0.0103 | B |
| **Chlorpromazine Hydrochloride** | | | |
| 100 mg/ml, Concentrate, Oral 240 ml | | 0.1257 | R |
| **Chlorpropamide** | | | |
| 100 mg, Tablet, Oral 100 | | 0.0234 | B |
| 250 mg, Tablet, Oral 100 | | 0.0398 | B |
| **Chlorthalidone** | | | |
| 25 mg, Tablet, Oral 100 | | 0.0278 | B |
| 50 mg, Tablet, Oral 100 | | 0.0417 | B |
| **Chlorthalidone; Clonidine Hydrochloride** | | | |
| 15 mg; 0.1 mg, Tablet, Oral 100 | | 0.1347 | B |
| 15 mg; 0.2 mg, Tablet, Oral 100 | | 0.1860 | B |
| 15 mg; 0.3 mg, Tablet, Oral 100 | | 0.2715 | B |
| **Chlorzoxazone** | | | |
| 250 mg, Tablet, Oral 100 | | 0.0554 | B |
| 500 mg, Tablet, Oral 100 | | 0.0848 | B |
| **Cholestyramine** | | | |
| Eq. 4 gm Resin/Packet, Powder, Oral 42 pk. | | 1.4950 | M |
| Eq. 4 gm Resin/Packet, Powder, Oral 60 pk. | | 0.9475 | B |
| Eq. 4 gm Resin/Scoopful, Powder, Oral 239.4 gm | | 0.1585 | B |
| *Cimetidine* | | | |
| 200 mg, Tablet, Oral 100 | | 0.1365 | B |
| 300 mg, Tablet, Oral 100 | | 0.1553 | B |
| 400 mg, Tablet, Oral 100 | | 0.1770 | B |
| 800 mg, Tablet, Oral 100 | | 0.4155 | B |
| **Cimetidine Hydrochloride** | | | |
| Eq. 300 mg base/5 ml, Solution, Oral 480 ml | | 0.2322 | B |
| **Clemastine Fumarate** | | | |
| 2.68 mg, Tablet, Oral 100 | | 0.3586 | B |
| **Clindamycin Hydrochloride** | | | |
| Eq. 150 mg base, Capsule, Oral 100 | | 0.5201 | B |
| **Clindamycin Phosphate** | | | |
| Eq. 1% base, Solution, Topical 30 ml | | 0.1760 | B |
| Eq. 1% base, Solution, Topical 60 ml | | 0.1195 | B |
| **Clobetasol Propionate** | | | |
| 0.05%, Cream, Topical 15 gm | | 1.4300 | B |
| 0.05%, Cream, Topical 30 gm | | 0.9895 | B |
| 0.05%, Cream, Topical 45 gm | | 0.9600 | B |
| 0.05%, Ointment, Topical 15 gm | | 1.3390 | M |
| 0.05%, Ointment, Topical 30 gm | | 0.9895 | B |
| 0.05%, Ointment, Topical 45 gm | | 0.8990 | M |
| *Clofibrate* | | | |
| 500 mg, Capsule, Oral 100 | | 0.1757 | B |
| **Clomipramine Hydrochloride** | | | |
| 25 mg, Capsule, Oral 100 | | 0.9086 | B |
| 50 mg, Capsule, Oral 100 | | 1.2251 | B |
| 75 mg, Capsule, Oral 100 | | 1.6127 | B |
| **Clonazepam** | | | |
| 0.5 mg, Tablet, Oral 100 | | 0.8702 | B |

| GENERIC NAME | GENERIC UPPER LIMIT/UNIT | SOURCE * |
|---|---:|:---:|
| 1 mg, Tablet, Oral 100 | 0.9926 | B |
| 2 mg, Tablet, Oral 100 | 1.3754 | B |
| Clonidine Hydrochloride | | |
| 0.1 mg, Tablet, Oral 100 | 0.0240 | B |
| 0.2 mg, Tablet, Oral 100 | 0.0270 | B |
| 0.3 mg, Tablet, Oral 100 | 0.0338 | B |
| Clorazepate Dipotassium | | |
| 3.75 mg, Tablet, Oral 100 | 0.0338 | B |
| 7.5 mg, Tablet, Oral 100 | 0.0359 | B |
| 15 mg, Tablet, Oral 100 | 0.0435 | B |
| Clotrimazole | | |
| 1%, Solution, Topical 10 ml | 0.6900 | M |
| Cloxacillin Sodium | | |
| Eq. 250 mg base, Capsule, Oral 100 | 0.1553 | B |
| Eq. 500 mg base, Capsule, Oral 100 | 0.2993 | B |
| Codeine Phosphate; Phenylephrine Hydrochloride; Promethazine Hydrochloride | | |
| 10 mg/5 ml; 5mg/5 ml; 6.25 mg/5 ml, Syrup, Oral 480 ml | 0.0123 | B |
| Codeine Phosphate; Promethazine Hydrochloride | | |
| 10 mg/5 ml; 6.25 mg/5 ml, Syrup, Oral 480 ml | 0.0111 | B |
| Codeine Phosphate; Pseudoephedrine Hydrochloride; Triprolidine Hydrochloride | | |
| 10 mg/5 ml; 30 mg/5 ml; 1.25 mg/5 ml, Syrup, Oral 480 ml | 0.0103 | B |
| Cyclobenzaprine Hydrochloride | | |
| 10 mg, Tablet, Oral 100 | 0.0891 | B |
| Cyclopentolate Hydrochloride | | |
| 1%, Solution/Drops, Ophthalmic 2 ml | 2.8125 | R |
| 1%, Solution/Drops, Ophthalmic 15 ml | 0.6760 | B |
| Cyproheptadine Hydrochloride | | |
| 4 mg, Tablet, Oral 100 | 0.0159 | B |
| Desipramine Hydrochloride | | |
| 10 mg, Tablet, Oral 100 | 0.1484 | B |
| 25 mg, Tablet, Oral 100 | 0.0638 | B |
| 50 mg, Tablet, Oral 100 | 0.0983 | B |
| 75 mg, Tablet, Oral 100 | 0.1163 | B |
| 100 mg, Tablet, Oral 100 | 0.4089 | B |
| Desonide | | |
| 0.05%, Cream, Topical 15 gm | 0.5460 | B |
| 0.05%, Cream, Topical 60 gm | 0.3890 | B |
| 0.05%, Ointment, Topical 15 gm | 0.6410 | B |
| 0.05%, Ointment, Topical 60 gm | 0.4410 | B |
| Dexamethasone | | |
| 0.5 mg/5 ml, Elixir, Oral 100 ml | 0.1118 | R |
| Dexamethasone; Neomycin Sulfate; Polymyxin B Sulfate 0.1%; Eq. 3.5 mg base/gm; 10,000 units/gm | | |
| Ointment, Ophthalmic 3.5 gm | 1.2000 | M |
| Dexamethasone Sodium Phosphate | | |
| Eq. 0.1% Phosphate, Solution/Drops, Ophthalmic 5 ml | 0.6150 | B |
| Dexamethasone Sodium Phosphate; Neomycin Sulfate Eq. 0.1% phosphate; Eq. 3.5 mg base/ml | | |
| Solution/Drops, Ophthalmic 5 ml | 0.8460 | B |
| Dextromethorphan Hydrobromide; Promethazine Hydrochloride | | |
| 15 mg/5 ml; 6.25 mg/5 ml, Syrup, Oral 480 ml | 0.0103 | B |

| GENERIC NAME | GENERIC UPPER LIMIT/UNIT | SOURCE * |
|---|---:|:---:|
| **Diazepam** | | |
| 2 mg, Tablet, Oral 100 | 0.0209 | B |
| 5 mg, Tablet, Oral 100 | 0.0221 | B |
| 10 mg, Tablet, Oral 100 | 0.0246 | B |
| **Diclofenac Sodium** | | |
| 25 mg, Tablet, Delayed Release, Oral 100 | 0.4401 | B |
| 50 mg, Tablet, Delayed Release, Oral 100 | 0.8285 | B |
| 75 mg, Tablet, Delayed Release, Oral 100 | 0.9219 | B |
| **Dicloxacillin Sodium** | | |
| Eq. 250 mg base, Capsule, Oral 100 | 0.1943 | B |
| Eq. 500 mg base, Capsule, Oral 100 | 0.3743 | B |
| **Dicyclomine Hydrochloride** | | |
| 10 mg, Capsule, Oral 100 | 0.1763 | B |
| 20 mg, Tablet, Oral 100 | 0.2093 | B |
| **Diethylpropion Hydrochloride** | | |
| 25 mg, Tablet, Oral 100 | 0.0629 | R |
| **Diltiazem Hydrochloride** | | |
| 90 mg, Capsule, extended release, Oral 100 | 0.9443 | B |
| 30 mg, Tablet, Oral 100 | 0.0818 | B |
| 60 mg, Tablet, Oral 100 | 0.1380 | B |
| 90 mg, Tablet, Oral 100 | 0.1941 | B |
| 120 mg, Tablet, Oral 100 | 0.2379 | B |
| **Diphenhydramine Hydrochloride** | | |
| 25 mg, Capsule, Oral 100 | 0.0225 | B |
| 50 mg, Capsule, Oral 100 | 0.0206 | B |
| 12.5 mg/5 ml, Elixir, Oral 480 ml | 0.0061 | B |
| **Dipivefrin Hydrochloride** | | |
| 0.1%, Solution/Drops, Ophthalmic 5 ml | 2.1900 | M |
| 0.1%, Solution/Drops, Ophthalmic 10 ml | 2.0250 | M |
| 0.1%, Solution/Drops, Ophthalmic 15 ml | 2.0100 | M |
| **Dipyridamole** | | |
| 25 mg, Tablet, Oral 100 | 0.0252 | B |
| 50 mg, Tablet, Oral 100 | 0.0413 | B |
| 75 mg, Tablet, Oral 100 | 0.0593 | B |
| **Disopyramide Phosphate** | | |
| Eq. 100 mg base, Capsule, Oral 100 | 0.1043 | B |
| Eq. 150 mg base, Capsule, Oral 100 | 0.1193 | B |
| **Doxepin Hydrochloride** | | |
| Eq. 10 mg base, Capsule, Oral 100 | 0.0398 | B |
| Eq. 25 mg base, Capsule, Oral 100 | 0.0443 | B |
| Eq. 50 mg base, Capsule, Oral 100 | 0.0645 | B |
| Eq. 75 mg base, Capsule, Oral 100 | 0.0860 | B |
| Eq. 100 mg base, Capsule, Oral 100 | 0.1043 | B |
| Eq. 150 mg base, Capsule, Oral 100 | 0.2543 | B |
| Eq. 10 mg base/ml, Concentrate, Oral 120 ml | 0.1362 | B |
| **Doxycycline Hyclate** | | |
| Eq. 100 mg base, Capsule, Oral 50 | 0.0852 | B |
| Eq. 100 mg base, Capsule, Coated Pellets, Oral 50 | 1.8585 | R |
| Eq. 100 mg base, Tablet, Oral 50 | 0.0891 | B |
| **Ergocalciferol** | | |
| 50,000 iu, Capsule, Oral 100 | 0.0578 | R |
| **Ergoloid Mesylates** | | |
| 1 mg, Tablet, Oral 100 | 0.1388 | B |
| 1 mg, Tablet, Sublingual 100 | 0.0873 | B |
| **Erythromycin** | | |
| 250 mg, Capsule, Delayed Release Pellets, Oral 100 | 0.1793 | B |

| GENERIC NAME | GENERIC UPPER LIMIT/UNIT | SOURCE * |
|---|---|---|
| 2%, Gel, Topical 30 gm | 0.5495 | M |
| 2%, Gel, Topical 60 gm | 0.5247 | M |
| 0.5%, Ointment, Ophthalmic 3.5 gm | 1.0886 | B |
| 2%, Solution, Topical 60 ml | 0.0570 | B |
| 2%, Swab, Topical 60 | 0.2822 | B |
| 333 mg, Tablet, Delayed Release, Oral 100 | 0.3449 | R |
| **Erythromycin Estolate** | | |
| Eq. 250 mg base, Capsule, Oral 100 | 0.2292 | B |
| **Erythromycin Ethylsuccinate** | | |
| Eq. 200 mg base/5 ml, Granule, Oral 100 ml | 0.0824 | B |
| Eq. 200 mg base/5 ml, Granule, Oral 200 ml | 0.0782 | B |
| Eq. 200 mg base/5 ml, Suspension, Oral 100 ml | 0.0585 | B |
| Eq. 200 mg base/5 ml, Suspension, Oral 200 ml | 0.0697 | R |
| Eq. 200 mg Base/5 ml, Suspension, Oral 480 ml | 0.0253 | B |
| Eq. 400 mg Base/5 ml, Suspension, Oral 480 ml | 0.0436 | B |
| Eq. 400 mg base, Tablet, Oral 100 | 0.2345 | B |
| **Erythromycin Ethylsuccinate; Sulfisoxazole Acetyl** | | |
| Eq. 200 mg base/5 ml; Eq. 600 mg base/5 ml Granule, Oral 100 ml | 0.0746 | B |
| Eq. 200 mg base/5 ml; Eq. 600 mg base/5 ml Granule, Oral 150 ml | 0.0715 | B |
| Eq. 200 mg base/5 ml; Eq. 600 mg base/5 ml Granule, Oral 200 ml | 0.0683 | B |
| **Erythromycin Stearate** | | |
| Eq. 250 mg base, Tablet, Oral 100 | 0.1788 | R |
| Eq. 500 mg base, Tablet, Oral 100 | 0.2418 | B |
| **Estropipate** | | |
| 0.75 mg, Tablet, Oral 100 | 0.3132 | B |
| 1.5 mg, Tablet, Oral 100 | 0.4193 | B |
| 3 mg, Tablet, Oral 100 | 1.0940 | B |
| **Ethinyl Estradiol; Norethindrone** | | |
| 0.035 mg; 0.5 mg, Tablet, Oral-21 21 | 1.0743 | R |
| 0.035 mg; 1 mg, Tablet, Oral-21 21 | 0.5367 | B |
| 0.035 mg; 0.5 mg, Tablet, Oral-28 28 | 0.4025 | B |
| 0.035 mg; 1 mg, Tablet, Oral-28 28 | 0.3828 | B |
| **Fenoprofen Calcium** | | |
| Eq. 600 mg base, Tablet, Oral 100 | 0.1898 | B |
| **Fluocinolone Acetonide** | | |
| 0.01%, Cream, Topical 15 gm | 0.0840 | B |
| 0.01%, Cream, Topical 60 gm | 0.0413 | B |
| 0.025%, Cream, Topical 15 gm | 0.1050 | B |
| 0.025%, Cream, Topical 60 gm | 0.0575 | B |
| 0.025%, Ointment, Topical 15 gm | 0.1910 | B |
| 0.025%, Ointment, Topical 60 gm | 0.1232 | B |
| 0.01%, Solution, Topical 20 ml | 0.1763 | B |
| 0.01%, Solution, Topical 60 ml | 0.0938 | B |
| **Fluocinonide** | | |
| 0.05%, Cream, Topical 15 gm | 0.1810 | B |
| 0.05%, Cream, Topical 30 gm | 0.1255 | B |
| 0.05%, Cream, Topical 60 gm | 0.1345 | B |
| 0.05%, Cream, Topical 120 gm | 0.2036 | R |
| 0.05%, Gel, Topical 60 gm | 0.5978 | B |
| 0.05%, Solution, Topical 60 ml | 0.2420 | B |
| **Fluphenazine Hydrochloride** | | |
| 5mg/ml, Concentrate, Oral 120 ml | 1.1394 | R |
| 1 mg, Tablet, Oral 100 | 0.1881 | B |
| 2.5 mg, Tablet, Oral 100 | 0.2691 | B |
| 5 mg, Tablet, Oral 100 | 0.3521 | B |

| 973  9-11-97 | New Developments | | **55,135** |
|---|---|---|---|
| *GENERIC NAME* | | *GENERIC UPPER LIMIT/UNIT SOURCE* | * |
| 10 mg, Tablet, Oral 100 | | 0.4224 | B |
| **Flurazepam Hydrochloride** | | | |
| 15 mg, Capsule, Oral 100 | | 0.0525 | B |
| 30 mg, Capsule, Oral 100 | | 0.0675 | B |
| **Flurbiprofen** | | | |
| 50 mg, Tablet, Oral 100 | | 0.6021 | B |
| 100 mg, Tablet, Oral 100 | | 0.3475 | B |
| **Folic Acid** | | | |
| 1 mg, Tablet, Oral 100 | | 0.0301 | R |
| 1 mg, Tablet, Oral 1000 | | 0.0075 | B |
| **Furosemide** | | | |
| 10 mg/ml, Solution, Oral 60 ml | | 0.1142 | B |
| 10 mg/ml, Solution, Oral 120 ml | | 0.1249 | B |
| 20 mg, Tablet, Oral 100 | | 0.0210 | M |
| 40 mg, Tablet, Oral 100 | | 0.0254 | B |
| 80 mg, Tablet, Oral 100 | | 0.0473 | B |
| **Gemfibrozil** | | | |
| 600 mg, Tablet, Oral 60 | | 0.1800 | B |
| **Gentamicin Sulfate** | | | |
| Eq. 0.1% base, Cream, Topical 15 gm | | 0.1200 | B |
| Eq. 0.1% base, Cream, Topical 30 gm | | 0.2000 | R |
| Eq. 0.1% base, Ointment, Topical 15 gm | | 0.1200 | B |
| Eq. 0.1% base, Ointment, Topical 30 gm | | 0.1475 | B |
| Eq. 0.3% base, Ointment, Ophthalmic 3.5 gm | | 3.5443 | R |
| Eq. 0.3% base, Solution/Drops, Ophthalmic 5 ml | | 0.4800 | B |
| Eq. 0.3% base, Solution/Drops, Ophthalmic 15 ml | | 0.3070 | B |
| **Glipizide** | | | |
| 5 mg, Tablet, Oral 100 | | 0.0635 | B |
| 10 mg, Tablet, Oral 100 | | 0.1127 | B |
| **Gramicidin; Neomycin Sulfate; Polymyxin B Sulfate** | | | |
| 0.025 mg/ml; Eq. 1.75 mg base/ml; 10,000 units/ml | | | |
| Solution/Drops, Ophthalmic 10 ml | | 0.5025 | B |
| **Griseofulvin, Microcrystalline** | | | |
| 500 mg, Tablet, Oral 60 | | 1.2518 | M |
| **Griseofulvin, Ultramicrocrystalline** | | | |
| 125 mg, Tablet, Oral 100 | | 0.3893 | B |
| 165 mg, Tablet, Oral 100 | | 0.7148 | R |
| 250 mg, Tablet, Oral 100 | | 0.5093 | B |
| 330 mg, Tablet, Oral 100 | | 0.4032 | B |
| **Guanabenz Acetate** | | | |
| Eq. 4 mg base, Tablet, Oral 100 | | 0.4125 | B |
| Eq. 8 mg base, Tablet, Oral 100 | | 0.5813 | B |
| **Haloperidol** | | | |
| 0.5 mg, Tablet, Oral 100 | | 0.0188 | B |
| 1 mg, Tablet, Oral 100 | | 0.0210 | B |
| 2 mg, Tablet, Oral 100 | | 0.0203 | B |
| 5 mg, Tablet, Oral 100 | | 0.0293 | B |
| 10 mg, Tablet, Oral 100 | | 0.0405 | B |
| 20 mg, Tablet, Oral 100 | | 0.1200 | B |
| **Haloperidol Lactate** | | | |
| Eq. 2 mg base/ml, Concentrate, Oral 15 ml | | 0.5290 | B |
| Eq. 2 mg base/ml, Concentrate, Oral 120 ml | | 0.1180 | B |
| **Hydralazine Hydrochloride** | | | |
| 10 mg, Tablet, Oral 100 | | 0.0188 | B |
| 25 mg, Tablet, Oral 100 | | 0.0188 | B |
| 50 mg, Tablet, Oral 100 | | 0.0263 | B |

**Medicare and Medicaid Guide**     ¶ **45,600**

| GENERIC NAME | GENERIC UPPER LIMIT/UNIT | SOURCE * |
|---|---|---|
| 100 mg, Tablet, Oral 100 | 0.0428 | B |
| Hydralazine Hydrochloride; Hydrochlorothiazide | | |
|    25 mg; 25 mg, Capsule, Oral 100 | 0.0675 | B |
|    50 mg; 50 mg, Capsule, Oral 100 | 0.0845 | B |
| Hydrochlorothiazide | | |
|    25 mg, Tablet, Oral 100 | 0.0149 | R |
|    50 mg, Tablet, Oral 100 | 0.0248 | B |
|    100 mg, Tablet, Oral 100 | 0.0570 | B |
| Hydrochlorothiazide; Methyldopa | | |
|    15 mg; 250 mg, Tablet, Oral 100 | 0.1043 | B |
|    25 mg; 250 mg, Tablet, Oral 100 | 0.1043 | B |
|    30 mg; 500 mg, Tablet, Oral 100 | 0.2264 | B |
|    50 mg; 500 mg, Tablet, Oral 100 | 0.6731 | M |
| Hydrochlorothiazide; Propranolol Hydrochloride | | |
|    25 mg; 40 mg, Tablet, Oral 100 | 0.0510 | B |
|    25 mg; 80 mg, Tablet, Oral 100 | 0.0743 | B |
| Hydrochlorothiazide; Spironolactone | | |
|    25 mg; 25 mg, Tablet, Oral 100 | 0.0533 | B |
| Hydrochlorothiazide; Triamterene | | |
|    25 mg; 37.5 mg, Tablet, Oral 100 | 0.2393 | B |
|    50 mg; 75 mg, Tablet, Oral 100 | 0.0458 | B |
| Hydrocortisone | | |
|    0.5%, Cream, Topical 15 gm | 0.1060 | R |
|    0.5%, Cream, Topical 30 gm | 0.0220 | R |
|    1%, Cream, Topical 30 gm | 0.0645 | B |
|    2.5%, Cream, Topical 20 gm | 0.2063 | R |
|    2.5%, Cream, Topical 30 gm | 0.1420 | B |
|    2.5%, Cream, Topical 454 gm | 0.1873 | M |
|    0.5%, Lotion, Topical 60 ml | 0.0398 | R |
|    0.5%, Lotion, Topical 120 ml | 0.0400 | B |
|    1%, Lotion, Topical 60 ml | 0.0725 | M |
|    1%, Lotion, Topical 118 ml | 0.0916 | R |
|    1%, Lotion, Topical 120 ml | 0.0506 | M |
|    2.5%, Lotion, Topical 60 ml | 0.4047 | M |
|    1%, Ointment, Topical 30 gm | 0.0645 | B |
|    2.5%, Ointment, Topical 20 gm | 0.2738 | R |
| Hydrocortisone; Neomycin Sulfate; Polymyxin B Sulfate | | |
|    1%; Eq. 3.5 mg base/ml; 10,000 units/ml | | |
|       Solution/Drops, Otic 7.5 ml | 1.4520 | B |
| Hydroxychloroquine Sulfate | | |
|    200 mg, Tablet, Oral 100 | 0.7763 | B |
| Hydroxyzine Hydrochloride | | |
|    10 mg/5 ml, Syrup, Oral 480 ml | 0.0141 | M |
|    10 mg, Tablet, Oral 100 | 0.0195 | B |
|    25 mg, Tablet, Oral 100 | 0.0236 | B |
|    50 mg, Tablet, Oral 100 | 0.0315 | B |
| Hydroxyzine Pamoate | | |
|    Eq. 25 mg hcl, Capsule, Oral 100 | 0.0768 | B |
|    Eq. 50 mg hcl, Capsule, Oral 100 | 0.0983 | B |
|    Eq. 100 mg hcl, Capsule, Oral 100 | 0.2243 | B |
| Ibuprofen | | |
|    400 mg, Tablet, Oral 100 | 0.0338 | B |
|    600 mg, Tablet, Oral 100 | 0.0399 | B |
|    800 mg, Tablet, Oral 100 | 0.0563 | B |
| Imipramine Hydrochloride | | |
|    10 mg, Tablet, Oral 100 | 0.0188 | B |
|    25 mg, Tablet, Oral 100 | 0.0209 | B |

| 973  9-11-97 | New Developments | **55,137** |
|---|---|---|

| GENERIC NAME | GENERIC UPPER LIMIT/UNIT | SOURCE * |
|---|---:|:---:|
| 50 mg, Tablet, Oral 100 | 0.0308 | B |
| **Indapamide** | | |
| 1.25 mg, Tablet, Oral 100 | 0.2091 | B |
| 2.5 mg, Tablet, Oral 100 | 0.1988 | B |
| **Indomethacin** | | |
| 25 mg, Capsule, Oral 100 | 0.0299 | B |
| 50 mg, Capsule, Oral 100 | 0.0426 | B |
| **Isoetharine Hydrochloride** | | |
| 1%, Solution, Inhalation 10 ml | 0.7500 | B |
| 1%, Solution, Inhalation 30 ml | 0.5000 | B |
| **Isoniazid** | | |
| 100 mg, Tablet, Oral 100 | 0.0561 | M |
| 300 mg, Tablet, Oral 100 | 0.0525 | B |
| **Isosorbide Dinitrate** | | |
| 5 mg, Tablet, Oral 100 | 0.0188 | B |
| 10 mg, Tablet, Oral 100 | 0.0188 | B |
| 20 mg, Tablet, Oral 100 | 0.0218 | B |
| 30 mg, Tablet, Oral 100 | 0.0263 | B |
| 2.5 mg, Tablet, Sublingual 100 | 0.0338 | B |
| 5 mg, Tablet, Sublingual 100 | 0.0338 | B |
| **Lactulose** | | |
| 10 gm/15 ml, Solution, Oral 480 ml | 0.0228 | B |
| **Leucovorin Calcium** | | |
| Eq. 5 mg base, Tablet, Oral 100 | 2.0993 | B |
| Eq. 25 mg Base, Tablet, Oral 25 | 15.8910 | B |
| **Levobunolol Hydrochloride** | | |
| 0.25%, Solution/Drops, Ophthalmic 5 ml | 3.0000 | B |
| 0.25%, Solution/Drops, Ophthalmic 10 ml | 2.7510 | B |
| 0.5%, Solution/Drops, Ophthalmic 5 ml | 2.0310 | B |
| 0.5%, Solution/Drops, Ophthalmic 10 ml | 1.9350 | B |
| 0.5%, Solution/Drops, Ophthalmic 15 ml | 2.0750 | B |
| **Lidocaine Hydrochloride** | | |
| 2%, Jelly, Topical 30 ml | 0.2032 | B |
| 2%, Solution, Oral 100 ml | 0.0270 | B |
| 4%, Solution, Topical 50 ml | 0.2010 | R |
| **Lindane** | | |
| 1%, Lotion, Topical 60 ml | 0.0610 | B |
| 1%, Lotion, Topical 480 ml | 0.0237 | B |
| 1%, Shampoo, Topical 60 ml | 0.0650 | B |
| 1%, Shampoo, Topical 480 ml | 0.0242 | B |
| **Lithium Carbonate** | | |
| 300 mg, Capsule, Oral 100 | 0.0525 | B |
| 300 mg, Capsule, Oral 1000 | 0.0396 | B |
| **Loperamide Hydrochloride** | | |
| 2 mg, Capsule, Oral 100 | 0.1455 | B |
| **Lorazepam** | | |
| 0.5 mg, Tablet, Oral 100 | 0.0173 | B |
| 1 mg, Tablet, Oral 100 | 0.0203 | B |
| 2 mg, Tablet, Oral 100 | 0.0222 | B |
| **Maprotiline Hydrochloride** | | |
| 25 mg, Tablet, Oral 100 | 0.1943 | B |
| 50 mg, Tablet, Oral 100 | 0.2910 | B |
| 75 mg, Tablet, Oral 100 | 0.4088 | B |
| **Meclizine Hydrochloride** | | |
| 12.5 mg, Tablet, Oral 100 | 0.0192 | B |

| 55,138 | New Developments | 973 9-11-97 |
|---|---|---|

| GENERIC NAME | GENERIC UPPER LIMIT/UNIT | SOURCE * |
|---|---:|:---:|
| 25 mg, Tablet, Oral 100 | 0.0255 | B |
| **Meclofenamate Sodium** | | |
| Eq. 50 mg base, Capsule, Oral 100 | 0.1583 | B |
| Eq. 100 mg base, Capsule, Oral 100 | 0.2579 | B |
| **Megestrol Acetate** | | |
| 20 mg, Tablet, Oral 100 | 0.4140 | B |
| 40 mg, Tablet, Oral 100 | 0.6707 | B |
| **Meprobamate** | | |
| 200 mg, Tablet, Oral 100 | 0.0398 | B |
| 400 mg, Tablet, Oral 100 | 0.0480 | B |
| **Mestranol; Norethindrone** | | |
| 0.05 mg; 1 mg, Tablet, Oral-21 21 | 0.5367 | B |
| 0.05 mg; 1 mg, Tablet, Oral-28 28 | 0.3828 | B |
| **Metaproterenol Sulfate** | | |
| 10 mg/5 ml, Syrup, Oral 480 ml | 0.0134 | B |
| 10 mg, Tablet, Oral 100 | 0.0743 | B |
| 20 mg, Tablet, Oral 100 | 0.1328 | B |
| **Methadone Hydrochloride** | | |
| 10 mg/ml, Concentrate, Oral 946 ml | 0.1046 | B |
| **Methazolamide** | | |
| 25 mg, Tablet, Oral 100 | 0.3248 | B |
| 50 mg, Tablet, Oral 100 | 0.4212 | B |
| **Methocarbamol** | | |
| 500 mg, Tablet, Oral 100 | 0.0627 | B |
| 750 mg, Tablet, Oral 100 | 0.0870 | B |
| **Methotrexate Sodium** | | |
| Eq. 2.5 mg base, Tablet, Oral 100 | 1.6599 | B |
| **Methyclothiazide** | | |
| 2.5 mg, Tablet, Oral 100 | 0.0857 | B |
| 5 mg, Tablet, Oral 100 | 0.0531 | B |
| **Methyldopa** | | |
| 125 mg, Tablet, Oral 100 | 0.0615 | M |
| 250 mg, Tablet, Oral 100 | 0.0675 | B |
| 500 mg, Tablet, Oral 100 | 0.1215 | B |
| **Metoclopramide Hydrochloride** | | |
| Eq. 5 mg Base, Tablet, Oral 100 | 0.0987 | B |
| Eq. 10 mg base, Tablet, Oral 100 | 0.0188 | B |
| **Metoprolol Tartrate** | | |
| 50 mg, Tablet, Oral 100 | 0.0765 | B |
| 100 mg, Tablet, Oral 100 | 0.1161 | B |
| **Metronidazole** | | |
| 250 mg, Tablet, Oral 100 | 0.0299 | B |
| 500 mg, Tablet, Oral 100 | 0.0593 | B |
| **Mexiletine Hydrochloride** | | |
| 150 mg, Capsule, Oral 100 | 0.7673 | B |
| 200 mg, Capsule, Oral 100 | 0.9143 | R |
| 250 mg, Capsule, Oral 100 | 1.0628 | R |
| **Minocycline Hydrochloride** | | |
| Eq. 50 mg base, Capsule, Oral 100 | 0.4043 | B |
| Eq. 100 mg base, Capsule, Oral 50 | 0.8085 | B |
| **Minoxidil** | | |
| 2.5 mg, Tablet, Oral 100 | 0.0974 | B |
| 10 mg, Tablet, Oral 100 | 0.1437 | B |

| 973  9-11-97 | New Developments | | 55,139 |
|---|---|---|---|
| **GENERIC NAME** | | **GENERIC UPPER LIMIT/UNIT** | **SOURCE** * |
| Nadolol | | | |
|    20 mg, Tablet, Oral 100 | | 0.4725 | B |
|    40 mg, Tablet, Oral 100 | | 0.5093 | B |
|    80 mg, Tablet, Oral 100 | | 0.6593 | B |
|    120 mg, Tablet, Oral 100 | | 1.3368 | B |
|    160 mg, Tablet, Oral 100 | | 1.5089 | B |
| Naphazoline Hydrochloride | | | |
|    0.1%, Solution/Drops, Ophthalmic 15 ml | | 0.3150 | B |
| Naproxen | | | |
|    250 mg, Tablet, Oral 100 | | 0.1178 | B |
|    375 mg, Tablet, Oral 100 | | 0.1517 | B |
|    500 mg, Tablet, Oral 100 | | 0.1823 | B |
| Naproxen Sodium | | | |
|    Eq. 250 mg base, Tablet, Oral 100 | | 0.1407 | B |
|    Eq. 500 mg base, Tablet, Oral 100 | | 0.2195 | B |
| Niacin | | | |
|    500 mg, Tablet, Oral 100 | | 0.0299 | M |
| Nicardipine Hydrochloride | | | |
|    20 mg, Capsule, Oral 100 | | 0.4242 | B |
|    30 mg, Capsule, Oral 100 | | 0.6810 | B |
| Nifedipine | | | |
|    10 mg, Capsule, Oral 100 | | 0.0555 | B |
| Nitrofurantoin, Macrocrystalline | | | |
|    50 mg, Capsule, Oral 100 | | 0.5084 | B |
| Nitrofurazone | | | |
|    0.2%, Ointment, Topical 454 gm | | 0.0167 | B |
| Nortriptyline Hydrochloride | | | |
|    Eq. 10 mg base, Capsule, Oral 100 | | 0.1085 | B |
|    Eq. 25 mg base, Capsule, Oral 100 | | 0.1496 | B |
|    Eq. 50 mg base, Capsule, Oral 100 | | 0.1830 | B |
|    Eq. 75 mg base, Capsule, Oral 100 | | 0.2342 | B |
| Nystatin | | | |
|    100,000 units/gm, Cream, Topical 15 gm | | 0.0970 | B |
|    100,000 units/gm, Cream, Topical 30 gm | | 0.0725 | B |
|    100,000 units/gm, Ointment, Topical 15 gm | | 0.0970 | B |
|    100,000 units/gm, Ointment, Topical 30 gm | | 0.1200 | B |
|    100,000 units/ml, Suspension, Oral 60 ml | | 0.0520 | B |
|    100,000 units/ml, Suspension, Oral 480 ml | | 0.0354 | B |
|    500,000 units, Tablet, Oral 100 | | 0.1193 | B |
|    100,000 units, Tablet, Vaginal 15 | | 0.7350 | B |
|    100,000 units, Tablet, Vaginal 30 | | 0.6625 | B |
| Nystatin; Triamcinolone Acetonide | | | |
|    100,000 units/gm; 0.1%, Cream, Topical 15 gm | | 0.0980 | B |
|    100,000 units/gm; 0.1%, Cream, Topical 30 gm | | 0.0955 | B |
|    100,000 units/gm; 0.1%, Cream, Topical 60 gm | | 0.0732 | B |
|    100,000 units/gm; 0.1%, Ointment, Topical 15 gm | | 0.0990 | B |
|    100,000 units/gm; 0.1%, Ointment, Topical 30 gm | | 0.0975 | B |
|    100,000 units/gm; 0.1%, Ointment, Topical 60 gm | | 0.0800 | B |
| Oxacillin Sodium | | | |
|    Eq. 250 mg base, Capsule, Oral 100 | | 0.2849 | R |
|    Eq. 500 mg base, Capsule, Oral 100 | | 0.5928 | B |
|    Eq. 250 mg base/5 ml | | | |
|       Powder for reconstitution, Oral 100 ml | | 0.0525 | B |
| Oxazepam | | | |
|    10 mg, Capsule, Oral 100 | | 0.0563 | B |
|    15 mg, Capsule, Oral 100 | | 0.0705 | B |
|    30 mg, Capsule, Oral 100 | | 0.0915 | B |

**Medicare and Medicaid Guide**        ¶ **45,600**

| GENERIC NAME | GENERIC UPPER LIMIT/UNIT | SOURCE * |
|---|---|---|
| Oxybutynin Chloride | | |
|    5 mg, Tablet, Oral 100 | 0.1590 | B |
| Penicillin V Potassium | | |
|    Eq. 125 mg base/5 ml | | |
|       Powder for reconstitution, Oral 100 ml | 0.0165 | B |
|    Eq. 125 mg base/5 ml | | |
|       Powder for reconstitution, Oral 200 ml | 0.0112 | B |
|    Eq. 250 mg base/5 ml | | |
|       Powder for reconstitution, Oral 100 ml | 0.0233 | B |
|    Eq. 250 mg base/5 ml | | |
|       Powder for reconstitution, Oral 200 ml | 0.0154 | B |
|    Eq. 250 mg base, Tablet, Oral 100 | 0.0522 | B |
|    Eq. 500 mg base, Tablet, Oral 100 | 0.0818 | B |
| Perphenazine | | |
|    2 mg, Tablet, Oral 100 | 0.2237 | B |
|    4 mg, Tablet, Oral 100 | 0.3101 | B |
|    8 mg, Tablet, Oral 100 | 0.3620 | B |
|    16 mg, Tablet, Oral 100 | 0.6713 | B |
| Phendimetrazine Tartrate | | |
|    35 mg, Tablet, Oral 100 | 0.0750 | R |
| Phentermine Hydrochloride | | |
|    30 mg, Capsule, Oral 100 | 0.0922 | R |
|    37.5 mg, Capsule, Oral 100 | 0.1403 | R |
|    37.5 mg, Tablet, Oral 100 | 0.1125 | B |
| Phenylephrine Hydrochloride; Promethazine Hydrochloride | | |
|    5mg/5 ml; 6.25 mg/5 ml, Syrup, Oral 480 ml | 0.0081 | B |
| Pindolol | | |
|    5 mg, Tablet, Oral 100 | 0.1575 | B |
|    10 mg, Tablet, Oral 100 | 0.2175 | B |
| Piroxicam | | |
|    10 mg, Capsule, Oral 100 | 0.0788 | B |
|    20 mg, Capsule, Oral 100 | 0.0830 | B |
| Potassium Chloride | | |
|    8 meq., Tablet, extended release, Oral 100 | 0.0765 | B |
| Prazosin Hydrochloride | | |
|    Eq. 1 mg base, Capsule, Oral 100 | 0.0639 | B |
|    Eq. 2 mg base, Capsule, Oral 100 | 0.0720 | B |
|    Eq. 5 mg base, Capsule, Oral 100 | 0.1193 | B |
| Prednisolone Sodium Phosphate | | |
|    Eq. 1% Phosphate, Solution/Drops, Ophthalmic 5 ml | 1.2180 | R |
|    Eq. 1% Phosphate, Solution/Drops, Ophthalmic 10 ml | 1.3800 | B |
|    Eq. 1% Phosphate, Solution/Drops, Ophthalmic 15 ml | 0.3750 | B |
|    Eq. .125% Phosphate, Solution/Drops, Ophthalmic 5 ml | 1.5000 | R |
| Prednisolone Sodium Phosphate; Sulfacetamide Sodium | | |
|    Eq. 0.25% Phosphate; 10%, Solution/Drops, Ophthalmic 5 ml | 2.2320 | B |
|    Eq. 0.25% Phosphate; 10%, Solution/Drops, Ophthalmic 10 ml | 1.2375 | R |
| Prednisone | | |
|    1 mg, Tablet, Oral 100 | 0.0339 | B |
|    5 mg, Tablet, Oral 100 | 0.0240 | B |
|    10 mg, Tablet, Oral 100 | 0.0449 | B |
|    20 mg, Tablet, Oral 100 | 0.0720 | B |
|    50 mg, Tablet, Oral 100 | 0.1998 | R |
| Primidone | | |
|    250 mg, Tablet, Oral 100 | 0.2816 | B |
| Probenecid | | |
|    500 mg, Tablet, Oral 100 | 0.1154 | B |

| 973  9-11-97 | New Developments | | **55,141** |
|---|---|---|---|
| *GENERIC NAME* | | *GENERIC UPPER LIMIT/UNIT SOURCE* * | |
| Procainamide Hydrochloride | | | |
| 250 mg, Capsule, Oral 100 | | 0.0683 | B |
| 375 mg, Capsule, Oral 100 | | 0.0743 | B |
| 500 mg, Capsule, Oral 100 | | 0.0848 | B |
| 250 mg, Tablet, extended release, Oral 100 | | 0.1640 | B |
| 500 mg, Tablet, extended release, Oral 100 | | 0.1635 | B |
| 750 mg, Tablet, extended release, Oral 100 | | 0.2475 | B |
| Prochlorperazine Maleate | | | |
| Eq. 5 mg base, Tablet, Oral 100 | | 0.5393 | B |
| Eq. 10 mg base, Tablet, Oral 100 | | 0.8093 | B |
| Promethazine Hydrochloride | | | |
| 6.25 mg/5 ml, Syrup, Oral 480 ml | | 0.0070 | B |
| Proparacaine Hydrochloride | | | |
| 0.5%, Solution/Drops, Ophthalmic 15 ml | | 0.4990 | B |
| Propoxyphene Hydrochloride | | | |
| 65 mg, Capsule, Oral 100 | | 0.0488 | B |
| Propranolol Hydrochloride | | | |
| 10 mg, Tablet, Oral 100 | | 0.0116 | B |
| 20 mg, Tablet, Oral 100 | | 0.0135 | B |
| 40 mg, Tablet, Oral 100 | | 0.0204 | B |
| 60 mg, Tablet, Oral 100 | | 0.0225 | B |
| 80 mg, Tablet, Oral 100 | | 0.0234 | B |
| Pseudoephedrine Hydrochloride; Triprolidine Hydrochloride | | | |
| 60 mg; 2.5 mg, Tablet, Oral 100 | | 0.0273 | B |
| Quinidine Gluconate | | | |
| 324 mg, Tablet, extended release, Oral 100 | | 0.1512 | B |
| Quinidine Sulfate | | | |
| 200 mg, Tablet, Oral 100 | | 0.0962 | B |
| 300 mg, Tablet, Oral 100 | | 0.1493 | B |
| Selegiline Hydrochloride | | | |
| 5 mg, Tablet, Oral 60 | | 1.8890 | M |
| 5 mg, Tablet, Oral 500 | | 3.0285 | R |
| Selenium Sulfide | | | |
| 2.5%, Lotion/Shampoo, Topical 120 ml | | 0.0339 | B |
| Silver Sulfadiazine | | | |
| 1%, Cream, Topical 20 gm | | 0.1695 | B |
| 1%, Cream, Topical 50 gm | | 0.1110 | B |
| 1%, Cream, Topical 85 gm | | 0.1168 | B |
| 1%, Cream, Topical 400 gm | | 0.0635 | B |
| 1%, Cream, Topical 1000 gm | | 0.0596 | M |
| Spironolactone | | | |
| 25 mg, Tablet, Oral 100 | | 0.0497 | B |
| Sulfacetamide Sodium | | | |
| 10%, Ointment, Ophthalmic 3.5 gm | | 0.8100 | R |
| 10%, Solution/Drops, Ophthalmic 2 ml | | 0.7969 | B |
| 10%, Solution/Drops, Ophthalmic 5 ml | | 0.3240 | R |
| 10%, Solution/Drops, Ophthalmic 15 ml | | 0.0970 | B |
| Sulfadiazine | | | |
| 500 mg, Tablet, Oral 100 | | 0.5513 | B |
| Sulfamethoxazole; Trimethoprim | | | |
| 200 mg/5 ml; 40 mg/5 ml, Suspension, Oral 100 ml | | 0.0564 | R |
| 200 mg/5 ml; 40 mg/5 ml, Suspension, Oral 473 ml | | 0.0246 | B |
| 200 mg/5 ml; 40 mg/5 ml, Suspension, Oral 480 ml | | 0.0156 | B |
| 400 mg; 80 mg, Tablet, Oral 100 | | 0.0612 | B |
| 800 mg; 160 mg, Tablet, Oral 100 | | 0.0893 | B |

| GENERIC NAME | GENERIC UPPER LIMIT/UNIT | SOURCE * |
|---|---:|:---:|
| Sulfasalazine | | |
|    500 mg, Tablet, Oral 100 | 0.1425 | B |
| Sulfinpyrazone | | |
|    200 mg, Capsule, Oral 100 | 0.1643 | B |
|    100 mg, Tablet, Oral 100 | 0.1392 | R |
| Sulfisoxazole | | |
|    500 mg, Tablet, Oral 100 | 0.0788 | B |
| Sulindac | | |
|    150 mg, Tablet, Oral 100 | 0.1754 | B |
|    200 mg, Tablet, Oral 100 | 0.2331 | B |
| Temazepam | | |
|    15 mg, Capsule, Oral 100 | 0.0315 | M |
|    30 mg, Capsule, Oral 100 | 0.0405 | M |
| Tetracycline Hydrochloride | | |
|    250 mg, Capsule, Oral 100 | 0.0405 | B |
|    500 mg, Capsule, Oral 100 | 0.0458 | B |
| Theophylline | | |
|    80 mg/15 ml, Elixir, Oral 480 ml | 0.0055 | B |
| Thioridazine Hydrochloride | | |
|    30 mg/ml, Concentrate, Oral 120 ml | 0.1013 | B |
|    100 mg/ml, Concentrate, Oral 120 ml | 0.4611 | B |
|    10 mg, Tablet, Oral 100 | 0.0300 | M |
|    15 mg, Tablet, Oral 100 | 0.0300 | M |
|    25 mg, Tablet, Oral 100 | 0.0338 | M |
|    50 mg, Tablet, Oral 100 | 0.0555 | M |
|    100 mg, Tablet, Oral 100 | 0.0900 | M |
|    150 mg, Tablet, Oral 100 | 0.1373 | M |
|    200 mg, Tablet, Oral 100 | 0.1538 | M |
| Thiothixene | | |
|    1 mg, Capsule, Oral 100 | 0.1343 | B |
|    2 mg, Capsule, Oral 100 | 0.1658 | B |
|    5 mg, Capsule, Oral 100 | 0.2012 | B |
|    10 mg, Capsule, Oral 100 | 0.3326 | B |
| Thiothixene Hydrochloride | | |
|    Eq. 5 mg base/ml, Concentrate, Oral 120 ml | 0.2094 | B |
| Timolol Maleate | | |
|    5 mg, Tablet, Oral 100 | 0.1832 | B |
|    10 mg, Tablet, Oral 100 | 0.2568 | B |
|    20 mg, Tablet, Oral 100 | 0.5241 | B |
| Tobramycin | | |
|    0.3%, Solution/Drops, Ophthalmic 5 ml | 0.8070 | B |
| Tolazamide | | |
|    100 mg, Tablet, Oral 100 | 0.0503 | B |
|    250 mg, Tablet, Oral 100 | 0.0938 | B |
|    500 mg, Tablet, Oral 100 | 0.1680 | B |
| Tolbutamide | | |
|    500 mg, Tablet, Oral 100 | 0.0458 | B |
| Tolmetin Sodium | | |
|    Eq. 200 mg base, Tablet, Oral 100 | 0.6749 | R |
|    Eq. 400 mg base, Capsule, Oral 100 | 0.2625 | B |
|    Eq. 600 mg base, Tablet, Oral 100 | 0.9195 | B |
| Trazodone Hydrochloride | | |
|    50 mg, Tablet, Oral 100 | 0.0643 | B |
|    100 mg, Tablet, Oral 100 | 0.0975 | B |
| Triamcinolone Acetonide | | |

| 973  9-11-97 | New Developments | | 55,143 |
|---|---|---|---|
| GENERIC NAME | | GENERIC UPPER LIMIT/UNIT | SOURCE* |
| 0.025%, Cream, Topical 15 gm | | 0.0650 | B |
| 0.025%, Cream, Topical 80 gm | | 0.0319 | B |
| 0.025%, Cream, Topical 454 gm | | 0.0208 | B |
| 0.025%, Cream, Topical 2270 gm | | 0.0101 | R |
| 0.1%, Cream, Topical 15 gm | | 0.0670 | B |
| 0.1%, Cream, Topical 30 gm | | 0.0900 | M |
| 0.1%, Cream, Topical 80 gm | | 0.0302 | B |
| 0.1%, Cream, Topical 454 gm | | 0.0314 | M |
| 0.1%, Cream, Topical 2270 gm | | 0.0279 | B |
| 0.5%, Cream, Topical 15 gm | | 0.1300 | B |
| 0.1%, Lotion, Topical 60 ml | | 0.1150 | B |
| 0.025%, Ointment, Topical 15 gm | | 0.0580 | B |
| 0.025%, Ointment, Topical 80 gm | | 0.0354 | B |
| 0.025%, Ointment, Topical 454 gm | | 0.0216 | B |
| 0.1%, Ointment, Topical 15 gm | | 0.0750 | B |
| 0.1%, Ointment, Topical 80 gm | | 0.0525 | M |
| 0.1%, Ointment, Topical 454 gm | | 0.0314 | M |
| 0.5%, Ointment, Topical 15 gm | | 0.2330 | B |
| 0.1%, Paste, Dental 5 gm | | 0.7650 | B |
| Triazolam | | | |
| 0.125 mg, Tablet, Oral 100 | | 0.4842 | B |
| 0.25 mg, Tablet, Oral 100 | | 0.5286 | B |
| Trifluoperazine Hydrochloride | | | |
| Eq. 1 mg base, Tablet, Oral 100 | | 0.3207 | B |
| Eq. 2 mg Base, Tablet, Oral 100 | | 0.4683 | B |
| Eq. 5 mg base, Tablet, Oral 100 | | 0.5631 | B |
| Eq. 10 mg base, Tablet, Oral 100 | | 0.7133 | B |
| Trihexyphenidyl Hydrochloride | | | |
| 5 mg, Tablet, Oral 100 | | 0.3254 | B |
| Trimethoprim | | | |
| 100 mg, Tablet, Oral 100 | | 0.1493 | B |
| 200 mg, Tablet, Oral 100 | | 0.2210 | B |
| Triple Sulfa (sulfabenzamide;sulfacetami | | | |
| 3.7%; 2.86%; 3.42%, Cream, Vaginal 78 gm | | 0.0510 | B |
| 3.7%; 2.86%; 3.42%, Cream, Vaginal 82.5 gm | | 0.0613 | M |
| Tropicamide | | | |
| 0.5%, Solution/Drops, Ophthalmic 15 ml | | 0.5950 | M |
| Valproic Acid | | | |
| 250 mg, Capsule, Oral 100 | | 0.1178 | B |
| 250 mg/5 ml, Syrup, Oral 480 ml | | 0.0594 | M |
| Verapamil Hydrochloride | | | |
| 40 mg, Tablet, Oral 100 | | 0.1464 | B |
| 80 mg, Tablet, Oral 100 | | 0.0480 | B |
| 120 mg, Tablet, Oral 100 | | 0.0800 | B |
| 240 mg, Tablet, extended release, Oral 100 | | 0.3113 | B |

*B = BLUE BOOK    M = MEDI-SPAN    R = RED BOOK

[¶ 45,601]  Medicare HMOs Organized as "Open Access" Physician Panels.

*HCFA Office of Managed Care, Operational Policy Letter No. 50, OPL050, March 19, 1997.*

### Medicare: Prior Authorization

Health maintenance organizations—Arrangements for health services—Accessibility of services.—Medicare health maintenance organizations and competitive medical plans may be organized as "open access" model managed care organizations as long as all statutory and regulatory requirements for continuity of care and utilization management are met. Under the open access model, enrollees are allowed access to any physician on an HMO's Medicare-contracted panel