16

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

MASSACHUSETTS


IN RE: PHARMACEUTICAL            )
INDUSTRY AVERAGE WHOLESALE       )
PRICE LITIGATION                 )
                                 )
                                 )  Civil Action No.
                                 )  01CV12257-PBS
                                 )
                                 )

DEPOSITION

of PORTIA EDENS


Taken at the

Adam's Mark Hotel

Indianapolis Airport

Indianapolis, Indiana

on August 9, 2005, at 10:00 a.m.

Reported by: Cindy L. Knecht, RMR/CRR

Page 24

1  pharmacy, reimbursement being what third
2  parties may reimburse --
3      A.  Like amounts, or are we talking -- I
4  provided like coding information.
5      Q.  Provide coding information?
6      A.  Uh-huh.
7      Q.  And in connection with what kind of
8  reimbursement programs?
9      A.  It would be Medicare.
10     Q.  Have you ever provided Dr. Aziz's
11 pharmacy with any information regarding
12 reimbursement issues relative to Medicaid or
13 any private third-party payers?
14     A.  Not that I can recall.
15     Q.  What kind of information would you
16 provide concerning Medicare reimbursement to
17 Dr. Aziz's pharmacy?
18     A.  A J code for particular drug.
19     Q.  Would you ever provide the actual
20 numbers or what the dollar numbers were for
21 reimbursement under Medicare for any
22 Schering-Plough product?

Page 25

1    A.  Not that I can recall.  Definitely
2  not a common practice, no.
3    Q.  I understand your answer is not a
4  common practice, but outside of the common
5  practice did you ever provide any
6  reimbursement dollar amounts to Dr. Aziz's
7  pharmacy?
8    MR. BAUGHMAN:  Object to the form.
9    A.  Not that I can recall.
10    Q.  Have you ever provided any
11  comparisons of dollar reimbursements under
12  Medicare or any other program to Dr. Aziz or
13  any other pharmacy?
14    A.  No.
15    Q.  I just want to kind of make sure I
16  understand that with regard to the specialty
17  pharmacies that you've identified, Dr. Aziz
18  and the William Brothers, that your
19  testimony is that you've never provided any
20  pricing or reimbursement dollar numbers to
21  those pharmacies?
22    MR. BAUGHMAN:  Object to the form.

Page 26

1   A.   Not that I recall.
2   Q.   I'm sorry?
3   A.   Not that I recall.
4   Q.   Now, in connection with your
5   preparation for today's deposition did you
6   review any documents?
7       MR. BAUGHMAN:  If you're concerned
8   about a privilege issue, I'm going to allow
9   you to answer that as a yes or no question,
10  which is how I understand it to be.
11  BY MR. McNEELY
12  Q.   It's a yes or no question.
13  A.   Yes.
14  Q.   And what is the nature of the
15  documents that you reviewed in preparation
16  for your deposition today?
17      MR. BAUGHMAN:  Object and instruct
18  you not to answer, basis of attorney/client
19  privilege and work product protection.
20  Q.   How many documents did you review in
21  preparation for your deposition today?
22  A.   I believe two.

1   Q.  Did you review any of the
2   depositions that have been taken of other
3   sales reps in this matter?
4   A.  No.
5   Q.  Did you review summaries of those
6   depositions?
7   A.  No.
8   Q.  Now, were those documents that you
9   described, the two documents, those were
10  given to you by your attorney?
11  A.  Yes.
12  Q.  Other than the documents given to
13  you by your attorney for review, did you
14  review any other documents on your own that
15  you may have had in your own personal
16  records?
17  A.  In preparation for this?
18  Q.  Yes, in preparation for this
19  deposition.
20  A.  Yes.
21  Q.  Okay.  Tell me what documents you
22  reviewed in preparation for your testimony.