19

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS


- - - -

IN RE:                          )

PHARMACEUTICAL INDUSTRY         ) MDL DOCKET NO.

AVERAGE WHOLESALE PRICE         ) CIVIL ACTION

LITIGATION.                     ) 01CV12257-PBS


DEPOSITION OF:  JAMES BUTLER

* HIGHLY CONFIDENTIAL *


DEPOSITION OF JAMES BUTLER,

a witness, called by the Plaintiffs for examination,

in accordance with the Federal Rules of Civil

Procedure, taken by and before JoAnn M. Brown, RMR,

CRR, a Court Reporter and Notary Public in and for

the Commonwealth of Pennsylvania, at the offices

AKF Reporters, Inc., Court Reporting & VideoTech

Services, AKF Building, 436 Boulevard of the Allies,

Pittsburgh, Pennsylvania, on Thursday, August 11,

2005, commencing at 9:07 a.m.

```
 1 A.    No.

 2 Q.    Any training outside of Schering-Plough?  Have

 3       you received any training on profitability to

 4       pharmacies or a doctor's office from any third

 5       parties?

 6 A.    Yes.

 7 Q.    Describe those or identify those, please.

 8 A.    The woman's name is Bobbi Buell.  I believe

 9       it's spelled B-U-E-L-L.  I don't know her

10       company, but at one point, she was the steward

11       of Commitment to Care, a vendor -- her

12       organization would be running Commitment to

13       Care, which Commitment to Care was our

14       reimbursement specialist after IRIS.

15             Bobbi Buell did have symposia from

16       time to time with the medical community on

17       billing, and I'm sure, during my tenure, she

18       has addressed the sales force once or twice to

19       explain the confusion about reimbursement with

20       Interon.

21 Q.    Any other symposia, schema or programs where

22       you have acquired information concerning
```

1     profitability factors or reimbursement issues

2     for your customers?

3          MR. BAUGHMAN:  Object to the form.

4 A.   None that I can think of.

5 Q.   In any of the presentations by either Alan Wirt

6     or Bobbi Buell, was comparative pricing

7     provided relative to other products?

8 A.   No.

9 Q.   And by other products, I mean competitors'

10    products?

11 A.  That's what I understood.

12 Q.  Okay.  Now, Bobbi Buell, that's a woman?

13 A.  Yes.

14 Q.  And your understanding is that she was with

15    CTC?

16         MR. BAUGHMAN:  Object to the form.

17 A.  Yes, that her company was running Commitment to

18    Care.

19         Commitment to Care is a trademark --

20    I believe it's a trademark name -- for

21    Schering's reimbursement program, and so

22    vendors who can manage the Commitment to Care

1       are -- their organization isn't identified, but

2       they do the labor behind it.

3 Q.   So, if I were -- I mean, do you know what

4       company Bobbi Buell is actually employed by?

5 A.   I cannot recall, but I know it's out in the

6       San Francisco area.

7 Q.   What has been your -- well, how do you work

8       with CTC?

9 A.   As I get customers who have issues about

10      whether they can afford our therapy, the

11      patients can afford the therapy and don't have

12      insurance, I immediately give them our

13      Commitment to Care 800 number and let them know

14      that they should be able to help them within

15      five days to resolve the issue, whether the

16      patient can get reimbursement, can get indigent

17      drug, or ultimately just has too much

18      purchasing power and has insurance coverage and

19      Commitment to Care may not be able to help them

20      at all.

21 Q.  Just so I can understand it, when you say your

22      customer, you're referring to physicians and

1        Intron?

2                    MR. BAUGHMAN:  Object to the form.

3 A.     In this case, I'm guessing he would be, and the

4        reason is, Medicare patients cannot self-inject

5        Intron, and so this patient would be coming

6        into the office for administration of Intron,

7        and so he would be billing for reimbursement to

8        Medicare for this.

9 Q.     Okay.  And if I understand, my question is, in

10       this case, Dr. Bress would be your customer,

11       and he would be the person purchasing from

12       Schering-Plough Intron, is that correct?

13 A.    It's one possibility.  He could be ordering it

14       through a pharmacy.  He could be ordering it

15       through a wholesaler.  If you're asking does he

16       order it directly through Schering, unlikely.

17       He would be ordering it through whoever he used

18       as his specialty pharmacy to get the drug.

19 Q.    Is it your understanding that a physician like

20       Dr. James Bress or your other customers, that

21       they make a profit by providing the

22       Schering-Plough product such as Intron?

1                    MR. BAUGHMAN:  Object to the form.

2  A.    I know that all of my oncologists have a

3         different value system throughout the entire

4         spectrum of their profession.  You have some

5         physicians that that's the first thing they

6         look at is their profit, and others look for

7         the patient to be treated and accept the fact

8         that their practice or their clinic is going to

9         take a loss.  So, I see the entire spectrum.

10 Q.    Okay.  And with regard to your training that

11        you receive from Schering-Plough, does

12        Schering-Plough provide you with information or

13        an approach to provide information to those

14        doctors' offices who are very interested in the

15        profit that they can make?

16                   MR. BAUGHMAN:  Object to the form.

17 A.    No.

18 Q.    Does Schering-Plough provide you with

19        information or material that is specific to the

20        doctors -- physician-administering clinic or

21        physician-administered drug clinic, a

22        prospective piece as to profitability?

1              MR. BAUGHMAN:  Object to the form.

2 A.    No.

3 Q.    Are you provided with information or documents

4       regarding the prospective of a pharmacy with

5       regard to the profitability in selling any of

6       the Schering-Plough products?

7 A.    No.

8 Q.    You have never seen anything like that from

9       Schering-Plough where they are offering you

10      information or education concerning a pharmacy

11      or a doctor's prospective with regard to

12      profits?

13 A.   Not in oncology, no.

14 Q.   In any other area, have you seen that?

15 A.   No.

16 Q.   In calling on pharmacies -- and I believe you

17      have called on pharmacies, is that correct?

18 A.   Yes.

19 Q.   And this is totally in reference to

20      Schering-Plough, your 17 years with

21      Schering-Plough.  You do call on pharmacies, is

22      that correct?

1 A.    Yes.

2 Q.    In calling on pharmacies, do you provide them

3       with information regarding AWP as well as the

4       direct pricing?

5              MR. BAUGHMAN:  Object to the form.

6 A.    No.

7 Q.    Have you ever provided the pharmacies that you

8       call on with AWP information as well as direct

9       pricing?

10             MR. BAUGHMAN:  Object to the form.

11 A.   No.

12 Q.   What information would you provide to the

13      pharmacies that you call on with regard to

14      pricing or cost of the drugs you are trying to

15      sell them?

16 A.   I would supply -- relative to price?

17 Q.   Relative to price.

18 A.   I would not.

19 Q.   Okay.  How do the pharmacies that you call on

20      know what they're going to have to pay for any

21      Schering-Plough products?

22             MR. BAUGHMAN:  Object to the form.

1  A.   The very few pharmacies that I call on are

2       looking to me for product information, whether

3       it's a change in the product line or a change

4       in the dosing schema.  They are not looking to

5       me for pricing.

6  Q.   Where do they get the pricing information

7       regarding any Schering-Plough products that you

8       are trying to sell them?

9            MR. BAUGHMAN:  Object to the form.

10 A.   I would be speculating.  I don't know.

11           For the University of Pittsburgh,

12      they probably have a buying agreement.  Whether

13      they buy direct from Schering or whether they

14      buy through their wholesaler, I don't know.

15 Q.   Do you see item 29 with reference to a

16      John Kirkwood?

17 A.   Yes.

18 Q.   Is Kirkwood a doctor that you call on?

19 A.   Yes.  He's in Pittsburgh.

20 Q.   And what is the nature of Dr. Kirkwood's

21      practice?

22 A.   Dr. Kirkwood is the international expert on