## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs Inc., et al.,* 02-CV-12084-PBS<br><br>*State of Nevada v. American Home Prods. Corp., et al.,* D. Nev. Cause No. CV-N-02-0202-ECR | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## DECLARATION OF CHARLES C. SIPOS
## IN SUPPORT OF DEFENDANT IMMUNEX CORPORATION'S MOTION FOR SUMMARY JUDGMENT AGAINST THE STATES OF NEVADA AND MONTANA

I, Charles C. Sipos duly declare as follows:

1. I am an attorney at the law firm of Perkins Coie LLP in Seattle, Washington representing Defendant Immunex Corporation.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from Amgen Inc.'s 8-K filing with the Securities and Exchange Commission, dated July 15, 2002.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from Immunex Corporation's 10-K filing with the Securities and Exchange Commission, dated March 8, 2002.

4. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Scott Foraker in Support of Defendant Immunex Corporation's Individual Memorandum In Opposition to Plaintiffs' Motion to Certify Claims With Respect to Track 2 Defendants, previously filed with this Court on June 15, 2006.

5. Attached hereto as Exhibit D is a true and correct copy of representative correspondence from Immunex to First DataBank, showing a reporting of Immunex "List Price."

6. Attached hereto as Exhibit E are relevant excerpts from the June 20, 2006 Supplementary Declaration of Plaintiff the State of Montana's Expert Dr. Raymond Hartman, redacted to reflect damages in Montana allegedly attributable to Immunex.

7. Attached hereto as Exhibit F are relevant excerpts from the June 20, 2006 Supplementary Declaration of Plaintiff the State of Nevada's Expert Dr. Raymond Hartman, redacted to reflect damages in Nevada allegedly attributable to Immunex.

8. Attached hereto as Exhibit G are relevant excerpts from third-party publisher First Data Bank's 1994 and 1995 Essential Directory of Pharmacies.

Executed this 8th day of February, 2007.

      /s/ *Charles C. Sipos*
      Charles C. Sipos

## CERTIFICATE OF SERVICE

      I hereby certify that on the 8th day of February, 2007, a true and accurate copy of the Declaration of Charles C. Sipos in Support of Defendants Immunex's Motion for Summary Judgment Against the States of Nevada and Montana was served was served via the Lexis-Nexis Filing System.

DATED:  February 8, 2007.

                                              */s/ Rebecca J. Gregory*
                                              Rebecca J. Gregory