# EXHIBIT G, pt. 1



# FIRST DATABANK
# BLUE BOOK
*Essential Directory of Pharmaceuticals*

**Blue ... 1994 Edition**     **LEDUM 6X–LEUCOVORIN CALCIUM**

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|
| **LEDUM 6X** Pas Labs, Inc. | | | |
| | 54973-0618-04 | 35.91 | 35.91 |
| **LECOTAB** Natchez Drug Company | | | |
| | 57360-0004-10 | 18.76 | 18.76 |
| **LEG BAG OUTFIT** Medical Group | | | |
| | 11298-0010-64 | | 12.19 |
| **LEG BAG, PLASTIC, LARGE** | | | |
| | 11298-0002-82 | | 8.13 |
| **LEG BAG, PLASTIC, MEDIUM** | | | |
| | 11298-0002-81 | | 8.13 |
| **LEG BAG, PLASTIC, SMALL** | | | |
| | 11298-0002-80 | | 8.13 |
| **LEG CRAMP TREATMENT** Natural Vitamin Company, Inc. | | | |
| | 79854-0621-20 | | 3.59 |
| | 54629-0670-03 | | 3.59 |
| **LETATRIN** Lemmon Laboratories, Inc. | | | |
| | 00837-0480-50 | | 7.43 |
| | 00837-0480-30 | | 5.63 |
| **LEGGING 30X42INCH** | | | |
| | 08080-1345-00 | | 60.33 |
| **LEINER'S ZINC** OBRA | | | |
| | 00574-0128-16 | 4.70 | 4.90 |
| **LEMODERM** Pharmaceuticals OBRA | | | |
| | 47028-0024-20 | 3.04 | 3.58 |
| **LEMOIST PLUS** Pharmaceuticals OBRA | | | |
| | 47028-0019-01 | 21.08 | 24.80 |
| | 47028-0019-10 | 144.42 | 169.90 |
| **LEMON OIL** Spectrum Chemical Mfg. Corp. | | | |
| | 49452-4023-01 | 9.55 | 14.25 |
| | 49452-4034-02 | 8.60 | 12.80 |
| | 49452-4023-02 | 26.70 | 39.80 |
| | 49452-4034-01 | 25.15 | 37.50 |
| | 49452-4035-01 | | 37.50 |
| | 00395-1985-44 | | 1.12 |
| | 00395-1985-88 | | 1.12 |
| | 00395-1985-91 | | 6.06 |
| | 00395-1985-94 | | 13.01 |
| **LESSIN DM** Pharmaceuticals OBRA | | | |
| | 47028-0015-16 | 21.69 | 25.52 |
| **CARRYING CASE** B Lomb | | | |
| | 31011-9403-07 | | 4.45 |

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|
| **LENS CLEAR** Allergan Pharmaceuticals, Inc. Drops | | | |
| 15 ml | 11980-0592-15 | | 4.84 |
| 15 ml | 00023-0592-15 | | 4.84 |
| **LENS CUP** Bausch & Lomb Each | | | |
| 1 ea | 31011-9410-28 | | 4.45 |
| **LENS DROPS** Ciba Vision Corp-Lens Care Products Drops | | | |
| 15 ml(gentle on your eyes) | 47113-0606-30 | 3.45 | 3.97 |
| **LENS FAIR** Bausch & Lomb OBRA Spray 0.9% | | | |
| 60 ml | 24208-0350-77 | | 2.37 |
| 240 ml | 24208-0350-70 | | 4.03 |
| 360 ml | 24208-0350-71 | | 4.94 |
| **LENS FRESH** Allergan Pharmaceuticals, Inc. OBRA Drops | | | |
| 15 ml(lubricate/rewetting) | 11980-0524-15 | | 5.44 |
| 15 ml(lubricate/rewetting) | 00023-0524-15 | | 5.44 |
| **LENS-IDE** Interstate Drug Exchange, Inc. Solution | | | |
| 60 ml | 00814-4359-74 | | 2.40 |
| **LENS LUBRICANT** Bausch & Lomb Drops | | | |
| 15 ml | 31011-9020-01 | | 4.31 |
| **LENS PLUS** Allergan Pharmaceuticals, Inc. OBRA Spray 0.9% | | | |
| 90 ml | 00023-0825-03 | | 2.11 |
| 240 ml | 00023-0825-08 | | 3.61 |
| 360 ml | 00023-0825-12 | | 4.62 |
| Allergan Pharmaceuticals, Inc. Kit | | | |
| 1 ea | 00023-0695-01 | | 4.11 |
| **LENS PLUS DAILY CLEANER** Allergan Pharmaceuticals, Inc. Liquid | | | |
| 15 ml(preserv. free) | 11980-0426-15 | | 3.95 |
| 30 ml(preserv. free) | 11980-0426-30 | | 6.36 |
| **LENS PLUS OXYSEPT 1** Allergan Pharmaceuticals, Inc. Liquid | | | |
| 240 ml | 00023-4545-08 | | 3.51 |
| Solution | | | |
| 360 ml | 00023-4545-12 | | 4.83 |
| **LENS PLUS OXYSEPT 2** Allergan Pharmaceuticals, Inc. Solution | | | |
| 15 ml(15's) | 00023-4519-15 | | 4.65 |
| 15 ml(25's) | 00023-4519-25 | | 6.60 |

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|
| **LENS PLUS OXYSEPT 2 NEUTRAL.** Allergan Pharmaceuticals, Inc. Tablet | | | |
| 12 ea | 00023-0508-12 | | 2.49 |
| 36 ea | 00023-0509-36 | | 4.84 |
| **LENS PLUS REWETTING** Allergan Pharmaceuticals, Inc. Drops | | | |
| .3 ml(30's, u-d) | 00023-0745-01 | | 4.93 |
| **LENS-WET** Allergan Pharmaceuticals, Inc. Drops | | | |
| 15 ml | 11980-0177-15 | | 6.29 |
| **LENSCUP** Ciba Vision Corp-Lens Care Products Each | | | |
| 1 ea | 47113-0607-09 | 2.60 | 2.99 |
| **LENSEPT** Ciba Vision Corp-Lens Care Products Solution | | | |
| 240 ml | 47113-0689-08 | 4.30 | 4.94 |
| 360 ml | 47113-0609-00 | 5.45 | 6.26 |
| **LENSEPT NEUTRALIZER** Ciba Vision Corp-Lens Care Products Solution | | | |
| 240 ml | 47113-0607-08 | 4.30 | 4.94 |
| **LENSINE 5** Wesley-Jessen, Div Schering-Plough Corp. Solution | | | |
| 60 ml | 00058-0505-20 | 3.75 | 4.50 |
| 120 ml | 00058-0510-40 | 4.80 | 5.76 |
| **LENSKEEPER CARRYING CASE** Allergan Pharmaceuticals, Inc. Each | | | |
| 1 ea | 00023-0116-01 | | 4.58 |
| **LENSRINS** Allergan Pharmaceuticals, Inc. Solution | | | |
| 240 ml(8 fl.oz.) | 00023-0657-08 | | 5.12 |
| **LEPTOTAB** Natchez Drug Company Tablet | | | |
| 60mg (Rx) HCFA n/a BLP | 20.53 | | |
| 1000 ea | 54732-0005-10 | 8.50 | 8.50 |
| **LEUCOVORIN CALCIUM** Barr Labs, Inc. OBRA Tablet | | | |
| 5mg (Rx) HCFA n/a BLP | 116.39 | | |
| 30 ea AB | 00555-0484-01 | | 70.81 |
| 100 ea AB HCFA n/a BLP | 525.11 00555-0484-02 | | 235.20 |
| 25mg (Rx) HCFA n/a BLP | 657.19 | | |
| 25 ea AB | 00555-0485-27 | | 600.00 |
| Burroughs Wellcome Co. OBRA Tablet | | | |
| 5mg (Rx) 20 ea((wellcovorin)) AB | 00081-0631-20 | | 54.22 |
| 50 ea(u-d, (wellcovorin)) AB HCFA n/a BLP | 00081-0631-35 525.11 | | 136.04 |
| 100 ea((wellcovorin)) AB | 00081-0631-55 | | 272.10 |
| 25mg (Rx) 10 ea(u-u, (wellcovorin)) AB HCFA n/a BLP | 00081-0632-13 657.19 | | 192.35 |
| 25 ea(wellcovorin) AB | 00081-0632-25 | | 486.86 |
| (continued on following Page) | | | |

### Haloperidol Tablets, USP — MYLAN

### Trental 400 mg Tablets (pentoxifylline)
Hoechst-Roussel Pharmaceuticals Inc.
Somerville, New Jersey 08876-1258



esi PHARMA. — A Wyeth-Ayerst Company
You've known us for a very long time.

23052

# LEUCOVORIN CALCIUM–LEVOTHROID

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|

**PROCARDIA XL**
*(nifedipine) extended release*
Tablets 30mg, 60mg and 90mg GITS

**LEUCOVORIN CALCIUM – cont.**
Vial
100mg (Rx)
1 ea(wellcovorin)
  AP   00081-0638-93   37.99
**Cetus Corporation**   OBRA
Vial
50mg (Rx)
10 ea   AP   53905-0051-10  147.50  184.38
100mg (Rx)
10 ea   AP   53905-0052-10  280.00  350.00
**Elkins-Sinn, Inc.**   OBRA
Vial
50mg (Rx)
1 ea   AP   00641-2369-41   45.00   56.25
**Geneva Pharmaceuticals, Inc.**   OBRA
Tablet
5mg (Rx)
HCFA n/a   BLP   116.39
30 ea   AB   00781-1220-31   149.00
HCFA n/a   BLP   525.11
100 ea   AB   00781-1220-01   489.00
25mg (Rx)
HCFA n/a   BLP   657.19
25 ea   AB   00781-1222-63   603.00
**Gensia Laboratories**   OBRA
Vial
50mg (Rx)
1 ea(10ml vial)  AP   00703-5130-01   19.74
100mg (Rx)
1 ea(20ml vial)  AP   00703-5140-01   39.00
**Goldline Laboratories**   OBRA
Tablet
5mg (Rx)
HCFA n/a   BLP   525.11
100 ea   ZA   00182-1869-01  470.00  566.30
25mg (Rx)
HCFA n/a   BLP   657.19
25 ea   ZA   00182-1870-24  461.99  693.00
**Harber Pharmaceuticals, Inc.**
Tablet
5mg (Rx)
HCFA n/a   BLP   116.39
30 ea   ZA   51432-0251-30   168.00
HCFA n/a   BLP   525.11
100 ea   ZA   51432-0251-03   560.00
25mg (Rx)
HCFA n/a   BLP   657.19
25 ea   ZA   51432-0255-25   700.00
**Immunex Corporation**   OBRA
Tablet
15mg (Rx)
12 ea   AB   00005-4501-83   80.45   100.56
24 ea   AB   00005-4501-90  160.77   200.96
50 ea(u-d)   AB   00005-4501-64  344.64   430.80
Vial
50mg (Rx)
1 ea   AP   00205-5330-92   17.22   21.53
25 ea   AP   00205-5330-19  430.50  538.13
100mg (Rx)
1 ea   AP   00205-4646-94   31.53   39.41
350mg (Rx)
1 ea   ZC   00205-4645-77  110.35  137.94
Tablet
5mg (Rx)
HCFA n/a   BLP   116.39
30 ea(unit-of-issue)
  BX   00005-4536-38   68.43   85.54
50 ea(unit-dose)
  BX   00005-4536-40  114.05   142.56
HCFA n/a   BLP   525.11
100 ea   BX   00005-4536-23  228.00   285.00
**Major Pharmaceuticals, Inc.**   OBRA
Tablet
5mg (Rx)
HCFA n/a   BLP   525.11
100 ea   ZA   00904-2315-60   493.45

**Qualitest Products, Inc.**   OBRA
Tablet
5mg (Rx)
HCFA n/a   BLP   525.11
100 ea   ZA   00603-4183-21  198.50  551.87
25mg (Rx)
HCFA n/a   BLP   657.19
25 ea   ZA   00603-4184-35  386.95  680.34
**Raway Pharmacal Co.**
Tablet
5mg (Rx)
50 ea(u-d)   ZA   00686-0581-20   175.00
25mg (Rx)
20 ea(u-d)   ZA   00686-0582-20   295.00
**Roxane Labs, Inc.**   OBRA
Tablet
5mg (Rx)
HCFA n/a   BLP   116.39
30 ea   ZA   00054-4496-13   79.97
HCFA n/a   BLP   525.11
100 ea   ZA   00054-4496-25   490.05
10mg (Rx)
12 ea   AB   00054-4497-05   81.03
24 ea   AB   00054-4497-10   160.92
15mg (Rx)
12 ea   AB   00054-4498-05   92.40
24 ea   AB   00054-4498-10   181.13
25mg (Rx)
HCFA n/a   BLP   657.19
25 ea   AB   00054-4499-11   595.10
**Rugby Laboratories, Inc.**   OBRA
Tablet
5mg (Rx)
HCFA n/a   BLP   116.39
30 ea   AB   00536-4148-07   151.06
25mg (Rx)
HCFA n/a   BLP   657.19
25 ea   AB   00536-4149-04   666.79
**U.D.L Laboratories, Inc.**   OBRA
Tablet
5mg (Rx)
50 ea(u-d)   ZA   51079-0581-06  143.00  162.50
25mg (Rx)
20 ea(u-d)   ZA   51079-0582-05  240.10  273.75

**LEUKERAN**
**Burroughs Wellcome Co.**   OBRA
Tablet
2mg (Rx)
50 ea   ZC   00081-0635-35   54.19

**LEUKINE**
**Immunex Corporation**   OBRA
Vial
250mcg (Rx)
1 ea   ZB   58406-0002-01   85.00   102.00
500mcg (Rx)
1 ea   ZB   58406-0001-01  160.00   192.00

**LEUSTATIN**
**Ortho Biotech**   OBRA
Vial
1mg/ml (Rx)
10 ml(sdv)   ZC   59676-0201-01   480.00

**LEVATOL**
**Reed & Carnrick**   OBRA
Tablet
20mg (Rx)
100 ea   ZC   00021-4500-15   89.90

**LEVLEN 21**
**Berlex Labs, Inc.**   OBRA
Tablet
0.15/0.03 (Rx)
21 ea(3x21,slidecase)
  ZA   50419-0410-21   61.74

**LEVLEN 28**
**Berlex Labs, Inc.**   OBRA
Tablet
0.15/0.03 (Rx)
28 ea(3x28,slidecase)
  ZA   50419-0411-28   61.74

**LEVO-DROMORAN**
**Roche Labs-Div. Hoffmann-La Roche**   OBRA
Tablet
2mg (Rx C-II)
100 ea   ZC   00004-0044-01   55.82
Ampul
2mg/ml (Rx C-II)
1 ml(box of 10)  ZC   00004-1910-06   26.37
Vial
2mg/ml (Rx C-II)
10 ml   ZC   00004-1911-06   20.42

**LEVO-T**
**Lederle Lab-Div. American Cyanamid**   OBRA
Tablet
0.025mg (Rx)
HCFA n/a   BLP   12.00
100 ea   ZB   00205-3610-43   10.11
0.05mg (Rx)
HCFA n/a   BLP   13.12
100 ea   ZB   00205-3611-43
HCFA n/a   BLP   31.07
1000 ea   ZB   00205-3611-34
0.075mg (Rx)
HCFA n/a   BLP   14.25
100 ea   ZB   00205-3612-43
0.1mg (Rx)
HCFA n/a   BLP   13.39
100 ea   ZB   00205-3613-43
HCFA n/a   BLP   32.50
1000 ea   ZB   00205-3613-34
0.125mg (Rx)
HCFA n/a   BLP   19.16
100 ea   ZB   00205-3614-43
0.15mg (Rx)
HCFA n/a   BLP   18.30
100 ea   ZB   00205-3615-43
HCFA n/a   BLP   38.24
1000 ea   ZB   00205-3615-34
0.2mg (Rx)
HCFA n/a   BLP   22.43
100 ea   ZB   00205-3616-43
HCFA n/a   BLP   43.22
1000 ea   ZB   00205-3616-34
0.3mg (Rx)
HCFA n/a   BLP   23.79
100 ea   ZB   00205-3617-43

**LEVOCARNITINE**
See L-CARNITINE (R & D Laboratories)
**Vitaline Corporation**   OBRA
Tablet
500mg
30 ea(caplet)   ZB   54022-2120-01

**LEVOPHED BITARTATE**
**Sanofi Winthrop Pharmaceuticals**   OBRA
Ampul
1mg/ml (Rx)
4 ml(10's)   ZC   00024-1123-02

**LEVOPROME**
**Immunex Corporation**   OBRA
Vial
20mg/ml (Rx)
10 ml   ZC   00205-4534-34

**LEVORPHANOL TARTRATE**
**Roxane Labs, Inc.**   OBRA
Tablet
2mg (Rx C-II)
100 ea   ZA   00054-4494-25
100 ea(u-d,m,4x25,blister)
  ZA   00054-8494-24

**LEVOTHROID**
**Forest Pharmaceuticals Inc.**   OBRA
Vial
200mcg (Rx)
HCFA n/a   BLP   26.17
1 ea   ZB   00456-0140-88
500mcg (Rx)
HCFA n/a   BLP   24.13
1 ea   ZB   00456-0141-88
Tablet
0.025mg (Rx)
HCFA n/a   BLP   12.00
100 ea   ZB   00456-0320-01
0.05mg (Rx)
HCFA n/a   BLP   13.12
100 ea   ZB   00456-0321-01
100 ea(u-d, 10x10)
  ZB   00456-0321-63
50000 ea   ZB   00456-0321-69
0.075mg (Rx)
HCFA n/a   BLP   14.25
100 ea   ZB   00456-0322-01
0.088mg (Rx)
100 ea   ZB   00456-0329-01
0.1mg (Rx)
HCFA n/a   BLP   13.39
100 ea   ZB   00456-0323-01
100 ea(u-d, 10x10)
  ZB   00456-0323-63
50000 ea   ZB   00456-0323-69
0.112mg (Rx)
100 ea   ZB   00456-0330-01

(continued on following page)

© 1994, ESI-Pharma, Inc.   esi PHARMA   A Wyeth-Ayerst Company   You've known us for a very long time.

| UPC | DP/♦SRP | PROD/MFG | NDC/UPC | DP/♦SRP | AWP | PROD/MFG | NDC/UPC | DP/♦SRP | AWP | PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**METHOCARBAMOL W/ASPIRIN**
...Independent Laboratories, Inc.   OBRA

| | | | | | | HCFA n/a | BLP | | 294.28 | | | | |
| 5-0091-20 | | ...(Rx) BLP | | 23.40 | | 100 ea | AB | 00555-0572-02 | 269.45 | | | | |
| | | ...ZA | 00405-4641-01 | | 23.94 | Geneva Pharmaceuticals, Inc. | | OBRA | | | | | |
| 5-0092-20 | | ...Laboratories | OBRA | | | Tablet | | | | | | | |
| A | | | | | | 2.5mg (Rx) | | | | | | | |
| | | ...(Rx) BLP | | 23.40 | | HCFA n/a | BLP | | 102.22 | | | | |
| | | ...ZA | 00182-1911-01 | 15.99 | 24.00 | 36 ea | AB | 00781-1076-36 | 103.11 | | | | |
| 6-4026-01 | | ...Moore, Division Moore Medical Corp. | | OBRA | | HCFA n/a | BLP | | 294.28 | | | | |
| 6-4026-05 | | | | | | 100 ea | AB | 00781-1076-01 | 285.00 | | | | |
| 6-4026-10 | | ...(Rx) BLP | | 23.40 | | Goldline Laboratories | | OBRA | | **METHYLDOPA** | | | |
| | | ...AB | 00839-6284-06 | | 19.24 | Tablet | | | | Tablets: 125 mg, 250 mg, 500 mg | | | |
| | | ...Pharmaceuticals, Inc. | | | | 2.5mg (Rx) | | | | WEST POINT PHARMA – A Division of Merck | | | |
| 6-4027-01 | | | | | | HCFA n/a | BLP | | 294.28 | | | | |
| 6-4027-05 | | ...(Rx) BLP | | 23.40 | | 100 ea | ZA | 00182-1539-01 | 253.99 | 279.00 | | | |
| | | ...ZA | 51432-0249-03 | | 26.25 | Harber Pharmaceuticals, Inc. | | | | | | | |
| 6-4027-10 | | ...Drug Exchange, Inc. | | | | Tablet | | | | HCFA n/a | BLP | 20.60 | |
| | | | | | | 2.5mg (Rx) | | | | 10 ml(preservative free) | | | |
| | | ...(Rx) BLP | | 23.40 | | HCFA n/a | BLP | | 294.28 | | AP | 00205-5337-34 | 16.38 | 20.48 |
| | | ...ZA | 00814-4770-14 | | 24.90 | 100 ea | ZA | 51432-0522-03 | 295.95 | 10 ml(25's, preserv free) | | | |
| 16-5331-70 | | ...Pharmaceutical, Inc. | OBRA | | | Lederle Lab-Div. American Cyanamid OBRA | | | | | AP | 00205-5337-98 | 291.83 | 364.78 |
| OBRA | | | | | | Tablet | | | | **METHOTREXATE SODIUM** | | | |
| | | ...(Rx) BLP | | 23.40 | | 2.5mg (Rx) | | | | See FOLEX PFS (Adria Labs, Inc.) | | | |
| | | ...AB | 49884-0249-01 | | 21.45 | HCFA n/a | BLP | | 294.28 | See FOLEX-PFS (Adria Labs, Inc.) | | | |
| | | ...BLP | | 106.55 | | 100 ea | AB | 00005-4507-23 | 296.09 | 359.01 | See MEXATE (Bristol-Myers Oncology Division) | | |
| 54-6726-54 | | ...AB | 49884-0249-05 | | 99.60 | Major Pharmaceuticals, Inc. | | OBRA | | Cetus Corporation | | OBRA | |
| | | ...Products, Inc. | OBRA | | | Tablet | | | | Vial | | | |
| | | | | | | 2.5mg (Rx) | | | | 25mg/ml (Rx) | | | |
| 64-0346-01 | | | | | | HCFA n/a | BLP | | 102.22 | HCFA n/a | BLP | 54.58 | |
| | | ...(Rx) BLP | | 23.40 | | 36 ea | ZA | 00904-1749-73 | 73.80 | 2 ml(2mlx10) | AP | 53905-0031-10 | 55.00 | 68.75 |
| 64-0346-90 | | ...ZA | 00603-4489-21 | 12.95 | 25.11 | HCFA n/a | BLP | | 294.28 | 4 ml(4mlx10) | AP | 53905-0032-10 | 70.00 | 87.50 |
| 17 | | ...Laboratories, Inc. | OBRA | | | 100 ea | ZA | 00904-1749-60 | 311.95 | 8 ml(8mlx10) | AP | 53905-0033-10 | 140.00 | 175.00 |
| 64-0346-05 | | | | | | Mylan Pharmaceuticals, Inc. | | OBRA | | HCFA n/a | BLP | 206.04 | |
| 75 | | ...(Rx) BLP | | 23.40 | | Tablet | | | | 10 ml(10mlx10) AP | | 53905-0034-10 | 215.00 | 268.75 |
| 64-0347-01 | | ...AB | 00536-4028-01 | | 22.29 | 2.5mg (Rx) | | | | **METHOTREXATE SODIUM PARENTERAL** | | | |
| | | ...Research Labs | OBRA | | | HCFA n/a | BLP | | 294.28 | Immunex Corporation | | OBRA | |
| 64-0347-90 | | | | | | 100 ea(orange,round,scored) | | | | Vial | | | |
| 98 | | ...(Rx) BLP | | 23.40 | | | AB | 00378-0014-01 | 299.37 | 20mg (Rx) | | | |
| 164-0347-05 | | ...ZA | 00677-0579-01 | | 23.15 | | | | | 1 ea(preservative free) | | | |
| RA | | ...Labs, Inc. | OBRA | | | | | | | | ZB | 00205-4654-90 | 2.22 | 2.78 |
| | | | | | | | | | | 25mg/ml (Rx) | | | |
| 179-0091-20 | | ...(Rx) BLP | | 23.40 | | **CARNITOR** | | | | HCFA n/a | BLP | 5.46 | |
| | | ...AB | 00172-2813-60 | | 24.30 | (LEVOCARNITINE) | | | | 2 ml(solution w/preserv) | | | |
| | | ...BLP | | 106.55 | | THE ONLY PRESCRIPTION FORMULATION! | | | | | AP | 00205-4556-26 | 3.80 | 4.75 |
| 179-0092-20 | | ...BLP | 00172-2813-70 | | 114.55 | AVAILABLE IN TABLETS, ORAL SOLUTION, AND NEW AMPOULES FOR INTRAVENOUS USE | | | | HCFA n/a | BLP | 20.60 | |
| IRA | | | | | | | | | | 10 ml(solution w/preserv) | | | |
| | | ...E 4 M | | | | sigma-tau Pharmaceuticals, Inc. | | | | | AP | 00205-5338-34 | 16.38 | 20.48 |
| | | ...Inc. | | | | Gaithersburg, MD | | | | 50mg (Rx) | | | |
| 15 | | | | | | A leader in metabolic research | | | | 1 ea(preservative free) | | | |
| 677-0430-01 | | ...ZB | 51552-0037-99 | | 9.20 | | | | | | AP | 00205-9337-92 | 3.80 | 4.75 |
| 47 | | | | | | | | | | 1gm (Rx) | | | |
| 677-0430-05 | | ...ZB | 51552-0037-04 | | 9.20 | | | | | 1 ea(preservative free) | | | |
| 75 | | | | | | Qualitest Products, Inc. | | OBRA | | | ZB | 00205-4653-02 | 49.15 | 61.44 |
| 677-0431-01 | | ...ZB | 51552-0037-16 | | 33.35 | Tablet | | | | **METHYCLOTHIAZIDE** | | | |
| 98 | | | | | | 2.5mg (Rx) | | | | See AQUATENSEN (Wallace Labs) | | | |
| 677-0431-05 | | ...K 100 M | | | | HCFA n/a | BLP | | 294.28 | See ENDURON (Abbott Laboratories) | | | |
| | | ...Inc. | | | | 100 ea | ZA | 00603-4499-21 | 206.75 | 269.45 | Allgen Independent Laboratories, Inc. | | OBRA |
| | | ...ZB | 51552-0217-16 | | 36.80 | Rugby Laboratories, Inc. | | OBRA | | Tablet | | | |
| | | | | | | Tablet | | | | 5mg (Rx) | | | |
| 35 | | ...ORPHAN/P-EPHEDRINE/BPM | | | | 2.5mg (Rx) | | | | HCFA 6.21 | BLP | 9.80 | |
| 1727-0417-02 | | ...Pharmaceutical, Inc. | OBRA | | | HCFA n/a | BLP | | 102.22 | 100 ea | ZA | 00405-4646-01 | 7.45 |
| 47 | | ...BLP | | 8.88 | | 36 ea | AB | 00536-3998-36 | 157.50 | Genetco, Inc. | | OBRA | |
| 1727-0417-04 | | ...AB | 00364-2496-16 | | 7.75 | HCFA n/a | BLP | | 294.28 | Tablet | | | |
| | | | | | | 100 ea | AB | 00536-3998-01 | 299.99 | 5mg (Rx) | | | |
| .75 | | ...REXATE | | | | Schein Pharmaceutical, Inc. | | OBRA | | HCFA 6.21 | BLP | 9.80 | |
| 1727-0418-02 | | ...MATREX (Lederle Lab-Div. American | | | | Tablet | | | | 100 ea | ZA | 00302-4051-01 | 6.90 |
| 3.98 | | ...Div. Spectrum Chemical Mfg. Corp. | | | | 2.5mg (Rx) | | | | Geneva Pharmaceuticals, Inc. | | OBRA | |
| 1727-0418-04 | | | | | | HCFA n/a | BLP | | 294.28 | Tablet | | | |
| BRA | | | | | | 100 ea | ZA | 00364-2499-01 | 285.00 | 2.5mg (Rx) | | | |
| | | ...49452-4600-03 | 38.35 | 57.25 | U D L Laboratories, Inc. | | OBRA | | HCFA 7.95 | BLP | 7.95 | |
| | | ...49452-4600-01 | 133.00 | 198.50 | Tablet | | | | 100 ea | AB | 00781-1803-01 | 8.85 |
| 35 | | ...49452-4600-02 | 217.75 | 325.00 | 2.5mg (Rx) | | | | 5mg (Rx) | | | |
| 0143-1290-01 | | ...Independent Laboratories, Inc. | | OBRA | | 20 ea(u-d, 2x10) | | | | HCFA 6.21 | BLP | 9.80 | |
| /a | | | | | | | ZA | 51079-0670-05 | 55.59 | 58.85 | 100 ea | AB | 00781-1810-01 | 9.25 |
| 0143-1290-25 | | | | | | **METHOTREXATE LPF** | | | | HCFA 6.21 | BLP | n/a | |
| 5.47 | | ...BLP | | 102.22 | | Immunex Corporation | | OBRA | | 100 ea(u-d) | AB | 00781-1810-13 | 18.25 |
| 0143-1290-05 | | ...ZA | 00405-4643-36 | | 112.00 | Vial | | | | H.L. Moore, Division Moore Medical Corp. | | OBRA | |
| | | ...BLP | | 294.28 | | 25mg/ml (Rx) | | | | Tablet | | | |
| 0.75 | | ...AB | 00405-4643-01 | | 298.00 | HCFA n/a | BLP | | 5.46 | 2.5mg (Rx) | | | |
| 0143-1292-01 | | | OBRA | | | 2 ml(na parenteral) | | | | HCFA 7.95 | BLP | 7.95 | |
| /a | | | | | | | AP | 00205-5325-26 | 3.80 | 4.75 | 100 ea | AB | 00839-6580-06 | 8.09 |
| 0143-1292-25 | | | | | | 4 ml(na parenteral) | | | | 5mg (Rx) | | | |
| 8.98 | | ...BLP | | 102.22 | | | AP | 00205-5326-18 | 6.80 | 8.50 | HCFA 6.21 | BLP | 9.80 | |
| 0143-1292-05 | | ...AB | 00555-0572-35 | | 91.56 | 8 ml(na parenteral) | | | | 100 ea | AB | 00839-6581-06 | 8.90 |
| | | | | | | | AP | 00205-5327-30 | 13.38 | 16.72 | Harber Pharmaceuticals, Inc. | | | |
| | | | | | | | | | | Tablet | | | |
| | | | | | | | | | | 2.5mg (Rx) | | | |
| | | | | | | | | | | HCFA 7.95 | BLP | 7.95 | |
| | | | | | | | | | | 100 ea | ZA | 51432-0289-03 | 9.75 |
| | | | | | | | | | | Interstate Drug Exchange, Inc. | | | |
| | | | | | | | | | | Tablet | | | |
| | | | | | | | | | | 5mg (Rx) | | | |
| | | | | | | | | | | HCFA 6.21 | BLP | 9.80 | |
| | | | | | | | | | | 100 ea | ZA | 00814-4773-14 | 7.43 |

(continued on following Page)

esi PHARMA.. A Wyeth-Ayerst Company     You've known us for a very long time.

...Pharma, Inc.                                                            23052

## NOVAMINE–NU-IRON

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|

**PROCARDIA XL**
*(nifedipine) extended release*
Tablets 30mg, 60mg and 90mg GITS

**NOVAMINE**
Kabi Pharmacia Pharmaceuticals   OBRA
Iv Soln.
8.5% (Rx)
HCFA n/a   BLP   73.35
500 ml   ZC   00601-0477-27   38.75
HCFA n/a   BLP   143.58
1000 ml   ZC   00601-0477-30   71.75
11.4% (Rx)
250 ml   ZC   00601-0478-25   22.40
500 ml   ZC   00601-0478-27   46.80
1000 ml   ZC   00601-0478-30   86.70

**NOVANTRONE**
Immunex Corporation   OBRA
Vial
2mg/ml (Rx)
10 ml   ZC   00205-9393-34   492.94   616.18
12.5 ml   ZC   00205-9393-72   616.16   770.20
15 ml   ZC   00205-9393-36   739.41   924.26

**NOVOCAIN**
Sanofi Winthrop Pharmaceuticals   OBRA
Ampul
1% (Rx)
2 ml(25's)   AP   00024-1381-25   74.65
6 ml(50's)   AP   00024-1381-05   284.46
6 ml(50's)   AP   00024-1382-05   284.46
10% (Rx)
2 ml(25's, spinal anesth)
          ZC   00024-1384-25   166.81
Vial
1% (Rx)
30 ml   AP   00024-1385-01   13.72
2% (Rx)
HCFA n/a   BLP   4.33
30 ml   AP   00024-1386-01   13.72

**Novo Nordisk Pharmaceuticals Inc.**
The Next Generation of Recombinant DNA Technology
Novolin® Human Insulin...
Trusted Around the World
*Novolin® L* The worldwide leader in diabetes care.

**NOVOLIN L**
Novo Nordisk Pharmaceuticals, Inc.
Vial
100u/ml
10 ml   ZB   32849-0705-01   16.81
Novo Nordisk Pharmaceuticals, Inc.   OBRA
Vial
100u/ml
10 ml   ZB   00169-1835-11   16.81

**NOVOLIN N**
Novo Nordisk Pharmaceuticals, Inc.
Cartridge
100u/ml
1.5 ml(5's, penfill)
          ZB   32849-0706-02   16.80
Novo Nordisk Pharmaceuticals, Inc.   OBRA
Vial
100u/ml
10 ml   ZB   00169-1834-11   16.81
Novo Nordisk Pharmaceuticals, Inc.
Vial
100u/ml
10 ml   ZB   32849-0706-01   16.81
Novo Nordisk Pharmaceuticals, Inc.   OBRA
Cartridge
100u/ml
1.5 ml(5's, penfill)
          ZB   00169-1834-17   16.80

**Novo Nordisk Pharmaceuticals Inc.**
The Next Generation of Recombinant DNA Technology
Novolin® Human Insulin...
Trusted Around the World
*Novolin® R* The worldwide leader in diabetes care.

**NOVOLIN R**
Novo Nordisk Pharmaceuticals, Inc.
Cartridge
100u/ml
1.5 ml(5's, penfill)
          ZB   32849-0707-02   16.80
Novo Nordisk Pharmaceuticals, Inc.   OBRA
Vial
100u/ml
10 ml   ZB   00169-1833-11   16.81
Novo Nordisk Pharmaceuticals, Inc.
Vial
100u/ml
10 ml   ZB   32849-0707-01   16.81
Novo Nordisk Pharmaceuticals, Inc.   OBRA
Cartridge
100u/ml
1.5 ml(5's, penfill)
          ZB   00169-1833-17   16.80

**Novo Nordisk Pharmaceuticals Inc.**
Novolin 70/30 Prefilled.
70% NPH, Human Insulin Isophane Suspension and 30% Regular Human Insulin Injection (recombinant DNA origin) in a 1.5 mL Prefilled Syringe
The worldwide leader in diabetes care.
*Novolin 70/30 Prefilled*

**NOVOLIN 70/30**
Novo Nordisk Pharmaceuticals, Inc.
Cartridge
100u/ml
1.5 ml(5's)   ZB   32849-0708-02   16.80
Novo Nordisk Pharmaceuticals, Inc.   OBRA
Cartridge
100u/ml
1.5 ml(5's, penfill)
          ZB   00169-1837-17   16.80
Novo Nordisk Pharmaceuticals, Inc.
Disp Syrin
150u/1.5ml
1.5 ml(5's, prefilled syrng)
          ZB   32849-0708-03   19.09
Vial
100u/ml
10 ml   ZB   32849-0708-01   16.81
Novo Nordisk Pharmaceuticals, Inc.   OBRA
Vial
100u/ml
10 ml   ZB   00169-1837-11   16.81
Disp Syrin
150u/1.5ml
1.5 ml(5's, prefilled syrng)
          ZB   00169-0017-71   19.09

**NOVOLINPEN**
Novo Nordisk Pharmaceuticals, Inc.
Each
1 ea   ZB   00003-1875-35   33.30

**Novo Nordisk Pharmaceuticals Inc.**
Novolin® 70/30 PenFill®
70% NPH, Human Insulin Isophane Suspension & 30% Regular, Human Insulin Injection (recombinant DNA origin)
The worldwide leader in diabetes care.
*NovoPen®*

**NOVOPEN**
Novo Nordisk Pharmaceuticals, Inc.
Each
1 ea   ZB   00169-1852-30   79.80
1 ea   ZB   32849-0908-05   79.80

**NRS-NASAL RELIEF**
Rugby Laboratories, Inc. OBRA
Drops
0.05%
15 ml   ZB   00536-5005-72
30 ml   ZB   00536-5005-75

**NTG**
Warner Chilcott   OBRA
Adh. Patch
0.2mg/hr (Rx)
HCFA n/a   BLP   34.43
30 ea   ZB   00047-0835-15
0.4mg/hr (Rx)
HCFA n/a   BLP   42.09
30 ea   ZB   00047-0837-15
0.6mg/hr (Rx)
HCFA n/a   BLP   44.67
30 ea   ZB   00047-0839-15

**NTZ LONG-ACTING**
Sterling Health   OBRA
Drops
0.05%
15 ml   ZB   00024-1311-03
Spray
0.05%
HCFA n/a   BLP   2.84
15 ml   ZB   00024-1312-02

**NU-GAUZE**
J&J Medical, Inc.
Gauze
1 ea(2"x5yd, plain)
          ZB   08137-0087-53
Sponge
200 ea(bulk, 2"x2", 3 ply)
          ZB   08137-0076-35
200 ea(bulk, 4"x4", 3 ply)
          ZB   08137-0076-36
Dressing
6 ea(4" x 4", sterile, tray)
          ZB   08137-0023-45
10 ea(4" x 4", sterile, tray)
          ZB   08137-0023-47
50 ea(2" x 2", sterile, 2's)
          ZB   08137-0023-38
50 ea(3" x 3", sterile, 2's)
          ZB   08137-0023-39
100 ea(2" x 2" sterile, 2's)
          ZB   08137-0023-32
100 ea(4" x 4", sterile, 2's)
          ZB   08137-0023-33
Johnson & Johnson Home Health
Gauze
1 ea(1/2"x5yds, iodoform)
          ZB   08137-0087-50
1 ea(1/2x5yd, plain)
          ZB   08137-0087-51
1 ea(1/4"x5yd, plain)
          ZB   08137-0087-50
1 ea(1/4inx5yd, iodoform)
          ZB   08137-0087-55
1 ea(1"x5yds, plain)
          ZB   08137-0087-52
1 ea(1"x5yds, iodoform)
          ZB   08137-0087-57
1 ea(2"x100yds roll)
          ZB   08137-0087-07
1 ea(2inx5yd, iodoform)
          ZB   08137-0087-58
Sponge
200 ea(bulk, 2"x2", 4 ply)
          ZB   08137-0076-32
200 ea(bulk, 3"x3", 4 ply)
          ZB   08137-0076-33
200 ea(bulk, 4"x4", 4 ply)
          ZB   08137-0076-34
Dressing
50 ea(4" x 4", sterile, 2's)
          ZB   08137-0023-37
Gauze
1 ea(strp, iodoform, 8"x10y)
          ZB   08137-0017-50

**NU-GAUZE SPONGE**
Johnson & Johnson Home Health
Gauze
2 ea(4"x4", 2's x12)
          ZB   08137-0055-36

**NU-IRON**
Mayrand Pharmaceuticals, Inc.   OBRA
Elixir
100mg/5ml
240 ml   ZB   00259-0292-08

© 1994, ESI-Pharma, Inc.
esi PHARMA — A Wyeth-Ayerst Company
You've known us for a very long time.