# EXHIBIT G, pt. 2



1995

FIRST DATABANK

# BLUE BOOK

## Essential Directory of Pharmaceuticals

PROCARDIA XL®
(nifedipine) extended release
Tablets 30mg, 60mg, 90mg GITS

| PROD/MFG | | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|---|
| **LAMICTAL** | | | | |
| **Burroughs Wellcome Co. OBRA** | | | | |
| Tablet | | | | |
| 25mg (Rx) | | | | |
| 25 ea | ZB | 00081-0633-25 | | 39.00 |
| 100mg (Rx) | | | | |
| 100 ea | ZB | 00081-0642-55 | | 165.60 |
| 150mg (Rx) | | | | |
| 60 ea | ZB | 00081-0643-60 | | 104.40 |
| 200mg (Rx) | | | | |
| 60 ea | ZB | 00081-0644-60 | | 109.44 |
| **LAMISIL** | | | | |
| **Sandoz Pharmaceutical Corp. OBRA** | | | | |
| Cream | | | | |
| 1% (Rx) | | | | |
| 15 gm | ZC | 00078-0170-40 | | 24.06 |
| 30 gm | ZC | 00078-0170-46 | | 43.26 |
| **LAMPRENE** | | | | |
| **Geigy Pharm., Div. Ciba-Geigy Corp. OBRA** | | | | |
| Capsule | | | | |
| 50mg (Rx) | | | | |
| 100 ea | ZC | 00028-0108-01 | | 13.02 |
| 100mg (Rx) | | | | |
| 100 ea | ZC | 00028-0109-01 | | 23.19 |
| **LANOXICAPS** | | | | |
| **Burroughs Wellcome Co. OBRA** | | | | |
| Capsule | | | | |
| 0.05mg (Rx) | | | | |
| 100 ea | ZC | 00081-0270-55 | | 13.67 |
| 0.1mg (Rx) | | | | |
| 30 ea(unit-of-use) | | | | |
| | ZC | 00081-0272-30 | | 6.50 |
| 100 ea | ZC | 00081-0272-55 | | 14.93 |
| 0.2mg (Rx) | | | | |
| 30 ea(unit-of-use) | | | | |
| | ZC | 00081-0274-30 | | 7.97 |
| 100 ea | ZC | 00081-0274-55 | | 17.36 |
| **LANOXIN** | | | | |
| **Burroughs Wellcome Co. OBRA** | | | | |
| Ampul | | | | |
| 0.25mg/ml (Rx) | | | | |
| 2 ml(10's) | AP | 00081-0260-10 | | 21.50 |
| **Burroughs Wellcome Co. OBRA** Ⓣ | | | | |
| Tablet | | | | |
| 0.125mg (Rx) | | | | |
| 30 ea(unit-of-use) | | | | |
| | ZB | 00081-0242-30 | | 5.76 |
| 100 ea | ZB | 00081-0242-55 | | 11.26 |
| 100 ea(u-d) | ZB | 00081-0242-56 | | 15.72 |
| 1000 ea | ZB | 00081-0242-75 | | 86.52 |
| 0.25mg (Rx) | | | | |
| 30 ea(unit-of-use) | | | | |
| | ZB | 00081-0249-30 | | 5.76 |
| 100 ea | ZB | 00081-0249-55 | | 11.26 |
| 100 ea(u-d) | ZB | 00081-0249-56 | | 15.72 |
| 100 ea(12's, unit-of-use) | | | | |
| | ZB | 00081-0249-01 | | 102.12 |
| 1000 ea | ZB | 00081-0249-75 | | 86.52 |
| 5000 ea | ZB | 00081-0249-80 | | 408.30 |
| 0.5mg (Rx) | | | | |
| 100 ea | ZB | 00081-0253-55 | | 20.05 |
| **Burroughs Wellcome Co. OBRA** | | | | |
| Ampul | | | | |
| 0.25mg/ml (Rx) | | | | |
| 2 ml(50's) | AP | 00081-0260-35 | | 87.84 |
| **Burroughs Wellcome Co. OBRA** Ⓣ | | | | |
| Elixir | | | | |
| 0.05mg/ml (Rx) | | | | |
| HCFA n/a | BLP | 9.80 | | |
| 60 ml(pediatric) | | | | |
| | ZB | 00081-0264-27 | | 17.06 |
| **LANOXIN PEDIATRIC** | | | | |
| **Burroughs Wellcome Co. OBRA** | | | | |
| Ampul | | | | |
| 0.1mg/ml (Rx) | | | | |
| 1 ml(10's) | ZC | 00081-0262-10 | | 51.66 |

| PROD/MFG | | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|---|
| **LANTEX-LA** | | | | |
| **Bolan Pharmaceutical, Inc. OBRA** | | | | |
| Tablet Sa | | | | |
| 400/75 (Rx) | | | | |
| HCFA n/a | BLP | 10.49 | | |
| 100 ea(caplet) | ZB | 44437-0111-01 | | 19.65 |
| **LARGON** | | | | |
| **Wyeth-Ayerst OBRA** | | | | |
| Ampul | | | | |
| 20mg/ml (Rx) | | | | |
| 1 ml(25's) | ZC | 00008-0245-01 | 82.92 | 103.65 |
| **LARIAM** | | | | |
| **Roche Labs-Div. Hoffmann-La Roche OBRA** | | | | |
| Tablet | | | | |
| 250mg (Rx) | | | | |
| 25 ea(u-d) | ZC | 00004-0172-02 | | 161.19 |
| **LARODOPA** | | | | |
| **Roche Labs-Div. Hoffmann-La Roche OBRA** | | | | |
| Tablet | | | | |
| 100mg (Rx) | | | | |
| 100 ea | ZC | 00004-0072-01 | | 22.37 |
| 250mg (Rx) | | | | |
| 100 ea | BD | 00004-0057-01 | | 35.72 |
| 500mg (Rx) | | | | |
| 100 ea | BD | 00004-0056-01 | | 61.36 |
| **LASIX** | | | | |
| **Hoechst-Roussel Pharm., Inc. OBRA** Ⓣ | | | | |
| Tablet | | | | |
| 40mg (Rx) | | | | |
| HCFA 2.70 | BLP | n/a | | |
| 100 ea(u-d) | AB | 00039-0060-11 | 19.78 | 23.00 |
| **Hoechst-Roussel Pharm., Inc. OBRA** | | | | |
| Ampul | | | | |
| 10mg/ml (Rx) | | | | |
| HCFA n/a | BLP | 5.37 | | |
| 2 ml(box of 5) | AP | 00039-0061-15 | 4.73 | 5.50 |
| HCFA n/a | BLP | 53.67 | | |
| 2 ml(box of 50) | | | | |
| | AP | 00039-0061-05 | 44.29 | 51.50 |
| HCFA n/a | BLP | 42.92 | | |
| 4 ml(25's) | AP | 00039-0061-65 | 38.70 | 45.00 |
| HCFA n/a | BLP | 8.58 | | |
| 4 ml(5's) | AP | 00039-0061-45 | 7.96 | 9.25 |
| HCFA n/a | BLP | 127.42 | | |
| 10 ml(box of 25) | | | | |
| | AP | 00039-0061-25 | 108.79 | 126.50 |
| HCFA n/a | BLP | 25.48 | | |
| 10 ml(box of 5) | | | | |
| | AP | 00039-0061-08 | 22.49 | 26.15 |
| Disp Syrin | | | | |
| 10mg/ml (Rx) | | | | |
| HCFA n/a | BLP | 7.59 | | |
| 2 ml(box of 5 prefilled) | | | | |
| | AP | 00039-0062-08 | 7.14 | 8.30 |
| HCFA n/a | BLP | 14.08 | | |
| 4 ml(box of 5 prefilled) | | | | |
| | AP | 00039-0064-08 | 9.46 | 11.00 |
| HCFA n/a | BLP | 33.09 | | |
| 10 ml(box of 5 prefilled) | | | | |
| | AP | 00039-0069-08 | 23.65 | 27.50 |
| **Hoechst-Roussel Pharm., Inc. OBRA** Ⓣ | | | | |
| Solution | | | | |
| 10mg/ml (Rx) | | | | |
| HCFA n/a | BLP | 9.38 | | |
| 60 ml | AA | 00039-0063-06 | 8.73 | 11.10 |
| HCFA n/a | BLP | 13.79 | | |
| 120 ml | AA | 00039-0063-40 | 14.49 | 18.40 |
| Tablet | | | | |
| 20mg (Rx) | | | | |
| HCFA 2.03 | BLP | 4.22 | | |
| 100 ea | AB | 00039-0067-10 | 13.55 | 15.75 |
| HCFA 2.03 | BLP | n/a | | |
| 100 ea(u-d) | AB | 00039-0067-11 | 14.32 | 16.65 |
| HCFA 10.15 | BLP | 17.06 | | |
| 500 ea | AB | 00039-0067-50 | 63.98 | 74.40 |
| HCFA 20.30 | BLP | 26.90 | | |
| 1000 ea | AB | 00039-0067-70 | 121.56 | 141.35 |
| 40mg (Rx) | | | | |
| HCFA 2.70 | BLP | 5.02 | | |
| 100 ea(unit-of-use) | | | | |
| | AB | 00039-0060-13 | 19.01 | 22.10 |
| HCFA 13.50 | BLP | 20.66 | | |
| 500 ea | AB | 00039-0060-50 | 90.09 | 104.75 |
| HCFA 27.00 | BLP | 35.77 | | |
| 1000 ea | AB | 00039-0060-70 | 171.14 | 199.00 |
| 80mg (Rx) | | | | |
| HCFA 2.82 | BLP | n/a | | |
| 50 ea | AB | 00039-0066-05 | 15.44 | 17.95 |
| HCFA 5.63 | BLP | n/a | | |
| 100 ea(u-d) | AB | 00039-0066-11 | 31.43 | 36.55 |
| HCFA 28.15 | BLP | 68.63 | | |

| PROD/MFG | | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|---|
| 500 ea | AB | 00039-0066-50 | 145.60 | |
| **Hoechst-Roussel Pharm., Inc. OBRA** | | | | |
| Vial | | | | |
| 10mg/ml (Rx) | | | | |
| HCFA n/a | BLP | 28.52 | | |
| 2 ml(25's) | AP | 00039-0162-25 | 29.00 | |
| HCFA n/a | BLP | 43.47 | | |
| 4 ml(25's) | AP | 00039-0163-25 | 44.25 | |
| HCFA n/a | BLP | 95.24 | | |
| 10 ml(25's) | AP | 00039-0164-25 | 113.52 | |
| **LAZERFORMALYDE** | | | | |
| **Pedinol Pharmacal, Inc. OBRA** | | | | |
| Solution | | | | |
| 10% (Rx) | | | | |
| 90 ml(w/roll-on applicator) | | | | |
| | ZA | 00884-3986-03 | | |
| **LAZERSPORIN-C** | | | | |
| **Pedinol Pharmacal, Inc. OBRA** | | | | |
| Solution (Rx) | | | | |
| HCFA 3.12 | BLP | 7.91 | | |
| 10 ml(w/sterile dropper) | | | | |
| | ZA | 00884-4086-10 | | |
| **LEDERCILLIN VK** | | | | |
| **Lederle Standard Products-Div. American Cyanamid OBRA** | | | | |
| Susp Recon | | | | |
| 125mg/5ml (Rx) | | | | |
| HCFA 1.65 | BLP | 2.06 | | |
| 100 ml | AA | 00005-3874-46 | 1.53 | |
| 150 ml | AA | 00005-3874-49 | 1.92 | |
| HCFA 2.24 | BLP | 3.22 | | |
| 200 ml | AA | 00005-3874-60 | 2.54 | |
| 250mg/5ml (Rx) | | | | |
| HCFA 1.94 | BLP | 2.74 | | |
| 100 ml | AA | 00005-3875-46 | 1.74 | |
| HCFA 3.78 | BLP | n/a | | |
| 150 ml | AA | 00005-3875-49 | 2.52 | |
| HCFA 3.08 | BLP | 4.64 | | |
| 200 ml | AA | 00005-3875-60 | 3.33 | |
| Tablet | | | | |
| 250mg (Rx) | | | | |
| HCFA 27.74 | BLP | n/a | | |
| 40 ea(12s,outer,unit/issue) | | | | |
| | AB | 00005-3865-61 | 30.21 | |
| HCFA 5.78 | BLP | 6.59 | | |
| 100 ea | AB | 00005-3865-23 | 5.35 | |
| HCFA 57.80 | BLP | 52.20 | | |
| 1000 ea | AB | 00005-3865-34 | 49.55 | |
| 500mg (Rx) | | | | |
| HCFA 8.18 | BLP | 11.53 | | |
| 100 ea | AB | 00005-3866-23 | 10.25 | |
| HCFA 40.90 | BLP | 67.55 | | |
| 500 ea | AB | 00005-3866-31 | 49.95 | |
| **LEMOHIST PLUS** | | | | |
| **Sececa Pharmaceuticals OBRA** | | | | |
| Capsule Sa(Rx DESI) | | | | |
| 100 ea | ZB | 47028-0019-01 | 21.08 | |
| 1000 ea | ZB | 47028-0019-10 | 144.42 | |
| **LEMOTUSSIN DM** | | | | |
| **Sececa Pharmaceuticals OBRA** | | | | |
| Syrup (Rx) | | | | |
| 480 ml | ZB | 47028-0015-16 | 21.69 | |
| **LEPTOTAB** | | | | |
| **Natchez Drug Company** | | | | |
| Tablet | | | | |
| 60mg (Rx) | | | | |
| HCFA n/a | BLP | 20.18 | | |
| 1000 ea | ZB | 54732-0005-10 | 8.50 | |
| **LESCOL** | | | | |
| **Sandoz Pharmaceutical Corp. OBRA** | | | | |
| Capsule | | | | |
| 20mg (Rx) | | | | |
| 30 ea | ZC | 00078-0176-15 | | |
| 100 ea | ZC | 00078-0176-05 | | |
| 40mg (Rx) | | | | |
| 30 ea | ZC | 00078-0234-15 | | |
| 100 ea | ZC | 00078-0234-05 | | |
| **LEUCOVORIN CALCIUM** | | | | |
| **Barr Labs, Inc. OBRA** | | | | |
| Tablet | | | | |
| 5mg (Rx) | | | | |
| HCFA 82.78 | BLP | 121.08 | | |
| 30 ea | AB | 00555-0484-01 | | |
| HCFA 275.93 | BLP | 354.95 | | |
| 100 ea | AB | 00555-0484-02 | | |
| 25mg (Rx) | | | | |
| HCFA n/a | BLP | 645.03 | | |

(continued on following page)

Merging together to serve you better.

Case 1:01-cv-12257-PBS Document 3670-4 Filed 02/08/07 Page 4 of 7

(continued from previous page)

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|
| 25 ea AB | 00555-0485-27 | | 600.00 |
| **Burroughs Wellcome Co. OBRA** | | | |
| Tablet | | | |
| 5mg (Rx) | | | |
| HCFA 55.19 BLP | n/a | | |
| 10 ea((wellcovorin)) AB | 00081-0631-20 | | 54.22 |
| HCFA 137.97 BLP | n/a | | |
| 50 ea(u-d, (wellcovorin)) AB | 00081-0631-35 | | 136.04 |
| HCFA 275.93 BLP | 354.95 | | |
| 100 ea((wellcovorin)) AB | 00081-0631-55 | | 272.10 |
| 25mg (Rx) | | | |
| 10 ea(u-d, (wellcovorin)) AB | 00081-0632-13 | | 192.35 |
| HCFA n/a BLP | 645.03 | | |
| 25 ea((wellcovorin)) AB | 00081-0632-25 | | 480.86 |
| Vial | | | |
| 100mg (Rx) | | | |
| 1 ea((wellcovorin)) AP | 00081-0638-93 | | 37.99 |
| **Chiron Thera. OBRA** | | | |
| Vial | | | |
| 50mg (Rx) | | | |
| 10 ea AP | 53905-0051-10 | 147.50 | 184.38 |
| 100mg (Rx) | | | |
| 10 ea AP | 53905-0052-10 | 280.00 | 350.00 |
| **Elkins-Sinn, Inc. OBRA** | | | |
| Vial | | | |
| 50mg (Rx) | | | |
| 1 ea AP | 00641-2369-41 | 45.00 | 56.25 |
| **Geneva Pharmaceuticals, Inc. OBRA** | | | |
| Tablet | | | |
| 5mg (Rx) | | | |
| HCFA 82.78 BLP | 121.08 | | |
| 30 ea AB | 00781-1220-31 | | 149.00 |
| HCFA 275.93 BLP | 354.95 | | |
| 100 ea AB | 00781-1220-01 | | 489.00 |
| 25mg (Rx) | | | |
| HCFA n/a BLP | 645.03 | | |
| 25 ea AB | 00781-1222-63 | | 603.00 |
| **Gensia Laboratories OBRA** | | | |
| Vial | | | |
| 50mg (Rx) | | | |
| 1 ea(10ml vial) AP | 00703-5130-01 | | 19.74 |
| 100mg (Rx) | | | |
| 1 ea(20ml vial) AP | 00703-5140-01 | | 39.00 |
| **Goldline Laboratories OBRA** | | | |
| Tablet | | | |
| 5mg (Rx) | | | |
| HCFA 82.78 BLP | 121.08 | | |
| 30 ea AB | 00182-1869-17 | 69.99 | 149.00 |
| HCFA 275.93 BLP | 354.95 | | |
| 100 ea AB | 00182-1869-01 | 226.99 | 566.30 |
| 25mg (Rx) | | | |
| HCFA n/a BLP | 645.03 | | |
| 25 ea AB | 00182-1870-24 | 461.99 | 675.08 |
| **Immunex Corporation OBRA** | | | |
| Tablet | | | |
| 15mg (Rx) | | | |
| 12 ea ZA | 58406-0626-68 | 80.45 | 100.56 |
| 24 ea ZA | 58406-0626-74 | 160.77 | 200.96 |
| Vial | | | |
| 50mg (Rx) | | | |
| 1 ea(10's, preserv. free) ZA | 58406-0621-37 | | 215.25 |
| 100mg (Rx) | | | |
| 1 ea(10's, preserv. free) ZA | 58406-0622-35 | | 394.12 |
| 350mg (Rx) | | | |
| 1 ea(10's, preserv. free) ZA | 58406-0623-33 | | 1379.37 |
| Tablet | | | |
| 25mg (Rx) | | | |
| 50 ea(u-d) AB | 00005-4501-64 | | 430.80 |
| 5mg (Rx) | | | |
| HCFA 82.78 BLP | 121.08 | | |
| 30 ea(unit-of-issue) BX | 00005-4536-38 | | 85.54 |
| HCFA 137.97 BLP | n/a | | |
| 50 ea(unit-dose) BX | 00005-4536-40 | | 142.56 |
| HCFA 275.93 BLP | 354.95 | | |
| 100 ea BX | 00005-4536-23 | | 285.00 |
| Vial | | | |
| 50mg (Rx) | | | |
| 25 ea AP | 00205-5330-19 | | 538.13 |

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|
| **Major Pharmaceuticals, Inc. OBRA** | | | |
| Tablet | | | |
| 5mg (Rx) | | | |
| HCFA 275.93 BLP | 354.95 | | |
| 100 ea ZA | 00904-2315-60 | | 493.45 |
| **Qualitest Products, Inc. OBRA** | | | |
| Tablet | | | |
| 5mg (Rx) | | | |
| HCFA 275.93 BLP | 354.95 | | |
| 100 ea ZA | 00603-4183-21 | 139.95 | 551.87 |
| 25mg (Rx) | | | |
| HCFA n/a BLP | 645.03 | | |
| 25 ea ZA | 00603-4184-35 | 264.85 | 680.34 |
| **Raway Pharmacal Co.** | | | |
| Tablet | | | |
| 5mg (Rx) | | | |
| HCFA 137.97 BLP | n/a | | |
| 50 ea(u-d) ZA | 00686-0561-06 | | 175.00 |
| 25mg (Rx) | | | |
| 20 ea(u-d) ZA | 00686-0582-05 | | 295.00 |
| **Roxane Labs, Inc. OBRA** | | | |
| Tablet | | | |
| 5mg (Rx) | | | |
| HCFA 82.78 BLP | 121.08 | | |
| 30 ea ZA | 00054-4496-13 | | 61.48 |
| HCFA 275.93 BLP | 354.95 | | |
| 100 ea ZA | 00054-4496-25 | | 202.68 |
| 10mg (Rx) | | | |
| 12 ea AB | 00054-4497-05 | | 69.86 |
| 24 ea AB | 00054-4497-10 | | 138.33 |
| 15mg (Rx) | | | |
| 12 ea AB | 00054-4498-05 | | 104.81 |
| 24 ea AB | 00054-4498-10 | | 195.62 |
| 25mg (Rx) | | | |
| HCFA n/a BLP | 645.03 | | |
| 25 ea AB | 00054-4499-11 | | 475.07 |
| **Rugby Laboratories, Inc. OBRA** | | | |
| Tablet | | | |
| 5mg (Rx) | | | |
| HCFA 82.78 BLP | 121.08 | | |
| 30 ea AB | 00536-4148-07 | | 151.06 |
| 25mg (Rx) | | | |
| HCFA n/a BLP | 645.03 | | |
| 25 ea AB | 00536-4149-04 | | 666.79 |
| **U D L Laboratories, Inc. OBRA** | | | |
| Tablet | | | |
| 5mg (Rx) | | | |
| HCFA 137.97 BLP | n/a | | |
| 50 ea(u-d) ZA | 51079-0581-06 | 143.00 | 162.50 |
| 25mg (Rx) | | | |
| 20 ea(u-d) ZA | 51079-0582-05 | 240.10 | 273.75 |
| **Wyeth-Ayerst OBRA** | | | |
| Vial | | | |
| 100mg (Rx) | | | |
| 1 ea(lyophlized,sngle use) ZA | 00641-2364-41 | 45.00 | 56.25 |
| **LEUKERAN** | | | |
| **Burroughs Wellcome Co. OBRA** | | | |
| Tablet | | | |
| 2mg (Rx) | | | |
| 50 ea ZC | 00081-0635-35 | | 56.36 |
| **LEUKINE** | | | |
| **Immunex Corporation OBRA** | | | |
| Vial | | | |
| 250mcg (Rx) | | | |
| 1 ea ZB | 58406-0002-01 | | 105.06 |
| 500mcg (Rx) | | | |
| 1 ea ZB | 58406-0001-01 | | 197.76 |
| **LEUSTATIN** | | | |
| **Ortho Biotech OBRA** | | | |
| Vial | | | |
| 1mg/ml (Rx) | | | |
| 10 ml(sdv) ZC | 59676-0201-01 | | 480.00 |
| **LEVATOL** | | | |
| **Reed & Carnrick OBRA** | | | |
| Tablet | | | |
| 20mg (Rx) | | | |
| 100 ea ZC | 00021-4500-15 | | 97.32 |
| **LEVLEN 21** | | | |
| **Berlex Labs, Inc. OBRA** | | | |
| Tablet | | | |
| 0.15/0.03 (Rx) | | | |
| HCFA n/a BLP | 71.72 | | |
| 21 ea(3x21,sfidecase) ZA | 50419-0410-21 | | 63.44 |

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|
| **LEVLEN 28** | | | |
| **Berlex Labs, Inc. OBRA** | | | |
| Tablet | | | |
| 0.15/0.03 (Rx) | | | |
| HCFA n/a BLP | 69.56 | | |
| 28 ea(3x28,slidecase) ZA | 50419-0411-28 | | 63.44 |
| **LEVO-DROMORAN** | | | |
| **Roche Labs-Div. Hoffmann-La Roche OBRA** | | | |
| Tablet | | | |
| 2mg (Rx C-II) | | | |
| 100 ea ZC | 00004-0044-01 | | 58.08 |
| Ampul | | | |
| 2mg/ml (Rx C-II) | | | |
| 1 ml(box of 10) ZC | 00004-1910-06 | | 27.45 |
| Vial | | | |
| 2mg/ml (Rx C-II) | | | |
| 10 ml ZC | 00004-1911-06 | | 21.27 |
| **LEVO-T** | | | |
| **Lederle Standard Products-Div. American Cyanamid OBRA** | | | |
| Tablet | | | |
| 0.025mg (Rx) | | | |
| HCFA n/a BLP | 12.85 | | |
| 100 ea ZB | 00205-3610-43 | 10.19 | 12.74 |
| 0.05mg (Rx) | | | |
| HCFA n/a BLP | 13.65 | | |
| 100 ea ZB | 00205-3611-43 | 11.45 | 14.31 |
| HCFA n/a BLP | 36.10 | | |
| 1000 ea ZB | 00205-3611-34 | 96.72 | 120.90 |
| 0.075mg (Rx) | | | |
| HCFA n/a BLP | 16.06 | | |
| 100 ea ZB | 00205-3612-43 | 12.72 | 15.90 |
| 0.1mg (Rx) | | | |
| HCFA n/a BLP | 16.08 | | |
| 100 ea ZB | 00205-3613-43 | 13.05 | 16.31 |
| HCFA n/a BLP | 37.04 | | |
| 1000 ea ZB | 00205-3613-34 | 111.16 | 138.95 |
| 0.125mg (Rx) | | | |
| HCFA n/a BLP | 19.30 | | |
| 100 ea ZB | 00205-3614-43 | 15.28 | 19.10 |
| 0.15mg (Rx) | | | |
| HCFA n/a BLP | 19.84 | | |
| 100 ea ZB | 00205-3615-43 | 15.75 | 19.69 |
| HCFA n/a BLP | 43.49 | | |
| 1000 ea ZB | 00205-3615-34 | 133.47 | 166.83 |
| 0.2mg (Rx) | | | |
| HCFA n/a BLP | 23.22 | | |
| 100 ea ZB | 00205-3616-43 | 18.86 | 23.58 |
| HCFA n/a BLP | 46.88 | | |
| 1000 ea ZB | 00205-3616-34 | 159.87 | 199.83 |
| 0.3mg (Rx) | | | |
| HCFA n/a BLP | 31.05 | | |
| 100 ea ZB | 00205-3617-43 | 25.52 | 31.90 |
| **LEVOBUNOLOL** | | | |
| **H.L. Moore, Division Moore Medical Corp. OBRA** | | | |
| Drops | | | |
| 0.5% (Rx) | | | |
| HCFA n/a BLP | 44.39 | | |
| 15 ml at | 00839-7929-61 | | 47.99 |
| **LEVOBUNOLOL HCL** | | | |
| **Aligen Independent Laboratories, Inc. OBRA** | | | |
| Drops | | | |
| 0.5% (Rx) | | | |
| HCFA 14.93 BLP | 15.50 | | |
| 5 ml ZA | 00405-6065-05 | | 16.11 |
| HCFA n/a BLP | 30.29 | | |
| 10 ml ZA | 00405-6065-10 | | 31.51 |
| HCFA n/a BLP | 44.39 | | |
| 15 ml ZA | 00405-6065-15 | | 45.92 |
| **Bausch & Lomb OBRA** | | | |
| Drops | | | |
| 0.25% (Rx) | | | |
| HCFA n/a BLP | 12.54 | | |
| 5 ml ZA | 24208-0545-05 | | 11.00 |
| HCFA n/a BLP | 24.93 | | |
| 10 ml ZA | 24208-0545-10 | | 22.00 |
| 0.5% (Rx) | | | |
| HCFA 14.93 BLP | 15.50 | | |
| 5 ml ZA | 24208-0505-05 | | 13.75 |
| HCFA n/a BLP | 30.29 | | |
| 10 ml ZA | 24208-0505-10 | | 27.50 |
| HCFA n/a BLP | 44.39 | | |
| 15 ml ZA | 24208-0505-15 | | 41.25 |
| **Goldline Laboratories OBRA** | | | |
| Drops | | | |
| 0.25% (Rx) | | | |
| HCFA n/a BLP | 12.54 | | |
| 5 ml AT | 00182-7003-62 | 9.60 | 12.52 |

(continued on following page)

Elkins-Sinn, Inc. esi STANDARD PRODUCTS esi PHARMA Merging together to serve you better.

23.48
00677-0579-01
.OBRA

23.48
00172-2813-60
111.85
00172-2813-70

EPHEDRINE/BPM
, Inc. OBRA
11.56
00364-2496-16

Lederle Lab-Div. American

ctrum Chemical Mfg. Corp.
49452-4600-03 38.35
49452-4600-01 133.00
49452-4600-02 217.75
oratories, Inc. OBRA
107.19
00405-4643-36
299.44
00405-4643-01
OBRA
n/a
00555-0572-45 16.91
n/a
00555-0572-46 25.34
n/a
00555-0572-47 33.80
n/a
00555-0572-48 42.26
n/a
00555-0572-49 50.71
107.19
00555-0572-35
299.44
00555-0572-02
, Inc. OBRA
107.19
00781-1076-36
299.44
00781-1076-01
OBRA
299.44
00182-1539-01 231.99
ore Medical Corp. OBRA
299.44
00839-7905-06
n Cyanamid OBRA
299.44
00005-4507-23 304.97
Inc. OBRA
07.19
00904-1749-73
99.44
00904-1749-60
nc. OBRA
99.44
0378-0014-01
on following page )

ner
etter.

Tablet
2.5mg (Rx)
HCFA 299.39 BLP 299.44
100 ea ZA 00603-4499-21 206.75 269.45
Roxane Labs, Inc. OBRA
Tablet
2.5mg (Rx)
HCFA 23.95 BLP n/a
8 ea(4x2,blister) ZA 00054-8550-03 23.00
HCFA 35.93 BLP n/a
12 ea(4x3,blister) ZA 00054-8550-05 35.00
HCFA 47.90 BLP n/a
16 ea(4x4,blister) ZA 00054-8550-06 49.00
HCFA 59.88 BLP n/a
20 ea(4x5,blister) ZA 00054-8550-07 61.00
HCFA 71.85 BLP n/a
24 ea(4x6,blister) ZA 00054-8550-10 72.00
HCFA 107.78 BLP 107.19
36 ea ZA 00054-4550-15 133.88
HCFA 299.39 BLP 299.44
100 ea ZA 00054-4550-25 305.16
HCFA 299.39 BLP n/a
100 ea(10x10,blisters) ZA 00054-8550-25 305.16
Rugby Laboratories, Inc. OBRA
Tablet
2.5mg (Rx)
HCFA 107.78 BLP 107.19
36 ea AB 00536-3998-36 128.95
HCFA 299.39 BLP 299.44
100 ea AB 00536-3998-01 310.20
Schein Pharmaceutical, Inc. OBRA
Tablet
2.5mg (Rx)
HCFA 299.39 BLP 299.44
100 ea ZA 00364-2499-01 285.00
UDL Laboratories, Inc. OBRA
Tablet
2.5mg (Rx)
HCFA 35.93 BLP n/a
12 ea(4x3 dose-pack) ZA 51079-0670-86 28.20 35.43
HCFA 47.90 BLP n/a
16 ea(4x4 dose-pack) ZA 51079-0670-87 37.60 47.26
HCFA 59.88 BLP n/a
20 ea(u-d, 2x10) ZA 51079-0670-05 55.59 58.85
HCFA 59.88 BLP n/a
20 ea(4x5 dose-pack) ZA 51079-0670-88 47.00 59.11
HCFA 71.85 BLP n/a
24 ea(4x6 dose-pack) ZA 51079-0670-89 56.46 70.92

**METHOTREXATE LPF**
Immunex Corporation OBRA
Vial
25mg/ml (Rx)
HCFA n/a BLP 5.46
2 ml(na parenteral) AP 00205-5325-26 4.75
4 ml(na parenteral) AP 00205-5326-18 8.50
8 ml(na parenteral) AP 00205-5327-30 16.72
HCFA n/a BLP 20.60
10 ml(preservative free) AP 00205-5337-34 20.48
HCFA n/a BLP 515.10
10 ml(25's,preserv free) AP 00205-5337-98 364.78

**METHOTREXATE SODIUM**
See FOLEX PFS (Pharmacia)
See FOLEX-PFS (Pharmacia)
Chiron Thera. OBRA
Vial
25mg/ml (Rx)
HCFA n/a BLP 54.58
2 ml(10's, preserv free) AP 53905-0031-10 55.00 68.75
4 ml(10's, preserv free) AP 53905-0032-10 70.00 87.50
8 ml(10's, preserv free) AP 53905-0033-10 140.00 175.00
HCFA n/a BLP 206.04
AP 53905-0034-10 215.00 268.75

**METHOTREXATE SODIUM PARENTERAL**
Immunex Corporation OBRA
Vial
20mg (Rx)
1 ea(preservative free) ZC 00205-4654-90 2.78
25mg/ml (Rx)
HCFA n/a BLP 5.46
2 ml(solution w/preserv) AP 00205-4556-26 4.75
HCFA n/a BLP 20.60
10 ml(solution w/preserv) AP 00205-5338-34 20.48
50mg (Rx)
1 ea(preservative free) AP 00205-9337-92 4.75
1gm (Rx)
1 ea(preservative free) ZC 00205-4653-02 61.44

**METHYCLOTHIAZIDE**
See AQUATENSEN (Wallace Labs)
See ENDURON (Abbott Laboratories)
Aligen Independent Laboratories, Inc. OBRA
Tablet
5mg (Rx)
HCFA 6.21 BLP 15.03
100 ea ZA 00405-4646-01 7.45
Geneva Pharmaceuticals, Inc. OBRA
Tablet
2.5mg (Rx)
HCFA 7.95 BLP 8.68
100 ea AB 00781-1803-01 9.70
5mg (Rx)
HCFA 6.21 BLP 15.03
100 ea AB 00781-1810-01 12.83
HCFA 6.21 BLP n/a
100 ea(u-d) AB 00781-1810-13 18.25
H.L. Moore, Division Moore Medical Corp. OBRA
Tablet
2.5mg (Rx)
HCFA 7.95 BLP 8.68
100 ea AB 00839-6580-06 8.09
5mg (Rx)
HCFA 6.21 BLP 15.03
100 ea AB 00839-6581-06 8.90
HCFA 6.21 BLP 15.03
100 ea AB 00839-7938-06 9.98
Mylan Pharmaceuticals, Inc. OBRA
Tablet
5mg (Rx)
HCFA 6.21 BLP 15.03
100 ea AB 00378-0160-01 9.85
Rugby Laboratories, Inc. OBRA
Tablet
5mg (Rx)
HCFA 6.21 BLP 15.03
100 ea AB 00536-4025-01 8.67
HCFA 62.10 BLP n/a
1000 ea AB 00536-4025-10 68.69
Vita-Rx Corp.
Tablet
5mg (Rx)
HCFA 6.21 BLP 15.03
100 ea ZA 49727-0171-02 10.26
Zenith Labs, Inc. OBRA
Tablet
2.5mg (Rx)
HCFA 7.95 BLP 8.68
100 ea AB 00172-2986-60 8.25
HCFA 39.75 BLP n/a
500 ea AB 00172-2986-70 78.38
HCFA 79.50 BLP n/a
1000 ea AB 00172-2986-80 78.38

**METHYLCOTOLONE**
Truxton, Inc., C.O. OBRA
Vial
40mg/ml (Rx)
HCFA n/a BLP 8.70
5 ml ZA 00463-1105-05 7.75

**METHYLDOPA**
See ALDOMET (Merck & Co.)
Aligen Independent Laboratories, Inc. OBRA
Tablet
125mg (Rx)
HCFA 4.50 BLP 12.26
100 ea ZA 00405-4651-01 12.33
250mg (Rx)
HCFA 6.00 BLP 16.28

MYLAN
Tetracycline Hydrochloride Capsules, USP

100 ea ZA 00405-4652-01 21
HCFA 60.00 BLP 143.21
1000 ea ZA 00405-4652-03 168
500mg (Rx)
HCFA 9.38 BLP 30.88
100 ea ZA 00405-4653-01 44
HCFA 46.90 BLP 146.95
500 ea ZA 00405-4653-02 184
Consolidated Midland Corp.
Tablet
125mg (Rx)
HCFA 4.50 BLP 12.26
100 ea ZA 00223-1584-01 9.
HCFA 45.00 BLP n/a
1000 ea ZA 00223-1584-02 87.
250mg (Rx)
HCFA 6.00 BLP 16.28
100 ea ZA 00223-1585-01 12.
HCFA 60.00 BLP 143.21
1000 ea ZA 00223-1585-02 92.
500mg (Rx)
HCFA 9.38 BLP 30.88
100 ea ZA 00223-1586-01 22.
HCFA 46.90 BLP 146.95
500 ea ZA 00223-1586-05 92.
Geneva Pharmaceuticals, Inc. OBRA
Tablet
125mg (Rx)
HCFA 4.50 BLP 12.26
100 ea AB 00781-1317-01 13.9
250mg (Rx)
HCFA 6.00 BLP 16.28
100 ea AB 00781-1320-01 22.0
HCFA 6.00 BLP n/a
100 ea(u-d) AB 00781-1320-13 19.7
HCFA 60.00 BLP 143.21
1000 ea AB 00781-1320-10 169.7
500mg (Rx)
HCFA 9.38 BLP 30.88
100 ea AB 00781-1322-01 36.8
HCFA 9.38 BLP n/a
100 ea(u-d) AB 00781-1322-13 32.6
HCFA 46.90 BLP 146.95
500 ea AB 00781-1322-05 171.1
Goldline Laboratories OBRA
Tablet
250mg (Rx)
HCFA 6.00 BLP 16.28
100 ea AB 00182-1732-01 5.80 15.66
HCFA 6.00 BLP n/a
100 ea(u-d) AB 00182-1732-89 6.95 20.30
HCFA 60.00 BLP 143.21
1000 ea AB 00182-1732-10 46.20 137.15
500mg (Rx)
HCFA 9.38 BLP 30.88
100 ea AB 00182-1733-01 10.40 29.70
HCFA 9.38 BLP n/a
100 ea(u-d) AB 00182-1733-89 12.78 46.00
HCFA 46.90 BLP 146.95
500 ea AB 00182-1733-05 46.20 137.15
H.L. Moore, Division Moore Medical Corp. OBRA
Tablet
125mg (Rx)
HCFA 4.50 BLP 12.26
100 ea AB 00839-7217-06 14.84
250mg (Rx)
HCFA 6.00 BLP 16.28
100 ea AB 00839-7119-06 18.97
HCFA 6.00 BLP 16.28
100 ea AB 00839-7692-06 13.95
HCFA 60.00 BLP 143.21
1000 ea AB 00839-7119-16 179.54
HCFA 60.00 BLP 143.21
1000 ea AB 00839-7692-16 179.54
500mg (Rx)
HCFA 9.38 BLP 30.88
100 ea AB 00839-7120-06 35.91
HCFA 9.38 BLP 30.88
(continued on following page)

Elkins-Sinn, Inc. esi STANDARD PRODUCTS esi PHARMA Merging together to serve you better.

**NOVAFED A**
Marion Merrell Dow, Inc. OBRA
Capsule SA
120-8mg (Rx)
HCFA n/a BLP 24.32
100 ea ZB 00068-0106-61 52.80

**NOVAGEST**
Major Pharmaceuticals, Inc. OBRA
Expect (Rx C-V)
120 ml ZB 00904-0923-20 3.00
HCFA n/a BLP 52.30
3840 ml ZB 00904-0923-28 55.45
Syrup
10mg (Rx C-V)
HCFA n/a BLP 14.52
480 ml ZB 00904-0923-16 9.70

**NOVAGEST DEX**
Major Pharmaceuticals, Inc. OBRA
Liquid
100-10 (Rx)
HCFA n/a BLP 4.19
120 ml ZB 00904-0710-20 3.75

**NOVAGEST DH**
Major Pharmaceuticals, Inc. OBRA
Liquid (Rx C-V)
HCFA n/a BLP 3.67
120 ml ZB 00904-0922-20 2.70
HCFA n/a BLP 10.59
480 ml ZB 00904-0922-16 7.75
HCFA n/a BLP 55.72
3840 ml ZB 00904-0922-28 51.72

**NOVANTRONE**
Immunex Corporation OBRA
Vial
2mg/ml (Rx)
10 ml ZA 58406-0640-03 640.83
12.5 ml ZA 58406-0640-05 801.01
15 ml ZC 00205-9393-36 961.24

**NOVOCAIN**
Sanofi Winthrop Pharmaceuticals OBRA
Ampul
10mg/ml (Rx)
2 ml(25's) AP 00024-1381-25 76.88
6 ml(50's) AP 00024-1381-05 284.46
6 ml(50's) AP 00024-1382-05 292.99
100mg/ml (Rx)
2 ml(25's, spinal anesth)
ZC 00024-1384-25 171.81
Vial
10mg/ml (Rx)
30 ml AP 00024-1385-01 14.13
20mg/ml (Rx)
HCFA n/a BLP 3.87
30 ml AP 00024-1386-01 14.13

**NTG**
Warner Chilcott OBRA
Adh Patch
0.2mg/hr (Rx)
30 ea ZB 00047-0835-15 28.05 33.66
0.4mg/hr (Rx)
30 ea ZB 00047-0837-15 34.72 41.66
0.6mg/hr (Rx)
30 ea ZB 00047-0839-15 39.58 47.50

**NU-IRON PLUS**
Mayrand Pharmaceuticals, Inc. OBRA
Elixir (Rx)
240 ml ZB 00259-0342-08 14.75

**NU-IRON-V**
Mayrand Pharmaceuticals, Inc. OBRA
Tablet (Rx)
HCFA n/a BLP 12.76
100 ea ZB 00259-0331-01 19.50

**NUBAIN**
Du Pont Multisource Products OBRA
Vial
10mg/ml (Rx)
10 ml AP 00590-0386-01 22.50
Ampul
10mg/ml (Rx)
1 ml(10's, p/f) AP 00590-0395-10 11.62
20mg/ml (Rx)
1 ml(10's, p/f) AP 00590-0398-10 12.87
Disp Syrin
20mg/ml (Rx)
1 ml(10's) AP 00590-0396-15 43.25
Vial
20mg/ml (Rx)
10 ml AP 00590-0399-01 34.94

**NUCOCHEM**
H.N. Norton & Co. OBRA
Syrup
10mg (Rx C-V)
HCFA n/a BLP 14.52
480 ml(pediatric)
ZB 50732-0858-16 18.46
20mg (Rx C-III)
HCFA n/a BLP 27.82
480 ml ZB 50732-0857-16 26.98
60-20 (Rx C-III)
HCFA n/a BLP 26.80
480 ml ZB 50732-0859-16 26.02

**NUCOFED**
Roberts Pharmaceutical Corporation OBRA
Syrup
60-20 (Rx C-III)
HCFA n/a BLP 26.80
473 ml ZB 54092-0403-16 37.74
10mg (Rx C-V)
HCFA n/a BLP 14.52
473 ml(pediatric)
ZB 54092-0405-16 26.98
20mg (Rx C-III)
HCFA n/a BLP 27.82
473 ml ZB 54092-0404-16 39.30
Capsule
60-20mg (Rx C-III)
60 ea ZB 54092-0005-60 28.03

**NUCOTUSS**
Barre-National, Inc. OBRA
Syrup
10mg (Rx C-V)
HCFA n/a BLP 14.52
480 ml(pediatric)
ZB 00472-1240-16 18.50
20mg (Rx C-III)
HCFA n/a BLP 27.82
480 ml ZB 00472-1245-16 26.95

**NULYTELY**
Braintree Labs. OBRA
Solution (Rx)
4000 ml ZC 52268-0300-01 15.64
4000 ml ZC 52268-0301-01 17.12

**NUMORPHAN**
Du Pont Multisource Products OBRA
Ampul
1mg/ml (Rx C-II)
1 ml(10's) ZC 00590-0370-10 35.75
1.5mg/ml (Rx C-II)
1 ml(10's) ZC 00590-0373-10 46.75
Vial
1.5mg/ml (Rx C-II)
10 ml ZC 00590-0374-01 45.56
Suppos.
5mg (Rx C-II)
6 ea ZC 00590-0761-06 29.33

**NUQUIN HP**
Stratus Pharmaceuticals OBRA
Cream
4% (Rx)
15 gm ZB 58980-0574-05 11.25
30 gm ZB 58980-0574-10 17.90
60 gm ZB 58980-0574-20 30.30
Gel
4% (Rx)
15 gm ZB 58980-0475-05 11.25
30 gm ZB 58980-0475-10 17.90
60 gm ZB 58980-0475-20 30.30

**NUROMAX**
Burroughs Wellcome Co. OBRA
Vial
1mg/ml (Rx)
5 ml(10's) ZC 00081-0763-44 172.56

**NUTRACORT**
Galderma Laboratories, Inc. OBRA
Lotion
1% (Rx)
HCFA 4.12 BLP 10.33
60 ml AT 00299-5830-01 11.95 14.94
2.5% (Rx)
HCFA 15.53 BLP 17.14
60 ml AT 00299-5825-01 15.20 19.00
120 ml AT 00299-5825-02 23.85 29.81
1% (Rx)
HCFA 6.07 BLP 10.40
120 ml AT 00299-5830-02 17.85 22.31

American Regent OBRA
Vial (Rx)
HCFA n/a BLP 98.72
20 ml(25's, single dose)
ZB 00517-3120-25 109.37
HCFA n/a BLP 571.75
100 ml(25's, pharmacy bulk)
ZB 00517-3100-25 562.50

**NUTRILYTE II**
American Regent OBRA
Vial (Rx)
HCFA n/a BLP 98.72
20 ml(25's, single dose)
ZB 00517-2020-25 93.75
HCFA n/a BLP 571.75
100 ml(25's, pharmacy bulk)
ZB 00517-2000-25 375.00

**NUTROPIN**
Genentech, Inc. OBRA
Vial
5mg (Rx)
2 ea(2x5mg, 1 diluent)
BX 50242-0072-02 420.00
10mg (Rx)
1 ea ZB 50242-0018-19 420.00
2 ea(2x10mg, 2 diluents)
ZB 50242-0018-20 840.00

**NYDRAZID**
Apothecon, Div Bristol Myers Squibb OBRA
Tablet
100mg (Rx)
HCFA 35.60 BLP 29.08
1000 ea AA 00003-0637-80 49.19 61.48
Vial
100mg/ml (Rx)
10 ml ZC 00003-0643-50 12.68 15.85
Tablet
100mg (Rx)
HCFA 3.56 BLP 5.24
100 ea AA 00003-0637-50 6.04 7.55

NYSTATIN
POWDER USP - For extemporaneous preparation of oral suspension
Call Toll Free: 1-800-328-5113
Paddock Laboratories, Inc.

**NYSTATIN**
See MYCOSTATIN (Westwood-Squibb Pharmaceuticals, Inc.)
See MYCOSTATIN (Apothecon, Div Bristol Myers Squibb)
See NILSTAT (Lederle Standard Products-Div. American Cyanamid)
A-A Spectrum, Div. Spectrum Chemical Mfg. Corp.
Powder
50mmu (Rx)
11.36 gm ZB 49452-4870-01 18.45 27.50
500mmu (Rx)
113.6 gm ZB 49452-4870-02 113.90 170.00
Alligen Independent Laboratories, Inc. OBRA
Oral Susp
100000u/ml (Rx)
HCFA 3.29 BLP 6.97
60 ml ZA 00405-3450-56 7.78
HCFA 20.64 BLP 49.07
480 ml ZA 00405-3450-16 52.50
Tablet
100000u (Rx)
HCFA 7.43 BLP 9.48
15 ea(vaginal) ZA 00405-4719-15 10.63
HCFA 13.43 BLP 19.54
30 ea(vaginal) ZA 00405-4719-30 19.63
500000u (Rx)
HCFA 11.93 BLP 26.38
100 ea(oral) ZA 00405-4714-01 28.27

(continued on following page)

Cline-Sinn, Inc. esi STANDARD PRODUCTS esi PHARMA
Merging together to serve you better.

**PROCARDIA XL®**
*(nifedipine) extended release*
*Tablets 30mg, 60mg, 90mg GITS*

| PROD/MFG | | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|---|
| **THERAMYCIN Z** | | | | |
| **Medicis Pharmaceutical Corporation OBRA** | | | | |
| Solution | | | | |
| 2% (Rx) | | | | |
| HCFA 3.90 | BLP | 6.28 | | |
| 60 ml | ZA | 99207-0550-02 | | 17.47 |
| **THERAPEUTIC PLUS** | | | | |
| **Rugby Laboratories, Inc. OBRA** | | | | |
| Tablet (Rx) | | | | |
| HCFA n/a | BLP | 12.43 | | |
| 100 ea | ZB | 00536-4746-01 | | 9.79 |
| **THERAPEUTIC VITAMIN** | | | | |
| **Rugby Laboratories, Inc. OBRA** | | | | |
| Tablet (Rx) | | | | |
| HCFA n/a | BLP | 6.17 | | |
| 100 ea | ZB | 00536-5536-01 | | 6.19 |
| **THERAPEUTIC VITAMIN W/MINERALS** | | | | |
| **Contract Pharmacal OBRA** | | | | |
| Capsule (Rx) | | | | |
| HCFA n/a | BLP | 12.16 | | |
| 100 ea | ZB | 10267-0737-01 | | 12.00 |
| **THERAVEE HEMATINIC** | | | | |
| **Vangard Labs, Inc. OBRA** | | | | |
| Tablet (Rx) | | | | |
| 100 ea(u-d) | ZB | 00615-1601-13 | | 7.63 |
| **THERMAZENE** | | | | |
| **Sherwood Medical OBRA** | | | | |
| Cream | | | | |
| 1% (Rx) | | | | |
| 20 gm | AB | 08880-9505-02 | 2.35 | 3.80 |
| HCFA 5.93 | BLP | 5.40 | | |
| 50 gm | AB | 08880-9505-05 | 4.81 | 6.15 |
| 85 gm | AB | 08880-9505-85 | 7.00 | 11.00 |
| HCFA n/a | BLP | 24.06 | | |
| 400 gm | AB | 08880-9505-40 | 19.69 | 25.62 |
| HCFA n/a | BLP | 47.81 | | |
| 1000 gm | AB | 08880-9505-10 | 42.79 | 53.48 |
| **THEROBEC PLUS** | | | | |
| **Qualitest Products, Inc. OBRA** | | | | |
| Tablet (Rx) | | | | |
| HCFA n/a | BLP | 12.43 | | |
| 100 ea | ZB | 00603-5970-21 | 5.95 | 10.68 |
| **THEROXIDE WASH** | | | | |
| **Medicis Pharmaceutical Corporation OBRA** | | | | |
| Liquid | | | | |
| 10% (Rx) | | | | |
| 120 ml | ZB | 99207-0520-04 | | 9.90 |
| **THEROXIDE 10** | | | | |
| **Medicis Pharmaceutical Corporation OBRA** | | | | |
| Lotion | | | | |
| 10% (Rx) | | | | |
| 45 ml | ZB | 99207-0510-15 | | 9.60 |
| **THEROXIDE 5** | | | | |
| **Medicis Pharmaceutical Corporation OBRA** | | | | |
| Lotion | | | | |
| 5% (Rx) | | | | |
| 45 ml | ZB | 99207-0505-15 | | 8.40 |
| **THIAMINE HCL** | | | | |
| **Consolidated Midland Corp.** | | | | |
| Vial | | | | |
| 100mg/ml (Rx) | | | | |
| 1 ml(25's) | ZA | 00223-8680-01 | | 30.00 |
| HCFA n/a | BLP | 5.25 | | |
| 30 ml | ZA | 00223-8681-30 | | 7.50 |
| **Fujisawa Usa, Inc. OBRA** | | | | |
| Vial | | | | |
| 100mg/ml (Rx) | | | | |
| 2 ml(25's) | ZA | 00469-1013-25 | 23.75 | 28.12 |
| **Hyrex Pharmaceuticals OBRA** | | | | |
| Vial | | | | |
| 100mg/ml (Rx) | | | | |
| HCFA n/a | BLP | 5.25 | | |
| 30 ml | ZA | 00314-0774-30 | | 5.35 |
| **Keene Pharmaceuticals, Inc.** | | | | |
| Vial | | | | |
| 100mg/ml (Rx) | | | | |
| HCFA n/a | BLP | 5.25 | | |
| 30 ml | ZA | 00588-5201-90 | | 4.25 |
| **Pasadena Research Laboratories, Inc.** | | | | |
| Vial | | | | |
| 100mg/ml (Rx) | | | | |
| HCFA n/a | BLP | 5.25 | | |
| 30 ml | ZA | 00418-2541-61 | | 5.75 |
| **Raway Pharmacal Co.** | | | | |
| Vial | | | | |
| 100mg/ml (Rx) | | | | |
| 1 ml | ZA | 00686-0610-25 | | 70.00 |
| **Steris Products OBRA** | | | | |
| Vial | | | | |
| 100mg/ml (Rx) | | | | |
| HCFA n/a | BLP | 5.25 | | |
| 30 ml | AP | 00402-0085-30 | | 3.40 |
| **Truxton, Inc., C.O. OBRA** | | | | |
| Vial | | | | |
| 100mg/ml (Rx) | | | | |
| HCFA n/a | BLP | 5.25 | | |
| 30 ml | ZA | 00463-1074-30 | | 4.00 |
| **Wyeth-Ayerst OBRA** | | | | |
| Disp Syrin | | | | |
| 100mg/ml (Rx) | | | | |
| 1 ml(10's, tubex, 1ml/2ml) | | | | |
| | AP | 00008-0302-01 | 15.78 | 19.72 |
| **THIAMINE HCL INJECTION** | | | | |
| **Elkins-Sinn, Inc. OBRA** | | | | |
| Vial | | | | |
| 100mg/ml (Rx) | | | | |
| 1 ml(25's) | AP | 00641-0610-25 | 14.43 | 18.03 |
| **THIOGUANINE** | | | | |
| **Burroughs Wellcome Co. OBRA** | | | | |
| Tablet | | | | |
| 40mg (Rx) | | | | |
| 25 ea(tabloid) | ZC | 00081-0880-25 | | 72.79 |
| **THIOLA** | | | | |
| **Mission Pharmacal Co. OBRA** | | | | |
| Tablet | | | | |
| 100mg (Rx) | | | | |
| 100 ea | ZB | 00178-0900-01 | 52.00 | 65.00 |
| **THIOPENTAL SODIUM** | | | | |
| **See PENTOTHAL (Abbott Labs, Hospital Products Div.)** | | | | |
| **Gensia Laboratories OBRA** | | | | |
| Disp Syrin | | | | |
| 500mg (Rx C-III) | | | | |
| HCFA n/a | BLP | 12.14 | | |
| 1 ea(syringe kit) | | | | |
| | ZB | 00703-2580-01 | | 8.10 |
| Kit | | | | |
| 1gm (Rx C-III) | | | | |
| 1 ea(40ml) | ZB | 00703-2530-01 | | 17.04 |
| 2.5gm (Rx C-III) | | | | |
| HCFA n/a | BLP | 36.38 | | |
| 1 ea(100ml) | ZB | 00703-2540-01 | | 22.20 |
| 5gm (Rx C-III) | | | | |
| 1 ea(200ml) | ZB | 00703-2550-01 | | 33.36 |
| **THIOPLEX** | | | | |
| **Immunex Corporation OBRA** | | | | |
| Vial | | | | |
| 15mg (Rx) | | | | |
| 1 ea(6's) | ZA | 58406-0661-31 | 351.90 | 422.29 |
| **THIORIDAZINE** | | | | |
| **Qualitest Products, Inc. OBRA** | | | | |
| Oral Conc. | | | | |
| 30mg/ml (Rx) | | | | |
| HCFA 12.90 | BLP | 15.27 | | |
| 120 ml | ZA | 00603-1756-54 | 8.60 | 15.24 |
| **THIORIDAZINE HCL** | | | | |
| **Aligen Independent Laboratories, Inc. OBRA** | | | | |
| Tablet | | | | |
| 10mg (Rx) | | | | |
| HCFA 3.69 | BLP | 7.79 | | |
| 100 ea | ZA | 00405-4993-01 | | 5.56 |
| HCFA 36.90 | BLP | 68.62 | | |
| 1000 ea | ZA | 00405-4993-03 | | 72.90 |
| 15mg (Rx) | | | | |
| HCFA 4.82 | BLP | 11.40 | | |
| 100 ea | ZA | 00405-4994-01 | | 15.80 |
| 25mg (Rx) | | | | |
| HCFA 5.03 | BLP | 11.88 | | |
| 100 ea | ZA | 00405-4995-01 | | 13.50 |
| HCFA 50.30 | BLP | 96.18 | | |
| 1000 ea | ZA | 00405-4995-03 | | 105.25 |
| 50mg (Rx) | | | | |
| HCFA 7.13 | BLP | 16.47 | | |
| 100 ea | ZA | 00405-4996-01 | | |
| HCFA 71.30 | BLP | 140.38 | | |
| 1000 ea | ZA | 00405-4996-03 | | |
| 100mg (Rx) | | | | |
| HCFA 11.18 | BLP | 22.07 | | |
| 100 ea | ZA | 00405-4997-01 | | |
| 150mg (Rx) | | | | |
| HCFA 21.47 | BLP | 33.00 | | |
| 100 ea | ZA | 00405-4998-01 | | |
| 200mg (Rx) | | | | |
| HCFA 24.23 | BLP | 39.48 | | |
| 100 ea | ZA | 00405-4999-01 | | |
| **Auro Pharmaceuticals, Inc.** | | | | |
| Tablet | | | | |
| 10mg (Rx) | | | | |
| HCFA 3.69 | BLP | 7.79 | | |
| 100 ea | ZA | 55829-0501-10 | [illegible] | |
| **Barre-National, Inc. OBRA** | | | | |
| Oral Conc. | | | | |
| 100mg/ml (Rx) | | | | |
| HCFA 53.46 | BLP | n/a | | |
| 120 ml | AA | 00472-1451-94 | | |
| **Consolidated Midland Corp.** | | | | |
| Tablet | | | | |
| 10mg (Rx) | | | | |
| HCFA 3.69 | BLP | 7.79 | | |
| 100 ea | ZA | 00223-2128-01 | | |
| HCFA 36.90 | BLP | 68.62 | | |
| 1000 ea | ZA | 00223-2128-02 | | |
| 15mg (Rx) | | | | |
| HCFA 4.82 | BLP | 11.40 | | |
| 100 ea | ZA | 00223-2129-01 | | |
| HCFA 48.20 | BLP | n/a | | |
| 1000 ea | ZA | 00223-2129-02 | | |
| 25mg (Rx) | | | | |
| HCFA 5.03 | BLP | 11.88 | | |
| 100 ea | ZA | 00223-2130-01 | | |
| HCFA 50.30 | BLP | 96.18 | | |
| 1000 ea | ZA | 00223-2130-02 | | |
| 50mg (Rx) | | | | |
| HCFA 7.13 | BLP | 16.47 | | |
| 100 ea | ZA | 00223-2131-01 | | |
| HCFA 71.30 | BLP | 140.38 | | |
| 1000 ea | ZA | 00223-2131-02 | | |
| 100mg (Rx) | | | | |
| HCFA 11.18 | BLP | 22.07 | | |
| 100 ea | ZA | 00223-2132-01 | | |
| HCFA 111.80 | BLP | 231.38 | | |
| 1000 ea | ZA | 00223-2132-02 | | |
| 150mg (Rx) | | | | |
| HCFA 21.47 | BLP | 33.00 | | |
| 100 ea | ZA | 00223-2133-01 | | |
| HCFA 214.70 | BLP | n/a | | |
| 1000 ea | ZA | 00223-2133-02 | | |
| 200mg (Rx) | | | | |
| HCFA 24.23 | BLP | 39.48 | | |
| 100 ea | ZA | 00223-2134-01 | | |
| HCFA 242.30 | BLP | n/a | | |
| 1000 ea | ZA | 00223-2134-02 | | |
| **Copley Pharmaceuticals, Inc. OBRA** | | | | |
| Oral Conc. | | | | |
| 30mg/ml (Rx) | | | | |
| HCFA 12.90 | BLP | 15.27 | | |
| 120 ml | AA | 38245-0608-14 | | |
| **Creighton Products Corporation OBRA** | | | | |
| Tablet | | | | |
| 10mg (Rx) | | | | |
| HCFA 3.69 | BLP | 7.79 | | |
| 100 ea | AB | 50752-0264-05 | | |
| HCFA 3.69 | BLP | n/a | | |
| 100 ea(u-d) | AB | 50752-0264-06 | | |
| HCFA 36.90 | BLP | 68.62 | | |
| 1000 ea | AB | 50752-0264-09 | | |
| 15mg (Rx) | | | | |
| HCFA 4.82 | BLP | 11.40 | | |
| 100 ea | AB | 50752-0265-05 | | |
| 25mg (Rx) | | | | |
| HCFA 5.03 | BLP | 11.88 | | |
| 100 ea | AB | 50752-0266-05 | | |
| HCFA 5.03 | BLP | n/a | | |
| 100 ea(u-d) | AB | 50752-0266-06 | | |
| HCFA 50.30 | BLP | 96.18 | | |
| 1000 ea | AB | 50752-0266-09 | | |
| 50mg (Rx) | | | | |
| HCFA 7.13 | BLP | 16.47 | | |
| 100 ea | AB | 50752-0267-05 | | |
| HCFA 7.13 | BLP | n/a | | |
| 100 ea(u-d) | AB | 50752-0267-06 | | |
| HCFA 71.30 | BLP | 140.38 | | |
| 1000 ea | AB | 50752-0267-09 | | |

(continued on following page)

Merging together to serve you better.