UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Montana* v. *Abbott Labs., Inc.*, *et al.*, D. Mont. Cause No. CV-02-09-H-DWM<br><br>AND<br><br>*State of Nevada* v. *American Home Prods. Corp.*, *et al.*, D. Nev. Cause No. CV-N-02-0202-ECR | Civil Action No. MDL No. 1456<br><br><br><br>**FILED UNDER SEAL** |

**SUPPLEMENTAL DECLARATION OF BRYAN R. DIEDERICH IN SUPPORT OF SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S MOTION FOR SUMMARY JUDGMENT AS TO NEVADA AND MONTANA ACTIONS**

I, the undersigned Bryan R. Diederich, submit this Declaration. I have personal knowledge of the following facts.

1. I am an attorney at the law firm of Ropes & Gray LLP, counsel to Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of Extracts from the Deposition of William Groth.

3. Attached to this Declaration as Exhibit 2 is a true and correct copy of Extracts from the Declaration of Raymond Hartman in Opposition to Defendants' Motion for Summary Judgment.

4.      Attached to this Declaration as Exhibit 3 is a true and correct copy of Extracts from the Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages.

5.      Attached to this Declaration as Exhibit 4 is a true and correct copy of Extracts from the Deposition of Raymond Hartman.

6.      Attached to this Declaration as Exhibit 5 is a true and correct copy of Extracts from a document entitled Calculation of Damages and Penalties for the State of Montana.

7.      Attached to this Declaration as Exhibit 6 is a true and correct copy of Extracts from a document entitled Calculation of Damages and Penalties for the State of Nevada.

8.      Attached to this Declaration as Exhibit 7 is a true and correct copy of Extracts from the Deposition of John Chappius.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/Bryan R. Diederich____

Dated:  February 8, 2007                                             Bryan R. Diederich

10361423_2