Filed Under Seal

Exhibit 1

# Filed Under Seal

# Exhibit 2

# Filed Under Seal

# Exhibit 3

# Filed Under Seal

# Exhibit 4

Filed Under Seal

Exhibit 5

Filed Under Seal

Exhibit 6

# Filed Under Seal

# Exhibit 7