UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Montana* v. *Abbot Labs., Inc., et al.*, D. Mont. Case No. CV-02-09-H-DWM<br><br>AND<br><br>*State of Nevada* v. *American Home Prods. Corp., et al.*, D. Nev. Case No. CV-N-02-0202-ECR | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |

**SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") hereby move this Court for leave to file the Supplemental Declaration of Bryan R. Diederich Transmitting Certain Documents under seal. As grounds for this Motion, Schering and Warrick state:

1. Schering and Warrick are on this date filing a Memorandum in Support of their Motion for Summary Judgment as to the Montana and Nevada actions along with the statement of undisputed material facts called for by Local Rule 56.1.

2. Warrick's and Schering's Statement of Undisputed Facts references the Supplemental Declaration of Bryan R. Diederich in Support of Schering-Plough Corporation's and Warrick Pharmaceutical Corporation's Motion for Summary Judgment as to the Nevada and

-1-

Montana Actions (the "Supplemental Diederich Declaration").  The Supplemental Diederich Declaration attaches various exhibits.

3.   Pursuant to the Protective Order entered by this Court on December 13, 2002 (the "Protective Order") both the parties in the above-captioned cases and non-party witnesses have designated many documents and other information produced in this litigation as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."  Pursuant to paragraph 15 of the Protective Order, any document or pleading containing materials designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" shall be filed under seal.

4.   Because the exhibits to the Supplemental Diederich Declaration have been designated as CONFIDENTIAL or HIGHLY CONFIDENTIAL, Schering and Warrick have filed the Supplemental Diederich Declaration under seal.  The Supplemental Diederich Declaration contains the following documents which Schering and Warrick submit under seal:

a.   Exhibit 1 to the Supplemental Diederich Declaration is a true and correct copy of Extracts from the Deposition of William Groth.  This deposition was designated as HIGHLY CONFIDENTIAL by Walgreen's, Inc.

b.   Exhibit 2 to the Supplemental Diederich Declaration is a true and correct copy of Extracts from the Declaration of Raymond Hartman in Opposition to Defendants' Motion for Summary Judgment.  This document is marked with the phrase "Contains Confidential Information Subject to Protective Order."

c.   Exhibit 3 to the Supplemental Diederich Declaration is a true and correct copy of Extracts from the Declaration of Raymond S. Hartman in Support of Plaintiff's Claims of Liability and Calculation of Damages.  This document is marked with the phrase "Contains Confidential Information Subject to Protective Order."

- 3 -

        d.        Exhibit 4 to the Supplemental Diederich Declaration is a true and correct copy of Extracts from the Deposition of Raymond S. Hartman.  The Deposition was designated as confidential because it contains discussion of sensitive pricing information.

        e.        Exhibit 5 to the Supplemental Diederich Declaration is a true and correct copy of Extracts from a document entitled Calculation of Damages for the State of Montana.  This document is marked with the phrase "Contains Confidential Information Subject to Court Order."

        f.        Exhibit 6 to the Supplemental Diederich Declaration is a true and correct copy of Extracts from a document entitled Calculation of Damages for the State of Nevada.  This document is marked with the phrase "Contains Confidential Information Subject to Court Order".

        g.        Exhibit 7 to the Supplemental Diederich Declaration is a true and correct copy of Extracts of the Deposition of John Chappius.  The extracted portion of the deposition was marked as HIGHLY CONFIDENTIAL by Schering and Warrick because it contains a discussion of highly sensitive pricing information.

WHEREFORE, Schering and Warrick respectfully request that the motion for leave to file the aforementioned submission under seal be GRANTED.

*Respectfully submitted,*

   /s/   Bryan R. Diederich
Brien T. O'Connor  (BBO# 546767)
Christopher R. Dillon (BBO# 640896)
Bryan R. Diederich (BBO# 647632)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated:  February 8, 2007

### CERTIFICATE OF COMPLIANCE WITH LR 7.1

I hereby certify that counsel for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation conferred with counsel for Plaintiffs States of Montana and Nevada on February 6, 2007, in a good faith effort to resolve or narrow the issues set forth herein, and counsel to the States of Montana and Nevada indicated that the States do not assent to this motion.

   /s/   Christopher R. Dillon

### CERTIFICATE OF SERVICE

I, Christopher R. Dillon, hereby certify that a true copy of the foregoing document was served upon all counsel of record electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 8th day of February, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

   /s/   Christopher R. Dillon