UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs Inc., et al.,*<br>02-CV-12084-PBS | |

**PFIZER'S AND PHARMACIA'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Pfizer Inc. ("Pfizer"), and Pharmacia Corporation and Pharmacia & Upjohn (together, "Pharmacia") respectfully move this Court to grant summary judgment in their favor as to all claims. The grounds for this motion are set forth in Defendants' Memorandum in Support of Joint Motion for Summary Judgment and the Memorandum in Support of Pfizer's and Pharmacia's Motion for Summary Judgment.

In support of their motion, Pfizer and Pharmacia submit herewith: (i) Memorandum in Support of Pfizer's and Pharmacia's Motion for Summary Judgment; (ii) Local Rule 56.1 Statement of Undisputed Material Facts in Support of Pfizer's and Pharmacia's Motion for Summary Judgment; (iii) Declaration of Scott A. Stempel in Support of Pfizer's and Pharmacia's Motion for Summary Judgment; and (iv) Declaration of Eric M. Gaier, Ph.D., Concerning Direct Price Reimbursements for Pfizer Inc. and Pharmacia Corp. Drugs.

WHEREFORE, Pfizer and Pharmacia respectfully request that their motion for summary judgment be GRANTED.

- 2 -

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR 7.1, Pfizer and Pharmacia believe that oral argument may assist the Court in resolving the issues presented in this motion and respectfully request that oral argument be heard.

Respectfully submitted,

Dated:  February 8, 2007

   /s/ Mark D. Smith
Mark D. Smith
LAREDO & SMITH, LLP
15 Broad Street, Suite 600
Boston, MA 02109
Tel:  (617) 367-7984
Fax: (617) 367-6475

John C. Dodds
Erica Smith-Klocek
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel:  (215) 963-5000
Fax: (215) 963-5001

Scott A. Stempel
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel:  (202) 739-3000
Fax: (202) 739-3001

- 3 -

## CERTIFICATE OF SERVICE

     I hereby certify that on the 8th day of February, 2007, a true and accurate copy of Pfizer's and Pharmacia's Motion for Summary Judgment was served upon all counsel of record via the Lexis-Nexis Filing System:

     DATED:  February 8, 2007.

                                             /s/ Mark D. Smith