UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *State of Montana* v. *Abbot Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM <br><br> AND <br><br> *State of Nevada* v. *American Home Prods. Corp., et al.*, D. Nev. Cause No. CV-N-02-0202-ECR | Civil Action No. MDL No. 1456 |

**AFFIDAVIT OF SUMANTH ADDANKI IN SUPPORT OF SCHERING-PLOUGH CORPORATION'S AND WARRICK PHARMACEUTICALS CORPORATION'S MOTION FOR SUMMARY JUDGMENT AS TO NEVADA AND MONTANA ACTIONS**

I, Sumanth Addanki, being duly sworn do hereby depose and say the following:

1. My name is Sumanth Addanki. I have been retained by counsel for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation to evaluate and comment on certain opinions expressed by Dr. Raymond Hartman in connection with the above-referenced case.

2. Set forth in Paragraphs 1-5 of the attached Report of Sumanth Addanki on Behalf of Schering and Warrick (the "Report") is a summary of my qualifications.

3. In the course of my engagement, I have come to certain opinions with respect to the above-referenced case. I have explained these opinions in the attached Report.

4. If called upon to testify under oath, I would express the same opinions that I have set forth in the attached Report.

Signed under penalties of perjury,

*[signature]*

Sumanth Addanki

Notary Public *[signature: Rita Satenstein]*
My Commission Expires: 8/15/2010
Dated: February 07, 2007

```
RITA SATENSTEIN
Notary Public, State of New York
No. 4938855
Qualified in Westchester County
Commission Expires  8/15/2010
```

10358673_1