# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*State of Nevada v. American Home Products Corp., et al.,*<br>Civil Action No. 02-12086-PBS | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## DECLARATION OF SEKRET T. SNEED IN SUPPORT OF SICOR INC.'S MOTION FOR SUMMARY JUDGMENT[1]

I, Sekret T. Sneed, declare as follows:

1. I am an attorney at law duly licensed to practice law before all the courts of the State of California. I am an associate at Sonnenschein Nath & Rosenthal LLP, counsel of record for defendants Sicor Inc.[2] I have personal knowledge of the matters contained herein, and if called as a witness, I could, and would, testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the State of Nevada's expert report dated June 12, 2006 entitled: "Calculation of Damages and Penalties for the State of Nevada - Declaration of Raymond S. Hartman."

3. Attached hereto as Exhibit B is a true and correct copy of the State of Nevada's supplemental expert report dated June 20, 2006 entitled: "Calculation of Damages and Penalties for the State of Nevada - Supplementary Declaration of Raymond S. Hartman."

---

[1] Defendant Sicor Inc. ("Sicor") also joins the Joint Motion For Summary Judgment filed by the Joint Defense Group ("Joint Motion").

[2] The State names Sicor Inc., Genesia Inc. and Genesia Sicor Pharmaceuticals, Inc. (collectively, "Sicor Group") as defendants in the Amended Complaint. All three entities, however, are various versions of Sicor Inc. Genesia Inc. became Genesia Sicor Pharmaceuticals, Inc. which became Sicor Inc. in 2003. As a result, only Sicor Inc. is an active entity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the 8th day of February 2007.

/s/Sekret T. Sneed
SEKRET T. SNEED

### CERTIFICATE OF SERVICE

I hereby certify that I, Pamela Zorn Adams, an attorney, caused a true and correct copy of the foregoing DECLARATION OF SEKRET T. SNEED IN SUPPORT OF SICOR INC.'S MOTION FOR SUMMARY JUDGMENT, in redacted form, to be served on all counsel of record electronically via Lexis/Nexis Technologies on February 8, 2007, pursuant to Section D of Case Management Order No. 2.

/s/ Pamela Zorn Adams
Pamela Zorn Adams

# EXHIBIT A REDACTED

# EXHIBIT B
# REDACTED