**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>Civil Action No.<br>01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ) ) ) | Judge Patti B. Saris |
| *State of Nevada v. Abbott Labs., Inc., et al..* <br> D. Nev. Cause No. CV-12086-PBS (Nevada II) ) ) ) |  |

**THE JOHNSON & JOHNSON DEFENDANTS' MOTION FOR**
**SUMMARY JUDGMENT AGAINST THE STATE OF NEVADA**

The Johnson & Johnson Defendants respectfully move this Court for an order granting summary judgement against the state of Nevada and for such other and further relief as the Court deems just and appropriate. The grounds for this motion are set forth in the Memorandum of Law in Support of Joint Defendants' Motion for Summary Judgment, and the accompanying Johnson & Johnson Defendants' Individual Memorandum in Support of Summary Judgment Against the State of Nevada and the materials cited therein, the Johnson & Johnson Defendants' Individual L.R. 56.1 Statement of Undisputed Facts and the materials cited therein, the Declaration of Andrew D. Schau and the exhibits thereto, and the Declaration of Jayson S. Dukes Regarding Nevada's Claims and the exhibits thereto.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d) the undersigned counsel hereby request oral argument on the issues set forth in this motion and the accompanying memorandum of law and declarations.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel hereby certify that counsel for defendants conferred with counsel for plaintiffs regarding the issues addressed in this motion, but were unable to resolve or further narrow the issues.

Respectfully submitted,

Dated:  February 8, 2007            /s/ William F. Cavanaugh, Jr.
                                    William F. Cavanaugh, Jr.
                                    Andrew D. Schau
                                    Erik Haas
                                    Adeel A. Mangi
                                    **PATTERSON BELKNAP WEBB & TYLER LLP**
                                    1133 Avenue of the Americas
                                    New York, New York  10036-6710
                                    (212) 336-2000

                                    *Attorneys for the Johnson & Johnson Defendants*

## CERTIFICATE OF SERVICE

I certify that on February 8, 2007, a true and correct copy of The Johnson & Johnson Defendants' Motion For Summary Judgment Against Nevada was served on all counsel of record via LexisNexis File & Serve.

                                                /s/ Andrew D. Schau
                                                Andrew D. Schau