# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>CIVIL ACTION NO. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br><br>*State of Nevada v. American Home Products, et al.*, Civ. Act. No. 02-12086-PBS, and<br><br>*State of Montana v. Abbott Laboratories, Inc., et al.*, Civ. Act. No. 12084-PBS | |

## DECLARATION OF KATHLEEN M. O'SULLIVAN IN SUPPORT OF DEFENDANTS' MOTION THAT COURT SUGGEST TRANSFER OF THE MONTANA AND NEVADA CASES TO THEIR FEDERAL COURTS OF ORIGIN

I, Kathleen M. O'Sullivan duly declare as follows:

1.    I am a partner at the law firm of Perkins Coie LLP, in Seattle, Washington, representing Immunex Corporation.

2.    Most discovery in the States' cases was completed prior to the March 31, 2006, cut-off, though some discovery – mainly the subject of motions to compel or for protective orders – was completed after March 31.

3.       Discovery in the States' cases is done except for (a) discovery relating to Baxter and (b) two third-party depositions noted before March 31, 2006, and which are the subject of a motion (Dkt. No. 3598) set for hearing before Chief U.S. Magistrate Judge Bowler on February 12.

4.       Today, Defendants filed a joint motion for summary judgment in the Montana case on the common issues relating to Montana's claims, and a joint motion for summary judgment in the Nevada II case (*Nevada v. American Home Products et al.*) on the common issues relating to Nevada's claims.

5.       Many of the over 20 Defendants remaining in the cases filed motions for summary judgment on their individual company issues (in addition to whatever filings the States may make).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct based on my own personal knowledge.

Executed this 8th day of February, 2007.

/s/ Kathleen M. O'Sullivan
Kathleen M. O'Sullivan

## CERTIFICATE OF SERVICE

      I hereby certify that on February 8, 2007, I caused a true and correct copy of the Declaration of Kathleen M. O'Sullivan in Support of Defendants' Motion that Court Suggest Transfer of the Montana and Nevada Cases to Their Federal Courts of Origin to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File and Service for posting and notification to all parties.

                                                By    /s/ Kathleen M. O'Sullivan
                                                            Kathleen M. O'Sullivan