**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) | Hon. Patti B. Saris |
| *People of the State of Illinois v. Abbott Laboratories, et al.,* MDL 1456, Case No. 1:06-cv-12259-PBS (D. Mass.) | ) ) ) ) |  |
| *The State of Nevada v. Abbott Laboratories, Inc., et al.,* No. 1:06-cv-12162-PBS (D. Mass.) (Nevada I) | ) ) ) ) |  |

**NOTICE OF CORRECTION OF A STATEMENT**
**AT THE FEBRUARY 1, 2007 HEARING**
**CONCERNING THE TRANSFER STATUS OF NEVADA I**

At the hearing on February 1, 2007, relating to the remand motions filed by various states, the undersigned, Mark H. Lynch, presented argument with respect to the Medicare ground for removal asserted by defendants in the Illinois case.  The Court inquired whether Illinois was the only case in which this ground had been asserted.  Counsel correctly replied that the issue had also been raised in *Nevada I*.  However, counsel also stated that *Nevada I* "should be on its way to your Honor shortly.  The JPML met last week and presumably will be transferring that in short order."  Transcript 33-34.  In fact, the JPML had previously transferred *Nevada I* to this Court, and the above-captioned docket was opened in this Court on

December 4, 2006. (Other removed AWP cases were considered for transfer to this Court by the JPML on January 25, 2007.) Counsel apologizes for any confusion his misstatement may have caused.

Respectfully submitted,

  /s/  Geoffrey E. Hobart
Geoffrey E. Hobart (BBO# 547499)
Mark H. Lynch
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
(202) 662-6000

*Attorneys for SmithKline Beecham Corporation
   d/b/a GlaxoSmithKline*

- 3 -

## Certificate of Service

I hereby certify that on February 8, 2007, I caused a true and correct copy of Notice of Correction of a Statement at the February 1, 2007 Hearing Concerning the Transfer Status of Nevada I to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                                               /s/  Geoffrey E. Hobart