UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | ) MDL No. 1456 ) ) Civil Action No. ) 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) ) Judge Patti B. Saris |
| State of Nevada v. American Home Prods. Corp., et al., 02-CV-12086-PBS | ) ) ) |
| State of Montana v. Abbott Labs., Inc., et al., 02-CV-12084-PBS | ) ) ) ) |

### DECLARATION OF JOSEPH G. MATYE
### IN SUPPORT OF AVENTIS PHARMACEUTICALS INC.'S
### MOTION FOR SUMMARY JUDGMENT

I am a partner in the law firm of Shook, Hardy & Bacon, L.L.P., representing Defendant Aventis Pharmaceuticals Inc. in this litigation. I offer this Declaration in support of Aventis Pharmaceuticals Inc.'s Motion for Summary Judgment.

1. Attached as Exhibit A is a true and correct copy of the deposition transcript of Claire Brunken, dated July 22, 2005, pp. 38 and 78.

2. Attached as Exhibit B is a true and correct copy of the deposition transcript of John Cervione, dated August 9, 2005, pp. 58-60, 65 and 79.

3. Attached as Exhibit C are true and correct copies of Aventis Pharmaceutical Buyer Letters, dated January 21, 1999 (AV-BCA-0050134-0137), January 26, 2000 (AV-BCA-0010200-0204), October 11, 2000 (AV-BCA-0010178), and August 2, 2001 (AV-BCA-0060379-0380).

4. Attached as Exhibit D is a true and correct copy of the Report of the Independent Expert, Professor Ernst R. Berndt, dated February 9, 2005, pp. 10-11 and 17.

1

2320130v2

5. Attached as Exhibit E is a true and correct copy of the Declaration of Raymond S. Hartman, Calculation of Damages and Penalties for the State of Montana, dated June 13, 2006, pp. 1 and 10.

6. Attached as Exhibit F is a true and correct copy of the Declaration of Raymond S. Hartman, Calculation of Damages and Penalties for the State of Nevada, dated June 13, 2006, pp. 1-2 and 10-11.

7. Attached as Exhibit G is a true and correct copy of the Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages, dated December 15, 2005, p. 40.

8. Attached as Exhibit H is a true and correct copy of the deposition transcript of Raymond Hartman, dated August 22, 2006, p. 32 and 55.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2007            /s/ Joseph G. Matye
                                                             Joseph G. Matye

2320130v2