# Exhibit A

Page 1

```
 1   UNITED STATES DISTRICT COURT

 2   FOR THE DISTRICT OF MASSACHUSETTS

 3   CIVIL ACTION: 01-CV-12257-PBS

 4   MDL NO. 1456

 5   ------------------------------------------------)

 6   IN RE PHARMACEUTICAL INDUSTRY                   )

 7   AVERAGE WHOLESALE PRICE                          )

 8   LITIGATION                                       )

 9   ------------------------------------------------)

10   THIS DOCUMENT RELATES TO ALL CLASS ACTIONS       )

11   ------------------------------------------------)

12                    Friday, July 22, 2005

13                    9:05 a.m.

14

15

16

17        HIGHLY CONFIDENTIAL EXAMINATION BEFORE

18   TRIAL of CLAIRE BRUNKEN, taken by the Class-Action

19   Plaintiffs before Danielle Grant, a Certified

20   Shorthand (Stenotype) Reporter and Notary Public

21   within and for the State of New York.

22
```

Page 38

```
1    always done with all other customers, which was as

2    a percentage off of WAC.

3         Q    At RPR was there a standard

4    relationship between the WAC and AWP for these

5    various drugs?

6         A    I believe it varied.

7         Q    What was the range on which it varied?

8         A    Twenty to 25 percent.

9         Q    Some drugs the AWP was WAC plus 20 and

10   others it was WAC plus 25?

11        A    Right.

12        Q    How about at Aventis, same question,

13   was there some standard relationship?

14        A    I don't know.

15        Q    Were there any policies at RPR

16   concerning AWP or AWP pricing?

17        A    I can only speak for the contract area

18   in that regard.

19        Q    Okay.  Tell me what you know about the

20   contract area?

21        A    Can you rephrase the question?

22        Q    Were there any policies in the
```

Claire Brunken                HIGHLY CONFIDENTIAL                July 22, 2005
                                  New York, NY

Page 78

1    WAC, what data would you get in the presentation

2    from the people proposing the price increase?

3         A    In general that data would include

4    competitor's pricing, history of competitor's

5    price increases overtime, our own price increases

6    over time.

7         Q    Anything else?

8         A    Reasons for variances from a standard

9    type price increase.

10        Q    I don't understand what you mean

11   standard type price increase.

12        A    In general pharmaceutical prices are

13   increased over the course of time, and there may

14   be an effort to try to control price increases to

15   a level, not to exceed the consumer price index.

16   There are a number of pharmaceutical companies who

17   are committed to not increasing their average

18   price over the CPI index.

19        Q    Were RPR and Aventis among them?

20        A    Yes.

21        Q    What timeframe are you talking about

22   for this commitment?