# Exhibit B

Page 1

```
 1            UNITED STATES DISTRICT COURT

 2            DISTRICT OF MASSACHUSETTS

 3            MDL NO. 1456

 4            CIVIL ACTION NO. 01-CV-12257-PBS

 5    - - - - - - - - - - - - - - X

 6    In Re:  PHARMACEUTICAL        :

 7    INDUSTRY AVERAGE WHOLESALE         DEPOSITION OF:

 8    PRICE LITIGATION              :

 9    _____X    JOHN CERVIONE

10                                  :

11    THIS DOCUMENT RELATES TO:

12    ALL CLASS ACTIONS             :

13    - - - - - - - - - - - - - - X

14                 HIGHLY CONFIDENTIAL

15         TRANSCRIPT of testimony as taken by

16    and before SEVA FLICSTEIN, Certified Shorthand

17    Reporter, Registered Merit Reporter, Certified

18    Realtime Reporter, a Notary Public of the State of

19    New Jersey, at the offices of Veritext, 25B

20    Vreeland Road, Suite 301, Florham Park, New Jersey,

21    on Tuesday, August 9, 2005, commencing at 9:08 in

22    the afternoon.
```

John Cervione	HIGHLY CONFIDENTIAL	August 9, 2005
Florham, New Jersey

Page 58

```
 1        Q.    Other than that policy are there any
 2   policies at Aventis relating to WAC at all, either
 3   how you tell people about it or how you determine
 4   it?
 5              MR. MUEHLBERGER:  Object to the form.
 6        A.    No.  Other than what we've discussed
 7   already, no.
 8        Q.    Are there any guidelines that the
 9   Pricing Board would follow in deciding whether or
10   not to approve a certain WAC increase?
11              MR. MUEHLBERGER:  Object to the form.
12        A.    Yes.
13        Q.    What are those guidelines?  Written
14   guidelines I'm talking about now.
15        A.    Written guidelines.
16        Q.    Or policies.
17              MR. MUEHLBERGER:  Object to form.
18        A.    I am not aware of any written
19   guidelines or policies.
20        Q.    Tell me the unwritten guidelines or
21   policies you are aware of that the Pricing Board
22   follows.
```

```
 1          A.    The unwritten policies or guidelines
 2    that the Pricing Board follow would be to ensure
 3    that, number one, Aventis stayed within the CPI
 4    index for overall weighted averages of our price
 5    increase.
 6                And in addition to that, Jerry Belle,
 7    our president, also had what we referred to as the
 8    Jerry Belle CPI, which was a more conservative
 9    measure, and Jerry's sensitivity about the
10    frequency and the percent increase in prices across
11    our entire portfolio over the course of a year.
12          Q.    Were there occasions when you had
13    price increases above the CPI?
14          A.    For an individual product, yes.
15          Q.    You said your goal was to keep it
16    within some kind of weighted average of your
17    products?
18          A.    Yes.
19          Q.    Would that be a weighted average by
20    product or a weighted average of the whole
21    portfolio?
22          A.    A weighted average of the entire
```

1    portfolio.

2            Q.    So one product could go up above the
3    CPI, but as long as the whole portfolio didn't, you
4    felt you were within whatever your policy was?

5            A.    Correct.

6            Q.    Other than that CPI policy were there
7    any other guidelines or policies that the Pricing
8    Board adhered to?

9                  MR. MUEHLBERGER:  Objection.

10           A.    The only other guideline was that we
11   would not -- again, per Jerry Belle's direction, we
12   would not take price increases above -- in double
13   digit ranges, they would stay below 10 percent.

14           Q.    Any others that you are aware of, any
15   other policies or procedures or guidelines?

16           A.    No.

17           Q.    Let's take a look at the page you
18   have in front of you, the announcement of ceasing
19   to report AWP.

20                 The second paragraph, first sentence,
21   "The term 'AWP' has never been defined by federal
22   or state regulation."

Page 65

```
 1   which you would provide chargebacks?
 2        A.    Correct.
 3        Q.    Can you explain to me what a
 4   chargeback is?
 5        A.    A chargeback is the difference
 6   between WAC and a contracted price that a
 7   wholesaler would sell to one of their customers.
 8   And Aventis would reimburse the wholesaler for that
 9   difference.
10        Q.    Meaning if the customer had a
11   contract to buy the product at a price below WAC,
12   the wholesaler would charge that customer the price
13   in the contract, and then Aventis would pay the
14   wholesaler back the difference?
15        A.    That is correct.
16        Q.    So the chargeback is paying back the
17   wholesaler for a discount you've given to some
18   customer; is that right?
19        A.    Contracted customer, yes.
20        Q.    And other than discounts, rebates and
21   chargebacks, what other terms or distribution
22   arrangements did you have that would reduce actual
```

1   are two of four or five criteria that they needed
2   to qualify before being opened up as a direct
3   account.
4           Q.      For direct accounts, would you offer
5   discounts on your products to direct accounts?
6           A.      The only discounts were cash terms.
7           Q.      Meaning pay within 30 or 31 days?
8           A.      Correct.
9           Q.      Would you ever offer rebates to
10  direct accounts, to pharmacies.  I am talking about
11  retail chains now.
12          A.      No.
13          Q.      And I presume there were no
14  chargebacks in the retail chains?
15          A.      There were no chargebacks.
16          Q.      With wholesalers you would offer a
17  cash discount; correct?
18          A.      Yes.
19          Q.      Would you offer any rebates to
20  wholesalers?
21          A.      Could you define "rebate" in your
22  definition.