# Exhibit C

Hoechst Marion Roussel

January 21, 1999

Hoechst Marion Roussel, Inc.

10236 Marion Park Drive
Mail: P.O Box 9627
Kansas City, MO 64134-0627
Telephone (816) 966-5000
U.S. Web site: www.hmri.com

Dear Pharmaceutical Buyer:

Hoechst Marion Roussel is announcing a price increase effective today, Thursday, January 21, 1999, at 5:00 a.m. CST. **This increase will affect all products in our sales catalog with the exception of** :
- Arava™ (leflunomide) Tablets
- Copaxone® (glatiramer acetate for injection)
- Priftin® (rifapentine) 150 mg Tablets
- Rifadin® (rifampin capsules), Rifadin® IV (rifampin for injection)
- Rifamate® (rifampin 300 mg, isoniazid 150 mg capsules)
- Rifater® (rifampin 120 mg, isoniazid 50 mg, pyrazinamide 300 mg) Tablets
- Refludan™ [lepirudin (rDNA) for injection].

All orders received after 5:00 a.m. CST on January 21, 1999, will be billed at the new price. Please find attached a list of the new wholesale and AWP prices representing this pricing action.

If you have any questions, please feel free to contact your National Distribution account manager, our Customer Service Department at 1-800-821-4703, or me.

Sincerely,

Dave Pickhardt
Director, HealthCare Systems Marketing

**New Pricing Attached**

H:\Data\Forms\99 Price Increase

Hoechst

Hoechst Marion Roussel
The Pharmaceutical Company of Hoechst

AV-BCA-0050134

All product names mentioned herein are trademarks of Hoechst Marion Roussel.

## ** PRODUCT AND PRICING INFORMATION EFFECTIVE 1/21/99**

| PRODUCT NAME & SIZE | NDC# | Whsle Price Effective 1/21/99 | AWP Price Effective 1/21/99 |
|---|---|---|---|
| Allegra 60 mg Capsules, 100 ct | 0088-1102-47 | $82.85 | $99.42 |
| Allegra 60 mg Capsules UDIP, 100 ct | 0088-1102-49 | 82.85 | 99.42 |
| Allegra 60 mg Capsules, 500 ct | 0088-1102-55 | 414.30 | 497.16 |
| Allegra-D Extended Release Tabs, 100 ct | 0088-1090-47 | 92.65 | 111.18 |
| Allegra-D Extended Release UDIP, 100 ct | 0088-1090-49 | 92.65 | 111.18 |
| Allegra-D Extended Release Tabs, 500 ct | 0088-1090-55 | 463.30 | 555.96 |
| Amaryl 1 mg Tablets, 100 ct Bottle | 0039-0221-10 | 20.40 | 24.48 |
| Amaryl 2 mg Tablets, 100 ct Bottle | 0039-0222-10 | 33.05 | 39.66 |
| Amaryl 2 mg Unit Dose, 100 ct Bottle | 0039-0222-11 | 33.05 | 39.66 |
| Amaryl 4 mg Tablets, 100 ct Bottle | 0039-0223-10 | 62.30 | 74.76 |
| Amaryl 4 mg Unit Dose, 100 ct Bottle | 0039-0223-11 | 62.30 | 74.76 |
| Anzemet 50 mg Tablets, 5 ct Bottle | 0088-1202-05 | 215.80 | 258.96 |
| Anzemet 50 mg Tablets Blister Pk, 5 ct | 0088-1202-29 | 215.80 | 258.96 |
| Anzemet 50 mg Tablets Unit Dose, 10 ct | 0088-1202-43 | 431.60 | 517.92 |
| Anzemet 100 mg Tablets, 5 ct | 0088-1203-05 | 286.00 | 343.20 |
| Anzemet 100 mg Tablets Blister Pk, 5 ct | 0088-1203-29 | 286.00 | 343.20 |
| Anzemet 100 mg Tablets Unit Dose, 10 ct | 0088-1203-43 | 572.00 | 686.40 |
| Anzemet Injection 100 mg/5mL Vial | 0088-1206-32 | 129.90 | 155.88 |
| Bentyl 10 mg Capsules, 100 ct Bottle | 0068-0120-61 | 24.65 | 29.58 |
| Bentyl 20 mg Tabs, 100 ct Bottle | 0068-0123-61 | 35.20 | 42.24 |
| Bentyl Injection 5 Capsules, 2 mL ea. | 0068-0809-23 | 63.25 | 75.90 |
| Bentyl Injection, 10 mL Vial | 0068-0810-61 | 40.40 | 48.48 |
| Bentyl Syrup 10 mg/5 mL, pint | 0068-0125-16 | 27.40 | 32.88 |
| Bricanyl Injection, 10 x 1-mL Ampules | 0068-0702-20 | 26.45 | 31.74 |
| Cantil 25 mg Tabs, 100 ct | 0068-0037-01 | 78.40 | 94.08 |
| Carafate 1-g Tab, 100 ct Bottle | 0088-1712-47 | 71.05 | 85.26 |
| Carafate 1-g Tab, 120 ct Bottle | 0088-1712-53 | 86.85 | 104.22 |
| Carafate 1-g Tab, 500 ct Bottle | 0088-1712-55 | 344.75 | 413.70 |
| Carafate 1-g Tab, 3,000 ct Bottle | 0088-1712-25 | 2,069.15 | 2,482.98 |
| Carafate 1-g Tab UDIP, 100 ct Box | 0088-1712-49 | 82.45 | 98.94 |
| Carafate Suspension 1-g, 14 oz | 0088-1700-15 | 29.65 | 35.58 |
| Cardizem 30 mg Tab, 100 ct | 0088-1771-47 | 42.30 | 50.76 |
| Cardizem 30 mg Tab, 500 ct | 0088-1771-55 | 207.95 | 249.54 |
| Cardizem 30 mg Tab, 5000 ct | 0088-1771-90 | 2,079.85 | 2,495.82 |
| Cardizem 60 mg Tab, 100 ct | 0088-1772-47 | 66.40 | 79.68 |

| PRODUCT NAME & SIZE | NDC# | Whsle Price Effective 1/21/99 | AWP Price Effective 1/21/99 |
|---|---|---|---|
| Cardizem 60 mg Tab, 500 ct | 0088-1772-55 | 326.00 | 391.20 |
| Cardizem 60 mg Tab, 5000 ct | 0088-1772-90 | 3,261.00 | 3,913.20 |
| Cardizem 60 mg Tab UDIP, 100 ct | 0088-1772-49 | 74.85 | 89.82 |
| Cardizem 90 mg Tab, 100 ct | 0088-1791-47 | 93.35 | 112.02 |
| Cardizem 120 mg Tab, 100 ct | 0088-1792-47 | 122.20 | 146.64 |
| Cardizem 120 mg Tab UDIP, 100 ct | 0088-1792-49 | 137.10 | 164.52 |
| Cardizem CD 120 mg Cap, 30 ct | 0088-1795-30 | 30.85 | 37.02 |
| Cardizem CD 120 mg Cap, 90 ct | 0088-1795-42 | 90.55 | 108.66 |
| Cardizem CD 120 mg UDIP, 100 ct | 0088-1795-49 | 100.40 | 120.48 |
| Cardizem CD 120 mg Cap, 5000 ct | 0088-1795-90 | 5,033.95 | 6,040.74 |
| Cardizem CD 180 mg Cap, 30 ct | 0088-1796-30 | 38.15 | 45.78 |
| Cardizem CD 180 mg Cap, 90 ct | 0088-1796-42 | 109.30 | 131.16 |
| Cardizem CD 180 mg UDIP, 100 ct | 0088-1796-49 | 120.75 | 144.90 |
| Cardizem CD 180 mg Cap, 5000 ct | 0088-1796-90 | 6,076.05 | 7,291.26 |
| Cardizem CD 240 mg Cap, 30 ct | 0088-1797-30 | 51.75 | 62.10 |
| Cardizem CD 240 mg Cap, 90 ct | 0088-1797-42 | 155.05 | 186.06 |
| Cardizem CD 240 mg UDIP, 100 ct | 0088-1797-49 | 171.65 | 205.98 |
| Cardizem CD 240 mg Cap, 5000 ct | 0088-1797-90 | 8,619.55 | 10,343.46 |
| Cardizem CD 300 mg Cap, 30 ct | 0088-1798-30 | 67.80 | 81.36 |
| Cardizem CD 300 mg Cap, 90 ct | 0088-1798-42 | 200.95 | 241.14 |
| Cardizem CD 300 mg UDIP, 100 ct | 0088-1798-49 | 221.20 | 265.44 |
| Cardizem CD 300 mg Cap, 5000 ct | 0088-1798-90 | 11,163.20 | 13,395.84 |
| Cardizem Injectable 5 mL, Box of 6 | 0088-1790-32 | 71.50 | 85.80 |
| Cardizem Injectable 10 mL, Box of 6 | 0088-1790-33 | 132.50 | 159.00 |
| Cardizem Lyo-Ject 25 mg, Box of 6 | 0088-1789-17 | 123.25 | 147.90 |
| Cardizem Monovial 100 mg, 3 Vials | 0088-1788-16 | 106.10 | 127.32 |
| Cardizem SR 60 mg Cap, 100 ct | 0088-1777-47 | 77.90 | 93.48 |
| Cardizem SR 90 mg Cap, 100 ct | 0088-1778-47 | 89.00 | 106.80 |
| Cardizem SR 120 mg Cap, 100 ct | 0088-1779-47 | 116.00 | 139.20 |
| Cephulac Syrup 10-g/15 mL, pint | 0068-0413-16 | 36.85 | 44.22 |
| Cephulac Syrup Unit Dose, 100 ct | 0068-0413-39 | 364.80 | 437.76 |
| Cephulac Syrup, 1/2 gal | 0068-0413-64 | 132.05 | 158.46 |
| Chronulac Syrup 10-g/15 mL, 8 oz | 0068-0409-08 | 18.45 | 22.14 |
| Chronulac Syrup 10-g/15 mL, 32 oz | 0068-0409-32 | 66.05 | 79.26 |
| Clomid 50 mg Tab, 30 ct | 0068-0226-30 | 220.95 | 265.14 |
| DiaBeta 1.25 mg Tab, 50 ct | 0039-0053-05 | 8.20 | 9.84 |
| DiaBeta 2.5 mg Unit of Use, 100 ct | 0039-0051-10 | 32.15 | 38.58 |
| DiaBeta 2.5 mg Unit Dose Pk, 100 ct | 0039-0051-11 | 32.15 | 38.58 |
| DiaBeta 2.5 mg Tab, 500 ct | 0039-0051-50 | 138.40 | 166.08 |
| DiaBeta 5 mg Tab, 100 ct | 0039-0052-10 | 59.00 | 70.80 |

| PRODUCT NAME & SIZE | NDC# | Whsle Price Effective 1/21/99 | AWP Price Effective 1/21/99 |
|---|---|---|---|
| DiaBeta 5 mg Unit Dose Pk, 100 ct | 0039-0052-11 | 59.00 | 70.80 |
| DiaBeta 5 mg Tab, 500 ct | 0039-0052-50 | 247.25 | 296.70 |
| DiaBeta 5 mg Tab, 1000 ct | 0039-0052-70 | 442.30 | 530.76 |
| Hiprex 1-g Tab, 100 ct | 0068-0277-61 | 105.05 | 126.06 |
| Lasix 20 mg Tab, 100 ct | 0039-0067-10 | 15.95 | 19.14 |
| Lasix 20 mg Unit Dose, 100 ct | 0039-0067-11 | 16.80 | 20.16 |
| Lasix 20 mg Tab, 500 ct | 0039-0067-50 | 75.35 | 90.42 |
| Lasix 20 mg Tab, 1000 ct | 0039-0067-70 | 143.00 | 171.60 |
| Lasix 40 mg Unit Dose, 100 ct | 0039-0060-11 | 23.25 | 27.90 |
| Lasix 40 mg Tab, 100 ct | 0039-0060-13 | 22.35 | 26.82 |
| Lasix 40 mg Tab, 500 ct | 0039-0060-50 | 106.00 | 127.20 |
| Lasix 40 mg Tab, 1000 ct | 0039-0060-70 | 201.35 | 241.62 |
| Lasix 80 mg Tab, 50 ct | 0039-0066-05 | 18.10 | 21.72 |
| Lasix 80 mg Unit Dose, 100 ct | 0039-0066-11 | 36.90 | 44.28 |
| Lasix 80 mg Tab, 500 ct | 0039-0066-50 | 171.35 | 205.62 |
| Nilandron 50 mg Tablets, box 90 | 0088-1110-35 | 210.55 | 252.66 |
| Nitro-Bid IV 5 mg/mL, 1 mL, box 10 | 0088-1800-31 | 32.85 | 39.42 |
| Nitro-Bid IV 5 mg/mL, 5 mL, box 10 | 0088-1800-32 | 79.25 | 95.10 |
| Nitro-Bid IV 5 mg/mL, 10 mL, box 5 | 0088-1800-33 | 66.00 | 79.20 |
| Nitro-Bid Ointment, 20-g | 0088-1552-20 | 3.20 | 3.84 |
| Norpramin 10 mg Tab, 100 ct | 0068-0007-01 | 50.10 | 60.12 |
| Norpramin 25 mg Tab, 100 ct | 0068-0011-01 | 60.20 | 72.24 |
| Norpramin 50 mg Tab, 100 ct | 0068-0015-01 | 113.30 | 135.96 |
| Norpramin 75 mg Tab, 100 ct | 0068-0019-01 | 144.25 | 173.10 |
| Norpramin 100 mg Tab, 100 ct | 0068-0020-01 | 189.50 | 227.40 |
| Norpramin 150 mg Tab, 50 ct | 0068-0021-50 | 137.30 | 164.76 |
| Novafed A Caps, 100 ct | 0068-0106-61 | 53.45 | 64.14 |
| Teczem 5 mg/180 mg, 100 ct | 0088-1765-47 | 140.40 | 168.48 |
| Tenuate 25 mg Tab, 100 ct   C-IV | 0068-0697-61 | 38.30 | 45.96 |
| Tenuate Dospan 75 mg Tab, 100 ct C-IV | 0068-0698-61 | 96.20 | 115.44 |
| Tenuate Dospan 75 mg Tab, 250 ct C-IV | 0068-0698-62 | 233.85 | 280.62 |
| Tiamate 120 mg, 30 ct | 0088-1760-30 | 45.45 | 54.54 |
| Tiamate 180 mg, 30 ct | 0088-1761-30 | 54.50 | 65.40 |
| Tiamate 240 mg, 30 ct | 0088-1762-30 | 77.20 | 92.64 |
| Trental 400 mg Tab, 100 ct | 0039-0078-10 | 57.20 | 68.64 |
| Trental 400 mg Unit Dose, 100 ct | 0039-0078-11 | 59.70 | 71.64 |

M:\Data\Forms\99 Wholesale PI

AV-BCA-0050137



Aventis Pharmaceuticals

January 26, 2000

Dear Pharmaceutical Buyer:

Aventis Pharmaceuticals is announcing a price increase effective today, Wednesday, January 26, 2000, at 5:00 a.m. CST.

**This increase will affect all former Hoechst Marion Roussel products with the exception of:**
- Arava™ (leflunomide) Tablets
- Priftin® (rifapentine) 150 mg Tablets
- Rifadin® (rifampin capsules)
- Rifadin® IV (rifampin for injection)
- Rifamate® (rifampin 300 mg, isoniazid 150 mg capsules)
- Rifater® (rifampin 120 mg, isoniazid 50 mg, pyrazinamide 300 mg) Tablets

All former Rhone-Poulenc Rorer products will **NOT** be affected by this pricing action, **with the exception** of the following products that **have increased in price:**
- DDVAP® (desmopressin acetate) Tablets, 0.1 mg
- Intal® (cromolyn sodium inhalation aerosol) Inhaler
- Intal® (cromolyn sodium inhalation solution, USP) Nebulizer Solution
- Nasacort® AQ (triamcinolone acetonide) Nasal Spray
- Tilade® (nedocromil sodium inhalation aerosol) Inhaler

All orders received after 5:00 a.m. CST on January 26, 2000, will be billed at the new price. Please find attached a list of the new prices representing this pricing action.

As communicated in our December merger letter, at this time please continue to order former Hoechst Marion Roussel and former Rhone-Poulenc Rorer products as you have in the past. If you have any questions, please feel free to contact your National Trade account manager, our Customer Service Department at 1-800-821-4703, or me.

Sincerely,

Dave Pickhardt
Vice President, Managed Care
Aventis Pharmaceuticals

**New Pricing Attached**

A:\2000 price increase2.doc                              1

Aventis Pharmaceuticals · 10236 Marion Park Drive · P.O. Box 9627 · Kansas City, MO 64134-0627
Telephone (816) 966-5000 · www.aventispharma-us.com

AV-BCA-0010200

All product names mentioned herein are trademarks of Aventis Pharmaceuticals

## ** PRODUCT AND PRICING INFORMATION EFFECTIVE 1/26/2000**

| *former Hoechst Marion Roussel products* <br><br> PRODUCT NAME & SIZE | NDC# | Whsle Price Effective 1/26/2000 | AWP Price Effective 1/26/2000 |
|---|---|---|---|
| Allegra 60 mg Capsules, 100 ct | 0088-1102-47 | $86.15 | $103.38 |
| Allegra 60 mg Capsules UDIP, 100 ct | 0088-1102-49 | 86.15 | 103.38 |
| Allegra 60 mg Capsules, 500 ct | 0088-1102-55 | 430.85 | 517.02 |
| Allegra-D Extended Release Tabs, 100 ct | 0088-1090-47 | 96.35 | 115.62 |
| Allegra-D Extended Release UDIP, 100 ct | 0088-1090-49 | 96.35 | 115.62 |
| Allegra-D Extended Release Tabs, 500 ct | 0088-1090-55 | 481.85 | 578.22 |
| Amaryl 1 mg Tablets, 100 ct Bottle | 0039-0221-10 | 21.20 | 25.44 |
| Amaryl 2 mg Tablets, 100 ct Bottle | 0039-0222-10 | 34.35 | 41.22 |
| Amaryl 2 mg Unit Dose, 100 ct Bottle | 0039-0222-11 | 34.35 | 41.22 |
| Amaryl 4 mg Tablets, 100 ct Bottle | 0039-0223-10 | 64.80 | 77.76 |
| Amaryl 4 mg Unit Dose, 100 ct Bottle | 0039-0223-11 | 64.80 | 77.76 |
| Anzemet 50 mg Tablets, 5 ct Bottle | 0088-1202-05 | 230.45 | 276.54 |
| Anzemet 50 mg Tablets Blister Pk, 5 ct | 0088-1202-29 | 230.45 | 276.54 |
| Anzemet 50 mg Tablets Unit Dose, 10 ct | 0088-1202-43 | 460.95 | 553.14 |
| Anzemet 100 mg Tablets, 5 ct | 0088-1203-05 | 305.45 | 366.54 |
| Anzemet 100 mg Tablets Blister Pk, 5 ct | 0088-1203-29 | 305.45 | 366.54 |
| Anzemet 100 mg Tablets Unit Dose, 10 ct | 0088-1203-43 | 610.90 | 733.08 |
| Anzemet Injection 100 mg/5mL Vial | 0088-1206-32 | 138.75 | 166.50 |
| Bentyl 10 mg Capsules, 100 ct Bottle | 0068-0120-61 | 25.65 | 30.78 |
| Bentyl 20 mg Tabs, 100 ct Bottle | 0068-0123-61 | 36.60 | 43.92 |
| Bentyl Injection 5 Ampules, 2-mL ea. | 0068-0809-23 | 65.80 | 78.96 |
| Bentyl Injection, 10 mL Vial | 0068-0810-61 | 42.00 | 50.40 |
| Bentyl Syrup 10 mg/5 mL, pint | 0068-0125-16 | 28.50 | 34.20 |
| Cantil 25 mg Tabs, 100 ct | 0068-0037-01 | 81.55 | 97.86 |
| Carafate 1-g Tab, 100 ct Bottle | 0088-1712-47 | 73.90 | 88.68 |
| Carafate 1-g Tab, 120 ct Bottle | 0088-1712-53 | 90.30 | 108.36 |
| Carafate 1-g Tab, 500 ct Bottle | 0088-1712-55 | 358.55 | 430.26 |
| Carafate 1-g Tab, 3,000 ct Bottle | 0088-1712-25 | 2,151.90 | 2,582.28 |
| Carafate 1-g Tab UDIP, 100 ct Box | 0088-1712-49 | 85.75 | 102.90 |
| Carafate Suspension 1-g, 14 oz | 0088-1700-15 | 30.85 | 37.02 |
| Cardizem 30 mg Tab, 100 ct | 0088-1771-47 | 44.00 | 52.80 |
| Cardizem 30 mg Tab, 500 ct | 0088-1771-55 | 216.25 | 259.50 |
| Cardizem 30 mg Tab, 5000 ct | 0088-1771-90 | 2,163.05 | 2,595.66 |
| Cardizem 60 mg Tab, 100 ct | 0088-1772-47 | 69.05 | 82.86 |

| *former Hoechst Marion Roussel products* PRODUCT NAME & SIZE | NDC# | Whsle Price Effective 1/26/2000 | AWP Price Effective 1/26/2000 |
|---|---|---|---|
| Cardizem 60 mg Tab, 500 ct | 0088-1772-55 | 339.05 | 406.86 |
| Cardizem 60 mg Tab, 5000 ct | 0088-1772-90 | 3,391.45 | 4,069.74 |
| Cardizem 90 mg Tab, 100 ct | 0088-1791-47 | 97.10 | 116.52 |
| Cardizem 120 mg Tab, 100 ct | 0088-1792-47 | 127.10 | 152.52 |
| Cardizem CD 120 mg Cap, 30 ct | 0088-1795-30 | 32.70 | 39.24 |
| Cardizem CD 120 mg Cap, 90 ct | 0088-1795-42 | 96.00 | 115.20 |
| Cardizem CD 120 mg UDIP, 100 ct | 0088-1795-49 | 106.40 | 127.68 |
| Cardizem CD 120 mg Cap, 5000 ct | 0088-1795-90 | 5,336.00 | 6,403.20 |
| Cardizem CD 180 mg Cap, 30 ct | 0088-1796-30 | 40.45 | 48.54 |
| Cardizem CD 180 mg Cap, 90 ct | 0088-1796-42 | 115.85 | 139.02 |
| Cardizem CD 180 mg UDIP, 100 ct | 0088-1796-49 | 128.00 | 153.60 |
| Cardizem CD 180 mg Cap, 5000 ct | 0088-1796-90 | 6,440.60 | 7,728.72 |
| Cardizem CD 240 mg Cap, 30 ct | 0088-1797-30 | 54.85 | 65.82 |
| Cardizem CD 240 mg Cap, 90 ct | 0088-1797-42 | 164.35 | 197.22 |
| Cardizem CD 240 mg UDIP, 100 ct | 0088-1797-49 | 181.95 | 218.34 |
| Cardizem CD 240 mg Cap, 5000 ct | 0088-1797-90 | 9,136.70 | 10,964.04 |
| Cardizem CD 300 mg Cap, 30 ct | 0088-1798-30 | 71.85 | 86.22 |
| Cardizem CD 300 mg Cap, 90 ct | 0088-1798-42 | 213.00 | 255.60 |
| Cardizem CD 300 mg UDIP, 100 ct | 0088-1798-49 | 234.45 | 281.34 |
| Cardizem CD 300 mg Cap, 5000 ct | 0088-1798-90 | 11,833.00 | 14,199.60 |
| Cardizem CD 360 mg Cap, 90 ct | 0088-1799-42 | 231.70 | 278.04 |
| Cardizem Injectable 5 mL, Box of 6 | 0088-1790-32 | 74.35 | 89.22 |
| Cardizem Injectable 10 mL, Box of 6 | 0088-1790-33 | 137.80 | 165.36 |
| Cardizem Lyo-Ject 25 mg, Box of 6 | 0088-1789-17 | 128.20 | 153.84 |
| Cardizem Monovial 100 mg, 3 Vials | 0088-1788-16 | 110.35 | 132.42 |
| Cardizem SR 60 mg Cap, 100 ct | 0088-1777-47 | 81.00 | 97.20 |
| Cardizem SR 90 mg Cap, 100 ct | 0088-1778-47 | 92.55 | 111.06 |
| Cardizem SR 120 mg Cap, 100 ct | 0088-1779-47 | 120.65 | 144.78 |
| Cephulac Syrup 10-g/15 mL, pint | 0068-0413-16 | 38.30 | 45.96 |
| Cephulac Syrup, 1/2 gal | 0068-0413-64 | 137.35 | 164.82 |
| Chronulac Syrup 10-g/15 mL, 8 oz | 0068-0409-08 | 19.20 | 23.04 |
| Chronulac Syrup 10-g/15 mL, 32 oz | 0068-0409-32 | 68.70 | 82.44 |
| Clomid 50 mg Tab, 30 ct | 0068-0226-30 | 229.80 | 275.76 |
| Copaxone 20 mg, 32 vials | 0088-1150-03 | 803.75 | 964.50 |
| DiaBeta 1.25 mg Tab, 50 ct | 0039-0053-05 | 8.55 | 10.26 |
| DiaBeta 2.5 mg Unit of Use, 100 ct | 0039-0051-10 | 33.45 | 40.14 |
| DiaBeta 2.5 mg Unit Dose Pk, 100 ct | 0039-0051-11 | 33.45 | 40.14 |
| DiaBeta 2.5 mg Tab, 500 ct | 0039-0051-50 | 143.95 | 172.74 |
| DiaBeta 5 mg Tab, 100 ct | 0039-0052-10 | 61.35 | 73.62 |
| DiaBeta 5 mg Unit Dose Pk, 100 ct | 0039-0052-11 | 61.35 | 73.62 |

| *former Hoechst Marion Roussel products*<br><br>PRODUCT NAME & SIZE | NDC# | Whsle Price Effective 1/26/2000 | AWP Price Effective 1/26/2000 |
|---|---|---|---|
| DiaBeta 5 mg Tab, 500 ct | 0039-0052-50 | 257.15 | 308.58 |
| DiaBeta 5 mg Tab, 1000 ct | 0039-0052-70 | 460.00 | 552.00 |
| Hiprex 1-g Tab, 100 ct | 0068-0277-61 | 109.25 | 131.10 |
| Lasix 20 mg Tab, 100 ct | 0039-0067-10 | 16.60 | 19.92 |
| Lasix 20 mg Unit Dose, 100 ct | 0039-0067-11 | 17.45 | 20.94 |
| Lasix 20 mg Tab, 500 ct | 0039-0067-50 | 78.35 | 94.02 |
| Lasix 20 mg Tab, 1000 ct | 0039-0067-70 | 148.70 | 178.44 |
| Lasix 40 mg Unit Dose, 100 ct | 0039-0060-11 | 24.20 | 29.04 |
| Lasix 40 mg Tab, 100 ct | 0039-0060-13 | 23.25 | 27.90 |
| Lasix 40 mg Tab, 500 ct | 0039-0060-50 | 110.25 | 132.30 |
| Lasix 40 mg Tab, 1000 ct | 0039-0060-70 | 209.40 | 251.28 |
| Lasix 80 mg Tab, 50 ct | 0039-0066-05 | 18.80 | 22.56 |
| Lasix 80 mg Tab, 500 ct | 0039-0066-50 | 178.20 | 213.84 |
| Nilandron 50 mg Tablets, box 90 | 0088-1110-35 | 218.95 | 262.74 |
| Norpramin 10 mg Tab, 100 ct | 0068-0007-01 | 52.10 | 62.52 |
| Norpramin 25 mg Tab, 100 ct | 0068-0011-01 | 62.60 | 75.12 |
| Norpramin 50 mg Tab, 100 ct | 0068-0015-01 | 117.85 | 141.42 |
| Norpramin 75 mg Tab, 100 ct | 0068-0019-01 | 150.00 | 180.00 |
| Norpramin 100 mg Tab, 100 ct | 0068-0020-01 | 197.10 | 236.52 |
| Norpramin 150 mg Tab, 50 ct | 0068-0021-50 | 142.80 | 171.36 |
| Novafed A Caps, 100 ct | 0068-0106-61 | 55.60 | 66.72 |
| Refludan 50 mg Vials,1-mL, 10 ct | 0088-2150-57 | 1,092.00 | 1,310.40 |
| Tenuate 25 mg Tab, 100 ct   C-IV | 0068-0697-61 | 39.85 | 47.82 |
| Tenuate Dospan 75 mg Tab, 100 ct C-IV | 0068-0698-61 | 100.05 | 120.06 |
| Tenuate Dospan 75 mg Tab, 250 ct C-IV | 0068-0698-62 | 243.20 | 291.84 |
| Trental 400 mg Tab, 100 ct | 0039-0078-10 | 59.50 | 71.40 |
| Trental 400 mg Unit Dose, 100 ct | 0039-0078-11 | 62.10 | 74.52 |

AV-BCA-0010203

| *former Rhone-Poulenc Rorer products* <br> PRODUCT NAME & SIZE | NDC# | New Whslr List Price as of 1/26/00 | Suggested AWP 1/26/00 |
|---|---|---|---|
| DDAVP® Tablets, 0.1 mg Tablets / 100 | 0075-0016-00 | $165.83 | $207.29 |
| Nasacort® AQ Nasal Spray, 16.5 gm | 0075-1506-16 | $33.87 | $42.34 |
| Intal® Inhaler, 112 Metered Inhalations | 0585-0675-02 | $40.83 | $49.00 |
| Intal® Inhaler, 200 Metered Inhalations | 0585-0675-01 | $64.96 | $77.95 |
| Intal® Nebulizer Solution, Box of 60, 2 mL Plastic Ampules | 0585-0673-02 | $51.32 | $61.58 |
| Intal® Nebulizer Solution, Box of 120, 2 mL Plastic Ampules | 0585-0673-03 | $95.87 | $115.04 |
| Tilade® Inhaler, 104 Metered Inhalations | 0585-0685-02 | $31.31 | $39.14 |

Aventis Pharmaceuticals



October 11, 2000

Dear Pharmaceutical Buyer:

Aventis Pharmaceuticals is announcing a price increase effective today, Wednesday, October 11, 2000 at 5:00 a.m. EDT on ONE product. The product is **Taxotere®** (docetaxel).

Following is the information on the affected product:

| PRODUCT NAME & SIZE | NDC# | New Whslr * List Price as of 10/11/00 | Manufacturers Suggested Price 10/11/00 |
|---|---|---|---|
| Taxotere for Injection Concentrate Rx (docetaxel), 20 mg | 0075-8001-20 | $250.80 | $313.51 |
| Taxotere for Injection Concentrate Rx (docetaxel), 80 mg | 0075-8001-80 | $1003.20 | $1254.02 |

*The list price may not reflect actual sales prices, which may include discounts, rebates, chargebacks, and other terms.

No other Aventis Pharmaceuticals products will be affected by this pricing action.

All orders received after 5:00 a.m. EDT on October 11, 2000 will be billed at the new price.

If you have any questions, please feel free to contact your National Trade Account Manager, or our Customer Service Department at 1-800-207-8049.

Sincerely,

*Chuck Pennewell*

Chuck Pennewell
Sr. Director
Trade Management & Development

3457P0

Aventis Pharmaceuticals · 399 Interpace Parkway · PO Box 663 · Parsippany, NJ 07054
Telephone (973) 394-6000 · www.aventispharma-us.com

AV-BCA-0010178

*AventisPharmaceuticals* 

## IMPORTANT PRODUCT INFORMATION

August 2, 2001

Dear Pharmaceutical Buyer:

Aventis Pharmaceuticals is announcing a price increase effective today, Thursday, August 2, 2001 at 5:00 a.m. EDT on the following products.

| Product Name/Description | NDC # | New Wholesaler* List Price as of 8-02-01 |
|---|---|---|
| Allegra® (fexofenadine HCl) Tablets 30 mg, bottle of 100 | 0088-1106-47 | $ 49.35 |
| Allegra® (fexofenadine HCl) Tablets 60 mg, bottle of 100 | 0088-1107-47 | 98.63 |
| Allegra® (fexofenadine HCl) Capsules 60 mg, bottle of 100 | 0088-1102-47 | 98.63 |
| Allegra® (fexofenadine HCl) Capsules 60 mg, UDIP 100 | 0088-1102-49 | 98.63 |
| Allegra® (fexofenadine HCl) Capsules 60 mg, bottle of 500 | 0088-1102-55 | 493.24 |
| Amaryl® (glimepiride tablets), 1 mg, bottle of 100 | 0039-0221-10 | 22.93 |
| Amaryl® (glimepiride tablets), 2 mg, bottle of 100 | 0039-0222-10 | 37.15 |
| Amaryl® (glimepiride tablets), 2 mg, UDIP, 100 | 0039-0222-11 | 37.15 |
| Amaryl® (glimepiride tablets), 4 mg, bottle of 100 | 0039-0223-10 | 70.09 |
| Amaryl® (glimepiride tablets), 4 mg, UDIP, 100 | 0039-0223-11 | 70.09 |
| Anzemet® (dolasetron mesylate) Tablets 50 mg, bottle of 5 | 0088-1202-05 | 239.67 |
| Anzemet® (dolasetron mesylate) Tablets 50 mg, blister pack, 5 count | 0088-1202-29 | 239.67 |
| Anzemet® (dolasetron mesylate) Tablets 50 mg, UDIP, 10 count | 0088-1202-43 | 479.39 |

Aventis Pharmaceuticals · 300 Somerset Corporate Boulevard · Bridgewater, NJ 08807-2854 · www.aventispharma-us.com

AV-BCA-0060379

2

| Product Name/Description | NDC # | New Wholesaler* List Price as of 8-02-01 |
|---|---|---|
| Anzemet® (dolasetron mesylate) Tablets 100 mg, bottle of 5 | 0088-1203-05 | $317.67 |
| Anzemet® (dolasetron mesylate) Tablets 100 mg, blister pack, 5 count | 0088-1203-29 | 317.67 |
| Anzemet® (dolasetron mesylate) Tablets 100 mg, UDIP, 10 count | 0088-1203-43 | 635.34 |
| Azmacort® (triamcinolone acetonide) oral inhaler 60 mg | 0075-0060-37 | 51.75 |
| Nasacort® (triamcinolone acetonide) Nasal Inhaler 10 gm | 0075-1505-43 | 40.40 |
| Nasacort® AQ (triamcinolone acetonide) Nasal Spray 16.5 gm | 0075-1506-16 | 42.63 |

*The list price does not reflect discounts, rebates, chargebacks, or other terms or distribution arrangements that may reduce actual sales price.

**No other Aventis Pharmaceuticals products will be affected by this pricing action.**

All orders received after 5:00 a.m. EDT on August 2, 2001 will be billed at the new price.

If you have any questions, please feel free to contact your Senior National Trade Account Manager, or our Customer Service Department at 1-800-207-8049.

Sincerely,

*[signature]*

Guerdon R. Green
Director, Trade Administration
012946

AV-BCA-0060380