# Exhibit H

Page 1

1              UNITED STATES DISTRICT COURT

2              DISTRICT OF MASSACHUSETTS

3                 NO. 01CV12257-PBS

4  _____

5  In re:  PHARMACEUTICAL              )

6  INDUSTRY AVERAGE WHOLESALE          )

7  PRICE LITIGATION                    )

8  _____)

9  THIS DOCUMENT RELATES TO:           )

10 STATE OF MONTANA V. ABBOTT          )  VOLUME I

11 LABS, INC., ET AL., D. MONT.        )

12 CAUSE NO. CV-02-09-H-DWM            )

13         -and-                       )

14 STATE OF NEVADA V. AMERICAN         )

15 HOME PRODUCTS, ET AL., CA NO.       )

16 02-CV-12086                         )

17 _____)

18       H I G H L Y   C O N F I D E N T I A L

19           VIDEOTAPED DEPOSITION OF

20           RAYMOND S. HARTMAN, Ph.D.

21            TUESDAY, 22 AUGUST, 2006

22                  9:37 AM

Page 32

1    A.    That's correct.

2    Q.    And that -- you used that 30 percent

3  yardstick because that's what you determined the

4  market expectation to be, correct?

5    A.    I used that 30 percent because I reviewed

6  a set of comparator drugs.  I reviewed a set of the

7  -- the information that is discussed in Paragraph

8  21, and I found the 30 percent to be a conservative

9  bound for an expectation for a drug that was not

10 subject to the -- the exploitation of spread for

11 spread competition or to move market share.

12   Q.    And that expectation would apply to the

13 Medicaid agencies as well as the rest of the

14 marketplace, is that correct?

15   A.    This expectation and this understanding

16 was a -- a general statement for the market as a

17 whole.

18   Q.    And that would include Medicaid, correct?

19   A.    It -- it includes all market participants.

20   Q.    Including Medicaid, correct?

21   A.    That's right.

22   Q.    Have you read any of the depositions in

```
 1   Defendants and by the government that spread moves
 2   market share.  I didn't need that analysis.  I
 3   didn't do it here.  So why are we talking about
 4   that?
 5       Q.   Well, in the last sentence of the third
 6   paragraph you say, "The increased profits induced
 7   providers to move market share of the relevant
 8   drugs, the raison d'etre of the AWP scheme to the
 9   drug manufacturers."
10       A.   I know it's probably just a mistake to use
11   French in a --
12       Q.   Especially in my case.
13       A.   -- declaration and just in -- I -- I'm
14   just asking for trouble.
15            The -- I -- I merely point you to where --
16   where that raison d'etre -- that sounds so damn
17   pretentious.  I apologize.  It's in the complaint.
18   I didn't render an opinion here.  I'm just citing
19   what's in the complaint and what's been -- ground
20   we've been tilling for hours in the MDL matter.
21   And you know, I'm not -- it's -- I haven't been --
22   I haven't done an independent analysis of spread
```