# EXHIBIT 1

| | |
|---|---|
| **NAME** | James W. Hughes |
| **ADDRESS** | Home: 2 Stone Ridge Drive    Office: Department of Economics |
| | Waterville, ME 04901               Bates College |
| | 207-873-4239 (v)                       Lewiston, ME 04240 |
| | 207-873-2314 (f)                        207-786-6193 |
| | jhughes@bates.edu |

**DEGREES:** Ph.D., Economics, The University of Michigan, 1987
M.A., Economics, Boston University, 1978
A.B., International and Comparative Studies, Boston University, 1977, *summa cum laude*, with distinction

**FIELDS:** Industrial Organization and Antitrust Policy; Law and Economics; Health Economics; Environmental Economics; Labor Economics
*Thesis: The Economics of Medical Malpractice Reform*

**ACADEMIC POSITIONS:**

BATES COLLEGE, Lewiston, ME, 2005-.
Thomas Sowell Professor of Economics

BATES COLLEGE, Lewiston, ME, 2004-2005.
Professor of Economics

BATES COLLEGE, Lewiston, ME, 1999-.
Chair, Department of Economics

BATES COLLEGE, Lewiston, ME, 1997-2004.
Associate Professor of Economics

BATES COLLEGE, Lewiston, ME, 1992-1997.
Assistant Professor of Economics

AMHERST COLLEGE, Amherst, MA, 1987-1992.
Assistant Professor of Economics

STATE UNIVERSITY OF NEW YORK AT ALBANY, Albany, NY, 1986-1987.
Assistant Professor of Economics

**ARTICLES IN REFEREED JOURNALS:**

"Salary Structure Effects and the Gender Pay Gap in Academia," (with D. Barbezat), *Research in Higher Education*, v. 46, n 6, September, 2005.
.

"The Effect of Market Liberalization on the Relative Earnings of Chinese Women," (with M. Maurer-Fazio) *Journal of Comparative Economics*, v 30, n 4, pp. 709-731, December, 2002 [also cited as William Davidson Working Paper No. 460].

"An Analysis of the Effects of Marital Status, Educational Attainment, and Occupation on the Size and Composition of Urban China's Gender Wage Differentials," (with M. Maurer-Fazio) *Pacific Economic Review*, v. 7, n. 1, pp. 137-156, February, 2002.

"The Effect of Job Mobility on Academic Salaries," (with D. Barbezat), *Comtemporary Economic Policy,* v. 19, n. 4, October, 2001, pp 409-423.

"Health Consequences of Smoking and Its Regulation," (with Michael Moore), *Frontiers in Health Policy* v. 4, 2001 pp.31-76  [also cited as NBER Working Paper #7979, October, 2000]

"Accounting for Censoring in Duration Data: An Application to Estimating the Effect of Tort Reforms on the Length of Time to Resolution of Medical Malpractice Claims" (with E. Savoca), *Journal of Applied Statistics* v. 26, n. 2, February, 1999, pp. 219-228

"allocation of litigation costs--American and English rules," (with Edward Snyder), *The New Palgrave Dictionary of Economics and the Law*, Peter Newman, editor, (London, The Macmillan Press), July, 1998.

"Wal-Mart and Maine: The Effect on Employment and Wages," (with B. Ketchum), *Maine Business Indicators*, v. 42 n.2, Summer, 1997.

"The Effect of Legal Reforms on the Longevity of Personal Injury Claims," (with E. Savoca), *International Review of Law and Economics*, v 17, pp. 261-273, June, 1997.

"Basing Point Pricing and the German Steel Cartel: A Look at the 'New Competitive' Theory," (with Daniel Barbezat), *The Journal of Economic History*, March, 1996, pp. 215-222.

"Litigation Under the English and American Rules: Theory and Evidence," (with E. Snyder), *The Journal of Law and Economics,* April, 1995, p.225-250.

"Barriers to the Establishment of New Drug Treatment Facilities," (with F. Porell and H. Pollakowski),  *NIDA Services Research  Monograph: Access and Financing in Drug Abuse Services* (Gabrielle Denmead and Beatrice A. Rouse, eds.), no. 2, (1994).

"The English Rule for Allocating Legal Costs: Evidence Confronts Theory," (with E. Snyder), *Journal of Law, Economics, and Organization*, Fall, 1990, pp. 345-380.

"Sex Discrimination in Labor Markets: The Role of Statistical Evidence--Comment," (with Debra Barbezat), *The American Economic Review*, March, 1990, pp. 277-286.

The Effect of Medical Malpractice Reform Laws on Claim Disposition," *International Review of Law and Economics*, June, 1989, pp. 57-78.

"Policy Analysis of Medical Malpractice Reforms: What Can We Learn From Claims Data?" (with E. Snyder), *Journal of Business and Economic Statistics*, October, 1989, pp. 423-431.

"Evaluating Medical Malpractice Reforms," (with E. Snyder), *Contemporary Policy Issues*, April, 1989, pp. 83-98.

**EDITED VOLUMES AND CONFERENCE PROCEEDINGS**

"Economic Reforms, Gender, and Changing Patterns of Labor Force Participation in Urban and Rural China," (with James W. Hughes and Zhang Dandan) in *Conference Proceedings of the 2005 CES International Conference on Sustainable Growth in China*, Chongqing, China. 2005. Volume I-B, pp. 502-510.

"Risk Aversion and the Allocation of Legal Costs," (with G. Woglom), in David A. Anderson, ed., *DISPUTE RESOLUTION: Bridging the Settlement Gap*, (Greenwich, CT JAI Press, 1996).

**MONOGRAPHS:**

*Cost Estimates for Expanded Substance Abuse Benefits for Medicaid-Eligible Pregnant Women* (with M.J. Larson, G. Ritter, P. McQuide, C. Horgan), Institute for Health Policy, The Heller School, Brandeis University, 1993

*Socioeconomic Effects of Reducing Emissions of Chlorofluorocarbons (CFCs) in the OECD*, Environment Directorate, Organization for Economic Cooperation and Development, Paris, France (1983).

*Information Disclosure*, President's Regulatory Council, Washington, DC (1982).

**BOOK REVIEWS:**

*Insuring Medical Malpractice*, by Frank Sloan, Randall Bovbjerg, and Penny Githens, and *Medical Malpractice on Trial*, by Paul Weiler, reviewed in *Journal of Policy Analysis and Management*, v. 12, n. 2, Spring, 1993, pp. 396-399.

3

*Medicare's New Hospital Payment System*, by Louise Russell, reviewed in *Eastern Economic Journal.*

**WORKING PAPERS:** "Ethnicity, Gender, Geography and Labor Force Participation in Urban China," (with M. Maurer-Fazio and D. Zhang), December, 2005. *Under second review at Feminist Economics*

"A Comparison of the Labor Force Participation Rates of China's Ethnic Minorities and Han Majority in the Reform Era, (with M. Maurer-Fazio and D. Zhang), October, 2005. *Under review at The China Journal.*

"'Napsterizing' Pharmaceuticals: Access, Innovation, and Consumer Welfare," (with M. Moore and E. Snyder), National Bureau of Economic Research Working Paper #9229, October, 2002.

**WORK IN PROGRESS** "Reasons for the Shrinking Effective Patent Life of New Pharmaceuticals," (with A. Taylor, '04).

**COURSES TAUGHT:** Industrial Organization and Antitrust Policy
Law and Economics
Business and Government
Labor Economics
Health Economics
The Economics of Women, Men, and Work
Environmental and Natural Resource Economics
Property, Liberty, and Law
Environmental Issues in Economic Development
Earth Under Siege: Global Warming and Atmospheric Change
Sustaining the Masses: Economic Development and Environmental
    Protection in the People's Republic of China
Principles of Macroeconomics
Principles of Microeconomics
Intermediate Microeconomic Theory

**PRESENTATIONS:** "The Economic Status of China's Ethnic Minorities," (with M. Maurer-Fazio), Western Economics Association Pacific Rim Conference, Hong Kong SAR, China, January, 2005.

"'Napsterizing' Pharmaceuticals: Access, Innovation, and Consumer Welfare," (with M. Moore and E. Snyder), Applied Microeconomics and Economic and Legal Organization, Graduate School of Business, University of Chicago, October, 2002.

"'Napsterizing' Pharmaceuticals: Access, Innovation, and Consumer Welfare," (with M. Moore and E. Snyder), Annual Meeting of the Pharmaceutical Economics and Policy Council, Washington, DC, January 2002.

"The Gender Wage Gap in Urban China: The Effects of Institutional Change," (with M. Maurer-Fazio), Allied Social Sciences Association, Boston, MA January, 2000.

"The Effect of Job Mobility on Academic Salaries," (with D. Barbezat), Western Economics Association Meetings, San Diego, CA July, 1999.

"The Economics of the 'Loser-Pays" Rule," Edward T. Gignoux Inn of Court, Portland, Maine, February 12, 1997.

Keynote Address, Matriculation Dinner for the Class of 1999, Bates College, September 5, 1995.

Breckenridge Lecture,"Is the English Rule Really Cheaper?" Colby College, April 26, 1995.

"Can the English Rule Cure the Ills of Medical Malpractice?" presented to the Androscoggin County Medical Society, March 16, 1995.

"What Blue Cross Knows Can Hurt You: Ethical Dilemmas in Private Medical Insurance," TGIF Lecture, Muskie Archives, March 3, 1995.

"Female Academics: Mobility and the Returns to Seniority," Annual Meetings of the Southern Economics Association, Orlando, FL November 20, 1994.

Breckenridge Lecture, "Economics of the English Rule," Colby College, April 20, 1994.

"Health Care Reform and Medical Malpractice: Smoke or Fire?" TGIF Lecture, Muskie Archives, March 4, 1994.

"Litigation Under the English and American Rules: Theory and Evidence," Annual Meetings of The American Economics Association, Boston, Massachusetts, January 5, 1994.

"Marketable Permits for Chlorofluorocarbon Regulation," Colby College, October, 1993.

"Litigation Under the English and American Rules: Theory and Evidence," Research Seminar in Law and Economics, Harvard Law School, April 7, 1993.

"Litigation Under the English and American Rules: Theory and Evidence," Annual Meeting of the American Law and Economics Association, Yale University, May 1, 1992.

"NIMBY and the Location of Drug Treatment Facilities," National Institute on Drug Abuse, July, 1991.
American Bar Association, "Litigation, Justice, and the Public Good," San Diego, CA  April 25-27, 1991.

"Contingent Fees, Litigation, and the Quantity of Litigation," Annual Meeting of the Law and Society Association, May 31, 1990, Berkeley, CA

"The English Rule for Allocating Legal Costs: Evidence Confronts Theory," Annual Meeting of the Law and Society Association, Madison, WI, June 1, 1989.

"Controlling for Sample Selection in the Analysis of Closed Claim Data," Annual Meetings of the Western Economics Association, Vancouver, BC, Canada, July, 1988.

"Medical Malpractice Reforms and the Resolution of Claims," Annual Meetings of the Eastern Economics Association, Arlington, VA  March, 1987.

"Is the Sample of Litigated Claims Random?  Preliminary Results of a Trivariate Probit Estimator," Annual Meetings of the Eastern Economics Association, Baltimore, MD, March, 1986.

**PROFESSIONAL SERVICE**   Referee for: *Journal of Law and Economics, International Review of Law and Economics, Economic Inquiry, Journal of Risk and Insurance, Journal of Law, Economics, and Organization, Journal of Policy Analysis and Management, Behavioral Science and the Law, Social Sciences Quarterly.*

Reviewer for the National Science Foundation.

**GRANTS AND AWARDS:**   "Inspirational Hall of Fame," Alfond Youth Center, Waterville, Maine, May, 2005.

Paganucci Award for Outstanding Community Service, Alfond Youth Center, Waterville, Maine, 2004.

Joint Student-Faculty Research Grant (with D. Barsky, '03), Freeman Foundation Asian Studies Grant Program, Bates College, 2002.

Curriculum Development Grant (with M. Maurer-Fazio and S. Yang), Freeman Foundation Asian Studies Grant Program, Bates College, 2002.

Mellon Summer Research Apprenticeship, Bates College, 2000.

Mellon Summer Research Apprenticeship, Bates College, 1998

The President's Fund for Faculty and Curricular Development, Bates College, 1997-1998.

Curricular Development Grant, Otis Fund, Bates College, 1997.

Mellon Summer Research Apprenticeship, Bates College, 1996.

Kroepsch Award for Excellence in Teaching, 1994-1995, Bates College.

Amherst College Research Award (1991-1992) to examine the effect of no-fault medical malpractice insurance on the size of awards, the number of claims, and the number of medical injuries.

Post-Doctoral Research Fellow in the Economics of Mental Health, Brandeis University, Florence Heller School for Advanced Studies in Social Welfare, 1990-1991.

Research grant from The Robert Wood Johnson Foundation Medical Malpractice Program (1987-1988) to examine the long-term effects of medical malpractice reform legislation on the size, frequency, and disposition of medical malpractice claims.

Miner D. Crary Fellow, Amherst College, 1988-1989.

**NON-ACADEMIC POSITIONS:** LITIGATION CONSULTANT, 1990-
Economic expert for antitrust, regulation, and discrimination litigation. Retained on several cases involving the pharmaceutical industry, the prescription benefit manager industry, the environmental control industry, the synthetic rubber industry, nutritional supplement industry, the hospital industry, the automobile insurance industry, the sardine market, retail automobile sales, the retail gasoline market, school photography, musical instruments, airline transportation, and sex discrimination.

BRANDEIS INSTITUTE FOR HEALTH POLICY, Waltham, MA
    1992-1993
Co-Author of a report on the residential housing market in the San Francisco-Oakland Bay Area, and the effect on property values resulting from locating residential drug treatment facilities in that market. Co-Author of a study of the effects on Medicaid expenditures of extending coverage for outpatient and residential drug treatment to pregnant drug users.

THE RAND CORPORATION, Santa Monica, CA  1985-1986.
Consultant on a study of the European chlorofluorocarbon industry for the U.S. Environmental Protection Agency. Examined the effect of proposed regulations on competition within the European chemical industry.

ORGANIZATION FOR ECONOMIC COOPERATION AND
    DEVELOPMENT, Paris, France, 1982-1983
Author of a report to the Environment Directorate on the socioeconomic implications of chlorofluorocarbon emissions and their control in the OECD nations. Report assessed progress in controlling emissions and quantifies the potential economic effects of further emissions reductions.

SRI INTERNATIONAL, Menlo Park, CA  1981.
Consultant to the Regulatory Analysis and Management Program. Project included construction of a programming model to assist petroleum refineries in finding the least cost method of reducing emissions of volatile organic chemicals. Author of a manual on the use of information disclosure in regulatory reform for the President's Regulatory Council.

U.S. ENVIRONMENTAL PROTECTION AGENCY,
    Washington, DC, 1978-1980.
Economist in the Office of Pesticides and Toxic Substances. Authored several reports on the effects of regulating toxic chemicals through the use of marketable rights. Responsible for economic analyses of proposed regulations to limit uses of chlorofluorocarbons and asbestos.