# EXHIBIT 2

# HUGHES SOURCES RELIED ON

## Expert Reports and Supplemental Materials

Calculation of Damages and Penalties for the State of Montana, Declaration of Raymond S. Hartman (June 13, 2006), including backup electronic files and data.

Calculation of Damages and Penalties for the State of Montana, Supplementary Declaration of Raymond S. Hartman (June 20, 2006), including backup electronic files and data.

Calculation of Damages and Penalties for the State of Nevada, Declaration of Raymond S. Hartman (June 13, 2006), including backup electronic files and data.

Calculation of Damages and Penalties for the State of Nevada, Supplementary Declaration of Raymond S. Hartman (June 20, 2006), including backup electronic files and data.

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Declaration of Raymond S. Hartman in Support of Plaintiffs' Motion for Class Certification (D. Mass. Sept. 3, 2004).

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Declaration of Eric M. Gaier, Ph.D., in Support of Defendants Opposition to Class Certification (D. Mass. Oct. 24, 2004).

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Declaration of Steven J. Young in Opposition to Plaintiffs' Motion for Class Certification (D. Mass. Oct. 24, 2004).

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Rebuttal Declaration of Dr. Raymond S. Hartman in Support of Plaintiffs' Motion for Class Certification (D. Mass. Dec. 16, 2004).

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Rebuttal Declaration of Dr. Eric M. Gaier, Ph.D., in Support of Defendants' Opposition to Class Certification (D. Mass. Jan. 21, 2005).

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Expert Report of Prof. Ernst R. Berndt to J. Patti B. Saris (Feb. 9, 2005).

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages (Dec. 15, 2005).

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Liability Report of Dr. Meredith Rosenthal (Dec. 15, 2005).

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Merits Report and Declaration of Eric M. Gaier, Ph.D. (Mar. 21, 2006).

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Declaration of Daniel L. McFadden (Mar. 21, 2006).

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Merits Report and Declaration of Fiona Scott Morton, Ph.D. (Mar. 22, 2006).

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Merits Report and Declaration of Gregory K. Bell, Ph.D., on behalf of Track 1 Defs. (Mar. 22, 2006).

*In Re Pharm. Indus. AWP Litig.*, MDL No. 1456, Rebuttal of Dr. Raymond S. Hartman in Opposition to Summary Judgment (D. Mass. Apr. 6, 2006).

**Depositions, including exhibits**

Deposition Transcript of Raymond S. Hartman, 10/07/04, 10/08/04, 2/27/06, 2/28/06, 3/01/06, 4/06/06, 8/22/06, 8/23/06.

Deposition Transcript of Dorothy Poulsen, 2/22/06.

Deposition Transcript of Charles Hunter, 4/18/06.

Deposition Transcript of Charles Duarte, 11/15/05, 11/16/05, 3/22/06, 3/23/06, 1/10/07.

Deposition Transcript of Duane Preshinger, 4/20/06.

Deposition Transcript of Jeff Buska, 10/19/05, 12/14/05

Deposition Transcript of Denise Brunett, 6/16/06.

Deposition Transcript of Nancy Ellery, 4/11/06.

Deposition Transcript of Shannon Marr, 3/29/06.

Deposition Transcript of Terry Krantz, 3/17/06.

Deposition Transcript of Margaret Bullock, 4/5/06.

Deposition Transcript of Claire Brunken, 7/22/05

Deposition Transcript of John Cervione, 8/9/05

**Federal Publications and Documents**

42 U.S.C. Sec. 1396-1396v.

69 Fed. Reg. 1084-1267.

General Accounting Office Report, *Reimbursement Policies Can Influence the Setting and Cost of Chemotherapy*, July 1992.

General Accounting Office Report, *HCFA Can Improve Methods for Revising Physician Practice Payments*, February 1998.

General Accounting Office Report, *Program Payments Should Reflect Market Prices*, September 21, 2001.

General Accounting Office Report, *Practice Payments to Oncologists Indicate Need for Overall Refinements*, October 2001.

General Accounting Office Report, *Payments for Covered Outpatient Drugs Exceed Providers' Cost*, September 2001.

General Accounting Office Report, *Program Payments Should Better Reflect Market Prices*, March 14, 2002.

General Accounting Office Report, *Payment for Blood Clotting Factor Exceeds Providers' Acquisition Cost*, January 2003.

HCFA Program Memorandum, November 17, 2000, AB-00-115.

Medicare Prescription Drug, Improvement, and Modernization Act of 2003, Pub. L. No. 108-173.

Office of Inspector General, *Excessive Medicare Payments for Prescription Drugs*, OEI-03-97-00290, December 1997.

Office of Inspector General, *Medicaid Pharmacy—Actual Acquisition Costs of Brand Name Prescription Drug Products*, A-06-00-00023, Aug. 10, 2001.

OIG, *Medicaid Pharmacy—Additional Analyses of the Actual Cost of Prescription Drug Products*, A-06-02-00041, Sep. 16, 2002.

Office of Inspector General, *Medicaid's Use of Revised Average Wholesale Prices*, OEI-03-00010, September 2001.

Office of Inspector General, *Medicare Reimbursement of Prescription Drugs*, OEI-03-00-00310, January 2001.

Office of Inspector General, *Medicaid Pharmacy - Actual Acquisition Costs of Prescription Drug Products for Brand Name Drugs*, A-06-96-00030, April 10, 1997.

http://www.cms.gov/MedicaidDrugRebateProgram/

**Pricing and Rebate Data**

Sanofi-Aventis-Behring FDB AWP 1994.xls

Sanofi-Aventis-Behring FDB AWP 1996.xls

Sanofi-Aventis-Behring FDB AWP 2000.xls

Sanofi-Aventis-Behring FDB AWP 2004.xls

MT List Medicaid rebate Q1 91 thru Q3 04.xls

MT List Medicaid rebate Q1 96 thru Q3 05.xls

NV List Medicaid rebate Q1 91 thru Q3 04.xls

NV List NDCs Medicaid RebatesQ1 96 thru Q3 05.xls

Aventis Pharmaceutical Buyer Letters dated 1/21/99, 1/26/00, 10/1/00, 8/2/01

Walgreens_2003

Walgreens_2004

Walgreens_2005

Walgreens_2006

Walgreens Column Names.xls

Snyders Drug.xls

Aventis invoice level data, chargeback data, and rebate data

February 3, 1998, Selling and Service Agreement between HMR and Cardinal Health, (AV-BBZ-0000272-0277)

**Other Materials**

Arthur Andersen LLP, *Pharmacy Activity Cost and Productivity Study*, November 1999.

Michael Johnsrud and Kenneth Lawson, *Estimating the Costs of Dispensing Prescription Drugs within a Chain Pharmacy*, Center for Pharmacoeconomic Studies, University of Texas at Austin, Summer 2005.

Montana Pharmacy Association, *2002 Survey of Montana Community Pharmacies*.

Montana Second Amended Complaint

Nevada Amended Complaint

National Pharmaceutical Council, *Pharmaceutical Benefits Under State Medical Assistance Programs*, 2005.