**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>STATE OF MONTANA v.<br>ABBOTT LABS., INC., et al.,<br>02-CV-12084-PBS | Judge Patti B. Saris<br>Chief Magistrate Judge M. Bowler |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS
BRISTOL-MYERS SQUIBB COMPANY, ONCOLOGY THERAPEUTICS
NETWORK CORPORATION AND APOTHECON, INC.**

Pursuant to Fed. R. Civ. P. 56(b), Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Inc. (collectively "BMS") respectfully move this Court for summary judgment on all claims against them in the Second Amended Complaint asserted by or on behalf of the State of Montana. The grounds for this motion are set forth in the Memorandum of Law of Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corp. and Apothecon, Inc. In Support of Motion For Summary Judgment; the Local Rule 56.1 Statement of Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corp. and Apothecon, Inc.; the Declaration of Steven M. Edwards, dated February 8, 2007; and the Merits Report and Declaration of Dr. Gregory K. Bell, Ph.D. on Behalf of BMS, dated February 8, 2007.

WHEREFORE, for the reasons set forth in the memorandum, local rule 56.1 statement, report and declaration described above, BMS respectfully requests that the Court grant

it summary judgment on all claims against them in the Second Amended Complaint asserted by or on behalf of the State of Montana and enter an order:

      a.    granting summary judgment on all claims against them in the Second Amended Complaint asserted by or on behalf of the State of Montana; and

      b.    providing such other and further relief as the Court deems just and proper.

Pursuant to Local Rule 7.1(d), BMS hereby requests a hearing for oral argument on this motion for summary judgment.

Dated: Boston, Massachusetts
       February 8, 2007

Respectfully Submitted,

By:  /s/ Jacob T. Elberg
Thomas E. Dwyer (BBO No. 139660)
Jacob T. Elberg (BBO No. 657469)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 371-1000
Fax: (617) 371-1037

Steven M. Edwards (SE 2773)
Lyndon M. Tretter ((LT 4031)
Thomas J. Sweeney, III (TS 6557)
Admitted *pro hac vice*
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY 10022
Tel: (212) 918- 3640

Attorneys for Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network, Corp. and Apothecon, Inc.

\\\NY - 058559/000059 - 978097 v1

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I certify that BMS has communicated with counsel for Plaintiffs in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

/s/ Lyndon M. Tretter
Lyndon M. Tretter

## **CERTIFICATE OF SERVICE**

I, Lyndon M. Tretter, certify that a true and correct copy of the (1) the Memorandum of Law of Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corp. and Apothecon, Inc. In Support of Motion For Summary Judgment; (2) the Merits Report and Declaration of Gregory K. Bell, Ph. D.; (3) the Declaration of Steven M. Edwards, was served upon all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending copies to Lexis-Nexis for posting and notification to all parties.

/s/ Lyndon M. Tretter
Lyndon M. Tretter

\\\NY - 058559/000059 - 978097 v1