# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456<br><br>MASTER FILE NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Hon. Patti B. Saris |
| *State of Montana v. Abbott Labs. Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM ) ) ) |  |

## DECLARATION OF JAMES J. DUFFY IN SUPPORT OF THE INDIVIDUAL MEMORANDUM OF LAW IN FURTHER SUPPORT OF ASTRAZENECA PHARMACEUTICALS LP'S MOTION FOR SUMMARY JUDGMENT

I, James J. Duffy, declare the following:

1. I am an associate of the law firm of Davis Polk & Wardwell, attorneys for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-referenced action. I submit this declaration in support of AstraZeneca's individual Memorandum of Law in further support of its Motion for Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Merits Report and Expert Declaration of Joel Winterton in the Montana AWP Litigation, filed February 8, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Montana Pharmacy Association 2002 Survey of Montana Community Pharmacies (MPA0003916-35).

4. Attached hereto as Exhibit 3 is a true and correct copy of the National Study to Determine the Cost of Dispensing Prescriptions in Community Retail Pharmacies, January 2007, by Grant Thornton LLP.

5. Attached hereto as Exhibit 4 is a true and correct copy of a dispensing cost study by The Center for Pharmacoeconomic Studies, The University of Texas at Austin, Summer 2005 (NACDSV01110-12).

6. Attached hereto as Exhibit 5 is a true and correct copy of the Settlement Agreement and Release by and among AstraZeneca Pharmaceuticals LP, AstraZeneca LP and the Office of the Attorney General of the State of Montana (Medicaid Fraud Control Unit), effective date September 4, 2003 (MT037926-46).

7. Attached hereto as Exhibit 6 is a true and correct copy of a Letter from Deborah A. Saez, AstraZeneca Medicaid Pricing Coordinator, to Montana Department of Public Health and Human Services, dated November 14, 2003 (MT038039).

8. Attached hereto as Exhibit 7 is a true and correct excerpted copy of the Deposition of Jeff Buska, dated December 15, 2006, pages 571-573 (filed separately under seal).

9. Attached hereto as Exhibit 8 is a true and correct excerpted copy of the Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation of Damages, dated December 15, 2005 ("Hartman MDL Decl."), ¶ 33 (filed separately under seal).

10. Attached hereto as Exhibit 9 is a true and correct excerpted copy of the Deposition of Raymond S. Hartman, dated February 27, 2006 ("Hartman I Dep."), pages 664-66 (filed separately under seal).

11. Attached hereto as Exhibit 10 is a true and correct excerpted copy of the Deposition of Raymond S. Hartman, dated August 22, 2006 ("Hartman II Dep."), pages 31-33 (filed separately under seal).

12. Attached hereto as Exhibit 11 is a true and correct excerpted copy of the Calculation of Damages and Penalties for the State of Montana, Declaration of Raymond S. Hartman, dated June 13, 2006 ("Hartman MT Decl."), ¶¶ 3-4, 16, 22, 29.

13. Attached hereto as Exhibit 12 are true and correct copies of: *Osterman v. Sears*, No. BDV-99-522(c), 2000 Mont. Dist. LEXIS 1631 (Cascade County District Court, August 30, 2000); and *Starr v. The Summit, Inc.*, No. DV 00-20, 2003 Mont. Dist. LEXIS 2451 (Carbon County District Court, July 10, 2003)

I swear under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Dated:  New York, New York
        February 8, 2007

By: /s/ James J. Duffy
    James J. Duffy (admitted *pro hac vice*)
    DAVIS POLK & WARDWELL
    450 Lexington Avenue
    New York, New York  10017
    Tel:  (212) 450-4000

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I caused a true and correct copy of the foregoing, Declaration of James J. Duffy in Support of the Individual Memorandum of Law in Further Support of AstraZeneca Pharmaceuticals LP's Motion for Summary Judgment, to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

/s/ James J. Duffy
James J. Duffy (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000