UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 |
| STATE OF MONTANA<br>v. ABBOTT LABS., INC., et al.,<br>02-CV-12084-PBS | ) Civil Action No. 01-CV-12257 PBS<br>)<br>) Judge Patti B. Saris<br>) Chief Magistrate Judge Marianne B. Bowler |

## DECLARATION OF STEVEN M. EDWARDS

STEVEN M. EDWARDS, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of Hogan & Hartson L.L.P., attorneys for defendants Bristol-Myers Squibb Co. ("BMS"), Oncology Therapeutics Network Corp. ("OTN") and Apothecon, Inc. I make this declaration in support of BMS's motion for summary judgment. I have personal knowledge of the facts stated herein.

2. Annexed hereto as Exhibit A is a true and correct copy of Sections 37.86.1105 and 37.86.1101 of the Administrative Rules of Montana.

3. Annexed hereto as Exhibit B is a true and correct copy of Exhibit 23 marked at deposition of Jeff Buska, taken in Helena, Montana on December 15, 2006. Mr. Buska is the Senior Medicaid Policy Analyst for Montana Medicaid. Exhibit 23 is a document produced by CMS.

4. Annexed hereto as Exhibit C is a true and correct copy of Table 1 to the Declaration of Raymond S. Hartman (Montana), dated June 13, 2006 ("Hartman MT Report").

5. Annexed hereto as Exhibit D is a true and correct copy of Table 2 to the Hartman MT Report.

6. Annexed hereto as Exhibit E is a true and correct copy of Table 3 to the Hartman MT Report.

7. Annexed hereto as Exhibit F is a true and correct copy the Declaration of Zoltan Szabo in Support of Defendant Bristol-Myers Squibb Company's Memorandum in Opposition to Plaintiffs' Motion For Class Certification, dated October 25, 2004.

8. Annexed hereto as Exhibit G is a true and correct copy of Exhibit 41 marked at the deposition of Patricia Kay Morgan, taken in New York, New York on January 11-12, 2005.  Ms. Morgan is a First Databank employee.

9. Annexed hereto as Exhibit H is a true and correct copy of the transcript of the deposition of Debra Ekborg taken in Chicago, Illinois on June 1, 2006.

10. Annexed hereto as Exhibit I is a true and correct copy of the transcript of the deposition of Charles Tabano taken in Reno, Nevada on August 23, 2006.

11. Annexed hereto as Exhibit J are true and correct excerpts of the transcript of the deposition of Jeff Buska.

12. Annexed hereto as Exhibit K is a true and correct copy of Exhibit 53 marked at the deposition of Jeff Buska.

13. Annexed hereto as Exhibit L is a true and correct copy of the Objections and Responses to Defendant Bayer Corp.'s First Set of Interrogatories and Requests for Production to the State of Montana.

3

14. Annexed hereto as Exhibit M is a true and correct copy of a document produced by the State of Montana and bates-labeled MT 038330.

I declare under penalty of perjury that the forgoing is true and correct.


Dated: February 8, 2007
       New York, New York


                                                    /s/ Steve Edwards
                                                   Steven M. Edwards