# Exhibit B

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | | FORM APPROVED<br>OMB NO. 0938-0193 |
|---|---|---|
| **TRANSMITTAL AND NOTICE OF APPROVAL OF STATE PLAN MATERIAL**<br>FOR: HEALTH CARE FINANCING ADMINISTRATION | 1. TRANSMITTAL NUMBER:<br>0 0 - 0 - 0 - 8 | 2. STATE:<br>MONTANA |
| | 3. PROGRAM IDENTIFICATION: TITLE XIX OF THE SOCIAL SECURITY ACT (MEDICAID) | |
| TO: REGIONAL ADMINISTRATOR<br>HEALTH CARE FINANCING ADMINISTRATION<br>DEPARTMENT OF HEALTH AND HUMAN SERVICES | 4. PROPOSED EFFECTIVE DATE<br>10/1/2000 | |

5. TYPE OF PLAN MATERIAL (Check One):

☐ NEW STATE PLAN       ☐ AMENDMENT TO BE CONSIDERED AS NEW PLAN       ☒ AMENDMENT

COMPLETE BLOCKS 6 THRU 10 IF THIS IS AN AMENDMENT (Separate Transmittal for each amendment)

| 6. FEDERAL STATUTE/REGULATION CITATION:<br>42 CFR 447. 325-334 | 7. FEDERAL BUDGET IMPACT:<br>a. FFY _____ $ 0<br>b. FFY _____ $ 0 |
|---|---|
| 8. PAGE NUMBER OF THE PLAN SECTION OR ATTACHMENT:<br>Attachment 4.19B Service 12a<br>Outpatient Drug Services | 9. PAGE NUMBER OF THE SUPERSEDED PLAN SECTION OR ATTACHMENT (If Applicable):<br>Attachment 4.19B Service 12a<br>Outpatient Drug Services |

10. SUBJECT OF AMENDMENT:

Outpatient Drug Services

11. GOVERNOR'S REVIEW (Check One):

☐ GOVERNOR'S OFFICE REPORTED NO COMMENT       ☒ OTHER, AS SPECIFIED:
☐ COMMENTS OF GOVERNOR'S OFFICE ENCLOSED       Single State Agency Director
☐ NO REPLY RECEIVED WITHIN 45 DAYS OF SUBMITTAL

| 12. SIGNATURE OF STATE AGENCY OFFICIAL:<br>*[signature]* | 16. RETURN TO:<br>Department of Public Health & Human Services<br>Laurie Ekanger, Director<br>Attn: Jean Robersson<br>PO Box 202951<br>Helena, MT 59620-2 |
|---|---|
| 13. TYPED NAME:<br>Laurie, Ekanger | |
| 14. TITLE:<br>Director | |
| 15. DATE SUBMITTED: | |

17. DATE RECEIVED: 10/2/00

19. EFFECTIVE DATE OF APPROVED MATERIAL: 10-1-00

21. TYPED NAME: Dave Selleck

23. REMARKS:

FORM HCFA-179 (07-92)       *Instructions on Back*

EXHIBIT Bush 023

Page 1 of 1<br>
Attachment 4.19B<br>
Methods and Standards<br>
For Establishing<br>
Payment rates,<br>
Service 12 a.,<br>
Outpatient Drug Services

## MONTANA

Reimbursement for drugs shall not exceed the lowest of:

1. The Estimated Acquisition Cost (EAC) of the drug plus a dispensing fee, or;
2. The Federal Upper Limit (FUL), Maximum Allowable Cost (MAC) of the drug, in the case of mutli-source (generic), plus a dispensing fee, or;
3. The provider's usual and customary charge of the drug to the general public.

**Exception:** The FUL or MAC limitation shall not apply in a case where a physician certifies in his/her own handwriting the specific brand is medically necessary for a particular recipient. An example of an acceptable certification is the handwritten notation "Brand Necessary" or "Brand Required." A check off box on a form or rubber stamp is not acceptable.

**Exception:** For outpatient drugs provided to medicaid recipients in state institutions, reimbursement will conform to the state contract for pharmacy services; or for institutions not participating in the state contract for pharmacy services, reimbursement will be the actual cost of the drug and dispensing fee. In either case, reimbursement will not exceed, in the aggregate, the EAC or the MAC plus the dispensing fee.

The EAC is established by the state agency using the Federal definition of EAC as a guideline: that is, "Estimated Acquisition Cost" means the state agency's best estimate of what price providers generally pay for a particular drug.

The EAC, which includes single source, brand necessary and drugs other than multi-source, is established using the following methodology:

- The Direct Price (DP), the price charged by manufacturers to retailers, will be paid unless the DP is not available to providers in the state. If no DP is available, drugs paid by their Average Wholesale Price (AWP) will be paid at AWP less 10%. If the state agency determines that acquisition cost is lower than either the available DP or AWP less 10%, then the state agency may set an allowable acquisition cost based on data provided by the drug pricing file contractor.

The MAC for multiple source drugs will not exceed the total of the dispensing fee established by the Department and an amount that is equal to 150 percent of the price established under the methodology set forth in 42 CFR 447.331 and 447.332 for the least costly therapeutic equivalent.

A variable dispensing fee will be established by the state agency, by using the results of a cost survey of pharmacy's operational costs. A pharmacy may be assigned an enhanced dispensing fee to cover the additional costs associated with packaging "unit dose" prescriptions.

Provider dispensing fee(s) are available on-line in the Medicaid Management Information system (MMIS) provider file and in the Medicaid Prescription Drug Card System (PDCS) provider plan file.

---

TN 00-008  
Supersedes TN #95-01

Approved 12/19/00

Effective 10/1/00