# Exhibit C

**Table 1: Calculation of Overcharge Damages for Selected Drugs Reimbursed Based on NDCs**

| Defendant | Drug | Total by Drug |
|---|---|---|
| AstraZeneca | Pulmicort Respules | 38,277 |
| AstraZeneca | Zoladex | 54,371 |
| **AstraZeneca Total** | | **$92,648** |
| Aventis | Anzemet | 3,655 |
| Aventis | Taxotere | 802 |
| **Aventis Group Total** | | **$4,457** |
| BMS | Blenoxane | 796 |
| BMS | Cytoxan | 5,281 |
| BMS | Paraplatin | 181 |
| BMS | Taxol | 412 |
| BMS | Vepesid | 5,580 |
| **BMS Group Total** | | **$12,250** |
| Johnson & Johnson | Procrit | 49,464 |
| Johnson & Johnson | Remicade | 16,384 |
| **Johnson & Johnson Total** | | **$65,848** |
| Pharmacia | Adriamycin | 5,249 |
| Pharmacia | Amphocin | 311 |
| **Pharmacia Group Total** | | **$5,561** |
| Schering-Plough | Albuterol | 782,046 |
| Schering-Plough | Intron | 14,381 |
| Schering-Plough | Proventil | 21,729 |
| Schering-Plough | Temodar | 18,780 |
| Warrick Pharmaceuticals | Perphenazine | 11,003 |
| **Schering-Plough Group Total** | | **$847,939** |
| **Total Overcharges for Selected Drugs** | | **$1,028,703** |

Contains Confidential Information Subject to Court Order

Declaration of Raymond S. Hartman