# Exhibit D

Table 2: Calculation of Overcharge Damages for Selected Drugs Reimbursed Based on J-Codes

| Manufacturer | Drug | J-Code | Total by Drug |
|---|---|---|---|
| AstraZeneca | ZOLADEX | J9202 | $14,066 |
| Aventis | TAXOTERE | J9170 | $246,437 |
| BMS Group | TAXOL | J9265 | $50,850 |
| Johnson & Johnson Group | REMICADE | J1745 | $8,928 |
| Johnson & Johnson Group | PROCRIT | Q0136 | $23,350 |
| Pharmacia | ANZEMET | J1260 | $81,563 |
| Total Overcharges for Selected Drugs by J-Code | | | $425,196 |

Contains Confidential Information Subject to Court Order

Declaration of Raymond S. Hartman