# Exhibit E

Table 3: Deceptive Trade and False Claims Penalties - Single-Source Drugs

| | | Analysis Using ASP | | Analysis Using AWP Thresholds[1] | | | Penalties (ASP and (AWP - 16.6%)) | | | Penalties (ASP and (AWP - 20.0%)) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total # of Claims | # of Claims Used in ASP Analysis | # of Fraudulent Claims | # of Claims Used in AWP Threshold Analysis | # of Fraudulent Claims Based on (AWP-16.6%) | # of Fraudulent Claims Based on (AWP-20.0%) | Deceptive Trade ($1000/claim) | False Claim ($2000/claim) | Total Penalties | Deceptive Trade ($1000/claim) | False Claim ($2000/claim) | Total Penalties |
| Abbott | 44,153 | 0 | 0 | 44,153 | 12,952 | 14,530 | $12,952,000 | $25,904,000 | $38,856,000 | $14,530,000 | $29,060,000 | $43,590,000 |
| Amgen | 4,424 | 0 | 0 | 4,424 | 3,896 | 4,262 | $3,896,000 | $7,792,000 | $11,688,000 | $4,262,000 | $8,524,000 | $12,786,000 |
| AstraZeneca | 224,548 | 5,280 | 5,081 | 219,268 | 125,166 | 189,713 | $130,247,000 | $260,494,000 | $390,741,000 | $194,794,000 | $389,588,000 | $584,382,000 |
| Aventis Group | 131,573 | 39 | 35 | 131,534 | 94,013 | 117,323 | $94,048,000 | $188,096,000 | $282,144,000 | $117,358,000 | $234,716,000 | $352,074,000 |
| Baxter | 292 | 0 | 0 | 292 | 125 | 127 | $125,000 | $250,000 | $375,000 | $127,000 | $254,000 | $381,000 |
| Bayer | 47,582 | 0 | 0 | 47,582 | 40,336 | 44,663 | $40,336,000 | $80,672,000 | $121,008,000 | $44,663,000 | $89,326,000 | $133,989,000 |
| Boehringer Group | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Braun | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| BMS Group | 330,533 | 645 | 626 | 329,888 | 234,287 | 283,598 | $234,913,000 | $469,826,000 | $704,739,000 | $284,224,000 | $568,448,000 | $852,672,000 |
| Dey | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fujisawa Group | 1,483 | 0 | 0 | 1,483 | 963 | 1,246 | $963,000 | $1,926,000 | $2,889,000 | $1,246,000 | $2,492,000 | $3,738,000 |
| Immunex | 30 | 0 | 0 | 30 | 30 | 30 | $30,000 | $60,000 | $90,000 | $30,000 | $60,000 | $90,000 |
| Johnson & Johnson | 348,519 | 196 | 195 | 348,323 | 247,561 | 310,495 | $247,756,000 | $495,512,000 | $743,268,000 | $310,690,000 | $621,380,000 | $932,070,000 |
| Novartis | 247,494 | 0 | 0 | 247,494 | 176,750 | 220,231 | $176,750,000 | $353,500,000 | $530,250,000 | $220,231,000 | $440,462,000 | $660,693,000 |
| Pfizer | 654,287 | 0 | 0 | 654,287 | 334,584 | 538,359 | $334,584,000 | $669,168,000 | $1,003,752,000 | $538,359,000 | $1,076,718,000 | $1,615,077,000 |
| Pharmacia Group | 40,110 | 12 | 12 | 40,098 | 22,845 | 33,410 | $22,857,000 | $45,714,000 | $68,571,000 | $33,422,000 | $66,844,000 | $100,266,000 |
| Schering-Plough Group | 141,993 | 9,920 | 9,609 | 132,073 | 90,149 | 110,295 | $99,758,000 | $199,516,000 | $299,274,000 | $119,904,000 | $239,808,000 | $359,712,000 |
| Sicor Group | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| TAP | 78,278 | 0 | 0 | 78,278 | 54,341 | 74,039 | $54,341,000 | $108,682,000 | $163,023,000 | $74,039,000 | $148,078,000 | $222,117,000 |
| Watson | 6 | 0 | 0 | 6 | 6 | 6 | $6,000 | $12,000 | $18,000 | $6,000 | $12,000 | $18,000 |
| Total-All Defendants | 2,295,305 | 16,092 | 15,558 | 2,279,213 | 1,438,004 | 1,942,327 | $1,453,562,000 | $2,907,124,000 | $4,360,686,000 | $1,957,885,000 | $3,915,770,000 | $5,873,655,000 |

Notes:
1. Total Number of claims used in the AWP threshold analysis will not equal the sum of fraudulent claims found using the different AWP thresholds.

Contains Confidential Information Subject to Court Order