# Exhibit I

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-oOo-

----------------------------------X

In Re: Pharmaceutical Industry      ) MDL No. 1456

Average Wholesale Price Litigation ) Civil Action No.

----------------------------------) 01-CV-12257-PBS

This Document Relates to            )

ALL ACTIONS.                        )

----------------------------------X


DEPOSITION OF

CHARLES TABANO


August 23, 2006

Reno, Nevada


REPORTED BY:  DEBORAH MIDDLETON GRECO,

CCR #113, RDR, CRR

Tabano, Charles        HIGHLY CONFIDENTIAL        August 23, 2006
Reno, NV

2 (Pages 2 to 5)

---

**2**

1        A P P E A R A N C E S

2

3    FOR THE STATE OF NEVADA:

4

5        Robert F. Lopez, Esq. (By Phone)

6        Hagens Berman Sobol Shapiro LLP

7        1301 Fifth Avenue

8        Suite 2900

9        Seattle, WA 98101

10        (206) 623-7292

11

12

13    FOR BRISTOL-MYERS SQUIBB COMPANY:

14

15        Thomas J. Sweeney, III, Esq.

16        and James S. Zucker, Esq.

17        Hogan & Hartson LLP

18        875 Third Avenue

19        New York, New York 10022

20        (212) 918-3000

21        tjsweeney@hhlaw.com /

22        jszucker@hhlaw.com

---

**3**

1            INDEX

2    WITNESS: CHARLES TABANO        PAGE

3        EXAMINATION BY MR. LOPEZ................... 004

4

5        E X H I B I T S

6    NUMBER    DESCRIPTION        PAGE

7    Exhibit Tabano 001, 30(b)(6) Notice (Nevada)..... 011

8    Exhibit Tabano 002, 30(b)(6) Notice (Montana).... 011

9    Exhibit Tabano 003, MT & NV Territories

10            BMS/AWP/001512485-497........ 054

11    Exhibit Tabano 004, Glucophage XR Free Launch

12            Plan BMS/AWP/001512460-461... 124

13    Exhibit Tabano 005, Key Takeaways

14            BMS/AWP/001512472-473........ 134

15

16

17

18

19

20

21

22

---

**4**

1        BE IT REMEMBERED that on Wednesday, August

2    23, 2006, at the hour of 9:36 a.m. of said day, at

3    the law offices of MC DONALD CARANO WILSON, 100 West

4    Liberty Street, 10th Floor, Reno, Nevada, before me,

5    DEBORAH MIDDLETON GRECO, a notary public, personally

6    appeared CHARLES TABANO, who was by me first duly

7    sworn and was examined as a witness in said cause.

8            -o0o-

9            CHARLES TABANO called as a witness,

10    having been duly sworn, testified as follows:

11            EXAMINATION

12    BY MR. LOPEZ:

13        Q.  Good morning, sir.

14        A.  Good morning.

15        Q.  My name is Rob Lopez, and I'm one of the

16    lawyers representing the state of Nevada and Montana

17    in the litigation in which you have been called to

18    testify.

19            Could you please state your name for the

20    record?

21        A.  My name is Charles A. Tabano.

22        Q.  And, Mr. Tabano, what is your current

---

**5**

1    address?

2        A.  6325 Meadow Creek Drive, Reno, Nevada.

3        Q.  And your telephone number?

4        A.  775-741-0772.

5        Q.  Do you have any present plans to move from

6    that address?

7        A.  Not at this time.

8        Q.  Are you represented by counsel today?

9        A.  Yes, I am.

10        Q.  Would that be Mr. Zucker and Mr. Sweeney?

11        A.  Yes.

12        Q.  They are in the room with you today; is

13    that correct?

14        A.  Yes, they are.

15        Q.  Have you ever been deposed before?

16        A.  Yes, I have.

17        Q.  How many times?

18        A.  Approximately eight times.

19        Q.  Were each of those eight times for

20    business matters or for personal matters?

21        A.  It was business, but not with Bristol-

22    Myers Squibb.

---

Henderson Legal Services, Inc.
(202) 220-4158

Tabano, Charles       HIGHLY CONFIDENTIAL       August 23, 2006
Reno, NV

3 (Pages 6 to 9)

**Page 6**

1      MR. SWEENEY:  Why don't you explain,
2  Charlie?
3      THE WITNESS:  I have been a paramedic for
4  approximately thirty years and have been involved in
5  lots of litigations, as you would, for personal
6  injury and things like that, criminal cases, et
7  cetera.
8      So that's what puts me in a position to be
9  able to do that, as any public safety officer might
10  be called on occasionally to do.
11  BY MR. LOPEZ:
12     Q.  So those prior depositions were all, then,
13  taken during the course of your employment as a
14  paramedic?
15     A.  Yes.
16     Q.  All right.  I want to go over a quick, few
17  ground rules.
18     First of all, the reporter is going to be
19  transcribing what we say.  So it's important that we
20  don't talk over one another.
21     We both have to do our best to let the
22  other finish speaking before we each begin speaking

**Page 7**

1  ourselves.
2      Do you understand?
3     A.  I understand.
4     Q.  If you don't understand a question of
5  mine, please let me know, and I'll do my best to
6  make it more clear.
7      Do you understand?
8     A.  Yes, I do.
9     Q.  I'll call a break from time to time, but
10  if you need a break at any time, please let me know.
11     A.  Okay.
12     Q.  And so long as a question isn't pending,
13  I'll do my best to accommodate you at that time,
14  okay?
15     A.  Okay.
16     Q.  Do you understand that you've sworn to
17  tell the truth here just as though you were in a
18  court of law?
19     A.  Yes, I do.
20     Q.  When did you first hear the term average
21  wholesale price?
22     A.  I don't exactly recall when that was.

**Page 8**

1  What year it was.
2     Q.  What was your occupation when you first
3  heard the term?
4     A.  I was a sales rep for Bristol
5  Laboratories.
6     Q.  Do you recall what years you were a sales
7  rep for Bristol Laboratories?
8     A.  I started with Bristol Laboratories, which
9  was a division of Bristol-Myers Squibb, in 1979,
10  July of 1979.
11     Q.  How long were you a sales rep for Bristol
12  Laboratories?
13     A.  I still am a sales rep, and Bristol
14  Laboratories was just kind of reorganizing to
15  Bristol-Myers Squibb Pharmaceutical, and I'm not
16  quite sure what the date of that was.
17     But I have always maintained employment
18  with Bristol-Myers Squibb since that time.
19     Q.  Okay.  So obviously you first heard the
20  term average wholesale price after July of 1979; is
21  that right?
22     A.  Yes.  That's correct.

**Page 9**

1     Q.  Can we pin it down to a decade, maybe?
2     A.  How about the early '80s?
3     Q.  And sometimes the term average wholesale
4  price is abbreviated AWP; is that correct?
5     A.  Yeah, I believe that's correct.
6     Q.  Has anyone tried to influence the
7  testimony you would be giving here today?
8     A.  No, they haven't.
9     Q.  Did you discuss with anyone the fact that
10  you would be appearing here today for your
11  deposition?
12     MR. SWEENEY:  Other than counsel?
13  BY MR. LOPEZ:
14     Q.  Yes.
15     A.  Yes, I had informed my manager that I
16  would not be working out in the field the last few
17  days.
18     Q.  And that's your manager at BMS?
19     A.  Yes.
20     Q.  What is that person's name?
21     A.  It's — her name is Sheree, S-H-E-R-E-E,
22  Paloutzian, P-A-L-O-U-T-Z-I-A-N.

Tabano, Charles        HIGHLY CONFIDENTIAL        August 23, 2006
Reno, NV

4 (Pages 10 to 13)

---

**10**

1    Q.  Where is she based?
2    A.  Out of Redding, California.
3    Q.  Other than telling her that you would be
4  appearing here today, wouldn't be in the field, did
5  you discuss anything else with her about the
6  deposition?
7    A.  No, I did not.
8    Q.  Was there anyone else besides counsel that
9  you advised that you would be appearing here today,
10  and Miss Paloutzian?
11    A.  My wife.
12    Q.  Anyone else?
13    A.  Not that I recall.
14    Q.  Did you meet with anybody to prepare for
15  today's deposition?
16    A.  Yes, I did.
17    Q.  When was that?
18    A.  Yesterday.
19    Q.  With whom did you meet?
20    A.  Mr. Zucker and Mr. Sweeney.
21    Q.  For how long?
22    A.  About, I would say five, six hours.

---

**11**

1    Q.  Where did you meet?
2    A.  In Reno, Nevada, at the law office where
3  we are right now.
4    MR. LOPEZ:  I'd like go ahead and
5  introduce the two 30(b)(6) notices now.
6    (Exhibit Tabano 001 & Exhibit Tabano
7  002 marked for identification)
8  BY MR. LOPEZ:
9    Q.  Mr. Tabano, during the course of the
10  deposition, I'll be asking the reporter to mark
11  exhibits, and once she does that, she will hand
12  those to you, and hopefully to your counsel.
13    Feel free to take your time to look
14  through any of them as I ask you the questions, and
15  if you need more time at any time, since I can't see
16  you, please do let me know.
17    A.  Okay.
18    Q.  I'd like you to go ahead and take a look
19  at Exhibit Tabano 001, which is the notice of
20  30(b)(6) depositions to defendants regarding sales
21  and marketing in Nevada.
22    Do you have that item in front of you?

---

**12**

1    A.  Yes, I do.
2    Q.  Have you ever seen this document before?
3    A.  Yes.
4    Q.  And please also take a look at Exhibit
5  Tabano 002, which is marked notice of rule 30(b)(6)
6  depositions to defendants regarding sales and
7  marketing in Montana.
8    Have you ever seen that document before?
9    A.  I don't believe I saw this one.  It looks
10  similar to the first one.  Let me look at this.
11    Okay.  I have read it.
12    Q.  When did you first see Exhibit Tabano 001?
13    A.  Today.
14    Q.  So have you done anything in response to
15  the document?
16    A.  Just read it.
17    Q.  Okay.  Were you aware of its existence
18  before today?
19    A.  No, I was not.
20    Q.  Did you search for any documents in
21  preparation for today's deposition?
22    A.  Yes, I did.

---

**13**

1    Q.  Did you locate any documents in response
2  to, or rather, in preparation for today's
3  deposition?
4    A.  No, I didn't.
5    MR. ZUCKER:  Rob, this is Jim speaking.
6    MR. LOPEZ:  Yes.
7    MR. ZUCKER:  Just to give you some
8  background on the document collection we did for Mr.
9  Tabano.
10    MR. LOPEZ:  Yes.
11    MR. ZUCKER:  We imaged, took or obtained
12  two images of Mr. Tabano's hard drive that were
13  taken at different points in time over the last year
14  and a half or so, and we searched those, the
15  documents that were found on his hard drive, and we
16  produced to you the responsive documents.
17    MR. LOPEZ:  All right, Jim.
18    And I believe we discussed this prior to
19  the deposition.  I think you indicated that any
20  documents that you found were produced to us with
21  your, I believe it was August 6th transmittal
22  letter; is that correct?

---

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

5  (Pages 14 to 17)

**14**

1        MR. ZUCKER: That's correct.
2        MR. LOPEZ: Okay.
3    BY MR. LOPEZ:
4        Q.  So, Mr. Tabano, you found nothing on your
5    own; is that correct?
6        **A.  That's correct.**
7        Q.  Did you make a search of any paper files
8    that you may have kept during your employment at BMS
9    for any responsive documents?
10       **A.  Yes, I did.**
11       Q.  And you found nothing?
12       **A.  I found nothing.**
13       Q.  Okay.  So you didn't find any materials,
14   for example, that you felt might be responsive, but
15   you held back for some reason; is that right?
16       **A.  I did not find anything that I would hold**
17   **back for any reason.**
18       Q.  Okay.  Is it your understanding that you
19   are here to testify today on behalf of BMS as to the
20   topics on the deposition notice that's been marked
21   as Exhibit Tabano 001?
22       **A.  Yes.**

**15**

1        Q.  Is it your understanding --
2        MR. SWEENEY: Well, some of the topics,
3    Rob. Some of the topics.
4    BY MR. LOPEZ:
5        Q.  All right.  Well, we'll get into that in a
6    bit more detail.
7            But at least with regard to some of the
8    topics, then, Mr. Tabano, it's your understanding
9    that you are here to testify today on behalf of BMS;
10   is that correct?
11       **A.  Yes.**
12       Q.  Same question with regard to Exhibit
13   Tabano 002.
14           Is it your understanding that you are here
15   today to testify on behalf of BMS as to at least
16   some of the topics on the deposition notice that's
17   been marked as Exhibit Tabano 002?
18       MR. SWEENEY: To the extent that he can.
19       I think that it's less likely that he will
20   be able to provide much information about Montana as
21   opposed to Nevada.
22   BY MR. LOPEZ:

**16**

1        Q.  Mr. Tabano, is that correct?
2        **A.  Yes.**
3        Q.  All right.
4        **A.  I have never worked in Montana.**
5        Q.  And you testified earlier that you
6    continue to work for BMS; is that right?
7        **A.  That's correct.**
8        Q.  So you continue to take a paycheck from
9    BMS at this point in time?
10       **A.  If they give me one, I'll take it.**
11       Q.  And is there any sort of arrangement
12   whereby you are being paid any sort of bonus or
13   extra compensation for testifying here today?
14       **A.  No.  I'm not.**
15       Q.  Did you review any documents in
16   preparation for today's deposition?
17       MR. SWEENEY: Answer that question yes or
18   no.
19       THE WITNESS: Yes.
20   BY MR. LOPEZ:
21       Q.  Did you interview anybody at BMS in
22   preparation for today's deposition?

**17**

1        **A.  No.**
2        Q.  Did you talk with anybody about any of the
3    topics on Exhibit Tabano 001 or Exhibit Tabano 002
4    at BMS in preparation for today's deposition?
5        **A.  No.**
6        MR. ZUCKER: Rob, this is Jim.  Just to
7    clarify your question.
8            By that you mean, employees of Bristol-
9    Myers Squibb as distinguished from outside counsel
10   for Bristol-Myers Squibb?
11       MR. LOPEZ: That's correct.
12   BY MR. LOPEZ:
13       Q.  Mr. Tabano, did you understand that?
14       **A.  Yes.  I said I did not talk to anybody**
15   **from Bristol-Myers Squibb.**
16       Q.  All right.  Did you do anything else to
17   prepare for today's deposition?
18       MR. SWEENEY: Object to the form.
19       You can answer.
20       MR. ZUCKER: If you understand the
21   question.
22       MR. SWEENEY: Anything else that you

Tabano, Charles     HIGHLY CONFIDENTIAL     August 23, 2006
Reno, NV

6 (Pages 18 to 21)

---

**18**

1  haven't testified to already?
2       THE WITNESS: No. I have not.
3  BY MR. LOPEZ:
4       Q. All right. Sir, let's talk briefly about
5  your educational history.
6       Did you attend college?
7       A. Yes, I did.
8       Q. Where did you attend college?
9       A. Fairleigh Dickinson University in New
10 Jersey.
11      Q. Did you graduate?
12      A. Yes, I did.
13      Q. What was your degree?
14      A. Political science.
15      Q. Is that a bachelor's degree?
16      A. Yes, it is.
17      Q. Did you do any post undergraduate work
18 anywhere?
19      A. Yes.
20      Q. Where?
21      A. At Fairleigh Dickinson University.
22      Q. Did you obtain a postgraduate degree?

---

**19**

1       A. Yes. I have a master's degree in public
2  administration.
3       Q. Any other academic work besides the two
4  degrees that you have described?
5       A. Just in relationship to being a paramedic.
6  I have, I'm a licensed paramedic, and I did go to
7  paramedic school.
8       Q. All right. So you don't have a doctorate,
9  for example, then, in anything?
10      A. No.
11      Q. All right. What is, what is your current
12 title at BMS, sir?
13      A. I'm executive territory business manager
14 in the cardiovascular specialty group.
15      Q. I want to work up to that point.
16      So what was your first job after college?
17 Why don't we say after you obtained your MA?
18      A. I worked in the city of Lodi, New Jersey,
19 as an administrative assistant to the city manager.
20      Q. What was your first job in the
21 pharmaceutical industry?
22      A. With Bristol Laboratories at Bristol-Myers

---

**20**

1  Squibb.
2       Q. And you said you began that position in
3  1979?
4       A. Yes.
5       Q. Do you recall your title back then?
6       A. Sales representative.
7       Q. What was your next position with Bristol-
8  Myers, or excuse me, Bristol Laboratories, if it was
9  still called that?
10      A. I maintained my position as a sales
11 representative with Bristol-Myers Squibb.
12      Q. So after Bristol-Myers Squibb, or excuse
13 me, Bristol Laboratories got folded into BMS, if
14 that's the correct term, you continued your
15 employment as a sales representative?
16      A. Yes.
17      Q. Let's back up a second to that first
18 position with Bristol Laboratories.
19      Do you recall what drugs you were
20 representing?
21      A. I could recall some of them. We sold many
22 products, as many as sixty products at that time.

---

**21**

1       Q. Were you a sales rep, then, for several
2  different drugs at that time?
3       A. Yes. Many drugs.
4       Q. Okay. And then you said at some point
5  Bristol Laboratories was folded into BMS, and you
6  maintained your position as a sales representative.
7       Were you representing multiple drugs at
8  that point, as well?
9       A. Yes, I have always sold more than one
10 product.
11      Q. Do you recall any of the drugs you were
12 representing as a BMS salesperson?
13      MR. SWEENEY: In what time period?
14      Remember, he has been with the company for
15 over 25 years.
16      MR. LOPEZ: During the period when Bristol
17 Laboratories was first folded into BMS.
18      MR. SWEENEY: Well, have we established
19 when that is?
20 BY MR. LOPEZ:
21      Q. Why don't you go ahead and tell me when
22 that was, if you remember?

---

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
                              Reno, NV

7  (Pages 22 to 25)

---

**22**

1    A.  I don't know exactly when the date was.
2  This company has been evolving for quite a few
3  years.
4    Q.  All right.  Well, I just want to briefly
5  get through this, so do you remember any of the
6  drugs that you were repping at that point in time?
7    A.  I don't know what that point in time was
8  exactly.
9    Q.  All right.  So how long did you remain a
10  salesperson with BMS after Bristol Laboratories was
11  folded into BMS?
12    A.  I continued to be a sales representative
13  for Bristol-Myers Squibb.
14    Q.  For how long?  In other words, you are
15  saying you still are a salesperson?
16    A.  That's what I'm saying.  July of this
17  year, I have completed 27 years of employment with
18  Bristol-Myers.
19    Q.  So you consider yourself a salesperson in
20  your current position as executive territory
21  business manager in the CV specialty group?
22    A.  Yes, that's my job.

---

**23**

1    Q.  All right.  So since you have been a
2  salesperson with the BMS entity, business entity,
3  has the list of drugs that you have represented
4  changed over time?
5    A.  Yes, it has.
6    Q.  How long have you represented the current
7  slate of drugs that you are representing, whatever
8  that slate consists of?
9    A.  Well, currently I represent four products,
10  and all with different time frames.
11    Q.  What are those four products?
12    A.  Today I sell Coumadin, I sell Plavix,
13  Avapro, and Avalide.
14    Q.  Do you recall what drugs you were
15  representing in the, say, early '90s to 1991 time
16  frame?
17    A.  Not exactly.
18    Q.  Would it have included, would the slate
19  have included any of the drugs that you were repping
20  now?
21    A.  None of those drugs were available at that
22  time.

---

**24**

1    Coumadin was, but it was still with a
2  different company, so I did not sell any of those
3  drugs at that time.
4    Q.  Looking back to the 1990s, at any point
5  during the 1990s, what drugs can you remember
6  repping during that decade?
7    A.  I have sold numerous, numerous products,
8  and I would say that if you are talking the '90s,
9  from 1990 to 1999, ten-year period, is that what you
10  are looking for?
11    Q.  Yes.
12    A.  Okay.  Try my best to remember all these
13  different products.
14      I'll try in alphabetical order, possibly,
15  and I might omit some because there have been quite
16  a few.
17      Amikin, BuSpar, Cefadyl, Cefzil, Duracef,
18  Glucophage.
19      Try to do this in alphabetical order:
20  Glucovance, Pravachol, Questran, Stadol, Plavix,
21  Serzone, Ultracef, and I can't think of any others
22  at this time.

---

**25**

1    Q.  Okay.  And several of those drugs are
2  outside the CV part of the company; is that right?
3    A.  Well, they were at that time, yes.
4    Q.  Okay.  Now looking at the current decade,
5  do you recall any other drugs that you have added to
6  that list, other than, I guess, Coumadin was not on
7  that list, nor were Avapro and Avalide?
8    A.  Right.
9    Q.  So do you recall any other drugs that you
10  repped, you know, starting in the 2000s?
11    A.  Oh, yes, I recall two other products.
12  Monopril and Corgard.
13    Q.  All right.  I want to ask you about a few
14  other drugs, and let me know if you have ever repped
15  them at any time.
16      What about Blenoxane?
17    A.  No.
18    Q.  What about carboplatin?
19    A.  No.
20    Q.  Cytoxan?
21    A.  No.
22    Q.  Etopophos?

---

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

8 (Pages 26 to 29)

---

26

1     A. No.
2     Q. You mentioned Monopril. Would that be
3  both Monopril and Monopril HPT?
4     A. That's HCTZ.
5        Yes. I have sold both of those.
6     Q. What about Rubex?
7     A. No.
8     Q. Taxol?
9     A. No.
10    Q. Tequin?
11    A. No.
12    Q. VePesid?
13    A. No.
14    Q. Videx?
15    A. No.
16    Q. How about Amphotericin B?
17    A. No.
18    Q. All right. I want to talk about your job
19  history with BMS starting in the early '90s, 1991
20  onward.
21        You've indicated that you have been a
22  sales rep the entire time, but I want to get into

---

27

1  some of the other titles you have held during that
2  period, other than executive territory business
3  manager in CV, if there have been other titles.
4        So why don't we -- why don't we try to go
5  backwards from that current title that you hold?
6        Again, just going back as far as the early
7  '90s.
8        So did you hold any other title besides
9  executive territory business manager prior to this
10  one?
11    A. Yes.
12    Q. And what was that title?
13    A. One step down would be a senior territory
14  business manager.
15    Q. And how long were you in that position?
16        Actually, what was the time period during
17  which you were in that position?
18    A. I don't know exactly.
19    Q. Do you recall when you became executive
20  territory business manager?
21    A. I'd be guessing, four years ago.
22    Q. So in approximately 2002?

---

28

1     A. That would be thereabouts. I'm not
2  exactly sure when.
3     Q. Approximately how long were you senior
4  territory business manager?
5     A. I don't know exactly how long.
6     Q. Okay. I want to try to jog your memory
7  here. Was it less than five years?
8     A. Well, it would have been, including the
9  day before I became an executive territory business
10  manager. Again it's a step process.
11        Go from --
12        MR. SWEENEY: Question is, do you recall
13  how long?
14        THE WITNESS: No, I do not recall how
15  long.
16  BY MR. LOPEZ:
17    Q. Okay. Again I'm just trying to jog your
18  memory here, sir.
19        So do you recall if it would have been for
20  a period shorter than ten years?
21    A. Yes. It would be shorter than ten years.
22    Q. Let's try to put a finer point on it.

---

29

1        Would it have been shorter than five
2  years?
3     A. That would be a guess to say yes. Between
4  ten and five years, I would guess.
5     Q. And then what position did you hold prior
6  to being senior business territory manager?
7     A. I believe that back then was just
8  territory business manager.
9     Q. Would your term as territory business
10  manager have taken us back to the early '90s?
11    A. Yes. That was just a new term for the
12  word sales representative, I believe.
13    Q. So as territory business manager, did you
14  supervise any other salespeople?
15    A. No.
16    Q. When you were territory business manager,
17  was it in any BMS specialty business group?
18    A. I don't believe we had specialty groups at
19  that time.
20    Q. When you became senior territory business
21  manager, was that in any sort of specialty group?
22    A. Yes. It is.

---

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

9  (Pages 30 to 33)

---

**30**

1    Q.   Was that the CV specialty group, as well?
2    A.   Yes.
3    Q.   And does CV stand for cardiovascular?
4    A.   Yes, it does.
5    Q.   When you became senior territory business
6  manager, did you supervise any other salespeople?
7    A.   No.
8    Q.   What's the difference between a senior
9  territory business manager and a territory business
10 manager?
11   A.   It's a salary change and a different way
12 of, it's a promotion, basically.  The job remains
13 the same.  Just a career step, career ladder step up.
14   Q.   When you were territory business manager,
15 did you train any other salespeople?
16   A.   Yes.  I have trained other sales
17 representatives or assisted in their training.
18   Q.   Is that the same answer with regard to
19 your term as senior territory business manager?
20   A.   Yes.
21   Q.   And would that be the same for your
22 current position, as well?

---

**31**

1    A.   Yes.
2    Q.   When you were senior -- excuse me.
3        Now as executive territory business
4  manager, do you supervise any other salespeople?
5    A.   I don't supervise any salespeople.
6    Q.   What's the difference between an executive
7  territory business manager and a senior territory
8  business manager?
9    A.   It's a career ladder step up, and it's,
10 there's a salary difference and an incremental
11 increase in your bonus.
12   Q.   Mr. Tabano, why don't you go ahead and put
13 Exhibit Tabano 001 in front of yourself.  Exhibit
14 Tabano 002, for that matter, as well.
15       That may help you to follow along with
16 some of my questions that I'm going to raise now.
17       MR. SWEENEY:  Okay.  He has got Exhibit A
18 of each of them in front of him.
19 BY MR. SWEENEY:
20   Q.   If you look at page 2, Mr. Tabano,
21 actually it would be page 3, of Exhibit A.
22   A.   Yes.  I'm looking at that.

---

**32**

1    Q.   All right.  So the first heading is
2  organization of sales and marketing as it relates to
3  the state of Nevada.
4        Why don't you go ahead and read that
5  preface to yourself there?  That first paragraph.
6  To the point where it says, this area of inquiry
7  includes, but is not limited to be the following.
8        Under 1 A, it says how product teams are
9  organized and structured.
10       Again, focusing on the period from 1991
11 through the present, have there been product teams
12 at BMS?
13   A.   Yes.
14       MR. SWEENEY:  Rob, Rob, you should know
15 we're not producing him to discuss any marketing
16 issues.  He's going to address sales issues only.
17       MR. LOPEZ:  And why is that?
18       MR. SWEENEY:  Because that's what we're
19 producing him for.
20       MR. LOPEZ:  So --
21       MR. SWEENEY:  We're producing somebody
22 else to talk about marketing, and Sean knows who

---

**33**

1  that is.
2        MR. LOPEZ:  Somebody in the future?
3        MR. SWEENEY:  Yes.  Aren't you aware of
4  that?
5        MR. LOPEZ:  I'm not aware of that.
6        MR. SWEENEY:  Okay.  Well --
7        MR. LOPEZ:  Why don't you hold for one
8  minute?
9        Let's take a short break, five minutes,
10 please.
11       MR. SWEENEY:  Okay.
12       (A recess was taken)
13       MR. LOPEZ:  All right.  We can go back on
14 the record.
15       Mr. Sweeney, during the break, I spoke
16 with one of my colleagues, and it's my understanding
17 now that the other individual that you have agreed
18 to produce is Mr. Ehret; is that correct?
19       MR. SWEENEY:  That's correct.
20       MR. LOPEZ:  All right.  So let's go ahead
21 and proceed, with Mr. Sweeney's proviso and mine.
22 BY MR. LOPEZ:

---

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

10 (Pages 34 to 37)

**34**

1    Q. So again, my question regards topic 1 A,
2  how product teams are organized and structured.
3       Were there sales product teams with regard
4  to individual products during your tenure at BMS
5  from 1991 through the present?
6    **A. I know there are sales product, product**
7  **sales teams, but I'm a sales representative, and I**
8  **work within a sales district, and we represent**
9  **multiple products at the same time.**
10    Q. I want to try to understand what it means,
11  then, to the extent that you know, for there to be a
12  product team.
13       Would there be a product team, for
14  example, with regard to Coumadin?
15       MR. SWEENEY: Object to the form.
16       You can answer.
17       THE WITNESS: Well, I'm familiar with how
18  my company operates, and I know every drug back at
19  the home office in New Jersey has a product team,
20  and those marketing people sell only one product at
21  a time and develop all the programs for that, and
22  sales brochures, et cetera.

**35**

1  BY MR. LOPEZ:
2    Q. Are you a member of any product teams?
3    **A. No, I'm not.**
4    Q. So with regard to these folks that are
5  back in New Jersey on these product teams, do you
6  know what the membership of the product team would
7  be?
8       And again let's just use Coumadin as an
9  example.
10       MR. SWEENEY: We're not producing him to
11  testify about marketing groups. He is here to talk
12  about sales.
13       That's Mr. Ehret that's going to talk
14  about marketing.
15  BY MR. LOPEZ:
16    Q. Mr. Tabano, I'm trying to understand here
17  whether or not there were any sales product teams.
18  That was my question to you.
19    **A. Yes, there are sales teams.**
20       MR. SWEENEY: But are they product teams?
21       THE WITNESS: Not individual product
22  teams. We sell an entire line of products based on,

**36**

1  we sell a portfolio of drugs.
2  BY MR. LOPEZ:
3    Q. So, for example, would one sales team be
4  for CV products?
5    **A. In the CV group, yes.**
6    Q. So help me to understand how this is
7  organized, then.
8       There's a CV group you just said. And
9  would there be product teams within the CV group?
10    **A. No, there's sales representatives within**
11  **the cardiovascular group that sell the portfolio of**
12  **cardiovascular products.**
13    Q. And with regard to this, the sales team,
14  then, does that have a particular name with regard
15  to the products that you rep now?
16       Is that the CV specialty group?
17    **A. Yeah, the CV specialty group has various**
18  **ladders to it, right down to the individual sales**
19  **rep.**
20    Q. Why don't you describe that ladder for me,
21  for the CV specialty group?
22    **A. Looking at the CV organizational chart,**

**37**

1  there would be a vice president of sales, national
2  sales of the cardiovascular group, and then there's
3  two areas, an area east and an area west, vice
4  president, then there are regional business heads
5  for various regions in the country.
6       And under each regional business head are
7  a district, sales districts with an individual
8  district manager which covers certain geography,
9  smaller geographies, and the district sales managers
10  manage small groups, upwards to about approximately
11  ten sales representatives, which come down to the
12  individual territory, sales territory, as I am, as a
13  sales representative in the Reno area.
14    Q. Where is your district manager located?
15    **A. My district manager lives, resides, in**
16  Redding, California. However, she manages the
17  district called the Reno/Sacramento district.
18    Q. And that was the woman whose name you
19  mentioned earlier?
20    **A. Yes.**
21    Q. In terms of your activities as a
22  salesperson, what sorts of materials, if any, in

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
                              Reno, NV

11 (Pages 38 to 41)

Page 38

1  terms of written materials, do you receive from the
2  product team for the drugs that you represent?
3      A.  Sales materials that we receive, printed
4  materials, range from brochures, which explain what
5  the products are, side effects and all the approved
6  data that the FDA allows us to show physicians, and
7  clinical studies that are approved to, by the
8  authors, to show to physicians and ancillary medical
9  people.
10         And in our sales presentations, they also
11  provide us with patient education materials with
12  regard to our drugs.
13     Q.  Anything else?
14     A.  I'd like to think about that for a second,
15  what else, what other printed materials they do give
16  us.
17         Basically sales brochures, clinical
18  studies, patient education materials is pretty much
19  it.  If I do think of any, I will tell you any more.
20     Q.  What about price lists of any sort?
21     A.  We don't really have any -- we don't use
22  price lists.

Page 39

1         One thing we do have, which I remember
2  now, that we do use are lists of formulary
3  acceptance of our particular products for various
4  managed care organizations, et cetera.
5      Q.  And do those lists of formulary acceptance
6  have any entries on them regarding price?
7      A.  No.  There are no prices.  They just
8  report the status of your product on a particular
9  formulary within a certain geography, and as to
10  whether they are available, or they are available on
11  a tier basis, tier 1, 2, or 3, any restrictions on
12  the use of that product, et cetera, within those
13  managed care organizations.
14     Q.  And just to put a finer point on it, in
15  terms of all of the written materials that you have
16  listed so far, do any of those materials contain any
17  entries for average wholesale price or AWP?
18     A.  No, they don't.
19     Q.  Do you, as an individual salesperson,
20  produce any sort of documents that you use during
21  any of your sales calls?
22     A.  Nothing other than what the company

Page 40

1  provides to me.
2      Q.  So you don't produce anything
3  independently?
4      A.  No, I do not.  That's against company
5  policy.
6      Q.  Do you ever use anything produced by any
7  of your salesperson peers during any of your sales
8  calls?
9      A.  No, I do not.
10     Q.  You referenced a moment ago the fact that
11  if you were to produce materials on your own and use
12  them during sales calls, that would be against
13  company policy.
14         Did I get that right?
15     A.  That's correct.
16     Q.  And where is that company policy recorded?
17     A.  There's a goodwill policy that has been
18  established for quite a few years, and we have a
19  code of conduct which we have to read and certify
20  compliance to, I believe it's annually.
21     Q.  And is that code of conduct written down?
22     A.  Oh, yes.

Page 41

1      Q.  Do you make sales calls in your current
2  position?
3      A.  Yes, I do.
4      Q.  Whom do you call?
5      A.  I call on physicians, midlevel
6  practitioners, which would be physicians' assistants
7  and nurse practitioners.
8         That's my primary job, and I also discuss
9  our product line with office staff nurses.
10     Q.  Do you ever make any sales calls or any
11  sorts of calls on any pharmacies?
12     A.  Occasionally if we have a product, maybe a
13  new product launch, to provide some additional
14  information, or we have a new indicated use for one
15  of our products, we may provide sales calls to
16  pharmacies.
17     Q.  And when you make sales calls to
18  pharmacies, do you take any sort of written
19  materials with you?
20     A.  We do, if it requires clinical data to be
21  distributed.
22         Every time we talk about — there's a

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

12 (Pages 42 to 45)

---

42

1  company policy every time we do discuss any of our
2  products. We have to leave full prescribing
3  information with that, the person we speak to.
4          So, yes, we will always leave behind a
5  brochure that has the full prescribing data on it,
6  side effect profile, dosing, et cetera.
7      Q.  Anything else that you can think of that
8  you would leave behind?
9      A.  Just approved materials and things that
10  the company provides us, sometimes pens and couple
11  scratch pads, and that's about it.
12          All of our brochures — and all of those
13  also have package inserts in them that explain side
14  effects and full dosing on that particular product.
15      Q.  What about any materials regarding price
16  for any of the products?
17      A.  I don't have any information. I have
18  never provided any information regarding pricing.
19          We don't typically, we don't discuss
20  prices with pharmacists. They would know the prices
21  better than I would.
22      Q.  Does that include AWP and average

---

43

1  wholesale price?
2      A.  I don't, we don't use average wholesale
3  price in our discussions with pharmacists nor
4  physicians.
5      Q.  Do you ever make any sales calls on any
6  insurers?
7      A.  No, I do not.
8      Q.  Are you familiar with the abbreviation
9  PBM?
10      A.  Yes, I am.
11      Q.  What does that stand for?
12      A.  It's a pharmacy benefit manager, I
13  believe.
14      Q.  And do you ever make any calls on any
15  PBMs?
16      A.  No, I do not. It's not part of my job
17  description.
18      Q.  Based on your experience as a BMS
19  salesperson, do you know if any other branches of
20  the sales division make calls on PBMs?
21      A.  Yes, I do.
22      Q.  And do you know whether there's a

---

44

1  particular category of employee that makes those
2  sorts of calls?
3      A.  I believe that the — there's a managed
4  care sales organization within the organization that
5  deals directly with managed care organizations, and
6  PBMs would be in that class of an organization.
7      Q.  Have you ever been a part of the managed
8  care sales organization at BMS?
9      A.  No, I haven't.
10      Q.  I want to talk a bit more about the sales
11  calls that you do make.
12          And I want to try to broaden the time
13  scope back to the early '90s, as well.
14          So to the extent you can answer the
15  question with regard to that entire time period,
16  from 1991 through the present, please try to do
17  that.
18          When you call on doctors, does the issue
19  of price for any BMS product ever come up during any
20  of your sales call?
21      A.  Yes, occasionally it does.
22      Q.  What about the issue of AWP for any of the

---

45

1  products that you represent?
2      A.  No, it doesn't.
3      Q.  And when price comes up, in what context
4  does it come up?
5      A.  Usually as a question from a physician.
6      Q.  And what question would that be?
7      A.  That sounds great, Charlie. How much does
8  this stuff cost?
9      Q.  Do you provide that information?
10      A.  No, I do not.
11      Q.  How do you respond to a question like
12  that?
13      A.  My response is typically I don't have the
14  exact pricing of that product, and my suggestion to
15  you, Doctor, is to have, to yourself or have someone
16  in your staff call a couple of the pharmacies around
17  the Reno area, and try to get an average charge,
18  what they would charge the patient. That would give
19  you a better indication as to what the drug cost.
20      Q.  And during your time at BMS from the early
21  '90s to the present, have you ever been trained by
22  anyone at BMS on how to respond to that particular

---

Tabano, Charles      HIGHLY CONFIDENTIAL      August 23, 2006
Reno, NV

13 (Pages 46 to 49)

46

1  question?
2  **A. Yes.**
3  Q. Who provided that training?
4  **A. Just sales management.**
5  Q. On more than one occasion since the early
6  '90s?
7  **A. It's a common question that comes up, and,**
8  **yes, probably more than once.**
9  Q. Has the subject or the way in which you
10  have been trained, the specifics of how you have
11  been trained, has that evolved since the 1990s or
12  the early 1990s, or has it been consistent?
13  MR. SWEENEY: Object to the form.
14  You can answer.
15  THE WITNESS: It has evolved as payment
16  for medications has evolved due to the managed care
17  and how managed care has pretty much taken the
18  entire payor market at this point.
19  BY MR. LOPEZ:
20  Q. Okay. Okay. So why don't we kind of try
21  to sort of parse that out, then.
22  What is the earliest training you can

47

1  recall having received with regard to that
2  particular question raised by a doctor, how much
3  does this product cost?
4  MR. SWEENEY: If you can recall.
5  THE WITNESS: I can't recall the exact
6  year, and again my -- the answers to this question
7  have evolved as the business has evolved.
8  Again, we do not really deal with costs
9  and -- other than formulary access is really what
10  physicians want to know.
11  Is it on X, Y, Z plan, et cetera. Is it
12  available to my patients, and that's kind of what we
13  have come down to here.
14  BY MR. LOPEZ:
15  Q. So if I understand your answer correctly,
16  then, you are indicating that in the current
17  environment, you might get a question about whether
18  a particular product is on a formulary; is that
19  correct?
20  **A. That's correct.**
21  Q. Okay. But that question might also be
22  coupled with how much does this product cost?

48

1  MR. SWEENEY: Object to the form.
2  You can answer.
3  THE WITNESS: Yeah, if -- when they talk
4  about cost, they usually want to know about a
5  patient who is uninsured, and that's where I would
6  suggest the physician's office call a bunch of
7  different pharmacies within the community, as they
8  do all have different structures that -- how they
9  decide to charge a patient for a particular drug.
10  BY MR. LOPEZ:
11  Q. And is your way of answering that question
12  now a function of training that you have received?
13  **A. Combination of training and experience.**
14  Q. Okay. Let's talk about the training.
15  What was the substance of the training
16  that helped you to be able to answer the question
17  that way?
18  MR. SWEENEY: If you can recall.
19  THE WITNESS: A foundation of a lot of the
20  training that we receive as sales representatives is
21  to provide the best, most accurate information to a
22  physician and our customers and be consistent with

49

1  that.
2  So consistent message would be, as I
3  suggest, is that they call, if you ask a physician
4  what are the three or four pharmacies that typically
5  your patients go to that call you for refills, et
6  cetera, to just use those as a starting point, and
7  that will help.
8  BY MR. LOPEZ:
9  Q. Okay. But what I'm trying to get at is
10  has anyone at BMS ever specifically trained you to
11  respond with that specific response?
12  **A. I would say sales managers have suggested**
13  **that's a good response.**
14  Q. Have you ever seen any written training
15  materials that provide you with the substance of
16  that response?
17  **A. I don't recall anything written.**
18  Q. Okay. And again, just trying to go back
19  to the early '90s, do you recall any point in time
20  from now to the early '90s during which you have
21  been given any kind of written materials that help
22  you deal with any questions about price that a

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

14  (Pages 50 to 53)

50

1  physician might raise?
2      A.  Not that I recall.
3      Q.  Notwithstanding the answer that you have
4  just given in terms of what your response normally
5  would be, do you recall any point in time at which
6  you have actually gone out and done any research in
7  response to a doctor's question about price, and
8  then turned around and provided that information
9  back to the doctor?
10      MR. SWEENEY:  Object to the form.
11      But you can answer.
12      THE WITNESS:  No.  That would be against
13  company policy to provide something to a physician
14  that wasn't provided to me through the channels of
15  sales and marketing.
16  BY MR. LOPEZ:
17      Q.  Well, let's parse that out a bit, then.
18      Is that to say, then, that there are no
19  channels, official channels, through which you could
20  go to find out pricing information for any of the
21  drugs that you have represented?
22      A.  I guess a pharmacy could find that

51

1  information out for a physician, and again that's
2  the answer I typically would give a physician is to
3  call his local pharmacists, the pharmacy that
4  provides him medications for his office, to ask that
5  question, et cetera, so it's really more up-to-date.
6      I found that providing any other answer
7  can be inaccurate, particularly with price changes
8  and increases and decreases even in short periods of
9  time.
10      So the best thing is, for the current
11  price, to call your pharmacist to find out what the
12  product cost.
13      Q.  I want to be sure I understand this last
14  series of answers, then, Mr. Tabano.
15      Is it your testimony that it would be
16  against BMS customer, or excuse me, BMS policy for
17  you to respond to a question from a doctor about
18  price by actually providing that doctor with a price
19  for a given product?
20      MR. SWEENEY:  Object to the form.
21      You can answer.
22      THE WITNESS:  Yes, because no matter what

52

1  price I gave them, it would be inaccurate in a
2  different setting.  Different pharmacies charge
3  different prices, chains versus independent
4  pharmacies, mail order pharmacies.
5      It is just too varied.  I just can't
6  provide any accurate information.
7  BY MR. LOPEZ:
8      Q.  You indicated that in addition to doctors,
9  you also called on other healthcare workers, such as
10  nurse practitioners.  You also indicated that you
11  had some sales discussions with nurses; is that
12  correct?
13      A.  Correct.
14      Q.  All right.  So is it your testimony the
15  same with regard to a nurse practitioner?
16      Let's parse that out a bit.
17      Have you ever been asked by a nurse
18  practitioner about price for any of the products
19  that you represent?
20      A.  Yes, the same, the same answer would apply
21  as to physicians.
22      Q.  And have you ever been asked by a nurse

53

1  about price for any of the products that you
2  represent?
3      A.  Yes, I have.
4      Q.  And again, you would respond by saying
5  that the nurse or someone at the doctor's office
6  ought to make some calls to the pharmacies; is that
7  right?
8      A.  Yes, usually more direct.  Usually ask the
9  nurse to call themselves at that point.  Usually
10  have no one else to tell.
11      Q.  With respect to all of the healthcare
12  professionals that you call on from doctors to
13  nurses, I just want to tie this one up, do you
14  recall from the early '90s to the present ever being
15  asked by any of them what the AWP was, average
16  wholesale price, for any product that you represent?
17      A.  No.
18      Q.  No, you don't recall ever being asked
19  that?
20      A.  I don't think I have ever been asked that
21  question by a physician or a midlevel practitioner
22  that question.

Tabano, Charles            HIGHLY CONFIDENTIAL            August 23, 2006
                                Reno, NV

54

1    Q.  And looking at your training from the
2  early '90s to the present, do you recall there ever
3  being any sort of training on what to do if a
4  healthcare professional ever asked you what the AWP
5  was for a BMS product?
6    A.  No, I don't.
7    Q.  So to the best of your recollection, that
8  subject never came up in training?
9    A.  I do not recall that.
10    MR. LOPEZ:  To the court reporter, could
11  we take a look at the document that I have numbered
12  number 13?
13        (Exhibit Tabano 003 marked for
14  identification)
15  BY MR. LOPEZ:
16    Q.  All right.  Mr. Tabano, I'll represent to
17  you that this is an item that's been produced to us
18  by BMS counsel in response to the 30(b)(6) notices
19  that you have in front of you.
20        I notice that it's dated August 4, 2006.
21  So you may never have seen this before, but I'm
22  going to ask you, have you ever seen this particular

55

1  document before?
2    A.  MR. SWEENEY:  You can answer that yes or
3  no.
4    THE WITNESS:  Yes.
5  BY MR. LOPEZ:
6    Q.  Did you play any role, did you play any
7  role in preparing this document?
8    A.  No.
9    MR. ZUCKER:  Rob, this is Jim.  Maybe I
10  can help to give you some background on this
11  document.
12    MR. LOPEZ:  Okay.
13    MR. ZUCKER:  We discussed after, in the
14  aftermath of Deb Ekborg's deposition, that we would
15  provide to you a list of the sales representatives
16  in the Montana and Nevada territories.
17        We -- I contacted someone in the HR
18  department of Bristol-Myers Squibb, and I was
19  provided with the list that you see before you.
20  BY MR. LOPEZ:
21    Q.  Thanks, Jim.
22        Mr. Tabano, let's turn to page 11, and,

56

1  again, I understand that you played no role in
2  preparing this particular document, but I just have
3  a couple questions about the entries pertaining to
4  you.
5    A.  Okay.
6    Q.  If you look at the first entry pertaining
7  to you, the first date is 1/1, 2006.
8        I am wondering if that particular date has
9  anything to do with any change in status as an
10  employee of BMS?
11    A.  No.  I don't think so.  I haven't had any
12  change in status since then.
13    Q.  What about the date, 1/1, I think it
14  should be 1999, but it says 9999.
15        Does that correspond to any change in
16  status that you recall?
17    A.  No.
18    MR. ZUCKER:  Rob, if I could interject.
19  This is Jim speaking.
20        My understanding of the 9999 date is that
21  it suggests that the assignment is current.  Has not
22  ended.

57

1    MR. LOPEZ:  Okay.
2    MR. ZUCKER:  If you look at the top of the
3  column, it reads rep ASSN and assignment end date.
4    MR. SWEENEY:  Do you think you will live
5  that long?
6    THE WITNESS:  I was planning on retiring a
7  few years earlier than that.
8    MR. ZUCKER:  Well, those plans are out.
9  BY MR. LOPEZ:
10    Q.  And then to the far right on that first
11  entry, it reads CRS terr, which I presume is an
12  abbreviation for territory.
13        Does CRS, what does CRS stand for if you
14  know?
15    A.  It's a general title for the specialty
16  sales force.  It's cardiovascular risk specialty,
17  specialty, which is synonymous with CV.
18        But we are a specialty division within
19  that, versus the primary care sales, which is PSR.
20    Q.  So you are currently a representative in
21  the CRS territory for Reno, Nevada; is that right?
22    A.  Yes.

Henderson Legal Services, Inc.
(202) 220-4158

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

16 (Pages 58 to 61)

<table>
<tr><td>

58

1    Q. All right. And then now the next line
2  under, looks like representative, association
3  effective date, is going to be my guess about what
4  the heading means.
5        There's a date of 1/1, 1994.
6        Do you recall earlier in the deposition I
7  was trying to pin down your dates of service in
8  various roles, and I'm wondering if 1/1, 1994, jogs
9  your memory with regard to any change in status, any
10 new position within the company?
11   A. I don't believe so. There have been
12 multiple reorganizations within the company, and new
13 divisions.
14       This may have been one of the new
15 divisions that started up in '94, but my job as a
16 PSR is primary care sales representative.
17   MR. SWEENEY: Rob, I haven't reviewed the
18 entire document, but I think 1/1/94 is the earliest
19 date that appears.
20       So it may be that that's the -- when the
21 source of the information from BMS starts.
22   MR. LOPEZ: Well, I see some -- okay. All

</td><td>

60

1    Q. Your mission is different from that, or is
2  there some overlap?
3    A. We have some overlap, and my mission is to
4  pretty much call on cardiovascular specialists,
5  cardiologists, cardiac surgeons, cardiovascular
6  surgeons, endocrinologists, and we do have some
7  overlap into some internists, particularly rural
8  areas, who are, who do a lot of cardiology since
9  there are no cardiologists in some of the rural
10 areas.
11   Q. Have you ever been -- well, looks like
12 according to this form, you were at some point a
13 primary care sales representative?
14   A. Yes, I have been a primary care sales
15 representative until the point that I was promoted
16 to a specialty position.
17   Q. Do you recall the approximate time period
18 during which you were a PSR salesperson?
19   A. About 25 years. 24 to 25 years. 24
20 years, I would say.
21   MR. SWEENEY: When did it end?
22   THE WITNESS: When I became a specialty

</td></tr>
<tr><td>

59

1  right. That may be.
2    MR. SWEENEY: I haven't looked at every
3  number, but that's the earliest date that I see, so
4  that's a possibility.
5  BY MR. LOPEZ:
6    Q. Okay. And then, Mr. Tabano, do you know
7  what PSR territory would mean?
8    A. Yes.
9    Q. What does that mean?
10   A. It's a primary care sales representative.
11   Q. Are you still a primary care sales
12 representative?
13   A. No. I'm a specialty sales representative.
14   Q. Okay. So are there still individuals
15 within the company who are deemed primary care sales
16 representatives?
17   A. Yes, there's a primary care sales division
18 within the CV division.
19   Q. What is the primary care sales division?
20   A. Their mission is to call on primary care
21 physicians which are family doctors and internal
22 medicine.

</td><td>

61

1  sales representative approximately three years ago.
2    MR. SWEENEY: Okay.
3  BY MR. LOPEZ:
4    Q. Okay. You know, earlier I had asked you
5  to go back to the early '90s to the extent you
6  remember with regard to the questions I had on
7  whether or not physicians ever asked you questions
8  about price with regard to any of the drugs you were
9  repping.
10       So that question, then, now that I know
11 this about you would have covered some of the time
12 that you were a PSR; is that right?
13   A. Yes.
14   Q. And your answer doesn't change, then, with
15 regard to even though at one point you were a PSR as
16 opposed to a salesperson in CRS territory; is that
17 right?
18   A. That's correct.
19   MR. LOPEZ: Let's take a five-minute
20 break.
21   MR. SWEENEY: Okay. How are we doing?
22   MR. LOPEZ: I think we're doing pretty

</td></tr>
</table>

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
                              Reno, NV

62

1   good. I think we're moving fast.
2        MR. SWEENEY: Are we going to be finished
3   before lunch, do you think?
4        MR. LOPEZ: It's a real possibility.
5        MR. SWEENEY: Okay.
6        (A recess was taken)
7   BY MR. LOPEZ:
8        Q.   All right.  Are we back on?
9        Mr. Tabano, during the sales calls that
10  you have made on healthcare professional offices
11  since the early '90s, have you ever given out any
12  samples for any drugs that you were representing?
13       A.   Yes.
14       Q.   Do you still do that today?
15       A.   Yes, I do.
16       Q.   How do you actually get those samples?
17       A.   The entire process of ordering them and
18  receiving them?
19       Q.   Yes.
20       A.   Determine a need as to the amount of
21  samples I need for a particular product.  I go on to
22  my computer, the BMS computer, find the samples

63

1   website, and I order the products as I need those,
2   and they are delivered to my home with an adult
3   signature required and within a couple hour window.
4   So they cannot leave those with a neighbor or on the
5   front porch.
6        And I enter them into my inventory at that
7   point, and then distribute them as needed and have
8   physicians sign for each unit that I provide him.
9        Q.   You indicated that the first step was to
10  determine the need as to, in terms of the number of
11  samples you need; is that right?
12       A.   Yes.
13       Q.   And how do you go about doing that?
14       A.   Well, if an item is — a product is
15  something that, if I had just looked at my current
16  inventory, and I realize I'm low on a particular
17  strength or size of a product, I try to keep —
18  we're asked to keep a minimum amount of samples on
19  hand, as we can order them on a weekly basis.
20       So I try to keep my inventory down to a
21  minimum and order them as needed.
22       Or if I anticipate an increase use of a

64

1   product, such — for example, a formulary addition
2   to a particular managed care organization within my
3   sales territory. That would, might trigger an
4   increased usage by a physician, I might order more
5   in preparation for that.
6        Q.   You said that you were asked to keep a
7   minimum amount of samples.
8        Who asks you to do that?
9        A.   Our sales administration.
10       Q.   Is that an office in New Jersey?
11       A.   Yes, Plainsborough.
12       Q.   You said that once you get these samples
13  delivered to you, you enter them into an inventory;
14  is that right?
15       A.   Yes.
16       Q.   What form does that inventory take?
17       A.   It's just a spreadsheet in my computer.
18       Q.   Is that a spreadsheet that's provided to
19  you by BMS?
20       A.   Yes.  It's part of our, it's called Call
21  Max, where we place our calls in and physicians sign
22  for samples right on our pen tablet computers, and

65

1   it automatically deducts from our standing
2   inventory.
3        Q.   Do you know if anyone besides you can see
4   the inventory that you are keeping for these
5   samples?
6        In other words, does someone at BMS also
7   have access to that inventory on a running basis?
8        A.   I'm not sure of that.
9        Q.   So other than presumably keeping a tally
10  of the number of samples that you have on hand for
11  any particular drug, did that inventory or that
12  spreadsheet that you provided to keep track of that
13  inventory have anyplace for you to enter any sort of
14  pricing information with regard to any samples?
15       MR. SWEENEY: Object to the form.
16       But you can answer that.
17       THE WITNESS: No.  There's none.
18  BY MR. LOPEZ:
19       Q.   And with regard to that spreadsheet
20  itself, are there any entries at all, whether you
21  make them or whether somebody at the company makes
22  them, that pertains to pricing for any of these

Tabano, Charles        HIGHLY CONFIDENTIAL        August 23, 2006
Reno, NV

18 (Pages 66 to 69)

---

**66**

1 samples?

2    A. No. The sample sheet has a drug, the list

3 price, the lot number, and the amount on hand, and

4 the amount I distribute. That's all.

5    Q. So it does, the sample sheet does have the

6 list price?

7    A. No. The list number.

8    Q. Oh, the list number.

9        All right. So there's nothing on the

10 inventory at all that indicates the monetary value

11 of any of these samples?

12    A. No.

13    Q. Do you ever have to do anything

14 affirmatively to see that somebody at BMS actually

15 sees the inventory that you are keeping?

16    A. Yes.

17    Q. What do you have to do?

18    A. We run a current balance, we do monthly

19 inventories, and we have an annual third-party

20 outside contractor comes in and inspects where we

21 store our samples and does a third-party inventory

22 and compares it to what Bristol-Myers says is my

---

**67**

1 inventory balance, and we have to be accurate to the

2 unit for every product that we sell.

3    Q. Do you know who at BMS receives the

4 information from that audit of your inventory?

5    A. I don't know the person in particular, but

6 there is a samples administration department within

7 Bristol-Myers sales administration, and I know I

8 have a particular person who is called a smart

9 partner which is someone who manages a particular

10 area of the country, and we can call and ask

11 questions of, in regards to sample issues.

12    Q. Who is that person for you?

13    A. I don't know who it is. I have never had

14 to talk to them, which is a good thing.

15    Q. Do you know where that person is based?

16    A. I believe they are in Plainsborough, New

17 Jersey.

18    Q. Take a look at 1 C under Exhibit Tabano

19 001.

20        That asks for the names of former and

21 current managers at all levels of the sales and

22 marketing organizations who have or had any

---

**68**

1 relationship to or responsibility for the state of

2 Nevada.

3        Focusing on sales, then, you've indicated

4 who your current supervisor is. Who is her current

5 supervisor?

6    A. Her current supervisor is the regional

7 business head for the California region called, her

8 name is Denise Woltemath, W-O-L-T-E-M-A-T-H.

9    Q. And who is the head of Ms. Woltemath in

10 the sales organization?

11    A. The west area vice president. Her name is

12 Rita Faucett. F-A-U-C-E-T-T, I believe.

13    Q. And who is above Miss Faucett in the sales

14 organization?

15    A. The vice president of sales for US, and I

16 believe that her name is Bernadette Connaughton.

17 It's C-O-N -- I'm not quite sure of the spelling of

18 her name, but --

19        MR. SWEENEY: We'll give it -- we have

20 that somewhere. We'll give it to the court

21 reporter.

22        THE WITNESS: It's Connaughton.

---

**69**

1 BY MR. LOPEZ:

2    Q. Where is Miss Faucett based?

3    A. She has an office in Plainsborough, New

4 Jersey.

5    Q. Do you know where Mrs. Connaughton is

6 based?

7    A. She may be in Princeton, which is the

8 neighboring town.

9        Bristol-Myers has a large campus. Part of

10 it is in Princeton, part of it is in Plainsborough,

11 which is, again, the neighboring town.

12    Q. And does Miss Connaughton have a superior

13 within the sales organization?

14    A. Yes.

15    Q. Who is that?

16    A. I believe her immediate supervisor is

17 Anthony Hooper.

18    Q. Do you know Mr. Hooper's title?

19    A. I'm not exactly sure, but I believe he's

20 the president or vice president of pharmaceutical

21 sales. I'm not quite sure.

22        MR. SWEENEY: US?

---

Tabano, Charles        HIGHLY CONFIDENTIAL        August 23, 2006
                              Reno, NV

19  (Pages 70 to 73)

70

1          THE WITNESS: US. Okay. US
2  pharmaceutical sales.
3  BY MR. LOPEZ:
4       Q.  And does Mr. Hooper have a superior within
5  the sales organization?
6       A.  I believe his supervisor is the CEO of
7  Bristol-Myers Squibb, Peter Dolan.
8       Q.  All right, sir.
9          So with regard to this ladder, if you
10  will, of individuals you have just named, has that
11  remained steady to the best of your knowledge since
12  the early '90s in terms of the organization, the
13  sales organization that would have responsibility
14  for Nevada?
15          MR. SWEENEY:  You are not talking about
16  the people.  You are talking about --
17          MR. LOPEZ:  The titles.  The positions.
18          THE WITNESS:  The positions have -- I
19  would say, have stayed the same.
20          Nevada has been in numerous regions, and
21  as I have been in different regions, but the
22  structure would be the same.

71

1          No matter where -- even though I stayed in
2  the same geography where I worked, my manager might
3  have been out of one city versus another.
4          And their regional manager might have been
5  out of a different city or different region, but
6  pretty much that structure stays the same as far as
7  VP down to area down to region down to district.
8  BY MR. LOPEZ:
9       Q.  And do you have any reason to believe that
10  that ladder, again in terms of titles, would be any
11  different for the coverage of the state of Montana?
12       A.  I think it's going to be the same.
13       Q.  Mr. Sweeney made a distinction a moment
14  ago between the title and the individuals holding
15  those positions.
16          Probably accurate to say that since the
17  early '90s, the folks holding those positions have
18  changed at various times?
19       A.  At numerous times, yes.
20       Q.  Okay.  And if you, for example, had some
21  reason to wonder who held one of those positions,
22  say, back in the early to mid 1990s, where would you

72

1  go within the organization to ask?
2       A.  I'm not sure.  I guess I could call human
3  resources to find out, but there have been lots and
4  lots of changes, and I really wouldn't know the
5  answer to that question.
6          I could recall to the best of my ability,
7  but I would not be able to give an accurate answer
8  without doing a significant amount of research.
9       Q.  And at this point in time, sir, do you
10  have any sort of company directory that lists the
11  individuals who hold these positions that you have
12  identified?
13       A.  I do for my region, and each regional
14  office would have that information.  For --
15       Q.  Would that include even the folks up as
16  high as vice president, sales?  You said there might
17  be a vice president or -- of pharmaceutical sales
18  for the United States.
19          Would it include those folks, as well?
20       A.  Yeah, that would be probably the only
21  common name that would be on every region list, so -
22  -

73

1       Q.  Okay.  And have these directories been
2  something that you are provided with since the early
3  '90s?
4       A.  Yes.
5       Q.  And if you had to guess, sir, if you had
6  to guess today on whom you would go to within the
7  company to get one of these directories from the mid
8  '90s, would that also probably be HR?
9          MR. SWEENEY:  Well, don't guess, but you
10  can answer the question.
11          THE WITNESS:  I really don't know if I --
12  all I can tell you is that if I needed a current
13  directory, I would contact the administrative
14  assistant in my region office, and she would email
15  me out the current list of representatives, which
16  basically has their telephone numbers, voice mail
17  numbers, fax number, things like that so we can
18  communicate amongst each other.
19  BY MR. LOPEZ:
20       Q.  And your region office is in California;
21  is that right?
22       A.  Yes.

Henderson Legal Services, Inc.
(202) 220-4158

Tabano, Charles        HIGHLY CONFIDENTIAL        August 23, 2006
Reno, NV

20 (Pages 74 to 77)

74

1    Q.  These directories that we just discussed,
2  you indicated they would have information for your
3  region.
4        Is Montana in a different region?
5    A.  The current geography, I would have to
6  look at it, an organizational chart, but it is
7  definitely not in the California region.  May be in
8  the mountain west region.
9        I can look at that.
10       MR. SWEENEY:  We have an organization
11  chart that shows it in the mountain west region.
12  BY MR. LOPEZ:
13    Q.  Okay.  So, Mr. Tabano, then, do you know,
14  based on your own experience, whether or not these
15  directories exist for other regions, as well, or is
16  that something that's peculiar to the region you are
17  in?
18    A.  I would think that they are available for
19  every region so that representatives and managers
20  can communicate with each other.
21    Q.  Okay.  We talked earlier about policies
22  with regards to questions about price.

75

1        And you mentioned that there was a code of
2  conduct.  I believe you said that was in writing; is
3  that right?
4    A.  Yes.
5    Q.  And if you lost your copy of the code of
6  conduct, where would you go within the company to
7  get another copy?
8    A.  I could probably print one out.  I believe
9  we have them on our hard drives as part of our
10  documents.
11    Q.  To the best of your recollection, has the
12  contents of the code of conduct changed any since
13  the early 1990s?
14    A.  Yes, it has.
15    Q.  Do you know if the current code of conduct
16  that governs you as a salesperson contains any
17  references to average wholesale price or AWP?
18    A.  It's a pretty extensive document.  I would
19  have to review it, but I don't know if it actually
20  says AWP.
21        We typically don't use that term, and I
22  don't really remember seeing it in my -- again, they

76

1  ask us to only use approved information from the
2  company, and since I don't receive anything
3  regarding AWP, I would think that it's probably not
4  in there.
5    Q.  Have you ever heard the term WLP before?
6    A.  No.
7    Q.  What about LP?
8    A.  With regard to music.
9    Q.  How about for, how about the term
10  wholesale list price?
11    A.  I have heard that term, yes.
12    Q.  Have you ever seen that abbreviated as
13  WLP?
14    A.  No.
15    Q.  And what about list price?  With regard to
16  any BMS drugs, have you ever heard that term?
17    A.  Oh, yes.
18    Q.  Okay.  And again focusing on your time
19  with the company since the early 1990s, have you
20  ever received any materials from the company that
21  list the wholesale list prices for any BMS drug?
22    A.  I don't recall seeing a wholesale list

77

1  price of any of the products.
2    Q.  What about any documents that contain list
3  prices for any BMS products?
4        MR. SWEENEY:  Same time period, 1991
5  forward?
6  BY MR. LOPEZ:
7    Q.  Yes.
8    A.  I may have seen those, particularly with
9  brand new products where we were asked to go to a
10  pharmacy, to have them stocked, but I don't recall
11  if there were prices on there.
12        Mostly when we do stocking of new
13  products, all we provide them is a wholesale list
14  number, not list price number, and -- as pharmacies
15  pay all different prices for particular products.
16        So I have seen price lists in the past,
17  but I don't really recall any one in particular.
18    Q.  Have you ever used any of these price
19  lists that you have seen in the course of any of
20  your sales efforts since the early '90s?
21    A.  No.
22    Q.  And when you said a moment ago, I believe

Tabano, Charles   **HIGHLY CONFIDENTIAL**   August 23, 2006
Reno, NV

21 (Pages 78 to 81)

---

78

1 you used the term wholesale number?  Not sure what
2 you meant by that.
3      A.  I didn't use the term wholesale number.
4      MR. SWEENEY:  Well, it's the --
5      THE WITNESS:  List number.
6      MR. SWEENEY:  It's the list number that
7 you give to the pharmacy.  That's what he is asking
8 about.
9      THE WITNESS:  Yes.  If we have a brand new
10 product, pharmacies, since we no longer sell
11 directly to retail pharmacies, they have, they go
12 through their particular drug wholesalers, and they
13 usually go on the computer, and they look up that
14 product with that, and there's a wholesaler number
15 next to it.
16      And if it's a brand new product, and it's
17 not in their computer at that time, we have to
18 provide them that number so that -- for each
19 individual wholesaler, so that they can enter it in
20 manually, so they can receive that product.
21 BY MR. LOPEZ:
22      Q.  I see.  So then that number doesn't denote

---

79

1 price.  That's a catalog number?
2      A.  Yes, it's a catalog.  You can use that
3 term, catalog number.
4      Q.  Okay.  And speaking of catalogs, since the
5 early '90s, have you ever received any catalog-type
6 publications from BMS with regard to any BMS drug?
7      MR. SWEENEY:  I'll object to the form.
8 That's very vague.
9      But if you understand it, you can answer
10 it.
11      THE WITNESS:  Since 1979 I have received
12 lists of all the products that Bristol-Myers has
13 under its ownership.  Yes, I have.
14      But as far as from '91, I can't really
15 recall that in the last 15 years seeing those.
16 BY MR. LOPEZ:
17      Q.  So if I understand your answer correctly,
18 then, prior to the last 15 years, or so, you did
19 receive such lists, but in the last 15 years or so,
20 you haven't?
21      A.  Yes.  As I said, earlier in our careers,
22 we used to actually go to pharmacies prior to the

---

80

1 onslaught of wholesalers, and we actually would take
2 orders for medications from pharmacies.
3      But that doesn't occur any longer.  It
4 hasn't in quite a few years, and probably since '91,
5 we haven't really taken any kind of orders, so we
6 weren't really require to have a price list or a
7 catalog of our drugs with us.
8      Q.  That was going to be my next question.
9      So do you recall approximately when it was
10 that you stopped selling to pharmacies directly?
11      A.  By the mid to the late '80s.
12      Q.  So since the early '90s, then, as part of
13 the testimony, you don't recall ever receiving any
14 lists of BMS products that contained any pricing
15 information with regard to BMS drugs?
16      A.  No.  I do not recall that.
17      Q.  A while back, you mentioned formularies in
18 your testimony.
19      How is it that you have become aware of
20 whether or not a product is on a given formulary at
21 this point in time?
22      A.  Two methods, usually.  We get a direct

---

81

1 mailer from managed care health organization
2 representatives that we have, saying that a
3 particular product is up for review, or a particular
4 drug class is up for review on a managed care
5 organization within our sales geography.
6      And then they will follow up with the
7 results of that review, whether we receive formulary
8 status, and what, at least what they call new tiers
9 the drug would attain.
10      And then a lot of times what we'll do is
11 we'll receive from Bristol-Myers approved sales
12 pieces that show within our geography the payor,
13 where the managed care organizations that have our
14 particular drugs on formulary.
15      Q.  And about how long has that particular
16 system that you have described been in place?
17      A.  Well, it has evolved over the years as
18 managed care organizations have evolved.
19      And now it's the primary method when we
20 discuss our products with physicians how we provide
21 them information as to access for their patients by
22 telling them which managed care organizations carry

---

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
                              Reno, NV

22 (Pages 82 to 85)

82

1  our products.
2      Q.  And were managed care organizations much
3  of a factor in your work as a salesperson back as
4  far as the early '90s, or is that a recent
5  phenomena?
6      A.  Again it's evolved.  There were managed
7  care organizations in the early '90s.  Not very
8  many.
9          And they were not as popular as they are
10  now. But they definitely were a part of my business
11  at that time.
12          Again, beginning of what it is now.
13      Q.  Mr. Tabano, you mentioned that sometimes
14  you will receive mailings regarding the fact that a
15  particular drug is up for review as to whether it
16  will be placed on a formulary by a given managed
17  care organization; is that right?
18      A.  Yes.
19      Q.  And do you play any role as a salesperson
20  in the process of trying to get a particular drug on
21  a particular formulary?
22      A.  Not directly.

83

1      Q.  How about indirectly?
2      A.  Yes.  By trying to increase sales of that
3  particular product. So when a managed care
4  organization looks at a drug, they want to see that,
5  number one, there's a demand to have this product on
6  their formulary.
7          So the best way to create a demand is by
8  getting physicians to prescribe it, and in that
9  sense, yes.
10      Q.  Would I be -- well, and you may or may not
11  know this -- but does somebody actually within the
12  sales organization make presentations to managed
13  care organizations to try to get a particular drug
14  on a formulary?
15          MR. SWEENEY:  Okay.  Now this is a little
16  ambiguous.
17          You have used the term sales organization,
18  and I think the witness has testified that there's a
19  managed care within BMS sales organization as
20  opposed to the sales organization as to which he is
21  a part of.
22          So I think your -- there's an ambiguity in

84

1  your question that you need to correct.
2          MR. LOPEZ:  Well, I don't know if there is
3  or not. I mean, I understand that the managed care
4  organization is part of the sales organization.
5          I wanted to --
6          MR. SWEENEY:  No.  That's not correct.
7  That is not correct.
8          The witness has testified, and it is the
9  case, that there is a separate managed care sales
10  organization within BMS; isn't that correct?
11          THE WITNESS:  Yes.
12          MR. SWEENEY:  Okay.
13  BY MR. LOPEZ:
14      Q.  Well, let's try to simplify this question,
15  then, sir.
16          Do you know if anybody within the BMS
17  organization writ large makes presentations to
18  managed care organizations?
19      A.  Yes.
20      Q.  In order to try to get a drug on a
21  formulary?
22      A.  Yes.

85

1      Q.  And have you ever participated directly in
2  any of those presentations?
3      A.  No.
4      Q.  And following up on Mr. Sweeney's remarks
5  a few moments ago, based on your experience at BMS,
6  do you know what the part of BMS is called that
7  actually makes presentations like that?
8      A.  I'm trying to think of the name of that
9  division.  I don't have an organizational chart in
10  front of me.
11          MR. SWEENEY:  I believe it's called, and
12  you can tell me whether you think this is right,
13  healthcare management.
14          THE WITNESS:  Yeah, it's HCM.  It's health
15  channeling management is what the C is for.
16          MR. SWEENEY:  You are absolutely right.
17          THE WITNESS:  Thank you for reminding me.
18          MR. SWEENEY:  Thank you for correcting me.
19  BY MR. LOPEZ:
20      Q.  And, Mr. Tabano, have you ever been a part
21  of the health channeling management organization
22  within BMS?

Tabano, Charles       HIGHLY CONFIDENTIAL       August 23, 2006
Reno, NV

23 (Pages 86 to 89)

86

1     A.  No.  I have only been a sales
2  representative with BMS.
3     Q.  If there's a head of the health channeling
4  management organization within BMS, do you happen to
5  know who that is?
6     A.  Not without looking at a current
7  organizational chart, no.
8     Q.  Do you know if this health channeling
9  management division has been in existence since the
10  early '90s?
11     A.  Maybe not in its present form, but I know
12  Bristol-Myers, as all companies, do make
13  presentations to managed care organizations in an
14  organized fashion.
15     MR. SWEENEY:  Rob, Mr. Ehret will be able
16  to address these questions.
17  BY MR. LOPEZ:
18     Q.  Okay.  All right.  Sir, I want to go
19  through a list of drugs now and ask you some
20  specific questions about sales efforts with regards
21  to each of these drugs.
22     And I'll preface that with what should be

87

1  obvious, in that to the extent that you know.
2     I want to first start out by asking you
3  whether or not the BMS sales organization ever puts
4  together sales programs to try to highlight a
5  particular drug in a particular time?
6     MR. SWEENEY:  Object to the form.
7     You can answer it if you understand what
8  he is asking.
9  BY MR. LOPEZ:
10     Q.  I'm looking, Mr. Tabano, at the issue of
11  promotion.  For example, are there ever promotions
12  concerning a particular BMS drug?
13     A.  Yes.
14     Q.  During the time that you have been at BMS,
15  but focusing specifically on the period from 1991
16  through the present, do you recall any sales
17  promotion programs regarding the drug Avapro?
18     A.  Yes.
19     Q.  And I want to preface this again.  We're
20  looking at your particular area, which would be --
21  which would include Nevada, so I'm particularly
22  interested in Nevada.

88

1     I'd also appreciate it, if you remember,
2  as you go on, to point out whether or not you have
3  any reason to believe that that program wouldn't
4  have been effective in Montana as well.
5     I mean, I know you may not know, but if it
6  springs out for some reason that it was Nevada
7  particular, I would appreciate if you would let me
8  know that, as well.
9     All right.  So with regard to Avapro, what
10  do you remember about sales promotions programs with
11  regard to that drug?
12     A.  Well, I remember when we launched the drug
13  as a brand new product.  I don't remember the exact
14  year, the exact year or date, but I remember the
15  drug being rolled out as a brand new product.
16     And I remember, as we have gotten new
17  additions to that product, had promotions where we
18  have added, got the drug with a combination of a
19  diuretic or a volume-depleting product that is used
20  in hypertension.
21     I recall when we got new indications for
22  the prevention of diabetic nephropathy with the

89

1  drug, to promote that.
2     And we do have formulary additions, for
3  the product, had specific local promotions for
4  products.
5     Q.  And with regard to these programs that you
6  have just recalled, is it typical that you will
7  receive any kind of promotional materials from BMS
8  that explain this particular promotion?
9     A.  Yes.
10     Q.  And are these materials, if you can
11  generalize, if not, let me know that, something that
12  you are free to leave with any of the customers that
13  you call on?
14     A.  Not all of them.  No.  Some are
15  specifically marked for education purposes only, for
16  our education, not to be used in sales
17  presentations.
18     Some are approved for distribution to our
19  customers, and some are just directives as to how we
20  would look at various physicians groups, and how we
21  would promote the product, which is of no interest
22  to our customers.

Henderson Legal Services, Inc.
(202) 220-4158

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
                              Reno, NV

24  (Pages 90 to 93)

90

1     Q.  And if it's possible to generalize, in
2   terms of these materials that explain the promotion,
3   or that are part of the promotion itself, are these
4   produced by the sales organization within BMS or the
5   marketing organization?
6       A.  I think marketing determines which
7   promotions and how they promote and which brochures
8   they print up, et cetera, and sales carries out the
9   task of reaching out to our customer base with the
10  clinical data.
11      Q.  With regard to Avapro promotions, since
12  the early 1990s, do you recall any such promotions -
13  -
14      A.  Just in general promotions?
15      Q.  No.
16      MR. SWEENEY:  Have you finished your
17  question?
18      MR. LOPEZ:  No, I haven't.
19      MR. SWEENEY:  Okay.  I didn't think he
20  had.
21  BY MR. LOPEZ:
22      Q.  Regarding Avapro and any promotions that

91

1   you recall having occurred since the early 1990s, do
2   you recall any materials that were given to you by
3   BMS in connection with that promotion that discuss
4   the price for Avapro?
5       A.  No.
6       Q.  I want to parse that out a bit.
7          What about the list price for Avapro?
8       A.  I don't recall ever receiving any pricing
9   information on Avapro, other than when it was a
10  brand new product, and again going to pharmacies and
11  having them stock the drug.
12         But I don't really remember if it was just
13  list prices, excuse me, list numbers or catalog
14  numbers.
15         It was quite a while ago.
16      Q.  So that would have been during the time
17  period when you were still selling directly to
18  pharmacies?
19      A.  No.
20      MR. SWEENEY:  Objection.
21      THE WITNESS:  No.
22  BY MR. LOPEZ:

92

1       Q.  That would have been more recently?
2       A.  Avapro is not that old of a drug.
3       Q.  Okay.  So I want to talk about that, then,
4   for a minute.
5          What do you recall receiving for Avapro
6   that included list prices?
7       MR. SWEENEY:  Objection.  He didn't
8   testify to that.
9          You can answer the question again.
10      THE WITNESS:  I don't recall ever
11  receiving list prices of Avapro.
12  BY MR. LOPEZ:
13      Q.  How about any pricing information with
14  regard to Avapro?
15      MR. SWEENEY:  Asked and answered.
16         But you can answer it again.
17      THE WITNESS:  I don't recall receiving any
18  prices or price information regarding Avapro.
19  BY MR. LOPEZ:
20      Q.  Okay.  I thought a moment ago you
21  testified that you would receive some sort of list
22  pricing information in connection with, I believe

93

1   you said sales to pharmacies?
2       MR. SWEENEY:  Objection.  He did not
3   testify to that.
4   BY MR. LOPEZ:
5       Q.  Was I incorrect?
6       A.  I corrected myself, and I said, excuse me,
7   list catalog or a list number.
8       Q.  So that was a distinction we made earlier
9   between list numbers versus list prices?
10      A.  Yes.  There's actually a national -- you
11  can find this.
12         There's something called an NDC number, a
13  national distribution catalog number, which every
14  product is assigned by the FDA, and all, many of the
15  wholesalers use that product and match it up with
16  their particular individual catalog, so that we can
17  provide both of those numbers, and it's the easiest
18  way to do it because of so many different layers of
19  pricing, and, et cetera, that pharmacies purchase.
20         And it's the only accurate way that we can
21  provide one piece of paper to every pharmacy which
22  will give them the most accurate way of ordering a

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

25  (Pages 94 to 97)

---

**94**

1  product.
2      If not, we would have to have hundreds of
3  different price lists for all the different
4  pharmacies in the country so --
5      Q.  All right.  So then the number we were
6  talking about, then, or you testified with regard to
7  Avapro, was an NDC number?
8      A.  Yes.
9      Q.  All right.  You mentioned these various
10  wholesalers.
11      During the course of your employment as a
12  salesperson since 1991 at BMS, did you ever use any
13  wholesaler catalogs in your presentations to
14  physicians that included pricing information for any
15  BMS drug?
16      A.  No.
17      Q.  One last question with regard to Avapro,
18  then, again parsing out the pricing question.
19      Do you ever recall any promotional
20  materials provided to you by BMS which listed the
21  AWP or average wholesale price for Avapro?
22      A.  I don't recall that.

---

**95**

1      Q.  I want to go through the same questions
2  quickly now for Blenoxane.
3      MR. SWEENEY:  He has never sold Blenoxane.
4  BY MR. LOPEZ:
5      Q.  I understand he has never sold Blenoxane.
6  I have a list in front of me based on his prior
7  testimony.
8      But, sir, I'm wondering if you recollect
9  any sales promotion dealing specifically with
10  Blenoxane during your term as a salesperson in 1991
11  through the present?
12      A.  That's an oncology product.  I didn't sell
13  that product.
14      MR. SWEENEY:  And, you know, Rob, you have
15  had lots and lots of discovery of Blenoxane, and we
16  have produced him to testify about the drugs he is
17  familiar with.
18      And you really shouldn't be asking about
19  the oncology drugs.  You have had numerous
20  depositions of sales reps for the oncology drugs,
21  plus other depositions.
22      You are just wasting our time.

---

**96**

1      MR. LOPEZ:  No, we are not wasting time.
2  30(b)(6) is broad, and we have moving quite --
3      MR. SWEENEY:  Well, we're not producing
4  him to talk about oncology drugs, and if you keep it
5  up, I will instruct him not to answer.
6      MR. ZUCKER:  Rob, this is Jim.  If I could
7  just add one thing.
8      I think if you check with Sean Matt, you
9  will see that the email correspondence that I had
10  with him was very specific in that we were providing
11  Mr. Tabano to talk about primary care drugs in the
12  Nevada case, not oncology drugs.
13      MR. SWEENEY:  Yeah.  In fact, Sean, I
14  believe, has told me that he doesn't think you need
15  any additional discovery on the oncology side.
16      MR. LOPEZ:  You know, Tom, these questions
17  can be gotten through pretty quickly.
18      If you want to instruct him not to answer,
19  that's fine, but I'm going to ask the question.
20      And the question is simply whether or not
21  you are familiar with any promotions for Blenoxane
22  since 1991.

---

**97**

1      If the answer is no, that's it.  Or if you
2  want to instruct him not to answer, that's fine,
3  too.
4      MR. SWEENEY:  Answer the question.
5      THE WITNESS:  The answer is no.
6  BY MR. LOPEZ:
7      Q.  All right.  And, sir, with regard to
8  BuSpar, are you familiar with any promotions, sales
9  promotions, that have occurred since 1991?
10      A.  Yes.
11      Q.  What do you recall about those promotions?
12      A.  I can recall some of the clinical
13  promotions of that product.  I did sell BuSpar.
14      Q.  Do you recall if any of the promotional --
15  well, first of all, do you recall ever being
16  provided with any materials, written materials, in
17  connection with any BuSpar promotions since 1991?
18      A.  Yes.
19      Q.  And do you recall if any of those
20  materials mentioned price in any way?
21      A.  Not that I recall.
22      Q.  Do you recall, putting a finer point on

---

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

26 (Pages 98 to 101)

98

1  it, if any of those materials mentioned average
2  wholesale price for BuSpar?
3      **A.  No.**
4      Q.  I understand that you haven't repped
5  Carboplatin, but I'm wondering if you are aware of
6  any Carboplatin promotions since 1991?
7      **A.  No.**
8      Q.  With regards to Cefzil, sir, are you aware
9  of any promotions that have occurred covering Nevada
10 since 1991?
11     **A.  Yes.**
12     Q.  What do you recall about the content of
13 the promotional materials, if any, that you were
14 provided?
15     **A.  I can recall quite a bit of the clinical**
16 **advantages of Cefzil in treating patients'**
17 **infections.**
18     Q.  Do you recall if any of the promotional
19 materials you were provided mentioned pricing or
20 AWP?
21     **A.  No, I don't.**
22     Q.  Do you recall any promotions occurring

99

1  with regard to Coumadin since 1991?
2      **A.  Yes.**
3      Q.  Do you recall being provided any materials
4  in connection with that promotion?
5      **A.  Yes.**
6      Q.  Do you recall if any of the materials that
7  you were provided in connection with the Coumadin
8  promotions mentioned price or AWP in any way?
9      **A.  None of the Coumadin information that I**
10 **have used, utilized, in my sales provide any**
11 **reference to price at all.**
12     Q.  Since 1991, are you aware of any
13 promotions with regard to Cytoxan?
14     **A.  No.**
15     Q.  Since 1991, are you aware of any
16 promotions with regard to the drug Etopophos?
17     **A.  No.**
18     Q.  Since 1991 are you aware of any promotions
19 with regard to the drug Glucophage?
20     **A.  Yes.**
21     Q.  Do you recall being provided any written
22 materials in connection with that promotion?

100

1      **A.  Yes.**
2      Q.  Do you recall if any of the written
3  materials you were provided mentioned price or AWP
4  in any way?
5      **A.  Not that I can recall.**
6      Q.  Since 1991, do you recall any promotions
7  regarding the drug Monopril?
8      **A.  Yes.**
9      Q.  What do you recall about the contents of
10 those promotions?
11     **A.  Clinical advantages of Monopril as to**
12 **dosing since it was once a day.**
13     Q.  Were you -- were you provided any written
14 materials by BMS in connection with any of the
15 promotions as to Monopril?
16     **A.  Yes.**
17     Q.  Do you recall if any of those materials
18 mentioned price or AWP in any way?
19     **A.  No.**
20     Q.  Can the same answers you have just given
21 pertain also to Monopril HCTZ?
22     **A.  Yes.**

101

1      Q.  Since 1991 do you recall any promotions
2  with regard to the drug Plavix?
3      **A.  Yes.**
4      Q.  Were you provided any written materials by
5  BMS in connection with any of those promotions?
6      **A.  Yes.**
7      Q.  Do you recall if any of those written
8  materials dealt with price or AWP in any way?
9      **A.  No.**
10     Q.  No, you don't recall, or, no, they didn't?
11     **A.  I did not receive anything regarding the**
12 **price of Plavix.**
13     Q.  Right.
14          Since 1991, do you recall if there have
15 been any promotions for the drug Rubex?
16     **A.  I'm not aware of Rubex.**
17     Q.  Since 1991, do you recall any promotions
18 pertaining to the drug Serzone?
19     **A.  Yes.**
20     Q.  Do you recall being provided any written
21 materials in conjunction with those promotions?
22     **A.  Yes.**

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

27  (Pages 102 to 105)

102

1       Q.   Do you recall if any of those written
2   materials dealt with price or AWP in any way?
3       A.   No, I don't recall that.
4       Q.   Since 1991, do you recall any promotions
5   with regard to the drug Taxol?
6       A.   No.
7       Q.   Since 1991, do you recall any promotions
8   with regard to the drug Tequin?
9       A.   No.
10      Q.   Since 1991, do you recall any promotions
11  with regard to the drug VePesid?
12      A.   No.
13      Q.   Since 1991, do you recall any promotions
14  with regard to the drug Videx?
15      A.   No.
16      Q.   And I believe, sir, that you said that you
17  have repped amikacin; is that right?
18      A.   Yes.
19      Q.   Since 1991, do you recall any promotions
20  with regard to that drug?
21      A.   No.
22      Q.   And finally sir, do you recall any

103

1   promotions since 1991 with regard to the drug
2   Amphotericin B?
3       A.   No.
4       MR. LOPEZ:   Take a five-minute break, and
5   we'll come back and wrap up.
6       MR. SWEENEY:   All right.
7       (A recess was taken)
8   BY MR. LOPEZ:
9       Q.   I think we can go back on the record.
10      Mr. Tabano, during the course of your
11  employment as a BMS salesperson since 1991, have you
12  ever heard the term spread used in connection with
13  the sales of any BMS products?
14      A.   I have never heard that term.
15      Q.   How about the term margin?
16      A.   No.
17      Q.   What's your understanding of the term list
18  price which we have discussed earlier?
19      A.   I think it's just a kind of -- a list
20  price is kind of like, you know, list price on a car
21  or anything else.
22      It gives you a good general idea of where

104

1   the price might be, but could either be higher or
2   lower.
3       Q.   You indicated earlier that you had heard
4   the term average wholesale price, sir, AWP, since
5   becoming employed at BMS.
6       Wondering what your understanding of that
7   term is?
8       A.   I think it's similar to, my understanding
9   and my thoughts of it was similar to the list price.
10      It's a number that's determined somewhere.
11  And it's a nationally used number, and again, it's
12  kind of like a manufacturer's suggested retail price
13  for a car.
14      It just kind of gives you an indication of
15  what ballpark you are in, but it could be higher or
16  lower, depending on a lot of factors.
17      Q.   And during your entire tenure at BMS, do
18  you ever recall being provided with any sort of
19  training or instruction by BMS on what the term AWP
20  means?
21      A.   I might have asked what it meant and was
22  answered as to average wholesale price.

105

1       MR. SWEENEY:   No.  The question was, have
2   you had any training on what average wholesale price
3   was?
4       That was the question.
5       THE WITNESS:   Yes.  I mean, I'm not really
6   sure what your question is, training is.  If I asked
7   a question, somebody answered it, what does AWP
8   mean, not specific training.
9   BY MR. LOPEZ:
10      Q.   At times during your career with BMS you
11  have received formal training provided by the
12  company on various topics; is that correct?
13      A.   Yes.
14      Q.   That's the sort of training I'm getting
15  at.
16      Have you ever received any formal training
17  by BMS that included a discussion of AWP or average
18  wholesale price?
19      A.   No.
20      Q.   Same question with regard to list price
21  for any BMS drugs.
22      A.   Not formal training, no.

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

28  (Pages 106 to 109)

---

106

1    Q.  And same -- well, I don't know whether or
2    not you have made a distinction previously, I don't
3    recall, between wholesale list price and list price.
4         I'm just going to ask you, do you recall
5    ever receiving any formal training from BMS on the
6    meaning of wholesale list price with regard to any
7    BMS drugs?
8    A.  No.
9    Q.  During the course of your employment for
10   the last 15 years or so with BMS as a salesperson,
11   have you ever had occasion to consider the
12   difference, the numerical difference, between the
13   average wholesale price for a BMS drug and the list
14   price or wholesale list price for a BMS drug?
15   A.  No.  I have never considered that.
16   Q.  During the course of your employment with
17   BMS for the last 15 years or so, have you worked
18   with any representatives from the OTN organization?
19   A.  I don't know what the OTN organization is.
20   Q.  I think the answer is probably going to be
21   no because you haven't really focused on oncology
22   drugs during the last 15 years; is that correct?

---

107

1    A.  I have never sold oncology drugs in any of
2    my career.
3    Q.  Okay.  Let's move on from that question
4    then.
5         During the last 15 years, has it always
6    been the case that salespersons were instructed not
7    to create their own materials for use during sales
8    presentations?
9    A.  Yes.
10   Q.  Have you always adhered to that rule?
11   A.  Yes.
12   Q.  Do you know personally of any salespeople
13   who, notwithstanding that rule, have created any
14   materials themselves to be used during sales
15   presentations?
16   A.  Yes.  I do know one.
17   Q.  Who is that individual?
18   A.  He was a representative in California who
19   lost his job over it.
20   Q.  What was his name?
21   A.  Give me a minute to think.
22        I'm trying to recall his name.

---

108

1         MR. SWEENEY:  Rob, why don't we go on?  If
2    he thinks of it by the end, you can ask him at the
3    end.
4    BY MR. LOPEZ:
5    Q.  Do you recall approximately when that was,
6    Mr. Tabano, that he lost his job?
7    A.  Approximately four or five years ago.
8    Q.  Do you recall what sort of materials he
9    had prepared?
10   A.  He had, from what I understand, was told
11   to us, that he had printed up an announcement that
12   one of our drugs was on a particular formulary which
13   just got accepted as a primary drug in a formulary
14   in the Sacramento area, and became impatient waiting
15   for the official documentation from that
16   organization, and made a flyer saying that, a news
17   flyer, saying that this drug was now available,
18   which was against company policy.
19   Q.  So to the best of your recollection, then,
20   based on what you heard about the circumstances
21   surrounding his termination, the materials he
22   created didn't have anything to do with price or

---

109

1    AWP?
2    A.  No, it did not.
3    Q.  Sir, could you go ahead and look at
4    Exhibit Tabano 001 again?  This time 3 E.
5         MR. SWEENEY:  Say that again.  What was
6    the -- 3 what?
7         MR. LOPEZ:  3 E.
8         MR. SWEENEY:  E as in Edward?
9    BY MR. LOPEZ:
10   Q.  Right.
11   A.  I remember that name now.
12   Q.  Oh, you do?
13   A.  Yes.
14   Q.  Okay.
15   A.  It's Dave Haakensen, H-A-A-K-E-N-S-E-N.
16   Q.  Okay.  Thank you.
17        MR. SWEENEY:  Okay.  Have you looked at 3
18   E?
19        THE WITNESS:  Uh-huh (affirmative).
20        MR. SWEENEY:  He has looked at it.
21   BY MR. LOPEZ:
22   Q.  Mr. Tabano, approximately how many

---

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

29  (Pages 110 to 113)

110

1  customers do you have today, you personally?
2      A.  I have a call list of physicians that I
3  call on currently, approximately 180 physicians that
4  I call on.
5      Q.  And those include customers and potential
6  customers?
7      A.  No, they are my customers today that I
8  call on.
9      Q.  And how is that list generated?
10     A.  Depending on the product that I'm selling
11 at that particular time, or the product -- the
12 company promotion, I'm assigned various physicians.
13         Currently I call on cardiologists, so the
14 majority of those physicians are cardiologists or in
15 the cardiovascular sales arena.
16     Q.  Who actually prepares that list?
17     A.  There's a basic foundation list that is
18 provided to me from the Bristol-Myers sales
19 organization, and I can add or delete physicians
20 locally as I see, as need requires.
21     Q.  And is that basic foundation list that you
22 mentioned transmitted to you periodically?

111

1      A.  Yes.  It's current, licensed physicians
2  within my territory who prescribe drugs within the
3  cardiovascular arena.
4      Q.  How often do you get an updated basic
5  foundation list?
6      A.  It coincides with our, quote, POA, which
7  means plan of action time period, and they are
8  usually four-month time frames where our computer
9  base gets updated.
10     Q.  Is that sent to you by email?
11     A.  It's transmitted over the line directly to
12 -- not email.
13         We have something called Call Max in our
14 computer, and that provides all the sales data, and
15 an email may come to me saying your Call Max has
16 been updated, and that's about it.
17         But it doesn't come as an attachment to
18 email.
19     Q.  And have you received these basic
20 foundation lists throughout the last 15 years, for
21 example?
22     A.  Yes.

112

1      Q.  For how long do you keep these basic
2  foundation lists?
3      A.  Until a new one is sent, and then we
4  typically disregard the last one.
5      Q.  Do you typically print these out when they
6  come to you?
7      A.  It's not necessary any longer because our
8  computers are with us every sales call we go on so
9  we have them within our database.
10     Q.  During the last 15 years, do you recall
11 ever printing any out?
12     A.  Yes.  We didn't have the portability of
13 our computers as we do now.
14     Q.  Did you happen to save any of those?
15     A.  No.  I have not.
16     Q.  And what happens if you have a current
17 physician list, but for whatever reason you would
18 want to go back to one from, say, two years ago.  Is
19 there any way to do that?
20     A.  I have never had need to do that, but
21 there may be.  I'm not quite sure if there is or
22 not.  I doubt it.

113

1      Q.  When the new foundation list comes to you
2  from the company, does it simultaneously delete the
3  one that it's replacing?
4      A.  Yes.
5      Q.  Okay.  So it takes the place of the one
6  that it's replacing?
7      A.  The current system we have, yes, it does
8  do that.  It updates the entire database.
9      Q.  And let's say it's -- for whatever reason,
10 you did need to go back, or you would like to look
11 at a list that was generated three years ago, whom
12 would you call within the company to see if that was
13 possible?
14     A.  That's something I wouldn't call within --
15 I would just call my district manager and give a
16 reason for why I would need to do that.
17         And then the district manager would have
18 to -- because we have, there's a particular chain of
19 command we have to go through.
20         We're not allowed to call the company
21 directly.  So I would call her, provide the need,
22 give her a reason for this, and then find out if