Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

30 (Pages 114 to 117)

---

**114**

1  it's definite or not. It can be done.
2      Q.  Does the physician list we have been
3  discussing reside on a company laptop; is that it?
4      A.  Yeah. It's basically my call, it's my
5  call plan, is what I do, is I get up in the morning.
6  I figure out who I am going to see and when and to
7  what frequency.
8      Q.  How often do you receive a replacement
9  laptop from the company?
10     A.  I guess it's kind of similar to any
11  person. When your technology is kind of, gets out of
12  date, and they upgrade every few years.
13     I don't recall when I received the new
14  ones we have now, and they seem to be working pretty
15  well so I would think we would have them for a few
16  more years, I would hope. I like mine.
17     MR. ZUCKER: Rob, this is Jim. I would
18  just want to interject one point of clarification.
19     Although these physician lists appear to
20  be resident on a laptop, that doesn't necessarily
21  mean that the information is stored on a laptop. It
22  could be the result of network access, for example.

---

**115**

1      And so I don't think that Mr. Tabano is
2  here as an expert on the IT technology, and it may
3  not be the case that these lists are actually
4  resident on the laptop. May or any not be.
5  BY MR. LOPEZ:
6      Q.  Thank you, Jim.
7      Mr. Tabano, do you have any reason to
8  believe that the Call Max system you have just
9  testified about is not available to folks in
10  whatever region Montana is in?
11     A.  Every sales representative for the
12  cardiovascular division has the same Call Max system
13  which has physician lists for their particular
14  territory.
15     They can't see mine. I can't see theirs.
16  But it's individual, and it's assigned to you by
17  your geography.
18     Q.  So likely that would be the case for
19  salespeople based in Montana, as well; is that
20  right?
21     A.  Yes, every place in the United States.
22     Q.  Okay. During your testimony a moment ago

---

**116**

1  you mentioned POA.
2      Is that plan of action?
3      A.  Yes.
4      Q.  Is that generated by the sales
5  organization or by the marketing organization?
6      A.  They are just periodic sales meetings that
7  occur, coincide every four months, and I believe
8  that's probably sales.
9      Q.  I see. So it's a meeting rather than a
10  document?
11     A.  Yes.
12     Q.  Mr. Tabano, how often do these POAs occur?
13     A.  They are every four months. Sales cycle,
14  basically. It's kind of a seasonal type of thing,
15  but about every four months.
16     Q.  Have POAs occurred every four months for
17  the last 15 years?
18     A.  Actually we used to have them quarterly, I
19  believe, but I think it started getting expensive,
20  from what I can tell, having meetings a lot, a lot
21  of meetings.
22     So they eliminated a lot of meetings by

---

**117**

1  doing it every four months versus quarterly.
2      Q.  But it's fair to say that periodic POAs
3  have occurred since 1991?
4      A.  Yes.
5      Q.  Who conducts these?
6      A.  Well, there's three levels. Some of the
7  meetings are, plan of action meetings, are done on a
8  district level, which is just a district manager
9  with their small team of nine to maybe ten, 11 sales
10  representatives.
11     There are regional POA meetings where the
12  regional manager conducts those with their entire
13  region. There have been area POA meetings, and there
14  have been an occasional national meeting.
15     But the biggest thing is to try to keep
16  the travel down to a minimum and keep the sales
17  representatives from traveling a lot, long distance
18  to get to these meetings.
19     Q.  So with regard to POAs at any level that
20  you have just described, during the last 15 years,
21  do you recall any presentations being made at any of
22  these POAs, with regard to pricing for any BMS drug?

---

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
                              Reno, NV

31  (Pages 118 to 121)

---

118

1    A.  No.  I don't recall any of that.
2    Q.  And to put a finer point on it, do you
3  recall any presentations dealing with AWP or average
4  wholesale price at any POA at any level over the
5  last 15 years?
6    A.  I don't understand what you mean by any
7  level.  Do you mean the national, local?
8    Q.  Yes.
9    A.  No.  Don't discuss AWP.
10    Q.  So no discussions at any of these POAs
11  about any sort of pricing advantage for any BMS drug
12  over any competitor?
13    A.  It's not that I can recall, but pretty
14  much when we do have discussions, we talk about
15  formulary advantages, particularly when it's a large
16  managed care organization which is really what we
17  look forward to now.
18    Q.  I want to ask you some quick questions
19  about the drugs that you have repped.  I'll go
20  through them quickly.
21       With regard to Avapro, during the last 15
22  years, has it been your sense that there have been

---

119

1  therapeutic competitors to Avapro?
2    A.  Yes.
3    Q.  What would those be?
4    A.  Well, historically, when Avapro came to
5  market, there was one other drug.
6       Now there are multiple medications within
7  that therapeutic class, which is called an
8  angiotensive receptor blocker, which is used in the
9  treatment of hypertension.
10    Q.  When it first came on the market, what did
11  you consider the competitor to be?
12    A.  Drug called losartan or Cozaar.
13    Q.  What is the primary competitor today?
14    A.  There's no primary.  There's five to six
15  medications out there that all have various shares
16  of the market, and usually driven by managed care
17  acceptance.
18       Do you want me to list them all?
19    Q.  Sure.
20    A.  Do this in alphabetical order, also.
21       Benicar, Diovan.  Let me see.  I can't
22  think of the fifth or sixth one.  Might come to

---

120

1  mind, but Diovan and Cozaar are two major
2  competitors at this point.
3    Q.  All right.  Same question with regard to
4  BuSpar.
5       Do you consider that to have had any
6  therapeutic competitors in the last 15 years?
7    A.  No, it's a unique class of drugs, and it
8  didn't have any competition within that class of
9  drug.
10       There were other drugs that were
11  anxiolytic or drugs used for the treatment of
12  anxiety on the market, but BuSpar is pretty unique.
13    Q.  All right.  And what about Cefzil?
14       Do you consider that to have had any
15  therapeutic competitors over the last 15 years?
16    A.  Yes.  Many.
17    Q.  How about if you give me the top two.
18    A.  Ceftin, Cipro.
19    Q.  And what about with regard to Coumadin?
20       Do you consider that to have had any
21  therapeutic competitors over the last 15 years?
22    A.  No.  There is only one warfarin.  It's

---

121

1  Coumadin, and it's available generically.
2    Q.  Do you consider Glucophage to have any
3  therapeutic competitors over the last 15 years?
4    A.  It's a unique therapeutic class of drug,
5  and there aren't any other metformin form or
6  biguanide-type drugs out there.
7       There are other drugs for treatment of
8  type two diabetes, but Glucophage is pretty unique.
9    Q.  Same question with regard to Plavix.
10    A.  There are -- is a, some competition to
11  Plavix, but nothing within that therapeutic class.
12       The major competition was aspirin, but now
13  Plavix and aspirin is pretty much standard used
14  together in combination.
15    Q.  Do you recall Serzone to have had a
16  therapeutic competitor during the last 15 years?
17    A.  Yes.
18    Q.  What would that be?
19    A.  Numerous antidepressants have hit the
20  market in the last 15 years.
21    Q.  Do you consider it to have had a primary
22  therapeutic competitor?

---

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

32 (Pages 122 to 125)

---

**122**

1    A. I am no longer in that, selling that class
2  of drugs any longer, but at the time, many drugs
3  from Prozac to Zoloft, all those drugs you see on TV
4  being advertised all the time, all the
5  antidepressants, they are big.
6        It's a big class of drugs. Everybody is
7  depressed.
8    Q. All right. Sir, and the last one, do you
9  recall, or do you have a sense during the last 15
10 years or so whether or not amikacin sulfate has had
11 a therapeutic competitor?
12   A. I have not sold amikacin recently, and I
13 know there's a lot of antibiotics, and competition
14 is usually driven in a hospital by the type of
15 bacteria that they see within that hospital.
16       Each of those antibiotics has unique
17 therapeutic profiles that hit various bacteria.
18       And in some cases there is no competition,
19 if your drug is the only one that on an antibiogram
20 shows that it's the only antibiotic that's going to
21 kill that particular bacteria in your bloodstream.
22       There are other drugs out there, for sure.

---

**123**

1        MR. LOPEZ: All right. Let's go off the
2  record for a moment.
3        (Discussion off the record)
4  BY MR. LOPEZ:
5    Q. Let's go back on the record, and we should
6  be able to wrap up here pretty quickly.
7        Mr. Tabano, off the record I had a
8  discussion with your counsel there about several
9  documents that I thought we might use during your
10 deposition.
11       It's been represented to me that you
12 likely will never obtain these documents, so I just
13 want to ask you a couple generic questions with
14 regard to them.
15   A. We don't like generics in the
16 pharmaceutical industry. That's a bad word. Don't
17 say that.
18   Q. I think you will like this kind of generic
19 as opposed to going through each one specifically.
20       Is it my understanding, sir, based on your
21 previous testimony that you have never done any
22 negotiation on behalf of BMS with any PBM?

---

**124**

1    A. No.
2    Q. Have you ever done any negotiation with a
3  company called Anthem Prescription Management on
4  behalf of BMS?
5    A. No, I haven't.
6    Q. Have you ever been present at any
7  presentations made by anyone at BMS to a company
8  called Anthem Prescription Management?
9    A. No, I haven't.
10       MR. LOPEZ: All right. To the reporter,
11 could you please mark the document that I have
12 numbered 11 as the next exhibit in series, and pass
13 that out?
14       (Exhibit Tabano 004 marked for
15 identification)
16 BY MR. LOPEZ:
17   Q. And to make the record more clear, I want
18 to indicate that the document I've been referring to
19 has a Bates numbers at the bottom, BMS, slash, AWP,
20 slash, 001512460 through 001512461.
21       Mr. Tabano, you have been handed Exhibit
22 Tabano 004 to your deposition entitled Glucophage XR

---

**125**

1  Prelaunch Program?
2    A. Yes.
3    Q. Have you ever seen this document before?
4    A. Yes.
5    Q. What is this document?
6    A. It looks like when Glucophage XR came out,
7  it's just a way to start the promotion of Glucophage
8  XR from the old plain Glucophage.
9    Q. And about a quarter of the way down the
10 page, there's a little chart, and one of the
11 headings is sales force.
12       Do you see that?
13   A. Yes.
14   Q. And underneath that are four designations,
15 for lack of a better word.
16       The first one is CSS. Do you know what
17 that means?
18   A. Yeah, that was a kind of an honorary title
19 given to sales representatives within their district
20 to be kind of the -- I would guess a point person is
21 the term they used for -- in the treatment of
22 diabetes.

---

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
                              Reno, NV

33  (Pages 126 to 129)

126

1       And usually they are the most educated on
2   diabetes, or had the most experience, and I believe
3   they were called customer solution specialists,
4   customer solution specialists.
5       Q.  And were you a CSS?
6       A.  Yes, I was.
7       Q.  And do you know what the reference to
8   groups one and seven means?
9       A.  At one point there were up to seven sales
10  groups, and basically the groups within the
11  cardiovascular/diabetes division,
12  cardiovascular/metabolics division.
13      And it basically designated the products
14  you sold based on -- and group one and group seven
15  were two of those groups that actually promoted
16  Glucophage XR.
17      Q.  Were you in either of those groups?
18      A.  Yes, I believe I was group one at that
19  time.
20      Q.  And do you know what the next entry CMRS
21  means?
22      A.  That is the cardiovascular metabolic risk

127

1   specialist.
2       Q.  Were you considered a CMRS?
3       A.  No.  That was a specialty sales position.
4   It's basically the position -- the position was
5   called, prior to what -- like, the position I have
6   now is cardiovascular risk specialist, a CRS.
7       It was called cardiovascular/metabolic
8   risk specialist in the past, and that was when we
9   had a metabolic drug which was Glucophage.  We no
10  longer have that.
11      Q.  And finally, do you know what the entry
12  HISG means?
13      A.  Yes, it's hospital institutional sales
14  group. So they sold to hospitals and nursing homes
15  and things like that.
16      Q.  Were you a member of that group?
17      A.  No.
18      Q.  Off the record, your counsel had indicated
19  that this document and perhaps the next document,
20  although he didn't say that, actually ask you that
21  in a minute, may have come from your hard drive.
22      Do you know if this particular document

128

1   did?
2       A.  That's what they tell me.
3       Q.  Okay.  And, sir, up at the very top it
4   indicates that Glucophage XR free has been extended
5   until April 30th, but it doesn't have the year.
6       Do you have any idea what year this would
7   have been?
8       A.  Geez, I would say it's probably around
9   2000 or 2001.
10      Q.  And if I understand this chart correctly,
11  is it telling me that these sales force designations
12  that we have just discussed are going to be
13  receiving a number of easels and coupons?
14      A.  Yes.
15      Q.  And what are the easels?
16      A.  You know, if you have been to a doctor's
17  office, and in the waiting room, they have, like,
18  little holders for brochures and things are there
19  for various disease states, you know.
20      Things that tell you about your
21  hypertension, your diabetes or a particular drug you
22  may be on.  And I believe that's what those are.

129

1       We had -- we give those out quite
2   frequently. Just a method of organizing our patient
3   education information, et cetera.
4       Q.  And do I understand that these easels in
5   this case were to carry the coupons that are
6   referenced?
7       A.  Yes.  That's what it looks like to me.
8       Q.  And what were these coupons for?
9       A.  It looks like, and I can't be exactly sure
10  because we had quite a few of these for every
11  product over the years, but when -- it basically was
12  probably for a free amount, maybe a week's worth or
13  two weeks or month's worth of Glucophage XR for
14  patients who are currently on Glucophage.
15      And typically these would go along with a
16  prescription from the physician so they can try the
17  newer product, which was, had some significant
18  advantages over the old product.
19      Q.  I see.
20      So if I understand correctly, then, the
21  physician would still write a prescription if he or
22  she recommended this particular formulation to the

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
                              Reno, NV

34 (Pages 130 to 133)

---

130

1  patient, and then he or she would give one of these
2  coupons to the patient to be able to get -- was it a
3  free sample?
4      A.  I think this looks like it might have been
5  a free sample, yeah.
6      Q.  Okay.  And --
7      A.  Actually not a free sample.  Samples come
8  from the physician's office.
9          This looks like free product from a
10  pharmacy, because I see there McKesson, which is a
11  big drug wholesaler, so this looks like it would
12  come from the pharmacy itself.
13     Q.  Was it your recollection that the
14  promotion was supposed to mean that there would be
15  only one coupon per patient?
16     A.  Yeah.  That's what it looks like.
17     Q.  And I noticed that it says that these
18  easels contain twenty coupons each.
19         Do you know approximately how many easels
20  with twenty coupons each would be given to a
21  particular physician?
22     A.  Well, if you had fifty of them, it looks·

---

131

1  like most of the sales reps had fifty.  Probably
2  give one to each physician.
3      Q.  And was there any sort of mechanism in
4  place in case the physician ran through those twenty
5  coupons and needed more?
6      A.  Yes, it's probably the same mechanism we
7  use for everything we provide.
8          They either call us and say, hey, we could
9  use some more of these, or when you go in for your
10  next scheduled visit, you ask them if they need
11  anything.
12         You just check the inventory, just replace
13  it.
14     Q.  Do you recall if any of these coupons
15  contained any limitation in terms of what their
16  value would be?
17     A.  Yeah.  There's always an inherent
18  limitation, either on the amount of drug or how long
19  they can -- when they can utilize the coupon.
20     Q.  Were you, as a sales representative,
21  supposed to keep track of how many total coupons you
22  disseminated?

---

132

1      A.  I don't recall that.  That would be pretty
2  difficult.  I wouldn't be able to know.  I mean, I
3  might be able to keep a running total in my --
4  somewhere, but that would be pretty difficult.
5          Mostly if you leave it out there, in a
6  doctor's office, if they use them, fine.  A lot of
7  times they don't use them, and I could probably read
8  -- give it to another doctor, if they weren't going
9  to use them.
10         But typically they will commit to the use
11  of those in the beginning, or I won't leave them in
12  the first place.
13     Q.  Were you, as a salesperson in conjunction
14  with the promotion, given any sort of instruction on
15  what the interplay was with the patient who happened
16  to be insured?
17         In other words, could that patient submit
18  one of these coupons, but still get reimbursement
19  from his or her insurer, as well?
20     A.  I would think that's something that the
21  patient would have to take up with their insurance
22  company.

---

133

1          I'm thinking they wouldn't get reimbursed
2  for something they wouldn't pay for in the first
3  place.
4      Q.  So you don't recall, for example, the
5  coupons themselves saying anything about that
6  situation?
7      A.  No, I don't.
8      Q.  Okay.
9      A.  I have to see a coupon and look at it and
10  read it.
11     Q.  And let's look at the last page.  I have a
12  last question for you.
13         It's states the extension of Glucophage XR
14  3 provides many of you with an opportunity to
15  increase your IC dollars, and then it goes on.
16         What are IC dollars?
17     A.  It's incentive compensation.  That's our
18  bonus, basically.
19     Q.  And were your IC dollars, as this puts it,
20  typically a function of how much product you sold?
21     A.  It may be how much product, but also could
22  be a share of a particular market, or if you

---

Henderson Legal Services, Inc.
(202) 220-4158

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
                              Reno, NV

134

1   increase the physician's use of that particular
2   product, yeah.
3        I'm not quite sure. Sometimes it would be
4   how much, if you switch the product from -- in this
5   case the Glucophage XR had very significant
6   improvement as far as side effects and
7   gastrointestinal side effects and things like this
8   from the old product, and really helped patients to
9   stay on it.
10       So it was a real boost to you to know that
11  patients were staying on their medications because
12  you had a lot better product.
13       So there's a lot of compensation there,
14  but I see in particular would probably increase your
15  market share or sales. Yeah.
16       MR. LOPEZ: All right. Sir, we're on the
17  home stretch. I'm going to ask the reporter now to
18  mark the final exhibit to your deposition which is
19  the document that I had numbered 12.
20       (Exhibit Tabano 005 marked for
21  identification)
22  BY MR. LOPEZ:

135

1        Q. All right. Sir, to make this clean for
2   the record, this document is Bates numbered at the
3   bottom BMS, slash, AWP, slash, 001512472 through
4   001512473.
5        This document, sir, is titled key
6   takeaway, key takeaways, excuse me, Glucophage XR
7   telephone conference 4/5/01.
8        Do you recall ever seeing this document
9   before?
10       A. Yes.
11       Q. Do you have any idea whether this is one
12  of the documents that came from your hard drive?
13       A. Is this one of the ones?
14       MR. SWEENEY: We believe it is.
15       MR. ZUCKER: I'll represent that this came
16  from Mr. Tabano's hard drive.
17  BY MR. LOPEZ:
18       Q. All right. If you look at the third
19  bullet point, it's headed spring free program.
20       Briefly what was the spring free program?
21       A. Let me read this.
22       Q. Okay.

136

1        A. Okay. I recall this now.
2        Q. Okay. So what was the spring free
3   program?
4        A. You know, there were advertisements in
5   newspapers and things like that, and we provided
6   flyers for doctors' waiting rooms, et cetera, that
7   patients could go to Glucophage.com and print out a
8   coupon themselves where they can get a free trial of
9   Glucophage XR, as long as they had a prescription
10  with their physician, so they would -- from their
11  physician.
12       So they bring the prescription for
13  Glucophage XR along with the coupon, and they would
14  get a free trial of the newer product.
15       Q. And then, sir, still within that same
16  paragraph, the third sentence reads, rather than
17  focus on lower costs, comma, sell efficacy of
18  Glucophage XR, and establish it before promoting
19  spring free.
20       A. Yes.
21       Q. Okay. To whom were you supposed to sell
22  the efficacy of Glucophage XR?

137

1        A. Well, to physicians. You are more
2   interested in, you needed to tell them how well it
3   worked as far as lower blood sugars and some of the
4   advantages that it had.
5        You know, it's no use to promote free
6   anything if they are not convinced it's going to
7   work.
8        So that's kind of what our focus always
9   is, sell the efficacy of your product.
10       Q. And then the first clause of that sentence
11  reads rather than focus on lower cost.
12       What did Glucophage have a lower cost in
13  comparison to?
14       A. Well, I don't think --
15       MR. SWEENEY: Object to the form.
16       I don't think that refers to Glucophage.
17  I think that refers to XR.
18       Is that right, Charlie?
19  BY MR. LOPEZ:
20       Q. I think that's correct. And I may have
21  left off the XR. Excuse me, if I did.
22       What was Glucophage XR lower in cost than?

Tabano, Charles         HIGHLY CONFIDENTIAL         August 23, 2006
Reno, NV

36 (Pages 138 to 141)

---

**138**

1      A.  Because it was used less times than the
2  old, the metformin, the old metformin of Glucophage
3  three or four times a day, I guess it would be of
4  less cost to managed care organizations and to
5  patients if they were that group of patients that
6  did have no insurance.
7      Q.  So in conjunction with -- well, first of
8  all, did you receive any formal training from BMS
9  with regard to any aspect of Glucophage XR?
10     A.  Yes.
11     Q.  And during the course of that training,
12 were you provided with any information that showed
13 you that in fact Glucophage XR might be less costly
14 over a given period of time than Glucophage because
15 of what you just mentioned, the dosage factor?
16     A.  I think the only, from what I can recall,
17 the only reference that was made to us regarding the
18 cost of Glucophage and Glucophage XR was the fact
19 that if patients were able to maintain and control
20 their diabetes with Glucophage, which was again a
21 new entity in the diabetes line, there was less,
22 there was less chance for them to have had a second

---

**139**

1  drug added to their, different type of drug, added
2  to their drug regimen to keep them under control,
3  which would absolutely be a cost advantage to
4  patients and to managed care organizations.
5      Q.  But what about with regard to any cost
6  differential between using Glucophage XR and
7  Glucophage?
8          MR. SWEENEY:  Object to the form.
9  BY MR. LOPEZ:
10     Q.  Were you provided with any training in
11 that regard?
12         MR. SWEENEY:  Object to the form.
13         You can answer.
14         THE WITNESS:  I don't really recall
15 directly comparing a dollar price of Glucophage to
16 Glucophage XR.
17         Again, it's a matter of, if you take, if
18 you eat three times a day or four times a day versus
19 twice, you are going to probably spend less money on
20 food.
21 BY MR. LOPEZ:
22     Q.  Okay.  And that's the context I'm talking

---

**140**

1  about, then.
2          So do I understand correctly, then, that
3  you don't recall being provided any training in that
4  regard with regard to Glucophage and Glucophage XR?
5      A.  No, other than just the generality I just
6  mentioned to you.
7      Q.  Okay.  But that was spoken of in training,
8  the generality?
9          MR. SWEENEY:  Asked and answered.
10         You can answer.
11 BY MR. LOPEZ:
12     Q.  I don't believe it was.
13     A.  It's implied that's the case.  Usually
14 once or twice a day versus three or four times a
15 day.
16     Q.  Okay.  And do you recall seeing in
17 training any kind of written materials that made any
18 kind of comparison on the basis of cost between
19 Glucophage XR and Glucophage?
20     A.  No.
21         MR. LOPEZ:  Tom, do either of you have any
22 questions?

---

**141**

1          MR. SWEENEY:  Are you done?
2          MR. LOPEZ:  I believe I am for now.
3          MR. SWEENEY:  We have no questions.
4          MR. ZUCKER:  Are you still done?
5          MR. SWEENEY:  The deposition is concluded.
6          MR. LOPEZ:  Well, now, just hold on one
7  second.
8          MR. SWEENEY:  You said you were done.
9          MR. LOPEZ:  I said for now.  But I believe
10 I am concluded.
11         I want to thank you, Mr. Tabano, for
12 attending your deposition.
13         MR. SWEENEY:  Okay.  Goodbye.
14         (Proceedings concluded at 12:34 p.m.)
15
16
17
18
19
20         _____
20         CHARLES TABANO
21
22

---

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
                                Reno, NV

37  (Pages 142 to 143)

142

```
1   STATE OF_____)
2                          ) ss.
3   COUNTY OF_____)
4
5        I,_____, a notary public
6   in and for the County of_____, State of
7   _____, do hereby certify:
8        That on the___day of_____,
9   2006, before me personally appeared CHARLES TABANO, the
10  witness whose deposition appears herein;
11       That the deposition was read to or by him;
12       That any changes in form or substance desired by
13  him were entered upon the deposition by me with a
14  statement of the reasons given by the witness for making
15  them.
16       That he thereupon signed the deposition.
17       DATED:  At_____, this
18  _____ day of_____, 2006.
19
20
21       _____
22       NOTARY PUBLIC
```

143

```
1   STATE OF NEVADA  )
                      ) ss.
2   COUNTY OF WASHOE  )
3        I, DEBORAH MIDDLETON GRECO, a notary public in
    and for the County of Washoe, State of Nevada, do hereby
3   certify:
4        That on Wednesday, August 23, 2006, at the hour
5   of 9:36 a.m. of said day, at 100 West Liberty Street,
6   10th Floor, Reno, Nevada, personally appeared CHARLES
7   TABANO, who was duly sworn by me to testify the truth,
8   the whole truth and nothing but the truth, and thereupon
9   was deposed in the matter entitled herein; that I am not
10  a relative, employee or independent contractor of counsel
11  to any of the parties, or a relative, employee or
12  independent contractor of the parties involved in the
13  proceedings, or a person financially interested in the
14  proceeding; that said deposition was taken in verbatim
15  stenotype notes by me, a Certified Court Reporter, and
16  thereafter transcribed into typewriting as herein
17  appears; that the foregoing transcript, consisting of
18  pages 1 through 118, is a full, true and correct
19  transcription of my stenotype notes of said deposition.
20       DATED:  At Reno, Nevada, this 23rd day of
    August, 2006.
20
21       _____
22       DEBORAH MIDDLETON GRECO
         CCR #113, RDR, CRR
```

Henderson Legal Services, Inc.
(202) 220-4158

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

1

| **A** | | | | |
|---|---|---|---|---|
| abbreviated 9:4 76:12 | 19:2 64:9 67:6 67:7 | 122:12 | antibiotics 122:13,16 | 111:3 |
| abbreviation 43:8 57:12 | administrative 19:19 73:13 | Amikin 24:17 | anticipate 63:22 | arrangement 16:11 |
| ability 72:6 | adult 63:2 | amount 62:20 63:18 64:7 | antidepressants 121:19 122:5 | asked 52:17,22 53:15,18,20 |
| able 6:9 15:20 48:16 72:7 86:15 123:6 130:2 132:2,3 138:19 | advantage 118:11 139:3 | 66:3,4 72:8 129:12 131:18 | anxiety 120:12 | 54:4 61:4,7 63:18 64:6 77:9 92:15 104:21 105:6 140:9 |
| | advantages 98:16 100:11 118:15 129:18 137:4 | Amphotericin 26:16 103:2 | anxiolytic 120:11 | |
| | | ancillary 38:8 | anybody 10:14 16:21 17:2,14 84:16 | |
| absolutely 85:16 139:3 | advertised 122:4 | angiotensive 119:8 | anyplace 65:13 | asking 11:10 78:7 87:2,8 95:18 |
| academic 19:3 | advertisements 136:4 | announcement 108:11 | appear 114:19 | asks 64:8 67:20 |
| acceptance 39:3 39:5 119:17 | advised 10:9 | annual 66:19 | appeared 4:6 142:9 143:6 | aspect 138:9 |
| accepted 108:13 | affirmative 109:19 | annually 40:20 | appearing 9:10 10:4,9 | aspirin 121:12 121:13 |
| access 47:9 65:7 81:21 114:22 | affirmatively 66:14 | answer 16:17 17:19 30:18 34:16 44:14 46:14 47:15 48:2,16 50:3 50:11 51:2,6 51:21 52:20 55:2 61:14 65:16 72:5,7 73:10 79:9,17 87:7 92:9,16 96:5,18 97:1,2 97:4,5 106:20 139:13 140:10 | appears 58:19 142:10 143:17 | assigned 93:14 110:12 115:16 |
| accommodate 7:13 | aftermath 55:14 | | apply 52:20 | assignment 56:21 57:3 |
| accurate 48:21 52:6 67:1 71:16 72:7 93:20,22 | ago 27:21 40:10 61:1 71:14 77:22 85:5 91:15 92:20 108:7 112:18 113:11 115:22 | | appreciate 88:1 88:7 | assistant 19:19 73:14 |
| | | | approved 38:5,7 42:9 76:1 81:11 89:18 | assistants 41:6 |
| | | | | assisted 30:17 |
| action 1:6 111:7 116:2 117:7 | agreed 33:17 | | approximate 60:17 | ASSN 57:3 |
| ACTIONS 1:9 | ahead 11:4,18 21:21 31:12 32:4 33:20 109:3 | answered 92:15 104:22 105:7 140:9 | approximately 5:18 6:4 27:22 28:3 37:10 61:1 80:9 108:5,7 109:22 110:3 130:19 | association 58:2 |
| activities 37:21 | | | | attachment 111:17 |
| add 96:7 110:19 | | | | attain 81:9 |
| added 25:5 88:18 139:1,1 | allowed 113:20 | answering 48:11 | April 128:5 | attend 18:6,8 |
| addition 52:8 64:1 | allows 38:6 | answers 47:6 51:14 100:20 | area 32:6 37:3,3 37:13 45:17 67:10 68:11 71:7 87:20 108:14 117:13 | attending 141:12 |
| additional 41:13 96:15 | alphabetical 24:14,19 119:20 | Anthem 124:3,8 | | audit 67:4 |
| additions 88:17 89:2 | ambiguity 83:22 | Anthony 69:17 | | August 1:15 4:1 13:21 54:20 143:4,20 |
| address 5:1,6 32:16 86:16 | ambiguous 83:16 | antibiogram 122:19 | areas 37:3 60:8 60:10 | authors 38:8 |
| adhered 107:10 | amikacin 102:17 122:10 | antibiotic 122:20 | arena 110:15 | automatically 65:1 |
| administration | | | | available 23:21 39:10,10 47:12 |

Tabano, Charles  HIGHLY CONFIDENTIAL  August 23, 2006
Reno, NV

2

| | | | | |
|---|---|---|---|---|
| 74:18 108:17 | 20:5,17 24:4 | **beginning** 82:12 | **Blenoxane** | **BMS/AWP/00...** |
| 115:9 121:1 | 27:6 29:7,10 | 132:11 | 25:16 95:2,3,5 | 3:14 |
| **Avalide** 23:13 | 33:13 34:18 | **behalf** 14:19 | 95:10,15 96:21 | **BMS/AWP/00...** |
| 25:7 | 35:5 44:13 | 15:9,15 123:22 | **blocker** 119:8 | 3:10 |
| **Avapro** 23:13 | 49:18 50:9 | 124:4 | **blood** 137:3 | **bonus** 16:12 |
| 25:7 87:17 | 61:5 62:8 | **believe** 9:5 12:9 | **bloodstream** | 31:11 133:18 |
| 88:9 90:11,22 | 71:22 80:17 | 13:18,21 29:7 | 122:21 | **boost** 134:10 |
| 91:4,7,9 92:2,5 | 82:3 103:5,9 | 29:12,18 40:20 | **BMS** 9:18 14:8 | **bottom** 124:19 |
| 92:11,14,18 | 112:18 113:10 | 43:13 44:3 | 14:19 15:9,15 | 135:3 |
| 94:7,17,21 | 123:5 | 58:11 67:16 | 16:6,9,21 17:4 | **branches** 43:19 |
| 118:21 119:1,4 | **background** | 68:12,16 69:16 | 19:12 20:13 | **brand** 77:9 78:9 |
| **Avenue** 2:7,18 | 13:8 55:10 | 69:19 70:6 | 21:5,12,17 | 78:16 88:13,15 |
| **average** 1:6 7:20 | **backwards** 27:5 | 71:9 75:2,8 | 22:10,11 23:2 | 91:10 |
| 8:20 9:3 80:19 | **bacteria** 122:15 | 77:22 85:11 | 26:19 29:17 | **break** 7:9,10 |
| 42:22 43:2 | 122:17,21 | 88:3 92:22 | 32:12 34:4 | 33:9,15 61:20 |
| 45:17 53:15 | **bad** 123:16 | 96:14 102:16 | 43:18 44:8,19 | 103:4 |
| 75:17 94:21 | **balance** 66:18 | 115:8 116:7,19 | 45:20,22 49:10 | **briefly** 18:4 22:4 |
| 98:1 104:4,22 | 67:1 | 126:2,18 | 51:16,16 54:5 | 135:20 |
| 105:2,17 | **ballpark** 104:15 | 128:22 135:14 | 54:18 56:10 | **bring** 136:12 |
| 106:13 118:3 | **base** 90:9 111:9 | 140:12 141:2,9 | 58:21 62:22 | **Bristol** 5:21 8:4 |
| **aware** 12:17 | **based** 10:1 | **benefit** 43:12 | 64:19 65:6 | 8:7,8,11,13 |
| 33:3,5 80:19 | 35:22 43:18 | **Benicar** 119:21 | 66:14 67:3 | 17:8 19:22 |
| 98:5,8 99:12 | 67:15 69:2,6 | **Berman** 2:6 | 76:16,21 77:3 | 20:7,8,13,18 |
| 99:15,18 | 74:14 85:5 | **Bernadette** | 79:6,6 80:14 | 21:5,16 22:10 |
| 101:16 | 95:6 108:20 | 68:16 | 80:15 83:19 | **Bristol-Myers** |
| **AWP** 9:4 39:17 | 115:19 123:20 | **best** 6:21 7:5,13 | 84:10,16 85:5 | 2:13 8:9,15,18 |
| 42:22 44:22 | 126:14 | 24:12 48:21 | 85:6,22 86:2,4 | 17:10,15 19:22 |
| 53:15 54:4 | **basic** 110:17,21 | 51:10 54:7 | 87:3,12,14 | 20:11,12 22:13 |
| 75:17,20 76:3 | 111:4,19 112:1 | 70:11 72:6 | 89:7 90:4 91:3 | 22:18 55:18 |
| 94:21 98:20 | **basically** 30:12 | 75:11 83:7 | 94:12,15,20 | 66:22 67:7 |
| 99:8 100:3,18 | 38:17 73:16 | 108:19 | 100:14 101:5 | 69:9 70:7 |
| 101:8 102:2 | 114:4 116:14 | **better** 42:21 | 103:11,13 | 79:12 81:11 |
| 104:4,19 105:7 | 126:10,13 | 45:19 125:15 | 104:5,17,19 | 86:12 110:18 |
| 105:17 109:1 | 127:4 129:11 | 134:12 | 105:10,17,21 | **broad** 96:2 |
| 118:3,9 124:19 | 133:18 | **big** 122:5,6 | 106:5,7,10,13 | **broaden** 44:12 |
| 135:3 | **basis** 39:11 | 130:11 | 106:14,17 | **brochure** 42:5 |
| **a.m** 4:2 143:5 | 63:19 65:7 | **biggest** 117:15 | 117:22 118:11 | **brochures** 34:22 |
| | 140:18 | **biguanide-type** | 123:22 124:4,7 | 38:4,17 42:12 |
| — B — | **Bates** 124:19 | 121:6 | 124:19 135:3 | 90:7 128:18 |
| **B** 3:5 26:16 | 135:2 | **bit** 15:6 44:10 | 138:8 | **bullet** 135:19 |
| 103:2 | **becoming** 104:5 | 50:17 52:16 | **BMS/AWP/00...** | **bunch** 48:6 |
| **bachelor's** 18:15 | **began** 20:2 | 91:6 98:15 | 3:12 | **business** 5:20,21 |
| **back** 14:15,17 | | | | |

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
                              Reno, NV

3

19:13 22:21
23:2 27:2,9,14
27:20 28:4,9
29:6,8,9,13,16
29:17,20 30:5
30:9,9,14,19
31:3,7,8 37:4,6
47:7 68:7
82:10
**BuSpar** 24:17
97:8,13,17
98:2 120:4,12

_____

**C**
**C** 2:1 67:18
85:15
**California** 10:2
37:16 68:7
73:20 74:7
107:18
**call** 7:9 41:4,5
44:18,20 45:16
48:6 49:3,5
51:3,11 53:9
53:12 59:20
60:4 64:20
67:10 72:2
81:8 89:13
110:2,3,4,8,13
111:13,15
112:8 113:12
113:14,15,20
113:21 114:4,5
115:8,12 131:8
**called** 4:9,17
6:10 20:9
37:17 52:9
64:20 67:8
68:7 85:6,11
93:12 111:13
119:7,12 124:3
124:8 126:3
127:5,7

**calls** 39:21 40:8
40:12 41:1,10
41:11,15,17
43:5,14,20
44:2,11 53:6
62:9 64:21
**campus** 69:9
**car** 103:20
104:13
**CARANO** 4:3
**carboplatin**
25:18 98:5,6
**cardiac** 60:5
**cardiologists**
60:5,9 110:13
110:14
**cardiology** 60:8
**cardiovascular**
19:14 30:3
36:11,12 37:2
57:16 60:4,5
110:15 111:3
115:12 126:22
127:6
**cardiovascula...**
126:11
**cardiovascula...**
127:7
**cardiovascula...**
126:12
**care** 39:4,13
44:4,5,8 46:16
46:17 57:19
58:16 59:10,11
59:15,17,19,20
60:13,14 64:2
81:1,4,13,18
81:22 82:2,7
82:17 83:3,13
83:19 84:3,9
84:18 86:13
96:11 118:16

119:16 138:4
139:4
**career** 30:13,13
31:9 105:10
107:2
**careers** 79:21
**carries** 90:8
**carry** 81:22
129:5
**case** 84:9 96:12
107:6 115:3,18
129:5 131:4
134:5 140:13
**cases** 6:6 122:18
**catalog** 79:1,2,3
80:7 91:13
93:7,13,16
**catalogs** 79:4
94:13
**catalog-type**
79:5
**category** 44:1
**cause** 4:7
**CCR** 1:22
143:22
**Cefadyl** 24:17
**Ceftin** 120:18
**Cefzil** 24:17
98:8,16 120:13
**CEO** 70:6
**certain** 37:8
39:9
**Certified** 143:15
**certify** 40:19
142:7 143:3
**cetera** 6:7 34:22
39:4,12 42:6
47:11 49:6
51:5 90:8
93:19 129:3
136:6
**chain** 113:18

**chains** 52:3
**chance** 138:22
**change** 30:11
56:9,12,15
58:9 61:14
**changed** 23:4
71:18 75:12
**changes** 51:7
72:4 142:12
**channeling**
85:15,21 86:3
86:8
**channels** 50:14
50:19,19
**charge** 45:17,18
48:9 52:2
**Charles** 1:13 3:2
4:6,9,21
141:20 142:9
143:6
**Charlie** 6:2 45:7
137:18
**chart** 36:22 74:6
74:11 85:9
86:7 125:10
128:10
**check** 96:8
131:12
**Cipro** 120:18
**circumstances**
108:20
**city** 19:18,19
71:3,5
**Civil** 1:6
**clarification**
114:18
**clarify** 17:7
**class** 44:6 81:4
119:7 120:7,8
121:4,11 122:1
122:6
**clause** 137:10

**clean** 135:1
**clear** 7:6 124:17
**clinical** 38:7,17
41:20 90:10
97:12 98:15
100:11
**CMRS** 126:20
127:2
**code** 40:19,21
75:1,5,12,15
**coincide** 116:7
**coincides** 111:6
**colleagues** 33:16
**collection** 13:8
**college** 18:6,8
19:16
**column** 57:3
**combination**
48:13 88:18
121:14
**come** 37:11
44:19 45:4
47:13 103:5
111:15,17
112:6 119:22
127:21 130:7
130:12
**comes** 45:3 46:7
66:20 113:1
**comma** 136:17
**command**
113:19
**commit** 132:10
**common** 46:7
72:21
**communicate**
73:18 74:20
**community** 48:7
**companies**
86:12
**company** 2:13
21:14 22:2

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

4

24:2 25:2
34:18 39:22
40:4,13,16
42:1,10 50:13
58:10,12 59:15
65:21 72:10
73:7 75:6 76:2
76:19,20
105:12 108:18
110:12 113:2
113:12,20
114:3,9 124:3
124:7 132:22
**compares** 66:22
**comparing**
139:15
**comparison**
137:13 140:18
**compensation**
16:13 133:17
134:13
**competition**
120:8 121:10
121:12 122:13
122:18
**competitor**
118:12 119:11
119:13 121:16
121:22 122:11
**competitors**
119:1 120:2,6
120:15,21
121:3
**completed** 22:17
**compliance**
40:20
**computer** 62:22
62:22 64:17
78:13,17 111:8
111:14
**computers**
64:22 112:8,13

**concerning**
87:12
**concluded** 141:5
141:10,14
**conduct** 40:19
40:21 75:2,6
75:12,15
**conducts** 117:5
117:12
**conference**
135:7
**conjunction**
101:21 132:13
138:7
**Connaughton**
68:16,22 69:5
69:12
**connection** 91:3
92:22 97:17
99:4,7,22
100:14 101:5
103:12
**consider** 22:19
106:11 119:11
120:5,14,20
121:2,21
**considered**
106:15 127:2
**consistent** 46:12
48:22 49:2
**consisting**
143:17
**consists** 23:8
**contact** 73:13
**contacted** 55:17
**contain** 39:16
77:2 130:18
**contained** 80:14
131:15
**contains** 75:16
**content** 98:12
**contents** 75:12

100:9
**context** 45:3
139:22
**continue** 16:6,8
**continued** 20:14
22:12
**contractor**
66:20 143:10
143:12
**control** 138:19
139:2
**convinced** 137:6
**copy** 75:5,7
**Corgard** 25:12
**correct** 5:13
8:22 9:4,5
13:22 14:1,5,6
15:10 16:1,7
17:11 20:14
33:18,19 40:15
47:19,20 52:12
52:13 61:18
84:1,6,7,10
105:12 106:22
137:20 143:18
**corrected** 93:6
**correcting** 85:18
**correctly** 47:15
79:17 128:10
129:20 140:2
**correspond**
56:15
**correspondence**
96:9
**cost** 45:8,19
47:3,22 48:4
51:12 137:11
137:12,22
138:4,18 139:3
139:5 140:18
**costly** 138:13
**costs** 47:8

136:17
**Coumadin**
23:12 24:1
25:6 34:14
35:8 99:1,7,9
120:19 121:1
**counsel** 5:8 9:12
10:8 11:12
17:9 54:18
123:8 127:18
143:10
**country** 37:5
67:10 94:4
**County** 142:3,6
143:2,3
**couple** 42:10
45:16 56:3
63:3 123:13
**coupled** 47:22
**coupon** 130:15
131:19 133:9
136:8,13
**coupons** 128:13
129:5,8 130:2
130:18,20
131:5,14,21
132:18 133:5
**course** 6:13 11:9
77:19 94:11
103:10 106:9
106:16 138:11
**court** 1:1 7:18
54:10 68:20
143:15
**coverage** 71:11
**covered** 61:11
**covering** 98:9
**covers** 37:8
**Cozaar** 119:12
120:1
**create** 83:7
107:7

**created** 107:13
108:22
**Creek** 5:2
**criminal** 6:6
**CRR** 1:22
143:22
**CRS** 57:11,13
57:13,21 61:16
127:6
**CSS** 125:16
126:5
**current** 4:22
19:11 22:20
23:6 25:4 27:5
30:22 41:1
47:16 51:10
56:21 63:15
66:18 67:21
68:4,4,6 73:12
73:15 74:5
75:15 86:6
111:1 112:16
113:7
**currently** 23:9
57:20 110:3,13
129:14
**customer** 51:16
90:9 126:3,4
**customers** 48:22
89:12,19,22
110:1,5,6,7
**CV** 22:21 25:2
27:3 30:1,3
36:4,5,8,9,16
36:17,21,22
57:17 59:18
**cycle** 116:13
**Cytoxan** 25:20
99:13
**C-O-N** 68:17

**D**

**D** 3:1

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

5

**data** 38:6 41:20
42:5 90:10
111:14
**database** 112:9
113:8
**date** 8:16 22:1
56:7,8,13,20
57:3 58:3,5,19
59:3 88:14
114:12
**dated** 54:20
142:17 143:20
**dates** 58:7
**Dave** 109:15
**day** 4:2 28:9
100:12 138:3
139:18,18
140:14,15
142:8,18 143:5
143:20
**days** 9:17
**deal** 47:8 49:22
**dealing** 95:9
118:3
**deals** 44:5
**dealt** 101:8
102:2
**Deb** 55:14
**DEBORAH**
1:21 4:5 143:3
143:21
**decade** 9:1 24:6
25:4
**decide** 48:9
**decreases** 51:8
**deducts** 65:1
**deemed** 59:15
**defendants**
11:20 12:6
**definite** 114:1
**definitely** 74:7
82:10

**degree** 18:13,15
18:22 19:1
**degrees** 19:4
**delete** 110:19
113:2
**delivered** 63:2
64:13
**demand** 83:5,7
**Denise** 68:8
**denote** 78:22
**department**
55:18 67:6
**depending**
104:16 110:10
**deposed** 5:15
143:9
**deposition** 1:12
9:11 10:6,15
11:10 12:21
13:3,19 14:20
15:16 16:16,22
17:4,17 55:14
58:6 123:10
124:22 134:18
141:5,12
142:10,11,13
142:16 143:14
143:19
**depositions** 6:12
11:20 12:6
95:20,21
**depressed** 122:7
**describe** 36:20
**described** 19:4
81:16 117:20
**description** 3:6
43:17
**designated**
126:13
**designations**
125:14 128:11
**desired** 142:12

**detail** 15:6
**determine** 62:20
63:10
**determined**
104:10
**determines** 90:6
**develop** 34:21
**diabetes** 121:8
125:22 126:2
128:21 138:20
138:21
**diabetic** 88:22
**Dickinson** 18:9
18:21
**difference** 30:8
31:6,10 106:12
106:12
**different** 13:13
21:2 23:10
24:2,13 30:11
48:7,8 52:2,2,3
60:1 70:21
71:5,5,11 74:4
77:15 93:18
94:3,3 139:1
**differential**
139:6
**difficult** 132:2,4
**Diovan** 119:21
120:1
**direct** 53:8
80:22
**directives** 89:19
**directly** 44:5
78:11 80:10
82:22 85:1
91:17 111:11
113:21 139:15
**directories** 73:1
73:7 74:1,15
**directory** 72:10
73:13

**discovery** 95:15
96:15
**discuss** 9:9 10:5
32:15 41:8
42:1,19 81:20
91:3 118:9
**discussed** 13:18
55:13 74:1
103:18 128:12
**discussing** 114:3
**discussion**
105:17 123:3,8
**discussions** 43:3
52:11 118:10
118:14
**disease** 128:19
**disregard** 112:4
**disseminated**
131:22
**distance** 117:17
**distinction**
71:13 93:8
106:2
**distinguished**
17:9
**distribute** 63:7
66:4
**distributed**
41:21
**distribution**
89:18 93:13
**district** 1:1,2
34:8 37:7,8,9
37:14,15,17,17
71:7 113:15,17
117:8,8 125:19
**districts** 37:7
**diuretic** 88:19
**division** 8:9
43:20 57:18
59:17,18,19
85:9 86:9

115:12 126:11
126:12
**divisions** 58:13
58:15
**doctor** 45:15
47:2 50:9
51:17,18 132:8
**doctorate** 19:8
**doctors** 44:18
52:8 53:12
59:21 136:6
**doctor's** 50:7
53:5 128:16
132:6
**document** 1:8
12:2,8,15 13:8
54:11 55:1,7
55:11 56:2
58:18 75:18
116:10 124:11
124:18 125:3,5
127:19,19,22
134:19 135:2,5
135:8
**documentation**
108:15
**documents**
12:20 13:1,15
13:16,20 14:9
16:15 39:20
75:10 77:2
123:9,12
135:12
**doing** 61:21,22
63:13 72:8
117:1
**Dolan** 70:7
**dollar** 139:15
**dollars** 133:15
133:16,19
**DONALD** 4:3
**dosage** 138:15

Henderson Legal Services, Inc.
(202) 220-4158

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

6

dosing 42:6,14
  100:12
doubt 112:22
drive 5:2 13:12
  13:15 127:21
  135:12,16
driven 119:16
  122:14
drives 75:9
drug 34:18
  45:19 48:9
  65:11 66:2
  76:21 78:12
  79:6 81:4,9
  82:15,20 83:4
  83:13 84:20
  87:5,12,17
  88:11,12,15,18
  89:1 91:11
  92:2 94:15
  99:16,19 100:7
  101:2,15,18
  102:5,8,11,14
  102:20 103:1
  106:13,14
  108:13,17
  117:22 118:11
  119:5,12 120:9
  121:4 122:19
  127:9 128:21
  130:11 131:18
  139:1,1,2
drugs 20:19
  21:2,3,7,11
  22:6 23:3,7,14
  23:19,21 24:3
  24:5 25:1,5,9
  25:14 36:1
  38:2,12 50:21
  61:8 62:12
  76:16 80:7,15
  81:14 86:19,21

95:16,19,20
96:4,11,12
105:21 106:7
106:22 107:1
108:12 111:2
118:19 120:7
120:10,11
121:6,7 122:2
122:2,3,6,22
due 46:16
duly 4:6,10
  143:7
Duracef 24:17
—————————
E
E 2:1,1 3:1,5
  109:4,7,8,18
earlier 16:5
  37:19 57:7
  58:6 61:4
  74:21 79:21
  93:8 103:18
  104:3
earliest 46:22
  58:18 59:3
early 9:2 23:15
  26:19 27:6
  29:10 44:13
  45:20 46:5,12
  49:19,20 53:14
  54:2 61:5
  62:11 70:12
  71:17,22 73:2
  75:13 76:19
  77:20 79:5
  80:12 82:4,7
  86:10 90:12
  91:1
easels 128:13,15
  129:4 130:18
  130:19
easiest 93:17
east 37:3

eat 139:18
educated 126:1
education 38:11
  38:18 89:15,16
  129:3
educational
  18:5
Edward 109:8
effect 42:6
effective 58:3
  88:4
effects 38:5
  42:14 134:6,7
efficacy 136:17
  136:22 137:9
efforts 77:20
  86:20
Ehret 33:18
  35:13 86:15
eight 5:18,19
either 104:1
  126:17 131:8
  131:18 140:21
Ekborg's 55:14
eliminated
  116:22
email 73:14 96:9
  111:10,12,15
  111:18
employed 104:5
employee 44:1
  56:10 143:10
  143:11
employees 17:8
employment
  6:13 8:17 14:8
  20:15 22:17
  94:11 103:11
  106:9,16
ended 56:22
endocrinologi...
  60:6

enter 63:6 64:13
  65:13 78:19
entered 142:13
entire 26:22
  35:22 44:15
  46:18 58:18
  62:17 104:17
  113:8 117:12
entitled 124:22
  143:9
entity 23:2,2
  138:21
entries 39:6,17
  56:3 65:20
entry 56:6 57:11
  126:20 127:11
environment
  47:17
Esq 2:5,15,16
establish 136:18
established
  21:18 40:18
et 6:6 34:22 39:4
  39:12 42:6
  47:11 49:5
  51:5 90:8
  93:19 129:3
  136:6
Etopophos
  25:22 99:16
Everybody
  122:6
evolved 46:11
  46:15,16 47:7
  47:7 81:17,18
  82:6
evolving 22:2
exact 45:14 47:5
  88:13,14
exactly 7:22
  22:1,8 23:17
  27:18 28:2,5

69:19 129:9
EXAMINATI...
  3:3 4:11
examined 4:7
example 14:14
  19:9 34:14
  35:9 36:3 64:1
  71:20 87:11
  111:21 114:22
  133:4
excuse 20:8,12
  31:2 51:16
  91:13 93:6
  135:6 137:21
executive 19:13
  22:20 27:2,9
  27:19 28:9
  31:3,6
exhibit 3:7,8,9
  3:11,13 11:6,6
  11:19 12:4,12
  14:21 15:12,17
  17:3,3 31:13
  31:13,17,21
  54:13 67:18
  109:4 124:12
  124:14,21
  134:18,20
exhibits 11:11
exist 74:15
existence 12:17
  86:9
expensive
  116:19
experience
  43:18 48:13
  74:14 85:5
  126:2
expert 115:2
explain 6:1 38:4
  42:13 89:8
  90:2

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
                              Reno, NV

7

extended 128:4
extension
   133:13
extensive 75:18
extent 15:18
   34:11 44:14
   61:5 87:1
extra 16:13

**F**

F 2:5
fact 9:9 40:10
   82:14 96:13
   138:13,18
factor 82:3
   138:15
factors 104:16
fair 117:2
Fairleigh 18:9
   18:21
familiar 34:17
   43:8 95:17
   96:21 97:8
family 59:21
far 27:6 39:16
   57:10 71:6
   79:14 82:4
   134:6 137:3
fashion 86:14
fast 62:1
Faucett 68:12
   68:13 69:2
fax 73:17
FDA 38:6 93:14
Feel 11:13
felt 14:14
field 9:16 10:4
fifth 2:7 119:22
fifty 130:22
   131:1
figure 114:6
files 14:7
final 134:18

finally 102:22
   127:11
financially
   143:13
find 14:13,16
   50:20,22 51:11
   62:22 72:3
   93:11 113:22
fine 96:19 97:2
   132:6
finer 28:22
   39:14 97:22
   118:2
finish 6:22
finished 62:2
   90:16
first 4:6 6:18
   7:20 8:2,19
   12:10,12 19:16
   19:20 20:17
   21:17 32:1,5
   56:6,7 57:10
   63:9 87:2
   97:15 119:10
   125:16 132:12
   133:2 137:10
   138:7
five 10:22 28:7
   29:1,4 33:9
   108:7 119:14
five-minute
   61:19 103:4
Floor 4:4 143:6
flyer 108:16,17
flyers 136:6
focus 136:17
   137:8,11
focused 106:21
focusing 32:10
   68:3 76:18
   87:15
folded 20:13

   21:5,17 22:11
folks 35:4 71:17
   72:15,19 115:9
follow 31:15
   81:6
following 32:7
   85:4
follows 4:10
food 139:20
force 57:16
   125:11 128:11
foregoing
   143:17
form 17:18
   34:15 46:13
   48:1 50:10
   51:20 60:12
   64:16 65:15
   79:7 86:11
   87:6 121:5
   137:15 139:8
   139:12 142:12
formal 105:11
   105:16,22
   106:5 138:8
former 67:20
formularies
   80:17
formulary 39:2
   39:5,9 47:9,18
   64:1 80:20
   81:7,14 82:16
   82:21 83:6,14
   84:21 89:2
   108:12,13
   118:15
formulation
   129:22
forward 77:5
   118:17
found 13:15,20
   14:4,11,12

51:6
foundation
   48:19 110:17
   110:21 111:5
   111:20 112:2
   113:1
four 23:9,11
   27:21 49:4
   108:7 116:7,13
   116:15,16
   117:1 125:14
   138:3 139:18
   140:14
four-month
   111:8
frame 23:16
frames 23:10
   111:8
free 3:11 11:13
   89:12 128:4
   129:12 130:3,5
   130:7,9 135:19
   135:20 136:2,8
   136:14,19
   137:5
frequency 114:7
frequently
   129:2
front 11:22
   31:13,18 54:19
   63:5 85:10
   95:6
full 42:2,5,14
   143:18
function 48:12
   133:20
future 33:2
F-A-U-C-E-T-T
   68:12

**G**

gastrointestinal
   134:7

Geez 128:8
general 57:15
   90:14 103:22
generality 140:5
   140:8
generalize 89:11
   90:1
generated 110:9
   113:11 116:4
generic 123:13
   123:18
generically
   121:1
generics 123:15
geographies
   37:9
geography 37:8
   39:9 71:2 74:5
   81:5,12 115:17
getting 83:8
   105:14 116:19
give 13:7 16:10
   38:15 45:18
   51:2 55:10
   68:19,20 72:7
   78:7 93:22
   107:21 113:15
   113:22 120:17
   129:1 130:1
   131:2 132:8
given 49:21 50:4
   51:19 62:11
   80:20 82:16
   91:2 100:20
   125:19 130:20
   132:14 138:14
   142:14
gives 103:22
   104:14
giving 9:7
Glucophage
   3:11 24:18

Tabano, Charles     HIGHLY CONFIDENTIAL     August 23, 2006
Reno, NV

8

| | | | | |
|---|---|---|---|---|
| 99:19 121:2,8 | 106:4,20 114:6 | 63:19 65:10 | **highlight** 87:4 | **idea** 103:22 |
| 124:22 125:6,7 | 122:20 123:19 | 66:3 | **HISG** 127:12 | 128:6 135:11 |
| 125:8 126:16 | 128:12 132:8 | **handed** 124:21 | **historically** | **identification** |
| 127:9 128:4 | 134:17 137:6 | **happen** 86:4 | 119:4 | 11:7 54:14 |
| 129:13,14 | 139:19 | 112:14 | **history** 18:5 | 124:15 134:21 |
| 133:13 134:5 | **good** 4:13,14 | **happened** | 26:19 | **identified** 72:12 |
| 135:6 136:9,13 | 49:13 62:1 | 132:15 | **hit** 121:19 | **III** 2:15 |
| 136:18,22 | 67:14 103:22 | **happens** 112:16 | 122:17 | **imaged** 13:11 |
| 137:12,16,22 | **Goodbye** 141:13 | **hard** 13:12,15 | **Hogan** 2:17 | **images** 13:12 |
| 138:2,9,13,14 | **goodwill** 40:17 | 75:9 127:21 | **hold** 14:16 27:5 | **immediate** |
| 138:18,18,20 | **gotten** 88:16 | 135:12,16 | 27:8 29:5 33:7 | 69:16 |
| 139:6,7,15,16 | 96:17 | **Hartson** 2:17 | 72:11 141:6 | **impatient** |
| 140:4,4,19,19 | **governs** 75:16 | **HCM** 85:14 | **holders** 128:18 | 108:14 |
| **Glucophage.c...** | **graduate** 18:11 | **HCTZ** 26:4 | **holding** 71:14 | **implied** 140:13 |
| 136:7 | **great** 45:7 | 100:21 | 71:17 | **important** 6:19 |
| **Glucovance** | **GRECO** 1:21 | **head** 37:6 68:7,9 | **home** 34:19 63:2 | **improvement** |
| 24:20 | 4:5 143:3,21 | 86:3 | 134:17 | 134:6 |
| **go** 6:16 11:4,18 | **ground** 6:17 | **headed** 135:19 | **homes** 127:14 | **inaccurate** 51:7 |
| 19:6 21:21 | **group** 19:14 | **heading** 32:1 | **honorary** | 52:1 |
| 27:4 28:11 | 22:21 29:17,21 | 58:4 | 125:18 | **incentive** 133:17 |
| 31:12 32:4 | 30:1 36:5,8,9 | **headings** 125:11 | **Hooper** 69:17 | **include** 42:22 |
| 33:13,20 49:5 | 36:11,16,17,21 | **heads** 37:4 | 70:4 | 72:15,19 87:21 |
| 49:18 50:20 | 37:2 126:14,14 | **health** 81:1 | **Hooper's** 69:18 | 110:5 |
| 61:5 62:21 | 126:18 127:14 | 85:14,21 86:3 | **hope** 114:16 | **included** 23:18 |
| 63:13 72:1 | 127:16 138:5 | 86:8 | **hopefully** 11:12 | 23:19 92:6 |
| 73:6 75:6 77:9 | **groups** 29:18 | **healthcare** 52:9 | **hospital** 122:14 | 94:14 105:17 |
| 78:11,13 79:22 | 35:11 37:10 | 53:11 54:4 | 122:15 127:13 | **includes** 32:7 |
| 86:18 88:2 | 89:20 126:8,10 | 62:10 85:13 | **hospitals** 127:14 | **including** 28:8 |
| 95:1 103:9 | 126:10,15,17 | **hear** 7:20 | **hour** 4:2 63:3 | **incorrect** 93:5 |
| 108:1 109:3 | **guess** 25:6 29:3 | **heard** 8:3,19 | 143:4 | **increase** 31:11 |
| 112:8,18 | 29:4 50:22 | 76:5,11,16 | **hours** 10:22 | 63:22 83:2 |
| 113:10,19 | 58:3 72:2 73:5 | 103:12,14 | **HPT** 26:3 | 133:15 134:1 |
| 118:19 123:1,5 | 73:6,9 114:10 | 104:3 108:20 | **HR** 55:17 73:8 | 134:14 |
| 129:15 131:9 | 125:20 138:3 | **held** 14:15 27:1 | **human** 72:2 | **increased** 64:4 |
| 136:7 | **guessing** 27:21 | 71:21 | **hundreds** 94:2 | **increases** 51:8 |
| **goes** 133:15 | | **help** 31:15 36:6 | **hypertension** | **incremental** |
| **going** 6:18 27:6 | **——— H ———** | 49:7,21 55:10 | 88:20 119:9 | 31:10 |
| 31:16 32:16 | **H** 3:5 | **helped** 48:16 | 128:21 | **independent** |
| 35:13 54:22 | **Haakensen** | 134:8 | **H-A-A-K-E-N...** | 52:3 143:10,12 |
| 58:3 62:2 | 109:15 | **hey** 131:8 | 109:15 | **independently** |
| 71:12 80:8 | **Hagens** 2:6 | **high** 72:16 | **——— I ———** | 40:3 |
| 91:10 96:19 | **half** 13:14 | **higher** 104:1,15 | **IC** 133:15,16,19 | **indicate** 124:18 |
| | **hand** 11:11 | | | |

Henderson Legal Services, Inc.
(202) 220-4158

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

9

indicated 13:19
  26:21 41:14
  52:8,10 63:9
  68:3 74:2
  104:3 127:18
indicates 66:10
  128:4
indicating 47:16
indication 45:19
  104:14
indications
  88:21
indirectly 83:1
individual 33:17
  34:4 35:21
  36:18 37:7,12
  39:19 78:19
  93:16 107:17
  115:16
individuals
  59:14 70:10
  71:14 72:11
industry 1:5
  19:21 123:16
infections 98:17
influence 9:6
information
  15:20 41:14
  42:3,17,18
  45:9 48:21
  50:8,20 51:1
  52:6 58:21
  65:14 67:4
  72:14 74:2
  76:1 80:15
  81:21 91:9
  92:13,18,22
  94:14 99:9
  114:21 129:3
  138:12
informed 9:15
inherent 131:17

injury 6:6
inquiry 32:6
inserts 42:13
inspects 66:20
institutional
  127:13
instruct 96:5,18
  97:2
instructed 107:6
instruction
  104:19 132:14
insurance
  132:21 138:6
insured 132:16
insurer 132:19
insurers 43:6
interest 89:21
interested 87:22
  137:2 143:13
interject 56:18
  114:18
internal 59:21
internists 60:7
interplay 132:15
interview 16:21
introduce 11:5
inventories
  66:19
inventory 63:6
  63:16,20 64:13
  64:16 65:2,4,7
  65:11,13 66:10
  66:15,21 67:1
  67:4 131:12
involved 6:4
  143:12
issue 44:18,22
  87:10
issues 32:16,16
  67:11
item 11:22
  54:17 63:14

_____ J _____
J 2:15
James 2:16
Jersey 18:10
  19:18 34:19
  35:5 64:10
  67:17 69:4
Jim 13:5,17 17:6
  55:9,21 56:19
  96:6 114:17
  115:6
job 19:16,20
  22:22 26:18
  30:12 41:8
  43:16 58:15
  107:19 108:6
jog 28:6,17
jogs 58:8
jszucker@hhl...
  2:22
July 8:10,20
  22:16

_____ K _____
keep 63:17,18
  63:20 64:6
  65:12 96:4
  112:1 117:15
  117:16 131:21
  132:3 139:2
keeping 65:4,9
  66:15
kept 14:8
key 3:13 135:5,6
kill 122:21
kind 8:14 46:20
  47:12 49:21
  80:5 89:7
  103:19,20
  104:12,14
  114:10,11
  116:14 123:18

125:18,20
  137:8 140:17
  140:18
know 7:5,10
  11:16 22:1,7
  25:10,14 27:18
  28:5 32:14
  34:6,11,18
  35:6 42:20
  43:19,22 47:10
  48:4 57:14
  59:6 61:4,10
  65:3 67:3,5,7
  67:13,15 69:5
  69:18 72:4
  73:11 74:13
  75:15,19 83:11
  84:2,16 85:6
  86:5,8,11 87:1
  88:5,5,8 89:11
  95:14 96:16
  103:20 106:1
  106:19 107:12
  107:16 122:13
  125:16 126:7
  126:20 127:11
  127:22 128:16
  128:19 130:19
  132:2 134:10
  136:4 137:5
knowledge
  70:11
knows 32:22

_____ L _____
Laboratories
  8:5,7,8,12,14
  19:22 20:8,13
  20:18 21:5,17
  22:10
lack 125:15
ladder 30:13
  31:9 36:20

70:9 71:10
ladders 36:18
laptop 114:3,9
  114:20,21
  115:4
large 69:9 84:17
  118:15
late 80:11
launch 3:11
  41:13
launched 88:12
law 4:3 7:18
  11:2
lawyers 4:16
layers 93:18
leave 42:2,4,8
  63:4 89:12
  132:5,11
left 137:21
letter 13:22
let's 18:4 20:17
  28:22 33:9,20
  35:8 48:14
  50:17 52:16
  55:22 61:19
  84:14 107:3
  113:9 123:1,5
  133:11
level 117:8,19
  118:4,7
levels 67:21
  117:6
Liberty 4:4
  143:5
licensed 19:6
  111:1
limitation
  131:15,18
limited 32:7
line 35:22 41:9
  58:1 111:11
  138:21

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

10

| | | | |
|---|---|---|---|
| **list** 23:3 25:6,7 55:15,19 66:2 66:6,7,8 72:21 73:15 76:10,15 76:21,21,22 77:2,13,14 78:5,6 80:6 86:19 91:7,13 91:13 92:6,11 92:21 93:7,7,9 93:9 95:6 103:17,19,20 104:9 105:20 106:3,3,6,13 106:14 110:2,9 110:16,17,21 111:5 112:17 113:1,11 114:2 119:18 | **long** 7:12 8:11 10:21 22:9,14 23:6 27:15 28:3,5,13,15 57:5 81:15 112:1 117:17 131:18 136:9 **longer** 78:10 80:3 112:7 122:1,2 127:10 **look** 11:13,18 12:4,10 31:20 54:11 56:6 57:2 67:18 74:6,9 78:13 89:20 109:3 113:10 118:17 133:9,11 135:18 | 36:2 46:19 47:14 48:10 49:8 50:16 52:7 54:10,15 55:5,12,20 57:1,9 58:22 59:5 61:3,19 61:22 62:4,7 65:18 69:1 70:3,17 71:8 73:19 74:12 77:6 78:21 79:16 84:2,13 85:19 86:17 87:9 90:18,21 91:22 92:12,19 93:4 95:4 96:1 96:16 97:6 103:4,8 105:9 | 136:17 137:3 137:11,12,22 **LP** 76:7 **lunch** 62:3 ————— **M** **MA** 19:17 **mail** 52:4 73:16 **mailer** 81:1 **mailings** 82:14 **maintain** 138:19 **maintained** 8:17 20:10 21:6 **major** 120:1 121:12 **majority** 110:14 **making** 142:14 **manage** 37:10 **managed** 39:4 |

| | | | |
|---|---|---|---|
| **listed** 39:16 94:20 **lists** 38:20,22 39:2,5 72:10 77:16,19 79:12 79:19 80:14 94:3 111:20 112:2 114:19 115:3,13 **litigation** 1:6 4:17 **litigations** 6:5 **little** 83:15 125:10 128:18 **live** 57:4 **lives** 37:15 **LLP** 2:6,17 **local** 51:3 89:3 118:7 **locally** 110:20 **locate** 13:1 **located** 37:14 **Lodi** 19:18 | **looked** 59:2 63:15 109:17 109:20 **looking** 24:4,10 25:4 31:22 36:22 54:1 86:8 87:10,20 **looks** 12:9 58:2 60:11 83:4 125:6 129:7,9 130:4,9,11,16 130:22 **Lopez** 2:5 3:3 4:12,15 6:11 9:13 11:4,8 13:6,10,17 14:2,3 15:4,22 16:20 17:11,12 18:3 21:16,20 28:16 31:19 32:17,20 33:2 33:5,7,13,20 33:22 35:1,15 | 108:4 109:7,9 109:21 115:5 123:1,4 124:10 124:16 134:16 134:22 135:17 137:19 139:9 139:21 140:11 140:21 141:2,6 141:9 **losartan** 119:12 **lost** 75:5 107:19 108:6 **lot** 48:19 60:8 66:3 81:10 104:16 116:20 116:20,22 117:17 122:13 132:6 134:12 134:13 **lots** 6:5 72:3,4 95:15,15 **low** 63:16 **lower** 104:2,16 | 39:13 44:3,5,7 46:16,17 64:2 81:1,4,13,18 81:22 82:2,6 82:16 83:3,12 83:19 84:3,9 84:18 86:13 118:16 119:16 138:4 139:4 **management** 46:4 85:13,15 85:21 86:4,9 124:3,8 **manager** 9:15 9:18 19:13,19 22:21 27:3,9 27:14,20 28:4 28:10 29:6,8 29:10,13,16,21 30:6,9,10,14 30:19 31:4,7,8 37:8,14,15 43:12 71:2,4 113:15,17 |

| |
|---|
| 117:8,12 **managers** 37:9 49:12 67:21 74:19 **manages** 37:16 67:9 **manually** 78:20 **manufacturer's** 104:12 **margin** 103:15 **mark** 11:10 124:11 134:18 **marked** 11:7 12:5 14:20 15:17 54:13 89:15 124:14 134:20 **market** 46:18 119:5,10,16 120:12 121:20 133:22 134:15 **marketing** 11:21 12:7 32:2,15,22 34:20 35:11,14 50:15 67:22 90:5,6 116:5 **MASSACHU...** 1:2 **master's** 19:1 **match** 93:15 **materials** 14:13 37:22 38:1,3,4 38:11,15,18 39:15,16 40:11 41:19 42:9,15 49:15,21 76:20 89:7,10 90:2 91:2 94:20 97:16,16,20 98:1,13,19 99:3,6,22 |

| | | | | |
|---|---|---|---|---|
| 100:3,14,17 | 117:14 | 127:21 | 9:20,21 36:14 | 143:1,3,6,20 |
| 101:4,8,21 | **meetings** 116:6 | **minutes** 33:9 | 37:18 68:8,11 | **never** 16:4 |
| 102:2 107:7,14 | 116:20,21,22 | **mission** 59:20 | 68:16,18 72:21 | 42:18 54:8,21 |
| 108:8,21 | 117:7,7,11,13 | 60:1,3 | 85:8 107:20,22 | 67:13 95:3,5 |
| 140:17 | 117:18 | **moment** 40:10 | 109:11 | 103:14 106:15 |
| **Matt** 96:8 | **member** 35:2 | 71:13 77:22 | **named** 70:10 | 107:1 112:20 |
| **matter** 31:14 | 127:16 | 92:20 115:22 | **names** 67:20 | 123:12,21 |
| 51:22 71:1 | **membership** | 123:2 | **national** 37:1 | **new** 2:19,19 |
| 139:17 143:9 | 35:6 | **moments** 85:5 | 93:10,13 | 18:9 19:18 |
| **matters** 5:20,20 | **memory** 28:6,18 | **monetary** 66:10 | 117:14 118:7 | 29:11 34:19 |
| **Max** 64:21 | 58:9 | **money** 139:19 | **nationally** | 35:5 41:13,14 |
| 111:13,15 | **mentioned** 26:2 | **Monopril** 25:12 | 104:11 | 58:10,12,14 |
| 115:8,12 | 37:19 75:1 | 26:2,3,3 100:7 | **NDC** 93:12 94:7 | 64:10 67:16 |
| **MC** 4:3 | 80:17 82:13 | 100:11,15,21 | **necessarily** | 69:3 77:9,12 |
| **McKesson** | 94:9 97:20 | **Montana** 3:8 | 114:20 | 78:9,16 81:8 |
| 130:10 | 98:1,19 99:8 | 4:16 12:7 | **necessary** 112:7 | 88:13,15,16,21 |
| **MDL** 1:5 | 100:3,18 | 15:20 16:4 | **need** 7:10 11:15 | 91:10 112:3 |
| **Meadow** 5:2 | 110:22 116:1 | 55:16 71:11 | 62:20,21 63:1 | 113:1 114:13 |
| **mean** 17:8 59:7 | 138:15 140:6 | 74:4 88:4 | 63:10,11 84:1 | 138:21 |
| 59:9 84:3 88:5 | **message** 49:2 | 115:10,19 | 96:14 110:20 | **newer** 129:17 |
| 105:5,8 114:21 | **metabolic** | **monthly** 66:18 | 112:20 113:10 | 136:14 |
| 118:6,7 130:14 | 126:22 127:9 | **months** 116:7 | 113:16,21 | **news** 108:16 |
| 132:2 | **metformin** | 116:13,15,16 | 131:10 | **newspapers** |
| **meaning** 106:6 | 121:5 138:2,2 | 117:1 | **needed** 63:7,21 | 136:5 |
| **means** 34:10 | **method** 81:19 | **month's** 129:13 | 73:12 131:5 | **nine** 117:9 |
| 58:4 104:20 | 129:2 | **morning** 4:13 | 137:2 | **normally** 50:4 |
| 111:7 125:17 | **methods** 80:22 | 4:14 114:5 | **negotiation** | **notary** 4:5 142:5 |
| 126:8,21 | **mid** 71:22 73:7 | **mountain** 74:8 | 123:22 124:2 | 142:22 143:3 |
| 127:12 | 80:11 | 74:11 | **neighbor** 63:4 | **notes** 143:15,19 |
| **meant** 78:2 | **MIDDLETON** | **move** 5:5 107:3 | **neighboring** | **notice** 3:7,8 |
| 104:21 | 1:21 4:5 143:3 | **moving** 62:1 | 69:8,11 | 11:19 12:5 |
| **mechanism** | 143:21 | 96:2 | **nephropathy** | 14:20 15:16 |
| 131:3,6 | **midlevel** 41:5 | **MT** 3:9 | 88:22 | 54:20 |
| **medical** 38:8 | 53:21 | **multiple** 21:7 | **network** 114:22 | **noticed** 130:17 |
| **medications** | **mind** 120:1 | 34:9 58:12 | **Nevada** 1:16 2:3 | **notices** 11:5 |
| 46:16 51:4 | **mine** 7:5 33:21 | 119:6 | 3:7 4:4,16 5:2 | 54:18 |
| 80:2 119:6,15 | 114:16 115:15 | **music** 76:8 | 11:2,21 15:21 | **notwithstandi...** |
| 134:11 | **minimum** 63:18 | **Myers** 5:22 17:9 | 32:3 55:16 | 50:3 107:13 |
| **medicine** 59:22 | 63:21 64:7 | 20:8 | 57:21 68:2 | **number** 3:6 5:3 |
| **meet** 10:14,19 | 117:16 | | 70:14,20 87:21 | 54:12 59:3 |
| 11:1 | **minute** 33:8 | **—— N ——** | 87:22 88:6 | 63:10 65:10 |
| **meeting** 116:9 | 92:4 107:21 | **N** 2:1 3:1 | 96:12 98:9 | 66:3,7,8 73:17 |
| | | **name** 4:15,19,21 | | |

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

12

77:14,14 78:1
78:3,5,6,14,18
78:22 79:1,3
83:5 93:7,12
93:13 94:5,7
104:10,11
128:13
numbered 54:11
124:12 134:19
135:2
numbers 73:16
73:17 91:13,14
93:9,17 124:19
numerical
106:12
numerous 24:7
24:7 70:20
71:19 95:19
121:19
nurse 41:7
52:10,15,17,22
53:5,9
nurses 41:9
52:11 53:13
nursing 127:14
NV 3:9

———————
O
object 17:18
34:15 46:13
48:1 50:10
51:20 65:15
79:7 87:6
137:15 139:8
139:12
Objection 91:20
92:7 93:2
obtain 18:22
123:12
obtained 13:11
19:17
obvious 87:1
obviously 8:19

occasion 46:5
106:11
occasional
117:14
occasionally
6:10 41:12
44:21
occupation 8:2
occur 80:3
116:7,12
occurred 91:1
97:9 98:9
116:16 117:3
occurring 98:22
office 11:2 34:19
41:9 48:6 51:4
53:5 64:10
69:3 72:14
73:14,20
128:17 130:8
132:6
officer 6:9
offices 4:3 62:10
official 50:19
108:15
Oh 25:11 40:22
66:8 76:17
109:12
okay 7:11,14,15
8:19 11:17
12:11,17 14:2
14:13,18 21:4
24:12 25:1,4
28:6,17 31:17
33:6,11 46:20
46:20 47:21
48:14 49:9,18
55:12 56:5
57:1 58:22
59:6,14 61:2,4
61:21 62:5
70:1 71:20

73:1 74:13,21
76:18 79:4
83:15 84:12
86:18 90:19
92:3,20 107:3
109:14,16,17
113:5 115:22
128:3 130:6
133:8 135:22
136:1,2,21
139:22 140:7
140:16 141:13
old 92:2 125:8
129:18 134:8
138:2,2
omit 24:15
once 11:11 46:8
64:12 100:12
140:14
oncology 95:12
95:19,20 96:4
96:12,15
106:21 107:1
ones 114:14
135:13
onslaught 80:1
onward 26:20
operates 34:18
opportunity
133:14
opposed 15:21
61:16 83:20
123:19
order 24:14,19
52:4 63:1,19
63:21 64:4
84:20 119:20
ordering 62:17
93:22
orders 80:2,5
organization
32:2 44:4,4,6,8

64:2 68:10,14
69:13 70:5,12
70:13 72:1
74:10 81:1,5
82:17 83:4,12
83:17,19,20
84:4,4,10,17
85:21 86:4
87:3 90:4,5
106:18,19
108:16 110:19
116:5,5 118:16
organizational
36:22 74:6
85:9 86:7
organizations
39:4,13 44:5
67:22 81:13,18
81:22 82:2,7
83:13 84:18
86:13 138:4
139:4
organized 32:9
34:2 36:7
86:14
organizing
129:2
OTN 106:18,19
ought 53:6
outside 17:9
25:2 66:20
overlap 60:2,3,7
ownership
79:13
o0o 1:3 4:8

———————
P
P 2:1,1
package 42:13
pads 42:11
page 3:2,6 31:20
31:21 55:22
125:10 133:11

pages 143:18
paid 16:12
Paloutzian 9:22
10:10
paper 14:7
93:21
paragraph 32:5
136:16
paramedic 6:3
6:14 19:5,6,7
parse 46:21
50:17 52:16
91:6
parsing 94:18
part 25:2 43:16
44:7 64:20
69:9,10 75:9
80:12 82:10
83:21 84:4
85:6,20 90:3
participated
85:1
particular 36:14
39:3,8 42:14
44:1 45:22
47:2,18 48:9
54:22 56:2,8
62:21 63:16
64:2 65:11
67:5,8,9 77:15
77:17 78:12
81:3,3,14,15
82:15,20,21
83:3,13 87:5,5
87:12,20 88:7
89:8 93:16
108:12 110:11
113:18 115:13
122:21 127:22
128:21 129:22
130:21 133:22
134:1,14

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

13

particularly
  51:7 60:7 77:8
  87:21 118:15
parties 143:11
  143:12
partner 67:9
pass 124:12
patient 38:11,18
  45:18 48:5,9
  129:2 130:1,2
  130:15 132:15
  132:17,21
patients 47:12
  49:5 81:21
  98:16 129:14
  134:8,11 136:7
  138:5,5,19
  139:4
pay 77:15 133:2
paycheck 16:8
payment 46:15
payor 46:18
  81:12
PBM 43:9
  123:22
PBMs 43:15,20
  44:6
peculiar 74:16
peers 40:7
pen 64:22
pending 7:12
pens 42:10
people 34:20
  38:9 70:16
period 21:13,16
  24:9 27:2,16
  28:20 32:10
  44:15 60:17
  77:4 87:15
  91:17 111:7
  138:14
periodic 116:6

117:2
periodically
  110:22
periods 51:8
person 42:3
  67:5,8,12,15
  114:11 125:20
  143:13
personal 5:20
  6:5
personally 4:5
  107:12 110:1
  142:9 143:6
person's 9:20
pertain 100:21
pertaining 56:3
  56:6 101:18
pertains 65:22
Peter 70:7
pharmaceutical
  1:5 8:15 19:21
  69:20 70:2
  72:17 123:16
pharmacies
  41:11,16,18
  45:16 48:7
  49:4 52:2,4,4
  53:6 77:14
  78:10,11 79:22
  80:2,10 91:10
  91:18 93:1,19
  94:4
pharmacist
  51:11
pharmacists
  42:20 43:3
  51:3
pharmacy 43:12
  50:22 51:3
  77:10 78:7
  93:21 130:10
  130:12

phenomena
  82:5
Phone 2:5
physician 45:5
  48:22 49:3
  50:1,13 51:1,2
  53:21 64:4
  112:17 114:2
  114:19 115:13
  129:16,21
  130:21 131:2,4
  136:10,11
physicians 38:6
  38:8 41:5,6
  43:4 47:10
  52:21 59:21
  61:7 63:8
  64:21 81:20
  83:8 89:20
  94:14 110:2,3
  110:12,14,19
  111:1 137:1
physician's 48:6
  130:8 134:1
piece 93:21
pieces 81:12
pin 9:1 58:7
place 64:21
  81:16 113:5
  115:21 131:4
  132:12 133:3
placed 82:16
plain 125:8
Plainsborough
  64:11 67:16
  69:3,10
plan 3:12 47:11
  111:7 114:5
  116:2 117:7
planning 57:6
plans 5:5 57:8
Plavix 23:12

24:20 101:2,12
  121:9,11,13
play 55:6,6
  82:19
played 56:1
please 4:19 7:5
  7:10 11:16
  12:4 33:10
  44:16 124:11
plus 95:21
POA 111:6
  116:1 117:11
  117:13 118:4
POAs 116:12,16
  117:2,19,22
  118:10
point 16:9 19:15
  21:4,8 22:6,7
  24:4 28:22
  32:6 39:14
  46:18 49:6,19
  50:5 53:9
  60:12,15 61:15
  63:7 72:9
  80:21 88:2
  97:22 114:18
  118:2 120:2
  125:20 126:9
  135:19
points 13:13
policies 74:21
policy 40:5,13
  40:16,17 42:1
  50:13 51:16
  108:18
Political 18:14
popular 82:9
porch 63:5
portability
  112:12
portfolio 36:1
  36:11

position 6:8
  20:2,7,10,18
  21:6 22:20
  27:15,17 29:5
  30:22 41:2
  58:10 60:16
  127:3,4,4,5
positions 70:17
  70:18 71:15,17
  71:21 72:11
possibility 59:4
  62:4
possible 90:1
  113:13
possibly 24:14
post 18:17
postgraduate
  18:22
potential 110:5
practitioner
  52:15,18 53:21
practitioners
  41:6,7 52:10
Pravachol 24:20
preface 32:5
  86:22 87:19
Prelaunch 125:1
preparation
  12:21 13:2
  16:16,22 17:4
  64:5
prepare 10:14
  17:17
prepared 108:9
prepares 110:16
preparing 55:7
  56:2
prescribe 83:8
  111:2
prescribing 42:2
  42:5
prescription

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

14

| | | | | |
|---|---|---|---|---|
| 124:3,8 129:16<br>129:21 136:9<br>136:12<br>**present** 5:5<br>32:11 34:5<br>44:16 45:21<br>53:14 54:2<br>86:11 87:16<br>95:11 124:6<br>**presentations**<br>38:10 83:12<br>84:17 85:2,7<br>86:13 89:17<br>94:13 107:8,15<br>117:21 118:3<br>124:7<br>**president** 37:1,4<br>68:11,15 69:20<br>69:20 72:16,17<br>**presumably**<br>65:9<br>**presume** 57:11<br>**pretty** 38:18<br>46:17 60:4<br>61:22 71:6<br>75:18 96:17<br>114:14 118:13<br>120:12 121:8<br>121:13 123:6<br>132:1,4<br>**prevention**<br>88:22<br>**previous** 123:21<br>**previously**<br>106:2<br>**price** 1:6 7:21<br>8:20 9:4 38:20<br>38:22 39:6,17<br>42:15 43:1,3<br>44:19 45:3<br>49:22 50:7<br>51:7,11,18,18 | 52:1,18 53:1<br>53:16 61:8<br>66:3,6 74:22<br>75:17 76:10,15<br>77:1,14,16,18<br>79:1 80:6 91:4<br>91:7 92:18<br>94:3,21 97:20<br>98:2 99:8,11<br>100:3,18 101:8<br>101:12 102:2<br>103:18,20,20<br>104:1,4,9,12<br>104:22 105:2<br>105:18,20<br>106:3,3,6,13<br>106:14,14<br>108:22 118:4<br>139:15<br>**prices** 39:7<br>42:20,20 52:3<br>76:21 77:3,11<br>77:15 91:13<br>92:6,11,18<br>93:9<br>**pricing** 42:18<br>45:14 50:20<br>65:14,22 80:14<br>91:8 92:13,22<br>93:19 94:14,18<br>98:19 117:22<br>118:11<br>**primary** 41:8<br>57:19 58:16<br>59:10,11,15,17<br>59:19,20 60:13<br>60:14 81:19<br>96:11 108:13<br>119:13,14<br>121:21<br>**Princeton** 69:7<br>69:10 | **print** 75:8 90:8<br>112:5 136:7<br>**printed** 38:3,15<br>108:11<br>**printing** 112:11<br>**prior** 6:12 13:18<br>27:9 29:5<br>79:18,22 95:6<br>127:5<br>**probably** 46:8<br>71:16 72:20<br>73:8 75:8 76:3<br>80:4 106:20<br>116:8 128:8<br>129:12 131:1,6<br>132:7 134:14<br>139:19<br>**proceed** 33:21<br>**proceeding**<br>143:14<br>**proceedings**<br>141:14 143:13<br>**process** 28:10<br>62:17 82:20<br>**produce** 33:18<br>39:20 40:2,11<br>**produced** 13:16<br>13:20 40:6<br>54:17 90:4<br>95:16<br>**producing**<br>32:15,19,21<br>35:10 96:3<br>**product** 21:10<br>32:8,11 34:2,3<br>34:6,6,12,13<br>34:19,20 35:2<br>35:5,6,17,20<br>35:21 36:9<br>38:2 39:8,12<br>41:9,12,13<br>42:14 44:19 | 45:14 47:3,18<br>47:22 51:12,19<br>53:16 54:5<br>62:21 63:14,17<br>64:1 67:2<br>78:10,14,16,20<br>80:20 81:3<br>83:3,5 88:13<br>88:15,17,19<br>89:3,21 91:10<br>93:14,15 94:1<br>95:12,13 97:13<br>110:10,11<br>129:11,17,18<br>130:9 133:20<br>133:21 134:2,4<br>134:8,12<br>136:14 137:9<br>**products** 20:22<br>20:22 23:9,11<br>24:7,13 25:11<br>34:4,9 35:22<br>36:4,12,15<br>38:5 39:3<br>41:15 42:2,16<br>45:1 52:18<br>53:1 63:1 77:1<br>77:3,9,13,15<br>79:12 80:14<br>81:20 82:1<br>89:4 103:13<br>126:13<br>**professional**<br>54:4 62:10<br>**professionals**<br>53:12<br>**profile** 42:6<br>**profiles** 122:17<br>**program** 88:3<br>125:1 135:19<br>135:20 136:3<br>**programs** 34:21 | 87:4,17 88:10<br>89:5<br>**promote** 89:1,21<br>90:7 137:5<br>**promoted** 60:15<br>126:15<br>**promoting**<br>136:18<br>**promotion**<br>30:12 87:11,17<br>89:8 90:2,3<br>91:3 95:9 99:4<br>99:22 110:12<br>125:7 130:14<br>132:14<br>**promotional**<br>89:7 94:19<br>97:14 98:13,18<br>**promotions**<br>87:11 88:10,17<br>89:3 90:7,11<br>90:12,14,22<br>96:21 97:8,9<br>97:11,13,17<br>98:6,9,22 99:8<br>99:13,16,18<br>100:6,10,15<br>101:1,5,15,17<br>101:21 102:4,7<br>102:10,13,19<br>103:1<br>**provide** 15:20<br>38:11 41:13,15<br>45:9 48:21<br>49:15 50:13<br>52:6 55:15<br>63:8 77:13<br>78:18 81:20<br>93:17,21 99:10<br>113:21 131:7<br>**provided** 42:18<br>46:3 50:8,14 |

Henderson Legal Services, Inc.
(202) 220-4158

Tabano, Charles        HIGHLY CONFIDENTIAL        August 23, 2006
Reno, NV

15

| | | | | |
|---|---|---|---|---|
| 65:12 73:2 | 44:15 45:5,6 | **RDR** 1:22 | 92:5,10,17 | **recollect** 95:8 |
| 94:20 97:16 | 45:11 46:1,7 | 143:22 | 94:19,22 97:11 | **recollection** |
| 98:14,19 99:3 | 47:2,6,17,21 | **reaching** 90:9 | 97:12,14,15,19 | 54:7 75:11 |
| 99:7,21 100:3 | 48:11,16 50:7 | **read** 12:11,16 | 97:21,22 98:12 | 108:19 130:13 |
| 100:13 101:4 | 51:5,17 53:21 | 32:4 40:19 | 98:15,18,22 | **recommended** |
| 101:20 104:18 | 53:22 61:10 | 132:7 133:10 | 99:3,6,21 | 129:22 |
| 105:11 110:18 | 72:5 73:10 | 135:21 142:11 | 100:2,5,6,9,17 | **record** 4:20 |
| 136:5 138:12 | 80:8 84:1,14 | **reads** 57:3,11 | 101:1,7,10,14 | 33:14 103:9 |
| 139:10 140:3 | 90:17 92:9 | 136:16 137:11 | 101:17,20 | 123:2,3,5,7 |
| **provides** 40:1 | 94:17,18 96:19 | **real** 62:4 134:10 | 102:1,3,4,7,10 | 124:17 127:18 |
| 42:10 51:4 | 96:20 97:4 | **realize** 63:16 | 102:13,19,22 | 135:2 |
| 111:14 133:14 | 105:1,4,6,7,20 | **really** 38:21 | 104:18 106:3,4 | **recorded** 40:16 |
| **providing** 51:6 | 107:3 120:3 | 47:8,9 51:5 | 107:22 108:5,8 | **Redding** 10:2 |
| 51:18 96:10 | 121:9 133:12 | 72:4 73:11 | 112:10 114:13 | 37:16 |
| **proviso** 33:21 | **questions** 11:14 | 75:22 77:17 | 117:21 118:1,3 | **reference** 99:11 |
| **Prozac** 122:3 | 31:16 49:22 | 79:14 80:5,6 | 118:13 121:15 | 126:7 138:17 |
| **PSR** 57:19 | 56:3 61:6,7 | 91:12 95:18 | 122:9 131:14 | **referenced** |
| 58:16 59:7 | 67:11 74:22 | 105:5 106:21 | 132:1 133:4 | 40:10 129:6 |
| 60:18 61:12,15 | 86:16,20 95:1 | 118:16 134:8 | 135:8 136:1 | **references** 75:17 |
| **public** 4:5 6:9 | 96:16 118:18 | 139:14 | 138:16 139:14 | **referring** 124:18 |
| 19:1 142:5,22 | 123:13 140:22 | **reason** 14:15,17 | 140:3,16 | **refers** 137:16,17 |
| 143:3 | 141:3 | 71:9,21 88:3,6 | **recalled** 89:6 | **refills** 49:5 |
| **publications** | **Questran** 24:20 | 112:17 113:9 | **receive** 38:1,3 | **regard** 15:7,12 |
| 79:6 | **quick** 6:16 | 113:16,22 | 48:20 76:2 | 30:18 34:3,14 |
| **purchase** 93:19 | 118:18 | 115:7 | 78:20 79:19 | 35:4 36:13,14 |
| **purposes** 89:15 | **quickly** 95:2 | **reasons** 142:14 | 81:7,11 82:14 | 38:12 44:15 |
| **put** 28:22 31:12 | 96:17 118:20 | **recall** 7:22 8:6 | 89:7 92:21 | 47:1 52:15 |
| 39:14 118:2 | 123:6 | 10:13 20:5,19 | 101:11 114:8 | 58:9 61:6,8,15 |
| **puts** 6:8 87:3 | **quite** 8:16 22:2 | 20:21 21:11 | 138:8 | 65:14,19 70:9 |
| 133:19 | 24:15 40:18 | 23:14 25:5,9 | **received** 47:1 | 76:8,15 79:6 |
| **putting** 97:22 | 68:17 69:21 | 25:11 27:19 | 48:12 76:20 | 80:15 88:9,11 |
| **P-A-L-O-U-T...** | 80:4 91:15 | 28:12,14,19 | 79:5,11 105:11 | 89:5 90:11 |
| 9:22 | 96:2 98:15 | 47:1,4,5 48:18 | 105:16 111:19 | 92:14 94:6,17 |
| **p.m** 141:14 | 112:21 129:1 | 49:17,19 50:2 | 114:13 | 97:7 99:1,13 |
| _____ | 129:10 134:3 | 50:5 53:14,18 | **receives** 67:3 | 99:16,19 101:2 |
| **Q** | **quote** 111:6 | 54:2,9 56:16 | **receiving** 62:18 | 102:5,8,11,14 |
| **quarter** 125:9 | _____ | 58:6 60:17 | 80:13 91:8 | 102:20 103:1 |
| **quarterly** | **R** | 72:6 76:22 | 92:5,11,17 | 105:20 106:6 |
| 116:18 117:1 | **R** 2:1 | 77:10,17 79:15 | 106:5 128:13 | 117:19,22 |
| **question** 7:4,12 | **raise** 31:16 50:1 | 80:9,13,16 | **receptor** 119:8 | 118:21 120:3 |
| 15:12 16:17 | **raised** 47:2 | 87:16 88:21 | **recess** 33:12 | 120:19 121:9 |
| 17:7,21 28:12 | **ran** 131:4 | 90:12 91:1,2,8 | 62:6 103:7 | 123:14 138:9 |
| 34:1 35:18 | **range** 38:4 | | | |

Tabano, Charles            HIGHLY CONFIDENTIAL            August 23, 2006
Reno, NV

16

| | | | | |
|---|---|---|---|---|
| 139:5,11 140:4 | 88:1,10,12,13 | **representative** | 13:1 45:13 | 134:16 135:1 |
| 140:4 | 88:14,16 91:12 | 20:6,11,15 | 49:11,13,16 | 135:18 137:18 |
| **regarding** 11:20 | 109:11 | 21:6 22:12 | 50:4,7 54:18 | **risk** 57:16 |
| 12:6 39:6 | **REMEMBER...** | 29:12 34:7 | **responsibility** | 126:22 127:6,8 |
| 42:15,18 76:3 | 4:1 | 37:13 57:20 | 68:1 70:13 | **Rita** 68:12 |
| 82:14 87:17 | **reminding** | 58:2,16 59:10 | **responsive** | **Rob** 4:15 13:5 |
| 90:22 92:18 | 85:17 | 59:12,13 60:13 | 13:16 14:9,14 | 15:3 17:6 |
| 100:7 101:11 | **Reno** 1:16 4:4 | 60:15 61:1 | **restrictions** | 32:14,14 55:9 |
| 138:17 | 5:2 11:2 37:13 | 86:2 107:18 | 39:11 | 56:18 58:17 |
| **regards** 34:1 | 45:17 57:21 | 115:11 131:20 | **result** 114:22 | 86:15 95:14 |
| 67:11 74:22 | 143:6,20 | **representatives** | **results** 81:7 | 96:6 108:1 |
| 86:20 98:8 | **Reno/Sacram...** | 30:17 36:10 | **retail** 78:11 | 114:17 |
| **regimen** 139:2 | 37:17 | 37:11 48:20 | 104:12 | **Robert** 2:5 |
| **region** 68:7 71:5 | **reorganizations** | 55:15 59:16 | **retiring** 57:6 | **role** 55:6,7 56:1 |
| 71:7 72:13,21 | 58:12 | 73:15 74:19 | **review** 16:15 | 82:19 |
| 73:14,20 74:3 | **reorganizing** | 81:2 106:18 | 75:19 81:3,4,7 | **roles** 58:8 |
| 74:4,7,8,11,16 | 8:14 | 117:10,17 | 82:15 | **rolled** 88:15 |
| 74:19 115:10 | **rep** 8:4,7,11,13 | 125:19 | **reviewed** 58:17 | **room** 5:12 |
| 117:13 | 21:1 26:22 | **represented** 5:8 | **right** 6:16 8:21 | 128:17 |
| **regional** 37:4,6 | 36:15,19 57:3 | 23:3,6 50:21 | 11:3 13:17 | **rooms** 136:6 |
| 68:6 71:4 | **replace** 131:12 | 123:11 | 14:15 15:5 | **Rubex** 26:6 |
| 72:13 117:11 | **replacement** | **representing** | 16:3,6 17:16 | 101:15,16 |
| 117:12 | 114:8 | 4:16 20:20 | 18:4 19:8,11 | **rule** 12:5 107:10 |
| **regions** 37:5 | **replacing** 113:3 | 21:7,12 23:7 | 22:4,9 23:1 | 107:13 |
| 70:20,21 74:15 | 113:6 | 23:15 62:12 | 25:2,8,13 | **rules** 6:17 |
| **reimbursed** | **report** 39:8 | **reps** 95:20 131:1 | 26:18 32:1 | **run** 66:18 |
| 133:1 | **REPORTED** | **require** 80:6 | 33:13,20 36:18 | **running** 65:7 |
| **reimbursement** | 1:21 | **required** 63:3 | 40:14 52:14 | 132:3 |
| 132:18 | **reporter** 6:18 | **requires** 41:20 | 53:7 54:16 | **rural** 60:7,9 |
| **relates** 1:8 32:2 | 11:10 54:10 | 110:20 | 57:10,21 58:1 | |
| **relationship** | 68:21 124:10 | **research** 50:6 | 59:1 61:12,17 | **S** |
| 19:5 68:1 | 134:17 143:15 | 72:8 | 62:8 63:11 | **S** 2:1,16 3:5 |
| **relative** 143:10 | **repped** 25:10,14 | **reside** 114:3 | 64:14,22 66:9 | **Sacramento** |
| 143:11 | 98:4 102:17 | **resident** 114:20 | 70:8 73:21 | 108:14 |
| **remain** 22:9 | 118:19 | 115:4 | 75:3 82:17 | **safety** 6:9 |
| **remained** 70:11 | **repping** 22:6 | **resides** 37:15 | 85:12,16 86:18 | **salary** 30:11 |
| **remains** 30:12 | 23:19 24:6 | **resources** 72:3 | 88:9 94:5,9 | 31:10 |
| **remarks** 85:4 | 61:9 | **respect** 53:11 | 97:7 101:13 | **sales** 8:4,6,11,13 |
| **remember** | **represent** 23:9 | **respond** 45:11 | 102:17 103:6 | 11:20 12:6 |
| 21:14,22 22:5 | 34:8 38:2 45:1 | 45:22 49:11 | 109:10 115:20 | 20:6,10,15 |
| 24:5,12 39:1 | 52:19 53:2,16 | 51:17 53:4 | 120:3,13 122:8 | 21:1,6 22:12 |
| 61:6 75:22 | 54:16 135:15 | **response** 12:14 | 123:1 124:10 | 26:22 29:12 |
| | | | | 30:16 32:2,16 |

Henderson Legal Services, Inc.
(202) 220-4158

Tabano, Charles          HIGHLY CONFIDENTIAL          August 23, 2006
Reno, NV

17

| | | | | |
|---|---|---|---|---|
| 34:3,6,7,7,8,22 | 31:4,5 107:12 | 14:7 | 118:22 122:9 | 19:12 28:18 |
| 35:12,17,19 | 115:19 | **searched** 13:14 | **sent** 111:10 | 70:8 72:9 73:5 |
| 36:3,10,13,18 | **salesperson** | **seasonal** 116:14 | 112:3 | 84:15 86:18 |
| 37:1,2,7,9,11 | 21:12 22:10,15 | **Seattle** 2:9 | **sentence** 136:16 | 95:8 97:7 98:8 |
| 37:12,13 38:3 | 22:19 23:2 | **second** 20:17 | 137:10 | 102:16,22 |
| 38:10,17 39:21 | 37:22 39:19 | 38:14 138:22 | **separate** 84:9 | 104:4 109:3 |
| 40:7,12 41:1 | 40:7 43:19 | 141:7 | **series** 51:14 | 122:8 123:20 |
| 41:10,15,17 | 60:18 61:16 | **see** 11:15 12:12 | 124:12 | 128:3 134:16 |
| 43:5,20 44:4,8 | 75:16 82:3,19 | 55:19 58:22 | **service** 58:7 | 135:1,5 136:15 |
| 44:10,20 46:4 | 94:12 95:10 | 59:3 65:3 | **Serzone** 24:21 | **situation** 133:6 |
| 48:20 49:12 | 103:11 106:10 | 66:14 78:22 | 101:18 121:15 | **six** 10:22 119:14 |
| 50:15 52:11 | 132:13 | 83:4 96:9 | **setting** 52:2 | **sixth** 119:22 |
| 55:15 57:16,19 | **salespersons** | 110:20 113:12 | **seven** 126:8,9,14 | **sixty** 20:22 |
| 58:16 59:10,11 | 107:6 | 114:6 115:15 | **Shapiro** 2:6 | **size** 63:17 |
| 59:13,15,17,19 | **sample** 66:2,5 | 115:15 116:9 | **share** 133:22 | **slash** 124:19,20 |
| 60:13,14 61:1 | 67:11 130:3,5 | 119:21 122:3 | 134:15 | 135:3,3 |
| 62:9 64:3,9 | 130:7 | 122:15 125:12 | **shares** 119:15 | **slate** 23:7,8,18 |
| 67:7,21 68:3 | **samples** 62:12 | 129:19 130:10 | **sheet** 66:2,5 | **small** 37:10 |
| 68:10,13,15 | 62:16,21,22 | 133:9 134:14 | **Sheree** 9:21 | 117:9 |
| 69:13,21 70:2 | 63:11,18 64:7 | **seeing** 75:22 | **short** 33:9 51:8 | **smaller** 37:9 |
| 70:5,13 72:16 | 64:12,22 65:5 | 76:22 79:15 | **shorter** 28:20,21 | **smart** 67:8 |
| 72:17 77:20 | 65:10,14 66:1 | 135:8 140:16 | 29:1 | **Sobol** 2:6 |
| 81:5,11 83:2 | 66:11,21 67:6 | **seen** 12:2,8 | **show** 38:6,8 | **sold** 20:21 21:9 |
| 83:12,17,19,20 | 130:7 | 49:14 54:21,22 | 81:12 | 24:7 26:5 95:3 |
| 84:4,9 86:1,20 | **save** 112:14 | 76:12 77:8,16 | **showed** 138:12 | 95:5 107:1 |
| 87:3,4,16 | **saw** 12:9 | 77:19 125:3 | **shows** 74:11 | 122:12 126:14 |
| 88:10 89:16 | **saying** 22:15,16 | **sees** 66:15 | 122:20 | 127:14 133:20 |
| 90:4,8 93:1 | 53:4 81:2 | **sell** 23:12,12 | **side** 38:5 42:6 | **solution** 126:3,4 |
| 95:9,20 97:8 | 108:16,17 | 24:2 34:20 | 42:13 96:15 | **somebody** 32:21 |
| 99:10 103:13 | 111:15 133:5 | 35:22 36:1,11 | 134:6,7 | 33:2 65:21 |
| 107:7,14 | **says** 32:6,8 | 67:2 78:10 | **sign** 63:8 64:21 | 66:14 83:11 |
| 110:15,18 | 56:14 66:22 | 95:12 97:13 | **signature** 63:3 | 105:7 |
| 111:14 112:8 | 75:20 130:17 | 136:17,21 | **signed** 142:16 | **sort** 16:11,12 |
| 115:11 116:4,6 | **scheduled** | 137:9 | **significant** 72:8 | 29:21 38:20 |
| 116:8,13 117:9 | 131:10 | **selling** 80:10 | 129:17 134:5 | 39:20 41:18 |
| 117:16 125:11 | **school** 19:7 | 91:17 110:10 | **similar** 12:10 | 46:21 54:3 |
| 125:19 126:9 | **science** 18:14 | 122:1 | 104:8,9 114:10 | 65:13 72:10 |
| 127:3,13 | **scope** 44:13 | **senior** 27:13 | **simplify** 84:14 | 92:21 104:18 |
| 128:11 131:1 | **scratch** 42:11 | 28:3 29:6,20 | **simply** 96:20 | 105:14 108:8 |
| 131:20 134:15 | **Sean** 32:22 96:8 | 30:5,8,19 31:2 | **simultaneously** | 118:11 131:3 |
| **salespeople** | 96:13 | 31:7 | 113:2 | 132:14 |
| 29:14 30:6,15 | **search** 12:20 | **sense** 83:9 | **sir** 4:13 18:4 | **sorts** 37:22 |

Tabano, Charles        HIGHLY CONFIDENTIAL        August 23, 2006
Reno, NV

18

41:11 44:2
**sounds** 45:7
**source** 58:21
**speak** 42:3
**speaking** 6:22
6:22 13:5
56:19 79:4
**specialist** 127:1
127:6,8
**specialists** 60:4
126:3,4
**specialty** 19:14
22:21 29:17,18
29:21 30:1
36:16,17,21
57:15,16,17,18
59:13 60:16,22
127:3
**specific** 49:11
86:20 89:3
96:10 105:8
**specifically**
49:10 87:15
89:15 95:9
123:19
**specifics** 46:10
**spelling** 68:17
**spend** 139:19
**spoke** 33:15
**spoken** 140:7
**spread** 103:12
**spreadsheet**
64:17,18 65:12
65:19
**spring** 135:19
135:20 136:2
136:19
**springs** 88:6
**Squibb** 2:13
5:22 8:9,15,18
17:9,10,15
20:1,11,12

22:13 55:18
70:7
**ss** 142:2 143:1
**Stadol** 24:20
**staff** 41:9 45:16
**stand** 30:3 43:11
57:13
**standard** 121:13
**standing** 65:1
**start** 87:2 125:7
**started** 8:8
58:15 116:19
**starting** 25:10
26:19 49:6
**starts** 58:21
**state** 2:3 4:16,19
32:3 68:1
71:11 142:1,6
143:1,3
**statement**
142:14
**states** 1:1 72:18
115:21 128:19
133:13
**status** 39:8 56:9
56:12,16 58:9
81:8
**stay** 134:9
**stayed** 70:19
71:1
**staying** 134:11
**stays** 71:6
**steady** 70:11
**stenotype**
143:15,19
**step** 27:13 28:10
30:13,13 31:9
63:9
**stock** 91:11
**stocked** 77:10
**stocking** 77:12
**stopped** 80:10

**store** 66:21
**stored** 114:21
**Street** 4:4 143:5
**strength** 63:17
**stretch** 134:17
**structure** 70:22
71:6
**structured** 32:9
34:2
**structures** 48:8
**studies** 38:7,18
**stuff** 45:8
**subject** 46:9
54:8
**submit** 132:17
**substance** 48:15
49:15 142:12
**sugars** 137:3
**suggest** 48:6
49:3
**suggested** 49:12
104:12
**suggestion**
45:14
**suggests** 56:21
**Suite** 2:8
**sulfate** 122:10
**superior** 69:12
70:4
**supervise** 29:14
30:6 31:4,5
**supervisor** 68:4
68:5,6 69:16
70:6
**supposed**
130:14 131:21
136:21
**sure** 8:16 28:2
51:13 65:8
68:17 69:19,21
72:2 78:1
105:6 112:21

119:19 122:22
129:9 134:3
**surgeons** 60:5,6
**surrounding**
108:21
**Sweeney** 2:15
5:10 6:1 9:12
10:20 15:2,18
16:17 17:18,22
21:13,18 28:12
31:17 32:14,18
32:21 33:3,6
33:11,15,19
34:15 35:10,20
46:13 47:4
48:1,18 50:10
51:20 55:2
57:4 58:17
59:2 60:21
61:2,21 62:2,5
65:15 68:19
69:22 70:15
71:13 73:9
74:10 77:4
78:4,6 79:7
83:15 84:6,12
85:11,16,18
86:15 87:6
90:16,19 91:20
92:7,15 93:2
95:3,14 96:3
96:13 97:4
103:6 105:1
108:1 109:5,8
109:17,20
135:14 137:15
139:8,12 140:9
141:1,3,5,8,13
**Sweeney's** 33:21
85:4
**switch** 134:4
**sworn** 4:7,10

7:16 143:7
**synonymous**
57:17
**system** 81:16
113:7 115:8,12
**S-H-E-R-E-E**
9:21

_____

**T**

**T** 3:5
**Tabano** 1:13 3:2
3:7,8,9,11,13
4:6,9,21,22
11:6,6,9,19
12:5,12 13:9
14:4,21 15:8
15:13,17,16 16:1
17:3,3,13
31:12,13,14,20
35:16 51:14
54:13,16 55:22
59:6 62:9
67:18 74:13
82:13 85:20
87:10 96:11
103:10 108:6
109:4,22 115:1
115:7 116:12
123:7 124:14
124:21,22
134:20 141:11
141:20 142:9
143:7
**Tabano's** 13:12
135:16
**tablet** 64:22
**take** 11:13,18
12:4 16:8,10
33:9 41:18
54:11 61:19
64:16 67:18
80:1 103:4
132:21 139:17

Tabano, Charles        HIGHLY CONFIDENTIAL        August 23, 2006
Reno, NV

19

| | | | | |
|---|---|---|---|---|
| **takeaway** 135:6 | 81:22 128:11 | 83:18 84:8 | 90:19 96:8,14 | 76:18 77:4 |
| **takeaways** 3:13 | **ten** 28:20,21 | 92:21 94:6 | 103:9,19 104:8 | 78:17 80:21 |
| 135:6 | 29:4 37:11 | 115:9 | 106:20 107:21 | 82:11 87:5,14 |
| **taken** 6:13 | 117:9 | **testify** 4:18 | 114:15 115:1 | 91:16 95:22 |
| 13:13 29:10 | **tenure** 34:4 | 14:19 15:9,15 | 116:19 119:22 | 96:1 109:4 |
| 33:12 46:17 | 104:17 | 35:11 92:8 | 123:18 130:4 | 110:11 111:7,8 |
| 62:6 80:5 | **ten-year** 24:9 | 93:3 95:16 | 132:20 137:14 | 122:2,4 126:19 |
| 103:7 143:14 | **Tequin** 26:10 | 143:7 | 137:16,17,20 | 138:14 |
| **takes** 113:5 | 102:8 | **testifying** 16:13 | 138:16 | **times** 5:17,18,19 |
| **talk** 6:20 17:2 | **term** 7:20 8:3,20 | **testimony** 9:7 | **thinking** 133:1 | 71:18,19 81:10 |
| 17:14 18:4 | 9:3 20:14 29:9 | 51:15 52:14 | **thinks** 108:2 | 105:10 132:7 |
| 26:18 32:22 | 29:11 30:19 | 80:13,18 95:7 | **third** 2:18 | 138:1,3 139:18 |
| 35:11,13 41:22 | 75:21 76:5,9 | 115:22 123:21 | 135:18 136:16 | 139:18 140:14 |
| 44:10 48:3,14 | 76:11,16 78:1 | **thank** 85:17,18 | **third-party** | **title** 19:12 20:5 |
| 67:14 92:3 | 78:3 79:3 | 109:16 115:6 | 66:19,21 | 27:5,8,12 |
| 96:4,11 118:14 | 83:17 95:10 | 141:11 | **thirty** 6:4 | 57:15 69:18 |
| **talked** 74:21 | 103:12,14,15 | **Thanks** 55:21 | **Thomas** 2:15 | 71:14 125:18 |
| **talking** 24:8 | 103:17 104:4,7 | **theirs** 115:15 | **thought** 92:20 | **titled** 135:5 |
| 70:15,16 94:6 | 104:19 125:21 | **therapeutic** | 123:9 | **titles** 27:1,3 |
| 139:22 | **termination** | 119:1,7 120:6 | **thoughts** 104:9 | 70:17 71:10 |
| **tally** 65:9 | 108:21 | 120:15,21 | **three** 49:4 61:1 | **tjsweeney@h...** |
| **task** 90:9 | **terms** 37:21 | 121:3,4,11,16 | 113:11 117:6 | 2:21 |
| **Taxol** 26:8 | 38:1 39:15 | 121:22 122:11 | 138:3 139:18 | **today** 5:8,12 9:7 |
| 102:5 | 50:4 63:10 | 122:17 | 140:14 | 9:10 10:4,9 |
| **team** 34:12,13 | 70:12 71:10 | **thereabouts** | **tie** 53:13 | 12:13,18 14:19 |
| 34:19 35:6 | 90:2 131:15 | 28:1 | **tier** 39:11,11 | 15:9,15 16:13 |
| 36:3,13 38:2 | **terr** 57:11 | **thing** 39:1 51:10 | **tiers** 81:8 | 23:12 62:14 |
| 117:9 | **territories** 3:9 | 67:14 96:7 | **time** 5:7 7:9,9 | 73:6 110:1,7 |
| **teams** 32:8,11 | 55:16 | 116:14 117:15 | 7:10,13 8:18 | 119:13 |
| 34:2,3,7 35:2,5 | **territory** 19:13 | **things** 6:6 42:9 | 11:13,15,15 | **today's** 10:15 |
| 35:17,19,20,22 | 22:20 27:2,9 | 73:17 127:15 | 13:13 16:9 | 12:21 13:2 |
| 36:9 | 27:13,20 28:4 | 128:18,20 | 20:22 21:2,13 | 16:16,22 17:4 |
| **technology** | 28:9 29:6,8,9 | 134:7 136:5 | 22:6,7 23:4,10 | 17:17 |
| 114:11 115:2 | 29:13,16,20 | **think** 13:19 | 23:15,22 24:3 | **told** 96:14 |
| **telephone** 5:3 | 30:5,9,9,14,19 | 15:19 24:21 | 24:22 25:3,15 | 108:10 |
| 73:16 135:7 | 31:3,7,7 37:12 | 38:14,19 42:7 | 26:22 27:16 | **Tom** 96:16 |
| **tell** 7:17 21:21 | 37:12 57:12,21 | 53:20 56:11,13 | 29:19 34:9,21 | 140:21 |
| 38:19 53:10 | 59:7 61:16 | 57:4 58:18 | 41:22 42:1 | **top** 57:2 120:17 |
| 73:12 85:12 | 64:3 111:2 | 61:22 62:1,3 | 44:12,15 45:20 | 128:3 |
| 116:20 128:2 | 115:14 | 71:12 74:18 | 49:19 50:5 | **topic** 34:1 |
| 128:20 137:2 | **testified** 4:10 | 76:3 83:18,22 | 51:9 60:17 | **topics** 14:20 |
| **telling** 10:3 | 16:5 18:1 | 85:8,12 90:6 | 61:11 72:9 | 15:2,3,8,16 |

Tabano, Charles　　HIGHLY CONFIDENTIAL　　August 23, 2006
Reno, NV

20

| | | | | |
|---|---|---|---|---|
| 17:3 105:12 | **truth** 7:17 143:7 | 18:17 | 132:7,9,10 | 128:17 136:6 |
| **total** 131:21 | 143:8,8 | **underneath** | 134:1 137:5 | **want** 6:16 19:15 |
| 132:3 | **try** 24:12,14,19 | 125:14 | **usually** 45:5 | 22:4 25:13 |
| **town** 69:8,11 | 27:4 28:6,22 | **understand** 7:2 | 48:4 53:8,8,9 | 26:18,22 28:6 |
| **track** 65:12 | 34:10 44:12,16 | 7:3,4,7,16 | 78:13 80:22 | 34:10 44:10,12 |
| 131:21 | 45:17 46:20 | 17:13,20 34:10 | 111:8 119:16 | 47:10 48:4 |
| **train** 30:15 | 63:17,20 83:13 | 35:16 36:6 | 122:14 126:1 | 51:13 53:13 |
| **trained** 30:16 | 84:14,20 87:4 | 47:15 51:13 | 140:13 | 83:4 86:18 |
| 45:21 46:10,11 | 117:15 129:16 | 56:1 79:9,17 | **utilize** 131:19 | 87:2,19 91:6 |
| 49:10 | **trying** 28:17 | 84:3 87:7 95:5 | **utilized** 99:10 | 92:3 95:1 |
| **training** 30:17 | 35:16 49:9,18 | 98:4 108:10 | | 96:18 97:2 |
| 46:3,22 48:12 | 58:7 82:20 | 118:6 128:10 | _____ | 112:18 114:18 |
| 48:13,14,15,20 | 83:2 85:8 | 129:4,20 140:2 | **V** | 118:18 119:18 |
| 49:14 54:1,3,8 | 107:22 | **understanding** | **vague** 79:8 | 123:13 124:17 |
| 104:19 105:2,6 | **turn** 55:22 | 14:18 15:1,8 | **value** 66:10 | 141:11 |
| 105:8,11,14,16 | **turned** 50:8 | 15:14 33:16 | 131:16 | **wanted** 84:5 |
| 105:22 106:5 | **TV** 122:3 | 56:20 103:17 | **varied** 52:5 | **warfarin** 120:22 |
| 138:8,11 | **twenty** 130:18 | 104:6,8 123:20 | **various** 36:17 | **Washoe** 143:2,3 |
| 139:10 140:3,7 | 130:20 131:4 | **uninsured** 48:5 | 37:5 39:3 58:8 | **wasn't** 50:14 |
| 140:17 | **twice** 139:19 | **unique** 120:7,12 | 71:18 89:20 | **wasting** 95:22 |
| **transcribed** | 140:14 | 121:4,8 122:16 | 94:9 105:12 | 96:1 |
| 143:16 | **two** 11:5 13:12 | **unit** 63:8 67:2 | 110:12 119:15 | **way** 30:11 46:9 |
| **transcribing** | 19:3 25:11 | **United** 1:1 | 122:17 128:19 | 48:11,17 83:7 |
| 6:19 | 37:3 80:22 | 72:18 115:21 | **VePesid** 26:12 | 93:18,20,22 |
| **transcript** | 112:18 120:1 | **University** 18:9 | 102:11 | 97:20 99:8 |
| 143:17 | 120:17 121:8 | 18:21 | **verbatim** 143:14 | 100:4,18 101:8 |
| **transcription** | 126:15 129:13 | **updated** 111:4,9 | **versus** 52:3 | 102:2 112:19 |
| 143:19 | **type** 116:14 | 111:16 | 57:19 71:3 | 125:7,9 |
| **transmittal** | 121:8 122:14 | **updates** 113:8 | 93:9 117:1 | **website** 63:1 |
| 13:21 | 139:1 | **upgrade** 114:12 | 139:18 140:14 | **Wednesday** 4:1 |
| **transmitted** | **typewriting** | **upwards** 37:10 | **vice** 37:1,3 | 143:4 |
| 110:22 111:11 | 143:16 | **up-to-date** 51:5 | 68:11,15 69:20 | **weekly** 63:19 |
| **travel** 117:16 | **typical** 89:6 | **usage** 64:4 | 72:16,17 | **weeks** 129:13 |
| **traveling** 117:17 | **typically** 42:19 | **use** 35:8 38:21 | **Videx** 26:14 | **week's** 129:12 |
| **treating** 98:16 | 45:13 49:4 | 39:2,12,20 | 102:14 | **weren't** 80:6 |
| **treatment** 119:9 | 51:2 75:21 | 40:6,11 41:14 | **visit** 131:10 | 132:8 |
| 120:11 121:7 | 112:4,5 129:15 | 43:2 49:6 | **voice** 73:16 | **west** 4:3 37:3 |
| 125:21 | 132:10 133:20 | 63:22 75:21 | **volume-deplet...** | 68:11 74:8,11 |
| **trial** 136:8,14 | | 76:1 78:3 79:2 | 88:19 | 143:5 |
| **tried** 9:6 | _____ | 93:15 94:12 | **VP** 71:7 | **we'll** 15:5 68:19 |
| **trigger** 64:3 | **U** | 107:7 123:9 | | 68:20 81:10,11 |
| **true** 143:18 | **Uh-huh** 109:19 | 131:7,9 132:6 | _____ | 103:5 |
| | **Ultracef** 24:21 | | **W** | |
| | **undergraduate** | | **WA** 2:9 | |
| | | | **waiting** 108:14 | |

Henderson Legal Services, Inc.
(202) 220-4158

Tabano, Charles        HIGHLY CONFIDENTIAL        August 23, 2006
Reno, NV

21

| | | | | |
|---|---|---|---|---|
| **we're** 32:15,18 | 142:14 | **X** 1:4,10 3:1,5 | 121:3,16,20 | **011** 3:7,8 |
| 32:21 35:10 | **WLP** 76:5,13 | 47:11 | 122:10 129:11 | **054** 3:10 |
| 61:22 62:1 | **Woltemath** 68:8 | **XR** 3:11 124:22 | **Yesterday** 10:18 | |
| 63:18 87:19 | 68:9 | 125:6,8 126:16 | **York** 2:19,19 | **1** |
| 96:3 113:20 | **woman** 37:18 | 128:4 129:13 | | **1** 32:8 34:1 |
| 134:16 | **wonder** 71:21 | 133:13 134:5 | **Z** | 39:11 67:18 |
| **wholesale** 1:6 | **wondering** 56:8 | 135:6 136:9,13 | **Z** 47:11 | 143:18 |
| 7:21 8:20 9:3 | 58:8 95:8 98:5 | 136:18,22 | **Zoloft** 122:3 | **1/1** 56:7,13 58:5 |
| 39:17 43:1,2 | 104:6 | 137:17,21,22 | **Zucker** 2:16 | 58:8 |
| 53:16 75:17 | **word** 29:12 | 138:9,13,18 | 5:10 10:20 | **1/1/94** 58:18 |
| 76:10,21,22 | 123:16 125:15 | 139:6,16 140:4 | 13:5,7,11 14:1 | **10th** 4:4 143:6 |
| 77:13 78:1,3 | **words** 22:14 | 140:19 | 17:6,20 55:9 | **100** 4:3 143:5 |
| 94:21 98:2 | 65:6 132:17 | | 55:13 56:18 | **10022** 2:19 |
| 104:4,22 105:2 | **work** 16:6 18:17 | **Y** | 57:2,8 96:6 | **11** 55:22 117:9 |
| 105:18 106:3,6 | 19:3,15 34:8 | **Y** 47:11 | 114:17 135:15 | 124:12 |
| 106:13,14 | 82:3 137:7 | **yeah** 9:5 36:17 | 141:4 | **118** 143:18 |
| 118:4 | **worked** 16:4 | 48:3 72:20 | | **12** 134:19 |
| **wholesaler** | 19:18 71:2 | 85:14 96:13 | **#** | **12:34** 141:14 |
| 78:14,19 94:13 | 106:17 137:3 | 114:4 125:18 | **#113** 1:22 | **124** 3:12 |
| 130:11 | **workers** 52:9 | 130:5,16 | 143:22 | **13** 54:12 |
| **wholesalers** | **working** 9:16 | 131:17 134:2 | | **1301** 2:7 |
| 78:12 80:1 | 114:14 | 134:15 | **0** | **134** 3:14 |
| 93:15 94:10 | **worth** 129:12,13 | **year** 8:1 13:13 | **001** 3:7 11:6,19 | **1456** 1:5 |
| **wife** 10:11 | **wouldn't** 10:4 | 22:17 47:6 | 12:12 14:21 | **15** 79:15,18,19 |
| **WILSON** 4:3 | 72:4 88:3 | 88:14,14 128:5 | 17:3 31:13 | 106:10,17,22 |
| **window** 63:3 | 113:14 132:2 | 128:6 | 67:19 109:4 | 107:5 111:20 |
| **witness** 3:2 4:7 | 133:1,2 | **years** 6:4 8:6 | **001512460** | 112:10 116:17 |
| 4:9 6:3 16:19 | **wrap** 103:5 | 21:15 22:3,17 | 124:20 | 117:20 118:5 |
| 18:2 28:14 | 123:6 | 27:21 28:7,20 | **001512461** | 118:21 120:6 |
| 34:17 35:21 | **writ** 84:17 | 28:21 29:2,4 | 124:20 | 120:15,21 |
| 46:15 47:5 | **write** 129:21 | 40:18 57:7 | **001512472** | 121:3,16,20 |
| 48:3,19 50:12 | **writing** 75:2 | 60:19,19,20 | 135:3 | 122:9 |
| 51:22 55:4 | **written** 38:1 | 61:1 79:15,18 | **001512473** | **180** 110:3 |
| 57:6 60:22 | 39:15 40:21 | 79:19 80:4 | 135:4 | **1979** 8:9,10,20 |
| 65:17 68:22 | 41:18 49:14,17 | 81:17 106:10 | **002** 3:8 11:7 | 20:3 79:11 |
| 70:1,18 73:11 | 49:21 97:16 | 106:17,22 | 12:5 15:13,17 | **1990** 24:9 |
| 78:5,9 79:11 | 99:21 100:2,13 | 107:5 108:7 | 17:3 31:14 | **1990s** 24:4,5 |
| 83:18 84:8,11 | 101:4,7,20 | 111:20 112:10 | **003** 3:9 54:13 | 46:11,12 71:22 |
| 85:14,17 91:21 | 102:1 140:17 | 112:18 113:11 | **004** 3:3,11 | 75:13 76:19 |
| 92:10,17 97:5 | **W-O-L-T-E-...** | 114:12,16 | 124:14,22 | 90:12 91:1 |
| 105:5 109:19 | 68:8 | 116:17 117:20 | **005** 3:13 134:20 | **1991** 23:15 |
| 139:14 142:10 | | 118:5,22 120:6 | **01-CV-12257-...** | 26:19 32:10 |
| | **X** | 120:15,21 | 1:7 | 34:5 44:16 |

Tabano, Charles        HIGHLY CONFIDENTIAL        August 23, 2006
Reno, NV

22

```
77:4 87:15              4 54:20
94:12 95:10             4/5/01 135:7
96:22 97:9,17          ──────────────
98:6,10 99:1                  6
99:12,15,18            6th 13:21
100:6 101:1,14        623-7292 2:10
101:17 102:4,7        6325 5:2
102:10,13,19          ──────────────
103:1,11 117:3               7
1994 58:5,8           775-741-0772
1999 24:9 56:14          5:4
──────────────        ──────────────
      2                      8
2 31:20 39:11         80s 9:2 80:11
2000 128:9            875 2:18
2000s 25:10           ──────────────
2001 128:9                   9
2002 27:22            9:36 4:2 143:5
2006 1:15 4:2         90s 23:15 24:8
   54:20 56:7            26:19 27:7
   142:9,18 143:4       29:10 44:13
   143:20               45:21 46:6
206 2:10                49:19,20 53:14
212 2:20                54:2 61:5
23 1:15 4:2             62:11 70:12
   143:4                71:17 73:3,8
23rd 143:20             77:20 79:5
24 60:19,19             80:12 82:4,7
25 21:15 60:19          86:10
   60:19              91 79:14 80:4
27 22:17              918-3000 2:20
2900 2:8              94 58:15
──────────────        98101 2:9
      3               9999 56:14,20
3 31:21 39:11
   109:4,6,7,17
   133:14
30th 128:5
30(b)(6) 3:7,8
   11:5,20 12:5
   54:18 96:2
──────────────
      4
```