# Exhibit J

479

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---oOo---

------------------------------X

In Re: PHARMACEUTICAL        )    MDL DOCKET NO.

INDUSTRY AVERAGE WHOLESALE   )    CIVIL ACTION

PRICE LITIGATION             )    01CV12257-PBS

------------------------------X

THIS DOCUMENT RELATES TO:    )

ALL ACTIONS                  )

------------------------------X

HIGHLY CONFIDENTIAL

VIDEOTAPE 30(b)(6) DEPOSITION OF

JEFF BUSKA, VOLUME III

Taken at 33 South Last Chance Gulch

Helena, Montana

Friday, December 15, 2006 - 9:05 a.m.

Reported by Mary R. Sullivan, RPR, RMR, Freelance Court Reporter, Notary Public, residing in Missoula, Montana.

1   document for us?

2   A.   Yes.

3   Q.   What is this document?

4   A.   It's a document that was received by the
5   State Health Policy and Services Division,
6   September 4, 2001.  It's the report on the average
7   sales price from Bayer.

8   Q.   And what date is reflected as the date
9   of receipt of this document by the Montana--State
10  of Montana?

11  A.   It's the date it was date stamped in as
12  received by our administrative staff.

13  Q.   And I'm sorry, what date is that?

14  A.   The date--the date stamp.

15  Q.   Yeah, and what date is that, I'm sorry?

16  A.   Oh, September 4th, 2001.

17  Q.   Does Exhibit Buska 052 reflect the
18  average sale price information from Bayer
19  Corporation that was required to be provided under
20  the settlement agreement between the State of
21  Montana and Bayer?

22  A.   Yes, it has the NDCs and the average

527

1  AWP, and then later on, then it has the cover
2  letters from previous documents that we've
3  reviewed dated August 30th, 2001 received by the
4  State of Montana Health Policy and Services
5  Division September 14th, 2001.
6     Q.   Did Exhibit Buska 055, did that come out
7  of Montana Medicaid files?
8     A.   Yes.
9     Q.   And specifically, did Exhibit Buska 055
10 come from the Medicaid pharmacy program officer
11 files that you were referencing earlier?
12    A.   Yes.
13    Q.   The average sale price reports that
14 Montana received from Bayer did not include
15 handwriting in the average sale price report
16 itself; is that right?
17    A.   That's correct.
18    Q.   Are you able to tell us how the
19 handwriting that appears on Exhibit Buska 055 came
20 to appear on that document?
21    A.   It would have been handwritten--it is
22 the handwriting of Shannon Marr who was the

1  pharmacy program officer at that time.

2  Q. And so that the record is clear, what
3  I'm referencing in terms of handwriting initially
4  is--do you see in the very first page, which is
5  Montana 076440, I'm looking at a column that is--
6  has handwriting AWP. Do you see that?

7  A. Yes.

8  Q. And then under that column, there's a
9  series of entries in--in--in handwriting. Do you
10 see those?

11 A. Yes, to the left of the Average Sales
12 Price.

13 Q. Yes.

14 A. Yes.

15 Q. So--and to the left of the typed-in
16 average sale price information.

17 A. Yes.

18 Q. And so you're able to today testify for
19 Montana that--whose--whose handwriting is--is
20 this?

21 A. This is Shannon Marr's handwriting.

22 Q. And remind me who Shannon Marr was--

1   A.   Shannon Marr was the pharmacy program
2   officer at the time.
3   Q.   What are the handwritten entries?
4   A.   The handwritten entries, I would imagine
5   what she did is she went into our claims payment
6   system and looked up the NDC for every one of
7   these--these drugs and indicated the--what the
8   average wholesale price was probably for the
9   current time period, and when she did this, it's
10  not dated as to when she did this, these hand--
11  these entries on here, but would have been the
12  average sales price--or average wholesale price at
13  that time that was in our reimbursement system.
14  Q.   Well, let's just take a for example.
15  The--the last entry on the first page, do you see
16  that? It's the product name is Ciprofloxacin HCL
17  750 milligrams, 100s, UD?
18  A.   Yes.
19  Q.   And that--that has under the AWP column-
20  -the entry is 4.82740; is that right?
21  A.   That's correct.
22  Q.   And then the typed-in average sale price

1  for that same product is 3.42934; is that right?

2  A.   No.

3  Q.   Oh, did I say--

4  A.   3.429394.

5  Q.   Thank you for the correction.  Then--

6  now, the average sale price information comes from

7  Bayer Corporation; is that right?

8  A.   **That's correct.**

9  Q.   The AWP information that appears comes

10 from what source?

11 A.   **Comes from a hand entry by the pharmacy**

12 **program manager by looking up the reimbursement**

13 **rates, the AWP prices that we have in our claims**

14 **processing system.**

15 Q.   And that AWP information is available by

16 any one of the Medicaid--Montana Medicaid

17 representatives?

18 A.   **Yes.**

19 Q.   They can access that?

20 A.   **Yes.  Individuals that have security**

21 **clearance to access the claims file--the claims**

22 **payment system can look this up.**

1    A.    No, I'm not aware of any discussion
2    regarding it.
3    Q.    And by discussion, I'm including e-mail
4    communications or telephone conversations or in-
5    person meetings. Are you aware of--
6    A.    I'm not aware of anything like that, no.
7    Q.    You mentioned that you're not aware of
8    any similar comparison documents that compare the
9    average sale price reported figures to the AWP
10   figures for those same products. Is it fair to
11   say, though, that anyone at Montana Medicaid could
12   have performed the same comparison at any time
13   during the time that Bayer was reporting the
14   average sale price information?
15   A.    Yes, somebody could have, but likely,
16   no, because the document, as I indicated earlier,
17   wasn't given to anybody else.
18   Q.    Well, any--any of the pharmacy program
19   officers could have done such comparisons at any
20   point in their time; is that right?
21   A.    They could have, yes.
22   Q.    Well, I'm going to be the one to ask for

534

1   a break now.

2           MS. BOVINGTON: Okay.

3           MR. DOSS: I should have gone earlier.

4           THE VIDEOGRAPHER: Off the record--I'm

5   sorry. Off the record at 10:19.

6           (Whereupon, the deposition was in

7   recess at 10:19 a.m., and subsequently reconvened

8   at 10:26 a.m., and the following proceedings were

9   had and entered of record:)

10          THE VIDEOGRAPHER: On the record at

11  10:26.

12      Q.  (By Mr. Doss) Mr. Buska, did--did

13  Montana receive average sale price information

14  from any other pharmaceutical manufacturers--

15      A.  Yes.

16      Q.  --other than Bayer?

17      A.  Yes, I believe we did.

18      Q.  And what other manufacturers did Montana

19  receive average sale price information?

20      A.  I believe I recall seeing stuff from TAP

21  Pharmaceuticals, but I can't recall any others.

22      Q.  Mr. Buska, I'd like to--I've asked to

1  A.  That's my--

2  Q.  What was--

3  A.  --my guess.

4  Q.  Yeah.  What would your estimate be as to what the program funding levels were back in, say, 1998?

7  A.  I can't answer that.  I don't know.

8  Q.  The--the 600- to 700 million dollar figure was your estimate as of this last year?

10 A.  As of--yeah, as of our current, probably. That's about the budget request or the budget amount is in that range.  I don't know what the exact figure is currently.

14 Q.  The response here says that Montana Medicaid was not able to incorporate the Bayer ASP information. That's--that's not technically correct, is it?  Isn't it that Montana Medicaid chose not to include the average sale price information into its evaluation of the estimated acquisition cost for the reasons you've already described?

22 A.  Yeah, we didn't do any--we did not do an

564

1  analysis of the comparison of the rates to
2  incorporate that information into our payment
3  methodology.
4      Q.  If Montana's regulations on its
5  definition of estimated acquisition cost required
6  that it utilize the Bayer average sale price
7  information, it would have done what was necessary
8  to incorporate the Bayer average sale price
9  information; is that fair to say?
10     A.  Fair to say if it was required by the
11 federal government.
12     Q.  Or by the state regulations.
13     A.  The State of Montana--
14     Q.  Yeah.
15     A.  --establishes those regulations.
16     Q.  Well, that's--that's my question.
17     A.  Yeah.
18     Q.  You would follow your regulations if--if
19 it was required you follow.
20     A.  If it was required.
21     Q.  Would the circumstances that led Montana
22 Medicaid not to use the Bayer average sale price