# Exhibit K



RECEIVED

NOV 05 2001

HEALTH POLICY & SERVICES

Paul R. Berry
Vice President
Assistant General Counsel
and Assistant Secretary.

October 30, 2001

Ms. Christine Saxonis
Civil Recoveries Branch
Compliance Unit Certification
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5627
330 Independence Ave., S.W.
Washington, D.C.  20201

Mr. Joseph Palermo
First DataBank Inc.
1111 Bayhill Drive
San Bruno, CA  94066

Re:    Report of Average Sale Price – 3rd Quarter

In conformance with:  (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"); and (b) the State Settlement Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the forty-five states specified on attachment hereto, Bayer submits the following:

1.    Report of Average Sale Price for the third quarter of 2001 (Section III(D)(2)(b)).  This information is also included on the enclosed diskette.

2.    A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Corporation Pharmaceutical Division.

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any questions.

Very truly yours,

Paul R. Berry

MT 038297

ep
Enclosures

cc:  Attached List

asp_letter_3rdqtr.doc

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

DEPOSITION
EXHIBIT
053
J. Buska

# Bayer Corporation
## Average Sales Price Report
### Q3, 2001

| NDC | Product | Product Name | Average Sales Price | Report Quarter |
|---|---|---|---|---|
| 00026-0372-50 | 37250 | KOGENATE FS 1000 IU | 1.094441 | 200103 |
| 00026-0601-35 | 60135 | ALPHA-1 PI, 1 GRAM | 0.212403 | 200103 |
| 00026-0603-20 | 60320 | THROMBATE III @ 500 IU PER VIAL | 0.757452 | 200103 |
| 00026-0613-20 | 61320 | PLASMANATE, 50 ML W/O SET | 0.240328 | 200103 |
| 00026-0613-25 | 61325 | PLASMANATE, 250 ML W/SET | 0.129084 | 200103 |
| 00026-0618-02 | 61802 | BAYRAB | 61.433053 | 200103 |
| 00026-0618-10 | 61810 | BAYRAB | 55.205284 | 200103 |
| 00026-0631-01 | 63101 | BAYRHO-D | 111.299742 | 200103 |
| 00026-0631-02 | 63102 | RAYRHO-D FULL DOSE 1ML SYRINGE W/SAFETY | 73.760399 | 200103 |
| 00026-0631-05 | 63105 | BAYRHO-D | 208.919788 | 200103 |
| 00026-0634-01 | 63401 | BAYTET | 71.691465 | 200103 |
| 00026-0634-02 | 63402 | BAYTET 1ML SYRINGE W/SAFETY | 84.649150 | 200103 |
| 00026-0635-04 | 63504 | BAYGAM 2.0 ML, VIAL SINGLE | 10.522844 | 200103 |
| 00026-0635-12 | 63512 | BAYGAM 10.0 ML, VIAL | 8.325225 | 200103 |
| 00026-0636-00 | 63600 | BAYHEPB | 106.103974 | 200103 |
| 00026-0636-01 | 63601 | BAYHEPB | 108.293315 | 200103 |
| 00026-0636-02 | 63602 | BAYHEP 1 ML SYRINGE W/SAFETY | 113.680098 | 200103 |
| 00026-0636-03 | 63603 | BAYHEP .5 ML NEONATAL SYRINGE W/SAFETY | 108.252412 | 200103 |
| 00026-0636-05 | 63605 | BAYHEPB | 96.365105 | 200103 |
| 00026-0648-12 | 64812 | GAMIMUNE-N 10%  10ML | 5.618502 | 200103 |
| 00026-0648-15 | 64815 | GAMIMUNE-N 10%  25ML | 5.156240 | 200103 |
| 00026-0648-20 | 64820 | GAMIMUNE-N 10%  50ML | 5.698020 | 200103 |
| 00026-0648-24 | 64824 | GAMIMUNE-N 10% 200ML | 5.716700 | 200103 |
| 00026-0648-71 | 64871 | GAMIMUNE-N 10% 100ML | 5.719596 | 200103 |
| 00026-0665-20 | 66520 | KOATE DVI 250 IU | 0.578116 | 200103 |
| 00026-0665-30 | 66530 | KOATE DVI 500 IU | 0.598430 | 200103 |
| 00026-0665-50 | 66550 | KOATE DVI 1000 IU | 0.544952 | 200103 |
| 00026-0670-20 | 67020 | KOGENATE, RECOMBINANT FACTOR 250 | 0.858088 | 200103 |
| 00026-0670-30 | 67030 | KOGENATE, RECOMBINANT FACTOR 500 | 0.000000 | 200103 |
| 00026-0670-50 | 67050 | KOGENATE, RECOMBINANT FACTOR 1000 | 0.000000 | 200103 |
| 00026-0684-16 | 68416 | ALBUMIN 25%, 20 ML | 0.602338 | 200103 |
| 00026-0684-20 | 68420 | ALBUMIN 25%, 50 ML | 0.631972 | 200103 |
| 00026-0684-71 | 68471 | ALBUMIN 25%, 100 ML | 0.632908 | 200103 |
| 00026-0685-20 | 68520 | ALBUMIN 5%, 50 ML | 0.240639 | 200103 |
| 00026-0685-25 | 68525 | ALBUMIN 5%, 250 ML | 0.225630 | 200103 |

MT 038298

| NDC | Product | Average Sales Price | Report Quarter |
|---|---|---|---|
| 00026252106 | BILTRICIDE 600 MG TABLETS 6'S | 9.707812 | 200103 |
| 00026261301 | DOME PASTE BANDAGE 3" | 12.254744 | 200103 |
| 00026261401 | DOME PASTE BANDAGE 4" | 13.419267 | 200103 |
| 00026285548 | NIMOTOP CAPSULES 30MG 100'S UD | 5.608756 | 200103 |
| 00026285570 | NIMOTOP CAPSULES 30MG 30'S UD | 5.882158 | 200103 |
| 00026286148 | PRECOSE 50MG 100'S UNIT DOSE | 0.466912 | 200103 |
| 00026286151 | PRECOSE 50MG BOTTLES OF 100'S | 0.457414 | 200103 |
| 00026286251 | PRECOSE 100MG BOTTLES OF 100'S | 0.589687 | 200103 |
| 00026286351 | PRECOSE 25MG 100'S | 0.456882 | 200103 |
| 00026288351 | BAYCOL .2 MG 100'S | 0.902510 | 200103 |
| 00026288386 | BAYCOL 0.2 MG 90'S BOTTLES | 1.095020 | 200103 |
| 00026288451 | BAYCOL 0.3MG 100'S | 0.879509 | 200103 |
| 00026288486 | BAYCOL 0.3 MG 90'S BOTTLES | 1.121878 | 200103 |
| 000262885*9 | BAYCOL 0.4MG DRUM | 0.584681 | 200103 |
| 00026288551 | BAYCOL 0.4MG BOTTLES OF 100 | 1.076128 | 200103 |
| 00026288569 | BAYCOL 0.4MG BOTTLES OF 30 | 1.143261 | 200103 |
| 00026288586 | BAYCOL 0.4 MG BOTTLES OF 90 | 1.143284 | 200103 |
| 00026288669 | BAYCOL 0.8 MG 30'S BOTTLES | 1.706853 | 200103 |
| 00026288686 | BAYCOL 0.8 MG 90'S BOTTLES | 1.650284 | 200103 |
| 00026309159 | MYCELEX 1% CREAM 30 GM | 0.529590 | 200103 |
| 00026309161 | MYCELEX 1%CREAM 15 GM | 0.604414 | 200103 |
| 00026309167 | MYCELEX CREAM 90G(2X45G) TUBES | 0.213342 | 200103 |
| 00026815120 | DTIC-DOME 200MG 20ML VIAL 12'S | 0.107986 | 200103 |
| 00026816115 | MITHRACIN 2500 MCG | 0.054489 | 200103 |
| 00026819636 | TRASYLOL 100ML VIALS 6'S | 1.755348 | 200103 |
| 00026819763 | TRASYLOL 200ML VIALS 6'S | 1.764764 | 200103 |
| 00026851106 | CIPRO 100 MG UNIT DOSE 6'S | 2.347855 | 200103 |
| 00026851248 | CIPRO 250 MG 100'S UNIT DOSE | 2.960114 | 200103 |
| 00026851251 | CIPRO 250 MG BOTTLES OF 100'S | 3.152173 | 200103 |
| 00026851348 | CIPRO 500 MG 100'S UNIT DOSE | 3.604024 | 200103 |
| 00026851351 | CIPRO 500 MG BOTTLES OF 100'S | 3.692377 | 200103 |
| 00026851448 | CIPRO 750 MG 100'S UNIT DOSE | 3.382389 | 200103 |
| 00026851450 | CIPRO 750 MG BOTTLE OF 50'S | 3.691512 | 200103 |
| 00026852736 | CIPRO IV 200MG 24 BAGS BAXTER | 0.086004 | 200103 |
| 00026852763 | CIPRO IV 400MG 24 BAGS BAXTER | 0.080429 | 200103 |
| 00026855136 | CIPRO ORAL SUSPENSION 5% 100ML | 1.547838 | 200103 |
| 00026855236 | CIPRO IV 200MG 24 BAGS ABBOTT | 0.082565 | 200103 |
| 00026855338 | CIPRO ORAL SUSPENSION 10% 100ML | 0.714049 | 200103 |
| 00026855463 | CIPRO IV 400MG 24 BAGS ABBOTT | 0.085508 | 200103 |
| 00026856220 | CIPRO IV 200MG 1% 10X20ML VIAL'S | 0.394256 | 200103 |
| 00026856464 | CIPRO IV 400MG 1% 10X40ML VIALS | 0.460910 | 200103 |
| 00026856665 | CIPRO IV BULK PKG 6X120ML VIALS | 0.337384 | 200103 |
| 00026858141 | AVELOX ABC PACK (5 TABLETS PER) | 5.804195 | 200103 |
| 00026858169 | AVELOX BOTTLE OF 30 TABLETS | 5.820435 | 200103 |
| 00026884148 | ADALAT CC 30 MG UNIT DOSE 100'S | 0.958647 | 200103 |
| 00026884151 | ADALAT CC 30MG BOTTLE OF 100'S | 0.844728 | 200103 |
| 00026884154 | ADALAT CC 30MG 1000S | 0.912700 | 200103 |
| 00026884172 | ADALAT CC 30MG 5000S | 0.928866 | 200103 |
| 00026885148 | ADALAT CC 60MG UNIT DOSE 100'S | 1.633984 | 200103 |
| 00026885151 | ADALAT CC 60MG BOTTLE OF 100'S | 1.410663 | 200103 |
| 00026885154 | ADALAT CC 60 MG 1000S | 1.638417 | 200103 |

MT 038299

| NDC | Product | Average Sales Price | Report Quarter |
|---|---|---|---|
| 00026885172 | ADALAT CC 60MG 5000S | 1.656547 | 200103 |
| 00026886148 | ADALAT CC 90 MG UNIT DOSE 100'S | 1.912560 | 200103 |
| 00026886151 | ADALAT CC 90MG BOTTLE OF 100'S | 1.744938 | 200103 |
| 00026971101 | VIADUR KIT WITH IMPLANT | 2573.711364 | 200103 |

MT 038300

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with and used in the administration of the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division

10 / 30 / 2001
Date

**MT 038301**

certification_state2.doc



# Average Sales Price Reporting

# Specification Document

## February 26, 2001

MT 038302

# TABLE OF CONTENTS

1. INTRODUCTION .................................................................................................... 3
2. ASP COMPONENTS ............................................................................................... 4
    2.1. ASP CALCULATION ........................................................................................ 4
    2.2. ASP PROCESS FLOW ...................................................................................... 7
    2.3. ANCILLARY SYSTEMS .................................................................................... 11
        2.3.1. Order Processing System ...................................................................... 11
            2.3.1.1. Pharma Sales File ........................................................................ 11
            2.3.1.2. Bio Sales File .............................................................................. 11
            2.3.1.3. Pharma Customer File .................................................................. 11
            2.3.1.4. Bio Customer File ........................................................................ 11
            2.3.1.5. Pharma Medicaid File ................................................................... 11
            2.3.1.6. Bio Medicaid File ......................................................................... 12
            2.3.1.7. Pharma Tables File ...................................................................... 12
            2.3.1.8. Bio Tables File ............................................................................ 12
            2.3.1.9. Pharma Chargeback File ............................................................... 12
            2.3.1.10. Bio Chargeback File .................................................................... 12
        2.3.2. Rebate Forecasting Estimate ................................................................. 12
        2.3.3. Bayer Direct ........................................................................................ 12
    2.4. ORACLE ARS TABLE STRUCTURE .................................................................... 13
        2.4.1. Sales Record Table ............................................................................... 13
        2.4.2. Rebate Table ....................................................................................... 13
        2.4.3. Contract Table ..................................................................................... 13
        2.4.4. Customer Table .................................................................................... 13
        2.4.5. Class of Trade ...................................................................................... 13
        2.4.6. Customer Class ..................................................................................... 13
        2.4.7. Contract Type ...................................................................................... 14
        2.4.8. Key Product ......................................................................................... 14
        2.4.9. Product Table ...................................................................................... 14
        2.4.10. Pay Terms .......................................................................................... 14
        2.4.11. Administrative Fees ............................................................................. 14
        2.4.12. Sales Returns ..................................................................................... 14
        2.4.13. Bona Fide Charitable Contributions ....................................................... 14
        2.4.14. Free Goods ........................................................................................ 15
        2.4.15. Pay Terms Reversal ............................................................................. 15
        2.4.16. Reason Code ...................................................................................... 15
        2.4.17. Record Type ....................................................................................... 15
        2.4.18. Chargebacks ...................................................................................... 15
        2.4.19. ASP Report File .................................................................................. 15
3. DATA ELEMENTS ................................................................................................. 17
    3.1. CLASSES OF TRADE ....................................................................................... 17
        3.1.1. Biological Classes of Trade .................................................................... 17
        3.1.2. Pharmaceutical Classes of Trade ............................................................ 18
        3.1.3. CARS V2.4.1 Classes of Trade ................................................................ 19
    3.2. CONTRACT TYPES .......................................................................................... 20
        3.2.1. Biological Contract Types ...................................................................... 20
        3.2.2. Pharmaceutical Contract Types .............................................................. 21
    3.3. REASON CODES ............................................................................................ 22
        3.3.1. Biological Reason Codes ........................................................................ 22
        3.3.2. Pharmaceutical Reason Codes ................................................................ 23
    3.4. RECORD TYPES ............................................................................................. 24
    3.5. PRODUCT CODES .......................................................................................... 24
    3.6. REBATE REPORTING PROCESS ........................................................................ 25
        3.6.1. Overview ............................................................................................. 25
        3.6.2. Rebate Forecasting and Reporting Process .............................................. 25
4. ASSUMPTIONS AND DEFINITIONS ........................................................................ 26

## 1. INTRODUCTION

Bayer Corporation has entered into a Corporate Integrity Agreement ("CIA") with the Office of the Inspector General ("OIG") of the U.S. Department of Health and Human Services ("HHS") which requires quarterly reporting of the Average Sales Price ("ASP") for all government reimbursed products.

ASP is defined in the CIA as follows (Section III.D.2.A.):

> Average Sales Price ("ASP") means, with respect to each dosage form, strength and volume of the drug or biologic product (without regard to any special packaging, labeling, or identifiers on the dosage form or product or package) the average of all final sales prices charged by Bayer for the drug or biologic product in the United States to all purchasers, excluding those sales exempt from inclusion in the calculation of "Best Price" for Medicaid Rebate purposes, pursuant to 42 U.S.C. § 1396r-8, and direct sales to hospitals. The prices identified in the calculation of the average sale price should be net of the following: volume discounts, prompt pay discounts; cash discounts; chargebacks; short-dated product discounts; free goods; rebates [except Medicaid Rebates] and all other price concessions provided by Bayer to any relevant purchaser, as earlier defined in this paragraph, that result in a reduction of the ultimate cost to the purchaser. Notwithstanding the foregoing, the average sale price shall not include the value of bona fide charity care or grants. Bayer Pharmaceutical Division shall report the average sale price by National Drug Code ("NDC") for each government reimbursed product identified by Bayer's NDC.   The average sale price reported shall be properly weighted to reflect the volume of sales at each sale price, i.e., for each NDC, the price reported shall be an average per unit price determined by dividing the sum of all final prices charged by Bayer, net of all price reductions identified above, for a drug or biologic product in a quarter by the total number of units of that drug or biologic product sold in that quarter.

**MT 038304**

## 2. ASP COMPONENTS

### 2.1. ASP Calculation

The following section highlights the specific components of the ASP calculation. Included are descriptions of tables and a general flow of information from the Order Processing System and other ancillary systems into the ASP Reporting System ("ARS") and out to the ASP Report. With a few specific exceptions, the ASP processes for the Biological ("Bio") and Pharmaceutical ("Pharma") Departments within the Pharmaceutical Division are identical. Following the narrative is a process flow diagram of the Bio and Pharma ASP calculation.

- The Order Processing System downloads files into ARS tables. The following describes data flow from the Order Processing System to ARS:
  - The Daily Sales records download into the *Sales_Record* table.
  - The Medicaid file, containing the federally covered drugs for the ASP calculation and units per package, downloads into the *Product* table.
  - The Customer file downloads into the *Customer* table. The Customer file will provide the Class of Trade (COT), Class Code, Customer Number, name and address for each customer at the time of download.
  - The End-User Chargeback file loads into the *Chargeback* table. This table contains information about customers who resell product to another Bayer contract customer. Product Code, Contract and Customer Number break down the information. Chargeback records provide quantity sold and dollar amounts for the original vendor price (wholesale price), the end-user Bayer contract price, and the difference between those prices (i.e. the chargeback amount due to the vendor).
  - The Tables file contains key cross-reference information, including:
    - *Classes of Trade ("COTs")*
    - *Customer Classes*
    - *Reason Codes*
    - *Key Product Codes*
    - *Pay Terms*
    - *Contract Types*
    - *VHP* (Product Family)

  Each cross-reference table is loaded into its own table of the same name. These tables provide codes and descriptions. The COT, Customer Class, Reason Code, and Contract Type tables contain flags signifying whether each record is included in the ASP calculation. These flags are logically linked to the sales records so that the appropriate records are included in the ASP calculation.
  - The *Record Type* table is used exclusively for the Pharma ASP calculation. It will exclude any internal adjustments (transactions such as inventory transfers that are internal to Bayer only) that appear on Pharma sales records. Bio internal adjustments are handled by the sales record Reason Codes.
  - The *Product* table includes Bayer Product codes and NDC and Medicaid information from the Order Processing System. The ASP flag is set to "Yes" if the product is covered by Medicaid. The *Product* table will also serve as a cross-referencing tool when only the Bayer product code is provided.

- The *ARS Rebate* table imports its information from the Financial Forecast Model. Each product family has a corresponding rebate percentage associated with it.

MT 038305

- Data from Bayer Direct is added to the *Sales_Record* table with all of the necessary customer exclusions taken into account.
- Once all tables are loaded, the ASP Calculation Process starts by extracting sales record information and excludes the following:
  - o COTs that are direct sales to government, hospital, export entities, and Bayer internal
  - o Customer Classes that are direct sales to government, hospital, export entities, and Bayer internal
  - o Contract Types that are direct sales to government, hospital, and export entities
  - o Reason Codes representing excluded transactions based on criteria set forth in the CIA or Bio internal adjustments
  - o Record Types (Pharma) that indicate internal adjustments
  - o Non-Federally covered product codes
  - o Export or Foreign Sales
  - o Bayer Internal Entity Sales

- Payment terms are applied. The Pay Terms table is required to cross-reference the pay terms code on the sales record to the pay terms percentage. Pay terms percentage is applied at the line item level to the total dollars. If no prompt pay discount is indicated, none will be applied.

- For ASP reporting purposes, all products must be converted to the smallest unit of measure. The conversion factors for Bio and Pharma are:
  - o Biological records, the units sold are multiplied by potency at the line item level.
  - o Pharma records, the units sold are multiplied by the Units Per Package factor (listed in the Product table) at the line item level.

  This conversion results in Calculated Units and is required to calculate ASP.

- Next, all indirect sales to governmental entities, as defined in the CIA, must be reversed so as not to be included in the ASP calculation. Each record in the *Chargeback* table contains a contract number. Each contract number corresponds to a Contract Type, which identifies the indirect sales to be reversed. Two line items are created to reverse governmental end-user sales. The chargeback line will contain the chargeback amount given to the vendor for the indirect sale. The chargeback amount is taken directly from the chargeback record. The reversal line will contain the reversed sales quantity and amount. The reversed quantity is the quantity shipped to the end user multiplied by negative one. The reversed sales amount is the original vendor price paid for that product multiplied by the reversed quantity.
- The dollars and quantities of the sales, reversal, and chargebacks are sorted and summed at the 11-digit NDC level, as required by the CIA.
- At this point, the sales, reversal, and chargebacks are combined and moved to the ASP report file.
- The rebate amount is then calculated. The Total Sales Amount minus the Reversals, Chargebacks, and Pay Terms is multiplied by the rebate percentage to produce the Rebate Amount. The rebate percentage is imported to the *ARS Rebate* table from the Financial Forecast Model. Each product family has a corresponding rebate percentage associated with it.
- The Total Sales Amount minus the Reversals, Chargebacks, Pay Terms, and Rebate Amount produces the Quarterly Dollars.

**MT 038306**

- The Total Sales Quantity minus the Reversal Quantity produces the Total Quarterly Quantity.
- Finally, ASP is calculated by dividing Quarter Dollars by Total Quarterly Quantity for each 11-digit NDC.

- The ASP Report is generated and sent 30 days after the close of the calculated quarter to HCFA and First DataBank.

**MT 038307**

## 2.2. ASP Process Flow



MT 038308

ASP Process Flow (Details)



**ASP Calculation**

**ARS Sale_Record Table**

Add Bayer Direct Records to Sales Records

Information from Bayer Direct with Dollars and Quantity added to Sales

Data Feed for Bayer Direct Sales Bio Only

Exclusions:
Record Type (Pharma only)
Account Type & Class Code
Contract Type
Reason Code
Products
Export or Foreign Sales

Exclude Sales Records where Flag is indicated as "No"

Calculate Prompt Pay Discounts & Medicaid Unit Conversion
Reverse Amt * Pay Terms Percentage
Reverse Qty * Conversion Factor

Sort and Sum at NDC level
At 11-digit NDC

Combine NDCs

Legend:
ASP Tables
Mainframe Files
External Files
Process

'Note: While there are two separate systems, one for Bio, and one for Pharma, only one process is documented, because the process is the same, with the exception of some minor details, included in the flow chart to the left

**MT 038309**

ASP Process Flow (Details, continued)



**Legend:**
- ASP Tables
- Mainframe Files
- External Files
- Process

**MT 038310**

ASP Process Flow (Details, continued)



MT 038311

### .2.3. Ancillary Systems

Ancillary systems are defined as existing systems that contain data pertinent to calculating ASP. . The Order Processing System, Contract and Rebate System ("CARS") V2.4.1 and CARS/IS systems are the Bayer Pharmaceutical Ancillary Systems required for the ASP Calculation.

### 2.3.1. Order Processing System

The Order Processing System mainframe system contains Pharma and Bio sales, chargebacks, contract and invoice information. Within the Order Processing System, there are the Pharma Sales File, Bio Sales File, Customer Files for Pharma and Bio, Medicaid Files for both Pharma and Bio, Chargeback Files for both Pharma and Bio, as well as the Pharma Tables File and the Bio Tables File.

The following descriptions of tables document the required fields for the ASP calculation from the aforementioned files.

### 2.3.1.1. Pharma Sales File

This file is derived from the daily multi-record format Sales Download.  Sales and credit data will be extracted from the file and uploaded into ARS.

### 2.3.1.2. Bio Sales File

This file is derived from the daily multi-record format Sales Download.  Sales and credit data will be extracted from the file and uploaded into ARS.

### 2.3.1.3. Pharma Customer File

This file contains the Pharma customer-specific information used to access the most current COT, Class Code, and Address information for the customer.  COT and Class Code are then used to determine which customers are included/excluded from the ASP calculation.

### 2.3.1.4. Bio Customer File

This file contains the Bio customer-specific information used to access the most current COT, Class Code, and Address information for the customer.  COT and Class Code are then used to determine which customers are included/excluded from the ASP calculation.

### 2.3.1.5. Pharma Medicaid File

This cross-reference table contains the Bayer Product Code, NDC, Product description and the Calculated Units conversion factor. The Medicaid File contains only those products covered for the ASP calculation.

**MT 038312**

### 2.3.1.6. Bio Medicaid File

This cross-reference table contains the Bayer Product Code, NDC, Product description and the Calculated Units conversion factor (units per package).   The Medicaid file contains only those products covered for the ASP calculation.

### 2.3.1.7. Pharma Tables File

This file has cross-reference information for the COT, Customer Class, Key Product, Pay Terms, Reason Code and Contract Type tables.

### 2.3.1.8. Bio Tables File

This file has cross-reference information for the COT, Customer Class, Key Product/VHP Pay Terms, Reason Code and Contract Type tables.

### 2.3.1.9. Pharma Chargeback File

This file contains indirect sales information for Pharma, in the form of chargebacks.  This file is used to itemize the chargebacks listed in the sales records.  Information from this file will allow indirect sales to federal government customers, as well as the original sale to the vendor, to be excluded from the ASP calculation.

### 2.3.1.10. Bio Chargeback File

As above, this file contains indirect sales information for Bio, in the form of chargebacks. This file is used to itemize the chargebacks listed in the sales records.  Information from this file will allow indirect sales to federal government customers, as well as the original sale to the vendor, to be excluded from the ASP calculation.

### 2.3.2. Rebate Forecasting Estimate

The Finance department will provide the rebate forecasting estimates that will be uploaded into ARS for both Bio and Pharma. The rebate forecasting estimate will include the rebate forecasting percentage per product at the product family level.   Those percentages will then be applied to each product within that family, at the 11-digit NDC level.  Estimating a rebate forecast is necessary to properly reflect customer rebates in the ASP reporting.  The Finance Department will develop the rebate forecasting model using data from CARS V2.4.1, CARS/IS, and the Biological Rebate System (See Section 3.6 below).

### 2.3.3. Bayer Direct

Currently, Bayer receives information regarding sales through the Bayer Direct program from a third party processor for certain Bayer biological products. The third party processor receives products from Bayer on consignment.  ARS will upload this pricing information regarding sales to customers, including information on those that are to be excluded from the ASP calculation

**MT 038313**

## 2.4. Oracle ARS Table Structure

The following section describes the table structure for the ARS database.

### 2.4.1. Sales Record Table

This table includes sales information, as well as cross-reference information, and is used in conjunction with the Rebate and Chargebacks Tables to generate the ASP report. There is a separate Sales Record Table for both Pharma and Bio.

### 2.4.2. Rebate Table

This table contains information on Rebates. Fields include Key Product Code, Rebate Percentage, as well as the Quarter being reported. This information is supplied by the Finance Department in the form of an upload for inclusion in the ASP calculation. There is a separate Rebate Table for both Pharma and Bio.

### 2.4.3. Contract Table

This file contains customer-specific contract information downloaded from the Order Processing System for off-invoice customers. This file is used as general reference information for reporting. It is used as a lookup table to cross-reference contract numbers with their corresponding contract types, in order to isolate specific types, such as government contracts, for which direct and indirect sales should be excluded from the ASP calculation. There is a separate Contract Table for both Pharma and Bio.

### 2.4.4. Customer Table

Pharma and Bio Customer file information from the Order Processing System is extracted and loaded into this table. COTs and Class Codes are used from this file in order to provide the most up-to-date customer information at the time of extraction. This file is used as general reference information for reporting, with customer names and numbers, as well as address information. There is a separate Customer Table for both Pharma and Bio.

### 2.4.5. Class of Trade

The COT Table contains a COT, Description and ASP Flag to determine if a Class of Trade is to be included or excluded for direct and/or indirect sales. When Pharma and Bio Sales records are loaded into ARS, the COT flags are loaded into the sales table, in order to exclude specific COTs, consistent with the ASP calculation requirements. There are separate COT Tables for both Pharma and Bio.

### 2.4.6. Customer Class

This table is required for the ASP calculation. It is a sub-class of Class of Trade, further dividing general customer account types into more specific classes. This information is necessary in cases where an account type is not specific enough to facilitate the identification of customers that are to be excluded from the ASP calculation. A flag will signify whether each Customer Class is to be included in indirect and direct sales, based on the criteria from the CIA. There are separate Customer Class tables for both Pharma and Bio.

**MT 038314**

### 2.4.7. Contract Type

This table is required for the ASP calculation. It contains codes for the different types of contracts, along with descriptions. This information is necessary in cases where customer information is not specific enough, based on COTs or customer account types, to formulate the identification of customers that are to be excluded from the ASP calculation. The table in ARS will also contain a flag that will identify those contract types that need to be excluded from both direct and indirect sales. There are separate Contract Type tables for both Pharma and Bio.

### 2.4.8. Key Product

This table is required for the ASP calculation in order to accurately process the rebate information from Finance. Key product refers to the product family of a drug. As rebate information is derived at the product family level, this table will serve as the lookup file to properly facilitate the inclusion of customer rebate in the ASP calculation. There is a separate Key Product table for both Pharma and Bio

### 2.4.9. Product Table

The Medicaid Table, from the Order Processing System, lists all products covered by Medicaid. When Pharma and Bio Sales records are loaded into ARS, the appropriate fields for the ASP calculation will be loaded into the sales file from this table, such as NDC, Product Code, Units/Pkg, and Quarter. If a product exists in the Medicaid File, it will be included in the ASP calculation. Units/Pkg is used to determine Calculated Units, used in the ASP calculation. There are separate Product tables for both Pharma and Bio.

### 2.4.10. Pay Terms

This table contains codes for Pay Terms, as well as descriptions and percentages. Pay Terms are factored into the calculation of ASP to allow for inclusion of prompt pay discounts in the ASP calculation. There are separate Pay Terms tables for both Pharma and Bio.

### 2.4.11. Administrative Fees

Administrative fees are fees paid to non-possession takers such as Pharmacy Benefit Managers ("PBMs") and Group Purchasing Organizations ("GPOs") for services related to the rebate program they administer for the customer. Bayer does not consider such administrative fees, particularly fees up to 3%, to be a price term.

### 2.4.12. Sales Returns

Unexpired sales returns supported by records of returns will be included in the calculation for ASP. Returns of expired products are excluded from the calculation of ASP.

### 2.4.13. Bona Fide Charitable Contributions                    **MT 038315**

Bona fide charitable donations, charity care and grants are excluded from the calculation of ASP. For ASP reporting purposes, Bayer considers charitable contributions, grants, and charity care to be bona fide if they are provided without any conditions to purchase Bayer products, are not made to encourage prescription of Bayer products, and are not used in place of a price reduction or discount. Bayer Pharmaceutical Division's policies

.and procedures prohibit the provision of non-bona fide charitable contributions, grants, and charity care.

### 2.4.14. Free Goods

Free goods are goods that are given for little or no charge. It is Bayer's policy that free goods may not be given to customers as part of a purchase agreement.

### 2.4.15. Pay Terms Reversal

Whenever indirect sales to federal governmental entities are reversed, the pay terms (i.e. prompt pay discount), corresponding to these sales are also reversed.

### 2.4.16. Reason Code

Bayer Reason Codes are maintained in this table. Reason Codes identify the nature of the transaction relating to inventory sales (e.g., incorrect price charged, billed but not shipped). These Reason Codes will each have a flag. When Pharma and Bio Sales records are loaded into ARS, a look-up will occur to determine whether the reason code listed on the sales record will be included in ASP. (See Section 3.3 for a complete listing of included Reason codes). There will be separate Reason Code tables for both Pharma and Bio.

### 2.4.17. Record Type

Bayer Record Types are maintained in this table. Because there is no download from the Order Processing System, this table is created manually. Currently three record types exist: Invoice, Debit/Credit, and Internal Adjustment. When Pharma Sales records are loaded into ARS, a look-up occurs to determine if the sales record is an included Record Type. Since Bio does not process sales records with a record type, there will be no corresponding table in the Bio system.

### 2.4.18. Chargebacks

Chargeback data is stored in this table from a download from the Order Processing System. It will contain the detail of vendor chargeback records listed in the Sales records. This table lists prices invoiced to the vendor, along with details regarding the customers to whom they re-sold products, as well as prices that those customers paid, based on current contracts. This table will be used to back-out indirect sales to excluded entities, as well as the original sale to the vendor for the quantities re-sold to excluded entities. There are separate Chargeback tables for both Pharma and Bio. The majority of the chargebacks are processed within fifteen days from the date of the sale. Therefore, chargebacks utilized for each quarter ASP calculation include chargebacks processed within the first fifteen days from the following quarter and excludes chargebacks processed within the first fifteen days of the current quarter.

### 2.4.19. ASP Report File

**MT 038316**

The ASP Report File record entries are created as a result of the ASP Calculation. When the ASP calculation is run, the output generated will be inserted into the ASP Report File. This file will contain the Quarter of the run, Product Code, Quarterly Total Sales, Quarterly Total Quantity, and the ASP amount for each covered NDC. The ASP Report

File will store both current and historical ASP reports without re-running the ASP Calculation.   There will be separate ASP Report File Tables for both Bio and Pharma.

MT 038317

## 3. DATA ELEMENTS

### 3.1. Classes of Trade

Customers are grouped by COTs. There are several main COTs, such as Retail, Federal Government, etc., which are subdivided further by Class Codes.

### 3.1.1. Biological Classes of Trade

The following table identifies the Bio COTs that are included in ASP calculation and their descriptions.

| Account Type | Class Code | Class of Trade Description |
|---|---|---|
| 001 | 001 | Non-Profit HMO |
| 01 | 01 | Plasma Fraction Distributor |
| Retail | | |
| 02 | 02 | Retail Chain Pharmacy |
| 02 | 048 | Retail Pharmacy - LTC |
| 02 | 060 | Independent Retail Pharmacy |
| 02 | 042 | Retail Pharmacy - Clinic |
| 02 | | Retail Pharmacy (No Class Code) |
| Consumer (End User) | | |
| 05 | 04 | Blood Bank |
| 05 | 042 | Clinics |
| 05 | 043 | HMO |
| 05 | 046 | Kaiser Accounts |
| 05 | 047 | Mail Order Service |
| 05 | 048 | Long Term Care |
| 05 | 05 | Consumer -- All Others (surg, dial, cancer ctrs) |
| 05 | 07 | Physicians |
| 05 | 11 | End-User (Prime Vendor w/o Chbk) |
| 05 | 14 | American Red Cross |
| 05 | 17 | Direct Patient Home Care |
| 05 | 030 | Not For Profit Hospital[1] |
| 05 | 40 | For Profit Hospital[1] |
| 05 | 50 | City - County Facilities (Non-Federal) |
| 05 | 53 | City - County Hospital[1] |
| 05 | 55 | City - County Clinic |
| 05 | 57 | State Facilities (Non-Federal) |
| 05 | 54 | State Hospital[1] |
| 05 | 56 | State Clinic |
| 05 | MD | Bayer MD |
| 05 | | End Users (No Class Code) |
| 06 | 06 | Home Health Care Providers |
| 06 | 048 | Home Care Provider - LTC |
| 06 | 060 | Home Care Provider - Ind, Retail Pharmacy |
| 06 | | Home Health Care Providers (No Class Code) |
| 25 | 25 | Bayer Direct[2] |
| Wholesaler/Distributor | | |
| 10 | 10 | Prime Vendors (Wholesalers w/ Chbks) |
| 10 | | Prime Vendors (No Class Code) |
| 11 | 11 | Distributors (Wholesalers w/o Chbks) |
| 11 | | Wholesalers - No Chbks (No Class Code) |
| 12 | 12 | Contract Owner (Wholesaler) |
| 80 | 80 | Buying Groups (GPO) |

[1] All Hospitals are excluded from the ASP calculation if they buy direct, but are included for all indirect sales
[2] Bayer Direct will send information via Express Scripts.

**MT 038318**

### 3.1.2. Pharmaceutical Classes of Trade

The following table identifies the Pharma COTs that are included in ASP calculation and their descriptions.

| Account Type | Class Code | Class of Trade Description |
|---|---|---|
| **Retail** | | |
| 060 | - | Independent Pharmacy |
| 061 | - | Retail Chain Pharmacy |
| **Consumer (End User)** | | |
| 015 | - | Alternate Sites (No Class Code) |
| 015 | 015 | Surgery Centers |
| 015 | 016 | Hospice |
| 015 | 017 | Dialysis Centers |
| 020 | - | Physicians |
| 032 | - | City - County Facilities |
| 032 | 053 | City - County Hospital[1] |
| 032 | 054 | City - County Clinic |
| 034 | - | State Facilities |
| 034 | 053 | State Hospital[1] |
| 034 | 054 | State Clinic |
| 040 | - | Not For Profit Hospital[1] |
| 041 | - | For Profit Hospitals[1] |
| 042 | - | Clinics |
| 043 | - | HMO |
| 044 | - | Employee Provider Organization (EPO) |
| 045 | - | Drug Service Provider |
| 046 | - | Kaiser Accounts |
| 047 | 047 | Mail Order Service |
| 047 | - | Mail Order Service |
| 48 | - | Long Term Care |
| 055 | - | Integrated Health Systems |
| 068 | - | Blood Bank |
| 082 | 06 | Home Health Care |
| 082 | - | Home Health Care |
| **Wholesaler/Distributor** | | |
| 011 | - | Prime Vendors (Wholesalers w/ chbks) |
| 012 | - | Contract Owner (Wholesaler) |
| 013 | - | Distributor (Wholesalers w/o chbks) |
| 080 | 080 | Buying Groups (GPO) |
| 080 | 80 | Buying Groups (GPO) |
| 080 | - | Buying Groups (GPO) |

[1] All Hospitals are excluded from the ASP calculation if they buy direct, but are included for all indirect sales.

**MT 038319**

### 3.1.3. CARS V2.4.1 Classes of Trade

CARS V2.4.1 COTs are different from those in the Order Processing System. The following table identifies all active COTs in CARS 2.4.1 that are eligible to receive rebates. All are included in ASP calculation.

| Account Type | Class of Trade Description |
|---|---|
| CHN | Retail Chain |
| EPI | EPOIPA – Employer Provider Organization, Independent Practice |
| EPS | EPO Staff |
| IPA | IPA – Independent Practice Association |
| LTC | LTC – Long Term Care |
| MO | Mail Order |
| PBM | PBMC |
| STA | HMO Staff |

**MT 038320**

## 3.2. Contract Types

Contract Types describe the type of contract to which a sale or chargeback pertains. It is directly related to the contract number, and will be used as another level of exclusion. If a non-excluded entity purchases off of a contract of an excluded type, that sale will not be included in the ASP calculation. Different criteria exist for excluding contract types for indirect and direct sales, so both scenarios are included in the tables below.

### 3.2.1. Biological Contract Types

The following table identifies all included Contract Types for the Bio division and their descriptions.

| Contract Type | Contract Type Description |
|---|---|
| 02 | Retail Pharmacy |
| 05 | End Users (Hosp&Physicians) |
| 06 | Home Care Providers (End Users) |
| 10 | Prime Vendors with Chargebacks |
| 11 | Whle's No CB'S-Phys Supply Hse |
| 20 | Contract Manufacturing & OEM |
| 80 | Standard Buying Group |
| I1 | Standard Buying Group |
| I2 | Standard Buying Group & Physician |
| I3 | Home Health Care Bid |
| I4 | State Bid |
| I5 | American Red Cross |
| I6 | County Bid |
| I7 | City Bid |
| I8 | Retail Pharmacy/Home Health Care |
| I9 | Kaiser |

**MT 038321**

### 3.2.2. Pharmaceutical Contract Types

The following table identifies all included Contract Types for the Pharma division and their descriptions.

| Contract Type | Contract Type Description |
|---|---|
| 32 | City County Institutions |
| 33 | County Medical Institutions |
| 34 | State Institutions |
| 40 | Non-Profit Hospitals[1] |
| 41 | For-Profit Hospitals[1] |
| 42 | Private Clinics |
| 43 | H.M.O. |
| 44 | EPO - Employer Provider Organization |
| 45 | Drug Service Provider |
| 46 | Kaiser |
| 47 | Mail Order Service |
| 48 | LTC - Chargeback Sales Only |
| 49 | Long Term Care Buying Group |
| 50 | LTC - Direct and C/B Sales |
| 55 | Integrated Health System |
| 60 | Retail Pharmacies |
| 61 | Chain Pharmacies |
| 80 | Buying Group Owner |
| 82 | Home Health Care |
| 84 | City Buying Group Owner |
| 85 | County Buying Group Owner |
| 86 | State Buying Group Owner |

[1] All Hospitals are excluded from the ASP calculation if they buy direct, but are included for all indirect sales.

MT 038322

## 3.3. Reason Codes

Reason Codes identify the nature of the transaction relating to inventory sales. These include, but are not limited to, such transactions as sales, returns, and allowances. For ASP calculation, Reason Codes are automatically included in an extract of sales and may be included or excluded in the ASP calculation (as determined by the reporting requirements).

### 3.3.1. Biological Reason Codes
The following table identifies the Reason Codes for the Bio division for transactions with units and dollars associated with them, as well as their descriptions:

| Reason Code | Reason Code Description |
|---|---|
|  | Sale of Merchandise |
| CAALWS | Window Allowances 51101 |
| CABCOL | Allowance For Baycol Stocking |
| CACASH | Window Cash Discounts 51610 |
| CADIFF | Diff Costs Credit |
| CAODXX | Outdate Return Spec. Circum. |
| CAPPPA | Prudent Pharma Purch Act |
| CARKOG | Kogenate Adj.(Price & ShortDT) |
| CAUSCC | Return Unsaleable Condition |
| CMANSS | Dist Fee For NSS/VHA/ALT |
| CMDMSC | Misc. Domestic Billing |
| CMFNSS | Distribution Fee To NSS/VHA |
| CSCBAK | Credit Chargeback (Normal) |
| CSDBAK | Debit Chargeback (Reversal) |
| CSDITT | Damaged In Transit |
| CSDMGE | Concealed Damage |
| CSHOTS | Overheated In Transit > $1000 |
| CSHOTT | Overheated In Transit < $1000 |
| CSIDFF | Indate Field Transfer |
| CSIDRT | Return Goods Indate |
| CSIDXX | Indate Return Misshipment |
| CSKCPR | Kog 250/500 Shortage Adjstment |
| CSLITT | Lost In Transit |
| CSODXX | Return Goods Special Circum. |
| CSPSRR | Complaint Product Return |
| CSPSRX | Complaint Product/Not Returned |
| CSQRTN | Return Goods Quarantine |
| CSRBIL | Cancel/Reissue Adj. |
| CSRECL | Return Goods Recall |
| CSRGAM | Gamimune 10% Promotion Rebate |
| CSUSCX | Return Defaced/Destroyed |

**MT 038323**

### 3.3.2. Pharmaceutical Reason Codes

The following table identifies all included Reason Codes for the Pharma division for transactions with units and dollars associated with them, as well as their descriptions:

| Reason Code | Reason Code Description | Reason Code | Reason Code Description |
|---|---|---|---|
| | Sale of Merchandise | 64 | Cipro IV Volume Discount |
| 2 | Returned Overstock Merchandise | 65 | Contract Sales Adjustments |
| 3 | Billed But Not Received | 66 | Discount Reimbursement |
| 4 | Received But Not Billed | 68 | Adalat CC Dividend |
| 5 | Billed But Not Shipped | 71 | Bill Only -- No Lot # |
| 6 | Picking Error | 72 | VHA Contract Special Credit |
| 7 | Order Shipped In Error & Returned | 74 | Received Frozen Product |
| 8 | Contract Pricing Error | 75 | Received Hot Product |
| 9 | Received Damaged Merchandise | BUYIN | |
| 90 | Refused – Outside Carton Damaged | C750 | Adjustment for Price Decrease |
| 10 | Refused Shipment | COLT | Cipro 750 Price Decrease Shmts |
| 12 | Lost by Carrier | COMPLT | Product Complaint |
| 13 | Buy Against | CONTR7 | Signed Contract Not Received |
| 14 | Chargeback | CSRECL | Trasylol Recalled Product |
| 15 | Bill Only | DS | Drop Ship Order -- List Price |
| 16 | Incorrect Price Charged | EXTEND | Contract Extended |
| 17 | Field Transfer | FREE 2[1] | Shortage |
| 18 | Cust Ordered Product in Error | FREE 3[1] | Damaged |
| 20 | Cust Ordered Duplicate Order | FREE 4[1] | Returns/Exchanges |
| 21 | Duplicate Order Sent | FREE 5[1] | Technical Complaints |
| 22 | Csd Error | FREE 6[1] | Cipro IV/Tab Free Goods (4/93) |
| 25 | Incorrect Customer Number | FREE 7[1] | Picking Error |
| 26 | Short Dated Merchandise Shipped | FREE 8[1] | Adalat Free Goods Rebate |
| 27 | Bid Acceptance Grace Period | FREE 9[1] | Refused |
| 28 | Dating Adjustment | FREE 10[1] | Cipro E Box Promotion |
| 31 | Retail Return | FREE 11[1] | Lost By Carrier |
| 37 | Lot # Error | FREE 12[1] | Cipro IV Vol Price Free Goods |
| 39 | Incorrect Purchase Order # | FREE 13[1] | Free Goods/ Competitive Prices |
| 40 | Customer Cancelled Order/Returned | FREE 14[1] | Distribution Allowances |
| 41 | Incorrect Quantity Billed | FREE 15[1] | Adalat CC Kaiser Vol Purch |
| 42 | Field Transfer Not Completed | FREE 16[1] | Free Goods Promotional Monies |
| 43 | Buy Against (Other Products) | FREE 17[1] | Contract price Adjustment |
| 48 | Contract Price Adjustment | FREE 18[1] | Short Dated Products |
| 49 | Field Transfer -- No Lot # | FREE 19[1] | One Shot Bid |
| 50 | Miscellaneous Credit | FREE 20[1] | Adalat CC Buy-In Allowance |
| 51 | Cipro IV Hospital Rebate Credit | FREE 21[1] | Allowance for Baycol Stocking |
| 60 | Shipment Redirected | FREE 22[1] | Cipro Performance Allowance |
| 62 | Damaged Returns | FREE 23[1] | Avelox Force Distribution Fee |
| 63 | Returned Due To Strike | | |

[1] *Free Reason Codes:* Note that many of these Reason Codes are no longer in use by Bayer. However, since Reason Codes are tied to historical records and therefore cannot be deleted, any codes that describe transactions which meet the criteria for inclusion in ASP calculation, whether still in use or not, are included.

**MT 038324**

### 3.4. Record Types

Transactions are captured through documents identified by their Record Types. There are three Record Types:   Invoices (Record Type 1), Credit and Debit Memos (Record Type 2) and Internal Adjustments (Record Type 4).  For ASP calculation for Pharma products, Record Types are automatically included in the Order Processing System sales extract and will be used as one sorting criterion to include or exclude associated transactions.

The following table identifies the Record Types that are required for ASP reporting:

| Record Type | Record Type Description |
|---|---|
| 1 | Invoices |
| 2 | Credit and Debit Memos |

### 3.5. Product Codes

Bayer assigns a 5 or 6-digit unique numerical code to each Bio and Pharma product that identifies the drug, strength and package size.  The Bayer Product codes are different from the federally assigned 9 or 11-digit NDC (National Drug Code) identifier. In order to satisfy the CIA requirements, ASP will be calculated for each product at the 11-digit NDC package size level.  The Medicaid Table in the Order Processing System maintains the Bayer product codes covered under the Medicaid Program and will determine which products are to be reported for ASP purposes.

**MT 038325**

## 3.6. Rebate Reporting Process

### 3.6.1. Overview

The rebate forecast model is based on an analysis of historical sales and customer rebates as well as significant new customer contracts. The estimated rebate percentage will be calculated at the product family level, and will be applied to each product at the 11-digit NDC level and included in the calculation of ASP.

### 3.6.2. Rebate Forecasting and Reporting Process

Rebates will be included in the ASP calculation through a forecasting model, based on historical sales and customer rebate payment data. The rebate forecasting model utilizes sales data for the quarter three quarters prior to the quarter for which the ASP calculation is being performed ( the "Sales Quarter"), and paid customer rebate data related to sales which occurred during the Sales Quarter and have been paid during and subsequent to the Sales Quarter.

Step 1.  Data Loading. Historical sales information for the Sales Quarter and historical paid customer rebate information related to sales during the Sales Quarter and paid during and subsequent to the Sales Quarter is loaded at the product family level to a data repository (e.g. Excel spreadsheet or Oracle database).

Step 2.  Forecasting. Using the historical sales and rebate data described above, an analyst analyzes significant changes in customer contracts, changes in contracting strategy or rebate structure. The analyst adjusts the historical sales and rebate data to reflect these changes and arrives at an adjusted rebate estimate for the Sales Quarter.  These adjusted rebates are then divided by the sales for the Sales Quarter to arrive at a rebate percentage at the product family level. The rebate estimate percentage at the product family level, is then used to estimate rebates at the 11-digit NDC level for current quarter ASP purposes.

Step 3.  Reporting in ASP. The rebate estimates at the 11-digit NDC level will then be imported into ARS and included in the ASP calculation.

Step 4.  Adjusting for Actual Rebate Experience.  The rebate forecast model will be refined based on a comparison of actual rebates paid to rebates estimated for historical ASP reporting periods.

**MT 038326**

## 4. ASSUMPTIONS AND DEFINITIONS

### Products to Be Reported

All products sold within the United States, excluding sales to Puerto Rico and Guam, with a Bayer labeler code and participating in the Medicaid Program will be included in the ASP report.

### Unit of Measure for Reporting ASP

ASP will be reported at the 11-digit NDC (product package size level).

Products will be reported in calculated units derived by multiplying Bayer product units by the calculated units per package for non-potency products and for potency products by multiplying calculated units per package by the product potency.

### Hospitals

Direct sales to hospitals are excluded from the ASP calculations.

### Government Entities

Both direct and indirect sales to government entities are excluded from ASP reporting. Direct and indirect sales to government entities refer to those sales exempt from inclusion in the calculation of "Best Price" for Medicaid Rebate purposes, pursuant to 42U.S.C.§1396r-8. Governmental purchasers refer to federal government entities only. State, county and city entities are included in ASP calculation.

### Bayer Direct

Bayer sells directly to end-user consumers through a third party processor. Some Bayer Direct customers are excluded entities. Appropriate product and customer exclusions will be made by customer type based on information provided for Bayer Direct.

### Bayer MD

Bayer sells directly to physicians and physician group practices through its Bayer MD program. Bayer MD customers are all considered to be included entities.

### City, County and State Entities

Many city, county and state entities are hospitals, direct sales to which are excluded from the ASP calculation. These COTs have been further broken out into subclasses, and exclusions are made based on those subclasses.

### Contract Owner Class of Trade

The Contract Owner COT is only used as required by Cook County entities, which are divided into inpatient and outpatient accounts. Excluding direct sales to the facility, in-patient accounts are included in ASP calculation. Out-patient accounts are PHS entities (government entities) and are therefore excluded. Those exclusions will be done based on Contract Type from the chargeback file.

**MT 038327**

Revised 10/17/01

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California 95814

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii 96809-0339

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana 70806

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts 02111

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi 39211

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada 89710

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico 87504-2348

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida 32308

Pharmacy Director
Department of Public Aid
Pharmacy & Ancillary Service
1812 Cog Mill Court
Springfield, Illinois 62704

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Carl Cloppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York 12210-2806

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv.
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30338

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

**MT 038328**

Pharmacy Director
Pharmacy Services Unit
30 East Broad Street
31st Floor
Columbus, Ohio  43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania  17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota  57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont  05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia  25301

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma  73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island  02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas  78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia  23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin  53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon  97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina  29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah  84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington  98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming  82002

**MT 038329**