# Exhibit M

Division: Pharmaceutical  
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02  
Average Sales Price Quarterly Report

1 of 2

Texas AMP?

| NDC | Product Code | Product Name | AWP | Average Sales Price |
|---|---|---|---|---|
| 00026-2521-06 | 252110 | PRAZIQUANTEL | 11.90166 | 9.711369 |
| 00026-2613-01 | 261320 | DOME-PASTE BANDAGE 3" | 15.1000 | 12.243365 |
| 00026-2614-01 | 261440 | DOME-PASTE BANDAGE 4" | 16.54000 | 13.445070 |
| 00026-2855-48 | 285530 | NIMODIPINE | 6.99970 | 5.550694 |
| 00026-2855-70 | 285540 | NIMODIPINE CAPS UNIT DOSE PKG/30 | 7.32600 | 5.852133 |
| 00026-2861-51 | 286110 | ACARBOSE TABLET 50MG BOTTLE OF 100 | 0.57550 | 0.439192 |
| 00026-2861-48 | 286120 | ACARBOSE TABLET 50MG UD BOTTLE OF 100 | 0.60450 | 0.448962 |
| 00026-2862-51 | 286210 | ACARBOSE TABLET 100MG BOTTLE OF 100 | 0.74220 | 0.552475 |
| 00026-2863-51 | 286310 | PRECOSE 25MG | 0.57650 | 0.433773 |
| 00026-2883-51 | 288310 | BAYCOL .2MG TABLETS | 1.54530 | 1.207532 |
| 00026-2883-86 | 288350 | BAYCOL .2MG BTL. 90 | 1.62244 | 1.133151 |
| 00026-2884-51 | 288410 | BAYCOL .3MG TABLETS | 1.42250 | 1.470879 |
| 00026-2884-86 | 288450 | BAYCOL .3MG BTL. 90 | 1.62244 | 1.137914 |
| 00026-2885-51 | 288510 | BAYCOL .4MG BTL. 100 | 1.62250 | 1.351661 |
| 00026-2885-69 | 288540 | BAYCOL .4MG BTL. 30 | 1.62300 | 1.160876 |
| 00026-2885-86 | 288550 | BAYCOL .4MG BTL. 90 | 1.62244 | 1.152853 |
| 00026-2885-*9 | 288599 | BAYCOL .4MG DRUM |  | 0.593236 |
| 00026-2886-69 | 288640 | BAYCOL .8MG BTL. 30 | 2.41933 | 1.731919 |
| 00026-2886-86 | 288650 | BAYCOL .8MG BTL. 90 | 2.41922 | 1.656794 |
| 00026-3091-61 | 309110 | CLOTRIMAZOLE CREAM 1%-15GM | 0.74400 | 0.524791 |
| 00026-3091-59 | 309126 | CLOTRIMAZOLE CREAM 1%-30GM | 0.64900 | 0.527601 |
| 00026-3091-67 | 309186 | CLOTRIMAZOLE CREAM 90G(2X45G) TUBES | 0.36433 | 0.272386 |
| 00026-8151-20 | 815140 | DACARBAZINE 200MG 20ML VIAL | 27.7266 | 0.108105 |
| 00026-8161-15 | 816130 | MITHRACIN 2500 size 10 | 98.73600 | 0.045324 |
| 00026-8196-36 | 819520 | APROTININ INJECTION | 2.27858 | 1.756227 |
| 00026-8197-63 | 819530 | APROTININ INJECTION | 2.27859 | 1.772422 |
| 00026-8511-06 | 851140 | CIPRO CYCTITIS PACK | 2.97500 | 2.264977 |
| 00026-8512-51 | 851210 | CIPROFLOXACIN HCL 250MG BOTTLE/100 | 3.94120 | 3.091273 |
| 00026-8512-48 | 851220 | CIPROFLOXACIN HCL 250MG 100'S UD | 4.13420 | 2.985979 |
| 00026-8513-51 | 851310 | CIPROFLOXACIN HCL 500MG BOTTLE/100 | 4.47180 | 3.064391 |
| 00026-8513-48 | 851320 | CIPROFLOXACIN HCL 500MG 100'S UD | 4.82140 | 3.242213 |
| 00026-8514-48 | 851420 | CIPROFLOXACIN HCL 750MG 100'S UD | 4.82740 | 3.429394 |

**Highly Confidential**  
Outside Atty's Eyes Only

Run Date & Time 8/29/2001   3:16:39PM

**MT 038330**