UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | MASTER FILE NO. 01-CV-12257-PBS |
| | ) | |
| | ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| *State of Nevada v. American Home Products* | ) | |
| *Corp.., et al.*, Civil Action No. 02-12086- | ) | |
| PBS | | |

DECLARATION OF JAMES J. DUFFY IN SUPPORT OF THE INDIVIDUAL
MEMORANDUM OF LAW IN FURTHER SUPPORT OF ASTRAZENECA
PHARMACEUTICALS LP'S MOTION FOR SUMMARY JUDGMENT

I, James J. Duffy, declare the following:

1.      I am an associate of the law firm of Davis Polk & Wardwell, attorneys for

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-referenced action.  I

submit this declaration in support of AstraZeneca's individual Memorandum of Law in further

support of its Motion for Summary Judgment.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Merits Report and

Expert Declaration of Joel Winterton in the Nevada AWP Litigation, filed February 8, 2007.

3.      Attached hereto as Exhibit 2 is a true and correct excerpted copy of the

Calculation of Damages and Penalties for the State of Nevada, Declaration of Raymond S.

Hartman, dated June 13, 2006 ("Hartman NV Decl.") pages 1-2, 8-9, 10-12.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the Grant Thornton

LLP, National Study to Determine the Cost of Dispensing Prescriptions in Community Retail

Pharmacies, January 2007 ("National Dispensing Cost Study").

5.      Attached hereto as Exhibit 4 is a true and correct copy of The Center for

Pharmacoeconomic Studies, The University of Texas at Austin, Summer 2005,

(NACDSV01110-12).

6.      Attached heretofore as Exhibit 5 is a true and correct excerpted copy of the

Declaration of Raymond S. Hartman in Support of Plaintiffs' Claims of Liability and Calculation

of Damages, dated December 15, 2005 ("Hartman MDL Decl.") ¶ 33 (filed separately under

seal).

7.      Attached hereto as Exhibit 6 is a true and correct excerpted copy of the

Deposition of Raymond S. Hartman, dated February 27, 2006 ("Hartman I Dep.") pages 664-666

(filed separately under seal).

8.      Attached hereto as Exhibit 7 is a true and correct excerpted copy of the

Deposition of Raymond S. Hartman, dated August 22, 2006 ("Hartman II Dep.") pages 31-33

(filed separately under seal).

9.      Attached hereto as Exhibit 8 is a true and correct excerpted copy of the

Deposition of Mary Lau, dated March 13, 2006, pages 23-25.

I swear under penalty of perjury under the laws of the State of New York and the United

States of America that the foregoing is true and correct.

Dated:   New York, New York
         February 8, 2007

By: /s/ James J. Duffy
        James J. Duffy (admitted *pro hac vice*)
        DAVIS POLK & WARDWELL
        450 Lexington Avenue
        New York, New York  10017
        Tel:  (212) 450-4000

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I caused a true and correct copy of the

foregoing, Declaration of James J. Duffy in Support of the Individual Memorandum of Law in

Further Support of AstraZeneca Pharmaceuticals LP's Motion for Summary Judgment, to be

served on all counsel of record by electronic service pursuant to Case Management Order No. 2

in MDL No. 1456.


/s/ James J. Duffy
James J. Duffy (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000