# EXHIBIT 8

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-oOo-

------------------------------------x

IN RE: PHARMACEUTICAL INDUSTRY,     x   MDL NO. 1456

AVERAGE WHOLESALE PRICE LITIGATION  x   Civil Action No.

------------------------------------x   01-CV-12257-PBS

THIS RELATES TO STATE OF NEVADA     x

V. ABBOTT LABORATORIES, et al,      x

Case No. CV02-00260 (Nevada I)      x

And STATE OF NEVADA V. AMERICAN     x

HOME PRODUCTS, et al.,              x

Case No. 02-CV-12086-PBS            x

(Nevada II)                         x

------------------------------------x

DEPOSITION OF

MARY LAU

March 13, 2006

Reno, Nevada

Reported by:                   Cindy Lee Brown, CCR #486

CERTIFIED COPY

Mary Lau                                          March 13, 2006
                          Reno, NV

                                                              23

1          I believe what this -- oh, I'm sorry.  And
2   the document number is NACDS 00640 to 00658.
3          MS. BRECKENRIDGE:  Reid, was that you last
4   week?
5          MR. SKIBELL:  Yes.
6          MS. BRECKENRIDGE:  Okay.
7          (Exhibit Lau 001 marked for
8   identification.)
9   BY MR. SKIBELL:
10     Q.   I'm going to hand you a copy of the
11  document. Have you seen this document before?
12     **A.   Yes, I believe I've reviewed it before,**
13  **prior to their testimony at the public hearing.**
14     Q.   If you look at what is marked as NACDS
15  00647, it says at the bottom, on the right bottom,
16  it looks to be what are minutes of a hearing.
17     **A.   Uh-huh.  Yes, sorry.**
18     Q.   Were you at this particular hearing?
19     **A.   Yes, I was present.  I did not testify,**
20  **but I was present at the hearing.**
21     Q.   Well --
22     **A.   Or maybe I did.  I don't know.**

Mary Lau                                                    March 13, 2006

Reno, NV

24

1    Q.   I think you may have actually testified,
2  which is what I wanted to talk to you about.  If you
3  look on what's page 00649, it says Mary Lowe
4  testified.
5    **A.   Oh, all right.**
6    Q.   I'm assuming that's Mary Lau?
7    **A.   Yeah.  I figured with a three-digit last**
8  **name nobody would screw it up, but it happens all of**
9  **the time.**
10   Q.   And if you turn to page 650 --
11   **A.   Uh-huh.**
12   Q.   -- midway through, I'm going to read this
13  part aloud.  This is -- I believe this is your
14  testimony.
15   **A.   Okay.**
16   Q.   "There is a considerable problem in our
17  state, problems of health care in our state.  This
18  does not only address our pharmacies, it addresses
19  pharmacies, the retail pharmacies within hospitals.
20  It addresses rural health care.  It's easy to assume
21  a hospital in Las Vegas can absorb the cost of this,
22  but can you assume that an Ard Olson can absorb the

25

1  cost of this within Ely, Nevada.  A large percentage
2  of his patients, a large percentage of his customers
3  have to depend on having rural health care, and I
4  would be preaching to the choir if I did not tell
5  you.  Rural health care is in a very, very bad mess
6  in Nevada."
7       A.   Uh-huh.  See, I haven't changed my
8  opinion.
9       Q.   So you recall this particular testimony
10 then?
11      A.   Yes, now that you pointed it out to me.  I
12 wasn't sure if I assigned it to Liz or I took it.
13      Q.   And you think it's fair to say rural
14 health care is in a very, very bad mess?
15      A.   It still is.  We're in the middle of now
16 working on focus groups regarding health care in
17 Nevada.
18      Q.   Now, this was from a public hearing, I
19 believe, that was prior to the reimbursement change
20 from AWP minus 10 percent to AWP minus 15 percent?
21      A.   Well, I would say prior to the completion
22 of it, not prior to the decision, but, yes.