**Exhibit B**

**EXHIBIT B-1**

**Deposition Transcripts and Exhibits**

Hartman, Raymond S., Ph.D. August 22-23, 2006.

<u>BMS</u>

Ehret, John.  September 8, 2006.

Ekborg, Debra.  June 1, 2006.

Swenson, Ronald.  January 5, 2006.

Tabano, Charles.  August 23, 2006.

**Data Produced in this Case**

awp_ps_transposed.sas7bdat

CARS_IS_DATA_MT_NV_1.txt (BMS/AWP/001512454)

CARS_IS_DATA_MT_NV_2.txt (BMS/AWP/001512454)

ChargebackSupplement_Production.txt (BMS/AWP/001512268)

Coumadin Direct Sales_Pre 100197.txt (BMS/AWP/00150430A)

CoumadinSupplementChbk.txt (BMS/AWP/001512355)

Data for Pricing History Charts.xls

DirectSalesSupplement_Production.txt (BMS/AWP/001512268)

Drug-90-05.txt

drugclaims1991.txt – drugclaims2003.txt

fdb_rndc_working.sas7bdat

IMS Data (BMS/AWP/001512267, BMS/AWP/001512118, BMS/AWP/001512119)

MT & NV Medicaid Rebate Data 1991-2005.xls (BMS/AWP/001512267)

PricingRevised.xls

WLP PRICING FOR MONTANA MDL.xls (BMS/AWP/001512268)

**Documents and Declarations Produced in this Case**

Affidavit of Gregory K. Bell, Ph.D. Submitted as Direct Testimony in the Case-In-Chief of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp. in the Trial of Class 2 and 3 Claims, November 17, 2006.

**EXHIBIT B-1**

Calculation of Damanges and Penalties for the State of Montana: Declaration of Raymond S. Hartman, June 13, 2006.

Calculation of Damanges and Penalties for the State of Montana: Supplementary Declaration of Raymond S. Hartman, June 20, 2006.

Calculation of Damanges and Penalties for the State of Nevada: Declaration of Raymond S. Hartman, June 13, 2006.

Calculation of Damanges and Penalties for the State of Nevada: Supplementary Declaration of Raymond S. Hartman, June 20, 2006.

Coumadin Marketing Plan, January 19, 2001.

Coumadin Pricing US.pdf.

Coumadin 2002 Plan, October 4, 2001.

State of Montana's Second Amended Complaint, August 1, 2003.

State of Nevada's Amended Complaint, August 1, 2003.

2002 Coumadin Marketing Plan, August 30, 2001.


**Other Documents**

"Anti-Thrombotics," Bear Stearns, November 22, 2001.

"Assessment of Adequacy of Reimbursement Rates to Pharmacies and Its Impact on the Access to Medication and Pharmacy Services by Medicaid Recipients," HCFA Contract No. 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, August 25, 1993.

Avapro Product Labels, September 17, 2002; March 16, 2006.

"Blenoxane Inj, Monograph - Bleomycin Sulfate," Medscape Drug Reference at www.medscape.com.

"Bristol-Myers Buys DuPont Unit," *Wall Street Journal*, October 3, 2001.

"Bristol-Myers Squibb Company: Pipeline Report," Life Science Analytics, Inc, December 19, 2006.

BuSpar Product Labels, May 3, 2001; July 19, 2001.

Cefzil Product Label, June 23, 2004.

Coumadin Product Label, September 2, 2005.

"Cytoxan IV, Monograph – Cyclophosphamide," Medscape Drug Reference at www.medscape.com.

"Etoposide IV," Medscape Drug Reference at www.medscape.com.

"Facts About Barr's Warfarin Sodium," *PR Newswire*, July 28, 1998.

**EXHIBIT B-1**

"From mania to depression," ABN AMRO, August 8, 2003.

"Generic Pharmaceuticals," PaineWebber, November 4, 1999.

"Global Pharmaceuticals: Pharmaceuticals for Beginners," Deutsche Bank, August 5, 2005.

Glucophage Product Labels, December 15, 2000; March 19, 2004.

Glucophage XR Product Labels, October 13, 2000; April 11, 2003.

Glucovance Product Labels, July 31, 2000; September 30, 2002; March 15, 2004.

"Guidance for Industry," Center for Drug Evaluation and Research, November 1995.

"In Re Brand Name Prescription Drugs Antitrust Lit.," 186 F.3d 781 (7th Cir. 1999).

"Leaders seek new strategies to strengthen generic industry," *Drug Store News*, No.13 (19), August 18, 1997.

Monopril Product Label, May 27, 2003.

Monopril HCT Product Labels, May 2003.

"National Study to Determine the Cost of Dispensing Prescriptions in Community Retails Pharmacies: Executive Summary," Grant Thorton LLP, January 2007.

"Paraplatin-IV, Monograph – Carboplatin," Medscape Drug Reference at www.medscape.com.

Plavix Product Labels, February 27, 2002; April 25, 2005; October 14, 2005.

"Specialty Pharmaceuticals," Donaldson, Lufkin & Jenrette, March 29, 1999.

"Specialty Pharmaceuticals:  Barr Laboratories," CIBC World Markets, May 13, 1999.

"Taxol IV," Medscape Drug Reference at www.medscape.com.

Tequin Product Labels, December 17, 1999; August 20, 2001; October 12, 2001; October 31, 2001; October 17, 2002; December 19, 2002; January 6, 2004; June 30, 2004; September 14, 2004.

"Thrombosis: The New Giants," CDC IXIS Securities, January 2002.

Videx EC Product Labels, April 1, 2002; August 5, 2002; October 16, 2002; March 4, 2003; January 21, 2004.

"2002 Survey of Montana Community Pharmacies," Polzin, Paul E., and Stratton, Timothy P. Montana Pharmacy Association, January 2003.

"2005 NCPA-Pfizer Digest," National Community Pharmacists Association, 2005.

**Websites**

http://newsroom.bms.com/index.php?s=ideas.

http://www.cms.hhs.gov/MedicaidDrugRebateProgram/.

**EXHIBIT B-1**

http://www.fda.gov/cder/news/ntiletter.htm/.

http://www.hrsa.gov/opa/introduction.htm.

**Interviews with BMS Personnel**

Bilinski, Vincent.  Vice President, Trade Sales, U.S. Pharmaceuticals Group, April 17, 2006.

Marra, Frank.  Director, Targeting and Alignments, February 5, 2007.

**Exhibit B-2**

## Documents Produced

| | | |
|---|---|---|
| BMS/AWP/00052564-BMS/AWP/00052574 | BMS/AWP/00683386-BMS/AWP/00683396 | BMS/AWP/01148031-BMS/AWP/01148087 |
| BMS/AWP/00123511-BMS/AWP/00123833 | BMS/AWP/00690849-BMS/AWP/00690907 | BMS/AWP/01148286-BMS/AWP/01148393 |
| BMS/AWP/00124378-BMS/AWP/00124995 | BMS/AWP/00749420-BMS/AWP/00749424 | BMS/AWP/01148514-BMS/AWP/01148541 |
| BMS/AWP/00153856-BMS/AWP/00154473 | BMS/AWP/00749545-BMS/AWP/00749546 | BMS/AWP/01149186-BMS/AWP/01149204 |
| BMS/AWP/00190388-BMS/AWP/00191693 | BMS/AWP/00749559-BMS/AWP/00749581 | BMS/AWP/01149720-BMS/AWP/01149737 |
| BMS/AWP/00192877-BMS/AWP/00193200 | BMS/AWP/00749670-BMS/AWP/00749679 | BMS/AWP/01149851-BMS/AWP/01149878 |
| BMS/AWP/00222533-BMS/AWP/00222845 | BMS/AWP/00749843-BMS/AWP/00749852 | BMS/AWP/01150071-BMS/AWP/01150089 |
| BMS/AWP/00252943-BMS/AWP/00252943 | BMS/AWP/00749930-BMS/AWP/00749932 | BMS/AWP/01150148-BMS/AWP/01150189 |
| BMS/AWP/00258907-BMS/AWP/00259174 | BMS/AWP/00749967-BMS/AWP/00749974 | BMS/AWP/01150245-BMS/AWP/01150283 |
| BMS/AWP/00259223-BMS/AWP/00259594 | BMS/AWP/00750023-BMS/AWP/00750038 | BMS/AWP/01150312-BMS/AWP/01150323 |
| BMS/AWP/00259596-BMS/AWP/00260018 | BMS/AWP/00755168-BMS/AWP/00755169 | BMS/AWP/01150388-BMS/AWP/01150429 |
| BMS/AWP/00260020-BMS/AWP/00260090 | BMS/AWP/00755232-BMS/AWP/00755239 | BMS/AWP/01150446-BMS/AWP/01150531 |
| BMS/AWP/00260092-BMS/AWP/00260251 | BMS/AWP/00760637-BMS/AWP/00760637 | BMS/AWP/01150550-BMS/AWP/01150579 |
| BMS/AWP/00260263-BMS/AWP/00260398 | BMS/AWP/00761361-BMS/AWP/00761372 | BMS/AWP/01150597-BMS/AWP/01150627 |
| BMS/AWP/00260400-BMS/AWP/00260453 | BMS/AWP/00765499-BMS/AWP/00765499 | BMS/AWP/01150667-BMS/AWP/01150684 |
| BMS/AWP/00260455-BMS/AWP/00260491 | BMS/AWP/00766197-BMS/AWP/00766201 | BMS/AWP/01150696-BMS/AWP/01150716 |
| BMS/AWP/00260493-BMS/AWP/00260717 | BMS/AWP/00766549-BMS/AWP/00766576 | BMS/AWP/01151085-BMS/AWP/01151110 |
| BMS/AWP/00260719-BMS/AWP/00260724 | BMS/AWP/00768739-BMS/AWP/00769300 | BMS/AWP/01151532-BMS/AWP/01151570 |
| BMS/AWP/00260735-BMS/AWP/00260791 | BMS/AWP/00769422-BMS/AWP/00769426 | BMS/AWP/01152644-BMS/AWP/01152689 |
| BMS/AWP/00260804-BMS/AWP/00260833 | BMS/AWP/00769428-BMS/AWP/00769476 | BMS/AWP/01153138-BMS/AWP/01153157 |
| BMS/AWP/00285485-BMS/AWP/00285498 | BMS/AWP/00769514-BMS/AWP/00769520 | BMS/AWP/01156184-BMS/AWP/01156203 |
| BMS/AWP/00288721-BMS/AWP/00288735 | BMS/AWP/00770427-BMS/AWP/00770691 | BMS/AWP/01156451-BMS/AWP/01156594 |
| BMS/AWP/00288853-BMS/AWP/00288854 | BMS/AWP/00770823-BMS/AWP/00771067 | BMS/AWP/01156597-BMS/AWP/01156620 |
| BMS/AWP/00288897-BMS/AWP/00288957 | BMS/AWP/00771075-BMS/AWP/00771219 | BMS/AWP/01157161-BMS/AWP/01157164 |
| BMS/AWP/00289079-BMS/AWP/00289104 | BMS/AWP/00771770-BMS/AWP/00771771 | BMS/AWP/01159022-BMS/AWP/01159092 |
| BMS/AWP/00289111-BMS/AWP/00289136 | BMS/AWP/00775565-BMS/AWP/00775587 | BMS/AWP/01164261-BMS/AWP/01164304 |
| BMS/AWP/00294805-BMS/AWP/00294832 | BMS/AWP/00782114-BMS/AWP/00782172 | BMS/AWP/01164363-BMS/AWP/01164365 |
| BMS/AWP/00295551-BMS/AWP/00295552 | BMS/AWP/00782453-BMS/AWP/00782459 | BMS/AWP/01164555-BMS/AWP/01164638 |
| BMS/AWP/00295713-BMS/AWP/00295715 | BMS/AWP/00782464-BMS/AWP/00782470 | BMS/AWP/01164730-BMS/AWP/01164764 |
| BMS/AWP/00295771-BMS/AWP/00295773 | BMS/AWP/00782863-BMS/AWP/00782865 | BMS/AWP/01164942-BMS/AWP/01165335 |
| BMS/AWP/00302308-BMS/AWP/00302323 | BMS/AWP/00783050-BMS/AWP/00783051 | BMS/AWP/01166225-BMS/AWP/01166323 |
| BMS/AWP/00305606-BMS/AWP/00305612 | BMS/AWP/00813437-BMS/AWP/00813443 | BMS/AWP/01167338-BMS/AWP/01167388 |
| BMS/AWP/00305760-BMS/AWP/00305776 | BMS/AWP/00813552-BMS/AWP/00813634 | BMS/AWP/01167456-BMS/AWP/01167763 |
| BMS/AWP/00309741-BMS/AWP/00309749 | BMS/AWP/00813956-BMS/AWP/00814038 | BMS/AWP/01168209-BMS/AWP/01168279 |
| BMS/AWP/00309883-BMS/AWP/00309911 | BMS/AWP/00814105-BMS/AWP/00814112 | BMS/AWP/01168776-BMS/AWP/01168809 |
| BMS/AWP/00309922-BMS/AWP/00309928 | BMS/AWP/00817952-BMS/AWP/00817969 | BMS/AWP/01169114-BMS/AWP/01169263 |
| BMS/AWP/00310193-BMS/AWP/00310193 | BMS/AWP/00823330-BMS/AWP/00823343 | BMS/AWP/01170260-BMS/AWP/01170294 |
| BMS/AWP/00311953-BMS/AWP/00312276 | BMS/AWP/00823824-BMS/AWP/00823829 | BMS/AWP/01171238-BMS/AWP/01171374 |
| BMS/AWP/00313140-BMS/AWP/00313153 | BMS/AWP/00823836-BMS/AWP/00823841 | BMS/AWP/01172533-BMS/AWP/01172575 |
| BMS/AWP/00314863-BMS/AWP/00314865 | BMS/AWP/00824104-BMS/AWP/00824108 | BMS/AWP/01173855-BMS/AWP/01173952 |
| BMS/AWP/00315621-BMS/AWP/00315621 | BMS/AWP/00824891-BMS/AWP/00824895 | BMS/AWP/01174022-BMS/AWP/01174220 |
| BMS/AWP/00320206-BMS/AWP/00320214 | BMS/AWP/00824927-BMS/AWP/00824942 | BMS/AWP/01220279-BMS/AWP/01220282 |
| BMS/AWP/00322078-BMS/AWP/00322220 | BMS/AWP/00827818-BMS/AWP/00827820 | BMS/AWP/01220529-BMS/AWP/01220576 |
| BMS/AWP/00323644-BMS/AWP/00323865 | BMS/AWP/00835810-BMS/AWP/00835816 | BMS/AWP/01234206-BMS/AWP/01234262 |
| BMS/AWP/00326136-BMS/AWP/00326138 | BMS/AWP/00837094-BMS/AWP/00837113 | BMS/AWP/01235395-BMS/AWP/01235396 |
| BMS/AWP/00326162-BMS/AWP/00326163 | BMS/AWP/00841151-BMS/AWP/00841160 | BMS/AWP/01238244-BMS/AWP/01238265 |
| BMS/AWP/00327331-BMS/AWP/00327332 | BMS/AWP/00843430-BMS/AWP/00843437 | BMS/AWP/01239051-BMS/AWP/01239285 |
| BMS/AWP/00333246-BMS/AWP/00333247 | BMS/AWP/00847875-BMS/AWP/00847875 | BMS/AWP/01239295-BMS/AWP/01239307 |
| BMS/AWP/00334654-BMS/AWP/00334690 | BMS/AWP/00847906-BMS/AWP/00847907 | BMS/AWP/01239556-BMS/AWP/01239560 |
| BMS/AWP/00335013-BMS/AWP/00335046 | BMS/AWP/00850505-BMS/AWP/00850506 | BMS/AWP/01242234-BMS/AWP/01242340 |
| BMS/AWP/00339048-BMS/AWP/00339065 | BMS/AWP/00853552-BMS/AWP/00853556 | BMS/AWP/01242632-BMS/AWP/01242671 |
| BMS/AWP/00341561-BMS/AWP/00341566 | BMS/AWP/00853920-BMS/AWP/00853924 | BMS/AWP/01248357-BMS/AWP/01248574 |
| BMS/AWP/00341569-BMS/AWP/00341777 | BMS/AWP/00853982-BMS/AWP/00854009 | BMS/AWP/01249382-BMS/AWP/01249385 |
| BMS/AWP/00347606-BMS/AWP/00347613 | BMS/AWP/00856509-BMS/AWP/00856516 | BMS/AWP/01249750-BMS/AWP/01249793 |
| BMS/AWP/00348924-BMS/AWP/00348928 | BMS/AWP/00856653-BMS/AWP/00856654 | BMS/AWP/01250262-BMS/AWP/01250385 |
| BMS/AWP/00350273-BMS/AWP/00350280 | BMS/AWP/00857590-BMS/AWP/00857656 | BMS/AWP/01251243-BMS/AWP/01251253 |
| BMS/AWP/00351663-BMS/AWP/00351664 | BMS/AWP/00857697-BMS/AWP/00857703 | BMS/AWP/01251374-BMS/AWP/01251473 |
| BMS/AWP/00352214-BMS/AWP/00352219 | BMS/AWP/00858045-BMS/AWP/00858054 | BMS/AWP/01251575-BMS/AWP/01251695 |
| BMS/AWP/00352378-BMS/AWP/00352387 | BMS/AWP/00859746-BMS/AWP/00859750 | BMS/AWP/01251706-BMS/AWP/01252070 |
| BMS/AWP/00353247-BMS/AWP/00353256 | BMS/AWP/00936767-BMS/AWP/00936768 | BMS/AWP/01253034-BMS/AWP/01253056 |
| BMS/AWP/00353703-BMS/AWP/00353710 | BMS/AWP/00936786-BMS/AWP/00936789 | BMS/AWP/01253184-BMS/AWP/01253233 |
| BMS/AWP/00356260-BMS/AWP/00356273 | BMS/AWP/00937429-BMS/AWP/00937433 | BMS/AWP/01256800-BMS/AWP/01256866 |
| BMS/AWP/00357097-BMS/AWP/00357157 | BMS/AWP/00941385-BMS/AWP/00941402 | BMS/AWP/01256903-BMS/AWP/01256909 |
| BMS/AWP/00374067-BMS/AWP/00374072 | BMS/AWP/00942392-BMS/AWP/00942429 | BMS/AWP/01256988-BMS/AWP/01257065 |
| BMS/AWP/00374777-BMS/AWP/00374778 | BMS/AWP/00968185 | BMS/AWP/01257474-BMS/AWP/01257483 |
| BMS/AWP/00375546-BMS/AWP/00375557 | BMS/AWP/00968189-BMS/AWP/00968194 | BMS/AWP/01259681-BMS/AWP/01259742 |
| BMS/AWP/00375744-BMS/AWP/00375749 | BMS/AWP/00968197-BMS/AWP/00968245 | BMS/AWP/01260310-BMS/AWP/01260311 |
| BMS/AWP/00375754-BMS/AWP/00375759 | BMS/AWP/00968238-BMS/AWP/00968866 | BMS/AWP/01262412-BMS/AWP/01262434 |
| BMS/AWP/00377791-BMS/AWP/00377883 | BMS/AWP/00968913-BMS/AWP/00968981 | BMS/AWP/01262458-BMS/AWP/01262887 |
| BMS/AWP/00381180-BMS/AWP/00381196 | BMS/AWP/00968984-BMS/AWP/00969100 | BMS/AWP/01268576-BMS/AWP/01268585 |

**Exhibit B-2**

## Documents Produced

| | | |
|---|---|---|
| BMS/AWP/00381360-BMS/AWP/00381454 | BMS/AWP/00969157-BMS/AWP/00969177 | BMS/AWP/01270957-BMS/AWP/01270980 |
| BMS/AWP/00382615-BMS/AWP/00382722 | BMS/AWP/00969250-BMS/AWP/00969297 | BMS/AWP/01271631-BMS/AWP/01271631 |
| BMS/AWP/00383557-BMS/AWP/00383558 | BMS/AWP/00969305-BMS/AWP/00969368 | BMS/AWP/01275178-BMS/AWP/01275209 |
| BMS/AWP/00383568-BMS/AWP/00383678 | BMS/AWP/00969371-BMS/AWP/00969372 | BMS/AWP/01275304-BMS/AWP/01275366 |
| BMS/AWP/00383861-BMS/AWP/00383879 | BMS/AWP/00969377-BMS/AWP/00969440 | BMS/AWP/01275498-BMS/AWP/01275524 |
| BMS/AWP/00384245-BMS/AWP/00384265 | BMS/AWP/00969451-BMS/AWP/00969465 | BMS/AWP/01275827-BMS/AWP/01275921 |
| BMS/AWP/00384288-BMS/AWP/00384301 | BMS/AWP/00970077-BMS/AWP/00970107 | BMS/AWP/01278450-BMS/AWP/01278564 |
| BMS/AWP/00384331-BMS/AWP/00384345 | BMS/AWP/00970267-BMS/AWP/00970336 | BMS/AWP/01278600-BMS/AWP/01278639 |
| BMS/AWP/00384432-BMS/AWP/00384495 | BMS/AWP/00972352-BMS/AWP/00972390 | BMS/AWP/01280183-BMS/AWP/01280239 |
| BMS/AWP/00384548-BMS/AWP/00384555 | BMS/AWP/00973845-BMS/AWP/00973861 | BMS/AWP/01280493-BMS/AWP/01280505 |
| BMS/AWP/00393563-BMS/AWP/00393565 | BMS/AWP/00974376-BMS/AWP/00974379 | BMS/AWP/01282433-BMS/AWP/01282539 |
| BMS/AWP/00393675-BMS/AWP/00393883 | BMS/AWP/00974390-BMS/AWP/00974483 | BMS/AWP/01285075-BMS/AWP/01285092 |
| BMS/AWP/00394718-BMS/AWP/00394779 | BMS/AWP/00974673-BMS/AWP/00974689 | BMS/AWP/01285104-BMS/AWP/01285150 |
| BMS/AWP/00403139-BMS/AWP/00403141 | BMS/AWP/00974814-BMS/AWP/00974848 | BMS/AWP/01285293-BMS/AWP/01285305 |
| BMS/AWP/00403382-BMS/AWP/00403384 | BMS/AWP/00974870-BMS/AWP/00974896 | BMS/AWP/01285941-BMS/AWP/01285965 |
| BMS/AWP/00406463-BMS/AWP/00406464 | BMS/AWP/00975273-BMS/AWP/00975296 | BMS/AWP/01285972-BMS/AWP/01285978 |
| BMS/AWP/00406535-BMS/AWP/00406593 | BMS/AWP/00975906-BMS/AWP/00975908 | BMS/AWP/01286094-BMS/AWP/01286095 |
| BMS/AWP/00408032-BMS/AWP/00408037 | BMS/AWP/00980495-BMS/AWP/00981099 | BMS/AWP/01286265-BMS/AWP/01286266 |
| BMS/AWP/00408559-BMS/AWP/00408572 | BMS/AWP/00981120-BMS/AWP/00981284 | BMS/AWP/01286536-BMS/AWP/01286593 |
| BMS/AWP/00409331-BMS/AWP/00409393 | BMS/AWP/00981303-BMS/AWP/00981375 | BMS/AWP/01286793-BMS/AWP/01286794 |
| BMS/AWP/00423329-BMS/AWP/00423329 | BMS/AWP/00981980-BMS/AWP/00981999 | BMS/AWP/01287239-BMS/AWP/01287505 |
| BMS/AWP/00423755-BMS/AWP/00423755 | BMS/AWP/00982377-BMS/AWP/00982381 | BMS/AWP/01288401-BMS/AWP/01288401 |
| BMS/AWP/00424038-BMS/AWP/00424050 | BMS/AWP/00982429-BMS/AWP/00982448 | BMS/AWP/01288481-BMS/AWP/01288501 |
| BMS/AWP/00424150-BMS/AWP/00424164 | BMS/AWP/00984322-BMS/AWP/00984329 | BMS/AWP/01291309-BMS/AWP/01291310 |
| BMS/AWP/00424193-BMS/AWP/00424205 | BMS/AWP/00984363-BMS/AWP/00984448 | BMS/AWP/01291577-BMS/AWP/01291662 |
| BMS/AWP/00425761-BMS/AWP/00425903 | BMS/AWP/00984465-BMS/AWP/00984474 | BMS/AWP/01291947-BMS/AWP/01291980 |
| BMS/AWP/00427669-BMS/AWP/00427738 | BMS/AWP/00995829-BMS/AWP/00995901 | BMS/AWP/01292007-BMS/AWP/01292014 |
| BMS/AWP/00432429-BMS/AWP/00432682 | BMS/AWP/00999417-BMS/AWP/00999496 | BMS/AWP/01292050-BMS/AWP/01292052 |
| BMS/AWP/00433052-BMS/AWP/00433081 | BMS/AWP/00999764-BMS/AWP/00999800 | BMS/AWP/01292067-BMS/AWP/01292123 |
| BMS/AWP/00436090-BMS/AWP/00436172 | BMS/AWP/01004454-BMS/AWP/01004608 | BMS/AWP/01292162-BMS/AWP/01292216 |
| BMS/AWP/00442893-BMS/AWP/00443111 | BMS/AWP/01005228-BMS/AWP/01005372 | BMS/AWP/01292528-BMS/AWP/01292537 |
| BMS/AWP/00446913-BMS/AWP/00446938 | BMS/AWP/01006031-BMS/AWP/01006032 | BMS/AWP/01292579-BMS/AWP/01292660 |
| BMS/AWP/00448577-BMS/AWP/00448619 | BMS/AWP/01011671-BMS/AWP/01011709 | BMS/AWP/01292821-BMS/AWP/01292844 |
| BMS/AWP/00449429-BMS/AWP/00449431 | BMS/AWP/01012045-BMS/AWP/01012083 | BMS/AWP/01305418-BMS/AWP/01305431 |
| BMS/AWP/00462061-BMS/AWP/00462102 | BMS/AWP/01012131-BMS/AWP/01012160 | BMS/AWP/01305670-BMS/AWP/01305802 |
| BMS/AWP/00463434-BMS/AWP/00463447 | BMS/AWP/01014073-BMS/AWP/01014092 | BMS/AWP/01308856-BMS/AWP/01308897 |
| BMS/AWP/00463604-BMS/AWP/00463676 | BMS/AWP/01014863-BMS/AWP/01014968 | BMS/AWP/01309596-BMS/AWP/01309626 |
| BMS/AWP/00463695-BMS/AWP/00463704 | BMS/AWP/01016696-BMS/AWP/01016773 | BMS/AWP/01309729-BMS/AWP/01309731 |
| BMS/AWP/00463710-BMS/AWP/00463735 | BMS/AWP/01016950-BMS/AWP/01016988 | BMS/AWP/01309743-BMS/AWP/01309839 |
| BMS/AWP/00466791-BMS/AWP/00466844 | BMS/AWP/01017557-BMS/AWP/01017652 | BMS/AWP/01309886-BMS/AWP/01309992 |
| BMS/AWP/00467116-BMS/AWP/00467168 | BMS/AWP/01019983-BMS/AWP/01019988 | BMS/AWP/01310535-BMS/AWP/01310553 |
| BMS/AWP/00474954-BMS/AWP/00475126 | BMS/AWP/01021426-BMS/AWP/01021489 | BMS/AWP/01310741-BMS/AWP/01310768 |
| BMS/AWP/00475375-BMS/AWP/00475654 | BMS/AWP/01021577-BMS/AWP/01021580 | BMS/AWP/01310809-BMS/AWP/01310928 |
| BMS/AWP/00479736-BMS/AWP/00479807 | BMS/AWP/01029267-BMS/AWP/01029279 | BMS/AWP/01311090-BMS/AWP/01311114 |
| BMS/AWP/00485826-BMS/AWP/00485826 | BMS/AWP/01030514-BMS/AWP/01030555 | BMS/AWP/01313176-BMS/AWP/01313197 |
| BMS/AWP/00487670-BMS/AWP/00487715 | BMS/AWP/01031744-BMS/AWP/01031773 | BMS/AWP/01313423-BMS/AWP/01313449 |
| BMS/AWP/00487756-BMS/AWP/00487782 | BMS/AWP/01035894-BMS/AWP/01035897 | BMS/AWP/01313485-BMS/AWP/01313487 |
| BMS/AWP/00487794-BMS/AWP/00487800 | BMS/AWP/01041527-BMS/AWP/01041538 | BMS/AWP/01313532-BMS/AWP/01313608 |
| BMS/AWP/00488263-BMS/AWP/00488273 | BMS/AWP/01041551-BMS/AWP/01041563 | BMS/AWP/01313753-BMS/AWP/01313787 |
| BMS/AWP/00488275-BMS/AWP/00488285 | BMS/AWP/01041647-BMS/AWP/01041704 | BMS/AWP/01313860-BMS/AWP/01313889 |
| BMS/AWP/00500494-BMS/AWP/00500503 | BMS/AWP/01049188-BMS/AWP/01049246 | BMS/AWP/01313933-BMS/AWP/01313957 |
| BMS/AWP/00500537-BMS/AWP/00500614 | BMS/AWP/01049289-BMS/AWP/01049371 | BMS/AWP/01314156-BMS/AWP/01314160 |
| BMS/AWP/00500645-BMS/AWP/00500690 | BMS/AWP/01049555-BMS/AWP/01049565 | BMS/AWP/01314172-BMS/AWP/01314223 |
| BMS/AWP/00502155-BMS/AWP/00502162 | BMS/AWP/01050123-BMS/AWP/01050582 | BMS/AWP/01314822-BMS/AWP/01314825 |
| BMS/AWP/00505654-BMS/AWP/00505664 | BMS/AWP/01052358-BMS/AWP/01052372 | BMS/AWP/01315004-BMS/AWP/01315012 |
| BMS/AWP/00506363-BMS/AWP/00506363 | BMS/AWP/01052576-BMS/AWP/01052625 | BMS/AWP/01316087-BMS/AWP/01316088 |
| BMS/AWP/00507180-BMS/AWP/00507203 | BMS/AWP/01052925-BMS/AWP/01052964 | BMS/AWP/01316283-BMS/AWP/01316285 |
| BMS/AWP/00508725-BMS/AWP/00509105 | BMS/AWP/01053214-BMS/AWP/01053674 | BMS/AWP/01316366-BMS/AWP/01316385 |
| BMS/AWP/00510316-BMS/AWP/00510432 | BMS/AWP/01053935-BMS/AWP/01053947 | BMS/AWP/01316869-BMS/AWP/01316905 |
| BMS/AWP/00510694-BMS/AWP/00510872 | BMS/AWP/01057950-BMS/AWP/01057990 | BMS/AWP/01318771-BMS/AWP/01318819 |
| BMS/AWP/00511110-BMS/AWP/00511137 | BMS/AWP/01058006-BMS/AWP/01058059 | BMS/AWP/01318821-BMS/AWP/01318822 |
| BMS/AWP/00511154-BMS/AWP/00511160 | BMS/AWP/01058063-BMS/AWP/01058115 | BMS/AWP/01318827-BMS/AWP/01318830 |
| BMS/AWP/00516153-BMS/AWP/00516161 | BMS/AWP/01058119-BMS/AWP/01058172 | BMS/AWP/01321371-BMS/AWP/01321372 |
| BMS/AWP/00516537-BMS/AWP/00516538 | BMS/AWP/01058182-BMS/AWP/01058295 | BMS/AWP/01321404-BMS/AWP/01321456 |
| BMS/AWP/00516559-BMS/AWP/00516563 | BMS/AWP/01058299-BMS/AWP/01058413 | BMS/AWP/01321581-BMS/AWP/01321644 |
| BMS/AWP/00516600-BMS/AWP/00516611 | BMS/AWP/01061115-BMS/AWP/01061424 | BMS/AWP/01326455-BMS/AWP/01326474 |
| BMS/AWP/00518117-BMS/AWP/00518118 | BMS/AWP/01062057-BMS/AWP/01062059 | BMS/AWP/01326733-BMS/AWP/01326774 |
| BMS/AWP/00519832-BMS/AWP/00519841 | BMS/AWP/01064220-BMS/AWP/01064645 | BMS/AWP/01326858-BMS/AWP/01326923 |
| BMS/AWP/00561376-BMS/AWP/00561376 | BMS/AWP/01071730-BMS/AWP/01071754 | BMS/AWP/01327596-BMS/AWP/01327598 |
| BMS/AWP/00561466-BMS/AWP/00561466 | BMS/AWP/01075248-BMS/AWP/01075266 | BMS/AWP/01335634-BMS/AWP/01335646 |

**Exhibit B-2**

## Documents Produced

| | | |
|---|---|---|
| BMS/AWP/00608984-BMS/AWP/00609024 | BMS/AWP/01076065-BMS/AWP/01076066 | BMS/AWP/01339636-BMS/AWP/01339656 |
| BMS/AWP/00609222-BMS/AWP/00609227 | BMS/AWP/01076164-BMS/AWP/01076165 | BMS/AWP/01343861-BMS/AWP/01343886 |
| BMS/AWP/00609238-BMS/AWP/00609238 | BMS/AWP/01076461-BMS/AWP/01076468 | BMS/AWP/01344048-BMS/AWP/01344100 |
| BMS/AWP/00609506-BMS/AWP/00609517 | BMS/AWP/01076522-BMS/AWP/01076530 | BMS/AWP/01344345-BMS/AWP/01344652 |
| BMS/AWP/00620894-BMS/AWP/00620921 | BMS/AWP/01077021-BMS/AWP/01077029 | BMS/AWP/01355923-BMS/AWP/01355925 |
| BMS/AWP/00629549-BMS/AWP/00629549 | BMS/AWP/01077063-BMS/AWP/01077323 | BMS/AWP/01363589-BMS/AWP/01363611 |
| BMS/AWP/00633038-BMS/AWP/00633100 | BMS/AWP/01077463-BMS/AWP/01077692 | BMS/AWP/01364702-BMS/AWP/01364715 |
| BMS/AWP/00633687-BMS/AWP/00633687 | BMS/AWP/01078644-BMS/AWP/01078869 | BMS/AWP/01364828-BMS/AWP/01364830 |
| BMS/AWP/00634159-BMS/AWP/00634291 | BMS/AWP/01079787-BMS/AWP/01079821 | BMS/AWP/01364966-BMS/AWP/01364979 |
| BMS/AWP/00634312-BMS/AWP/00634377 | BMS/AWP/01079881-BMS/AWP/01080092 | BMS/AWP/01364994-BMS/AWP/01364996 |
| BMS/AWP/00634427-BMS/AWP/00634501 | BMS/AWP/01082282-BMS/AWP/01082284 | BMS/AWP/01365395-BMS/AWP/01365414 |
| BMS/AWP/00654585-BMS/AWP/00654588 | BMS/AWP/01084342-BMS/AWP/01084365 | BMS/AWP/01365567-BMS/AWP/01365580 |
| BMS/AWP/00654699-BMS/AWP/00654706 | BMS/AWP/01086470-BMS/AWP/01086533 | BMS/AWP/01365679-BMS/AWP/01365689 |
| BMS/AWP/00655220-BMS/AWP/00655227 | BMS/AWP/01092532-BMS/AWP/01092560 | BMS/AWP/01365726-BMS/AWP/01365736 |
| BMS/AWP/00655589-BMS/AWP/00655589 | BMS/AWP/01102757-BMS/AWP/01102821 | BMS/AWP/01365780-BMS/AWP/01365799 |
| BMS/AWP/00656488-BMS/AWP/00656496 | BMS/AWP/01103837-BMS/AWP/01103847 | BMS/AWP/01385376-BMS/AWP/01385497 |
| BMS/AWP/00666337-BMS/AWP/00666368 | BMS/AWP/01112609-BMS/AWP/01112635 | BMS/AWP/01391546-BMS/AWP/01391555 |
| BMS/AWP/00666418-BMS/AWP/00666421 | BMS/AWP/01123731-BMS/AWP/01123733 | BMS/AWP/01393237-BMS/AWP/01393237 |
| BMS/AWP/00668076-BMS/AWP/00668087 | BMS/AWP/01124705-BMS/AWP/01124738 | BMS/AWP/01393600-BMS/AWP/01393605 |
| BMS/AWP/00668307-BMS/AWP/00668309 | BMS/AWP/01127443-BMS/AWP/01127504 | BMS/AWP/01394072-BMS/AWP/01394144 |
| BMS/AWP/00668314-BMS/AWP/00668339 | BMS/AWP/01128103-BMS/AWP/01128112 | BMS/AWP/01396774-BMS/AWP/01396784 |
| BMS/AWP/00668350-BMS/AWP/00668388 | BMS/AWP/01130555-BMS/AWP/01130568 | BMS/AWP/001512267 |
| BMS/AWP/00668393-BMS/AWP/00668407 | BMS/AWP/01130605-BMS/AWP/01130613 | |
| BMS/AWP/00668698-BMS/AWP/00668700 | BMS/AWP/01131493-BMS/AWP/01131800 | BMS/AWP/00260378.02-BMS/AWP/00260378.18 |
| BMS/AWP/00668757-BMS/AWP/00668791 | BMS/AWP/01132288-BMS/AWP/01132356 | BMS/AWP/00260378.20-BMS/AWP/00260378.33 |
| BMS/AWP/00669285-BMS/AWP/00669294 | BMS/AWP/01133396-BMS/AWP/01133415 | BMS/AWP/00260378.35-BMS/AWP/00260378.44 |
| BMS/AWP/00670427-BMS/AWP/00670429 | BMS/AWP/01133696-BMS/AWP/01133699 | BMS/AWP/00260378.55-BMS/AWP/00260378.96 |
| BMS/AWP/00672532-BMS/AWP/00672536 | BMS/AWP/01138069-BMS/AWP/01138106 | |
| BMS/AWP/00672748-BMS/AWP/00672756 | BMS/AWP/01138129-BMS/AWP/01138157 | BMSAWP/0044178-BMSAWP/0044199 |
| BMS/AWP/00673169-BMS/AWP/00673176 | BMS/AWP/01138395-BMS/AWP/01138424 | |
| BMS/AWP/00674474-BMS/AWP/00674475 | BMS/AWP/01144139-BMS/AWP/01144167 | MT 00030-MT 00043 |
| BMS/AWP/00679490-BMS/AWP/00679537 | BMS/AWP/01144877-BMS/AWP/01144885 | MT 029006-MT 029009 |
| BMS/AWP/00679542-BMS/AWP/00679561 | BMS/AWP/01144917-BMS/AWP/01144946 | |
| BMS/AWP/00679572-BMS/AWP/00679574 | BMS/AWP/01146762-BMS/AWP/01146764 | NV 00070-NV 00104 |
| BMS/AWP/00680069-BMS/AWP/00680074 | BMS/AWP/01146846-BMS/AWP/01146864 | NV 00187-NV 00228 |
| BMS/AWP/00681632-BMS/AWP/00681718 | BMS/AWP/01147512-BMS/AWP/01147516 | NV 00343-NV 00393 |