**Exhibit E**

**Exhibit E**

## Summary of BMS/OTN Revenue by Product ($): Excluding Sales to Federal Entities

**Oncology Products**

| | Blenoxane | | | Cytoxan | | | Cytoxan Tablets | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference |
| 1993 | 45,649,907 | 45,127,588 | 1.1% | 1,792,986 | (3,969,198) | 321.4% | 23,818,925 | 23,709,045 | 0.5% |
| 1994 | 41,557,375 | 40,875,515 | 1.6% | 14,973,816 | 7,611,340 | 49.2% | 22,794,531 | 22,599,411 | 0.9% |
| 1995 | 45,750,245 | 44,811,781 | 2.1% | 21,300,057 | 10,699,500 | 49.8% | 22,589,052 | 22,359,019 | 1.0% |
| 1996 | 42,417,666 | 39,190,437 | 7.6% | 26,870,955 | 10,118,920 | 62.3% | 22,226,462 | 22,029,087 | 0.9% |
| 1997 | 33,245,993 | 24,621,471 | 25.9% | 30,363,888 | 8,639,477 | 71.5% | 23,092,640 | 22,981,000 | 0.5% |
| 1998 | 29,690,702 | 19,762,743 | 33.4% | 31,534,561 | 7,552,518 | 76.1% | 23,926,111 | 23,867,517 | 0.2% |
| 1999 | 36,180,144 | 23,187,950 | 35.9% | 29,779,171 | 6,390,282 | 78.5% | 27,254,324 | 26,669,719 | 2.1% |
| 2000 | 27,619,910 | 15,144,559 | 45.2% | 27,538,022 | 6,819,271 | 75.2% | 16,191,453 | 16,089,254 | 0.6% |
| 2001 | 16,979,379 | 7,303,227 | 57.0% | 28,590,256 | 6,569,617 | 77.0% | 15,920,285 | 15,799,834 | 0.8% |
| 2002 | 12,261,734 | 5,067,476 | 58.7% | 31,590,911 | 8,462,788 | 73.2% | 12,146,395 | 11,182,484 | 7.9% |

| | Paraplatin | | | Taxol | | | VePesid | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference |
| 1993 | 14,281,174 | 15,862,509 | -11.1% | | | | 23,183,869 | 22,715,299 | 2.0% |
| 1994 | 115,447,150 | 113,509,097 | 1.7% | | | | 99,112,667 | 78,246,790 | 21.1% |
| 1995 | 183,911,409 | 180,224,939 | 2.0% | | | | 111,093,241 | 68,714,456 | 38.1% |
| 1996 | 248,614,036 | 242,839,711 | 2.3% | | | | 99,599,034 | 27,770,672 | 72.1% |
| 1997 | 321,743,013 | 313,895,859 | 2.4% | 139,399,280 | 137,398,468 | 1.4% | 83,652,126 | 10,804,268 | 87.1% |
| 1998 | 405,370,089 | 396,619,126 | 2.2% | 781,433,996 | 768,600,523 | 1.6% | 66,732,005 | 3,376,463 | 94.9% |
| 1999 | 472,431,951 | 461,383,003 | 2.3% | 911,699,756 | 895,908,869 | 1.7% | 65,868,952 | 4,359,041 | 93.4% |
| 2000 | 576,435,239 | 563,980,611 | 2.2% | 962,444,588 | 943,383,975 | 2.0% | 63,264,145 | 8,228,570 | 87.0% |
| 2001 | 598,562,500 | 579,345,682 | 3.2% | 600,290,626 | 538,266,068 | 10.3% | 49,357,285 | 430,087 | 99.1% |
| 2002 | 567,058,929 | 529,580,383 | 6.6% | 220,026,096 | 36,960,337 | 83.2% | 47,154,659 | 1,316,996 | 97.2% |

| | VePesid Capsules | | |
|---|---|---|---|
| Year | Revenue at WLP | Net Revenue | Difference |
| 1993 | 19,433,818 | 19,330,376 | 0.5% |
| 1994 | 26,764,087 | 26,622,780 | 0.5% |
| 1995 | 25,927,753 | 25,612,706 | 1.2% |
| 1996 | 24,652,321 | 24,334,034 | 1.3% |
| 1997 | 22,610,894 | 22,504,345 | 0.5% |
| 1998 | 27,971,635 | 27,763,111 | 0.7% |
| 1999 | 26,406,692 | 25,743,112 | 2.5% |
| 2000 | 29,491,105 | 29,072,752 | 1.4% |
| 2001 | 22,887,712 | 22,592,211 | 1.3% |
| 2002 | 12,005,950 | 11,829,980 | 1.5% |

**Primary Care/Virology Products**

| | Avapro | | | Buspar | | | Cefzil Suspension | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference |
| 1993 | | | | 210,110,583 | 209,372,976 | 0.4% | 73,921,031 | 72,771,576 | 1.6% |
| 1994 | | | | 258,169,707 | 256,316,990 | 0.7% | 106,539,800 | 106,211,140 | 0.3% |
| 1995 | | | | 273,271,940 | 272,005,470 | 0.5% | 113,829,653 | 113,611,618 | 0.2% |
| 1996 | | | | 331,860,366 | 330,485,629 | 0.4% | 104,477,716 | 104,168,395 | 0.3% |
| 1997 | 17,384,885 | 17,390,845 | 0.0% | 412,815,613 | 412,046,123 | 0.2% | 140,626,717 | 140,332,868 | 0.2% |
| 1998 | 82,967,949 | 82,957,750 | 0.0% | 504,733,509 | 502,612,414 | 0.4% | 150,169,501 | 153,659,649 | -2.3% |
| 1999 | 162,748,072 | 162,943,362 | -0.1% | 616,168,957 | 612,187,826 | 0.6% | 169,599,394 | 166,514,364 | 1.8% |
| 2000 | 220,245,669 | 219,396,260 | 0.4% | 743,402,265 | 734,987,263 | 1.1% | 183,432,314 | 176,985,437 | 3.5% |
| 2001 | 254,873,810 | 249,746,506 | 2.0% | 311,056,425 | 305,697,235 | 1.7% | 160,490,485 | 156,912,389 | 2.2% |
| 2002 | 265,301,023 | 260,978,799 | 1.6% | 6,388,395 | 6,380,281 | 0.1% | 65,026,345 | 63,173,306 | 2.8% |

| | Cefzil Tablets | | | Coumadin | | | Glucophage | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference |
| 1993 | 72,795,393 | 72,589,551 | 0.3% | | | | | | |
| 1994 | 89,390,675 | 89,063,178 | 0.4% | | | | | | |
| 1995 | 98,135,898 | 97,930,356 | 0.2% | | | | 89,782,917 | 89,723,567 | 0.1% |
| 1996 | 110,072,927 | 109,837,509 | 0.2% | | | | 334,924,760 | 332,886,589 | 0.6% |
| 1997 | 164,914,339 | 164,382,518 | 0.3% | | | | 571,653,125 | 568,635,359 | 0.5% |
| 1998 | 159,818,643 | 163,246,435 | -2.1% | 351,844,525 | 316,355,367 | 10.1% | 846,568,698 | 840,328,278 | 0.7% |
| 1999 | 192,985,639 | 188,871,799 | 2.1% | 466,297,095 | 406,015,752 | 12.9% | 1,254,706,601 | 1,239,824,091 | 1.2% |
| 2000 | 174,226,559 | 167,821,569 | 3.7% | 298,911,169 | 228,398,327 | 23.6% | 1,707,405,326 | 1,690,276,773 | 1.0% |
| 2001 | 155,865,218 | 151,971,166 | 2.5% | 215,438,484 | 118,935,619 | 44.8% | 2,154,888,818 | 2,080,092,279 | 3.5% |
| 2002 | 47,661,888 | 46,582,421 | 2.3% | 376,731,314 | 323,604,029 | 14.1% | 12,705,253 | 12,286,098 | 3.3% |

**Exhibit E**

## Summary of BMS/OTN Revenue by Product ($): Excluding Sales to Federal Entities

| | Glucophage XR | | | Glucovance | | | Monopril | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference |
| 1993 | | | | | | | 205,835 | 205,835 | 0.0% |
| 1994 | | | | | | | 5,026,443 | 4,993,239 | 0.7% |
| 1995 | | | | | | | 47,200,779 | 45,925,622 | 2.7% |
| 1996 | | | | | | | 108,653,284 | 105,452,791 | 2.9% |
| 1997 | | | | | | | 159,890,702 | 158,758,302 | 0.7% |
| 1998 | | | | | | | 199,044,489 | 196,301,019 | 1.4% |
| 1999 | | | | | | | 233,578,838 | 232,102,780 | 0.6% |
| 2000 | 58,263,225 | 52,468,634 | 9.9% | 131,797,451 | 120,490,699 | 8.6% | 267,914,328 | 266,749,863 | 0.4% |
| 2001 | 337,819,959 | 329,558,155 | 2.4% | 414,892,075 | 399,432,856 | 3.7% | 288,472,041 | 280,066,908 | 2.9% |
| 2002 | 266,473,359 | 260,499,083 | 2.2% | 226,748,635 | 216,327,990 | 4.6% | 145,044,367 | 135,165,340 | 6.8% |

| | Monopril HCT | | | Plavix | | | Serzone | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference |
| 1993 | | | | | | | | | |
| 1994 | | | | | | | | | |
| 1995 | | | | | | | 50,509,863 | 50,501,961 | 0.0% |
| 1996 | | | | | | | 95,871,610 | 95,139,289 | 0.8% |
| 1997 | | | | | | | 160,912,997 | 159,996,051 | 0.6% |
| 1998 | | | | 104,900,616 | 104,871,759 | 0.0% | 223,904,612 | 222,786,537 | 0.5% |
| 1999 | | | | 490,575,620 | 489,931,884 | 0.1% | 307,990,562 | 307,402,907 | 0.2% |
| 2000 | 7,072,609 | 6,865,450 | 2.9% | 811,207,539 | 807,349,396 | 0.5% | 349,718,989 | 344,892,106 | 1.4% |
| 2001 | 18,324,962 | 18,007,437 | 1.7% | 1,213,543,347 | 1,190,166,791 | 1.9% | 422,703,882 | 410,679,857 | 2.8% |
| 2002 | 16,902,411 | 16,450,224 | 2.7% | 1,537,693,579 | 1,507,723,667 | 1.9% | 145,609,776 | 135,991,479 | 6.6% |

| | Tequin | | | Videx EC | | |
|---|---|---|---|---|---|---|
| Year | Revenue at WLP | Net Revenue | Difference | Revenue at WLP | Net Revenue | Difference |
| 1993 | | | | | | |
| 1994 | | | | | | |
| 1995 | | | | | | |
| 1996 | | | | | | |
| 1997 | | | | | | |
| 1998 | | | | | | |
| 1999 | 35,631,503 | 32,140,149 | 9.8% | | | |
| 2000 | 108,121,330 | 103,907,064 | 3.9% | 20,476,641 | 19,685,177 | 3.9% |
| 2001 | 287,147,062 | 278,456,352 | 3.0% | 94,812,038 | 94,594,508 | 0.2% |
| 2002 | 97,498,301 | 93,959,701 | 3.6% | 92,145,585 | 92,062,294 | 0.1% |

Sources:
- BMS invoice data from SHARP: DirectSales_IncludingPHS.txt
  - Pre1997-Direct.txt
  - DirectSalesSupplement_Production.txt
  - Coumadin Direct Sales_Pre 100197.txt
- OTN invoice data:
  - OTN Blenoxane.txt         OTN Blenoxane_Pre1997.txt
  - OTN Cytoxan.txt           OTN Cytoxan_Pre1997.txt
  - OTN Paraplatin.txt        OTN Paraplatin_Pre1997.txt
  - OTN Taxol.txt             OTN Taxol_Pre1997.txt
  - OTN Vepesid.txt           OTN Vepesid_Pre1997.txt
- BMS chargeback data: Chargebacks_IncludingPHS.txt
  - Pre1997-Indirect.txt
  - ChargebackSupplement_Production.txt
  - CoumadinSupplementChbk.txt
- Wholesale List Price: PricingRevised.xls
  - buspar_rubex.xls
  - WLP PRICING FOR MONTANA MDL.xls

Notes:
- Sales and chargebacks to federal government customers are excluded
- Revenue at WLP represents total units sold multiplied by WLP
- Net Revenue is Gross Revenues net of chargebacks
- Difference is Revenue at WLP less Net Revenue, representing price concessions
- See Exhibit D for an explanation of the underlying calculations
- Shaded figures indicate full years in which the drug was patent protected
- Coumadin figures prior to 2002 do not exclude sales to government customers