**Exhibit F**

**Exhibit F**

## BMS/OTN Price Dispersion: Excluding Sales to Federal Entities
**% of Net Revenue at Net Transaction Prices**

### Oncology Products

**Blenoxane**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% |  | 0.0% | 0.0% | 0.0% | 0.8% | 2.8% | 31.3% | 69.6% | 70.4% | 5.7% | 0.0% | 15.7% |
| 50 - <75% of WLP | 0.5% | 1.2% | 1.5% | 5.8% | 59.9% | 80.6% | 78.8% | 60.8% | 27.2% | 25.0% | 24.6% | 2.2% | 64.0% |
| 75 - <90% of WLP | 0.0% |  |  | 13.9% | 22.7% | 9.6% | 3.0% | 1.2% | 0.8% | 0.0% | 5.2% | 3.2% | 8.8% |
| 90 - <95% of WLP | 0.9% | 0.0% | 2.7% | 14.3% | 2.2% | 0.2% |  |  |  |  | 2.9% | 4.3% | 0.6% |
| >95% of WLP | 98.6% | 98.8% | 95.9% | 65.9% | 15.2% | 8.9% | 15.5% | 6.7% | 2.4% | 4.6% | 61.5% | 90.4% | 10.9% |

**Cytoxan**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 49.5% | 59.2% | 53.5% | 66.7% | 83.2% | 91.1% | 94.9% | 82.1% | 93.9% | 71.0% | 73.5% |  | 73.5% |
| 50 - <75% of WLP | 33.1% | 11.3% | 3.2% | 1.4% | 0.7% | 0.6% | -0.1% | -0.1% | -0.1% |  | 4.4% |  | 4.4% |
| 75 - <90% of WLP | 1.4% | 0.9% | 0.7% | 0.1% | 0.0% | 0.0% | 0.0% |  | -0.3% |  | 0.3% |  | 0.3% |
| 90 - <95% of WLP | 0.3% | 0.0% | 0.0% | 0.0% | 0.0% |  | 0.0% |  |  |  | 0.0% |  | 0.0% |
| >95% of WLP | 15.7% | 28.6% | 42.5% | 31.7% | 16.0% | 8.3% | 5.2% | 18.0% | 6.5% | 29.0% | 21.8% |  | 21.8% |

**Cytoxan Tablets**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |  | 0.0% | 0.0% | 0.0% |  | 0.0% | 0.0% | 0.0% |
| 50 - <75% of WLP | 0.3% | 0.8% | 0.9% | 0.7% | 0.0% | 0.0% | 0.0% | 0.2% | 2.1% | 24.6% | 1.8% | 0.4% | 11.4% |
| 75 - <90% of WLP | 0.0% | 0.0% | 0.0% | 0.1% |  | 0.1% | 0.0% | 0.0% |  | 0.1% | 0.0% | 0.0% | 0.0% |
| 90 - <95% of WLP | 0.0% | 0.0% | 2.1% | 0.0% | 0.0% | 0.1% | 26.8% | 9.2% |  | 0.0% | 4.4% | 5.1% | 0.0% |
| >95% of WLP | 99.7% | 99.2% | 96.9% | 99.2% | 99.9% | 99.8% | 73.1% | 90.6% | 97.9% | 75.4% | 93.8% | 94.5% | 88.5% |

**Paraplatin**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 0.0% |  | 0.0% | 0.0% | 0.0% |  | 0.0% | 0.0% | 0.0% | 0.0% |  |
| 50 - <75% of WLP | 0.1% | 0.6% | 0.6% | 0.5% | 0.0% | 0.1% | 0.1% | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% |  |
| 75 - <90% of WLP | 0.8% | 0.0% | 0.0% | 0.2% | 0.2% | 0.0% | 0.0% |  | 0.2% | 11.0% | 1.8% | 1.8% |  |
| 90 - <95% of WLP | 0.0% | 0.0% | 4.0% | 3.4% | 5.5% | 0.1% | 0.1% | 2.0% | 5.2% | 5.6% | 3.1% | 3.1% |  |
| >95% of WLP | 99.1% | 99.4% | 95.3% | 95.9% | 94.3% | 99.8% | 99.8% | 98.0% | 94.5% | 83.4% | 94.9% | 94.9% |  |

**Taxol**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP |  |  |  |  |  |  | 0.0% |  | 0.0% | 46.7% | 2.1% | 0.0% | 10.3% |
| 50 - <75% of WLP |  |  |  |  |  | 0.0% |  |  | 5.2% | 24.4% | 1.9% | 0.0% | 9.5% |
| 75 - <90% of WLP |  |  |  |  | 0.0% | 0.1% | 0.2% | 0.0% | 27.7% | 28.3% | 5.7% | 0.1% | 27.8% |
| 90 - <95% of WLP |  |  |  |  |  |  |  | 4.9% | 28.4% | 0.1% | 5.8% | 1.7% | 22.1% |
| >95% of WLP |  |  |  |  | 100.0% | 99.9% | 99.8% | 95.1% | 38.7% | 0.5% | 84.6% | 98.2% | 30.3% |

**VePesid**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 12.0% | 85.1% | 85.4% | 94.5% | 91.9% | 44.2% | 85.2% | 88.9% | 26.8% | 0.0% | 46.9% |
| 50 - <75% of WLP | 0.8% | 34.1% | 68.7% | 9.2% | 2.0% | 0.5% | 0.3% | 0.0% | 0.0% | 0.1% | 32.0% | 26.1% | 36.5% |
| 75 - <90% of WLP | 19.4% | 46.8% | 9.9% | 1.6% | 0.0% | -0.9% | -0.5% | -0.4% | -0.7% | 0.1% | 20.2% | 40.2% | 5.2% |
| 90 - <95% of WLP | 1.9% | 3.0% | 1.3% | 0.2% | 0.2% | 0.4% |  | 0.1% |  |  | 1.6% | 2.7% | 0.8% |
| >95% of WLP | 77.8% | 16.1% | 8.1% | 3.8% | 12.4% | 5.5% | 8.3% | 56.2% | 15.5% | 11.0% | 19.3% | 31.0% | 10.6% |

**VePesid Capsules**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |  | 0.0% |  | 0.1% | 0.0% | 0.0% | 0.1% |
| 50 - <75% of WLP | 0.6% | 0.9% | 0.8% | 1.1% | 0.0% | 0.1% | 0.1% | 0.0% | 0.0% | 0.7% | 0.4% | 0.4% | 0.7% |
| 75 - <90% of WLP |  | 0.5% | 1.4% | 0.6% | 0.0% | 0.3% | 0.2% | 0.1% | 0.0% | 0.0% | 0.3% | 0.3% | 0.0% |
| 90 - <95% of WLP | 0.1% | 0.0% | 0.4% | 0.8% | 0.3% | 0.1% | 13.6% | 20.7% | 0.0% | 7.2% | 4.6% | 4.4% | 7.2% |
| >95% of WLP | 99.3% | 98.6% | 97.5% | 97.5% | 99.7% | 99.5% | 86.1% | 79.2% | 100.0% | 92.0% | 94.7% | 94.8% | 92.0% |

**All Oncology Products**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 2.3% | 1.6% | 4.0% | 8.6% | 3.2% | 1.1% | 0.8% | 0.9% | 1.3% | 11.4% | 2.7% | 0.0% | 20.2% |
| 50 - <75% of WLP | 2.0% | 10.1% | 14.1% | 1.9% | 2.8% | 1.3% | 1.3% | 0.6% | 2.6% | 5.6% | 2.8% | 0.5% | 17.6% |
| 75 - <90% of WLP | 3.7% | 12.7% | 2.1% | 1.8% | 1.1% | 0.2% | 0.2% | 0.0% | 12.8% | 14.0% | 4.1% | 1.6% | 19.9% |
| 90 - <95% of WLP | 0.7% | 0.8% | 2.8% | 3.8% | 3.3% | 0.0% | 0.8% | 4.1% | 15.6% | 4.3% | 4.3% | 2.7% | 14.9% |
| >95% of WLP | 91.3% | 74.8% | 77.1% | 83.9% | 89.5% | 97.4% | 96.9% | 94.4% | 67.8% | 64.8% | 86.2% | 95.2% | 27.4% |

Case 1:01-cv-12257-PBS   Document 3712-7   Filed 02/08/07   Page 3 of 5

**Exhibit F**

## BMS/OTN Price Dispersion: Excluding Sales to Federal Entities
**% of Net Revenue at Net Transaction Prices**

### Primary Care/Virology Products

**Avapro**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP |  |  |  |  |  | 0.0% |  | 0.0% |  |  | 0.0% | 0.0% |  |
| 50 - <75% of WLP |  |  |  |  |  | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% | 0.0% |  |
| 75 - <90% of WLP |  |  |  |  |  | 0.0% | 0.1% | 0.0% | 0.1% | 6.5% | 1.8% | 1.8% |  |
| 90 - <95% of WLP |  |  |  |  |  | 0.0% | 0.0% | 0.0% | 0.6% | 3.8% | 1.1% | 1.1% |  |
| >95% of WLP |  |  |  |  | 100.0% | 100.0% | 99.9% | 100.0% | 99.3% | 89.7% | 97.1% | 97.1% |  |

**Buspar**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 0.0% | 0.0% |  |  | 0.0% | 0.0% | -0.1% |  | 0.0% | 0.0% |  |
| 50 - <75% of WLP | 0.2% | 0.4% | 0.5% | 0.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% | 0.1% | 0.1% |
| 75 - <90% of WLP | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.2% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% |
| 90 - <95% of WLP | 0.2% | 0.0% | 0.1% | 0.1% | 0.2% | 4.5% | 0.4% | 6.1% | 0.3% | 0.2% | 2.0% | 2.0% | 0.2% |
| >95% of WLP | 99.5% | 99.5% | 99.4% | 99.5% | 99.7% | 95.4% | 99.6% | 93.8% | 99.7% | 99.7% | 97.8% | 97.8% | 99.7% |

**Cefzil Suspension**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -0.2% | 0.0% | 0.0% | 0.0% |  | 0.0% | 0.0% |  |
| 50 - <75% of WLP | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |  |
| 75 - <90% of WLP | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% | 0.1% | 0.1% | 0.0% | 0.0% | 15.1% | 0.8% | 0.8% |  |
| 90 - <95% of WLP |  | 0.0% | 0.3% | 0.4% | 0.2% | 0.2% | 0.3% | 14.5% | 0.9% | -4.4% | 2.1% | 2.1% |  |
| >95% of WLP | 100.0% | 99.9% | 99.5% | 99.4% | 99.7% | 99.9% | 99.6% | 85.4% | 99.0% | 89.3% | 97.1% | 97.1% |  |

**Cefzil Tablets**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP |  | 0.0% | 0.0% | 0.0% | 0.0% | -0.2% | 0.0% |  |  |  | 0.0% | 0.0% |  |
| 50 - <75% of WLP |  | 0.0% | 0.0% | 0.0% | 0.1% | 0.2% | 0.1% | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% |  |
| 75 - <90% of WLP | 0.0% | 0.0% | 0.0% | 0.1% | 0.2% | 0.2% | 0.1% | 0.2% | 0.0% | 1.5% | 0.2% | 0.2% |  |
| 90 - <95% of WLP |  | 0.0% | 0.2% | 0.2% | 0.1% | 0.0% | 8.1% | 22.6% | 1.1% | -0.6% | 4.4% | 4.4% |  |
| >95% of WLP | 100.0% | 100.0% | 99.7% | 99.7% | 99.6% | 99.8% | 91.8% | 77.1% | 98.9% | 99.1% | 95.4% | 95.4% |  |

**Coumadin**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP |  |  |  |  |  | 0.2% | 3.5% | 8.8% | 12.0% | 1.3% | 4.1% |  | 4.1% |
| 50 - <75% of WLP |  |  |  |  |  | 5.1% | 2.6% | 1.5% | 2.6% | 0.0% | 2.4% |  | 2.4% |
| 75 - <90% of WLP |  |  |  |  |  | 0.0% | 0.0% | 1.5% | 0.0% | 1.1% | 0.5% |  | 0.5% |
| 90 - <95% of WLP |  |  |  |  |  | 0.0% | 2.0% | 1.3% | 5.7% | 2.1% | 1.9% |  | 1.9% |
| >95% of WLP |  |  |  |  |  | 94.7% | 91.8% | 86.9% | 79.6% | 95.6% | 91.2% |  | 91.2% |

**Glucophage**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP |  |  |  | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.2% | 0.0% | 0.0% |  |
| 50 - <75% of WLP |  |  | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% | 0.0% | 0.0% | 0.2% | 0.0% | 0.0% |  |
| 75 - <90% of WLP |  |  | 0.5% | 0.6% | 0.1% | 0.5% | 0.6% | 0.2% | 13.4% | 4.0% | 4.3% | 4.3% |  |
| 90 - <95% of WLP |  |  |  | 0.2% | 5.2% | 0.4% | 13.9% | 12.7% | 15.7% | 3.5% | 10.9% | 10.9% |  |
| >95% of WLP |  |  | 99.5% | 99.2% | 94.7% | 99.0% | 85.5% | 87.0% | 70.9% | 92.0% | 84.7% | 84.7% |  |

**Glucophage XR**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP |  |  |  |  |  |  |  |  |  | 0.0% | 0.0% | 0.0% |  |
| 50 - <75% of WLP |  |  |  |  |  |  |  | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |  |
| 75 - <90% of WLP |  |  |  |  |  |  |  |  |  | 10.5% | 4.2% | 4.2% |  |
| 90 - <95% of WLP |  |  |  |  |  |  |  | 99.4% | 4.8% | 0.4% | 10.7% | 10.7% |  |
| >95% of WLP |  |  |  |  |  |  |  | 0.6% | 95.2% | 89.1% | 85.0% | 85.0% |  |

**Glucovance**

|  | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP |  |  |  |  |  |  |  | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |  |
| 50 - <75% of WLP |  |  |  |  |  |  |  | 0.0% | 0.0% |  | 0.0% | 0.0% |  |
| 75 - <90% of WLP |  |  |  |  |  |  |  | 11.7% | 1.4% | 15.2% | 7.2% | 7.2% |  |
| 90 - <95% of WLP |  |  |  |  |  |  |  | 77.1% | 0.8% | 28.3% | 21.3% | 21.3% |  |
| >95% of WLP |  |  |  |  |  |  |  | 11.1% | 97.8% | 56.5% | 71.5% | 71.5% |  |

**Exhibit F**

## BMS/OTN Price Dispersion: Excluding Sales to Federal Entities
**% of Net Revenue at Net Transaction Prices**

**Monopril**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | 2.1% | 1.6% | 0.2% | 0.3% | 0.3% | 0.2% | 0.2% | 0.2% | 0.4% | 0.4% | |
| 50 - <75% of WLP | | 0.8% | 0.6% | 0.5% | 0.1% | 0.1% | 0.1% | 0.0% | 0.0% | 0.0% | 0.1% | 0.1% | |
| 75 - <90% of WLP | | 0.0% | 0.0% | 0.0% | 0.0% | 2.2% | 0.1% | 0.0% | 0.0% | 27.7% | 3.0% | 3.0% | |
| 90 - <95% of WLP | | | | 0.1% | 0.3% | 0.0% | 0.1% | 0.0% | 0.2% | 7.6% | 0.9% | 0.9% | |
| >95% of WLP | 100.0% | 99.2% | 97.3% | 97.8% | 99.3% | 97.4% | 99.4% | 99.7% | 99.5% | 64.5% | 95.6% | 95.6% | |

**Monopril HCT**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | 0.0% | 0.1% | 0.0% | 0.1% | 0.1% | |
| 50 - <75% of WLP | | | | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | |
| 75 - <90% of WLP | | | | | | | | 0.0% | | 16.3% | 6.5% | 6.5% | |
| 90 - <95% of WLP | | | | | | | | | | 6.4% | 2.6% | 2.6% | |
| >95% of WLP | | | | | | | | 100.0% | 99.9% | 77.3% | 90.9% | 90.9% | |

**Plavix**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | 0.0% | 0.0% | | | 0.0% | 0.0% | |
| 50 - <75% of WLP | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 75 - <90% of WLP | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 6.2% | 2.3% | 2.3% | |
| 90 - <95% of WLP | | | | | | | | 5.2% | 0.0% | 14.5% | 6.3% | 6.3% | |
| >95% of WLP | | | | | | 100.0% | 100.0% | 94.8% | 100.0% | 79.3% | 91.4% | 91.4% | |

**Serzone**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | 0.0% | 0.0% | | 0.0% | 0.7% | 0.0% | 0.0% | 0.1% | 0.1% | |
| 50 - <75% of WLP | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 75 - <90% of WLP | | | 0.1% | 0.3% | 0.4% | 0.1% | 0.4% | 0.0% | 0.4% | 37.7% | 3.2% | 3.2% | |
| 90 - <95% of WLP | | | | 1.2% | 5.0% | 4.4% | 1.2% | 8.3% | 16.4% | 10.0% | 7.6% | 7.6% | |
| >95% of WLP | | | 99.8% | 98.4% | 94.7% | 95.5% | 98.4% | 91.0% | 83.2% | 52.3% | 89.0% | 89.0% | |

**Tequin**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | |
| 50 - <75% of WLP | | | | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 75 - <90% of WLP | | | | | | | | 11.4% | 3.0% | 6.5% | 5.2% | 5.2% | |
| 90 - <95% of WLP | | | | | | | 97.8% | 6.9% | 6.6% | 18.7% | 14.6% | 14.6% | |
| >95% of WLP | | | | | | | 2.2% | 81.7% | 90.5% | 74.9% | 80.2% | 80.2% | |

**Videx EC**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | | | | | | | | | | | | | |
| 50 - <75% of WLP | | | | | | | | 0.4% | 0.0% | 0.2% | 0.2% | | |
| 75 - <90% of WLP | | | | | | | | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | |
| 90 - <95% of WLP | | | | | | | | | | 0.4% | 0.2% | 0.2% | |
| >95% of WLP | | | | | | | | 99.9% | 99.6% | 99.6% | 99.6% | 99.6% | |

**All Primary Care/Virology Products**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.0% | 0.0% | 0.1% | 0.2% | 0.0% | 0.0% | 0.4% | 0.5% | 0.3% | 0.1% | 0.3% | 0.0% | 4.0% |
| 50 - <75% of WLP | 0.1% | 0.3% | 0.3% | 0.2% | 0.0% | 0.7% | 0.3% | 0.1% | 0.1% | 0.0% | 0.2% | 0.0% | 2.4% |
| 75 - <90% of WLP | 0.0% | 0.0% | 0.1% | 0.2% | 0.1% | 0.4% | 0.2% | 0.7% | 4.8% | 8.9% | 2.6% | 2.7% | 0.5% |
| 90 - <95% of WLP | 0.1% | 0.0% | 0.1% | 0.3% | 2.4% | 1.4% | 6.1% | 11.1% | 7.3% | 10.6% | 6.6% | 6.9% | 1.8% |
| >95% of WLP | 99.7% | 99.7% | 99.4% | 99.2% | 97.4% | 97.5% | 93.0% | 87.6% | 87.5% | 80.4% | 90.4% | 90.3% | 91.3% |

**All Products**

| | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | Pre-generic | Post-generic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 - <50% of WLP | 0.6% | 0.6% | 1.5% | 2.3% | 0.8% | 0.4% | 0.5% | 0.6% | 0.5% | 2.2% | 0.8% | 0.0% | 10.7% |
| 50 - <75% of WLP | 0.6% | 4.1% | 5.0% | 0.6% | 0.7% | 0.9% | 0.6% | 0.2% | 0.5% | 1.1% | 0.8% | 0.2% | 8.7% |
| 75 - <90% of WLP | 1.0% | 4.9% | 0.8% | 0.6% | 0.4% | 0.3% | 0.2% | 0.5% | 6.1% | 9.9% | 2.9% | 2.5% | 8.6% |
| 90 - <95% of WLP | 0.3% | 0.3% | 1.1% | 1.2% | 2.6% | 1.0% | 4.6% | 9.4% | 8.6% | 9.4% | 6.1% | 6.0% | 7.3% |
| >95% of WLP | 97.4% | 90.0% | 91.7% | 95.3% | 95.4% | 97.5% | 94.1% | 89.3% | 84.3% | 77.4% | 89.4% | 91.4% | 64.7% |

**Exhibit F**

**BMS/OTN Price Dispersion: Excluding Sales to Federal Entities**
**% of Net Revenue at Net Transaction Prices**

Sources:
| | | |
|---|---|---|
| BMS invoice data from SHARP: | DirectSales_IncludingPHS.txt | |
| | Pre1997-Direct.txt | |
| | DirectSalesSupplement_Production.txt | |
| | Coumadin Direct Sales_Pre 100197.txt | |
| OTN invoice data: | OTN Blenoxane.txt | OTN Blenoxane_Pre1997.txt |
| | OTN Cytoxan.txt | OTN Cytoxan_Pre1997.txt |
| | OTN Paraplatin.txt | OTN Paraplatin_Pre1997.txt |
| | OTN Taxol.txt | OTN Taxol_Pre1997.txt |
| | OTN Vepesid.txt | OTN Vepesid_Pre1997.txt |
| BMS chargeback data: | Chargebacks_IncludingPHS.txt | |
| | Pre1997-Indirect.txt | |
| | ChargebackSupplement_Production.txt | |
| | CoumadinSupplementChbk.txt | |
| Wholesale List Price: | PricingRevised.xls | |
| | buspar_rubex.xls | |
| | WLP PRICING FOR MONTANA MDL.xls | |

Notes:
  See Exhibit D for an explanation of the underlying price calculations and the shares shown above
  Post-generic shares are calculated from years in which a generic was available for the entire year
  Coumadin figures prior to 2002 do not exclude sales to federal government entities