**Exhibit H**

**Exhibit H**

# CARS IS Rebates by Customer Segment ($)*

| Avapro | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | | | 8,409 | 16,253 | 14,609 | | 39,271 | 0.1% |
| Employer | | 6,258 | 411,557 | 148,393 | 10,191 | 364 | 576,763 | 1.9% |
| Gov't Agencies (Non Federal) | | 2,610 | 74,696 | 84,741 | 5,123 | | 167,169 | 0.5% |
| HMO/PBM | | 200,552 | 3,265,464 | 6,291,334 | 8,248,081 | 10,869,956 | 28,875,387 | 94.5% |
| Hospitals | | 842 | 35,006 | 19,936 | 12,781 | | 68,564 | 0.2% |
| Lab | | | 5,921 | 5,443 | | | 11,363 | 0.0% |
| Mail Order | | 204 | 1,292 | 17,992 | 221,925 | 47,228 | 288,641 | 0.9% |
| Physicians/Clinics | | | 298 | 227 | | | 525 | 0.0% |
| Retail | | | 26,130 | 27,286 | 12,456 | | 65,872 | 0.2% |
| Unclassifiable | | 1,224 | 78,329 | 48,565 | 77,182 | 100,880 | 306,178 | 1.0% |
| Union | | 2,430 | 54,376 | 33,006 | 22,917 | 592 | 113,321 | 0.4% |
| Wholesaler/Distributor | | 134 | 40,589 | 826 | | | 41,548 | 0.1% |
| **Total** | **-** | **214,252** | **4,002,066** | **6,694,001** | **8,625,263** | **11,019,020** | **30,554,603** | **100%** |

| Buspar | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | | | 3,918 | 19,068 | 741 | | 23,728 | 0.2% |
| Employer | 518 | 10,255 | 311,044 | 17,614 | 1,151 | | 340,582 | 3.4% |
| Gov't Agencies (Non Federal) | 12,301 | 21,110 | 44,919 | 68,189 | 5,697 | | 152,215 | 1.5% |
| HMO/PBM | 723,065 | 1,299,286 | 2,485,094 | 4,080,354 | 788,425 | 1,161 | 9,377,384 | 92.7% |
| Hospitals | 93 | 1,627 | 7,858 | 4,497 | 562 | | 14,638 | 0.1% |
| Lab | | | | | | | - | 0.0% |
| Mail Order | | 3,972 | 7,966 | 11,203 | 2,893 | | 26,035 | 0.3% |
| Physicians/Clinics | 148 | 409 | 347 | 241 | | | 1,144 | 0.0% |
| Retail | | 1 | 17,397 | 23,666 | 6,703 | | 47,766 | 0.5% |
| Unclassifiable | 1,292 | 3,044 | 36,937 | 29,174 | 10,791 | | 81,239 | 0.8% |
| Union | 11 | 1,037 | 9,262 | 20,729 | 11,603 | | 42,641 | 0.4% |
| Wholesaler/Distributor | 2,293 | 2,682 | 6,015 | 1,136 | | | 12,126 | 0.1% |
| **Total** | **739,721** | **1,343,421** | **2,930,758** | **4,275,870** | **828,566** | **1,161** | **10,119,498** | **100%** |

| Cefzil Suspension | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | | | 2,140 | 10,867 | 8,159 | 21 | 21,187 | 0.2% |
| Employer | 145,493 | 198,462 | 81,541 | 3,367 | 2,461 | 186 | 431,511 | 4.0% |
| Gov't Agencies (Non Federal) | 2,590 | 3,854 | 460 | 5,565 | 7,973 | | 20,443 | 0.2% |
| HMO/PBM | 1,518,870 | 1,337,688 | 1,291,271 | 1,900,870 | 1,956,719 | 1,987,622 | 9,993,040 | 92.9% |
| Hospitals | | 365 | 16,949 | 4,634 | 1,987 | 45 | 23,980 | 0.2% |
| Lab | | | 873 | | | | 873 | 0.0% |
| Mail Order | | | | | | 21 | 21 | 0.0% |
| Physicians/Clinics | 29 | 105 | 3 | | | 81 | 218 | 0.0% |
| Retail | | 17 | 3,200 | 4,065 | 4,402 | | 11,684 | 0.1% |
| Unclassifiable | 15,268 | 25,296 | 37,829 | 13,555 | 16,195 | 102,689 | 210,831 | 2.0% |
| Union | | 309 | 1,156 | 1,043 | 5,426 | 206 | 8,141 | 0.1% |
| Wholesaler/Distributor | | 23 | 34,952 | 66 | | | 35,041 | 0.3% |
| **Total** | **1,682,248** | **1,566,119** | **1,470,376** | **1,944,033** | **2,003,323** | **2,090,870** | **10,756,970** | **100%** |

| Cefzil Tablets | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | | | 2,996 | 16,519 | 8,445 | 17 | 27,978 | 0.2% |
| Employer | 437,140 | 590,918 | 199,820 | 4,875 | 2,953 | 400 | 1,236,105 | 6.9% |
| Gov't Agencies (Non Federal) | 4,288 | 5,601 | 787 | 8,604 | 12,781 | | 32,060 | 0.2% |
| HMO/PBM | 3,975,760 | 2,768,122 | 2,281,102 | 2,630,190 | 2,169,401 | 2,252,613 | 16,077,188 | 90.3% |
| Hospitals | | 1,332 | 14,639 | 3,249 | 2,178 | 128 | 21,527 | 0.1% |
| Lab | | | 954 | | | | 954 | 0.0% |
| Mail Order | | | | 7 | 228 | 641 | 877 | 0.0% |
| Physicians/Clinics | 831 | 1,534 | | | | 222 | 2,587 | 0.0% |
| Retail | | 15 | 4,872 | 6,175 | 5,240 | | 16,302 | 0.1% |
| Unclassifiable | 59,609 | 60,562 | 59,121 | 23,478 | 19,755 | 106,329 | 328,855 | 1.8% |
| Union | | 329 | 2,955 | 2,730 | 8,655 | 239 | 14,909 | 0.1% |
| Wholesaler/Distributor | 3 | 19 | 48,041 | 130 | | | 48,193 | 0.3% |
| **Total** | **4,477,631** | **3,428,433** | **2,615,288** | **2,695,957** | **2,229,635** | **2,360,590** | **17,807,533** | **100%** |

**Exhibit H**

## CARS IS Rebates by Customer Segment ($)*

| Coumadin | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | | | | | 555 | | 555 | 0.0% |
| Employer | | | | | | | - | 0.0% |
| Gov't Agencies (Non Federal) | | | | | | | - | 0.0% |
| HMO/PBM | | | | | 628,474 | 2,061,222 | 2,689,696 | 7.4% |
| Hospitals | | | | | | | - | 0.0% |
| Lab | | | | | | | - | 0.0% |
| Mail Order | | | | | 5,103,368 | 28,650,742 | 33,754,110 | 92.6% |
| Physicians/Clinics | | | | | | | - | 0.0% |
| Retail | | | | | | | - | 0.0% |
| Unclassifiable | | | | | 5,570 | 20,049 | 25,619 | 0.1% |
| Union | | | | | | | - | 0.0% |
| Wholesaler/Distributor | | | | | | | - | 0.0% |
| **Total** | **-** | **-** | **-** | **-** | **5,737,967** | **30,732,014** | **36,469,981** | **100%** |

| Glucophage | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | | | 29,509 | 81,924 | 28,028 | 148 | 139,609 | 0.2% |
| Employer | 21,667 | 23,264 | 1,141,748 | 548,824 | 237,046 | 46,070 | 2,018,619 | 2.7% |
| Gov't Agencies (Non Federal) | 27,814 | 71,841 | 262,384 | 369,450 | 62,490 | | 793,978 | 1.1% |
| HMO/PBM | 5,061,443 | 8,496,626 | 15,343,977 | 20,413,457 | 16,101,910 | 1,081,845 | 66,499,258 | 90.1% |
| Hospitals | 214 | 2,663 | 231,973 | 184,512 | 234,006 | | 653,368 | 0.9% |
| Lab | | | 12,170 | 9,571 | | | 21,741 | 0.0% |
| Mail Order | 19,445 | 49,683 | 14,555 | 46,872 | 664,148 | 13,499 | 808,202 | 1.1% |
| Physicians/Clinics | 6,000 | 10,960 | 1,759 | 2,433 | | | 21,152 | 0.0% |
| Retail | | 1,270 | 97,926 | 112,612 | 983,388 | 224,510 | 1,419,707 | 1.9% |
| Unclassifiable | 13,027 | 23,168 | 272,322 | 293,334 | 371,287 | 21,472 | 994,610 | 1.3% |
| Union | 1,547 | 8,467 | 82,658 | 79,902 | 196,534 | 1,771 | 370,879 | 0.5% |
| Wholesaler/Distributor | 8,965 | 7,786 | 75,701 | 3,280 | | | 95,732 | 0.1% |
| **Total** | **5,160,120** | **8,695,728** | **17,566,683** | **22,146,171** | **18,878,837** | **1,389,316** | **73,836,855** | **100%** |

| Glucophage XR | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | | | | 13 | 2,393 | 91 | 2,496 | 0.0% |
| Employer | | | | 28 | 6,934 | 142,086 | 149,048 | 1.6% |
| Gov't Agencies (Non Federal) | | | | 44 | 6,723 | | 6,767 | 0.1% |
| HMO/PBM | | | | 6,793 | 1,223,588 | 3,682,143 | 4,912,524 | 51.2% |
| Hospitals | | | | 16 | 2,578 | 289 | 2,884 | 0.0% |
| Lab | | | | | | | - | 0.0% |
| Mail Order | | | | 31 | 1,330,310 | 1,091,427 | 2,421,768 | 25.2% |
| Physicians/Clinics | | | | | 4,686 | 10,635 | 15,321 | 0.2% |
| Retail | | | | 94 | 1,139,733 | 887,908 | 2,027,735 | 21.1% |
| Unclassifiable | | | | 8 | 13,326 | 43,376 | 56,710 | 0.6% |
| Union | | | | 218 | 6,355 | 741 | 7,314 | 0.1% |
| Wholesaler/Distributor | | | | | | | - | 0.0% |
| **Total** | **-** | **-** | **-** | **7,245** | **3,736,624** | **5,858,698** | **9,602,566** | **100%** |

| Glucovance | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | | | | 283 | 4,318 | 246 | 4,847 | 0.0% |
| Employer | | | | 1,193 | 19,117 | 6,350 | 26,660 | 0.1% |
| Gov't Agencies (Non Federal) | | | | 3,584 | 39,252 | | 42,836 | 0.1% |
| HMO/PBM | | | | 374,595 | 8,301,792 | 18,194,146 | 26,870,533 | 84.9% |
| Hospitals | | | | 376 | 6,440 | 911 | 7,727 | 0.0% |
| Lab | | | | | | | - | 0.0% |
| Mail Order | | | | 416 | 908,588 | 1,632,297 | 2,541,301 | 8.0% |
| Physicians/Clinics | | | | | 6,599 | 11,551 | 18,150 | 0.1% |
| Retail | | | | 4,077 | 1,072,047 | 747,797 | 1,823,922 | 5.8% |
| Unclassifiable | | | | 1,480 | 76,107 | 154,117 | 231,704 | 0.7% |
| Union | | | | 4,245 | 88,350 | 2,006 | 94,601 | 0.3% |
| Wholesaler/Distributor | | | | | | | - | 0.0% |
| **Total** | **-** | **-** | **-** | **390,249** | **10,522,611** | **20,749,422** | **31,662,282** | **100%** |

**Exhibit H**

## CARS IS Rebates by Customer Segment ($)*

| Monopril | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | | | 14,176 | 27,940 | 35,326 | 532 | 77,973 | 0.1% |
| Employer | 6,388 | 37,722 | 264,033 | 339,107 | 29,754 | 1,746 | 678,749 | 0.7% |
| Gov't Agencies (Non Federal) | 14,135 | 1,975 | 46,489 | 119,948 | 73,529 | | 256,075 | 0.2% |
| HMO/PBM | 7,327,331 | 11,105,685 | 11,670,925 | 25,149,339 | 21,602,536 | 19,643,622 | 96,499,438 | 93.4% |
| Hospitals | 7,015 | 2,304 | 85,837 | 453,977 | 234,726 | 1,240 | 785,099 | 0.8% |
| Lab | | | 5,322 | 2,967 | | | 8,290 | 0.0% |
| Mail Order | 400,124 | 502,386 | 1,883 | 15,594 | 18,936 | 180,250 | 1,119,174 | 1.1% |
| Physicians/Clinics | 780 | 3,342 | 990 | 989 | | 105 | 6,206 | 0.0% |
| Retail | 212 | 3,817 | 115,113 | 99,514 | 77,694 | | 296,349 | 0.3% |
| Unclassifiable | 705,452 | 909,836 | 1,115,212 | 288,877 | 59,141 | 5,066 | 3,083,585 | 3.0% |
| Union | 258 | 6,331 | 106,900 | 69,924 | 127,916 | 3,819 | 315,147 | 0.3% |
| Wholesaler/Distributor | 9,088 | 10,839 | 141,773 | 3,644 | | | 165,345 | 0.2% |
| **Total** | **8,470,782** | **12,584,237** | **13,568,654** | **26,571,819** | **22,259,557** | **19,836,379** | **103,291,429** | **100%** |

| Monopril HCT | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | | | | 23 | 224 | | 247 | 0.0% |
| Employer | | | | 94 | 601 | 359 | 1,055 | 0.1% |
| Gov't Agencies (Non Federal) | | | | 586 | 5,829 | | 6,414 | 0.3% |
| HMO/PBM | | | | 87,671 | 618,187 | 1,159,883 | 1,865,742 | 98.1% |
| Hospitals | | | | 11 | 108 | | 119 | 0.0% |
| Lab | | | | | | | - | 0.0% |
| Mail Order | | | | | | 10,485 | 10,485 | 0.6% |
| Physicians/Clinics | | | | | | | - | 0.0% |
| Retail | | | | 763 | 4,551 | | 5,314 | 0.3% |
| Unclassifiable | | | | 103 | 1,369 | 632 | 2,104 | 0.1% |
| Union | | | | 838 | 9,846 | 114 | 10,798 | 0.6% |
| Wholesaler/Distributor | | | | | | | - | 0.0% |
| **Total** | **-** | **-** | **-** | **90,089** | **640,714** | **1,171,473** | **1,902,277** | **100%** |

| Serzone | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | | | 1,306 | 466 | 630 | | 2,402 | 0.0% |
| Employer | | 64,063 | 149,021 | 54,261 | 1,617 | | 268,961 | 4.5% |
| Gov't Agencies (Non Federal) | 11,212 | 14,837 | 6,632 | 23,900 | 5,142 | | 61,722 | 1.0% |
| HMO/PBM | 1,036,369 | 941,195 | 607,839 | 1,413,211 | 838,147 | 612,492 | 5,449,253 | 91.8% |
| Hospitals | | 125 | 5,150 | 8,028 | 1,519 | | 14,822 | 0.2% |
| Lab | | | 241 | 1,403 | | | 1,645 | 0.0% |
| Mail Order | 302 | 456 | 599 | 263 | | 223 | 1,843 | 0.0% |
| Physicians/Clinics | 196 | 369 | 164 | 348 | | | 1,078 | 0.0% |
| Retail | | 2 | 11,308 | 10,486 | 5,534 | | 27,329 | 0.5% |
| Unclassifiable | 1,897 | 5,592 | 17,854 | 18,236 | 3,332 | 17,396 | 64,306 | 1.1% |
| Union | 16 | 1,980 | 9,235 | 7,062 | 12,193 | | 30,486 | 0.5% |
| Wholesaler/Distributor | 1,065 | 6,951 | 6,664 | 603 | | | 15,282 | 0.3% |
| **Total** | **1,051,057** | **1,035,569** | **816,011** | **1,538,268** | **868,114** | **630,111** | **5,939,130** | **100%** |

| Tequin | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | | | | 89 | 374 | 7 | 470 | 0.0% |
| Employer | | | | 708 | 1,487 | 122 | 2,317 | 0.0% |
| Gov't Agencies (Non Federal) | | | | 747 | 2,247 | | 2,994 | 0.0% |
| HMO/PBM | | | | 561,447 | 2,976,284 | 2,636,966 | 6,174,697 | 98.8% |
| Hospitals | | | | 288 | 977 | | 1,265 | 0.0% |
| Lab | | | | | | | - | 0.0% |
| Mail Order | | | | | 7 | 31 | 38 | 0.0% |
| Physicians/Clinics | | | | | | | - | 0.0% |
| Retail | | | | 3,315 | 8,128 | | 11,443 | 0.2% |
| Unclassifiable | | | | 305 | 2,833 | 41,504 | 44,643 | 0.7% |
| Union | | | | 2,571 | 9,590 | 886 | 13,047 | 0.2% |
| Wholesaler/Distributor | | | | | | | - | 0.0% |
| **Total** | **-** | **-** | **-** | **569,470** | **3,001,928** | **2,679,517** | **6,250,914** | **100%** |

**Exhibit H**

## CARS IS Rebates by Customer Segment ($)*

| All Rebates | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Alternative Care | - | - | 62,456 | 173,445 | 103,801 | 1,061 | 340,764 | 0.1% |
| Employer | 611,204 | 930,942 | 2,558,765 | 1,118,463 | 313,311 | 197,684 | 5,730,369 | 1.7% |
| Gov't Agencies (Non Federal) | 72,339 | 121,828 | 436,366 | 685,356 | 226,785 | - | 1,542,674 | 0.5% |
| HMO/PBM | 19,642,838 | 26,149,154 | 36,945,672 | 62,909,262 | 65,453,544 | 64,183,672 | 275,284,141 | 81.4% |
| Hospitals | 7,322 | 9,258 | 397,413 | 679,524 | 497,861 | 2,613 | 1,593,992 | 0.5% |
| Lab | - | - | 25,482 | 19,384 | - | - | 44,866 | 0.0% |
| Mail Order | 419,870 | 556,702 | 26,295 | 92,378 | 8,250,403 | 31,626,845 | 40,972,493 | 12.1% |
| Physicians/Clinics | 7,984 | 16,720 | 3,561 | 4,237 | 11,285 | 22,594 | 66,381 | 0.0% |
| Retail | 212 | 5,121 | 275,946 | 292,053 | 3,319,875 | 1,860,216 | 5,753,423 | 1.7% |
| Unclassifiable | 796,545 | 1,028,722 | 1,617,603 | 717,114 | 656,888 | 613,511 | 5,430,384 | 1.6% |
| Union | 1,832 | 20,882 | 266,543 | 222,268 | 499,385 | 10,375 | 1,021,284 | 0.3% |
| Wholesaler/Distributor | 21,414 | 28,433 | 353,736 | 9,685 | - | - | 413,267 | 0.1% |
| **Total** | **21,581,560** | **28,867,760** | **42,969,836** | **66,923,171** | **79,333,140** | **98,518,572** | **338,194,039** | **100%** |

Sources:
  Rebate Data:          CARS_IS_DATA_MT_NV_1.txt
                        CARS_IS_DATA_MT_NV_2.txt

Note:
  * Rebates to federal Public Health Service entities totaling $115,480 have been excluded