# Exhibit I

**Exhibit I-1**

**Montana Medicaid Rebates by Product and Year ($)**

|  | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avapro | - | - | - | - | - | - | 12 | 3,164 | 10,843 | 18,483 | 28,240 | 36,801 | 45,096 | 48,864 | 6,569 | **198,071** |
| Blenoxane | - | - | - | 64 | - | - | - | - | 622 | - | - | - | - | - | - | **685** |
| Buspar | 13,652 | 27,093 | 44,153 | 60,425 | 69,461 | 75,294 | 86,164 | 110,017 | 148,273 | 202,036 | 112,062 | 2,513 | 1,781 | 651 | 502 | **954,076** |
| Cefzil Suspension | - | 4,680 | 13,908 | 16,995 | 15,515 | 14,361 | 16,840 | 15,435 | 15,526 | 15,915 | 20,026 | 25,873 | 35,858 | 31,204 | 21,500 | **263,636** |
| Cefzil Tablets | - | 2,998 | 7,041 | 9,262 | 10,511 | 10,969 | 16,708 | 13,006 | 11,721 | 8,017 | 9,108 | 9,696 | 13,334 | 13,335 | 6,584 | **142,290** |
| Coumadin | 6,314 | 12,264 | 32,029 | 44,652 | 55,894 | 61,303 | 61,427 | 51,607 | 58,357 | 46,316 | 40,305 | 60,983 | 82,370 | 67,346 | 35,320 | **716,486** |
| Cytoxan | 5 | - | 56 | - | - | - | - | - | - | - | - | 21 | 206 | - | - | **287** |
| Cytoxan Tablets | 2,160 | 2,890 | 2,093 | 1,859 | 3,207 | 2,264 | 2,176 | 1,140 | 4,540 | 7,808 | 5,482 | 2,130 | 2,996 | 83 | 211 | **41,040** |
| Glucophage | - | - | - | - | 2,435 | 14,718 | 32,399 | 61,528 | 118,344 | 188,909 | 251,819 | 45,768 | 1,485 | 1,089 | 72 | **718,567** |
| Glucophage XR | - | - | - | - | - | - | - | - | - | 4 | 9,392 | 23,561 | 40,331 | 4,008 | 948 | **78,245** |
| Glucovance | - | - | - | - | - | - | - | - | - | 282 | 11,896 | 18,369 | 23,048 | 14,819 | 1,013 | **69,426** |
| Monopril | - | - | - | - | 871 | 5,687 | 13,338 | 22,035 | 24,581 | 27,765 | 32,894 | 39,932 | 44,145 | 2,862 | 604 | **214,714** |
| Monopril HCT | - | - | - | - | - | - | - | - | - | 13 | 101 | 833 | 1,647 | 3,529 | 464 | **6,586** |
| Paraplatin | - | 402 | 269 | - | - | - | - | - | - | - | 824 | - | - | - | - | **1,495** |
| Plavix | - | - | - | - | - | - | - | 480 | 9,333 | 28,702 | 54,462 | 100,352 | 147,626 | 212,002 | 173,693 | **726,649** |
| Serzone | - | - | - | - | 5,004 | 12,420 | 26,795 | 35,183 | 49,463 | 71,329 | 76,284 | 70,905 | 48,829 | 2,137 | - | **398,349** |
| Taxol | - | - | - | - | - | - | - | - | - | - | 651 | - | - | - | - | **651** |
| Tequin | - | - | - | - | - | - | - | - | - | 4,270 | 10,207 | 11,550 | 11,122 | 9,684 | 2,612 | **49,444** |
| Vepesid | - | 190 | 359 | - | - | 1,475 | 168 | - | - | - | - | - | - | - | - | **2,193** |
| Vepesid Capsules | 539 | 307 | 2,850 | 748 | 496 | 257 | 840 | 597 | 4,219 | 2,675 | 1,180 | 763 | - | - | - | **15,470** |
| Videx EC | - | - | - | - | - | - | - | - | - | - | 1,624 | 1,348 | 1,813 | 2,626 | 1,239 | **8,649** |
| **Total** | **22,668** | **50,823** | **102,759** | **134,005** | **163,392** | **198,749** | **256,867** | **314,192** | **455,822** | **622,523** | **666,577** | **451,582** | **501,480** | **414,239** | **251,332** | **4,607,010** |

Source:
  MT & NV Medicaid Rebate Data 1991-2005.xls

**Exhibit I-2**

**Nevada Medicaid Rebates by Product and Year ($)**

|  | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avapro | - | - | - | - | - | - | - | 1,017 | 4,692 | 7,315 | 11,649 | 20,917 | 28,365 | 24,500 | 2,494 | **100,950** |
| Blenoxane | - | - | - | 68 | - | - | - | - | - | - | - | - | - | - | - | **68** |
| Buspar | 6,487 | 14,050 | 21,772 | 24,911 | 27,683 | 33,559 | 43,694 | 66,083 | 80,462 | 106,384 | 70,353 | 9,658 | 2,669 | 2,414 | 1,401 | **511,578** |
| Cefzil Suspension | - | 2,324 | 9,762 | 13,718 | 16,736 | 15,394 | 14,484 | 14,825 | 10,720 | 10,951 | 13,323 | 16,349 | 21,150 | 14,536 | 11,785 | **186,057** |
| Cefzil Tablets | - | 1,315 | 3,676 | 6,473 | 7,318 | 7,822 | 11,772 | 15,196 | 9,067 | 8,900 | 10,427 | 13,240 | 19,546 | 9,153 | 379 | **124,285** |
| Coumadin | 5,273 | 7,036 | 17,062 | 26,513 | 34,865 | 36,710 | 30,148 | 33,046 | 30,163 | 18,775 | 14,422 | 26,235 | 30,348 | 21,349 | 16,128 | **348,071** |
| Cytoxan | - | - | - | - | 220 | 133 | - | - | - | - | - | - | 22 | 447 | - | **822** |
| Cytoxan Tablets | 726 | 2,668 | 1,362 | 1,334 | 1,332 | 1,520 | 1,477 | 1,688 | 3,977 | 1,837 | 2,794 | 1,609 | 535 | 16 | - | **22,875** |
| Glucophage | - | - | - | - | 1,689 | 10,684 | 20,069 | 43,494 | 83,698 | 150,157 | 217,235 | 60,008 | 5,787 | 2,854 | 2,395 | **598,070** |
| Glucophage XR | - | - | - | - | - | - | - | - | - | 13 | 4,615 | 18,481 | 34,583 | 2,452 | 1,960 | **62,104** |
| Glucovance | - | - | - | - | - | - | - | - | - | 548 | 14,976 | 36,721 | 56,105 | 36,447 | 2,280 | **147,076** |
| Monopril | - | - | - | - | 268 | 2,141 | 3,991 | 9,390 | 11,269 | 18,516 | 22,623 | 29,052 | 32,460 | 1,488 | 139 | **131,337** |
| Monopril HCT | - | - | - | - | - | - | - | - | - | 179 | 1,466 | 2,788 | 1,833 | 1,084 | - | **7,350** |
| Paraplatin | - | - | - | - | - | - | - | - | - | - | - | - | 2,275 | 16,575 | 3,492 | **22,342** |
| Plavix | - | - | - | - | - | - | - | 941 | 20,615 | 60,481 | 114,249 | 273,075 | 462,219 | 642,329 | 740,716 | **2,314,626** |
| Serzone | - | - | - | - | 615 | 2,544 | 9,169 | 26,266 | 38,750 | 63,238 | 51,663 | 50,848 | 36,076 | 3,601 | 107 | **282,878** |
| Taxol | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | **-** |
| Tequin | - | - | - | - | - | - | - | - | - | 3,042 | 12,334 | 26,887 | 37,450 | 22,986 | 639 | **103,338** |
| Vepesid | - | 134 | - | - | - | - | 1,509 | - | - | - | - | - | - | - | - | **1,643** |
| Vepesid Capsules | 311 | 1,558 | 1,242 | 289 | 213 | 117 | 300 | 588 | 3,421 | 1,939 | 1,037 | 1,286 | - | 979 | - | **13,280** |
| Videx EC | - | - | - | - | - | - | - | - | - | 102 | 5,693 | 12,119 | 19,127 | 20,195 | 3,890 | **61,126** |
| **Total** | **12,796** | **29,085** | **54,877** | **73,304** | **90,940** | **110,625** | **136,614** | **212,535** | **296,832** | **452,377** | **568,857** | **599,274** | **790,548** | **823,407** | **787,806** | **5,039,878** |

Source:
 MT & NV Medicaid Rebate Data 1991-2005.xls