**Exhibit J**

**Exhibit J-1**

## Montana Medicaid Reimbursement Analysis

| | | | | Avapro | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
| Year | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | 80 | 2 | 85 | 80 | 5 | 2.38 | 12 | 73 | 8.9% | 16.0% | 24.4% |
| 1998 | 19,980 | 574 | 22,941 | 21,995 | 946 | 1.65 | 3,164 | 19,777 | 10.1% | 17.1% | 25.4% |
| 1999 | 41,565 | 1,231 | 47,374 | 45,454 | 1,920 | 1.56 | 10,843 | 36,531 | 19.6% | 25.9% | 33.3% |
| 2000 | 62,651 | 1,885 | 72,777 | 70,064 | 2,713 | 1.44 | 18,483 | 54,294 | 22.5% | 28.5% | 35.7% |
| 2001 | 75,633 | 2,205 | 95,572 | 91,838 | 3,733 | 1.69 | 28,240 | 67,331 | 26.7% | 32.4% | 39.2% |
| 2002 | 74,610 | 2,208 | 100,282 | 98,109 | 2,173 | 0.98 | 36,801 | 63,481 | 35.3% | 40.0% | 47.6% |
| 2003 | 79,504 | 2,530 | 112,759 | 110,703 | 2,056 | 0.81 | 45,096 | 67,663 | 38.9% | 42.5% | 51.1% |
| 2004 | 78,170 | 2,552 | 113,400 | 114,472 | (1,072) | (0.42) | 48,864 | 64,536 | 43.6% | 46.9% | 54.9% |

| | | | | Buspar | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
| Year | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| 1991 | 177,722 | 2,563 | 114,064 | 106,649 | 7,414 | 2.89 | 13,652 | 100,412 | 5.8% | 13.2% | 21.8% |
| 1992 | 216,831 | 2,992 | 147,686 | 139,197 | 8,489 | 2.84 | 27,093 | 120,593 | 13.4% | 20.1% | 28.1% |
| 1993 | 272,147 | 3,550 | 199,053 | 188,685 | 10,368 | 2.92 | 44,153 | 154,900 | 17.9% | 24.3% | 31.9% |
| 1994 | 326,610 | 3,954 | 245,916 | 238,571 | 7,345 | 1.86 | 60,425 | 185,491 | 22.2% | 28.3% | 35.5% |
| 1995 | 345,127 | 4,237 | 274,463 | 259,346 | 15,117 | 3.57 | 69,461 | 205,002 | 21.0% | 27.1% | 34.4% |
| 1996 | 361,599 | 4,322 | 304,113 | 285,107 | 19,006 | 4.40 | 75,294 | 228,819 | 19.7% | 26.0% | 33.4% |
| 1997 | 390,493 | 4,865 | 375,640 | 352,603 | 23,037 | 4.74 | 86,164 | 289,476 | 17.9% | 24.3% | 31.9% |
| 1998 | 404,386 | 5,201 | 443,102 | 414,750 | 28,351 | 5.45 | 110,017 | 333,085 | 19.7% | 25.9% | 33.3% |
| 1999 | 464,717 | 5,900 | 597,032 | 561,931 | 35,101 | 5.95 | 148,273 | 448,760 | 20.1% | 26.4% | 33.7% |
| 2000 | 533,706 | 6,815 | 810,846 | 763,750 | 47,096 | 6.91 | 202,036 | 608,810 | 20.3% | 26.5% | 33.8% |
| 2001 | 208,420 | 2,832 | 369,901 | 350,452 | 19,449 | 6.87 | 112,062 | 257,839 | 26.4% | 32.2% | 38.9% |
| 2002 | 3,901 | 57 | 6,208 | 6,228 | (20) | (0.35) | 2,513 | 3,696 | 40.7% | 44.3% | 50.8% |
| 2003 | 3,109 | 47 | 4,259 | 5,300 | (1,041) | (22.15) | 1,781 | 2,478 | 53.2% | 54.3% | 61.2% |
| 2004 | 1,415 | 25 | 1,632 | 2,299 | (667) | (26.69) | 651 | 980 | 57.4% | 58.4% | 64.6% |

| | | | | Cefzil Suspension | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
| Year | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| 1991 | | | | | | | | | | | |
| 1992 | 120,446 | 1,243 | 38,293 | 35,481 | 2,812 | 2.26 | 4,680 | 33,613 | 5.3% | 12.6% | 21.4% |
| 1993 | 226,631 | 2,511 | 76,693 | 71,531 | 5,161 | 2.06 | 13,908 | 62,785 | 12.2% | 18.5% | 26.7% |
| 1994 | 231,556 | 2,392 | 75,021 | 74,211 | 809 | 0.34 | 16,995 | 58,025 | 21.8% | 27.9% | 35.1% |
| 1995 | 205,200 | 2,184 | 73,301 | 68,370 | 4,931 | 2.26 | 15,515 | 57,786 | 15.5% | 22.1% | 29.9% |
| 1996 | 191,475 | 2,041 | 68,902 | 64,698 | 4,204 | 2.06 | 14,361 | 54,541 | 15.7% | 22.3% | 30.0% |
| 1997 | 191,742 | 2,057 | 72,908 | 67,403 | 5,505 | 2.68 | 16,840 | 56,069 | 16.8% | 23.3% | 31.0% |
| 1998 | 169,348 | 1,853 | 66,941 | 61,832 | 5,109 | 2.76 | 15,435 | 51,506 | 16.7% | 23.2% | 30.9% |
| 1999 | 163,106 | 1,720 | 66,643 | 61,729 | 4,914 | 2.86 | 15,526 | 51,117 | 17.2% | 23.6% | 31.3% |
| 2000 | 143,227 | 1,545 | 62,161 | 57,598 | 4,563 | 2.95 | 15,915 | 46,246 | 19.7% | 26.0% | 33.4% |
| 2001 | 152,013 | 1,615 | 72,193 | 66,837 | 5,355 | 3.32 | 20,026 | 52,167 | 21.9% | 28.0% | 35.2% |
| 2002 | 148,886 | 1,561 | 78,094 | 73,745 | 4,349 | 2.79 | 25,873 | 52,221 | 29.2% | 34.7% | 42.7% |
| 2003 | 177,215 | 1,816 | 100,742 | 95,287 | 5,455 | 3.00 | 35,858 | 64,883 | 31.9% | 35.9% | 45.5% |
| 2004 | 118,595 | 1,218 | 71,865 | 69,417 | 2,447 | 2.01 | 31,204 | 40,660 | 41.4% | 44.9% | 53.1% |

**Exhibit J-1**

## Montana Medicaid Reimbursement Analysis

### Cefzil Tablets

| Year | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) Acq Cost | Profit | Per Script | State Payment ($) Rebates | Net | Savings to State Including Medicaid Rebates (compared to payment at) WLP | Statute Amt | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | | | | | | | | | | | |
| 1992 | 9,977 | 496 | 26,226 | 24,479 | 1,746 | 3.52 | 2,998 | 23,228 | 5.1% | 12.5% | 21.3% |
| 1993 | 14,394 | 699 | 38,391 | 35,893 | 2,499 | 3.57 | 7,041 | 31,350 | 12.7% | 19.5% | 27.5% |
| 1994 | 16,750 | 759 | 43,844 | 41,290 | 2,554 | 3.37 | 9,262 | 34,582 | 16.2% | 22.8% | 30.5% |
| 1995 | 15,019 | 704 | 42,282 | 39,847 | 2,435 | 3.46 | 10,511 | 31,771 | 20.3% | 26.5% | 33.8% |
| 1996 | 16,609 | 810 | 46,712 | 43,911 | 2,801 | 3.46 | 10,969 | 35,742 | 18.6% | 24.9% | 32.4% |
| 1997 | 19,725 | 967 | 59,404 | 55,842 | 3,562 | 3.68 | 16,708 | 42,696 | 23.5% | 29.5% | 36.5% |
| 1998 | 15,736 | 798 | 48,400 | 45,350 | 3,051 | 3.82 | 13,006 | 35,395 | 22.0% | 28.0% | 35.2% |
| 1999 | 11,946 | 611 | 40,554 | 38,129 | 2,424 | 3.97 | 11,721 | 28,833 | 24.4% | 30.3% | 37.2% |
| 2000 | 8,003 | 401 | 28,518 | 26,744 | 1,774 | 4.42 | 8,017 | 20,501 | 23.3% | 29.3% | 36.4% |
| 2001 | 7,249 | 369 | 29,402 | 27,472 | 1,930 | 5.23 | 9,108 | 20,293 | 26.1% | 31.9% | 38.7% |
| 2002 | 6,286 | 322 | 26,353 | 25,316 | 1,037 | 3.22 | 9,696 | 16,657 | 34.2% | 39.3% | 46.8% |
| 2003 | 7,695 | 367 | 33,815 | 32,648 | 1,167 | 3.18 | 13,334 | 20,481 | 37.3% | 41.0% | 49.8% |
| 2004 | 5,664 | 281 | 27,295 | 27,314 | (20) | (0.07) | 13,335 | 13,960 | 48.9% | 51.9% | 59.1% |

### Coumadin

| Year | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) Acq Cost | Profit | Per Script | State Payment ($) Rebates | Net | Savings to State Including Medicaid Rebates (compared to payment at) WLP | Statute Amt | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | 236,068 | 7,440 | 126,943 | 126,487 | 456 | 0.06 | 51,607 | 75,335 | 40.4% | 44.8% | 50.4% |
| 1999 | 321,590 | 10,294 | 180,021 | 179,669 | 352 | 0.03 | 58,357 | 121,664 | 32.3% | 37.3% | 43.6% |
| 2000 | 325,576 | 10,830 | 186,050 | 186,238 | (187) | (0.02) | 46,316 | 139,734 | 25.0% | 30.5% | 37.5% |
| 2001 | 292,555 | 10,402 | 159,942 | 172,394 | (12,452) | (1.20) | 40,305 | 119,636 | 30.6% | 35.7% | 42.2% |
| 2002 | 273,373 | 10,775 | 168,467 | 169,733 | (1,266) | (0.12) | 60,983 | 107,485 | 36.7% | 41.2% | 48.6% |
| 2003 | 240,736 | 10,353 | 160,470 | 159,682 | 788 | 0.08 | 82,370 | 78,100 | 51.1% | 53.9% | 60.8% |
| 2004 | 201,130 | 8,479 | 139,355 | 141,984 | (2,629) | (0.31) | 67,346 | 72,009 | 49.3% | 52.3% | 59.4% |

### Glucophage

| Year | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) Acq Cost | Profit | Per Script | State Payment ($) Rebates | Net | Savings to State Including Medicaid Rebates (compared to payment at) WLP | Statute Amt | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | 45,237 | 669 | 19,954 | 19,419 | 535 | 0.80 | 2,435 | 17,519 | 9.8% | 16.8% | 25.1% |
| 1996 | 225,866 | 3,155 | 101,745 | 98,722 | 3,022 | 0.96 | 14,718 | 87,027 | 11.8% | 18.7% | 26.8% |
| 1997 | 359,099 | 4,869 | 174,104 | 168,830 | 5,275 | 1.08 | 32,399 | 141,705 | 16.1% | 22.6% | 30.3% |
| 1998 | 503,079 | 6,604 | 268,885 | 259,210 | 9,675 | 1.47 | 61,528 | 207,357 | 20.0% | 26.2% | 33.6% |
| 1999 | 653,720 | 8,509 | 406,844 | 389,867 | 16,976 | 2.00 | 118,344 | 288,499 | 26.0% | 31.8% | 38.6% |
| 2000 | 768,482 | 10,469 | 570,216 | 543,490 | 26,726 | 2.55 | 188,909 | 381,307 | 29.8% | 35.3% | 41.8% |
| 2001 | 737,248 | 10,323 | 651,203 | 619,209 | 31,994 | 3.10 | 251,819 | 399,384 | 35.5% | 41.3% | 47.2% |
| 2002 | 109,089 | 1,575 | 95,955 | 93,283 | 2,672 | 1.70 | 45,768 | 50,186 | 46.2% | 52.1% | 57.0% |
| 2003 | 3,657 | 63 | 2,959 | 2,910 | 49 | 0.78 | 1,485 | 1,474 | 49.3% | 52.3% | 59.5% |
| 2004 | 2,970 | 44 | 2,421 | 2,437 | (16) | (0.37) | 1,089 | 1,332 | 45.3% | 48.6% | 56.3% |

**Exhibit J-1**

## Montana Medicaid Reimbursement Analysis

### Glucophage XR

| Year | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) Acq Cost | Profit | Per Script | State Payment ($) Rebates | Net | Savings to State Including Medicaid Rebates (compared to payment at) WLP | Statute Amt | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | | | | | | | | | | | |
| 1999 | | | | | | | | | | | |
| 2000 | 766 | 8 | 442 | 417 | 24 | 3.03 | 4 | 437 | -4.8% | 6.9% | 16.2% |
| 2001 | 96,804 | 1,264 | 56,659 | 54,454 | 2,205 | 1.74 | 9,392 | 47,267 | 13.2% | 23.1% | 30.7% |
| 2002 | 198,198 | 2,479 | 117,406 | 116,748 | 658 | 0.27 | 23,561 | 93,845 | 19.6% | 26.6% | 35.8% |
| 2003 | 216,592 | 2,782 | 143,013 | 141,025 | 1,988 | 0.71 | 40,331 | 102,681 | 27.2% | 31.5% | 41.8% |
| 2004 | 19,514 | 244 | 13,866 | 13,837 | 30 | 0.12 | 4,008 | 9,858 | 28.8% | 33.0% | 43.0% |

### Glucovance

| Year | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) Acq Cost | Profit | Per Script | State Payment ($) Rebates | Net | Savings to State Including Medicaid Rebates (compared to payment at) WLP | Statute Amt | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | | | | | | | | | | | |
| 1999 | | | | | | | | | | | |
| 2000 | 4,793 | 69 | 3,210 | 3,097 | 113 | 1.64 | 282 | 2,928 | 5.4% | 12.8% | 21.5% |
| 2001 | 65,375 | 935 | 46,580 | 44,786 | 1,794 | 1.92 | 11,896 | 34,684 | 22.6% | 28.7% | 35.9% |
| 2002 | 77,968 | 1,043 | 59,328 | 58,628 | 700 | 0.67 | 18,369 | 40,959 | 30.1% | 35.7% | 43.8% |
| 2003 | 78,147 | 1,034 | 64,228 | 63,340 | 888 | 0.86 | 23,048 | 41,180 | 35.0% | 38.8% | 48.0% |
| 2004 | 37,114 | 486 | 34,081 | 33,637 | 445 | 0.92 | 14,819 | 19,263 | 42.7% | 46.1% | 54.2% |

### Monpril

| Year | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) Acq Cost | Profit | Per Script | State Payment ($) Rebates | Net | Savings to State Including Medicaid Rebates (compared to payment at) WLP | Statute Amt | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | 3,239 | 86 | 1,995 | 1,962 | 33 | 0.39 | 871 | 1,124 | 42.7% | 47.2% | 52.4% |
| 1996 | 18,907 | 477 | 12,165 | 11,895 | 270 | 0.57 | 5,687 | 6,479 | 45.5% | 49.8% | 54.8% |
| 1997 | 36,369 | 970 | 25,243 | 24,636 | 607 | 0.63 | 13,338 | 11,904 | 51.7% | 55.4% | 59.9% |
| 1998 | 58,409 | 1,636 | 42,007 | 41,033 | 974 | 0.60 | 22,035 | 19,973 | 51.3% | 55.1% | 59.6% |
| 1999 | 68,195 | 1,877 | 51,043 | 49,778 | 1,265 | 0.67 | 24,581 | 26,462 | 46.8% | 51.0% | 55.9% |
| 2000 | 69,865 | 1,908 | 54,918 | 53,544 | 1,374 | 0.72 | 27,765 | 27,153 | 49.3% | 53.2% | 57.9% |
| 2001 | 69,935 | 1,969 | 59,481 | 57,874 | 1,607 | 0.82 | 32,894 | 26,587 | 54.1% | 57.6% | 61.9% |
| 2002 | 66,990 | 1,951 | 64,229 | 62,899 | 1,330 | 0.68 | 39,932 | 24,297 | 61.4% | 64.7% | 69.1% |
| 2003 | 59,893 | 1,879 | 63,097 | 62,221 | 876 | 0.47 | 44,145 | 18,952 | 69.5% | 71.3% | 75.6% |
| 2004 | 3,093 | 103 | 3,327 | 3,465 | (138) | (1.34) | 2,862 | 465 | 86.6% | 87.4% | 89.3% |

**Exhibit J-1**

**Montana Medicaid Reimbursement Analysis**

| | | | | Monopril HCT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
| Year | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | | | | | | | | | | | |
| 1999 | | | | | | | | | | | |
| 2000 | 30 | 1 | 23 | 23 | (0) | (0.04) | 13 | 10 | 54.9% | 58.4% | 62.6% |
| 2001 | 210 | 6 | 175 | 174 | 0 | 0.01 | 101 | 74 | 57.6% | 60.9% | 64.8% |
| 2002 | 1,440 | 40 | 1,358 | 1,346 | 12 | 0.29 | 833 | 525 | 61.0% | 64.4% | 68.8% |
| 2003 | 2,273 | 77 | 2,387 | 2,381 | 5 | 0.07 | 1,647 | 740 | 68.9% | 70.7% | 75.1% |
| 2004 | 5,750 | 179 | 6,470 | 6,445 | 26 | 0.14 | 3,529 | 2,942 | 54.4% | 57.0% | 63.5% |

| | | | | Plavix | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
| Year | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | 1,869 | 62 | 4,783 | 4,486 | 297 | 4.80 | 480 | 4,303 | 4.1% | 11.5% | 20.4% |
| 1999 | 27,693 | 886 | 73,339 | 69,081 | 4,259 | 4.81 | 9,333 | 64,006 | 7.3% | 14.6% | 23.1% |
| 2000 | 60,421 | 1,945 | 170,514 | 161,005 | 9,509 | 4.89 | 28,702 | 141,812 | 11.9% | 18.9% | 27.0% |
| 2001 | 90,854 | 2,922 | 276,099 | 260,000 | 16,099 | 5.51 | 54,462 | 221,638 | 14.8% | 21.6% | 29.4% |
| 2002 | 115,472 | 3,732 | 378,717 | 364,384 | 14,333 | 3.84 | 100,352 | 278,365 | 23.6% | 30.1% | 38.9% |
| 2003 | 133,315 | 4,578 | 464,926 | 449,709 | 15,217 | 3.32 | 147,626 | 317,300 | 29.4% | 33.6% | 43.6% |
| 2004 | 164,049 | 5,661 | 605,982 | 596,974 | 9,009 | 1.59 | 212,002 | 393,980 | 34.0% | 37.9% | 47.2% |

| | | | | Serzone | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
| Year | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | 51,134 | 1,001 | 36,415 | 35,282 | 1,133 | 1.13 | 5,004 | 31,412 | 11.0% | 17.9% | 26.1% |
| 1996 | 105,157 | 1,979 | 78,696 | 75,762 | 2,935 | 1.48 | 12,420 | 66,276 | 12.5% | 19.3% | 27.4% |
| 1997 | 130,309 | 2,366 | 111,175 | 106,022 | 5,153 | 2.18 | 26,795 | 84,380 | 20.4% | 26.6% | 33.9% |
| 1998 | 140,398 | 2,521 | 127,831 | 121,928 | 5,902 | 2.34 | 35,183 | 92,648 | 24.0% | 29.9% | 36.9% |
| 1999 | 162,801 | 2,854 | 162,675 | 156,441 | 6,235 | 2.18 | 49,463 | 113,212 | 27.6% | 33.3% | 39.9% |
| 2000 | 185,133 | 2,920 | 197,968 | 190,225 | 7,743 | 2.65 | 71,329 | 126,638 | 33.4% | 38.6% | 44.7% |
| 2001 | 191,515 | 3,013 | 221,092 | 215,273 | 5,819 | 1.93 | 76,284 | 144,807 | 32.7% | 38.0% | 44.2% |
| 2002 | 146,316 | 2,319 | 184,299 | 182,144 | 2,154 | 0.93 | 70,905 | 113,393 | 37.7% | 43.3% | 50.2% |
| 2003 | 78,390 | 1,221 | 106,119 | 106,209 | (90) | (0.07) | 48,829 | 57,290 | 46.1% | 49.2% | 56.8% |
| 2004 | 2,454 | 39 | 3,681 | 3,623 | 58 | 1.49 | 2,137 | 1,544 | 57.4% | 59.9% | 65.9% |

**Exhibit J-1**

## Montana Medicaid Reimbursement Analysis

| | | | | Tequin | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Total Units** | **Total Scripts** | **Capped State Reimb ($)** | **Pharmacy Profit ($)** | | | **State Payment ($)** | | **Savings to State Including Medicaid Rebates (compared to payment at)** | | |
| **Year** | | | | **Acq Cost** | **Profit** | **Per Script** | **Rebates** | **Net** | **WLP** | **Statute Amt** | **AWP** |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | | | | | | | | | | | |
| 1999 | | | | | | | | | | | |
| 2000 | 4,317 | 496 | 26,599 | 25,298 | 1,301 | 2.62 | 4,270 | 22,330 | 11.7% | 18.3% | 26.5% |
| 2001 | 5,399 | 619 | 37,136 | 35,337 | 1,799 | 2.91 | 10,207 | 26,930 | 23.8% | 29.4% | 36.5% |
| 2002 | 4,868 | 582 | 35,250 | 34,413 | 837 | 1.44 | 11,550 | 23,700 | 31.1% | 36.6% | 44.3% |
| 2003 | 4,190 | 542 | 31,996 | 31,372 | 624 | 1.15 | 11,122 | 20,874 | 33.5% | 37.4% | 46.8% |
| 2004 | 3,057 | 376 | 23,920 | 24,371 | (450) | (1.20) | 9,684 | 14,237 | 41.6% | 45.0% | 53.3% |

| | | | | Videx EC | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Total Units** | **Total Scripts** | **Capped State Reimb ($)** | **Pharmacy Profit ($)** | | | **State Payment ($)** | | **Savings to State Including Medicaid Rebates (compared to payment at)** | | |
| **Year** | | | | **Acq Cost** | **Profit** | **Per Script** | **Rebates** | **Net** | **WLP** | **Statute Amt** | **AWP** |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | | | | | | | | | | | |
| 1999 | | | | | | | | | | | |
| 2000 | | | | | | | | | | | |
| 2001 | 1,504 | 50 | 12,578 | 11,686 | 893 | 17.85 | 1,624 | 10,955 | 6.3% | 13.6% | 22.2% |
| 2002 | 970 | 34 | 8,240 | 7,969 | 271 | 7.98 | 1,348 | 6,893 | 13.5% | 20.4% | 30.0% |
| 2003 | 1,343 | 45 | 11,953 | 11,422 | 531 | 11.81 | 1,813 | 10,140 | 11.2% | 16.4% | 29.0% |
| 2004 | 1,715 | 57 | 15,506 | 14,779 | 727 | 12.76 | 2,626 | 12,880 | 12.8% | 18.0% | 30.3% |

Sources:
- Montana Claims Data: Drug-90-05.txt
- Rebate Data: MT & NV Medicaid Rebate Data 1991-2005.xls
- AWP Data: Data for Pricing History Charts.xls
  awp_ps_transposed.sas7bdat
- WLP Data: PricingRevised.xls
  buspar_rubex.xls
  WLP PRICING FOR MONTANA MDL.xls

Notes:
- Total Units are the total units reimbursed by Medicaid
- Total Scripts are the total number of prescriptions reimbursed by Medicaid
- Capped State Reimbursement is the lesser of (AWP–x%) and reimbursement, where x% is 10% prior to July 2002 and 15% thereafter
- Pharmacy Acquisition Cost applies WLP to Total Units
- Pharmacy Profit is Capped State Reimbursement less dispensing fees less Pharmacy Acquisition Cost
- Pharmacy Profit Per Script is Pharmacy Profit divided by Total Scripts
- State Rebates are total Medicaid rebates paid to state
- State Net Payment is Capped State Reimbursement less State Rebates
- Savings to State is the discount reflected in State Net Payment when compared to payment at WLP, Statute Amount, and AWP (Statute Amount is (AWP-x%), where x% is 10% prior to July 2002 and 15% thereafter)

**Exhibit J-2**

## Nevada Medicaid Reimbursement Analysis

| | | | | Avapro | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
| Year | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | 7,117 | 214 | 8,344 | 7,701 | 643 | 3.01 | 1,017 | 7,327 | 4.9% | 12.3% | 21.0% |
| 1999 | 21,696 | 648 | 24,917 | 23,312 | 1,605 | 2.48 | 4,692 | 20,225 | 13.2% | 20.0% | 28.0% |
| 2000 | 23,814 | 702 | 28,665 | 26,532 | 2,132 | 3.04 | 7,315 | 21,349 | 19.5% | 25.8% | 33.2% |
| 2001 | 32,781 | 932 | 42,287 | 39,499 | 2,788 | 2.99 | 11,649 | 30,639 | 22.4% | 28.5% | 35.6% |
| 2002 | 41,465 | 1,191 | 57,073 | 53,904 | 3,169 | 2.66 | 20,917 | 36,156 | 32.9% | 38.1% | 45.7% |
| 2003 | 32,246 | 950 | 46,602 | 44,731 | 1,871 | 1.97 | 28,365 | 18,237 | 59.2% | 61.6% | 67.4% |

| | | | | Buspar | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
| Year | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| 1991 | 105,517 | 1,247 | 65,492 | 64,178 | 1,314 | 1.05 | 6,487 | 59,006 | 8.1% | 15.2% | 23.7% |
| 1992 | 134,173 | 1,659 | 91,878 | 85,942 | 5,937 | 3.58 | 14,050 | 77,828 | 9.4% | 16.5% | 24.8% |
| 1993 | 129,464 | 1,587 | 96,613 | 90,315 | 6,298 | 3.97 | 21,772 | 74,841 | 17.1% | 23.6% | 31.2% |
| 1994 | 135,818 | 1,739 | 105,226 | 97,516 | 7,710 | 4.43 | 24,911 | 80,315 | 17.6% | 24.1% | 31.6% |
| 1995 | 146,254 | 1,866 | 116,839 | 108,730 | 8,109 | 4.35 | 27,683 | 89,156 | 18.0% | 24.4% | 31.9% |
| 1996 | 159,739 | 1,925 | 133,664 | 124,570 | 9,093 | 4.72 | 33,559 | 100,105 | 19.6% | 25.9% | 33.3% |
| 1997 | 248,457 | 2,386 | 189,125 | 218,736 | (29,611) | (12.41) | 43,694 | 145,431 | 33.5% | 38.7% | 44.8% |
| 1998 | 253,702 | 2,965 | 267,925 | 254,940 | 12,986 | 4.38 | 66,083 | 201,842 | 20.8% | 27.0% | 34.3% |
| 1999 | 267,590 | 3,288 | 318,512 | 299,652 | 18,860 | 5.74 | 80,462 | 238,050 | 20.6% | 26.7% | 34.1% |
| 2000 | 237,620 | 3,149 | 327,242 | 305,324 | 21,917 | 6.96 | 106,384 | 220,858 | 27.7% | 33.3% | 40.0% |
| 2001 | 113,858 | 1,505 | 172,524 | 162,787 | 9,737 | 6.47 | 70,353 | 102,171 | 37.2% | 42.1% | 47.9% |
| 2002 | 12,405 | 166 | 19,197 | 20,039 | (842) | (5.07) | 9,658 | 9,539 | 52.4% | 55.6% | 60.5% |
| 2003 | 3,501 | 45 | 3,112 | 4,526 | (1,413) | (31.41) | 2,669 | 444 | 90.2% | 90.4% | 91.9% |

| | | | | Cefzil Suspension | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
| Year | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| 1991 | | | | | | | | | | | |
| 1992 | 65,815 | 670 | 21,517 | 19,886 | 1,631 | 2.43 | 2,324 | 19,193 | 3.5% | 11.0% | 19.9% |
| 1993 | 159,849 | 1,639 | 52,421 | 48,777 | 3,644 | 2.22 | 9,762 | 42,659 | 12.5% | 19.0% | 27.1% |
| 1994 | 215,325 | 2,243 | 70,748 | 65,999 | 4,749 | 2.12 | 13,718 | 57,030 | 13.6% | 20.3% | 28.3% |
| 1995 | 264,951 | 2,701 | 85,023 | 80,587 | 4,436 | 1.64 | 16,736 | 68,287 | 15.3% | 21.9% | 29.7% |
| 1996 | 196,082 | 2,014 | 66,767 | 63,062 | 3,705 | 1.84 | 15,394 | 51,373 | 18.5% | 24.9% | 32.4% |
| 1997 | 178,744 | 1,843 | 64,659 | 60,385 | 4,274 | 2.32 | 14,484 | 50,175 | 16.9% | 23.4% | 31.0% |
| 1998 | 153,211 | 1,564 | 59,398 | 55,529 | 3,868 | 2.47 | 14,825 | 44,573 | 19.7% | 26.0% | 33.4% |
| 1999 | 108,880 | 1,117 | 45,143 | 42,138 | 3,005 | 2.69 | 10,720 | 34,423 | 18.3% | 24.7% | 32.2% |
| 2000 | 96,805 | 1,011 | 42,619 | 39,900 | 2,720 | 2.69 | 10,951 | 31,668 | 20.6% | 26.8% | 34.1% |
| 2001 | 98,025 | 1,015 | 44,825 | 41,836 | 2,989 | 2.95 | 13,323 | 31,502 | 24.7% | 30.6% | 37.5% |
| 2002 | 93,535 | 954 | 49,032 | 46,008 | 3,023 | 3.17 | 16,349 | 32,683 | 29.0% | 34.9% | 42.5% |
| 2003 | 64,840 | 643 | 33,548 | 33,725 | (177) | (0.27) | 21,150 | 12,399 | 63.2% | 65.4% | 70.6% |

**Exhibit J-2**

**Nevada Medicaid Reimbursement Analysis**

| Year | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| Cefzil Tablets | | | | | | | | | | | |
| 1991 | | | | | | | | | | | |
| 1992 | 5,121 | 244 | 12,649 | 11,955 | 694 | 2.84 | 1,315 | 11,334 | 5.2% | 12.6% | 21.3% |
| 1993 | 6,681 | 315 | 19,152 | 17,716 | 1,436 | 4.56 | 3,676 | 15,476 | 12.6% | 19.4% | 27.5% |
| 1994 | 8,651 | 388 | 28,946 | 26,794 | 2,152 | 5.55 | 6,473 | 22,473 | 16.1% | 22.7% | 30.4% |
| 1995 | 8,860 | 430 | 31,002 | 28,865 | 2,137 | 4.97 | 7,318 | 23,684 | 17.9% | 24.3% | 31.9% |
| 1996 | 7,318 | 353 | 26,338 | 24,596 | 1,742 | 4.93 | 7,822 | 18,516 | 24.7% | 30.6% | 37.5% |
| 1997 | 11,220 | 513 | 40,277 | 37,665 | 2,612 | 5.09 | 11,772 | 28,505 | 24.3% | 30.2% | 37.2% |
| 1998 | 12,463 | 580 | 48,693 | 45,376 | 3,317 | 5.72 | 15,196 | 33,496 | 26.2% | 31.9% | 38.7% |
| 1999 | 6,972 | 328 | 26,971 | 26,674 | 297 | 0.91 | 9,067 | 17,904 | 32.9% | 38.1% | 44.3% |
| 2000 | 6,588 | 313 | 28,541 | 27,211 | 1,330 | 4.25 | 8,900 | 19,642 | 27.8% | 33.4% | 40.1% |
| 2001 | 7,169 | 338 | 33,006 | 31,479 | 1,528 | 4.52 | 10,427 | 22,579 | 28.3% | 33.9% | 40.5% |
| 2002 | 6,534 | 317 | 34,333 | 32,419 | 1,914 | 6.04 | 13,240 | 21,092 | 34.9% | 40.4% | 47.5% |
| 2003 | 5,110 | 247 | 27,068 | 26,912 | 156 | 0.63 | 19,546 | 7,523 | 72.0% | 73.7% | 77.6% |
| Coumadin | | | | | | | | | | | |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | 155,834 | 5,199 | 84,305 | 83,766 | 539 | 0.10 | 33,046 | 51,259 | 38.8% | 43.3% | 49.0% |
| 1999 | 178,970 | 5,409 | 99,856 | 100,029 | (173) | (0.03) | 30,163 | 69,693 | 30.3% | 35.5% | 41.9% |
| 2000 | 123,033 | 4,020 | 72,971 | 70,478 | 2,493 | 0.62 | 18,775 | 54,196 | 23.1% | 28.8% | 35.9% |
| 2001 | 109,863 | 3,793 | 57,698 | 64,618 | (6,920) | (1.82) | 14,422 | 43,277 | 33.0% | 38.0% | 44.2% |
| 2002 | 124,397 | 4,916 | 77,834 | 77,175 | 658 | 0.13 | 26,235 | 51,599 | 33.1% | 38.3% | 45.7% |
| 2003 | 58,285 | 2,304 | 39,076 | 38,790 | 286 | 0.12 | 30,348 | 8,728 | 77.5% | 78.8% | 82.0% |
| Glucophage | | | | | | | | | | | |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | 38,475 | 586 | 16,886 | 15,734 | 1,152 | 1.97 | 1,689 | 15,197 | 3.4% | 10.9% | 19.8% |
| 1996 | 181,984 | 2,314 | 77,309 | 78,762 | (1,453) | (0.63) | 10,684 | 66,625 | 15.4% | 22.0% | 29.8% |
| 1997 | 243,820 | 3,350 | 122,659 | 114,743 | 7,916 | 2.36 | 20,069 | 102,590 | 10.6% | 17.6% | 25.8% |
| 1998 | 390,972 | 5,126 | 205,255 | 204,827 | 427 | 0.08 | 43,494 | 161,761 | 21.0% | 27.2% | 34.5% |
| 1999 | 521,598 | 7,279 | 324,357 | 305,408 | 18,949 | 2.60 | 83,698 | 240,659 | 21.2% | 27.3% | 34.6% |
| 2000 | 606,133 | 8,778 | 440,879 | 416,527 | 24,352 | 2.77 | 150,157 | 290,721 | 30.2% | 35.6% | 42.1% |
| 2001 | 659,740 | 9,620 | 568,590 | 541,187 | 27,403 | 2.85 | 217,235 | 351,355 | 35.1% | 41.0% | 46.9% |
| 2002 | 122,728 | 1,759 | 108,450 | 103,816 | 4,634 | 2.63 | 60,008 | 48,442 | 53.3% | 58.3% | 62.7% |
| 2003 | 7,417 | 125 | 7,405 | 7,312 | 93 | 0.74 | 5,787 | 1,617 | 77.9% | 79.2% | 82.3% |

**Exhibit J-2**

## Nevada Medicaid Reimbursement Analysis

| Year | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| Glucophage XR | | | | | | | | | | | |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | | | | | | | | | | | |
| 1999 | | | | | | | | | | | |
| 2000 | 270 | 7 | 160 | 147 | 13 | 1.89 | 13 | 147 | -0.1% | 11.0% | 19.9% |
| 2001 | 51,102 | 780 | 30,914 | 28,749 | 2,165 | 2.78 | 4,615 | 26,299 | 8.5% | 18.9% | 27.0% |
| 2002 | 153,919 | 2,210 | 92,406 | 91,061 | 1,345 | 0.61 | 18,481 | 73,926 | 18.8% | 26.0% | 35.2% |
| 2003 | 137,172 | 1,857 | 84,094 | 88,775 | (4,681) | (2.52) | 34,583 | 49,512 | 44.2% | 47.5% | 55.4% |

(section above for Glucophage XR)

### Glucovance

| Year | Total Units | Total Scripts | Capped State Reimb ($) | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | | | | | | | | | | | |
| 1999 | | | | | | | | | | | |
| 2000 | 7,746 | 118 | 5,288 | 4,881 | 408 | 3.45 | 548 | 4,740 | 2.9% | 10.4% | 19.4% |
| 2001 | 83,607 | 1,243 | 60,030 | 56,811 | 3,220 | 2.59 | 14,976 | 45,054 | 20.7% | 27.0% | 34.3% |
| 2002 | 159,434 | 2,332 | 125,149 | 119,449 | 5,700 | 2.44 | 36,721 | 88,429 | 26.0% | 32.1% | 40.5% |
| 2003 | 130,764 | 1,898 | 105,228 | 103,923 | 1,305 | 0.69 | 56,105 | 49,123 | 52.7% | 55.5% | 62.2% |

### Monopril

| Year | Total Units | Total Scripts | Capped State Reimb ($) | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | 1,193 | 27 | 781 | 723 | 58 | 2.17 | 268 | 513 | 29.0% | 34.5% | 41.1% |
| 1996 | 6,935 | 156 | 4,695 | 4,370 | 325 | 2.08 | 2,141 | 2,554 | 41.6% | 46.1% | 51.5% |
| 1997 | 12,408 | 324 | 8,970 | 8,389 | 581 | 1.79 | 3,991 | 4,979 | 40.6% | 45.3% | 50.7% |
| 1998 | 25,272 | 614 | 18,435 | 17,750 | 685 | 1.12 | 9,390 | 9,045 | 49.0% | 53.0% | 57.7% |
| 1999 | 39,781 | 887 | 26,628 | 28,962 | (2,334) | (2.63) | 11,269 | 15,359 | 47.0% | 51.1% | 56.0% |
| 2000 | 43,666 | 1,218 | 36,153 | 33,481 | 2,672 | 2.19 | 18,516 | 17,637 | 47.3% | 51.4% | 56.3% |
| 2001 | 45,743 | 1,279 | 40,474 | 37,866 | 2,608 | 2.04 | 22,623 | 17,852 | 52.9% | 56.5% | 60.9% |
| 2002 | 46,416 | 1,248 | 46,919 | 43,558 | 3,362 | 2.69 | 29,052 | 17,867 | 59.0% | 62.7% | 67.2% |
| 2003 | 29,443 | 843 | 31,892 | 30,358 | 1,534 | 1.82 | 32,460 | (568) | 101.9% | 101.8% | 101.5% |

**Exhibit J-2**

### Nevada Medicaid Reimbursement Analysis

| | | | | Monopril HCT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
| Year | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | | | | | | | | | | | |
| 1999 | | | | | | | | | | | |
| 2000 | 508 | 17 | 426 | 393 | 33 | 1.95 | 179 | 247 | 37.1% | 42.0% | 47.8% |
| 2001 | 3,150 | 94 | 2,810 | 2,614 | 196 | 2.09 | 1,466 | 1,344 | 48.6% | 52.6% | 57.3% |
| 2002 | 4,497 | 127 | 4,581 | 4,211 | 370 | 2.91 | 2,788 | 1,793 | 57.4% | 61.3% | 65.9% |
| 2003 | 1,686 | 45 | 1,833 | 1,731 | 102 | 2.27 | 1,833 | 0 | 100.0% | 100.0% | 100.0% |

| | | | | Plavix | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
| Year | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | 4,108 | 134 | 10,581 | 9,859 | 722 | 5.39 | 941 | 9,640 | 2.2% | 9.8% | 18.8% |
| 1999 | 64,488 | 2,045 | 165,321 | 160,856 | 4,466 | 2.18 | 20,615 | 144,706 | 10.0% | 17.1% | 25.4% |
| 2000 | 120,946 | 4,106 | 343,359 | 322,271 | 21,088 | 5.14 | 60,481 | 282,878 | 12.2% | 19.2% | 27.2% |
| 2001 | 187,309 | 6,397 | 569,730 | 536,584 | 33,146 | 5.18 | 114,249 | 455,481 | 15.1% | 21.9% | 29.7% |
| 2002 | 298,308 | 9,901 | 998,004 | 941,327 | 56,678 | 5.72 | 273,075 | 724,929 | 23.0% | 29.7% | 38.4% |
| 2003 | 275,952 | 9,282 | 916,209 | 930,845 | (14,637) | (1.58) | 462,219 | 453,990 | 51.2% | 54.1% | 61.0% |

| | | | | Serzone | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total Units | Total Scripts | Capped State Reimb ($) | Pharmacy Profit ($) | | | State Payment ($) | | Savings to State Including Medicaid Rebates (compared to payment at) | | |
| Year | | | | Acq Cost | Profit | Per Script | Rebates | Net | WLP | Statute Amt | AWP |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | 7,321 | 117 | 5,476 | 5,051 | 424 | 3.63 | 615 | 4,861 | 3.8% | 11.3% | 20.1% |
| 1996 | 21,657 | 367 | 16,827 | 15,651 | 1,175 | 3.20 | 2,544 | 14,283 | 8.7% | 15.8% | 24.3% |
| 1997 | 51,828 | 901 | 45,773 | 42,518 | 3,255 | 3.61 | 9,169 | 36,604 | 13.9% | 20.6% | 28.5% |
| 1998 | 106,681 | 1,844 | 99,777 | 92,988 | 6,789 | 3.68 | 26,266 | 73,511 | 20.9% | 27.1% | 34.4% |
| 1999 | 124,349 | 1,971 | 127,340 | 119,474 | 7,866 | 3.99 | 38,750 | 88,590 | 25.8% | 31.6% | 38.5% |
| 2000 | 117,377 | 1,843 | 130,125 | 120,612 | 9,513 | 5.16 | 63,238 | 66,887 | 44.5% | 48.9% | 54.0% |
| 2001 | 110,811 | 1,674 | 132,944 | 124,177 | 8,767 | 5.24 | 51,663 | 81,280 | 34.5% | 39.6% | 45.7% |
| 2002 | 88,867 | 1,394 | 119,513 | 109,915 | 9,598 | 6.89 | 50,848 | 68,665 | 37.5% | 43.4% | 50.0% |
| 2003 | 40,906 | 678 | 58,028 | 55,059 | 2,969 | 4.38 | 36,076 | 21,952 | 60.1% | 62.5% | 68.1% |

**Exhibit J-2**

## Nevada Medicaid Reimbursement Analysis

| | | | | Tequin | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Total Units** | **Total Scripts** | **Capped State Reimb ($)** | **Pharmacy Profit ($)** | | | **State Payment ($)** | | **Savings to State Including Medicaid Rebates (compared to payment at)** | | |
| **Year** | | | | **Acq Cost** | **Profit** | **Per Script** | **Rebates** | **Net** | **WLP** | **Statute Amt** | **AWP** |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | | | | | | | | | | | |
| 1999 | | | | | | | | | | | |
| 2000 | 3,368 | 344 | 21,296 | 19,907 | 1,389 | 4.04 | 3,042 | 18,254 | 8.3% | 15.1% | 23.6% |
| 2001 | 7,606 | 801 | 48,913 | 50,308 | (1,395) | (1.74) | 12,334 | 36,580 | 27.3% | 32.7% | 39.4% |
| 2002 | 15,688 | 1,808 | 98,700 | 110,775 | (12,075) | (6.68) | 26,887 | 71,812 | 35.2% | 40.5% | 47.5% |
| 2003 | 9,597 | 1,126 | 61,905 | 71,633 | (9,727) | (8.64) | 37,450 | 24,456 | 65.9% | 67.9% | 72.7% |

| | | | | Videx EC | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Total Units** | **Total Scripts** | **Capped State Reimb ($)** | **Pharmacy Profit ($)** | | | **State Payment ($)** | | **Savings to State Including Medicaid Rebates (compared to payment at)** | | |
| **Year** | | | | **Acq Cost** | **Profit** | **Per Script** | **Rebates** | **Net** | **WLP** | **Statute Amt** | **AWP** |
| 1991 | | | | | | | | | | | |
| 1992 | | | | | | | | | | | |
| 1993 | | | | | | | | | | | |
| 1994 | | | | | | | | | | | |
| 1995 | | | | | | | | | | | |
| 1996 | | | | | | | | | | | |
| 1997 | | | | | | | | | | | |
| 1998 | | | | | | | | | | | |
| 1999 | | | | | | | | | | | |
| 2000 | 180 | 6 | 1,415 | 1,338 | 77 | 12.81 | 102 | 1,313 | 1.9% | 9.5% | 18.5% |
| 2001 | 10,290 | 340 | 76,910 | 75,039 | 1,872 | 5.50 | 5,693 | 71,217 | 5.1% | 12.5% | 21.2% |
| 2002 | 18,414 | 599 | 122,317 | 131,392 | (9,075) | (15.15) | 12,119 | 110,198 | 16.1% | 23.1% | 32.4% |
| 2003 | 13,031 | 428 | 82,692 | 86,261 | (3,569) | (8.34) | 19,127 | 63,565 | 26.3% | 30.6% | 41.0% |

Sources:
   Nevada Claims Data:    drugclaims1991.txt -- drugclaims2003.txt
   Rebate Data:    MT & NV Medicaid Rebate Data 1991-2005.xls
   AWP Data:    Data for Pricing History Charts.xls
          awp_ps_transposed.sas7bdat
   WLP Data:    PricingRevised.xls
          buspar_rubex.xls
          WLP PRICING FOR MONTANA MDL.xls

Notes:
   Total Units are the total units reimbursed by Mediciad
   Total Scripts are the total number of prescriptions reimbursed by Medicaid
   Capped State Reimbursement is the lesser of (AWP–x%) and reimbursement, where x% is 10% prior to August 2002 and 15% thereafter
   Pharmacy Acquisition Cost applies WLP to Total Units
   Pharmacy Profit is Capped State Reimbursement less dispensing fees less Pharmacy Acquisition Cost
   Pharmacy Profit Per Script is Pharmacy Profit divided by Total Scripts
   State Rebates are total Medicaid rebates paid to state
   State Net Payment is Capped State Reimbursement less State Rebates
   Savings to State is the discount reflected in State Net Payment when compared to payment at WLP, Statute Amount, and AWP (Statue Amount is (AWP-x%),
      where x% is 10% prior to August 2002 and 15% thereafter)