# EXHIBIT 1

Case 1:01-cv-12257-PBS   Document 3716-2   Filed 02/08/07   Page 2 of 2

Exhibit 1

| STATE | NDC | DRUG NAME | YEAR | QUARTER | TOTAL REIMBURSED AMOUNT |
|---|---|---|---|---|---|
| Nevada | 00078014923 | Miacalcin 2ml Vial | 1997 | 3 | $65.22 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 1997 | 4 | $181.74 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 1998 | 1 | $66.61 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 1998 | 2 | $63.37 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 1998 | 3 | $63.37 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 1998 | 4 | $129.33 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 1999 | 1 | $127.16 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 1999 | 2 | $381.48 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 1999 | 3 | $294.44 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 1999 | 4 | $380.36 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2000 | 1 | $959.52 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2000 | 2 | $643.08 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2000 | 3 | $716.35 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2000 | 4 | $456.84 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2001 | 1 | $768.66 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2001 | 2 | $1,073.16 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2001 | 3 | $1,125.86 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2001 | 4 | $885.69 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2002 | 1 | $896.88 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2002 | 2 | $857.13 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2002 | 3 | $1,939.38 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2003 | 1 | $1,733.20 |
| Nevada | 00078014923 | Miacalcin 2ml Vial | 2003 | 2 | $554.85 |
| Nevada | 00083260104 | Aredia 30/470mg Vial | 2000 | 1 | $440.55 |
| Nevada | 00083260901 | Aredia 90/375mg Vial | 2003 | 1 | $879.58 |

| | |
|---|---|
| **Nevada Medicaid's Total Aredia (NDCs 00083-2601-04 and 00083-2609-01) Reimbursement** | $1,320.13 |
| **Nevada Medicaid's Total Miacalcin Injection (NDC 00078-0149-23) Reimbursement** | $14,363.68 |