# EXHIBIT 6

```
 1              UNITED STATES DISTRICT COURT

 2              DISTRICT OF MASSACHUSETTS

 3              MDL NO. 1456

 4              CIVIL ACTION NO. 01-CV-12257-PBS

 5     - - - - - - - - - - - - - - X

 6     In Re:  PHARMACEUTICAL         :

 7     INDUSTRY AVERAGE WHOLESALE        DEPOSITION OF:

 8     PRICE LITIGATION               :

 9     _____X      FRANK J. ARENA

10                                    :

11     THIS DOCUMENT RELATES TO:

12     ALL CLASS ACTIONS              :

13     - - - - - - - - - - - - - - X

14                 HIGHLY CONFIDENTIAL

15           TRANSCRIPT of testimony as taken by

16     and before SEVA FLICSTEIN, Certified Shorthand

17     Reporter, Registered Merit Reporter, Certified

18     Realtime Reporter, a Notary Public of the

19     State of New Jersey, at the offices of Novartis

20     Pharmaceuticals Corporation, One Health Plaza,

21     East Hanover, New Jersey, on Tuesday, June 27,

22     2006, commencing at 9:34 in the forenoon.
```

| | |
|---|---|
| 1 | Q. And could you tell me for the record how |
| 2 | the sales function of Novartis is organized at this |
| 3 | point in time? |
| 4 | A. We are a national sales organization |
| 5 | headed by a senior vice president of sales. We have |
| 6 | different sales lines or sales field forces with |
| 7 | different names, and they are distributed among |
| 8 | eight regional offices across the country. |
| 9 | Q. Could you list the regional offices for me? |
| 10 | A. They are from east to west, there is an |
| 11 | office in Morristown, New Jersey that is responsible |
| 12 | for both the Morristown and Boston region. So the |
| 13 | two regions operate out of one office there. There |
| 14 | is a Raleigh, North Carolina office; an Atlanta, |
| 15 | Georgia office; Cincinnati, Ohio; Chicago, Illinois; |
| 16 | Dallas, Texas; and San Ramon, California. |
| 17 | Q. Can you tell me which of these offices |
| 18 | Montana and Nevada fall within? And I realize that |
| 19 | could be a compound question. |
| 20 | Which of these offices does -- which of these |
| 21 | regions does Montana fall within? |
| 22 | A. It's my understanding that those states |

| | |
|---|---|
| 1 | belong to the San Ramon, California office. |
| 2 | Q. Is the sales -- would you call it the |
| 3 | sales department or the sales force? Or how |
| 4 | internally at Novartis do you refer to the sales |
| 5 | organization? |
| 6 | A. The sales department, I think, would be |
| 7 | adequate. |
| 8 | Q. Does the sales department -- |
| 9 | What is the relationship between the sales |
| 10 | department and the marketing department? |
| 11 | A. I'm not sure if I understand that |
| 12 | question. |
| 13 | Q. Is there a regional structure within the |
| 14 | marketing department as well? |
| 15 | A. No. |
| 16 | Q. Is there a -- I'm sorry. Did I interrupt |
| 17 | you? |
| 18 | A. No. I just wanted to say that the |
| 19 | marketing department, as you had indicated, is |
| 20 | headquartered here, it is a central function in East |
| 21 | Hanover. |
| 22 | Q. Is there a -- within the organizational |

| | |
|---|---|
| 1 | structure of Novartis is there a reporting |
| 2 | relationship between marketing and sales? |
| 3 | A. They report separately to senior |
| 4 | executives who in turn report to the president and |
| 5 | chief executive officer. |
| 6 | Q. And to whom does the marketing department |
| 7 | report? |
| 8 | A. Ultimately, today, it reports to Nancy |
| 9 | Lurker. |
| 10 | Q. And what is Ms. Lurker's position? |
| 11 | A. Chief marketing officer. |
| 12 | Q. And to whom does the sales department |
| 13 | report? |
| 14 | A. The general medicines unit reports to Greg |
| 15 | Schofield. |
| 16 | Q. And are there other divisions within the |
| 17 | sales department other than the general medicines |
| 18 | unit? |
| 19 | A. There are several others. We call them |
| 20 | business units. So, for instance, oncology reports |
| 21 | separately, not to Mr. Schofield. |
| 22 | Q. And to whom does oncology report? |

| | |
|---|---|
| 1 | A. From a sales perspective, it reports to |
| 2 | Steve Engelhardt. |
| 3 | Q. When you say "from a sales perspective," |
| 4 | it raises another question. Is the sales department |
| 5 | in addition to being organized regionally, is it |
| 6 | also organized by therapeutic class? |
| 7 | A. No. It's organized regionally, and then |
| 8 | by lines. So we have different field sales |
| 9 | organizations with different names that carry |
| 10 | certain brands. |
| 11 | Q. And we may get into that a little bit |
| 12 | later. I am just trying to understand the structure |
| 13 | of Novartis and the sales and marketing area |
| 14 | specifically so we can be as efficient as possible |
| 15 | today. |
| 16 | A. Okay. |
| 17 | Q. How many employees are there within the |
| 18 | sales department of Novartis? |
| 19 | A. The approximate number is about 6200. |
| 20 | Q. Can you tell me what the different |
| 21 | functions of the people are generally? |
| 22 | A. I can. I guess starting with the sales |

```
1    representative, the function of the sales
2    representative would be to deliver the approved
3    sales message to the healthcare prescribers across
4    the country.
5         The sales representatives report to a first
6    line manager, sometimes referred to as a district
7    manager.
8         That role provides guidance, feedback,
9    supervision, and ensures compliance with the
10   delivery of the message by the sales representative.
11        The first line manager in turn reports to a
12   second line manager, usually referred to as a
13   regional sales director. That role similarly for
14   management provides coaching, feedback, guidance,
15   and ensures compliance with the delivery of the
16   message.
17        And ultimately, the regional sales directors
18   report to a vice president of sales, a divisional
19   vice president of sales, who in turn report to the
20   head of sales.
21   Q.   You described your title as vice
22   president, sales operations?
```

```
1    A.   Yes.
2    Q.   How does that fit into the sales
3    organization?
4    A.   My department and my role is a support
5    function to the field selling organization. So we
6    provide service.
7    Q.   Could you describe to me what type of
8    services your department provides to the sales
9    organization?
10   A.   Yes. It's fairly broad services,
11   including sample management. So under sales
12   operations would be sample ops. We provide the call
13   reporting system or the SFA system, sales force
14   automation. We provide all outbound field
15   communications. We support the field force through
16   the awards and recognition program. And we also are
17   involved in supporting the customer meetings and
18   events that Novartis would sponsor at the local
19   level.
20   Q.   And Mr. Arena, does your department cover
21   the entire country? Or are you assigned to a
22   particular region or regions?
```

```
1    A.   We have national responsibility for not
2    only general medicines, but in most cases we support
3    the other stand-alone business units that I
4    mentioned earlier, like oncology.
5    Q.   How -- that's not a good question.
6         How do the marketing and sales departments
7    work together?
8         MR. GODLER: The question is, Do they work
9    together?
10   Q.   (BY MS. BRECKENRIDGE:) A better question
11   is, Do they work together?
12   A.   Yes. They work together in the way that
13   the marketing department is accountable for the
14   strategy, as I mentioned earlier, and the
15   development of the core selling message, which goes
16   through an approval process involving medical,
17   legal, and regulatory authorities.
18        Once that message has been tested and
19   approved by that process, it is turned over to the
20   sales organization, along with the supporting or
21   collateral materials, such as the visual aid or the
22   selling brochure.
```

```
1         And then the sales organization receives
2    extensive training on the materials and the delivery
3    of the core selling message through either classroom
4    training or at promotional planning meetings where
5    the representatives are basically certified on their
6    knowledge and their ability to deliver the message
7    to healthcare prescribers.
8    Q.   Is it the marketing department that
9    provides the extensive training to the sales
10   organization?
11   A.   Actually, it's provided by our sales
12   training department that puts together the
13   appropriate resources. And that training presents
14   itself in a number of ways: in-person classroom
15   training, online computer training, and at meeting
16   practice selling and delivery of the sales message.
17   Q.   You mentioned visual aids that are the
18   product of the marketing department work. Is it the
19   marketing department who puts together the visual
20   aids?
21   A.   It's their -- one of their primary
22   responsibilities, to assemble the visual aid.
```

| | |
|---|---|
| 1 | Q. How long has the sales and marketing |
| 2 | departments been organized in this way, starting |
| 3 | with the marketing department? |
| 4 | How long has the marketing department been |
| 5 | organized in the manner you described for the |
| 6 | record? |
| 7 | A. That's a little bit difficult for me to |
| 8 | reflect on, because we've had different |
| 9 | organizational structures over the years. But if I |
| 10 | can say, it's been at least five years or so that |
| 11 | it's been structured this way, perhaps longer. |
| 12 | Q. Is that the same for the sales department? |
| 13 | A. Yes. |
| 14 | Q. You described what the function of your |
| 15 | department is, and you mentioned the call reporting |
| 16 | system. Can you explain what the call reporting |
| 17 | system is? |
| 18 | A. Each of our sales representatives are |
| 19 | equipped with a hand-held device and a laptop |
| 20 | computer. And the call reporting requirement is to |
| 21 | ensure that each and every physician call that's |
| 22 | made is logged on either through the hand-held |

17

1  device or through the laptop computer.
2      And what is captured are the following key
3  pieces of information:
4      The products that are promoted in that sales
5  call; the samples that are left and signed for by
6  the prescriber; and any action items or talking
7  points that are significant that would justify a
8  follow-up visit or activity on the part of the
9  representative is also recorded.
10     Q. What happens to the -- is that narrative
11 considered a call report?
12     A. It's considered a post-call note.
13     Q. And what happens to the post-call note?
14 Where is it distributed?
15     MR. GODLER: I'm sorry. What was the
16 question?
17     Q. What happens to the post-call note?
18     A. The post-call note is available to the
19 representative for future calls. It's available to
20 be reviewed by his or her first line manager. And
21 it's also available to counterpart or pod mates,
22 that would be other representatives calling on that

18

1  same physician.
2      Q. What is a pod?
3      A. A pod is the way in which a territory is
4  configured with several representatives accountable
5  for the same geography and, in many cases,
6  overlapping physician target customers.
7      Q. Is it the case, then, that different sales
8  representatives are representing different products,
9  then, within the Novartis line?
10     A. They are.
11     Q. Who heads up the sales department at
12 Novartis, the ultimate top of the line?
13     A. That would be Greg Schofield, senior vice
14 president and general manager of North America.
15     Q. Do you know approximately how many
16 employees fall within the marketing department?
17     A. I actually don't know the number of
18 marketing associates.
19     Q. Do you know the functions, the job
20 functions, within the marketing department?
21     A. Generally, I do.
22     Q. Could you describe those for me, please?

19

1      A. Starting with the brand team, there's
2  usually a brand director who is the accountable
3  person for managing the entire brand P & L
4  statement.
5      Reporting to the brand director are usually
6  several brand managers and or assistant brand
7  managers that are accountable for the development of
8  support materials. They work together as a team in
9  the development of the overall brand strategy.
10     The brand teams are supported by market
11 research analysts that assist them in conducting
12 primary and secondary research to better understand
13 customer insights and to help in formulating the
14 overall marketing annual business plan.
15     There are, in addition, promotional managers
16 who work very closely with the brand teams as well
17 in developing the tactics that would support some of
18 the strategies.
19     Q. When you use the term "tactic," can you
20 describe that for me or give me an example?
21     A. Tactic might include the actual visual
22 aid. It might include a reminder piece, such as a

20

**Page 21**

1 simple pen or scratch pad. It might also include a
2 clinical reprint that would substantiate the safety
3 and efficacy of the drug -- of the branded drug in
4 question.
5     Q.   Who is ultimately responsible for the
6 marketing strategy for a particular product?
7     A.   For a particular product, I believe it
8 would be the brand director. The brand director
9 reports to the therapeutic franchise head.
10    Q.   Does the marketing department take into
11 consideration drug pricing as part of their
12 determination of the brand strategy?
13    A.   They will make a recommendation to the
14 senior management committee on pricing, yes. So
15 pricing is one of the areas that they will address.
16    Q.   Do you know what types of research they do
17 to reach their pricing recommendation?
18    A.   I do so only very generally.
19    Q.   Could you describe your general
20 understanding of that research that goes into the
21 pricing recommendation?
22    A.   Much of it is relative to competitive

**Page 22**

1 benchmarking in the same therapeutic area and
2 assessing the benefits of our product, the efficacy
3 of our product, the safety of our product vis-a-vis
4 competitors and what competitors are currently
5 pricing their agents at.
6     Q.   Would that competitive benchmarking be the
7 responsibility of the marketing department?
8     A.   Yes.
9     Q.   Do you know where the marketing department
10 obtains their data or information for their
11 competitive benchmarking?
12    A.   Not precisely, no.
13    Q.   Are there other departments that work with
14 -- I'll withdraw that question.
15         What other departments work directly with the
16 marketing department?
17    A.   Many other departments work with the
18 marking department, including our own sales,
19 production planning, regulatory, legal, IT.
20    Q.   Is there a government affairs department?
21    A.   Government affairs, thank you,
22 development. I must have said medical at this

**Page 23**

1 point.
2     Q.   No. But I'm beginning to realize how
3 broad my question was.
4     A.   Right.
5     Q.   Is there -- would the answer be the same
6 for the sales department?
7     A.   Similar.
8         MR. GODLER: The answer would be the same
9 for -- what would be the question that you are
10 referring to the answer would be the same?
11    Q.   (BY MS. BRECKENRIDGE:) I am referring to
12 what departments does the sales department work with
13 regularly?
14    A.   I think my response would be similar. But
15 my experience is that marketing has more engagement
16 or involvement cross-functionally than does sales.
17    Q.   Is there a pricing department within
18 Novartis?
19    A.   There is a group. I don't know if it's a
20 full department. But there is a group that is
21 accountable for pricing.
22    Q.   What is the name of the group?

**Page 24**

1     A.   I'm not sure that I actually know the
2 current terminology or title of that department.
3     Q.   Do you recall any past titles of the
4 department?
5     A.   I don't.
6     Q.   Where are they geographically located?
7     A.   In East Hanover.
8     Q.   Do you know approximately how many
9 employees are within that department?
10    A.   I do not, no.
11    Q.   Do you know who heads up that department?
12    A.   I believe it reports to finance.
13    Q.   Do you know how the department is
14 organized?
15    A.   I do not, no.
16    Q.   In your function as vice president of
17 sales operations do you have direct dealings with
18 the pricing department?
19    A.   I do not. This is --
20    Q.   And I'm using "pricing department" as
21 small "p," small "d." I understand that is likely
22 not the title.

                                              65

1     Do you know Doug Fast?
2     A.   I do not.
3     Q.   Are you familiar with a job function known
4  -- or job title known as the ReadyPrice product
5  manager?
6     A.   I'm not familiar with that at all, no.
7     Q.   There is a reference on the first page to
8  Fosamax. Is that a Novartis product?
9     A.   It is not.
10    Q.   And further down in the same paragraph --
11        Do you know who the manufacturer of Fosamax
12 is?
13    A.   I believe it's Merck.
14    Q.   Do you know if Fosamax -- is there a
15 competitor for Fosamax within the Novartis line of
16 pharmaceuticals?
17    A.   I believe the competitor would be
18 Miacalcin.
19    Q.   And then the next question is Sporanox,
20 are you familiar with a product known as Sporanox?
21    A.   I am.
22    Q.   Is that a Novartis product?

                                              66

1     A.   It is not.
2     Q.   Do you know who manufactures that product?
3     A.   I believe it is Janssen Pharmaceuticals.
4     Q.   Is there a Novartis competitor for
5  Sporanox?
6     A.   There is.
7     Q.   And what is that product?
8     A.   Lamisil.
9     Q.   Is this the type of competitor pricing
10 information that you've used during your career?
11    A.   No, I've never used this pricing
12 competitive information.
13    Q.   Have you ever used competitive pricing
14 information of any type in your career?
15    A.   Yes.
16    Q.   So when you say I've never used this type
17 of pricing information, what do you mean?
18    A.   The pricing information that has been used
19 -- that I have personally been aware of, used, and
20 knowledgeable about deals with pricing to the
21 patient.
22        And it is generally in a -- sort of in a

                                              67

1  general way stated that the Novartis product --
2  whatever the product might be in question -- is --
3  and I'll use the term competitively priced to other
4  brands in that same therapeutic area.
5         So it is not specific in terms of dollars or
6  cents, generally. And it is all about pricing to
7  the end user, the patient, the consumer.
8     Q.   And where would you get that type of
9  information?
10    A.   Generally, that kind of information would
11 be provided by the home office.
12    Q.   Is it still provided to this day?
13    A.   There may be reference that particular
14 product is, again, competitively priced to another
15 product within that category. And that might be a
16 statement that a sales representative would be able
17 to deliver today.
18        But it's only delivered if it's provided by
19 East Hanover through the message core team review
20 and approval process that we talked about earlier,
21 and authorized for the representative to deliver.
22        It is not that the rep or the first line

                                              68

1  manager develops that locally in the field.
2     Q.   And that was my follow-up question.
3         To your knowledge, does the rep in the field
4  working locally or regionally collect information
5  even anecdotally regarding competitor prices?
6     A.   They are not authorized to do so. It is
7  not to my knowledge that it is done. And we
8  instruct all of our representatives and first line
9  managers under those ethics and compliance courses
10 that we talked about before that they are not to in
11 any manner, shape or form to modify, change or
12 develop material in the field that has not been
13 approved through East Hanover and given to them
14 directly from East Hanover.
15    Q.   Is there a particular policy that relates
16 to this instruction that you just described?
17    A.   Yes.
18    Q.   And what is that policy?
19    A.   I'm not sure that I know the name of a
20 policy. But every new hire --
21    Q.   I can ask a different question.
22    A.   Okay.

 1    Q.   Even I thought that was an objectionable
 2  question.
 3         MR. GODLER:  See, I let you ask it anyway.
 4    Q.   Is this a written policy?
 5    A.   Yes.
 6    Q.   And where would it be written?
 7         MR. GODLER:  Where is it written?
 8         MS. BRECKENRIDGE:  Yes.
 9    A.   It's in the policy manual.  But I think
10  more importantly, it's a policy that all new hires
11  are trained on.  And we remind our sales associates
12  of this policy generally on an annual basis if not
13  more frequently.
14    Q.   And understanding that you can't quote it
15  verbatim, can you describe for me what the policy
16  is?
17    A.   There is a shorthand term which may mean
18  nothing to a lay person, but it is the use of
19  homemade bread.
20    Q.   Okay.
21    A.   And so -- and homemade bread is in quotes,
22  right.  And it suggests very clearly that the use of

6/27/2006 Arena, Frank - NOVARTIS

 1  homemade bread -- meaning that any alteration,
 2  modification, change or adjustment to an approved
 3  sales aid -- will result in immediate disciplinary
 4  action up to and including termination.
 5    Q.   How long has that been the policy, Mr.
 6  Arena?
 7    A.   It has been the policy of our company as
 8  long as I can remember.  Clearly it's been our
 9  policy over the 10 years of the Novartis history
10  since 1997.
11         And I know from the heritage company of Ciba
12  Geigy, it was also a policy there.
13    Q.   Are you aware of any instances where -- in
14  which employees have been disciplined for breaching
15  this policy?
16    A.   I am.
17    Q.   And is there a way to describe -- when was
18  the last time that you are aware of?
19    A.   Probably in the last 12 months or so.
20    Q.   Can you describe to me generally what the
21  nature of the breach was?
22    A.   Yes.  Just generally, it relates to a

6/27/2006 Arena, Frank - NOVARTIS

 1  sales representative either taking claims out of
 2  context or using nonapproved materials in the
 3  promotion of a Novartis product.
 4    Q.   Is there a particular committee that deals
 5  with breaches of this policy?
 6    A.   They are generally reported to the ethics
 7  and compliance, and handled by our human resources
 8  department, along with security.
 9    Q.   Do you know if that employee was
10  terminated?
11    A.   Yes.
12    Q.   And was that employee terminated?
13    A.   Yes.
14    Q.   Did the representations that the employee
15  made -- I'm sorry.
16         Did the action that the employee took relate
17  to a particular Novartis product?
18    A.   Yes.
19    Q.   And what was that product?
20    A.   I believe it was Diovan.
21    Q.   I am going to ask you to excuse me for a
22  minute, I need to turn down my air-conditioner.

6/27/2006 Arena, Frank - NOVARTIS

 1         I would like to ask the court reporter to
 2  pull out what I previously marked as Exhibit 13 in
 3  her pile, Bates numbers NPC-MNT 1033 through 1035.
 4  And this is our second exhibit, not to be confusing.
 5              (Exhibit Arena 002, Documents Bates
 6  stamped NPC-MNT 1033 through 1035, was marked for
 7  identification.)
 8    Q.   (BY MS. BRECKENRIDGE:)  You can hand the
 9  exhibit to Mr. Arena, please.
10         Mr. Arena, if I can ask you to take a moment
11  to look at this document.  And I will have a few
12  questions to ask you about it.
13    A.   I'm ready.
14    Q.   Thank you.  I have a few questions for
15  you.
16         Have you ever seen this document before, Mr.
17  Arena?
18    A.   I don't believe I have.
19    Q.   Have you seen documents similar to this
20  document?
21    A.   Yes.
22    Q.   Is this an example of the broadcast fax

| | |
|---|---|
| 1  Q. You mentioned earlier Novartis policies. | 1  the pharmacist. In some cases even the patient is |
| 2  Does Novartis have a policy on tracking competitor | 2  the ultimate customer of the Novartis product. As |
| 3  information? | 3  well as wholesalers, retail chains, institutions. I |
| 4  A. A policy on that? Not that I'm aware of. | 4  mean, it's a very long list of potential customers. |
| 5  Q. Are you familiar with the term "spread" in | 5  Q. Now, among that list of what is referred |
| 6  connection with drug pricing? | 6  to as potential customers, to which of those |
| 7  A. I've seen it in the Pink Sheet and in the | 7  entities does Novartis sell its products directly? |
| 8  press. | 8  A. I think that's much clearer and limited, |
| 9  Q. What's the Pink Sheet? | 9  in that it's usually the wholesaler when we're |
| 10  A. It's an industry-wide newsletter that | 10  talking about the customers that are buying product. |
| 11  speaks about what's happening in the industry and | 11  Would be wholesalers and direct chain -- retail |
| 12  with specific companies. | 12  chain accounts. |
| 13  Q. What do you recall about the term "spread" | 13  Q. And are you aware of Novartis selling |
| 14  in the Pink Sheets? | 14  directly to any of the other entities that you |
| 15  A. Going back some time there was an article | 15  listed when you referred to who Novartis considers |
| 16  or two about certain companies or drugs that were | 16  its customers to be? |
| 17  using the spread between the acquisition cost and I | 17  A. I am not. |
| 18  think AWP, and using that for the advantage of | 18  Q. Now, you also used the term "competitive |
| 19  somebody. I don't remember the specifics. | 19  benchmarking." |
| 20  Q. Do you recall which companies were | 20  A. Uh-huh. |
| 21  mentioned? | 21  Q. Can you explain what you mean by the term |
| 22  A. No, I actually don't. | 22  "competitive benchmarking"? |

149 / 151

| | |
|---|---|
| 1  MS. BRECKENRIDGE: I don't have any | 1  MS. BRECKENRIDGE: Objection; asked and |
| 2  further questions. | 2  answered. |
| 3  MR. GODLER: Actually, I do have a few | 3  Q. (BY MR. GODLER:) You can go ahead and |
| 4  questions for cross-examination. | 4  answer. |
| 5  ----- | 5  A. Again, that's a very broad term. And we |
| 6  Examination | 6  use it to capture and to report on many different |
| 7  ----- | 7  things. |
| 8  BY MR. GODLER: | 8  So, for instance, we may have mentioned |
| 9  Q. Mr. Arena, earlier you -- there was | 9  earlier that we are always interested in what our |
| 10  testimony about Novartis's customers. I would like | 10  competitors are doing with regard to physician |
| 11  to ask you, how do you define the term "customers" | 11  meetings and events. So that would be some |
| 12  in connection with Novartis Pharmaceuticals | 12  competitive benchmarking or competitive |
| 13  products? | 13  intelligence. |
| 14  MS. BRECKENRIDGE: I am sorry. I couldn't | 14  We are interested in the number of sales |
| 15  hear the first part of the question. | 15  calls that our competitors are making against |
| 16  (Record read.) | 16  certain physician groups, if you will, or |
| 17  A. I think that's a great question because we | 17  specialties. That would be competitive |
| 18  have a big debate around here regarding who are the | 18  benchmarking. |
| 19  customers. | 19  We are interested in the distribution of |
| 20  Customers when we refer to them as such is a | 20  samples and the number of samples that our |
| 21  very broad term, and it may include from the | 21  competitors may be giving in a particular |
| 22  physician prescriber to the nurse practitioner to | 22  therapeutic area. So that would be competitive |

150 / 152

| | |
|---|---|
| 1  benchmarking. | 1  charged by Novartis for any product to any |
| 2    Q.   Is there anything else that you would put | 2  customer." |
| 3  into the category of competitive benchmarking? | 3    Q.   And Mr. Arena, do you know when that |
| 4    A.   I am sure there are other things. Again, | 4  statement began appearing in Novartis's broadcast |
| 5  it's a very broad term. | 5  faxes? |
| 6    Q.   Now, there was also some testimony | 6    A.   Well, to my recollection, this disclosure |
| 7  regarding the fact that Novartis might -- Novartis | 7  has been part of all of the documents since the |
| 8  at times refers to the fact that its products are | 8  beginning of Novartis, which would be January 1997. |
| 9  competitively priced. | 9    Q.   Now I would like you to take a look at |
| 10     Do you recall that testimony? | 10  what was previously marked -- |
| 11   A.   I do. | 11     MS. BRECKENRIDGE:  I can't hear, Counsel. |
| 12   Q.   And there was also testimony regarding | 12   Q.   (BY MR. GODLER:)  I would like you to take |
| 13  premium pricing? | 13  a look at what was previously marked Arena Exhibit 8. |
| 14   A.   Uh-huh. | 14     If I could direct your attention to page 3 of |
| 15   Q.   Are there situations that you are aware of | 15  Exhibit 8, which is a memo dated June 20, 2002 to |
| 16  where Novartis products are premium priced because | 16  Neil Jones from Ronda McClary. |
| 17  that is what competitors have priced their products | 17     Do you see that? |
| 18  at? | 18   A.   Yes. |
| 19   A.   Uh-huh.  Yes.  I am aware of a situation | 19   Q.   I think you testified that you had not |
| 20  perhaps where there's only one other competitor on | 20  seen this document before.  Is that correct? |
| 21  the market and that product is at a premium price. | 21   A.   Yes. |
| 22  And Novartis would want to be competitive, and | 22   Q.   Do you know what this document was used |

| | |
|---|---|
| 1  therefore, price its product within the general | 1  for? |
| 2  pricing area of that competitor. | 2    A.   No, I don't. |
| 3     So, therefore, by extension, Novartis might | 3    Q.   Do you know what the purpose of Ms. |
| 4  be premium priced. | 4  McClary sending it to Neil Jones was? |
| 5    Q.   And now, if you wouldn't mind taking a | 5    A.   I do not. |
| 6  look at what was marked as Exhibit Arena 002. | 6    Q.   Have you ever had any discussions or |
| 7     And if I could direct your attention -- | 7  conversations with either Ms. McClary or Mr. Jones |
| 8     I think you testified that this is an example | 8  about this or any other document? |
| 9  of the form of a broadcast fax.  Is that correct? | 9    A.   No. |
| 10   A.   Yes. | 10   Q.   Now, you also -- you testified about the |
| 11   Q.   If I could direct your attention to the | 11  training that the field sales force receives with |
| 12  middle of the page where the asterisk is. | 12  respect to the types of statements that they can |
| 13   A.   Uh-huh. | 13  make. |
| 14   Q.   If you wouldn't mind reading that section | 14     Are you aware of anyone on the field sales |
| 15  into the record. | 15  force ever being directed that they -- that it was |
| 16   A.   "As used in the attached price list, the | 16  permissible to make statements regarding any |
| 17  term AWP, or average wholesale price, constitutes a | 17  reimbursement that was available for Novartis |
| 18  reference for each Novartis product set as a | 18  pharmaceutical products? |
| 19  percentage above the price for which each product is | 19   A.   No. |
| 20  offered generally to wholesalers. Notwithstanding | 20   Q.   Are you aware of any statements regarding |
| 21  the inclusion of the term 'price' in 'average | 21  the reimbursement for Novartis pharmaceutical |
| 22  wholesale price,' AWP is not intended to be a price | 22  products being the part of any marketing plan? |

1  A. No.
2  Q. Are you aware of the reimbursement for
3  Novartis pharmaceutical products being the part of
4  any vis aid used in connection with any Novartis
5  pharmaceutical products?
6  A. No.
7  MR. GODLER:  I have no further questions.
8  MS. BRECKENRIDGE:  I have a few follow-up
9  questions.
10       -----
11       FURTHER EXAMINATION
12       -----
13 BY MS. BRECKENRIDGE:
14  Q. Returning to Exhibit Arena 002, the
15 section that your lawyer referred you to regarding
16 the average wholesale price and the attached price
17 list, is that the attached price list above this
18 paragraph?
19  A. Can we restate the question?
20  Q. Yes.  Where is the attached price list
21 related to this e-mail?
22  A. The only prices here are for one product:

157

1 Lescol.
2  Q. So it appears from this e-mail, then, that
3 Novartis is reporting average wholesale prices
4 directly to wholesalers; is that correct?
5  MR. GODLER:  Objection.
6  Q. (BY MS. BRECKENRIDGE:)  You can answer.
7  A. What is your question?  I'm sorry,
8 Counsel.
9  Q. My question is, In this e-mail is Novartis
10 reporting average wholesale prices to wholesalers
11 directly?
12  A. I actually can't -- it's notice of price
13 adjustment, it says, to third party journals.  I
14 don't know what that is.
15  Q. Do you know how Novartis sets average
16 wholesale prices?
17  MR. GODLER:  I'm sorry.  I don't think we
18 could hear your question.
19  Q. (BY MS. BRECKENRIDGE:)  Do you know how
20 Novartis sets average wholesale prices?
21  A. I do not know the mathematical formula,
22 no.

158

1  Q. Do you know who within Novartis, whether
2 by name, title or department, is responsible for
3 setting average wholesale prices?
4  A. The only thing I could offer would be the
5 pricing group that we've talked about before.  But I
6 don't know anybody specifically.
7  MS. BRECKENRIDGE:  I have no further
8 questions.
9       (Time noted:  2:42 p.m.)
10      (Exhibits were retained by the
11 Certified Shorthand Reporter.)
12
13                     _____
14                           Frank J. Arena
15
16 Sworn and subscribed to before me on this_____day
17 of_____, 2006.
18
19 NOTARY PUBLIC   _____

159

1           C E R T I F I C A T E
2      I, SEVA FLICSTEIN, a Certified Shorthand Reporter
3  and Notary Public of the State of New Jersey, do hereby
4  certify that prior to the commencement of the examination
5  the witness was sworn by me to testify the truth, the
6  whole truth and nothing but the truth.
7      I DO FURTHER CERTIFY that the foregoing is a true
8  and accurate transcript of the testimony as taken
9  stenographically by and before me at the time, place and
10 on the date hereinbefore set forth.
11     I DO FURTHER CERTIFY that I am neither of counsel
12 nor attorney for any party in this action and that I am
13 not interested in the event nor outcome of this
14 litigation.
15     _____
16          New Jersey Certificate No. XI 01413
17          California Certificate No. 8727
18          Registered Merit Reporter
19          Certified Realtime Reporter
20          Notary Public of the State of
21          New Jersey
22          My commission expires 6/26/2007

160