EXHIBIT 2

Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel   201 503 8300

℧ NOVARTIS

January 31, 1997

**TO: THIRD PARTY JOURNAL**

    Enclosed is a copy of the Novartis Pharmacy Price List (Sandoz Product Line ONLY) which became effective on Friday, January 31, 1997, at 9:00pm eastern time.

    As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term price, in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

    Please use the enclosed information to update your system. Should you have any questions, please don't hesitate to contact me at (201)503-8527.

                      Sincerely,

                        Kathleen M. Duffy
                        Distribution and Customer Service

KMD:pjo

File:   p:\wordata\launch\journltr.doc

Confidential

NPC0043585

# Novartis Pharmaceuticals Corporation
## (Formerly Sandoz Pharmaceuticals Corp.)

## PHARMACY PRICE LIST

**NOTICE OF PRICE ADJUSTMENTS FOR THE SANDOZ PRODUCT LINE ONLY**

Pricing shown effective **January 31, 1997 at 9:00pm eastern time**, and is subject to change without notice.

* Please note that, as used in this submission, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding the inclusion of the term price, in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

| Product & Description | NDC Number | AWP * |
|---|---|---|
| BELLERGAL-S® tablets 100's | 0078-0031-05 | $105.12 |
| CAFERGOT® suppositories §§ 12's (ergotamine tartrate & caffeine), USP | 0078-0033-02 | 54.60 |
| CLOZARIL® 25mg tablets 100's (clozapine) | 0078-0126-05 | 135.96 |
| CLOZARIL® 25mg tablets † 100's | 0078-0126-06 | 135.96 |
| CLOZARIL® 100mg tablets 100's | 0078-0127-05 | 352.26 |
| CLOZARIL® 100mg tablets † 100's | 0078-0127-06 | 352.26 |
| D.H.E. 45® ampuls 1mg (1mL ampul) † 10's (dihydroergotamine mesylate) injection, USP | 0078-0041-01 | 118.32 |
| DYNACIRC® 2.5mg capsules 100's (isradipine) | 0078-0226-05 | 63.00 |
| DYNACIRC® 2.5mg capsules 60's | 0078-0226-44 | 38.76 |
| DYNACIRC® 5mg capsules 100's | 0078-0227-05 | 92.46 |
| DYNACIRC® 5mg capsules 60's | 0078-0227-44 | 56.46 |
| DYNACIRC CR® 5mg tablets 30's | 0078-0235-15 | 33.48 |

Page 1

Confidential                                                                 NPC0043586

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
(formerly Sandoz PharmaceuticalsCorportion)
Pricing shown effective January 31, 1997 at 9:00PM eastern time, and is subject to change without notice.

| Product & Description | NDC Number | AWP * |
|---|---|---|
| DYNACIRC CR® 5mg tablets 100's | 0078-0235-05 | 109.20 |
| DYNACIRC CR® 10mg tablets 30's | 0078-0236-15 | 53.22 |
| DYNACIRC CR® 10mg tablets 100's | 0078-0236-05 | 174.00 |
| FIORICET® tablets 100's | 0078-0084-05 | 55.08 |
| FIORICET® tablets † 100's | 0078-0084-06 | 60.24 |
| FIORICET® tablets 500's | 0078-0084-08 | 263.04 |
| FIORICET® w/Cod. CIII 30mg capsules, 100's | 0078-0243-05 | 115.44 |
| FIORINAL® CIII capsules 100's | 0078-0103-05 | 55.08 |
| FIORINAL® CIII capsules 500's | 0078-0103-08 | 263.04 |
| FIORINAL® CIII capsules †† 25's | 0078-0103-13 | 19.92 |
| FIORINAL® CIII tablets 100's | 0078-0104-05 | 55.08 |
| FIORINAL® CIII tablets † 100's | 0078-0104-06 | 60.24 |
| FIORINAL® CIII tablets 1000's | 0078-0104-09 | 514.26 |
| FIORINAL® w/Cod. CIII 30mg capsules 100's | 0078-0107-05 | 115.44 |
| FIORINAL® w/Cod. CIII 30mg capsules †† 25's | 0078-0107-13 | 36.24 |
| HYDERGINE®LC liquid capsules 1mg 100's (ergoloid mesylates) | 0078-0101-05 | 83.46 |
| HYDERGINE®LC liquid capsules 1mg † 100's | 0078-0101-06 | 88.56 |
| HYDERGINE®LC liquid capsules 1mg 500's | 0078-0101-08 | 406.80 |
| HYDERGINE® liquid 1mg/mL 100mL | 0078-0100-36 | 65.28 |
| HYDERGINE® oral tablets 1mg 100's | 0078-0070-05 | 79.32 |
| HYDERGINE® oral tablets 1mg † 100's | 0078-0070-06 | 81.96 |
| HYDERGINE® oral tablets 1mg 500's | 0078-0070-08 | 378.60 |
| KLORVESS® effervescent granules 30's | 0078-0205-15 | 23.52 |
| KLORVESS® liquid 10% pint bottle 16 oz. (potassium chloride, USP) oral solution | 0078-0207-33 | 24.78 |

Confidential                                                                                                   NPC0043587

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz PharmaceuticalsCorportion)*
*Pricing shown effective January 31, 1997 at 9:00PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | AWP * |
|---|---|---|
| LAMISIL® cream 1% 15gm tube (terbinafine HCl cream) | 0078-0170-40 | 28.38 |
| LAMISIL® cream 1% 30gm tube | 0078-0170-46 | 50.82 |
| LAMISIL® tablets, equivalent to 250mg base, 30's (terbinafine HCl tablets) | 0078-0179-15 | 186.60 |
| LAMISIL® tablets, equivalent to 250mg base, 100's | 0078-0179-05 | 621.84 |
| LESCOL® capsules, 20mg 30's (fluvastatin sodium) | 0078-0176-15 | 36.60 |
| LESCOL® capsules, 20mg 100's | 0078-0176-05 | 121.80 |
| LESCOL® capsules, 40mg 30's | 0078-0234-15 | 40.92 |
| LESCOL® capsules, 40mg 100's | 0078-0234-05 | 136.20 |
| MELLARIL® concentrate 30mg/mL, 4oz. bottle (thioridazine HCl) | 0078-0001-31 | 35.52 |
| MELLARIL® concentrate 100mg/mL, 4oz. bottle | 0078-0009-31 | 92.70 |
| MELLARIL-S® suspension 25mg/5mL pint bottle | 0078-0068-33 | 55.86 |
| MELLARIL-S® suspension 100mg/5mL pint bottle | 0078-0069-33 | 114.84 |
| MELLARIL® tablets 10mg 100's | 0078-0002-05 | 32.88 |
| MELLARIL® tablets 10mg † 100's | 0078-0002-06 | 35.34 |
| MELLARIL® tablets 10mg 1000's | 0078-0002-09 | 315.96 |
| MELLARIL® tablets 15mg 100's | 0078-0008-05 | 38.76 |
| MELLARIL® tablets 25mg 100's | 0078-0003-05 | 46.26 |
| MELLARIL® tablets 25mg † 100's | 0078-0003-06 | 49.14 |
| MELLARIL® tablets 25mg 1000's | 0078-0003-09 | 444.12 |
| MELLARIL® tablets 50mg 100's | 0078-0004-05 | 56.16 |
| MELLARIL® tablets 50mg † 100's | 0078-0004-06 | 58.44 |
| MELLARIL® tablets 50mg 1000's | 0078-0004-09 | 543.00 |

Confidential

NPC0043588

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
(formerly Sandoz PharmaceuticalsCorportion)
Pricing shown effective January 31, 1997 at 9:00PM eastern time, and is subject to change without notice.

| Product & Description | NDC Number | AWP * |
|---|---|---|
| MELLARIL® tablets 100mg 100's | 0078-0005-05 | 65.94 |
| MELLARIL® tablets 100mg † 100's | 0078-0005-06 | 68.28 |
| MELLARIL® tablets 100mg 1000's | 0078-0005-09 | 641.46 |
| MELLARIL® tablets 150mg 100's | 0078-0006-05 | 86.76 |
| MELLARIL® tablets 200mg 100's | 0078-0007-05 | 98.82 |
| MELLARIL® tablets 200mg † 100's | 0078-0007-06 | 101.34 |
| MESANTOIN® tablets 100mg 100's (mephenytoin) tablets, USP | 0078-0052-05 | 31.14 |
| METHERGINE® ampuls 1mL (0.2mg) † 20's (methylergonovine maleate) | 0078-0053-03 | 63.48 |
| METHERGINE® ampuls 1mL (0.2mg) † 50's | 0078-0053-04 | 152.64 |
| METHERGINE® tablets 0.2mg 100's | 0078-0054-05 | 57.54 |
| METHERGINE® tablets 0.2mg † 100's | 0078-0054-06 | 60.30 |
| METHERGINE® tablets 0.2mg 1000's | 0078-0054-09 | 560.04 |
| MIACALCIN® multi-dose vials, 2mL (calcitonin-salmon) | 0078-0149-23 | 31.08 |
| MIACALCIN® Nasal Spray (2) 2mL | 0078-0311-90 | 51.84 |
| NEO-CALGLUCON® syrup 1.8g/5mL pt btl (OTC) (calcium glubionate) Syrup, USP | 0078-0056-33 | 26.34 |
| NEORAL® soft gelatin capsules 25mg † 30's (cyclosporine capsules for microemulsion) | 0078-0246-15 | 41.88 |
| NEORAL® soft gelatin capsules 100mg † 30's | 0078-0248-15 | 167.34 |
| NEORAL® oral solution 50mL bottle (cyclosporine oral solution for microemulsion) | 0078-0274-22 | 290.64 |
| PAMELOR® capsules 10mg 100's (nortriptyline HCl) | 0078-0086-05 | 52.56 |
| PAMELOR® capsules 10mg † 100's | 0078-0086-06 | 58.02 |
| PAMELOR® capsules 25mg 100's | 0078-0087-05 | 104.88 |
| PAMELOR® capsules 25mg † 100's | 0078-0087-06 | 110.16 |

Confidential

NPC0043589

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz PharmaceuticalsCorportion)*
*Pricing shown effective January 31, 1997 at 9:00PM  eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | AWP * |
| --- | --- | --- |
| PAMELOR® capsules 25mg 500's | 0078-0087-08 | 512.76 |
| PAMELOR® capsules 50mg 100's | 0078-0078-05 | 197.64 |
| PAMELOR® capsules 50mg † 100's | 0078-0078-06 | 202.68 |
| PAMELOR® capsules 75mg 100's | 0078-0079-05 | 301.26 |
| PAMELOR® solution 10mg/5mL pint bottle | 0078-0016-33 | 60.30 |
| PARLODEL® capsules 5mg 30's (bromocriptine mesylate) | 0078-0102-15 | 84.72 |
| PARLODEL® capsules 5mg 100's | 0078-0102-05 | 267.54 |
| PARLODEL® SnapTabs® 2.5mg 30's | 0078-0017-15 | 52.74 |
| PARLODEL® SnapTabs® 2.5mg 100's | 0078-0017-05 | 175.32 |
| RESTORIL® CIV capsules 7.5mg 100's (temazepam) Capsules, USP | 0078-0140-05 | 67.08 |
| RESTORIL® CIV capsules 7.5mg † 100's | 0078-0140-06 | 69.00 |
| RESTORIL® CIV capsules 15mg 100's | 0078-0098-05 | 75.00 |
| RESTORIL® CIV capsules 15mg † 100's | 0078-0098-06 | 76.92 |
| RESTORIL® CIV capsules 15mg 500's | 0078-0098-08 | 351.12 |
| RESTORIL® CIV capsules 30mg 100's | 0078-0099-05 | 83.88 |
| RESTORIL® CIV capsules 30mg † 100's | 0078-0099-06 | 85.68 |
| RESTORIL® CIV capsules 30mg 500's | 0078-0099-08 | 406.56 |
| SANDIMMUNE® IV ampuls 10's (cyclosporine, USP) | 0078-0109-01 | 275.10 |
| SANDIMMUNE® oral solution 50mL bottle | 0078-0110-22 | 308.40 |
| SANDIMMUNE® soft gelatin capsules 25mg † 30's | 0078-0240-15 | 46.38 |
| SANDIMMUNE® soft gelatin capsules 50mg † 30's | 0078-0242-15 | 92.64 |
| SANDIMMUNE® soft gelatin capsules 100mg † 30's | 0078-0241-15 | 185.16 |
| SANDOGLOBULIN® I.V. 1 gram vial Immune Globulin Intravenous (Human) | 0078-0120-94 | 70.02 |

Page 5

Confidential    NPC0043590

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
(formerly Sandoz PharmaceuticalsCorportion)
Pricing shown effective January 31, 1997 at 9:00PM eastern time, and is subject to change without notice.

| Product & Description | NDC Number | AWP * |
|---|---|---|
| SANDOGLOBULIN® I.V. 3 gram vial | 0078-0122-95 | 133.20 |
| SANDOGLOBULIN® I.V. 6 gram vial | 0078-0124-96 | 252.00 |
| SANDOGLOBULIN® I.V. 12 gram vial | 0078-0244-93 | 504.00 |
| SANDOGLOBULIN® 3 gram vials, ➤ 10's | 0078-0122-19 | 1,305.00 |
| SANDOGLOBULIN® 6 gram vials, ➤ 10's | 0078-0124-19 | 2,484.00 |
| SANDOGLOBULIN® 12 gram vials, ➤ 10's | 0078-0244-19 | 4,956.00 |
| SANDOSTATIN® ampuls 50mcg 20's (octreotide acetate) Injection | 0078-0180-03 | 107.28 |
| SANDOSTATIN® ampuls 50mcg 50's | 0078-0180-04 | 265.32 |
| SANDOSTATIN® ampuls 100mcg 20's | 0078-0181-03 | 204.12 |
| SANDOSTATIN® ampuls 100mcg 50's | 0078-0181-04 | 504.90 |
| SANDOSTATIN® ampuls 500mcg 20's | 0078-0182-03 | 951.00 |
| SANDOSTATIN® ampuls 500mcg 50's | 0078-0182-04 | 2,353.32 |
| SANDOSTATIN® multi-dose vials 200mcg/mL, 5mL | 0078-0183-25 | 105.72 |
| SANDOSTATIN® multi-dose vials 1000mcg/mL, 5mL | 0078-0184-25 | 520.20 |
| SANOREX® CIV tablets 1mg 100's (mazindol) | 0078-0071-05 | 138.48 |
| SANOREX® CIV tablets 2mg 100's | 0078-0066-05 | 219.72 |
| SANSERT® tablets 2mg 100's (methysergide maleate) | 0078-0058-05 | 189.24 |
| SYNTOCINON® ampuls 1mL † 50's (oxytocin) Injection, USP | 0078-0060-04 | 157.08 |
| TAVIST® syrup .67mg/5mL 4 oz. bottle (clemastine fumarate) | 0078-0222-31 | 26.22 |
| TAVIST® tablets 2.68mg 100's | 0078-0072-05 | 120.96 |
| VISKEN® tablets 5mg 100's (pindolol) | 0078-0111-05 | 88.62 |
| VISKEN® tablets 10mg 100's | 0078-0073-05 | 117.36 |

Confidential

NPC0043591

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz PharmaceuticalsCorportion)*
*Pricing shown effective January 31, 1997 at 9:00PM eastern time, and is subject to change without notice.*

---

LEGEND:
† **SandoPak®** (unit-dose) packages are packages of individually blister-sealed ampuls, capsules or tablets;
  - as 100's: 2 x 5 strips or 1 x 10 strips, 10 blisters per strip; ampuls of 20 or 50, 5 blisters per strip;
  - as 30's: three blister cards of 10 capsules.
†† **ControlPak®** unit-dose tamper-resistant package of 25 capsules:
  - as continuous rolls of blisters, reverse-numbered.
§§ **SigPak®** (dispensing unit) packages are unit-of-use packages and containers.
➤ **Bulk Pak** contains 1000 packets or tablets or 10 ampuls, bottles or vials.

CIII - Schedule III Controlled Substance          CIV - Schedule IV Controlled Substance

---

Novartis Pharmaceuticals Corporation
Distribution & Customer Service Department
East Hanover, New Jersey 07936-1080
1 800 526-0175

Confidential                                                                 NPC0043592