# EXHIBIT 3

# ⓑ NOVARTIS

Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel  201 503 8300

July 10, 1997

TO: THIRD PARTY JOURNAL

## NOTICE OF PRICE ADJUSTMENT

Enclosed is a copy of the Novartis Pharmaceuticals Corporation Price List which became effective on Thursday, July 10, 1997, at 4:30 pm eastern time.

As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term price, in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Please use the enclosed information to update your system. Should you have any questions, please don't hestitate to contact me at (201) 503-8527.

Sincerely,

*Kathleen Duffy*

Kathleen M. Duffy
Executive Director
Distribution and Customer Service

KMD:bah

Confidential

NPC0043573

# Novartis Pharmaceuticals Corporation
# (Formerly Sandoz Pharmaceuticals and Ciba-Geigy Corporation)

## PRICE LIST

**NOTICE OF PRICE ADJUSTMENTS FOR THE NOVARTIS PRODUCT LINE**

Pricing shown effective **July 10, 1997 at 4:30 p.m. eastern time** and is subject to change without notice.

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| ACTIGALL® capsules 300mg 100's | 57267-153-30 | $196.40 | $235.68 |
| ANAFRANIL® capsules 25mg 100's | 58887-115-30 | • $73.75 | • $88.50 |
| ANAFRANIL® capsules 25mg 100's (Unit Dose) | 58887-115-32 | • $76.85 | • $92.22 |
| ANAFRANIL® capsules 50mg 100's | 58887-116-30 | • $99.40 | • $119.28 |
| ANAFRANIL® capsules 50mg 100's (Unit Dose) | 58887-116-32 | • $103.10 | • $123.72 |
| ANAFRANIL® capsules 75mg 100's | 58887-117-30 | • $130.85 | • $157.02 |
| ANAFRANIL® capsules 75mg 100's (Unit Dose) | 58887-117-32 | • $136.80 | • $164.16 |
| ANTURANE® tablets 100mg 100's | 0083-0041-30 | $32.20 | $38.64 |
| ANTURANE® capsules 200mg 100's | 0083-0168-30 | $51.85 | $62.22 |
| APRESAZIDE® capsules 25/25mg 100's | 0083-0139-30 | $37.05 | $44.46 |
| APRESAZIDE® capsules 50/50mg 100's | 0083-0149-30 | $55.35 | $66.42 |
| APRESAZIDE® capsules 100/50 mg 100's | 0083-0159-30 | $67.45 | $80.94 |
| APRESOLINE® hydrochloride tablets 10mg 100's | 0083-0037-30 | $19.50 | $23.40 |
| APRESOLINE® hydrochloride tablets 25mg 100's | 0083-0039-30 | $27.85 | $33.42 |
| APRESOLINE® hydrochloride tablets 50mg 100's | 0083-0073-30 | $41.55 | $49.86 |
| APRESOLINE® hydrochloride tablets 100mg 100's | 0083-0101-30 | $58.45 | $70.14 |
| AREDIA® vials 30/470mg 4's | 0083-2601-04 | $690.85 | $829.02 |
| AREDIA® vials 60/400mg 1 | 0083-2606-01 | $340.45 | $408.54 |
| AREDIA® vials 90/375mg 1 | 0083-2609-01 | • $498.20 | • $597.84 |
| BELLERGAL-S® tablets 100's | 0078-0031-05 | • $87.60 | • $105.12 |
| BRETHAIRE® 7.5mL complete unit | 0028-5557-88 | $19.65 | $23.58 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 1

Confidential                                                                                                        NPC0043574

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| BRETHAIRE® 7.5mL refill | 0028-5557-87 | $17.40 | $20.88 |
| BRETHANCER® spacer-inhaler complete unit | 0028-5567-01 | $10.55 | $12.66 |
| BRETHINE® ampuls 1mg/mL 10's | 0028-7507-23 | $17.60 | $21.12 |
| BRETHINE® ampuls 1mg/mL 100's | 0028-7507-01 | $140.05 | $168.06 |
| BRETHINE® tablets 2.5mg 100's | 0028-0072-01 | $24.05 | $28.86 |
| BRETHINE® tablets 2.5mg 1000's | 0028-0072-10 | $226.95 | $272.34 |
| BRETHINE® tablets 2.5mg 100's (Unit Dose) | 0028-0072-61 | $26.45 | $31.74 |
| BRETHINE® tablets 2.5mg Gy-Pak 100's (12 x 100) | 0028-0072-65 | $289.70 | $347.64 |
| BRETHINE® tablets 5mg 100's | 0028-0105-01 | $34.60 | $41.52 |
| BRETHINE® tablets 5mg 1000's | 0028-0105-10 | $327.20 | $392.64 |
| BRETHINE® tablets 5mg 100's (Unit Dose) | 0028-0105-61 | $37.00 | $44.40 |
| BRETHINE® tablets 5mg Gy-Pak 100's (12 x 100) | 0028-0105-65 | $416.85 | $500.22 |
| CAFERGOT® suppositories §§ 12's | 0078-0033-02 | • $45.50 | • $54.60 |
| CATAFLAM® tablets 50mg 100's | 0028-0151-01 | • $129.15 | • $154.98 |
| CATAFLAM® tablets 50mg 100's (Unit Dose) | 0028-0151-61 | • $138.20 | • $165.84 |
| CLOZARIL® tablets 25mg 100's | 0078-0126-05 | • $113.30 | • $135.96 |
| CLOZARIL® tablets 25mg † 100's | 0078-0126-06 | • $113.30 | • $135.96 |
| CLOZARIL® tablets 100mg 100's | 0078-0127-05 | • $293.55 | • $352.26 |
| CLOZARIL® tablets 100mg † 100's | 0078-0127-06 | • $293.55 | • $352.26 |
| CYTADREN® tablets 250mg 100's | 0083-0024-30 | $97.80 | $117.36 |
| DESFERAL® vials 500mg 4's | 0083-3801-04 | $37.30 | $44.76 |
| D.H.E. 45® ampuls 1mL(1mg) † 10's | 0078-0041-01 | • $98.60 | • $118.32 |
| DIOVAN™ capsules 80mg 100's | 0083-4000-01 | $93.60 | $112.32 |
| DIOVAN™ capsules 80mg 100's (Unit Dose) | 0083-4000-61 | $93.60 | $112.32 |
| DIOVAN™ capsules 160mg 100's | 0083-4001-01 | $93.60 | $112.32 |
| DIOVAN™ capsules 160mg 100's (Unit Dose) | 0083-4001-61 | $93.60 | $112.32 |
| DYNACIRC® capsules 2.5mg 100's | 0078-0226-05 | • $52.50 | • $63.00 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 2

Confidential                                                                                                   NPC0043575

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| DYNACIRC® capsules 2.5mg 60's | 0078-0226-44 | • $32.30 | • $38.76 |
| DYNACIRC® capsules 5mg 100's | 0078-0227-05 | • $77.05 | • $92.46 |
| DYNACIRC® capsules 5mg 60's | 0078-0227-44 | • $47.05 | • $56.46 |
| DYNACIRC CR® tablets 5mg 30's | 0078-0235-15 | • $27.90 | • $33.48 |
| DYNACIRC CR® tablets 5mg 100's | 0078-0235-05 | • $91.00 | • $109.20 |
| DYNACIRC CR® tablets 10mg 30's | 0078-0236-15 | • $44.35 | • $53.22 |
| DYNACIRC CR® tablets 10mg 100's | 0078-0236-05 | • $145.00 | • $174.00 |
| ESIDRIX® tablets 25mg 100's | 0083-0022-30 | $11.30 | $13.56 |
| ESIDRIX® tablets 50mg 100's | 0083-0046-30 | $17.85 | $21.42 |
| ESTRADERM® system 0.05 mg. (1 x 24) | 0083-2310-24 | $49.15 | $58.98 |
| ESTRADERM® system 0.05mg (6 x 8) | 0083-2310-62 | $101.30 | $121.56 |
| ESTRADERM® system 0.1mg (1 x 24) | 0083-2320-24 | $53.60 | $64.32 |
| ESTRADERM® system 0.1mg (6 x 8) | 0083-2320-62 | $110.45 | $132.54 |
| FIORICET® tablets 100's | 0078-0084-05 | • $45.90 | • $55.08 |
| FIORICET® tablets † 100's | 0078-0084-06 | • $50.20 | • $60.24 |
| FIORICET® tablets 500's | 0078-0084-08 | • $219.20 | • $263.04 |
| FIORICET® w/Cod. CIII capsules 30mg 100's | 0078-0243-05 | • $96.20 | • $115.44 |
| FIORINAL® CIII capsules 100's | 0078-0103-05 | • $45.90 | • $55.08 |
| FIORINAL® CIII capsules 500's | 0078-0103-08 | • $219.20 | • $263.04 |
| FIORINAL® CIII capsules †† 25's | 0078-0103-13 | • $16.60 | • $19.92 |
| FIORINAL® CIII tablets 100's | 0078-0104-05 | • $45.90 | • $55.08 |
| FIORINAL® CIII tablets † 100's | 0078-0104-06 | • $50.20 | • $60.24 |
| FIORINAL® CIII tablets 1000's | 0078-0104-09 | • $428.55 | • $514.26 |
| FIORINAL® w/Cod. CIII 30mg capsules 100's | 0078-0107-05 | • $96.20 | • $115.44 |
| FIORINAL® w/Cod. CIII 30mg capsules †† 25's | 0078-0107-13 | • $30.20 | • $36.24 |
| HYDERGINE® LC liquid capsules 1mg 100's | 0078-0101-05 | • $69.55 | • $83.46 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 3

Confidential

NPC0043576

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM  eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| HYDERGINE®LC liquid capsules 1mg † 100's | 0078-0101-06 | • $73.80 | • $88.56 |
| HYDERGINE®LC liquid capsules 1mg 500's | 0078-0101-08 | • $339.00 | • $406.80 |
| HYDERGINE® liquid 1mg/mL 100mL | 0078-0100-36 | • $54.40 | • $65.28 |
| HYDERGINE® oral tablets 1mg 100's | 0078-0070-05 | • $66.10 | • $79.32 |
| HYDERGINE® oral tablets 1mg † 100's | 0078-0070-06 | • $68.30 | • $81.96 |
| HYDERGINE® oral tablets 1mg 500's | 0078-0070-08 | • $315.50 | • $378.60 |
| ISMELIN® sulfate tablets 10mg 100's | 0083-0049-30 | $47.00 | $56.40 |
| ISMELIN® sulfate tablets 25mg 100's | 0083-0103-30 | $76.80 | $92.16 |
| KLORVESS® effervescent granules 30's | 0078-0205-15 | • $19.60 | • $23.52 |
| KLORVESS® liquid 10% pint bottle | 0078-0207-33 | • $20.65 | • $24.78 |
| LAMISIL® cream 1% 15gm tube | 0078-0170-40 | • $23.65 | • $28.38 |
| LAMISIL® cream 1% 30gm tube | 0078-0170-46 | • $42.35 | • $50.82 |
| LAMISIL® oral tablets, equivalent to 250mg base, 30's | 0078-0179-15 | • $155.50 | • $186.60 |
| LAMISIL® oral tablets, equivalent to 250mg base, 100's | 0078-0179-05 | • $518.20 | • $621.84 |
| LAMPRENE® capsules 50mg 100's | 0028-0108-01 | $12.20 | $14.64 |
| LESCOL® capsules 20mg 30's | 0078-0176-15 | • $30.50 | • $36.60 |
| LESCOL® capsules 20mg 100's | 0078-0176-05 | • $101.50 | • $121.80 |
| LESCOL® capsules 40mg 30's | 0078-0234-15 | • $34.10 | • $40.92 |
| LESCOL® capsules 40mg 100's | 0078-0234-05 | • $113.50 | • $136.20 |
| LIORESAL® tablets 10mg 100's | 0028-0023-01 | $46.35 | $55.62 |
| LIORESAL® tablets 10mg 100's (Unit Dose) | 0028-0023-61 | $49.05 | $58.86 |
| LIORESAL® tablets 20mg 100's | 0028-0033-01 | $84.85 | $101.82 |
| LIORESAL® tablets 20mg 100's (Unit Dose) | 0028-0033-61 | $87.85 | $105.42 |
| LOPRESSOR® ampuls 5mg/5mL 12's | 0028-4201-33 | • $63.55 | • $76.26 |
| LOPRESSOR® tablets 50mg 100's | 0028-0051-01 | • $49.75 | • $59.70 |
| LOPRESSOR® tablets 50mg 1000's | 0028-0051-10 | • $492.00 | • $590.40 |

**• PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 4

Confidential

NPC0043577

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)
Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
| --- | --- | --- | --- |
| LOPRESSOR® tablets 50mg 100's (Unit Dose) | 0028-0051-61 | • $54.00 | • $64.80 |
| LOPRESSOR® tablets 50mg Gy-Pak 100's (12x100) | 0028-0051-65 | • $598.75 | • $718.50 |
| LOPRESSOR® tablets 100mg 100's | 0028-0071-01 | • $74.70 | • $89.64 |
| LOPRESSOR® tablets 100mg 1000's | 0028-0071-10 | • $739.35 | • $887.22 |
| LOPRESSOR® tablets 100mg 100's (Unit Dose) | 0028-0071-61 | • $78.40 | • $94.08 |
| LOPRESSOR® tablets 100mg Gy-Pak 100's (12x100) | 0028-0071-65 | • $898.40 | • $1,078.08 |
| LOPRESSOR HCT® tablets 50/25mg 100's | 0028-0035-01 | • $57.05 | • $68.46 |
| LOPRESSOR HCT® tablets 100/25mg 100's | 0028-0053-01 | • $89.15 | • $106.98 |
| LOPRESSOR HCT® tablets 100/50mg 100's | 0028-0073-01 | • $94.55 | • $113.46 |
| LOTENSIN® tablets 5mg 100's | 0083-0059-30 | $60.20 | $72.24 |
| LOTENSIN® tablets 5mg 100's (Unit Dose) | 0083-0059-32 | $60.20 | $72.24 |
| LOTENSIN® tablets 10mg 100's | 0083-0063-30 | $60.20 | $72.24 |
| LOTENSIN® tablets 10mg 100's (Unit Dose) | 0083-0063-32 | $60.20 | $72.24 |
| LOTENSIN® tablets 20mg 100's | 0083-0079-30 | $60.20 | $72.24 |
| LOTENSIN® tablets 20mg 100's (Unit Dose) | 0083-0079-32 | $60.20 | $72.24 |
| LOTENSIN® tablets 40mg 100's | 0083-0094-30 | $60.20 | $72.24 |
| LOTENSIN® tablets 40mg 100's (Unit Dose) | 0083-0094-32 | $60.20 | $72.24 |
| LOTENSIN HCT® tablets 5mg/6.25mg 100's | 0083-0057-30 | $60.20 | $72.24 |
| LOTENSIN HCT® tablets 10mg/12.5mg 100's | 0083-0072-30 | $60.20 | $72.24 |
| LOTENSIN HCT® tablets 20mg/12.5mg 100's | 0083-0074-30 | $60.20 | $72.24 |
| LOTENSIN HCT® tablets 20mg/25mg 100's | 0083-0075-30 | $60.20 | $72.24 |
| LOTREL® capsules 2.5mg/10mg 100's | 0083-2255-30 | $118.00 | $141.60 |
| LOTREL® capsules 5mg/10mg 100's | 0083-2260-30 | $118.00 | $141.60 |
| LOTREL® capsules 5mg/20mg 100's | 0083-2265-30 | $123.85 | $148.62 |
| LUDIOMIL® tablets 25mg 100's | 0083-0110-30 | $42.35 | $50.82 |
| LUDIOMIL® tablets 50mg 100's | 0083-0026-30 | $62.70 | $75.24 |
| LUDIOMIL® tablets 75mg 100's | 0083-0135-30 | $86.05 | $103.26 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Confidential

NPC0043578

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| MELLARIL® concentrate 30mg/mL, 4oz. bottle | 0078-0001-31 | • $29.60 | • $35.52 |
| MELLARIL® concentrate 100mg/mL, 4oz. bottle | 0078-0009-31 | • $77.25 | • $92.70 |
| MELLARIL-S® suspension 25mg/5mL pint bottle | 0078-0068-33 | • $46.55 | • $55.86 |
| MELLARIL-S® suspension 100mg/5mL pint bottle | 0078-0069-33 | • $95.70 | • $114.84 |
| MELLARIL® tablets 10mg 100's | 0078-0002-05 | • $27.40 | • $32.88 |
| MELLARIL® tablets 10mg † 100's | 0078-0002-06 | • $29.45 | • $35.34 |
| MELLARIL® tablets 10mg 1000's | 0078-0002-09 | • $263.30 | • $315.96 |
| MELLARIL® tablets 15mg 100's | 0078-0008-05 | • $32.30 | • $38.76 |
| MELLARIL® tablets 25mg 100's | 0078-0003-05 | • $38.55 | • $46.26 |
| MELLARIL® tablets 25mg † 100's | 0078-0003-06 | • $40.95 | • $49.14 |
| MELLARIL® tablets 25mg 1000's | 0078-0003-09 | • $370.10 | • $444.12 |
| MELLARIL® tablets 50mg 100's | 0078-0004-05 | • $46.80 | • $56.16 |
| MELLARIL® tablets 50mg † 100's | 0078-0004-06 | • $48.70 | • $58.44 |
| MELLARIL® tablets 50mg 1000's | 0078-0004-09 | • $452.50 | • $543.00 |
| MELLARIL® tablets 100mg 100's | 0078-0005-05 | • $54.95 | • $65.94 |
| MELLARIL® tablets 100mg † 100's | 0078-0005-06 | • $56.90 | • $68.28 |
| MELLARIL® tablets 100mg 1000's | 0078-0005-09 | • $534.55 | • $641.46 |
| MELLARIL® tablets 150mg 100's | 0078-0006-05 | • $72.30 | • $86.76 |
| MELLARIL® tablets 200mg 100's | 0078-0007-05 | • $82.35 | • $98.82 |
| MELLARIL® tablets 200mg † 100's | 0078-0007-06 | • $84.45 | • $101.34 |
| MESANTOIN® tablets 100mg 100's | 0078-0052-05 | • $25.95 | • $31.14 |
| METHERGINE® ampuls 1mL (0.2mg) † 20's | 0078-0053-03 | • $52.90 | • $63.48 |
| METHERGINE® ampuls 1mL (0.2mg) † 50's | 0078-0053-04 | • $127.20 | • $152.64 |
| METHERGINE® tablets 0.2mg 100's | 0078-0054-05 | • $47.95 | • $57.54 |
| METHERGINE® tablets 0.2mg † 100's | 0078-0054-06 | • $50.25 | • $60.30 |
| METHERGINE® tablets 0.2mg 1000's | 0078-0054-09 | • $466.70 | • $560.04 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Confidential

NPC0043579

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)
Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| METOPIRONE capsules 250mg 18's | 0083-0133-11 | • $38.42 | • $46.10 |
| MIACALCIN® 200 I.U./mL multi-dose vials, 2mL | 0078-0149-23 | • $25.90 | • $31.08 |
| MIACALCIN® nasal spray (2) 2mL | 0078-0311-90 | • $43.20 | • $51.84 |
| NEO-CALGLUCON® syrup 1.8g/5mL pint bottle (OTC) | 0078-0056-33 | • $21.95 | • $26.34 |
| NEORAL® soft gelatin capsules 25mg † 30's | 0078-0246-15 | • $34.90 | • $41.88 |
| NEORAL® soft gelatin capsules 100mg † 30's | 0078-0248-15 | • $139.45 | • $167.34 |
| NEORAL® oral solution 50mL bottle | 0078-0274-22 | • $242.20 | • $290.64 |
| PAMELOR® capsules 10mg 100's | 0078-0086-05 | • $43.80 | • $52.56 |
| PAMELOR® capsules 10mg † 100's | 0078-0086-06 | • $48.35 | • $58.02 |
| PAMELOR® capsules 25mg 100's | 0078-0087-05 | • $87.40 | • $104.88 |
| PAMELOR® capsules 25mg † 100's | 0078-0087-06 | • $91.80 | • $110.16 |
| PAMELOR® capsules 25mg 500's | 0078-0087-08 | • $427.30 | • $512.76 |
| PAMELOR® capsules 50mg 100's | 0078-0078-05 | • $164.70 | • $197.64 |
| PAMELOR® capsules 50mg † 100's | 0078-0078-06 | • $168.90 | • $202.68 |
| PAMELOR® capsules 75mg 100's | 0078-0079-05 | • $251.05 | • $301.26 |
| PAMELOR® solution 10mg/5mL pint bottle | 0078-0016-33 | • $50.25 | • $60.30 |
| PARLODEL® capsules 5mg 30's | 0078-0102-15 | • $70.60 | • $84.72 |
| PARLODEL® capsules 5mg 100's | 0078-0102-05 | • $222.95 | • $267.54 |
| PARLODEL Snaptabs® 2.5mg 30's | 0078-0017-15 | • $43.95 | • $52.74 |
| PARLODEL Snaptabs® 2.5mg 100's | 0078-0017-05 | • $146.10 | • $175.32 |
| PBZ® tablets 25mg 100's | 0028-0111-01 | $13.40 | $16.08 |
| PBZ® tablets 50mg 100's | 0028-0117-01 | $20.35 | $24.42 |
| PBZ-SR® extended release tablets 100mg 100's | 0028-0048-01 | $33.45 | $40.14 |
| PRISCOLINE® hydrochloride ampuls injection 100mg/4mL 4's | 0083-6733-04 | $44.90 | $53.88 |
| REGITINE® vials packages of 2 | 0083-6830-02 | • $50.71 | • $60.85 |
| RESTORIL® CIV capsules 7.5mg 100's | 0078-0140-05 | • $55.90 | • $67.08 |

• PRODUCTS NOT EFFECTED BY PRICE INCREASE.

Page 7

Confidential
NPC0043580

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| RESTORIL® CIV capsules 7.5mg † 100's | 0078-0140-06 | • $57.50 | • $69.00 |
| RESTORIL® CIV capsules 15mg 100's | 0078-0098-05 | • $62.50 | • $75.00 |
| RESTORIL® CIV capsules 15mg † 100's | 0078-0098-06 | • $64.10 | • $76.92 |
| RESTORIL® CIV capsules 15mg 500's | 0078-0098-08 | • $292.60 | • $351.12 |
| RESTORIL® CIV capsules 30mg 100's | 0078-0099-05 | • $69.90 | • $83.88 |
| RESTORIL® CIV capsules 30mg † 100's | 0078-0099-06 | • $71.40 | • $85.68 |
| RESTORIL® CIV capsules 30mg 500's | 0078-0099-08 | • $338.80 | • $406.56 |
| RIMACTANE® capsules 300mg 100's | 0083-0154-30 | $150.70 | $180.84 |
| RITALIN® hydrochloride CII tablets 5mg 100's | 0083-0007-30 | • $29.95 | • $35.94 |
| RITALIN® hydrochloride CII tablets 10mg 100's | 0083-0003-30 | • $42.70 | • $51.24 |
| RITALIN® hydrochloride CII tablets 20mg 100's | 0083-0034-30 | • $61.40 | • $73.68 |
| RITALIN-SR® CII sustained-release tablets 20mg 100's | 0083-0016-30 | • $94.00 | • $112.80 |
| SANDIMMUNE® 5mL(250mg) ampuls 10's | 0078-0109-01 | • $229.25 | • $275.10 |
| SANDIMMUNE® oral solution 50mL bottle | 0078-0110-22 | • $257.00 | • $308.40 |
| SANDIMMUNE® soft gelatin capsules 25mg † 30's | 0078-0240-15 | • $38.65 | • $46.38 |
| SANDIMMUNE® soft gelatin capsules 100mg † 30's | 0078-0241-15 | • $154.30 | • $185.16 |
| SANDOGLOBULIN® IV 1gm | 0078-0120-94 | • $58.35 | • $70.02 |
| SANDOGLOBULIN® IV 3gm | 0078-0122-95 | • $111.00 | • $133.20 |
| SANDOGLOBULIN® IV 6gm | 0078-0124-96 | • $210.00 | • $252.00 |
| SANDOGLOBULIN® IV 12gm | 0078-0244-93 | • $420.00 | • $504.00 |
| SANDOGLOBULIN® 3gm vials ≫ 10's | 0078-0122-19 | • $1,087.50 | • $1,305.00 |
| SANDOGLOBULIN® 6gm vials ≫ 10's | 0078-0124-19 | • $2,070.00 | • $2,484.00 |
| SANDOGLOBULIN® 12gm vials ≫ 10's | 0078-0244-19 | • $4,130.00 | • $4,956.00 |
| SANDOSTATIN® ampuls 50mcg 20's | 0078-0180-03 | • $89.40 | • $107.28 |
| SANDOSTATIN® ampuls 50mcg 50's | 0078-0180-04 | • $221.10 | • $265.32 |
| SANDOSTATIN® ampuls 100mcg 20's | 0078-0181-03 | • $170.10 | • $204.12 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 8

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| SANDOSTATIN® ampuls 100mcg 50's | 0078-0181-04 | • $420.75 | • $504.90 |
| SANDOSTATIN® ampuls 500mcg 20's | 0078-0182-03 | • $792.50 | • $951.00 |
| SANDOSTATIN® ampuls 500mcg 50's | 0078-0182-04 | • $1,961.10 | • $2,353.32 |
| SANDOSTATIN® multi-dose vials 200mcg/mL, 5mL | 0078-0183-25 | • $88.10 | • $105.72 |
| SANDOSTATIN® multi-dose vials 1000mcg/mL, 5mL | 0078-0184-25 | • $433.50 | • $520.20 |
| SANOREX® CIV tablets 1mg 100's | 0078-0071-05 | • $115.40 | • $138.48 |
| SANOREX® CIV tablets 2mg 100's | 0078-0066-05 | • $183.10 | • $219.72 |
| SANSERT® tablets 2mg 100's | 0078-0058-05 | • $157.70 | • $189.24 |
| SER-AP-ES® tablets 100's | 0083-0071-30 | $46.40 | $55.68 |
| SER-AP-ES® tablets 1000's | 0083-0071-40 | $459.00 | $550.80 |
| SLOW-K® tablets 600mg 100's | 57267-165-30 | $15.90 | $19.08 |
| SLOW-K® tablets 600mg 1000's | 57267-165-40 | $157.25 | $188.70 |
| SLOW-K® tablets 600mg Consumer Packs (12 x 100) | 57267-165-65 | $192.55 | $231.06 |
| SYNTOCINON® Injection ampuls 1mL † 50's | 0078-0060-04 | • $130.90 | • $157.08 |
| TAVIST® tablets 2.68mg 100's | 0078-0072-05 | • $100.80 | • $120.96 |
| TEGRETOL® chewable 100's tablets 100mg 100's | 0083-0052-30 | $17.40 | $20.88 |
| TEGRETOL® chewable tablets 100mg 100's (Unit Dose) | 0083-0052-32 | $19.55 | $23.46 |
| TEGRETOL® suspension 450mL | 0083-0019-76 | $21.35 | $25.62 |
| TEGRETOL® tablets 200mg 100's | 0083-0027-30 | $33.15 | $39.78 |
| TEGRETOL® tablets 200mg 100's (Unit Dose) | 0083-0027-32 | $35.45 | $42.54 |
| TEGRETOL® tablets 200mg 1000's | 0083-0027-40 | $327.65 | $393.18 |
| TEGRETOL-XR® tablets 100mg 100's | 0083-0061-30 | • $16.60 | • $19.92 |
| TEGRETOL-XR® tablets 100mg 100's (Unit Dose) | 0083-0061-32 | • $17.75 | • $21.30 |
| TEGRETOL-XR® tablets 200mg 100's | 0083-0062-30 | • $33.15 | • $39.78 |
| TEGRETOL-XR® 200mg 100's (Unit Dose) | 0083-0062-32 | • $35.45 | • $42.54 |
| TEGRETOL-XR® tablets 400mg 100's | 0083-0060-30 | • $66.25 | • $79.50 |
| TEGRETOL-XR® tablets 400mg 100's (Unit Dose) | 0083-0060-32 | • $70.90 | • $85.08 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Confidential                                                                                      NPC0043582

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| TOFRANIL® tablets 10mg 100's | 0028-0032-01 | $24.60 | $29.52 |
| TOFRANIL® tablets 25mg 100's | 0028-0140-01 | $41.10 | $49.32 |
| TOFRANIL® tablets 50mg 100's | 0028-0136-01 | $69.80 | $83.76 |
| TOFRANIL-PM® capsules 75mg 30's | 0028-0020-26 | $29.95 | $35.94 |
| TOFRANIL-PM® capsules 75mg 100's | 0028-0020-01 | $97.60 | $117.12 |
| TOFRANIL-PM® capsules 100mg 100's | 0028-0040-01 | $128.35 | $154.02 |
| TOFRANIL-PM® capsules 100mg 30's | 0028-0040-26 | $39.35 | $47.22 |
| TOFRANIL-PM® tablets 125mg 30's | 0028-0045-26 | $48.90 | $58.68 |
| TOFRANIL-PM® capsules 125mg 100's | 0028-0045-01 | $160.05 | $192.06 |
| TOFRANIL-PM® capsules 150mg 30's | 0028-0022-26 | $55.90 | $67.08 |
| TOFRANIL-PM® capsules 150mg 100's | 0028-0022-01 | $182.40 | $218.88 |
| TRANSDERM-NITRO® 0.4mg/hr. 30's** | 57267-910-42 | • $46.92 | • $56.30 |
| TRANSDERM-NITRO® 0.1mg/hr. 30's | 57267-902-26 | • $40.11 | • $48.13 |
| TRANSDERM-NITRO® 0.2mg/hr. 30's | 57267-905-26 | • $41.06 | • $49.27 |
| TRANSDERM-NITRO® 0.4mg/hr. 30's | 57267-910-26 | • $46.92 | • $56.30 |
| TRANSDERM-NITRO® 0.6mg/hr. 30's | 57267-915-26 | • $51.71 | • $62.05 |
| VISKEN® tablets 5mg 100's | 0078-0111-05 | • $73.85 | • $88.62 |
| VISKEN® tablets 10mg 100's | 0078-0073-05 | • $97.80 | • $117.36 |
| VIVELLE™ 0.0375 mg/day (1x24) | 0083-2325-25 | • $48.05 | • $57.66 |
| VIVELLE™ 0.0375mg/day (6 x 8) | 0083-2325-62 | • $99.04 | • $118.85 |
| VIVELLE™ 0.05 mg/day (6 x 8) | 0083-2326-62 | • $101.06 | • $121.27 |
| VIVELLE™ 0.05mg/day (1 x 24) | 0083-2326-25 | • $49.03 | • $58.84 |
| VIVELLE™ 0.075 mg/day (1 x 24) | 0083-2327-25 | • $50.02 | • $60.02 |
| VIVELLE™ 0.075 mg/day (6 x 8) | 0083-2327-62 | • $103.11 | • $123.73 |
| VIVELLE™ 0.1mg/day (1 x 24) | 0083-2328-25 | • $51.01 | • $61.21 |
| VIVELLE™ 0.1mg/day (6 x 8) | 0083-2328-62 | • $105.15 | • $126.18 |
| VOLTAREN® tablets 25mg 100's | 0028-0258-01 | • $47.20 | • $56.64 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Confidential

NPC0043583

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| VOLTAREN® tablets 25mg 100's (Unit Dose) | 0028-0258-61 | • $50.45 | • $60.54 |
| VOLTAREN® tablets 25mg 60's | 0028-0258-60 | • $28.30 | • $33.96 |
| VOLTAREN® tablets 50mg 100's | 0028-0262-01 | • $91.70 | • $110.04 |
| VOLTAREN® tablets 50mg 100's (Unit Dose) | 0028-0262-61 | • $98.10 | • $117.72 |
| VOLTAREN® tablets 50mg 60's | 0028-0262-60 | • $55.00 | • $66.00 |
| VOLTAREN® tablets 50mg 1000's | 0028-0262-10 | • $900.95 | • $1,081.14 |
| VOLTAREN® tablets 75mg 100's | 0028-0264-01 | • $111.05 | • $133.26 |
| VOLTAREN® tablets 75mg 100's (Unit Dose) | 0028-0264-61 | • $118.80 | • $142.56 |
| VOLTAREN® tablets 75mg 60's | 0028-0264-60 | • $66.65 | • $79.98 |
| VOLTAREN® 75mg 1000's | 0028-0264-10 | • $1,091.15 | • $1,309.38 |
| VOLTAREN-XR® tablets 100mg 100's | 0028-0205-01 | $211.05 | $253.26 |
| VOLTAREN-XR® tablets 100mg 100's (Unit Dose) | 0028-0205-61 | $212.70 | $255.24 |

LEGEND:
† **SandoPak®** (unit-dose) packages are packages of individually blister-sealed ampuls, capsules or tablets;
  - as 100's: 2 x 5 strips or 1 x 10 strips, 10 blisters per strip; ampuls of 20 or 50, 5 blisters per strip;
  - as 30's: three blister cards of 10 capsules.
†† **ControlPak®** unit-dose tamper-resistant package of 25 capsules:
  - as continuous rolls of blisters, reverse-numbered.
§§ **SigPak®** (dispensing unit) packages are unit-of-use packages and containers.
➢ **Bulk Pak** contains 1000 packets or tablets or 10 ampuls, bottles or vials.
    CII - Schedule II Controlled Substance - DEA 222 Form Required
    CIII - Schedule III Controlled Substance        CIV - Schedule IV Controlled Substance
** Institutional Use Only

Novartis Pharmaceuticals Corporation
Distribution & Customer Service Department
East Hanover, New Jersey 07936-1080
1-800-526-0175

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 11

Confidential                                                                 NPC0043584