# EXHIBIT 6

# EXHIBIT 6



Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8300

July 1, 1999

TO:  THIRD PARTY JOURNAL

*NOTICE OF PRICE ADJUSTMENT*

Enclosed is a copy of the Novartis Pharmaceuticals Corporation Price List which became effective on Thursday, July 1, 1999 at 4:30 p.m. eastern time.

As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price", in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Please use the enclosed information to update your system. Should you have any questions, please contact Barbara Hasbrouck at 973-781-7982.

Sincerely,

Kathleen M. Duffy
Executive Director,
Distribution and Customer Service

KMD:bah

61d99

# Novartis Pharmaceuticals Corporation

## PRICE LIST
### EFFECTIVE JULY 1, 1999

Pricing shown effective July 1, 1999 at 4:30 PM eastern time, and is subject to change without notice.

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | AWP | Cost Price To Wholesaler |
|---|---|---|---|---|
| ACTIGALL® capsules 300mg 100's | 12* | 0078-0319-05 | ● $262.52 | ● $218.77 |
| ANAFRANIL® capsules 25mg 100's | 12* | 58887-115-30 | $103.41 | $86.18 |
| ANAFRANIL® capsules 25mg 100's (Unit Dose) | 1 | 0078-0316-06 | $107.76 | $89.80 |
| ANAFRANIL® capsules 50mg 100's | 12* | 0078-0317-05 | $139.38 | $116.15 |
| ANAFRANIL® capsules 50mg 100's (Unit Dose) | 1 | 0078-0317-06 | $144.56 | $120.47 |
| ANAFRANIL® capsules 75mg 100's | 12* | 58887-117-30 | $183.47 | $152.90 |
| ANAFRANIL® capsules 75mg 100's (Unit Dose) | 1 | 58887-117-32 | $191.82 | $159.85 |
| ANTURANE® capsules 100mg 100's | 12* | 0083-0041-30 | $45.15 | $37.63 |
| ANTURANE® tablets 200mg 100's | 12* | 0083-0168-30 | $72.70 | $60.59 |
| APRESAZIDE® capsules 25/25mg 100's | 12* | 0083-0139-30 | ● $49.52 | ● $41.27 |
| APRESAZIDE® capsules 50/50mg 100's | 12* | 0083-0149-30 | ● $73.99 | ● $61.65 |
| APRESOLINE® hydrochloride tablets 10mg 100's | 12* | 0083-0037-30 | ● $26.07 | ● $21.72 |
| APRESOLINE® hydrochloride tablets 50mg 100's | 12* | 0083-0073-30 | ● $55.54 | ● $46.28 |
| APRESOLINE® hydrochloride tablets 100mg 100's | 12* | 0083-0101-30 | ● $78.13 | ● $65.11 |
| AREDIA® vials 30/470mg 4's | 1 | 0083-2601-04 | $979.01 | $815.84 |
| AREDIA® vials 90/375mg 1 | 12 | 0083-2609-01 | $678.31 | $565.26 |
| BELLERGAL-S® tablets 100's | 12* | 0078-0031-05 | ● $117.09 | ● $97.58 |
| BRETHANCER® spacer-inhaler complete unit | 6 | 0028-5567-01 | ● $14.10 | ● $11.75 |
| BRETHINE® tablets 2.5mg 100's | 12* | 0028-0072-01 | $33.72 | $28.10 |
| BRETHINE® tablets 2.5mg 1000's | 1 | 0028-0072-10 | $318.22 | $265.19 |
| BRETHINE® tablets 2.5mg 100's (Unit Dose) | 1 | 0028-0072-61 | $37.09 | $30.91 |
| BRETHINE® tablets 5mg 100's | 12* | 0028-0105-01 | $48.52 | $40.43 |
| BRETHINE® tablets 5mg 1000's | 1 | 0028-0105-10 | $458.79 | $382.33 |
| BRETHINE® tablets 5mg Gy-Pak 100's (12 x 100) | 1 | 0028-0105-65 | $584.50 | $487.08 |
| BRETHINE® tablets 5mg 100's (Unit Dose) | 1 | 0028-0105-61 | $51.88 | $43.23 |
| BRETHINE® ampuls 1mg/mL 10's | 1 | 0028-7507-23 | $24.68 | $20.57 |
| BRETHINE® ampuls 1mg/mL 100's | 1 | 0028-7507-01 | $196.37 | $163.65 |

● **PRODUCTS NOT EFFECTED BY JULY 1, 1999 PRICE INCREASE.**

\* Sold only in shelf cartons

Page 1 of 10

Confidential                                                                                                              NPC0043534

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 1, 1999 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | AWP | Cost Price To Wholesaler |
|---|---|---|---|---|
| CAFERGOT® suppositories §§ 12's | 12* | 0078-0033-02 | ● $60.82 | ● $50.68 |
| CATAFLAM® tablets 50mg 100's | 12* | 0028-0151-01 | $181.09 | $150.91 |
| CATAFLAM® tablets 50mg 100's (Unit Dose) | 1 | 0028-0151-61 | $193.78 | $161.48 |
| CLOZARIL® tablets 25mg 100's | 12* | 0078-0126-05 | ● $135.96 | ● $113.30 |
| CLOZARIL® tablets 25mg † 100's | 3* | 0078-0126-06 | ● $135.96 | ● $113.30 |
| CLOZARIL® tablets 100mg 100's | 12* | 0078-0127-05 | ● $352.26 | ● $293.55 |
| CLOZARIL® tablets 100mg † 100's | 3* | 0078-0127-06 | ● $352.26 | ● $293.55 |
| CYTADREN® tablets 250mg 100's | 12* | 0083-0024-30 | $134.70 | $112.25 |
| DESFERAL® vials 500mg 4's | 1 | 0083-3801-04 | ● $48.27 | ● $40.23 |
| D.H.E. 45® ampuls 1mL(1mg) † 10's | 1 | 0078-0041-01 | $138.25 | $115.21 |
| DIOVAN™ capsules 80mg 100's | 12* | 0083-4000-01 | ● $125.10 | ● $100.08 |
| DIOVAN™ capsules 80mg 100's (Unit Dose) | 1 | 0083-4000-61 | ● $125.10 | ● $100.08 |
| DIOVAN™ capsules 160mg 100's | 12* | 0083-4001-01 | ● $125.10 | ● $100.08 |
| DIOVAN™ capsules 160mg 100's (Unit Dose) | 1 | 0083-4001-61 | ● $125.10 | ● $100.08 |
| DIOVAN HCT™ tablets 80/12.5mg 100's | 12 | 0078-0314-05 | ● $125.10 | ● $100.08 |
| DIOVAN HCT™ tablets 80/12.5mg 100's (Unit Dose) | 1 | 0078-0314-06 | ● $125.10 | ● $100.08 |
| DIOVAN HCT™ tablets 160/12.5mg 100's | 12 | 0078-0315-05 | ● $125.10 | ● $100.08 |
| DIOVAN HCT™ tablets 160/12.5mg 100's (Unit Dose) | 1 | 0078-0315-06 | ● $125.10 | ● $100.08 |
| DYNACIRC® capsules 2.5mg 100's | 12* | 0078-0226-05 | $73.61 | $61.35 |
| DYNACIRC® capsules 2.5mg 60's | 12* | 0078-0226-44 | $45.29 | $37.74 |
| DYNACIRC® capsules 5mg 100's | 12* | 0078-0227-05 | $108.04 | $90.03 |
| DYNACIRC® capsules 5mg 60's | 12* | 0078-0227-44 | $65.97 | $54.98 |
| DYNACIRC CR® tablets 5mg 100's | 12* | 0078-0235-05 | ● $121.64 | ● $101.36 |
| DYNACIRC CR® tablets 5mg 30's | 12* | 0078-0235-15 | ● $37.29 | ● $31.08 |
| DYNACIRC CR® tablets 10mg 100's | 12* | 0078-0236-05 | ● $193.82 | ● $161.52 |
| DYNACIRC CR® tablets 10mg 30's | 12* | 0078-0236-15 | ● $59.28 | ● $49.40 |
| ESIDRIX® tablets 25mg 100's | 12* | 0083-0022-30 | ● $15.10 | ● $12.59 |
| ESIDRIX® tablets 50mg 100's | 12* | 0083-0046-30 | ● $23.86 | ● $19.88 |
| ESTRADERM® system 0.05mg (6 x 8) | 1 | 0083-2310-62 | $140.82 | $117.35 |

● **PRODUCTS NOT EFFECTED BY JULY 1, 1999 PRICE INCREASE.**
* Sold only in shelf cartons

Page 2 of 10

Confidential                                                                                                                    NPC0043535

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 1, 1999 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | AWP | Cost Price To Wholesaler |
|---|---|---|---|---|
| ESTRADERM® system 0.05 mg. (1 x 24) | 1 | 0083-2310-24 | $68.33 | $56.94 |
| ESTRADERM® system 0.1mg (6 x 8) | 1 | 0083-2320-62 | $153.54 | $127.95 |
| ESTRADERM® system 0.1mg (1 x 24) | 1 | 0083-2320-24 | $74.51 | $62.09 |
| FEMARA® tablets 2.5mg 30's | 12* | 0078-0249-15 | ● $187.20 | ● $155.94 |
| FIORICET® tablets 100's | 12* | 0078-0084-05 | $64.97 | $54.14 |
| FIORICET® tablets † 100's | 3* | 0078-0084-06 | $71.06 | $59.22 |
| FIORICET® tablets 500's | 6* | 0078-0084-08 | $310.29 | $258.57 |
| FIORICET® w/Cod. CIII capsules 30mg 100's | 12* | 0078-0243-05 | $136.18 | $113.48 |
| FIORINAL® CIII capsules 100's | 12* | 0078-0103-05 | $64.97 | $54.14 |
| FIORINAL® CIII capsules 500's | 6* | 0078-0103-08 | $310.29 | $258.57 |
| FIORINAL® CIII capsules †† 25's | 6* | 0078-0103-13 | $23.50 | $19.58 |
| FIORINAL® w/Cod. CIII 30mg capsules 100's | 12* | 0078-0107-05 | $136.18 | $113.48 |
| FIORINAL® w/Cod. CIII 30mg capsules †† 25's | 6* | 0078-0107-13 | $42.75 | $35.62 |
| HYDERGINE®LC liquid capsules 1mg 100's | 12* | 0078-0101-05 | ● $92.97 | ● $77.47 |
| HYDERGINE®LC liquid capsules 1mg † 100's | 3* | 0078-0101-06 | ● $98.65 | ● $82.21 |
| HYDERGINE®LC liquid capsules 1mg 500's | 6 | 0078-0101-08 | ● $453.13 | ● $377.61 |
| HYDERGINE® liquid 1mg/mL 100mL | 12* | 0078-0100-36 | ● $72.72 | ● $60.60 |
| HYDERGINE® oral tablets 1mg 100's | 12* | 0078-0070-05 | ● $88.35 | ● $73.63 |
| HYDERGINE® oral tablets 1mg † 100's | 3* | 0078-0070-06 | ● $91.30 | ● $76.08 |
| HYDERGINE® oral tablets 1mg 500's | 12 | 0078-0070-08 | ● $421.72 | ● $351.43 |
| ISMELIN® sulfate tablets 25mg 100's | 12* | 0083-0103-30 | ● $102.66 | ● $85.55 |
| KLORVESS® effervescent granules 30's | 24* | 0078-0205-15 | ● $26.20 | ● $21.83 |
| KLORVESS® liquid 10% pint bottle | 6* | 0078-0207-33 | ● $27.60 | ● $23.00 |
| LAMISIL® oral tablets, equivalent to 250mg base, 100's | 12* | 0078-07179-05 | ● $729.43 | ● $607.85 |
| LAMISIL® oral tablets, equivalent to 250mg base, 30's | 12* | 0078-0179-15 | ● $218.88 | ● $182.40 |
| LAMISIL® 30mL/1% Solution | 6* | 0078-0328-82 | ● $62.21 | ● $51.84 |
| LAMPRENE® capsules 50mg 100's | 1 | 0028-0108-01 | ● $16.31 | ● $13.59 |
| LESCOL® capsules 20mg 100's | 12* | 0078-0176-05 | ● $125.45 | ● $104.55 |
| LESCOL® capsules 20mg 30's | 12* | 0078-0176-15 | ● $37.70 | ● $31.42 |

● **PRODUCTS NOT EFFECTED BY JULY 1, 1999 PRICE INCREASE.**
* Sold only in shelf cartons

Page 3 of 10

Confidential                                                                 NPC0043536

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 1, 1999 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | AWP | Cost Price To Wholesaler |
|---|---|---|---|---|
| LESCOL® capsules 40mg 100's | 12* | 0078-0234-05 | ● $125.45 | ● $104.55 |
| LESCOL® capsules 40mg 30's | 12* | 0078-0234-15 | ● $37.70 | ● $31.42 |
| LIORESAL® tablets 10mg 100's | 12* | 0028-0023-01 | ● $61.96 | ● $51.63 |
| LIORESAL® tablets 10mg 100's (Unit Dose) | 1 | 0028-0023-61 | ● $65.56 | ● $54.64 |
| LIORESAL® tablets 20mg 100's | 12* | 0028-0033-01 | ● $113.42 | ● $94.51 |
| LIORESAL® tablets 20mg 100's (Unit Dose) | 1 | 0028-0033-61 | ● $117.43 | ● $97.86 |
| LOPRESSOR® tablets 50mg 100's | 12* | 0028-0051-01 | $69.76 | $58.13 |
| LOPRESSOR® tablets 50mg 1000's | 1 | 0028-0051-10 | $689.87 | $574.89 |
| LOPRESSOR® tablets 50mg Gy-Pak 100's (12x100) | 1 | 0028-0051-65 | $839.55 | $699.63 |
| LOPRESSOR® tablets 50mg 100's (Unit Dose) | 1 | 0028-0051-61 | $75.72 | $63.10 |
| LOPRESSOR® tablets 100mg 100's | 12* | 0028-0071-01 | $104.74 | $87.29 |
| LOPRESSOR® tablets 100mg 1000's | 1 | 0028-0071-10 | $1,036.70 | $863.91 |
| LOPRESSOR® tablets 100mg Gy-Pak 100's (12x100) | 1 | 0028-0071-65 | $1,259.71 | $1,049.76 |
| LOPRESSOR® tablets 100mg 100's (Unit Dose) | 1 | 0028-0071-61 | $109.93 | $91.61 |
| LOPRESSOR® ampuls 5mg/5mL 12's | 1 | 0028-4201-33 | $89.11 | $74.26 |
| LOPRESSOR HCT® tablets 50/25mg 100's | 12* | 0028-0035-01 | $79.99 | $66.66 |
| LOPRESSOR HCT® tablets 100/25mg 100's | 12* | 0028-0053-01 | $125.00 | $104.17 |
| LOPRESSOR HCT® tablets 100/50mg 100's | 12* | 0028-0073-01 | $132.58 | $110.48 |
| LOTENSIN® tablets 5mg 90's (Unit of Use) | 12 | 0083-0059-90 | $75.03 | $62.53 |
| LOTENSIN® tablets 5mg 100's | 12* | 0083-0059-30 | $83.38 | $69.49 |
| LOTENSIN® tablets 5mg 100's (Unit Dose) | 1 | 0083-0059-32 | $83.38 | $69.49 |
| LOTENSIN® tablets 10mg 90's (Unit of Use) | 12 | 0083-0063-90 | $75.03 | $62.53 |
| LOTENSIN® tablets 10mg 100's | 12* | 0083-0063-30 | $83.38 | $69.49 |
| LOTENSIN® tablets 10mg 100's (Unit Dose) | 1 | 0083-0063-32 | $83.38 | $69.49 |
| LOTENSIN® tablets 20mg 90's (Unit of Use) | 12 | 0083-0079-90 | $75.03 | $62.53 |
| LOTENSIN® tablets 20mg 100's | 12* | 0083-0079-30 | $83.38 | $69.49 |
| LOTENSIN® tablets 20mg 100's (Unit Dose) | 1 | 0083-0079-32 | $83.38 | $69.49 |
| LOTENSIN® tablets 40mg 90's (Unit of Use) | 12 | 0083-0094-90 | $75.03 | $62.53 |

● **PRODUCTS NOT EFFECTED BY JULY 1, 1999 PRICE INCREASE.**
* Sold only in shelf cartons

Page 4 of 10

Confidential                                                                                          NPC0043537

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 1, 1999 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | AWP | Cost Price To Wholesaler |
|---|---|---|---|---|
| LOTENSIN® tablets 40mg 100's | 12* | 0083-0094-30 | $83.38 | $69.49 |
| LOTENSIN® tablets 40mg 100's (Unit Dose) | 1 | 0083-0094-32 | $83.38 | $69.49 |
| LOTENSIN HCT® tablets 5mg/6.25mg 100's | 12* | 0083-0057-30 | $83.38 | $69.49 |
| LOTENSIN HCT® tablets 10mg/12.5mg 100's | 12* | 0083-0072-30 | $83.38 | $69.49 |
| LOTENSIN HCT® tablets 20mg/12.5mg 100's | 12* | 0083-0074-30 | $83.38 | $69.49 |
| LOTENSIN HCT® tablets 20mg/25mg 100's | 12* | 0083-0075-30 | $83.38 | $69.49 |
| LOTREL® capsules 2.5mg/10mg 100's | 12* | 0083-2255-30 | $166.67 | $138.89 |
| LOTREL® capsules 5mg/10mg 100's | 12* | 0083-2260-30 | $166.67 | $138.89 |
| LOTREL® capsules 5mg/20mg 100's | 12* | 0083-2265-30 | $171.58 | $142.99 |
| LUDIOMIL® tablets 25mg 100's | 12* | 0083-0110-30 | ● $56.61 | ● $47.17 |
| LUDIOMIL® tablets 50mg 100's | 12* | 0083-0026-30 | ● $83.81 | ● $69.84 |
| LUDIOMIL® tablets 75mg 100's | 12* | 0083-0135-30 | ● $115.02 | ● $95.85 |
| MELLARIL® concentrate 30mg/mL, 4oz. bottle | 12* | 0078-0001-31 | $41.50 | $34.59 |
| MELLARIL® tablets 10mg 100's | 12* | 0078-0002-05 | $38.42 | $32.02 |
| MELLARIL® tablets 10mg † 100's | 3* | 0078-0002-06 | $41.29 | $34.41 |
| MELLARIL® tablets 10mg 1000's | 12 | 0078-0002-09 | $369.19 | $307.66 |
| MELLARIL® tablets 25mg 100's | 12* | 0078-0003-05 | $54.05 | $45.04 |
| MELLARIL® tablets 25mg † 100's | 3* | 0078-0003-06 | $57.42 | $47.85 |
| MELLARIL® tablets 25mg 1000's | 6 | 0078-0003-09 | $518.94 | $432.45 |
| MELLARIL® tablets 50mg 100's | 12* | 0078-0004-05 | $65.62 | $54.68 |
| MELLARIL® tablets 50mg † 100's | 3* | 0078-0004-06 | $68.29 | $56.90 |
| MELLARIL® tablets 50mg 1000's | 6 | 0078-0004-09 | $634.48 | $528.74 |
| MELLARIL® tablets 100mg 100's | 12* | 0078-0005-05 | $77.05 | $64.21 |
| MELLARIL® tablets 100mg † 100's | 3* | 0078-0005-06 | $79.78 | $66.49 |
| MELLARIL® tablets 100mg 1000's | 6 | 0078-0005-09 | $749.53 | $624.61 |
| MELLARIL® tablets 150mg 100's | 12* | 0078-0006-05 | $101.38 | $84.48 |
| MELLARIL® tablets 200mg 100's | 12* | 0078-0007-05 | $115.47 | $96.22 |
| MELLARIL® tablets 200mg † 100's | 3* | 0078-0007-06 | $118.41 | $98.68 |

● **PRODUCTS NOT EFFECTED BY JULY 1, 1999 PRICE INCREASE.**
* Sold only in shelf cartons

Page 5 of 10

Confidential                                                                                            NPC0043538

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 1, 1999 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | AWP | Cost Price To Wholesaler |
|---|---|---|---|---|
| MELLARIL® tablets 15mg 100's | 12* | 0078-0008-05 | $45.29 | $37.74 |
| MELLARIL® concentrate 100mg/mL, 4oz. bottle | 12* | 0078-0009-31 | $108.32 | $90.27 |
| MELLARIL-S® suspension 25mg/5mL pint bottle | 6* | 0078-0068-33 | $65.27 | $54.39 |
| MELLARIL-S® suspension 100mg/5mL pint bottle | 6* | 0078-0069-33 | $134.19 | $111.82 |
| MESANTOIN® tablets 100mg 100's | 12* | 0078-0052-05 | ● $34.69 | ● $28.91 |
| METHERGINE® ampuls 1mL (0.2mg) † 20's | 1 | 0078-0053-03 | ● $70.71 | ● $58.93 |
| METHERGINE® ampuls 1mL (0.2mg) † 50's | 1 | 0078-0053-04 | ● $170.03 | ● $141.69 |
| METHERGINE® tablets 0.2mg 100's | 12 | 0078-0054-05 | ● $64.09 | ● $53.41 |
| METHERGINE® tablets 0.2mg † 100's | 3* | 0078-0054-06 | ● $67.17 | ● $55.97 |
| METHERGINE® tablets 0.2mg 1000's | 6 | 0078-0054-09 | ● $623.83 | ● $519.86 |
| METOPIRONE capsules 250mg 18's | 12 | 0083-0133-11 | ● $51.35 | ● $42.80 |
| MIACALCIN® 200 I.U./mL multi-dose vials, 2mL | 6* | 0078-0149-23 | $35.67 | $29.73 |
| MIACALCIN® nasal spray (2) 2mL | 1 | 0078-0311-90 | $58.99 | $49.16 |
| MIGRANAL® nasal spray 4.0mg/mL | 1 | 0078-0245-98 | $70.83 | $59.03 |
| NEO-CALGLUCON® syrup 1.8g/5mL pint bottle (OTC) | 6* | 0078-0056-33 | ● $29.34 | ● $24.45 |
| NEORAL® soft gelatin capsules 25mg † 30's | 5* | 0078-0246-15 | ● $44.56 | ● $37.13 |
| NEORAL® soft gelatin capsules 100mg † 30's | 5* | 0078-0248-15 | ● $178.05 | ● $148.37 |
| NEORAL® oral solution 50mL bottle | 5* | 0078-0274-22 | ● $332.83 | ● $277.36 |
| PAMELOR® solution 10mg/5mL pint bottle | 6* | 0078-0016-33 | ● $67.17 | ● $55.97 |
| PAMELOR® capsules 50mg 100's | 12* | 0078-0078-05 | ● $220.15 | ● $183.46 |
| PAMELOR® capsules 50mg † 100's | 3* | 0078-0078-06 | ● $225.76 | ● $188.14 |
| PAMELOR® capsules 75mg 100's | 12* | 0078-0079-05 | ● $335.57 | ● $279.64 |
| PAMELOR® capsules 10mg 100's | 12* | 0078-0086-05 | ● $58.55 | ● $48.79 |
| PAMELOR® capsules 10mg † 100's | 3* | 0078-0086-06 | ● $64.63 | ● $53.86 |
| PAMELOR® capsules 25mg 100's | 12* | 0078-0087-05 | ● $116.83 | ● $97.35 |
| PAMELOR® capsules 25mg † 100's | 3* | 0078-0087-06 | ● $122.71 | ● $102.26 |
| PAMELOR® capsules 25mg 500's | 6 | 0078-0087-08 | ● $571.16 | ● $475.97 |
| PARLODEL Snaptabs® 2.5mg 100's | 12* | 0078-0017-05 | $204.86 | $170.71 |

● **PRODUCTS NOT EFFECTED BY JULY 1, 1999 PRICE INCREASE.**
* Sold only in shelf cartons

Page 6 of 10

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 1, 1999 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | AWP | Cost Price To Wholesaler |
|---|---|---|---|---|
| PARLODEL Snaptabs 2.5mg 30's | 12* | 0078-0017-15 | $61.63 | $51.35 |
| PARLODEL capsules 5mg 100's | 12* | 0078-0102-05 | $312.61 | $260.51 |
| PARLODEL capsules 5mg 30's | 12* | 0078-0102-15 | $98.99 | $82.49 |
| PBZ-SR extended release tablets 100mg 100's | 12* | 0028-0048-01 | ● $44.71 | ● $37.26 |
| PRISCOLINE hydrochloride ampuls injection 100mg/4mL 4's | 1 | 0083-6733-04 | ● $60.02 | ● $50.01 |
| REGITINE vials packages of 2 | 1 | 0083-6830-02 | ● $60.85 | ● $50.71 |
| RESTORIL CIV capsules 15mg 100's | 12* | 0078-0098-05 | $87.64 | $73.03 |
| RESTORIL CIV capsules 15mg † 100's | 3* | 0078-0098-06 | $89.88 | $74.90 |
| RESTORIL CIV capsules 15mg 500's | 6* | 0078-0098-08 | $410.28 | $341.90 |
| RESTORIL CIV capsules 30mg 100's | 12* | 0078-0099-05 | $98.01 | $81.68 |
| RESTORIL CIV capsules 30mg † 100's | 3* | 0078-0099-06 | $100.12 | $83.43 |
| RESTORIL CIV capsules 30mg 500's | 6* | 0078-0099-08 | $475.06 | $395.88 |
| RESTORIL CIV capsules 7.5mg 100's | 12* | 0078-0140-05 | $78.38 | $65.32 |
| RESTORIL CIV capsules 7.5mg † 100's | 3* | 0078-0140-06 | $80.63 | $67.19 |
| RITALIN hydrochloride CII tablets 5mg 100's | 12 | 0083-0007-30 | $40.27 | $33.56 |
| RITALIN hydrochloride CII tablets 10mg 100's | 12 | 0083-0003-30 | $57.42 | $47.85 |
| RITALIN hydrochloride CII tablets 20mg 100's | 12 | 0083-0034-30 | $82.56 | $68.80 |
| RITALIN-SR CII sustained-release tablets 20mg 100's | 12 | 0083-0016-30 | $128.23 | $106.86 |
| SANDIMMUNE 5mL(250mg) ampuls 10's | 5 | 0078-0109-01 | ● $291.57 | ● $242.98 |
| SANDIMMUNE oral solution 50mL bottle | 5 | 0078-0110-22 | ● $330.04 | ● $275.03 |
| SANDIMMUNE soft gelatin capsules 25mg † 30's | 5 | 0078-0240-15 | ● $49.63 | ● $41.36 |
| SANDIMMUNE soft gelatin capsules 100mg † 30's | 5 | 0078-0241-15 | ● $198.15 | ● $165.13 |
| SANDOGLOBULIN IV 1gm | 1 | 0078-0120-94 | ● $84.61 | ● $70.51 |
| SANDOGLOBULIN IV 3gm | 1 | 0078-0122-95 | ● $160.96 | ● $134.13 |
| SANDOGLOBULIN IV 6gm | 1 | 0078-0124-96 | ● $304.52 | ● $253.76 |
| SANDOGLOBULIN IV 12gm | 1 | 0078-0244-93 | ● $609.03 | ● $507.53 |
| SANDOSTATIN ampuls 50mcg 20's | 39 | 0078-0180-03 | ● $121.44 | ● $101.20 |
| SANDOSTATIN ampuls 100mcg 20's | 39 | 0078-0181-03 | ● $235.54 | ● $196.29 |

● **PRODUCTS NOT EFFECTED BY JULY 1, 1999 PRICE INCREASE.**
\* Sold only in shelf cartons

Page 7 of 10

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 1, 1999 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | AWP | Cost Price To Wholesaler |
|---|---|---|---|---|
| SANDOSTATIN® ampuls 500mcg 20's | 39 | 0078-0182-03 | ● $1,136.08 | ● $946.73 |
| SANDOSTATIN® multi-dose vials 200mcg/mL, 5mL | 6 | 0078-0183-25 | ● $121.41 | ● $101.18 |
| SANDOSTATIN® multi-dose vials 1000mcg/mL, 5mL | 6 | 0078-0184-25 | ● $597.43 | ● $497.86 |
| SANDOSTATIN LAR® Depot 10mg | 1 | 0078-0340-84 | ● $1,368.75 | ● $1,095.00 |
| SANDOSTATIN LAR® Depot 20mg | 1 | 0078-0341-84 | ● $1,368.75 | ● $1,095.00 |
| SANDOSTATIN LAR® Depot 30mg | 1 | 0078-0342-84 | ● $2,053.12 | ● $1,642.00 |
| SANOREX® CIV tablets 1mg 100's | 12* | 0078-0071-05 | ● $154.25 | ● $128.54 |
| SANSERT® tablets 2mg 100's | 12* | 0078-0058-05 | $221.12 | $184.27 |
| SIMULECT® 20mg/vial | 6 | 0078-0331-84 | $1,315.80 | $1,096.50 |
| SLOW-K® tablets 600mg 100's | 12* | 0078-0320-05 | ● $21.25 | ● $17.71 |
| SLOW-K® tablets 600mg 1000's | 1 | 0078-0320-09 | ● $210.19 | ● $175.16 |
| SLOW-K® tablets 600mg Consumer Packs (12 x 100) | 1 | 57267-165-65 | ● $257.38 | ● $214.48 |
| SYNTOCINON® Injection ampuls 1mL † 50's | 1 | 0078-0060-04 | ● $174.97 | ● $145.81 |
| TAVIST® tablets 2.68mg 100's | 12* | 0078-0072-05 | ● $134.74 | ● $112.28 |
| TEGRETOL® tablets 200mg 100's | 12* | 0083-0027-30 | ● $45.26 | ● $37.72 |
| TEGRETOL® tablets 200mg 1000's | 1 | 0083-0027-40 | ● $447.39 | ● $372.82 |
| TEGRETOL® tablets 200mg 100's (Unit Dose) | 1 | 0083-0027-32 | ● $48.40 | ● $40.34 |
| TEGRETOL® chewable tablets 100mg 100's | 12* | 0083-0052-30 | ● $23.76 | ● $19.80 |
| TEGRETOL® chewable tablets 100mg 100's (Unit Dose) | 1 | 0083-0052-32 | ● $26.69 | ● $22.25 |
| TEGRETOL® suspension 450mL | 1 | 0083-0019-76 | ● $29.15 | ● $24.29 |
| TEGRETOL-XR® tablets 100mg 100's | 12* | 0083-0061-30 | ● $22.67 | ● $18.89 |
| TEGRETOL-XR® tablets 100mg 100's (Unit Dose) | 1 | 0083-0061-32 | ● $24.24 | ● $20.20 |
| TEGRETOL-XR® tablets 200mg 100's | 12* | 0083-0062-30 | ● $45.26 | ● $37.72 |
| TEGRETOL-XR® 200mg 100's (Unit Dose) | 1 | 0083-0062-32 | ● $48.40 | ● $40.34 |
| TEGRETOL-XR® tablets 400mg 100's | 12* | 0083-0060-30 | ● $90.46 | ● $75.38 |
| TEGRETOL-XR® tablets 400mg 100's (Unit Dose) | 1 | 0083-0060-32 | ● $96.81 | ● $80.67 |
| TOFRANIL® tablets 10mg 100's | 12* | 0028-0032-01 | ● $32.88 | ● $27.40 |
| TOFRANIL® tablets 25mg 100's | 12* | 0028-0140-01 | ● $54.94 | ● $45.78 |

● **PRODUCTS NOT EFFECTED BY JULY 1, 1999 PRICE INCREASE.**
* Sold only in shelf cartons

Page 8 of 10

Confidential                                                                                                          NPC0043541

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*Pricing shown effective July 1, 1999 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | AWP | Cost Price To Wholesaler |
|---|---|---|---|---|
| TOFRANIL® tablets 50mg 100's | 12* | 0028-0136-01 | ● $93.30 | ● $77.75 |
| TOFRANIL-PM® capsules 75mg 30's | 12* | 0028-0020-26 | ● $40.03 | ● $33.36 |
| TOFRANIL-PM® capsules 75mg 100's | 12* | 0028-0020-01 | ● $130.46 | ● $108.72 |
| TOFRANIL-PM® capsules 100mg 30's | 12* | 0028-0040-26 | ● $52.60 | ● $43.83 |
| TOFRANIL-PM® capsules 100mg 100's | 12* | 0028-0040-01 | ● $171.56 | ● $142.97 |
| TOFRANIL-PM® capsules 125mg 30's | 12* | 0028-0045-26 | ● $65.36 | ● $54.47 |
| TOFRANIL-PM® capsules 125mg 100's | 12* | 0028-0045-01 | ● $213.94 | ● $178.28 |
| TOFRANIL-PM® capsules 150mg 30's | 12* | 0028-0022-26 | ● $74.72 | ● $62.27 |
| TOFRANIL-PM® capsules 150mg 100's | 12* | 0028-0022-01 | ● $243.81 | ● $203.17 |
| TRANSDERM-NITRO® 0.1mg/hr. 30's | 1 | 57267-902-26 | ● $50.15 | ● $41.79 |
| TRANSDERM-NITRO® 0.2mg/hr. 30's | 1 | 57267-905-26 | ● $51.34 | ● $42.78 |
| TRANSDERM-NITRO® 0.4mg/hr. 30's | 1 | 57267-910-26 | ● $58.66 | ● $48.89 |
| TRANSDERM-NITRO® 0.6mg/hr. 30's | 1 | 57267-915-26 | ● $64.66 | ● $53.88 |
| VISKEN® tablets 10mg 100's | 12* | 0078-0073-05 | ● $130.73 | ● $108.94 |
| VISKEN® tablets 5mg 100's | 12* | 0078-0111-05 | ● $98.71 | ● $82.26 |
| VIVELLE® 0.0375mg/day (6 x 8) | 1 | 0083-2325-62 | ● $137.21 | ● $114.34 |
| VIVELLE® 0.0375 mg/day (1x24) | 1 | 0083-2325-25 | ● $66.57 | ● $55.47 |
| VIVELLE® 0.05 mg/day (6 x 8) | 1 | 0083-2326-62 | ● $140.01 | ● $116.68 |
| VIVELLE® 0.05mg/day (1 x 24) | 1 | 0083-2326-25 | ● $67.93 | ● $56.61 |
| VIVELLE® 0.075 mg/day (6 x 8) | 1 | 0083-2327-62 | ● $142.85 | ● $119.04 |
| VIVELLE® 0.075 mg/day (1 x 24) | 1 | 0083-2327-25 | ● $69.29 | ● $57.75 |
| VIVELLE® 0.1mg/day (6 x 8) | 1 | 0083-2328-62 | ● $145.68 | ● $121.40 |
| VIVELLE® 0.1mg/day (1 x 24) | 1 | 0083-2328-25 | ● $70.69 | ● $58.89 |
| VIVELLE-DOT™ 0.0375mg/day (3x8) unit packer | 1 | 0078-0343-45 | ● $77.04 | ● $64.20 |
| VIVELLE-DOT™ 0.05mg/day (3x8) unit packer | 1 | 0078-0344-45 | ● $78.48 | ● $65.40 |
| VIVELLE-DOT™ 0.075mg/day (3x8) unit packer | 1 | 0078-0345-45 | ● $80.16 | ● $66.80 |
| VIVELLE-DOT™ 0.01mg/day (3x8) unit packer | 1 | 0078-0346-45 | ● $81.84 | ● $68.20 |
| VOLTAREN® tablets 25mg 100's | 12* | 0028-0258-01 | ● $63.09 | ● $52.58 |

● **PRODUCTS NOT EFFECTED BY JULY 1, 1999 PRICE INCREASE.**
\* Sold only in shelf cartons

Page 9 of 10

Confidential                                                                 NPC0043542

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*Pricing shown effective July 1, 1999 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | AWP | Cost Price To Wholesaler |
|---|---|---|---|---|
| VOLTAREN* tablets 25mg 100's (Unit Dose) | 1 | 0028-0258-61 | ● $67.44 | ● $56.20 |
| VOLTAREN* tablets 50mg 60's | 12* | 0028-0262-60 | ● $73.52 | ● $61.26 |
| VOLTAREN* tablets 50mg 100's | 12* | 0028-0262-01 | ● $122.57 | ● $102.14 |
| VOLTAREN* tablets 50mg 1000's | 1 | 0028-0262-10 | ● $1,204.28 | ● $1,003.57 |
| VOLTAREN* tablets 50mg 100's (Unit Dose) | 1 | 0028-0262-61 | ● $131.13 | ● $109.27 |
| VOLTAREN* tablets 75mg 60's | 12* | 0028-0264-60 | ● $89.09 | ● $74.24 |
| VOLTAREN* tablets 75mg 100's | 12* | 0028-0264-01 | ● $148.44 | ● $123.70 |
| VOLTAREN* 75mg 1000's | 1 | 0028-0264-10 | ● $1,458.52 | ● $1,215.43 |
| VOLTAREN* tablets 75mg 100's (Unit Dose) | 1 | 0028-0264-61 | ● $158.80 | ● $132.33 |
| VOLTAREN-XR* tablets 100mg 100's | 12* | 0028-0205-01 | ● $300.76 | ● $250.63 |
| VOLTAREN-XR* tablets 100mg 100's (Unit Dose) | 1 | 0028-0205-61 | ● $303.11 | ● $252.59 |

LEGEND:
† Unit Dose packages are packages of individually blister-sealed ampuls, capsules or tablets;
  - as 100's: 2 x 5 strips or 1 x 10 strips, 10 blisters per strip; ampuls of 20 or 50, 5 blisters per strip;
  - as 30's: three blister cards of 10 capsules.
†† ControlPak* unit-dose tamper-resistant package of 25 capsules:
  - as continuous rolls of blisters, reverse-numbered.
§§ SigPak* (dispensing unit) packages are unit-of-use packages and containers.
        CII - Schedule II  Controlled Substance - DEA 222 Form Required
        CIII - Schedule III Controlled Substance        CIV - Schedule IV Controlled Substance

Novartis Pharmaceuticals Corporation
Distribution & Customer Service Department
East Hanover, New Jersey 07936-1080
1-800-526-0175

● **PRODUCTS NOT EFFECTED BY JULY 1, 1999 PRICE INCREASE.**
* Sold only in shelf cartons

Page 10 of 10

Confidential                                                                                                          NPC0043543