# EXHIBIT 10



**Novartis Pharmaceuticals Corporation**
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8300

# NOVARTIS

October 19, 2000

To:   Third Party Journal

## NOTICE OF PRICE ADJUSTMENT

Effective October 19, 2000 at 5:00 p.m. eastern time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are as follows:

| NDC | Product Description | Wholesaler Price | AWP Price |
|---|---|---|---|
| 0078-0033-02 | CAFERGOT® SUPPOSITORIES 12 | $56.83 | $68.20 |
| 0078-0311-90 | MIACALCIN® NASAL SPRAY 2X2ML | $53.12 | $63.74 |
| 0078-0180-03 | SANDOSTATIN® AMPS 50MCG 20 | $117.81 | $141.37 |
| 0078-0181-03 | SANDOSTATIN® AMPS 100MCG 20 | $228.51 | $274.21 |
| 0078-0182-03 | SANDOSTATIN® AMPS 500MCG 20 | $1,102.13 | $1322.55 |
| 0078-0183-25 | SANDOSTATIN® MULTI VIAL 200MCG | $117.79 | $141.34 |
| 0078-0184-25 | SANDOSTATIN® MULTI VIAL 1000MCG | $579.57 | $695.49 |
| 0078-0340-84 | SANDOSTATIN LAR® DEPOT 10MG | $1,182.08 | $1477.59 |
| 0078-0341-84 | SANDOSTATIN LAR® DEPOT 20MG | $1,216.21 | $1520.26 |
| 0078-0342-84 | SANDOSTATIN LAR® DEPOT 30MG | $1,789.63 | $2237.72 |
| 0028-0258-01 | VOLTAREN® TABLETS 25MG 100 | $58.96 | $70.75 |
| 0028-0262-01 | VOLTAREN® TABLETS 50MG 100 | $114.54 | $137.45 |
| 0028-0264-01 | VOLTAREN® TABLETS 75MG 100 | $138.71 | $166.46 |
| 0028-0264-10 | VOLTAREN® TABLETS 75MG 1000 | $1,362.96 | $1635.55 |
| 0028-0205-01 | VOLTAREN-XR® TABLETS 100MG 100 | $278.37 | $334.05 |
| 0028-0205-61 | VOLTAREN-XR® TABLETS 100MG UD | $280.55 | $336.66 |

As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis Product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price", in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Please use the above information to update your system. Should you have any questions, please contact Barbara Hasbrouck at 973-781-7982.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MC:nr
125d00