# EXHIBIT 11



Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8300

January 4, 2001

To:   Third Party Journals

## NOTICE OF PRICE ADJUSTMENT

Effective January 4, 2001 at 5:00 p.m. <u>eastern time</u>, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. Attached is the revised price list.

As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis Product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price", in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Please use the attached price list to update your system. Should you have any questions, please contact Nancy Russo at 973-781-7915.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MC:nr
1d01

Confidential                                                                       NPC0043486

# Novartis Pharmaceuticals Corporation
## PRICE LIST
### EFFECTIVE JANUARY 4, 2001

Pricing shown effective JANUARY 4, 2001 at 5:00 PM eastern time, and is subject to change without notice.

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| ACTIGALL® capsules 300mg 100's | 12* | 0078-0319-05 | | $286.40 | | $238.67 |
| ANAFRANIL® capsules 25mg 100's | 12* | 0078-0316-05 | ● | $118.13 | ● | $98.44 |
| ANAFRANIL® capsules 25mg 100's (Unit Dose) | 1 | 0078-0316-06 | ● | $123.10 | ● | $102.58 |
| ANAFRANIL® capsules 50mg 100's | 12* | 0078-0317-05 | ● | $159.22 | ● | $132.68 |
| ANAFRANIL® capsules 50mg 100's (Unit Dose) | 1 | 0078-0317-06 | ● | $165.14 | ● | $137.62 |
| ANAFRANIL® capsules 75mg 100's | 12* | 0078-0318-05 | ● | $209.59 | ● | $174.66 |
| ANTURANE® capsules 100mg 100's | 12* | 0083-0041-30 | | $47.36 | | $39.47 |
| AREDIA® vials 30/470mg 4's | 3 | 0083-2601-04 | | $1,066.14 | | $888.45 |
| AREDIA® vials 90/375mg 1 | 6 | 0083-2609-01 | | $799.62 | | $666.34 |
| BRETHANCER® spacer-inhaler complete unit | 6 | 0028-5567-01 | | $14.10 | | $11.75 |
| BRETHINE® tablets 2.5mg 100's | 12* | 0028-0072-01 | ● | $38.52 | ● | $32.10 |
| BRETHINE® tablets 2.5mg 1000's | 1 | 0028-0072-10 | ● | $363.53 | ● | $302.94 |
| 3RETHINE® tablets 5mg 100's | 12* | 0028-0105-01 | ● | $55.42 | ● | $46.18 |
| BRETHINE® tablets 5mg 1000's | 1 | 0028-0105-10 | ● | $524.11 | ● | $436.75 |
| BRETHINE® tablets 5mg 100's (Unit Dose) | 1 | 0028-0105-61 | ● | $59.27 | ● | $49.39 |
| BRETHINE® ampuls 1mg/mL 10's | 1 | 0028-7507-23 | ● | $28.19 | ● | $23.49 |
| BRETHINE® ampuls 1mg/mL 100's | 1 | 0028-7507-01 | ● | $224.33 | ● | $186.94 |
| CAFERGOT® tablets 100's | 12* | 0078-0349-05 | | $91.79 | | $73.43 |
| CAFERGOT® suppositories §§ 12's | 12* | 0078-0033-02 | | $68.20 | | $56.83 |
| CATAFLAM® tablets 50mg 100's | 12* | 0028-0151-01 | ● | $204.97 | ● | $170.81 |
| CLOZARIL® tablets 25mg 100's | 12* | 0078-0126-05 | ● | $141.26 | ● | $117.72 |
| CLOZARIL® tablets 25mg † 100's | 3* | 0078-0126-06 | ● | $141.26 | ● | $117.72 |
| CLOZARIL® tablets 100mg 100's | 12* | 0078-0127-05 | ● | $366.00 | ● | $305.00 |
| CLOZARIL® tablets 100mg † 100's | 3* | 0078-0127-06 | ● | $366.00 | ● | $305.00 |
| COMTAN® tablets 200mg 100's | 12* | 0078-0327-05 | | $168.00 | | $140.00 |
| CYTADREN® tablets 250mg 100's | 12* | 0083-0024-30 | | $141.30 | | $117.75 |
| DESFERAL® vials 500mg 4's | 1 | 0083-3801-04 | ● | $56.84 | ● | $47.36 |

● **PRODUCTS <u>AFFECTED</u> BY JANUARY 4, 2001 PRICE INCREASE.**
\* Sold only in shelf cartons

Page 1 of 9

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
Pricing shown effective JANUARY 4, 2001 at 5:00 PM eastern time, and is subject to change without notice.

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| DESFERAL® vials 2 gram 4's | 1 | 0083-0347-51 | ● | $219.92 | ● | $183.27 |
| DENAVIR ® cream 1% tube | 72* | 0135-0315-52 | | $22.90 | | $18.32 |
| D.H.E. 45® ampuls 1mL(1mg) † 10's | 1 | 0078-0041-01 | ● | $153.59 | ● | $127.99 |
| DIOVAN® capsules 80mg 100's | 12* | 0083-4000-01 | ● | $136.34 | ● | $109.07 |
| DIOVAN® capsules 80mg 100's (Unit Dose) | 1 | 0083-4000-61 | ● | $136.34 | ● | $109.07 |
| DIOVAN® capsules 160mg 100's | 12* | 0083-4001-01 | ● | $148.00 | ● | $118.40 |
| DIOVAN® capsules 160mg 100's (Unit Dose) | 1 | 0083-4001-61 | ● | $148.00 | ● | $118.40 |
| DIOVAN HCT® tablets 80/12.5mg 100's | 12* | 0078-0314-05 | ● | $147.30 | ● | $117.84 |
| DIOVAN HCT® tablets 80/12.5mg 100's (Unit Dose) | 1 | 0078-0314-06 | ● | $147.30 | ● | $117.84 |
| DIOVAN HCT® tablets 160/12.5mg 100's | 12* | 0078-0315-05 | ● | $158.61 | ● | $126.89 |
| DIOVAN HCT® tablets 160/12.5mg 100's (Unit Dose) | 1 | 0078-0315-06 | ● | $158.61 | ● | $126.89 |
| ESIDRIX® tablets 25mg 100's | 12* | 0083-0022-30 | | $15.84 | | $13.20 |
| ESIDRIX® tablets 50mg 100's | 12* | 0083-0046-30 | | $25.03 | | $20.86 |
| ESTRADERM® system 0.05mg (6 x 8) | 1 | 0083-2310-62 | ● | $165.01 | ● | $137.51 |
| ESTRADERM® system 0.1mg (6 x 8) | 1 | 0083-2320-62 | ● | $179.91 | ● | $149.93 |
| EXELON® capsules 1.5mg 60's | 12* | 0078-0323-44 | | $130.36 | | $108.63 |
| EXELON® capsules 1.5mg 100's (Unit Dose) | 1 | 0078-0323-06 | | $217.27 | | $181.05 |
| EXELON® capsules 3.0mg 60's | 12* | 0078-0324-44 | | $130.36 | | $108.63 |
| EXELON® capsules 3.0mg 100's (Unit Dose) | 1 | 0078-0324-06 | | $217.27 | | $181.05 |
| EXELON® capsules 4.5mg 60's | 12* | 0078-0325-44 | | $130.36 | | $108.63 |
| EXELON® capsules 4.5mg 100's (Unit Dose) | 1 | 0078-0325-06 | | $217.27 | | $181.05 |
| EXELON® capsules 6.0mg 60's | 12* | 0078-0326-44 | | $130.36 | | $108.63 |
| EXELON® capsules 6.0mg 100's (Unit Dose) | 1 | 0078-0326-06 | | $217.27 | | $181.05 |
| EXELON® Oral Solution 2mg/mL | 1 | 0078-0339-31 | | $240.00 | | $200.00 |
| FAMVIR® tablets 125mg 30's | 12* | 0007-4115-13 | | $101.40 | | $81.12 |
| FAMVIR® tablets 250mg 30's | 12* | 0007-4116-13 | | $110.25 | | $88.20 |
| FAMVIR® tablets 500mg 30's | 12* | 0007-4117-13 | | $221.30 | | $177.04 |

● **PRODUCTS <u>AFFECTED</u> BY JANUARY 4, 2001 PRICE INCREASE.**

\* Sold only in shelf cartons

Page 2 of 9

Confidential
NPC0043488

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*Pricing shown effective JANUARY 4, 2001 at 5:00 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| FAMVIR® tablets 500mg 50's SUP's (single unit packages) | 1 | 0007-4117-19 | | $407.80 | | $326.24 |
| FEMARA® tablets 2.5mg 30's | 12* | 0078-0249-15 | | $192.63 | | $160.46 |
| FIORICET® tablets 100's | 12* | 0078-0084-05 | ● | $72.18 | ● | $60.15 |
| FIORICET® tablets † 100's | 3* | 0078-0084-06 | ● | $78.94 | ● | $65.78 |
| FIORICET® tablets 500's | 6* | 0078-0084-08 | ● | $344.69 | ● | $287.25 |
| FIORICET® w/Cod. CIII capsules 30mg 100's | 12* | 0078-0243-05 | ● | $151.28 | ● | $126.06 |
| FIORINAL® CIII capsules 100's | 12* | 0078-0103-05 | ● | $72.18 | ● | $60.15 |
| FIORINAL® CIII capsules 500's | 6* | 0078-0103-08 | ● | $344.69 | ● | $287.25 |
| FIORINAL® w/Cod. CIII 30mg capsules 100's | 12* | 0078-0107-05 | ● | $151.28 | ● | $126.06 |
| HYDERGINE®LC liquid capsules 1mg 100's | 12* | 0078-0101-05 | ● | $109.36 | ● | $91.13 |
| HYDERGINE®LC liquid capsules 1mg 500's | 6 | 0078-0101-08 | ● | $533.03 | ● | $444.20 |
| HYDERGINE® oral tablets 1mg 100's | 12* | 0078-0070-05 | ● | $103.93 | ● | $86.61 |
| KLORVESS® effervescent granules 30's | 24* | 0078-0205-15 | ● | $29.38 | ● | $24.48 |
| LAMISIL® oral tablets, equivalent to 250mg base, 100's | 12* | 0078-0179-05 | | $802.66 | | $668.88 |
| LAMISIL® oral tablets, equivalent to 250mg base, 30's | 12* | 0078-0179-15 | | $240.86 | | $200.72 |
| LAMISIL® 30mL/1% Solution | 6* | 0078-0328-82 | | $67.12 | | $55.94 |
| LAMPRENE® capsules 50mg 100's | 1 | 0028-0108-01 | | $17.94 | | $14.95 |
| LESCOL® capsules 20mg 100's | 12* | 0078-0176-05 | | $140.69 | | $117.25 |
| LESCOL® capsules 20mg 30's | 12* | 0078-0176-15 | | $42.28 | | $35.23 |
| LESCOL® capsules 40mg 100's | 12* | 0078-0234-05 | | $140.69 | | $117.25 |
| LESCOL® capsules 40mg 30's | 12* | 0078-0234-15 | | $42.28 | | $35.23 |
| LESCOL® XL tablets 80mg 100's | 12* | 0078-0354-05 | | $183.00 | | $152.50 |
| LIORESAL® tablets 10mg 100's | 12* | 0028-0023-01 | ● | $72.88 | ● | $60.73 |
| LIORESAL® tablets 20mg 100's (Unit Dose) | 1 | 0028-0033-61 | ● | $138.13 | ● | $115.11 |
| LOPRESSOR® tablets 50mg 100's | 12* | 0028-0051-01 | ● | $76.76 | ● | $63.97 |
| LOPRESSOR® tablets 50mg 1000's | 1 | 0028-0051-10 | ● | $759.13 | ● | $632.61 |
| LOPRESSOR® tablets 50mg Gy-Pak 100's (12x100) | 1 | 0028-0051-65 | ● | $923.84 | ● | $769.87 |

● **PRODUCTS <u>AFFECTED</u> BY JANUARY 4, 2001 PRICE INCREASE.**

\* Sold only in shelf cartons

Page 3 of 9

Confidential                                                                                          NPC0043489

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*Pricing shown effective JANUARY 4, 2001 at 5:00 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| LOPRESSOR® tablets 50mg 100's (Unit Dose) | 1 | 0028-0051-61 | ● | $83.32 | ● | $69.43 |
| LOPRESSOR® tablets 100mg 100's | 12* | 0028-0071-01 | ● | $115.26 | ● | $96.05 |
| LOPRESSOR® tablets 100mg 1000's | 1 | 0028-0071-10 | ● | $1,140.78 | ● | $950.65 |
| LOPRESSOR® tablets 100mg 100's (Unit Dose) | 1 | 0028-0071-61 | ● | $120.97 | ● | $100.81 |
| LOPRESSOR® ampuls 5mg/5mL 12's | 1 | 0028-4201-33 | ● | $98.05 | ● | $81.71 |
| LOPRESSOR HCT® tablets 50/25mg 100's | 12* | 0028-0035-01 | ● | $88.03 | ● | $73.35 |
| LOPRESSOR HCT® tablets 100/25mg 100's | 12* | 0028-0053-01 | ● | $137.55 | ● | $114.63 |
| LOPRESSOR HCT® tablets 100/50mg 100's | 12* | 0028-0073-01 | ● | $145.89 | ● | $121.57 |
| LOTENSIN® tablets 5mg 90's (Unit of Use) | 12* | 0083-0059-90 | ● | $81.00 | ● | $67.50 |
| LOTENSIN® tablets 5mg 100's | 12* | 0083-0059-30 | ● | $90.02 | ● | $75.01 |
| LOTENSIN® tablets 5mg 100's (Unit Dose) | 1 | 0083-0059-32 | ● | $90.02 | ● | $75.01 |
| LOTENSIN® tablets 10mg 90's (Unit of Use) | 12* | 0083-0063-90 | ● | $81.00 | ● | $67.50 |
| LOTENSIN® tablets 10mg 100's | 12* | 0083-0063-30 | ● | $90.02 | ● | $75.01 |
| LOTENSIN® tablets 10mg 100's (Unit Dose) | 1 | 0083-0063-32 | ● | $90.02 | ● | $75.01 |
| LOTENSIN® tablets 20mg 90's (Unit of Use) | 12* | 0083-0079-90 | ● | $81.00 | ● | $67.50 |
| LOTENSIN® tablets 20mg 100's | 12* | 0083-0079-30 | ● | $90.02 | ● | $75.01 |
| LOTENSIN® tablets 20mg 100's (Unit Dose) | 1 | 0083-0079-32 | ● | $90.02 | ● | $75.01 |
| LOTENSIN® tablets 40mg 90's (Unit of Use) | 12* | 0083-0094-90 | ● | $81.00 | ● | $67.50 |
| LOTENSIN® tablets 40mg 100's | 12* | 0083-0094-30 | ● | $90.02 | ● | $75.01 |
| LOTENSIN® tablets 40mg 100's (Unit Dose) | 1 | 0083-0094-32 | ● | $90.02 | ● | $75.01 |
| LOTENSIN HCT® tablets 5mg/6.25mg 100's | 12* | 0083-0057-30 | ● | $90.02 | ● | $75.01 |
| LOTENSIN HCT® tablets 10mg/12.5mg 100's | 12* | 0083-0072-30 | ● | $90.02 | ● | $75.01 |
| LOTENSIN HCT® tablets 20mg/12.5mg 100's | 12* | 0083-0074-30 | ● | $90.02 | ● | $75.01 |
| LOTENSIN HCT® tablets 20mg/25mg 100's | 12* | 0083-0075-30 | ● | $90.02 | ● | $75.01 |
| LOTREL® capsules 2.5mg/10mg 100's | 12* | 0083-2255-30 | ● | $185.15 | ● | $154.29 |
| LOTREL® capsules 5mg/10mg 100's | 12* | 0083-2260-30 | ● | $183.40 | ● | $152.83 |
| LOTREL® capsules 5mg/20mg 100's | 12* | 0083-2265-30 | ● | $199.77 | ● | $166.47 |

● **PRODUCTS <u>AFFECTED</u> BY JANUARY 4, 2001 PRICE INCREASE.**

\* Sold only in shelf cartons

Page 4 of 9

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective JANUARY 4, 2001 at 5:00 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| LUDIOMIL® tablets 75mg 100's | 12* | 0083-0135-30 | | $126.57 | | $105.47 |
| MELLARIL® concentrate 30mg/mL, 4oz. bottle | 12* | 0078-0001-31 | ● | $46.54 | ● | $38.79 |
| MELLARIL® tablets 10mg 100's | 12* | 0078-0002-05 | ● | $43.08 | ● | $35.90 |
| MELLARIL® tablets 25mg 100's | 12* | 0078-0003-05 | ● | $60.61 | ● | $50.51 |
| MELLARIL® tablets 50mg 100's | 12* | 0078-0004-05 | ● | $73.59 | ● | $61.32 |
| MELLARIL® tablets 100mg 100's | 12* | 0078-0005-05 | ● | $86.40 | ● | $72.00 |
| MELLARIL® tablets 150mg 100's | 12* | 0078-0006-05 | ● | $113.68 | ● | $94.74 |
| MELLARIL® tablets 200mg 100's | 12* | 0078-0007-05 | ● | $129.48 | ● | $107.90 |
| MELLARIL® tablets 15mg 100's | 12* | 0078-0008-05 | ● | $50.79 | ● | $42.32 |
| MELLARIL® concentrate 100mg/mL, 4oz. bottle | 12* | 0078-0009-31 | ● | $121.47 | ● | $101.22 |
| METHERGINE® ampuls 1mL (0.2mg) † 20's | 1 | 0078-0053-03 | | $77.81 | | $64.84 |
| METHERGINE® ampuls 1mL (0.2mg) † 50's | 1 | 0078-0053-04 | | $187.10 | | $155.91 |
| METHERGINE® tablets 0.2mg 100's | 12 | 0078-0054-05 | | $70.53 | | $58.77 |
| METHERGINE® tablets 0.2mg † 100's | 3* | 0078-0054-06 | | $73.91 | | $61.59 |
| METHERGINE® tablets 0.2mg 1000's | 6 | 0078-0054-09 | | $686.46 | | $572.05 |
| METOPIRONE capsules 250mg 18's | 12 | 0083-0133-11 | | $56.51 | | $47.09 |
| MIACALCIN® 200 I.U./mL multi-dose vials, 2mL | 6* | 0078-0149-23 | ● | $38.88 | ● | $32.40 |
| MIACALCIN® nasal spray (2) 2mL | 1 | 0078-0311-90 | | $63.74 | | $53.12 |
| MIGRANAL® nasal spray 4.0mg/mL | 1 | 0078-0245-98 | ● | $78.68 | ● | $65.57 |
| NEO-CALGLUCON® syrup 1.8g/5mL pint bottle (OTC) | 6* | 0078-0056-33 | | $29.34 | | $24.45 |
| NEORAL® soft gelatin capsules 25mg † 30's | 5* | 0078-0246-15 | | $45.85 | | $38.21 |
| NEORAL® soft gelatin capsules 100mg † 30's | 5* | 0078-0248-15 | | $183.21 | | $152.68 |
| NEORAL® oral solution 100mg/mL 50mL bottle | 5* | 0078-0274-22 | | $332.83 | | $277.36 |
| PAMELOR® solution 10mg/5mL pint bottle | 6* | 0078-0016-33 | ● | $80.49 | ● | $67.07 |
| PAMELOR® capsules 50mg 100's | 12* | 0078-0078-05 | ● | $263.81 | ● | $219.85 |
| PAMELOR® capsules 50mg † 100's | 3* | 0078-0078-06 | ● | $270.54 | ● | $225.45 |

● **PRODUCTS <u>AFFECTED</u> BY JANUARY 4, 2001 PRICE INCREASE.**

\* Sold only in shelf cartons

Page 5 of 9

Confidential    NPC0043491

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective JANUARY 4, 2001 at 5:00 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| PAMELOR® capsules 75mg 100's | 12* | 0078-0079-05 | ● | $402.13 | ● | $335.11 |
| PAMELOR® capsules 10mg 100's | 12* | 0078-0086-05 | ● | $70.16 | ● | $58.47 |
| PAMELOR® capsules 10mg † 100's | 3* | 0078-0086-06 | ● | $77.45 | ● | $64.54 |
| PAMELOR® capsules 25mg 100's | 12* | 0078-0087-05 | ● | $140.00 | ● | $116.66 |
| PAMELOR® capsules 25mg † 100's | 3* | 0078-0087-06 | ● | $147.04 | ● | $122.54 |
| PAMELOR® capsules 25mg 500's | 6 | 0078-0087-08 | ● | $684.44 | ● | $570.37 |
| PARLODEL Snaptabs® 2.5mg 100's | 12* | 0078-0017-05 | ● | $236.25 | ● | $196.88 |
| PARLODEL Snaptabs® 2.5mg 30's | 12* | 0078-0017-15 | ● | $71.07 | ● | $59.22 |
| PARLODEL® capsules 5mg 100's | 12* | 0078-0102-05 | ● | $360.52 | ● | $300.44 |
| PARLODEL® capsules 5mg 30's | 12* | 0078-0102-15 | ● | $114.16 | ● | $95.14 |
| PRISCOLINE® hydrochloride ampuls injection 100mg/4Ml 4's | 1 | 0083-6733-04 | | $66.04 | | $55.04 |
| RESTORIL® CIV capsules 15mg 100's | 12* | 0078-0098-05 | ● | $100.11 | ● | $83.43 |
| RESTORIL® CIV capsules 15mg † 100's | 3* | 0078-0098-06 | ● | $102.67 | ● | $85.56 |
| RESTORIL® CIV capsules 15mg 500's | 6* | 0078-0098-08 | ● | $468.68 | ● | $390.57 |
| RESTORIL® CIV capsules 30mg 100's | 12* | 0078-0099-05 | ● | $111.97 | ● | $93.30 |
| RESTORIL® CIV capsules 30mg † 100's | 3* | 0078-0099-06 | ● | $114.37 | ● | $95.31 |
| RESTORIL® CIV capsules 30mg 500's | 6* | 0078-0099-08 | ● | $542.69 | ● | $452.24 |
| RESTORIL® CIV capsules 7.5mg 100's | 12* | 0078-0140-05 | ● | $89.54 | ● | $74.62 |
| RESTORIL® CIV capsules 7.5mg † 100's | 3* | 0078-0140-06 | ● | $92.10 | ● | $76.75 |
| RITALIN® hydrochloride CII tablets 5mg 100's | 12 | 0083-0007-30 | | $41.84 | | $34.87 |
| RITALIN® hydrochloride CII tablets 10mg 100's | 12 | 0083-0003-30 | | $59.66 | | $49.71 |
| RITALIN® hydrochloride CII tablets 20mg 100's | 12 | 0083-0034-30 | | $85.78 | | $71.48 |
| RITALIN-SR® CII sustained-release tablets 20mg 100's | 12 | 0083-0016-30 | | $133.23 | | $111.02 |
| SANDIMMUNE® 5mL (250mg) ampuls 10's | 5 | 0078-0109-01 | | $291.57 | | $242.98 |
| SANDIMMUNE® oral solution 100mg/mL 50mL bottle | 5 | 0078-0110-22 | ● | $336.64 | ● | $280.53 |
| SANDIMMUNE® soft gelatin capsules 25mg † 30's | 5 | 0078-0240-15 | ● | $52.09 | ● | $43.41 |

● **PRODUCTS <u>AFFECTED</u> BY JANUARY 4, 2001 PRICE INCREASE.**

\* Sold only in shelf cartons

Page 6 of 9

Confidential    NPC0043492

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
Pricing shown effective JANUARY 4, 2001 at 5:00 PM eastern time, and is subject to change without notice.

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| SANDIMMUNE® soft gelatin capsules 100mg † 30's | 5 | 0078-0241-15 | ● | $207.98 | ● | $173.31 |
| SANDOGLOBULIN® IV 1gm | 1 | 0078-0120-94 | | $91.38 | | $76.15 |
| SANDOGLOBULIN® IV 3gm | 1 | 0078-0122-95 | ● | $184.28 | ● | $153.57 |
| SANDOGLOBULIN® IV 6gm | 1 | 0078-0124-96 | ● | $348.63 | ● | $290.52 |
| SANDOGLOBULIN® IV 12gm | 1 | 0078-0244-93 | ● | $697.25 | ● | $581.04 |
| SANDOSTATIN® ampuls 50mcg 20's | 39 | 0078-0180-03 | | $141.37 | | $117.81 |
| SANDOSTATIN® ampuls 100mcg 20's | 39 | 0078-0181-03 | | $274.21 | | $228.51 |
| SANDOSTATIN® ampuls 500mcg 20's | 39 | 0078-0182-03 | | $1,322.55 | | $1,102.13 |
| SANDOSTATIN® multi-dose vials 200mcg/mL, 5mL | 6 | 0078-0183-25 | | $141.34 | | $117.79 |
| SANDOSTATIN® multi-dose vials 1000mcg/mL, 5mL | 6 | 0078-0184-25 | | $695.49 | | $579.57 |
| SANDOSTATIN LAR® Depot 10mg | 1 | 0078-0340-84 | | $1,477.59 | | $1,182.08 |
| SANDOSTATIN LAR® Depot 20mg | 1 | 0078-0341-84 | | $1,520.26 | | $1,216.21 |
| SANDOSTATIN LAR® Depot 30mg | 1 | 0078-0342-84 | | $2,237.72 | | $1,789.63 |
| SANSERT® tablets 2mg 100's | 12* | 0078-0058-05 | ● | $245.64 | ● | $204.70 |
| SIMULECT® 20mg/vial | 6 | 0078-0331-84 | | $1,419.75 | | $1,183.12 |
| SLOW-K® tablets 600mg 100's | 12* | 0078-0320-05 | ● | $25.00 | ● | $20.83 |
| SLOW-K® tablets 600mg 1000's | 1 | 0078-0320-09 | ● | $247.26 | ● | $206.05 |
| SLOW-K® tablets 600mg Consumer Packs (12 x 100) | 1 | 57267-165-65 | ● | $302.76 | ● | $252.30 |
| STARLIX® tablets 60mg 100's | 12* | 0078-0351-05 | | $92.40 | | $77.00 |
| STARLIX® tablets 120mg 100's | 12* | 0078-0352-05 | | $96.00 | | $80.00 |
| TAVIST® tablets 2.68mg 100's | 12* | 0078-0072-05 | | $134.74 | | $112.28 |
| TEGRETOL® tablets 200mg 100's | 12* | 0083-0027-30 | ● | $51.24 | ● | $42.70 |
| TEGRETOL® tablets 200mg 1000's | 1 | 0083-0027-40 | ● | $506.47 | ● | $422.06 |
| TEGRETOL® tablets 200mg 100's (Unit Dose) | 1 | 0083-0027-32 | ● | $54.80 | ● | $45.66 |
| TEGRETOL® chewable tablets 100mg 100's | 12* | 0083-0052-30 | ● | $26.90 | ● | $22.41 |
| TEGRETOL® chewable tablets 100mg 100's (Unit Dose) | 1 | 0083-0052-32 | ● | $30.22 | ● | $25.18 |
| TEGRETOL® suspension 100mg/5mL 450mL | 1 | 0083-0019-76 | ● | $33.00 | ● | $27.50 |

● **PRODUCTS <u>AFFECTED</u> BY JANUARY 4, 2001 PRICE INCREASE.**

\* Sold only in shelf cartons

Page 7 of 9

Confidential     NPC0043493

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
Pricing shown effective JANUARY 4, 2001 at 5:00 PM eastern time, and is subject to change without notice.

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| TEGRETOL-XR® tablets 100mg 100's | 12* | 0083-0061-30 | ● | $25.66 | ● | $21.38 |
| TEGRETOL-XR® tablets 200mg 100's | 12* | 0083-0062-30 | ● | $51.24 | ● | $42.70 |
| TEGRETOL-XR® tablets 400mg 100's | 12* | 0083-0060-30 | ● | $102.41 | ● | $85.34 |
| TOFRANIL® tablets 10mg 100's | 12* | 0028-0032-01 | ● | $39.40 | ● | $32.84 |
| TOFRANIL® tablets 25mg 100's | 12* | 0028-0140-01 | ● | $65.83 | ● | $54.86 |
| TOFRANIL® tablets 50mg 100's | 12* | 0028-0136-01 | ● | $111.80 | ● | $93.17 |
| TOFRANIL-PM® capsules 75mg 30's | 12* | 0028-0020-26 | ● | $47.97 | ● | $39.98 |
| TOFRANIL-PM® capsules 75mg 100's | 12* | 0028-0020-01 | ● | $156.33 | ● | $130.28 |
| TOFRANIL-PM® capsules 100mg 30's | 12* | 0028-0040-26 | ● | $63.03 | ● | $52.53 |
| TOFRANIL-PM® capsules 100mg 100's | 12* | 0028-0040-01 | ● | $205.59 | ● | $171.32 |
| TOFRANIL-PM® capsules 125mg 30's | 12* | 0028-0045-26 | ● | $78.33 | ● | $65.27 |
| TOFRANIL-PM® capsules 125mg 100's | 12* | 0028-0045-01 | ● | $256.37 | ● | $213.64 |
| TOFRANIL-PM® capsules 150mg 30's | 12* | 0028-0022-26 | ● | $89.54 | ● | $74.62 |
| TOFRANIL-PM® capsules 150mg 100's | 12* | 0028-0022-01 | ● | $292.17 | ● | $243.47 |
| TRANSDERM-NITRO® 0.1mg/hr. 30's | 1 | 57267-902-26 | | $50.15 | | $41.79 |
| TRANSDERM-NITRO® 0.2mg/hr. 30's | 1 | 57267-905-26 | | $51.34 | | $42.78 |
| TRANSDERM-NITRO® 0.4mg/hr. 30's | 1 | 0078-0334-85 | | $58.66 | | $48.89 |
| TRANSDERM-NITRO® 0.6mg/hr. 30's | 1 | 57267-915-26 | | $64.66 | | $53.88 |
| TRILEPTAL® tablets 150mg 100's | 12* | 0078-0336-05 | | $89.12 | | $74.27 |
| TRILEPTAL® tablets 300mg 100's | 12* | 0078-0337-05 | | $162.76 | | $135.63 |
| TRILEPTAL® tablets 600mg 100's | 12* | 0078-0338-05 | | $299.15 | | $249.29 |
| TRILEPTAL® † tablets 150mg 100's | 3* | 0078-0336-06 | | $93.58 | | $77.98 |
| TRILEPTAL® † tablets 300mg 100's | 3* | 0078-0337-06 | | $170.90 | | $142.41 |
| TRILEPTAL® † tablets 600mg 100's | 3* | 0078-0338-06 | | $314.11 | | $261.75 |
| VISKEN® tablets 10mg 100's | 12* | 0078-0073-05 | ● | $153.78 | ● | $128.15 |
| VISKEN® tablets 5mg 100's | 12* | 0078-0111-05 | ● | $116.12 | ● | $96.77 |

● **PRODUCTS AFFECTED BY JANUARY 4, 2001 PRICE INCREASE.**

* Sold only in shelf cartons

Page 8 of 9

Confidential                                                                                                                                                                                         NPC0043494

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*Pricing shown effective JANUARY 4, 2001 at 5:00 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| VIVELLE® 0.025mg/day (6 x 8) | 1 | 0078-0348-44 | ● | $160.98 | ● | $134.15 |
| VIVELLE® 0.0375mg/day (6 x 8) | 1 | 0083-2325-62 | ● | $162.26 | ● | $135.22 |
| VIVELLE® 0.05 mg/day (6 x 8) | 1 | 0083-2326-62 | ● | $165.28 | ● | $137.74 |
| VIVELLE® 0.075 mg/day (6 x 8) | 1 | 0083-2327-62 | ● | $168.82 | ● | $140.68 |
| VIVELLE® 0.1mg/day (6 x 8) | 1 | 0083-2328-62 | ● | $172.36 | ● | $143.63 |
| VIVELLE-DOT™ 0.0375mg/day (3x8) unit packer | 1 | 0078-0343-45 | ● | $81.12 | ● | $67.60 |
| VIVELLE-DOT™ 0.05mg/day (3x8) unit packer | 1 | 0078-0344-45 | ● | $82.64 | ● | $68.87 |
| VIVELLE-DOT™ 0.075mg/day (3x8) unit packer | 1 | 0078-0345-45 | ● | $84.41 | ● | $70.34 |
| VIVELLE-DOT™ 0.01mg/day (3x8) unit packer | 1 | 0078-0346-45 | ● | $86.18 | ● | $71.81 |
| VOLTAREN® tablets 25mg 100's | 12* | 0028-0258-01 | | $70.75 | | $58.96 |
| VOLTAREN® tablets 50mg 100's | 12* | 0028-0262-01 | | $137.45 | | $114.54 |
| VOLTAREN® tablets 75mg 100's | 12* | 0028-0264-01 | | $166.46 | | $138.71 |
| VOLTAREN® 75mg 1000's | 1 | 0028-0264-10 | | $1,635.55 | | $1,362.96 |
| VOLTAREN-XR® tablets 100mg 100's | 12* | 0028-0205-01 | | $334.05 | | $278.37 |
| VOLTAREN-XR® tablets 100mg 100's (Unit Dose) | 1 | 0028-0205-61 | | $336.66 | | $280.55 |

LEGEND:
† Unit Dose packages are packages of individually blister-sealed ampuls, capsules or tablets;
  - as 100's: 2 x 5 strips or 1 x 10 strips, 10 blisters per strip; ampuls of 10, 20 or 50, 5 blisters per strip;
  - as 30's: three blister cards of 10 capsules.
†† ControlPak® unit-dose tamper-resistant package of 25 capsules:
  - as continuous rolls of blisters, reverse-numbered.
§§ SigPak® (dispensing unit) packages are unit-of-use packages and containers.
    CII - Schedule II Controlled Substance - DEA 222 Form Required
    CIII - Schedule III Controlled Substance                              CIV - Schedule IV Controlled Substance

Novartis Pharmaceuticals Corporation
Distribution & Customer Service Department
East Hanover, New Jersey 07936-1080
1-800-526-0175

● **PRODUCTS AFFECTED BY JANUARY 4, 2001 PRICE INCREASE.**

*Sold only in shelf cartons

Page 9 of 9

Confidential                                                                                                           NPC0043495