# EXHIBIT 12



Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel 973 781 8300

March 8, 2001

To:   Third Party Journal

## NOTICE OF PRICE ADJUSTMENT

Effective March 8, 2001 at 5:00 p.m. eastern time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are as follows:

| NDC | Product Description | Wholesaler Price | AWP Price |
|---|---|---|---|
| 0078-0319-05 | Actigall® Capsules 300mg 100's | $250.36 | $300.44 |
| 0083-0024-30 | Cytadren® Tablets 250mg 100's | $127.05 | $152.46 |
| 0135-0315-52 | Denavir® 1% Cream 1.5gm Tube | $19.24 | $24.05 |
| 0078-0249-15 | Femara® Tablets 2.5mg 30's | $173.14 | $207.85 |
| 0078-0179-05 | Lamisil® Tablets 250mg 100's | $695.64 | $834.77 |
| 0078-0179-15 | Lamisil® Tablets 250mg 30's | $208.75 | $250.49 |
| 0078-0328-82 | Lamisil® 30mL 1% Solution | $60.35 | $72.43 |
| 0078-0176-05 | Lescol® Capsules 20mg 100's | $123.11 | $147.73 |
| 0078-0176-15 | Lescol® Capsules 20mg 30's | $36.99 | $44.39 |
| 0078-0234-05 | Lescol® Capsules 40mg 100's | $123.11 | $147.73 |
| 0078-0234-15 | Lescol® Capsules 40mg 30's | $36.99 | $44.39 |
| 0078-0354-05 | Lescol® XL Tablets 80mg 100's | $160.13 | $192.15 |
| 0078-0336-05 | Trileptal® Tablets 150mg 100's | $77.17 | $92.60 |
| 0078-0336-06 | Trileptal® Tablets 150mg 100's Unit Dose | $81.02 | $97.23 |
| 0078-0337-05 | Trileptal® Tablets 300mg 100's | $140.92 | $169.11 |
| 0078-0337-06 | Trileptal® Tablets 300mg 100's Unit Dose | $147.96 | $177.57 |
| 0078-0338-05 | Trileptal® Tablets 600mg 100's | $259.01 | $310.82 |
| 0078-0338-06 | Trileptal® Tablets 600mg 100's Unit Dose | $271.96 | $326.36 |

As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis Product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price", in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Please use the above information to update your system. Should you have any questions, please contact Nancy Russo at 973-781-7915.

Sincerely,

*Michael Conley*

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MC:nr
35d01

Confidential   NPC0043531