# EXHIBIT 18



Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080

Tel  973 781 8300

February 7, 2002

To:  Third Party Journal

## NOTICE OF PRICE ADJUSTMENT

Effective February 7, 2002, at 5:00 P. M. Eastern Time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are as follow:

| NDC Number | Product Description | AWP Price | Wholesaler Price |
|---|---|---|---|
| 0083-0027-30 | TEGRETOL® tablets 200mg 100's | $54.27 | $45.22 |
| 0083-0027-40 | TEGRETOL® tablets 200mg 1000's | $536.35 | $446.96 |
| 0083-0027-32 | TEGRETOL® tablets 200mg 100's (Unit Dose) | $58.03 | $48.36 |
| 0083-0052-30 | TEGRETOL® chewable tablets 100mg 100's | $28.48 | $23.74 |
| 0083-0052-32 | TEGRETOL® chewable tablets 100mg 100's (Unit Dose) | $32.00 | $26.67 |
| 0083-0019-76 | TEGRETOL® suspension 100mg/5mL 450mL | $34.95 | $29.12 |
| 0083-0061-30 | TEGRETOL-XR® tablets 100mg 100's | $27.17 | $22.64 |
| 0083-0062-30 | TEGRETOL-XR® tablets 200mg 100's | $54.27 | $45.22 |
| 0083-0060-30 | TEGRETOL-XR® tablets 400mg 100's | $108.45 | $90.37 |

As used in this letter, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the above information to update your records.

If you have any questions, please contact Diane Staub at 1-(973) 781-7726.

Thank you for your continued support of Novartis Pharmaceuticals.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
30d02

Confidential                                                                                                                   NPC0043478