# EXHIBIT 19



Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080

Tel  973 781 8300

March 7, 2002

To:  Third Party Journal

## NOTICE OF PRICE ADJUSTMENT

Effective March 7, 2002, at 5:00 P. M. Eastern Time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are as follow:

| NDC Number | Product Description | AWP Price | Wholesaler Price |
|---|---|---|---|
| 0078-0176-05 | LESCOL® capsules 20mg 100's | $161.76 | $134.80 |
| 0078-0176-15 | LESCOL® capsules 20mg 30's | $48.61 | $40.51 |
| 0078-0234-05 | LESCOL® capsules 40mg 100's | $161.76 | $134.80 |
| 0078-0234-15 | LESCOL® capsules 40mg 30's | $48.61 | $40.51 |

As used in this letter, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the above information to update your records.

If you have any questions, please contact Diane Staub at 1-(973) 781-7726.

Thank you for your continued support of Novartis Pharmaceuticals.

Sincerely,

*Michael Conley*

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU

64d02

Confidential                                                                                                          NPC0043477