# EXHIBIT 20



Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080

Tel  973 781 8300

April 17, 2002

To: Third Party Journal

## NOTICE OF PRICE ADJUSTMENT

Effective April 17, 2002, at 5:00 P. M. Eastern Standard Time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are attached.

As used in this letter, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the above information to update your records.

If you have any questions, please contact Diane Staub at 1-(973) 781-7726.

Thank you for your continued support of Novartis Pharmaceuticals.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
84d02

Confidential                                                                                                       NPC0043475

## NOVARTIS PHARMACEUTICALS CORPORATION
## NOTICE OF PRICE ADJUSTMENT
### Prices Effective 5 P. M. EST
### April 17, 2002

| NDC Number | Product Description | AWP | Cost Price to Wholesaler |
|---|---|---|---|
| 0078-0327-05 | COMTAN® tablets 200mg 100's | $174.55 | $145.46 |
| 0078-0358-05 | DIOVAN® tablets 80mg 100's | $146.60 | $117.28 |
| 0078-0358-06 | DIOVAN® tablets 80mg 100's (Unit Dose) | $146.60 | $117.28 |
| 0078-0359-05 | DIOVAN® tablets 160mg 100's | $160.65 | $128.52 |
| 0078-0359-06 | DIOVAN® tablets 160mg 100's (Unit Dose) | $160.65 | $128.52 |
| 0078-0360-05 | DIOVAN® tablets 320mg 100 | $203.51 | $162.60 |
| 0078-0360-06 | DIOVAN® tablets 320mg 100 (Unit Dose) | $203.51 | $162.60 |
| 0078-0314-05 | DIOVAN HCT® tablets 80/12.5mg 100's | $160.70 | $128.56 |
| 0078-0314-06 | DIOVAN HCT® tablets 80/12.5mg 100's (Unit Dose) | $160.70 | $128.56 |
| 0078-0315-05 | DIOVAN HCT® tablets 160/12.5mg 100's | $174.85 | $139.88 |
| 0078-0315-06 | DIOVAN HCT® tablets 160/12.5mg 100's (Unit Dose) | $174.85 | $139.88 |
| 0078-0323-44 | EXELON® capsules 1.5mg 60's | $139.37 | $116.14 |
| 0078-0323-06 | EXELON® capsules 1.5mg 100's (Unit Dose) | $232.29 | $193.57 |
| 0078-0324-44 | EXELON® capsules 3.0mg 60's | $139.37 | $116.14 |
| 0078-0324-06 | EXELON® capsules 3.0mg 100's (Unit Dose) | $232.29 | $193.57 |
| 0078-0325-44 | EXELON® capsules 4.5mg 60's | $139.37 | $116.14 |
| 0078-0325-06 | EXELON® capsules 4.5mg 100's (Unit Dose) | $232.29 | $193.57 |
| 0078-0326-44 | EXELON® capsules 6.0mg 60's | $139.37 | $116.14 |
| 0078-0326-06 | EXELON® capsules 6.0mg 100's (Unit Dose) | $232.29 | $193.57 |
| 0078-0339-31 | EXELON® Oral Solution 2mg/mL | $256.59 | $213.83 |
| 0028-0108-01 | LAMPRENE® capsules 50mg 100's | $19.75 | $16.46 |
| 0078-0017-05 | PARLODEL Snaptabs® 2.5mg 100's | $262.15 | $218.46 |
| 0078-0017-15 | PARLODEL Snaptabs® 2.5mg 30's | $78.86 | $65.72 |
| 0078-0102-05 | PARLODEL® capsules 5mg 100's | $400.04 | $333.37 |
| 0078-0102-15 | PARLODEL® capsules 5mg 30's | $126.68 | $105.57 |
| 0078-0331-84 | SIMULECT® 20mg/vial | $1,619.39 | $1,349.49 |
| 0028-0258-01 | VOLTAREN® tablets 25mg 100's | $82.37 | $68.64 |
| 0028-0262-01 | VOLTAREN® tablets 50mg 100's | $160.03 | $133.36 |
| 0028-0264-01 | VOLTAREN® tablets 75mg 100's | $193.79 | $161.50 |
| 0028-0205-01 | VOLTAREN-XR® tablets 100mg 100's | $388.91 | $324.09 |