# EXHIBIT 23



**Novartis Pharmaceuticals Corporation**
One Health Plaza
East Hanover, NJ 07936-1080

Tel  973 781 8300

June 6, 2002

To: Third Party Journals

## NOTICE OF PRICE ADJUSTMENT

Effective June 6, 2002, at 5:00 P. M. Eastern Standard Time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are listed below:

| NDC Number | Product Description | AWP* Price | Wholesaler Price |
|---|---|---|---|
| 0078-0149-23 | MIACALCIN® 200 I.U./mL multi-dose vials, 2mL | $40.43 | $33.69 |
| 0078-0311-90 | MIACALCIN® nasal spray (2) 2mL | $70.20 | $58.50 |

*As used in the attached Price List, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the above information to update your records.

If you have any questions, please contact Diane Staub at 1-(973) 781-7726.

Thank you for your continued support of Novartis Pharmaceuticals.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
128d02

Confidential                                                                                      NPC0043470