# EXHIBIT 24

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080

Tel   973 781 8300

 NOVARTIS

July 11, 2002

To: Third Party Journals

## NOTICE OF PRICE ADJUSTMENT

Effective July 11, 2002, at 5:00 P. M. Eastern Standard Time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are attached.

*As used in the attached Price List, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the above information to update your records.

If you have any questions, please contact Diane Staub at 1-(973) 781-7726.

Thank you for your continued support of Novartis Pharmaceuticals.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
157d02
Attachment

Confidential

TO: THIRD PARTY JOURNALS
JULY 11, 2002
PAGE 2

| NOTICE OF PRICE ADJUSTMENT | | | |
|---|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION | | | |
| EFFECTIVE 5 P. M. JULY 11, 2002 | | | |
| NDC Number | Product Description | AWP* Price | Wholesaler Price |
| 0078-0348-44 | Vivelle® 0.025mg/day (6 x 8) | $182.93 | $152.44 |
| 0078-0348-42 | Vivelle® 0.025mg/day (1 x 8) InnerCarton | $30.49 | $25.41 |
| 0083-2325-62 | Vivelle® 0.0375mg/day (6 x 8) | $184.38 | $153.65 |
| 0083-2325-08 | Vivelle® 0.0375mg/day Inner Carton 8 | $30.73 | $25.61 |
| 0083-2325-01 | Vivelle® 0.0375mg/day Patch | $3.84 | $3.20 |
| 0083-2326-62 | Vivelle® 0.05 mg/day (6 x 8) | $187.82 | $156.52 |
| 0083-2326-08 | Vivelle® 0.05 mg/day Inner Carton 8 | $31.30 | $26.09 |
| 0083-2326-01 | Vivelle® 0.05 mg/day Patch | $3.91 | $3.26 |
| 0083-2327-62 | Vivelle® 0.075 mg/day (6 x 8) | $191.83 | $159.86 |
| 0083-2327-08 | Vivelle® 0.075 mg/day Inner Carton 8 | $31.97 | $26.64 |
| 0083-2327-01 | Vivelle® 0.075 mg/day Patch | $4.00 | $3.33 |
| 0083-2328-62 | Vivelle® 0.1mg/day (6 x 8) | $195.86 | $163.22 |
| 0083-2328-08 | Vivelle® 0.1mg/day Inner Carton 8 | $32.64 | $27.20 |
| 0083-2328-01 | Vivelle® 0.1mg/day Patch | $4.08 | $3.40 |
| 0078-0343-45 | Vivelle-Dot™ 0.0375mg/day (3x8) unit packer | $92.18 | $76.82 |
| 0078-0343-42 | Vivelle-Dot™ 0.0375mg/day 8 Unit Inner Carton | $30.73 | $25.61 |
| 0078-0343-62 | Vivelle-Dot™ 0.0375mg/day Patch | $3.84 | $3.20 |
| 0078-0344-45 | Vivelle-Dot™ 0.05mg/day (3x8) unit packer | $93.91 | $78.26 |
| 0078-0344-42 | Vivelle-Dot™ 0.05mg/day 8 Unit Inner Carton | $31.30 | $26.09 |
| 0078-0344-62 | Vivelle-Dot™ 0.05mg/day Patch | $3.91 | $3.26 |
| 0078-0345-45 | Vivelle-Dot™ 0.075mg/day (3x8) unit packer | $95.92 | $79.93 |
| 0078-0345-42 | Vivelle-Dot™ 0.075mg/day 8 Unit Inner Carton | $31.97 | $26.64 |
| 0078-0345-62 | Vivelle-Dot™ 0.075mg/day Patch | $4.00 | $3.33 |
| 0078-0346-45 | Vivelle-Dot™ 0.01mg/day (3x8) unit packer | $97.93 | $81.61 |
| 0078-0346-42 | Vivelle-Dot™ 0.01mg/day 8 Unit Inner Carton | $32.64 | $27.20 |
| 0078-0346-62 | Vivelle-Dot™ 0.01mg/day Patch | $4.08 | $3.40 |

Confidential