# EXHIBIT 27



**Novartis Pharmaceuticals Corporation**
One Health Plaza
East Hanover, NJ 07936-1080

Tel  973 781 8300

February 26, 2003

To:  Third Party Journals

## NOTICE OF PRICE ADJUSTMENT

Effective February 26, 2003, at 5:00 P. M. <u>Eastern Standard Time</u>, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments.  The revised prices are attached.

| NDC Number | Product Description | AWP* Price | Wholesaler Price |
|---|---|---|---|
| 0078-0176-05 | LESCOL® capsules 20mg 100's | $177.78 | $148.15 |
| 0078-0176-15 | LESCOL® capsules 20mg 30's | $53.42 | $44.52 |
| 0078-0234-05 | LESCOL® capsules 40mg 100's | $177.78 | $148.15 |
| 0078-0234-15 | LESCOL® capsules 40mg 30's | $53.42 | $44.52 |
| 0078-0354-15 | LESCOL® XL tablets 80mg 30's | $68.43 | $57.02 |
| 0078-0354-05 | LESCOL® XL tablets 80mg 100's | $228.07 | $190.06 |

*As used in the attached Price List, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers.  Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the attached information to update your records.

If you have any questions, please contact Diane Staub at 1-(862) 778-7726.

Thank you for your continued support of Novartis Pharmaceuticals.

Sincerely,

*[signature]*

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
49D03

Confidential                                                                                                     NPC0043461