UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO <br><br> *State of Montana v. American Labs Inc., et al.,* <br> D. Mont. Cause No. CV-02-09-H-DWM | MDL No. 1456 <br><br> Civil Action No. <br>    01-CV-12257-PBS <br><br> Judge Patti B. Saris <br><br> **AFFIDAVIT OF** <br> **SAMUEL N. LONERGAN** <br><br> **FILED UNDER SEAL** |

STATE OF NEW YORK
                    ss.:
COUNTY OF NEW YORK

SAMUEL LONERGAN, being duly sworn, deposes and says:

1. I am an associate with the law firm of Kaye Scholer LLP, which represents Novartis Pharmaceuticals Corporation ("NPC") in the above-captioned case. I submit this affidavit in support of NPC's motion for summary judgment in *State of Montana v. Abbott Laboratories.*

A. **Montana Medicaid's Reimbursement of Aredia and Miacalcin**

2. Attached hereto as Exhibit 1 is a spreadsheet created at my direction exhibiting true and accurate quarterly sums of Montana Medicaid's reimbursements for the NPC drugs Aredia and Miacalcin Injection from January 1, 1997, through June 30, 2003. The quarterly sums contained in Exhibit 1 are based on drug utilization data reported by Montana Medicaid to the Center for Medicare and Medicaid Services ("CMS"). CMS makes this information public on its website, which provides utilization data for outpatient drugs paid for by all State Medicaid agencies since the

inception of the Medicaid drug rebate program in 1991 ("the CMS Data"). This data is available at http://www.cms.hhs.gov/MedicaidDrugRebateProgram/SDUD/list.asp#TopOfPage.

3. An explanation of the data that Exhibit 1 contains is as follows. Each row of Exhibit 1, save the header row, reflects the total amount that Montana Medicaid reimbursed for either Aredia or Miacalcin Injection during an annual quarter. The column entitled, "State" identifies the state that paid the reimbursement to Providers. The column entitled, "NDC" identifies the National Drug Code ("NDC") for the reimbursed drug. An NDC is a unique, 10-digit number that identifies the labeler, product, and package size for a drug. The NDC for Miacalcin Injection is 00078-0149-23, and the NDCs for Aredia are 00083-2601-04 and 00083-2609-01. The column entitled, "Drug Name" identifies the drug by name and package size. The column entitled, "Year" identifies the year of the reimbursement. The column entitled, "Quarter" identifies the annual quarter, of the corresponding year, of the reimbursement. By way of example, a "1" in this column means that the reimbursement was paid in the first annual quarter of the corresponding year, a "2" means that the reimbursement was paid in the second annual quarter of the corresponding year, and so on. The column entitled, "Total Reimbursed Amount" identifies the total dollar amount that Montana Medicaid paid in reimbursement for the drug during the corresponding quarter.

4. Montana Medicaid's total dollar reimbursement for Aredia was $45,843.28 during the period January 1, 1997, through June 30, 2003. Montana Medicaid's total dollar reimbursement for Miacalcin Injection was $25,785.17 during the period January 1, 1997, through June 30, 2003. These figures were arrived at by totaling

Montana Medicaid's total quarterly dollar reimbursements, based on the CMS Data, for Aredia and Miacalcin Injection (*i.e.*, the figures in the "Total Reimbursed Amount" column of Exhibit 1).

**B.    NPC Rebates to Montana Medicaid**

5.    Attached hereto as Exhibit 2 is a spreadsheet created at my direction exhibiting true and accurate quarterly rebate amounts paid by NPC to Montana Medicaid from January 1, 1997, through June 30, 2003, for the drugs at issue here. The quarterly amounts contained in Exhibit 2 are based on rebate data produced by NPC to the state of Montana ("Plaintiff") in connection with the above-captioned case.

6.    An explanation of the data that Exhibit 2 contains is as follows. Each row of Exhibit 2, save the header row, reflects the rebate amount paid by NPC to Montana Medicaid for a particular drug during an annual quarter. The column entitled, "State" identifies the state receiving the rebate. The column entitled, "Program" identifies the specific state program receiving the rebate. "Medicaid" indicates that Montana Medicaid received the rebate. The column entitled, "NDC" identifies the NDC for the rebated drug. The column entitled, "Drug Name" identifies the rebated drug by brand name and package size. The column entitled, "Year/Quarter" identifies the year and annual quarter of the rebate. By way of example, a "20001" in this column means that the reimbursement was paid in the first annual quarter of the year 2000, a "20002" means the reimbursement was paid in the second annual quarter of the year 2000, and so on. The column entitled, "Rebate Amount" identifies the rebate amount paid by NPC to Montana Medicaid for the identified drug during the corresponding quarter.

7.    Montana Medicaid received rebates from NPC totaling $2,094,784.94 during the period January 1, 1997, through June 30, 2003, for the drugs at

issue here. These figures were arrived at by totaling the quarterly rebates paid to Montana Medicaid by NPC based on NPC's Medicaid rebate data (*i.e.*, the figures in the Rebate Amount column of Exhibit 2).

C. **Montana Mental Health Nursing Care Center's Purchases of NPC Drugs**

8. Attached hereto as Exhibit 3 is a spreadsheet created at my direction exhibiting true and accurate prices paid by Montana Mental Health Nursing Care Center ("Nursing Care Center") for certain NPC drugs at issue here and reimbursement amounts paid by Montana Medicaid to Providers for the same drugs. The Nursing Care Center purchase prices for NPC drugs contained in Exhibit 3 are based on NPC's commercial chargeback data produced by NPC to Plaintiff in connection with the above-referenced case. The Montana Medicaid reimbursement data contained in Exhibit 3 are based on the CMS Data.

9. An explanation of the data that Exhibit 3 contains is as follows. Each row of Exhibit 3, save the header row, reflects an individual purchase by Nursing Care Center of an NPC drug at issue here. The column entitled, "Entity" identifies the Montana state entity that purchased the drug. The column entitled, "NDC" identifies the NDC for the NPC drug that was purchased. The column entitled, "Drug Name" identifies the NPC drug that was purchased by brand name and package size. The column entitled, "Invoice Date" identifies the date that the wholesaler shipped the drug to the Montana state entity that purchased the drug. This date is expressed in the following format: the first four digits identify the year of the transaction; the next two digits, the month; and the last two digits, the day of the month. By way of example, a "2001-02-26" in the Invoice Date column means that the wholesaler shipped the product on February 26, 2001. The column entitled, "Price" reflects the contract price at which the Montana state entity

purchased the NPC drug. The column entitled, "Quantity" reflects the quantity of the product that the entity purchased. The column entitled, "Units" reflects the number of units of the drug contained in each package. The column entitled, "Invoice Price Per Unit" reflects the price paid by the Montana state entity on a per unit basis. Each entry in the Invoice Price Per Unit column is calculated by dividing the entry in the Price column by the figure that results from multiplying the entry in the Quantity column by the entry in the Units column. The column entitled, "Medicaid Reimbursement" reflects the amount that Montana Medicaid reimbursed per unit (minus the estimated dispensing fee) for the corresponding NPC drug. The column entitled, "Percent of Medicaid Reimbursement" reflects the Montana state entity's drug purchase price as a percentage of Montana Medicaid's reimbursement amount (paid to Providers) for the same drug. Each entry in the Percent of Medicaid Reimbursement column is calculated by dividing the entry in the Invoice Price Per Unit column by the entry in the Medicaid Reimbursement column.

    10. Nursing Care Center purchased four NPC drugs at issue here during the period beginning January 1, 1997, through June 30, 2003: Exelon, Miacalcin Nasal Spray, Tegretol, and Trileptal. The weighted average of the column entitled, "Percent of Medicaid Reimbursement" establishes that Nursing Care Center's cost of acquiring the four NPC drugs was 90.1 percent of the amount that Montana Medicaid paid in reimbursement to providers (minus estimated dispensing fees) for the same drugs. This average was weighted according to the total cost of each of Nursing Care Center's purchases.

D. **Relevant Documents And Other Materials Cited in NPC's Memorandum and Local Rule 56.1 Statement of Undisputed Facts in Support of NPC's Motion for Summary Judgment**

11. Attached hereto as Exhibit 4 is a true and correct copy of *Report of Independent Expert Professor Ernst R. Berndt to Judge Patti B. Saris*, for purposes of the motion for class certification, in *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, Civil Action No. 01-CV-12257-PBS (D. Mass.).

12. Attached hereto as Exhibit 5 are true and correct copies of pages 1, 9-24, 65-72, and 149-60 of Frank J. Arena's deposition, taken on June 27, 2006, in connection with *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, Civil Action No. 01-CV-12257-PBS (D. Mass.).

13. Attached hereto as Exhibit 6 are true and correct copies of pages 1, 33-40, and 45-52 of Patricia Kay Morgan's deposition, taken on January 11-12, 2005, in connection with *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, Civil Action No. 01-CV-12257-PBS (D. Mass.).

14. Attached hereto as Exhibit 7 are true and correct copies of the relevant sections of Montana's Unfair Trade Practices, Medicaid Fraud, and False Claims Acts, including Mont. Code Ann. §§ 17-8-231; 30-14-101 through 30-14-143; and 53-6-160.

15. Attached hereto as Exhibit 8 is a true and correct copy of the proposed Settlement Agreement and Release in *New England Carpenters Health Benefit Fund, et al v. First DataBank, Inc.*, Civ. Action No. 1:05-CV-11148-PBS (D. Mass.).

_____
Samuel N. Lonergan

Subscribed and sworn to before me
this 8 day of Feb, 2007

_____
Notary Public

ELIZABETH GOLUB
Notary Public, State of New York
No. 4916991
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires December 28, 2009

31413458_V17.DOC                                    7