# EXHIBIT 1

| STATE | NDC | DRUG NAME | YEAR | QUARTER | TOTAL REIMBURSED AMOUNT |
|---|---|---|---|---|---|
| Montana | 00078014923 | Miacalcin 2ml Vial | 1997 | 1 | $147.85 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 1997 | 2 | $239.16 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 1997 | 3 | $124.38 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 1997 | 4 | $178.78 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 1998 | 1 | $300.81 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 1998 | 2 | $32.51 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 1998 | 3 | $227.78 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 1998 | 4 | $459.58 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 1999 | 1 | $393.60 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 1999 | 2 | $481.00 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 1999 | 3 | $1,003.15 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 1999 | 4 | $660.94 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2000 | 1 | $1,180.49 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2000 | 2 | $1,294.44 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2000 | 3 | $2,640.92 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2000 | 4 | $1,419.30 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2001 | 1 | $1,711.61 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2001 | 2 | $1,535.42 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2001 | 3 | $1,111.12 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2001 | 4 | $2,496.51 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2002 | 1 | $1,301.88 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2002 | 2 | $1,874.32 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2002 | 3 | $1,446.14 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2002 | 4 | $740.46 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2003 | 1 | $1,280.86 |
| Montana | 00078014923 | Miacalcin 2ml Vial | 2003 | 2 | $1,502.16 |
| Montana | 00083260104 | Aredia 30/470mg Vial | 2001 | 3 | $508.74 |
| Montana | 00083260104 | Aredia 30/470mg Vial | 2001 | 4 | $760.11 |
| Montana | 00083260104 | Aredia 30/470mg Vial | 2002 | 1 | $983.45 |
| Montana | 00083260104 | Aredia 30/470mg Vial | 2002 | 2 | $1,872.24 |
| Montana | 00083260104 | Aredia 30/470mg Vial | 2002 | 3 | $255.37 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 1997 | 1 | $540.14 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 1997 | 2 | $1,626.42 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 1997 | 3 | $1,620.60 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 1997 | 4 | $1,620.60 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 1998 | 1 | $1,663.64 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 1998 | 2 | $1,685.16 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 1998 | 3 | $2,248.42 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 1998 | 4 | $2,275.84 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 1999 | 1 | $1,771.60 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 1999 | 2 | $1,772.89 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 1999 | 3 | $1,791.28 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 1999 | 4 | $1,800.12 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 2000 | 1 | $1,802.12 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 2000 | 2 | $3,345.05 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 2000 | 3 | $2,665.22 |

| STATE | NDC | DRUG NAME | YEAR | QUARTER | TOTAL REIMBURSED AMOUNT |
|---|---|---|---|---|---|
| Montana | 00083260901 | Aredia 90/375mg Vial | 2000 | 4 | $2,165.58 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 2001 | 1 | $2,895.44 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 2001 | 2 | $2,128.23 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 2001 | 3 | $3,033.36 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 2001 | 4 | $2,273.52 |
| Montana | 00083260901 | Aredia 90/375mg Vial | 2002 | 1 | $738.14 |

| | |
|---|---|
| **Montana Medicaid's Total Aredia (NDCs 00083-2601-04 and 00083-2609-01) Reimbursement** | $45,843.28 |
| **Montana Medicaid's Total Miacalcin Injection (NDC 00078-0149-23) Reimbursement** | $25,785.17 |