# EXHIBIT 5

```
 1              UNITED STATES DISTRICT COURT

 2              DISTRICT OF MASSACHUSETTS

 3              MDL NO. 1456

 4              CIVIL ACTION NO. 01-CV-12257-PBS

 5     - - - - - - - - - - - - - - - X

 6     In Re:  PHARMACEUTICAL         :

 7     INDUSTRY AVERAGE WHOLESALE        DEPOSITION OF:

 8     PRICE LITIGATION               :

 9     _____X    FRANK J. ARENA

10                                    :

11     THIS DOCUMENT RELATES TO:

12     ALL CLASS ACTIONS              :

13     - - - - - - - - - - - - - - - X

14                   HIGHLY CONFIDENTIAL

15           TRANSCRIPT of testimony as taken by

16     and before SEVA FLICSTEIN, Certified Shorthand

17     Reporter, Registered Merit Reporter, Certified

18     Realtime Reporter, a Notary Public of the

19     State of New Jersey, at the offices of Novartis

20     Pharmaceuticals Corporation, One Health Plaza,

21     East Hanover, New Jersey, on Tuesday, June 27,

22     2006, commencing at 9:34 in the forenoon.
```

```
1    Q.   And could you tell me for the record how
2    the sales function of Novartis is organized at this
3    point in time?
4    A.   We are a national sales organization
5    headed by a senior vice president of sales.  We have
6    different sales lines or sales field forces with
7    different names, and they are distributed among
8    eight regional offices across the country.
9    Q.   Could you list the regional offices for me?
10   A.   They are from east to west, there is an
11   office in Morristown, New Jersey that is responsible
12   for both the Morristown and Boston region.  So the
13   two regions operate out of one office there.  There
14   is a Raleigh, North Carolina office; an Atlanta,
15   Georgia office; Cincinnati, Ohio; Chicago, Illinois;
16   Dallas, Texas; and San Ramon, California.
17   Q.   Can you tell me which of these offices
18   Montana and Nevada fall within?  And I realize that
19   could be a compound question.
20        Which of these offices does -- which of these
21   regions does Montana fall within?
22   A.   It's my understanding that those states
```

                                                    9

```
1    belong to the San Ramon, California office.
2    Q.   Is the sales -- would you call it the
3    sales department or the sales force?  Or how
4    internally at Novartis do you refer to the sales
5    organization?
6    A.   The sales department, I think, would be
7    adequate.
8    Q.   Does the sales department --
9         What is the relationship between the sales
10   department and the marketing department?
11   A.   I'm not sure if I understand that
12   question.
13   Q.   Is there a regional structure within the
14   marketing department as well?
15   A.   No.
16   Q.   Is there a -- I'm sorry.  Did I interrupt
17   you?
18   A.   No.  I just wanted to say that the
19   marketing department, as you had indicated, is
20   headquartered here, it is a central function in East
21   Hanover.
22   Q.   Is there a -- within the organizational
```

                                                    10

```
1    structure of Novartis is there a reporting
2    relationship between marketing and sales?
3    A.   They report separately to senior
4    executives who in turn report to the president and
5    chief executive officer.
6    Q.   And to whom does the marketing department
7    report?
8    A.   Ultimately, today, it reports to Nancy
9    Lurker.
10   Q.   And what is Ms. Lurker's position?
11   A.   Chief marketing officer.
12   Q.   And to whom does the sales department
13   report?
14   A.   The general medicines unit reports to Greg
15   Schofield.
16   Q.   And are there other divisions within the
17   sales department other than the general medicines
18   unit?
19   A.   There are several others.  We call them
20   business units.  So, for instance, oncology reports
21   separately, not to Mr. Schofield.
22   Q.   And to whom does oncology report?
```

                                                    11

```
1    A.   From a sales perspective, it reports to
2    Steve Engelhardt.
3    Q.   When you say "from a sales perspective,"
4    it raises another question.  Is the sales department
5    in addition to being organized regionally, is it
6    also organized by therapeutic class?
7    A.   No.  It's organized regionally, and then
8    by lines.  So we have different field sales
9    organizations with different names that carry
10   certain brands.
11   Q.   And we may get into that a little bit
12   later.  I am just trying to understand the structure
13   of Novartis and the sales and marketing area
14   specifically so we can be as efficient as possible
15   today.
16   A.   Okay.
17   Q.   How many employees are there within the
18   sales department of Novartis?
19   A.   The approximate number is about 6200.
20   Q.   Can you tell me what the different
21   functions of the people are generally?
22   A.   I can.  I guess starting with the sales
```

                                                    12

| | |
|---|---|
| 1  representative, the function of the sales | 1    A.    We have national responsibility for not |
| 2  representative would be to deliver the approved | 2  only general medicines, but in most cases we support |
| 3  sales message to the healthcare prescribers across | 3  the other stand-alone business units that I |
| 4  the country. | 4  mentioned earlier, like oncology. |
| 5       The sales representatives report to a first | 5    Q.    How -- that's not a good question. |
| 6  line manager, sometimes referred to as a district | 6       How do the marketing and sales departments |
| 7  manager. | 7  work together? |
| 8       That role provides guidance, feedback, | 8       MR. GODLER:  The question is, Do they work |
| 9  supervision, and ensures compliance with the | 9  together? |
| 10 delivery of the message by the sales representative. | 10   Q.    (BY MS. BRECKENRIDGE:)  A better question |
| 11      The first line manager in turn reports to a | 11 is, Do they work together? |
| 12 second line manager, usually referred to as a | 12   A.    Yes.  They work together in the way that |
| 13 regional sales director.  That role similarly for | 13 the marketing department is accountable for the |
| 14 management provides coaching, feedback, guidance, | 14 strategy, as I mentioned earlier, and the |
| 15 and ensures compliance with the delivery of the | 15 development of the core selling message, which goes |
| 16 message. | 16 through an approval process involving medical, |
| 17      And ultimately, the regional sales directors | 17 legal, and regulatory authorities. |
| 18 report to a vice president of sales, a divisional | 18      Once that message has been tested and |
| 19 vice president of sales, who in turn report to the | 19 approved by that process, it is turned over to the |
| 20 head of sales. | 20 sales organization, along with the supporting or |
| 21   Q.    You described your title as vice | 21 collateral materials, such as the visual aid or the |
| 22 president, sales operations? | 22 selling brochure. |

| | |
|---|---|
| 1    A.    Yes. | 1       And then the sales organization receives |
| 2    Q.    How does that fit into the sales | 2  extensive training on the materials and the delivery |
| 3  organization? | 3  of the core selling message through either classroom |
| 4    A.    My department and my role is a support | 4  training or at promotional planning meetings where |
| 5  function to the field selling organization. So we | 5  the representatives are basically certified on their |
| 6  provide service. | 6  knowledge and their ability to deliver the message |
| 7    Q.    Could you describe to me what type of | 7  to healthcare prescribers. |
| 8  services your department provides to the sales | 8    Q.    Is it the marketing department that |
| 9  organization? | 9  provides the extensive training to the sales |
| 10   A.    Yes.  It's fairly broad services, | 10 organization? |
| 11 including sample management.  So under sales | 11   A.    Actually, it's provided by our sales |
| 12 operations would be sample ops.  We provide the call | 12 training department that puts together the |
| 13 reporting system or the SFA system, sales force | 13 appropriate resources.  And that training presents |
| 14 automation.  We provide all outbound field | 14 itself in a number of ways:  in-person classroom |
| 15 communications.  We support the field force through | 15 training, online computer training, and at meeting |
| 16 the awards and recognition program.  And we also are | 16 practice selling and delivery of the sales message. |
| 17 involved in supporting the customer meetings and | 17   Q.    You mentioned visual aids that are the |
| 18 events that Novartis would sponsor at the local | 18 product of the marketing department work.  Is it the |
| 19 level. | 19 marketing department who puts together the visual |
| 20   Q.    And Mr. Arena, does your department cover | 20 aids? |
| 21 the entire country?  Or are you assigned to a | 21   A.    It's their -- one of their primary |
| 22 particular region or regions? | 22 responsibilities, to assemble the visual aid. |

```
 1    Q.   How long has the sales and marketing
 2  departments been organized in this way, starting
 3  with the marketing department?
 4       How long has the marketing department been
 5  organized in the manner you described for the
 6  record?
 7    A.   That's a little bit difficult for me to
 8  reflect on, because we've had different
 9  organizational structures over the years.  But if I
10  can say, it's been at least five years or so that
11  it's been structured this way, perhaps longer.
12    Q.   Is that the same for the sales department?
13    A.   Yes.
14    Q.   You described what the function of your
15  department is, and you mentioned the call reporting
16  system.  Can you explain what the call reporting
17  system is?
18    A.   Each of our sales representatives are
19  equipped with a hand-held device and a laptop
20  computer.  And the call reporting requirement is to
21  ensure that each and every physician call that's
22  made is logged on either through the hand-held
```

```
 1  device or through the laptop computer.
 2       And what is captured are the following key
 3  pieces of information:
 4       The products that are promoted in that sales
 5  call; the samples that are left and signed for by
 6  the prescriber; and any action items or talking
 7  points that are significant that would justify a
 8  follow-up visit or activity on the part of the
 9  representative is also recorded.
10    Q.   What happens to the -- is that narrative
11  considered a call report?
12    A.   It's considered a post-call note.
13    Q.   And what happens to the post-call note?
14  Where is it distributed?
15       MR. GODLER:  I'm sorry.  What was the
16  question?
17    Q.   What happens to the post-call note?
18    A.   The post-call note is available to the
19  representative for future calls.  It's available to
20  be reviewed by his or her first line manager.  And
21  it's also available to counterpart or pod mates,
22  that would be other representatives calling on that
```

```
 1  same physician.
 2    Q.   What is a pod?
 3    A.   A pod is the way in which a territory is
 4  configured with several representatives accountable
 5  for the same geography and, in many cases,
 6  overlapping physician target customers.
 7    Q.   Is it the case, then, that different sales
 8  representatives are representing different products,
 9  then, within the Novartis line?
10    A.   They are.
11    Q.   Who heads up the sales department at
12  Novartis, the ultimate top of the line?
13    A.   That would be Greg Schofield, senior vice
14  president and general manager of North America.
15    Q.   Do you know approximately how many
16  employees fall within the marketing department?
17    A.   I actually don't know the number of
18  marketing associates.
19    Q.   Do you know the functions, the job
20  functions, within the marketing department?
21    A.   Generally, I do.
22    Q.   Could you describe those for me, please?
```

```
 1    A.   Starting with the brand team, there's
 2  usually a brand director who is the accountable
 3  person for managing the entire brand P & L
 4  statement.
 5       Reporting to the brand director are usually
 6  several brand managers and or assistant brand
 7  managers that are accountable for the development of
 8  support materials.  They work together as a team in
 9  the development of the overall brand strategy.
10       The brand teams are supported by market
11  research analysts that assist them in conducting
12  primary and secondary research to better understand
13  customer insights and to help in formulating the
14  overall marketing annual business plan.
15       There are, in addition, promotional managers
16  who work very closely with the brand teams as well
17  in developing the tactics that would support some of
18  the strategies.
19    Q.   When you use the term "tactic," can you
20  describe that for me or give me an example?
21    A.   Tactic might include the actual visual
22  aid.  It might include a reminder piece, such as a
```

**Page 21**

```
 1  simple pen or scratch pad.  It might also include a
 2  clinical reprint that would substantiate the safety
 3  and efficacy of the drug -- of the branded drug in
 4  question.
 5      Q.   Who is ultimately responsible for the
 6  marketing strategy for a particular product?
 7      A.   For a particular product, I believe it
 8  would be the brand director.  The brand director
 9  reports to the therapeutic franchise head.
10      Q.   Does the marketing department take into
11  consideration drug pricing as part of their
12  determination of the brand strategy?
13      A.   They will make a recommendation to the
14  senior management committee on pricing, yes. So
15  pricing is one of the areas that they will address.
16      Q.   Do you know what types of research they do
17  to reach their pricing recommendation?
18      A.   I do so only very generally.
19      Q.   Could you describe your general
20  understanding of that research that goes into the
21  pricing recommendation?
22      A.   Much of it is relative to competitive
```

**Page 22**

6/27/2006 Arena, Frank - NOVARTIS

```
 1  benchmarking in the same therapeutic area and
 2  assessing the benefits of our product, the efficacy
 3  of our product, the safety of our product vis-a-vis
 4  competitors and what competitors are currently
 5  pricing their agents at.
 6      Q.   Would that competitive benchmarking be the
 7  responsibility of the marketing department?
 8      A.   Yes.
 9      Q.   Do you know where the marketing department
10  obtains their data or information for their
11  competitive benchmarking?
12      A.   Not precisely, no.
13      Q.   Are there other departments that work with
14  -- I'll withdraw that question.
15           What other departments work directly with the
16  marketing department?
17      A.   Many other departments work with the
18  marking department, including our own sales,
19  production planning, regulatory, legal, IT.
20      Q.   Is there a government affairs department?
21      A.   Government affairs, thank you,
22  development.  I must have said medical at this
```

**Page 23**

6/27/2006 Arena, Frank - NOVARTIS

```
 1  point.
 2      Q.   No.  But I'm beginning to realize how
 3  broad my question was.
 4      A.   Right.
 5      Q.   Is there -- would the answer be the same
 6  for the sales department?
 7      A.   Similar.
 8           MR. GODLER:  The answer would be the same
 9  for -- what would be the question that you are
10  referring to the answer would be the same?
11      Q.   (BY MS. BRECKENRIDGE:)  I am referring to
12  what departments does the sales department work with
13  regularly?
14      A.   I think my response would be similar. But
15  my experience is that marketing has more engagement
16  or involvement cross-functionally than does sales.
17      Q.   Is there a pricing department within
18  Novartis?
19      A.   There is a group.  I don't know if it's a
20  full department.  But there is a group that is
21  accountable for pricing.
22      Q.   What is the name of the group?
```

**Page 24**

6/27/2006 Arena, Frank - NOVARTIS

```
 1      A.   I'm not sure that I actually know the
 2  current terminology or title of that department.
 3      Q.   Do you recall any past titles of the
 4  department?
 5      A.   I don't.
 6      Q.   Where are they geographically located?
 7      A.   In East Hanover.
 8      Q.   Do you know approximately how many
 9  employees are within that department?
10      A.   I do not, no.
11      Q.   Do you know who heads up that department?
12      A.   I believe it reports to finance.
13      Q.   Do you know how the department is
14  organized?
15      A.   I do not, no.
16      Q.   In your function as vice president of
17  sales operations do you have direct dealings with
18  the pricing department?
19      A.   I do not.  This is --
20      Q.   And I'm using "pricing department" as
21  small "p," small "d."  I understand that is likely
22  not the title.
```

1    Do you know Doug Fast?
2    A.  I do not.
3    Q.  Are you familiar with a job function known
4  -- or job title known as the ReadyPrice product
5  manager?
6    A.  I'm not familiar with that at all, no.
7    Q.  There is a reference on the first page to
8  Fosamax.  Is that a Novartis product?
9    A.  It is not.
10   Q.  And further down in the same paragraph --
11      Do you know who the manufacturer of Fosamax
12  is?
13   A.  I believe it's Merck.
14   Q.  Do you know if Fosamax -- is there a
15  competitor for Fosamax within the Novartis line of
16  pharmaceuticals?
17   A.  I believe the competitor would be
18  Miacalcin.
19   Q.  And then the next question is Sporanox,
20  are you familiar with a product known as Sporanox?
21   A.  I am.
22   Q.  Is that a Novartis product?

1    A.  It is not.
2    Q.  Do you know who manufactures that product?
3    A.  I believe it is Janssen Pharmaceuticals.
4    Q.  Is there a Novartis competitor for
5  Sporanox?
6    A.  There is.
7    Q.  And what is that product?
8    A.  Lamisil.
9    Q.  Is this the type of competitor pricing
10  information that you've used during your career?
11   A.  No, I've never used this pricing
12  competitive information.
13   Q.  Have you ever used competitive pricing
14  information of any type in your career?
15   A.  Yes.
16   Q.  So when you say I've never used this type
17  of pricing information, what do you mean?
18   A.  The pricing information that has been used
19  -- that I have personally been aware of, used, and
20  knowledgeable about deals with pricing to the
21  patient.
22      And it is generally in a -- sort of in a

1  general way stated that the Novartis product --
2  whatever the product might be in question -- is --
3  and I'll use the term competitively priced to other
4  brands in that same therapeutic area.
5      So it is not specific in terms of dollars or
6  cents, generally.  And it is all about pricing to
7  the end user, the patient, the consumer.
8    Q.  And where would you get that type of
9  information?
10   A.  Generally, that kind of information would
11  be provided by the home office.
12   Q.  Is it still provided to this day?
13   A.  There may be reference that particular
14  product is, again, competitively priced to another
15  product within that category.  And that might be a
16  statement that a sales representative would be able
17  to deliver today.
18      But it's only delivered if it's provided by
19  East Hanover through the message core team review
20  and approval process that we talked about earlier,
21  and authorized for the representative to deliver.
22      It is not that the rep or the first line

1  manager develops that locally in the field.
2    Q.  And that was my follow-up question.
3      To your knowledge, does the rep in the field
4  working locally or regionally collect information
5  even anecdotally regarding competitor prices?
6    A.  They are not authorized to do so.  It is
7  not to my knowledge that it is done.  And we
8  instruct all of our representatives and first line
9  managers under those ethics and compliance courses
10  that we talked about before that they are not to in
11  any manner, shape or form to modify, change or
12  develop material in the field that has not been
13  approved through East Hanover and given to them
14  directly from East Hanover.
15   Q.  Is there a particular policy that relates
16  to this instruction that you just described?
17   A.  Yes.
18   Q.  And what is that policy?
19   A.  I'm not sure that I know the name of a
20  policy.  But every new hire --
21   Q.  I can ask a different question.
22   A.  Okay.

```
1      Q.   Even I thought that was an objectionable
2    question.
3           MR. GODLER:  See, I let you ask it anyway.
4      Q.   Is this a written policy?
5      A.   Yes.
6      Q.   And where would it be written?
7           MR. GODLER:  Where is it written?
8           MS. BRECKENRIDGE:  Yes.
9      A.   It's in the policy manual.  But I think
10   more importantly, it's a policy that all new hires
11   are trained on.  And we remind our sales associates
12   of this policy generally on an annual basis if not
13   more frequently.
14     Q.   And understanding that you can't quote it
15   verbatim, can you describe for me what the policy
16   is?
17     A.   There is a shorthand term which may mean
18   nothing to a lay person, but it is the use of
19   homemade bread.
20     Q.   Okay.
21     A.   And so -- and homemade bread is in quotes,
22   right.  And it suggests very clearly that the use of
```

69

```
1    homemade bread -- meaning that any alteration,
2    modification, change or adjustment to an approved
3    sales aid -- will result in immediate disciplinary
4    action up to and including termination.
5      Q.   How long has that been the policy, Mr.
6    Arena?
7      A.   It has been the policy of our company as
8    long as I can remember.  Clearly it's been our
9    policy over the 10 years of the Novartis history
10   since 1997.
11          And I know from the heritage company of Ciba
12   Geigy, it was also a policy there.
13     Q.   Are you aware of any instances where -- in
14   which employees have been disciplined for breaching
15   this policy?
16     A.   I am.
17     Q.   And is there a way to describe -- when was
18   the last time that you are aware of?
19     A.   Probably in the last 12 months or so.
20     Q.   Can you describe to me generally what the
21   nature of the breach was?
22     A.   Yes.  Just generally, it relates to a
```

70

```
1    sales representative either taking claims out of
2    context or using nonapproved materials in the
3    promotion of a Novartis product.
4      Q.   Is there a particular committee that deals
5    with breaches of this policy?
6      A.   They are generally reported to the ethics
7    and compliance, and handled by our human resources
8    department, along with security.
9      Q.   Do you know if that employee was
10   terminated?
11     A.   Yes.
12     Q.   And was that employee terminated?
13     A.   Yes.
14     Q.   Did the representations that the employee
15   made -- I'm sorry.
16          Did the action that the employee took relate
17   to a particular Novartis product?
18     A.   Yes.
19     Q.   And what was that product?
20     A.   I believe it was Diovan.
21     Q.   I am going to ask you to excuse me for a
22   minute, I need to turn down my air-conditioner.
```

71

```
1           I would like to ask the court reporter to
2    pull out what I previously marked as Exhibit 13 in
3    her pile, Bates numbers NPC-MNT 1033 through 1035.
4    And this is our second exhibit, not to be confusing.
5               (Exhibit Arena 002, Documents Bates
6    stamped NPC-MNT 1033 through 1035, was marked for
7    identification.)
8      Q.   (BY MS. BRECKENRIDGE:)  You can hand the
9    exhibit to Mr. Arena, please.
10          Mr. Arena, if I can ask you to take a moment
11   to look at this document.  And I will have a few
12   questions to ask you about it.
13     A.   I'm ready.
14     Q.   Thank you.  I have a few questions for
15   you.
16          Have you ever seen this document before, Mr.
17   Arena?
18     A.   I don't believe I have.
19     Q.   Have you seen documents similar to this
20   document?
21     A.   Yes.
22     Q.   Is this an example of the broadcast fax
```

72

 1    Q.    You mentioned earlier Novartis policies.
 2   Does Novartis have a policy on tracking competitor
 3   information?
 4    A.    A policy on that?  Not that I'm aware of.
 5    Q.    Are you familiar with the term "spread" in
 6   connection with drug pricing?
 7    A.    I've seen it in the Pink Sheet and in the
 8   press.
 9    Q.    What's the Pink Sheet?
10    A.    It's an industry-wide newsletter that
11   speaks about what's happening in the industry and
12   with specific companies.
13    Q.    What do you recall about the term "spread"
14   in the Pink Sheets?
15    A.    Going back some time there was an article
16   or two about certain companies or drugs that were
17   using the spread between the acquisition cost and I
18   think AWP, and using that for the advantage of
19   somebody.  I don't remember the specifics.
20    Q.    Do you recall which companies were
21   mentioned?
22    A.    No, I actually don't.

 1         MS. BRECKENRIDGE:  I don't have any
 2   further questions.
 3         MR. GODLER:  Actually, I do have a few
 4   questions for cross-examination.
 5              -----
 6          Examination
 7              -----
 8   BY MR. GODLER:
 9    Q.    Mr. Arena, earlier you -- there was
10   testimony about Novartis's customers.  I would like
11   to ask you, how do you define the term "customers"
12   in connection with Novartis Pharmaceuticals
13   products?
14         MS. BRECKENRIDGE:  I am sorry.  I couldn't
15   hear the first part of the question.
16            (Record read.)
17    A.    I think that's a great question because we
18   have a big debate around here regarding who are the
19   customers.
20         Customers when we refer to them as such is a
21   very broad term, and it may include from the
22   physician prescriber to the nurse practitioner to

 1   the pharmacist.  In some cases even the patient is
 2   the ultimate customer of the Novartis product. As
 3   well as wholesalers, retail chains, institutions.  I
 4   mean, it's a very long list of potential customers.
 5    Q.    Now, among that list of what is referred
 6   to as potential customers, to which of those
 7   entities does Novartis sell its products directly?
 8    A.    I think that's much clearer and limited,
 9   in that it's usually the wholesaler when we're
10   talking about the customers that are buying product.
11   Would be wholesalers and direct chain -- retail
12   chain accounts.
13    Q.    And are you aware of Novartis selling
14   directly to any of the other entities that you
15   listed when you referred to who Novartis considers
16   its customers to be?
17    A.    I am not.
18    Q.    Now, you also used the term "competitive
19   benchmarking."
20    A.    Uh-huh.
21    Q.    Can you explain what you mean by the term
22   "competitive benchmarking"?

 1         MS. BRECKENRIDGE:  Objection; asked and
 2   answered.
 3    Q.    (BY MR. GODLER:)  You can go ahead and
 4   answer.
 5    A.    Again, that's a very broad term.  And we
 6   use it to capture and to report on many different
 7   things.
 8         So, for instance, we may have mentioned
 9   earlier that we are always interested in what our
10   competitors are doing with regard to physician
11   meetings and events.  So that would be some
12   competitive benchmarking or competitive
13   intelligence.
14         We are interested in the number of sales
15   calls that our competitors are making against
16   certain physician groups, if you will, or
17   specialties.  That would be competitive
18   benchmarking.
19         We are interested in the distribution of
20   samples and the number of samples that our
21   competitors may be giving in a particular
22   therapeutic area.  So that would be competitive

1    benchmarking.
2        Q.    Is there anything else that you would put
3    into the category of competitive benchmarking?
4        A.    I am sure there are other things. Again,
5    it's a very broad term.
6        Q.    Now, there was also some testimony
7    regarding the fact that Novartis might -- Novartis
8    at times refers to the fact that its products are
9    competitively priced.
10           Do you recall that testimony?
11       A.    I do.
12       Q.    And there was also testimony regarding
13   premium pricing?
14       A.    Uh-huh.
15       Q.    Are there situations that you are aware of
16   where Novartis products are premium priced because
17   that is what competitors have priced their products
18   at?
19       A.    Uh-huh. Yes. I am aware of a situation
20   perhaps where there's only one other competitor on
21   the market and that product is at a premium price.
22   And Novartis would want to be competitive, and

1    therefore, price its product within the general
2    pricing area of that competitor.
3            So, therefore, by extension, Novartis might
4    be premium priced.
5        Q.    And now, if you wouldn't mind taking a
6    look at what was marked as Exhibit Arena 002.
7            And if I could direct your attention --
8            I think you testified that this is an example
9    of the form of a broadcast fax. Is that correct?
10       A.    Yes.
11       Q.    If I could direct your attention to the
12   middle of the page where the asterisk is.
13       A.    Uh-huh.
14       Q.    If you wouldn't mind reading that section
15   into the record.
16       A.    "As used in the attached price list, the
17   term AWP, or average wholesale price, constitutes a
18   reference for each Novartis product set as a
19   percentage above the price for which each product is
20   offered generally to wholesalers. Notwithstanding
21   the inclusion of the term 'price' in 'average
22   wholesale price,' AWP is not intended to be a price

1    charged by Novartis for any product to any
2    customer."
3        Q.    And Mr. Arena, do you know when that
4    statement began appearing in Novartis's broadcast
5    faxes?
6        A.    Well, to my recollection, this disclosure
7    has been part of all of the documents since the
8    beginning of Novartis, which would be January 1997.
9        Q.    Now I would like you to take a look at
10   what was previously marked --
11           MS. BRECKENRIDGE: I can't hear, Counsel.
12       Q.    (BY MR. GODLER:) I would like you to take
13   a look at what was previously marked Arena Exhibit 8.
14           If I could direct your attention to page 3 of
15   Exhibit 8, which is a memo dated June 20, 2002 to
16   Neil Jones from Ronda McClary.
17           Do you see that?
18       A.    Yes.
19       Q.    I think you testified that you had not
20   seen this document before. Is that correct?
21       A.    Yes.
22       Q.    Do you know what this document was used

1    for?
2        A.    No, I don't.
3        Q.    Do you know what the purpose of Ms.
4    McClary sending it to Neil Jones was?
5        A.    I do not.
6        Q.    Have you ever had any discussions or
7    conversations with either Ms. McClary or Mr. Jones
8    about this or any other document?
9        A.    No.
10       Q.    Now, you also -- you testified about the
11   training that the field sales force receives with
12   respect to the types of statements that they can
13   make.
14           Are you aware of anyone on the field sales
15   force ever being directed that they -- that it was
16   permissible to make statements regarding any
17   reimbursement that was available for Novartis
18   pharmaceutical products?
19       A.    No.
20       Q.    Are you aware of any statements regarding
21   the reimbursement for Novartis pharmaceutical
22   products being the part of any marketing plan?

1     A.   No.
2     Q.   Are you aware of the reimbursement for
3  Novartis pharmaceutical products being the part of
4  any vis aid used in connection with any Novartis
5  pharmaceutical products?
6     A.   No.
7          MR. GODLER:  I have no further questions.
8          MS. BRECKENRIDGE:  I have a few follow-up
9  questions.
10         -----
11         FURTHER EXAMINATION
12         -----
13 BY MS. BRECKENRIDGE:
14    Q.   Returning to Exhibit Arena 002, the
15 section that your lawyer referred you to regarding
16 the average wholesale price and the attached price
17 list, is that the attached price list above this
18 paragraph?
19    A.   Can we restate the question?
20    Q.   Yes.  Where is the attached price list
21 related to this e-mail?
22    A.   The only prices here are for one product:

1  Lescol.
2     Q.   So it appears from this e-mail, then, that
3  Novartis is reporting average wholesale prices
4  directly to wholesalers; is that correct?
5          MR. GODLER:  Objection.
6     Q.   (BY MS. BRECKENRIDGE:)  You can answer.
7     A.   What is your question?  I'm sorry,
8  Counsel.
9     Q.   My question is, In this e-mail is Novartis
10 reporting average wholesale prices to wholesalers
11 directly?
12    A.   I actually can't -- it's notice of price
13 adjustment, it says, to third party journals.  I
14 don't know what that is.
15    Q.   Do you know how Novartis sets average
16 wholesale prices?
17         MR. GODLER:  I'm sorry.  I don't think we
18 could hear your question.
19    Q.   (BY MS. BRECKENRIDGE:)  Do you know how
20 Novartis sets average wholesale prices?
21    A.   I do not know the mathematical formula,
22 no.

1     Q.   Do you know who within Novartis, whether
2  by name, title or department, is responsible for
3  setting average wholesale prices?
4     A.   The only thing I could offer would be the
5  pricing group that we've talked about before.  But I
6  don't know anybody specifically.
7          MS. BRECKENRIDGE:  I have no further
8  questions.
9          (Time noted:  2:42 p.m.)
10         (Exhibits were retained by the
11 Certified Shorthand Reporter.)
12
13                  _____
14                       Frank J. Arena
15
16 Sworn and subscribed to before me on this_____day
17 of_____, 2006.
18
19 NOTARY PUBLIC   _____
20
21
22

1            C E R T I F I C A T E
2     I, SEVA FLICSTEIN, a Certified Shorthand Reporter
3  and Notary Public of the State of New Jersey, do hereby
4  certify that prior to the commencement of the examination
5  the witness was sworn by me to testify the truth, the
6  whole truth and nothing but the truth.
7     I DO FURTHER CERTIFY that the foregoing is a true
8  and accurate transcript of the testimony as taken
9  stenographically by and before me at the time, place and
10 on the date hereinbefore set forth.
11    I DO FURTHER CERTIFY that I am neither of counsel
12 nor attorney for any party in this action and that I am
13 not interested in the event nor outcome of this
14 litigation.
15         _____
16         New Jersey Certificate No. XI 01413
17         California Certificate No. 8727
18         Registered Merit Reporter
19         Certified Realtime Reporter
20         Notary Public of the State of
21         New Jersey
22         My commission expires 6/26/2007