# EXHIBIT 6

```
     00001
 1              HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2                   IN THE UNITED STATES DISTRICT COURT
 3                    FOR THE DISTRICT OF MASSACHUSETTS
 4         ------------------------------x
 5         In Re: PHARMACEUTICAL          )
                                          )
 6         INDUSTRY AVERAGE WHOLESALE     ) MDL No. 1456
                                          )
 7         PRICE LITIGATION               ) CIVIL ACTION NO.
                                          )   01-CV-12257-PBS
 8                                        )
           ------------------------------)
 9         THIS DOCUMENT RELATES TO       )
           ALL ACTIONS                    )
10         ------------------------------x
11         IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
12                 IN AND FOR THE COUNTY OF MARICOPA
13         ----------------------------------------
           ROBERT J. SWANSTON, Individually and )
14         on behalf of himself and all others  )
           Similarly situated,                  )
15                                              )
                        Plaintiff,              )   Case No.
16         v.                                   ) CV2002-004988
                                                )
17         TAP PHARMACEUTICAL PRODUCTS,         )   Vol. 1
           INC., et al.,                        )
18                                              )
                        Defendants.             )
19         ----------------------------------------
20
                VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN
21                        New York, New York
                       Tuesday, January 11, 2005
22
```

| | |
|---|---|
| 1 | Q. When you say populate the database, |
| 2 | what database are you referring to? |
| 3 | A. Our national drug data file as the |
| 4 | master. |
| 5 | Q. What goes into the national drug data |
| 6 | file? What information? |
| 7 | A. The NDC number, the product name, the |
| 8 | Rx, the OTC status, the DEA status, the pricing |
| 9 | information, the label warnings, the allergy |
| 10 | alerts, the indications, contraindications. |
| 11 | There's over 200 data elements per NDC, so... |
| 12 | Q. Okay. So it's a database that would |
| 13 | be used by a variety of people for a variety of |
| 14 | different purposes; is that correct? |
| 15 | A. That's correct. |
| 16 | Q. Like a doctor could use it to check |
| 17 | for contraindications? |
| 18 | A. Correct. |
| 19 | Q. Does it also include pricing |
| 20 | information? |
| 21 | A. Yes, sir, it does. |
| 22 | Q. What pricing information does it |

33

1 include?
2   A. We have several pricing fields. We
3 have what's known as WHN, which is frequently
4 referred to as WAC or wholesale acquisition cost.
5       We have a direct price field.
6       We have a calculated WP field.
7       We have a Blue Book field.
8       We have a suggested wholesale price
9 field.
10      We have the federal upper limit.
11      And we have the Medicaid AWP field.
12 And we have it for both unit and package.
13  Q. WHN, which you said is commonly
14 referred to as WAC, where does the information
15 for that field come from?
16  A. For the policy it's the published
17 price from the manufacturer to the wholesaler, so
18 it comes from the manufacturer.
19  Q. And that's an undiscounted published
20 price, to your knowledge?
21      MR. SOBOL: Objection to form.
22      MR. KERN: Objection, lacks

34

1 foundation. If you know.
2   A. We request the published price from
3 the manufacturer to the wholesaler.
4   Q. Great. You said there's a direct
5 price field?
6   A. Correct.
7   Q. What does that correspond to?
8   A. Direct price is for those companies
9 that sell direct. In addition to selling through
10 wholesalers, or for those that only sell direct
11 and do not sell through wholesalers.
12  Q. And where does the information for
13 that field come from?
14  A. It again is defined as the published
15 direct price from the manufacturer to
16 non-wholesale customers.
17  Q. So you get it from manufacturer price
18 lists?
19  A. Correct.
20  Q. Calculated WP, what does that refer
21 to?
22  A. It was a field that was in existence

35

1 before I arrived. For all purposes now it
2 matches our Blue Book field.
3   Q. Okay. SWP, what does that refer to?
4   A. It's the suggested wholesale price,
5 and it's populated if the manufacturer suggests
6 an AWP.
7   Q. Some manufacturers include an AWP on
8 their price lists; is that correct?
9   A. A suggested AWP, yes.
10  Q. And that's where you put that into
11 what you call the SWP field?
12  A. That's correct.
13  Q. What is Blue Book price?
14  A. Blue Book is what's become synonymous
15 with AWP to many of our customers, so it is the
16 average wholesale price, so it's the price that
17 includes the markup after our wholesaler survey,
18 if the product's available through the
19 wholesaler.
20  Q. And what's the federal upper limit
21 price?
22  A. That is a number we populate that's

36

```
 1   supplied by CMS for multisource products.
 2      Q.   You get that directly from the
 3   government?
 4      A.   That's correct.
 5      Q.   And the Medicare AWP?
 6      A.   I'm sorry, it's Medicaid.
 7      Q.   Or Medicaid, sorry.
 8      A.   AWP.  That again is prices that were
 9   provided to us by the Department of Justice.
10      Q.   Now, in Exhibit Morgan 003, if you take a
11   look at the fourth full paragraph, the last sentence
12   says, "We also consider the manufacturer's
13   suggested wholesale price in our determination."
14           Does that refer to your determination
15   of Blue Book AWP?
16      A.   Yes, sir.
17      Q.   How is the manufacturer's suggested
18   wholesale price considered in that determination?
19   What role does it play?
20      A.   Well, there are some manufacturers,
21   and we use the term manufacturers quite loosely,
22   we're actually talking about any supplier of data
```

```
 1   to the database -- and there are things such as
 2   repackagers or private label items that do not go
 3   through the wholesaler, so you cannot perform a
 4   survey on those items, and so those items would
 5   be populated in the SWP field but the number
 6   would also go into the Blue Book field.
 7      Q.   When you say the number would go into
 8   the Blue Book field, does it go into some sort of
 9   algorithm or computer that calculates an average
10   based on these inputs?
11           MR. KERN:  I object to the question
12       as vague and ambiguous.  If you're referring
13       to the aforementioned repackagers and
14       relabelers only.
15      Q.   Actually I'm referring to all of the
16   data that you collect.  Okay, the various prices
17   from wholesalers or repackagers that you just
18   described.  These are different data points
19   coming from different people; is that correct?
20           MR. SOBOL:  Objection to form.
21      A.   That's correct.  But we don't average
22   any of that information, or any of that data.
```

```
 1      Q.   So what do you do with it?
 2      A.   The data is entered into the database
 3   using editor cards, and it populates the fields
 4   on the database based on the tables that have
 5   been set up.
 6      Q.   What are the tables?
 7      A.   When you're populating a database, a
 8   lot of the things are driven by a table that says
 9   what's going to happen with the data.
10      Q.   I see.  I think you have in the past
11   referred to AWP as, quote, a "benchmark" price.
12   Is that a phrase with which you're familiar?
13      A.   Yes, sir.
14      Q.   What do you mean by that?
15      A.   When I say benchmark, it's something
16   that people are used to using from which they
17   make their determinations on how to use the data.
18   So it's like, it's a reference that can be used
19   for whatever use you want to use it for.
20      Q.   It is by definition in your terms an
21   average; is that correct?
22      A.   That's correct.
```

```
 1      Q.   So you wouldn't expect that it's
 2   necessarily the price at which any individual is
 3   actually charging or paying for the product?
 4      A.   I have no knowledge of what anybody
 5   pays for product.
 6           MR. MORGENSTERN:  Would you mark this
 7       Exhibit Morgan 004, please.
 8           (Exhibit Morgan 004, for
 9       identification, Bates-numbered FDB-AWP
10       28850-52, publication sent to customers in
11       1991.)
12   BY MR. MORGENSTERN:
13      Q.   I've shown you what has been marked
14   as Exhibit Morgan 004 for identification, Ms. Morgan.
15   Have you ever seen this before?
16      A.   Yes, sir, I have.
17      Q.   What is it?
18      A.   It is an article -- or actually it's
19   a publication that went out to your customers in
20   1991.
21      Q.   Was this part of a regular --
22   regularly published series of publications by
```

| | | |
|---|---|---|
| 1 | Q. | Two sentences later it says, quote, |
| 2 | "It is theoretically possible but highly unlikely | |
| 3 | for AWP to be the price at which a manufacturer, | |
| 4 | such as Aventis Behring offers a drug to a | |
| 5 | wholesaler." | |
| 6 | | Is that, to your knowledge, a true |
| 7 | statement? | |
| 8 | A. | That's correct. |
| 9 | | MR. MORGENSTERN: Mark this as |
| 10 | Exhibit Morgan 007. | |
| 11 | | (Exhibit Morgan 007, for |
| 12 | identification, document Bates-numbered | |
| 13 | FDB-AWP 15102 through 15185, Price Alert, | |
| 14 | March 15, 2000.) | |
| 15 | Q. | I would like to show you what has |
| 16 | been marked as Exhibit Morgan 007 for | |
| 17 | identification. Can you tell me what that is, | |
| 18 | for the record? | |
| 19 | A. | It appears to be a copy of the |
| 20 | March 15, 2000 Price Alert. | |
| 21 | Q. | This is a more complete version of |
| 22 | what a Price Alert looks like than the previous | |

45

| | | |
|---|---|---|
| 1 | exhibit, which was just the editorial page? | |
| 2 | A. | It appears so, yes. |
| 3 | Q. | And if you turn to page 1 of the |
| 4 | Price Alert, that's the editorial page. Is it | |
| 5 | not? | |
| 6 | A. | Page 3? Oh, I'm sorry. |
| 7 | Q. | It's got different page numbers. |
| 8 | A. | I'm sorry. |
| 9 | Q. | It's FDB0 15104. |
| 10 | A. | All right, I'll agree with you now. |
| 11 | Q. | Is that the editorial page? |
| 12 | A. | That's correct. |
| 13 | Q. | And did you write that editorial? |
| 14 | A. | Yes, I did. |
| 15 | Q. | At the time that you wrote it, was |
| 16 | that an accurate description of how First Data | |
| 17 | Bank determined AWP at the time of this | |
| 18 | publication? | |
| 19 | A. | (Reading.) Yes, it is. |
| 20 | Q. | Is it the case, Ms. Morgan, that |
| 21 | First Data Bank was using essentially the same | |
| 22 | method to determine AWP from the time, at least | |

46

| | | |
|---|---|---|
| 1 | when you joined the company, until whatever | |
| 2 | changes you referred to before were made in 2003? | |
| 3 | | MR. SOBOL: Objection to form. |
| 4 | A. | That's correct. |
| 5 | Q. | And could you describe in general |
| 6 | terms how that was done? | |
| 7 | | MR. SOBOL: Objection. |
| 8 | A. | I assume you're asking how we |
| 9 | determined the markup, is that the question? | |
| 10 | Q. | Yes. |
| 11 | A. | We basically contacted the national |
| 12 | wholesalers to find out what markup they were | |
| 13 | applying to a manufacturer's line, or we could to | |
| 14 | a specific NDC, if necessary, and then that | |
| 15 | number was entered into a table. And that's | |
| 16 | pretty much it. | |
| 17 | Q. | So you were asking the wholesalers |
| 18 | for a markup factor that they applied to a | |
| 19 | company's products? | |
| 20 | A. | Correct. |
| 21 | Q. | And -- |
| 22 | | MR. SOBOL: I'm sorry. I didn't get |

47

| | | |
|---|---|---|
| 1 | a chance to object, so objection. | |
| 2 | | MR. MORGENSTERN: Okay. |
| 3 | Q. | And then I think you said sometimes |
| 4 | you would survey them with respect to a markup | |
| 5 | factor on a particular drug as opposed to a whole | |
| 6 | line? | |
| 7 | A. | To a particular NDC number. |
| 8 | Q. | An NDC number. |
| 9 | A. | Right. |
| 10 | | THE VIDEOGRAPHER: We're going to be |
| 11 | going off the record. The time is now | |
| 12 | 10:39 a.m. | |
| 13 | | (Discussion off the record.) |
| 14 | | THE VIDEOGRAPHER: We're going to be |
| 15 | going back on the record. The time is now | |
| 16 | 10:52 a.m. | |
| 17 | BY MR. MORGENSTERN: | |
| 18 | Q. | Ms. Morgan, I apologize for the |
| 19 | disruption. Let's go back to where we were | |
| 20 | before. | |
| 21 | | You described surveying wholesalers |
| 22 | to find the markup factor. Am I correct then | |

48

```
 1   that the -- the information that you're
 2   collecting in your survey is not the precise
 3   price of the specific drug, but the markup factor
 4   that the wholesaler is using to mark up either
 5   that particular NDC number or when you're
 6   surveying for an entire company's products, to
 7   that company's products?
 8            MR. KERN:  Objection, lacks
 9       foundation.
10            MR. SOBOL:  Objection to form.
11       A.   We survey for a markup, and not a
12   specific price.
13       Q.   Okay.  And how would -- how does the
14   wholesaler give you the markup factor?  What
15   would that -- do they tell you that it's in the
16   form of a percentage or a multiple of something?
17   How is it expressed?
18       A.   Generally as a percentage.
19       Q.   And then what do you do with the
20   percentage that you get from a particular
21   wholesaler?
22       A.   Remember I said generally a
```

```
 1   percentage.  Sometimes they may say that they're
 2   using these -- what the manufacturer suggested.
 3       Q.   Okay.
 4       A.   So depending upon the response we
 5   get, that information is then put into the table
 6   that is used to generate the pricing.
 7       Q.   Okay.  And you do this with a number
 8   of wholesalers; is that correct?
 9       A.   We do it with national full-line
10   wholesalers.
11       Q.   So the information that's going into
12   the databases is coming from more than one
13   source, correct?
14            MR. KERN:  Objection, vague and
15       ambiguous.
16       A.   At this point in time, yes, it was.
17       Q.   At this point in time, you mean
18   between the time you joined the company and 2003?
19       A.   That's correct.
20       Q.   Now, you had mentioned that
21   occasionally you would survey for the markup
22   applied to a particular NDC number.  Is that
```

```
 1   correct?
 2       A.   That's correct.
 3       Q.   What circumstances would prompt you
 4   to seek the markup factor for a particular NDC
 5   number as opposed to for the entire company's
 6   products?
 7       A.   Generally an inquiry from a customer
 8   indicating that what they were hearing back was
 9   different than what we were populating.
10       Q.   How often do you survey wholesalers?
11       A.   As the need arises.
12            MR. SOBOL:  Objection to form.
13       Q.   How often were you surveying
14   wholesalers in the time period between when you
15   joined the company and 2003?
16       A.   We survey as the need arises.
17       Q.   And how do you define need?
18       A.   Changes in the marketplace.  Customer
19   request to do so.
20       Q.   What kind of changes in the
21   marketplace would prompt you to survey?
22       A.   Mergers, acquisitions, divestitures.
```

```
 1       Q.   I would like to show you what has
 2   been marked as Exhibit Morgan 008 for
 3   identification.
 4            (Exhibit Morgan 008, for
 5       identification, document Bates-stamped
 6       FDB-AWP 2005, from Web site, Frequently
 7       Asked Questions.)
 8       Q.   Can you tell me what that is?
 9       A.   It appears to be from our Web site
10   under the frequently asked questions.
11       Q.   Did you have any role in writing the
12   response to the question, how does First Data
13   Bank determine the BB AWP as published in NDDF
14   Plus and PriceProbe?  The top three paragraphs.
15       A.   (Reading.) It was actually prepared
16   by counsel, and our customer support area, so I
17   don't recall a role in preparing it.
18       Q.   Okay.  Can you tell from this
19   document when this appeared on your Web site?
20       A.   It's dated 11/4/2002, but I'm not
21   sure if that's the date it was printed out, or
22   our date of production.
```