# EXHIBIT 4

# ɑ NOVARTIS

Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel   973 503 8300

January 1, 1998

TO: **THIRD PARTY JOURNAL**

*NOTICE OF PRICE ADJUSTMENT*

Enclosed is a copy of the Novartis Pharmaceuticals Corporation Price List which became effective on Thursday, January 1, 1998 at 12:00 a.m. eastern time.

As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term price, in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Please use the enclosed information to update your system. Should you have any questions, please contact Barbara Hasbrouck at 973-503-7982.

Sincerely,

Kathleen M. Duffy
Executive Director
Distribution and Customer Service

KMD:bah

61d97

Confidential                                                                                                NPC0043561

# Novartis Pharmaceuticals Corporation

## PRICE LIST

> NOTICE OF PRICE ADJUSTMENTS FOR THE NOVARTIS PRODUCT LINE
>
> Pricing shown effective **January 1, 1998 at 12:00 a.m. eastern time** and is subject to change without notice.

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| ACTIGALL® capsules 300mg 100's | 57267-153-30 | $209.95 | $251.94 |
| ANAFRANIL® capsules 25mg 100's | 58887-115-30 | $78.84 | $94.61 |
| ANAFRANIL® capsules 25mg 100's (Unit Dose) | 58887-115-32 | $82.15 | $98.58 |
| ANAFRANIL® capsules 50mg 100's | 58887-116-30 | $106.26 | $127.51 |
| ANAFRANIL® capsules 50mg 100's (Unit Dose) | 58887-116-32 | $110.21 | $132.26 |
| ANAFRANIL® capsules 75mg 100's | 58887-117-30 | $139.88 | $167.85 |
| ANAFRANIL® capsules 75mg 100's (Unit Dose) | 58887-117-32 | $146.24 | $175.49 |
| ANTURANE® tablets 100mg 100's | 0083-0041-30 | $34.42 | $41.31 |
| ANTURANE® capsules 200mg 100's | 0083-0168-30 | $55.43 | $66.51 |
| APRESAZIDE® capsules 25/25mg 100's | 0083-0139-30 | $39.61 | $47.53 |
| APRESAZIDE® capsules 50/50mg 100's | 0083-0149-30 | $59.17 | $71.00 |
| APRESOLINE® hydrochloride tablets 10mg 100's | 0083-0037-30 | $20.85 | $25.01 |
| APRESOLINE® hydrochloride tablets 25mg 100's | 0083-0039-30 | $29.77 | $35.73 |
| APRESOLINE® hydrochloride tablets 50mg 100's | 0083-0073-30 | $44.42 | $53.30 |
| APRESOLINE® hydrochloride tablets 100mg 100's | 0083-0101-30 | $62.48 | $74.98 |
| AREDIA® vials 30/470mg 4's | 0083-2601-04 | $727.47 | $872.96 |
| AREDIA® vials 60/400mg 1 | 0083-2606-01 | $357.47 | $428.97 |
| AREDIA® vials 90/375mg 1 | 0083-2609-01 | $518.13 | $621.75 |
| BELLERGAL-S® tablets 100's | 0078-0031-05 | $93.64 | $112.37 |
| BRETHAIRE® 7.5mL complete unit | 0028-5557-88 | $21.01 | $25.21 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 1

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective January 1, 1998 at 12:00 AM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| BRETHAIRE® 7.5mL refill | 0028-5557-87 | $18.60 | $22.32 |
| BRETHANCER® spacer-inhaler complete unit | 0028-5567-01 | $11.28 | $13.53 |
| BRETHINE® ampuls 1mg/mL 10's | 0028-7507-23 | $18.81 | $22.58 |
| BRETHINE® ampuls 1mg/mL 100's | 0028-7507-01 | $149.71 | $179.66 |
| BRETHINE® tablets 2.5mg 100's | 0028-0072-01 | $25.71 | $30.85 |
| BRETHINE® tablets 2.5mg 1000's | 0028-0072-10 | $242.61 | $291.13 |
| BRETHINE® tablets 2.5mg 100's (Unit Dose) | 0028-0072-61 | $28.28 | $33.93 |
| BRETHINE® tablets 2.5mg Gy-Pak 100's (12 x 100) | 0028-0072-65 | $309.69 | $371.63 |
| BRETHINE® tablets 5mg 100's | 0028-0105-01 | $36.99 | $44.38 |
| BRETHINE® tablets 5mg 1000's | 0028-0105-10 | $349.78 | $419.73 |
| BRETHINE® tablets 5mg 100's (Unit Dose) | 0028-0105-61 | $39.55 | $47.46 |
| BRETHINE® tablets 5mg Gy-Pak 100's (12 x 100) | 0028-0105-65 | $445.61 | $534.74 |
| CAFERGOT® suppositories §§ 12's | 0078-0033-02 | $48.64 | $58.37 |
| CATAFLAM® tablets 50mg 100's | 0028-0151-01 | $138.06 | $165.67 |
| CATAFLAM® tablets 50mg 100's (Unit Dose) | 0028-0151-61 | $147.74 | $177.28 |
| CLOZARIL® tablets 25mg 100's | 0078-0126-05 | • $113.30 | • $135.96 |
| CLOZARIL® tablets 25mg † 100's | 0078-0126-06 | • $113.30 | • $135.96 |
| CLOZARIL® tablets 100mg 100's | 0078-0127-05 | • $293.55 | • $352.26 |
| CLOZARIL® tablets 100mg † 100's | 0078-0127-06 | • $293.55 | • $352.26 |
| CYTADREN® tablets 250mg 100's | 0083-0024-30 | $102.69 | $123.23 |
| DESFERAL® vials 500mg 4's | 0083-3801-04 | $38.61 | $46.33 |
| D.H.E. 45® ampuls 1mL(1mg) † 10's | 0078-0041-01 | $105.40 | $126.48 |
| DIOVAN™ capsules 80mg 100's | 0083-4000-01 | • $93.60 | • $117.00 |
| DIOVAN™ capsules 80mg 100's (Unit Dose) | 0083-4000-61 | • $93.60 | • $117.00 |
| DIOVAN™ capsules 160mg 100's | 0083-4001-01 | • $93.60 | • $117.00 |
| DIOVAN™ capsules 160mg 100's (Unit Dose) | 0083-4001-61 | • $93.60 | • $117.00 |
| DYNACIRC® capsules 2.5mg 100's | 0078-0226-05 | $56.12 | $67.35 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 2

Confidential                                                                                                              NPC0043563

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective January 1, 1998 at 12:00 AM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| DYNACIRC® capsules 2.5mg 60's | 0078-0226-44 | $34.53 | $41.43 |
| DYNACIRC® capsules 5mg 100's | 0078-0227-05 | $82.37 | $98.84 |
| DYNACIRC® capsules 5mg 60's | 0078-0227-44 | $50.30 | $60.36 |
| DYNACIRC CR® tablets 5mg 30's | 0078-0235-15 | $29.83 | $35.79 |
| DYNACIRC CR® tablets 5mg 100's | 0078-0235-05 | $97.28 | $116.73 |
| DYNACIRC CR® tablets 10mg 30's | 0078-0236-15 | $47.41 | $56.89 |
| DYNACIRC CR® tablets 10mg 100's | 0078-0236-05 | $155.01 | $186.01 |
| ESIDRIX® tablets 25mg 100's | 0083-0022-30 | $12.08 | $14.50 |
| ESIDRIX® tablets 50mg 100's | 0083-0046-30 | $19.08 | $22.90 |
| ESTRADERM® system 0.05 mg. (1 x 24) | 0083-2310-24 | $52.54 | $63.05 |
| ESTRADERM® system 0.05mg (6 x 8) | 0083-2310-62 | $108.29 | $129.95 |
| ESTRADERM® system 0.1mg (1 x 24) | 0083-2320-24 | $57.30 | $68.76 |
| ESTRADERM® system 0.1mg (6 x 8) | 0083-2320-62 | $118.07 | $141.69 |
| FMARA® 2.5mg tablets 30's | 0078-0249-15 | • $155.94 | • $187.20 |
| FIORICET® tablets 100's | 0078-0084-05 | $49.07 | $58.88 |
| FIORICET® tablets † 100's | 0078-0084-06 | $53.66 | $64.40 |
| FIORICET® tablets 500's | 0078-0084-08 | $234.32 | $281.19 |
| FIORICET® w/Cod. CIII capsules 30mg 100's | 0078-0243-05 | $102.84 | $123.41 |
| FIORINAL® CIII capsules 100's | 0078-0103-05 | $49.07 | $58.88 |
| FIORINAL® CIII capsules 500's | 0078-0103-08 | $234.32 | $281.19 |
| FIORINAL® CIII capsules †† 25's | 0078-0103-13 | $17.75 | $21.29 |
| FIORINAL® CIII tablets 100's | 0078-0104-05 | $49.07 | $58.88 |
| FIORINAL® CIII tablets † 100's | 0078-0104-06 | $53.66 | $64.40 |
| FIORINAL® CIII tablets 1000's | 0078-0104-09 | $458.12 | $549.74 |
| FIORINAL® w/Cod. CIII 30mg capsules 100's | 0078-0107-05 | $102.84 | $123.41 |
| FIORINAL® w/Cod. CIII 30mg capsules †† 25's | 0078-0107-13 | $32.28 | $38.74 |
| HYDERGINE®LC liquid capsules 1mg 100's | 0078-0101-05 | $74.35 | $89.22 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Confidential                                                                                   NPC0043564

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
Pricing shown effective January 1, 1998 at 12:00 AM eastern time, and is subject to change without notice.

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| HYDERGINE® LC liquid capsules 1mg † 100's | 0078-0101-06 | $78.89 | $94.67 |
| HYDERGINE® LC liquid capsules 1mg 500's | 0078-0101-08 | $362.39 | $434.87 |
| HYDERGINE® liquid 1mg/mL 100mL | 0078-0100-36 | $58.15 | $69.78 |
| HYDERGINE® oral tablets 1mg 100's | 0078-0070-05 | $70.66 | $84.79 |
| HYDERGINE® oral tablets 1mg † 100's | 0078-0070-06 | $73.01 | $87.62 |
| HYDERGINE® oral tablets 1mg 500's | 0078-0070-08 | $337.27 | $404.72 |
| ISMELIN® sulfate tablets 10mg 100's | 0083-0049-30 | $50.24 | $60.29 |
| ISMELIN® sulfate tablets 25mg 100's | 0083-0103-30 | $82.10 | $98.52 |
| KLORVESS® effervescent granules 30's | 0078-0205-15 | $20.95 | $25.14 |
| KLORVESS® liquid 10% pint bottle | 0078-0207-33 | $22.07 | $26.49 |
| LAMISIL® cream 1% 15gm tube | 0078-0170-40 | $25.19 | $30.22 |
| LAMISIL® cream 1% 30gm tube | 0078-0170-46 | $45.10 | $54.12 |
| LAMISIL® oral tablets, equivalent to 250mg base, 30's | 0078-0179-15 | $165.61 | $198.73 |
| LAMISIL® oral tablets, equivalent to 250mg base, 100's | 0078-0179-05 | $551.88 | $662.26 |
| LAMPRENE® capsules 50mg 100's | 0028-0108-01 | $13.04 | $15.65 |
| LESCOL® capsules 20mg 30's | 0078-0176-15 | $31.42 | $37.70 |
| LESCOL® capsules 20mg 100's | 0078-0176-05 | $104.55 | $125.45 |
| LESCOL® capsules 40mg 30's | 0078-0234-15 | $35.12 | $42.15 |
| LESCOL® capsules 40mg 100's | 0078-0234-05 | $116.91 | $140.29 |
| LIORESAL® tablets 10mg 100's | 0028-0023-01 | $49.55 | $59.46 |
| LIORESAL® tablets 10mg 100's (Unit Dose) | 0028-0023-61 | $52.43 | $62.92 |
| LIORESAL® tablets 20mg 100's | 0028-0033-01 | $90.70 | $108.85 |
| LIORESAL® tablets 20mg 100's (Unit Dose) | 0028-0033-61 | $93.91 | $112.69 |
| LOPRESSOR® ampuls 5mg/5mL 12's | 0028-4201-33 | $67.93 | $81.52 |
| LOPRESSOR® tablets 50mg 100's | 0028-0051-01 | $53.18 | $63.82 |
| LOPRESSOR® tablets 50mg 1000's | 0028-0051-10 | $525.95 | $631.14 |
| LOPRESSOR® tablets 50mg 100's (Unit Dose) | 0028-0051-61 | $57.73 | $69.27 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 4

Confidential                                                                                           NPC0043565

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective January 1, 1998 at 12:00 AM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| LOPRESSOR® tablets 50mg Gy-Pak 100's (12x100) | 0028-0051-65 | $640.06 | $768.08 |
| LOPRESSOR® tablets 100mg 100's | 0028-0071-01 | $79.85 | $95.83 |
| LOPRESSOR® tablets 100mg 1000's | 0028-0071-10 | $790.37 | $948.44 |
| LOPRESSOR® tablets 100mg 100's (Unit Dose) | 0028-0071-61 | $83.81 | $100.57 |
| LOPRESSOR® tablets 100mg Gy-Pak 100's (12x100) | 0028-0071-65 | $960.39 | $1152.47 |
| LOPRESSOR HCT® tablets 50/25mg 100's | 0028-0035-01 | $60.99 | $73.18 |
| LOPRESSOR HCT® tablets 100/25mg 100's | 0028-0053-01 | $95.30 | $114.36 |
| LOPRESSOR HCT® tablets 100/50mg 100's | 0028-0073-01 | $101.07 | $121.29 |
| LOTENSIN® tablets 5mg 100's | 0083-0059-30 | $63.21 | $75.85 |
| LOTENSIN® tablets 5mg 100's (Unit Dose) | 0083-0059-32 | $63.21 | $75.85 |
| LOTENSIN® tablets 10mg 100's | 0083-0063-30 | $63.21 | $75.85 |
| LOTENSIN® tablets 10mg 100's (Unit Dose) | 0083-0063-32 | $63.21 | $75.85 |
| LOTENSIN® tablets 20mg 100's | 0083-0079-30 | $63.21 | $75.85 |
| LOTENSIN® tablets 20mg 100's (Unit Dose) | 0083-0079-32 | $63.21 | $75.85 |
| LOTENSIN® tablets 40mg 100's | 0083-0094-30 | $63.21 | $75.85 |
| LOTENSIN® tablets 40mg 100's (Unit Dose) | 0083-0094-32 | $63.21 | $75.85 |
| LOTENSIN HCT® tablets 5mg/6.25mg 100's | 0083-0057-30 | $63.21 | $75.85 |
| LOTENSIN HCT® tablets 10mg/12.5mg 100's | 0083-0072-30 | $63.21 | $75.85 |
| LOTENSIN HCT® tablets 20mg/12.5mg 100's | 0083-0074-30 | $63.21 | $75.85 |
| LOTENSIN HCT® tablets 20mg/25mg 100's | 0083-0075-30 | $63.21 | $75.85 |
| LOTREL® capsules 2.5mg/10mg 100's | 0083-2255-30 | $126.14 | $151.37 |
| LOTREL® capsules 5mg/10mg 100's | 0083-2260-30 | $126.14 | $151.37 |
| LOTREL® capsules 5mg/20mg 100's | 0083-2265-30 | $132.40 | $158.87 |
| LUDIOMIL® tablets 25mg 100's | 0083-0110-30 | $45.27 | $54.33 |
| LUDIOMIL® tablets 50mg 100's | 0083-0026-30 | $67.03 | $80.43 |
| LUDIOMIL® tablets 75mg 100's | 0083-0135-30 | $91.99 | $110.38 |
| MELLARIL® concentrate 30mg/mL, 4oz. bottle | 0078-0001-31 | $31.64 | $37.97 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 5

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
Pricing shown effective January 1, 1998 at 12:00 AM eastern time, and is subject to change without notice.

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| MELLARIL® concentrate 100mg/mL, 4oz. bottle | 0078-0009-31 | $82.58 | $99.10 |
| MELLARIL-S® suspension 25mg/5mL pint bottle | 0078-0068-33 | $49.76 | $59.71 |
| MELLARIL-S® suspension 100mg/5mL pint bottle | 0078-0069-33 | $102.30 | $122.76 |
| MELLARIL® tablets 10mg 100's | 0078-0002-05 | $29.29 | $35.15 |
| MELLARIL® tablets 10mg † 100's | 0078-0002-06 | $31.48 | $37.78 |
| MELLARIL® tablets 10mg 1000's | 0078-0002-09 | $281.47 | $337.76 |
| MELLARIL® tablets 15mg 100's | 0078-0008-05 | $34.53 | $41.43 |
| MELLARIL® tablets 25mg 100's | 0078-0003-05 | $41.21 | $49.45 |
| MELLARIL® tablets 25mg † 100's | 0078-0003-06 | $43.78 | $52.53 |
| MELLARIL® tablets 25mg 1000's | 0078-0003-09 | $395.64 | $474.76 |
| MELLARIL® tablets 50mg 100's | 0078-0004-05 | $50.03 | $60.04 |
| MELLARIL® tablets 50mg † 100's | 0078-0004-06 | $52.06 | $62.47 |
| MELLARIL® tablets 50mg 1000's | 0078-0004-09 | $483.72 | $580.47 |
| MELLARIL® tablets 100mg 100's | 0078-0005-05 | $58.74 | $70.49 |
| MELLARIL® tablets 100mg † 100's | 0078-0005-06 | $60.83 | $72.99 |
| MELLARIL® tablets 100mg 1000's | 0078-0005-09 | $571.43 | $685.72 |
| MELLARIL® tablets 150mg 100's | 0078-0006-05 | $77.29 | $92.75 |
| MELLARIL® tablets 200mg 100's | 0078-0007-05 | $88.03 | $105.64 |
| MELLARIL® tablets 200mg † 100's | 0078-0007-06 | $90.28 | $108.33 |
| MESANTOIN® tablets 100mg 100's | 0078-0052-05 | $27.74 | $33.29 |
| METHERGINE® ampuls 1mL (0.2mg) † 20's | 0078-0053-03 | $56.55 | $67.86 |
| METHERGINE® ampuls 1mL (0.2mg) † 50's | 0078-0053-04 | $135.98 | $163.17 |
| METHERGINE® tablets 0.2mg 100's | 0078-0054-05 | $51.26 | $61.51 |
| METHERGINE® tablets 0.2mg † 100's | 0078-0054-06 | $53.72 | $64.46 |
| METHERGINE® tablets 0.2mg 1000's | 0078-0054-09 | $498.90 | $598.68 |
| METOPIRONE capsules 250mg 18's | 0083-0133-11 | $41.07 | $49.28 |
| MIACALCIN® 200 I.U./mL multi-dose vials, 2mL | 0078-0149-23 | $27.20 | $32.63 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 6

Confidential
NPC0043567

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective January 1, 1998 at 12:00 AM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| MIACALCIN® nasal spray (2) 2mL | 0078-0311-90 | $45.36 | $54.43 |
| MIGRANAL® nasal spray 4.0mg/mL | 0078-0245-98 | $54.00 | $64.80 |
| NEO-CALGLUCON® syrup 1.8g/5mL pint bottle (OTC) | 0078-0056-33 | $23.46 | $28.16 |
| NEORAL® soft gelatin capsules 25mg † 30's | 0078-0246-15 | $36.09 | $43.30 |
| NEORAL® soft gelatin capsules 100mg † 30's | 0078-0248-15 | $144.19 | $173.03 |
| NEORAL® oral solution 50mL bottle | 0078-0274-22 | $266.18 | $319.41 |
| PAMELOR® capsules 10mg 100's | 0078-0086-05 | $46.82 | $56.19 |
| PAMELOR® capsules 10mg † 100's | 0078-0086-06 | $51.69 | $62.02 |
| PAMELOR® capsules 25mg 100's | 0078-0087-05 | $93.43 | $112.12 |
| PAMELOR® capsules 25mg † 100's | 0078-0087-06 | $98.13 | $117.76 |
| PAMELOR® capsules 25mg 500's | 0078-0087-08 | $456.78 | $548.14 |
| PAMELOR® capsules 50mg 100's | 0078-0078-05 | $176.06 | $211.28 |
| PAMELOR® capsules 50mg † 100's | 0078-0078-06 | $180.55 | $216.66 |
| PAMELOR® capsules 75mg 100's | 0078-0079-05 | $268.37 | $322.05 |
| PAMELOR® solution 10mg/5mL pint bottle | 0078-0016-33 | $53.72 | $64.46 |
| PARLODEL® capsules 5mg 30's | 0078-0102-15 | $75.47 | $90.57 |
| PARLODEL® capsules 5mg 100's | 0078-0102-05 | $238.33 | $286.00 |
| PARLODEL Snaptabs® 2.5mg 30's | 0078-0017-15 | $46.98 | $56.38 |
| PARLODEL Snaptabs® 2.5mg 100's | 0078-0017-05 | $156.18 | $187.42 |
| PBZ® tablets 25mg 100's | 0028-0111-01 | $14.32 | $17.19 |
| PBZ® tablets 50mg 100's | 0028-0117-01 | $21.75 | $26.10 |
| PBZ-SR® extended release tablets 100mg 100's | 0028-0048-01 | $35.76 | $42.91 |
| PRISCOLINE® hydrochloride ampuls injection 100mg/4mL 4's | 0083-6733-04 | $48.00 | $57.60 |
| REGITINE® vials packages of 2 | 0083-6830-02 | • $50.71 | • $60.85 |
| RESTORIL® CIV capsules 7.5mg 100's | 0078-0140-05 | $59.76 | $71.71 |
| RESTORIL® CIV capsules 7.5mg † 100's | 0078-0140-06 | $61.47 | $73.76 |
| RESTORIL® CIV capsules 15mg 100's | 0078-0098-05 | $66.81 | $80.18 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 7

Confidential
NPC0043568

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
Pricing shown effective January 1, 1998 at 12:00 AM eastern time, and is subject to change without notice.

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| RESTORIL® CIV capsules 15mg † 100's | 0078-0098-06 | $68.52 | $82.23 |
| RESTORIL® CIV capsules 15mg 500's | 0078-0098-08 | $312.79 | $375.35 |
| RESTORIL® CIV capsules 30mg 100's | 0078-0099-05 | $74.72 | $89.67 |
| RESTORIL® CIV capsules 30mg † 100's | 0078-0099-06 | $76.33 | $91.59 |
| RESTORIL® CIV capsules 30mg 500's | 0078-0099-08 | $362.18 | $434.61 |
| RIMACTANE® capsules 300mg 100's | 0083-0154-30 | $161.10 | $193.32 |
| RITALIN® hydrochloride CII tablets 5mg 100's | 0083-0007-30 | $31.00 | $37.20 |
| RITALIN® hydrochloride CII tablets 10mg 100's | 0083-0003-30 | $44.19 | $53.03 |
| RITALIN® hydrochloride CII tablets 20mg 100's | 0083-0034-30 | $63.55 | $76.26 |
| RITALIN-SR® CII sustained-release tablets 20mg 100's | 0083-0016-30 | $98.70 | $118.44 |
| SANDIMMUNE® 5mL(250mg) ampuls 10's | 0078-0109-01 | $236.13 | $283.35 |
| SANDIMMUNE® oral solution 50mL bottle | 0078-0110-22 | $267.28 | $320.74 |
| SANDIMMUNE® soft gelatin capsules 25mg † 30's | 0078-0240-15 | $40.20 | $48.24 |
| \NDIMMUNE® soft gelatin capsules 100mg † 30's | 0078-0241-15 | $160.47 | $192.57 |
| SANDOGLOBULIN® IV 1gm | 0078-0120-94 | • $58.35 | • $70.02 |
| SANDOGLOBULIN® IV 3gm | 0078-0122-95 | • $111.00 | • $133.20 |
| SANDOGLOBULIN® IV 6gm | 0078-0124-96 | • $210.00 | • $252.00 |
| SANDOGLOBULIN® IV 12gm | 0078-0244-93 | • $420.00 | • $504.00 |
| SANDOGLOBULIN® 3gm vials ≻ 10's | 0078-0122-19 | • $1087.50 | • $1305.00 |
| SANDOGLOBULIN® 6gm vials ≻ 10's | 0078-0124-19 | • $2070.00 | • $2484.00 |
| SANDOGLOBULIN® 12gm vials ≻ 10's | 0078-0244-19 | • $4130.00 | • $4956.00 |
| SANDOSTATIN® ampuls 50mcg 20's | 0078-0180-03 | $92.08 | $110.50 |
| SANDOSTATIN® ampuls 50mcg 50's | 0078-0180-04 | • $221.10 | • $265.32 |
| SANDOSTATIN® ampuls 100mcg 20's | 0078-0181-03 | $178.61 | $214.33 |
| SANDOSTATIN® ampuls 100mcg 50's | 0078-0181-04 | • $420.75 | • $504.90 |
| SANDOSTATIN® ampuls 500mcg 20's | 0078-0182-03 | $861.45 | $1033.74 |
| SANDOSTATIN® ampuls 500mcg 50's | 0078-0182-04 | • $1961.10 | • $2353.32 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 8

Confidential                                                                                             NPC0043569

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective January 1, 1998 at 12:00 AM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| SANDOSTATIN® multi-dose vials 200mcg/mL, 5mL | 0078-0183-25 | $92.06 | $110.48 |
| SANDOSTATIN® multi-dose vials 1000mcg/mL, 5mL | 0078-0184-25 | $453.01 | $543.61 |
| SANOREX® CIV tablets 1mg 100's | 0078-0071-05 | $123.36 | $148.04 |
| SANOREX® CIV tablets 2mg 100's | 0078-0066-05 | $195.73 | $234.88 |
| SANSERT® tablets 2mg 100's | 0078-0058-05 | $168.58 | $202.30 |
| SER-AP-ES® tablets 100's | 0083-0071-30 | $49.60 | $59.52 |
| SER-AP-ES® tablets 1000's | 0083-0071-40 | $490.67 | $588.81 |
| SLOW-K® tablets 600mg 100's | 57267-165-30 | $17.00 | $20.40 |
| SLOW-K® tablets 600mg 1000's | 57267-165-40 | $168.10 | $201.72 |
| SLOW-K® tablets 600mg Consumer Packs (12 x 100) | 57267-165-65 | $205.84 | $247.00 |
| SYNTOCINON® Injection ampuls 1mL † 50's | 0078-0060-04 | $139.93 | $167.92 |
| TAVIST® tablets 2.68mg 100's | 0078-0072-05 | $107.76 | $129.31 |
| TEGRETOL® chewable tablets 100mg 100's | 0083-0052-30 | $17.92 | $21.51 |
| TEGRETOL® chewable tablets 100mg 100's (Unit Dose) | 0083-0052-32 | $20.14 | $24.16 |
| TEGRETOL® suspension 450mL | 0083-0019-76 | $21.99 | $26.39 |
| TEGRETOL® tablets 200mg 100's | 0083-0027-30 | $34.14 | $40.97 |
| TEGRETOL® tablets 200mg 100's (Unit Dose) | 0083-0027-32 | $36.51 | $43.82 |
| TEGRETOL® tablets 200mg 1000's | 0083-0027-40 | $337.48 | $404.98 |
| TEGRETOL-XR® tablets 100mg 100's | 0083-0061-30 | $17.43 | $20.92 |
| TEGRETOL-XR® tablets 100mg 100's (Unit Dose) | 0083-0061-32 | $18.64 | $22.37 |
| TEGRETOL-XR® tablets 200mg 100's | 0083-0062-30 | $34.81 | $41.77 |
| TEGRETOL-XR® 200mg 100's (Unit Dose) | 0083-0062-32 | $37.22 | $44.67 |
| TEGRETOL-XR® tablets 400mg 100's | 0083-0060-30 | $69.56 | $83.48 |
| TEGRETOL-XR® tablets 400mg 100's (Unit Dose) | 0083-0060-32 | $74.45 | $89.33 |
| TOFRANIL® tablets 10mg 100's | 0028-0032-01 | $26.30 | $31.56 |
| TOFRANIL® tablets 25mg 100's | 0028-0140-01 | $43.94 | $52.72 |
| TOFRANIL® tablets 50mg 100's | 0028-0136-01 | $74.62 | $89.54 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 9

Confidential                                                                 NPC0043570

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
Pricing shown effective January 1, 1998 at 12:00 AM eastern time, and is subject to change without notice.

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| TOFRANIL-PM® capsules 75mg 30's | 0028-0020-26 | $32.02 | $38.42 |
| TOFRANIL-PM® capsules 75mg 100's | 0028-0020-01 | $104.33 | $125.20 |
| TOFRANIL-PM® capsules 100mg 100's | 0028-0040-01 | $137.21 | $164.65 |
| TOFRANIL-PM® capsules 100mg 30's | 0028-0040-26 | $42.07 | $50.48 |
| TOFRANIL-PM® tablets 125mg 30's | 0028-0045-26 | $52.27 | $62.73 |
| TOFRANIL-PM® capsules 125mg 100's | 0028-0045-01 | $171.09 | $205.31 |
| TOFRANIL-PM® capsules 150mg 30's | 0028-0022-26 | $59.76 | $71.71 |
| TOFRANIL-PM® capsules 150mg 100's | 0028-0022-01 | $194.99 | $233.98 |
| TRANSDERM-NITRO® 0.1mg/hr. 30's | 57267-902-26 | • $40.11 | • $48.13 |
| TRANSDERM-NITRO® 0.2mg/hr. 30's | 57267-905-26 | • $41.06 | • $49.27 |
| TRANSDERM-NITRO® 0.4mg/hr. 30's | 57267-910-26 | • $46.92 | • $56.30 |
| TRANSDERM-NITRO® 0.6mg/hr. 30's | 57267-915-26 | • $51.71 | • $62.05 |
| VISKEN® tablets 5mg 100's | 0078-0111-05 | $78.95 | $94.73 |
| VISKEN® tablets 10mg 100's | 0078-0073-05 | $104.55 | $125.46 |
| VIVELLE™ 0.0375 mg/day (1x24) | 0083-2325-25 | $51.37 | $61.64 |
| VIVELLE™ 0.0375mg/day (6 x 8) | 0083-2325-62 | $105.87 | $127.05 |
| VIVELLE™ 0.05 mg/day (6 x 8) | 0083-2326-62 | $108.03 | $129.64 |
| VIVELLE™ 0.05mg/day (1 x 24) | 0083-2326-25 | $52.41 | $62.90 |
| VIVELLE™ 0.075 mg/day (1 x 24) | 0083-2327-25 | $53.47 | $64.16 |
| VIVELLE™ 0.075 mg/day (6 x 8) | 0083-2327-62 | $110.22 | $132.27 |
| VIVELLE™ 0.1mg/day (1 x 24) | 0083-2328-25 | $54.53 | $65.45 |
| VIVELLE™ 0.1mg/day (6 x 8) | 0083-2328-62 | $112.41 | $134.89 |
| VOLTAREN® tablets 25mg 100's | 0028-0258-01 | $50.46 | $60.55 |
| VOLTAREN® tablets 25mg 100's (Unit Dose) | 0028-0258-61 | $53.93 | $64.72 |
| VOLTAREN® tablets 25mg 60's | 0028-0258-60 | $30.25 | $36.30 |
| VOLTAREN® tablets 50mg 100's | 0028-0262-01 | $98.03 | $117.63 |
| VOLTAREN® tablets 50mg 100's (Unit Dose) | 0028-0262-61 | $104.87 | $125.84 |

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 10

Confidential                                                                                                 NPC0043571

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective January 1, 1998 at 12:00 AM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| VOLTAREN® tablets 50mg 60's | 0028-0262-60 | $58.80 | $70.55 |
| VOLTAREN® tablets 50mg 1000's | 0028-0262-10 | $963.12 | $1155.74 |
| VOLTAREN® tablets 75mg 100's | 0028-0264-01 | $118.71 | $142.45 |
| VOLTAREN® tablets 75mg 100's (Unit Dose) | 0028-0264-61 | $127.00 | $152.40 |
| VOLTAREN® tablets 75mg 60's | 0028-0264-60 | $71.25 | $85.50 |
| VOLTAREN® 75mg 1000's | 0028-0264-10 | $1166.44 | $1399.73 |
| VOLTAREN-XR® tablets 100mg 100's | 0028-0205-01 | $225.61 | $270.73 |
| VOLTAREN-XR® tablets 100mg 100's (Unit Dose) | 0028-0205-61 | $227.38 | $272.85 |

LEGEND:
† **Unit Dose** packages are packages of individually blister-sealed ampuls, capsules or tablets;
 - as 100's: 2 x 5 strips or 1 x 10 strips, 10 blisters per strip; ampuls of 20 or 50, 5 blisters per strip;
 - as 30's: three blister cards of 10 capsules.
†† **ControlPak®** unit-dose tamper-resistant package of 25 capsules:
 - as continuous rolls of blisters, reverse-numbered.
§§ **SigPak®** (dispensing unit) packages are unit-of-use packages and containers.
➤ **Bulk Pak** contains 1000 packets or tablets or 10 ampuls, bottles or vials.
  CII - Schedule II Controlled Substance - DEA 222 Form Required
  CIII - Schedule III Controlled Substance          CIV - Schedule IV Controlled Substance

Novartis Pharmaceuticals Corporation
Distribution & Customer Service Department
East Hanover, New Jersey 07936-1080
1-800-526-0175

• **PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 11

Confidential                                                                                       NPC0043572