EXHIBIT 5



Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8300

October 26, 1998

TO: THIRD PARTY JOURNAL

## NOTICE OF PRICE ADJUSTMENT

Enclosed is a copy of the Novartis Pharmaceuticals Corporation Price List which became effective on Monday, October 26, 1998 at 4:30 p.m. eastern time.

As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price", in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Please use the enclosed information to update your system. Should you have any questions, please contact Barbara Hasbrouck at 973-781-7982.

Sincerely,

Kathleen M. Duffy
Executive Director,
Distribution and Customer Service

KMD:bah

91d98

Confidential

NPC0043547

# Novartis Pharmaceuticals Corporation

## PRICE LIST

---

**NOTICE OF PRICE ADJUSTMENTS FOR THE NOVARTIS PRODUCT LINE**

Pricing shown effective <u>October 26, 1998 at 4:30 p.m. eastern time</u> and is subject to change without notice.

---

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| ACTIGALL* capsules 300mg 100's | 0078-0319-05 | $218.77 | $262.52 |
| ANAFRANIL* capsules 25mg 100's | 58887-115-30 | $82.15 | $98.58 |
| ANAFRANIL* capsules 25mg 100's (Unit Dose) | 58887-115-32 | $85.60 | $102.72 |
| ANAFRANIL* capsules 50mg 100's | 58887-116-30 | $110.72 | $132.87 |
| ANAFRANIL* capsules 50mg 100's (Unit Dose) | 58887-116-32 | $114.84 | $137.81 |
| ANAFRANIL* capsules 75mg 100's | 58887-117-30 | $145.75 | $174.90 |
| ANAFRANIL* capsules 75mg 100's (Unit Dose) | 58887-117-32 | $152.38 | $182.86 |
| ⋅TURANE* tablets 100mg 100's | 0083-0041-30 | $35.87 | $43.04 |
| ANTURANE* capsules 200mg 100's | 0083-0168-30 | $57.76 | $69.31 |
| APRESAZIDE* capsules 25/25mg 100's | 0083-0139-30 | $41.27 | $49.52 |
| APRESAZIDE* capsules 50/50mg 100's | 0083-0149-30 | $61.65 | $73.99 |
| APRESOLINE* hydrochloride tablets 10mg 100's | 0083-0037-30 | $21.72 | $26.07 |
| APRESOLINE* hydrochloride tablets 25mg 100's | 0083-0039-30 | $31.02 | $37.23 |
| APRESOLINE* hydrochloride tablets 50mg 100's | 0083-0073-30 | $46.28 | $55.54 |
| APRESOLINE* hydrochloride tablets 100mg 100's | 0083-0101-30 | $65.11 | $78.13 |
| AREDIA* vials 30/470mg 4's | 0083-2601-04 | $770.39 | $924.46 |
| AREDIA* vials 90/375mg 1 | 0083-2609-01 | $543.52 | $652.22 |
| BELLERGAL-S* tablets 100's | 0078-0031-05 | $97.58 | $117.09 |
| BRETHAIRE* 7.5mL complete unit | 0028-5557-88 | $21.89 | $26.27 |
| BRETHAIRE* 7.5mL refill | 0028-5557-87 | $19.38 | $23.26 |
| BRETHANCER* spacer-inhaler complete unit | 0028-5567-01 | $11.75 | $14.10 |
| BRETHINE* ampuls 1mg/mL 10's | 0028-7507-23 | $19.60 | $23.53 |
| ETHINE* ampuls 1mg/mL 100's | 0028-7507-01 | $156.00 | $187.20 |

• **PRODUCTS NOT EFFECTED BY OCTOBER 26, 1998 PRICE INCREASE.**

Page 1

Confidential

NPC0043548

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective October 26, 1998 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| BRETHINE® tablets 2.5mg 100's | 0028-0072-01 | $26.79 | $32.15 |
| BRETHINE® tablets 2.5mg 1000's | 0028-0072-10 | $252.80 | $303.36 |
| BRETHINE® tablets 2.5mg 100's (Unit Dose) | 0028-0072-61 | $29.46 | $35.36 |
| BRETHINE® tablets 2.5mg Gy-Pak 100's (12 x 100) | 0028-0072-65 | $322.70 | $387.24 |
| BRETHINE® tablets 5mg 100's | 0028-0105-01 | $38.54 | $46.25 |
| BRETHINE® tablets 5mg 1000's | 0028-0105-10 | $364.47 | $437.36 |
| BRETHINE® tablets 5mg 100's (Unit Dose) | 0028-0105-61 | $41.21 | $49.46 |
| BRETHINE® tablets 5mg Gy-Pak 100's (12 x 100) | 0028-0105-65 | $464.33 | $557.19 |
| CAFERGOT® suppositories §§ 12's | 0078-0033-02 | $50.68 | $60.82 |
| CATAFLAM® tablets 50mg 100's | 0028-0151-01 | $143.86 | $172.63 |
| CATAFLAM® tablets 50mg 100's (Unit Dose) | 0028-0151-61 | $153.94 | $184.73 |
| CLOZARIL® tablets 25mg 100's | 0078-0126-05 | • $113.30 | • $135.96 |
| CLOZARIL® tablets 25mg † 100's | 0078-0126-06 | • $113.30 | • $135.96 |
| CLOZARIL® tablets 100mg 100's | 0078-0127-05 | • $293.55 | • $352.26 |
| CLOZARIL® tablets 100mg † 100's | 0078-0127-06 | • $293.55 | • $352.26 |
| CYTADREN® tablets 250mg 100's | 0083-0024-30 | $107.00 | $128.40 |
| DESFERAL® vials 500mg 4's | 0083-3801-04 | $40.23 | $48.27 |
| D.H.E. 45® ampuls 1mL(1mg) † 10's | 0078-0041-01 | $109.83 | $131.80 |
| DIOVAN™ capsules 80mg 100's | 0083-4000-01 | • $96.80 | • $121.00 |
| DIOVAN™ capsules 80mg 100's (Unit Dose) | 0083-4000-61 | • $96.80 | • $121.00 |
| DIOVAN™ capsules 160mg 100's | 0083-4001-01 | • $96.80 | • $121.00 |
| DIOVAN™ capsules 160mg 100's (Unit Dose) | 0083-4001-61 | • $96.80 | • $121.00 |
| DIOVAN HCT™ tablets 80/12.5mg 100's | 0078-0314-05 | • $96.80 | • $121.00 |
| DIOVAN HCT™ tablets 80/12.5mg 100's (Unit Dose) | 0078-0314-06 | • $96.80 | • $121.00 |
| DIOVAN HCT™ tablets 160/12.5mg 100's | 0078-0315-05 | • $96.80 | • $121.00 |
| DIOVAN HCT™ tablets 160/12.5mg 100's (Unit Dose) | 0078-0315-06 | • $96.80 | • $121.00 |
| DYNACIRC® capsules 2.5mg 100's | 0078-0226-05 | $58.48 | $70.18 |
| DYNACIRC® capsules 2.5mg 60's | 0078-0226-44 | $35.98 | $43.17 |

**• PRODUCTS NOT EFFECTED BY OCTOBER 26, 1998 PRICE INCREASE.**

Page 2

Confidential                                                                                     NPC0043549

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective October 26, 1998 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| DYNACIRC® capsules 5mg 100's | 0078-0227-05 | $85.83 | $102.99 |
| DYNACIRC® capsules 5mg 60's | 0078-0227-44 | $52.41 | $62.89 |
| DYNACIRC CR® tablets 5mg 30's | 0078-0235-15 | $31.08 | $37.29 |
| DYNACIRC CR® tablets 5mg 100's | 0078-0235-05 | $101.36 | $121.64 |
| DYNACIRC CR® tablets 10mg 30's | 0078-0236-15 | $49.40 | $59.28 |
| DYNACIRC CR® tablets 10mg 100's | 0078-0236-05 | $161.52 | $193.82 |
| ESIDRIX® tablets 25mg 100's | 0083-0022-30 | $12.59 | $15.10 |
| ESIDRIX® tablets 50mg 100's | 0083-0046-30 | $19.88 | $23.86 |
| ESTRADERM® system 0.05 mg. (1 x 24) | 0083-2310-24 | $54.75 | $65.70 |
| ESTRADERM® system 0.05mg (6 x 8) | 0083-2310-62 | $112.84 | $135.41 |
| ESTRADERM® system 0.1mg (1 x 24) | 0083-2320-24 | $59.70 | $71.65 |
| ESTRADERM® system 0.1mg (6 x 8) | 0083-2320-62 | $123.03 | $147.64 |
| FEMARA® 2.5mg tablets 30's | 0078-0249-15 | • $155.94 | • $187.20 |
| FIORICET® tablets 100's | 0078-0084-05 | $51.13 | $61.35 |
| FIORICET® tablets † 100's | 0078-0084-06 | $55.92 | $67.10 |
| FIORICET® tablets 500's | 0078-0084-08 | $244.17 | $293.00 |
| FIORICET® w/Cod. CIII capsules 30mg 100's | 0078-0243-05 | $107.16 | $128.59 |
| FIORINAL® CIII capsules 100's | 0078-0103-05 | $51.13 | $61.35 |
| FIORINAL® CIII capsules 500's | 0078-0103-08 | $244.17 | $293.00 |
| FIORINAL® CIII capsules †† 25's | 0078-0103-13 | $18.49 | $22.19 |
| FIORINAL® w/Cod. CIII 30mg capsules 100's | 0078-0107-05 | $107.16 | $128.59 |
| FIORINAL® w/Cod. CIII 30mg capsules †† 25's | 0078-0107-13 | $33.64 | $40.37 |
| HYDERGINE®LC liquid capsules 1mg 100's | 0078-0101-05 | $77.47 | $92.97 |
| HYDERGINE®LC liquid capsules 1mg † 100's | 0078-0101-06 | $82.21 | $98.65 |
| HYDERGINE®LC liquid capsules 1mg 500's | 0078-0101-08 | $377.61 | $453.13 |
| HYDERGINE® liquid 1mg/mL 100mL | 0078-0100-36 | $60.60 | $72.72 |
| HYDERGINE® oral tablets 1mg 100's | 0078-0070-05 | $73.63 | $88.35 |
| HYDERGINE® oral tablets 1mg † 100's | 0078-0070-06 | $76.08 | $91.30 |

**• PRODUCTS NOT EFFECTED BY OCTOBER 26, 1998 PRICE INCREASE.**

Page 3

Confidential                                                                                                                        NPC0043550

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective October 26, 1998 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| HYDERGINE® oral tablets 1mg 500's | 0078-0070-08 | $351.43 | $421.72 |
| ISMELIN® sulfate tablets 10mg 100's | 0083-0049-30 | $52.35 | $62.82 |
| ISMELIN® sulfate tablets 25mg 100's | 0083-0103-30 | $85.55 | $102.66 |
| KLORVESS® effervescent granules 30's | 0078-0205-15 | $21.83 | $26.20 |
| KLORVESS® liquid 10% pint bottle | 0078-0207-33 | $23.00 | $27.60 |
| LAMISIL® cream 1% 15gm tube | 0078-0170-40 | $27.18 | $32.61 |
| LAMISIL® cream 1% 30gm tube | 0078-0170-46 | $48.67 | $58.40 |
| LAMISIL® oral tablets, equivalent to 250mg base, 30's | 0078-0179-15 | $174.72 | $209.66 |
| LAMISIL® oral tablets, equivalent to 250mg base, 100's | 0078-0179-05 | $582.24 | $698.68 |
| LAMISIL® 30mL/1% Solution | 0078-0328-82 | • $48.00 | • $57.60 |
| LAMPRENE® capsules 50mg 100's | 0028-0108-01 | $13.59 | $16.31 |
| LESCOL® capsules 20mg 30's | 0078-0176-15 | • $31.42 | • $37.70 |
| LESCOL® capsules 20mg 100's | 0078-0176-05 | • $104.55 | • $125.45 |
| LESCOL® capsules 40mg 30's | 0078-0234-15 | • $31.42 | • $37.70 |
| LESCOL® capsules 40mg 100's | 0078-0234-05 | • $104.55 | • $125.45 |
| LIORESAL® tablets 10mg 100's | 0028-0023-01 | $51.63 | $61.96 |
| LIORESAL® tablets 10mg 100's (Unit Dose) | 0028-0023-61 | $54.64 | $65.56 |
| LIORESAL® tablets 20mg 100's | 0028-0033-01 | $94.51 | $113.42 |
| LIORESAL® tablets 20mg 100's (Unit Dose) | 0028-0033-61 | $97.86 | $117.43 |
| LOPRESSOR® ampuls 5mg/5mL 12's | 0028-4201-33 | $70.79 | $84.95 |
| LOPRESSOR® tablets 50mg 100's | 0028-0051-01 | $55.42 | $66.50 |
| LOPRESSOR® tablets 50mg 1000's | 0028-0051-10 | $548.04 | $657.65 |
| LOPRESSOR® tablets 50mg 100's (Unit Dose) | 0028-0051-61 | $60.15 | $72.18 |
| LOPRESSOR® tablets 50mg Gy-Pak 100's (12x100) | 0028-0051-65 | $666.95 | $800.34 |
| LOPRESSOR® tablets 100mg 100's | 0028-0071-01 | $83.21 | $99.85 |
| LOPRESSOR® tablets 100mg 1000's | 0028-0071-10 | $823.56 | $988.27 |
| LOPRESSOR® tablets 100mg 100's (Unit Dose) | 0028-0071-61 | $87.33 | $104.80 |
| LOPRESSOR® tablets 100mg Gy-Pak 100's (12x100) | 0028-0071-65 | $1,000.73 | $1,200.87 |

**• PRODUCTS NOT EFFECTED BY OCTOBER 26, 1998 PRICE INCREASE.**

Page 4

Confidential                                                                                                   NPC0043551

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
Pricing shown effective October 26, 1998 at 4:30 PM eastern time, and is subject to change without notice.

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| LOPRESSOR HCT° tablets 50/25mg 100's | 0028-0035-01 | $63.55 | $76.26 |
| LOPRESSOR HCT° tablets 100/25mg 100's | 0028-0053-01 | $99.30 | $119.16 |
| LOPRESSOR HCT° tablets 100/50mg 100's | 0028-0073-01 | $105.32 | $126.38 |
| LOTENSIN° tablets 5mg 100's | 0083-0059-30 | $65.86 | $79.04 |
| LOTENSIN° tablets 5mg 100's (Unit Dose) | 0083-0059-32 | $65.86 | $79.04 |
| LOTENSIN° tablets 10mg 100's | 0083-0063-30 | $65.86 | $79.04 |
| LOTENSIN° tablets 10mg 100's (Unit Dose) | 0083-0063-32 | $65.86 | $79.04 |
| LOTENSIN° tablets 20mg 100's | 0083-0079-30 | $65.86 | $79.04 |
| LOTENSIN° tablets 20mg 100's (Unit Dose) | 0083-0079-32 | $65.86 | $79.04 |
| LOTENSIN° tablets 40mg 100's | 0083-0094-30 | $65.86 | $79.04 |
| LOTENSIN° tablets 40mg 100's (Unit Dose) | 0083-0094-32 | $65.86 | $79.04 |
| LOTENSIN HCT° tablets 5mg/6.25mg 100's | 0083-0057-30 | $65.86 | $79.04 |
| LOTENSIN HCT° tablets 10mg/12.5mg 100's | 0083-0072-30 | $65.86 | $79.04 |
| LOTENSIN HCT° tablets 20mg/12.5mg 100's | 0083-0074-30 | $65.86 | $79.04 |
| LOTENSIN HCT° tablets 20mg/25mg 100's | 0083-0075-30 | $65.86 | $79.04 |
| LOTREL° capsules 2.5mg/10mg 100's | 0083-2255-30 | $132.40 | $158.87 |
| LOTREL° capsules 5mg/10mg 100's | 0083-2260-30 | $132.40 | $158.87 |
| LOTREL° capsules 5mg/20mg 100's | 0083-2265-30 | • $132.40 | • $158.87 |
| LUDIOMIL° tablets 25mg 100's | 0083-0110-30 | $47.17 | $56.61 |
| LUDIOMIL° tablets 50mg 100's | 0083-0026-30 | $69.84 | $83.81 |
| LUDIOMIL° tablets 75mg 100's | 0083-0135-30 | $95.85 | $115.02 |
| MELLARIL° concentrate 30mg/mL, 4oz. bottle | 0078-0001-31 | $32.97 | $39.57 |
| MELLARIL° concentrate 100mg/mL, 4oz. bottle | 0078-0009-31 | $86.05 | $103.26 |
| MELLARIL-S° suspension 25mg/5mL pint bottle | 0078-0068-33 | $51.85 | $62.22 |
| MELLARIL-S° suspension 100mg/5mL pint bottle | 0078-0069-33 | $106.60 | $127.92 |
| MELLARIL° tablets 10mg 100's | 0078-0002-05 | $30.52 | $36.62 |
| MELLARIL° tablets 10mg † 100's | 0078-0002-06 | $32.80 | $39.37 |
| MELLARIL° tablets 10mg 1000's | 0078-0002-09 | $293.29 | $351.95 |

• **PRODUCTS NOT EFFECTED BY OCTOBER 26, 1998 PRICE INCREASE.**

Page 5

Confidential

NPC0043552

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective October 26, 1998 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| MELLARIL® tablets 15mg 100's | 0078-0008-05 | $35.98 | $43.17 |
| MELLARIL® tablets 25mg 100's | 0078-0003-05 | $42.94 | $51.53 |
| MELLARIL® tablets 25mg † 100's | 0078-0003-06 | $45.61 | $54.74 |
| MELLARIL® tablets 25mg 1000's | 0078-0003-09 | $412.25 | $494.70 |
| MELLARIL® tablets 50mg 100's | 0078-0004-05 | $52.13 | $62.56 |
| MELLARIL® tablets 50mg † 100's | 0078-0004-06 | $54.25 | $65.10 |
| MELLARIL® tablets 50mg 1000's | 0078-0004-09 | $504.04 | $604.85 |
| MELLARIL® tablets 100mg 100's | 0078-0005-05 | $61.21 | $73.45 |
| MELLARIL® tablets 100mg † 100's | 0078-0005-06 | $63.38 | $76.06 |
| MELLARIL® tablets 100mg 1000's | 0078-0005-09 | $595.43 | $714.52 |
| MELLARIL® tablets 150mg 100's | 0078-0006-05 | $80.53 | $96.64 |
| MELLARIL® tablets 200mg 100's | 0078-0007-05 | $91.73 | $110.08 |
| MELLARIL® tablets 200mg † 100's | 0078-0007-06 | $94.07 | $112.88 |
| MESANTOIN® tablets 100mg 100's | 0078-0052-05 | $28.91 | $34.69 |
| METHERGINE® ampuls 1mL (0.2mg) † 20's | 0078-0053-03 | $58.93 | $70.71 |
| METHERGINE® ampuls 1mL (0.2mg) † 50's | 0078-0053-04 | $141.69 | $170.03 |
| METHERGINE® tablets 0.2mg 100's | 0078-0054-05 | $53.41 | $64.09 |
| METHERGINE® tablets 0.2mg † 100's | 0078-0054-06 | $55.97 | $67.17 |
| METHERGINE® tablets 0.2mg 1000's | 0078-0054-09 | $519.86 | $623.83 |
| METOPIRONE capsules 250mg 18's | 0083-0133-11 | $42.80 | $51.35 |
| MIACALCIN® 200 I.U./mL multi-dose vials, 2mL | 0078-0149-23 | $28.34 | $34.00 |
| MIACALCIN® nasal spray (2) 2mL | 0078-0311-90 | $47.27 | $56.72 |
| MIGRANAL® nasal spray 4.0mg/mL | 0078-0245-98 | $56.27 | $67.52 |
| NEO-CALGLUCON® syrup 1.8g/5mL pint bottle (OTC) | 0078-0056-33 | $24.45 | $29.34 |
| NEORAL® soft gelatin capsules 25mg † 30's | 0078-0246-15 | $37.13 | $44.56 |
| NEORAL® soft gelatin capsules 100mg † 30's | 0078-0248-15 | $148.37 | $178.05 |
| NEORAL® oral solution 50mL bottle | 0078-0274-22 | $277.36 | $332.83 |
| PAMELOR® capsules 10mg 100's | 0078-0086-05 | $48.79 | $58.55 |

• **PRODUCTS NOT EFFECTED BY OCTOBER 26, 1998 PRICE INCREASE.**

Page 6

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
Pricing shown effective October 26, 1998 at 4:30 PM eastern time, and is subject to change without notice.

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| PAMELOR® capsules 10mg † 100's | 0078-0086-06 | $53.86 | $64.63 |
| PAMELOR® capsules 25mg 100's | 0078-0087-05 | $97.35 | $116.83 |
| PAMELOR® capsules 25mg † 100's | 0078-0087-06 | $102.26 | $122.71 |
| PAMELOR® capsules 25mg 500's | 0078-0087-08 | $475.97 | $571.16 |
| PAMELOR® capsules 50mg 100's | 0078-0078-05 | $183.46 | $220.15 |
| PAMELOR® capsules 50mg † 100's | 0078-0078-06 | $188.14 | $225.76 |
| PAMELOR® capsules 75mg 100's | 0078-0079-05 | $279.64 | $335.57 |
| PAMELOR® solution 10mg/5mL pint bottle | 0078-0016-33 | $55.97 | $67.17 |
| PARLODEL® capsules 5mg 30's | 0078-0102-15 | $78.64 | $94.37 |
| PARLODEL® capsules 5mg 100's | 0078-0102-05 | $248.34 | $298.01 |
| PARLODEL Snaptabs® 2.5mg 30's | 0078-0017-15 | $48.96 | $58.75 |
| PARLODEL Snaptabs® 2.5mg 100's | 0078-0017-05 | $162.74 | $195.29 |
| PBZ® tablets 25mg 100's | 0028-0111-01 | $14.93 | $17.91 |
| PBZ® tablets 50mg 100's | 0028-0117-01 | $22.67 | $27.20 |
| PBZ-SR® extended release tablets 100mg 100's | 0028-0048-01 | $37.26 | $44.71 |
| PRISCOLINE® hydrochloride ampuls injection 100mg/4mL 4's | 0083-6733-04 | $50.01 | $60.02 |
| REGITINE® vials packages of 2 | 0083-6830-02 | • $50.71 | • $60.85 |
| RESTORIL® CIV capsules 7.5mg 100's | 0078-0140-05 | $62.27 | $74.72 |
| RESTORIL® CIV capsules 7.5mg † 100's | 0078-0140-06 | $64.05 | $76.86 |
| RESTORIL® CIV capsules 15mg 100's | 0078-0098-05 | $69.62 | $83.54 |
| RESTORIL® CIV capsules 15mg † 100's | 0078-0098-06 | $71.40 | $85.68 |
| RESTORIL® CIV capsules 15mg 500's | 0078-0098-08 | $325.93 | $391.11 |
| RESTORIL® CIV capsules 30mg 100's | 0078-0099-05 | $77.86 | $93.43 |
| RESTORIL® CIV capsules 30mg † 100's | 0078-0099-06 | $79.53 | $95.44 |
| RESTORIL® CIV capsules 30mg 500's | 0078-0099-08 | $377.39 | $452.87 |
| RITALIN® hydrochloride CII tablets 5mg 100's | 0083-0007-30 | $32.30 | $38.76 |
| RITALIN® hydrochloride CII tablets 10mg 100's | 0083-0003-30 | $46.05 | $55.26 |
| RITALIN® hydrochloride CII tablets 20mg 100's | 0083-0034-30 | $66.22 | $79.46 |

• **PRODUCTS NOT EFFECTED BY OCTOBER 26, 1998 PRICE INCREASE.**

Page 7

Confidential                                                           NPC0043554

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective October 26, 1998 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| RITALIN-SR* CII sustained-release tablets 20mg 100's | 0083-0016-30 | $102.85 | $123.41 |
| SANDIMMUNE* 5mL(250mg) ampuls 10's | 0078-0109-01 | $242.98 | $291.57 |
| SANDIMMUNE* oral solution 50mL bottle | 0078-0110-22 | $275.03 | $330.04 |
| SANDIMMUNE* soft gelatin capsules 25mg † 30's | 0078-0240-15 | $41.36 | $49.63 |
| SANDIMMUNE* soft gelatin capsules 100mg † 30's | 0078-0241-15 | $165.13 | $198.15 |
| SANDOGLOBULIN* IV 1gm | 0078-0120-94 | • $58.35 | • $70.02 |
| SANDOGLOBULIN* IV 3gm | 0078-0122-95 | • $111.00 | • $133.20 |
| SANDOGLOBULIN* IV 6gm | 0078-0124-96 | • $210.00 | • $252.00 |
| SANDOGLOBULIN* IV 12gm | 0078-0244-93 | • $420.00 | • $504.00 |
| SANDOGLOBULIN* 3gm vials ≫ 10's | 0078-0122-19 | • $1,087.50 | • $1,305.00 |
| SANDOGLOBULIN* 6gm vials ≫ 10's | 0078-0124-19 | • $2,070.00 | • $2,484.00 |
| SANDOGLOBULIN* 12gm vials ≫ 10's | 0078-0244-19 | • $4,130.00 | • $4,956.00 |
| SANDOSTATIN* ampuls 50mcg 20's | 0078-0180-03 | • $92.08 | • $110.50 |
| SANDOSTATIN* ampuls 100mcg 20's | 0078-0181-03 | • $178.61 | • $214.33 |
| SANDOSTATIN* ampuls 500mcg 20's | 0078-0182-03 | • $861.45 | • $1,033.74 |
| SANDOSTATIN* multi-dose vials 200mcg/mL, 5mL | 0078-0183-25 | • $92.06 | • $110.48 |
| SANDOSTATIN* multi-dose vials 1000mcg/mL, 5mL | 0078-0184-25 | • $453.01 | • $543.61 |
| SANOREX* CIV tablets 1mg 100's | 0078-0071-05 | $128.54 | $154.25 |
| SANOREX* CIV tablets 2mg 100's | 0078-0066-05 | $203.95 | $244.75 |
| SANSERT* tablets 2mg 100's | 0078-0058-05 | $175.66 | $210.79 |
| SIMULECT® 20mg/vial | 0078-0331-84 | • $1,020.00 | • $1,224.00 |
| SLOW-K* tablets 600mg 100's | 0078-0320-05 | $17.71 | $21.25 |
| SLOW-K* tablets 600mg 1000's | 57267-0165-40 | $175.16 | $210.19 |
| SLOW-K® tablets 600mg Consumer Packs (12 x 100) | 57267-0165-65 | $214.48 | $257.38 |
| SYNTOCINON* Injection ampuls 1mL † 50's | 0078-0060-04 | $145.81 | $174.97 |
| TAVIST* tablets 2.68mg 100's | 0078-0072-05 | $112.28 | $134.74 |
| TEGRETOL* chewable tablets 100mg 100's | 0083-0052-30 | $19.04 | $22.84 |
| TEGRETOL* chewable tablets 100mg 100's (Unit Dose) | 0083-0052-32 | $21.39 | $25.67 |

**• PRODUCTS NOT EFFECTED BY OCTOBER 26, 1998 PRICE INCREASE.**

Page 8

Confidential                                                                                                                   NPC0043555

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective October 26, 1998 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| TEGRETOL® suspension 450mL | 0083-0019-76 | $23.36 | $28.03 |
| TEGRETOL® tablets 200mg 100's | 0083-0027-30 | $36.27 | $43.52 |
| TEGRETOL® tablets 200mg 100's (Unit Dose) | 0083-0027-32 | $38.79 | $46.54 |
| TEGRETOL® tablets 200mg 1000's | 0083-0027-40 | $358.48 | $430.18 |
| TEGRETOL-XR® tablets 100mg 100's | 0083-0061-30 | $18.16 | $21.79 |
| TEGRETOL-XR® tablets 100mg 100's (Unit Dose) | 0083-0061-32 | $19.42 | $23.30 |
| TEGRETOL-XR® tablets 200mg 100's | 0083-0062-30 | $36.27 | $43.52 |
| TEGRETOL-XR® 200mg 100's (Unit Dose) | 0083-0062-32 | $38.79 | $46.54 |
| TEGRETOL-XR® tablets 400mg 100's | 0083-0060-30 | $72.48 | $86.98 |
| TEGRETOL-XR® tablets 400mg 100's (Unit Dose) | 0083-0060-32 | $77.57 | $93.09 |
| TOFRANIL® tablets 10mg 100's | 0028-0032-01 | $27.40 | $32.88 |
| TOFRANIL® tablets 25mg 100's | 0028-0140-01 | $45.78 | $54.94 |
| TOFRANIL® tablets 50mg 100's | 0028-0136-01 | $77.75 | $93.30 |
| TOFRANIL-PM® capsules 75mg 30's | 0028-0020-26 | $33.36 | $40.03 |
| TOFRANIL-PM® capsules 75mg 100's | 0028-0020-01 | $108.72 | $130.46 |
| TOFRANIL-PM® capsules 100mg 100's | 0028-0040-01 | $142.97 | $171.56 |
| TOFRANIL-PM® capsules 100mg 30's | 0028-0040-26 | $43.83 | $52.60 |
| TOFRANIL-PM® tablets 125mg 30's | 0028-0045-26 | $54.47 | $65.36 |
| TOFRANIL-PM® capsules 125mg 100's | 0028-0045-01 | $178.28 | $213.94 |
| TOFRANIL-PM® capsules 150mg 30's | 0028-0022-26 | $62.27 | $74.72 |
| TOFRANIL-PM® capsules 150mg 100's | 0028-0022-01 | $203.17 | $243.81 |
| TRANSDERM-NITRO® 0.1mg/hr. 30's | 57267-902-26 | $41.79 | $50.15 |
| TRANSDERM-NITRO® 0.2mg/hr. 30's | 57267-905-26 | $42.78 | $51.34 |
| TRANSDERM-NITRO® 0.4mg/hr. 30's | 57267-910-26 | $48.89 | $58.66 |
| TRANSDERM-NITRO® 0.6mg/hr. 30's | 57267-915-26 | $53.88 | $64.66 |
| VISKEN® tablets 5mg 100's | 0078-0111-05 | $82.26 | $98.71 |
| VISKEN® tablets 10mg 100's | 0078-0073-05 | $108.94 | $130.73 |
| VIVELLE® 0.0375 mg/day (1x24) | 0083-2325-25 | $55.47 | $66.57 |

**• PRODUCTS NOT EFFECTED BY OCTOBER 26, 1998 PRICE INCREASE.**
Page 9

Confidential
NPC0043556

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*Pricing shown effective October 26, 1998 at 4:30 PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| VIVELLE® 0.0375mg/day (6 x 8) | 0083-2325-62 | $114.34 | $137.21 |
| VIVELLE® 0.05 mg/day (6 x 8) | 0083-2326-62 | $116.68 | $140.01 |
| VIVELLE® 0.05mg/day (1 x 24) | 0083-2326-25 | $56.61 | $67.93 |
| VIVELLE® 0.075 mg/day (1 x 24) | 0083-2327-25 | $57.75 | $69.29 |
| VIVELLE® 0.075 mg/day (6 x 8) | 0083-2327-62 | $119.04 | $142.85 |
| VIVELLE® 0.1mg/day (1 x 24) | 0083-2328-25 | $58.89 | $70.69 |
| VIVELLE® 0.1mg/day (6 x 8) | 0083-2328-62 | $121.40 | $145.68 |
| VOLTAREN® tablets 25mg 100's | 0028-0258-01 | $52.58 | $63.09 |
| VOLTAREN® tablets 25mg 100's (Unit Dose) | 0028-0258-61 | $56.20 | $67.44 |
| VOLTAREN® tablets 25mg 60's | 0028-0258-60 | $31.52 | $37.83 |
| VOLTAREN® tablets 50mg 100's | 0028-0262-01 | $102.14 | $122.57 |
| VOLTAREN® tablets 50mg 100's (Unit Dose) | 0028-0262-61 | $109.27 | $131.13 |
| VOLTAREN® tablets 50mg 60's | 0028-0262-60 | $61.26 | $73.52 |
| VOLTAREN® tablets 50mg 1000's | 0028-0262-10 | $1,003.57 | $1,204.28 |
| VOLTAREN® tablets 75mg 100's | 0028-0264-01 | $123.70 | $148.44 |
| VOLTAREN® tablets 75mg 100's (Unit Dose) | 0028-0264-61 | $132.33 | $158.80 |
| VOLTAREN® tablets 75mg 60's | 0028-0264-60 | $74.24 | $89.09 |
| VOLTAREN® 75mg 1000's | 0028-0264-10 | $1,215.43 | $1,458.52 |
| VOLTAREN-XR® tablets 100mg 100's | 0028-0205-01 | $236.67 | $284.00 |
| VOLTAREN-XR® tablets 100mg 100's (Unit Dose) | 0028-0205-61 | $238.52 | $286.22 |

LEGEND:
† Unit Dose packages are packages of individually blister-sealed ampuls, capsules or tablets;
  - as 100's: 2 x 5 strips or 1 x 10 strips, 10 blisters per strip; ampuls of 20 or 50, 5 blisters per strip;
  - as 30's: three blister cards of 10 capsules.
†† ControlPak® unit-dose tamper-resistant package of 25 capsules:
  - as continuous rolls of blisters, reverse-numbered.
§§ SigPak® (dispensing unit) packages are unit-of-use packages and containers.
➢ Bulk Pak contains 1000 packets or tablets or 10 ampuls, bottles or vials.
          CII - Schedule II Controlled Substance - DEA 222 Form Required
          CIII - Schedule III Controlled Substance                    CIV - Schedule IV Controlled Substance

• **PRODUCTS NOT EFFECTED BY OCTOBER 26, 1998 PRICE INCREASE.**

Page 10

Confidential                                                                                                    NPC0043557

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective October 26, 1998 at 4:30 PM eastern time, and is subject to change without notice.*

Novartis Pharmaceuticals Corporation
Distribution & Customer Service Department
East Hanover, New Jersey 07936-1080
1-800-526-0175

**• PRODUCTS NOT EFFECTED BY OCTOBER 26, 1998 PRICE INCREASE.**

Page 11

Confidential                                                                                                                    NPC0043558