# EXHIBIT 9

July 5, 2000

TO: THIRD PARTY JOURNAL

*NOTICE OF PRICE ADJUSTMENT*

Attached is a copy of the Novartis Pharmaceuticals Corporation Price List which became effective on Wednesday, July 5, 2000 at 5:00 p.m. eastern time.

As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price", in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

*Please note that the products* **BEING INCREASED ARE INDICATED BY A BULLET POINT** *shown to the left of the price.*

Please use the attached information to update your system. Should you have any questions, please contact Barbara Hasbrouck at 973-781-7982.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MC:bah

73d00

\Attachment

Confidential                                                                 NPC0043497

# Novartis Pharmaceuticals Corporation
## PRICE LIST
### EFFECTIVE JULY 5, 2000

Pricing shown effective July 5, 2000 at 5:00 PM eastern time, and is subject to change without notice.

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| ACTIGALL® capsules 300mg 100's | 12* | 0078-0319-05 | ● | $286.40 | ● | $238.67 |
| ANAFRANIL® capsules 25mg 100's | 12* | 0078-0316-05 | | $108.48 | | $90.40 |
| ANAFRANIL® capsules 25mg 100's (Unit Dose) | 1 | 0078-0316-06 | | $113.04 | | $94.20 |
| ANAFRANIL® capsules 50mg 100's | 12* | 0078-0317-05 | | $146.21 | | $121.84 |
| ANAFRANIL® capsules 50mg 100's (Unit Dose) | 1 | 0078-0317-06 | | $151.65 | | $126.37 |
| ANAFRANIL® capsules 75mg 100's | 12* | 0078-0318-05 | | $192.46 | | $160.39 |
| ANTURANE® capsules 100mg 100's | 12* | 0083-0041-30 | | $47.36 | | $39.47 |
| ANTURANE® tablets 200mg 100's | 12* | 0083-0168-30 | | $76.27 | | $63.55 |
| APRESOLINE® hydrochloride tablets 100mg 100's | 12* | 0083-0101-30 | | $81.96 | | $68.30 |
| AREDIA® vials 30/470mg 4's | 1 | 0083-2601-04 | | $1,066.14 | | $888.45 |
| AREDIA® vials 90/375mg 1 | 1 | 0083-2609-01 | | $799.62 | | $666.34 |
| BRETHANCER® spacer-inhaler complete unit | 6 | 0028-5567-01 | | $14.10 | | $11.75 |
| BRETHINE® tablets 2.5mg 100's | 12* | 0028-0072-01 | | $35.37 | | $29.48 |
| BRETHINE® tablets 2.5mg 1000's | 1 | 0028-0072-10 | | $333.82 | | $278.18 |
| BRETHINE® tablets 2.5mg 100's (Unit Dose) | 1 | 0028-0072-61 | | $38.90 | | $32.42 |
| BRETHINE® tablets 5mg 100's | 12* | 0028-0105-01 | | $50.89 | | $42.41 |
| BRETHINE® tablets 5mg 1000's | 1 | 0028-0105-10 | | $481.27 | | $401.06 |
| BRETHINE® tablets 5mg 100's (Unit Dose) | 1 | 0028-0105-61 | | $54.42 | | $45.35 |
| BRETHINE® ampuls 1mg/mL 10's | 1 | 0028-7507-23 | | $25.89 | | $21.57 |
| BRETHINE® ampuls 1mg/mL 100's | 1 | 0028-7507-01 | | $206.00 | | $171.66 |
| CAFERGOT® tablets 100's | 12 | 0078-0349-05 | | $91.79 | | $73.43 |
| CAFERGOT® suppositories §§ 12's | 12* | 0078-0033-02 | | $63.80 | | $53.17 |
| CATAFLAM® tablets 50mg 100's | 12* | 0028-0151-01 | | $189.96 | | $158.30 |
| CLOZARIL® tablets 25mg 100's | 12* | 0078-0126-05 | | $135.96 | | $113.30 |
| CLOZARIL® tablets 25mg † 100's | 3* | 0078-0126-06 | | $135.96 | | $113.30 |
| CLOZARIL® tablets 100mg 100's | 12* | 0078-0127-05 | | $352.26 | | $293.55 |
| CLOZARIL® tablets 100mg † 100's | 3* | 0078-0127-06 | | $352.26 | | $293.55 |
| COMTAN® tablets 200mg 100's | | 0078-0327-05 | | $168.00 | | $140.00 |

● **PRODUCTS AFFECTED BY JULY 5, 2000 PRICE INCREASE.**
* Sold only in shelf cartons

Page 1 of 9

Confidential                                                                                      NPC0043498

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*Pricing shown effective July 5, 2000 at 5:00 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| CYTADREN® tablets 250mg 100's | 12* | 0083-0024-30 | | $141.30 | | $117.75 |
| DESFERAL® vials 500mg 4's | 1 | 0083-3801-04 | ● | $53.12 | ● | $44.27 |
| D.H.E. 45® ampuls 1mL(1mg) † 10's | 1 | 0078-0041-01 | | $145.03 | | $120.86 |
| DIOVAN® capsules 80mg 100's | 12* | 0083-4000-01 | | $129.36 | | $103.48 |
| DIOVAN® capsules 80mg 100's (Unit Dose) | 1 | 0083-4000-61 | | $129.36 | | $103.48 |
| DIOVAN® capsules 160mg 100's | 12* | 0083-4001-01 | | $140.29 | | $112.23 |
| DIOVAN® capsules 160mg 100's (Unit Dose) | 1 | 0083-4001-61 | | $140.29 | | $112.23 |
| DIOVAN HCT® tablets 80/12.5mg 100's | 12 | 0078-0314-05 | | $140.29 | | $112.23 |
| DIOVAN HCT® tablets 80/12.5mg 100's (Unit Dose) | 1 | 0078-0314-06 | | $140.29 | | $112.23 |
| DIOVAN HCT® tablets 160/12.5mg 100's | 12 | 0078-0315-05 | | $147.00 | | $117.60 |
| DIOVAN HCT® tablets 160/12.5mg 100's (Unit Dose) | 1 | 0078-0315-06 | | $147.00 | | $117.60 |
| DYNACIRC® capsules 2.5mg 100's | 12* | 0078-0226-05 | | $77.22 | | $64.35 |
| DYNACIRC® capsules 2.5mg 60's | 12* | 0078-0226-44 | | $47.51 | | $39.59 |
| DYNACIRC® capsules 5mg 100's | 12* | 0078-0227-05 | | $113.33 | | $94.44 |
| DYNACIRC® capsules 5mg 60's | 12* | 0078-0227-44 | | $69.20 | | $57.67 |
| DYNACIRC CR® tablets 5mg 100's | 12* | 0078-0235-05 | | $127.60 | | $106.33 |
| DYNACIRC CR® tablets 5mg 30's | 12* | 0078-0235-15 | | $39.12 | | $32.60 |
| DYNACIRC CR® tablets 10mg 100's | 12* | 0078-0236-05 | | $203.32 | | $169.43 |
| DYNACIRC CR® tablets 10mg 30's | 12* | 0078-0236-15 | | $62.19 | | $51.82 |
| ESIDRIX® tablets 25mg 100's | 12* | 0083-0022-30 | | $15.84 | | $13.20 |
| ESIDRIX® tablets 50mg 100's | 12* | 0083-0046-30 | | $25.03 | | $20.86 |
| ESTRADERM® system 0.05mg (6 x 8) | 1 | 0083-2310-62 | ● | $153.50 | ● | $127.91 |
| ESTRADERM® system 0.1mg (6 x 8) | 1 | 0083-2320-62 | ● | $167.36 | ● | $139.47 |
| EXELON® capsules 1.5mg 60's | | 0078-0323-44 | | $130.36 | | $108.63 |
| EXELON® capsules 3.0mg 60's | | 0078-0324-44 | | $130.36 | | $108.63 |
| EXELON® capsules 4.5mg 60's | | 0078-0325-44 | | $130.36 | | $108.63 |
| EXELON® capsules 6.0mg 60's | | 0078-0326-44 | | $130.36 | | $108.63 |
| FEMARA® tablets 2.5mg 30's | 12* | 0078-0249-15 | | $192.63 | | $160.46 |
| FIORICET® tablets 100's | 12* | 0078-0084-05 | | $68.16 | | $56.80 |

● **PRODUCTS <u>AFFECTED</u> BY JULY 5, 2000 PRICE INCREASE.**
\* Sold only in shelf cartons

Page 2 of 9

Confidential                                                                                                       NPC0043499

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 5, 2000 at 5:00 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| FIORICET® tablets † 100's | 3* | 0078-0084-06 | | $74.54 | | $62.12 |
| FIORICET® tablets 500's | 6* | 0078-0084-08 | | $325.49 | | $271.24 |
| FIORICET® w/Cod. CIII capsules 30mg 100's | 12* | 0078-0243-05 | | $142.85 | | $119.04 |
| FIORINAL® CIII capsules 100's | 12* | 0078-0103-05 | | $68.16 | | $56.80 |
| FIORINAL® CIII capsules 500's | 6* | 0078-0103-08 | | $325.49 | | $271.24 |
| FIORINAL® CIII capsules †† 25's | 6* | 0078-0103-13 | | $24.65 | | $20.54 |
| FIORINAL® w/Cod. CIII 30mg capsules 100's | 12* | 0078-0107-05 | | $142.85 | | $119.04 |
| HYDERGINE®LC liquid capsules 1mg 100's | 12* | 0078-0101-05 | ● | $102.30 | ● | $85.25 |
| HYDERGINE®LC liquid capsules 1mg 500's | 6 | 0078-0101-08 | ● | $498.63 | ● | $415.52 |
| HYDERGINE® liquid 1mg/mL 100mL | 12* | 0078-0100-36 | ● | $80.02 | ● | $66.68 |
| HYDERGINE® oral tablets 1mg 100's | 12* | 0078-0070-05 | ● | $97.23 | ● | $81.02 |
| HYDERGINE® oral tablets 1mg † 100's | 3* | 0078-0070-06 | ● | $100.46 | ● | $83.72 |
| HYDERGINE® oral tablets 1mg 500's | 12 | 0078-0070-08 | ● | $464.06 | ● | $386.72 |
| ISMELIN® sulfate tablets 25mg 100's | 12* | 0083-0103-30 | | $107.69 | | $89.74 |
| KLORVESS® effervescent granules 30's | 24* | 0078-0205-15 | | $27.48 | | $22.90 |
| LAMISIL® oral tablets, equivalent to 250mg base, 100's | 12* | 0078-0179-05 | ● | $802.66 | ● | $668.88 |
| LAMISIL® oral tablets, equivalent to 250mg base, 30's | 12* | 0078-0179-15 | ● | $240.86 | ● | $200.72 |
| LAMISIL® 30mL/1% Solution | 6* | 0078-0328-82 | ● | $67.12 | ● | $55.94 |
| LAMPRENE® capsules 50mg 100's | 1 | 0028-0108-01 | ● | $17.94 | ● | $14.95 |
| LESCOL® capsules 20mg 100's | 12* | 0078-0176-05 | ● | $140.69 | ● | $117.25 |
| LESCOL® capsules 20mg 30's | 12* | 0078-0176-15 | ● | $42.28 | ● | $35.23 |
| LESCOL® capsules 40mg 100's | 12* | 0078-0234-05 | ● | $140.69 | ● | $117.25 |
| LESCOL® capsules 40mg 30's | 12* | 0078-0234-15 | ● | $42.28 | ● | $35.23 |
| LESCOL® XL 80 mg 100's | 12* | 0078-0354-05 | ● | $183.00 | ● | $152.50 |
| LIORESAL® tablets 10mg 100's | 12* | 0028-0023-01 | ● | $68.18 | ● | $56.81 |
| LIORESAL® tablets 10mg 100's (Unit Dose) | 1 | 0028-0023-61 | ● | $72.15 | ● | $60.12 |
| LIORESAL® tablets 20mg 100's | 12* | 0028-0033-01 | ● | $124.80 | ● | $104.00 |
| LIORESAL® tablets 20mg 100's (Unit Dose) | 1 | 0028-0033-61 | ● | $129.22 | ● | $107.68 |
| LOPRESSOR® tablets 50mg 100's | 12* | 0028-0051-01 | | $73.18 | | $60.98 |

● **PRODUCTS AFFECTED BY JULY 5, 2000 PRICE INCREASE.**
\* Sold only in shelf cartons

Page 3 of 9

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 5, 2000 at 5:00 PM  eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | AWP | Cost Price To Wholesaler |
|---|---|---|---|---|
| LOPRESSOR® tablets 50mg 1000's | 1 | 0028-0051-10 | $723.67 | $603.06 |
| LOPRESSOR® tablets 50mg Gy-Pak 100's (12x100) | 1 | 0028-0051-65 | $880.69 | $733.91 |
| LOPRESSOR® tablets 50mg 100's (Unit Dose) | 1 | 0028-0051-61 | $79.43 | $66.19 |
| LOPRESSOR® tablets 100mg 100's | 12* | 0028-0071-01 | $109.87 | $91.56 |
| LOPRESSOR® tablets 100mg 1000's | 1 | 0028-0071-10 | $1,087.50 | $906.25 |
| LOPRESSOR® tablets 100mg Gy-Pak 100's (12x100) | 1 | 0028-0071-65 | $1,321.44 | $1,101.20 |
| LOPRESSOR® tablets 100mg 100's (Unit Dose) | 1 | 0028-0071-61 | $115.32 | $96.10 |
| LOPRESSOR® ampuls 5mg/5mL 12's | 1 | 0028-4201-33 | $93.47 | $77.90 |
| LOPRESSOR HCT® tablets 50/25mg 100's | 12* | 0028-0035-01 | $83.91 | $69.93 |
| LOPRESSOR HCT® tablets 100/25mg 100's | 12* | 0028-0053-01 | $131.13 | $109.27 |
| LOPRESSOR HCT® tablets 100/50mg 100's | 12* | 0028-0073-01 | $139.07 | $115.89 |
| LOTENSIN® tablets 5mg 90's (Unit of Use) | 12 | 0083-0059-90 | $77.96 | $64.97 |
| LOTENSIN® tablets 5mg 100's | 12* | 0083-0059-30 | $86.64 | $72.20 |
| LOTENSIN® tablets 5mg 100's (Unit Dose) | 1 | 0083-0059-32 | $86.64 | $72.20 |
| LOTENSIN® tablets 10mg 90's (Unit of Use) | 12 | 0083-0063-90 | $77.96 | $64.97 |
| LOTENSIN® tablets 10mg 100's | 12* | 0083-0063-30 | $86.64 | $72.20 |
| LOTENSIN® tablets 10mg 100's (Unit Dose) | 1 | 0083-0063-32 | $86.64 | $72.20 |
| LOTENSIN® tablets 20mg 90's (Unit of Use) | 12 | 0083-0079-90 | $77.96 | $64.97 |
| LOTENSIN® tablets 20mg 100's | 12* | 0083-0079-30 | $86.64 | $72.20 |
| LOTENSIN® tablets 20mg 100's (Unit Dose) | 1 | 0083-0079-32 | $86.64 | $72.20 |
| LOTENSIN® tablets 40mg 90's (Unit of Use) | 12 | 0083-0094-90 | $77.96 | $64.97 |
| LOTENSIN® tablets 40mg 100's | 12* | 0083-0094-30 | $86.64 | $72.20 |
| LOTENSIN® tablets 40mg 100's (Unit Dose) | 1 | 0083-0094-32 | $86.64 | $72.20 |
| LOTENSIN HCT®  tablets 5mg/6.25mg 100's | 12* | 0083-0057-30 | $86.64 | $72.20 |
| LOTENSIN HCT® tablets 10mg/12.5mg 100's | 12* | 0083-0072-30 | $86.64 | $72.20 |
| LOTENSIN HCT® tablets 20mg/12.5mg 100's | 12* | 0083-0074-30 | $86.64 | $72.20 |
| LOTENSIN HCT® tablets 20mg/25mg 100's | 12* | 0083-0075-30 | $86.64 | $72.20 |
| LOTREL® capsules 2.5mg/10mg 100's | 12* | 0083-2255-30 | $174.83 | $145.70 |
| LOTREL® capsules 5mg/10mg 100's | 12* | 0083-2260-30 | $174.83 | $145.70 |

- **PRODUCTS <u>AFFECTED</u> BY JULY 5, 2000 PRICE INCREASE.**
  * Sold only in shelf cartons

Page 4 of 9

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 5, 2000 at 5:00 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| LOTREL® capsules 5mg/20mg 100's | 12* | 0083-2265-30 | | $185.14 | | $154.28 |
| LUDIOMIL® tablets 25mg 100's | 12* | 0083-0110-30 | ● | $62.29 | ● | $51.91 |
| LUDIOMIL® tablets 50mg 100's | 12* | 0083-0026-30 | ● | $92.22 | ● | $76.85 |
| LUDIOMIL® tablets 75mg 100's | 12* | 0083-0135-30 | ● | $126.57 | ● | $105.47 |
| MELLARIL® concentrate 30mg/mL, 4oz. bottle | 12* | 0078-0001-31 | | $43.54 | | $36.28 |
| MELLARIL® tablets 10mg 100's | 12* | 0078-0002-05 | | $40.30 | | $33.59 |
| MELLARIL® tablets 25mg 100's | 12* | 0078-0003-05 | | $56.70 | | $47.25 |
| MELLARIL® tablets 50mg 100's | 12* | 0078-0004-05 | | $68.84 | | $57.36 |
| MELLARIL® tablets 100mg 100's | 12* | 0078-0005-05 | | $80.82 | | $67.35 |
| MELLARIL® tablets 150mg 100's | 12* | 0078-0006-05 | | $106.34 | | $88.62 |
| MELLARIL® tablets 200mg 100's | 12* | 0078-0007-05 | | $121.13 | | $100.94 |
| MELLARIL® tablets 15mg 100's | 12* | 0078-0008-05 | | $47.51 | | $39.59 |
| MELLARIL® concentrate 100mg/mL, 4oz. bottle | 12* | 0078-0009-31 | | $113.63 | | $94.69 |
| MELLARIL-S® suspension 25mg/5mL pint bottle | 6* | 0078-0068-33 | | $68.47 | | $57.06 |
| METHERGINE® ampuls 1mL (0.2mg) † 20's | 1 | 0078-0053-03 | ● | $77.81 | ● | $64.84 |
| METHERGINE® ampuls 1mL (0.2mg) † 50's | 1 | 0078-0053-04 | ● | $187.10 | ● | $155.91 |
| METHERGINE® tablets 0.2mg 100's | 12 | 0078-0054-05 | ● | $70.53 | ● | $58.77 |
| METHERGINE® tablets 0.2mg † 100's | 3* | 0078-0054-06 | ● | $73.91 | ● | $61.59 |
| METHERGINE® tablets 0.2mg 1000's | 6 | 0078-0054-09 | ● | $686.46 | ● | $572.05 |
| METOPIRONE capsules 250mg 18's | 12 | 0083-0133-11 | ● | $56.51 | ● | $47.09 |
| MIACALCIN® 200 I.U./mL multi-dose vials, 2mL | 6* | 0078-0149-23 | | $37.42 | | $31.18 |
| MIACALCIN® nasal spray (2) 2mL | 1 | 0078-0311-90 | | $61.35 | | $51.12 |
| MIGRANAL® nasal spray 4.0mg/mL | 1 | 0078-0245-98 | | $74.30 | | $61.92 |
| NEO-CALGLUCON® syrup 1.8g/5mL pint bottle (OTC) | 6* | 0078-0056-33 | | $29.34 | | $24.45 |
| NEORAL® soft gelatin capsules 25mg † 30's | 5* | 0078-0246-15 | | $45.85 | | $38.21 |
| NEORAL® soft gelatin capsules 100mg † 30's | 5* | 0078-0248-15 | | $183.21 | | $152.68 |
| NEORAL® oral solution 100mg/mL 50mL bottle | 5* | 0078-0274-22 | | $332.83 | | $277.36 |
| PAMELOR® solution 10mg/5mL pint bottle | 6* | 0078-0016-33 | ● | $73.91 | ● | $61.59 |

● **PRODUCTS <u>AFFECTED</u> BY JULY 5, 2000 PRICE INCREASE.**
\* Sold only in shelf cartons

Page 5 of 9

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 5, 2000 at 5:00 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| PAMELOR® capsules 50mg 100's | 12* | 0078-0078-05 | ● | $242.25 | ● | $201.88 |
| PAMELOR® capsules 50mg † 100's | 3* | 0078-0078-06 | ● | $248.43 | ● | $207.03 |
| PAMELOR® capsules 75mg 100's | 12* | 0078-0079-05 | ● | $369.26 | ● | $307.72 |
| PAMELOR® capsules 10mg 100's | 12* | 0078-0086-05 | ● | $64.42 | ● | $53.69 |
| PAMELOR® capsules 10mg † 100's | 3* | 0078-0086-06 | ● | $71.12 | ● | $59.26 |
| PAMELOR® capsules 25mg 100's | 12* | 0078-0087-05 | ● | $128.56 | ● | $107.13 |
| PAMELOR® capsules 25mg † 100's | 3* | 0078-0087-06 | ● | $135.03 | ● | $112.52 |
| PAMELOR® capsules 25mg 500's | 6 | 0078-0087-08 | ● | $628.51 | ● | $523.76 |
| PARLODEL Snaptabs® 2.5mg 100's | 12* | 0078-0017-05 | | $223.09 | | $185.91 |
| PARLODEL Snaptabs® 2.5mg 30's | 12* | 0078-0017-15 | | $67.11 | | $55.93 |
| PARLODEL® capsules 5mg 100's | 12* | 0078-0102-05 | | $340.44 | | $283.70 |
| PARLODEL® capsules 5mg 30's | 12* | 0078-0102-15 | | $107.80 | | $89.84 |
| PRISCOLINE® hydrochloride ampuls injection 100mg/4mL 4's | 1 | 0083-6733-04 | ● | $66.04 | ● | $55.04 |
| RESTORIL® CIV capsules 15mg 100's | 12* | 0078-0098-05 | | $91.93 | | $76.61 |
| RESTORIL® CIV capsules 15mg † 100's | 3* | 0078-0098-06 | | $94.28 | | $78.57 |
| RESTORIL® CIV capsules 15mg 500's | 6* | 0078-0098-08 | | $430.38 | | $358.65 |
| RESTORIL® CIV capsules 30mg 100's | 12* | 0078-0099-05 | | $102.81 | | $85.68 |
| RESTORIL® CIV capsules 30mg † 100's | 3* | 0078-0099-06 | | $105.02 | | $87.52 |
| RESTORIL® CIV capsules 30mg 500's | 6* | 0078-0099-08 | | $498.33 | | $415.28 |
| RESTORIL® CIV capsules 7.5mg 100's | 12* | 0078-0140-05 | | $82.22 | | $68.52 |
| RESTORIL® CIV capsules 7.5mg † 100's | 3* | 0078-0140-06 | | $84.58 | | $70.48 |
| RITALIN® hydrochloride CII tablets 5mg 100's | 12 | 0083-0007-30 | ● | $41.84 | ● | $34.87 |
| RITALIN® hydrochloride CII tablets 10mg 100's | 12 | 0083-0003-30 | ● | $59.66 | ● | $49.71 |
| RITALIN® hydrochloride CII tablets 20mg 100's | 12 | 0083-0034-30 | ● | $85.78 | ● | $71.48 |
| RITALIN-SR® CII sustained-release tablets 20mg 100's | 12 | 0083-0016-30 | ● | $133.23 | ● | $111.02 |
| SANDIMMUNE® 5mL(250mg) ampuls 10's | 5 | 0078-0109-01 | | $291.57 | | $242.98 |
| SANDIMMUNE® oral solution 100mg/mL 50mL bottle | 5 | 0078-0110-22 | | $330.04 | | $275.03 |
| SANDIMMUNE® soft gelatin capsules 25mg † 30's | 5 | 0078-0240-15 | | $51.07 | | $42.56 |

● **PRODUCTS <u>AFFECTED</u> BY JULY 5, 2000 PRICE INCREASE.**
     * Sold only in shelf cartons

Page 6 of 9

Confidential                                                                                                                                     NPC0043503

Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080
*Pricing shown effective July 5, 2000 at 5:00 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| SANDIMMUNE® soft gelatin capsules 100mg † 30's | 5 | 0078-0241-15 | | $203.90 | | $169.91 |
| SANDOGLOBULIN® IV 1gm | 1 | 0078-0120-94 | | $91.38 | | $76.15 |
| SANDOGLOBULIN® IV 3gm | 1 | 0078-0122-95 | | $173.84 | | $144.86 |
| SANDOGLOBULIN® IV 6gm | 1 | 0078-0124-96 | | $328.88 | | $274.07 |
| SANDOGLOBULIN® IV 12gm | 1 | 0078-0244-93 | | $657.76 | | $548.13 |
| SANDOSTATIN® ampuls 50mcg 20's | 39 | 0078-0180-03 | | $132.25 | | $110.20 |
| SANDOSTATIN® ampuls 100mcg 20's | 39 | 0078-0181-03 | | $256.51 | | $213.76 |
| SANDOSTATIN® ampuls 500mcg 20's | 39 | 0078-0182-03 | | $1,237.19 | | $1,030.99 |
| SANDOSTATIN® multi-dose vials 200mcg/mL, 5mL | 6 | 0078-0183-25 | | $132.22 | | $110.18 |
| SANDOSTATIN® multi-dose vials 1000mcg/mL, 5mL | 6 | 0078-0184-25 | | $650.60 | | $542.16 |
| SANDOSTATIN LAR® Depot 10mg | 1 | 0078-0340-84 | | $1,422.13 | | $1,137.71 |
| SANDOSTATIN LAR® Depot 20mg | 1 | 0078-0341-84 | | $1,422.13 | | $1,137.71 |
| SANDOSTATIN LAR® Depot 30mg | 1 | 0078-0342-84 | | $2,133.19 | | $1,706.04 |
| SANSERT® tablets 2mg 100's | 12* | 0078-0058-05 | | $231.96 | | $193.30 |
| SIMULECT® 20mg/vial | 6 | 0078-0331-84 | ● | $1,419.75 | ● | $1,183.12 |
| SLOW-K® tablets 600mg 100's | 12* | 0078-0320-05 | ● | $23.39 | ● | $19.49 |
| SLOW-K® tablets 600mg 1000's | 1 | 0078-0320-09 | ● | $231.30 | ● | $192.75 |
| SLOW-K® tablets 600mg Consumer Packs (12 x 100) | 1 | 57267-165-65 | ● | $283.22 | ● | $236.02 |
| TAVIST® tablets 2.68mg 100's | 12* | 0078-0072-05 | | $134.74 | | $112.28 |
| TEGRETOL® tablets 200mg 100's | 12* | 0083-0027-30 | | $48.39 | | $40.32 |
| TEGRETOL® tablets 200mg 1000's | 1 | 0083-0027-40 | | $478.25 | | $398.55 |
| TEGRETOL® tablets 200mg 100's (Unit Dose) | 1 | 0083-0027-32 | | $51.74 | | $43.12 |
| TEGRETOL® chewable tablets 100mg 100's | 12* | 0083-0052-30 | | $25.40 | | $21.16 |
| TEGRETOL® chewable tablets 100mg 100's (Unit Dose) | 1 | 0083-0052-32 | | $28.54 | | $23.78 |
| TEGRETOL® suspension 100mg/5mL 450mL | 1 | 0083-0019-76 | | $31.16 | | $25.97 |
| TEGRETOL-XR® tablets 100mg 100's | 12* | 0083-0061-30 | | $24.23 | | $20.19 |
| TEGRETOL-XR® tablets 200mg 100's | 12* | 0083-0062-30 | | $48.39 | | $40.32 |
| TEGRETOL-XR® tablets 400mg 100's | 12* | 0083-0060-30 | | $96.70 | | $80.58 |
| TOFRANIL® tablets 10mg 100's | 12* | 0028-0032-01 | ● | $36.18 | ● | $30.15 |

● **PRODUCTS <u>AFFECTED</u> BY JULY 5, 2000 PRICE INCREASE.**
\* Sold only in shelf cartons

Page 7 of 9

Confidential                                                                                                             NPC0043504

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 5, 2000 at 5:00 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | | AWP | | Cost Price To Wholesaler |
|---|---|---|---|---|---|---|
| TOFRANIL® tablets 25mg 100's | 12* | 0028-0140-01 | ● | $60.45 | ● | $50.38 |
| TOFRANIL® tablets 50mg 100's | 12* | 0028-0136-01 | ● | $102.67 | ● | $85.56 |
| TOFRANIL-PM® capsules 75mg 30's | 12* | 0028-0020-26 | ● | $44.05 | ● | $36.71 |
| TOFRANIL-PM® capsules 75mg 100's | 12* | 0028-0020-01 | ● | $143.56 | ● | $119.63 |
| TOFRANIL-PM® capsules 100mg 30's | 12* | 0028-0040-26 | ● | $57.88 | ● | $48.23 |
| TOFRANIL-PM® capsules 100mg 100's | 12* | 0028-0040-01 | ● | $188.79 | ● | $157.32 |
| TOFRANIL-PM® capsules 125mg 30's | 12* | 0028-0045-26 | ● | $71.93 | ● | $59.94 |
| TOFRANIL-PM® capsules 125mg 100's | 12* | 0028-0045-01 | ● | $235.41 | ● | $196.18 |
| TOFRANIL-PM® capsules 150mg 30's | 12* | 0028-0022-26 | ● | $82.22 | ● | $68.52 |
| TOFRANIL-PM® capsules 150mg 100's | 12* | 0028-0022-01 | ● | $268.29 | ● | $223.57 |
| TRANSDERM-NITRO® 0.1mg/hr. 30's | 1 | 57267-902-26 | | $50.15 | | $41.79 |
| TRANSDERM-NITRO® 0.2mg/hr. 30's | 1 | 57267-905-26 | | $51.34 | | $42.78 |
| TRANSDERM-NITRO® 0.4mg/hr. 30's | 1 | 0078-0334-85 | | $58.66 | | $48.89 |
| TRANSDERM-NITRO® 0.6mg/hr. 30's | 1 | 57267-915-26 | | $64.66 | | $53.88 |
| TRILEPTAL® tablets 150mg 100's | 12 | 0078-0336-05 | | $89.12 | | $74.27 |
| TRILEPTAL® tablets 300mg 100's | 12 | 0078-0337-05 | | $162.76 | | $135.63 |
| TRILEPTAL® tablets 600mg 100's | 12 | 0078-0338-05 | | $299.15 | | $249.29 |
| TRILEPTAL®† tablets 150mg 100's | | 0078-0336-06 | | $93.58 | | $77.98 |
| TRILEPTAL®† tablets 300mg 100's † | | 0078-0337-06 | | $170.90 | | $142.41 |
| TRILEPTAL®† tablets 600mg 100's † | | 0078-0338-06 | | $314.11 | | $261.75 |
| VISKEN® tablets 10mg 100's | 12* | 0078-0073-05 | ● | $143.85 | ● | $119.88 |
| VISKEN® tablets 5mg 100's | 12* | 0078-0111-05 | ● | $108.62 | ● | $90.52 |
| VIVELLE® 0.0375mg/day (6 x 8) | 1 | 0083-2325-62 | | $154.09 | | $128.41 |
| VIVELLE® 0.05 mg/day (6 x 8) | 1 | 0083-2326-62 | | $156.96 | | $130.80 |
| VIVELLE® 0.075 mg/day (6 x 8) | 1 | 0083-2327-62 | | $160.32 | | $133.60 |
| VIVELLE® 0.1mg/day (6 x 8) | 1 | 0083-2328-62 | | $163.69 | | $136.40 |
| VIVELLE-DOT™ 0.0375mg/day (3x8) unit packer | 1 | 0078-0343-45 | | $77.04 | | $64.20 |
| VIVELLE-DOT™ 0.05mg/day (3x8) unit packer | 1 | 0078-0344-45 | | $78.48 | | $65.40 |

● **PRODUCTS <u>AFFECTED</u> BY JULY 5, 2000 PRICE INCREASE.**
\* Sold only in shelf cartons

Page 8 of 9

Confidential    NPC0043505

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*Pricing shown effective July 5, 2000 at 5:00 PM eastern time, and is subject to change without notice.*

| Product & Description | Unit Packages Per Shelf Carton | NDC Number | AWP | Cost Price To Wholesaler |
|---|---|---|---|---|
| VIVELLE-DOT™ 0.075mg/day (3x8) unit packer | 1 | 0078-0345-45 | $80.16 | $66.80 |
| VIVELLE-DOT™ 0.01mg/day (3x8) unit packer | 1 | 0078-0346-45 | $81.84 | $68.20 |
| VOLTAREN® tablets 25mg 100's | 12* | 0028-0258-01 | $66.18 | $55.15 |
| VOLTAREN® tablets 50mg 100's | 12* | 0028-0262-01 | $128.58 | $107.15 |
| VOLTAREN® tablets 75mg 100's | 12* | 0028-0264-01 | $155.71 | $129.76 |
| VOLTAREN® 75mg 1000's | 1 | 0028-0264-10 | $1,529.98 | $1,274.99 |
| VOLTAREN-XR® tablets 100mg 100's | 12* | 0028-0205-01 | $312.49 | $260.41 |
| VOLTAREN-XR® tablets 100mg 100's (Unit Dose) | 1 | 0028-0205-61 | $314.93 | $262.44 |

LEGEND:
† Unit Dose packages are packages of individually blister-sealed ampuls, capsules or tablets;
  - as 100's: 2 x 5 strips or 1 x 10 strips, 10 blisters per strip; ampuls of 10, 20 or 50, 5 blisters per strip;
  - as 30's: three blister cards of 10 capsules.
†† ControlPak® unit-dose tamper-resistant package of 25 capsules:
  - as continuous rolls of blisters, reverse-numbered.
§§ SigPak® (dispensing unit) packages are unit-of-use packages and containers.
            CII - Schedule II Controlled Substance - DEA 222 Form Required
            CIII - Schedule III Controlled Substance            CIV - Schedule IV Controlled Substance

Novartis Pharmaceuticals Corporation
Distribution & Customer Service Department
East Hanover, New Jersey 07936-1080
1-800-526-0175

● **PRODUCTS <u>AFFECTED</u> BY JULY 5, 2000 PRICE INCREASE.**
* Sold only in shelf cartons

Page 9 of 9

Confidential                                         NPC0043506