# EXHIBIT 13



**Novartis Pharmaceuticals Corporation**
59 Route 10
East Hanover, NJ 07936-1080

Tel 973 781 8300

May 21, 2001

To:   Third Party Journal

## NOTICE OF PRICE ADJUSTMENT

Effective May 21, 2001 at 5:00 p.m. <u>eastern time</u>, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are as follows:

| NDC | Product Description | Wholesaler Price | AWP Price |
|---|---|---|---|
| 0083-2601-04 | AREDIA® vials 30/470mg 4's | $932.87 | $1,119.44 |
| 0083-2609-01 | AREDIA® vials 90/375mg 1 | $699.66 | $839.60 |
| 0078-0180-03 | SANDOSTATIN® ampuls 50mcg 20's | $129.47 | $155.37 |
| 0078-0181-03 | SANDOSTATIN® ampuls 100mcg 20's | $251.13 | $301.35 |
| 0078-0182-03 | SANDOSTATIN® ampuls 500mcg 20's | $1,211.24 | $1,453.49 |
| 0078-0183-25 | SANDOSTATIN® multi-dose vials 200mcg/mL, 5mL | $129.45 | $155.34 |
| 0078-0184-25 | SANDOSTATIN® multi-dose vials 1000mcg/mL, 5mL | $636.95 | $764.34 |
| 0078-0341-84 | SANDOSTATIN LAR® Depot 20mg | $1,324.45 | $1,655.56 |
| 0078-0342-84 | SANDOSTATIN LAR® Depot 30mg | $1,859.43 | $2,324.99 |
| 0078-0331-84 | SIMULECT® 20mg / Vial | $1,261.21 | $1,513.45 |

As used in this letter, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the above information to update your system. Should you have any questions, please contact Nancy Russo at 973-781-7915.

Sincerely,

*Michael Conley*

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MC:nr
69d01

Confidential                                                                NPC0043532