# EXHIBIT 14

Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8300

# ᏊNOVARTIS

June 7, 2001

To:   Third Party Journal

## NOTICE OF PRICE ADJUSTMENT

Effective June 7, 2001 at 5:00 p.m. eastern time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are as follows:

| NDC | Product Description | Wholesaler Price | AWP Price |
|---|---|---|---|
| 0078-0033-02 | CAFERGOT® suppositories 12's | $61.32 | $73.59 |
| 0078-0349-05 | CAFERGOT® tablets 100's | $79.23 | $99.04 |
| 0028-0108-01 | LAMPRENE® capsules 50mg 100's | $15.69 | $18.82 |
| 0078-0053-03 | METHERGINE® ampuls 1mL (0.2mg) 20's | $68.02 | $81.62 |
| 0078-0054-05 | METHERGINE® tablets .2mg 100's | $61.65 | $73.98 |
| 0028-0258-01 | VOLTAREN® tablets 25mg 100's | $63.62 | $76.34 |
| 0028-0262-01 | VOLTAREN® tablets 50mg 100's | $123.59 | $148.31 |
| 0028-0264-01 | VOLTAREN® tablets 75mg 100's | $149.67 | $179.61 |
| 0028-0205-01 | VOLTAREN-XR® tablets 100mg 100's | $300.36 | $360.44 |
| 0028-0205-61 | VOLTAREN-XR® tablets 100mg 100's (Unit Dose) | $302.71 | $363.26 |

As used in this letter, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the above information to update your system. Should you have any questions, please contact Diane Staub at 973-781-7726.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MC:ds
76d01

Confidential
NPC0043485