# EXHIBIT 15

Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8300

 NOVARTIS

July 5, 2001

To: Third Party Journal

## NOTICE OF PRICE ADJUSTMENT

Effective July 5, 2001 at 5:00 p.m. eastern time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are as follows:

| NDC | Product Description | Wholesaler Price | AWP Price |
|---|---|---|---|
| 0078-0323-44 | EXELON° capsules 1.5mg 60's | $111.78 | $134.14 |
| 0078-0323-06 | EXELON° capsules 1.5mg 100's (Unit Dose) | $186.30 | $223.57 |
| 0078-0324-44 | EXELON° capsules 3.0mg 60's | $111.78 | $134.14 |
| 0078-0324-06 | EXELON° capsules 3.0mg 100's (Unit Dose) | $186.30 | $223.57 |
| 0078-0325-44 | EXELON° capsules 4.5mg 60's | $111.78 | $134.14 |
| 0078-0325-06 | EXELON° capsules 4.5mg 100's (Unit Dose) | $186.30 | $223.57 |
| 0078-0326-44 | EXELON° capsules 6.0mg 60's | $111.78 | $134.14 |
| 0078-0326-06 | EXELON° capsules 6.0mg 100's (Unit Dose) | $186.30 | $223.57 |
| 0078-0339-31 | EXELON° Oral Solution 2mg/mL | $205.80 | $246.96 |
| 0083-0007-30 | RITALIN° hydrochloride CII tablets 5mg 100's | $36.23 | $43.47 |
| 0083-0003-30 | RITALIN° hydrochloride CII tablets 10mg 100's | $51.65 | $61.98 |
| 0083-0034-30 | RITALIN° hydrochloride CII tablets 20mg 100's | $74.27 | $89.13 |
| 0083-0016-30 | RITALIN-SR° CII sustained-release tablets 20mg 100's | $115.35 | $138.42 |

As used in this letter, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the above information to update your system. Should you have any questions, please contact Diane Staub at 973-781-7726.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MC:nr
111d01