# EXHIBIT 17



**Novartis Pharmaceuticals Corporation**
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8300

January 17, 2002

To:  Third Party Journals

## NOTICE OF PRICE ADJUSTMENT

Effective January 17, 2002, at 5:00 p.m. eastern time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are attached.

*As used in this letter, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the above information to update your system.  Should you have any questions, please contact Diane Staub at 973-781-7726.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
12d02

Confidential
NPC0043479

| NOVARTIS PRODUCTS INCREASED | | | |
|---|---|---|---|
| NDC # | | AWP Price | Wholesaler Price |
| 0078-0349-05 | CAFERGOT® tablets 100's | 106.86 | 85.49 |
| 0078-0033-02 | CAFERGOT® suppositories 12's | 79.40 | 66.17 |
| 0028-0151-01 | CATAFLAM® tablets 50mg 100's | 221.16 | 184.30 |
| 0078-0126-05 | CLOZARIL® tablets 25mg 100's | 146.77 | 122.31 |
| 0078-0126-06 | CLOZARIL® tablets 25mg 100's (Unit Dose) | 146.77 | 122.31 |
| 0078-0127-05 | CLOZARIL® tablets 100mg 100's | 380.27 | 316.89 |
| 0078-0127-06 | CLOZARIL® tablets 100mg 100's (Unit Dose) | 380.27 | 316.89 |
| 0078-0377-45 | COMBIPATCH® 0.05/0.14mg/day 3 x 8 | 104.33 | 86.94 |
| 0078-0378-45 | COMBIPATCH® 0.05/0.25mg/day 3 X 8 | 106.94 | 89.02 |
| 0078-0179-05 | LAMISIL® oral tablets, equivalent to 250mg base, 100's | 868.16 | 723.47 |
| 0078-0179-15 | LAMISIL® oral tablets, equivalent to 250mg base, 30's | 260.51 | 217.10 |
| 0078-0328-82 | LAMISIL® 30mL/1% Solution | 78.15 | 65.12 |
| 0078-0180-03 | SANDOSTATIN® ampuls 50mcg 20's | 170.75 | 142.29 |
| 0078-0181-03 | SANDOSTATIN® ampuls 100mcg 20's | 331.19 | 275.99 |
| 0078-0182-03 | SANDOSTATIN® ampuls 500mcg 20's | 1,597.38 | 1,331.15 |
| 0078-0183-25 | SANDOSTATIN® multi-dose vials 200mcg/mL, 5mL | 170.72 | 142.26 |
| 0078-0184-25 | SANDOSTATIN® multi-dose vials 1000mcg/mL, 5mL | 840.01 | 700.01 |
| 0078-0340-84 | SANDOSTATIN LAR® Depot 10mg | 1,535.22 | 1,228.18 |
| 0078-0341-84 | SANDOSTATIN LAR® Depot 20mg | 1,763.17 | 1,410.54 |
| 0078-0342-84 | SANDOSTATIN LAR® Depot 30mg | 2,415.66 | 1,931.95 |
| 0078-0351-05 | STARLIX® tablets 60mg 100's | 96.10 | 80.08 |
| 0078-0352-05 | STARLIX® tablets 120mg 100's | 99.84 | 83.20 |
| 0078-0336-05 | TRILEPTAL® tablets 150mg 100's | 96.21 | 80.18 |
| 0078-0337-05 | TRILEPTAL® tablets 300mg 100's | 175.70 | 146.42 |
| 0078-0338-05 | TRILEPTAL® tablets 600mg 100's | 322.94 | 269.11 |
| 0078-0336-06 | TRILEPTAL® tablets 150mg 100's (Unit Dose) | 101.02 | 84.18 |
| 0078-0337-06 | TRILEPTAL® tablets 300mg 100's (Unit Dose) | 184.49 | 153.73 |
| 0078-0338-06 | TRILEPTAL® tablets 600mg 100's (Unit Dose) | 339.09 | 282.56 |

Confidential                                                                                                   NPC0043480