# EXHIBIT 21

# ⑂ NOVARTIS

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080

Tel  973 781 8300

May 9, 2002

To: Third Party Journal

## NOTICE OF PRICE ADJUSTMENT

Effective May 9, 2002, at 5:00 P. M. Eastern Standard Time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are attached.

As used in the attached Price List, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the above information to update your records.

If you have any questions, please contact Diane Staub at 1-(973) 781-7726.

Thank you for your continued support of Novartis Pharmaceuticals.

Sincerely,

*[signature]*

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
108d02

Confidential
NPC0043472

## NOVARTIS PHARMACEUTICALS CORPORATION
## NOTICE OF PRICE ADJUSTMENT
### Prices Effective 5 P. M. EST
### May 9, 2002

| NDC Number | Product & Description | AWP | Cost Price to Wholesaler |
|---|---|---|---|
| 0083-2310-62 | ESTRADERM® system 0.05mg (6 x 8) | $ 184.00 | $ 153.33 |
| 0083-2310-08 | ESTRADERM® system 0.05mg Inner Carton 8 | $ 30.64 | $ 25.52 |
| 0083-2310-01 | ESTRADERM® system 0.05mg Patch | $ 3.83 | $ 3.19 |
| 0083-2320-62 | ESTRADERM® system 0.1mg (6 x 8) | $ 197.22 | $ 164.35 |
| 0083-2320-08 | ESTRADERM® system 0.1mg Inner Carton 8 | $ 32.88 | $ 27.36 |
| 0083-2320-01 | ESTRADERM® system 0.1mg Patch | $ 4.11 | $ 3.42 |
| 0078-0084-05 | FIORICET® tablets 100's | $ 80.09 | $ 66.74 |
| 0078-0084-08 | FIORICET® tablets 500's | $ 382.48 | $ 318.73 |
| 0078-0243-05 | FIORICET® w/Cod. CIII capsules 30mg 100's | $ 167.86 | $ 139.88 |
| 0078-0103-05 | FIORINAL® CIII capsules 100's | $ 80.09 | $ 66.74 |
| 0078-0103-08 | FIORINAL® CIII capsules 500's | $ 382.48 | $ 318.73 |
| 0078-0107-05 | FIORINAL® w/Cod. CIII 30mg capsules 100's | $ 167.86 | $ 139.88 |
| 0078-0354-15 | LESCOL® XL tablets 80mg 30's | $ 62.26 | $ 51.88 |
| 0078-0354-05 | LESCOL® XL tablets 80mg 100's | $ 207.52 | $ 172.94 |
| 0028-0051-01 | LOPRESSOR® tablets 50mg 100's | $ 85.19 | $ 70.99 |
| 0028-0051-10 | LOPRESSOR® tablets 50mg 1000's | $ 842.51 | $ 702.09 |
| 0028-0071-01 | LOPRESSOR® tablets 100mg 100's | $ 127.92 | $ 106.60 |
| 0028-0071-10 | LOPRESSOR® tablets 100mg 1000's | $ 1,266.08 | $ 1,055.06 |
| 0028-0071-61 | LOPRESSOR® tablets 100mg 100's (Unit Dose) | $ 134.25 | $ 111.88 |
| 0028-4201-33 | LOPRESSOR® ampuls 5mg/5mL 12's | $ 108.82 | $ 90.69 |
| 0028-0035-01 | LOPRESSOR HCT® tablets 50/25mg 100's | $ 97.69 | $ 81.41 |
| 0028-0053-01 | LOPRESSOR HCT® tablets 100/25mg 100's | $ 152.66 | $ 127.22 |
| 0028-0073-01 | LOPRESSOR HCT® tablets 100/50mg 100's | $ 161.91 | $ 134.92 |
| 0083-0059-90 | LOTENSIN® tablets 5mg 90's (Unit of Use) | $ 88.28 | $ 73.57 |
| 0083-0059-30 | LOTENSIN® tablets 5mg 100's | $ 98.11 | $ 81.76 |
| 0083-0059-32 | LOTENSIN® tablets 5mg 100's (Unit Dose) | $ 98.11 | $ 81.76 |
| 0083-0063-90 | LOTENSIN® tablets 10mg 90's (Unit of Use) | $ 88.28 | $ 73.57 |
| 0083-0063-30 | LOTENSIN® tablets 10mg 100's | $ 98.11 | $ 81.76 |
| 0083-0063-32 | LOTENSIN® tablets 10mg 100's (Unit Dose) | $ 98.11 | $ 81.76 |
| 0083-0079-90 | LOTENSIN® tablets 20mg 90's (Unit of Use) | $ 88.28 | $ 73.57 |
| 0083-0079-30 | LOTENSIN® tablets 20mg 100's | $ 98.11 | $ 81.76 |

Confidential

## NOVARTIS PHARMACEUTICALS CORPORATION
## NOTICE OF PRICE ADJUSTMENT
### Prices Effective 5 P. M. EST
### May 9, 2002

| NDC Number | Product & Description | AWP | Cost Price to Wholesaler |
|---|---|---|---|
| 0083-0079-32 | LOTENSIN® tablets 20mg 100's (Unit Dose) | $ 98.11 | $ 81.76 |
| 0083-0094-90 | LOTENSIN® tablets 40mg 90's (Unit of Use) | $ 88.28 | $ 73.57 |
| 0083-0094-30 | LOTENSIN® tablets 40mg 100's | $ 98.11 | $ 81.76 |
| 0083-0094-32 | LOTENSIN® tablets 40mg 100's (Unit Dose) | $ 98.11 | $ 81.76 |
| 0083-0057-30 | LOTENSIN HCT® tablets 5mg/6.25mg 100's | $ 98.11 | $ 81.76 |
| 0083-0072-30 | LOTENSIN HCT® tablets 10mg/12.5mg 100's | $ 98.11 | $ 81.76 |
| 0083-0074-30 | LOTENSIN HCT® tablets 20mg/12.5mg 100's | $ 98.11 | $ 81.76 |
| 0083-0075-30 | LOTENSIN HCT® tablets 20mg/25mg 100's | $ 98.11 | $ 81.76 |
| 0083-2255-30 | LOTREL® capsules 2.5mg/10mg 100's | $ 194.50 | $ 162.09 |
| 0083-2260-30 | LOTREL® capsules 5mg/10mg 100's | $ 198.36 | $ 165.30 |
| 0083-2265-30 | LOTREL® capsules 5mg/20mg 100's | $ 209.46 | $ 174.55 |
| 0078-0058-05 | SANSERT® tablets 2mg 100's | $ 272.57 | $ 227.14 |

Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, New Jersey 07936-1080
1-800-526-0175

Confidential                                                                                           NPC0043474