# EXHIBIT 22





**Novartis Pharmaceuticals Corporation**
One Health Plaza
East Hanover, NJ 07936-1080

Tel  973 781 8300

May 23, 2002

To:  Third Party Journal

## NOTICE OF PRICE ADJUSTMENT

Effective May 23, 2002, at 5:00 P. M. Eastern Standard Time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are listed below:

| NDC Number | Product Description | AWP Price | Wholesaler Price |
| --- | --- | --- | --- |
| 0083-3801-04 | DESFERAL® vials 500mg 4's | $62.36 | $51.97 |
| 0078-0347-51 | DESFERAL® vials 2 gram 4's | $241.30 | $201.09 |
| 0078-0249-15 | FEMARA® tablets 2.5mg  30's | $215.12 | $179.20 |
| 0078-0180-03 | SANDOSTATIN® ampuls 50mcg 20's | $180.82 | $150.68 |
| 0078-0181-03 | SANDOSTATIN® ampuls 100mcg 20's | $350.73 | $292.27 |
| 0078-0182-03 | SANDOSTATIN® ampuls 500mcg 20's | $1,691.63 | $1,409.69 |
| 0078-0183-25 | SANDOSTATIN® multi-dose vials 200mcg/mL, 5mL | $180.79 | $150.66 |
| 0078-0184-25 | SANDOSTATIN® multi-dose vials 1000mcg/mL, 5mL | $889.57 | $741.31 |

As used in the attached Price List, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the above information to update your records.

If you have any questions, please contact Diane Staub at 1-(973) 781-7726.

Thank you for your continued support of Novartis Pharmaceuticals.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
117d02