# EXHIBIT 25

# NOVARTIS

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080

Tel 973 781 8300

August 21, 2002

To: Third Party Journals

## NOTICE OF PRICE ADJUSTMENT

Effective August 21, 2002, at 5:00 P. M. Eastern Standard Time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are listed below:

| NDC Number | Product Description | AWP* | Wholesaler Price |
|---|---|---|---|
| 0083-0007-30 | RITALIN® hydrochloride CII tablets 5mg 100's | $45.65 | $38.04 |
| 0083-0003-30 | RITALIN® hydrochloride CII tablets 10mg 100's | $65.08 | $54.23 |
| 0083-0034-30 | RITALIN® hydrochloride CII tablets 20mg 100's | $93.58 | $77.99 |
| 0083-0016-30 | RITALIN-SR® CII sustained-release tablets 20mg 100's | $145.35 | $121.12 |
| 0078-0340-84 | SANDOSTATIN LAR® Depot 10mg | $1,625.80 | $1,300.64 |
| 0078-0341-84 | SANDOSTATIN LAR® Depot 20mg | $1,867.20 | $1,493.76 |
| 0078-0342-84 | SANDOSTATIN LAR® Depot 30mg | $2,509.87 | $2,007.29 |
| 0078-0350-84 | ZOMETA® 4mg vial 1 | $915.47 | $762.89 |

*As used in the above Price List, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the above information to update your records.

If you have any questions, please contact Diane Staub at 1-(973) 781-7726.

Thank you for your continued support of Novartis Pharmaceuticals.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
202d02

Confidential                                                                NPC0043467