# EXHIBIT 26



**Novartis Pharmaceuticals Corporation**
One Health Plaza
East Hanover, NJ 07936-1080

Tel   973 781 8300

January 6, 2003

To:  Third Party Journals

## NOTICE OF PRICE ADJUSTMENT

Effective January 6, 2003, at 5:00 P. M. Eastern Standard Time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are attached.

*As used in the attached Price List, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the attached information to update your records.

If you have any questions, please contact Diane Staub at 1-(862) 778-7726.

Thank you for your continued support of Novartis Pharmaceuticals.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
04D03

# NOVARTIS PHARMACEUTICALS CORPORATION
## NOTICE OF PRICE ADJUSTMENT
### PRICES EFFECTIVE 5 P. M. EST
### JANUARY 6, 2003

| NDC Number | Product Description | AWP* Price | Wholesaler Price |
|---|---|---|---|
| 0078-0349-05 | CAFERGOT® tablets 100's | $115.30 | $92.24 |
| 0028-0151-01 | CATAFLAM® tablets 50mg 100's | $238.64 | $198.86 |
| 0078-0126-05 | CLOZARIL® tablets 25mg 100's | $154.11 | $128.43 |
| 0078-0126-06 | CLOZARIL® tablets 25mg 100's (Unit Dose) | $154.11 | $128.43 |
| 0078-0127-05 | CLOZARIL® tablets 100mg 100's | $399.29 | $332.74 |
| 0078-0127-06 | CLOZARIL® tablets 100mg 100's (Unit Dose) | $399.29 | $332.74 |
| 0078-0377-45 | COMBIPATCH® 0.05/0.14mg/day 3 x 8 | $111.63 | $93.03 |
| 0078-0377-42 | COMBIPATCH® 0.05/0.14mg/day Inner Carton (8) | $37.21 | $31.01 |
| 0078-0377-62 | COMBIPATCH® 0.05/0.14mg/day Patch (1) | $4.65 | $3.88 |
| 0078-0378-45 | COMBIPATCH® 0.05/0.25mg/day 3 X 8 | $114.43 | $95.25 |
| 0078-0378-42 | COMBIPATCH® 0.05/0.25mg/day Inner Carton (8) | $38.14 | $31.75 |
| 0078-0378-62 | COMBIPATCH® 0.05/0.25mg/day Patch (1) | $4.77 | $3.97 |
| 0078-0327-05 | COMTAN® tablets 200mg 100's | $183.28 | $152.73 |
| 0083-3801-04 | DESFERAL® vials 500mg 4's | $65.79 | $54.83 |
| 0078-0347-51 | DESFERAL® vials 2 gram 4's | $255.78 | $213.16 |
| 0078-0375-40 | ELIDEL® 15 gram tube | $26.27 | $21.89 |
| 0078-0375-46 | ELIDEL® 30 gram tube | $51.80 | $43.16 |
| 0078-0375-63 | ELIDEL® 100 gram tube | $163.50 | $136.25 |
| 0083-2310-62 | ESTRADERM® system 0.05mg (6 x 8) | $196.69 | $163.91 |
| 0083-2310-08 | ESTRADERM® system 0.05mg Inner Carton (8) | $32.78 | $27.32 |
| 0083-2310-01 | ESTRADERM® system 0.05mg Patch | $4.10 | $3.41 |
| 0083-2320-62 | ESTRADERM® system 0.1mg (6 x 8) | $210.83 | $175.69 |
| 0083-2320-08 | ESTRADERM® system 0.1mg Inner Carton (8) | $35.14 | $29.28 |
| 0083-2320-01 | ESTRADERM® system 0.1mg Patch | $4.39 | $3.66 |
| 0078-0323-44 | EXELON® capsules 1.5mg 60's | $147.59 | $122.99 |
| 0078-0323-06 | EXELON® capsules 1.5mg 100's (Unit Dose) | $246.00 | $204.99 |
| 0078-0324-44 | EXELON® capsules 3.0mg 60's | $147.59 | $122.99 |
| 0078-0324-06 | EXELON® capsules 3.0mg 100's (Unit Dose) | $246.00 | $204.99 |
| 0078-0325-44 | EXELON® capsules 4.5mg 60's | $147.59 | $122.99 |

Confidential                                                                                   NPC0043463

## NOVARTIS PHARMACEUTICALS CORPORATION
## NOTICE OF PRICE ADJUSTMENT
## PRICES EFFECTIVE 5 P. M. EST
## JANUARY 6, 2003

| NDC Number | Product Description | AWP* Price | Wholesaler Price |
|---|---|---|---|
| 0078-0325-06 | EXELON® capsules 4.5mg 100's (Unit Dose) | $246.00 | $204.99 |
| 0078-0326-44 | EXELON® capsules 6.0mg 60's | $147.59 | $122.99 |
| 0078-0326-06 | EXELON® capsules 6.0mg 100's (Unit Dose) | $246.00 | $204.99 |
| 0078-0339-31 | EXELON® Oral Solution 2mg/mL | $271.73 | $226.44 |
| 0078-0366-15 | FAMVIR® tablets 125mg 30's | $103.43 | $82.74 |
| 0078-0367-15 | FAMVIR® tablets 250mg 30's | $112.46 | $89.96 |
| 0078-0368-15 | FAMVIR® tablets 500mg 30's | $236.79 | $189.43 |
| 0078-0368-64 | FAMVIR® tablets 500mg 50's SUP's (single unit packages) | $436.35 | $349.08 |
| 0078-0249-15 | FEMARA® tablets 2.5mg 30's | $223.73 | $186.37 |
| 0078-0380-05 | FOCALIN® 2.5mg, 100's | $46.03 | $38.37 |
| 0078-0381-05 | FOCALIN® 5.0MG, 100's | $65.64 | $54.70 |
| 0078-0382-05 | FOCALIN® 10.0MG, 100's | $94.39 | $78.65 |
| 0078-0179-05 | LAMISIL® oral tablets, equivalent to 250mg base, 100's | $911.57 | $759.64 |
| 0078-0179-15 | LAMISIL® oral tablets, equivalent to 250mg base, 30's | $273.54 | $227.95 |
| 0028-0051-01 | LOPRESSOR® tablets 50mg 100's | $91.07 | $75.89 |
| 0028-0051-10 | LOPRESSOR® tablets 50mg 1000's | $900.64 | $750.54 |
| 0028-0071-01 | LOPRESSOR® tablets 100mg 100's | $136.74 | $113.95 |
| 0028-0071-10 | LOPRESSOR® tablets 100mg 1000's | $1,353.44 | $1,127.86 |
| 0028-4201-33 | LOPRESSOR® ampuls 5mg/5mL 12's | $116.33 | $96.94 |
| 0028-0035-01 | LOPRESSOR HCT® tablets 50/25mg 100's | $104.43 | $87.03 |
| 0028-0053-01 | LOPRESSOR HCT® tablets 100/25mg 100's | $163.20 | $136.00 |
| 0028-0073-01 | LOPRESSOR HCT® tablets 100/50mg 100's | $173.08 | $144.23 |
| 0083-0059-90 | LOTENSIN® tablets 5mg 90's (Unit of Use) | $94.37 | $78.65 |
| 0083-0059-30 | LOTENSIN® tablets 5mg 100's | $104.88 | $87.40 |
| 0083-0059-32 | LOTENSIN® tablets 5mg 100's (Unit Dose) | $104.88 | $87.40 |
| 0083-0063-90 | LOTENSIN® tablets 10mg 90's (Unit of Use) | $94.37 | $78.65 |
| 0083-0063-30 | LOTENSIN® tablets 10mg 100's | $104.88 | $87.40 |
| 0083-0063-32 | LOTENSIN® tablets 10mg 100's (Unit Dose) | $104.88 | $87.40 |
| 0083-0079-90 | LOTENSIN® tablets 20mg 90's (Unit of Use) | $94.37 | $78.65 |

Confidential     NPC0043464

**NOVARTIS PHARMACEUTICALS CORPORATION**
**NOTICE OF PRICE ADJUSTMENT**
**PRICES EFFECTIVE 5 P. M. EST**
**JANUARY 6, 2003**

| NDC Number | Product Description | AWP* Price | Wholesaler Price |
|---|---|---|---|
| 0083-0079-30 | LOTENSIN® tablets 20mg 100's | $104.88 | $87.40 |
| 0083-0079-32 | LOTENSIN® tablets 20mg 100's (Unit Dose) | $104.88 | $87.40 |
| 0083-0094-90 | LOTENSIN® tablets 40mg 90's (Unit of Use) | $94.37 | $78.65 |
| 0083-0094-30 | LOTENSIN® tablets 40mg 100's | $104.88 | $87.40 |
| 0083-0094-32 | LOTENSIN® tablets 40mg 100's (Unit Dose) | $104.88 | $87.40 |
| 0083-0057-30 | LOTENSIN HCT® tablets 5mg/6.25mg 100's | $104.88 | $87.40 |
| 0083-0072-30 | LOTENSIN HCT® tablets 10mg/12.5mg 100's | $104.88 | $87.40 |
| 0083-0074-30 | LOTENSIN HCT® tablets 20mg/12.5mg 100's | $104.88 | $87.40 |
| 0083-0075-30 | LOTENSIN HCT® tablets 20mg/25mg 100's | $104.88 | $87.40 |
| 0083-2255-30 | LOTREL® capsules 2.5mg/10mg 100's | $204.23 | $170.19 |
| 0083-2260-30 | LOTREL® capsules 5mg/10mg 100's | $208.28 | $173.57 |
| 0083-2265-30 | LOTREL® capsules 5mg/20mg 100's | $219.94 | $183.28 |
| 0078-0364-05 | LOTREL® capsules 10mg/20mg 100's | $255.73 | $212.93 |
| 0078-0053-03 | METHERGINE® ampuls 1mL (0.2mg) 20's Unit Dose | $86.44 | $72.03 |
| 0078-0054-05 | METHERGINE® tablets 0.2mg 100's | $78.35 | $65.29 |
| 0078-0311-90 | MIACALCIN® nasal spray (2) 2mL | $75.04 | $62.53 |
| 0078-0017-05 | PARLODEL Snaptabs® 2.5mg 100's | $280.24 | $233.53 |
| 0078-0017-15 | PARLODEL Snaptabs® 2.5mg 30's | $84.30 | $70.25 |
| 0078-0102-05 | PARLODEL® capsules 5mg 100's | $427.65 | $356.37 |
| 0078-0102-15 | PARLODEL® capsules 5mg 30's | $135.42 | $112.85 |
| 0083-0007-30 | RITALIN® hydrochloride CII tablets 5mg 100's | $48.34 | $40.28 |
| 0083-0003-30 | RITALIN® hydrochloride CII tablets 10mg 100's | $68.92 | $57.43 |
| 0083-0034-30 | RITALIN® hydrochloride CII tablets 20mg 100's | $99.10 | $82.59 |
| 0078-0370-05 | RITALIN LA® (methylphenidate HCI) CII, 20mg 100's | $223.66 | $186.38 |
| 0078-0371-05 | RITALIN LA® (methylphenidate HCI) CII, 30mg 100's | $228.74 | $190.62 |
| 0078-0372-05 | RITALIN LA® (methylphenidate HCI) CII, 40mg 100's | $235.10 | $195.92 |
| 0083-0016-30 | RITALIN-SR® CII sustained-release tablets 20mg 100's | $153.92 | $128.27 |
| 0078-0351-05 | STARLIX® tablets 60mg 100's | $104.74 | $87.29 |
| 0078-0352-05 | STARLIX® tablets 120mg 100's | $108.83 | $90.69 |

Confidential                                                                    NPC0043465

## NOVARTIS PHARMACEUTICALS CORPORATION
## NOTICE OF PRICE ADJUSTMENT
## PRICES EFFECTIVE 5 P. M. EST
## JANUARY 6, 2003

| NDC Number | Product Description | AWP* Price | Wholesaler Price |
|---|---|---|---|
| 0083-0027-30 | TEGRETOL® tablets 200mg 100's | $57.47 | $47.89 |
| 0083-0027-40 | TEGRETOL® tablets 200mg 1000's | $568.00 | $473.33 |
| 0083-0027-32 | TEGRETOL® tablets 200mg 100's (Unit Dose) | $61.45 | $51.21 |
| 0083-0052-30 | TEGRETOL® chewable tablets 100mg 100's | $30.16 | $25.14 |
| 0083-0052-32 | TEGRETOL® chewable tablets 100mg 100's (Unit Dose) | $33.89 | $28.24 |
| 0083-0019-76 | TEGRETOL® suspension 100mg/5mL 450mL | $37.01 | $30.84 |
| 0083-0061-30 | TEGRETOL-XR® tablets 100mg 100's | $28.78 | $23.98 |
| 0083-0062-30 | TEGRETOL-XR® tablets 200mg 100's | $57.47 | $47.89 |
| 0083-0060-30 | TEGRETOL-XR® tablets 400mg 100's | $114.85 | $95.71 |
| 0078-0336-05 | TRILEPTAL® tablets 150mg 100's | $101.88 | $84.91 |
| 0078-0337-05 | TRILEPTAL® tablets 300mg 100's | $186.07 | $155.05 |
| 0078-0338-05 | TRILEPTAL® tablets 600mg 100's | $341.99 | $284.99 |
| 0078-0336-06 | TRILEPTAL® tablets 150mg 100's (Unit Dose) | $106.98 | $89.15 |
| 0078-0337-06 | TRILEPTAL® tablets 300mg 100's (Unit Dose) | $195.38 | $162.80 |
| 0078-0338-06 | TRILEPTAL® tablets 600mg 100's (Unit Dose) | $359.09 | $299.24 |
| 0078-0357-52 | TRILEPTAL® Oral Suspension 250ML | $94.19 | $78.49 |
| 0028-0258-01 | VOLTAREN® tablets 25mg 100's | $88.88 | $74.06 |
| 0028-0262-01 | VOLTAREN® tablets 50mg 100's | $172.67 | $143.89 |
| 0028-0264-01 | VOLTAREN® tablets 75mg 100's | $209.10 | $174.25 |
| 0028-0205-01 | VOLTAREN-XR® tablets 100mg 100's | $419.64 | $349.70 |

Confidential                                                                                              NPC0043466