# EXHIBIT 28

**Novartis Pharmaceuticals Corporation**
One Health Plaza
East Hanover, NJ 07936-1080

Tel   973 781 8300

 NOVARTIS

March 5, 2003

To:  Third Party Journals

## NOTICE OF PRICE ADJUSTMENT

Effective March 5, 2003, at 5:00 P. M. <u>Eastern Standard Time</u>, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments.  The revised prices are listed below:

| NDC Number | Product Description | AWP* Price | Wholesaler Price |
|---|---|---|---|
| 0083-0024-30 | CYTADREN® tablets 250mg 100's | $161.45 | $134.54 |
| 0078-0314-05 | DIOVAN HCT® tablets 80/12.5mg 100's | $178.83 | $143.06 |
| 0078-0314-06 | DIOVAN HCT® tablets 80/12.5mg 100's (Unit Dose) | $178.83 | $143.06 |
| 0078-0315-05 | DIOVAN HCT® tablets 160/12.5mg 100's | $194.58 | $155.66 |
| 0078-0315-06 | DIOVAN HCT® tablets 160/12.5mg 100's (Unit Dose) | $194.58 | $155.66 |
| 0078-0383-05 | DIOVAN HCT® tablets 160/25mg 100's | $220.65 | $176.52 |
| 0078-0383-06 | DIOVAN HCT® tablets 160/25mg 100's (Unit Dose) | $220.65 | $176.52 |

*As used in the attached Price List, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers.  Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the attached information to update your records.

If you have any questions, please contact Diane Staub at 1-(862) 778-7726.

Thank you for your continued support of Novartis Pharmaceuticals.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
58D03

NPC0043460