# EXHIBIT 29

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, NJ 07936-1080

Tel  973 781 8300



March 13, 2003

To:  Third Party Journals

## NOTICE OF PRICE ADJUSTMENT

Effective March 13, 2003, at 5:00 P. M. Eastern Standard Time, certain products in the Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are listed below:

| NDC Number | Product Description | AWP* Price | Wholesaler Price |
|---|---|---|---|
| 0078-0348-42 | VIVELLE® 0.025mg/day (1 x 8) | $33.23 | $27.70 |
| 0083-2325-08 | VIVELLE® 0.0375mg/day (1 x 8) | $33.50 | $27.91 |
| 0083-2325-01 | VIVELLE® 0.0375mg/day Patch | $4.19 | $3.49 |
| 0083-2326-08 | VIVELLE® 0.05 mg/day (1 x 8) | $34.12 | $28.44 |
| 0083-2326-01 | VIVELLE® 0.05 mg/day Patch | $4.27 | $3.56 |
| 0083-2327-08 | VIVELLE® 0.075 mg/day (1 x 8) | $34.85 | $29.04 |
| 0083-2327-01 | VIVELLE® 0.075 mg/day Patch | $4.36 | $3.63 |
| 0083-2328-08 | VIVELLE® 0.1mg/day (1 x 8) | $35.58 | $29.65 |
| 0083-2328-01 | VIVELLE® 0.1mg/day Patch | $4.45 | $3.71 |
| 0078-0365-45 | VIVELLE-DOT® 0.025mg/day (3 x 8) unit packer | $99.68 | $83.07 |
| 0078-0365-42 | VIVELLE-DOT® 0.025mg/day (1 x 8) | $33.23 | $27.69 |
| 0078-0343-45 | VIVELLE-DOT® 0.0375mg/day (3 x 8) unit packer | $100.48 | $83.73 |
| 0078-0343-42 | VIVELLE-DOT® 0.0375mg/day (1 x 8) | $33.49 | $27.91 |
| 0078-0343-62 | VIVELLE-DOT® 0.0375mg/day Patch | $4.19 | $3.49 |
| 0078-0344-45 | VIVELLE-DOT® 0.05mg/day (3 x 8) unit packer | $102.36 | $85.30 |
| 0078-0344-42 | VIVELLE-DOT® 0.05mg/day (1 x 8) | $34.12 | $28.43 |
| 0078-0344-62 | VIVELLE-DOT® 0.05mg/day Patch | $4.27 | $3.55 |
| 0078-0345-45 | VIVELLE-DOT® 0.075mg/day (3 x 8) unit packer | $104.55 | $87.12 |
| 0078-0345-42 | VIVELLE-DOT® 0.075mg/day (1 x 8) | $34.85 | $29.04 |
| 0078-0345-62 | VIVELLE-DOT® 0.075mg/day Patch | $4.36 | $3.63 |
| 0078-0346-45 | VIVELLE-DOT® 0.01mg/day (3 x 8) unit packer | $106.74 | $88.95 |
| 0078-0346-42 | VIVELLE-DOT® 0.01mg/day (1 x 8) | $35.58 | $29.65 |
| 0078-0346-62 | VIVELLE-DOT® 0.01mg/day Patch | $4.45 | $3.71 |

Confidential                                                                                                         NPC0043458

ATT: THIRD PARTY JOURNALS
March 13, 2003
Page 2

*As used in the attached Price List, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please use the attached information to update your records.

If you have any questions, please contact Diane Staub at 1-(862) 778-7726.

Thank you for your continued support of Novartis Pharmaceuticals.

Sincerely,

*[signature]*

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
67D03

Confidential                                                                                      NPC0043459