UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.*,<br>    Cause No. CV-02-09-H-DWM (D. Mont.) | |

**DECLARATION OF JENIPHR BRECKENRIDGE IN SUPPORT OF
THE STATE OF MONTANA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
<u>AGAINST CERTAIN DEFENDANTS</u>**

I, Jeniphr Breckenridge, declare:

1. I am a partner in the law firm of Hagens Berman Sobol Shapiro LLP and I am one of the lawyers representing the State of Montana.  I make this declaration in support of the State of Montana's Motion for Partial Summary Judgment Against Certain Defendants.

2. Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| 1 | Deposition of Dorothy Poulsen dated February 22, 2006 (excerpts only). |
| 2 | Trial Transcript Day 5, November 14, 2006 (Buckanavage; Marre) (excerpts only). |
| 3 | Medicare Review document (AZ0419345-348). |
| 4 | Trial Transcript Day 4, November 13, 2006 (Kaszuba) (excerpts only). |
| 5 | Direct Testimony of Raymond S. Hartman dated November 1, 2006 (excerpts only). |
| 6 | Deposition of Carol Webb dated August 12, 2006 (excerpts only). |
| 7 | cA2 Marketing Plan – U.S. Chron's Indication Launch – March 25, 1998 (MDL-CEN00002717-2878). |

| 8 | Deposition of Thomas Hiriak dated July 28, 2004 (excerpts only). |
|---|---|
| 9 | Deposition of Elaine Kling dated August 3, 2005 (excerpts only). |
| 10 | Deposition of Harvey J. Weintraub dated February 12, 2003 (excerpts only). |
| 11 | Email from Debbie Kane dated May 5, 2000 (SPF0241686). |
| 12 | Fujisawa Interoffice Memorandum dated October 5, 1993 from Carol Robery to Mark Wanda re: AWP Outside Distribution List (FJ-MDL 008346-47). |
| 13 | Electronic Document Retention: Reducing Potential Liability for Email by Michael Overly (BBMDL FJ-MDL 015152-59). |
| 14 | Immunex Product Pricing Guide (IAWP112178-81). |
| 15 | Letter to Don Jewler from Mary Lipinsky dated January 12, 1995 (IAWP002632); Letter to Roni Lane from Mary Lipinsky dated January 12, 1995 ( IAWP109826). |
| 16 | Sicor Memorandum dated April 6, 1994 (SICOR 00753-57); Letter dated June 25, 2000 from Barbara Kitayama (SICOR 02259-65); Recap of AWP Prices in Annual Red Books (SICOR 00885-903); Letter dated October 13, 1994 from Debra Cheyne (SICOR 00947-48); Letter dated February 21, 1994 from David Ritchie (SICOR 00955-58); Letter dated May 25, 1995 from Jonathan Hee (SICOR 00962); Letter dated August 24, 1995 from Jonathan Hee (SICOR 00982-83); Letter dated May 25, 1995 from Jonathan Hee (SICOR 00987-88). |
| 17 | Bayer Internal Memorandum dated August 12, 1997 to Brian Shotell from Chris Cheney re: Kogenate AWP Adjustment (BAY005278). |
| 18 | Armour Pharmaceuticals Interoffice Correspondence dated January 1995 from Joe Cannon to J. N. Pugliese re: First DataBank Price Revisions (ABAWP 005005-11). |
| 19 | Armour Pharmaceuticals Fax dated January 9, 1996 sending pricing update to Linda Panke from Joe Cannon (ABAWP 005163-71). |
| 20 | Letter dated February 17, 1998 advising that Cention is raising AWP (ABAWP 008440). |
| 21 | Email Exchange dated October 2003 re: 10/10/03 Recap and Update Information (EDEY-LABS-022217-22). |
| 22 | Email Exchange dated November 2003 re: McKesson MS/One Stop Generics Products Listing (EDEY-LABS-0022187-93). |
| 23 | Pharmacia document titled "Strategic Presentation on Average Wholesale Price (AWP)" (PH 025785-94). |
| 24 | Declaration of Julie-Ann Tracy Submitted as Direct Testimony in Case-In-Chief of AstraZeneca Pharmaceuticals LP in the Trial Of Class 2 and 3 Claims dated November 10, 2006 (excerpts only). |
| 25 | Deposition of Christopher Iacono dated June 9, 2005 (excerpts only). |
| 26 | Deposition of Dianne Ihling dated August 12, 2005 (excerpts only). |

| 27 | Affidavit of Christof Marre Submitted As Direct Testimony in Case-In-Chief of Defendants BMS and OTN in Trial of Classes 2 & 3 Claims dated November 10, 2006 (excerpts only). |
|---|---|
| 28 | Deposition of John Akscin dated August 11, 2005 (excerpts only). |
| 29 | Deposition of Marsha Peterson dated April 13, 2005 (excerpts only). |
| 30 | Deposition of Richard Zahn dated January 15, 2003 (excerpts only). |
| 31 | Deposition of Debra Kane dated June 15, 2004 (excerpts only). |
| 32 | Letter to Hon. Thomas Bliley from Richard Zahn dated August 12, 1999 (RGX 0315084-141) (excerpts only). |
| 33 | Trial Transcript Day 18, December 12, 2006 (Weintraub) (excerpts only). |
| 34 | Defendant Abbott Laboratories' Answer and Defenses to State of Montana's Second Amended Complaint dated July 12, 2004 (excerpts only). |
| 35 | Answer and Defenses of Defendant AstraZeneca Pharmaceuticals LP and Zeneca Inc. to the State of Montana's Second Amended Complaint dated July 12, 2004 (excerpts only). |
| 36 | Aventis Pharmaceuticals Inc.'s Answer to State of Montana's Second Amended Complaint dated July 12, 2004 (excerpts only). |
| 37 | Aventis Behring LLC's Answer to State of Montana's Second Amended Complaint dated July 12, 2004 (excerpts only). |
| 38 | Answers of Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Inc. to State of Montana's Second Amended Complaint dated July 12, 2004 (excerpts only). |
| 39 | Fujisawa Healthcare Inc.'s and Fujisawa USA Inc.'s Answer to State of Montana's Second Amended Complaint dated July 12, 2004 (excerpts only). |
| 40 | Johnson & Johnson, Centocor, Inc., Janssen Pharmaceutica Products L.P., McNeil-PPC, Inc., and Ortho Biotech Products L.P.'s Answer to State of Montana's Second Amended Complaint dated July 12, 2004 (excerpts only). |
| 41 | Answer of Defendants Novartis Pharmaceuticals Corporation to the State of Montana's Second Amended Complaint (excerpts only). |
| 42 | Pfizer Inc.'s Answer to State of Montana's Second Amended Complaint dated July 12, 2004 (excerpts only). |
| 43 | Pharmacia's Answer to State of Montana's Second Amended Complaint dated July 12, 2004 (excerpts only). |
| 44 | Sicor Answer to State of Montana's Second Amended Complaint dated July 19, 2004 (excerpts only). |
| 45 | Document produced by Aventis dated December 8, 1997 titled "Reimbursement Information by State" (AV-AAA-005243-92) |
| 46 | Letter dated October 26, 2000 from Sigrid Chreiner re: 2001 Product Listing Verification (IAWP023473); Sales by Class of Trade for the Period 4/1/96-6/28/96 (IAWP028102); Price Change dated January 12, 1995 from Mary Lipinsky (IAWP016500). |

| 47 | Email to Debbie Bronstein re Ippy Pricing dated May 3, 1999 (EDEY-LABS-0018690), Email to Debbie Bronstein re: Zopenex Reimbursement dated May 12, 1999 (EDEY-LABS-0018688, Notice of Price Change dated December 15, 2003 (EDEY-LABS-0000307-08). |
| --- | --- |
| 48 | Email to Jerry Crank re MCNAM Monthly Reports 4-24-02 dated April 24, 2002 attaching the Monthly Issues Report for 4/24/02 (EDEY-LABS-0010322, 0010326-28) |
| 49 | Calculation of Damages and Penalties for the State of Montana by Dr. Raymond S. Hartman dated June 13, 2006. |
| 50 | State Plan Amendment 2000 (Poulsen Ex. 16). |
| 51 | Testimony – Outpatient Drugs – January 6, 1998 (MT004034-43). |
| 52 | Montana Methods & Standards for Establishing Payment Rates – Attachment 4.19B (MT005760). |
| 53 | Calculation of Damages and Penalties for the State of Montana – Supplementary Declaration of Raymond S. Hartman dated June 19, 2006. |
| 54 | Dey, Inc.'s Answer to the State of Montana's Second Amended Complaint dated July 12, 2004 (excerpts only). |
| 55 | Immunex Corporation's Answer to State of Montana's Second Amended Complaint dated July 12, 2004 (excerpts only). |
| 56 | Schering-Plough Corporation's Answer to the State of Montana's Second Amended Complaint dated July 12, 2004 (excerpts only). |
| 57 | Defendant TAP Pharmaceutical Products Inc.'s Answer and Defenses to State of Montana's Second Amended Complaint dated July 19, 2004 (excerpts only). |
| 58 | Montana Statutes and Montana Admin. Code Sections. |

I swear under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

        /s/ Jeniphr Breckenridge
Jeniphr A.E. Breckenridge (WSBA 21410)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

February 8, 2007 at Seattle, Washington
Date and Place of Execution

## CERTIFICATE OF SERVICE

       I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF JENIPHR BRECKENRIDGE IN SUPPORT OF THE STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DEFENDANTS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 8, 2007 a copy to LexisNexis File & Serve for Posting and notification to all parties.

                                        By        **/s/ Steve W. Berman**
                                              Steve W. Berman
                                              **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                              1301 Fifth Avenue, Suite 2900
                                              Seattle, WA  98101
                                              (206) 623-7292