# Exhibit 7


cA2 Marketing Plan
U.S. Crohn's Indication Launch
March 25, 1998
Plaintiffs' Exhibit
249
01-12257-PBS
EXHIBIT
Holbeck 3
12/3/04

# cA2 Marketing Plan

- Presentation Overview
  - Situation Analysis
  - Payer Analysis
  - Product Overview
  - SWOT Analysis
  - Key Imperatives
  - Key Strategies



HIGHLY CONFIDENTIAL

# cA2 Marketing Plan

- Key Strategies
  - Clinical Positioning Strategy
  - Payer Positioning Strategy
  - Economic Platform Strategy
  - Integrated Services Strategy
    - Product Access Plan
    - Admin Supplies Plan
    - Reimbursement Support Plan
    - Infusion Services Support
  - Contracting Strategy
  - Pricing Strategy
  - Patient Pull Strategy
  - RA Pre Approval Strategy
  - Market Expansion Strategy
  - cA2 Selling Process



HIGHLY CONFIDENTIAL

# cA2 Marketing Plan
## Situation Analysis

# Situation Analysis

- Inflammatory Bowel Disease
- Crohn's Disease
  - Incidence/Prevalence
  - Patient
  - Physician
  - Treatment
- Future Developments
- Summary/Conclusions


Situation Analysis
Inflammatory Bowel Disease (IBD)
Inflammation/Ulceration
Small and Large Intestines
Ulcerative Colitis (UC)
- More Common
- Curative
Crohn's Disease (CD)
- < 50% of IBD
- Lifelong

# Situation Analysis
## Comparative Features in Ulcerative Colitis and Crohn's Disease

| | Ulcerative Colitis | Crohn's Disease |
|---|---|---|
| Site of Disease | Limited to colon | Anywhere in GI tract |
| Affliction | Curable | Lifelong |
| Acute, toxic symptoms | Common in severe disease | Unusual |
| Stools | Bloody, watery with mucus | Mushy, watery, blood unusual |
| Perirectal involvement | Occurs in 10-20% but is usually self-limiting | Deep fissures, abscesses, or fistulas in 50% |
| Sigmoidoscopy | Granular mucosa typical, friable mucosa, small pitting ulcerations | Grandular mucosa, common but could be absent, variable friable mucosa, gross ulcerations |
| Surgical therapy | Total colectomy is curative | Post-operative recurrence is very high |

Source: Medicine, Scientific American, 1995



HIGHLY CONFIDENTIAL

# Situation Analysis
# Diagnosis of Crohn's Disease

- Patient history (weight loss, diarrhea, pain, fever)
- CBC (white blood cells)
- Stool sample
- Endoscopy
- Biopsy
- Radiographic (upper GI, barium enema)

# Situation Analysis
## Delay of Diagnosis

- < 40% of patients present the first year
- Average of 5 years with symptoms before accurate diagnosis
- Average age of diagnosis - 36 years old
- Children average 12-18 months before a diagnostic test is performed



HIGHLY CONFIDENTIAL

# Situation Analysis
## Disease Etiology

The etiology of Crohn's disease is unknown, however the patients tend to have the following characteristics:

- ✓ Gender - females > males
- ✓ Age - Highest incidence between 25-35 years old
- ✓ Race - Jews > Non- Jews > Blacks
- ✓ Geographic - Westernized, northern countries
- ✓ Family - Approximately 20% first degree relative with IBD

Source: J.B. Kilsner, <u>Inflammatory Bowel Disease</u>



HIGHLY CONFIDENTIAL

# Market Overview
## Disease Epidemiology

Total patients afflicted with disease is unclear due to discrepancies in audits and reported incidence/ prevalence figures

- ✓ Patient awareness
- ✓ Physician training
- ✓ Diagnosis difficulty
- ✓ Incomplete study population
- ✓ Study densities

Result: Report patients between 250,000 - 800,000

Source: J.B. Kirsner, Inflammatory Bowel Disease


Situation Analysis
Number of Treated Patients
Patient Visits = 910,000
Hospital Discharges = 76,000
Approximately 400,000 patients
Source: NDTI 1997 Full Year, IMS America
NHDS 1995, NCHS
12


Situation Analysis
Crohn's Patient Profile
Age
Gender
Location of visit
Number of visits
Specialty
Disease severity


Situation Analysis
Crohn's Patient Profile
Age Distribution of In-Office Patient Visits
Visits (000's)
400
350
300
250
200
150
100
50
0
<10
10 to 19
20 to 39
40 to 59
60 to 74
> 75
n = 910,000
Source: NDTI, Jan. 97- Dec. 97. IMS America
14


Situation Analysis
Crohn's Patient Profile
Patient Gender By Office Visits
Females
63%
Males
37%
n = 910,000
Source: NDTI Jan. 97 - Dec. 97, IMS America
15



Situation Analysis
Crohn's Patient Profile
Patient Visits Per Year
Referred Visits
Visits
% of patient visits
45
40
35
30
25
20
15
10
5
0
First
2 to 3
4 to 6
7 to 12
> 13
n=910,000
Source: NDTI, Jan. 97 - Dec. 97. IMS America
16

# Situation Analysis
# Crohn's Patient Profile

- Average of 3.7 office visits per year
- Over 40% see their physician 4+ times per year
- Over 50% of first time visits are referrals
- Average of 13.3 days lost per year from work

Source: J. Kurate. Gastroenterology 1992; 102:1040-1948



HIGHLY CONFIDENTIAL


Situation Analysis
Crohn's Patient Profile
Location of Visit
Office
Telephone
Hospital
71%
12%
17%
0%
20%
40%
60%
80%
n = 910,000
Source: NDTI America Jan. 97 - Dec. 97. IMS America
18


Situation Analysis
Crohn's Patient Profile
> 83% discharges in major MSA setting
Teaching
22%
Non-teaching
78%
76,000 Hospital Discharges
Source: NCHS, NHDS 1995
19


Situation Analysis
Physician Specialty Consulted
Gastroenterology
Colorectal Surg.
General Surg.
FP/GP
IM
All Other
10%
10%
5%
9%
2%
64%
n=910,000
Source: NDTI Jan 97-Dec 97. IMS America
20



Situation Analysis
Severity of Disease
Severe
22%
Moderate
51%
Mild
28%
0
10
20
30
40
50
60
n=910,000
% Patient Visits
Source: NDTI Jan. 97 - Dec. 97. IMS America
21

# Market Overview
# Gastroenterology

- Distribution
- Specialty Diagnosis Visits
- Targets
- Location
- Type of practice
- Practice profile



HIGHLY CONFIDENTIAL


Situation Analysis
Distribution of Gastroenterologists
Location of Practice Setting
Office
79%
n = 9,404
Source: Source Informatics, 1997
23


Situation Analysis
Gastroenterology Targets
4%
10%
4%
2%
7,600
80%
GE
PGE
CR
IM
Other
GE, PGE, and CRs in top 95% of Rx'ers for immunosuppressants, top 95% Rx'ers of steroids, and top 70% of 5-ASAs Rxer's
Other specialties based upon immunosuppressant and 5-ASA use. Capped usage of steroids
500 endoscopy suites
n=9,501
Source: Team Analysis, ZS Assoc..
24


Situation Analysis
Distribution of Gastroenterologists
Across the United States
West
18%
North
27%
South
17%
n = 6,732
Source: NDTI 1997. IMS America
25


Situation Analysis
Distribution of GEs By Practice Type
63% single specialty
37% multi-specialty
n = 6,732
Solo
29%
26


Situation Analysis
Gastroenterology Diagnosis Visits
GI Reflux 25.7%
Othe. 1.7%
Hepatitis 7.6%
Hem. 3.8%
UC 9.1%
n = 4.8mm
Source: NDTI Dataview 1997. IMS America

# Situation Analysis
## Practice Profile

| Profile Parameter | Average Gastroenterologist | Average for all Other Physicians |
|---|---|---|
| Patient visits/work day | 10.8 | 13.0 |
| Rx's per work day | 12.3 | 15.4 |
| Drugs per patient visit | 1.2 | 1.2 |
| Location of Patient Visits | | |
| Office | 65% | 84% |
| Hospital | 26% | 10% |
| Phone | 7% | 5% |
| Referred patients | 75% | 23% |
| Visits with drugs | 60% | 68% |
| Visits without drugs | 40% | 32% |

Source: NDTI 1997. IMS America



HIGHLY CONFIDENTIAL


Situation Analysis
Treatment
Pharmacological
Nutritional support
Surgical
29

# Situation Analysis
## Pharmacologic Options

- Aminosalicylates
  - sulfasalazine (AZULFIDINE®)
  - 5-ASA/mesalamine (ASACOL®, PENTASA®, ROWASA®)
  - 5-ASA/olsalazine (DIPENTIUM®)
- Corticosteroids
  - various oral generics
  - Solu-Medrol®, injectable



HIGHLY CONFIDENTIAL

MDL-CEN00002746

# Situation Analysis
## Pharmacologic Options

- Immunomodulators
  - azathioprine (IMURAN®)
  - 6-mercaptopurine (PURINETHOL®)
  - Cyclosporine
  - Methotrexate
- Antibiotics
  - metronidazole (FLAGYL®)
  - Ciprofloxacin (CIPRO®)



HIGHLY CONFIDENTIAL


Situation Analysis
Drug Uses
5-ASA
Steroids
Immuno
Antibiotics
Other
0
10
20
30
40
50
% of Use
Total Uses = 1,065,000 Note: Percents add to greater than 100% due to multiple therapies
Source: NDTI Jan. 97 - Dec.97. IMS America
32


Situation Analysis
Commonly Used Drugs in Crohn's Disease
% of Patients by Severity of Disease
%
100
80
60
40
20
0
Mild
Moderate
Severe
Fistula
etronidazole
Immunosuppressants
Steroids
5-ASA
Source: Profile of Current Knowledge, Attitudes and Practices of Gastroenterologists Relative to the Treatment of IBD.
Mattson Jackson Group, St. Louis, 1995 and NDTI 1997. IMS America
33

# Situation Analysis
## Other Therapies

- Surgery, 60% of patients within 10 years
  - Bleeding
  - Obstruction
  - Abscess
- Nutritional therapy - malabsorption
  - Liquid
  - Total parenteral nutrition (TPN)
  - Enteral nutrition (EN)

Source: Immune Disease, DR Report 1997


Situation Analysis
Future Competition
Late Stage Developments
Comparisons to cA2
35

# Situation Analysis
## Pipeline

| Class | Product | Status | Manufacturer | Indications |
|---|---|---|---|---|
| Anti-sense | ISIS 2302 | Phase II Potential entry 2000 | ISIS Pharmaceutical w/Boehringer Ingelheim | Crohn's, transplantation |
| Anti-TNF | CDP571 | Phase II Potential entry 2000 | Celltech | Septic Shock Phase III, RA and CD Phase II |
| Anti-inflammatory cytokines | IL-10 | Phase III Potential entry 2000 | Schering-Plough | Crohn's, early phase RA |



## Situation Analysis
## Pipeline Commentary

| Product | Comments |
| --- | --- |
| ISIS 2302 | - Steroid dependent patients<br>- Not quite as efficacious<br>- IV daily infusions |
| CDP 571 | - Comparable efficacy<br>- Milder patients in studies<br>- mg/kg, not as effective<br>- Humanized<br>- IV |
| IL-10 | - Short half life, 2-6 hrs<br>- IV daily infusion; potentially SQ<br>- Neutropenia<br>- CRP transient effect |

37

# Situation Analysis
## Summary

- Market estimates place CD prevalence at 400,000 individuals
- CD is a lifelong affliction impacting patients overall well-being and quality-of-life
- CD is difficult to diagnose and manage
- Over 40% of patients see their physician 4+ times per year
- Over 70% of patients have moderate-to- severe disease



HIGHLY CONFIDENTIAL

# Situation Analysis Summary (cont'd)

- Gasteroenterology is the primary specialty consulted and referred to for Crohn's disease
- Centocor's targeted gastroenterologists are high volume prescribers of agents utilized in the management of CD
- Selling efforts will need to be focused on the office, but the hospital should not be neglected
- Pharmacologic agents, nutritional support, and surgical intervention provide treatment options but do not provide the optimal therapy
- Newer agents that may compete with cA2 might enter the market as early as 2000



HIGHLY CONFIDENTIAL

# Situation Analysis
## Cost of Illness

- Publications are very limited
- Key citation: Hay and Hay, annual direct cost $6,561 (1990)
  - Equivalent to $9,197 in 1996 dollars (medical CPI)
  - Surgical Interventions 46%
  - Medical inpatient interventions 34%
  - Medications 10%
  - Other 10%
  - Total 100%
- University of Chicago hospitalization charges (1996-97)
  - Average length of stay: 7.6
  - Mean charge $27,433, median charge $21,127



HIGHLY CONFIDENTIAL

MDL-CEN00002756

# cA2 Marketing Plan
# Payer Situation Analysis

HIGHLY CONFIDENTIAL

# Payer Situation Analysis
## Background

- A favorable payer environment is critical to marketing success
- The policies and procedures that payers adopt to manage a new agent can either positively or negatively impact sales
- Although cA2 is
  - a breakthrough therapy for a relatively small patient population
  - its novel nature and relatively high cost will trigger payer scrutiny
- Data to support a cost effectiveness or cost offset claim will not be available at launch



HIGHLY CONFIDENTIAL

# Payer Situation Analysis
## Background

Payers Affect Market Adoption in Two Ways- Access and Financing

- Patient access to
  - Specialty care - referrals to gastroenterologists
  - Treatment settings - hospitals, offices, clinics, etc
  - cA2 treatment - usage constraints
- Provider financing
  - Incentives - Positive margins on drug reimbursement increases net income and facilitates adoption
  - Disincentives - Capitated contracts or negative margins on drug reimbursement decreases net income and impedes adoption



HIGHLY CONFIDENTIAL

# Payer Situation Analysis
# Background

Although the U.S. population is rapidly migrating to managed care, indemnity insurance is likely to be the dominant payer at launch

Crohn's Disease Payer Mix



- However, the federal government and most states are transitioning to managed care
- 10% of Medicare and 40% of Medicaid covered lives are currently in a managed plan



HIGHLY CONFIDENTIAL

# Payer Situation Analysis
## Key Issues-Indemnity/PPO Insurance

- Few restrictions placed on provider choice, treatment setting or therapy
- Generally favorable reimbursement
  - Fee-for-service or discounted fee-for-service (PPO)
- Off-label coverage policy will be favorable, but may require negotiation with individual carriers
  - Publications and pharmacy reference compedia citations are needed to document medical necessity
- Assumptions
  - Reimbursement rate ≥ 95% of AWP
  - Ancillary infusion service will be reimbursed $30-$40 per encounter
  - PPO provider networks will include a sufficient number of pro-cA2 gastroenterologists



HIGHLY CONFIDENTIAL

# Payer Situation Analysis
# Key Issues-Managed Care

- Effective management of medical costs is one of the primary drivers of managed care organization (MCO) stock price
- Health plans manage medical costs by
  - Shifting risk to a contracted provider via
    - Prospective payment agreements (capitation)
    - Case rate reimbursement
    - Per diem reimbursement
  - Bearing risk with the concomitant use of "control mechanisms" to discourage unnecessary utilization of expensive technologies



HIGHLY CONFIDENTIAL

# Payer Situation Analysis
## Key Issues-Managed Care (cont.)

There are two types of control mechanisms-**explicit** and implicit

- Explicit (drug or disease-based)
  - » Formularies
  - » Clinical practice guidelines
  - » Case management, etc.
  - – Example
    - » Clinical practice guideline requires failure on low cost steroids and immunosuppressants before authorizing cA2

# Payer Situation Analysis
## Key Issues-Managed Care (cont.)

There are two types of control mechanisms-explicit and **implicit**

- Implicit (financial or system-based)
  - » physician cost profiling
  - » gatekeeper physician referral requirements
  - » reimbursement withhold contracts, etc.
  - – Example
    - » physician cost profiling might threaten a high-cA2 prescriber with plan de-selection at contract renewal



HIGHLY CONFIDENTIAL

# Payer Situation Analysis
## Key Issues-Managed Care (cont.)

The FDA-approved indication will be a key determinant of managed care resistance

- Typically, there is no legal requirement to cover uses outside of the FDA approved indication for non-oncology drugs
- New use coverage may be possible via negotiation and documentation, but success is not guaranteed
- A narrow indication (fistula only) will increase resistance
- A broad indication (moderate-severe non-fistula) will reduce, but not eliminate overall managed care resistance

# Payer Situation Analysis
## Key Issues-Managed Care (cont.)

Summary Assumption: Managed care will create significant resistance to full adoption, but the impact will take many forms

- Control mechanisms will vary widely (>20 different types)
  - Policy is typically established at the health plan level; rarely at MCO corporate
  - Constraints will range from modest to severe
    - » Modest - require a letter of medical necessity
    - » Severe - denial for non-fistula use
- Control mechanisms may impact any or all three revenue drivers
  - Patient selection (penetration)
  - Dosing (vials/patient)
  - Re-treatment frequency (infusion/year)



HIGHLY CONFIDENTIAL

# Payer Situation Analysis
# Key Issues-Medicare

- Drug coverage is contingent upon
  - Medical necessity
  - An FDA approved use
  - Administration site that is "incident to a physician's services"
    - » Hospital- or office-based administration will be covered; home care will not
- Covered amount will be 95% of AWP
  - HCFA will reimburse the provider 80% of 95% of AWP
  - The patient/secondary insurer is responsible for other 20%
- Coverage of uses outside of the approved indication is negotiated with individual HCFA carriers and will require peer reviewed publications for approval



HIGHLY CONFIDENTIAL

MDL-CEN00002767

# Payer Situation Analysis
## Key Issues-Medicare (cont.)

- Effective January 1, 1999 a new hospital outpatient payment system will be implemented - Ambulatory Patient Groups (APG)
  - Prospective payment system similar to inpatient DRGs
  - The impact on cA2 is uncertain
  - BIO and PhaRMA are consolidating lobbying efforts to secure a carve out for expensive pharmaceuticals
- Assumptions
  - Office-based administration will be a viable treatment setting
  - Off-label coverage will be favorable after negotiation
  - Lobbying efforts will be successful in resolving the APG threat

# Payer Situation Analysis
## Key Issues-Medicaid

- HCFA mandates drug coverage for medically accepted indications
  - Policy is administered at the state agency level
- Reimbursement is discounted fee-for-service
- Providers limited to those willing to accept the fee schedule
- Fee-for-service patients will be covered under
  - Physician benefit (office-based administration)
  - Hospital benefit (outpatient clinic administration)



HIGHLY CONFIDENTIAL

# Payer Situation Analysis
# Key Issues-Medicaid (cont.)

- The Medicaid population is rapidly transitioning from fee-for-service to managed care
  - By 2000, 70% of Medicaid covered lives will be enrolled in managed Medicaid plans
  - Managed Medicaid patients will be subject to the same constraints as non-managed Medicaid care patients
- Assumptions
  - Reimbursement rate ≥90% of AWP
  - There will be sufficient numbers of GE's who accept the Medicaid fee schedule to serve the population



HIGHLY CONFIDENTIAL

# Payer Situation Analysis
## Summary

- Indemnity/PPO and Medicaid will be favorable assuming compedia documentation is available to support new uses
- Medicare will be favorable assuming the APG situation is resolved and office-based administration is facilitated
- Managed care will be the most problematic payer
  - The FDA approved indication will be a key factor
  - The variability of MCO control mechanisms precludes a single marketing strategy

55


cA2 Marketing Plan
Product Overview

# Product Overview

- Anti-tumor necrosis factor alpha antibody
- Human/chimeric monoclonal antibody
- Binds and neutralizes soluble and membrane-bound forms of TNFα
  - TNFα is a key inflammatory mediator



HIGHLY CONFIDENTIAL

# Product Overview

Indications:

- Treatment of patients with Crohn's disease to:
  - Reduce the signs and symptoms in patients with moderate-to-severe disease activity in whom conventional therapies are inadequate
  - Close enterocutaneous fistulae



HIGHLY CONFIDENTIAL

# Product Overview

## Dosage and Administration

- Moderate-to-severe disease:
  - Single infusion of 5mg/kg (in responders, up to 4 infusions given at 8-week intervals to sustain clinical benefit)
- Fistulizing disease:
  - Three infusions of 5mg/kg at 0, 2, and 6 weeks



HIGHLY CONFIDENTIAL

# Product Overview

## Clinical Efficacy

- Total of 14 studies and 627 patients
  - ATTRACT trial 450 patients
  - ACCENT trial 400 patients
- Four studies in Crohn's disease patients
- 233 patients in Crohn's trials
- Additional trials in RA, sepsis and UC
- Two pivotal Crohn's trials
  - T16 (moderate-to-severe disease)
  - T20 (fistulizing disease)



HIGHLY CONFIDENTIAL

# Product Overview

T16 Review

- Treatment and retreatment
  - Protocol
  - Response rates
  - Remission
  - Crohn's Disease Activity Index (CDAI)
  - Inflammatory Bowel Disease Questionnaire (IBDQ)



HIGHLY CONFIDENTIAL


T16 Protocol
Infusion
0, 5, 10, 20 mg/kg
10 mg/kg
Open Label
4 wk non-responders (↓ CDAI < 70)
Screen
-1
0
2
4
8
12
CDAI
IBDQ
CRP
AE
N =108
62




Median results for the CDAI in patient s who had a clinical response. Multicenter, randomized, placebo-controlled, double-blind trial. Clinical response was considered a 70-point reduction in the CDAI score from baseline mean score of approximately 300. CDAI score below 150 indicates remission; scores above 450 indicates severe illness. Placebo patients were maintained on their current therapy throughout the trial.



HIGHLY CONFIDENTIAL

# Product Overview

T16 Initial Treatment Phase (N=107)

- 1 of 2 pivotal trials supporting the BLA
- Single infusion protocol
- Placebo patients had background therapy



HIGHLY CONFIDENTIAL


T16 Retreatment Study Design
Initial Treatment
Phase
Retreatment
Phase
Initial Treatment
0, 5, 10, or 20 mg/kg cA2
Infusion
(Weeks)
0
4
8
12
20
28
36
44
48
Measurements:
CDAI
IBDQ
CRP
AEs
Serum cA2
HACA
N=73
65

# Product Overview

T16 Retreatment Phase (N=73)

- Responders to initial and open label treatment received additional infusions (at 12, 20, 28, 36 weeks)
- Retreatment with cA2 every 8 weeks maintained the initial treatment benefit on the 48 week study period
- Study supportive of the BLA
- Repeat dosing data expected to be included in final P.I. but not acknowledged indication



HIGHLY CONFIDENTIAL


Product Overview
T20 Review
Fistulizing disease
– Protocol
– Primary endpoint
– Complete response
67

# Product Overview

- Patients with single or multiple enterocutaneous fistulae
  - 94 patients (0, 5 or 10 mg/kg) of cA2
  - Draining at least 3 months
  - Concurrent therapies permitted
  - Patients received three infusions and were followed for 18 weeks
- Primary endpoint
  - ≥ 50% reduction in the number of open fistulae for at least two consecutive evaluation visits (i.e. at least 1 month)



HIGHLY CONFIDENTIAL


Product Overview
T20 Fistula Trial
cA2 5mg/kg
Control
Patients with =>50% Reduction in No. of Fistulae
70%
60%
50%
40%
30%
20%
10%
0%
Weeks
0
2
6
10
14
18
45%
58%
55%
61%
48%
0%
19%
28%
28%
30%
23%
Infusion
Number of patients achieving a >50% reduction in the number of draining fistulae at each evaluation visit. Results over 18 weeks with cA2 5mg/kg at 0, 2, and 6 weeks


Product Overview
Majority of cA2 Patients Achieved
Completed Closure of all Fistulae
% of Patients
55%
13%
0
10
20
30
40
50
60
70

# Product Overview
## Safety

The following table summarizes the most frequent reasonably related adverse events:

| | Control* | cA2 |
|---|---|---|
| Patients evaluated | n=109 | n=453 |
| Average weeks of follow-up | 12.2 | 22.3 |
| % of patients with any adverse experiences | 29.4 | 47.5 |
| Headache | 9.2 | 9.9 |
| Nausea | 3.7 | 6.2 |
| Pruritus | 0.9 | 4.4 |
| Dizziness | 5.5 | 4.4 |
| Fatigue | 1.8 | 4.2 |
| Fever | 2.8 | 4.2 |

*Patients in the control group were receiving background therapy including one or more of the following: aminosalicylates, corticosteroids, immunosuppressants, and antibiotics.

†The cA2 treatment group includes patients from Crohn's and non-Crohn's clinical trials involving single and multiple infusions.



HIGHLY CONFIDENTIAL

# cA2 Marketing Plan
## Safety

- Infection

  Issue: Anti-TNF agents theoretically influence ability to mount appropriate inflammatory response

  - Infection rate in cA2 patients similar to placebo
  - Although clinical significance appears minimal, physicians unfamiliar with cA2 may be concerned with the risk to patients



HIGHLY CONFIDENTIAL

# cA2 Marketing Plan
## Safety

- Lymphoma

<u>Issue</u>: 4 patients in clinical trials developed lymphomas

- Patients with RA and Crohn's disease with long histories and chronic exposure to immunosuppressant therapies
- Gastroenterologists are aware of reported lymphomas and will be concerned with the risk to patients
- The incidence is within the expected range



HIGHLY CONFIDENTIAL

# Product Overview
# cA2 Safety Summary

## Lymphoma Case Histories:

| Patient | Disease /Duration | Prior or Concomitant Immunosuppressive Therapy | Infliximab Dose Initial | Infliximab Dose Retreatment | Classification | Latency |
|---|---|---|---|---|---|---|
| 61 yr old male | CD/ 30 years | Azathioprine, prednisone | 10 mg/kg | placebo (3 x) | B-cell lymphoma | 9.5 months |
| 48 yr old male | RA/ 16 years | Azathioprine, prednisone, MTX | 10 mg/kg | 10 mg/kg (1 x) | B-cell lymphoma | 18 months |
| 61 yr old male | RA/ 16 years | MTX | 1 mg/kg | N/A | Hodgkins lymphoma | 6.5 months |
| 36 yr old male | AIDS/ unknown | N/A | 10 mg/kg | 10 mg/kg (3 x) | B-cell lymphoma | 9 months |

Clinical data on file as of 4Q97

062397.1McGowen



HIGHLY CONFIDENTIAL

# Product Overview
## Safety

### Immunogenicity

- Human anti-chimeric antibodies (HACA) have been observed in patients treated with infliximab
- The incidence of HACA formation is approximately 10% or less in current doses under development
- There is a potentially higher incidence of infusion reactions in patients who develop HACA
  - there have been HACA (+) patients with multiple infusions with no clinical diminished efficacy nor infusion reactions noted
  - ongoing trials will further study the significance, if any, on HACA formation

Clinical data on file as of 4Q97

062397.1McGowen

# cA2 Marketing Plan
## Infusion Reactions

Infliximab (anti-TNFα) Administration

- Infusion reactions are occasionally observed with retreatment
- Symptoms may include: fever, headache, nausea and rash
- Most reactions respond to slowing the infusion rate and/or medical treatment with antihistamines and/or acetaminophen



# Product Overview
## Infusion Reaction

| Infusion - Related Events* | |
|---|---|
| Nonspecific reactions | 4.8% |
| Pruritus or urticaria | 1.2% |
| Cardiopulmonary reactions | 1.5% |
| Cardiopulmonary and pruritus/urticaria | 0.2% |

*1207 total infusions



HIGHLY CONFIDENTIAL


cA2 Marketing Plan
Infusion Requirements
Infusion Supplies
– Non-PVC IV tubing with 1.2μ filter & rate control device
– Non PVC administration bag or glass bottle
– Sterile water for injection & sodium chloride for dilution
– IV catheter
– Syringes
– IV starter kit
Administration Procedure
– Preparation
– Infusion
– Monitoring
78

# cA2 Marketing Plan
# GE Reactions to Concept

- Unmet clinical needs
  - Satisfaction with current treatment is low
    - » Efficacy in severe disease is less than satisfactory
    - » Immunosuppressants have a long onset of action and increase risk of infection, cancers and pancreatitis
    - » Corticosteroids are effective but cannot be used for long-term therapy because of side effects
  - Clear need for newer agents that
    - » Are more efficacious
    - » Have more rapid onset of action
    - » Have fewer side effects

Source: Brintnall & Nicolini, April 1997



HIGHLY CONFIDENTIAL


cA2 Marketing Plan
GE Reactions to Efficacy
Reactions to cA2 were strongly positive
Reasons cited:
– Unique mechanism of action
– High response rates
– Quick onset of action
– Efficacy in patients with fistulae (difficult-to-treat)
Infusion method of administration is cited as an obstacle to use
Source: Brintnall & Nicolini, April 1997
80

# cA2 Marketing Plan
# Place in Treatment Algorithm

- Patient types mentioned by GEs
  - Initial therapy
    - » Patients with fistulae (n= 80,000 pts)
  - Reserve for:
    - » Moderate-to-severe patients still uncontrolled on conventional therapies (n= 100,000 pts)
    - » Steroid-dependent patients (n= 60,000 pts)
    - » Alternative to immunosuppressants where side effects are a concern (n= 20,000 pts)
- Establishing place in current treatment critical to acceptance
- ACG guidelines



HIGHLY CONFIDENTIAL


cA2 Marketing Plan
Management of Crohn's Disease in Adults
Signs and Symptoms
•Chronic or nocturnal diarrhea
•Abdominal pain
•Evidence of obstruction weight loss, fever or other symptoms reflecting an underlying inflammatory, fibrotic, or fistulizing process
History, Physical Exam, and Lab
Confirm Diagnosis
Determine Disease Location
Radiological Confirmation
Contrast Radiography
Small Bowel Enteroclysis
Abdominal or Transrectal
Ultrasonography
CT or MRI
Endoscopic Confirmation
· Upper or lower GI endoscopy to confirm diagnosis, assess disease location, or obtain tissue for evaluation
· Colonoscopic evaluation of surgical anastomosis to predict likelihood of recurrence
· Endoscopic biopsy to establish diagnosis, rule out acute self-limited colitis, or identify dysplasia or cancer
Determine Disease Severity
Mild to Moderate
Moderate to Severe
Severe to Fulminant
82

# Weaknesses

- cA2 is a new class of drug - natural "wait and see" attitude
- cA2 might only be approved for fistulizing Crohn's disease, which will increase payer use restrictions
- If initial indication is limited to fistulae only, a second biologic might enter the market with a broader indication before cA2 gets expanded labeling (late 1999/ early 2000)
- cA2 is potent inhibitor of TNF-α which raises physician concern about infection and lymphoma
- Formation of HACA raises some concern among some customers



HIGHLY CONFIDENTIAL

# Weaknesses

- cA2 initial indication will be for "acute" treatment. Questions about repeat dosing will be prevalent
- cA2 route of administration will add to end user costs associated with the treatment
- IV route of administration is uncommon in Gastroenterologists' offices
- No definitive cost-effectiveness data at launch
- Centocor is not well known among Gastroenterologists
- Manufacturing response time to greater than expected demand

88


Opportunities
Low competitive intensity in the Crohn's therapeutic area
cA2 use in less severe patients is likely to develop over time
Increased chronic cA2 use with the maintenance indication (2001)
cA2 will be the first TNF-inhibitor biologic approved in any therapeutic class
89

# Opportunities

- IBD market potential is highly concentrated among approximately 7,500 key GEs
- Recent FDA new-use promotion guidance (early 1999)
- Potential cA2 spill-over into severe ulcerative colitis treatment
- cA2 likely to be more convenient (fewer injections or infusions) and less expensive than emerging biologic competitors



HIGHLY CONFIDENTIAL

# Opportunities

- Small Crohn's disease patient population and cA2 orphan drug status may limit payers' price sensitivity
- Given symptomatic nature of disease, patient influence will be key driver of cA2 demand both with providers and payers
- Crohn's patients are well organized and networked. CCFA can help drive patient awareness of cA2 availability and break down access barriers
- Crohn's disease diagnosis often delayed or missed - market expansion



HIGHLY CONFIDENTIAL



# Threats

- Anti-TNF inhibition is a new class of drug - long term experience unknown
- Only a limited number of key physicians have clinical experience with cA2
- Payers likely to impose patient access restrictions to limit utilization of cA2
- More limited fistulae-only indication will lead to greater patient access restraints by payers



HIGHLY CONFIDENTIAL


Threats
Restrictive provider formularies might limit cA2 use
Navigating through reimbursement mechanisms introduces a nuisance factor in using cA2
Financial risk associated with performing in-office infusions might prove cost-prohibitive for some physicians
93


Threats
Gastroenterologists under a specialty capitation will have disincentive to use cA2
Physicians likely to experiment with dose and dosing regimes - clinical and safety consequences unknown
Enbrel expected to be launched for RA in 1999 - possibility of new-use-label CD use
A number of potential biologic competitors on the horizon in IBD
94

# Key Strategic Imperatives

- Position cA2 to uniquely meet the gaps in clinical management of CD while differentiating the product from the immunosuppressant and anti-inflammatory drug classes
- Anticipate and prepare response plans to address concerns about cA2 safety, especially infection and lymphoma risk and the relevance of HACA formation
- Establish new Crohn's disease treatment goals and position these to physicians and patients:
  - rapid and sustained symptom remission
  - minimal drug-related toxicities
  - endoscopic healing and fistulae closure
  - restoration of normal quality of life



HIGHLY CONFIDENTIAL

# Key Strategic Imperatives

- Establish leadership position in the treatment of IBD among gastroenterologists
- Position cA2 as the first TNF inhibitor across therapeutic classes
- Position cA2's IV route of administration as patient management advantage
- Fully support in-office use of cA2 among Gastroenterologists by providing turn key services



HIGHLY CONFIDENTIAL

# Key Strategic Imperatives

- Leverage existing high level of cA2 awareness and interest to accelerate early adoption at launch
- Establish cA2 pricing that reflects product value yet is sensitive to overall cost to manage Crohn's disease
- Set AWP at a level that preserves a modest margin for providers, ensures break-even potential for Medicare providers, and is consistent with payer price elasticities
- Ensure payer formulary acceptance by communicating a reasonable economic rationale for cA2 price and treatment cost



# Key Strategic Imperatives

- Prevent administrative burdens from negatively impacting the cA2 prescribing decision by providing reimbursement support for physicians and patients
- Work with payers to implement appropriate patient access criteria to minimize constraints placed on cA2 patient selection, dosage, and treatment frequency by working with payers to implement appropriate patient access controls while minimizing administrative burden
- Educate primary care physicians about Inflammatory Bowel Disease and its proper diagnosis. Encourage more rapid referrals to Gastroenterologists



HIGHLY CONFIDENTIAL


cA2 Marketing Plan
Key Strategies

# Product Overview
# Clinical Positioning

**Message Testing Findings*:**

- GEs are clinically oriented and less interested in the science behind monoclonal antibodies
- Physicians are particularly interested in how cA2 improves patient quality of life
- Physicians need help in identifying appropriate patients for cA2 treatment
- Physicians do not immediately relate to CDAI and IBDQ measures

* Brintnall & Nicolini, 3/98



HIGHLY CONFIDENTIAL

# cA2 Marketing Plan
# Clinical Positioning Strategy

**Objectives:**

- Find a unique, memorable position that cA2 can own
- Set a new standard of care- remission level symptom control and endoscopic healing
- Establish a target patient audience consistent with the clinical data per key trial protocols
- Establish positioning that describes what cA2 does for patients (i.e. improve QOL)
- Develop positioning that can be modified to expand usage for a broader role



HIGHLY CONFIDENTIAL

# cA2 Marketing Plan
# Positioning Statement

*"cA2 is a new standard of treatment for Crohn's disease that offers rapid, and sustained remission level control of symptoms and an immediate improvement in quality of life."*



HIGHLY CONFIDENTIAL

# cA2 Marketing Plan
# Clinical Positioning Strategy

- Target Audience
  - Gastroenterologists
  - Colorectal surgeons
  - Internists (w/ high-volume IBD practice ~ 950)
  - Payers



HIGHLY CONFIDENTIAL

# Payer Strategy
## Payer-Related Strategic Imperatives

- Ensure payer formulary acceptance by communicating a reasonable economic rationale for cA2 price and treatment cost
- Prevent administrative burdens from negatively impacting the cA2 prescribing decision by providing reimbursement support for physicians and patients
- Minimize constraints placed on cA2 patient selection, dosage, and treatment frequency by working with payers to implement appropriate patient access controls while minimizing patient and physician paperwork and hassle



HIGHLY CONFIDENTIAL

# Payer Strategy
# cA2 Economic Positioning Statement

- cA2-
  - a new standard of care for Crohn's disease, clearly justifies its cost to the health care system by profoundly and rapidly improving patient quality of life while offering the potential for reducing the consumption of alternate medical resources

# Payer Strategy
## Strategic Themes

- Direct the corporate account and sales representative teams to aggressively promote the cA2 clinical platform to payers in order to secure the broadest possible coverage irrespective of the FDA-approved indication
- Rigorously prepare the field force to handle economic questions and overcome objections as they arise, but do not lead with an economic proposition
- Overcome provider "hassle-factor" by delivering premium service levels for all in-house and partner value-added programs
- Provide the field force with tools to engage in reimbursement problem solving

106

# Payer Strategy
# Pre-approval

- Prepare a tactical response for all possible payer control mechanisms and scenarios
- Construct the cA2 economic platform in a way that
  - Communicates the cA2 Payer Positioning Statement
  - Leverages all of the cA2 benefits
  - Positions the cost of cA2 within the context of current treatment outcomes and costs
- Resolve the threat of a negative Medicare APG reimbursement code with lobbying efforts
- Conduct Managed Care Advisory Board meetings



HIGHLY CONFIDENTIAL


Payer Strategy
Post-approval, Pre-launch
Communicate the core cA2 clinical platform to payer medical directors in order to secure formulary approval status
If and only if payer cost concerns impede formulary approval,
– then communicate the necessary elements of the cA2 economic platform
108

# Payer Strategy
# Post-launch

- Aid providers in executing the reimbursement function and ensuring access to cA2 by deploying
  - the field force
  - a reimbursement hotline
  - an assignment of benefit partner
  - patient assistance program (indigent population)
- Establish a reimbursement surveillance function via all in-house and partner customer contact points
- For each significant control mechanism identified by the reimbursement surveillance function execute the appropriate measured tactical response



HIGHLY CONFIDENTIAL

# Payer Strategy
## Example -Measured Tactical Response

- Control Mechanism
  - Case managers reserve cA2 for patients who have failed steroids and/or immunosuppressants
- Tactical Response Plan
  - Deploy sales rep and corporate account manager to conduct case manager in-services that provide medical education on appropriate cA2 usage
  - If necessary, deploy corporate account manager to review clinical platform with payer medical director in order to secure a policy change
  - If unsuccessful, corporate account manager presents the economic platform
  - If unsuccessful, corporate account manager pursues opinion leader and/or MCO GE support via letters, conference calls, and in-office meetings



HIGHLY CONFIDENTIAL

# Payer Strategy
# Health Economic Platform

- Disease Overview
  - The CD patient population is relatively small in comparison to other chronic medical conditions
  - The moderate-severe CD patient population is a <u>subset</u> of all CD patients
  - Moderate-severe CD patients
    - » working ill
    - » relatively young
    - » suffer from a life long miserable disease (QOL)
  - Moderate-severe CD can result in
    - » disability
    - » lost productivity

111

# Payer Strategy
# Health Economic Platform

- Current Treatments
  - All current treatments for moderate-severe CD have deficiencies that create an unmet patient need
    - » toxic
    - » relatively ineffective
    - » toxic and relatively ineffective
  - Many CD patients require TPN or hospitalization for bowel rest
  - Many CD patients require surgery; often multiple surgeries because the relapse rate is high



HIGHLY CONFIDENTIAL

# Payer Strategy
# Health Economic Platform

- Cost Of Illness
  - The cost of illness varies with severity
    - » Mild CD is fairly inexpensive to treat
    - » Moderate-severe CD is expensive to treat
  - The typical moderate-severe CD patient undergoes several hospitalizations at a cost of $25,000-$30,000 per hospitalization
  - Hospitalization and outpatient costs are driven by
    - » diagnostic
    - » medical
    - » surgical procedures
    - » physician professional fees



HIGHLY CONFIDENTIAL

# Payer Strategy
# Health Economic Platform

- The cA2 Profile
  - cA2 is effective
  - cA2 is safe
  - cA2 is a true outpatient pharmaceutical
  - Acknowledge small subset of non-responders
  - The cA2 target patient population is the moderate-severe subset of all CD patients
  - cA2 produces a profound and rapid improvement in QOL that translates into a cumulative quality of life gain in comparison to immunosuppressants



HIGHLY CONFIDENTIAL

# Payer Strategy
# Health Economic Platform

- The cA2 Economic Takeaways
  - cA2 fits within the mission of managed care (prevention, "right treatment in the right setting")
  - The cA2 appropriate patient selection schema ensures that over utilization is not an issue
  - cA2 improves health status while offering the potential for lowering costs by "converting" expensive moderate-severe patients into less costly mild patients through reduced hospitalizations and other resources



HIGHLY CONFIDENTIAL

# Payer Strategy
## Critical Success Factors

- T16 and T20 data are published in one or more compedia to serve as new-use-label proof sources
- A supplement to the ACG IBD guidelines is published and includes a favorable positioning for cA2 to serve as an new-use-label proof source
- AOB and reimbursement hotline partners provide a high level of customer service and eliminate reimbursement constraints
- BIO and PhaRMA lobbying successfully carves out expensive pharmaceuticals from the Medicare APG system


Payer Strategy
Tactical Programs
Assignment of benefit program
Reimbursement hotline
Patient assistance program
Managed Care Advisory Board
ACG-sponsored Managed Care Medical Directors conferences
Outcomes tracking program
117

# Payer Strategy
# Tactical Assets

- Publications
  - Crohn's disease economic white paper
  - T16 NEJM publication
  - T20 publication
  - Hewitt Associates cost of illness study
  - Inpatient cost studies (University of Chicago, Thomas Jefferson University Hospital, other key centers)
  - ACG guidelines supplement
- Appropriate patient selection detail kit
- Case manager in-service slide presentation
- Managed care financial impact modeling software
- Key payer dossiers
- Economic platform detail kit
- Letter of medical necessity kit
- Payer medical directors formulary kit

# Integrated Services Strategy

- Addresses the following strategic imperatives
  - Establish leadership position in the treatment of IBD among gastroenterologists
  - Position cA2's IV route of administration as patient management advantage
  - Fully support in-office use of cA2 among Gastroenterologists by providing turn key services
- Goals
  - Neutralize the perceived complexity of delivering in-office cA2 infusions
  - Address physicians' concerns regarding the financial impact of in-office infusions
- Elements
  - Easy, rapid access to product and required IV administration supplies
  - Reimbursement support services
  - Guidance on clinical and administrative procedures
  - Patient education support

# Integrated Services Strategy

- Product Access Needs
  - Just-in-time delivery
  - No or minimal inventory carrying costs
  - Purchase options

- Centocor will facilitate two access/purchase options
  - Assignment of Benefits
    - » Physician does not take title of drug
    - » Drug benefit is transferred to third party
    - » Third party is responsible for reimbursement clearance and payment collection
  - Direct Purchase of Product
    - » Physician takes title of product
    - » Physician receives drug benefit
    - » Physician is responsible for reimbursement clearance and payment collection



HIGHLY CONFIDENTIAL

# Integrated Services Strategy

- Assignment of Benefits (AOB) Option
  - Nova Factor preferred (non-exclusive) provider of AOB specialty distribution services for cA2:
    - » Prescription receipt
    - » Reimbursement pre-clearance
    - » Overnight drug and IV supplies delivery
    - » Claim adjudication
    - » Payment collection
    - » Patient counseling and follow-up
    - » Physician and patient level sales and treatment trend data collection and reporting



HIGHLY CONFIDENTIAL