# Exhibit 17



**Pharmaceutical Division**

Internal Memorandum

DATE:       August 12, 1997

SUBJECT:    Kogenate AWP Adjustment

FROM:       Chris Cheney

TO:         Brian Shortell              cc:    T. Tenbrunsel
                                               D.  Mahoney

I would like to formally request that you contact Redbook and request an AWP change for all sizes (670-20, 670-30, 670-50) of Kogenate from $1.18 per IU to $1.24 per IU to match Baxter's increase. I have attached a letter from Baxter to Redbook outlining their price change request. (Prior to making the change in AWP for Kogenate, please confirm with Redbook that Baxter has indeed initiated a price change.)

Please let me know when the price change will go into effect. As with all price changes it is critical that we notify customers, and Field Sales regarding the expected date of the AWP change. Let me know if any action with regard to notification of both parties is needed on my part, or if this will be handled by Customer Service.

HIGHLY CONFIDENTIAL

BAY005278

# Exhibit 18

Armour Pharmaceutical Interoffice Correspondence

| Date | January   . 1995 | Inf   ation : |
|------|------------------|---------------|
| To | J N Pugliese | Copies To : A. Brandon |
| | | : J. Greco |
| From | Joe Cannon | .M.A. Tomasso : K. Young |

**Subject:**     **First DataBank Price Revisions**

Attached please find the "revised" list of prices faxed to Beth Rader at First DataBank today.  The revised list references AWP for all price categories and will alleviate the potential for misquotes to State Medicaid offices and providers.  During a telephone conference with Ed Edlestein, Blue Book editor,  we determined that listing AWP across the board was necessary to maintain our competitive standing and was consistent with industry practice.

JPC/1/95

ABAWP 005005
HIGHLY CONFIDENTIAL

| DATE  START RECEIVER | TX TIME PAGES TYPE | NOTE | JAN-31-99 TUE 17:01 |
|---|---|---|---|
| JAN-31 15:59 914155985667 | 2'45"  5  SEND | OK | |

**ABAWP 005006**
**HIGHLY CONFIDENTIAL**

**CENT/000002**

**C1TXDCID/1:01629**

# ARMOUR PHARMACEUTICAL COMPANY

## - Fax Cover Sheet -

**Date:**          1/31/95

**Pages:**         5

**To:**            FIRST DATABANK
                   Attn:  BETH RADER

**Fax Phone:**     415-588-6867

**From:**          Joe Cannon

**Subject:**       BLUE BOOK REVISIONS

Beth,

Here are the price revisions we spoke about earlier.
Thanks for your help.

Call me at (610)-454-3168 with any concerns.

ABAWP 005007
HIGHLY CONFIDENTIAL

CENT/000003

C1TXDCID/1:01630

THE 1994 05 ANNUAL BLUE BOOK PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1994, THE HEARST CORPORATION

PAGE

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WAC NET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| (xxxx) 7771 00 | ESTIMATE 1 5MG/ML NASAL SPRAY | 2.5 ML | $120.00 | $0.00 | $525.00 | 04/01/25 |
| | | | | | | date of change: 12/9/94 |
| (xxxx) 7490 01 RX | GAMMAR IV 1 GM VIAL | 1.0 EA | $63.00 | $0.00 | $55.73 / 62.00 | 01/05/01 |
| | | | | | | date of change: 12/9/94 |
| (xxxx) 7490 02 RX | GAMMAR IV 2.5GM VIAL | 1.0 EA | $185.00 | $0.00 | $139.31 / 155.00 | 01/05/01 |
| | | | | | | date of change: 12/9/94 |
| (xxxx) 7490 05 RX | GAMMAR IV 5GM VIAL | 1.0 EA | $370.00 | $0.00 | $278.62 / 310.00 | 01/05/01 |
| | | | | | | date of change: 12/9/94 |
| (xxxx) 7490 10 RX | GAMMAR IV 10GM VIAL | 1.0 EA | $650.00 | $0.00 | $452.75 / 620.00 | 04/02/01 |
| | | | | | | date of change: 12/9/94 |
| (xxxx) 7590 01 RX | GAMULIN 1:1000 VIAL | 1.0 EA | $99.74 | $0.00 | $99.93 / N/A | 00/10/01 |
| | | DISCONTINUED | | | | date of change: 12/9/94 |
| (xxxx) 7590 02 RX | GAMULIN RH SYRINGE | 6.0 EA | $357.60 | $0.00 | $402.10 / 357.60 | 01/07/01 |
| | | | | | | date of change: 12/9/94 |
| (xxxx) 7590 03 RX | GAMULIN RH VIAL | 25.0 EA | $1200.00 | $0.00 | $1386.76 / 1200.00 | 01/07/01 |
| | | | | | | date of change: 12/9/94 |
| (xxxx) 7590 06 RX | GAMULIN RH VIAL | 10.0 EA | $600.00 | $0.00 | $870.18 / 600.00 | 01/07/01 |
| | | | | | | date of change: 12/9/94 |
| (xxxx) 7591 03 RX | MINI-GAMULIN RH 50MCG/ML VIAL | 25.0 EA | $700.00 | $0.00 | $902.20 / 700.00 | 03/08/15 |
| | | | | | | date of change: 12/9/94 |
| (xxxx) 7591 04 RX | MINI-GAMULIN RH DISP SYRING | 6.0 EA | $768.00 | $0.00 | $68.00 / 168.05 | 03/08/15 |
| | | | | | | date of change: 12/7/94 |

ABAWP 005008
HIGHLY CONFIDENTIAL

THE 1994-'95 ANNUAL BLUE BOOK PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1994, THE HEARST CORPORATION

PAGE 2

| NDC | PRODUCT DESCRIPTION | PACK SIZE | VALUE NET | DIR | AWP | EFFECTIVE DATE |
|-----|---------------------|-----------|-----------|-----|-----|----------------|
| (XXX) 7295 01 ? | MINI-GAMULIN RH VIAL | 2.0 ML | $ | $0.00 | $175 | 04/08/01 |
| (XXX) 7295 02 | GAMULIN 16.5% VIAL | 10.0 EA | $ 280.00 | $0.00 | $253.00 / 250.00 | 03/05/01   date of change: 12/9/94 |
| (XXX) 7595 01 | HUMATE-P 250U VIAL | 1.0 EA | $1.30 | $0.00 | $31.80 / 21.80 | 04/06/01   date of change: 12/9/94 |
| (XXX) 7605 02 | HUMATE-P 500U VIAL | 1.0 EA | $1.30 | $0.00 | $1.28 / .30 | 01/01/01   date of change: 12/9/94 |
| (XXX) 7605 04 | HUMATE-P 1000U VIAL | 1.0 EA | $1.30 | $0.00 | $1.28 / .30 | 01/01/01   date of change: 12/9/94 |
| (XXX) 7656 01 | MONOCLATE-P 250AHFU VIAL PASTEURIZED | 1.0 EA | $0.90 | $0.00 | $0.90 | 01/01/01   date of change: 12/9/94 |
| (XXX) 7656 02 | MONOCLATE-P 500AHFU VIAL PASTEURIZED | 1.0 EA | $0.90 | $0.00 | $0.90 | 01/01/01   date of change: 12/9/94 |
| (XXX) 7656 04 | MONOCLATE-P 1000AHFU VIAL PASTEURIZED | 1.0 EA | $0.90 | $0.00 | $0.90 | 01/01/01   date of change: 12/9/94 |
| (XXX) 7668 01 | MONONINE 250U VIAL 2 5ML DIL+INFUS SET | 1.0 EA | $1.10 | $0.00 | $1.10 | 04/05/01   date of change: 12/9/94 |
| (XXX) 7668 02 | MONONINE 500U VIAL 5ML W/DIL+INFUS SET | 1.0 EA | $1.10 | $0.00 | $1.10 | 04/05/01   date of change: 12/9/94 |

ABAWP 005009
HIGHLY CONFIDENTIAL
CENT/000005

C1TXDCID/1:01632

THE 1994-95 ANNUAL BLUE BOOK PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1994, THE HEARST CORPORATION

PAGE 3

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHNL WWWT | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00053 7670 09 RX | MONONINE 1000U VIAL (ONL, DIL+INFUS SET) | 1 0 EA | $1 10 | $0.00 | $1.10 | 94/05/01 |
| 00053 7670 06 RX | ALBUMINAR-5 IV SOLUTION | 250.0 ML | $90.00 | $0.00 | $90.00 date of change: *12/9/94* | 93/05/15 |
| 00053 7670 05 RX | ALBUMINAR-5 IV SOLUTION | 500.0 ML | $180.00 | $0.00 | $180.00 date of change: *12/9/94* | 93/05/15 |
| 00053 7670 03 RX | ALBUMINAR-5 IV SOLUTION | 1000.0 ML | $360.00 | $0.00 | $360.00 date of change: *12/9/94* | 93/05/15 |
| 00053 7670 03 X | ALBUMINAR-5 IV SOLUTION | 50.0 ML | $90.00 | $0.00 | $90.00 date of change: *12/9/94* | 93/05/15 |
| 00053 7680 01 RX | ALBUMINAR-5 IV SOLUTION | 20.0 ML | $40.00 | $0.00 | ~~$48.00~~ 40.00 date of change: *12/9/94* | 93/05/15 |
| 00053 7670 06 RX | ALBUMINAR-25 IV SOLUTION | 50.0 ML | $90.00 | $0.00 | ~~$48.00~~ 40.00 date of change: *12/9/94* | 93/05/15 |
| 00053 7680 03 RX | ALBUMINAR-25 IV SOLUTION | 100.0 ML | $180.00 | $0.00 | $180.00 date of change: *12/9/94* | 93/05/15 |
| 00053 7680 01 RX | PLASMA-PLEX 5% IV SOLUTION | 250.0 ML | $90.00 | $0.00 | $90.00 date of change: *12/9/94* | 93/05/15 |
| 00053 7773 01 RX | PLASMA-PLEX 5% IV SOLUTION | 500.0 ML | $180.00 | $0.00 | $180.00 date of change: *12/9/94* | 93/05/15 |
| 00053 7773 02 RX | PLASMA-PLEX 5% IV SOLUTION | 50.0 ML | $40.00 | $0.00 | ~~$48.00~~ 40.00 date of change: *12/9/94* | 93/05/15 |

ABAWP 005010
HIGHLY CONFIDENTIAL

CENT/000006

C1TXDCID/1:01633

THE 1994-95 ANNUAL BLUE BOOK PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1994, THE HEARST CORPORATION

PAGE  4

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 00053 8110 01 | BIOCLATE 220-400AHFU VL<br>220-400 RANGE | 1.0 EA | $1./8 | | $1.18 | 04/01/01<br>date of change: 12 / 9 / 94 |
| 00053 8110 02 | BIOCLATE 401-600AHFU VL<br>401-600 RANGE | 1.0 EA | $1./8 | | $1.18 | 04/01/01<br>date of change: 12 / 9 / 94 |
| 00053 8110 04 | BIOCLATE 801-1240AHFU VIAL<br>801-1240 RANGE | 1.0 EA | $1./8 | | $1.18 | 04/01/01<br>date of change: 12 / 9 / 94 |
| 00053 8120 01 | HELIXATE 250IU VIAL<br>2.5ML DIL.INFUSE SET | 1.0 EA | $1./8 | | $1.18 | 04/06/18<br>date of change: 12 / 9 / 94 |
| 00053 8120 02 | HELIXATE 500IU VIAL<br>5ML DIL.INFUSE SET | 1.0 EA | $1./8 | | $1.18 | 04/06/18<br>date of change: 12 / 9 / 94 |
| 00053 8120 04 | HELIXATE 1000IU VIAL<br>10ML DIL.INFUSE SET | 1.0 EA | $1./8 | | $1.18 | 04/06/18<br>date of change: 12 / 9 / 94 |

CENT/000007

ABAWP 005011
HIGHLY CONFIDENTIAL

C1TXDCID/1:01634

# Exhibit 19

# Armour Pharmaceutical Company
## *Facsimile Cover Page*

***Date:*** *9 January 1996*

| | |
|---|---|
| ***To:*** | Linda Panke |
| ***Company:*** | Red Book (Medical Economics) |
| ***Department:*** | |
| ***Phone Number:*** | |
| ***Fax Number:*** | 201-358-1756 |

| | |
|---|---|
| ***From:*** | Joe Cannon |
| ***Department:*** | Executive Sales |
| ***Phone Number:*** | 610-878-4137 |
| ***Fax Number:*** | 610-878-4003 |

***Pages Sent:*** 6

***Comments:*** URGENT PRICING UPDATE

Linda,

Please update your database to reflect the attached price changes. I've included an updated list of all Armour Pharmaceutical products and prices for your reference. Please call me at the number listed above with any questions or concerns.

C2TXCID/7: 00003

ABAWP 005163
HIGHLY CONFIDENTIAL

# Armour Pharmaceutical Company

## Product Price Revision, Effective 1/1/96

| PRODUCT | NDC | WHOLESALE PRICE | AWP |
|---|---|---|---|
| REDACTED (TEXAS CID) | REDACTED (TEXAS CID) | REDACTED (TEXAS CID) | REDACTED (TEXAS CID) |
| Gammar-P I.V. | 00053-7486-02 | 121.25 | 170.00 |
| Gammar-P I.V. | 00053-7486-05 | 242.50 | 340.00 |
| REDACTED (TEXAS CID) | | | REDACTED (TEXAS CID) |

Mary Ann Tomasso

Nov 21, 1995

C2TXCID/7: 00004

ABAWP 005164
HIGHLY CONFIDENTIAL

(A00053) ARMOUR PHARM

THE 1996 FIRST DATABANK BLUE BOOK UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1995, THE HEARST CORPORATION

PAGE

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|-----|--------------------|-----------|--------|-----|-----|----------------|

REDACTED (TEXAS CID)

REDACTED (TEXAS CID)

| 00053-7486-02 RX | GAMMAR-P I.V. 2.50M VIAL P/F.5DV,W/DILUENT | 1.0 EA | $116.25 | $0.00 | $145.31 | 05/10/01 |

*$120.00*  AWP EFF. DATE: 01/01/95

| 00053-7486-05 RX | GAMMAR-P I.V. 5GM VIAL P/F.5DV,W/DILUENT | 1.0 EA | $232.50 | $0.00 | $290.63 | 05/10/01 |

*$340.00*  AWP EFF. DATE: 01/01/95

REDACTED (TEXAS CID)

| 00053-7490-05 RX | GAMMAR IV 5GM VIAL | 1.0 EA | $232.50 | $0.00 | $290.63 | 01/09/01 |

*$340.00*  AWP EFF. DATE: 01/05/91

REDACTED (TEXAS CID)

C2TXCID/7: 00005

ABAWP 005165
HIGHLY CONFIDENTIAL

* (4GOO53) ARMOUR PHARM

THE 1996 FIRST DATABANK BLUE BOOK UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1985, THE HEARST CORPORATION

PAGE 2

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLMET | DIR | AMP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| | REDACTED (TEXAS CID) | | | REDACTED (TEXAS CID) | | |
| | REDACTED (TEXAS CID) | | | REDACTED (TEXAS CID) | | |
| 00053-7656-01 RX | MONOCLATE-P 250AHFU VIAL PASTEURIZED | 1.0 EA | $0.90 | $0.00 | $0.90 | 95/03/06 AMP EFF. DATE: _/_/_ |
| 00053-7656-02 RX | MONOCLATE-P 500AHFU VIAL PASTEURIZED | 1.0 EA | $0.90 | $0.00 | $0.90 | 95/03/06 AMP EFF. DATE: _/_/_ |
| 00053-7656-04 RX | MONOCLATE-P 1000AHFU VIAL PASTEURIZED | 1.0 EA | $0.90 | $0.00 | $0.90 | 95/03/04 AMP EFF. DATE: _/_/_ |

C2TXCID/7: 00006

ABAWP 005166
HIGHLY CONFIDENTIAL

THE 1996 FIRST DATABANK BLUE BOOK UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1995, THE HEARST CORPORATION

PAGE

(A00053) ARMOUR PHARM

| NUC | PRODUCT DESCRIPTION | PACK SIZE | WALNET | DIR | AWP | EFFECTIVE DATE |
|-----|---------------------|-----------|--------|-----|-----|----------------|

**REDACTED** (TEXAS CID)

**REDACTED** (TEXAS CID)

**REDACTED** (TEXAS CID)

**REDACTED** (TEXAS CID)

C2TXCID/7: 00007

ABAWP 005167
HIGHLY CONFIDENTIAL

PAGE  4

( (AC00053) ARMOUR PHARM

THE 1996 FIRST DATABANK BLUE BOOK UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1995, THE HEARST CORPORATION

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHL.NET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| REDACTED (TEXAS CID) | REDACTED (TEXAS CID) | | REDACTED (TEXAS CID) | | | |
| 00053-8110-01 RX | BIOCLATE 220-400AWFU VL 220-400 RANGE | 1.0 EA | $1.18 | $0.00 | $1.18 | 94/01/01 |
| | | | | | AWP EFF. DATE: __/__/__ | |
| 00053-8110-02 RX | BIOCLATE 401-800AWFU VL 401-800 RANGE | 1.0 EA | $1.18 | $0.00 | $1.18 | 94/01/01 |
| | | | | | AWP EFF. DATE: __/__/__ | |
| 00053-8110-04 RX | BIOCLATE 801-1240AWFU VIAL 801-1240 RANGE | 1.0 EA | $1.18 | $0.00 | $1.18 | 94/01/01 |
| | | | | | AWP EFF. DATE: __/__/__ | |
| 00053-8120-01 RX | MELTRATE 250IU VIAL 2.5ML DIL.INFUSE SET | 1.0 EA | $1.18 | $0.00 | $1.18 | 94/05/15 |
| | | | | | AWP EFF. DATE: __/__/__ | |
| 00053-8120-02 RX | MELTRATE 500IU VIAL 5ML DIL.INFUSE SET | 1.0 EA | $1.18 | $0.00 | $1.18 | 94/05/15 |
| | | | | | AWP EFF. DATE: __/__/__ | |
| 00053-8120-04 RX | MELTRATE 1000IU VIAL 10ML DIL.INFUSE SET | 1.0 EA | $1.18 | $0.00 | $1.18 | 94/05/15 |
| | | | | | AWP EFF. DATE: __/__/__ | |

C2TXCID/7: 00008

ABAWP 005168
HIGHLY CONFIDENTIAL

APR 22 '96  05:28PM MEDI-SPAN                                    P.1/3

# Medi◆Span®
*KNOWLEDGE AT YOUR FINGERTIPS*

8425 Woodfield Crossing Blvd.
P.O. Box 40930
Indianapolis, IN 46240-0930
Tel: (317) 469-5200
1-800-428-4495
Fax: (317) 469-5252

---

To: _Anita Z. A. Branson_

Company: _Centron_

Fax No: _610-878-4004_

From: _Michelle Christopher_

Date: _4/22/96_                    Total number of pages: _3_

If you do not receive this fax in readable condition, please call (317) 469-5200 ext. _388_

---

Message:

_Per your request._
        _— Michelle_

C2TXCID/7: 00009

ABAWP 005169
HIGHLY CONFIDENTIAL

APR 22 '96  05:29PM MEDI-SPAN
JUL 04 22 '96 13:08 ID:ARMOUR/BEHRING          610 878 4004          P.2/3
                                                                     PAGE 2

*NOF - Not on File*

# INTRAVENOUS IMMUNE GLOBULIN
## 1996 REDBOOK PRICES



# REDACTED
### (TEXAS CID)

# REDACTED
### (TEXAS CID)

Revised: April 1, 1996          Denotes current change

C2TXCID/7: 00010

ABAWP 005170
HIGHLY CONFIDENTIAL

## COAGULATION PRODUCTS
## 1996 REDBOOK PRICES

| PRODUCT | NDC NUMBER | AWP (per ru) |
|---|---|---|
| **FACTOR VIII** | | |
| | Redacted (Texas CID) | |
| Hemofil-M | 00944-2933-01 | .90 |

*Redacted (Texas CID)*

| Koate HP | 00192-0664-20 00192-0664-30 00192-0664-40 00192-0664-60 | .90 .90 NDE .90 | -SD is .90 |
|---|---|---|---|
| Alphanate | 49669-4300-01 | .70 | |

*Redacted (Texas CID)*

| Monoclate P | 00053-7686-01 00053-7686-02 00053-7686-04 | .90 .40 .40 |
|---|---|---|

*REDACTED (Texas CID)*

| **FACTOR IX** | | |
|---|---|

## REDACTED
### (TEXAS CID)

| SPECIALTY PRODUCTS | | |
|---|---|---|
| Autoplex T | 00944-0650-01 | 1.20 |
| Bioclate | 00053-6110-01 00053-6110-02 00053-6110-04 | 1.18 1.18 1.18 |

*Redacted (Texas CID)*

| Helixate | 00053-8120-01 00053-8120-02 00053-8120-04 | 1.18 1.18 1.18 |
|---|---|---|

*Redacted (Texas CID)*

| Kogenate | 00192-0670-20 00192-0670-30 00192-0670-50 | 1.18 1.18 1.18 |
|---|---|---|
| Recombinate | 00944-2938-01 00944-2938-02 00944-2938-03 | 1.18 1.18 1.18 |

*Redacted (Texas CID)*

Revised April 1, 1996

C2TXCID/7: 00011

ABAWP 005171
HIGHLY CONFIDENTIAL

# Exhibit 20



Centeon
1020 First Avenue
King of Prussia, PA
19406-1310

610 878-4000
610 878-4009 Fax

February 17, 1998

Mr. Ed Edelstein
Editorial Department
First Data Bank (Blue Book)
1111 Bayhill Drive
San Bruno, CA 94066

Dear Mr. Edelstein:

Please be advised that Centeon is raising the average wholesale price of Gammar®-P IV,
effective February 15, 1998. The new average wholesale prices for all package sizes of
Gammar®-P IV are as follows:

| NDC Number | Product Description | Unit Size | AWP |
|---|---|---|---|
| 00053-7486-01 Rx | 1.0g | 1 vial | $80.00 |
| 00053-7486-02 Rx | 2.5g | 1 vial | $200.00 |
| 00053-7486-05 Rx | 5.0g | 1 vial | $400.00 |
| 00053-7486-06 Rx | 5.0g (no diluent) | 6 vials | $2400.00 |
| 00053-7486-10 Rx | 10.0g | 1 vial | $800.00 |

Please update your Blue Book database to reflect these changes.

Should you have any questions, please do not hesitate to call me at 610-878-4335.

Sincerely,

Senior Product Manager, Hospital Products

Cc: Paul Perreault, Keith Patterson

KoPPaV

**Trade Secret/CONFIDENTIAL**

AB1OIG/7: 000046

ABAWP 008440
HIGHLY CONFIDENTIAL

# Exhibit 21

 **Hema Chandranatha**
10/27/2003 11:36 AM

To: Colleen Farley/Dey_Labs/Merck-Gen/Merck@Dey_Labs
cc: Anne White/Dey_Labs/Merck-Gen/Merck@Dey_Labs, Janice
Conn/Dey_Labs/Merck-Gen/Merck@Dey_Labs
Subject: Re: 10/10/03 recap and update information 

Hi there,
No, I have not sent anything to Carmen yet.. Maybe later this week, if things quiet down here. I'll keep
you posted.
Thanks,
Hema.

Colleen Farley

 **Colleen Farley**
10/27/03 08:23 AM

To: Hema Chandranatha/Dey_Labs/Merck-Gen/Merck@Dey_Labs
cc: Janice Conn/Dey_Labs/Merck-Gen/Merck@Dey_Labs, Anne
White/Dey_Labs/Merck-Gen/Merck@Dey_Labs
Subject: Re: 10/10/03 recap and update information

Hi Hema,
Just following up on emails that had pending issues...was there a package sent to Carmen Chung? I'm
not sure of the time line.
Thanks!
Colleen
----- Forwarded by Colleen Farley/Dey_Labs/Merck-Gen/Merck on 10/27/03 08:22 AM -----

 **Hema Chandranatha**
10/15/03 08:04 AM

To: Anne White/Dey_Labs/Merck-Gen/Merck@Dey_Labs
cc: Colleen Farley/Dey_Labs/Merck-Gen/Merck@Dey_Labs, Janice
Conn/Dey_Labs/Merck-Gen/Merck@Dey_Labs
Subject: Re: 10/10/03 recap and update information

My bad... I am so sorry. I didn't catch those two items. Thanks for pointing them out... See, that's why I
am so glad we are all looking over this kind of stuff. :o)

The Sodium Chloride AWP in the FDB Medicaid Coverage Report matches our AWP Price List..

83003 = $14.50/Carton = .04833/mL
83005 = $14.50/Carton = .02900/mL

Attached is the revised spreadsheet that I will be submitting to Carmen Chung along with the other
documents she requested. I will cc all of you as soon as I get that package ready for her.

Thanks again,
Hema.



Q ACC RPT PROD LST W 90 DAY FCST (09-12-

Anne White

 **Anne White**
10/14/03 04:17 PM

To: Hema Chandranatha/Dey_Labs/Merck-Gen/Merck@Dey_Labs
cc: Colleen Farley/Dey_Labs/Merck-Gen/Merck@Dey_Labs, Janice
Conn/Dey_Labs/Merck-Gen/Merck@Dey_Labs

Highly Confidential



Subject: Re: 10/10/03 recap and update information

Hema,
What is listed for Sodium Chloride...I think both was off by $.50 or so???
Anne

Hema Chandranatha

   Hema Chandranatha          To: Anne White/Dey_Labs/Merck-Gen/Merck@Dey_Labs
                         10/14/03 03:56 PM          cc: Colleen Farley/Dey_Labs/Merck-Gen/Merck@Dey_Labs, Janice
                                                        Conn/Dey_Labs/Merck-Gen/Merck@Dey_Labs
                                                    Subject: Re: 10/10/03 recap and update information

Please disregard the previous message...  In the 2nd paragraph I ment to say Ipratropium  NOT Albuterol
. My apologies...

Hema.

----- Forwarded by Hema Chandranatha/Dey_Labs/Merck-Gen/Merck on 10/14/03 03:54 PM -----

   Hema Chandranatha          To: Anne White/Dey_Labs/Merck-Gen/Merck@Dey_Labs
                         10/14/03 03:53 PM          cc: Colleen Farley/Dey_Labs/Merck-Gen/Merck@Dey_Labs, Janice
                                                        Conn/Dey_Labs/Merck-Gen/Merck@Dey_Labs
                                                    Subject: Re: 10/10/03 recap and update information

Please refer to my comments (in green) under AWP...

Thanks,
Hema.

Anne White

   Anne White                 To: Colleen Farley/Dey_Labs/Merck-Gen/Merck@Dey_Labs, Hema
                         10/14/03 07:46 AM              Chandranatha/Dey_Labs/Merck-Gen/Merck@Dey_Labs, Janice
                                                        Conn/Dey_Labs/Merck-Gen/Merck@Dey_Labs
                                                    cc:
                                                    Subject: 10/10/03 recap and update information

Topics for discussion:
EDI transmission of pricing, AWP/First Data Bank, McKesson chain of command and various other
topics.

EDI- Manuel was unable to attend the meeting, however, it was brought out that McKesson has not been
receiving pricing information via EDI. Apparently the set up for this process was not completed. The
process has now been completed. Contracts believes that this will be the fix to prevent the historical
problems. Rebates and AR will monitor the McKesson detail received each month and will inform
Contracts when effective dates on the detail do not agree with Dey effective dates and changes AR
suggested that Chuck should be made aware of the error and correction

AWP-McKesson receives down-loaded information from First Data Bank on a monthly basis. Suppliers,
such as Dey, cannot access the information on the secured Website However, a report is supplied by
First Data Bank for review.

Highly Confidential                                                    EDEY-LABS-0022218

Contracts : Please clarify on whether this report has been requested by Russ , or is received periodically as a maintenance tool .

Response :
The Contracts Dept . receives a monthly "Medicaid Coverage Report " from First Databank (FDB), which outlines all Dey products and their AWP prices, along with the competitors' products and AWP prices . This report is offered by FDB to the manufacturers that have an account with them      .

The products in the  "Medicaid Coverage Report " are products that Dey has requested FDB to include . After reviewing the  9/29/03 report, I can assure everyone that the price for Ipratropium is being reported correctly by FDB   . Therefore, I am not sure what information Carmen Chung is up-loading from the FDB web site  .

Also, I noticed that although Ipra Nasal is being reported through the web site, it is not showing in this last report .  I will get in touch with FDB to have them print AWP information for Ipra Nasal and Atrovent (our competitor's product ).  These items should be in next month's report   .

McKesson Promotional Management and Accounting      (possible chain of command)

*Generics*
Diane Schmitto/ Lillian Horn      Director Generic Product and Program Management
Cheryl Brinkman      Sr.  Product Manager, Generic RX
Tony Davoren      Program Pricing Manager, Generic RX
Carmen Chung      Program & Pricing Associate Generic Pharmaceuticals

*Brand*
Bob James      Director of Brand Product and Program Management

*Vendor  Accounting*
John Geraci      Controller Promotional Accounting
Rene Herrera
Leonidio Belizario      Collections A-L

Various other topics  :
Cardinal Return Policy letter-      A copy of a Cardinal Return Policy dated August 22, 2003 was received in AR  on October 9, 2003, from Dey Texas. The information is very much like the McKesson Return Policy Letter. Colleen will be in communication with Joe Ruhmel regarding the need for a response to Cardinal as the letter indicates a vendor exception list exists. Update since Friday's meeting: Voice mail was left for Joe Ruhmel- Joe responded with verbiage from the Cardinal"Evergreen " contract regarding return credit 12 months after expiration

Albertson-  Dropship invoices were completed with  reference"Initial Stocking Order " the standard comment regarding 5% credit were not used . The payment terms were changed from 2% 30 Net 31 to 2% 60 Net 61 days.  A letter describing the final agreement was sent out. Accounting is requesting a copy of this letter.

McKesson Unit of Measure:  Briefly discussed the unit of measure issue highlighted at the McKesson Scorecard Meeting in September. Since last Friday's meeting, Manuel has provided an update on communication with Erlinda Thomas, Manager of Business Information Systems. McKesson to provide and answer regarding the proposed solution consistent order quantities of either cases or cartons (eaches). As Dey bills in cartons and ships in case quantities.

McKesson Return Policy:  Update: A voice mail was left for Joe Oberting requesting information on

Highly Confidential      EDEY-LABS-0022219

update of response from Christi Taylor and Mark Boudreau for pending response tot he McKesson Return Policy Letter.  Direction was requested for how to move the process  now that he has assumed his new position.

Respectfully submitted as a DRAFT. Please let me know of any additions, as number of issues were discussed.


Anne White
AR Analyst
800-869-9005 Ext. 4450
707-224-3498 FAX

EDEY-LABS-0022220

| Description | Econo# | Size | TEE | NDC# | AWP | New AWP | WAC | New DC | SF | New SF | SSF | New SSF | 90 Day Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBUTEROL SOL 0.5% DEY 20ML@ | 2773075 | 1 AN | | 49502010501 | 14.99 | | 4.75 | | 3.85 | | 0 | | 9172 |
| METAPROT SOL .6% 2.5ML DEY 25@ | 3614757 | 25 AN | | 49502067603 | 30.75 | | 8.9 | | 7.21 | 7.48 | 0 | | 3441 |
| METAPROT SOL .4% 2.5ML DEY 25@ | 3427804 | 25 AN | | 49502067803 | 30.75 | | 8.9 | | 7.21 | 7.48 | 0 | | 2348 |
| IPRAT I/SOL 0.02% UD DEY 25@ | 1422664 | 25 AN | | 49502068503 | 44 | 44.10 | 9.75 | | 5.92 | | 4.8 | 3.80 | 156683 |
| IPRAT I/SOL 0.02% UD DEY 30@ | 1169572 | 30 AN | | 49502068533 | 52.8 | | 11.7 | | 7.1 | | 6.85 | 4.55 | 14445 |
| IPRAT I/SOL 0.02% UD DEY 60@ | 1423219 | 60 AN | | 49502068560 | 105.6 | | 23.4 | | 14.21 | | 11.51 | 9.20 | 38274 |
| CROMOL SOD 20MG 2ML UD DEY 60@ | 1162569 | 60 AN | | 49502068902 | 42 | | 10.8 | | 8.02 | | 6.94 | | 5805 |
| CROMOL SOD 20MG 2ML UD DEY120@ | 1161603 | 120 AN | | 49502068912 | 84 | | 21.6 | | 16.04 | | 13.88 | | 2549 |
| ALBUTEROL SOL 3ML UD DEY 25@ | 1615160 | 25 AN | | 49502069703 | 30.25 | | 4.5 | | 4.05 | 3.22 | 0 | | 172674 |
| ALBUTEROL SOL 3ML UD DEY 30@ | 1160233 | 30 AN | | 49502069733 | 36.3 | | 5.4 | | 4.86 | 3.86 | 0 | | 15386 |
| ALBUTEROL SOL 3ML UD DEY 60@ | 2442119 | 60 AN | | 49502069760 | 72.6 | | 10.8 | | 9.72 | 7.72 | 0 | | 39981 |
| IPRATRO NAS SOL 0.03% DEY30ML@ | 1725217 | 1 --- | | 49502076530 | 37.5 | 36.00 | 30 | | 15.05 | | 0 | | 538 |
| IPRATRO NAS SOL 0.06% DEY15ML@ | 1725183 | 1 --- | | 49502076615 | 32.19 | 31.00 | 25.75 | | 12.9 | | 0 | | 452 |
| SOD CHL VL 0.9% 3ML DEY 100@ | 1106871 | 100 DESI | | 49502083003 | 14 | 14.50 | 12 | | 9.96 | | 7.27 | | 20942 |
| SOD CHL VL 0.9% 5ML DEY 100@ | 1107853 | 100 DESI | | 49502083005 | 15 | 14.50 | 12 | | 9.96 | | 7.27 | | 10476 |

Highly Confidential

EDEY-LABS-0022221

Data Extract Date
11-Sep-03
11-Sep-03
11-Sep-03
11-Sep-03
11-Sep-03
11-Sep-03
11-Sep-03
11-Sep-03
11-Sep-03
11-Sep-03
11-Sep-03
11-Sep-03
11-Sep-03

Highly Confidential

EDEY-LABS-0022222

# Exhibit 22

 **Hema Chandranatha**
11/12/2003 10:58 AM

To: Chuck Adams/Dey_Labs/Merck-Gen/Merck@Dey_Labs
cc: Russell Johnston/Dey_Labs/Merck-Gen/Merck@Dey_Labs
Subject: Re: McKesson MS/OneStop Generics Product Listing - Dey

Hi Chuck,

I will defer to Russ on this one since there are so many legal issues surrounding AWP.

However, as a reminder, we (the Contracts Dept.) sends WAC & AWP information on all our products to First Databank (FDB). Every month we receive a report from FDB that lists all our products and their AWP. So far (within the last 3 months), I have not found any discrepancies with the prices being reported by FDB in our report, and our published AWP. So I am not sure where the disconnect is.

This was all explained to Carmen Chung the last time we did this exercise (hence my comment to her below). At that time she said that she would take care of it on her end.

So again, I will defer to Russ to advise me on how he would like for me to handle this. As always, I will keep you posted.

Have a great day Chuck! :o)

Hema.


Chuck Adams

 **Chuck Adams**
11/12/03 07:22 AM

To: Hema Chandranatha/Dey_Labs/Merck-Gen/Merck@Dey_Labs,
Russell Johnston/Dey_Labs/Merck-Gen/Merck@Dey_Labs
cc:
Subject: Re: McKesson MS/OneStop Generics Product Listing - Dey

Hema,
Thanks so much for your prompt response to McKesson. Just as a reminder...McKesson gets their AWP price from First Data Bank. If we are concerned about the difference between our AWP and their AWP we should address it with First Data Bank.
Regards,
Chuck Adams
Dey L.P.
800-786-5775 Ext. 5390
Fax 913-422-0358
chuck.adams@dey.com
Hema Chandranatha


 **Hema Chandranatha**
11/11/2003 07:10 PM

To: "Chung, Carmen" <Carmen.Chung@McKesson.com>
cc: Chuck Adams/Dey_Labs/Merck-Gen/Merck@Dey_Labs, Russell Johnston/Dey_Labs/Merck-Gen/Merck@Dey_Labs
Subject: Re: McKesson MS/OneStop Generics Product Listing - Dey

Hi Carmen,

Attached is a revised spreadsheet for your review with revisions noted in blue

Please note that once again AWP prices for Dey's NDC numbers 49502-0685-03, 49502-0785-30, 49502-0786-15, 49502-0830-03 and 49502-0830-05 are still being listed in your spreadsheet incorrectly.

Highly Confidential

EDEY-LABS-0022187

It was my understanding, from our previous communications, and the last time we did this exercise, that this issue was already taken care of at your end.

In addition to the above, there are some column headings that need to be revised on the spreadsheet (columns L, P and Q). The changes correspond with terminology agreed to by McKesson and Dey.

Please let me know if you have any questions, or if I can be of further assistance.

Sincerely,

Hema Chandranatha
Senior Contract Analyst
Dey, L.P.
800/755-5560 ext. 4110
hema.chandranatha@dey.com



Q ACC RPT PROD LST W 90 DAY FCST (11-05·

"Chung, Carmen" <Carmen.Chung@McKesson.com>



"Chung, Carmen "
<Carmen .Chung@McK
esson.com>

11/05/03 06:22 PM

To: "'chuck.adams@dey.com'" <chuck.adams@dey.com>
cc: "'hema.chandranatha@dey.com'" <hema.chandranatha@dey.com>,
"'russell.johnston@dey.com'" <russell.johnston@dey.com>
Subject: McKesson MS/OneStop Generics Product Listing - Dey

Chuck Adams
National Account Manager

Dey, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558

Dear Chuck:

Attached is the current Multisource/OneStop Generics price list and sales forecast.
Please review and return this attachment with comments and corrections as appropriate within 5 days via e-mail to: carmen.chung@mckesson.com

When changing prices, please be sure to provide documentations and refer to the terms in your 'OneStop Generics Agreement' regarding PRICE CHANGE NOTIFICATION.

If there is any questions, please feel free to contact me.

Thank you,
Carmen Chung
Associate Program Manager
Generics Pharmaceuticals
Tel: 415-983-7549

Highly Confidential

Fax: 415-732-2699
<<Q_ACC_RPT_PROD_LST_W_90_DAY_FCST.xls>>



Q ACC RPT PROD LST W 90 DAY FCS

Highly Confidential

EDEY-LABS-0022189

Dey, L.P.
[FILENAME]

| Econo# | Description | Size | TEE | NDC# | AWP | New AWP | WAC | New DC | SF | New SF | DITM SSF Price | New SSF | 90 Day Forecast | Data Extract Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2773075 | ALBUTEROL SOL 0.5% DEY 20ML@ | 1 | AN | 49502010501 | 14.99 | | 4.75 | - | 3.85 | - | 0 | - | 8419 | 05-Nov-03 |
| 3614757 | METAPROT SOL .6% 2.5ML DEY 25@ | 25 | AN | 49502067603 | 30.75 | | 8.9 | - | 7.48 | - | 7.18 | - | 4356 | 05-Nov-03 |
| 3427804 | METAPROT SOL .4% 2.5ML DEY 25@ | 25 | AN | 49502067803 | 30.75 | | 8.9 | - | 7.48 | - | 7.18 | - | 4005 | 05-Nov-03 |
| 1422864 | IPRAT/ISOL 0.02% UD DEY 25@ | 25 | AN | 49502068503 | 44 $ | 44.10 | 9.75 | - | 5.92 | - | 4.8 | - | 155480 | 05-Nov-03 |
| 1169572 | IPRAT/ISOL 0.02% UD DEY 30@ | 30 | AN | 49502068533 | 52.8 | | 11.7 | - | 7.1 | - | 6.85 | - | 11578 | 05-Nov-03 |
| 1423219 | IPRAT/ISOL 0.02% UD DEY 60@ | 60 | AN | 49502068550 | 105.6 | | 23.4 | - | 14.21 | - | 11.51 | - | 42911 | 05-Nov-03 |
| 1162569 | CROMOL SOD 20MG 2ML UD DEY 60@ | 60 | AN | 49502068902 | 42 | | 10.8 | - | 8.02 | - | 6.94 | - | 7136 | 05-Nov-03 |
| 1161603 | CROMOL SOD 20MG 2ML UD DEY120@ | 120 | AN | 49502068912 | 84 | | 21.6 | - | 16.04 | - | 13.88 | - | 2563 | 05-Nov-03 |
| 1615160 | ALBUTEROL SOL 3ML UD DEY 25@ | 25 | AN | 49502069703 | 30.25 | | 4.5 | - | 3.22 | - | 0 | - | 183094 | 05-Nov-03 |
| 1180233 | ALBUTEROL SOL 3ML UD DEY 30@ | 30 | AN | 49502069733 | 36.3 | | 5.4 | - | 3.86 | - | 0 | - | 15526 | 05-Nov-03 |
| 2442119 | ALBUTEROL SOL 3ML UD DEY 60@ | 60 | AN | 49502069760 | 72.6 | | 10.8 | - | 7.72 | - | 0 | - | 41780 | 05-Nov-03 |
| 1725217 | IPRATRO NAS SOL 0.03% DEY30ML@ | 1 | --- | 49502078530 | 37.5 $ | 36.00 | 30 | - | 15.05 | - | 0 | - | 797 | 05-Nov-03 |
| 1725183 | IPRATRO NAS SOL 0.06% DEY15ML@ | 1 | --- | 49502078615 | 32.19 $ | 31.00 | 25.75 | - | 12.9 | - | 0 | - | 770 | 05-Nov-03 |
| 1106871 | SOD CHL VL 0.9% 3ML DEY 100@ | 100 | DESI | 49502083003 | 14 $ | 14.50 | 12 | - | 9.96 | - | 7.27 | - | 21008 | 05-Nov-03 |
| 1107853 | SOD CHL VL 0.9% 5ML DEY 100@ | 100 | DESI | 49502083005 | 15 $ | 14.50 | 12 | - | 9.96 | - | 7.27 | - | 5908 | 05-Nov-03 |

Please note the following corrections to your column headings:

Column L Should Read - DITM SSF Price
Column P Should Read - Unit Rebate
Column Q Should Read - SSF Bid/Contract Price

Highly Confidential

EDEY-LABS-0022190



| Unit<br>Rebate | SSF<br>Bid/Contract<br>Price |
|---|---|
| 0 | $0.00 |
| 0 | $7.18 |
| 0 | $7.18 |
| 1 | $3.80 |
| | $4.55 |
| | $9.20 |
| | $6.94 |
| 2.3 | $13.88 |
| 2.31 | $0.00 |
| 0 | $0.00 |
| 0 | $0.00 |
| 0 | $0.00 |
| 0 | $0.00 |
| 0 | $7.27 |
| 0 | $7.27 |
| 0 | |
| 0 | |
| 0 | |

Highly Confidential

EDEY-LABS-0022191

| Description | Econo# | Size TEE | NDC# | AWP | New AWP | WAC | New DC | SF | New SF | SSF | New SSF | 90 Day Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALBUTEROL SOL 0.5% DEY 20ML@ | 2773075 | 1 AN | 49502010501 | 14.99 | - | 4.75 | - | 3.85 | - | 0 | - | 8419 |
| METAPROT SOL 5% 2.5ML DEY 25@ | 3614757 | 25 AN | 49502067603 | 30.75 | - | 8.9 | - | 7.48 | - | 7.18 | - | 4356 |
| METAPROT SOL 4% 2.5ML DEY 25@ | 3427804 | 25 AN | 49502067603 | 30.75 | - | 8.9 | - | 7.48 | - | 7.18 | - | 4005 |
| IPRAT I/SOL 0.02% UD DEY 25@ | 1422864 | 25 AN | 49502068503 | 44 | - | 9.75 | - | 5.92 | - | 4.8 | - | 155480 |
| IPRAT I/SOL 0.02% UD DEY 30@ | 1169572 | 30 AN | 49502068533 | 52.8 | - | 11.7 | - | 7.1 | - | 6.85 | - | 15578 |
| IPRAT I/SOL 0.02% UD DEY 60@ | 1423219 | 60 AN | 49502068560 | 105.6 | - | 23.4 | - | 14.21 | - | 11.51 | - | 42911 |
| CROMOL SOD 20MG 2ML UD DEY 60@ | 1162569 | 60 AN | 49502068902 | 42 | - | 10.8 | - | 8.02 | - | 6.94 | - | 7136 |
| CROMOL SOD 20MG 2ML UD DEY120@ | 1161603 | 120 AN | 49502068912 | 84 | - | 21.6 | - | 16.04 | - | 13.88 | - | 2563 |
| ALBUTEROL SOL 3ML UD DEY 25@ | 1615160 | 25 AN | 49502069703 | 30.25 | - | 4.5 | - | 3.22 | - | 0 | - | 183094 |
| ALBUTEROL SOL 3ML UD DEY 30@ | 1160233 | 30 AN | 49502069733 | 36.3 | - | 5.4 | - | 3.86 | - | 0 | - | 15528 |
| ALBUTEROL SOL 3ML UD DEY 60@ | 2442119 | 60 AN | 49502069760 | 72.6 | - | 10.8 | - | 7.72 | - | 0 | - | 41780 |
| IPRATRO NAS SOL 0.03% DEY30ML@ | 1725217 | 1 --- | 49502078530 | 37.5 | - | 30 | - | 15.05 | - | 0 | - | 797 |
| IPRATRO NAS SOL 0.06% DEY15ML@ | 1725183 | 1 --- | 49502078615 | 32.19 | - | 25.75 | - | 12.9 | - | 0 | - | 770 |
| SOD CHL VL 0.9% 3ML DEY 100@ | 1106871 | 100 DESI | 49502083003 | 14 | - | 12 | - | 9.96 | - | 7.27 | - | 21008 |
| SOD CHL VL 0.9% 5ML DEY 100@ | 1107853 | 100 DESI | 49502083005 | 15 | - | 12 | - | 9.96 | - | 7.27 | - | 9908 |

EDEY-LABS-0022192



| Data Extract Date | DeadNetVar | DeadNet |
|---|---|---|
| 05-Nov-03 | 0 | $0.00 |
| 05-Nov-03 | 0 | $7.18 |
| 05-Nov-03 | 0 | $7.18 |
| 05-Nov-03 | 0 | $3.80 |
| 05-Nov-03 | 1 | $4.55 |
| 05-Nov-03 | 2.3 | $9.20 |
| 05-Nov-03 | 2.31 | $6.94 |
| 05-Nov-03 | 0 | $13.88 |
| 05-Nov-03 | 0 | $0.00 |
| 05-Nov-03 | 0 | $0.00 |
| 05-Nov-03 | 0 | $0.00 |
| 05-Nov-03 | 0 | $0.00 |
| 05-Nov-03 | 0 | $0.00 |
| 05-Nov-03 | 0 | $7.27 |
| 05-Nov-03 | 0 | $7.27 |

Highly Confidential

EDEY-LABS-0022193

# Exhibit 23

# STRATEGIC PRESENTATION ON AVERAGE WHOLESALE PRICE (AWP)

 

Pharmacia & Upjohn Inc.. - AWP Presentation

## Definition of AWP

◆ Average Wholesale Price (AWP) - An artificial pricing index that is used as a common basis for third-party reimbursement to pharmacists and physicians.

– The difference between the published AWP (less a percentage) and the direct price is the profit margin that drives these classes of trade.

Pharmacia & Upjohn Inc.. - AWP Presentation

2TX*i* 00252

**AWP**
**Highly Confidential**

**CONFIDENTIAL**

1

**PH 025785**

# OBJECTIVE

◆ To provide an open forum to discuss P&U's strategic position on AWP.

◆ To provide alternatives and facts to support the possibility of changing this position.

◆ To decide whether or not a sub-committee should be created to pursue changing P&U's strategic position on AWP.

Pharmacia & Upjohn Inc.. - AWP Presentation

# AWP STRATEGIES

◆ Leave Suggested AWP @ 125% for Majority of Products
   – Allow Market to dictate Variations

◆ Lower AWP on All Products

◆ Vary AWP for all Products

◆ Raise AWP on All Products

Pharmacia & Upjohn Inc.. - AWP Presentation

2TX*i* 00253

AWP
Highly Confidential   CONFIDENTIAL

PH  025786

2

# AWP STRATEGIES
## Current State

◆ Suggested AWP @ 125% for Majority of Products

   – Allow Market to dictate Variations

     ◆ i.e. Vantin, CVC, Genotropin & RESCRIPTOR

   – Variation Requests Presented to U. S. Pricing Committee for Approval

   – Suggested AWP Provided to Price Providers

Pharmacia & Upjohn Inc.. - AWP Presentation

---

# Reimbursement Example
## AWP 120% Vs 125%

Vantin 100mg Bottle of 100

|  | 120% | 125% |
|---|---|---|
| Catalog Price* | 174.91 | 174.91 |
| AWP - 12% | 184.71 | 192.40 |
| 12/96 Acq Price | | |
| to Pharmacists | 178.80 | 178.80 |
| Profit Margin | | |
| to Pharmacist | 5.91  3.3% | 13.60 7.6% |

*Dec 1996 Data

Pharmacia & Upjohn Inc.. - AWP Presentation

2TX*i* 00254

AWP
**Highly Confidential**

CONFIDENTIAL

PH 025787

3



# STRATEGY OPTIONS

| | Maintain Current | Lower AWP | Vary AWP | Raise AWP |
|---|---|---|---|---|
| Multiple AWPs for P&U Products | Yes | No | Yes | No |
| Individual Product Control (Target Market) | Yes | No | Yes | No |
| Favored By Managed Care | Yes/No | Yes | Yes/No | No |
| Favored By Retail Market | Yes/No | No | Yes/No | Yes |
| Ease of Acceptance by Top Wholesalers | Medium | Difficult | Difficult | Easy |

Pharmacia & Upjohn Inc... - AWP Presentation

---

# Customer Breakdown

### Customer

- ◆ Wholesalers
- ◆ Warehousing Retail Chains
- ◆ Non-Warehousing Chains
- ◆ Independent Retailers

Pharmacia & Upjohn Inc... - AWP Presentation

2TX*i* 00255



AWP
Highly Confidential

CONFIDENTIAL

4



PH 025788



**DISCUSSION**
**&**
**GROUP**
**RECOMMENDATION**

Pharmacia & Upjohn Inc.. - AWP Presentation

## Reimbursement Example
## AWP 120% Vs 125%

Micronase 2.5mg Bottle of 100

|  | 120% | 125% |
|---|---|---|
| Catalog Price* | 29.85 | 29.85 |
| AWP - 12% | 31.52 | 32.84 |
| 12/96 Acq Price | | |
| to Pharmacists | 27.60 | 27.60 |
| Profit Margin | | |
| to Pharmacist | 3.92 14.2% | 5.24 19.0% |

*Dec 1996 Data

Pharmacia & Upjohn Inc.. - AWP Presentation

2TX*i* 00256

AWP
Highly Confidential

CONFIDENTIAL

5

PH 025789





2TX*i* 00257

AWP
Highly Confidential

CONFIDENTIAL

PH 025790

6

# AGENDA

- ◆ Overview of AWP - Scott Mayberry
- ◆ HCFA Update - Jeff Anderson
- ◆ Managed Care Issues - Scott Mayberry
- ◆ Position of Retail Market - Steve Barry
- ◆ Strategic Alternatives - Bill Hillmer
- ◆ Discussion
- ◆ Group Recommendation

Pharmacia & Upjohn Inc.. - AWP Presentation

# AWP History

- ◆ Historically, Wholesalers viewed AWP as an actual average selling price to their customers
- ◆ Competition of 1980's led to AWP representing a "Suggested List Price"
- ◆ P&U AWP = 125% of Direct Price (DP)
- ◆ Exceptions being VANTIN, CVC, GENOTROPIN, and RESCRIPTOR = 120% of DP

Pharmacia & Upjohn Inc.. - AWP Presentation

2TX*i* 00258

1

AWP
Highly Confidential

CONFIDENTIAL

PH 025791





# Implementation of AWP

Pharmacia & Upjohn Inc.. - AWP Presentation

# '95 Univ. of Miss. Study

◆ **Goal:**
Determine effect of reducing AWP from 125% to 120% of DP

◆ **50 Independent & Chain Retailers:**
Actively discourage the use of firm's products

◆ **15 Managed Care Organizations:**
Would NOT encourage use of product; "gap" could be alternately covered by rebates

◆ **20 Wholesalers:**
Overall, AWP is irrelevant to their business

Pharmacia & Upjohn Inc.. - AWP Presentation

2TX*i* 00259





**AWP**
**Highly Confidential**

2

CONFIDENTIAL

PH 025792



# AWP Changes - Other Firms

| Company | Action | Result |
|---|---|---|
| Wyeth-Ayerst (1989) | Combined catalogs to the higher AWP of 125% | Retail = + MC = NC |
| Marion Merrel-Dow (1990) | Transferred lower AWP of 120% to combined catalogs (rescinded) | Retail = - MC = NC |
| Geneva Generics (1989) | Increased AWPs on entire line (e.g. 1,000%) while decreasing sales price | Retail = + MC = NC |

Pharmacia & Upjohn Inc.. - AWP Presentation

# Current External Environment

- ◆ '95 Medicare (Part B) outpatient drug bill (I.V./ inhalants/ oncolitics/ nutritionals) of $1.8 billion based primarily on AWP
- ◆ HHS Inspector General (IG) advised (May '96) Medicare to adopt a reimbursement plan similar to Medicaid
- ◆ HCFA Update

Pharmacia & Upjohn Inc.. - AWP Presentation

2TX*i* 00260



**AWP**
**Highly Confidential**

CONFIDENTIAL

PH 025793

# Managed Care Issues

- ◆ Med Groups/IPAs in mature capitated markets (e.g., CA) involved in shared risk agreements w/MCOs
- ◆ **Utilization:**
  Under cap = shared savings
  Over cap = shared cost
- ◆ Cost of pharmaceuticals based on AWP; considered a critical issue by MCOs until full risk is shifted to Med Groups/IPAs

Pharmacia & Upjohn Inc.. - AWP Presentation

**2TX*i* 00261**

**AWP
Highly Confidential**

**CONFIDENTIAL**

4

**PH 025794**



# Exhibit 24

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 |
|  | ) | |
|  | ) | Hon. Patti B. Saris |
|  | ) | |
| THIS DOCUMENT RELATES TO | ) | |
| 01-CV-12257-PBS and 01-CV-339 | ) ) | |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

## DECLARATION OF JULIE-ANN G. TRACY SUBMITTED AS DIRECT TESTIMONY IN CASE-IN-CHIEF OF ASTRAZENECA PHARMACEUTICALS LP IN THE TRIAL OF CLASS 2 AND 3 CLAIMS

I, JULIE-ANN G. TRACY hereby declare:

1. I am a current employee of AstraZeneca Pharmaceuticals LP ("AstraZeneca" or "the Company"), [1] a Delaware corporation with its principal place of business located at 1800 Concord Pike, Wilmington, DE 19850.

2. After working as a Registered Nurse in the Burn Unit of Westchester County Medical Center for five years, I accepted a position as a sales representative at the Company in 1983. I was a sales representative for 18 months and then briefly served as a Regional Operations Supervisor before becoming a District Sales Manager in 1985.

3. In 1993, I became a National Account Manager in the Managed Care Group. During that time, my customers were Managed Care Organizations ("MCOs") including Blue Cross Blue Shield of Massachusetts ("BCBS MA"), Harvard Pilgrim Health Care and its predecessor

---

[1] For the sake of clarity, except where otherwise indicated, I refer to AstraZeneca Pharmaceuticals LP and all predecessor companies as simply "AstraZeneca" or the "Company."

entities, Tufts Associated Health Plan, Fallon, CIGNA, Blue Cross Blue Shield of New

Hampshire, Blue Cross Blue Shield of Maine, Connecticare, and Medco. My position changed

from National Account Manager to Corporate Account Director in 1997. Although some of my

customers changed, I continued to serve MCO customers.

4.  In 1999, I moved to my current position as a National Account Director with

responsibility for selling AstraZeneca products to trade customers such as wholesalers and

retailers in the Northeast.

5.  My testimony in this declaration is based on my personal knowledge and my

experiences with MCOs in Massachusetts during the period from 1993 to 1999.

**Average Wholesale Price**

6.  I believe that I first heard the term Average Wholesale Price or "AWP" in 1983 when

I was a sales representative. I have always understood the term Average Wholesale Price or

"AWP" to be a reference price that is used by the government and private insurers to calculate

reimbursement for pharmaceuticals. I never believed that AWP represented an actual average of

wholesale prices of any drug. In fact, I do not recall any person with whom I have worked at

AstraZeneca indicating that they believed AWP represented or should represent an actual

average of wholesale prices.

7.  I have always understood that AWP bears a mathematical relationship to the

wholesale list price or Wholesale Acquisition Cost (WAC) of a drug.[2] It has always been my

understanding that the WAC of a drug was either 16 2/3% or 20% lower than its AWP, which

translates to a 20 or 25% markup from WAC to get AWP.

---

[2] Our company sometimes used the term Average Wholesale Cost ("AWC") instead of WAC, but for the sake of simplicity, I will use the term WAC.

2

# Exhibit 25

Christopher J. Iacono  HIGHLY CONFIDENTIAL      June 9, 2005
Wilmington, Delaware

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re:  PHARMACEUTICAL          :  MDL DOCKET NO.
                                :  CIVIL ACTION #
INDUSTRY AVERAGE WHOLESALE      :  01CV12257-PBS
                                :
PRICE LITIGATION                :  HIGHLY CONFIDENTIAL


------------------------------------------------------
THIS DOCUMENT RELATES TO:

ALL ACTIONS
------------------------------------------------------

                VOLUME I Pages 1 - 170

                Videotape Deposition of CHRISTOPHER J.

IACONO, taken pursuant to notice at the law offices of

Morris, Nichols, Arsht & Tunnell, 1201 North Market

Street, 18th Floor, Wilmington, Delaware, beginning at

9:27 a.m., on Friday, June 9, 2005, before Julie H.

Parrack, Registered Merit Reporter, Certified Realtime

Reporter and Notary Public, there being present:

                        - - -

cf58cf59-1f7f-4f2f-a4ca-1a7fb431a12f

Christopher J. Iacono  HIGHLY CONFIDENTIAL               June 9, 2005
                    Wilmington, Delaware

---

Page 126

1  were responsible for Zoladex was based upon AWP, a
2  formula based upon AWP?
3         MS. LAWSON: Objection to form. And I also
4  don't think we've ever specified what time period
5  Mr. Iacono was responsible for Zoladex.
6     Q. At any time.
7     A. Yes, it's my understanding that AWP was a, a
8  benchmark in that calculation.
9     Q. Isn't it true that AWP is also a benchmark for
10 calculation of reimbursement from third-party payers?
11        MS. LAWSON: Objection. There are
12 thousands of third-party payers.
13    A. And to what trade?
14    Q. Let's say with respect to Zoladex, I mean
15 Zoladex isn't only --
16    A. No --
17    Q. -- used by people who are on Medicare. So let's
18 say for Zoladex.
19    A. I think we've established that, that it was, AWP
20 was a benchmark for Medicare Part B reimbursement.
21    Q. No, outside of Medicare, I'm talking about
22 people who have prostate cancer and use Zoladex who

---

Page 127

1  aren't eligible for Medicare because they're too young
2  and are privately insured. Isn't the reimbursement
3  formula based upon AWP?
4         MS. LAWSON: If you know.
5         MR. WEXLER: Did you say "no"?
6         MS. LAWSON: No, I said -- no, I said if he
7  knows.
8         MR. WEXLER: Because if you did, I'm
9  putting you under oath.
10        MS. LAWSON: No, no, no, I did not.
11    A. My general understanding is that that was the
12 case. But it represented such a minute percentage in the
13 case of Zoladex in patients that paid either out of
14 pocket or had private insurance to cover that that
15 weren't Medicare eligible given the nature of the disease
16 and the age population involved.
17    Q. You left AstraZeneca four years ago?
18    A. Yes.
19    Q. In that four-year period, have you done any work
20 for them, consulting work?
21    A. Yes, I've done some.
22    Q. How many occasions?

---

Page 128

1     A. It's hard to come up with a number. I wouldn't
2  be --
3     Q. It's that many?
4     A. Well, you know, different, different projects,
5  different groups, yeah. I don't know. Half a dozen to
6  10 maybe, I don't know.
7     Q. What projects?
8     A. Oh, varies. The area of expertise that we
9  provide cover three broad areas: marketing strategy -- I
10 think I testified to this earlier, I believe. Marketing
11 strategy, marketing process, and commercial to marketing
12 skills development.
13        So, for example, we've worked with the,
14 what's known as the AstraZeneca Academy for Business
15 Learning. It's sort of an in-house business school that
16 puts together curriculums and courses to educate an
17 appropriate constituency within the company around, and
18 to help them understand better business skills. Could be
19 marketing strategy, could be segmentation, so on and so
20 forth.
21        Work we've done has more to do with how the
22 courses are being perceived by those who attend, are they

---

Page 129

1  gaining value from it, how they may or may not be
2  applying learnings from it. And basically trying to get
3  some sense of areas that they think they need improvement
4  on or that the academy can provide additional courses on.
5  That's one area that we've worked in.
6     Q. Are you under retainer?
7     A. No.
8     Q. By AstraZeneca?
9     A. No, not at all.
10    Q. Can you approximate how much you've made from
11 AstraZeneca over the four-year period?
12    A. I'd like to think that that's proprietary
13 information to our company.
14    Q. She designated this confidential. It can't go
15 anywhere.
16    A. Okay. Really doesn't amount to a whole lot.
17 Cumulatively maybe perhaps a hundred to 200,000. That
18 would be sort of a range, and that's across, as I said,
19 multiple different kinds of projects, yeah.
20    Q. Is AstraZeneca your largest client?
21    A. It varies from period to period. Sometimes
22 AstraZeneca, there's a fair amount of business, in other

---

33  (Pages 126 to 129)

# Exhibit 26

Dianne C. Ihling                                August 12, 2005
                        New York, NY

Page 1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL Docket No. 01Cv12257-PBS

--------------------------------*

In re:  PHARMACEUTICAL INDUSTRY )

AVERAGE WHOLESALE PRICE          )

LITIGATION                       )

--------------------------------*

THIS DOCUMENT RELATES TO:        )

ALL ACTIONS                      )

--------------------------------*


                    Friday, August 12, 2005

                    New York, New York

                    Time:  9:06 a.m.


            Deposition of DIANNE C. IHLING, held at

        the offices of Hogan & Hartson, LLP, 875 Third

        Avenue, New York, New York, as taken before

        Josephine H. Fassett, a Shorthand Reporter and

        Notary Public of the State of New York.

f8c98175-1e9f-4512-a4fe-50522f548754

Dianne C. Ihling                                    August 12, 2005
New York, NY

---

Page 90

1  whether it was 20 or 25 percent?
2      A    No.
3      Q    How about for Redbook, are you
4  familiar with the markup factor applied by
5  Redbook?
6      A    I always assumed that it was the
7  same but I don't know, I don't know specifically.
8      Q    Okay. And did you at any point in
9  time in your responsibilities as Director of
10 Pricing and Institutional Operations work with the
11 publications on determining that markup factor?
12     A    No, never.
13     Q    How are AWPs used in the industry
14 based on your experience?
15         MR. EDWARDS: Object to the form.
16     Used by who?
17         MR. MATT: Just, you know,
18     industry -- well, strike that, I'll be more
19     specific.
20 BY MR. MATT:
21     Q    Would you agree that during the time
22 you were employed by BMS that governmental and

---

Page 91

1  private payers had adopted an industry practice of
2  using AWPs as a benchmark for determining
3  reimbursement rates?
4          MR. EDWARDS: Object to the form.
5      It assumes facts not in evidence.
6          Go ahead.
7          THE WITNESS: Go ahead?
8          MR. EDWARDS: Yes.
9      A    Okay. During the time that I was
10 employed by Bristol-Myers Squibb and prior to that
11 the figure known as Average Wholesale Price was
12 used as, to my knowledge, as a benchmark when
13 reimbursing when -- sorry -- when people went to
14 the pharmacy to buy their drug product.
15     Q    So you're familiar that Medicare
16 used it as a reimbursement?
17     A    I don't have specific knowledge.
18         MR. EDWARDS: Object.
19     Let's hear the end of the
20     question. You sort of mumbled at the end
21     of your question and I want to make sure
22     I understand the question.

---

Page 92

1          MR. MATT: I didn't finish it.
2  BY MR. MATT:
3      Q    Are you aware that Medicare used it
4  as a reimbursement benchmark in its formula
5  reimbursing for Part B drugs?
6          MR. EDWARDS: Objection.
7      A    I'm vaguely aware of that, I don't
8  have specific knowledge of it.
9      Q    So you're more familiar with the use
10 of AWP to have at the pharmacy level because of
11 your prior experience working at CareMark or, I'm
12 sorry, PCS?
13     A    I am more familiar with the
14 reimbursement constructs of a large PBM.
15     Q    In your experience they were all
16 based on AWP, correct?
17     A    To the best of my recollection.
18         MR. EDWARDS: Objection. Note my
19     objection.
20         Go ahead.
21     Q    To the best of your recollection
22 yes?

---

Page 93

1      A    To the best of my recollection most
2  pharmacy, most PBM formulas are an AWP-based
3  formula.
4      Q    Did you or anyone under your
5  supervision ever conduct a survey of wholesalers
6  in order to determine whether the market factors
7  applied by the publishers to the BMS list prices
8  were accurate in that they reflected the real
9  prices in the marketplace?
10         MR. EDWARDS: Objection. Assumes
11     facts not in evidence.
12         Go ahead.
13     A    I don't believe so.
14     Q    You just don't recall whether that
15 was ever done under your supervision?
16     A    I don't recall and I don't believe
17 that -- I don't believe that was done by anyone in
18 my department.
19     Q    Okay. Is there a particular reason
20 why it was not done?
21     A    I don't -- I mean, the company
22 doesn't set AWP so I --

---

24  (Pages 90 to 93)

f8c98175-1e9f-4512-a4fe-50522f548754

Dianne C. Ihling                                    August 12, 2005
                        New York, NY

---

Page 114

1       A       Customer Contracts and
2  Administration are actually within this
3  group. If you look under Senior Manager Pricing
4  Administration Fran Haymer.
5       Q       Okay.
6       A       Contract and Customer Administration
7  actually exists within this team already. This
8  was fairly early in my tenure in this role and
9  over time I changed the structure of the group and
10 the reporting structures to better align with the
11 functionality.
12      Q       Okay. And could you turn to
13 page 584?
14      A       (Complies.)
15      Q       It's a slide entitled Managed
16 Healthcare Contracting.
17      A       Sorry, wrong one. Okay.
18      Q       And the second bullet down says
19 Contract Agreed Reimbursement Rate with Retailers.
20 There's a dash that says "Generally based on AWP
21 less discount plus a filling fee," would you agree
22 with that statement?

---

Page 115

1       A       The author of this document is
2  indicating that contract reimbursement rates with
3  retailers are generally based on AWP less a
4  discount plus a filling fee. I'm not sure what
5  the intent of the author was, but based on my
6  prior experience, AWP, the general reimbursement
7  with pharmacies is AWP less a discount plus a
8  filling fee.
9       Q       Thanks.
10              And if you turn to the next page.
11      A       (Complies.)
12      Q       It discusses the level of rebates
13 paid reflects a number of factors and there's two
14 bullet points. One says Size of Customer (number
15 of lives), the second one says Level of Control -
16 Ability to impact utilization. My guess is you
17 would agree with that based upon your earlier
18 testimony here today?
19              MR. EDWARDS: Object to the form.
20      Q       Would you agree with that that those
21 two bullets are two factors that influence the
22 level of rebates?

---

Page 116

1       A       The level of rebates paid does
2  reflect a number of factors and these are two of
3  those factors.
4       Q       Okay. I just recognized those
5  factors as something you had discussed earlier
6  this morning and I just wanted to reemphasize it,
7  that's all.
8               MR. EDWARDS: Object to the form.
9       Q       Could you please turn to page 604?
10      A       (Complies.)
11      Q       It's a pricing terminology slide.
12 It contains a description of AWP Average Wholesale
13 Price and I was wondering if you could read that
14 and tell me if you agree or disagree with the way
15 it's defined on this page?
16      A       Bates stamp 01168604 --
17              MR. EDWARDS: Do you want her to
18 read it to herself?
19      Q       You can go ahead and read it into
20 the record.
21      A       Oh, it's whatever.
22      Q       I'm sorry, read this part right

---

Page 117

1  here.
2       A       Out loud or to myself?
3       Q       Go ahead and read it out loud and
4  tell me whether you agree or disagree with it.
5       A       Okay. The document states AWP in
6  parens Average Wholesale Price, closed parens, not
7  an average or a price charged by wholesalers. AWP
8  is set by a third party to be used as a suggested
9  wholesaler selling price. Wholesalers rarely will
10 even consider using this price. It is, however,
11 commonly used by retailers and others who dispense
12 medications as the basis for their pricing
13 decisions. AWP is often used as a surrogate for
14 actual prices when studying prescription pricing
15 trends.
16      Q       Do you agree or disagree with that
17 statement?
18      A       I agree that AWP is set by a third
19 party.
20              I agree that AWP is often used as
21 a surrogate for actual prices when studying
22 prescription pricing trends.

---

30 (Pages 114 to 117)

f8c98175-1e9f-4512-a4fe-50522f548754

Dianne C. Ihling                                    August 12, 2005
New York, NY

---

Page 118

1       I agree that it is commonly used
2   by retailers and others who dispense medications
3   as the basis for their pricing decisions but I
4   don't have enough knowledge to agree to the
5   other statements in this document.
6       Q    Okay.  And which statements are
7   those?
8       A    That it's not an average or a price
9   charged by wholesalers.
10      Q    What about the statement
11  "wholesalers rarely will even consider using this
12  price"?
13      A    I don't know, I don't work for a
14  wholesaler, I don't know exactly what they would
15  consider using or not using.
16      Q    Okay.  Those are all the questions I
17  have on that document.
18      A    Okay.
19      Q    The next one Exhibit Ihling 003 is Bates
20  numbered 00426267 to 268 and it is a Performance
21  Partnership Summary Form for Dianne C. Ihling.
22  Have you seen this before?

---

Page 119

1       A    It looks vaguely familiar.  Yes,
2   I've seen it before.
3       Q    I just have one question about this.
4       Under Roman numeral I Operational
5   Effectiveness there's a bullet point that has
6   AWP next to it and I was wondering if you know
7   what the reference to AWP was?
8       A    I don't recall.
9       Q    Is it something that you would have
10  created or someone else?
11      A    I believe that I may have created
12  the draft of this document and my supervisor at
13  the time would have continued -- would have
14  wordsmithed the document but I don't recall what
15  that AWP reference is in the Operational
16  Effectiveness doc is.
17      Q    Okay.  Could it pertain to the
18  reference to AWP made by those under your
19  supervision?
20      A    I don't know.
21      Q    Okay.  We don't want you to guess.
22      A    I would prefer not to because I

---

Page 120

1   really don't know.
2       Q    Okay.  The next document, Exhibit Ihling 004
3   the court reporter marked as -- actually it's
4   three separate documents.
5       A    Okay.
6       MR. MATT:  And for the record I'm
7   going to read the Bates numbers.
8       The first one is 00337637 to 641.
9       The second one is 00912299 to 315.
10      And the final one is 00912584 to
11  86.
12      MR. EDWARDS:  There's a fourth one
13  in the package you gave me, I don't know
14  if --
15      MR. MATT:  Okay.  Let's go off the
16  record for a moment and see what you have.
17      (Whereupon, off the record.)
18      (Whereupon, resumed.)
19      MR. MATT:  Back on the record.
20      The fourth document in this packet
21  is Bates numbered 00337310 to 315.
22      THE WITNESS:  I'm sorry.  Could the

---

Page 121

1   court reporter read back the Bates numbers
2   because I'm not sure that I caught them
3   all?
4       MR. MATT:  It might be better if I
5   just show you what I got.
6       THE WITNESS:  Okay.
7       MR. MATT:  Off the record.
8       (Whereupon, off the record.)
9       (Whereupon, resumed.)
10      MR. MATT:  Back on the record.
11  BY MR. MATT:
12      Q    First a general question.  Do you
13  recognize any of these documents that comprise
14  Exhibit Ihling 004?
15      MR. EDWARDS:  Let me just note for
16  the outset our objection to the form of the
17  documents.
18      MR. MATT:  Okay.  Because?
19      MR. EDWARDS:  Because you've
20  combined four documents into one exhibit
21  and I'm not sure that's the way these
22  documents existed in the real world.

---

31  (Pages 118 to 121)

f8c98175-1e9f-4512-a4fe-50522f548754