# Exhibit 43



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL No. 1456

CIVIL ACTION:  01-CV-12257-PBS

Judge Patti B. Saris

THIS DOCUMENT RELATES TO
*State of Montana v. American Home Products
Corp., et al.,*
D. Mont. Cause No. CV- 02-09-H-DWM

## PHARMACIA'S ANSWER TO STATE OF MONTANA'S
## SECOND AMENDED COMPLAINT

Defendants Pharmacia Corporation and Pharmacia and Upjohn ("Pharmacia")

hereby respond and answer the State of Montana's Second Amended Complaint (the

"Complaint") as follows:

### Preface

Prior to addressing the specific allegations of the numbered Paragraphs,

Pharmacia states the following general objections and responses to the Complaint as a

whole. The Complaint contains purported quotations from a number of sources, many of

which are unidentified. If any of the quotations originate in documents protected by the

attorney-client privilege, the work-product doctrine or the joint-defense privilege,

Pharmacia reserves the right to assert such privileges, hereby moves to strike such

references and demands return of any such documents that Plaintiff may have in its

possession, custody or control. In answering allegations consisting of quotations, an

1



Pharmacia denies the remaining allegations in Paragraph 1 of the Complaint that pertain
to it.

     2.     Pharmacia admits that it is a manufacturer of pharmaceutical products. To
the extent the allegations of this Paragraph refer to statutory or regulatory programs, the
statutes, regulations and other sources regarding those programs speak for themselves,
and any characterizations thereof are denied. To the extent the allegations in Paragraph 2
of the Complaint are directed to persons, entities or defendants other than Pharmacia,
Pharmacia is without knowledge or information sufficient to form a belief as to the truth
of the allegations and, therefore, denies those allegations. Pharmacia denies the
remaining allegations in Paragraph 2 of the Complaint that pertain to it.

     3.     The allegations in Paragraph 3 contain Plaintiff's generalizations and self-
serving conclusions. Accordingly, no answer is required and none is made. To the extent
an answer is deemed to be required, the allegations are denied and strict proof is
demanded thereof.

     4.     The allegations in Paragraph 4 contain Plaintiff's generalizations and self-
serving conclusions. Accordingly, no answer is required and none is made. To the extent
an answer is deemed to be required, the allegations are denied and strict proof is
demanded thereof.

     5.     Pharmacia admits that some public drug reimbursement systems reimburse
physicians and pharmacies based upon the AWP as published and reported by various
compendia. Pharmacia is without sufficient knowledge or information sufficient to form
a belief as to the truth of the allegations regarding private drug reimbursement and,



therefore, denies those allegations.  Pharmacia denies the remaining allegations in Paragraph 5 of the Complaint that pertain to it.

      6.     Denied.

      7.     Pharmacia denies the existence of, and its participation in, any "AWP Inflation Scheme" as alleged in Paragraph 7 of the Complaint.  To the extent the allegations in Paragraph 7 of the Complaint refer to the knowledge, conduct or actions of persons, entities or defendants other than Pharmacia, Pharmacia is without knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, denies those allegations.  To the extent the allegations of Paragraph 7 contain legal arguments or conclusions of law, no answer is required and none is made.  Pharmacia denies the remaining allegations in Paragraph 7 of the Complaint that pertain to it.

      8.     Denied  To the extent the allegations in Paragraph 8 of the Complaint refer to the knowledge, conduct or actions of persons, entities or defendants other than Pharmacia, Pharmacia is without knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, denies those allegations.

      9.     Denied.  To the extent the allegations in Paragraph 9 of the Complaint refer to the knowledge, conduct or actions of persons, entities or defendants other than Pharmacia, Pharmacia is without knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, denies those allegations.

      10.     Denied.  To the extent the allegations in Paragraph 10 of the Complaint refer to the knowledge, conduct or actions of persons, entities or defendants other than Pharmacia, Pharmacia is without knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, denies those allegations.

# Exhibit 44

## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL No. 1456

CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO
*State of Montana v. American Home
Products Corp., et al.,*
D. Mont. Cause No. CV-02-09-H-DWM

Judge Patti B. Saris

## SICOR ANSWER TO
## STATE OF MONTANA'S AMENDED COMPLAINT

Defendant Sicor, Inc. and Sicor Pharmaceuticals, Inc. ("Sicor") hereby responds and

answers State of Montana's Second Amended Complaint (the "Complaint") as follows:

### Preface

Prior to addressing the specific allegations of the numbered Paragraphs, Sicor states the

following general objections and responses to the Complaint as a whole. The Complaint contains

purported quotations from a number of sources, many of which are unidentified. If any of the

quotations originate in documents protected by the attorney client privilege, the work-product

doctrine or the joint-defense privilege, Sicor reserves the right to assert such privileges, hereby

moves to strike such references and demands return of any such documents that Plaintiff may

have in its possession, custody or control. In answering allegations consisting of quotations, an

admission that the material quoted was contained in a document or was uttered by the person or

entity does not constitute an admission that the substantive content of the quote is or is not true

or that the material is relevant or admissible in this action.

The Complaint also improperly and repetitively refers to Sicor and certain other

defendants and third parties on a collective basis, failing to plead with requisite particularity

Complaint are directed to persons, entities or defendants other than Sicor, Sicor is without knowledge or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

3.   The allegations in Paragraph 3 contain Plaintiff's generalizations and conclusions. Accordingly, no answer is required and none is made. To the extent an answer is necessary, the allegations are denied and strict proof is demanded thereof.

4.   The allegations in Paragraph 4 contain Plaintiff's generalizations and conclusions. Accordingly, no answer is required and none is made. To the extent an answer is necessary, the allegations are denied and strict proof is demanded thereof.

5.   Sicor admits that some public drug reimbursement systems reimburse physicians and pharmacies based upon the AWP as published and reported by various compendia. Sicor is without sufficient knowledge or information sufficient to form a belief as to the truth of the allegations regarding private drug reimbursement and, therefore, denies those allegations. Sicor denies the remaining allegations in Paragraph 5 of the Complaint that pertain to it.

6.   Sicor admits that it has provided pricing information to various compendia. Sicor denies the existence of, and its participation in, any "AWP Inflation Scheme" as alleged in Paragraph 6 of the Complaint. To the extent the allegations in Paragraph 6 of the Complaint refer to the knowledge, conduct or actions of persons, entities or defendants other than Sicor, Sicor is without knowledge or information sufficient to form a belief as to the truth of those allegations and, therefore, denies those allegations. To the extent the allegations of Paragraph 6 contain legal arguments or conclusions of law, no answer is required and none is made. Sicor denies the remaining allegations in Paragraph 6 of the Complaint that pertain to it.

- 3 -

# Exhibit 45

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

## Alaska

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology<br>AK |
|---|---|---|---|---|
| Medicare — Part B<br>Blue Cross Blue Shield of North Dakota<br>Fargo ND | Injectable covered for labeled indications incident to physician services effective #1/1/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, S0799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04419

AV-AAA-005243

CONFIDENTIAL

Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

| Payer Type / Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Alabama** | | | | AL |
| State MA — Medicaid | | | | |
| Medicaid | Both formulations covered effective 11/25/97 | Review Complete | Code for Injectable being confirmed; Pharmacies use NDC | Physician for injection being confirmed; Pharmacy reimbursed WAC plus 9.2% and $5.40 dispensing fee |
| Montgomery AL | | | | |

Please note for Medicare Part B and Medicaid State Plans: Coverage of benefits for Anzemet Claims for Anzemet Injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet Injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04420

AV-AAA-005244

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program

## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

AR

### Arkansas

| Payer Type Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Medicare — Part B** Arkansas Blue Cross Blue Shield Little Rock AR | Injectable covered for labeled indications incident to physician services effective 8/11/97 | Carrier review complete; Claims for injectable subject to individual consideration until regional HCPCS code assignment | Injectable use J3490. Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| **State MA — Medicaid** Medicaid Little Rock AR | Both Formulations covered for labeled indications effective 10/29/97 | Review complete | Physicians use J3490; Pharmacies use NDC | Physicians reimbursed AWP; Pharmacy reimbursed AWP less 10.5% plus dispensing |

Please note for Medicare Part B and Medicaid State Plans: Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

AP04421

AV-AAA-005245

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

Anzemet Coverage Introduction Program
Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

AZ

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Arizona** | | | | |
| Medicare — Part B<br>Blue Cross Blue Shield of<br>North Dakota<br>Fargo ND | Injectable covered for labeled<br>indications incident to physician<br>services effective 9/1/97 | Carrier review complete; Claims<br>for injectable subject to individual<br>consideration until national<br>HCPCS code assignment | Injectable use J3490. Carrier<br>accepts electronic filing of<br>miscellaneous code claims with<br>drug name, strength, dosage<br>noted in comments; however,<br>CRC strongly recommends paper<br>filing with this carrier with<br>package insert to facilitate drug<br>recognition | National policy for all Part B<br>carriers: allowance based on<br>100% of published AWP until<br>1/1/99 when allowance based on<br>95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90780) must also include the
name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared December 8, 1997

AP04422

AV-AAA-005246

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State
This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| | | | | CA |
| **California** | | | | |
| Medicare — Part B<br>Transamerica Occidental<br>Life Insurance Co.<br>Los Angeles CA | Injectable covered for labeled indications incident to physician services effective 9/11/97 | Carrier review in process, subjects all injectables to local policy development. Claims for Injectable subject to individual consideration until national HCPCS code assignment. | Injectable use, J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage incident in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/99 when allowance based on 95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

AP04423

AV-AAA-005247

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| | | | | **CO** |
| **Colorado** | | | | |
| Medicare — Part B<br>Blue Cross Blue Shield of North Dakota<br>Fargo ND | Injectable covered for labeled indications incident to physician services effective 5/1/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490. Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers; allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| State MA — Medicaid<br>Medicaid<br>Denver CO | Both formulations covered for labeled indications effective 1/1/1997. | None scheduled | Physicians: to be verified; Pharmacies use NDC | To be verified |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04424

AV-AAA-005248

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program

## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

### Connecticut    CT

| Payer Type Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Medicare — Part B** United HealthCare, Incorporated East Hartford CT | Injectable covered for Injected Indications incident to physician services effective 8/11/97 | Carrier review in process; subjects all injectables to local policy development; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CIGO strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers; allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| **State MA — Medicaid** Medicaid Hartford CT | Both formulations covered for labeled indications effective 11/2/97 | Review complete | Physicians use J3490, Pharmacies use NDC | Physicians and pharmacy reimbursed AWP less 12% |

Please note to Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 92799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997    Page 7 of 50

AP04425

AV-AAA-005249

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

## Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Included activity through December 8, 1997

DC

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **District of Columbia** | | | | |
| Medicare — Part B<br>Xact Medicare Services<br>Camp Hill PA | Injectable covered for labeled indications incident to physician services effective 8/1/97 | Carrier review complete; Claims for Injectable subject to Individual consideration until national HCPCS code assignment | Injectable use 90799. Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC recommends paper filing for improved carrier processing accuracy | National policy for all Part B carriers; allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| State MA — Medicaid<br>Medicaid<br>Washington DC | Both formulations covered for labeled indications effective 10/28/97 | Review Complete; State limits pharmacy benefit to self-administered only as injectable only covered as physician medical service | Physician use J3490;<br>Pharmacists use NDC | Physicians reimbursed AWP;<br>Pharmacists reimbursed AWP less 10% plus dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

Page 6 of 50

AP04426

AV-AAA-005250

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program

## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Include activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| | | | | DE |

### Delaware

| **Medicare — Part B**<br>Xact Medicare Services<br>Camp Hill PA | Injectable covered for labeled indications incident to physician services effective 8/11/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use 90779, Carrier accepts electronic filing of miscellaneous code claims with miscellaneous code; however, noted in comments; however, drug name, strength, dosage noted in comments paper filing for improved carrier processing accuracy | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| **State MA — Medicaid**<br>Medicaid<br>New Castle DE | Both formulations covered for labeled indications effective 11/14/97 | Review complete | Physicians use J3490; Pharmacists use NDC | To be confirmed |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490; 90780) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

AP04427

AV-AAA-005251

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

## Anzemet Coverage Introduction Program
### Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

**FL**

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Florida** | | | | |
| Medicare — Part B<br>Blue Cross Blue Shield of Florida<br>Jacksonville FL | Injectable covered for labeled indications incident to physician service effective 9/1/97 | Carrier review in process, subjects all injectables to local policy development; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on carriers' published AWP until 1/1/98 when allowance based on 95% of published AWP |
| State MA — Medicaid<br>Medicaid<br>Tallahassee FL | Both formulations covered for labeled indications effective 11/8/97 | None scheduled | Physicians use 90765; Pharmacists use NDC | Physicians: to be confirmed; Pharmacy reimbursed WAC plus 7% plus $4.23 dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage information should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable that using a miscellaneous code (e.g., J3490, 90799) must also include the strength, and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

Prepared: December 8, 1997                                    © 1997 Comprehensive Reimbursement Consultants, Inc.

Page 10 of 50

AP04428

AV-AAA-005252

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| | | | | GA |
| **Georgia** | | | | |
| Medicare — Part B<br>Cahaba Government Benefit<br>Administrators<br>Birmingham AL | Injectable covered for labeled indications incident to physician services effective 9/1/97 | Carrier review in process, subjects all injectables to local policy development; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490. Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| State MA — Medicaid<br>Medicaid<br>Atlanta GA | Both formulations covered for labeled indications effective 11/24/97 | Review complete | Prior auth must be obtained; Physicians use J3490; Pharmacies use NOC | Physicians and pharmacy reimbursed AWP less 10% plus $4.41 dispensing; Physician administration fee not covered |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g. J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

Prepared: December 8, 1997 ................ © 1997 Comprehensive Reimbursement Consultants, Inc.

AP04429

AV-AAA-005253

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

## Anzemet Coverage Introduction Program
### Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Hawaii** | | | | HI |
| Medicare — Part B<br>Blue Cross Blue Shield of<br>North Dakota<br>Fargo ND | Injectable covered for labeled<br>indications incident to physician<br>services effective 9/1/1997 | Carrier review complete; Claims<br>for injectable subject to individual<br>consideration until national<br>HCPCS code assignment | Injectable use J3490, Carrier<br>accepts electronic filing of<br>miscellaneous code claims with<br>drug name, strength, dosage<br>noted in comments; however,<br>CRC strongly recommends paper<br>filing with this carrier with<br>package insert to facilitate drug<br>recognition | National policy for all Part B<br>carriers; allowance based on<br>100% of published AWP until<br>11/1/98 when allowance based on<br>95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

AP04430

AV-AAA-005254

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and<br>Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Iowa** | | | | IA |
| State MA — Medicaid<br>Medicaid<br>Des Moines IA | Both formulations covered for<br>labelled indications effective<br>10/29/97 | Review complete | Physicians use J3490;<br>Pharmacies use NDC | Physicians reimbursed AWP less<br>10% plus administrative fee;<br>Pharmacy reimbursed AWP less<br>10.% plus dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

Page 13 of 50

AP04431

AV-AAA-005255

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

Anzemet Coverage Introduction Program
Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| | | | | ID |
| **Idaho** | | | | |
| Medicare — Part B<br>Connecticut General Life Insurance Company<br>Hartford CT | Injectable covered for labeled indications incident to physician services effective 9/11/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable: use J3490. Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CHG strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

Page 14 of 50

AP04432

AV-AAA-005256

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

Anzemet Coverage Introduction Program
Reimbursement Information by State

This report provides a plan (description of coverage information, grouped by state.
Includes activity through December 8, 1997

| Payer Type Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Illinois** | | | | IL |
| **Medicare — Part B** Health Care Service Corporation Chicago IL | Injectable covered for labeled indications incident to physician services effective 9/1/97 | Carrier review in process, authjnda all injectables to local policy development; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers; allowance based on 100% of published AWP until 1/1/98 when allowance based on 85% of published AWP |
| **State N/A — Medicaid** Medicaid Springfield IL | Both formulations can be covered with prior authorization until formulary determination made | State formulary review required, presentation to Drug & Therapeutics Committee in process by HMR | Code for physician billing of injection to be confirmed; for tablets, physicians and pharmacists contact 800 PA line with diagnosis, dosage, NDC | Physicians reimbursed acquisition plus 20%; pharmacy reimbursed AWP less 10% plus dispensing |

**Please note for Medicare Part B and Medicaid State Plans:**
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

Page 15 of 50

AP04433

AV-AAA-005257

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

| Payer Type Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Indiana** | | | | **IN** |
| State MA — Medicaid Medicaid Indianapolis IN | Both formulations covered for labeled indications effective 10/29/97 | Review complete | Physicians use J3490; Pharmacists use NDC | Physicians to be confirmed; Pharmacy reimbursed AWP less 10% plus dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04434

AV-AAA-005258

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 5, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| | | | | **KS** |
| **Kansas** | | | | |
| **Medicare — Part B**<br>Blue Cross Blue Shield of Kansas<br>Topeka KS | Injectable covered for labeled indications incident to physician services effective 9/11/97 | Carrier review in process, subjects all injectables to local policy development; Claims for injectables subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers allowance based on 100% of published AWP until 1/1/98 when allowance based on 85% of published AWP |
| **State MA — Medicaid**<br>Medicaid<br>Topeka KS | Each formulations covered for labeled indications effective 10/29/97 | Review complete | Physicians use J3490; Pharmacists use NDC | Physicians reimbursed AWP less 10% plus $1-2; Pharmacy reimbursed AWP less 10% plus dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

Page 17 of 50

AP04435

AV-AAA-005259

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Included activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| | | | | KY |

## Kentucky

| Medicare — Part B<br>Administrar of Kentucky, Inc.,<br>Indianapolis IN | Injectable covered for labeled indications incident to physician services effective 6/11/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490. Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRIC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers; allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits or payment. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

· Page 15 of 50

AP04436

AV-AAA-005260

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

## Anzemet Coverage Introduction Program
### Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

**Louisiana** — LA

| Payor Type / Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Medicare — Part B** Arkansas BCBS-Louisiana Medicare Operations Little Rock AR | Injectable covered for labeled indications incident to physician services effective 6/1/1997 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRICO strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers; allowance based on 100% of published AWP until 11/98 when allowance based on 95% of published AWP |
| **State MA — Medicaid** Medicaid Baton Rouge LA | Tablet covered for labeled indications effective 11/10/97; Injectable being confirmed | Tablet review complete | Physician code for injectable being confirmed; pharmacies use NDC | Physician reimbursement to be confirmed; Pharmacy reimbursed AWP less 10.5% plus dispensing |

Please refer to Medicare Part B and Medicaid State Plans;
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

Page 19 of 50

AP04437

AV-AAA-005261

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program

## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and<br>Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Massachusetts** | | | | MA |
| State MA — Medicaid<br>Medicaid<br>Boston MA | Both formulations covered for<br>labeled indications effective<br>10/28/97 | Review complete | Physicians use J3490 and<br>invoice; Pharmacies use NDC<br>and invoice | Physicians reimbursed<br>acquisition; Pharmacy<br>reimbursed WAC plus 10% plus<br>$3 dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable that using a miscellaneous code (e.g., J3490, 90799) must also include the
name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

Prepared December 8, 1997

© 1997 Comprehensive Reimbursement Consultants, Inc.

AP04438

AV-AAA-005262

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 6, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Maryland** | | | | **MD** |
| **Medicare — Part B**<br>Blue Cross Blue Shield of Texas/Trailblazer<br>Dallas TX | Injectable covered for labeled indications incident to physician services effective 9/11/97 | Carrier review in process, subjects all injectables to local policy development Claims for injectable subject to individual consideration until national HCPCS code assignment. | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper package insert to facilitate drug filing with this carrier with recognition | National policy for all Part B carriers; allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| **Medicare — Part B**<br>Xpol Medicare Services<br>Camp Hill PA | Injectable covered for labeled indications incident to physician services effective 9/11/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use 90799, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC recommends paper filing for improved carrier processing accuracy | National policy for all Part B carriers; allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| **State MA — Medicaid**<br>Medicaid<br>Baltimore MD | Both formulations covered for labeled indications effective 1/1/97 | None scheduled | Physicians use code Y5599 for injectable and invoice; Pharmacies use NDC | Physicians and pharmacy reimbursed WAC plus 10% |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 6, 1997

AP04439

AV-AAA-005263

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and<br>Claims Information | Payment Methodology |
|---|---|---|---|---|

## Maine
ME

| State MA — Medicaid<br>Medicaid<br>Augusta ME | Both formulations covered<br>effective 10/28/97 | Review complete | Physician use J3490 for<br>Injectable with invoice;<br>Pharmacies use NDC and invoice | Physician reimbursed acquisition;<br>Pharmacy reimbursed AWP less<br>10% |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

Prepared: December 8, 1997

© 1997 Comprehensive Reimbursement Consultants, Inc.

AP04440

AV-AAA-005264

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information. | Payment Methodology |
|---|---|---|---|---|
| | | | | MI |
| **Michigan** | | | | |
| Medicare — Part B<br>Health Care Service Corporation<br>Chicago, IL | Injectable covered for labeled indications incident to physician services effective 9/11/97 | Carrier review in process, subjects all injectables to local policy development; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRIC strongly recommends paper filing with this carrier with package intent to facilitate drug recognition | National policy for all Part B carriers; allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| State MA — Medicaid<br>Medicaid<br>Lansing MI | Both formulations covered for labeled indications effective 12/1/97 | Review complete | Physicians use J3490 with invoice; Pharmacies use NDC | Physicians reimbursed acquisition; Pharmacy reimbursed AWP less 13.5% plus dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzamet. Claims for Anzamet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

Prepared December 8, 1997

© 1997 Comprehensive Reimbursement Consultants, Inc.

AP04441

AV-AAA-005265

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

Anzemet Coverage Introduction Program
Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

| Payer Type Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Minnesota** | | | | **MN** |
| State MA — Medicaid Medicaid St. Paul MN | Both formulations covered for labeled indications effective 10/26/97 | None scheduled | Physicians use J3490; Pharmacies use NDC | Physicians reimbursed AWP plus $1.50 administrative fee; Pharmacy reimbursed AWP less 10% plus $3.65 dispensing |

Please note for Medicare Part B and Medicaid State Plans: Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04442

AV-AAA-005266

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

## Anzemet Coverage Introduction Program
### Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

## Missouri

MO

| Payer Type Plan Type, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Medicare — Part B** Blue Cross Blue Shield of Kansas Topeka KS | Injectable covered for labeled indications incident to physician services effective 8/1/97 | Carrier review in process; subjects all injectables to local policy development; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490; Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| **State MA — Medicaid** Medicaid Jefferson City MO | Both formulations covered for labeled indications effective 10/28/97 | None scheduled | Physicians use J3490; Pharmacies use NDC | Physicians reimbursed AWP plus $3.50; Pharmacy reimbursed AWP less 10.43% plus $4.09 dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

AP04443

AV-AAA-005267

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

## Anzemet Coverage Introduction Program
### Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

**MS**

### Mississippi

| Payer Type Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| State MA — Medicaid Medicaid Jackson MS | Both formulations covered for labeled indications effective 11/10/97 | None scheduled | Physicians use J3490; Pharmacies use NDC | Physicians: to be confirmed; Pharmacy reimbursed AWP less 10% plus $4.91 dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet Injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04444

AV-AAA-005268

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997.

| Payer Type · Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **North Carolina** | | | | NC |
| Medicare — Part B<br>Connecticut General Life Insurance Company<br>Hartford CT | Injectable covered for labeled indications incident to physician services effective 8/1/97 | Carrier review in process; subjects all injectables to local policy development; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers; allowance based on 100% of published AWP until 11/1/98 when allowance based on 95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

Page 27 of 50

AP04445

AV-AAA-005269

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

Anzemet Coverage Introduction Program
Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 6, 1997

| Payer Type Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **North Dakota** | | | | ND |
| Medicare — Part B Blue Cross Blue Shield of North Dakota Fargo ND | Injectable covered for labeled indications incident to physician services effective 9/11/87 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 85% of published AWP |
| State MA — Medicaid Medicaid Bismark ND | Both formulations covered for labeled indications effective 10/28/97 | None scheduled | Physicians use J3490; Pharmacies use NDC | Physicians reimbursed AWP less 10% less $5 administrative fee; Pharmacy reimbursed AWP less 10.5% plus $4.50 dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, S0789) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04446

AV-AAA-005270

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Arizemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

**NE**

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Nebraska** | | | | |
| **Medicare — Part B**<br>Blue Cross Blue Shield of Kansas<br>Topeka KS | Injectable covered for labeled indications incident to physician services effective 9/1/97 | Carrier review in process; subjects all injectables to local policy development; Carrier for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490; Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper package insert to facilitate drug recognition | National policy for all Part B carriers; allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| **State MA — Medicaid**<br>Medicaid<br>Lincoln NE | Both formulations covered for labeled indications effective 10/29/97 | None scheduled | Physicians use J3490 and invoice; Pharmacists use NDC | Physicians reimbursed acquisition; Pharmacy reimbursed AWP less 8.71% plus dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet Injectable filed using a miscellaneous code (e.g., J3490, 90789) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

Prepared December 8, 1997                    © 1997 Comprehensive Reimbursement Consultants, Inc.                    Page 29 of 50

AP04447

AV-AAA-005271

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

## Anzemet Coverage Introduction Program

### Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 1, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and<br>Claims Information | Payment Methodology |
|---|---|---|---|---|
| **New Hampshire** | | | | **NH** |
| State MA — Medicaid<br>Medicaid<br>Concord NH | Both formulations covered for<br>labeled indications effective<br>10/28/97 | None scheduled | Physicians use J3490;<br>Pharmacies use NDC | To be confirmed |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, J9799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04448

Prepared: December 8, 1997

© 1997 Comprehensive Reimbursement Consultants, Inc.

Page 30 of 50

AV-AAA-005272

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **New Jersey** | | | | NJ |
| Medicare — Part B<br>Xact Medicare Services<br>Camp Hill PA | Injectable covered for labeled indications incident to physician services effective 9/11/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use 90799; Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC recommends paper filing for improved carrier processing accuracy | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| **State MA — Medicaid**<br>Medicaid<br>Trenton NJ | Both formulations covered through pharmacy benefit effective 11/14/97 | None scheduled; Plan doesn't accept miscellaneous J codes so no mechanism for physician claims filing for injection until national HCPCS code assignment; physicians routinely refer to pharmacy until national code assigned | Pharmacy use NDC | Pharmacy reimbursed AWP less 0-5% plus dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet Injectable. Claims for Anzemet Injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

Page 31 of 50

AP04449

AV-AAA-005273

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

## Anzemet Coverage Introduction Program
### Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state. Include activity through December 6, 1997

**New Mexico**

NM

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| State MA — Medicaid<br>Medicaid<br>Santa Fe NM | Both formulations covered for labeled indications effective 10/22/97 | Review complete | Physicians use J3490 and Invoice; Pharmacies use NDC | Physicians reimbursed acquisition; Pharmacy reimbursed AWP less 12.5%. |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

Prepared: December 6, 1997

© 1997 Comprehensive Reimbursement Consultants, Inc.

AP04450

AV-AAA-005274

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Nevada** | | | | NV |
| **Medicare — Part B** | | | | |
| Blue Cross Blue Shield of North Dakota<br>Fargo ND | Injectable covered for labeled indications incident to physician services effective 9/11/97 | Carrier review complete. Claims for injectable subject to individual consideration until national HCPCS code assignment. | Injectable: use J3480. Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition. | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage information listed should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3480, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04451

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

Page 33 of 50

AV-AAA-005275

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program

## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology<br>NY |
|---|---|---|---|---|
| **New York** | | | | |
| Medicare — Part B<br>Blue Shield of Western New York<br>Binghamton NY | Injectable covered for labeled indications incident to physician services effective 8/1/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| Medicare — Part B<br>Empire Medicare Services<br>New York NY | Injectable covered for labeled indications incident to physician services effective 9/1/97 | Carrier review in process; subjects all injectables to local policy development; Claims for injectables subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 85% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04452

AV-AAA-005276

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997.

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Ohio** | | | | **OH** |
| Medicare — Part B<br>Nationwide Mutual Insurance Company<br>Columbus OH | Injectable covered for labeled indications incident to physician services effective 9/1/97 | Carrier review in process, subjects all injectables to local policy development; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J5490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage coded in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| State MA — Medicaid<br>Medicaid<br>Columbus OH | Both formulations covered for labeled indications effective 10/25/97 | State formulary review required, presentation to Drug & Therapeutics Committee in process by HMR | Physicians use 90799 with NDC; Pharmacists need prior auth and use NDC | Physicians reimbursed AWP plus $2 administration; Pharmacy reimbursed AWP less 7.5% plus dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04453

AV-AAA-005277

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program

## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

| Payer Type Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|

## Oklahoma

**OK**

| | | | | |
|---|---|---|---|---|
| State MA — Medicaid Medicaid Oklahoma City OK | Both formulations covered effective 11/24/97 | Review complete | Physician for injection being confirmed; Pharmacy use NDC | Physician for injection being confirmed; Pharmacy reimbursed AWP less 10.5% plus $4.15 dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04454

AV-AAA-005278

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Oregon** | | | | OR |
| Medicare — Part B<br>Blue Cross Blue Shield of North Dakota<br>Fargo ND | Injectable covered for labeled indications incident to physician services effective 9/1/97 | Carrier review considers Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g. J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

Page 37 of 50

AP04455

AV-AAA-005279

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

Anzemet Coverage Introduction Program

Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Include activity through December 8, 1997

PA

## Pennsylvania

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| Medicare — Part B<br>Xact Medicare Services<br>Camp Hill PA | Injectable covered for labeled indications incident to physician services effective 9/1/97. | Carrier review complete; Claims for injectables subject to individual consideration until national HCPCS code assignment | Injectable use 90799; Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC recommends paper filing for improved carrier processing accuracy | National policy for all Part B carriers: allowance based on 100% of published AWP until 11/1/98 when allowance based on 95% of published AWP |
| State MA — Medicaid<br>Medicaid<br>Harrisburg PA | Both formulations covered for labeled indications effective 10/28/97 | None scheduled | Physicians use J3490; Pharmacies use NDC | Physicians reimbursed AWP less 14%; Pharmacy reimbursed AWP less 10% |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04456

AV-AAA-005280

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Amerinet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 5, 1997

RI

| Payer Type Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Rhode Island** | | | | |
| Medicare — Part B Blue Cross Blue Shield of Rhode Island Providence RI | Injectable covered for labeled indications incident to physician services effective 9/11/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable uses J9999; Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| **State MA — Medicaid** | | | | |
| Medicaid Cranston RI | Both formulations covered for labeled indications effective 10/28/97 | Review Complete | Physicians use J3490, reference NDC; Pharmacies use NDC | Physicians reimbursed AWP; Pharmacies reimbursed WAC plus 10% plus dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Amerinet. Claims for Amerinet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Amerinet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

AP04457

AV-AAA-005281

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

## Anzemet Coverage Introduction Program
### Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

**SC**

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **South Carolina** | | | | |
| Medicare — Part B<br>Blue Cross Blue Shield of South Carolina<br>Columbia SC | Injectable covered for labeled indications incident to physician services effective 9/1/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage and indicated in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04458

AV-AAA-005282

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

Anzemet Coverage Introduction Program
Reimbursement Information by State

The report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 6, 1997

## South Dakota

SD

| Payer Type Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Medicare — Part B** Blue Cross Blue Shield of North Dakota Fargo ND | Injectable covered for labeled indications incident to physician services effective 9/11/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490. Carrier accepts electronic filing of miscellaneous code claims with drug (name, strength, dosage noted in comments; however, CRC strongly recommends paper package insert to facilitate drug filing with this carrier with recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| **State MA — Medicaid** Medicaid Plans SD | Both formulations covered for labeled indications effective 10/29/97 | Review Complete | Physicians use J3490 for injection; Pharmacies use NDC | Physicians reimbursed AWP; Pharmacies reimbursed AWP less 10.5% plus $4.75 dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

AP04459

AV-AAA-005283

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program

## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Tennessee** | | | | TN |
| **Medicare — Part B**<br>Connecticut General Life<br>Insurance Company<br>Hartford CT | Injectable covered for labeled indications incident to physician services effective 8/1/1997 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CHC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowances based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet Injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

AP04460

AV-AAA-005284

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

## Anzemet Coverage Introduction Program
### Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **TX88** | | | | **TX** |
| **Medicare — Part B**<br>Blue Cross Blue Shield of Texas<br>Dallas TX | Injectable covered for labeled indications incident to physician services effective 9/1/97 | Carrier review in process, subjects all injectables to local policy development. Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490. Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| **State MA — Medicaid**<br>Medicaid<br>Austin TX | Both formulations covered for labeled indications effective 11/14/97 | Review Complete; Texas Vendor Drug Program covers tablets under pharmacy benefit and injectable in nursing home or home health; MAU covers injectable administered by physician in office/clinic | Physicians file injectable using J3490; Pharmacies use NDC | Physicians and Pharmacy reimbursed AWP less 10.5% plus administration and dispensing |

Please note for Medicare Part B and Medicaid State Plan:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

Prepared: December 8, 1997

AP04461

AV-AAA-005285

CONFIDENTIAL

Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

Anzemet Coverage Introduction Program
Reimbursement Information by State
This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

## Utah

UT

| Payer Type Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Medicare — Part B** | | | | |
| Blue Cross Blue Shield of Utah Salt Lake City UT | Injectable covered for labeled indications incident to physician services effective 9/1/97 | Carrier review complete; Claims for injectable subject to individual consideration until national consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers; allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |
| **State MA — Medicaid** | | | | |
| Medicaid Salt Lake City UT | Both formulations covered for labeled indications effective 11/15/97 | Review complete | Physicians use J3490; pharmacies use NDC | Physicians reimbursed AWP; Pharmacies reimbursed AWP less 12% plus dispensing |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

Prepared: December 8, 1997                    © 1997 Comprehensive Reimbursement Consultants, Inc.                    Page 44 of 50

AP04462

AV-AAA-005286

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

Anzemet Coverage Introduction Program

Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Virginia** | | | | VA |
| **Medicare — Part B**<br>Xact Medicare Services<br>Camp Hill PA | Injectable covered for labeled indications incident to physician services effective 9/1/1997 | Carrier review complete; Claims for injectable subject to individual consideration until national consideration until national HCPCS code assignment | Injectable use 90799. Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRO recommends paper filing for improved carrier processing accuracy | National policy for all Part B carriers; allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

Page 49 of 50

AP04463

AV-AAA-005287

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

Anzemet Coverage Introduction Program
Reimbursement Information by State
This report provides a plan by plan description of coverage information, grouped by state.
Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and<br>Claims Information | Payment Methodology |
|---|---|---|---|---|
| | | | | VT |
| **Vermont** | | | | |
| State MA — Medicaid<br>Medicaid<br>Waterbury VT | Both formulations covered for<br>labeled indications effective<br>10/28/97 | None Scheduled | Physicians use 90799 and<br>invoice; Pharmacies use NDC | Physicians reimbursed<br>acquisition; Pharmacy<br>reimbursed AWP less 10% |

Please note for Medicare Part B and Medicaid State Fees:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

Prepared: December 8, 1997

© 1997 Comprehensive Reimbursement Consultants, Inc.

Page 46 of 50

AP04464

AV-AAA-005288

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

## Anzmet Coverage Introduction Program
### Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.
Include activity through December 8, 1997

**Washington**                                                                                 WA

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and<br>Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Medicare — Part B**<br>Blue Cross Blue Shield of North Dakota<br>Fargo ND | Injectable covered for labeled indications incident to physician service effective 8/11/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable uses J3480. Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition. | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3480, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997                                                          Page 47 of 50

AP04465

AV-AAA-005289

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 6, 1997

| Payer Type<br>· Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and<br>Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Wisconsin** | | | | **WI** |
| **Medicare — Part B**<br>Wisconsin Physicians<br>Service Corporation<br>Madison WI | Injectable covered for labeled<br>indications incident to physician<br>services effective 9/1/97 | Carrier review in process,<br>subject all injectables to local<br>policy development; Claims for<br>injectable subject to individual<br>consideration until national<br>consideration. HCPCS code assignment | Injectable use J3490. Carrier<br>accepts electronic filing of<br>miscellaneous code claims with<br>drug name, strength, dosage<br>noted in comments; however,<br>CRD strongly recommends paper<br>filing with this carrier with<br>package insert to facilitate drug<br>recognition | National policy for all Part B<br>carriers: allowance based on<br>100% of published AWP until<br>1/1/98 when allowance based on<br>95% of published AWP |
| **State MA — Medicaid**<br>Medicaid<br>Madison WI | Both formulations covered for<br>labeled indications effective<br>10/29/97 | None scheduled | Physicians use J3490;<br>Pharmacies use NDC | Physicians reimbursed AWP less<br>10%, plus $3 administration;<br>pharmacy reimbursed AWP less<br>10% plus $4.69 dispensing |

**Please note for Medicare Part B and Medicaid State Plans:** Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 99799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

Prepared: December 6, 1997

© 1997 Comprehensive Reimbursement Consultants, Inc.

Page 46 of 50

AP04466

AV-AAA-005290

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

## Anzemet Coverage Introduction Program.

### Reimbursement Information by State

This report provides a plan by plan description of coverage information, grouped by state.

Includes activity through December 8, 1997

| Payer Type<br>Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **West Virginia** | | | | WV |
| Medicare – Part B<br>Nationwide Mutual Insurance Company<br>Columbus OH | Injectable covered for labeled indications. Indications incident to physician services effective 9/1/97 | Carrier review in process, subjects all injectables to local policy development Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable use J3490, Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper package insert to facilitate drug filing with this carrier with recognition | National policy for all Part B carriers allowance based on 100% of published AWP until 1/1/98 when allowance based on 85% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3490, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

Prepared: December 8, 1997

AP04467

AV-AAA-005291

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Anzemet Coverage Introduction Program
## Reimbursement Information by State

This report provided a plan by plan description of coverage information, grouped by state.

Include activity through December 8, 1997

| Payer Type Plan Title, City and State | Coverage Policy | Review Status | Billing Requirements and Claims Information | Payment Methodology |
|---|---|---|---|---|
| **Wyoming** | | | | WY |
| **Medicare — Part B** | | | | |
| Blue Cross Blue Shield of North Dakota Fargo ND | Injectable covered for labeled indications incident to physician services effective 9/1/97 | Carrier review complete; Claims for injectable subject to individual consideration until national HCPCS code assignment | Injectable uses J3480. Carrier accepts electronic filing of miscellaneous code claims with drug name, strength, dosage noted in comments; however, CRC strongly recommends paper filing with this carrier with package insert to facilitate drug recognition | National policy for all Part B carriers: allowance based on 100% of published AWP until 1/1/98 when allowance based on 95% of published AWP |

Please note for Medicare Part B and Medicaid State Plans:
Coverage confirmation should not be interpreted as a guarantee of benefits for Anzemet. Claims for Anzemet injectable filed using a miscellaneous code (e.g., J3480, 90799) must also include the name, strength and dosage for Anzemet in order for the drug to be identified by the plan and considered for reimbursement.

© 1997 Comprehensive Reimbursement Consultants, Inc.

AP04468

AV-AAA-005292

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis,
Docket no. CV 03 0083299 S (X07) (CDL)

# Exhibit 46

# immunex

October 26, 2000

Ms. Lola Nannas                                    via Federal Express
Database Administration Manager
**Red Book**
Corporate Headquarters
Five Paragon Drive
Montvale, NJ  07645-1742

Re:  2001 Product Listing Verification

Dear Ms. Nannas,

As requested, enclosed please find an updated summary of list pricing and
package information for Immunex products.  Please note that Immunex
Corporation is not responsible for setting the Average Wholesale Price (AWP).
Therefore, we do not set or approve AWP information for any Immunex products.

Please note the contact information for Immunex has changed as indicated on
the 2001 Product Listing Verification form.

Please feel free to contact me at (206) 587-0430, ext. 4846, should you have any
questions.

Sincerely,

*[signature]*

Sigrid M. Schreiner
Senior Manager
Healthcare Policy, Specialty Therapeutics


enclosures


Immunex Corporation
51 University Street, Seattle, Washington 98101-2936
t. 206.587.0430  f. 206.587.0606  www.immunex.com

IMNX 023482

**HIGHLY CONFIDENTIAL**                              IAWP023473

7/9/96

## SALES BY CLASS OF TRADE
### FOR THE PERIOD 4/1/96 - 6/28/96

| Cust # | Customer Name | Units | Amount | Terms Code | Discount Percent | Discount Amount | Discounted Price |
|---|---|---|---|---|---|---|---|
| ...0 | ERIE COUNTY MEDICAL CENTER | 10 | 13 | 01 | 0 | 0 | 13 |
| 4540 | HORTON MEDICAL CENTER | 10 | 14 | 01 | 0 | 0 | 14 |
| 832 | COLUMBIA PRESBYTERIAN MED CT | 500 | 675 | 01 | 0 | 14 | 662 |
| | Total Terms Code 01 | 727 | 1,102 | | | 22 | 1,080 |
| 288 | ELMHURST HOSPITAL CENTER - PH | 72 | 89 | 03 | 0 | 2 | 87 |
| | Total Terms Code 03 | 72 | 89 | | | 2 | 87 |
| | Total Trade Class 08 | 799 | 1,191 | | | 24 | 1,167 |

### Methotrexate, 50mg LPF, 2ml, 1
Trade Class: 09

| Cust # | Customer Name | Units | Amount | Terms Code | Discount Percent | Discount Amount | Discounted Price |
|---|---|---|---|---|---|---|---|
| 2217 | PUBLIC HEALTH SERVICE | 675 | 824 | 01 | 0 | 16 | 807 |
| | Total Terms Code 01 | 675 | 824 | | | 16 | 807 |
| | Total Trade Class 09 | 675 | 824 | | | 16 | 807 |

### Methotrexate, 50mg LPF, 2ml, 1
Trade Class: 11

| Cust # | Customer Name | Units | Amount | Terms Code | Discount Percent | Discount Amount | Discounted Price |
|---|---|---|---|---|---|---|---|
| 4520 | KINGS COUNTY HOSPITAL | 100 | 135 | 01 | 0 | 3 | 132 |
| | Total Terms Code 01 | 100 | 135 | | | 3 | 132 |
| | Total Trade Class 11 | 100 | 135 | | | 3 | 132 |

### Methotrexate, 50mg LPF, 2ml, 1
Trade Class: 14

| Cust # | Customer Name | Units | Amount | Terms Code | Discount Percent | Discount Amount | Discounted Price |
|---|---|---|---|---|---|---|---|
| 11244 | HARWOOD MEDICAL GROUP | 30 | 59 | 01 | 0 | 1 | 58 |
| 1238 | WOOSTER CLINIC | 10 | 14 | 01 | 0 | 0 | 14 |
| 13168 | RHEUMATOLOGY ASSOC OF HAMD | 10 | 29 | 01 | 0 | 1 | 28 |
| 1458 | ANDRADE, RIOLIN MD | 10 | 29 | 01 | 0 | 1 | 28 |
| 148 | PALO VERDE HEM/ONC LTD | 140 | 405 | 01 | 0 | 8 | 397 |
| 1482 | TEXAS ONCOLOGY - DENTON | 376 | 539 | 01 | 0 | 11 | 528 |
| 15224 | CRYAN, WILLIAM S MD | 25 | 53 | 01 | 0 | 1 | 51 |
| 15833 | WENATCHEE CLINIC PHARMACY | 40 | 56 | 01 | 0 | 1 | 54 |
| 15945 | PANAHI, GHAROON MD | 5 | 14 | 01 | 0 | 0 | 14 |
| 16034 | EASTERNS PHARMACY | 30 | 87 | 01 | 0 | 2 | 85 |
| 16257 | NEUWELT, MIKE MD | 100 | 289 | 01 | 0 | 6 | 283 |
| 16425 | MONTGOMERY RHEUMATOLOGY A | 40 | 116 | 01 | 0 | 2 | 113 |
| 16540 | KAHN, CHARLES B MD | 2 | 6 | 01 | 0 | 0 | 6 |
| 3 | PORTUONDO, ALANZO MD | 100 | 289 | 01 | 0 | 6 | 283 |

CONFIDENTIAL          IMNX 28110

123

HIGHLY CONFIDENTIAL          IAWP028102

Immunex Corporation

# IMMUNEX

January 12, 1995          VIA FAX

Roni Lane
Red Book
5 Paragon Drive
Montvale, NJ 07645

Dear Roni:

Below you will find a list of new suggested Average Wholesale Prices (AWPs) for selected Immunex products, along with a new NDC for NOVANTRONE® 25 mg, all effective January 10, 1995.

| Product | NDC | New Suggested AWP |
|---|---|---|
| • LEUKINE® 250 mcg (Sargramostim) | 58406-0002-01 | $109.44 |
| • LEUKINE® 500 mcg (Sargramostim) | 58406-0001-01 | $206.00 |
| • NOVANTRONE® 20mg mitoxantrone for injection concentrate | 58406-0640-03 | $640.82 |
| • NOVANTRONE® 25mg mitoxantrone for injection concentrate | 58406-0640-05 | $801.01 |
| • NOVANTRONE® 30mg mitoxantrone for injection concentrate | 00205-9393-36 | $961.24 |
| • Thiotepa for injection | 00005-4650-91 | $66.65 |

Also, please note that the following product will no longer be sold in single vials and will be available only in boxes of ten. Its AWP has been multiplied by ten and is in the table below. Each vial size has a new NDC and is now available under Immunex packaging. These changes are effective January 10, 1995.

| Product | Old NDC | New NDC | New Suggested AWP |
|---|---|---|---|
| Leucovorin Calcium for Injection, preservative-free, cryodesiccated powder | | | |
| box of 10 vials | | | |
| 50 mg | 00205-5330-92 | 58406-0621-37 | $215.30 |
| 100 mg | 00205-4646-94 | 58406-0622-35 | $394.10 |
| 350 mg | 00205-4645-77 | 58406-0623-33 | $1379.40 |

Please update your databases accordingly. A new copy of Immunex's Average Wholesale Price Product Pricing Guide will be sent to you next week. If you have any questions, call me at (206) 389-4320. Thank you.

Sincerely,

Mary Lipinsky

Mary Lipinsky
Manager, Health Care Policy

IMNX 016507

cc:   Laura Driscoll
      Silvia Chang-Haines
      Teresa Hedges
      Jim Hynes
      Kathleen Stamm

51 University Street, Seattle, Washington 98101
206.587.0430, Fax 206.587.0606

HIGHLY CONFIDENTIAL