# Tab A-4



August 30, 2001

Paul R. Berry
Vice President
Assistant General Counsel
and Assistant Secretary

RECEIVED
SEP 14 2001
HEALTH POLICY & SERVICES

Ms. Christine Saxonis
Civil Recoveries Branch
Compliance Unit Certification
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
1111 Bayhill Drive
San Bruno, CA 94066

Re:   **Revised** Report of Average Sale Price – 2nd Quarter

Dear Ms. Saxonis and Mr. Palermo:

Enclosed please find a revised report of Bayer Corporation's Average Sales Price (ASP) which has been reported to you in accordance with the Corporate Integrity Agreement (CIA) of January 23, 2001 between Bayer Corporation and the Office of Inspector General of the U.S. Department of Health and Human Services.

This revision includes charge-backs that occurred between July 1 and July 15 which were not available at the time of the submission of the original report due to the switchover to SAP software by Bayer Corporation.

As with our regular reports, I have also included a certification by a high managerial agent of Bayer that the calculations were made in accordance with the procedures that have previously been submitted to you.

**MT 076444**

asp_ltr_to_oig_august.doc

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc: Attached List

MT 076445

Division: Pharmaceutical  
Report: Average Selling Price  

Bayer Pharmaceuticals - Quarter 2001/02  
Average Sales Price Quarterly Report  

1 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-2521-06 | 252110 | PRAZIQUANTEL | 9.711369 |
| 00026-2613-01 | 261320 | DOME-PASTE BANDAGE 3" | 12.243365 |
| 00026-2614-01 | 261440 | DOME-PASTE BANDAGE 4" | 13.445070 |
| 00026-2855-48 | 285530 | NIMODIPINE | 5.550694 |
| 00026-2855-70 | 285540 | NIMODIPINE CAPS UNIT DOSE PKG/30 | 5.852133 |
| 00026-2861-51 | 286110 | ACARBOSE TABLET 50MG BOTTLE OF 100 | 0.439192 |
| 00026-2861-48 | 286120 | ACARBOSE TABLET 50MG UD BOTTLE OF 100 | 0.448962 |
| 00026-2862-51 | 286210 | ACARBOSE TABLET 100MG BOTTLE OF 100 | 0.552475 |
| 00026-2863-51 | 286310 | PRECOSE 25MG | 0.433773 |
| 00026-2883-51 | 288310 | BAYCOL .2MG TABLETS | 1.207532 |
| 00026-2883-86 | 288350 | BAYCOL .2MG BTL. 90 | 1.133151 |
| 00026-2884-51 | 288410 | BAYCOL .3MG TABLETS | 1.470879 |
| 00026-2884-86 | 288450 | BAYCOL .3MG BTL. 90 | 1.137914 |
| 00026-2885-51 | 288510 | BAYCOL .4MG BTL. 100 | 1.351661 |
| 00026-2885-69 | 288540 | BAYCOL .4MG BTL. 30 | 1.160876 |
| 00026-2885-86 | 288550 | BAYCOL .4MG BTL. 90 | 1.152853 |
| 00026-2885-*9 | 288599 | BAYCOL .4MG DRUM | 0.593236 |
| 00026-2886-69 | 288640 | BAYCOL .8MG BTL. 30 | 1.731919 |
| 00026-2886-86 | 288650 | BAYCOL .8MG BTL. 90 | 1.656794 |
| 00026-3091-61 | 309110 | CLOTRIMAZOLE CREAM 1%-15GM | 0.524791 |
| 00026-3091-59 | 309126 | CLOTRIMAZOLE CREAM 1%-30GM | 0.527601 |
| 00026-3091-67 | 309186 | CLOTRIMAZOLE CREAM 90G(2X45G) TUBES | 0.272386 |
| 00026-8151-20 | 815140 | DACARBAZINE 200MG 20ML VIAL | 0.108105 |
| 00026-8161-15 | 816130 | MITHRACIN 2500 | 0.045324 |
| 00026-8196-36 | 819520 | APROTININ INJECTION | 1.756227 |
| 00026-8197-63 | 819530 | APROTININ INJECTION | 1.772422 |
| 00026-8511-06 | 851140 | CIPRO CYCTITIS PACK | 2.264977 |
| 00026-8512-51 | 851210 | CIPROFLOXACIN HCL 250MG BOTTLE/100 | 3.091273 |
| 00026-8512-48 | 851220 | CIPROFLOXACIN HCL 250MG 100'S UD | 2.985979 |
| 00026-8513-51 | 851310 | CIPROFLOXACIN HCL 500MG BOTTLE/100 | 3.064391 |
| 00026-8513-48 | 851320 | CIPROFLOXACIN HCL 500MG 100'S UD | 3.242213 |
| 00026-8514-48 | 851420 | CIPROFLOXACIN HCL 750MG 100'S UD | 3.429394 |

**MT 076442**

Run Date & Time 8/29/2001   3:20:07PM

Division: Pharmaceutical
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02
Average Sales Price Quarterly Report

2 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-8514-50 | 851430 | CIPROFLOXACIN HCL 750MG BOTTLE/50 | 3.626352 |
| 00026-8562-20 | 851620 | CIPROFLOXACIN IV 200MG VIALS | 0.438203 |
| 00026-8564-64 | 851640 | CIPROFLOXACIN IV 400MG VIALS | 0.470136 |
| 00026-8566-65 | 851660 | CIPRO IV PHARMACY BULK PKGS | 0.335826 |
| 00026-8552-36 | 852520 | CIPROFLOXACIN IV 200MG BAG | 0.090560 |
| 00026-8554-63 | 852540 | CIPROFLOXACIN IV 400MG BAG | 0.087004 |
| 00026-8527-36 | 852720 | CIPRO IV 200MG BAGS (BAXTER) | 0.091473 |
| 00026-8527-63 | 852740 | CIPRO IV 400MG BAGS (BAXTER) | 0.087867 |
| 00026-8551-36 | 855110 | CIPRO 5% ORAL SUSPENSION | 0.563428 |
| 00026-8553-36 | 855310 | CIPRO 10% ORAL SUSPENSION | 0.703776 |
| 00026-8581-69 | 858140 | AVELOX 400MG BTL 30 | 6.423326 |
| 00026-8581-41 | 858170 | AVELOX 400MG ABC PK 5'S | 6.421171 |
| 00026-8811-51 | 881110 | NIFEDIPINE CAPSULES 10MG BOTTLE/100 | 0.388449 |
| 00026-8841-51 | 884120 | NIFEDIPINE EXT RLSE TAB 30MG BOTTLE/100 | 0.808587 |
| 00026-8841-48 | 884130 | NIFEDIPINE EXT RLSE TAB 30MG UNIT DS/100 | 2.426860 |
| 00026-8841-54 | 884150 | NIFEDIPINE 30MG BULK PKG/1000    DS/100 | 0.887624 |
| 00026-8841-72 | 884160 | NIFEDIPINE 30MG BULK PKG/5000    DS/100 | 0.818870 |
| 00026-8851-51 | 885120 | NIFEDIPINE EXT RLSE TAB 60MG BOTTLE/100 | 1.309325 |
| 00026-8851-48 | 885130 | NIFEDIPINE EXT RLSE TAB 60MG UNIT DS/100 | 1.601643 |
| 00026-8851-54 | 885150 | NIFEDIPINE 60MG BULK PKG/1000    DS/100 | 1.350309 |
| 00026-8851-72 | 885160 | NIFEDIPINE 60MG BULK PKG/5000    DS/100 | 1.637234 |
| 00026-8861-51 | 886120 | NIFEDIPINE EXT RLSE TAB 90MG BOTTLE/100 | 1.607548 |
| 00026-8861-48 | 886130 | NIFEDIPINE EXT RLSE TAB 90MG UNIT DS/100 | 1.818312 |
| 00026-9711-01 | 971110 | VIADUR KIT WITH IMPLANT | 2,943.857143 |

MT 076443

Run Date & Time 8/29/2001    3:20:07PM

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs indicated below and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with and used in the administration of the State Medicaid programs identified below.

State Medicaid Programs:

None

_____
Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division

**MT 076446**

8 - 30 - 2001
Date

certification.doc

MT 076447

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California 95814

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv.
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida 32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30338

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii 96809-0339

Pharmacy Director
Department of Public Aid
Pharmacy & Ancillary Service
1812 Cog Mill Court
Springfield, Illinois 62704

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana 70806

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts 02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi 39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada 89710

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico 87504-2348

Pharmacy Director
Pharmacy Policy & Operations
40 Marlboro Road
Delmar, New York 12054

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

| | | |
|---|---|---|
| Pharmacy Director<br>Pharmacy Services Unit<br>30 East Broad Street<br>31st Floor<br>Columbus, Ohio 43266-0423 | Pharmacy Director<br>Oklahoma Health Care Authority<br>4545 N. Lincoln Boulevard<br>Suite 124<br>Oklahoma City, Oklahoma 73105 | Pharmacy Director<br>OMAR-PPU<br>HRB<br>500 Summer St. NE<br>Salem, Oregon 97310 |
| Pharmacy Director<br>Pharmacy Services Section<br>P O. Box 8046<br>Harrisburg, Pennsylvania 17105 | Pharmacy Director<br>Department of Human Services<br>600 New London Avenue<br>Cranston, Rhode Island 02920 | Pharmacy Director<br>Department of Health & Human Services<br>1801 Main Street, Suite 1226<br>Columbia, South Carolina 29201 |
| Pharmacy Director<br>Department of Social Services<br>700 Governor's Drive<br>Pierre, South Dakota 57501-2291 | Pharmacy Director<br>Texas Department of Health<br>Bureau of Vendor Drugs<br>Mail Code Y915, 1100 W. 49th St.<br>Austin, Texas 78756-3174 | Pharmacy Director<br>3797 E. Parkview Drive<br>Salt Lake City, Utah 84124 |
| Pharmacy Director<br>Vermont Medicaid Division<br>103 South Main Street<br>Waterbury, Vermont 05676 | Pharmacy Director<br>Department of Medical Assistance<br>600 East Broad Street<br>Suite 1300<br>Richmond, Virginia 23219 | Pharmacy Director<br>Medical Assistance Administration<br>805 Plum Street<br>Olympia, Washington 98504-5506 |
| Pharmacy Director<br>DOH & Hr, Bureau for Medical Services<br>350 Capitol Street<br>Room 251<br>Charleston, West Virginia 25301 | Pharmacy Director<br>Division of Health Care Financing<br>P.O. Box 309<br>Madison, Wisconsin 53701-0309 | Pharmacy Director<br>Division of Health Care Financing<br>2300 Capital Avenue<br>154 Hathaway Building<br>Cheyenne, Wyoming 82002 |

**MT 076448**



April 29, 2002

Paul R. Berry
Vice President
Assistant General Counsel
and Assistant Secretary

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA  94066

RECEIVED

MAY 0 3 2002

HEALTH POLICY & SERVICES

Re:   Report of Average Sale Price – 1st Quarter 2002

In conformance with: (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"); and (b) the State Settlement Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the forty-five states specified on attachment hereto, Bayer submits the following:

1.  Report of Average Sale Price for the first quarter of 2002 (Section III(D)(2)(b)). This information is also included on the enclosed diskette.

2.  A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Corporation Pharmaceutical Division.

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement. It is not intended to set reimbursement rates and is not a substitute for the reporting of Average Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP).

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any questions.

Very truly yours,

Paul R. Berry
ep
Enclosures
cc: Attached List

asp_letter_1stqtr2002.doc

**MT 076298**

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California 95814

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv.
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida 32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30338

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii 96809-0339

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL 62763

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana 70806

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts 02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi 39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada 89710

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico 87504-2348

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York 12210-2806

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

**MT 076299**

Pharmacy Director
Pharmacy Services Unit
30 East Broad Street
31st Floor
Columbus, Ohio 43266-0423

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Department of Health & Human Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

**MT 076300**

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

_____
Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division

4-26-2002
Date

certification_1stqtr2002

**MT 076303**

| NDC | Product Description | Average Sales Price | Report Quarter |
|---|---|---|---|
| 00026252106 | BILTRICIDE 600MG 6  TABLETS PER BOTTLE | $ 9.709445 | 200201 |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | $ 12.276445 | 200201 |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | $ 13.450321 | 200201 |
| 00026285548 | NIMOTOP 30MG 100'S  UNIT DOSE CAPSULES | $ 5.626818 | 200201 |
| 00026285570 | NIMOTOP 30MG 30'S   UNIT DOSE CAPSULES | $ 5.905391 | 200201 |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | $ 0.476984 | 200201 |
| 00026286151 | PRECOSE 50MG 100    TABLETS PER BOTTLE | $ 0.456809 | 200201 |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE | $ 0.589696 | 200201 |
| 00026286351 | PRECOSE 25MG 100    TABLETS PER BOTTLE | $ 0.456132 | 200201 |
| 00026288351 | BAYCOL 0.2MG 100    TABLETS PER BOTTLE | $ 1.018074 | 200201 |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | $ 1.350216 | 200201 |
| 00026288451 | BAYCOL 0.3MG 100    TABLETS PER BOTTLE | $ 0.976096 | 200201 |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | -$ 1.792412 | 200201 |
| 00026288551 | BAYCOL 0.4MG 100    TABLETS PER BOTTLE | $ 1.664803 | 200201 |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | $ 1.387352 | 200201 |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | $ 1.007862 | 200201 |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | $ 2.037414 | 200201 |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | $ 1.893914 | 200201 |
| 00026309159 | MYCELEX CREAM 30GM  BAYER MEXICO | $ 0.547835 | 200201 |
| 00026309161 | MYCELEX CREAM 15GM  1% US | $ 0.608186 | 200201 |
| 00026815120 | DTIC 200MG VIAL 12  US LABELED | $ 0.102942 | 200201 |
| 00026819636 | TRASYLOL 100ML 6'S  LABELED VIALS | $ 1.800111 | 200201 |
| 00026819763 | TRASYLOL 200ML 6'S  LABELED VIALS | $ 1.787794 | 200201 |
| 00026851106 | CIPRO 100MG UD 6'S  CYSTITIS PACK | $ 2.235517 | 200201 |
| 00026851248 | CIPRO 250MG 100'S   UNIT DOSE | $ 2.863447 | 200201 |
| 00026851251 | CIPRO 250MG 100     TABLETS PER BOTTLE | $ 3.059959 | 200201 |
| 00026851348 | CIPRO 500MG 100'S   UNIT DOSE | $ 2.824975 | 200201 |
| 00026851351 | CIPRO 500MG 100     TABLETS PER BOTTLE | $ 3.610137 | 200201 |
| 00026851448 | CIPRO 750MG 100'S   UNIT DOSE | $ 3.406659 | 200201 |
| 00026851450 | CIPRO 750MG 50 TAB  PER BOTTLE | $ 3.576904 | 200201 |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | -$ 0.023305 | 200201 |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | $ 0.076882 | 200201 |
| 00026855136 | CIPRO ORAL SUSP 5% | $ 0.618882 | 200201 |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | $ 0.073006 | 200201 |
| 00026855336 | CIPRO ORAL SUSP 10% | $ 0.713024 | 200201 |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | $ 0.081664 | 200201 |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | $ 0.357484 | 200201 |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | $ 0.369478 | 200201 |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS | $ 0.334069 | 200201 |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | $ 6.787088 | 200201 |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | $ 6.779953 | 200201 |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | $ 0.111766 | 200201 |
| 00026884148 | ADALAT CC 30MG 100  UNIT DOSE TABLETS | $ 0.800367 | 200201 |
| 00026884151 | ADALAT CC 30MG 100  TABLET PER BOTTLE | $ 0.901943 | 200201 |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | $ 1.015995 | 200201 |
| 00026884172 | ADALAT CC 30MG 5000 TABLETS PER TIN | $ 0.927148 | 200201 |
| 00026885148 | ADALAT CC 60MG 100  UNIT DOSE TABLETS | $ 1.638846 | 200201 |
| 00026885151 | ADALAT CC 60MG 100  TABLETS PER BOTTLE | $ 1.600895 | 200201 |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | $ 1.608305 | 200201 |
| 00026885172 | ADALAT CC 60MG 5000 TABLETS PER TIN | $ 1.651269 | 200201 |
| 00026886148 | ADALAT CC 90MG 100  UNIT DOSE TABLETS | $ 1.893447 | 200201 |
| 00026886151 | ADALAT CC 90MG 100  TABLETS PER BOTTLE | $ 1.817999 | 200201 |
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT | $ 2,228.998196 | 200201 |

| NDC | Product Description | Average Sale Price | Report Quarter |
|---|---|---|---|
| 00026037230 | KOGENATE FS 500 IU USA | $ 1.107400 | 200201 |
| 00026037250 | KOGENATE FS 1000 IU USA | $ 1.076210 | 200201 |
| 00026060130 | ALPHA-1, 20 ML FILL    LYOPHILIZED | $ 0.205000 | 200201 |
| 00026060135 | PROLASTIN 1000 MG USA | $ 0.216393 | 200201 |
| 00026060320 | THROMBATE III 500 IU USA | $ 0.900218 | 200201 |
| 00026061320 | PLASMANATE 50ML US ROW | $ 0.233021 | 200201 |
| 00026061325 | PLASMANATE 250ML US ROW | $ 0.113254 | 200201 |
| 00026061802 | BAYRAB 2ML | $ 43.512982 | 200201 |
| 00026061810 | BAYRAB 10ML | $ 41.376121 | 200201 |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | $ 71.014285 | 200201 |
| 00026063105 | BAYRHO-D MINI DOSE SYR | $ 76.414127 | 200201 |
| 00026063106 | BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | $ 163.881580 | 200201 |
| 00026063401 | BAYTET SYR | $ 357.720877 | 200201 |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | $ 67.871455 | 200201 |
| 00026063504 | BAYGAM 2 ML 532 PACK | $ 9.958489 | 200201 |
| 00026063512 | BAYGAM 10ML 532 PACK | $ 8.197801 | 200201 |
| 00026063600 | BAYHEP 0.5ML SYR | $ 1,897.649356 | 200201 |
| 00026063601 | BAYHEP 1ML VIAL | $ 319.069026 | 200201 |
| 00026063602 | BAYHEP SYR W/NEEDLE GUARD | $ 96.856747 | 200201 |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | $ 107.611824 | 200201 |
| 00026063605 | BAYHEP 5ML VIAL | $ 91.252569 | 200201 |
| 00026064812 | IGIV 10% 10ML US ROW | $ 5.874136 | 200201 |
| 00026064815 | IGIV 10% 25ML US ROW | $ 5.690572 | 200201 |
| 00026064820 | IGIV 10% 50ML US ROW | $ 5.713188 | 200201 |
| 00026064824 | IGIV 10% 200ML US ROW | $ 5.718884 | 200201 |
| 00026064871 | IGIV 10% 100ML US ROW | $ 5.741703 | 200201 |
| 00026066520 | KOATE DVI 250U US ROW | $ 0.508808 | 200201 |
| 00026066530 | KOATE DVI 500U US ROW | $ 0.675073 | 200201 |
| 00026066550 | KOATE DVI 1000U US ROW | $ 0.539990 | 200201 |
| 00026068416 | ALBUMIN 25% 20ML US ROW | $ 0.591798 | 200201 |
| 00026068420 | ALBUMIN 25% 50ML US ROW | $ 0.605322 | 200201 |
| 00026068471 | ALBUMIN 25% 100ML US ROW | $ 0.574684 | 200201 |
| 00026068520 | ALBUMIN 5% 50ML US ROW | $ 0.234409 | 200201 |
| 00026068525 | ALBUMIN 5% 250ML US ROW | $ 0.118801 | 200201 |

MT 076302

# Bayer HealthCare
## Pharmaceuticals



April 28, 2003

RECEIVED
MAY 0 5 2003
HEALTH POLICY & SERVICES

Paul R. Berry
Vice President,
General Counsel and Secretary
Law & Patents

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA 94066

Bayer Pharmaceuticals
Corporation
400 Morgan Lane
West Haven, CT 06516

Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

Re: Report of Average Sale Price – 1st Quarter 2003

In conformance with: (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation[1] ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"); and (b) the State Settlement Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the forty-five states specified on attachment hereto, Bayer submits the following:

1. Report of Average Sale Price for the first quarter 2003 (Section III(D)(2)(b)). This information is also included on the enclosed diskette.

2. A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC.

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement. It is not intended to set reimbursement rates and is not a substitute for the reporting of Average Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP).

MT 076630

---

[1] "On January 1, 2003, Bayer Corporation was reorganized. The business, assets and operations of the unincorporated division of Bayer Corporation known as Bayer Pharmaceuticals became a stand alone business operated through Bayer Pharmaceuticals Corporation, a Delaware corporation, a newly formed subsidiary of Bayer Corporation. The business, assets and operations of the unincorporated division of Bayer Corporation known as Bayer Biological Products became a stand alone business operated through Bayer HealthCare LLC, a Delaware limited liability company, a newly formed subsidiary of Bayer Corporation."

Page 2
April 28, 2003

Please contact Mr. Jeffrey Greenman (203-812-2037) or me (203-812-6081) if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc: Attached List

MT 076631

MT 076632

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California 95814

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida 32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30338

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii 96809-0339

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL 62763

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana 70806

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts 02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi 39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada 89710

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico 87504-2348

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York 12210-2806

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio  43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania  17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota  57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont  05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia  25301

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma  73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island  02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas  78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia  23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin  53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon  97310

Pharmacy Director
Department of Health & Human Services
1801 Main Street, Suite 1226
Columbia, South Carolina  29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah  84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington  98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming  82002

MT 076633

**Bayer**      **Average Sale Price Q1 2003**
**Pharma**

| Product | | Average Sales Price |
|---|---|---|
| 00026971101 | VIADUR KIT PACKAGE WITH IMPLANT | $ 2,198.504852 |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | $ 13.289893 |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | $ 12.127553 |
| 00026252106 | BILTRICIDE 600MG 6 TABLETS PER BOTTLE | $ 9.695986 |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | $ 7.023891 |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | $ 6.999679 |
| 00026888951 | CIPRO XR 500MG 100 TABLETS PER BOTTLE | $ 6.326771 |
| 00026888950 | CIPRO XR 500MG 50 TABLETS PER BOTTLE | $ 6.194330 |
| 00026285570 | NIMOTOP 30MG 30'S UNIT DOSE CAPSULES | $ 6.111606 |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | $ 5.895152 |
| 00026285548 | NIMOTOP 30MG 100'S UNIT DOSE CAPSULES | $ 5.796171 |
| 00026851450 | CIPRO 750MG 50 TAB PER BOTTLE | $ 4.058276 |
| 00026851351 | CIPRO 500MG 100 TABLETS PER BOTTLE | $ 3.985248 |
| 00026851448 | CIPRO 750MG 100'S UNIT DOSE | $ 3.549265 |
| 00026851251 | CIPRO 250MG 100 TABLETS PER BOTTLE | $ 3.397663 |
| 00026851348 | CIPRO 500MG 100'S UNIT DOSE | $ 3.303943 |
| 00026851248 | CIPRO 250MG 100'S UNIT DOSE | $ 3.246595 |
| 00026851106 | CIPRO 100MG UD 6'S CYSTITIS PACK | $ 2.542645 |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | $ 2.016000 |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | $ 2.016000 |
| 00026885172 | ADALAT CC 60MG 5000 TABLETS PER TIN | $ 1.925490 |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | $ 1.925163 |
| 00026819636 | TRASYLOL 100ML 6'S LABELED VIALS | $ 1.871166 |
| 00026819763 | TRASYLOL 200ML 6'S LABELED VIALS | $ 1.857612 |
| 00026885148 | ADALAT CC 60MG 100 UNIT DOSE TABLETS | $ 1.855294 |
| 00026885151 | ADALAT CC 60MG 100 TABLETS PER BOTTLE | $ 1.851273 |
| 00026886148 | ADALAT CC 90MG 100 UNIT DOSE TABLETS | $ 1.797747 |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | $ 1.352333 |
| 00026288351 | BAYCOL 0.2MG 100 TABLETS PER BOTTLE | $ 1.352100 |
| 00026288451 | BAYCOL 0.3MG 100 TABLETS PER BOTTLE | $ 1.352100 |
| 00026288551 | BAYCOL 0.4MG 100 TABLETS PER BOTTLE | $ 1.352100 |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | $ 1.352000 |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | $ 1.352000 |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | $ 1.352000 |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | $ 1.082601 |
| 00026884172 | ADALAT CC 30MG 5000 TABLETS PER TIN | $ 1.080929 |
| 00026886151 | ADALAT CC 90MG 100 TABLETS PER BOTTLE | $ 1.076644 |
| 00026884151 | ADALAT CC 30MG 100 TABLET PER BOTTLE | $ 1.015832 |
| 00026884148 | ADALAT CC 30MG 100 UNIT DOSE TABLETS | $ 0.970725 |
| 00026855336 | CIPRO ORAL SUSP 10% | $ 0.784823 |
| 00026855136 | CIPRO ORAL SUSP 5% | $ 0.702257 |
| 00026309161 | MYCELEX CREAM 15GM 1% US | $ 0.606980 |
| 00026286251 | PRECOSE 100MG 100 TABLETS PER BOTTLE | $ 0.461061 |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | $ 0.431756 |
| 00026856665 | CIPRO IV 120ML 6'S PHARMACY BULK VIALS | $ 0.430265 |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | $ 0.400796 |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | $ 0.392554 |
| 00026286151 | PRECOSE 50MG 100 TABLETS PER BOTTLE | $ 0.376630 |
| 00026286351 | PRECOSE 25MG 100 TABLETS PER BOTTLE | $ 0.364370 |
| 00026815120 | DTIC 200MG VIAL 12 US LABELED | $ 0.103896 |

MT 076634

| | | |
|---|---|---|
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | $ 0.088372 |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | $ 0.087162 |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | $ 0.086192 |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | $ 0.085749 |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | $ 0.084978 |

MT 076635