# Tab B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | MDL NO. 1456 |
| | Civil Action No. 01-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| | Chief Magistrate Judge Marianne B. Bowler |
| *State of Montana v. Abbott Labs., Inc., et al.,* CA No. 02-CV-12084-PBS | ) ) ) |

## DECLARATION OF TERRY TENBRUNSEL IN SUPPORT OF
## BAYER CORPORATION'S MOTION FOR SUMMARY JUDGMENT

I, Terry Tenbrunsel, hereby declare and state as follows:

1.      I am Vice President of Sales and Marketing for Bayer Corporation's Biological Products Division, a position I have held since 1999. I first joined Bayer in 1985 in the Pharmaceuticals Division. In 1993, I joined the Biological Products Division as Director of Marketing for immunological products. In the mid-1990s, I was made Director of Marketing for Kogenate in addition to immunological products. I held this position until I became Vice President of Sales and Marketing for the entire Biological Products Division in 1999. I have acquired personal knowledge of the facts stated below while serving in these positions.

2.      In the course of my more than 20-year career at Bayer, I have been integrally involved in Bayer's decision-making concerning sales and marketing of Gamimune N ("Gamimune"), Koate-HP ("Koate"), Kogenate, and Kogenate FS.

3.      Gamimune, Koate, Kogenate, and Kogenate FS are biological products and thus

fall under the control of Bayer's Biological Products Division.

4.     Gamimune N is the brand name under which Bayer marketed immune globulin derived from human plasma.  Immune globulin is used to treat patients with immune deficiencies that impair their ability to form antibodies.  Immune globulin is also used in the treatment of idiopathic thrombocytopenic purpura, bone marrow transplants, and pediatric HIV infection. The drug is administered intravenously, and is covered by Medicare Part B.

5.     Gamimune N is Bayer's brand name for immune globulin, which is a multisource drug.  Among the other companies who marketed immune globulin at various times in the last 20 years were Alpha, American Red Cross, Baxter, Centeon, Grifols, Immuno, and Sandoz.

6.     Koate is the brand name under which Bayer marketed human antihemophilic factor VIII derived from human plasma ("factor VIII human").  Factor VIII (human) is used to treat classical hemophilia (hemophilia A) in which there is a demonstrated deficiency of the plasma clotting factor, factor VIII.  Factor VIII (human) is administered intravenously and provides a means of temporarily replacing missing clotting factor in order to correct or prevent bleeding episodes, or in order to perform emergency and elective surgery on a patient suffering from hemophilia.  Factor VIII (human) is a covered drug under Medicare Part B.  Bayer discontinued selling Koate in July 1999.

7.     Koate is Bayer's brand name for Factor VIII (human), which is a multisource drug.  Among the other companies who marketed plasma-derived factor VIII (human) at various times in the last 20 years were Aventis Behring, Baxter, and Grifols.

8.     Kogenate was the brand name under which Bayer marketed factor VIII produced

by recombinant DNA technology ("factor VIII recombinant"), not from human plasma.  Like plasma-derived factor VIII, factor VIII recombinant was used to treat patients with hemophilia A who had a deficiency in factor VIII.  It was also used to treat hemophilia A in certain patients with inhibitors to human-derived factor VIII.  Factor VIII recombinant must be administered intravenously, and is a covered drug under Medicare Part B.  Bayer discontinued selling Kogenate in August 2001.

9.      Kogenate FS, like its predecessor, is a factor VIII recombinant product used to treat hemophilia A.  However, Kogenate FS incorporates a modified purification and formulation process to better eliminate viruses and other sources of infection.  Like all factor VIII recombinant products, Kogenate FS must be administered intravenously and is a covered drug under Medicare Part B.  Bayer continues to sell Kogenate FS.

10.     Kogenate is Bayer's brand name for factor VIII recombinant, which is a multisource drug.  Among the other companies who marketed factor VIII recombinant at various times in the last 20 years were ZLB Behring (and various predecessor companies), Baxter, and Wyeth.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  February 6, 2007

Terry Tenbrunsel

CH1 3725254v.2