558

1   "Incorporating the Bayer ASP information into the

2   logarithm would require a manual process."  Do you

3   see that?

4        A.   Yes.

5        Q.   What does that mean?

6        A.   What he's referring to there is that

7   this information is--from Bayer was for NDCs

8   provided by--by Bayer.  The information that we

9   get from First DataBank is electronically,

10  although the information was submitted on a

11  diskette with this--with this data. What the State

12  of Montana would have to do is--is pay--or have

13  staff access our pricing system and manually enter

14  that information into our state's pricing system

15  for this one--one drug manufacturer.  We receive

16  AWP information for over--I would guess over 400

17  drug manufacturers with thousands of NDCs done

18  electronically.  Entering this information and

19  utilizing this would have required staff resources

20  to manually enter it, verify its accuracy in order

21  to establish the payment rates.

22        Q.   Well, First DataBank received this same

566

1   state program

2       Q.   I understand.  But Montana Medicaid

3   interprets its own regulations.

4       A.   We establish the regulations for the

5   State of Montana.

6       Q.   And it's fair to say you interpret your

7   own regulations; is that right?

8       A.   Yes.  We did not.

9       Q.   The--the circumstances that led Montana

10  Medicaid not to utilize the Bayer average sale

11  price information in determining estimated

12  acquisition costs, did those same circumstances

13  exist in 1999?

14      A.   Why are we asking about 1999?  In--in

15  terms of the circumstances, I'm not sure.

16      Q.   I'm trying to understand whether there's

17  anything new that happened in 2001 going forward

18  that caused the State to determine that it would

19  not use the average sale price information, or if

20  that's the same--the same facts and circumstances

21  existed in 1999, in 1998, in 1997 that would cause

22  the State not to use the Bayer average sale price

567

1   information had it been received.

2        A.    In 1999?

3        Q.    Right.

4        A.    Wouldn't have changed to my--to my

5   knowledge. It wouldn't have been any different.

6        Q.    The State would have done the same

7   thing.

8        A.    We would have paid according to our

9   state plan that we had at the time.

10       Q.    And at that time in, say, like, 1999,

11   the state plan would be that the estimated

12   acquisition cost would be determined by AWP minus

13   10 percent.

14       A.    Minus 10 percent, yes.

15       Q.    And that same reimbursement level--or

16   estimated--estimated acquisition cost level, I

17   should say, existed in 1997 and 1996; is that

18   right?

19       A.    At AWP--AWP minus 10 percent, yes.

20       Q.    The State of Montana would have used

21   that methodology for determining estimated

22   acquisition cost during those time periods.

1    regardless whether Bayer provided you ASP

2    information during that time period.

3        A.    Yes, I guess that would be fair to say.

4        Q.    If we could, sir, I'd like to just touch

5    on Exhibit Buska 022, and referencing back to the

6    entry that we've discussed before that concerns

7    the estimated acquisition cost calculation; and

8    first, I'll just read it--the relevant portion

9    that I'm interested in discussing with you.   "The

10   Estimated Acquisition Cost, which includes single

11   source, brand necessary and drugs other than

12   multi-source, is established using the following

13   methodology:   Drugs paid by their Average

14   Wholesale Price (AWP) will be paid at AWP less 10

15   percent.   The policy for the reimbursement of

16   direct price (DP) drugs (the price charged by

17   manufacturers to retailers) is the current direct

18   price (the direct price in effect on the date of

19   the service of the claim."   Sir, this is--reflects

20   what you've earlier testified that in setting the

21   estimated acquisition cost, Montana Medicaid, at

22   least during this period, would utilize their

573

1  EXHIBIT:

2              (Exhibit Buska 057 marked for

3  identification.)

4      Q.   (By Mr. Doss)   For the record, Exhibit

5  Buska 057 is a document Bates labeled MT 076251.

6  It appears to be, at least initially, an e-mail

7  from Jeff Buska to Shannon Marr dated December 10,

8  2001, the subject line is a forward ASP

9  implementations.  Mr. Buska, can you identify this

10  document?

11     A.   Yes, it's an e-mail from--within the

12  State of Montana from me to Shannon Marr, and I

13  had received it from a Cynthia Denemark, and her

14  e--her e-mail address was

15  cynthia.denemark@eds.com.

16     Q.   And what is eds.com?

17     A.   I think EDS is the acronym for--EDS, I

18  don't know what EDS stands for.  It's a--it's a

19  private contractor out there that some states use.

20     Q.   Use--is it a Medicaid--provides Medicaid

21  management services?

22     A.   Not necessarily.  I think EDS is like

# Exh. 055

**MT 076440**

Division: Pharmaceutical
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02
Average Sales Price Quarterly Report

1 of 2

*Texas AMP?*

DEPOSITION
EXHIBIT
055
J. Buska

| NDC | Product Code | Product Name | AWP | Average Sales Price |
|---|---|---|---|---|
| 00026-2521-06 | 252110 | PRAZIQUANTEL | 11.90166 | 9.711369 |
| 00026-2613-01 | 261320 | DOME-PASTE BANDAGE 3" | 15.1000 | 12.243365 |
| 00026-2614-01 | 261440 | DOME-PASTE BANDAGE 4" | 16.54000 | 13.445070 |
| 00026-2855-48 | 285530 | NIMODIPINE | 6.99970 | 5.550694 |
| 00026-2855-70 | 285540 | NIMODIPINE CAPS UNIT DOSE PKG/30 | 7.32600 | 5.852133 |
| 00026-2861-51 | 286110 | ACARBOSE TABLET 50MG BOTTLE OF 100 | 0.57580 | 0.439192 |
| 00026-2861-48 | 286120 | ACARBOSE TABLET 50MG UD BOTTLE OF 100 | 0.60450 | 0.448962 |
| 00026-2862-51 | 286210 | ACARBOSE TABLET 100MG BOTTLE OF 100 | 0.74220 | 0.552475 |
| 00026-2863-51 | 286310 | PRECOSE 25MG | 0.57580 | 0.433773 |
| 00026-2883-51 | 288310 | BAYCOL .2MG TABLETS | 1.54530 | 1.207532 |
| 00026-2883-86 | 288350 | BAYCOL .2MG BTL. 90 | 1.62244 | 1.133151 |
| 00026-2884-51 | 288410 | BAYCOL .3MG TABLETS | 1.42250 | 1.470879 |
| 00026-2884-86 | 288450 | BAYCOL .3MG BTL. 90 | 1.62244 | 1.137914 |
| 00026-2885-51 | 288510 | BAYCOL .4MG BTL. 100 | 1.62250 | 1.351661 |
| 00026-2885-69 | 288540 | BAYCOL .4MG BTL. 30 | 1.62300 | 1.160876 |
| 00026-2885-86 | 288550 | BAYCOL .4MG BTL. 90 | 1.62244 | 1.152853 |
| 00026-2885-*9 | 288599 | BAYCOL .4MG DRUM | | 0.593236 |
| 00026-2886-69 | 288640 | BAYCOL .8MG BTL. 30 | 2.41933 | 1.731919 |
| 00026-2886-86 | 288650 | BAYCOL .8MG BTL. 90 | 2.41922 | 1.656794 |
| 00026-3091-61 | 309110 | CLOTRIMAZOLE CREAM 1%-15GM | 0.74400 | 0.524791 |
| 00026-3091-59 | 309126 | CLOTRIMAZOLE CREAM 1%-30GM | 0.64900 | 0.527601 |
| 00026-3091-67 | 309186 | CLOTRIMAZOLE CREAM 90G(2X45G) TUBES | 0.36433 | 0.272386 |
| 00026-8151-20 | 815140 | DACARBAZINE 200MG 20ML VIAL | 27.7266 | 0.108105 |
| 00026-8161-15 | 816130 | MITHRACIN 2500  size 10 | 98.73600 | 0.045324 |
| 00026-8196-36 | 819520 | APROTININ INJECTION | 2.27858 | 1.756227 |
| 00026-8197-63 | 819530 | APROTININ INJECTION | 2.27859 | 1.772422 |
| 00026-8511-06 | 851140 | CIPRO CYCTITIS PACK | 2.97500 | 2.264977 |
| 00026-8512-51 | 851210 | CIPROFLOXACIN HCL 250MG BOTTLE/100 | 3.99120 | 3.091273 |
| 00026-8512-48 | 851220 | CIPROFLOXACIN HCL 250MG 100'S UD | 4.13420 | 2.985979 |
| 00026-8513-51 | 851310 | CIPROFLOXACIN HCL 500MG BOTTLE/100 | 4.47180 | 3.064391 |
| 00026-8513-48 | 851320 | CIPROFLOXACIN HCL 500MG 100'S UD | 4.82740 | 3.242213 |
| 00026-8514-48 | 851420 | CIPROFLOXACIN HCL 750MG 100'S UD | 4.82740 | 3.429394 |

Division  Pharmaceutical
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02
Average Sales Price Quarterly Report

2 of 2

| NDC | Product Code | Product Name | AWP | Average Sales Price |
|---|---|---|---|---|
| 00026-8514-50 | 851430 | CIPROFLOXACIN HCL 750MG BOTTLE/50 | 4.67220 | 3.626352 |
| 00026-8562-20 | 851620 | CIPROFLOXACIN IV 200MG VIALS | | 0.438203 |
| 00026-8564-64 | 851640 | CIPROFLOXACIN IV 400MG VIALS | 0.72030 | 0.470136 |
| 00026-8566-65 | 851660 | CIPRO IV PHARMACY BULK PKGS | 0.64772 | 0.335826 |
| 00026-8552-36 | 852520 | CIPROFLOXACIN IV 200MG BAG | 0.15606 | 0.090560 |
| 00026-8554-63 | 852540 | CIPROFLOXACIN IV 400MG BAG | 0.15006 | 0.087004 |
| 00026-8527-36 | 852720 | CIPRO IV 200MG BAGS (BAXTER) | 0.15606 | 0.091473 |
| 00026-8527-63 | 852740 | CIPRO IV 400MG BAGS (BAXTER) | 0.15006 | 0.087867 |
| 00026-8551-36 | 855110 | CIPRO 5% ORAL SUSPENSION | 0.79820 | 0.563428 |
| 00026-8553-36 | 855310 | CIPRO 10% ORAL SUSPENSION | 0.93460 | 0.703776 |
| 00026-8581-69 | 858140 | AVELOX 400MG BTL 30 | 9.06100 | 6.423326 |
| 00026-8581-41 | 858170 | AVELOX 400MG ABC PK 5'S | 9.06200 | 6.421171 |
| 00026-8811-51 | 881110 | NIFEDIPINE CAPSULES 10MG BOTTLE/100 | 0.53670 | 0.388449 |
| 00026-8841-51 | 884120 | NIFEDIPINE EXT RLSE TAB 30MG BOTTLE/100 | 1.29940 | 0.808587 |
| 00026-8841-48 | 884130 | NIFEDIPINE EXT RLSE TAB 30MG UNIT DS/100 | 1.36430 | 2.426860 |
| 00026-8841-54 | 884150 | NIFEDIPINE 30MG BULK PKG/1000    DS/100 | 1.29939 | 0.887624 |
| 00026-8841-72 | 884160 | NIFEDIPINE 30MG BULK PKG/5000    DS/100 | 1.29939 | 0.818870 |
| 00026-8851-51 | 885120 | NIFEDIPINE EXT RLSE TAB 60MG BOTTLE/100 | 2.31470 | 1.309325 |
| 00026-8851-48 | 885130 | NIFEDIPINE EXT RLSE TAB 60MG UNIT DS/100 | 2.48030 | 1.601643 |
| 00026-8851-54 | 885150 | NIFEDIPINE 60MG BULK PKG/1000    DS/100 | 2.31464 | 1.350309 |
| 00026-8851-72 | 885160 | NIFEDIPINE 60MG BULK PKG/5000    DS/100 | 1.84644 | 1.637234 |
| 00026-8861-51 | 886120 | NIFEDIPINE EXT RLSE TAB 90MG BOTTLE/100 | 2.43540 | 1.607548 |
| 00026-8861-48 | 886130 | NIFEDIPINE EXT RLSE TAB 90MG UNIT DS/100 | 2.76740 | 1.818312 |
| 00026-9711-01 | 971110 | VIADUR KIT WITH IMPLANT | 5484.00000 | 2,943.857143 |

MT 076441

Division: Pharmaceutical      Bayer Pharmaceuticals - Quarter 2001/02      1 of 2

Report: Average Selling Price      Average Sales Price Quarterly Report

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-2521-06 | 252110 | PRAZIQUANTEL | 9.711369 |
| 00026-2613-01 | 261320 | DOME-PASTE BANDAGE 3" | 12.243365 |
| 00026-2614-01 | 261440 | DOME-PASTE BANDAGE 4" | 13.445070 |
| 00026-2855-48 | 285530 | NIMODIPINE | 5.550694 |
| 00026-2855-70 | 285540 | NIMODIPINE CAPS UNIT DOSE PKG/30 | 5.852133 |
| 00026-2861-51 | 286110 | ACARBOSE TABLET 50MG BOTTLE OF 100 | 0.439192 |
| 00026-2861-48 | 286120 | ACARBOSE TABLET 50MG UD BOTTLE OF 100 | 0.448962 |
| 00026-2862-51 | 286210 | ACARBOSE TABLET 100MG BOTTLE OF 100 | 0.552475 |
| 00026-2863-51 | 286310 | PRECOSE 25MG | 0.433773 |
| 00026-2883-51 | 288310 | BAYCOL .2MG TABLETS | 1.207532 |
| 00026-2883-86 | 288350 | BAYCOL .2MG BTL. 90 | 1.133151 |
| 00026-2884-51 | 288410 | BAYCOL .3MG TABLETS | 1.470879 |
| 00026-2884-86 | 288450 | BAYCOL .3MG BTL. 90 | 1.137914 |
| 00026-2885-51 | 288510 | BAYCOL .4MG BTL. 100 | 1.351661 |
| 00026-2885-69 | 288540 | BAYCOL .4MG BTL. 30 | 1.160876 |
| 00026-2885-86 | 288550 | BAYCOL .4MG BTL. 90 | 1.152853 |
| 00026-2885-*9 | 288599 | BAYCOL .4MG DRUM | 0.593236 |
| 00026-2886-69 | 288640 | BAYCOL .8MG BTL. 30 | 1.731919 |
| 00026-2886-86 | 288650 | BAYCOL .8MG BTL. 90 | 1.656794 |
| 00026-3091-61 | 309110 | CLOTRIMAZOLE CREAM 1%-15GM | 0.524791 |
| 00026-3091-59 | 309126 | CLOTRIMAZOLE CREAM 1%-30GM | 0.527601 |
| 00026-3091-67 | 309186 | CLOTRIMAZOLE CREAM 90G(2X45G) TUBES | 0.272386 |
| 00026-8151-20 | 815140 | DACARBAZINE 200MG 20ML VIAL | 0.108105 |
| 00026-8161-15 | 816130 | MITHRACIN 2500 | 0.045324 |
| 00026-8196-36 | 819520 | APROTININ INJECTION | 1.756227 |
| 00026-8197-63 | 819530 | APROTININ INJECTION | 1.772422 |
| 00026-8511-06 | 851140 | CIPRO CYCTITIS PACK | 2.264977 |
| 00026-8512-51 | 851210 | CIPROFLOXACIN HCL 250MG BOTTLE/100 | 3.091273 |
| 00026-8512-48 | 851220 | CIPROFLOXACIN HCL 250MG 100'S UD | 2.985979 |
| 00026-8513-51 | 851310 | CIPROFLOXACIN HCL 500MG BOTTLE/100 | 3.064391 |
| 00026-8513-48 | 851320 | CIPROFLOXACIN HCL 500MG 100'S UD | 3.242213 |
| 00026-8514-48 | 851420 | CIPROFLOXACIN HCL 750MG 100'S UD | 3.429394 |

**MT 076442**

Division: Pharmaceutical
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02
Average Sales Price Quarterly Report

2 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-8514-50 | 851430 | CIPROFLOXACIN HCL 750MG BOTTLE/50 | 3.626352 |
| 00026-8562-20 | 851620 | CIPROFLOXACIN IV 200MG VIALS | 0.438203 |
| 00026-8564-64 | 851640 | CIPROFLOXACIN IV 400MG VIALS | 0.470136 |
| 00026-8566-65 | 851660 | CIPRO IV PHARMACY BULK PKGS | 0.335826 |
| 00026-8552-36 | 852520 | CIPROFLOXACIN IV 200MG BAG | 0.090560 |
| 00026-8554-63 | 852540 | CIPROFLOXACIN IV 400MG BAG | 0.087004 |
| 00026-8527-36 | 852720 | CIPRO IV 200MG BAGS (BAXTER) | 0.091473 |
| 00026-8527-63 | 852740 | CIPRO IV 400MG BAGS (BAXTER) | 0.087867 |
| 00026-8551-36 | 855110 | CIPRO 5% ORAL SUSPENSION | 0.563428 |
| 00026-8553-36 | 855310 | CIPRO 10% ORAL SUSPENSION | 0.703776 |
| 00026-8581-69 | 858140 | AVELOX 400MG BTL 30 | 6.423326 |
| 00026-8581-41 | 858170 | AVELOX 400MG ABC PK 5'S | 6.421171 |
| 00026-8811-51 | 881110 | NIFEDIPINE CAPSULES 10MG BOTTLE/100 | 0.388449 |
| 00026-8841-51 | 884120 | NIFEDIPINE EXT RLSE TAB 30MG BOTTLE/100 | 0.808587 |
| 00026-8841-48 | 884130 | NIFEDIPINE EXT RLSE TAB 30MG UNIT DS/100 | 2.426860 |
| 00026-8841-54 | 884150 | NIFEDIPINE 30MG BULK PKG/1000   DS/100 | 0.887624 |
| 00026-8841-72 | 884160 | NIFEDIPINE 30MG BULK PKG/5000   DS/100 | 0.818870 |
| 00026-8851-51 | 885120 | NIFEDIPINE EXT RLSE TAB 60MG BOTTLE/100 | 1.309325 |
| 00026-8851-48 | 885130 | NIFEDIPINE EXT RLSE TAB 60MG UNIT DS/100 | 1.601643 |
| 00026-8851-54 | 885150 | NIFEDIPINE 60MG BULK PKG/1000   DS/100 | 1.350309 |
| 00026-8851-72 | 885160 | NIFEDIPINE 60MG BULK PKG/5000   DS/100 | 1.637234 |
| 00026-8861-51 | 886120 | NIFEDIPINE EXT RLSE TAB 90MG BOTTLE/100 | 1.607548 |
| 00026-8861-48 | 886130 | NIFEDIPINE EXT RLSE TAB 90MG UNIT DS/100 | 1.818312 |
| 00026-9711-01 | 971110 | VIADUR KIT WITH IMPLANT | 2,943.857143 |

**MT 076443**

Run Date & Time 8/29/2001   3:20:07PM


**Bayer**

August 30, 2001

**Paul R. Berry**
Vice President
Assistant General Counsel
and Assistant Secretary

*RECEIVED*
*SEP 14 2001*
*HEALTH POLICY & SERVICES*

Ms. Christine Saxonis
Civil Recoveries Branch
Compliance Unit Certification
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
1111 Bayhill Drive
San Bruno, CA 94066

Re:   **Revised** Report of Average Sale Price – 2nd Quarter

Dear Ms. Saxonis and Mr. Palermo:

Enclosed please find a revised report of Bayer Corporation's Average Sales
Price (ASP) which has been reported to you in accordance with the Corporate
Integrity Agreement (CIA) of January 23, 2001 between Bayer Corporation and
the Office of Inspector General of the U.S. Department of Health and Human
Services.

This revision includes charge-backs that occurred between July 1 and July 15
which were not available at the time of the submission of the original report due
to the switchover to SAP software by Bayer Corporation.

As with our regular reports, I have also included a certification by a high
managerial agent of Bayer that the calculations were made in accordance with
the procedures that have previously been submitted to you.

**MT 076444**

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone 203 812-6081
Fax 203 812-2795
paul.berry.b@bayer.com

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc:  Attached List

**MT 076445**

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs indicated below and that it has been calculated in accordance with the methodology described herein.  I further acknowledge that the Average Sale Prices so reported will be filed with and used in the administration of the State Medicaid programs identified below.

State Medicaid Programs:

None

Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division

**MT 076446**

8 - 30 - 2001
Date

certification.doc

**MT 076447**

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California  95814

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv.
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida  32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30338

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Pharmacy Director
Department of Public Aid
Pharmacy & Ancillary Service
1812 Cog Mill Court
Springfield, Illinois  62704

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana  70806

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada  89710

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico  87504-2348

Pharmacy Director
Pharmacy Policy & Operations
40 Marlboro Road
Delmar, New York  12054

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

Pharmacy Director
Pharmacy Services Unit
30 East Broad Street
31st Floor
Columbus, Ohio  43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania  17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota  57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont  05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia  25301

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma  73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island  02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas  78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia  23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin  53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon  97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina  29201

Pharmacy Director
3797 E. Parkview Drive
Salt Lake City, Utah  84124

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington  98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming  82002

**MT 076448**

# Exh. 057

Marr, Shannon

| | |
|---|---|
| **From:** | Buska, Jeff |
| **Sent:** | Monday, December 10, 2001 4:18 PM |
| **To:** | Marr, Shannon |
| **Subject:** | FW: ASP Implementations |

FYI

-----Original Message-----
From: Denemark, Cynthia [mailto:cynthia.denemark@eds.com]
Sent: Thursday, December 06, 2001 9:16 AM
To: 'Marvin Hazelwood'; donna.bovell@dc.gov; rowlarm@dhfs.state.wi.us;
mterrebo@dhhmail.dhh.state.la.us; lfarrand@dhhs.state.nh.us;
asseyj@dhhs.state.sc.us; jfine@dhmh.state.ma.us; dhillblo@dhs.ca.gov;
aruggle@dhs.state.ia.us; cdtopper@dhs.state.nj.us;
chawkins@dma.state.ga.us; dshepher@dmas.state.va.us;
rashley@doh.state.ut.us; joeco@dpw.state.pa.us; childsa@dshs.wa.gov;
wellsj@fdhc.state.fl.us; mshirley@fssa.state.in.us;
coleenl@govmail.state.nv.us; pavarist@gw.dhs.state.ri.us;
David_Campana@health.state.ak.us; mrb01@health.state.ny.us;
John.Franklin@hhss.state.ne.us; duerrg@idhw.state.id.us;
SusanMcCann@mail.medicaid.state.mo.us; Debra.Bahr@mail.state.ky.us;
lsullivan@mail.tn.state.us; lljones@medicaid.state.al.us;
mfinch@medicaid.state.al.us; Suzette.Bridges@medicaid.state.ar.us;
phrrm@medicaid.state.ms.us; benny.ridout@ncmail.net;
pjeffrey@nt.dma.state.ma.us; reidr@odhs.state.oh.us;
NesserN@ohca.state.ok.us; james.zakszewski@po.state.ct.us;
allen.chapman@state.co.us; Mark.Petersen@state.ds.us;
ed.bauer@state.me.us; kenyonj@state.mi.us; Cody.C.Wiberg@state.mn.us;
jbuska@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us;
Jesse.Anderson@state.or.us; SWHALE@state.wy.us;
Martha.McNeill@tdh.state.tx.us; paulw@wpgatel.ahs.state.vt.us; Peggy
King, R.Ph.
Subject: ASP Implementations


For those state who are using the Bayer ASP, are you adding a percent to
the
established ASP or are you using the ASP as a definition of ingredient
cost?



MT 076251

1

# Tab D-3

277

1              UNITED STATES DISTRICT COURT

2              DISTRICT OF MASSACHUSETTS

3                 NO. 01CV12257-PBS

4    _____

5    In re:  PHARMACEUTICAL          )

6    INDUSTRY AVERAGE WHOLESALE      )

7    PRICE LITIGATION                )

8    _____)

9    THIS DOCUMENT RELATES TO:       )   VOLUME II

10   STATE OF MONTANA V. ABBOTT      )

11   LABS, INC., ET AL., D. MONT.    )

12   CAUSE NO. CV-02-09-H-DWM        )

13            -and-                  )

14   STATE OF NEVADA V. AMERICAN     )

15   HOME PRODUCTS, ET AL., CA NO.   )

16   02-CV-12086                     )

17   _____)

18              HIGHLY CONFIDENTIAL

19         CONTINUED VIDEOTAPED DEPOSITION OF

20            RAYMOND S. HARTMAN, Ph.D.

21            WEDNESDAY, 23 AUGUST, 2006

22                  9:32 AM

278

1                    CONTINUED VIDEOTAPED DEPOSITION

2    of RAYMOND S. HARTMAN, Ph.D., called as a witness

3    by and on behalf of the Defendants, pursuant to the

4    applicable provisions of the Federal Rules of Civil

5    Procedure, before P. Jodi Ohnemus, Notary Public,

6    Certified Shorthand Reporter, Certified Realtime

7    Reporter, and Registered Merit Reporter, within and

8    for the Commonwealth of Massachusetts, at the

9    offices of Ropes & Gray, LLP, One International

10   Place, Boston, Massachusetts, on Wednesday, 23

11   August, 2006, commencing at 9:32 a.m.

12

13

14

15

16

17

18

19

20

21

22

279

1          A P P E A R A N C E S :

2

3              HAGENS, BERMAN, SOBOL & SHAPIRO

4              BY:  Edward Notargiacomo, Esq.

5              One Main Street, 4th Floor

6              Cambridge, MA   02142

7              617 402-3700

8              Hagens-berman.com

9              Ed@hbsslaw.com

10             For the Plaintiffs

11

12             HOGAN & HARTSON, L.L.P.

13             BY:  Steven M. Edwards, Esq.

14             Hoa T.T. Hoang, Esq.

15             875 Third Avenue

16             New York, NY   10022

17             212 918-3000

18             Smedwards@hhlaw.com

19             Htthoang@hhlaw.com

20             For Defendant Bristol-Myers

21             Squibb

22

280

1           A P P E A R A N C E S :  (CONT'D)

2

3               JONES DAY

4               BY:  Carol P. Geisler, Esq.

5               James R. Daly, Esq.

6               77 West Wacker

7               Chicago, IL  60601-1692

8               312 782-3939

9               Cgeisler@jonesday.com

10              Jrdaly@jonesday.com

11              For Abbott Labs and

12              T.A.P. Pharmaceuticals

13

14              DAVIS, POLK & WARDWELL

15              BY:  James J  Duffy, Esq.

16              450 Lexington Avenue

17              New York, NY  10017

18              212 450-4000

19              James.duffy@dpw.com

20              For Defendant AstraZeneca

21              Pharmaceuticals Corp.

22

```
 1          A P P E A R A N C E S :   (CONT'D)

 2

 3               SIDLEY AUSTIN, LLP

 4               BY:  Richard D. Raskin, Esq.

 5               One South Dearborn

 6               Chicago, IL  60603

 7               312 853-7000

 8               Rraskin@sidley.com

 9               For Bayer Corp.

10

11               ROPES & GRAY, L.L.P.

12               BY:  Steven A. Kaufman, Esq.

13               Kim Nemirow, Esq.

14               One International Place

15               Boston, MA  02110-2624

16               617 951-7000

17               Steven.kaufman@ropesgray.com

18               For Defendant Shering Corporation/

19               Shering Plough and Warrick

20               Pharmaceuticals

21

22
```

282

```
1          A P P E A R A N C E S :   (CONT'D)

2

3               SHOOK, HARDY & BACON, L.L.P.

4               BY:  Joseph G. Matye, Esq.

5               2555 Grand Boulevard

6               Kansas City, MO  64108-2613

7               816 474-6550

8               For Defendant Aventis Pharmaceuticals

9

10              MORGAN, LEWIS & BOCKIUS, L.L.P.

11              BY:  J. Clayton Everett, Jr., Esq.

12              1111 Pennsylvania Avenue, N.W.

13              Washington, DC  20004

14              202 739-3000

15              Jeverett@morganlewis.com

16              For Pharmacia Corporation

17

18

19

20

21

22
```

283

```
1          A P P E A R A N C E S :  (CONT'D)

2               (Via Internet)

3               PERKINS COIE LLP

4               BY:  Kathleen M. O'Sullivan, Esq.

5               1201 Third Avenue

6               Seattle, WA 98101-3099

7               206 359-8000

8               For Immunex Corporation

9

10

11              (Via telephone)

12              SONNENSCHEIN, NATH, ROSENTHAL, LLP

13              BY:  Geoffrey Repo, Esq.

14              7800 Sears Tower

15              233 S. Wacker Drive

16              Chicago, IL  60606-6409

17              312 876-8000

18              Grepo@sonnenschein.com

19              For Teva Pharmaceuticals

20

21

22
```

284

1          A P P E A R A N C E S :  (CONT'D)

2

3               KELLEY, DRYE & WARREN, LLP

4               BY:  Christopher C. Palermo, Esq.

5               101 Park Avenue

6               New York, NY  10178

7               212 808-7800

8               Cpalermo@kelleydrye.com

9               For Dey Pharmaceuticals

10

11  ALSO PRESENT:

12               Nauman Ilias, Ph.D.

13               The Brattle Group

14               44 Brattle Street

15               Cambridge, MA  02138-3736

16               617 864-7900

17

18

19

20

21

22

285

```
 1   ALSO PRESENT: (CONTINUED)

 2

 3                   Andrew B. Tepperman, Ph.D.

 4                   CRA International

 5                   John Hancock Tower

 6                   200 Clarendon Street, T-33

 7                   Boston, MA   02116-5092

 8                   617 425-3000

 9

10                   Christopher R. Stromberg, Ph.D.

11                   Bates White

12                   1300 Eye Street NW

13                   Suite 600

14                   Washington, DC   20005

15                   202 408-6110

16

17                   Dom Dalcielo, Videographer

18

19

20

21

22
```

286

1                    I N D E X

2

3   TESTIMONY OF:                            PAGE

4

5   RAYMOND S. HARTMAN, Ph D....................... 288

6

7   (Cont'd by Mr  Edwards) ...................... 288

8   (By Mr  Daly) ................................ 415

9   (By Mr  Raskin) .............................. 493

10  (By Mr  Palermo) ............................. 528

11  (By Mr  Duffy) ............................... 555

12

13

14                  E X H I B I T S

15

16  EXHIBIT              DESCRIPTION            PAGE

17  Exhibit Hartman 031 Attachment D, 9/3/04........ 298

18  Exhibit Hartman 032 Montana Penalty Claims...... 328

19  Exhibit Hartman 033 Deposition Transcript....... 336

20  Exhibit Hartman 034 Sections 37.86.1101, 1105.... 340

21  Exhibit Hartman 035 Montana Regulation, 9/2000... 346

22  Exhibit Hartman 036 OIG Report, 9/2004 ........ 351

287

1                    E X H I B I T S (CONTINUED)

2    EXHIBIT                DESCRIPTION                PAGE

3    Exhibit Hartman 037 One-Page Calculation......... 362

4    Exhibit Hartman 038 Excerpts From Data Set....... 377

5    Exhibit Hartman 039 AWP Montana Claims

6                        Overcharges.............. 391

7    Exhibit Hartman 040 Sample Records Tables 3, 4... 395

8    Exhibit Hartman 041 Bates NV 20831-36............ 543

9    Exhibit Hartman 042 Bates NV 20823. ............ 544

10

11

12

13

14

15

16

17

18

19

20

21

22

501

1       Q.    And you spoke about a lack of price

2   transparency as creating the concerns about fraud

3   that we're dealing with here, is that right?

4       A    That's correct.

5       Q.   And I believe you also testified, too,

6   that your but-for world would perhaps look a lot

7   like what Medicare has done with the mandatory

8   reporting of ASPs, allowing for greater price

9   transparency, is that right?

10      A.   Well, what I've said was that I see the

11  OIG requesting that sufficient information be

12  released by the manufacturers so that there -- a

13  knowledge and ability to understand what ASP is

14  would be available to them in their reimbursement

15  decisions, which is what I see Medicare has

16  struggled mightily with for 15 years to get to, and

17  they finally have.

18          So in that sense, I've related the two.

19      Q.   I want to ask you to assume that a

20  manufacturer is reporting ASPs to a state, and that

21  it has been over time   Would such reports, in your

22  view, alleviate the concerns about price

1   transparency that you've referred to?

2       A.   It would certainly provide the information

3   for the Medicaid agencies to make an informed

4   decision about the -- the lesser of the -- of a

5   variety of the alternative bases for reimbursement.

6       Q.   Well -- and, in fact, it would provide the

7   state with an average of actual sales prices from

8   the manufacturer, would it not?

9       A    To -- as a -- as a measure of the cost to

10  their -- to the providers, that's right.

11      Q.   This is, in fact, your but-for world,

12  isn't it?

13      A    The -- the but-for world -- what -- what I

14  have done in the overcharge analysis is pose a

15  but-for world that is -- that relied -- that takes

16  account of the ASPs   In the fraudulent claims

17  analysis, there's not really a but-for world.  It's

18  just looking at the world as it is and what the

19  claimed amount was versus a -- a measure of what

20  the acquisition cost was   It's not a but-for world

21  in the same way that it would be in a traditional

22  type of legal analysis or a counter-fact analysis

503

1   absent the violations. But the -- the ASP in the

2   overcharge analysis is the but-for world for the

3   drugs for which I was able to get ASPs.

4      Q    In the situation that I have hypothesized

5   to you where a manufacturer is reporting its ASPs

6   routinely to a state, do you think it is still

7   reasonable to assume that fraud occurs and

8   statutory penalties are applied where the allowed

9   amount is greater than, say, AWP minus some

10  percentage?

11         MR. NOTARGIACOMO:  Objection.

12     A.   It's -- you're asking me a legal question

13  that is -- is a good one, but it's a legal one, and

14  so I -- I mean, my expertise has not gone to that

15  kind of calculation here or that kind of analysis

16  here and I haven't been asked to.

17     Q.   Well, you testified yesterday that you

18  made certain assumptions, and that, in particular,

19  you -- you adopted a trigger point, if you will,

20  where the allowed amount was greater than the

21  EAC -- penalties were to kick in. And you

22  testified further that you felt that that was a

506

1   the like.  And for purposes of my hypothetical, I

2   -- I want you to assume that the ASPs that are

3   being reported are ASPs, as we've been using that

4   term, as Medicare uses that term, as you've been

5   using that term in your report, and then, in fact,

6   they are averages of real transactions with -- with

7   -- net of discounts and price concessions.

8        A.   Everything that the OIG is asking for.

9        Q.   Exactly.

10            MR. NOTARGIACOMO:  Same objection.

11       A.   The -- certainly the hypothetical that

12  you've given me says that if -- in that -- such a

13  world such a manufacturer would have -- would have

14  complied with the OIG guidelines, and, you know,

15  that's about as far, you know, as I can --

16            (Discussion off the record.)

17       A.   So, you know I -- the -- that has -- the

18  -- the argument that there -- where the conjunction

19  of marketing on spread with a nontransparency of

20  pricing that the OIG is getting at in their -- in

21  their guidelines and they're worried about is

22  clearly that by supplying that information, that's

507

1   certainly gone to solving that aspect of what the

2   OIG is getting at.  And as an economist, that would

3   provide the information, if communicated, to make

4   informed decisions.

5        Whether -- what that means about fraud and

6   nonfraud, that's now stepping -- you know, I -- the

7   -- I don't -- I'm not an expert of what's fraud and

8   nonfraud or whatever.  And I'm just talking about

9   what information is there, what's reasonable, and

10  what informs people, and you've -- you've described

11  a market to me where all the information in the OIG

12  report that they're requesting is provided, and in

13  -- that's what has been requested, and that,

14  obviously, would mitigate the nontransparency.

15       Now, beyond that, you know, I -- I'd hate

16  to -- I feel like I'm being drawn into a legal

17  conclusion.

18       MR. NOTARGIACOMO:  Just before you go --

19  continue with this, counsel for TAP and Abbott who

20  just finished questioning wanted me to get on the

21  record that Plaintiffs don't have any direct --

22  redirect of the witness based on his questions.  I

1   believe he wants to catch a plane.

2          MR. DALY:  Thank you.

3          MR. NOTARGIACOMO:  You can continue.

4      Q.   Very good.  So you would allow then that

5   the reporting of ASPs would cure any concern about

6   price transparency?

7      A.   It is certainly -- it is certainly what

8   the OIG has asked for, and it would make -- a full

9   understanding of those prices would make the

10  pricing transparent to the market if it were

11  provided to the market.

12     Q.   Now, looking at your reports in which you

13  calculate overcharges for some Defendant

14  manufacturers and penalties for, I believe, all

15  Defendant manufacturers --

16     A.   Are we in Montana now or in Nevada?

17     Q.   Well, for present purposes we're in both.

18     A.   Okay.

19     Q.   But let's take a look at Montana.  If you

20  were to learn that one of the manufacturers for

21  whom you calculated damages or penalties had, in

22  fact, been reporting ASPs to the State of Montana