UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO <br><br> *State of Montana v. Abbott Labs. Inc., et al.,* <br> No. 02-CV-12084-PBS <br> D. Mont. Cause No. CV-02-09-H-DWM | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### DECLARATION OF LASAGNE A. WILHITE IN SUPPORT OF FUJISAWA USA, INC. AND FUJISAWA HEALTHCARE, INC.'S INDIVIDUAL MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Lasagne A. Wilhite, declare as follows:

1. Attached hereto as Exhibit A is a true and correct copy of the Affidavit of Steven Knowles, dated February 6, 2007.

2. Attached hereto as Exhibit B is a true and correct copy of excerpts of the Expert Report of Steven Young in Support of Track 2 Defendants' Opposition to Class Certification, dated June 15, 2006, including the report's Exhibits 3-c, 3-d, 4-B, and 6.

3. Attached hereto as Exhibit C is a true and correct copy of excerpts of the 2002 Drug Topics Redbook.

4. Attached hereto as Exhibit D is a true and correct copy of excerpts of the 1995 Drug Topics Redbook.

5. Attached hereto as Exhibit E is a true and correct copy of excerpts of the 1991 Drug Topics Redbook.

6. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Declaration of Raymond S. Hartman, Calculation of Damages & Penalties for the State of Montana, dated June 13, 2006.

7. Attached hereto as Exhibit G is a true and correct copy of the Montana Medicaid Fee Schedule, dated January 2003.

8. Attached hereto as Exhibit H is a true and correct copy of Fujisawa's Drug J-Code List.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct based on personal knowledge.

Executed this 8th day of February, 2007.

/s/ Lasagne A. Wilhite
LASAGNE A. WILHITE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Declaration of Lasagne A. Wilhite in Support of Fujisawa USA, Inc. and Fujisawa Healthcare, Inc.'s Individual Memorandum in Support of Defendants' Motion for Summary Judgment was delivered to all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending, on February 8, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Andrew L. Hurst
Andrew L. Hurst, Esq.