| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Schein)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00364-7211-72 | 1.50 | | AT |
| 80 gm | 00364-7211-60 | 3.50 | | AT |
| 0.1%, 15 gm | 00364-7212-72 | 1.70 | | AT |
| 30 gm | 00364-7212-56 | 2.50 | | AT |
| 80 gm | 00364-7212-60 | 4.25 | | AT |
| 454 gm | 00364-7212-16 | 18.60 | | AT |
| 0.5%, 15 gm | 00364-7213-72 | 3.45 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml 25s | 00364-6728-46 | 104.18 | | BP |
| 5 ml | 00364-6728-53 | 11.25 | | BP |
| LOT, TP, 0.1%, 60 ml | 00364-7346-58 | 8.10 | | AT |
| OIN, TP, 0.025%, 15 gm | 00364-7359-72 | 1.56 | | AT |
| 0.1%, 15 gm | 00364-7360-72 | 2.05 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00364-2218-53 | 4.88 | | AT |
| **(Southwood)** | | | | |
| CRE, TP, 0.025%, 15 gm | 58016-3034-01 | 4.88 | | |
| 0.1%, 15 gm | 58016-3035-01 | 4.99 | | |
| 80 gm | 58016-3108-01 | 8.37 | | |
| 0.5%, 15 gm | 58016-3127-01 | 6.83 | | |
| OIN, TP, 0.025%, 30 gm | 58016-3161-01 | 5.13 | | |
| 0.1%, 15 gm | 58016-3208-01 | 3.20 | | |
| 80 gm | 58016-3253-01 | 8.37 | | |
| **(Steris)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml | 00402-0204-01 | 4.16 | | BP |
| 5 ml | 00402-0204-05 | 11.25 | | BP |
| **(Syosset)** See FLUTEX | | | | |
| **(Syosset)** | | | | |
| CRE, TP, 0.5%, 240 gm | 47854-0577-11 | 26.20 | | AT |
| **(Taro)** | | | | |
| PAS, MM, 0.1%, 5 gm | 51672-1267-05 | 6.62 | | AT |
| **(Thames)** | | | | |
| CRE, TP, 0.025%, 15 gm | 49158-0139-20 | 1.20 | | AT |
| 80 gm | 49158-0139-21 | 2.80 | | AT |
| 480 gm | 49158-0139-16 | 8.60 | | AT |
| 2270 gm | 49158-0139-22 | 25.30 | | AT |
| 0.1%, 15 gm | 49158-0140-20 | 1.30 | | AT |
| 30 gm | 49158-0140-08 | 1.80 | | AT |
| 80 gm | 49158-0140-21 | 3.80 | | AT |
| 454 gm | 49158-0140-16 | 16.00 | | AT |
| 2270 gm | 49158-0140-22 | 63.20 | | AT |
| 0.5%, 15 gm | 49158-0141-20 | 2.80 | | AT |
| LOT, TP, 0.1%, 60 ml | 49158-0211-32 | 7.30 | | AT |
| OIN, TP, 0.025%, 15 gm | 49158-0160-20 | 1.30 | | AT |
| 30 gm | 49158-0160-08 | 1.80 | | AT |
| 80 gm | 49158-0160-21 | 2.80 | | AT |
| 454 gm | 49158-0160-16 | 16.00 | | AT |
| PAS, MM, 0.1%, 5 gm | 49158-0231-03 | 5.00 | | AT |
| **(Truxton)** See ACETOCOT | | | | |
| **(Truxton)** See TRIAMCOT | | | | |
| **(UDL)** | | | | |
| CRE, TP, 0.025%, 15 gm | 51079-0272-61 | 1.78 | 1.20 | AT |
| 0.1%, 15 gm | 51079-0275-61 | 1.94 | 1.31 | AT |
| OIN, TP, 0.1%, 15 gm | 51079-0276-61 | 1.94 | 1.31 | AT |
| **(URL)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00677-0743-40 | 1.50 | | AT |
| 80 gm | 00677-0743-46 | 3.40 | | AT |
| 454 gm | 00677-0743-44 | 8.95 | | AT |
| 0.1%, 15 gm | 00677-0747-40 | 2.05 | | AT |
| 80 gm | 00677-0747-46 | 5.05 | | AT |
| 454 gm | 00677-0747-44 | 20.83 | | AT |
| 2270 gm | 00677-0747-47 | 77.50 | | AT |
| 0.5%, 15 gm | 00677-0751-40 | 4.27 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00677-0600-20 | 16.30 | | BP |
| OIN, TP, 0.1%, 15 gm | 00677-0753-40 | 2.05 | | AT |
| 80 gm | 00677-0753-46 | 4.75 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00677-1200-36 | 6.30 | | AT |
| **(Veratex)** | | | | |
| CRE, TP, 0.025%, 15 gm | 17022-5888-02 | 0.85 | | EE |
| 0.1%, 15 gm | 17022-5892-02 | 1.00 | | EE |
| 80 gm | 17022-5892-04 | 2.95 | | EE |
| 0.5%, 15 gm | 17022-5890-02 | 2.15 | | EE |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **TRIAMCINOLONE DIACETATE** (A-A Spectrum) | | | | |
| CRY, (MICRONIZED U.S.P./N.F.) | | | | |
| 1 gm | 49452-7910-01 | 16.50 | 14.50 | |
| (MICRONIZED U.S.P./N.F.) | | | | |
| 5 gm | 49452-7910-02 | 59.20 | 49.20 | |
| 10 gm | 49452-7910-03 | 98.50 | 88.20 | |
| **(Allscrips)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 54569-2129-00 | 10.14 | | EE |
| **(Bolan)** See TRAMACORT-D | | | | |
| **(Central)** See CENOCORT FORTE | | | | |
| **(Clint)** See CLINACORT | | | | |
| **(Forest Pharm)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00456-1060-05 | 11.50 | | EE |
| **(Fujisawa)** See ARISTOCORT FORTE | | | | |
| **(Fujisawa)** See ARISTOCORT FOR INJECTION | | | | |
| **(Gallipot)** | | | | |
| POW, (MICRO., U.S.P.) | | | | |
| 1 gm | 51552-0278-01 | 16.68 | | |
| 5 gm | 51552-0278-05 | 56.58 | | |
| 10 gm | 51552-0278-10 | 101.43 | | |
| **(Geni Inject)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 52584-0042-05 | 8.98 | 4.50 | BP |
| **(Goldline)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00182-3064-62 | 13.80 | | BP |
| **(Hyrex)** See TRIAM-FORTE | | | | |
| **(Insource)** | | | | |
| INJ, IJ, 40 mg/ml, 5 ml | 58441-1113-05 | 8.98 | | BP |
| **(Interstate)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00814-8007-38 | 13.35 | | EE |
| **(Jones-Western)** See TRYLONE D | | | | |
| **(Keene)** See AMCORT | | | | |
| **(Legere)** See CINALONE 40 | | | | |
| **(Major)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00904-0885-05 | 12.75 | | BP |
| **(Mayrand)** See TRISTOJECT | | | | |
| **(Moore,H.L.)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00839-5057-25 | 10.38 | 7.69 | BP |
| **(Roberts/Hauck)** See TRILONE | | | | |
| **(Rugby)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00536-9800-65 | 11.01 | | BP |
| **(Schein)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00364-6666-53 | 7.44 | | BP |
| **(Steris)** | | | | |
| INJ, IJ, 40 mg/ml, 5 ml | 00402-0042-05 | 7.44 | | BP |
| **(Truxton)** See TRIAMCOT | | | | |
| **(URL)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00677-0981-20 | 11.34 | | BP |
| **(Veratex)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 17022-3541-01 | 4.75 | | EE |
| **TRIAMCINOLONE HEXACETONIDE** | | | | |
| **(Fujisawa)** See ARISTOSPAN INJECTION | | | | |
| **TRIAMCOT (Truxton)** | | | | |
| triamcinolone acetonide | | | | |
| CRE, TP, 0.1%, 15 gm | 00463-8052-15 | 2.40 | | EE |
| **TRIAMCOT (Truxton)** | | | | |
| triamcinolone diacetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00463-1091-05 | 8.40 | | EE |
| **TRIAMINIC EXP W/CODEINE (Sandoz Consumer)** | | | | |
| codeine/gg/ppa | | | | |
| LIQ, PO | | | | |
| 10 mg-200 mg-12.5 mg/5ml, | | | | |
| 480 ml, C-V | 00043-0528-16 | 33.04 | 27.53 | |
| **TRIAMINIC INFANT (Sandoz Consumer)** | | | | |
| phenir/ppa/pyril | | | | |
| GTT, PO, 20 mg-10 mg-10 mg/ml, | | | | |
| 15 ml | 00043-0506-15 | 10.84 | 9.03 | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Allscrips)** | | | | |
| REPACK | | | | |
| GTT, PO, 20 mg-10 mg-10 mg/ml, | | | | |
| 15 ml | 54569-0742-00 | 10.84 | | |
| **TRIAMINIC TR (Sandoz Consumer)** | | | | |
| phenir/ppa/pyril | | | | |
| TER, PO, 20 mg-10 mg-10 mg, | | | | |
| 100s ea | 00043-0020-51 | 40.44 | 33.70 | |
| **TRIAMINIC-DH EXPECTORANT (Sandoz Consumer)** | | | | |
| gg/hydrocodone/phenir/ppa/pyril | | | | |
| LIQ, PO, 480 ml, C-III | 00043-0521-16 | 38.16 | 31.80 | |
| **TRIAMONIDE 40 (Forest Pharm)** | | | | |
| triamcinolone acetonide | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00456-0781-05 | 11.50 | | EE |
| **TRIAMTERENE** | | | | |
| **(SK Beecham Pharm)** See DYRENIUM | | | | |
| **TRIAPRIN (Dunhall)** | | | | |
| apap/butal | | | | |
| CAP, PO, 325 mg-50 mg, | | | | |
| 100s ea | 00217-2811-01 | 18.00 | | |
| 500s ea | 00217-2811-03 | 80.00 | | |
| **TRIAVIL 2-10 (Merck)** | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 10 mg-2 mg, | | | | |
| 100s ea | 00006-0914-68 | 55.83 | 44.66 | |
| 100s ea UD | 00006-0914-28 | 60.40 | 48.32 | |
| 500s ea | 00006-0914-74 | 267.86 | 214.29 | |
| **TRIAVIL 2-25 (Merck)** | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 25 mg-2 mg, | | | | |
| 100s ea | 00006-0921-68 | 71.08 | 56.86 | |
| 100s ea UD | 00006-0921-28 | 75.65 | 60.52 | |
| 500s ea | 00006-0921-74 | 339.19 | 271.35 | |
| **TRIAVIL 4-10 (Merck)** | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 10 mg-4 mg, | | | | |
| 100s ea | 00006-0934-68 | 62.46 | 49.97 | |
| 500s ea | 00006-0934-74 | 298.48 | 238.78 | |
| **TRIAVIL 4-25 (Merck)** | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 25 mg-4 mg, | | | | |
| 100s ea | 00006-0946-68 | 77.41 | 61.93 | |
| 100s ea UD | 00006-0946-28 | 81.96 | 65.57 | |
| 500s ea | 00006-0946-74 | 370.04 | 296.03 | |
| **TRIAVIL 4-50 (Merck)** | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 50 mg-4 mg, | | | | |
| 60s ea | 00006-0517-60 | 78.01 | 62.41 | |
| 100s ea | 00006-0517-68 | 127.83 | 102.26 | |
| **TRIAZOLAM (Aligen)** | | | | |
| TAB, PO (10X10, UNIT OF USE) | | | | |
| 0.125 mg, | | | | |
| 100s ea, C-IV | 00405-0192-10 | 64.87 | | |
| 500s ea, C-IV | 00405-0192-02 | 306.90 | | |
| (10X10, UNIT OF USE) | | | | |
| 0.25 mg, | | | | |
| 100s ea, C-IV | 00405-0193-10 | 70.70 | | |
| 500s ea, C-IV | 00405-0193-02 | 335.29 | | |
| **(Cheshire)** | | | | |
| TAB, PO, 0.25 mg, | | | | |
| 4s ea, C-IV | 55175-0720-04 | 7.54 | | |
| 10s ea, C-IV | 55175-0720-01 | 10.22 | | |
| 15s ea, C-IV | 55175-0720-05 | 12.98 | | |
| 30s ea, C-IV | 55175-0720-00 | 21.10 | | |
| **(Geneva)** | | | | |
| TAB, PO, 0.125 mg, | | | | |
| 100s ea UD, C-IV | 00781-1441-13 | 58.15 | | |
| (UNIT OF USE) | | | | |
| 0.125 mg, | | | | |
| 100s ea, C-IV | 00781-1441-83 | 56.37 | | |
| 500s ea, C-IV | 00781-1441-05 | 282.15 | | |
| 0.25 mg, | | | | |
| 100s ea UD, C-IV | 00781-1442-13 | 63.57 | | |
| (UNIT OF USE) | | | | |
| 0.25 mg, | | | | |
| 100s ea, C-IV | 00781-1442-83 | 61.65 | | |
| 500s ea, C-IV | 00781-1442-05 | 308.49 | | |

Recommend **SENOKOT® Laxatives** When the Rx May Constipate   PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Schein)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00364-7211-72 | 1.50 | | AT |
| 80 gm | 00364-7211-60 | 3.50 | | AT |
| 0.1%, 15 gm | 00364-7212-72 | 1.70 | | AT |
| 30 gm | 00364-7212-56 | 2.50 | | AT |
| 80 gm | 00364-7212-60 | 4.25 | | AT |
| 454 gm | 00364-7212-16 | 18.60 | | AT |
| 0.5%, 15 gm | 00364-7213-72 | 3.45 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml 25s | 00364-6728-46 | 104.18 | | BP |
| 5 ml | 00364-6728-53 | 11.25 | | BP |
| LOT, TP, 0.1%, 60 ml | 00364-7346-58 | 8.10 | | AT |
| OIN, TP, 0.025%, 15 gm | 00364-7359-72 | 1.56 | | AT |
| 0.1%, 15 gm | 00364-7360-72 | 2.05 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00364-2218-53 | 4.88 | | AT |
| **(Southwood)** | | | | |
| CRE, TP, 0.025%, 15 gm | 58016-3034-01 | 4.88 | | |
| 0.1%, 15 gm | 58016-3035-01 | 4.99 | | |
| 80 gm | 58016-3108-01 | 8.37 | | |
| 0.5%, 15 gm | 58016-3127-01 | 6.83 | | |
| OIN, TP, 0.025%, 30 gm | 58016-3161-01 | 5.13 | | |
| 0.1%, 15 gm | 58016-3208-01 | 3.20 | | |
| 80 gm | 58016-3253-01 | 8.37 | | |
| **(Steris)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml | 00402-0204-01 | 4.16 | | BP |
| 5 ml | 00402-0204-05 | 11.25 | | BP |
| **(Syosset)** See FLUTEX | | | | |
| **(Syosset)** | | | | |
| CRE, TP, 0.5%, 240 gm | 47854-0577-11 | 26.20 | | AT |
| **(Taro)** | | | | |
| PAS, MM, 0.1%, 5 gm | 51672-1267-05 | 6.62 | | AT |
| **(Thames)** | | | | |
| CRE, TP, 0.025%, 15 gm | 49158-0139-20 | 1.20 | | AT |
| 80 gm | 49158-0139-21 | 2.80 | | AT |
| 480 gm | 49158-0139-16 | 8.60 | | AT |
| 2270 gm | 49158-0139-22 | 25.30 | | AT |
| 0.1%, 15 gm | 49158-0140-20 | 1.30 | | AT |
| 30 gm | 49158-0140-08 | 1.80 | | AT |
| 80 gm | 49158-0140-21 | 3.80 | | AT |
| 454 gm | 49158-0140-16 | 16.00 | | AT |
| 2270 gm | 49158-0140-22 | 63.20 | | AT |
| 0.5%, 15 gm | 49158-0141-20 | 2.80 | | AT |
| LOT, TP, 0.1%, 60 ml | 49158-0211-32 | 7.30 | | AT |
| OIN, TP, 0.1%, 15 gm | 49158-0160-20 | 1.30 | | AT |
| 30 gm | 49158-0160-08 | 1.80 | | AT |
| 80 gm | 49158-0160-21 | 2.80 | | AT |
| 454 gm | 49158-0160-16 | 16.00 | | AT |
| PAS, MM, 0.1%, 5 gm | 49158-0231-03 | 5.00 | | AT |
| **(Truxton)** See ACETOCOT | | | | |
| **(Truxton)** See TRIAMCOT | | | | |
| **(UDL)** | | | | |
| CRE, TP, 0.025%, 15 gm | 51079-0272-61 | 1.78 | 1.20 | AT |
| 0.1%, 15 gm | 51079-0275-61 | 1.94 | 1.31 | AT |
| OIN, TP, 0.1%, 15 gm | 51079-0276-61 | 1.94 | 1.31 | AT |
| **(URL)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00677-0743-40 | 1.50 | | AT |
| 80 gm | 00677-0743-46 | 3.40 | | AT |
| 454 gm | 00677-0743-44 | 8.95 | | AT |
| 0.1%, 15 gm | 00677-0747-40 | 2.05 | | AT |
| 80 gm | 00677-0747-46 | 5.05 | | AT |
| 454 gm | 00677-0747-44 | 20.83 | | AT |
| 2270 gm | 00677-0747-47 | 77.50 | | AT |
| 0.5%, 15 gm | 00677-0751-40 | 4.27 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00677-0600-20 | 16.30 | | BP |
| OIN, TP, 0.1%, 15 gm | 00677-0753-40 | 2.05 | | AT |
| 80 gm | 00677-0753-46 | 4.75 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00677-1200-36 | 6.30 | | AT |
| **(Veratex)** | | | | |
| CRE, TP, 0.025%, 15 gm | 17022-5888-02 | 0.85 | | EE |
| 0.1%, 15 gm | 17022-5892-02 | 1.00 | | EE |
| 80 gm | 17022-5892-04 | 2.95 | | EE |
| 0.5%, 15 gm | 17022-5890-02 | 2.15 | | EE |
| **TRIAMCINOLONE DIACETATE** (A-A Spectrum) | | | | |
| CRY, (MICRONIZED U.S.P./N.F.) | | | | |
| 1 gm | 49452-7910-01 | 16.50 | 14.50 | |
| (MICRONIZED U.S.P./N.F.) | | | | |
| 5 gm | 49452-7910-02 | 59.20 | 49.20 | |
| 10 gm | 49452-7910-03 | 98.50 | 88.20 | |
| **(Allscrips)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 54569-2129-00 | 10.14 | | EE |
| **(Bolan)** See TRAMACORT-D | | | | |
| **(Central)** See CENOCORT FORTE | | | | |
| **(Clint)** See CLINACORT | | | | |
| **(Forest Pharm)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00456-1060-05 | 11.50 | | EE |
| **(Fujisawa)** See ARISTOCORT FORTE | | | | |
| **(Fujisawa)** See ARISTOCORT FOR INJECTION | | | | |
| **(Gallipot)** | | | | |
| POW, (MICRO., U.S.P.) | | | | |
| 1 gm | 51552-0278-01 | 16.68 | | |
| 5 gm | 51552-0278-05 | 56.58 | | |
| 10 gm | 51552-0278-10 | 101.43 | | |
| **(Geni Inject)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 52584-0042-05 | 8.98 | 4.50 | BP |
| **(Goldline)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00182-3064-62 | 13.80 | | BP |
| **(Hyrex)** See TRIAM-FORTE | | | | |
| **(Insource)** | | | | |
| INJ, IJ, 40 mg/ml, 5 ml | 58441-1113-05 | 8.98 | | BP |
| **(Interstate)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00814-8007-38 | 13.35 | | EE |
| **(Jones-Western)** See TRYLONE D | | | | |
| **(Keene)** See AMCORT | | | | |
| **(Legere)** See CINALONE 40 | | | | |
| **(Major)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00904-0885-05 | 12.75 | | BP |
| **(Mayrand)** See TRISTOJECT | | | | |
| **(Moore,H.L.)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00839-5057-25 | 10.38 | 7.69 | BP |
| **(Roberts/Hauck)** See TRILONE | | | | |
| **(Rugby)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00536-9800-65 | 11.01 | | BP |
| **(Schein)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00364-6666-53 | 7.44 | | BP |
| **(Steris)** | | | | |
| INJ, IJ, 40 mg/ml, 5 ml | 00402-0042-05 | 7.44 | | BP |
| **(Truxton)** See TRIAMCOT | | | | |
| **(URL)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00677-0981-20 | 11.34 | | BP |
| **(Veratex)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 17022-3541-01 | 4.75 | | EE |
| **TRIAMCINOLONE HEXACETONIDE** | | | | |
| **(Fujisawa)** See ARISTOSPAN INJECTION | | | | |
| **TRIAMCOT (Truxton)** | | | | |
| triamcinolone acetonide | | | | |
| CRE, TP, 0.1%, 15 gm | 00463-8052-15 | 2.40 | | EE |
| **TRIAMCOT (Truxton)** | | | | |
| triamcinolone diacetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00463-1091-05 | 8.40 | | EE |
| **TRIAMINIC EXP W/CODEINE (Sandoz Consumer)** | | | | |
| codeine/gg/ppa | | | | |
| LIQ, PO | | | | |
| 10 mg-200 mg-12.5 mg/5ml, | | | | |
| 480 ml, C-V | 00043-0528-16 | 33.04 | 27.53 | |
| **TRIAMINIC INFANT (Sandoz Consumer)** | | | | |
| phenir/ppa/pyril | | | | |
| GTT, PO, 20 mg-10 mg-10 mg/ml, | | | | |
| 15 ml | 00043-0506-15 | 10.84 | 9.03 | |
| **(Allscrips)** | | | | |
| **REPACK** | | | | |
| GTT, PO, 20 mg-10 mg-10 mg/ml, | | | | |
| 15 ml | 54569-0742-00 | 10.84 | | |
| **TRIAMINIC TR (Sandoz Consumer)** | | | | |
| phenir/ppa/pyril | | | | |
| TER, PO, 20 mg-10 mg-10 mg, | | | | |
| 100s ea | 00043-0020-51 | 40.44 | 33.70 | |
| **TRIAMINIC-DH EXPECTORANT (Sandoz Consumer)** | | | | |
| gg/hydrocodone/phenir/ppa/pyril | | | | |
| LIQ, PO, 480 ml, C-III | 00043-0521-16 | 38.16 | 31.80 | |
| **TRIAMONIDE 40 (Forest Pharm)** | | | | |
| triamcinolone acetonide | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00456-0781-05 | 11.50 | | EE |
| **TRIAMTERENE** | | | | |
| **(SK Beecham Pharm)** See DYRENIUM | | | | |
| **TRIAPRIN (Dunhall)** | | | | |
| apap/butal | | | | |
| CAP, PO, 325 mg-50 mg, | | | | |
| 100s ea | 00217-2811-01 | 18.00 | | AB |
| 500s ea | 00217-2811-03 | 80.00 | | AB |
| **TRIAVIL 2-10 (Merck)** | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 10 mg-2 mg, | | | | |
| 100s ea | 00006-0914-68 | 55.83 | 44.66 | AB |
| 100s ea UD | 00006-0914-28 | 60.40 | 48.32 | AB |
| 500s ea | 00006-0914-74 | 267.86 | 214.29 | AB |
| **TRIAVIL 2-25 (Merck)** | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 25 mg-2 mg, | | | | |
| 100s ea | 00006-0921-68 | 71.08 | 56.86 | AB |
| 100s ea UD | 00006-0921-28 | 75.65 | 60.52 | AB |
| 500s ea | 00006-0921-74 | 339.19 | 271.35 | AB |
| **TRIAVIL 4-10 (Merck)** | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 10 mg-4 mg, | | | | |
| 100s ea | 00006-0934-68 | 62.46 | 49.97 | AB |
| 500s ea | 00006-0934-74 | 298.48 | 238.78 | AB |
| **TRIAVIL 4-25 (Merck)** | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 25 mg-4 mg, | | | | |
| 100s ea | 00006-0946-68 | 77.41 | 61.93 | AB |
| 100s ea UD | 00006-0946-28 | 81.96 | 65.57 | AB |
| 500s ea | 00006-0946-74 | 370.04 | 296.03 | AB |
| **TRIAVIL 4-50 (Merck)** | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 50 mg-4 mg, | | | | |
| 60s ea | 00006-0517-60 | 78.01 | 62.41 | AB |
| 100s ea | 00006-0517-68 | 127.83 | 102.26 | AB |
| **TRIAZOLAM (Aligen)** | | | | |
| TAB, PO (10X10, UNIT OF USE) | | | | |
| 0.125 mg, | | | | |
| 100s ea, C-IV | 00405-0192-10 | 64.87 | | AB |
| 500s ea, C-IV | 00405-0192-02 | 306.90 | | AB |
| (10X10, UNIT OF USE) | | | | |
| 0.25 mg, | | | | |
| 100s ea, C-IV | 00405-0193-10 | 70.70 | | AB |
| 500s ea, C-IV | 00405-0193-02 | 335.29 | | AB |
| **(Cheshire)** | | | | |
| TAB, PO, 0.25 mg, | | | | |
| 4s ea, C-IV | 55175-0720-04 | 7.54 | | |
| 10s ea, C-IV | 55175-0720-01 | 10.22 | | |
| 15s ea, C-IV | 55175-0720-05 | 12.98 | | |
| 30s ea, C-IV | 55175-0720-00 | 21.10 | | |
| **(Geneva)** | | | | |
| TAB, PO, 0.125 mg, | | | | |
| 100s ea UD, C-IV | 00781-1441-13 | 58.15 | | AB |
| (UNIT OF USE) | | | | |
| 0.125 mg, | | | | |
| 100s ea, C-IV | 00781-1441-83 | 56.37 | | AB |
| 500s ea, C-IV | 00781-1441-05 | 282.15 | | AB |
| 0.25 mg, | | | | |
| 100s ea UD, C-IV | 00781-1442-13 | 63.57 | | AB |
| (UNIT OF USE) | | | | |
| 0.25 mg, | | | | |
| 100s ea, C-IV | 00781-1442-83 | 61.65 | | AB |
| 500s ea, C-IV | 00781-1442-05 | 308.49 | | AB |

Recommend **SENOKOT® Laxatives** When the Rx May Constipate    PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Schein) | | | | |
| CRE, TP, 0.025%, 15 gm | 00364-7211-72 | 1.50 | | AT |
| 80 gm | 00364-7211-60 | 3.50 | | AT |
| 0.1%, 15 gm | 00364-7212-72 | 1.70 | | AT |
| 30 gm | 00364-7212-56 | 2.50 | | AT |
| 80 gm | 00364-7212-60 | 4.25 | | AT |
| 454 gm | 00364-7212-16 | 18.60 | | AT |
| 0.5%, 15 gm | 00364-7213-72 | 3.45 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml 25s | 00364-6728-46 | 104.18 | | BP |
| 5 ml | 00364-6728-53 | 11.25 | | BP |
| LOT, TP, 0.1%, 60 ml | 00364-7346-58 | 8.10 | | AT |
| OIN, TP, 0.025%, 15 gm | 00364-7359-72 | 1.56 | | AT |
| 0.1%, 15 gm | 00364-7360-72 | 2.05 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00364-2218-53 | 4.88 | | AT |
| (Southwood) | | | | |
| CRE, TP, 0.025%, 15 gm | 58016-3034-01 | 4.88 | | |
| 0.1%, 15 gm | 58016-3035-01 | 4.99 | | |
| 80 gm | 58016-3108-01 | 8.37 | | |
| 0.5%, 15 gm | 58016-3127-01 | 6.83 | | |
| OIN, TP, 0.025%, 30 gm | 58016-3161-01 | 5.13 | | |
| 0.1%, 15 gm | 58016-3208-01 | 3.20 | | |
| 80 gm | 58016-3253-01 | 8.37 | | |
| (Steris) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml | 00402-0204-01 | 4.16 | | BP |
| 5 ml | 00402-0204-05 | 11.25 | | BP |
| (Syosset) See FLUTEX | | | | |
| (Syosset) | | | | |
| CRE, TP, 0.5%, 240 gm | 47854-0577-11 | 26.20 | | AT |

**Triamcinolone Acetonide Dental Paste USP 0.1%**
Quality & Integrity Inside & Out
TARO
800-544-1449

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Taro) | | | | |
| PAS, MM, 0.1%, 5 gm | 51672-1267-05 | 6.62 | | AT |
| (Thames) | | | | |
| CRE, TP, 0.025%, 15 gm | 49158-0139-20 | 1.20 | | AT |
| 80 gm | 49158-0139-21 | 2.80 | | AT |
| 480 gm | 49158-0139-16 | 8.60 | | AT |
| 2270 gm | 49158-0139-22 | 25.30 | | AT |
| 0.1%, 15 gm | 49158-0140-20 | 1.30 | | AT |
| 30 gm | 49158-0140-08 | 1.80 | | AT |
| 80 gm | 49158-0140-21 | 3.80 | | AT |
| 454 gm | 49158-0140-16 | 16.00 | | AT |
| 2270 gm | 49158-0140-22 | 63.20 | | AT |
| 0.5%, 15 gm | 49158-0141-20 | 2.80 | | AT |
| LOT, TP, 0.1%, 60 ml | 49158-0211-32 | 7.30 | | AT |
| OIN, TP, 0.1%, 15 gm | 49158-0160-20 | 1.30 | | AT |
| 30 gm | 49158-0160-08 | 1.80 | | AT |
| 80 gm | 49158-0160-21 | 2.80 | | AT |
| 454 gm | 49158-0160-16 | 16.00 | | AT |
| PAS, MM, 0.1%, 5 gm | 49158-0231-03 | 5.00 | | AT |
| (Truxton) See ACETOCOT | | | | |
| (Truxton) See TRIAMCOT | | | | |
| (UDL) | | | | |
| CRE, TP, 0.025%, 15 gm | 51079-0272-61 | 1.78 | 1.20 | AT |
| 0.1%, 15 gm | 51079-0275-61 | 1.94 | 1.31 | AT |
| OIN, TP, 0.1%, 15 gm | 51079-0276-61 | 1.94 | 1.31 | AT |
| (URL) | | | | |
| CRE, TP, 0.025%, 15 gm | 00677-0743-40 | 1.50 | | AT |
| 80 gm | 00677-0743-46 | 3.40 | | AT |
| 454 gm | 00677-0743-44 | 8.95 | | AT |
| 0.1%, 15 gm | 00677-0747-40 | 2.05 | | AT |
| 80 gm | 00677-0747-46 | 5.05 | | AT |
| 454 gm | 00677-0747-44 | 20.83 | | AT |
| 2270 gm | 00677-0747-47 | 77.50 | | AT |
| 0.5%, 15 gm | 00677-0751-40 | 4.27 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00677-0600-20 | 16.30 | | BP |
| OIN, TP, 0.1%, 15 gm | 00677-0753-40 | 2.05 | | AT |
| 80 gm | 00677-0753-46 | 4.75 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00677-1200-36 | 6.30 | | AT |
| (Veratex) | | | | |
| CRE, TP, 0.025%, 15 gm | 17022-5888-02 | 0.85 | | EE |
| 0.1%, 15 gm | 17022-5892-02 | 1.00 | | EE |
| 80 gm | 17022-5892-04 | 2.95 | | EE |
| 0.5%, 15 gm | 17022-5890-02 | 2.15 | | EE |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **TRIAMCINOLONE DIACETATE** (A-A Spectrum) | | | | |
| CRY, (MICRONIZED U.S.P./N.F. | | | | |
| 1 gm | 49452-7910-01 | 16.50 | 14.50 | |
| (MICRONIZED U.S.P./N.F.) | | | | |
| 5 gm | 49452-7910-02 | 59.20 | 49.20 | |
| 10 gm | 49452-7910-03 | 98.50 | 88.20 | |
| (Allscrips) | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 54569-2129-00 | 10.14 | | EE |
| (Bolan) See TRAMACORT-D | | | | |
| (Central) See CENOCORT FORTE | | | | |
| (Clint) See CLINACORT | | | | |
| (Forest Pharm) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00456-1060-05 | 11.50 | | EE |
| (Fujisawa) See ARISTOCORT FORTE | | | | |
| (Fujisawa) See ARISTOCORT FOR INJECTION | | | | |
| (Gallipot) | | | | |
| POW, (MICRO., U.S.P.) | | | | |
| 1 gm | 51552-0278-01 | 16.68 | | |
| 5 gm | 51552-0278-05 | 56.58 | | |
| 10 gm | 51552-0278-10 | 101.43 | | |
| (Gen! Inject) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 52584-0042-05 | 8.98 | 4.50 | BP |
| (Goldline) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00182-3064-62 | 13.80 | | BP |
| (Hyrex) See TRIAM-FORTE | | | | |
| (Insource) | | | | |
| INJ, IJ, 40 mg/ml, 5 ml | 58441-1113-05 | 8.98 | | BP |
| (Interstate) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00814-8007-38 | 13.35 | | EE |
| (Jones-Western) See TRYLONE D | | | | |
| (Keene) See AMCORT | | | | |
| (Legere) See CINALONE 40 | | | | |
| (Major) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00904-0885-05 | 12.75 | | BP |
| (Mayrand) See TRISTOJECT | | | | |
| (Moore,H.L.) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00839-5057-25 | 10.38 | 7.69 | BP |
| (Roberts/Hauck) See TRILONE | | | | |
| (Rugby) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00536-9800-65 | 11.01 | | BP |
| (Schein) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00364-6666-53 | 7.44 | | BP |
| (Steris) | | | | |
| INJ, IJ, 40 mg/ml, 5 ml | 00402-0042-05 | 7.44 | | BP |
| (Truxton) See TRIAMCOT | | | | |
| (URL) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00677-0981-20 | 11.34 | | BP |
| (Veratex) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 17022-3541-01 | 4.75 | | EE |
| **TRIAMCINOLONE HEXACETONIDE** | | | | |
| (Fujisawa) See ARISTOSPAN INJECTION | | | | |
| **TRIAMCOT** (Truxton) | | | | |
| triamcinolone acetonide | | | | |
| CRE, TP, 0.1%, 15 gm | 00463-8052-15 | 2.40 | | EE |
| **TRIAMCOT** (Truxton) | | | | |
| triamcinolone diacetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00463-1091-05 | 8.40 | | EE |
| **TRIAMINIC EXP W/CODEINE** (Sandoz Consumer) | | | | |
| codeine/gg/ppa | | | | |
| LIQ, PO | | | | |
| 10 mg-200 mg-12.5 mg/5ml, | | | | |
| 480 ml, C-V | 00043-0528-16 | 33.04 | 27.53 | |
| **TRIAMINIC Infant** (Sandoz Consumer) | | | | |
| phenir/ppa/pyril | | | | |
| GTT, PO, 20 mg-10 mg-10 mg/ml, | | | | |
| 15 ml | 00043-0506-15 | 10.84 | 9.03 | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Allscrips) | | | | |
| REPACK | | | | |
| GTT, PO, 20 mg-10 mg-10 mg/ml, | | | | |
| 15 ml | 54569-0742-00 | 10.84 | | |
| **TRIAMINIC TR** (Sandoz Consumer) | | | | |
| phenir/ppa/pyril | | | | |
| TER, PO, 20 mg-10 mg-10 mg, | | | | |
| 100s ea | 00043-0020-51 | 40.44 | 33.70 | |
| **TRIAMINIC-DH EXPECTORANT** (Sandoz Consumer) | | | | |
| gg/hydrocodone/phenir/ppa/pyril | | | | |
| LIQ, PO, 480 ml, C-III | 00043-0521-16 | 38.16 | 31.80 | |
| **TRIAMONIDE 40** (Forest Pharm) | | | | |
| triamcinolone acetonide | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00456-0781-05 | 11.50 | | EE |
| **TRIAMTERENE** | | | | |
| (SK Beecham Pharm) See DYRENIUM | | | | |
| **TRIAPRIN** (Dunhall) | | | | |
| apap/butal | | | | |
| CAP, PO, 325 mg-50 mg, | | | | |
| 100s ea | 00217-2811-01 | 18.00 | | |
| 500s ea | 00217-2811-03 | 80.00 | | |
| **TRIAVIL 2-10** (Merck) | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 10 mg-2 mg, | | | | |
| 100s ea | 00006-0914-68 | 55.83 | 44.66 | |
| 100s ea UD | 00006-0914-28 | 60.40 | 48.32 | |
| 500s ea | 00006-0914-74 | 267.86 | 214.29 | |
| **TRIAVIL 2-25** (Merck) | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 25 mg-2 mg, | | | | |
| 100s ea | 00006-0921-68 | 71.08 | 56.86 | |
| 100s ea UD | 00006-0921-28 | 75.50 | 60.52 | |
| 500s ea | 00006-0921-74 | 339.19 | 271.35 | |
| **TRIAVIL 4-10** (Merck) | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 10 mg-4 mg, | | | | |
| 100s ea | 00006-0934-68 | 62.46 | 49.97 | |
| 500s ea | 00006-0934-74 | 298.48 | 238.78 | |
| **TRIAVIL 4-25** (Merck) | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 25 mg-4 mg, | | | | |
| 100s ea | 00006-0946-68 | 77.41 | 61.93 | |
| 100s ea UD | 00006-0946-28 | 81.96 | 65.57 | |
| 500s ea | 00006-0946-74 | 370.04 | 296.03 | |
| **TRIAVIL 4-50** (Merck) | | | | |
| amitriptyline/perphenazine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 50 mg-4 mg, | | | | |
| 60s ea | 00006-0517-60 | 78.01 | 62.41 | |
| 100s ea | 00006-0517-68 | 127.83 | 102.26 | |
| **TRIAZOLAM** (Aligen) | | | | |
| TAB, PO (10X10, UNIT OF USE) | | | | |
| 0.125 mg, | | | | |
| 100s ea, C-IV | 00405-0192-10 | 64.87 | | |
| 500s ea, C-IV | 00405-0192-02 | 306.90 | | |
| (10X10, UNIT OF USE) | | | | |
| 0.25 mg, | | | | |
| 100s ea, C-IV | 00405-0193-10 | 70.70 | | |
| 500s ea, C-IV | 00405-0193-02 | 335.29 | | |
| (Cheshire) | | | | |
| TAB, PO, 0.25 mg, | | | | |
| 4s ea, C-IV | 55175-0720-04 | 7.54 | | |
| 10s ea, C-IV | 55175-0720-01 | 10.22 | | |
| 15s ea, C-IV | 55175-0720-05 | 12.98 | | |
| 30s ea, C-IV | 55175-0720-00 | 21.10 | | |
| (Geneva) | | | | |
| TAB, PO, 0.125 mg, | | | | |
| 100s ea UD, C-IV | 00781-1441-13 | 58.15 | | |
| (UNIT OF USE) | | | | |
| 0.125 mg, | | | | |
| 100s ea, C-IV | 00781-1441-83 | 56.37 | | |
| 500s ea, C-IV | 00781-1441-05 | 282.15 | | |
| 0.25 mg, | | | | |
| 100s ea UD, C-IV | 00781-1442-13 | 63.57 | | |
| (UNIT OF USE) | | | | |
| 0.25 mg, | | | | |
| 100s ea, C-IV | 00781-1442-83 | 61.65 | | |
| 500s ea, C-IV | 00781-1442-05 | 308.49 | | |

Recommend **SENOKOT® Laxatives** When the Rx May Constipate
PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **CEFOPERAZONE SODIUM** | | | | |
| (Roerig) See CEFOBID | | | | |
| **CEFOTAN (Stuart)** | | | | |
| cefotetan disodium | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| PDI, IJ (P.B.) | | | | |
|    1 gm, ea . . . . . . . . . . . . 00038-0376-11 | | 11.72 | | |
|    (VIAL) | | | | |
|    1 gm, ea . . . . . . . . . . . . 00038-0376-10 | | 11.16 | | |
|    (P.B.) | | | | |
|    2 gm, ea . . . . . . . . . . . . 00038-0377-21 | | 23.02 | | |
|    (VIAL) | | | | |
|    2 gm, ea . . . . . . . . . . . . 00038-0377-20 | | 21.90 | | |
|    (BULK VIAL) | | | | |
|    10 gm, ea . . . . . . . . . . . . 00038-0375-10 | | 118.36 | | |
| **CEFOTAXIME SODIUM** | | | | |
| (Hoechst-Roussel) See CLAFORAN | | | | |
| (Hoechst-Roussel) See CLAFORAN GALAXY | | | | |
| **CEFOTETAN DISODIUM** | | | | |
| (Stuart) See CEFOTAN | | | | |
| **CEFOXITIN SODIUM** | | | | |
| (Merck) See MEFOXIN | | | | |
| **CEFPODOXIME PROXETIL** | | | | |
| (Upjohn) See VANTIN | | | | |
| **CEFPROZIL** | | | | |
| (B/M Squibb U.S. Phar) See CEFZIL | | | | |
| **CEFTAZIDIME** | | | | |
| (Abbott Hosp) See TAZICEF | | | | |
| (Glaxo) See CEPTAZ | | | | |
| (Glaxo) See FORTAZ | | | | |
| (Lilly) See TAZIDIME | | | | |
| (SK Beecham Pharm) See TAZICEF | | | | |
| **CEFTAZIDIME (VHA Supply)** | | | | |
| REPACK | | | | |
| ceftazidime | | | | |
| PDI, IJ (P.B.) | | | | |
|    1 gm, 10s ea . . . . . . . . . 00007-5083-76 | | 152.00 | | AP |
|    (VIAL) | | | | |
|    1 gm, 25s ea . . . . . . . . . 00007-5082-76 | | 370.50 | | AP |
|    2 gm, 10s ea . . . . . . . . . 00007-5084-76 | | 296.40 | | AP |
|    10s ea . . . . . . . . . . . 00007-5085-76 | | 300.20 | | AP |
|    6 gm, 10s ea . . . . . . . . . 00007-5086-76 | | 862.50 | | AP |
| **CEFTIN (Glaxo)** | | | | |
| cefuroxime axetil | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
|    50 ml . . . . . . . . . . . . 00173-0406-01 | | 14.38 | | |
|    100 ml . . . . . . . . . . . . 00173-0406-00 | | 28.58 | | |
|    200 ml . . . . . . . . . . . . 00173-0406-04 | | 51.78 | | |
| TAB, PO, 125 mg, 20s ea . . 00173-0395-01 | | 34.86 | | |
|    60s ea . . . . . . . . . . . 00173-0395-01 | | 99.58 | | |
|    100s ea UD . . . . . . . . 00173-0395-02 | | 171.07 | | |
|    250 mg, 20s ea . . . . . . . 00173-0387-00 | | 65.35 | | |
|    60s ea . . . . . . . . . . . 00173-0387-42 | | 186.54 | | |
|    100s ea UD . . . . . . . . 00173-0387-01 | | 316.02 | | |
|    500 mg, 20s ea . . . . . . . 00173-0394-00 | | 123.98 | | |
|    50s ea UD . . . . . . . . . 00173-0394-01 | | 308.00 | | |
|    60s ea . . . . . . . . . . . 00173-0394-42 | | 366.68 | | |
| (Allscrips) | | | | |
| REPACK | | | | |
| TAB, PO, 250 mg, 20s ea . . 54569-1792-04 | | 62.18 | | |
|    500 mg, 12s ea . . . . . . . 54569-2778-01 | | 73.34 | | |
|    20s ea . . . . . . . . . . . 54569-2778-02 | | 122.23 | | |
|    30s ea . . . . . . . . . . . 54569-2778-00 | | 183.34 | | |
| (Cheshire) | | | | |
| REPACK | | | | |
| TAB, PO, 250 mg, 10s ea . . 55175-1763-00 | | 37.73 | | |
|    14s ea . . . . . . . . . . . 55175-1763-04 | | 53.66 | | |
|    20s ea . . . . . . . . . . . 55175-1763-02 | | 67.09 | | |
| (Phys Total Care) | | | | |
| REPACK | | | | |
| TAB, PO, 250 mg, 14s ea . . 54868-1080-02 | | 44.86 | | |
|    20s ea . . . . . . . . . . . 54868-1080-03 | | 63.62 | | |
|    500 mg, 14s ea . . . . . . . 54868-1710-01 | | 88.36 | | |
| (Southwood) | | | | |
| REPACK | | | | |
| TAB, PO, 250 mg, 20s ea . . 58016-0114-20 | | 79.20 | | |
|    30s ea . . . . . . . . . . . 58016-0114-30 | | 115.20 | | |
| **CEFTIZOXIME SODIUM** | | | | |
| (Fujisawa) See CEFIZOX | | | | |
| **CEFTRIAXONE SODIUM** | | | | |
| (Baxter) See ROCEPHIN | | | | |
| (Roche Labs) See ROCEPHIN | | | | |
| **CEFUROXIME AXETIL** | | | | |
| (Glaxo) See CEFTIN | | | | |
| **CEFUROXIME SODIUM (Geneva)** | | | | |
| INJ, IJ (VIAL PAK) | | | | |
|    15 mg/ml, | | | | |
|      10 ml 10s . . . . . . . . . 00781-3918-70 | | 73.80 | | AP |
|      100 ml 10s . . . . . . . . 00781-3920-46 | | 63.99 | | AP |
|    30 mg/ml, | | | | |
|      100 ml 10s . . . . . . . . 00781-3924-46 | | 124.20 | | AP |
| PDI, IJ, 1.5 gm, 10s ea . . . . 00781-3922-80 | | 134.01 | | AP |
|    7.5 gm, 10s ea . . . . . . . 00781-3926-46 | | 593.55 | | AP |
| (Glaxo) See ZINACEF | | | | |
| (Lilly) See KEFUROX | | | | |
| (Marsam) | | | | |
| PDI, IJ (VIAL) | | | | |
|    750 mg, 10s ea . . . . . . . 00209-1130-22 | | 60.88 | | |
|    10s ea . . . . . . . . . . . 00209-1131-42 | | 63.98 | | |
|    1.5 gm, 10s ea . . . . . . . 00209-1132-22 | | 121.12 | | |
|    10s ea . . . . . . . . . . . 00209-1133-42 | | 124.24 | | |
|    7.5 gm, 10s ea . . . . . . . 00209-1134-52 | | 593.52 | | |
| **CEFZIL (B/M Squibb U.S. Phar)** | | | | |
| cefprozil | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
|    50 ml . . . . . . . . . . . . 00087-7718-40 | | 13.29 | 11.61 | |
|    75 ml . . . . . . . . . . . . 00087-7718-62 | | 19.85 | 17.34 | |
|    100 ml . . . . . . . . . . . . 00087-7718-64 | | 26.41 | 23.07 | |
|    250 mg/5 ml, 50 ml . . . . . 00087-7719-40 | | 24.67 | 21.55 | |
|    75 ml . . . . . . . . . . . . 00087-7719-62 | | 36.27 | 31.68 | |
|    100 ml . . . . . . . . . . . . 00087-7719-64 | | 47.87 | 41.82 | |
| TAB, PO, 250 mg, 100s ea . 00087-7720-60 | | 276.49 | 241.53 | |
|    100s ea UD . . . . . . . . 00087-7720-66 | | 305.37 | 266.76 | |
|    500 mg, 50s ea . . . . . . . 00087-7721-50 | | 269.98 | 235.84 | |
|    100s ea . . . . . . . . . . 00087-7721-60 | | 532.56 | 465.22 | |
|    100s ea UD . . . . . . . . 00087-7721-66 | | 589.20 | 514.69 | |
| (Allscrips) | | | | |
| REPACK | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
|    50 ml . . . . . . . . . . . . 54569-3742-00 | | 13.10 | | |
|    100 ml . . . . . . . . . . . 54569-3743-00 | | 26.04 | | |
|    250 mg/5 ml, 50 ml . . . . . 54569-3629-00 | | 24.32 | | |
|    100 ml . . . . . . . . . . . 54569-3630-00 | | 47.21 | | |
| TAB, PO, 250 mg, 20s ea . . 54569-3652-00 | | 54.52 | | |
|    500 mg, 20s ea . . . . . . . 54569-3653-00 | | 107.14 | | |
| (Cheshire) | | | | |
| REPACK | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
|    50 ml . . . . . . . . . . . . 55175-2703-05 | | 18.75 | | |
|    100 ml . . . . . . . . . . . 55175-2703-01 | | 34.37 | | |
|    250 mg/5 ml, 50 ml . . . . . 55175-2671-05 | | 32.22 | | |
|    100 ml . . . . . . . . . . . 55175-2671-01 | | 56.07 | | |
| TAB, PO, 250 mg, 20s ea . . 55175-0083-00 | | 59.19 | | |
| (Southwood) | | | | |
| REPACK | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
|    100 gm . . . . . . . . . . . 58016-4148-01 | | 35.05 | | |
|    250 mg/5 ml, | | | | |
|      100 gm . . . . . . . . . . 58016-4147-01 | | 59.63 | | |
| **CELERY SEED OIL (A-A Spectrum)** | | | | |
| OIL, 25 gm . . . . . . . . . . . . 49452-1872-01 | | 15.95 | 14.35 | |
|    100 gm . . . . . . . . . . . 49452-1872-02 | | 40.95 | 36.90 | |
|    500 gm . . . . . . . . . . . 49452-1872-03 | | 108.65 | 97.80 | |
| **CELESTONE (Schering)** | | | | |
| betamethasone | | | | |
| SYR, PO, 0.6 mg/5 ml, | | | | |
|    120 ml . . . . . . . . . . . 00085-0942-05 | | 33.97 | | |
| TAB, PO, 0.6 mg, | | | | |
|    21s ea UD . . . . . . . . . 00085-0011-01 | | 30.19 | | |
|    100s ea . . . . . . . . . . 00085-0011-05 | | 135.97 | | |
| **CELESTONE PHOSPHATE (Schering)** | | | | |
| betamethasone sodium phosphate | | | | |
| INJ, IJ (M.D.V.) | | | | |
|    4 mg/ml, 5 ml . . . . . . . . 00085-0879-05 | | 14.92 | | AP |
| **CELESTONE SOLUSPAN (Schering)** | | | | |
| betameth ace/betameth sod phos | | | | |
| INJ, IJ (M.D.V.) | | | | |
|    3 mg-3 mg/ml, 5 ml . . 00085-0566-05 | | 20.22 | | |
| **CELLULOSE (A-A Spectrum)** | | | | |
| CRY, (U.S.P./N.F.) | | | | |
|    100 gm . . . . . . . . . . . 49452-1875-02 | | 17.20 | 15.50 | |
| POW, 1000 gm . . . . . . . . 49452-1875-03 | | 74.50 | 67.05 | |
| **CELLULOSE SODIUM PHOSPHATE** | | | | |
| (Mission) See CALCIBIND | | | | |
| **CELONTIN (Parke-Davis)** | | | | |
| methsuximide | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| CAP, PO, 300 mg, 100s ea . 00071-0525-24 | | 70.40 | | |
| **CENA K (Century)** | | | | |
| potassium chloride | | | | |
| LIQ, PO (S.F.) | | | | |
|    20 meq/15 ml, | | | | |
|      480 ml . . . . . . . . . . . 00436-0522-16 | | 1.80 | | EE |
|      3840 ml . . . . . . . . . . 00436-0522-28 | | 9.90 | | EE |
|    40 meq/15 ml, | | | | |
|      480 ml . . . . . . . . . . . 00436-0523-16 | | 3.00 | | EE |
|      3840 ml . . . . . . . . . . 00436-0523-28 | | 10.90 | | EE |
| **CENOCORT A-40 (Central)** | | | | |
| triamcinolone acetonide | | | | |
| INJ, IJ (VIAL) | | | | |
|    40 mg/ml, 5 ml . . . . . . . 00131-1015-04 | | 31.65 | | EE |
| **CENOCORT FORTE (Central)** | | | | |
| triamcinolone diacetate | | | | |
| INJ, IJ (VIAL) | | | | |
|    40 mg/ml, 5 ml . . . . . . . 00131-1095-04 | | 26.10 | | EE |
| **CENOLATE (Abbott Hosp)** | | | | |
| vitamin c | | | | |
| INJ, IJ (AMP, 10X10) | | | | |
|    500 mg/ml, | | | | |
|      1 ml 10s . . . . . . . . . . 00074-3118-02 | | 21.61 | | |
|      2 ml 10s . . . . . . . . . . 00074-3397-02 | | 27.91 | | |
| **CEPHALEXIN (Circle)** | | | | |
| cephalexin monohydrate | | | | |
| CAP, PO, 250 mg, 40s ea . . 00659-0148-40 | | 7.50 | | EE |
|    500 mg, 10s ea . . . . . . . 00659-0147-10 | | 3.48 | | EE |
|    20s . . . . . . . . . . . . . 00659-0147-20 | | 10.11 | | EE |
| (Med-Pro) | | | | |
| REPACK | | | | |
| CAP, PO, 250 mg, 40s ea . . 53978-5020-06 | | 17.76 | 2.86 | AB |
|    500 mg, 40s ea . . . . . . . 53978-5021-06 | | 35.12 | 5.06 | AB |
| **CEPHALEXIN HYDROCHLORIDE** | | | | |
| (Dista) See KEFTAB | | | | |
| **CEPHALEXIN MONOHYDRATE** | | | | |
| HCFA | | | | |
| CAP, PO, 250 mg, 100s ea . . . . . . . . . . . . | | 11.63 | | |
|    500 mg, 100s ea . . . . . . . . . . . . . . . | | 22.43 | | |
| PDR, PO, 125 mg/5 ml, | | | | |
|    100 ml . . . . . . . . . . . . . . . . . . . . . . | | 3.08 | | |
|    200 ml . . . . . . . . . . . . . . . . . . . . . . | | 4.42 | | |
|    250 mg/5 ml, | | | | |
|      100 ml . . . . . . . . . . . . . . . . . . . . . | | 4.43 | | |
|      200 ml . . . . . . . . . . . . . . . . . . . . . | | 7.72 | | |
| TAB, PO, 250 mg, 100s ea . . . . . . . . . . . . | | 35.93 | | |
|    500 mg, 100s ea . . . . . . . . . . . . . . . | | 71.93 | | |
| (Aligen) | | | | |
| CAP, PO, 250 mg, 100s ea . 00405-4152-01 | | 62.97 | | AB |
|    500s ea . . . . . . . . . . . 00405-4152-02 | | 283.37 | | AB |
|    500 mg, 100s ea . . . . . . 00405-4153-01 | | 123.76 | | AB |
|    500s ea . . . . . . . . . . . 00405-4153-02 | | 366.74 | | AB |
| PDR, PO, 125 mg/5 ml, | | | | |
|    100 ml . . . . . . . . . . . . 00405-2500-60 | | 7.76 | | AB |
|    200 ml . . . . . . . . . . . . 00405-2500-70 | | 18.13 | | AB |
|    (WILD CHERRY) | | | | |
|    250 mg/5 ml, | | | | |
|      100 ml . . . . . . . . . . . 00405-2525-60 | | 13.44 | | AB |
|      200 ml . . . . . . . . . . . 00405-2525-70 | | 27.02 | | AB |
| (Allscrips) | | | | |
| CAP, PO, 250 mg, 4s ea . . . 54569-0304-08 | | 2.03 | | EE |
|    5s ea . . . . . . . . . . . . 54569-0304-00 | | 2.54 | | EE |
|    8s ea . . . . . . . . . . . . 54569-0304-06 | | 4.06 | | EE |
|    12s ea . . . . . . . . . . . . 54569-0304-09 | | 6.09 | | EE |
|    14s ea . . . . . . . . . . . . 54569-0304-01 | | 7.10 | | EE |
|    16s ea . . . . . . . . . . . . 54569-0304-07 | | 8.11 | | EE |
|    20s ea . . . . . . . . . . . . 54569-0304-02 | | 10.14 | | EE |
|    28s ea . . . . . . . . . . . . 54569-0304-03 | | 14.20 | | EE |
|    30s ea . . . . . . . . . . . . 54569-0304-05 | | 15.21 | | EE |
|    40s ea . . . . . . . . . . . . 54569-0304-04 | | 20.28 | | EE |
|    500 mg, 8s ea . . . . . . . . 54569-0305-08 | | 4.03 | | |
|    8s ea . . . . . . . . . . . . 54569-0305-04 | | 8.06 | | EE |
|    9s ea . . . . . . . . . . . . 54569-3324-02 | | 9.06 | | EE |
|    10s ea . . . . . . . . . . . . 54569-0305-05 | | 10.07 | | EE |
|    12s ea . . . . . . . . . . . . 54569-3324-01 | | 12.08 | | EE |
|    14s ea . . . . . . . . . . . . 54569-0305-03 | | 14.10 | | EE |
|    16s ea . . . . . . . . . . . . 54569-0305-09 | | 16.11 | | EE |
|    20s ea . . . . . . . . . . . . 54569-0305-00 | | 20.14 | | EE |
|    28s ea . . . . . . . . . . . . 54569-0305-01 | | 28.20 | | EE |
|    30s ea . . . . . . . . . . . . 54569-0305-06 | | 30.21 | | EE |
|    40s ea . . . . . . . . . . . . 54569-0305-02 | | 40.28 | | EE |
|    100s ea . . . . . . . . . . . 54569-0305-07 | | 100.70 | | EE |

Recommend **SENOKOT® Laxatives** When the Rx May Constipate     PURDUE FREDERICK    A4134