| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Southwood)** *REPACK* | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 75 gm | 58016-1014-01 | 19.16 | | |
| 150 gm | 58016-1013-01 | 38.13 | | |
| 187 mg/5 ml, | | | | |
| 100 gm | 58016-6339-01 | 37.75 | | |
| 250 mg/5 ml, 75 gm | 58016-1016-01 | 35.13 | | |
| 150 gm | 58016-1015-01 | 67.44 | | |
| 375 mg/5 ml, | | | | |
| 100 gm | 58016-4124-01 | 67.44 | | |
| **CECLOR PULVULES (Lilly)** cefaclor | | | | |
| CAP, PO, 250 mg, 15s ea | 00002-3061-15 | 32.68 | | |
| 100s ea | 00002-3061-02 | 207.28 | | |
| 100s ea UD | 00002-3061-33 | 211.66 | | |
| 500 mg, 15s ea | 00002-3062-15 | 62.02 | | |
| 100s ea | 00002-3062-02 | 407.32 | | |
| (10X10) | | | | |
| 500 mg, 100s ea UD | 00002-3062-33 | 411.70 | | |
| **(Allscrips)** *REPACK* | | | | |
| CAP, PO, 250 mg, 6s ea | 54569-0104-07 | 12.44 | | |
| 15s ea | 54569-0104-00 | 31.09 | | |
| 21s ea | 54569-0104-01 | 43.53 | | |
| 30s ea | 54569-0104-02 | 62.18 | | |
| 500 mg, 15s ea | 54569-0105-00 | 61.10 | | |
| 21s ea | 54569-0105-01 | 85.54 | | |
| 30s ea | 54569-0105-02 | 122.20 | | |
| **(Cheshire)** *REPACK* | | | | |
| CAP, PO, 250 mg, 15s ea | 55175-0119-05 | 38.63 | | |
| 21s ea | 55175-0119-01 | 51.83 | | |
| 30s ea | 55175-0119-00 | 68.37 | | |
| **(Phys Total Care)** *REPACK* | | | | |
| CAP, PO, 250 mg, 15s ea | 54868-0315-05 | 32.36 | | |
| 30s ea | 54868-0315-01 | 63.62 | | |
| **(Southwood)** *REPACK* | | | | |
| CAP, PO, 250 mg, 21s ea | 58016-0111-21 | 54.06 | | |
| 30s ea | 58016-0111-30 | 77.06 | | |
| 40s ea | 58016-0111-40 | 101.38 | | |
| 500 mg, 20s ea | 58016-0112-20 | 91.20 | | |
| **CEDAR LEAF OIL (A-A Spectrum)** | | | | |
| OIL, 25 ml | 49452-1845-01 | 13.10 | 11.80 | |
| 25 ml | 49452-1845-01 | 11.90 | 6.90 | |
| 100 ml | 49452-1850-02 | 29.50 | 22.15 | |
| 125 ml | 49452-1845-02 | 32.45 | 29.25 | |
| 500 ml | 49452-1845-03 | 108.65 | 97.85 | |
| 500 ml | 49452-1850-03 | 98.75 | 83.60 | |
| **CEDAR WOOD OIL (A-A Spectrum)** | | | | |
| OIL, 100 ml | 49452-1870-01 | 12.80 | 6.60 | |
| 100 ml | 49452-1870-02 | 39.75 | 23.30 | |
| 500 ml | 49452-1860-01 | 44.75 | 26.65 | |
| **CEE-500 (Legere)** vitamin c | | | | |
| INJ, IJ (VIAL) | | | | |
| 500 mg/ml, 50 ml | 25332-0086-50 | 10.95 | | |
| **CEENU (Bristol-Myer Onc/Hiv)** lomustine | | | | |
| CAP, PO (DOSE PACK) | | | | |
| 6s ea UD | 00015-3034-10 | 78.09 | | |
| 10 mg, 20s ea | 00015-3030-20 | 84.54 | | |
| 40 mg, 20s ea | 00015-3031-20 | 254.60 | | |
| 100 mg, 20s ea | 00015-3032-20 | 483.96 | | |
| **CEFACLOR** | | | | |
| (Lilly) See CECLOR | | | | |
| (Lilly) See CECLOR PULVULES | | | | |

Cefaclor Capsules and Powders MYLAN® for Oral Suspension, USP

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Mylan)** | | | | |
| CAP, PO, 250 mg, 100s ea | 00378-7250-01 | 185.52 | | EE |
| 500 mg, 100s ea | 00378-7500-01 | 364.55 | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 75 ml | 00378-7602-12 | 13.40 | | |
| 150 ml | 00378-7602-06 | 26.65 | | |
| 187 mg/5 ml, 50 ml | 00378-7604-09 | 13.40 | | |
| 100 ml | 00378-7604-02 | 26.65 | | |
| 250 mg/5 ml, 75 ml | 00378-7610-12 | 24.86 | | |
| 150 ml | 00378-7610-06 | 48.29 | | |
| 375 mg/5 ml, 50 ml | 00378-7612-09 | 24.86 | | |
| 100 ml | 00378-7612-02 | 48.29 | | |
| **(Qualitest)** | | | | |
| CAP, PO, 250 mg, 100s ea | 00603-2586-21 | 185.50 | | AB |
| **CEFADROXIL MONOHYDRATE** (B/M Squibb U.S. Phar) See DURICEF | | | | |
| (B/M Squibb U.S. Phar) See ULTRACEF | | | | |
| **CEFADYL (Apothecon)** cephapirin sodium | | | | |
| PDI, IJ (BULK VIAL) | | | | |
| 1 gm, ea | 00015-7628-28 | 2.35 | 2.06 | AP |
| (P.B.) | | | | |
| 1 gm, ea | 00015-7628-22 | 2.51 | 2.20 | AP |
| (BULK VIAL) | | | | |
| 20 gm, ea | 00015-7613-20 | 45.07 | 39.54 | AP |
| **(Allscrips)** *REPACK* | | | | |
| PDI, IJ (VIAL) | | | | |
| 1 gm, 10s ea | 54569-2267-00 | 23.52 | | |
| **CEFAMANDOLE NAFATE** (Lilly) See MANDOL | | | | |
| **CEFAZOLIN SODIUM** (Abbott Hosp) See ANCEF | | | | |
| **(Abbott Hosp)** | | | | |
| PDI, IJ (ADD-VANTAGE) | | | | |
| 1 gm, 25s ea | 00074-4732-03 | 122.31 | | AP |
| **(Apothecon)** | | | | |
| PDI, IJ, 500 mg, ea | 00015-7338-12 | 1.30 | 1.15 | AP |
| 1 gm, ea | 00015-7339-12 | 2.48 | 2.18 | AP |
| (P.B.) | | | | |
| 1 gm, 10s ea | 00015-7339-31 | 3.06 | 2.55 | AP |
| (BULK VIAL) | | | | |
| 10 gm, ea | 00015-7346-39 | 18.99 | 15.83 | AP |
| **(Fujisawa)** | | | | |
| PDI, IJ (P.B.) | | | | |
| 500 mg, ea | 00469-2364-00 | 4.81 | 3.27 | AP |
| (VIAL) | | | | |
| 500 mg, 25s ea | 00469-2361-30 | 4.06 | 2.59 | AP |
| 1 gm, ea | 00469-2371-30 | 8.11 | 5.19 | AP |
| (P.B.) | | | | |
| 1 gm, 10s ea | 00469-2374-00 | 8.87 | 5.86 | AP |
| (VIAL) | | | | |
| 10 gm, ea | 00469-2382-00 | 45.95 | 29.37 | AP |
| **(Geneva)** | | | | |
| PDI, IJ (VIAL) | | | | |
| 500 mg, 25s ea | 00781-3155-70 | 73.68 | | AP |
| (P.B.) | | | | |
| 1 gm, 10s ea | 00781-3724-46 | 66.54 | | AP |
| (VIAL) | | | | |
| 1 gm, 25s ea | 00781-3157-70 | 147.10 | | AP |
| 10 gm, 10s ea | 00781-3726-46 | 353.20 | | AP |
| **(Goldline)** | | | | |
| PDI, IJ (P.B.) | | | | |
| 500 mg, 10s ea | 00182-3047-70 | 45.00 | | AP |
| (VIAL) | | | | |
| 500 mg, 25s ea | 00182-3046-63 | 75.00 | | AP |
| (P.B.) | | | | |
| 1 gm, 10s ea | 00182-3048-70 | 70.00 | | AP |
| (VIAL) | | | | |
| 1 gm, 25s ea | 00182-3044-63 | 78.00 | | AP |
| (BULK PACKAGE) | | | | |
| 10 gm, 10s ea | 00182-3045-70 | 375.00 | | AP |
| **(Lemmon)** | | | | |
| PDI, IJ (P.B.) | | | | |
| 500 mg, 10s ea | 00093-0706-03 | 37.10 | | AP |
| (VIAL) | | | | |
| 500 mg, 25s ea | 00093-0704-07 | 73.75 | | AP |
| (P.B.) | | | | |
| 1 gm, 10s ea | 00093-0707-03 | 66.60 | | AP |
| (VIAL) | | | | |
| 1 gm, 25s ea | 00093-0705-07 | 147.25 | | AP |
| (BULK VIAL) | | | | |
| 10 gm, 10s ea | 00093-0709-03 | 330.20 | | AP |
| (Lilly) See KEFZOL | | | | |
| **(Marsam)** | | | | |
| PDI, IJ (VIAL) | | | | |
| 500 mg, 10s ea | 00209-0800-22 | 26.52 | | |
| 10s ea | 00209-0850-42 | 30.14 | | |
| 1 gm, 10s ea | 00209-0900-22 | 52.96 | | |
| 10s ea | 00209-1000-42 | 59.89 | | |
| 10 gm, 10s ea | 00209-1100-52 | 317.88 | | |
| (SK Beecham Pharm) See ANCEF | | | | |

**RED BOOK® FOR WINDOWS™!**
INTRODUCING ReadyPrice℠
Call for FREE Demo Disk
(800) 722-3062

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Schein)** | | | | |
| PDI, IJ (P.B.) | | | | |
| 500 mg, ea | 00364-2464-61 | 4.50 | | AP |
| (VIAL) | | | | |
| 500 mg, ea | 00364-2464-54 | 3.00 | | AP |
| (P.B.) | | | | |
| 500 mg, 10s ea | 00364-2464-93 | 45.00 | | AP |
| (VIAL) | | | | |
| 500 mg, 10s ea | 00364-2464-33 | 30.00 | | AP |
| (P.B.) | | | | |
| 1 gm, 10s ea | 00364-2465-93 | 65.00 | | AP |
| (VIAL) | | | | |
| 1 gm, 10s ea | 00364-2465-33 | 59.00 | | AP |
| (P.B.) | | | | |
| 10 gm, 10s ea | 00364-2466-93 | 580.00 | | AP |
| **(VHA Supply)** | | | | |
| PDI, IJ (VIAL) | | | | |
| 500 mg, 25s ea | 00007-3131-76 | 37.50 | | AP |
| 1 gm, 10s ea | 00007-3137-76 | 38.85 | | AP |
| (VIAL) | | | | |
| 1 gm, 25s ea | 00007-3130-76 | 75.00 | | AP |
| (P.B.) | | | | |
| 10 gm, 10s ea | 00007-3135-76 | 300.00 | | AP |
| **CEFIXIME** (Lederle Labs) See SUPRAX | | | | |
| **CEFIZOX (Fujisawa)** ceftizoxime sodium | | | | |
| INJ, IJ (VIAL) | | | | |
| 50 mg/ml, 10 ml | 57317-0250-01 | 6.48 | 5.40 | |
| 20 ml | 57317-0251-01 | 11.39 | 9.49 | |
| 100 mg/ml, 20 ml | 57317-0253-02 | 21.14 | 17.62 | |
| (BULK VIAL) | | | | |
| 100 mg/ml, 100 ml | 57317-0255-10 | 1044.44 | 870.37 | |
| (P.B.) | | | | |
| 500 mg/50 ml, | | | | |
| 100 ml | 57317-0252-01 | 122.95 | 102.46 | |
| 1 gm/50 ml, 100 ml | 57317-0254-02 | 230.47 | 192.06 | |
| **CEFMETAZOLE SODIUM** (Upjohn) See ZEFAZONE | | | | |
| (Upjohn) See ZEFAZONE I.V. | | | | |
| **CEFOBID (Roerig)** cefoperazone sodium | | | | |
| PDI, IJ (P.B.) | | | | |
| 1 gm, 10s ea | 00049-1211-83 | 175.68 | 147.94 | |
| (VIAL) | | | | |
| 1 gm, 10s ea | 00049-1201-83 | 164.20 | 138.28 | |
| (P.B.) | | | | |
| 2 gm, 10s ea | 00049-1212-83 | 351.39 | 295.90 | |
| (VIAL) | | | | |
| 2 gm, 10s ea | 00049-1202-83 | 328.38 | 276.53 | |
| (BULK VIAL) | | | | |
| 10 gm, ea | 00049-1219-28 | 157.29 | 132.45 | |
| **CEFOL (Abbott Pharm)** vitamin, multi | | | | |
| TAB, PO, 100s ea | 00074-6089-13 | 36.64 | 30.85 | EE |
| **CEFONICID SODIUM** (SK Beecham Pharm) See MONOCID | | | | |
| **CEFONICID SODIUM (VHA Supply)** *REPACK* cefonicid sodium | | | | |
| PDI, IJ (P.B.) | | | | |
| 1 gm, 10s ea | 00007-4354-76 | 258.15 | | |
| (VIAL) | | | | |
| 1 gm, 10s ea | 00007-4353-76 | 24.85 | | |
| 10 gm, 10s ea | 00007-4356-76 | 2482.95 | | |

ERICK
te A4184

PALISADES PHARMACEUTICALS, INC.
(800) 237-9083

YOCON® Rx
Yohimbine HCl
5.4 mg Tablet
Blister-Paks of 30's, bottles of 100's and 1000's
Available through your wholesaler

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **CYCLANDELATE** (Aligen) | | | | |
| CAP, PO, 200 mg, 100s ea | 00405-4284-01 | 14.21 | | |
| 400 mg, 100s ea | 00405-4285-01 | 17.80 | | |
| (Amide) | | | | |
| CAP, PO, 200 mg, 100s ea | 52152-0082-02 | 14.00 | | |
| 1000s ea | 52152-0082-05 | 121.80 | | |
| 400 mg, 100s ea | 52152-0083-02 | 18.60 | | |
| 1000s ea | 52152-0083-05 | 162.75 | | |
| (CMC-Cons) | | | | |
| CAP, PO, 200 mg, 100s ea | 00223-0706-01 | 5.25 | | |
| 1000s ea | 00223-0706-02 | 50.00 | | |
| 400 mg, 100s ea | 00223-0707-01 | 8.00 | | |
| 1000s ea | 00223-0707-02 | 77.50 | | |
| (Goldline) | | | | |
| CAP, PO, 200 mg, 100s ea | 00182-1540-01 | 13.50 | | |
| 400 mg, 100s ea | 00182-1541-01 | 17.55 | | |
| (Moore,H.L.) | | | | |
| CAP, PO, 200 mg, 100s ea | 00839-1217-06 | 14.30 | 10.59 | |
| 1000s ea | 00839-1217-16 | 122.03 | 90.39 | |
| 400 mg, 100s ea | 00839-6027-06 | 18.89 | 13.99 | |
| 1000s ea | 00839-6027-16 | 163.07 | 120.79 | |
| (Parmed) | | | | |
| CAP, PO, 200 mg, 100s ea | 00349-8915-01 | 5.76 | | |
| 400 mg, 100s ea | 00349-8916-01 | 10.50 | | |
| 1000s ea | 00349-2310-10 | 55.00 | | |
| (Qualitest) | | | | |
| CAP, PO, 200 mg, 100s ea | 00603-3075-21 | 13.50 | | |
| 400 mg, 100s ea | 00603-3076-21 | 17.75 | | |
| (Rugby) | | | | |
| CAP, PO, 200 mg, 100s ea | 00536-3531-01 | 13.52 | | |
| 400 mg, 100s ea | 00536-3529-01 | 17.87 | | |
| (Wyeth-Ayerst) See CYCLOSPASMOL | | | | |
| **CYCLOBENZAPRINE HYDROCHLORIDE** | | | | |
| HCFA | | | | |
| TAB, PO, 10 mg, 100s ea | | 19.43 | | |
| (Aligen) | | | | |
| TAB, PO, 10 mg, 100s ea | 00405-4290-01 | 78.20 | | AB |
| 1000s ea | 00405-4290-03 | 602.00 | | AB |
| (Allscrips) | | | | |
| TAB, PO, 10 mg, 3s ea | 54569-3193-00 | 2.28 | | EE |
| 7s ea | 54569-2573-06 | 5.31 | | EE |
| 10s ea | 54569-2573-09 | 7.59 | | EE |
| 12s ea | 54569-3193-01 | 9.11 | | EE |
| 14s ea | 54569-2573-07 | 10.63 | | EE |
| 15s ea | 54569-2573-00 | 11.39 | | EE |
| 20s ea | 54569-2573-01 | 15.18 | | EE |
| 21s ea | 54569-2573-08 | 15.94 | | EE |
| 30s ea | 54569-2573-02 | 22.78 | | EE |
| 42s ea | 54569-3193-04 | 31.89 | | EE |
| 45s ea | 54569-3193-05 | 34.16 | | EE |
| 60s ea | 54569-2573-03 | 45.55 | | EE |
| 100s ea | 54569-2573-04 | 75.92 | | EE |
| (Cheshire) | | | | |
| TAB, PO, 10 mg, 7s ea | 55175-0587-07 | 8.63 | | EE |
| 10s ea | 55175-0587-04 | 10.80 | | EE |
| 12s ea | 55175-0587-02 | 12.51 | | EE |
| 14s ea | 55175-0587-08 | 14.28 | | EE |
| 15s ea | 55175-0587-05 | 14.82 | | EE |
| 20s ea | 55175-0587-00 | 18.03 | | EE |
| 21s ea | 55175-0587-01 | 18.13 | | EE |
| 30s ea | 55175-0587-03 | 21.45 | | EE |
| 60s ea | 55175-0587-06 | 33.28 | | EE |
| (Duramed) | | | | |
| TAB, PO, 10 mg, 100s ea | 51285-0852-02 | 73.00 | | AB |
| 1000s ea | 51285-0852-05 | 727.00 | | AB |
| (Geneva) | | | | |
| TAB, PO, 10 mg, 100s ea | 00781-1324-01 | 79.97 | | AB |
| 100s ea | 00781-1324-13 | 83.79 | | AB |
| 500s ea | 00781-1324-05 | 379.86 | | AB |
| (Goldline) | | | | |
| TAB, PO, 10 mg, 100s ea | 00182-1919-01 | 83.10 | | AB |
| 100s ea UD | 00182-1919-89 | 96.00 | | AB |
| 500s ea | 00182-1919-05 | 350.00 | | AB |
| (Invamed) | | | | |
| TAB, PO, 10 mg, 100s ea | 52189-0252-24 | 87.10 | | AB |
| 1000s ea | 52189-0252-30 | 727.00 | | AB |
| (Major) | | | | |
| TAB, PO, 10 mg, 100s ea | 00904-2221-60 | 79.25 | | AB |
| 100s ea | 00904-7586-60 | 79.25 | | AB |
| 100s ea | 00904-7809-60 | 79.25 | | AB |
| (10X10) | | | | |
| 10 mg, 100s ea UD | 00904-2221-61 | 88.42 | | AB |
| 100s ea | 00904-7586-61 | 88.42 | | AB |
| 500s ea | 00904-2221-40 | 352.25 | | AB |
| 500s ea | 00904-7586-40 | 352.25 | | AB |
| 500s ea | 00904-7809-40 | 352.25 | | AB |
| 1000s ea | 00904-7586-80 | 528.40 | | AB |
| 1000s ea | 00904-7809-80 | 528.40 | | AB |
| (Martec) | | | | |
| TAB, PO, 10 mg, 100s ea | 52555-0441-01 | 76.20 | | AB |
| 500s ea | 52555-0441-05 | 356.80 | | AB |
| (Medirex) | | | | |
| TAB, PO, 10 mg, 100s ea | 57480-0461-01 | 96.25 | | AB |
| (Merck) See FLEXERIL | | | | |
| (Moore,H.L.) | | | | |
| TAB, PO, 10 mg, 100s ea | 00839-7711-06 | 78.64 | 58.25 | AB |
| 1000s ea | 00839-7711-16 | 764.99 | 566.66 | AB |
| 1000s ea | 00839-7566-16 | 764.99 | 566.66 | AB |

**Cyclobenzaprine Hydrochloride**
MYLAN Tablets, USP

| (Mylan) | | | | |
|---|---|---|---|---|
| TAB, PO, 10 mg, 100s ea | 00378-0751-01 | 83.10 | | AB |
| 1000s ea | 00378-0751-10 | 747.90 | | AB |
| (Parmed) | | | | |
| TAB, PO, 10 mg, 100s ea | 00349-4096-01 | 67.35 | | EE |
| (Phys Total Care) | | | | |
| TAB, PO, 10 mg, 18s ea | 54868-1110-01 | 7.21 | | EE |
| 20s ea | 54868-1110-03 | 7.89 | | EE |
| 30s ea | 54868-1110-02 | 11.28 | | EE |
| 42s ea | 54868-1110-07 | 15.35 | | EE |
| 56s ea | 54868-1110-04 | 20.09 | | EE |
| (Qualitest) | | | | |
| TAB, PO, 10 mg, 100s ea | 00603-3077-21 | 70.66 | | AB |
| 500s ea | 00603-3077-28 | 365.08 | | AB |
| 1000s ea | 00603-3077-32 | 670.43 | | AB |
| (Raway) | | | | |
| TAB, PO, 10 mg, 100s ea UD | 00686-0644-20 | 78.00 | | AB |
| (Royce) | | | | |
| TAB, PO, 10 mg, 100s ea | 51875-0257-01 | 81.68 | | AB |
| 500s ea | 51875-0257-02 | 367.56 | | AB |
| 1000s ea | 51875-0257-04 | 727.77 | | AB |
| (Rugby) | | | | |
| TAB, PO, 10 mg, 100s ea | 00536-4840-01 | 78.39 | | AB |
| 500s ea | 00536-4840-05 | 372.60 | | AB |
| 1000s ea | 00536-4840-10 | 670.68 | | AB |
| (Schein) | | | | |
| TAB, PO, 10 mg, 30s ea | 00364-2348-30 | 24.95 | | AB |
| 100s ea | 00364-2348-01 | 74.00 | | AB |
| 100s ea UD | 00364-2348-90 | 80.00 | | AB |
| 500s ea | 00364-2348-05 | 336.75 | | AB |
| 1000s ea | 00364-2348-02 | 639.75 | | AB |
| (Southwood) | | | | |
| TAB, PO, 10 mg, 7s ea | 58016-0234-07 | 9.17 | | EE |
| 10s ea | 58016-0234-10 | 13.08 | | EE |
| 12s ea | 58016-0234-12 | 15.72 | | EE |
| 15s ea | 58016-0234-15 | 17.98 | | EE |
| 20s ea | 58016-0234-20 | 21.26 | | EE |
| 21s ea | 58016-0234-21 | 22.31 | | EE |
| 30s ea | 58016-0234-30 | 30.19 | | EE |
| 40s ea | 58016-0234-40 | 40.25 | | EE |
| 100s ea | 58016-0234-00 | 100.62 | | EE |
| (UDL) | | | | |
| TAB, PO (EMERGI-SCRIPT,15X3) | | | | |
| 10 mg, 45s ea | 51079-0644-97 | 60.00 | 52.50 | AB |
| (10X10) | | | | |
| 10 mg, 100s ea UD | 51079-0644-20 | 96.90 | 64.09 | AB |
| (URL) | | | | |
| TAB, PO, 10 mg, 100s ea | 00677-1429-01 | 78.35 | | AB |
| 500s ea | 00677-1429-05 | 359.00 | | AB |
| (Vangard) | | | | |
| TAB, PO, 10 mg, 100s ea UD | 00615-3520-13 | 85.00 | | AB |
| (Warner Chilcott) | | | | |
| TAB, PO, 10 mg, 100s ea | 00047-0057-24 | 78.25 | | AB |
| 500s ea | 00047-0057-30 | 391.25 | | AB |
| (Watson) | | | | |
| TAB, PO, 10 mg, 100s ea | 52544-0418-01 | 73.99 | | AB |
| 500s ea | 52544-0418-05 | 365.08 | | AB |
| 1000s ea | 52544-0418-10 | 725.00 | | AB |
| (West Point) | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TAB, PO, 10 mg, 100s ea | 59591-0156-68 | 75.90 | | AB |
| 1000s ea | 59591-0156-82 | 683.00 | | AB |
| **CYCLOCORT** (Fujisawa) | | | | |
| amcinonide | | | | |
| CRE, TP, 0.1%, 15 gm | 57317-0054-15 | 15.34 | 12.78 | |
| 30 gm | 57317-0054-30 | 22.84 | 19.03 | |
| 60 gm | 57317-0054-60 | 38.38 | 31.98 | |
| OIN, TP, 0.1%, 15 gm | 57317-0115-15 | 15.34 | 12.78 | |
| 60 gm | 57317-0115-60 | 38.38 | 31.98 | |
| **CYCLOGYL** (Alcon Ophthalmic) | | | | |
| cyclopentolate hydrochloride | | | | |
| GTT, OP, 0.5%, 2 ml | 00065-0395-02 | 5.69 | | AT |
| 5 ml | 00065-0395-05 | 10.88 | | AT |
| 15 ml | 00065-0395-15 | 20.75 | | AT |
| 1%, 2 ml | 00065-0396-02 | 6.75 | | AT |
| 5 ml | 00065-0396-05 | 12.44 | | AT |
| 15 ml | 00065-0396-15 | 22.00 | | AT |
| 2%, 2 ml | 00065-0397-02 | 9.31 | | EE |
| 5 ml | 00065-0397-05 | 15.25 | | EE |
| 15 ml | 00065-0397-15 | 25.88 | | EE |
| (Southwood) REPACK | | | | |
| GTT, OP, 0.5%, 5 ml | 58016-6319-01 | 13.25 | | AT |
| 1%, 15 ml | 58016-1121-01 | 27.44 | | AT |
| **CYCLOMYDRIL** (Alcon Ophthalmic) | | | | |
| cyclopentolate/phenyleph | | | | |
| GTT, OP, 0.2%-1%, 2 ml | 00065-0359-02 | 6.75 | | |
| 5 ml | 00065-0359-05 | 12.19 | | |
| **CYCLOPENTOLATE HYDROCHLORIDE** | | | | |
| HCFA | | | | |
| GTT, OP, 1%, 15 ml | | 7.80 | | |
| (Akorn) See AK-PENTOLATE | | | | |
| (Alcon Ophthalmic) See CYCLOGYL | | | | |
| (Allscrips) | | | | |
| GTT, OP, 1%, 15 ml | 54569-1658-01 | 12.19 | | EE |
| (Bausch&Lomb Pharm) | | | | |
| GTT, OP, 1%, 2 ml 12s | 24208-0735-01 | 49.68 | | AT |
| 15 ml | 24208-0735-06 | 6.76 | | AT |
| (Ocumed) See OCU-PENTOLATE | | | | |
| (Ocusoft) See CYLATE | | | | |
| (Raway) | | | | |
| GTT, OP, 1%, 2 ml 12s | 00686-0735-01 | 50.00 | | EE |
| 15 ml | 00686-0735-06 | 6.75 | | EE |
| (Steris) | | | | |
| GTT, OP, 1%, 15 ml | 00402-0777-15 | 6.50 | | AT |
| **CYCLOPENTOLATE/PHENYLEPH** | | | | |
| (Alcon Ophthalmic) See CYCLOMYDRIL | | | | |
| **CYCLOPHOSPHAMIDE** | | | | |
| (Bristol-Myer Onc/Hiv) See CYTOXAN | | | | |
| (Bristol-Myer Onc/Hiv) See CYTOXAN LYOPHILIZED | | | | |
| (Pharmacia) See NEOSAR | | | | |
| **CYCLOSERINE** | | | | |
| (Lilly) See SEROMYCIN | | | | |
| **CYCLOSPASMOL** (Wyeth-Ayerst) | | | | |
| cyclandelate | | | | |
| CAP, PO, 200 mg, 100s ea | 00008-4124-01 | 52.39 | 41.91 | |
| 400 mg, 100s ea | 00008-4148-04 | 94.73 | 75.78 | |
| **CYCLOSPORINE** | | | | |
| (Sandoz Pharm) See SANDIMMUNE | | | | |
| **CYCRIN** (Esi Pharma) | | | | |
| medroxyprogesterone acetate | | | | |
| TAB, PO, 2.5 mg, 100s ea | 59911-5898-01 | 29.34 | | AB |
| 5 mg, 100s ea | 59911-5897-01 | 44.32 | | AB |
| 10 mg, 100s ea | 59911-5896-01 | 53.80 | | AB |
| **CYKLOKAPRON** (Pharmacia) | | | | |
| tranexamic acid | | | | |
| INJ, IJ (AMP) | | | | |
| 100 mg/ml, 10 ml 10s | 00016-1114-08 | 162.25 | | |
| TAB, PO, 500 mg, 100s ea | 00016-0114-00 | 315.00 | | |
| **CYLATE** (Ocusoft) | | | | |
| cyclopentolate hydrochloride | | | | |
| GTT, OP, 1%, 2 ml | 54799-0501-02 | 4.65 | | EE |
| 15 ml | 54799-0501-12 | 7.45 | | EE |
| **CYLERT** (Abbott Pharm) | | | | |
| pemoline | | | | |
| CTB, PO, 37.5 mg, 100s ea, C-IV | 00074-6088-13 | 124.13 | 104.53 | |
| TAB, PO, 18.75 mg, 100s ea, C-IV | 00074-6025-13 | 72.45 | 61.01 | |
| 37.5 mg, 100s ea, C-IV | 00074-6057-13 | 113.88 | 95.89 | |
| 75 mg, 100s ea, C-IV | 00074-6073-13 | 196.64 | 165.59 | |

Recommend **SENOKOT** Laxatives When the Rx May Constipate    PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Roxane)** | | | | |
| CNT, PO, 1 mg/ml, 30 ml | 00054-3176-44 | 13.82 | | |
| ELI, PO (CHERRY) | | | | |
| 0.5 mg/5 ml, | | | | |
| 5 ml 40s UD | 00054-8177-16 | 27.07 | | |
| 20 ml 40s UD | 00054-8168-16 | 34.04 | | |
| 500 ml | 00054-3177-63 | 17.56 | | |
| TAB, PO, 0.5 mg, 100s ea | 00054-4179-25 | 12.01 | | AB |
| (10X10) | | | | |
| 0.5 mg, 100s ea UD | 00054-8179-25 | 14.99 | | AB |
| 1000s ea | 00054-4179-31 | 117.87 | | AB |
| 0.75 mg, 100s ea | 00054-4180-25 | 14.61 | | AB |
| (10X10) | | | | |
| 0.75 mg, 100s ea UD | 00054-8180-25 | 17.22 | | AB |
| 1 mg, 100s ea | 00054-4181-25 | 25.51 | | |
| (10X10) | | | | |
| 1 mg, 100s ea UD | 00054-8174-25 | 25.79 | | |
| 1.5 mg, 100s ea | 00054-4182-25 | 27.14 | | AB |
| (10X10) | | | | |
| 1.5 mg, 100s ea UD | 00054-8181-25 | 29.08 | | AB |
| 2 mg, 100s ea | 00054-4183-25 | 49.95 | | |
| (10X10) | | | | |
| 2 mg, 100s ea UD | 00054-8176-25 | 48.76 | | |
| 4 mg, 100s ea | 00054-4184-25 | 58.41 | | AB |
| (10X10) | | | | |
| 4 mg, 100s ea UD | 00054-8175-25 | 56.41 | | AB |
| 6 mg, 100s ea | 00054-4186-25 | 98.88 | | BP |
| (10X10) | | | | |
| 6 mg, 100s ea UD | 00054-8183-25 | 88.49 | | BP |
| **(Rugby)** | | | | |
| ELI, PO, 0.5 mg/5 ml, 240 ml | 00536-0452-59 | 16.25 | | AA |
| TAB, PO, 0.25 mg, 100s ea | 00536-3581-01 | 3.56 | | BP |
| 0.5 mg, 100s ea | 00536-3582-01 | 4.56 | | BP |
| 0.75 mg, 100s ea | 00536-3583-01 | 6.44 | | BP |
| 1000s ea | 00536-3583-10 | 46.19 | | BP |
| 1.5 mg, 100s ea | 00536-3584-01 | 8.25 | | BP |
| 4 mg, 50s ea | 00536-3580-06 | 11.81 | | BP |
| **(Schein)** | | | | |
| ELI, PO, 0.5 mg/5 ml, 100 ml | 00364-7182-61 | 6.50 | | AA |
| 240 ml | 00364-7182-76 | 15.00 | | AA |
| TAB, PO, 0.25 mg, 100s ea | 00364-0397-01 | 4.20 | | BP |
| 1000s ea | 00364-0397-02 | 36.50 | | BP |
| 0.5 mg, 100s ea | 00364-0398-01 | 6.50 | | BP |
| 0.75 mg, 100s ea | 00364-0098-01 | 7.75 | | BP |
| 1000s ea | 00364-0098-02 | 62.50 | | BP |
| 1.5 mg, 100s ea | 00364-0399-01 | 14.50 | | BP |
| (Solvay) See DEXONE 4 | | | | |
| (Solvay) See DEXONE 0.5 | | | | |
| (Solvay) See DEXONE 1.5 | | | | |
| (Solvay) See DEXONE 0.75 | | | | |
| **(Southwood)** | | | | |
| ELI, PO, 0.5 mg/5 ml, 100 ml | 58016-0350-20 | 9.63 | | EE |
| TAB, PO, 0.5 mg, 100s ea | 58016-0349-00 | 15.31 | | EE |
| 0.75 mg, 12s ea | 58016-0293-12 | 4.39 | | EE |
| 30s ea | 58016-0293-30 | 7.08 | | EE |
| 100s ea | 58016-0293-00 | 14.63 | | EE |
| 4 mg, 100s ea | 58016-0351-00 | 36.95 | | EE |
| **(URL)** | | | | |
| ELI, PO, 0.5 mg/5 ml, 240 ml | 00677-0601-42 | 12.75 | | AA |
| TAB, PO, 0.75 mg, 100s ea | 00677-0340-01 | 6.60 | | BP |
| 4 mg, 100s ea | 00677-0849-01 | 24.45 | | BP |
| **DEXAMETHASONE ACETATE (A-A Spectrum)** | | | | |
| POW, 1 gm | 49452-2460-03 | 22.50 | 18.75 | |
| (U.S.P.) | | | | |
| 5 gm | 49452-2460-01 | 89.20 | 59.80 | |
| 25 gm | 49452-2460-02 | 315.00 | 248.45 | |
| **(Allscrips)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 8 mg/ml, 5 ml | 54569-1423-00 | 29.93 | | EE |
| **(Amend)** | | | | |
| POW, (U.S.P.) | | | | |
| 5 gm | 17137-1870-08 | 90.00 | | |
| 25 gm | 17137-1870-02 | 315.00 | | |
| (Bolan) See DEXACORTEN-LA | | | | |
| **(CMC-Cons)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 00223-7390-05 | 11.75 | | EE |
| (Central) See DEXACEN LA-8 | | | | |
| (Clint) See CORTASTAT LA | | | | |
| (Forest Pharm) See DALALONE D.P. | | | | |
| (Forest Pharm) See DALALONE L.A. | | | | |
| **(Gallipot)** | | | | |
| POW, 1 gm | 51552-0024-01 | 25.88 | | |
| 5 gm | 51552-0024-05 | 79.35 | | |
| 10 gm | 51552-0024-10 | 143.75 | | |
| POW, 25 gm | 51552-0024-25 | 362.25 | | |
| **(Geneva)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 00781-3008-75 | 25.71 | | AP |
| **(Geni Inject)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 52584-0092-05 | 32.93 | 8.99 | BP |
| **(Goldline)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 00182-0928-62 | 24.45 | | BP |
| (Hyrex) See SOLUREX LA | | | | |
| **(Insource)** | | | | |
| INJ, IJ, 8 mg/ml, 5 ml | 58441-7644-03 | 32.93 | | AP |
| **(Interstate)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 00814-2355-38 | 24.15 | | EE |
| (Jones-Western) See DECASONE R.P. | | | | |
| (Keene) See DEXONE LA | | | | |
| **(King Pharm)** | | | | |
| INJ, IJ, 8 mg/ml, 5 ml | 60793-0108-05 | 32.93 | | BP |
| (Legere) See DEXASONE L.A. | | | | |
| **(Major)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 00904-0906-05 | 22.50 | | BP |
| (Mayrand) See DECAJECT-L.A. | | | | |
| **(McGuff)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 49072-0155-05 | 13.79 | | EE |
| (Merck) See DECADRON-LA | | | | |
| **(Millgood)** | | | | |
| POW, (U.S.P.) | | | | |
| 5 gm | 53118-0208-05 | 83.00 | 75.00 | |
| 10 gm | 53118-0208-10 | 127.00 | 115.00 | |
| **(Moore, H.L.)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 00839-6109-25 | 18.62 | 13.79 | EE |
| **(Paddock)** | | | | |
| POW, 10 gm | 00574-0409-10 | 146.25 | | |
| **(Pasadena)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 00418-4091-31 | 12.18 | | EE |
| (Roberts/Hauck) See DEXASONE L.A. | | | | |
| **(Rugby)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 00536-4163-65 | 27.88 | | BP |
| **(Schein)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 00364-6699-53 | 29.93 | | BP |
| **(Steris)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 00402-0092-05 | 29.93 | | BP |
| **(URL)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 00677-0822-20 | 18.00 | | BP |
| **(Veratex)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 17022-1299-01 | 9.95 | | EE |
| **DEXAMETHASONE SODIUM PHOSPHATE** HCFA | | | | |
| GTT, OP, 0.1%, 5 ml | | 2.40 | | |
| OIN, OP, 0.05%, 3.5 gm | | 3.15 | | |
| **(A-A Spectrum)** | | | | |
| POW, (U.S.P.) | | | | |
| 1 gm | 49452-2470-03 | 19.50 | 16.50 | |
| 5 gm | 49452-2470-01 | 74.80 | 41.00 | |
| 25 gm | 49452-2470-02 | 265.00 | 180.45 | |
| (Adams) See DEXACORT IN TURBINAIRE | | | | |
| (Akorn) See AK-DEX | | | | |
| **(Aligen)** | | | | |
| GTT, OP, 0.1%, 5 ml | 00405-6050-05 | 3.53 | | AT |
| OIN, OP, 0.05%, 3.5 gm | 00405-0935-08 | 3.12 | | AT |
| **(Allscrips)** | | | | |
| GTT, OP, 0.1%, 5 ml | 54569-1224-00 | 3.63 | | EE |
| INJ, IJ (M.D.V.) | | | | |
| 4 mg/ml, 5 ml | 54569-3027-00 | 4.48 | | EE |
| 10 ml | 54569-3018-00 | 6.29 | | EE |
| 30 ml | 54569-3040-00 | 9.45 | | EE |
| OIN, OP, 0.05%, 3.5 gm | 54569-3119-00 | 4.82 | | EE |
| **(Alto)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml | 00731-0310-75 | 2.10 | | EE |
| **(Amer Regent)** | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 4 mg/ml, 1 ml 25s | 00517-4901-25 | 27.19 | | AP |
| (M.D.V.) | | | | |
| 4 mg/ml, 5 ml 25s | 00517-4905-25 | 54.69 | | AP |
| 30 ml 25s | 00517-4930-25 | 195.94 | | AP |
| (Bolan) See DEXACORTEN | | | | |
| **(CMC-Cons)** | | | | |
| GTT, OP, 0.1%, 5 ml | 00223-6485-05 | 3.75 | | EE |
| 15 ml | 00223-6488-05 | 3.75 | | EE |
| INJ, IJ (AMP) | | | | |
| 4 mg/ml, 1 ml 25s | 00223-7401-25 | 22.50 | | EE |
| (DOSETTE) | | | | |
| 4 mg/ml, 1 ml 25s | 00223-7403-01 | 60.00 | | EE |
| 1 ml 25s | 00223-7407-01 | 32.50 | | EE |
| (VIAL) | | | | |
| 4 mg/ml, 5 ml | 00223-7404-05 | 2.75 | | EE |
| 10 ml | 00223-7408-10 | 5.00 | | EE |
| 30 ml | 00223-7402-30 | 6.00 | | EE |
| (Central) See DEXACEN-4 | | | | |
| **(Cheshire)** | | | | |
| GTT, OP, 0.1%, 5 ml | 55175-4205-00 | 5.85 | | EE |
| OIN, OP, 0.05%, 3.5 gm | 55175-4206-00 | 6.16 | | EE |
| (Clint) See CORTASTAT | | | | |
| (Clint) See CORTASTAT 10 | | | | |
| **(Elkins-Sinn)** | | | | |
| INJ, IJ (DOSETTE VIAL) | | | | |
| 4 mg/ml, 1 ml 25s | 00641-0372-25 | 11.19 | 8.95 | AP |
| (M.D.V.) | | | | |
| 4 mg/ml, 5 ml | 00641-2273-41 | 1.38 | 1.10 | AP |
| (VIAL) | | | | |
| 4 mg/ml, 30 ml | 00641-2276-41 | 16.66 | 13.33 | AP |
| (DOSETTE VIAL) | | | | |
| 10 mg/ml, 1 ml 25s | 00641-0367-25 | 58.21 | 46.57 | AP |
| (M.D.V.) | | | | |
| 10 mg/ml, 10 ml | 00641-2277-41 | 15.38 | 12.30 | AP |
| (Forest Pharm) See DALALONE | | | | |
| **(Fujisawa)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 4 mg/ml, 1 ml | 00469-1650-00 | 1.04 | 0.78 | AP |
| 5 ml | 00469-1650-20 | 2.66 | 2.00 | AP |
| 30 ml | 00469-1650-50 | 15.96 | 12.00 | AP |
| **(Gallipot)** | | | | |
| POW, 1 gm | 51552-0025-01 | 17.25 | | |
| 5 gm | 51552-0025-05 | 47.44 | | |
| 10 gm | 51552-0025-10 | 85.39 | | |
| 25 gm | 51552-0025-25 | 201.25 | | |
| **(Gensia)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 10 mg/ml, 10 ml | 00703-3524-01 | 5.20 | | AP |
| **(Goldline)** | | | | |
| GTT, OP, 0.1%, 5 ml | 00182-7022-62 | 6.30 | | |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml | 00182-3007-62 | 2.70 | | AP |
| 30 ml | 00182-3007-66 | 9.00 | | AP |
| OIN, OP, 0.05%, 3.75 gm | 00182-5071-31 | 3.75 | | AT |
| (Hyrex) See SOLUREX | | | | |
| **(Insource)** | | | | |
| INJ, IJ, 4 mg/ml, 5 ml | 58441-1126-05 | 3.20 | | AP |
| 30 ml | 58441-1103-03 | 6.43 | | AP |

**RED BOOK® FOR WINDOWS™!**

INTRODUCING

**ReadyPrice**™

Call for **FREE** Demo Disk
(800) 722-3062

PALISADES PHARMACEUTICALS, INC.
(800) 237-9083

**YOCON®** Rx
Yohimbine HCl

5.4 mg Tablet
Blister-Paks of 30's, bottles of 100's and 1000's
Available through your wholesaler

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Interstate)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml | 00814-2350-38 | 2.63 | | EE |
| 30 ml | 00814-2350-46 | 5.63 | | EE |
| **(Jones-Western)** See DECASONE | | | | |
| **(Keene)** See DEXONE | | | | |
| **(Legere)** See DEXASONE | | | | |
| **(Major)** | | | | |
| GTT, OP, 0.1%, 5 ml | 00904-3006-05 | 3.75 | | AT |
| OIN, OP, 0.05%, 3.5 gm | 00904-3008-38 | 4.00 | | AT |
| **(Mayrand)** See DECAJECT | | | | |
| **(McGuff)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml | 49072-0157-05 | 1.99 | | EE |
| **(Merck)** See DECADRON PHOSPHATE | | | | |
| **(Merck)** See DECADRON PHOSPHATE OCUMETER | | | | |
| **(Moore,H.L.)** | | | | |
| GTT, OP, 0.1%, 5 ml | 00839-6663-25 | 2.42 | 1.79 | AT |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml | 00839-5160-25 | 1.74 | 1.29 | AP |
| 30 ml | 00839-5160-36 | 5.39 | 3.99 | AP |
| OIN, OP, 0.05%, 3.5 gm | 00839-6680-43 | 2.96 | 2.19 | AT |
| **(Ocumed)** See OCU-DEX | | | | |
| **(Ocusoft)** See DEXASOL | | | | |
| **(Organon)** See HEXADROL PHOSPHATE | | | | |
| **(Paddock)** | | | | |
| POW, 5 gm | 00574-0408-05 | 46.80 | | |
| 10 gm | 00574-0408-10 | 84.15 | | |
| **(Primedics)** See PRIMETHASONE | | | | |
| **(Qualitest)** See DEXAIR | | | | |
| **(Raway)** | | | | |
| GTT, OP, 0.1%, 5 ml | 00686-0720-02 | 3.25 | | EE |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 1 ml 25s | 00686-3501-04 | 50.00 | | EE |
| OIN, OP, 0.05%, 3.75 gm | 00686-0640-55 | 3.20 | | EE |
| **(Roberts/Hauck)** See DEXASONE | | | | |
| **(Rugby)** | | | | |
| GTT, OP, 0.1%, 5 ml | 00536-0800-65 | 2.56 | | AT |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml | 00536-4151-65 | 6.00 | | AP |
| 30 ml | 00536-4151-75 | 13.62 | | AP |
| OIN, OP, 0.05%, 3.75 gm 12s | 00536-6475-91 | 51.48 | | AT |
| **(Schein)** | | | | |
| GTT, OP, 0.1%, 5 ml | 00364-7237-53 | 3.10 | | AT |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml 25s | 00364-6681-32 | 61.65 | | AP |
| 10 ml | 00364-6681-54 | 3.38 | | AP |
| 30 ml | 00364-6681-56 | 6.00 | | AP |
| 10 mg/ml, 10 ml | 00364-2360-54 | 4.13 | | AP |
| OIN, OP, 0.05%, 3.5 gm | 00364-2551-70 | 4.29 | | AT |
| **(Southwood)** | | | | |
| GTT, OP, 0.1%, 5 ml | 58016-6024-01 | 7.61 | | EE |
| OIN, OP, 0.05%, 3.5 gm | 58016-6022-01 | 6.81 | | EE |
| **(Steris)** | | | | |
| GTT, OP, 0.1%, 5 ml | 00402-0748-05 | 3.10 | | AT |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml | 00402-0807-05 | 2.47 | | AP |
| 10 ml | 00402-0807-10 | 3.38 | | AP |
| 30 ml | 00402-0807-30 | 6.00 | | AP |
| 10 mg/ml, 10 ml | 00402-0661-10 | 4.13 | | AP |
| **(Truxton)** See ADRENOCOT | | | | |
| **(Truxton)** See ADRENOCOT L.A. | | | | |
| **(URL)** | | | | |
| GTT, OP, 0.1%, 5 ml | 00677-0898-20 | 2.90 | | AT |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml | 00677-0385-20 | 3.50 | | AP |
| **(Veratex)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml | 17022-1295-01 | 1.75 | | EE |
| **DEXASOL (Ocusoft)** | | | | |
| dexamethasone sodium phosphate | | | | |
| GTT, OP, 0.1%, 5 ml | 54799-0525-05 | 4.95 | | AT |
| OIN, OP, 0.05%, 3.5 gm | 54799-0526-35 | 4.95 | | AT |
| **DEXASONE (Legere)** | | | | |
| dexamethasone sodium phosphate | | | | |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml | 25332-0010-05 | 5.95 | | EE |
| 10 mg/ml, 5 ml | 25332-0113-02 | 14.95 | | EE |
| **(Roberts/Hauck)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 5 ml | 59441-0555-05 | 3.25 | | |
| 30 ml | 59441-0555-30 | 8.90 | | |
| **DEXASONE L.A. (Legere)** | | | | |
| dexamethasone acetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 25332-0011-05 | 16.95 | | EE |
| **(Roberts/Hauck)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 59441-0556-05 | 12.45 | | |
| **DEXASPORIN (Bausch&Lomb Pharm)** | | | | |
| dexameth/neo sulf/polymyx | | | | |
| OIN, OP, 1 mg-3.5 mg-10,000 u/gm, | | | | |
| 3.5 gm | 24208-0795-55 | 5.64 | | AT |
| 3.5 gm | 24208-0796-35 | 7.13 | | AT |
| **(URL)** | | | | |
| GTT, OP, 1 mg-3.5 mg-10,000 u/ml, | | | | |
| 5 ml | 00677-0900-20 | 6.17 | | AT |
| **(Southwood)** REPACK | | | | |
| GTT, OP, 1 mg-3.5 mg-10,000 u/ml, | | | | |
| 5 ml | 58016-6041-01 | 9.61 | | EE |
| OIN, OP, 1 mg-3.5 mg-10,000 u/gm, | | | | |
| 3.5 gm | 58016-6039-01 | 17.45 | | EE |
| **DEXBROMPHEN/PSEUDOEPH SULF** | | | | |
| **(Geneva)** See DISOBROM | | | | |
| **(Interstate)** See DUOMINE | | | | |
| **(Moore,H.L.)** See DESIHIST SA | | | | |
| **(Norton,HN)** See DEXOPHED | | | | |
| **(Qualitest)** See DREXOPHED SR | | | | |
| **DEXCHLOR (Schein)** | | | | |
| dexchlorpheniramine maleate | | | | |
| TER, PO, 4 mg, 100s ea | 00364-0585-01 | 37.50 | | EE |
| 6 mg, 100s ea | 00364-0586-01 | 52.25 | | EE |
| **DEXCHLORPHEN/GG/PSEUDOEPH SULF** | | | | |
| **(Schering)** See POLARAMINE EXPECTORANT | | | | |
| **DEXCHLORPHENIRAMINE MALEATE** HCFA | | | | |
| SYR, PO, 2 mg/5 ml, | | | | |
| 480 ml | | 12.77 | | |
| **(A-A Spectrum)** | | | | |
| POW, (U.S.P./N.F.) | | | | |
| 1 gm | 49452-2467-01 | 14.50 | 12.05 | |
| 5 gm | 49452-2467-02 | 59.75 | 50.75 | |
| **(Aligen)** | | | | |
| TER, PO, 4 mg, 100s ea | 00405-4319-01 | 31.67 | | EE |
| 6 mg, 100s ea | 00405-4320-01 | 44.23 | | EE |
| **(Amide)** | | | | |
| TER, PO, 4 mg, 100s ea | 52152-0014-02 | 28.50 | | EE |
| 1000s ea | 52152-0014-05 | 256.50 | | EE |
| 6 mg, 100s ea | 52152-0015-02 | 39.80 | | EE |
| 1000s ea | 52152-0015-05 | 358.20 | | EE |
| **(Goldline)** | | | | |
| TER, PO, 4 mg, 100s ea | 00182-1014-01 | 48.00 | | EE |
| 6 mg, 100s ea | 00182-1015-01 | 63.90 | | EE |
| **(Major)** | | | | |
| SYR, PO, 2 mg/5 ml, | | | | |
| 480 ml | 00904-0624-16 | 13.15 | | AA |
| 3840 ml | 00904-0624-28 | 101.90 | | AA |
| TER, PO, 4 mg, 100s ea | 00904-0627-60 | 37.85 | | EE |
| 6 mg, 100s ea | 00904-0626-60 | 50.15 | | EE |
| **(Moore,H.L.)** | | | | |
| TER, PO, 4 mg, 100s ea | 00839-6779-06 | 35.90 | 26.59 | EE |
| 6 mg, 100s ea | 00839-6414-06 | 47.51 | 35.19 | EE |
| **(Morton Grove)** | | | | |
| SYR, PO, 2 mg/5 ml, | | | | |
| 480 ml | 60432-0539-16 | 13.50 | | AA |
| 3840 ml | 60432-0539-28 | 91.00 | | AA |
| **(Rugby)** | | | | |
| SYR, PO, 2 mg/5 ml, | | | | |
| 480 ml | 00536-0460-85 | 12.75 | | AA |
| TER, PO, 4 mg, 100s ea | 00536-3578-01 | 47.85 | | EE |
| 6 mg, 100s ea | 00536-3590-01 | 63.90 | | EE |
| **(Schein)** See DEXCHLOR | | | | |
| **(Schering)** See POLARAMINE | | | | |
| **(Schering)** See POLARAMINE REPETABS | | | | |

---

**DEXTROAMPHETAMINE SULFATE**
TABLETS, USP, 5 & 10 mg
*Reliable, Economical Source of Supply*
**REXAR PHARMACAL**
516-561-7662

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **DEXEDRINE (SK Beecham Pharm)** | | | | |
| dextroamphetamine sulfate | | | | |
| CER, PO (SPANSULE) | | | | |
| 5 mg, 50s ea, C-II | 00007-3512-15 | 20.30 | | EE |
| 10 mg, 50s ea, C-II | 00007-3513-15 | 25.30 | | EE |
| 15 mg, 50s ea, C-II | 00007-3514-15 | 32.30 | | EE |
| TAB, PO, 5 mg, 100s ea, C-II | 00007-3519-20 | 18.75 | | AA |
| **DEXOL (Legere)** | | | | |
| dexpanthenol | | | | |
| INJ, IJ, 250 mg/ml, | | | | |
| 10 ml | 25332-0107-10 | 12.95 | | |
| **DEXONE (Keene)** | | | | |
| dexamethasone sodium phosphate | | | | |
| INJ, IJ (VIAL) | | | | |
| 4 mg/ml, 10 ml | 00588-5343-70 | 3.95 | | EE |
| **DEXONE 0.5 (Solvay)** | | | | |
| dexamethasone | | | | |
| TAB, PO, 0.5 mg, 100s ea | 00032-3205-01 | 7.14 | | BP |
| **DEXONE 0.75 (Solvay)** | | | | |
| dexamethasone | | | | |
| TAB, PO, 0.75 mg, 100s ea | 00032-3210-01 | 7.97 | | BP |
| **DEXONE 1.5 (Solvay)** | | | | |
| dexamethasone | | | | |
| TAB, PO, 1.5 mg, 100s ea | 00032-3215-01 | 14.50 | | BP |
| **DEXONE 4 (Solvay)** | | | | |
| dexamethasone | | | | |
| TAB, PO, 4 mg, 100s ea | 00032-3220-01 | 30.60 | | BP |
| **DEXONE LA (Keene)** | | | | |
| dexamethasone acetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 8 mg/ml, 5 ml | 00588-5344-75 | 11.75 | | EE |
| **DEXOPHED (Norton,HN)** | | | | |
| dexbromphen/pseudoeph sulf | | | | |
| TER, PO, 6 mg-120 mg, | | | | |
| 100s ea | 50732-0649-01 | 15.27 | | |
| 500s ea | 50732-0649-05 | 67.70 | | |
| 1000s ea | 50732-0649-10 | 122.59 | | |
| **DEXPANTHENOL (Amend)** | | | | |
| LIQ, (U.S.P.) | | | | |
| 100 ml | 17137-2408-03 | 25.20 | | |
| 1000 ml | 17137-2408-06 | 112.00 | | |
| 5000 ml | 17137-2408-04 | 88.20 | | |
| POW, (U.S.P.) | | | | |
| 100 gm | 17137-0880-03 | 17.50 | | |
| 1000 gm | 17137-0880-06 | 60.20 | | |
| 5000 gm | 17137-0880-05 | 245.00 | | |
| **(Amer Regent)** | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 250 mg/ml, 2 ml 25s | 00517-0131-25 | 101.56 | | |
| **(CMC-Cons)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 250 mg/ml, 10 ml | 00223-7414-10 | 3.75 | | EE |
| **(Legere)** See DEXOL | | | | |
| **(McGuff)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 250 mg/ml, 10 ml | 49072-0161-10 | 3.79 | | EE |
| **(Merit)** See D-PAN | | | | |
| **(Pasadena)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 250 mg/ml, 10 ml | 00418-1250-10 | 11.06 | | EE |
| **(Savage)** See ILOPAN | | | | |
| **(Schein)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 250 mg/ml, 2 ml 25s | 00364-2179-48 | 131.25 | | |
| 10 ml | 00364-2179-54 | 3.55 | | |
| **(Steris)** | | | | |
| INJ, IJ, 250 mg/ml, | | | | |
| 10 ml | 00402-0260-10 | 3.55 | | EE |

---

*Recommend* **SENOKOT® Laxatives** *When the Rx May Constipate*  PURDUE FREDERICK