| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| 500s ea | 49884-0219-05 | 94.50 | | AB |
| 1000s ea | 49884-0219-10 | 183.33 | | AB |
| 75 mg, 100s ea | 49884-0220-01 | 35.75 | | AB |
| 500s ea | 49884-0220-05 | 178.75 | | AB |
| 1000s ea | 49884-0220-10 | 346.78 | | AB |
| 100 mg, 100s ea | 49884-0221-01 | 42.05 | | AB |
| 500s ea | 49884-0221-05 | 210.25 | | AB |
| 1000s ea | 49884-0221-10 | 407.89 | | AB |
| 150 mg, 100s ea | 49884-0222-01 | 55.50 | | AB |
| 500s ea | 49884-0222-05 | 277.50 | | AB |
| TAB, PO, 150 mg, 50s ea | 49884-0222-03 | 33.50 | | AB |
| **(Parmed)** | | | | |
| CAP, PO, 10 mg, 100s ea | 00349-8591-01 | 13.65 | | AB |
| 25 mg, 100s ea | 00349-8592-01 | 14.04 | | AB |
| 50 mg, 100s ea | 00349-8593-01 | 19.67 | | AB |
| 75 mg, 100s ea | 00349-8594-01 | 37.99 | | AB |
| 100 mg, 100s ea | 00349-8595-01 | 44.89 | | AB |
| **(Phys Total Care)** | | | | |
| CAP, PO, 10 mg, 30s ea | 54868-2317-03 | 2.65 | | EE |
| 60s ea | 54868-2317-02 | 4.20 | | EE |
| 25 mg, 15s ea | 54868-0062-04 | 1.96 | | EE |
| 30s ea | 54868-0062-02 | 2.81 | | EE |
| 100 mg, 30s ea | 54868-2284-06 | 5.03 | | EE |
| 60s ea | 54868-2284-01 | 8.96 | | EE |
| 100s ea | 54868-2284-02 | 14.97 | | EE |
| 125s ea | 54868-2284-04 | 17.46 | | EE |
| **(Qualitest)** | | | | |
| CAP, PO, 10 mg, 100s ea | 00603-3455-21 | 9.05 | | AB |
| 1000s ea | 00603-3455-32 | 80.43 | | AB |
| 25 mg, 100s ea | 00603-3456-21 | 11.60 | | AB |
| 1000s ea | 00603-3456-32 | 110.91 | | AB |
| 50 mg, 100s ea | 00603-3457-21 | 16.61 | | AB |
| 1000s ea | 00603-3457-32 | 100.67 | | AB |
| 75 mg, 100s ea | 00603-3458-21 | 19.12 | | AB |
| 1000s ea | 00603-3458-32 | 134.91 | | AB |
| 100 mg, 100s ea | 00603-3459-21 | 29.96 | | AB |
| 150 mg, 100s ea | 00603-3460-21 | 48.10 | | AB |
| **(Raway)** | | | | |
| CAP, PO, 10 mg, 100s ea | 00686-0436-20 | 15.00 | | AB |
| 25 mg, 100s ea | 00686-0437-20 | 15.50 | | AB |
| 50 mg, 100s ea | 00686-0438-20 | 19.50 | | AB |
| 100 mg, 100s ea | 00686-0465-20 | 27.50 | | AB |
| 150 mg, 100s ea | 00686-0301-13 | 34.00 | | AB |
| CNT, PO, 10 mg/ml, | | | | |
| 120 ml | 00686-0612-14 | 13.00 | | AB |
| **(Roerig)** See SINEQUAN | | | | |
| **(Royce)** | | | | |
| CAP, PO, 10 mg, 100s ea | 51875-0309-01 | 12.90 | | AB |
| 1000s ea | 51875-0309-04 | 115.20 | | AB |
| 25 mg, 100s ea | 51875-0310-01 | 13.25 | | AB |
| 1000s ea | 51875-0310-04 | 120.05 | | AB |
| 50 mg, 100s ea | 51875-0311-01 | 19.02 | | AB |
| 1000s ea | 51875-0311-04 | 176.00 | | AB |
| **(Rugby)** | | | | |
| CAP, PO, 10 mg, 100s ea | 00536-4563-01 | 11.95 | | AB |
| 1000s ea | 00536-4563-10 | 49.50 | | AB |
| 25 mg, 100s ea | 00536-4564-01 | 12.75 | | AB |
| 1000s ea | 00536-4564-10 | 115.75 | | AB |
| 50 mg, 100s ea | 00536-4565-01 | 19.25 | | AB |
| 1000s ea | 00536-4565-10 | 146.75 | | AB |
| 75 mg, 100s ea | 00536-3737-01 | 30.75 | | AB |
| 500s ea | 00536-3737-05 | 101.25 | | AB |
| 100 mg, 100s ea | 00536-4566-01 | 39.50 | | AB |
| 1000s ea | 00536-4566-10 | 193.75 | | AB |
| 150 mg, 100s ea | 00536-3738-01 | 59.93 | | AB |
| CNT, PO, 10 mg/ml, | | | | |
| 120 ml | 00536-0685-97 | 16.35 | | AA |
| **(Schein)** | | | | |
| CAP, PO, 10 mg, 100s ea | 00364-2113-01 | 9.20 | | AB |
| 100s ea UD | 00364-2113-90 | 18.00 | | AB |
| 25 mg, 100s ea | 00364-2114-01 | 11.90 | | AB |
| 100s ea UD | 00364-2114-90 | 22.00 | | AB |
| 1000s ea | 00364-2114-02 | 76.80 | | AB |
| 50 mg, 100s ea | 00364-2115-01 | 16.80 | | AB |
| 100s ea UD | 00364-2115-90 | 31.50 | | AB |
| 1000s ea | 00364-2115-02 | 110.00 | | AB |
| 75 mg, 100s ea | 00364-2116-01 | 29.10 | | AB |
| 100s ea UD | 00364-2116-90 | 50.00 | | AB |
| 100 mg, 100s ea | 00364-2117-01 | 30.90 | | AB |
| 100s ea UD | 00364-2117-90 | 52.00 | | AB |
| 150 mg, 100s ea | 00364-2525-01 | 52.96 | | AB |
| CNT, PO, 10 mg/ml, | | | | |
| 120 ml | 00364-2278-77 | 14.70 | | AA |
| **(Southwood)** | | | | |
| CAP, PO, 10 mg, 100s ea | 58016-0832-00 | 10.53 | | |
| **(U.S. Trading)** | | | | |
| CAP, PO (10X10) | | | | |
| 10 mg, 100s ea UD | 56126-0345-11 | 6.41 | | AB |
| 25 mg, 100s ea UD | 56126-0346-11 | 7.77 | | AB |
| 50 mg, 100s ea UD | 56126-0347-11 | 9.23 | | AB |
| 75 mg, 100s ea UD | 56126-0348-11 | 11.85 | | AB |
| 100 mg, 100s ea UD | 56126-0349-11 | 14.42 | | AB |
| 150 mg, 100s ea UD | 56126-0401-11 | 36.47 | | AB |
| **(UDL)** | | | | |
| CAP, PO (10X10) | | | | |
| 10 mg, 100s ea UD | 51079-0436-20 | 24.40 | 18.30 | AB |
| 25 mg, 100s ea UD | 51079-0437-20 | 30.66 | 23.00 | AB |
| 50 mg, 100s ea UD | 51079-0438-20 | 42.74 | 32.06 | AB |
| 75 mg, 100s ea UD | 51079-0645-20 | 68.43 | 51.32 | AB |
| 100 mg, 100s ea UD | 51079-0651-20 | 76.64 | 57.48 | AB |
| CNT, PO, 10 mg/ml, | | | | |
| 120 ml | 51079-0688-37 | 19.70 | 15.36 | AA |
| **(URL)** | | | | |
| CAP, PO, 10 mg, 100s ea | 00677-1101-01 | 12.70 | | AB |
| 25 mg, 100s ea | 00677-1102-01 | 13.08 | | AB |
| 50 mg, 100s ea | 00677-1103-01 | 18.35 | | AB |
| 75 mg, 100s ea | 00677-1104-01 | 35.25 | | AB |
| 100 mg, 100s ea | 00677-1105-01 | 41.59 | | AB |
| **(Vangard)** | | | | |
| CAP, PO, 10 mg, | | | | |
| 100s ea UD | 00615-0395-13 | 19.57 | | AB |
| 25 mg, 100s ea UD | 00615-0396-13 | 23.83 | | AB |
| 50 mg, 100s ea UD | 00615-0397-13 | 32.64 | | AB |
| 75 mg, 100s ea UD | 00615-0398-13 | 58.36 | | AB |
| 100 mg, 100s ea UD | 00615-0399-13 | 65.14 | | AB |
| **(Warner Chilcott)** | | | | |
| CNT, PO (W/DROPPER) | | | | |
| 10 mg/ml, 120 ml | 00047-2623-35 | 14.00 | | AA |
| **DOXINE (Merit)** | | | | |
| **vitamin b6** | | | | |
| INJ, IJ, 100 mg/ml, | | | | |
| 30 ml | 30727-0307-80 | 12.75 | | EE |
| **DOXORUBICIN HYDROCHLORIDE (Astra)** | | | | |
| PDI, IJ, 10 mg, 10s ea | 00186-1530-13 | 207.25 | | AP |
| 50 mg, ea | 00186-1531-01 | 103.00 | | AP |
| **(Bristol-Myer Onc/Hiv)** See RUBEX | | | | |
| **(Chiron Therapeutics)** | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 2 mg/ml, 5 ml 10s | 53905-0235-10 | 473.50 | | AP |
| (VIAL) | | | | |
| 2 mg/ml, 10 ml 10s | 53905-0236-10 | 947.00 | | AP |
| 25 ml | 53905-0237-01 | 236.74 | | AP |
| PDI, IJ, 10 mg, 10s ea | 53905-0231-10 | 450.75 | | AP |
| 20 mg, 10s ea | 53905-0232-10 | 901.60 | | AP |
| 50 mg, ea | 53905-0233-01 | 225.40 | | AP |
| **(Pharmacia)** See ADRIAMYCIN PFS | | | | |
| **(Pharmacia)** See ADRIAMYCIN RDF | | | | |
| **(VHA Supply)** | | | | |
| PDI, IJ, 10 mg, 10s ea | 00702-0231-10 | 450.75 | | AP |
| (P.F.) | | | | |
| 10 mg, 10s ea | 00702-0235-10 | 473.50 | | AP |
| 20 mg, 6s ea | 00702-0232-06 | 540.98 | | AP |
| (P.F.) | | | | |
| 20 mg, 6s ea | 00702-0236-06 | 568.20 | | AP |
| 50 mg, ea | 00702-0233-01 | 225.40 | | AP |
| (P.F.) | | | | |
| 50 mg, ea | 00702-0237-01 | 236.74 | | AP |
| **DOXY-D (Dunhall)** | | | | |
| **doxycycline hyclate** | | | | |
| CAP, PO, 50 mg, 50s ea | 00217-0804-50 | 9.50 | | AB |
| 100 mg, 500s ea | 00217-0805-03 | 135.00 | | AB |
| **DOXYCYCLINE CALCIUM** | | | | |
| **(Pfizer Labs)** See VIBRAMYCIN CALCIUM | | | | |
| **DOXYCYCLINE HYCLATE** | | | | |
| HCFA | | | | |
| CAP, PO, 100 mg, 50s ea | | 5.63 | | |
| ECC, PO, 100 mg, 50s ea | | 88.49 | | |
| TAB, PO, 100 mg, 50s ea | | 6.38 | | |
| **(Aligen)** | | | | |
| CAP, PO, 50 mg, 50s ea | 00405-4378-50 | 15.93 | | AB |
| 100 mg, 50s ea | 00405-4377-50 | 24.82 | | AB |
| 500s ea | 00405-4377-02 | 198.00 | | AB |
| TAB, PO, 100 mg, 50s ea | 00405-4379-50 | 25.01 | | AB |
| 500s ea | 00405-4379-02 | 184.22 | | AB |
| **(Allscrips)** | | | | |
| CAP, PO, 50 mg, 14s ea | 54569-0147-00 | 3.63 | | EE |
| 20s ea | 54569-0147-02 | 5.18 | | EE |
| 50s ea | 54569-0147-01 | 12.95 | | EE |
| 100 mg, 10s ea | 54569-1840-02 | 4.04 | | EE |
| 12s ea | 54569-1840-03 | 4.85 | | EE |
| 20s ea | 54569-1840-01 | 8.08 | | EE |
| 40s ea | 54569-1840-00 | 16.16 | | EE |
| PDI, IJ (VIAL) | | | | |
| 100 mg, ea | 54569-3521-00 | 16.70 | | EE |
| TAB, PO, 100 mg, 2s ea | 54569-3074-06 | 0.85 | | AB |
| 6s ea | 54569-3074-00 | 2.55 | | EE |
| 7s ea | 54569-0118-02 | 2.97 | | EE |
| 8s ea | 54569-0118-01 | 3.40 | | EE |
| 10s ea | 54569-0118-00 | 4.25 | | EE |
| 11s ea | 54569-3074-04 | 4.67 | | EE |
| 14s ea | 54569-0118-01 | 5.95 | | EE |
| 15s ea | 54569-3074-02 | 6.37 | | EE |
| 16s ea | 54569-0118-04 | 6.80 | | EE |
| 20s ea | 54569-0118-03 | 8.50 | | |
| 28s ea | 54569-0118-05 | 11.89 | | EE |
| 30s ea | 54569-0118-06 | 12.74 | | EE |
| 42s ea | 54569-3074-05 | 17.84 | | EE |
| 56s ea | 54569-0118-07 | 23.79 | | EE |
| 60s ea | 54569-0118-08 | 25.49 | | EE |
| 100s ea | 54569-0118-09 | 42.48 | | EE |
| **(Apothecon)** | | | | |
| CAP, PO, 50 mg, 50s ea | 00003-8708-01 | 35.87 | 31.47 | EE |
| 100 mg, 50s ea | 00003-0814-05 | 64.45 | 56.54 | AB |
| 500s ea | 00003-0814-01 | 558.38 | 489.82 | AB |
| TAB, PO, 100 mg, 50s ea | 00003-0812-40 | 64.45 | 56.54 | AB |
| 500s ea | 00003-0812-60 | 558.38 | 489.82 | AB |
| **(CMC-Cons)** | | | | |
| CAP, PO, 50 mg, | | | | |
| 50s ea UD | 00223-0871-00 | 10.00 | | EE |
| 100s ea | 00223-0871-01 | 19.50 | | EE |
| TAB, PO, 100 mg, 50s ea | 00223-0872-05 | 12.50 | | EE |
| 500s ea | 00223-0872-50 | 107.50 | | EE |
| **(Caraco)** | | | | |
| CAP, PO, 50 mg, 50s ea | 57664-0111-05 | 8.15 | | AB |
| 100 mg, 50s ea | 57664-0115-05 | 11.95 | | AB |
| 500s ea | 57664-0115-13 | 76.00 | | AB |
| **(Cheshire)** | | | | |
| CAP, PO, 100 mg, 6s ea | 55175-4072-06 | 3.00 | | EE |
| 10s ea | 55175-4072-01 | 3.76 | | EE |
| 14s ea | 55175-4072-04 | 5.00 | | EE |
| 15s ea | 55175-4072-05 | 5.34 | | EE |
| 20s ea | 55175-4072-00 | 5.69 | | EE |
| 50s ea | 55175-4072-07 | 9.71 | | EE |
| TAB, PO, 100 mg, 10s ea | 55175-0329-02 | 4.50 | | EE |
| 11s ea | 55175-0329-01 | 4.60 | | EE |
| 14s ea | 55175-0329-04 | 5.50 | | EE |
| 20s ea | 55175-0329-00 | 5.69 | | EE |
| **(Dunhall)** See DOXY-D | | | | |
| **(Edwards)** See ED DOXY CAPS | | | | |
| **(Elkins-Sinn)** | | | | |
| PDI, IJ (S.D.V.) | | | | |
| 100 mg, ea | 00541-2292-41 | 16.70 | 13.36 | AP |
| **(Fujisawa)** | | | | |
| PDI, IJ, 100 mg, ea | 00469-1300-30 | 18.89 | 14.20 | AP |
| 200 mg, ea | 00469-1640-40 | 37.24 | 28.00 | AP |
| **(Geneva)** | | | | |
| CAP, PO, 50 mg, 50s ea | 00781-2525-50 | 8.02 | | AB |
| 100 mg, 50s ea | 00781-2522-50 | 9.68 | | AB |
| 500s ea | 00781-2522-05 | 82.95 | | AB |
| TAB, PO, 100 mg, 50s ea | 00781-1075-50 | 17.85 | | AB |
| 500s ea | 00781-1075-05 | 148.60 | | AB |
| **(Goldline)** | | | | |
| CAP, PO, 50 mg, 50s ea | 00182-1090-19 | 11.50 | | AB |
| 100 mg, 50s ea | 00182-1035-19 | 18.70 | | AB |
| 100s ea UD | 00182-1035-89 | 121.90 | | AB |
| 500s ea | 00182-1035-05 | 147.80 | | AB |
| TAB, PO, 100 mg, 50s ea | 00182-1535-19 | 18.50 | | AB |
| 100s ea UD | 00182-1535-89 | 121.90 | | AB |
| 500s ea | 00182-1535-05 | 140.55 | | AB |

**DOXYCYCLINE HYCLATE**
*100mg Tablets USP and 50mg and 100mg Capsules USP*
*FD&C Yellow #5 Free and Lactose-Free Formulation*
*From raw materials to finished dosage*

**HALSEY**

| **(Halsey Pharm)** | | | | |
|---|---|---|---|---|
| CAP, PO, 50 mg, 50s ea | 00879-0525-50 | 11.03 | | AB |
| 100 mg, 50s ea | 00879-0526-50 | 18.45 | | AB |
| 500s ea | 00879-0526-05 | 142.43 | | AB |
| TAB, PO, 100 mg, 50s ea | 00879-0725-50 | 17.45 | | AB |
| 500s ea | 00879-0725-05 | 139.40 | | AB |
| **(Interstate)** | | | | |
| CAP, PO, 50 mg, 50s ea | 00814-2663-08 | 6.30 | | EE |
| 100 mg, 50s ea | 00814-2665-08 | 8.70 | | EE |
| 500s ea | 00814-2665-28 | 80.63 | | EE |
| TAB, PO, 100 mg, 50s ea | 00814-2660-08 | 10.43 | | EE |

Recommend SENOKOT® Laxatives When the Rx May Constipate    PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Iolab)** | | | | |
| GTT, OP, 2%, 1 ml 12s | 00058-0776-12 | 25.80 | 21.50 | |
| **(Ocumed)** See OCU-FLUR 10 | | | | |
| **(Southwood)** | | | | |
| GTT, OP, 2%, 15 ml | 58016-6286-01 | 23.99 | | EE |
| **(Wyeth-Ayerst)** See FLUOR-I-STRIP | | | | |
| **(Wyeth-Ayerst)** See FLUOR I-STRIP-A.T. | | | | |
| **FLUORESCEIN/PROPARACAINE** | | | | |
| (Akorn) See FLUOROCAINE | | | | |
| (Ocusoft) See FLUCAINE | | | | |
| **FLUORESCITE** (Alcon Ophthalmic) | | | | |
| fluorescein sodium | | | | |
| INJ, IJ (AMP) | | | | |
| 10%, 5 ml 12s | 00065-0092-05 | 136.56 | | |
| (SRN) | | | | |
| 10%, 10 ml 12s | 00065-0093-05 | 264.00 | | |
| (AMP) | | | | |
| 25%, 2 ml 12s | 00065-0094-02 | 165.00 | | |
| **FLUORETS** (Akorn) | | | | |
| fluorescein sodium | | | | |
| TES, OP (STRIP) | | | | |
| 1 mg, 100s ea | 17478-0400-01 | 11.88 | | |
| **FLUORINSE** (Oral B Lab) | | | | |
| sodium fluoride | | | | |
| SOL, TP (CINNAMON) | | | | |
| 0.2%, 480 ml | 00041-0351-07 | 7.49 | | EE |
| (MINT) | | | | |
| 0.2%, 480 ml | 00041-0350-07 | 7.49 | | EE |
| **FLUORITAB** (Fluoritab) | | | | |
| sodium fluoride | | | | |
| CTB, PO, 0.5 mg, | | | | |
| 1000s ea | 00288-0006-04 | 8.65 | | |
| 5000s ea | 00288-0006-02 | 32.00 | | |
| 1 mg, 100s ea | 00288-0001-01 | 1.82 | | AA |
| (CHERRY) | | | | |
| 1 mg, 100s ea | 00288-0003-01 | 1.82 | | AA |
| 1000s ea | 00288-0003-04 | 8.65 | | AA |
| 5000s ea | 00288-0001-02 | 32.00 | | AA |
| (CHERRY) | | | | |
| 1 mg, 5000s ea | 00288-0003-02 | 32.00 | | AA |
| GTT, PO, 0.25 mg/drp, | | | | |
| 22.8 ml | 00288-0002-01 | 1.82 | | |
| **FLUOROCAINE** (Akorn) | | | | |
| fluorescein/proparacaine | | | | |
| GTT, OP (BOT) | | | | |
| 0.25%/0.5%, 5 ml | 17478-0311-10 | 7.88 | | |
| **FLUOROMETH/SULFACET SOD** | | | | |
| (Allergan Inc) See FML-S LIQUIFILM | | | | |
| **FLUOROMETHOLONE** | | | | |
| HCFA | | | | |
| GTT, OP, 0.1%, 5 ml | | 9.38 | | |
| (A-A Spectrum) | | | | |
| POW, (U.S.P.) | | | | |
| 100 gm | 49452-3170-01 | 27.50 | 24.75 | |
| 500 gm | 49452-3170-02 | 94.20 | 84.80 | |
| (Allergan Inc) See FML S.O.P. | | | | |
| (Allergan Inc) See FML LIQUIFILM | | | | |
| (Allergan Inc) See FML FORTE LIQUIFILM | | | | |
| (Ciba Ophth) See FLUOR-OP | | | | |
| **FLUOROMETHOLONE ACETATE** | | | | |
| (Alcon Ophthalmic) See FLAREX | | | | |
| (Ciba Ophth) See EFLONE | | | | |
| **FLUOROPLEX** (Allergan Inc) | | | | |
| fluorouracil | | | | |
| CRE, TP, 1%, 30 gm | 00023-0812-30 | 32.89 | | EE |
| SOL, TP, 1%, 30 ml | 00023-0810-30 | 32.89 | | EE |
| (Southwood) | | | | |
| REPACK | | | | |
| SOL, TP, 1%, 30 ml | 58016-9106-01 | 31.81 | | |
| **FLUOROURACIL** (A-A Spectrum) | | | | |
| POW, (U.S.P./N.F.) | | | | |
| 1 gm | 49452-3175-01 | 9.85 | 8.85 | |
| 5 gm | 49452-3175-02 | 34.50 | 29.25 | |
| 25 gm | 49452-3175-03 | 132.00 | 109.80 | |
| (Allergan Inc) See FLUOROPLEX | | | | |
| (Pharmacia) See ADRUCIL | | | | |
| (Roche Labs) See EFUDEX | | | | |
| (Roche Labs) | | | | |
| INJ, IJ (VIAL) | | | | |
| 50 mg/ml, | | | | |
| 10 ml 10s | 00004-1977-01 | 14.49 | | AP |
| (Solo Pak) | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 50 mg/ml, | | | | |
| 10 ml 10s | 39769-0012-10 | 37.50 | 30.00 | AP |
| (BULK VIAL) | | | | |
| 50 mg/ml, | | | | |
| 100 ml 10s | 39769-0012-90 | 250.00 | 200.00 | AP |
| (VHA Supply) | | | | |
| INJ, IJ (VIAL) | | | | |
| 50 mg/ml, | | | | |
| 10 ml 10s | 00702-1710-30 | 15.50 | | EE |
| **FLUOTHANE** (Wyeth-Ayerst) | | | | |
| halothane | | | | |
| LIQ, IH, 125 ml | 00046-3125-81 | 43.55 | 34.84 | AN |
| 250 ml | 00046-3125-82 | 84.29 | 67.43 | AN |
| **FLUOXETINE HYDROCHLORIDE** | | | | |
| (Dista) See PROZAC PULVULES | | | | |
| (Dista) See PROZAC | | | | |
| **FLUOXYMESTERONE** (A-A Spectrum) | | | | |
| POW, (U.S.P./N.F.) | | | | |
| 1 gm, C-III | 49452-3177-01 | 16.95 | 15.25 | |
| 5 gm, C-III | 49452-3177-02 | 74.80 | 67.30 | |
| (Interstate) | | | | |
| TAB, PO, 10 mg, | | | | |
| 100s ea, C-III | 00814-3240-14 | 111.00 | | EE |
| (Major) | | | | |
| TAB, PO, 10 mg, | | | | |
| 100s ea, C-III | 00904-1218-60 | 95.95 | | BP |
| (Qualitest) | | | | |
| TAB, PO, 10 mg, | | | | |
| 100s ea, C-III | 00603-3645-21 | 65.00 | | BP |
| (Rosemont) | | | | |
| TAB, PO, 10 mg, | | | | |
| 100s ea, C-III | 00832-0086-00 | 65.00 | | BP |
| (Rugby) | | | | |
| TAB, PO, 10 mg, | | | | |
| 100s ea, C-III | 00536-3826-01 | 134.95 | | BP |
| (URL) | | | | |
| TAB, PO, 10 mg, | | | | |
| 100s ea, C-III | 00677-0934-01 | 82.38 | | BP |
| (Upjohn) See HALOTESTIN | | | | |
| **FLUPHENAZINE DECANOATE** | | | | |
| (Apothecon) See PROLIXIN DECANOATE | | | | |
| (Fujisawa) | | | | |
| INJ, IJ (VIAL) | | | | |
| 25 mg/ml, 5 ml | 00469-2720-20 | 74.18 | 53.79 | AO |
| (Pasadena) | | | | |
| INJ, IJ (VIAL) | | | | |
| 25 mg/ml, 5 ml | 00418-2720-10 | 62.00 | | EE |
| **FLUPHENAZINE ENANTHATE** | | | | |
| (Apothecon) See PROLIXIN ENANTHATE | | | | |
| **FLUPHENAZINE HYDROCHLORIDE** | | | | |
| HCFA | | | | |
| CNT, PO, 5 mg/ml, 120 ml | | 98.74 | | |
| TAB, PO, 1 mg, 100s ea | | 23.63 | | |
| 2.5 mg, 100s ea | | 36.90 | | |
| 5 mg, 100s ea | | 44.93 | | |
| 10 mg, 100s ea | | 67.13 | | |
| (Aligen) | | | | |
| TAB, PO, 1 mg, 100s ea | 00405-4439-01 | 48.31 | | AB |
| 2.5 mg, 100s ea | 00405-4440-01 | 75.42 | | AB |
| 5 mg, 100s ea | 00405-4441-01 | 83.88 | | AB |
| 10 mg, 100s ea | 00405-4442-01 | 109.05 | | AB |
| (Allscrips) | | | | |
| TAB, PO, 5 mg, 30s ea | 54569-3191-00 | 26.03 | | EE |
| (Apothecon) See PROLIXIN | | | | |
| (Copley) | | | | |
| SEE SECTION 3 FOR MFG CATALOG | | | | |
| CNT, PO, 5 mg/ml, 120 ml | 38245-0630-14 | 91.15 | | AA |
| ELI, PO, 2.5 mg/5 ml, | | | | |
| 60 ml | 38245-0686-12 | 15.00 | | |
| 473 ml | 38245-0686-07 | 110.00 | | |
| (Fujisawa) | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 2.5 mg/ml, 10 ml | 00469-2810-30 | 42.57 | 24.20 | AP |
| (Geneva) | | | | |
| TAB, PO, 1 mg, 50s ea | 00781-1436-50 | 24.21 | | AB |
| 100s ea | 00781-1436-01 | 47.45 | | AB |
| 100s ea UD | 00781-1436-13 | 62.40 | | AB |
| 500s ea | 00781-1436-05 | 188.25 | | AB |
| 2.5 mg, 50s ea | 00781-1437-50 | 34.36 | | AB |
| 100s ea | 00781-1437-01 | 67.35 | | AB |
| 100s ea UD | 00781-1437-13 | 89.60 | | AB |
| 500s ea | 00781-1437-05 | 270.37 | | AB |
| 5 mg, 50s ea | 00781-1438-50 | 44.26 | | AB |
| 100s ea | 00781-1438-01 | 86.75 | | AB |
| 100s ea UD | 00781-1438-13 | 99.70 | | AB |
| 500s ea | 00781-1438-05 | 329.95 | | AB |
| 10 mg, 50s ea | 00781-1439-50 | 57.58 | | AB |
| 100s ea UD | 00781-1439-13 | 168.55 | | AB |
| 100s ea | 00781-1439-01 | 112.85 | | AB |
| 500s ea | 00781-1439-05 | 431.70 | | AB |
| (Goldline) | | | | |
| TAB, PO, 1 mg, | | | | |
| 100s ea UD | 00182-1365-89 | 63.00 | | AB |
| 100s ea | 00182-1365-01 | 45.00 | | AB |
| 2.5 mg, 100s ea | 00182-1366-01 | 64.00 | | AB |
| 100s ea UD | 00182-1366-89 | 91.00 | | AB |
| 5 mg, 100s ea | 00182-1367-01 | 83.00 | | AB |
| 100s ea UD | 00182-1367-89 | 135.00 | | AB |
| 10 mg, 100s ea | 00182-1368-01 | 108.00 | | AB |
| 100s ea UD | 00182-1368-89 | 170.30 | | AB |
| (Major) | | | | |
| TAB, PO, 1 mg, 100s ea | 00904-3673-60 | 47.05 | | AB |
| (10 X 10) | | | | |
| 1 mg, 100s ea UD | 00904-3673-61 | 74.43 | | AB |
| 2.5 mg, 100s ea | 00904-3674-60 | 67.25 | | AB |
| (10 X 10) | | | | |
| 2.5 mg, 100s ea UD | 00904-3674-61 | 101.67 | | AB |
| 500s ea | 00904-3674-40 | 198.45 | | AB |
| 5 mg, 100s ea | 00904-3675-60 | 84.25 | | AB |
| (10 X 10) | | | | |
| 5 mg, 100s ea UD | 00904-3675-61 | 136.49 | | AB |
| 500s ea | 00904-3676-40 | 300.55 | | AB |
| 10 mg, 100s ea | 00904-3676-60 | 111.40 | | AB |
| (10 X 10) | | | | |
| 10 mg, 100s ea UD | 00904-3676-61 | 179.57 | | AB |
| 500s ea | 00904-3676-40 | 339.45 | | AB |
| (Mason Dist) | | | | |
| TAB, PO, 1 mg, 100s ea | 11845-0337-01 | 45.90 | | AB |
| 2.5 mg, 100s ea | 11845-0338-01 | 64.98 | | AB |
| 5 mg, 100s ea | 11845-0339-01 | 83.65 | | AB |
| 500s ea | 11845-0339-03 | 418.75 | | AB |
| 10 mg, 100s ea | 11845-0340-01 | 109.05 | | AB |
| 500s ea | 11845-0340-03 | 545.25 | | AB |
| (Moore,H.L.) | | | | |
| TAB, PO, 1 mg, 100s ea | 00839-6440-06 | 48.18 | 35.69 | AB |
| 2.5 mg, 100s ea | 00839-6441-06 | 68.24 | 50.55 | AB |
| 5 mg, 100s ea | 00839-6442-06 | 87.95 | 65.15 | AB |
| 10 mg, 100s ea | 00839-7452-06 | 114.48 | 84.80 | AB |
| (Mylan) | | | | |
| TAB, PO, 1 mg, 100s ea | 00378-6004-01 | 47.42 | | AB |
| 500s ea | 00378-6004-05 | 188.24 | | AB |
| 2.5 mg, 100s ea | 00378-6009-01 | 67.34 | | AB |
| 500s ea | 00378-6009-05 | 270.35 | | AB |
| 5 mg, 100s ea | 00378-6074-01 | 86.74 | | AB |
| 500s ea | 00378-6074-05 | 329.85 | | AB |
| 10 mg, 100s ea | 00378-6097-01 | 112.84 | | AB |
| 500s ea | 00378-6097-05 | 431.60 | | AB |
| (Par) | | | | |
| TAB, PO, 1 mg, 100s ea | 49884-0061-01 | 45.90 | | AB |
| 500s ea | 49884-0061-05 | 229.50 | | AB |
| 2.5 mg, 100s ea | 49884-0062-01 | 64.98 | | AB |
| 500s ea | 49884-0062-05 | 324.90 | | AB |
| 5 mg, 100s ea | 49884-0076-01 | 83.75 | | AB |
| 500s ea | 49884-0076-05 | 418.75 | | AB |
| 10 mg, 100s ea | 49884-0064-01 | 109.05 | | AB |
| 500s ea | 49884-0064-05 | 545.25 | | AB |

**Fluphenazine Hydrochloride Tablets, USP** — MYLAN

**PAR — Redefining Excellence**

FLUPHENAZINE HCL TABLETS
1.0 mg  2.5 mg  5.0 mg  10 mg

Recommend SENOKOT Laxatives When the Rx May Constipate — PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| 15 mg, | | | | |
| 30s ea, C-IV | 51641-0244-03 | 21.68 | | AB |
| 100s ea, C-IV | 51641-0244-07 | 39.00 | | AB |
| 100s ea UD, C-IV | 51641-0244-11 | 99.52 | | AB |
| 500s ea, C-IV | 51641-0244-05 | 154.90 | | AB |
| **GENCYDO #1 (Weleda)** | | | | |
| homeopathic product | | | | |
| INJ, IJ (AMP) | | | | |
| 1%, 1 ml 12s | 00155-0271-90 | 9.00 | | |
| **GENCYDO #3 (Weleda)** | | | | |
| homeopathic product | | | | |
| INJ, IJ (AMP) | | | | |
| 3%, 1 ml 12s | 00155-0273-90 | 9.00 | | |
| **GENCYDO #5 (Weleda)** | | | | |
| homeopathic product | | | | |
| INJ, IJ (AMP) | | | | |
| 5%, 1 ml 12s | 00155-0275-90 | 9.00 | | |
| **GENCYDO #7 (Weleda)** | | | | |
| homeopathic product | | | | |
| INJ, IJ (AMP) | | | | |
| 7%, 1 ml 12s | 00155-0277-90 | 9.00 | | |
| **GENCYDO EYEDROPS (Weleda)** | | | | |
| homeopathic product | | | | |
| GTT, OP, 11.25 ml | 55946-0272-05 | 5.40 | | |
| **GENERET-500 (Goldline)** | | | | |
| fe sulf/folic acid/vit, multi | | | | |
| TER, PO, 60s ea | 00182-4333-26 | 9.00 | | |
| **GENLYTE CONCENTRATED (Gensia)** | | | | |
| elect/min, multi | | | | |
| INJ, IJ, 25 ml 25s | 00703-5420-04 | 109.38 | | EE |
| 25 ml 25s | 00703-5430-04 | 103.13 | | EE |
| **GENOPTIC (Allergan Inc)** | | | | |
| gentamicin sulfate | | | | |
| GTT, OP, 3 mg/ml, 1 ml | 11980-0117-01 | 2.96 | | AT |
| 5 ml | 11980-0117-05 | 13.43 | | AT |
| **GENOPTIC S.O.P. (Allergan Inc)** | | | | |
| gentamicin sulfate | | | | |
| OIN, OP, 3 mg/gm, 3.5 gm | 00023-0320-04 | 13.51 | | AT |
| **GENORA 0.5/35 (Rugby)** | | | | |
| ethinyl estradiol/norethin | | | | |
| TAB, PO (3X28) | | | | |
| 35 mcg-0.5 mg, | | | | |
| 84s ea | 00536-4057-48 | 36.30 | | AB |
| **GENORA 1/35 (Rugby)** | | | | |
| ethinyl estradiol/norethin | | | | |
| TAB, PO (3X21) | | | | |
| 35 mcg-1 mg, | | | | |
| 63s ea | 00536-4058-44 | 36.30 | | AB |
| (6X28) | | | | |
| 35 mcg-1 mg, | | | | |
| 168s ea | 00536-4055-48 | 72.60 | | AB |
| **GENORA 1/50 (Rugby)** | | | | |
| mestranol/norethin | | | | |
| TAB, PO (3X21) | | | | |
| 0.05 mg-1 mg, | | | | |
| 63s ea | 00536-4059-44 | 36.30 | | AB |
| (6X28) | | | | |
| 0.05 mg-1 mg, | | | | |
| 168s ea | 00536-4056-48 | 72.60 | | AB |
| **GENT SULF/PREDNIS ACE** | | | | |
| (Allergan Inc) See PRED-G | | | | |
| (Allergan Inc) See PRED-G S.O.P. | | | | |
| **GENT SULF/SOD CL (Abbott Hosp)** | | | | |
| INJ, IJ (LIFECARE) | | | | |
| 1.2 mg/ml-0.9%, | | | | |
| 50 ml 24s | 00074-7879-13 | 227.15 | | AP |
| 1.4 mg/ml-0.9%, | | | | |
| 50 ml 24s | 00074-7881-13 | 240.54 | | AP |
| 1.6 mg/ml-0.9%, | | | | |
| 50 ml 24s | 00074-7883-13 | 242.54 | | AP |
| 100 mg/ml-0.9%, | | | | |
| 100 ml 24s | 00074-7889-23 | 263.63 | | AP |
| 80 mg/100 ml-0.9%, | | | | |
| 100 ml 24s | 00074-7884-23 | 242.54 | | AP |
| 90 mg/100 ml-0.9%, | | | | |
| 100 ml 24s | 00074-7886-23 | 256.50 | | AP |
| (Baxter) | | | | |
| INJ, IJ, 1.2 mg/ml-0.9%, | | | | |
| 50 ml 24s | 00338-0507-41 | 222.91 | | AP |
| 1.6 mg/ml-0.9%, | | | | |
| 50 ml 24s | 00338-0509-41 | 237.89 | | AP |
| 100 ml 24s | 00338-0503-48 | 237.89 | | AP |
| 100 mg/100 ml-0.9%, | | | | |
| 100 ml 24s | 00338-0505-48 | 258.62 | | AP |
| 60 mg/100 ml-0.9%, | | | | |
| 100 ml 24s | 00338-0501-48 | 222.91 | | AP |
| 100 ml 24s | 00338-0507-48 | 263.94 | | AP |
| 0.8 mg/ml-0.9%, | | | | |
| 50 ml 24s | 00338-0503-41 | 213.53 | | AP |
| 2 mg/ml-0.9%, | | | | |
| 50 ml 24s | 00338-0511-41 | 258.62 | | AP |
| (McGaw) | | | | |
| INJ, IJ, 1.2 mg/ml-0.9%, | | | | |
| 50 ml 24s | 00264-5812-38 | 221.76 | | AP |
| 1.6 mg/ml-0.9%, | | | | |
| 50 ml 24s | 00264-5816-38 | 234.43 | | AP |
| 100 mg/100 ml-0.9%, | | | | |
| 100 ml 24s | 00264-5810-32 | 205.92 | | AP |
| 60 mg/100 ml-0.9%, | | | | |
| 100 ml 24s | 00264-5806-32 | 233.86 | | AP |
| 80 mg/100 ml-0.9%, | | | | |
| 100 ml 24s | 00264-5808-32 | 234.43 | | AP |
| **GENTACIDIN (Ciba Ophth)** | | | | |
| gentamicin sulfate | | | | |
| GTT, OP, 3 mg/ml, 5 ml | 00058-2365-05 | 7.62 | 6.35 | AT |
| **GENTAFAIR (Qualitest)** | | | | |
| gentamicin sulfate | | | | |
| GTT, OP, 3 mg/ml, 5 ml | 00603-7158-37 | 5.40 | | AT |
| **GENTAK (Akorn)** | | | | |
| gentamicin sulfate | | | | |
| GTT, OP, 3 mg/ml, 5 ml | 17478-0283-10 | 5.31 | | AT |
| 15 ml | 17478-0283-12 | 7.19 | | AT |
| OIN, OP, 3 mg/gm, 3.5 gm | 17478-0284-35 | 5.63 | | AT |
| **GENTAMICIN SULFATE** | | | | |
| [HCFA] | | | | |
| CRE, TP, 0.1%, 15 gm | | 2.03 | | |
| GTT, OP, 0.3%, 5 ml | | 3.75 | | |
| 15 ml | | 6.23 | | |
| OIN, OP, 0.3%, 3.5 gm | | 8.24 | | |
| OIN, TP, 0.1%, 15 gm | | 2.03 | | |
| 30 gm | | 4.19 | | |
| (Abbott Hosp) | | | | |
| INJ, IJ (ADD-VANTAGE VIAL) | | | | |
| 10 mg/ml, 6 ml 25s | 00074-3400-01 | 134.48 | | AP |
| 8 ml 25s | 00074-3401-01 | 143.69 | | AP |
| 10 ml 25s | 00074-3402-01 | 154.38 | | AP |
| (FLIPTOP VIAL) | | | | |
| 40 mg/ml, 2 ml 25s | 00074-1207-03 | 51.06 | | AP |
| (Akorn) See GENTAK | | | | |
| (Aligen) | | | | |
| GTT, OP, 3 mg/ml, 5 ml | 00405-6060-05 | 6.14 | | AT |
| 15 ml | 00405-6060-15 | 7.52 | | AT |
| (Allergan Inc) See GENOPTIC | | | | |
| (Allergan Inc) See GENOPTIC S.O.P. | | | | |
| (Allscrips) | | | | |
| CRE, TP, 0.1%, 15 gm | 54569-1117-00 | 3.18 | | EE |
| GTT, OP, 3 mg/ml, 5 ml | 54569-1189-00 | 5.83 | | EE |
| 15 ml | 54569-1218-00 | 8.95 | | EE |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 2 ml 25s | 54569-3149-00 | 26.04 | | EE |
| OIN, OP, 3 mg/gm, 3.5 gm | 54569-1229-00 | 7.25 | | EE |
| OIN, TP, 0.1%, 15 gm | 54569-1144-00 | 3.22 | | EE |
| (Bausch&Lomb Pharm) | | | | |
| GTT, OP, 3 mg/ml, 5 ml | 24208-0580-60 | 4.95 | | AT |
| 15 ml | 24208-0580-64 | 5.53 | | AT |
| (Bolan) See G-MYCIN | | | | |
| (CMC-Cons) | | | | |
| CRE, TP, 0.1%, 15 gm | 00223-4304-15 | 3.25 | | EE |
| GTT, OP, 3 mg/ml, 5 ml | 00223-6651-05 | 4.75 | | EE |
| 15 ml | 00223-6651-15 | 5.50 | | EE |
| INJ, IJ (VIAL) | | | | |
| 10 mg/ml, 2 ml | 00223-7715-02 | 1.75 | | EE |
| 2 ml 25s | 00223-7714-02 | 35.00 | | EE |
| 40 mg/ml, 2 ml | 00223-7719-02 | 1.75 | | EE |
| 2 ml 25s | 00223-7719-25 | 52.50 | | EE |
| 20 ml | 00223-7717-20 | 7.50 | | EE |
| OIN, TP, 0.1%, 15 gm | 00223-4306-15 | 3.25 | | EE |
| (Cheshire) | | | | |
| CRE, TP, 0.1%, 15 gm | 55175-0350-05 | 4.56 | | EE |
| GTT, OP, 3 mg/ml, 5 ml | 55175-1218-05 | 6.65 | | EE |
| 15 ml | 55175-1218-01 | 7.88 | | EE |
| OIN, OP, 3 mg/gm, 3.5 gm | 55175-1297-01 | 14.34 | | EE |
| OIN, TP, 0.1%, 15 gm | 55175-0351-05 | 4.56 | | EE |
| (Ciba Ophth) See GENTACIDIN | | | | |
| (Ciba Ophth) | | | | |
| OIN, OP, 3 mg/gm, 3.5 gm | 00058-0151-05 | 11.22 | 9.35 | |
| (Clay-Park) | | | | |
| CRE, TP, 0.1%, 15 gm | 45802-0056-35 | 2.59 | | AT |
| 30 gm | 45802-0056-11 | 4.00 | | AT |
| 454 gm | 45802-0056-05 | 86.40 | | AT |
| OIN, TP, 0.1%, 15 gm | 45802-0046-35 | 2.60 | | AT |
| 30 gm | 45802-0046-11 | 4.00 | | AT |
| 454 gm | 45802-0046-05 | 86.40 | | AT |
| (Clint) See A-MYCIN | | | | |
| (Edwards) See ED-MYCIN | | | | |
| (Elkins-Sinn) | | | | |
| INJ, IJ (DOSETTE VIAL) | | | | |
| 10 mg/ml, 2 ml 25s | 00641-0394-25 | 17.71 | 14.17 | AP |
| 40 mg/ml, 2 ml 25s | 00641-0395-25 | 26.04 | 20.83 | AP |
| (M.D.V.) | | | | |
| 40 mg/ml, | | | | |
| 20 ml 10s | 00641-2331-43 | 104.13 | 83.30 | AP |
| (Fougera) | | | | |
| CRE, TP, 0.1%, 15 gm | 00168-0071-15 | 3.60 | | AT |
| OIN, TP, 0.1%, 15 gm | 00168-0078-15 | 3.60 | | AT |
| (Fujisawa) | | | | |
| INJ, IJ (P.F., VIAL) | | | | |
| 10 mg/ml, 2 ml | 00469-1730-10 | 1.46 | 1.10 | AP |
| (S.D.V.) | | | | |
| 10 mg/ml, 2 ml | 00469-5130-25 | 1.46 | 1.10 | AP |
| (M.D.V.) | | | | |
| 40 mg/ml, 2 ml | 00469-1000-10 | 2.26 | 1.70 | AP |
| 20 ml | 00469-1000-40 | 12.64 | 3.62 | AP |
| 50 ml | 00469-1000-60 | 32.59 | 7.25 | AP |
| (Geneva) | | | | |
| CRE, TP, 0.1%, 15 gm | 00781-7310-27 | 3.10 | | AT |
| GTT, OP, 3 mg/ml, 5 ml | 00781-7110-75 | 5.10 | | AT |
| 15 ml | 00781-7110-85 | 8.95 | | AT |
| OIN, TP, 0.1%, 15 gm | 00781-7320-27 | 3.10 | | AT |
| (Gensia) | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 10 mg/ml, 2 ml 25s | 00703-9642-04 | 27.50 | | AP |
| 40 mg/ml, 2 ml 25s | 00703-9652-04 | 27.81 | | AP |
| 20 ml 25s | 00703-9665-04 | 133.13 | | AP |
| (Goldline) | | | | |
| CRE, TP, 0.1%, 15 gm | 00182-1403-51 | 3.75 | | AT |
| GTT, OP, 3 mg/ml, 5 ml | 00182-1695-62 | 5.55 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 2 ml | 00182-1424-61 | 3.00 | | AP |
| 20 ml | 00182-1424-65 | 9.45 | | AP |
| OIN, TP, 0.1%, 15 gm | 00182-1474-51 | 3.75 | | AT |
| 30 gm | 00182-1474-56 | 4.50 | | AT |
| (Insource) | | | | |
| INJ, IJ, 40 mg/ml, 2 ml | 58441-1125-02 | 2.62 | | AP |
| 20 ml | 58441-1125-06 | 8.77 | | AP |
| (Interstate) | | | | |
| CRE, TP, 0.1%, 15 gm | 00814-3446-93 | 3.00 | | EE |
| GTT, OP, 3 mg/ml, 5 ml | 00814-3448-38 | 5.10 | | EE |
| 15 ml | 00814-3448-42 | 7.13 | | EE |
| OIN, OP, 3 mg/gm, 3.5 gm | 00814-3449-68 | 5.55 | | EE |
| OIN, TP, 0.1%, 15 gm | 00814-3447-93 | 3.08 | | EE |
| (Logen) | | | | |
| GTT, OP, 3 mg/ml, 5 ml | 00820-0105-22 | 3.75 | | EE |
| (Major) | | | | |
| CRE, TP, 0.1%, 15 gm | 00904-2663-36 | 3.10 | | AT |
| GTT, OP, 3 mg/ml, 5 ml | 00904-1907-05 | 5.60 | | AT |
| OIN, TP, 0.1%, 15 gm | 00904-2664-36 | 3.10 | | AT |

PALISADES PHARMACEUTICALS, INC.
(800) 237-9083

YOCON® Rx
Yohimbine HCl
5.4 mg Tablet
Blister-Paks of 30's, bottles of 100's and 1000's
Available through your wholesaler

RED BOOK® FOR WINDOWS™!
INTRODUCING
ReadyPrice™
Call for FREE Demo Disk
(800) 722-3062

GENTAMICIN CREAM USP, OINTMENT USP, 0.01%, 0.025%
fougera®

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Moore,H.L.) | | | | |
| CRE, TP, 0.1%, 15 gm | 00839-6492-47 | 3.23 | 2.39 | AT |
| GTT, OP, 3 mg/ml, 5 ml | 00839-6745-25 | 5.52 | 4.09 | AT |
| INJ, IJ (DOSETTE VIAL) | | | | |
| 40 mg/ml, 2 ml | 00839-6503-23 | 2.15 | 1.59 | AT |
| OIN, TP, 0.1%, 15 gm | 00839-6599-47 | 3.23 | 2.39 | AT |
| (Ocumed) See OCU-MYCIN | | | | |
| (Ocusoft) See GENTASOL | | | | |
| (Paco) | | | | |
| GTT, OP, 3 mg/ml, 5 ml | 52967-0505-35 | 2.95 | 2.15 | AT |
| 15 ml | 52967-0505-45 | 3.45 | 2.51 | AT |
| (Paddock) | | | | |
| POW, 100 gm | 00574-0419-01 | 239.63 | | |
| 1000 gm | 00574-0419-00 | 2287.50 | | |
| (Parmed) | | | | |
| CRE, TP, 0.1%, 15 gm | 00349-8760-35 | 3.40 | | AT |
| GTT, OP, 3 mg/ml, 5 ml | 00349-8579-75 | 5.89 | | AT |
| (Pedinol) See G-MYTICIN | | | | |
| (Qualitest) See GENTAFAIR | | | | |
| (Qualitest) | | | | |
| CRE, TP, 0.1%, 15 gm | 00603-7769-74 | 2.90 | | AT |
| OIN, TP, 0.1%, 15 gm | 00603-7770-74 | 2.90 | | AT |
| (Raway) | | | | |
| CRE, TP, 0.1%, 15 gm | 00686-0056-35 | 2.10 | | AA |
| GTT, OP, 3 mg/ml, 5 ml | 00686-0580-60 | 5.10 | | AB |
| 15 ml | 00686-0580-64 | 6.00 | | AB |
| OIN, OP, 3 mg/gm, 3.5 gm | 00686-0575-55 | 4.75 | | EE |
| OIN, TP, 0.1%, 15 gm | 00686-0046-35 | 2.10 | | EE |
| (Roberts/Hauck) See JENAMICIN | | | | |
| (Rugby) | | | | |
| CRE, TP, 0.1%, 15 gm | 00536-4470-20 | 2.94 | | AT |
| 30 gm | 00536-4470-28 | 5.88 | | AT |
| GTT, OP, 3 mg/ml, 5 ml | 00536-0925-65 | 5.99 | | AT |
| 15 ml | 00536-0925-72 | 7.35 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 2 ml | 00536-4690-67 | 4.95 | | AP |
| 20 ml | 00536-4690-73 | 11.25 | | AP |
| OIN, TP, 0.1%, 15 gm | 00536-4480-20 | 3.12 | | AT |
| 30 gm | 00536-4480-28 | 6.19 | | AT |
| (Schein) | | | | |
| CRE, TP, 0.1%, 15 gm | 00364-7305-72 | 2.88 | | AT |
| 30 gm | 00364-7305-56 | 4.75 | | AT |
| GTT, OP, 3 mg/ml, 5 ml | 00364-7388-53 | 4.90 | | AT |
| 15 ml | 00364-7388-72 | 5.63 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 2 ml 25s | 00364-6739-48 | 58.00 | | AP |
| 20 ml | 00364-6739-55 | 8.33 | | AP |
| OIN, TP, 0.1%, 15 gm | 00364-7338-72 | 2.88 | | AT |
| 30 gm | 00364-7338-56 | 4.75 | | AT |
| (Schering) See GARAMYCIN | | | | |
| (Solo Pak) | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 10 mg/ml, 2 ml 25s | 39769-0001-02 | 32.81 | 26.25 | AP |
| 40 mg/ml, 2 ml 25s | 39769-0014-02 | 51.56 | 41.25 | AP |
| 20 ml 25s | 39769-0014-20 | 387.50 | 310.00 | AP |
| (Southwood) | | | | |
| GTT, OP, 3 mg/ml, 5 ml | 58016-6027-01 | 9.54 | | EE |
| 15 ml | 58016-6325-01 | 12.68 | | EE |
| OIN, TP, 0.1%, 15 gm | 58016-3027-01 | 6.01 | | EE |
| (Steris) | | | | |
| GTT, OP, 3 mg/ml, 5 ml | 00402-0749-05 | 4.90 | | AT |
| 15 ml | 00402-0749-15 | 5.63 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 2 ml | 00402-0559-02 | 2.32 | | AP |
| 20 ml | 00402-0559-20 | 8.33 | | AP |
| (Thames) | | | | |
| CRE, TP, 0.1%, 15 gm | 49158-0162-20 | 2.40 | | AT |
| 454 gm | 49158-0162-16 | 70.00 | | AT |
| OIN, TP, 0.1%, 15 gm | 49158-0191-20 | 2.40 | | AT |
| 454 gm | 49158-0191-16 | 70.00 | | AT |
| (UDL) | | | | |
| CRE, TP, 0.1%, 15 gm | 51079-0157-61 | 4.35 | 3.87 | AT |
| OIN, TP, 0.1%, 15 gm | 51079-0158-61 | 4.35 | 3.87 | AT |
| (URL) | | | | |
| CRE, TP, 0.1%, 15 gm | 00677-0709-40 | 3.20 | | AT |
| GTT, OP, 3 mg/ml, 5 ml | 00677-0901-20 | 5.55 | | AT |
| OIN, TP, 0.1%, 15 gm | 00677-0710-40 | 3.20 | | AT |
| **GENTASOL (Ocusoft)** | | | | |
| gentamicin sulfate | | | | |
| GTT, OP, 3 mg/ml, 5 ml | 54799-0510-05 | 6.35 | | AT |
| OIN, OP, 3 mg/gm, 3.5 gm | 54799-0510-35 | 6.35 | | AT |

**GENTIAN VIOLET (A-A Spectrum)**
POW, (U.S.P.)
25 gm ............ 49452-3278-04  11.50  9.50
125 gm ........... 49452-3280-01  12.60  8.40
(U.S.P.)
125 gm ........... 49452-3278-01  22.75  18.75
500 gm ........... 49452-3280-02  47.20  31.65
(U.S.P.)
500 gm ........... 49452-3278-02  78.60  69.50
2500 gm .......... 49452-3280-03  195.00  130.65
SOL, 100 ml ...... 49452-3276-01  7.50  6.75
100 ml ........... 49452-3277-01  7.50  6.75
100 ml ........... 49452-3278-01  6.50  6.85
100 ml ........... 49452-3275-01  9.75  7.90
500 ml ........... 49452-3276-02  14.25  12.85
500 ml ........... 49452-3277-02  14.25  12.85
500 ml ........... 49452-3278-02  16.25  14.65
500 ml ........... 49452-3275-02  17.25  15.75

(Amend)
CRY, (U.S.P.)
25 gm ............ 17137-0183-02  7.50
100 gm ........... 17137-0183-03  14.75
500 gm ........... 17137-0183-05  56.00
(Gallipot)
POW, (U.S.P.)
25 gm ............ 51552-0297-25  10.93
(Mallinckrodt Chem)
POW, (U.S.P.)
125 gm ........... 00406-8839-03  37.27

**GENTRAN 40 (Baxter)**
dextran 40/dextrose
INJ, IJ (W/DEXTROSE)
10%-5%, 500 ml 24s . 00338-0272-03  2386.32  AP

**GENTRAN 40 (Baxter)**
dextran 40/sod cl
(W/SOD.CHLORIDE)
10%-0.9%,
500 ml 24s ....... 00338-0270-03  2386.32  AP

**GENTRAN 75 (Baxter)**
dextran 75/sod cl
INJ, IJ, 6%-0.9%,
500 ml 24s ....... 00338-0265-03  1762.92  AP

**GEOCILLIN (Roerig)**
carbenicillin indanyl sodium
SEE SECTION 4 FOR COLOR PHOTO
TAB, PO, 382 mg, 100s ea . 00049-1430-66  180.14  151.69
100s ea UD ........ 00049-1430-41  207.06  174.37

**GEONE (Alphagen)**
apap/butal/caff
CAP, PO, 325 mg-50 mg-40 mg,
100s ea ........... 59743-0004-01  23.75  AB

**GERANIOL (A-A Spectrum)**
OIL, 25 ml ........ 49452-3275-01  11.20  10.05
100 ml ............ 49452-3275-02  33.00  29.70

**GERANIUM OIL (A-A Spectrum)**
OIL, 100 ml ....... 49452-3281-01  17.25  15.55

**GEREF (Serono)**
sermorelin acetate
PDI, IJ (AMP)
50 mcg, ea ........ 44087-4050-01  40.00

**GERIMAL (Rugby)**
ergoloid mesylates
TAB, PO, 1 mg, 100s ea ... 00536-3856-01  18.38  AB
1000s ea .......... 00536-3856-10  162.75  AB
TAB, SL, 1 mg, 100s ea ... 00536-3857-01  9.57  AA
500s ea ........... 00536-3857-05  39.98  AA
1000s ea .......... 00536-3857-10  78.45  AA

**GERMANIUM SESQUIOXIDE (A-A Spectrum)**
POW, 1 gm ......... 49452-3282-01  14.45  12.45
5 gm .............. 49452-3282-02  54.85  48.35
25 gm ............. 49452-3282-03  182.50  164.25

**GG/HYDROCODONE (Aligen)**
SYR, PO, 100 mg-5 mg/5 ml,
480 ml, C-III ..... 00405-0095-16  33.98
(Alphagen) See COTUSS-V
(Amer Generics) See CO-TUSSIN
(Ascher) See KWELCOF
(Atley) See ATUSS EX
(Barre) See HYCOSIN EXPECTORANT
(Blansett) See PROLEX DH
(Central) See CODICLEAR DH
(Du Pont Pharma) See HYCOTUSS EXPECTORANT
(ECR) See PNEUMOTUSSIN HC
(Econolab) See FENTUSS EXPECTORANT
(Ethex) See HYCOCLEAR TUSS
(Goldline)
SYR, PO, 100 mg-5 mg/5 ml,
480 ml, C-III ..... 00182-0158-40  45.75
480 ml, C-III ..... 00182-0159-40  30.20
(Knoll) See VICODIN TUSS
(Major) See CODOTUSS
(Moore,H.L.)
SYR, PO, 100 mg-5 mg/5 ml,
480 ml, C-III ..... 00839-7855-69  20.78  15.39
(Norton,HN) See PROPATUSS EXPECTORANT
(Qualitest) See VI-Q-TUSS
(R&R) See BERTUSS SF
(Roberts/Hauck) See ENTUSS
(Rugby) See HYDROTUSS
(Rugby) See CO-TUSS V EXPECTORANT
(Schein)
LIQ, PO, 100 mg-5 mg/5 ml,
480 ml, C-III ..... 00364-2517-16  37.00
(Southwood) See VICOTUSS

**GG/HYDROCODONE/PHENIR/PHENYLEPH/PPA**
(Scot-Tussin) See S-T FORTE

**GG/HYDROCODONE/PHENIR/PPA/PYRIL**
(Sandoz Consumer) See TRIAMINIC-DH EXPECTORANT

**GG/HYDROCODONE/PHENYLEPH**
(Laser) See DONATUSSIN DC

**GG/HYDROCODONE/PSEUDOEPH**
(Abana) See VANEX EXPECTORANT
(Alphagen) See TUSSADUR-HD
(Barre) See DETUSSIN EXPECTORANT
(Blansett) See NALEX EXPECTORANT
(Dunhall) See COPHENE-X-P
(Edwards) See SRC EXPECTORANT
(Goldline) See TUSSGEN EXPECTORANT
(Major) See DETUSSIN EXPECTORANT
(Med-Tek) See MED-HIST EXP
(Norton,HN) See HYDROPHED
(Pan Amer) See PANCOF XP
(Poly) See POLY-TUSSIN XP
(Qualitest) See DETUSSIN EXPECTORANT
(Roberts/Hauck) See ENTUSS-D
(Roberts/Hauck) See ENTUSS-D JR.
(Rugby) See TUSSAFIN EXPECTORANT
(Southwood) See DECOTUSS-HD
(Whitby) See DURATUSS HD

**GG/HYDROMORPH**
(Knoll) See DILAUDID COUGH SYRUP

**GG/OXTRIPHYLLINE**
(Barre) See BRONDELATE
(Norton,HN) See THEOCON ELIXIR

**GG/PHENYLEPH**
(Adams) See DECONSAL PEDIATRIC
(Amide) See AMIDAL
(Forest Pharm) See ENDAL
(Goldline)
TER, PO, 300 mg-20 mg,
100s ea ........... 00182-1206-01  16.50
(Ion) See SINUPAN
(Ion) See LIQUIBID-D
(Major) See EFASIN
(Norton,HN) See CHEMDAL
(Qualitest) See QUINDAL

**GG/PHENYLEPH/PPA**
(Aligen) See ALTEX LIQUID
(Allscrips)
CAP, PO, 200 mg-5 mg-45 mg,
15s ea ............ 54569-3637-01  2.56
20s ea ............ 54569-3637-03  3.41
28s ea ............ 54569-3637-05  4.77
30s ea ............ 54569-3637-04  4.97
40s ea ............ 54569-3637-00  6.82
LIQ, PO, 100 mg-5 mg-20 mg/5 ml,
480 ml ............ 54569-2960-00  17.34

Recommend **SENOKOT® Laxatives When the Rx May Constipate**　　PURDUE FREDERICK