| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (ADULT 22G 3-1/2 NEEDLE) | | | | |
| 10s ea............00074-4825-01 | | 324.66 | | EE |
| (CHILD 22G 2-1/2 NEEDLE) | | | | |
| 10s ea............00074-4826-01 | | 324.66 | | EE |
| (INF 22G 1-1/2 W/O MANO) | | | | |
| 10s ea............00074-4962-01 | | 204.61 | | |
| 10s ea............00074-4963-01 | | 209.71 | | EE |
| (INFANT 22G 1-1/2 NEEDLE) | | | | |
| 10s ea............00074-4827-01 | | 314.09 | | EE |
| **LUMINAL SODIUM** (Sanofi Winthrop) | | | | |
| phenobarbital | | | | |
| INJ, IJ (AMP) | | | | |
| 130 mg/ml, | | | | |
| 1 ml 100s, C-IV.....00024-1171-06 | | 318.16 | | |
| **LUPRON** (Tap) | | | | |
| leuprolide acetate | | | | |
| KIT, IJ (2 WEEK ADMINISTRATION) | | | | |
| 5 mg/ml, ea........00300-3626-28 | | 267.50 | | |
| (6 PAK) | | | | |
| 5 mg/ml, 6s ea.....00300-3626-24 | | 1605.00 | | |
| **LUPRON DEPOT** (Tap) | | | | |
| leuprolide acetate | | | | |
| PDI, IJ, 3.75 mg, ea....00300-3639-01 | | 381.88 | | |
| 6s ea...........00300-3639-06 | | 2291.25 | | |
| 7.5 mg, ea.........00300-3629-01 | | 477.50 | | |
| 6s ea.............00300-3629-06 | | 2865.00 | | |
| **LUPRON DEPOT-PED** (Tap) | | | | |
| leuprolide acetate | | | | |
| KIT, IJ, 7.5 mg, ea.....00300-2106-01 | | 477.50 | | |
| 7.5 mg and 3.75 mg, | | | | |
| ea..............00300-2270-01 | | 859.38 | | |
| 7.5 mg and 7.5 mg, | | | | |
| ea..............00300-2437-01 | | 955.00 | | |
| **LURIDE** (Colgate Oral) | | | | |
| sodium fluoride | | | | |
| CTB, PO, 0.25 mg, | | | | |
| 120s ea..........00126-0186-21 | | 5.83 | | EE |
| (GRAPE) | | | | |
| 0.5 mg, 120s ea.....00126-0014-21 | | 5.83 | | EE |
| 1200s ea.........00126-0014-81 | | 31.19 | | EE |
| 1 mg, 120s ea......00126-0143-21 | | 7.11 | | EE |
| (CHERRY) | | | | |
| 1 mg, 120s ea......00126-0006-21 | | 7.11 | | |
| (ASSOR) | | | | |
| 1 mg, 1000s ea.....00126-0143-10 | | 31.19 | | EE |
| (CHERRY) | | | | |
| 1 mg, 1000s ea.....00126-0006-10 | | 31.19 | | EE |
| GTT, PO (W/DROPPER) | | | | |
| 0.125 mg/drp, | | | | |
| 50 ml............00126-0002-62 | | 8.70 | | |
| (Allscripts) REPACK | | | | |
| CTB, PO, 0.25 mg, | | | | |
| 120s ea..........54569-1254-00 | | 5.83 | | |
| 0.5 mg, 120s ea....54569-2142-00 | | 5.83 | | |
| 1 mg, 120s ea......54569-1735-00 | | 7.11 | | |
| **LURIDE SF** (Colgate Oral) | | | | |
| sodium fluoride | | | | |
| CTB, PO (SPECIAL FORMULA) | | | | |
| 1 mg, 120s ea......00126-0007-21 | | 7.11 | | EE |
| **LUTREPULSE** (Ferring) | | | | |
| gonadorelin acetate | | | | |
| KIT, IJ, 0.8 mg, ea.....55566-7208-05 | | 271.14 | 225.95 | |
| 3.2 mg, ea........55566-7232-05 | | 551.94 | 459.95 | |
| PDI, IJ, 0.8 mg, ea....55566-7208-00 | | 139.14 | 115.95 | |
| 3.2 mg, ea........55566-7232-00 | | 419.94 | 349.95 | |
| **LUTREPULSE PROGRAMMABLE PUMP** (Ferring) | | | | |
| device | | | | |
| DEV, ea...........55566-7210-00 | | 2220.00 | 1850.00 | |
| **LUTREPULSE PUMP ELASTIC BELT** (Ferring) | | | | |
| device | | | | |
| DEV, ea...........55566-7225-00 | | 29.94 | 24.95 | |
| **LUTREPULSE PUMP EXTENSION** (Ferring) | | | | |
| catheter | | | | |
| CAT, ea...........55566-7220-00 | | 35.94 | 29.95 | |
| **LUTREPULSE PUMP RESERVOIR** (Ferring) | | | | |
| catheter | | | | |
| CAT, ea...........55566-7215-00 | | 59.94 | 49.95 | |
| **LUVOX** (Solvay) | | | | |
| fluvoxamine maleate | | | | |
| TAB, PO, 50 mg, 100s ea..00032-4205-01 | | 183.68 | | |
| 100s ea UD.......00032-4205-11 | | 183.68 | | |
| 100 mg, 100s ea....00032-4210-01 | | 188.95 | | |
| 100s ea UD.......00032-4210-11 | | 188.95 | | |
| **LYCOPODIUM** (A-A Spectrum) | | | | |
| POW, 125 gm.......49452-4140-01 | | 14.50 | 10.90 | |
| 500 gm..........49452-4140-02 | | 49.25 | 34.85 | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Amend) | | | | |
| POW, 25 gm........17137-0335-02 | | 5.60 | | |
| 120 gm..........17137-0335-04 | | 10.00 | | |
| 454 gm..........17137-0335-01 | | 37.10 | | |
| **LYMPHAZURIN** (Hirsch) | | | | |
| isosulfan blue | | | | |
| INJ, IJ (VIAL) | | | | |
| 10 mg/ml, 5 ml 6s....50673-0250-21 | | 210.00 | | |
| **LYMPHOCYTE IMMUNE GLOBULIN** | | | | |
| (Upjohn) See ATGAM | | | | |
| **LYPHOCIN** (Fujisawa) | | | | |
| vancomycin hydrochloride | | | | |
| PDI, IJ (10 ML,LYOPH) | | | | |
| 500 mg, ea........00469-2210-30 | | 10.97 | 8.25 | AP |
| (S.D.V.,20ML,LYOPH) | | | | |
| 1 gm, ea..........00469-2840-40 | | 20.35 | 15.30 | AP |
| (100 ML,LYOPH) | | | | |
| 5 gm, ea..........00469-2951-00 | | 112.39 | 84.50 | AP |
| **LYPHOLYTE** (Fujisawa) | | | | |
| elect/min, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 20 ml............00469-0900-40 | | 6.60 | 4.96 | AP |
| 40 ml............00469-0900-60 | | 12.70 | 9.55 | AP |
| (MAXIVIAL) | | | | |
| 100 ml...........00469-0901-00 | | 29.86 | 22.45 | AP |
| 200 ml...........00469-0902-00 | | 53.13 | 39.95 | AP |
| **LYPHOLYTE II** (Fujisawa) | | | | |
| elect/min, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 20 ml............00469-1460-40 | | 5.51 | 4.14 | AP |
| 40 ml............00469-1460-60 | | 11.17 | 8.40 | AP |
| (MAXIVIAL) | | | | |
| 100 ml...........00469-1461-00 | | 24.41 | 18.35 | AP |
| 200 ml...........00469-1462-00 | | 41.83 | 31.45 | AP |
| **LYPRESSIN** | | | | |
| (Sandoz Pharm) See DIAPID | | | | |
| **LYSINE** (A-A Spectrum) | | | | |
| POW, 25 gm........49452-4161-01 | | 21.10 | 18.95 | |
| 100 gm..........49452-4161-02 | | 61.55 | 55.40 | |
| (Gallipot) | | | | |
| POW, 100 gm.......51552-0300-99 | | 11.33 | | |
| (Lorann Oil) | | | | |
| CRY, 454 gm.......23535-6080-10 | | 12.25 | | |
| 2270 gm.........23535-1300-00 | | 60.50 | | |
| 4540 gm.........23535-1400-00 | | 110.00 | | |
| **LYSINE ACETATE** (A-A Spectrum) | | | | |
| POW, (U.S.P.) | | | | |
| 25 gm...........49452-4163-01 | | 15.85 | 14.30 | |
| 100 gm..........49452-4163-02 | | 34.90 | 31.45 | |
| 1000 gm.........49452-4163-03 | | 209.40 | 188.50 | |
| **LYSINE HYDROCHLORIDE** (A-A Spectrum) | | | | |
| POW, 100 gm.......49452-4160-01 | | 9.85 | 7.90 | |
| (F.C.C.) | | | | |
| 100 gm..........49452-4159-01 | | 10.85 | 9.80 | |
| (U.S.P.) | | | | |
| 100 gm..........49452-4158-01 | | 11.85 | 10.70 | |
| 1000 gm.........49452-4160-02 | | 32.80 | 29.50 | |
| (F.C.C.) | | | | |
| 1000 gm.........49452-4159-02 | | 36.10 | 32.50 | |
| (U.S.P.) | | | | |
| 1000 gm.........49452-4158-02 | | 39.40 | 35.50 | |
| 5000 gm.........49452-4160-03 | | 110.00 | 99.00 | |
| (F.C.C.) | | | | |
| 5000 gm.........49452-4159-03 | | 121.00 | 108.90 | |
| (U.S.P.) | | | | |
| 5000 gm.........49452-4158-03 | | 132.00 | 118.80 | |
| (Amend) | | | | |
| POW, (U.S.P./F.C.C.) | | | | |
| 125 gm..........17137-0336-04 | | 7.70 | | |
| 500 gm..........17137-0336-01 | | 15.05 | | |
| 2270 gm.........17137-0336-05 | | 56.00 | | |
| 11350 gm........17137-0336-08 | | 250.00 | | |
| **LYSIPLEX** (Kramer Dist) | | | | |
| folic acid/niacin/vit b comp/zn sulf | | | | |
| SYR, PO, 180 ml....52083-0841-06 | | 9.00 | | |
| TAB, PO, 30s ea....52083-0840-30 | | 9.00 | | |
| **LYSODREN** (Bristol-Myer Onc/Hiv) | | | | |
| mitotane | | | | |
| TAB, PO, 500 mg, 100s ea..00015-3080-60 | | 204.68 | | |
| **M-END** (McNeil,R.A.) | | | | |
| cpm/hydrocodone/pseudoeph | | | | |
| LIQ, PO, 2 mg-2.5 mg-30 mg/5 ml, | | | | |
| 480 ml, C-III.......12830-0722-16 | | 14.80 | | |

Electronic Drug Pricing and Clinical Information

**RED BOOK**

Database Services — (800) 722-3062

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **M-HIST** (McNeil,R.A.) | | | | |
| bromphen/pseudoeph | | | | |
| CER, PO, 12 mg-120 mg, | | | | |
| 100s ea..........12830-0200-01 | | 23.86 | | |
| (Cheshire) REPACK | | | | |
| CER, PO, 12 mg-120 mg, | | | | |
| 15s ea...........55175-2761-05 | | 9.09 | | |
| **M-M-R II** (Merck) | | | | |
| measles/mumps/rubella vaccine | | | | |
| INJ, IJ, 1 ml.......00006-4749-00 | | 31.04 | 24.83 | |
| (VIAL) | | | | |
| 1 ml 10s.........00006-4681-00 | | 267.91 | 214.33 | |
| **M-PHEN** (McNeil,R.A.) | | | | |
| codeine/phenyleph/prometh | | | | |
| SYR, PO, 10 mg-5 mg-6.25 mg/5 ml, | | | | |
| 480 ml, C-V.......12830-0656-02 | | 11.90 | | EE |
| **M-R-VAX II** (Merck) | | | | |
| rubeola/rubella vaccine | | | | |
| INJ, IJ (VIAL) | | | | |
| 1 ml.............00006-4751-00 | | 21.33 | 17.06 | |
| 1 ml 10s.........00006-4677-00 | | 175.65 | 140.52 | |
| **M-TRACE "TM" 4** (UDL) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 10 ml 25s........51079-0712-45 | | 41.36 | 33.08 | |
| **M-TRACE "TM" 4 CONCENTRATED** (UDL) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 1 ml 25s.........51079-0713-45 | | 35.46 | 28.65 | |
| (M.D.V.) | | | | |
| 10 ml 25s........51079-0714-45 | | 55.25 | 44.39 | |
| **M-TRACE "TM" 5** (UDL) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 10 ml 25s........51079-0715-45 | | 61.17 | 49.32 | |
| **M-TRACE "TM" 5 CONCENTRATED** (UDL) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 1 ml 25s.........51079-0716-45 | | 55.65 | 44.69 | |
| **M.T.E.-4** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 3 ml.............00469-8100-31 | | 2.39 | 1.80 | AP |
| 10 ml............00469-8100-30 | | 7.90 | 5.94 | AP |
| (M.D.V.) | | | | |
| 30 ml............00469-8700-50 | | 17.22 | 12.95 | AP |
| **M.T.E.-4 CONCENTRATED** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 1 ml.............00469-9400-00 | | 2.74 | 2.06 | AP |
| (M.D.V.) | | | | |
| 10 ml............00469-9800-30 | | 17.96 | 13.50 | AP |
| **M.T.E.-5** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 10 ml............00469-2900-30 | | 25.94 | 19.50 | AP |
| (S.D.V.) | | | | |
| 10 ml............00469-1800-30 | | 16.96 | 12.75 | AP |
| **M.T.E.-5 CONCENTRATED** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 1 ml.............00469-2800-00 | | 3.50 | 2.63 | AP |
| **M.T.E.-6** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 10 ml............00469-3600-30 | | 31.12 | 23.40 | AP |
| 10 ml............00469-2000-30 | | 19.76 | 14.86 | AP |
| **M.T.E.-6 CONCENTRATED** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 1 ml.............00469-2200-00 | | 4.67 | 3.51 | AP |
| **M.T.E.-7** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 10 ml............00469-1400-30 | | 23.02 | 17.31 | AP |

PALISADES PHARMACEUTICALS, INC. (800) 237-9083

**YOCON** Rx
Yohimbine HCl

5.4 mg Tablet
Blister-Paks of 30's, bottles of 100's and 1000's
Available through your wholesaler

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **NATURETIN-5** (Apothecon) bendroflumethiazide | | | | |
| TAB, PO, 5 mg, 100s ea | 00003-0606-50 | 77.28 | 67.79 | |
| **NAVANE** (Roerig) thiothixene SEE SECTION 4 FOR COLOR PHOTO | | | | |
| CAP, PO, 1 mg, 100s ea | 00049-5710-66 | 38.03 | 32.02 | AB |
| 2 mg, 100s ea | 00049-5720-66 | 51.28 | 43.17 | AB |
| 1000s ea | 00049-5720-82 | 456.14 | 384.11 | AB |
| 5 mg, 100s ea | 00049-5730-66 | 80.18 | 67.51 | AB |
| 1000s ea | 00049-5730-82 | 712.70 | 600.17 | AB |
| 10 mg, 100s ea | 00049-5740-66 | 110.49 | 93.05 | AB |
| 1000s ea | 00049-5740-82 | 983.47 | 828.19 | AB |
| 20 mg, 100s ea | 00049-5770-66 | 155.04 | 130.56 | AB |
| 100s ea UD | 00049-5770-41 | 170.46 | 143.55 | AB |
| 500s ea | 00049-5770-73 | 692.81 | 583.42 | AB |
| **NAVANE** (Roerig) thiothixene hydrochloride | | | | |
| CNT, PO, 5 mg/ml, 120 ml | 00049-5750-47 | 81.80 | 68.88 | AA |
| PDI, IJ, 10 mg, ea | 00049-5765-83 | 35.35 | 29.77 | |
| **NAVELBINE** (Burr Wellcome) vinorelbine tartrate | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 10 mg/ml, 1 ml | 00081-0656-01 | 46.88 | | |
| 5 ml | 00081-0656-44 | 234.38 | | |
| **NAVOGAN** (Intl Ethical) benzo/trimethobenzamide | | | | |
| SUP, RC, 2%-100 mg, 10s ea | 11584-0421-01 | 10.07 | | |
| **ND CLEAR** (Seatrace) cpm/pseudoeph | | | | |
| CER, PO, 8 mg-120 mg, 100s ea | 00551-0147-01 | 24.85 | | |
| **ND-STAT** (Hyrex) brompheniramine maleate | | | | |
| INJ, IJ (VIAL) | | | | |
| 10 mg/ml, 10 ml | 00314-2236-70 | 7.50 | | AP |
| **NEATSFOOT OIL** (A-A Spectrum) | | | | |
| OIL, 500 ml | 49452-4820-01 | 7.50 | 6.25 | |
| 4000 ml | 49452-4820-02 | 32.80 | 27.80 | |
| (Amend) | | | | |
| OIL, 480 ml | 17137-0738-01 | 6.30 | | |
| 3840 ml | 17137-0738-06 | 27.00 | | |
| 19200 ml | 17137-0738-08 | 100.00 | | |
| (Amer Drug) | | | | |
| OIL, 120 ml | 00714-0096-04 | 20.38 | | |
| 480 ml | 00714-0096-16 | 3.58 | | |
| **NEBCIN** (Lilly) tobramycin sulfate | | | | |
| INJ, IJ (HYPORETS) | | | | |
| 40 mg/ml, 1.5 ml 24s | 00002-0509-24 | 169.06 | | EE |
| (M.D.V.) | | | | |
| 40 mg/ml, 2 ml | 00002-1499-01 | 7.28 | | AP |
| (HYPORETS) | | | | |
| 40 mg/ml, 2 ml 24s | 00002-0503-24 | 189.22 | | EE |
| (M.D.V.) | | | | |
| 40 mg/ml, 2 ml 25s | 00002-1499-25 | 182.11 | | AP |
| 30 ml 6s | 00002-7090-16 | 655.59 | | AP |
| PDI, IJ (ADD-VANTAGE) | | | | |
| 60 mg, 25s ea | 00002-7293-25 | 173.11 | | AP |
| 80 mg, 25s ea | 00002-7294-25 | 194.11 | | AP |
| (BULK VIAL) | | | | |
| 1.2 gm, 6s ea | 00002-7040-16 | 655.59 | | AP |
| **NEBCIN PEDIATRIC** (Lilly) tobramycin sulfate | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 10 mg/ml, 2 ml | 00002-0501-01 | 3.65 | | AP |
| **NEBUPENT** (Fujisawa) pentamidine isethionate | | | | |
| SOL, IH, 300 mg, 15 ml | 57317-0210-06 | 98.75 | 79.00 | EE |

**NOW AVAILABLE TILADE INHALER DOUBLE PACK** (NEDOCROMIL SODIUM INHALATION AEROSOL)

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **NEDOCROMIL SODIUM** (Fisons Presc) See TILADE | | | | |
| **NEFAZODONE HYDROCHLORIDE** (B/M Squibb U.S. Phar) See SERZONE | | | | |
| **NEGGRAM** (Sanofi Winthrop) nalidixic acid SEE SECTION 4 FOR COLOR PHOTO | | | | |
| SUS, PO, 250 mg/5 ml, 480 ml | 00024-1318-06 | 110.01 | | AB |
| TAB, PO, 250 mg, 56s ea | 00024-1321-03 | 42.78 | | AB |
| 500 mg, 56s ea | 00024-1322-03 | 70.65 | | AB |
| 500s ea | 00024-1322-06 | 616.72 | | AB |
| 1 gm, 100s ea | 00024-1323-04 | 190.39 | | AB |
| **NELOVA 0.5/35** (Warner Chilcott) ethinyl estradiol/norethin | | | | |
| TAB, PO (6X28) 35 mcg-0.5 mg, 168s ea | 00047-0926-35 | 83.81 | | AB |
| **NELOVA 1/35** (Warner Chilcott) ethinyl estradiol/norethin | | | | |
| TAB, PO (6X21) 35 mcg-1 mg, 126s ea | 00047-0930-11 | 74.30 | | AB |
| (6X28) 35 mcg-1 mg, 168s ea | 00047-0927-35 | 74.74 | | AB |
| **NELOVA 1/50 M** (Warner Chilcott) mestranol/norethin | | | | |
| TAB, PO (6X21) 0.05 mg-1 mg, 126s ea | 00047-0942-11 | 74.30 | | AB |
| 168s ea | 00047-0947-35 | 74.74 | | AB |
| **NELOVA 10/11** (Warner Chilcott) ethinyl estradiol/norethin | | | | |
| TAB, PO (28 DAY-6X28) 35 mcg-0.5 mg and 1 mg, 168s ea | 00047-0944-35 | 83.81 | | AB |
| **NEMBUTAL** (Abbott Pharm) pentobarbital sodium | | | | |
| ELI, PO, 18.2 mg/5 ml, 480 ml, C-II | 00074-3142-01 | 62.31 | 52.47 | EE |
| **NEMBUTAL SODIUM** (Abbott Pharm) pentobarbital sodium | | | | |
| CAP, PO, 50 mg, 100s ea, C-II | 00074-3150-11 | 32.06 | 27.00 | AA |
| 100 mg, 100s ea, C-II | 00074-3114-01 | 50.20 | 42.27 | AA |
| (10X10) 100 mg, 100s ea UD, C-II | 00074-3114-21 | 54.71 | 43.77 | AA |
| 500s ea, C-II | 00074-3114-02 | 243.45 | 205.01 | AA |
| INJ, IJ (AMP) 50 mg/ml, 2 ml 25s, C-II | 00074-6899-04 | 59.21 | 47.37 | AP |
| (VIAL) 50 mg/ml, 20 ml, C-II | 00074-3778-04 | 11.73 | 9.38 | AP |
| 50 ml, C-II | 00074-3778-05 | 21.86 | 17.49 | AP |
| SUP, RC, 30 mg, 12s ea, C-III | 00074-3272-01 | 39.90 | 33.60 | EE |
| 60 mg, 12s ea, C-III | 00074-3148-01 | 46.83 | 39.43 | EE |
| 120 mg, 12s ea, C-III | 00074-3145-01 | 52.21 | 43.97 | EE |
| 200 mg, 12s ea, C-III | 00074-3164-01 | 64.19 | 54.05 | EE |
| **NEO DEXAIR** (Major) dexameth sod phos/neo sulf | | | | |
| GTT, OP, 1 mg-3.5 mg/ml, 5 ml | 00904-3007-05 | 8.95 | | AT |
| **NEO SULF/POLYMYX** (Burr Wellcome) See NEOSPORIN G.U. IRRIGANT | | | | |
| (Ocusoft) See NEOCIN-PG | | | | |
| (Schein) | | | | |
| SOL, IR (AMP) 40 mg/ml-200,000 u/ml, 1 ml 25s | 00364-2190-41 | 69.50 | | AT |
| (VIAL) 40 mg/ml-200,000 u/ml, 20 ml | 00364-2191-55 | 36.15 | | AT |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Steris) | | | | |
| SOL, IR (UROLOGIC) 40 mg/ml-200,000 u/ml, 1 ml | 00402-0801-81 | 2.78 | | AT |
| **NEO SULF/POLYMYX/PREDNIS ACE** (Allergan Inc) See POLY PRED | | | | |
| **NEO-CORTEF** (Upjohn) hc ace/neo sulf | | | | |
| OIN, TP, 1%-0.5%, 20 gm | 00009-0622-02 | 21.33 | 17.06 | |
| **NEO-DECADRON** (Merck) dexameth sod phos/neo sulf | | | | |
| OIN, OP, 0.5 mg-3.5 mg/gm, 3.5 gm | 00006-7617-04 | 6.15 | 4.92 | |
| (Cheshire) REPACK | | | | |
| OIN, OP, 0.5 mg-3.5 mg/gm, 3.5 gm | 55175-0575-01 | 11.97 | | |
| **NEO-DECADRON CREAM** (Merck) dexameth sod phos/neo sulf | | | | |
| CRE, TP, 1 mg-3.5 mg/gm, 15 gm | 00006-7607-12 | 11.39 | 9.11 | EE |
| 30 gm | 00006-7607-24 | 17.04 | 13.63 | EE |
| **NEO-DECADRON OCUMETER** (Merck) dexameth sod phos/neo sulf | | | | |
| GTT, OP, 1 mg-3.5 mg/ml, 5 ml | 00006-7639-03 | 15.09 | 12.07 | AT |
| **NEO-DEX** (Qualitest) dexameth sod phos/neo sulf | | | | |
| GTT, OP, 1 mg-3.5 mg/ml, 5 ml | 00603-7204-37 | 8.50 | | AT |
| **NEO-DEXAIR** (Cheshire) REPACK dexameth sod phos/neo sulf | | | | |
| GTT, OP, 1 mg-3.5 mg/ml, 5 ml | 55175-1789-05 | 9.75 | | EE |
| **NEO-FORTE** (Advanced Nutr) vitamin, prenatal | | | | |
| CAP, PO, 30s ea | 10888-1700-01 | 9.43 | | |
| 60s ea | 10888-1700-03 | 13.80 | | |
| **NEO-MEDROL ACETATE** (Upjohn) methylpred ace/neo sulf | | | | |
| OIN, TP, 0.25%-1%, 30 gm | 00009-0888-02 | 17.08 | 13.66 | |
| **NEO-SYNEPHRINE** (Sanofi Winthrop) phenylephrine hydrochloride | | | | |
| GTT, OP, 2.5%, 15 ml | 00024-1358-01 | 20.01 | | |
| 10%, 5 ml | 00024-1359-01 | 19.13 | | |
| INJ, IJ (AMP) 10 mg/ml, 1 ml 25s | 00024-1342-04 | 192.95 | | |
| (CARPUJECT) 10 mg/ml, 2 ml 50s | 00024-1340-02 | 113.56 | | |
| **NEO-SYNEPHRINE VISCOUS** (Sanofi Winthrop) phenylephrine hydrochloride | | | | |
| GTT, OP, 10%, 5 ml | 00024-1362-01 | 18.56 | | |
| **NEOCIDIN** (Major) gramicid/neo sulf/polymyx | | | | |
| GTT, OP, 10 ml | 00904-3016-10 | 4.50 | | AT |
| **NEOCIN-PG** (Ocusoft) neo sulf/polymyx | | | | |
| GTT, OP, 40 mg/ml-200,000 u/ml, 10 ml | 54799-0511-05 | 6.35 | | AT |
| **NEODEX** (Logen) dexameth sod phos/neo sulf | | | | |
| GTT, OP, 1 mg-3.5 mg/ml, 5 ml | 00820-0111-22 | 6.45 | | EE |
| **NEOFRIN** (Ocusoft) phenylephrine hydrochloride | | | | |
| GTT, OP, 2.5%, 2 ml | 54799-0530-02 | 3.70 | | |
| 15 ml | 54799-0530-15 | 5.55 | | |
| 10%, 5 ml | 54799-0531-05 | 5.55 | | |
| **NEOLUS HYPODERMIC NEEDLES** (Terumo) hypodermic needles/syringes | | | | |
| NDL, (18G X 1" T.W.) 100s ea | 08970-6000-11 | 8.10 | | |
| (18GX1-1/2" T.W.) 100s ea | 08970-6000-21 | 8.10 | | |
| (19G X 1" T.W.) 100s ea | 08970-6000-31 | 8.10 | | |
| (19GX1-1/2" T.W.) 100s ea | 08970-6000-41 | 8.10 | | |
| (20G X 1" U.T.W.) 100s ea | 08970-6000-51 | 8.10 | | |
| (20GX1-1/2" U.T.W.) 100s ea | 08970-6000-61 | 8.10 | | |
| (21G X 1" U.T.W.) 100s ea | 08970-6000-70 | 8.10 | | |

Recommend **SENOKOT® Laxatives** When the Rx May Constipate    PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Goldline)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00182-0276-70 | 2.16 | | AA |
| 200 ml | 00182-0276-73 | 3.34 | | AA |
| 250 mg/5 ml, | | | | |
| 100 ml | 00182-0308-70 | 2.95 | | AA |
| 200 ml | 00182-0308-73 | 5.07 | | AA |
| **(Interstate)** | | | | |
| TAB, PO, 250 mg, 100s ea | 00814-5866-14 | 5.25 | | EE |
| 100s ea | 00814-5863-14 | 5.25 | | EE |
| 1000s ea | 00814-5866-30 | 42.00 | | EE |
| 500 mg, 100s ea | 00814-5871-14 | 9.75 | | EE |
| 100s ea | 00814-5870-14 | 9.75 | | EE |
| 1000s ea | 00814-5871-30 | 89.93 | | EE |
| 1000s ea | 00814-5870-30 | 89.93 | | EE |
| **(Lederle Std Prod)** See LEDERCILLIN VK | | | | |
| **(Lilly)** See V-CILLIN K | | | | |
| **(Major)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00904-4001-04 | 2.16 | | AA |
| 200 ml | 00904-4001-08 | 3.34 | | AA |
| 250 mg/5 ml, | | | | |
| 100 ml | 00904-4004-04 | 2.95 | | AA |
| 200 ml | 00904-4004-08 | 5.07 | | AA |
| TAB, PO, 250 mg, 100s ea | 00904-2450-60 | 5.50 | | AB |
| 1000s ea | 00904-2450-80 | 43.00 | | AB |
| 500 mg, 100s ea | 00904-2452-60 | 9.90 | | AB |
| 100s ea | 00904-2451-60 | 9.90 | | AB |
| 1000s ea | 00904-2452-80 | 81.00 | | AB |
| 1000s ea | 00904-2451-80 | 84.54 | | AB |
| **(Mason Dist)** | | | | |
| TAB, PO, 250 mg, | | | | |
| 1000s ea | 11845-0463-04 | 45.36 | | AB |
| 1000s ea | 11845-0465-04 | 45.36 | | AB |
| 500 mg, 1000s ea | 11845-0464-04 | 84.33 | | AB |
| 1000s ea | 11845-0466-04 | 84.33 | | AB |
| **(Med-Derm)** | | | | |
| TAB, PO, 250 mg, | | | | |
| 1000s ea | 45565-0031-03 | 29.27 | | EE |
| 500 mg, 100s ea | 45565-0032-01 | 7.60 | | EE |
| **(Moore,H.L.)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00839-5189-73 | 1.74 | 1.29 | AA |
| 250 mg/5 ml, | | | | |
| 100 ml | 00839-5190-73 | 2.15 | 1.59 | AA |
| 200 ml | 00839-5190-83 | 3.09 | 2.29 | AA |
| TAB, PO, 250 mg, 100s ea | 00839-5188-06 | 7.36 | 5.45 | AB |
| 100s ea | 00839-5187-06 | 7.36 | 5.45 | AB |
| 1000s ea | 00839-5188-16 | 53.45 | 39.59 | AB |
| 1000s ea | 00839-5187-16 | 53.45 | 39.59 | AB |
| 500 mg, 100s ea | 00839-6393-06 | 11.68 | 8.65 | AB |
| 100s ea | 00839-1766-06 | 11.68 | 8.65 | AB |
| 1000s ea | 00839-1766-16 | 67.76 | 50.19 | AB |

**Penicillin V Potassium Tablets, USP** — MYLAN

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Mylan)** | | | | |
| TAB, PO, 250 mg, 100s ea | 00378-0111-01 | 8.15 | | AB |
| 100s ea | 00378-0195-01 | 8.15 | | AB |
| 1000s ea | 00378-0111-10 | 59.50 | | AB |
| 1000s ea | 00378-0195-10 | 59.50 | | AB |
| 500 mg, 100s ea | 00378-0198-01 | 15.35 | | AB |
| 100s ea | 00378-0112-01 | 15.35 | | AB |
| 1000s ea | 00378-0198-10 | 97.50 | | AB |
| 1000s ea | 00378-0112-10 | 97.50 | | AB |
| **(Pharm Corp/America)** | | | | |
| TAB, PO, 250 mg, 20s ea | 51655-0009-52 | 2.45 | | EE |
| 40s ea | 51655-0009-51 | 3.45 | | EE |
| 500 mg, 20s ea | 51655-0010-52 | 4.10 | | EE |
| 40s ea | 51655-0010-51 | 5.40 | | EE |
| **(Phys Formlry)** | | | | |
| TAB, PO, 250 mg, 28s ea | 53261-0547-28 | 2.35 | | EE |
| 40s ea | 53261-0547-40 | 2.90 | | EE |
| 500 mg, 28s ea | 53261-0597-28 | 3.25 | | EE |
| 40s ea | 53261-0597-40 | 4.38 | | EE |
| **(Qualitest)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00603-6605-64 | 2.28 | | AB |
| 200 ml | 00603-6605-68 | 3.34 | | AB |
| 250 mg/5 ml, | | | | |
| 100 ml | 00603-6606-64 | 3.08 | | AB |
| 200 ml | 00603-6606-68 | 5.07 | | AB |
| TAB, PO, 250 mg, | | | | |
| 1000s ea | 00603-5067-32 | 59.10 | | AB |
| 500 mg, 100s ea | 00603-5068-21 | 15.33 | | AB |
| **(Rugby)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00536-2540-82 | 1.56 | | AA |
| 200 ml | 00536-2540-84 | 2.25 | | AA |
| 250 mg/5 ml, | | | | |
| 100 ml | 00536-2560-82 | 1.94 | | AA |
| 200 ml | 00536-2560-84 | 3.12 | | AA |
| TAB, PO, 250 mg, 100s ea | 00536-2520-01 | 5.78 | | AB |
| 100s ea | 00536-2527-01 | 5.78 | | AB |
| 1000s ea | 00536-2520-10 | 39.60 | | AB |
| 1000s ea | 00536-2527-10 | 39.60 | | AB |
| 500 mg, 100s ea | 00536-2530-01 | 9.50 | | AB |
| 100s ea | 00536-2537-01 | 9.50 | | AB |
| 1000s ea | 00536-2530-10 | 63.69 | | AB |
| 1000s ea | 00536-2537-10 | 63.69 | | AB |
| **(SK Beecham Pharm)** See BEEPEN-VK | | | | |
| **(Schein)** | | | | |
| PDR, PO, 250 mg/5 ml, | | | | |
| 100 ml | 00364-2024-61 | 2.48 | | AA |
| 200 ml | 00364-2024-63 | 4.06 | | AA |
| TAB, PO, 250 mg, 100s ea | 00364-2021-01 | 5.78 | | AB |
| 1000s ea | 00364-2021-02 | 45.78 | | AB |
| 500 mg, 100s ea | 00364-2058-01 | 9.63 | | AB |
| 1000s ea | 00364-2058-02 | 89.93 | | AB |
| 1000s ea | 00364-2022-02 | 82.50 | | AB |
| **(Southwood)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 58016-1026-01 | 4.70 | | EE |
| 200 ml | 58016-1027-01 | 6.22 | | EE |
| 250 mg/5 ml, | | | | |
| 100 ml | 58016-1028-01 | 5.25 | | EE |
| 200 ml | 58016-1029-01 | 7.70 | | EE |
| TAB, PO, 250 mg, 10s ea | 58016-0146-10 | 3.41 | | EE |
| 12s ea | 58016-0146-12 | 3.69 | | EE |
| 16s ea | 58016-0146-16 | 4.39 | | EE |
| 20s ea | 58016-0146-20 | 4.39 | | EE |
| 21s ea | 58016-0146-21 | 4.52 | | EE |
| 24s ea | 58016-0146-24 | 4.76 | | EE |
| 28s ea | 58016-0146-28 | 5.05 | | EE |
| 30s ea | 58016-0146-30 | 5.13 | | EE |
| 40s ea | 58016-0146-40 | 5.75 | | EE |
| 500 mg, 6s ea | 58016-0147-06 | 3.20 | | EE |
| 10s ea | 58016-0147-10 | 3.69 | | EE |
| 12s ea | 58016-0147-12 | 4.19 | | EE |
| 15s ea | 58016-0147-15 | 4.74 | | EE |
| 16s ea | 58016-0147-16 | 4.93 | | EE |
| 20s ea | 58016-0147-20 | 5.64 | | EE |
| 24s ea | 58016-0147-24 | 6.32 | | EE |
| 28s ea | 58016-0147-28 | 7.02 | | EE |
| 30s ea | 58016-0147-30 | 7.31 | | EE |
| 40s ea | 58016-0147-40 | 8.78 | | EE |
| 50s ea | 58016-0147-50 | 9.95 | | EE |
| 60s ea | 58016-0147-60 | 11.66 | | EE |
| **(Truxton)** See TRUXCILLIN VK | | | | |
| **(UDL)** | | | | |
| TAB, PO (10X10) | | | | |
| 250 mg, 100s ea UD | 51079-0615-20 | 12.60 | 9.90 | AB |
| 500 mg, 100s ea UD | 51079-0616-20 | 24.60 | 17.60 | AB |
| **(URL)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00677-0109-27 | 2.04 | | AA |
| 200 ml | 00677-0109-29 | 3.03 | | AA |
| 250 mg/5 ml, | | | | |
| 100 ml | 00677-0110-27 | 2.50 | | AA |
| 200 ml | 00677-0110-29 | 4.30 | | AA |
| TAB, PO, 250 mg, 100s ea | 00677-0411-01 | 7.31 | | AB |
| 100s ea | 00677-0107-01 | 7.31 | | AB |
| 1000s ea | 00677-0411-10 | 58.75 | | AB |
| 1000s ea | 00677-0107-10 | 58.75 | | AB |
| 500 mg, 100s ea | 00677-0576-01 | 12.38 | | AB |
| 100s ea | 00677-0108-01 | 12.38 | | AB |
| 1000s ea | 00677-0576-10 | 87.95 | | AB |
| 1000s ea | 00677-0108-10 | 87.95 | | AB |
| **(Veratex)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 17022-1979-01 | 1.10 | | EE |
| 250 mg/5 ml, | | | | |
| 100 ml | 17022-1987-05 | 1.55 | | EE |
| 200 ml | 17022-1991-07 | 2.50 | | EE |
| TAB, PO, 250 mg, 100s ea | 17022-0324-02 | 3.95 | | EE |
| **(Vita Elixir)** See AORACILLIN B | | | | |
| **(Warner Chilcott)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00047-2449-17 | 2.38 | | AB |
| 200 ml | 00047-2449-20 | 3.47 | | AB |
| 250 mg/5 ml, | | | | |
| 100 ml | 00047-2506-17 | 3.24 | | AB |
| 200 ml | 00047-2506-20 | 5.31 | | AB |
| TAB, PO, 250 mg, 100s ea | 00047-0648-24 | 8.12 | | AB |
| 1000s ea | 00047-0648-32 | 59.47 | | AB |
| 500 mg, 100s ea | 00047-0673-24 | 14.91 | | AB |
| 500s ea | 00047-0673-30 | 59.52 | | AB |
| **(Wyeth-Ayerst)** See PEN-VEE K | | | | |
| **(Med-Pro)** REPACK | | | | |
| TAB, PO, 250 mg, 40s ea | 53978-5042-06 | 2.50 | 1.26 | AB |
| 500 mg, 40s ea | 53978-5055-06 | 4.25 | 2.15 | AB |

**PENNEEDLE** (Novo-Nordisk)
insulin syringes/needles
NDL, (USE W/NOVOPEN)
  100s ea............00169-1852-35  11.83

**PENNY ROYAL OIL** (A-A Spectrum)
OIL, (F.C.C.)
  125 ml..........49452-5054-01  36.20  32.60
  500 ml..........49452-5054-02  79.60  71.65

**PENTAERYTHRITOL TETRANITRATE**
(Jones Medical) See DUOTRATE-45

**PENTAGASTRIN**
(Wyeth-Ayerst) See PEPTAVLON

**PENTAM 300** (Fujisawa)
pentamidine isethionate
PDI, IJ (S.D.V.)
  300 mg, ea..........57317-0211-03  98.75  79.00  EE
(Abbott Hosp)
PDI, IJ, 300 mg, ea........00074-4548-01  109.17  AP
(Fujisawa) See NEBUPENT
(Fujisawa) See PENTAM 300

**PENTASA** (Marion Merrell Dow)
mesalamine
SEE SECTION 4 FOR COLOR PHOTO
CER, PO, 250 mg, 80s ea..00088-2010-80  26.94
  240s ea..........00088-2010-46  80.82
  5000s ea........00088-2010-90  1590.00

**PENTASPAN** (Du Pont Pharma)
pentastarch
INJ, IJ, 10%, 500 ml 12s..00056-0081-95  878.40

**PENTASTARCH**
(Du Pont Pharma) See PENTASPAN

**PENTAZINE** (Century)
promethazine hydrochloride
INJ, IJ (VIAL)
  50 mg/ml, 10 ml......00436-0280-70  2.60  EE
SYR, PO, 6.25 mg/5 ml,
  120 ml..........00436-0580-04  0.50  EE
  480 ml..........00436-0580-16  1.80  EE
  3840 ml........00436-0580-28  11.90  EE

**PENTAZOCINE LACTATE**
(Sanofi Winthrop) See TALWIN LACTATE

**PENTAZOCINE/APAP**
SEE APAP/PENTAZOCINE

**PENTAZOCINE/ASPIRIN**
SEE ASA/PENTAZOCINE

**PENTAZOCINE/NALOXONE**
SEE NALOXONE/PENTAZOCINE

**PENTHRANE** (Abbott Hosp)
methoxyflurane
SOL, IH, 15 ml 20s........00074-6864-08  1643.74
  125 ml 4s..........00074-6864-03  2049.72

**PENTOBARBITAL SODIUM**
(Abbott Pharm) See NEMBUTAL
(Abbott Pharm) See NEMBUTAL SODIUM
(Wyeth-Ayerst)
INJ, IJ (BLUNT POINTE,TAMP-R-TEL)
  50 mg/ml,
    2 ml, C-II..........00008-0303-50  25.89  20.71
    (TUBEX,22G X 1-1/4)
  50 mg/ml,
    2 ml 10s, C-II......00008-0303-02  22.14  17.71  AP

**PENTOSTATIN**
(Parke-Davis) See NIPENT

**PENTOTHAL** (Abbott Hosp)
thiopental sodium
PDI, IJ (KIT)
  250 mg,
    25s ea, C-III........00074-3351-01  234.83
  (READY-TO-MIX)
  250 mg,
    25s ea, C-III........00074-6241-03  217.61
    25s ea, C-III........00074-6418-01  213.16

Recommend SENOKOT® Laxatives When the Rx May Constipate — PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (WALLETTE,6X28) | | | | |
| 35 mcg-0.5 mg and 1 mg, | | | | |
| 168s ea ......... 42987-0115-24 | | 128.28 | | EE |
| (INSTIT. USE,24X28) | | | | |
| 35 mcg-0.5 mg and 1 mg, | | | | |
| 672s ea ......... 42987-0115-61 | | 543.97 | | EE |
| **TRI-OTIC (Pharmics)** | | | | |
| chloroxyl/hc/pramoxine | | | | |
| GTT, OT, 1 mg-10 mg-10 mg/ml, | | | | |
| 10 ml ............. 00813-0393-11 | | 19.95 | 14.36 | |
| **TRI-PHEN-CHLOR (Rugby)** | | | | |
| cpm/phenyleph/ppa/phenyltol | | | | |
| SYR, PO, 480 ml ..... 00536-2190-85 | | 8.93 | | |
| TER, PO, 100s ea ...... 00536-5655-01 | | 9.29 | | |
| 500s ea ............. 00536-5655-05 | | 31.80 | | |
| 1000s ea ............. 00536-5655-10 | | 45.38 | | |
| **TRI-PHEN-CHLOR PEDIATRIC (Rugby)** | | | | |
| cpm/phenyleph/ppa/phenyltol | | | | |
| GTT, PO, 30 ml ........ 00536-2195-75 | | 10.32 | | |
| SYR, PO, 480 ml ....... 00536-2180-85 | | 9.30 | | |
| **TRI-PHEN-MINE (Goldline)** | | | | |
| cpm/phenyleph/ppa/phenyltol | | | | |
| GTT, PO, 30 ml ....... 00182-6123-66 | | 12.30 | | |
| TER, PO, 100s ea ...... 00182-1094-01 | | 6.90 | | |
| 1000s ea ............. 00182-1094-10 | | 57.75 | | |
| **TRI-PHEN-PYRL HC (Goldline)** | | | | |
| hydrocodone/phenir/phenyleph/ppa/pyril | | | | |
| LIQ, PO, 480 ml, C-III ..... 00182-0157-40 | | 20.00 | | |
| **TRI-STATIN II (Rugby)** | | | | |
| nystatin/triam acet | | | | |
| CRE, TP, 100,000 u/gm-0.1%, | | | | |
| 15 gm ............. 00536-4910-20 | | 3.29 | | AT |
| 30 gm ............. 00536-4910-28 | | 4.80 | | AT |
| 60 gm ............. 00536-4910-25 | | 8.75 | | AT |
| 120 gm ............ 00536-4910-31 | | 15.15 | | AT |
| 454 gm ............ 00536-4910-98 | | 59.24 | | AT |
| OIN, TP, 100,000 u/gm-0.1%, | | | | |
| 15 gm ............. 00536-4920-20 | | 3.53 | | AT |
| 30 gm ............. 00536-4920-28 | | 6.75 | | AT |
| 60 gm ............. 00536-4920-25 | | 12.90 | | AT |
| **TRI-TANNATE (Allscrips)** | | | | |
| cpm tan/phenyleph tan/pyril tan | | | | |
| TAB, PO, 8 mg-25 mg-25 mg, | | | | |
| 6s ea ............. 54569-2624-03 | | 2.20 | | |
| 20s ea ............ 54569-2624-02 | | 7.32 | | |
| 30s ea ............ 54569-2624-01 | | 10.99 | | |
| 100s ea ........... 54569-2624-04 | | 36.62 | | |
| (Moore,H.L.) | | | | |
| SUS, PO (PEDITRIC,STRAWBERRY) | | | | |
| 2 mg-5 mg-12.5 mg/5 ml, | | | | |
| 480 ml ........... 00839-7309-69 | | 22.67 | 15.59 | |
| TAB, PO, 8 mg-25 mg-25 mg, | | | | |
| 100s ea ........... 00839-7270-06 | | 29.63 | 21.95 | |
| (Rugby) | | | | |
| TAB, PO, 8 mg-25 mg-25 mg, | | | | |
| 100s ea ........... 00536-4729-01 | | 35.78 | | |
| 250s ea ........... 00536-4729-02 | | 86.70 | | |
| **TRI-TANNATE PEDIATRIC (Geneva)** | | | | |
| cpm tan/phenyleph tan/pyril tan | | | | |
| SUS, PO, 2 mg-5 mg-12.5 mg/5 ml, | | | | |
| 480 ml ........... 00781-6422-16 | | 35.09 | | |
| (Rugby) | | | | |
| SUS, PO, 2 mg-5 mg-12.5 mg/5 ml, | | | | |
| 480 ml ........... 00536-2201-85 | | 29.40 | | |
| 480 ml ........... 00536-2201-97 | | 44.25 | | |
| **TRI-TANNATE PLUS (Rugby)** | | | | |
| carbetapentane tan/cpm/eph/phenyleph | | | | |
| TAB, PO, 100s ea ..... 00536-4394-01 | | 72.20 | | |
| **TRI-TANNATE PLUS PEDIATRIC (Rugby)** | | | | |
| carbetapentane tan/cpm/eph/phenyleph | | | | |
| SUS, PO, 480 ml ........ 00536-2202-85 | | 51.00 | | |
| **TRI-TEX (Tri-Med)** | | | | |
| gg/phenyleph/ppa | | | | |
| LIQ, PO, 100 mg-5 mg-20 mg/5 ml, | | | | |
| 480 ml ........... 55654-0005-05 | | 15.50 | | |
| **TRI-VI-FLOR (Mead Johnson Nutr)** | | | | |
| sod fl/vit a/vit c/vit d | | | | |
| CTB, PO, 1 mg, 100s ea ... 00087-0477-01 | | 13.54 | 11.28 | |
| GTT, PO, 0.25 mg/ml, | | | | |
| 50 ml ............. 00087-0452-41 | | 9.87 | 8.19 | |
| 0.5 mg/ml, 50 ml ..... 00087-0473-02 | | 9.99 | 8.29 | |
| **TRI-VI-FLOR W/IRON (Mead Johnson Nutr)** | | | | |
| fe sulf/sod fl/vit a/vit c/vit d | | | | |
| GTT, PO, 0.25 mg/ml, | | | | |
| 50 ml ............. 00087-0478-41 | | 9.95 | 8.26 | EE |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **TRIACET (Lemmon)** | | | | |
| triamcinolone acetonide | | | | |
| CRE, TP, 0.1%, 15 gm ..... 00093-0937-15 | | 1.40 | | AT |
| 80 gm .......... 00093-0937-81 | | 4.50 | | AT |
| **TRIACETIN (A-A Spectrum)** | | | | |
| LIQ, (F.C.C.) | | | | |
| 500 ml ........... 49452-7885-01 | | 13.35 | 12.15 | |
| 500 ml ........... 49452-7885-02 | | 13.35 | 12.05 | |
| (U.S.P./N.F.) | | | | |
| 500 ml ........... 49452-7880-01 | | 14.80 | 13.30 | |
| 4000 ml ......... 49452-7880-02 | | 49.50 | 44.55 | |
| **TRIACIN (CMC-Cons)** | | | | |
| pseudoeph/triprolidine | | | | |
| SYR, PO, 30 mg-1.25 mg/5 ml, | | | | |
| 120 ml ........... 00223-6199-01 | | 2.75 | | |
| 480 ml ........... 00223-6199-02 | | 6.00 | | |
| **TRIACIN C (Barre)** | | | | |
| codeine/pseudoeph/triprolidine | | | | |
| SYR, PO (CARAMEL) | | | | |
| 10 mg-30 mg-1.25 mg, | | | | |
| 120 ml, C-V ....... 00472-1633-04 | | 3.57 | | AA |
| 480 ml, C-V ....... 00472-1633-16 | | 9.20 | | AA |
| 3840 ml, C-V ...... 00472-1633-28 | | 68.60 | | AA |
| (Moore,H.L.) | | | | |
| SYR, PO, 10 mg-30 mg-1.25 mg, | | | | |
| 480 ml, C-V ....... 00839-7079-69 | | 8.44 | 6.25 | EE |
| **TRIACIN-C (Aligen)** | | | | |
| codeine/pseudoeph/triprolidine | | | | |
| SYR, PO (RASPBERRY) | | | | |
| 10 mg-30 mg-1.25 mg, | | | | |
| 480 ml, C-V ....... 00405-0191-16 | | 7.80 | | EE |
| **TRIAD (Forest Pharm)** | | | | |
| apap/butal/caff | | | | |
| CAP, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea .......... 00785-2305-01 | | 34.24 | | EE |
| **TRIAFED CODEINE (Schein)** | | | | |
| codeine/pseudoeph/triprolidine | | | | |
| SYR, PO, 10 mg-30 mg-1.25 mg, | | | | |
| 480 ml, C-V ....... 00364-7385-16 | | 13.00 | | AA |
| **TRIAM-A (Hyrex)** | | | | |
| triamcinolone acetonide | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml ..... 00314-3400-75 | | 13.60 | | BP |
| **TRIAM-FORTE (Hyrex)** | | | | |
| triamcinolone diacetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml ..... 00314-0775-75 | | 11.00 | | BP |
| **TRIAMCINOLONE (A-A Spectrum)** | | | | |
| CRY, (U.S.P./N.F.) | | | | |
| 1 gm ............. 49452-7890-02 | | 64.75 | 58.25 | |
| 250 gm ........... 49452-7890-01 | | 24.50 | 22.05 | |
| (Aligen) | | | | |
| TAB, PO (WHT/RND) | | | | |
| 4 mg, 100s ea ..... 00405-5042-01 | | 8.07 | | BP |
| (Fujisawa) See ARISTOPAK | | | | |
| (Fujisawa) See ARISTOCORT | | | | |
| (Horizon Pharm Inc) | | | | |
| TAB, PO (DOSEPACK) | | | | |
| 4 mg, 16s ea ...... 60904-0454-35 | | 13.50 | | BP |
| (Major) | | | | |
| TAB, PO (UNIPAK) | | | | |
| 4 mg, 16s ea ...... 00904-0884-44 | | 10.45 | | BP |
| (Qualitest) | | | | |
| TAB, PO (DSPK) | | | | |
| 4 mg, 16s ea ...... 00603-6170-14 | | 9.72 | | BP |
| (Richlyn) | | | | |
| TAB, PO, 4 mg, 100s ea ... 00115-4840-01 | | 10.45 | | BP |
| 500s ea .......... 00115-4840-02 | | 27.00 | | BP |
| 1000s ea ......... 00115-4840-03 | | 80.40 | | BP |
| (Schein) | | | | |
| TAB, PO, 4 mg, 100s ea ... 00364-0352-01 | | 7.95 | | BP |

**Triamcinolone Acetonide Cream & Ointment USP 0.025%** — Quality & Integrity Inside & Out — TARO 800-544-1449

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **TRIAMCINOLONE ACETONIDE** | | | | |
| HCFA | | | | |
| CRE, TP, 0.025%, 15 gm ............. | | 1.13 | | |
| 80 gm ............................. | | 2.62 | | |
| 454 gm ............................ | | 8.99 | | |
| 0.1%, 15 gm ....................... | | 1.13 | | |
| 80 gm ............................. | | 3.29 | | |
| 454 gm ............................ | | 17.80 | | |
| 0.5%, 15 gm ....................... | | 2.94 | | |
| LOT, TP, 0.025%, 60 ml ............. | | 6.67 | | |
| 0.1%, 60 ml ....................... | | 6.90 | | |
| OIN, TP, 0.025%, 15 gm ............ | | 1.13 | | |
| 80 gm ............................. | | 2.83 | | |
| 0.1%, 15 gm ....................... | | 1.13 | | |
| 80 gm ............................. | | 4.20 | | |
| 454 gm ............................ | | 20.93 | | |
| 0.5%, 15 gm ....................... | | 4.04 | | |
| PAS, MM, 0.1%, 5 gm ............... | | 4.28 | | |
| (A-A Spectrum) | | | | |
| POW, (U.S.P./N.F.) | | | | |
| 1 gm ............. 49452-7900-01 | | 16.50 | 11.10 | |
| 5 gm ............. 49452-7900-02 | | 59.20 | 39.75 | |
| 10 gm ............ 49452-7900-03 | | 98.50 | 71.50 | |
| (Aligen) | | | | |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm ....... 00405-1610-45 | | 6.62 | | EE |
| (Allergan Inc) See TAC 3 | | | | |
| (Allscrips) | | | | |
| CRE, TP, 0.025%, 15 gm ... 54569-1121-00 | | 1.48 | | EE |
| 80 gm ........... 54569-1774-01 | | 3.54 | | EE |
| 0.1%, 80 gm ..... 54569-0765-00 | | 5.11 | | EE |
| 0.5%, 15 gm ..... 54569-2025-00 | | 4.20 | | EE |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml ... 54569-2470-00 | | 13.32 | | EE |
| OIN, TP, 0.025%, 15 gm ... 54569-2452-00 | | 1.56 | | EE |
| 0.1%, 15 gm ..... 54569-1124-00 | | 1.84 | | EE |
| 80 gm ........... 54569-0767-00 | | 5.15 | | EE |
| 454 gm .......... 54569-2036-00 | | 20.85 | | EE |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm ....... 54569-3473-00 | | 6.10 | | EE |
| (Amend) | | | | |
| POW, (U.S.P.) | | | | |
| 1 gm ............. 17137-0719-07 | | 15.05 | | |
| 10 gm ............ 17137-0719-01 | | 112.00 | | |
| (Apothecon) See KENALOG | | | | |
| (Apothecon) See KENALOG-10 | | | | |
| (Apothecon) See KENALOG-40 | | | | |
| (Apothecon) See KENALOG IN ORABASE | | | | |
| (Bolan) See ROBALOG | | | | |
| (CMC-Cons) | | | | |
| CRE, TP, 0.025%, 15 gm .. 00223-4449-15 | | 1.95 | | EE |
| 0.1%, 15 gm ..... 00223-4448-15 | | 2.10 | | EE |
| 80 gm ........... 00223-4448-80 | | 5.00 | | EE |
| 240 gm .......... 00223-4448-24 | | 12.50 | | EE |
| 0.5%, 20 gm ..... 00223-4443-80 | | 3.75 | | EE |
| 240 gm .......... 00223-4443-24 | | 8.50 | | EE |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml 25s ... 00223-8691-01 | | 52.50 | | EE |
| 5 ml ............. 00223-8691-05 | | 12.00 | | EE |
| LOT, TP, 0.025%, 60 ml .. 00223-6635-60 | | 11.50 | | EE |
| 0.1%, 60 ml ..... 00223-6636-60 | | 12.50 | | EE |
| OIN, TP, 0.025%, 15 gm .. 00223-4447-15 | | 1.80 | | EE |
| 80 gm ........... 00223-4447-80 | | 4.25 | | EE |
| 0.1%, 15 gm ..... 00223-4446-15 | | 2.10 | | EE |
| 80 gm ........... 00223-4446-80 | | 6.00 | | EE |
| 0.5%, 20 gm ..... 00223-4444-20 | | 4.25 | | EE |
| (Central) See CENOCORT A-40 | | | | |
| (Cheshire) | | | | |
| CRE, TP, 0.1%, 15 gm ..... 55175-4031-05 | | 5.52 | | EE |
| 80 gm ........... 55175-4031-08 | | 8.91 | | EE |
| (Clay-Park) | | | | |
| CRE, TP, 0.025%, 15 gm .. 45802-0063-35 | | 1.04 | | AT |
| 80 gm ........... 45802-0063-36 | | 2.80 | | AT |
| 454 gm .......... 45802-0063-05 | | 7.66 | | AT |
| 2270 gm ......... 45802-0063-29 | | 32.40 | | AT |
| 0.1%, 15 gm ..... 45802-0064-35 | | 1.30 | | AT |
| 80 gm ........... 45802-0064-36 | | 4.12 | | AT |
| 454 gm .......... 45802-0064-05 | | 17.72 | | AT |
| 2270 gm ......... 45802-0064-29 | | 75.60 | | AT |
| 0.5%, 15 gm ..... 45802-0065-35 | | 3.14 | | AT |
| OIN, TP, 0.025%, 15 gm .. 45802-0054-35 | | 1.04 | | AT |
| 80 gm ........... 45802-0054-36 | | 2.80 | | AT |
| 454 gm .......... 45802-0054-05 | | 7.66 | | AT |
| 2270 gm ......... 45802-0054-29 | | 32.40 | | AT |
| 0.1%, 15 gm ..... 45802-0055-35 | | 1.36 | | AT |
| 80 gm ........... 45802-0055-36 | | 4.22 | | AT |
| 454 gm .......... 45802-0055-05 | | 18.90 | | AT |
| 2270 gm ......... 45802-0055-29 | | 77.76 | | AT |
| 0.5%, 15 gm ..... 45802-0049-35 | | 3.10 | | AT |

Recommend **SENOKOT® Laxatives** When the Rx May Constipate — PURDUE FREDERICK