| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Clint)** *See CLINALOG* | | | | |
| **(Del-Ray)** *See TRIDERM* | | | | |
| **(Dermol)** *See DELTA-TRITEX* | | | | |
| **(EconoMed)** *See CINALOG* | | | | |
| **(Forest Pharm)** *See TRIAMONIDE 40* | | | | |

TRIAMCINOLONE ACETONIDE CREAM USP, OINTMENT USP
0.025%, 0.1%, 0.5%
fougera®

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Fougera)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00168-0003-15 | 1.52 | | AT |
| 80 gm | 00168-0003-80 | 3.54 | | AT |
| 0.1%, 15 gm | 00168-0004-15 | 1.82 | | AT |
| 80 gm | 00168-0004-80 | 5.11 | | AT |
| 454 gm | 00168-0004-16 | 19.97 | | AT |
| 0.5%, 15 gm | 00168-0002-15 | 4.20 | | AT |
| OIN, TP, 0.025%, 80 gm | 00168-0005-80 | 3.61 | | AT |
| 0.1%, 15 gm | 00168-0006-15 | 1.91 | | AT |
| 80 gm | 00168-0006-80 | 5.15 | | AT |
| **(Fujisawa)** *See ARISTOCORT A* | | | | |
| **(Fujisawa)** *See ARISTOCORT TOPICAL* | | | | |
| **(G&W)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00713-0226-15 | 2.44 | | AT |
| 80 gm | 00713-0226-80 | 5.95 | | AT |
| 0.1%, 15 gm | 00713-0225-15 | 2.52 | | AT |
| 80 gm | 00713-0225-80 | 6.13 | | AT |
| OIN, TP, 0.025%, 15 gm | 00713-0229-15 | 2.44 | | AT |
| 80 gm | 00713-0229-80 | 5.95 | | AT |
| 0.1%, 15 gm | 00713-0228-15 | 2.52 | | AT |
| 80 gm | 00713-0228-80 | 6.13 | | AT |
| **(Gallipot)** | | | | |
| POW, 1 gm | 51552-0033-01 | 14.09 | | |
| 5 gm | 51552-0033-05 | 51.75 | | |
| 10 gm | 51552-0033-10 | 92.00 | | |
| 100 gm | 51552-0033-99 | 793.50 | | |
| **(Geneva)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00781-7030-27 | 2.14 | | AT |
| 80 gm | 00781-7030-29 | 2.75 | | AT |
| 454 gm | 00781-7030-16 | 8.75 | | AT |
| 0.1%, 15 gm | 00781-7036-27 | 1.95 | | AT |
| 80 gm | 00781-7036-29 | 4.65 | | AT |
| 454 gm | 00781-7036-16 | 19.05 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00781-3116-75 | 19.25 | | BP |
| OIN, TP, 0.1%, 15 gm | 00781-7033-27 | 1.98 | | AT |
| 80 gm | 00781-7033-29 | 5.10 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00781-7039-39 | 6.50 | | AT |
| **(Genl Inject)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 52584-0204-05 | 14.93 | 6.75 | BP |
| **(Goldline)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00182-1216-51 | 1.45 | | AT |
| 80 gm | 00182-1216-53 | 3.55 | | AT |
| 454 gm | 00182-1216-45 | 9.30 | | AT |
| 0.1%, 15 gm | 00182-1217-51 | 2.05 | | AT |
| 80 gm | 00182-1217-53 | 5.10 | | AT |
| 454 gm | 00182-1217-45 | 21.90 | | AT |
| 2270 gm | 00182-1217-46 | 79.50 | | AT |
| 0.5%, 15 gm | 00182-1218-51 | 4.05 | | AT |
| INJ, IJ (S.D.V.) | | | | |
| 40 mg/ml, 1 ml 10s | 00182-1141-85 | 6.60 | | BP |
| (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 00182-1141-62 | 21.90 | | BP |
| LOT, TP, 0.1%, 60 ml | 00182-1777-68 | 8.70 | | AT |
| OIN, TP, 0.025%, 15 gm | 00182-1394-51 | 1.45 | | AT |
| 80 gm | 00182-1394-53 | 3.60 | | AT |
| 454 gm | 00182-1394-45 | 9.30 | | AT |
| 0.1%, 15 gm | 00182-1395-51 | 2.05 | | AT |
| 80 gm | 00182-1395-53 | 5.10 | | AT |
| 454 gm | 00182-1395-45 | 21.00 | | AT |
| 0.5%, 15 gm | 00182-5068-51 | 4.05 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00182-5047-49 | 6.40 | | AT |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Hauser,A.F.)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 52637-0540-05 | 7.98 | | EE |
| **(Hyrex)** *See TRIAM-A* | | | | |
| **(Insource)** | | | | |
| INJ, IJ, 40 mg/ml, 5 ml | 58441-1116-05 | 14.93 | | BP |
| **(Interstate)** *See ARICIN* | | | | |
| **(Interstate)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00814-8008-38 | 12.00 | | EE |
| **(Jones-Western)** *See TRYLONE A* | | | | |
| **(Keene)** *See TRI-KORT* | | | | |
| **(Legere)** *See CINONIDE 40* | | | | |
| **(Lemmon)** *See TRIACET* | | | | |
| **(Major)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00904-2738-36 | 1.45 | | AT |
| 80 gm | 00904-2738-11 | 3.50 | | AT |
| 454 gm | 00904-2738-27 | 9.00 | | AT |
| 0.1%, 15 gm | 00904-2741-36 | 2.05 | | AT |
| 80 gm | 00904-2741-11 | 5.10 | | AT |
| 454 gm | 00904-2741-27 | 18.55 | | AT |
| 2270 gm | 00904-2741-33 | 66.43 | | AT |
| 0.5%, 15 gm | 00904-2744-36 | 4.40 | | AT |
| 15 gm | 00904-2844-36 | 4.40 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00904-0886-05 | 17.60 | | BP |
| OIN, TP, 0.1%, 15 gm | 00904-2743-36 | 2.05 | | AT |
| 80 gm | 00904-2743-11 | 5.10 | | AT |
| 480 gm | 00904-2743-27 | 20.50 | | AT |
| PAS, MM, 0.1%, 5 gm | 00904-3643-68 | 6.10 | | AT |
| **(Mayrand)** *See KENAJECT-40* | | | | |
| **(McGuff)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 49072-0845-05 | 11.19 | | EE |
| **(Millgood)** | | | | |
| POW, (MICRONIZED) | | | | |
| 5 gm | 53118-0206-05 | 41.85 | 38.00 | |
| 10 gm | 53118-0206-10 | 77.00 | 70.00 | |
| **(Moore,H.L.)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00839-6127-47 | 1.28 | 0.95 | AT |
| 80 gm | 00839-6127-46 | 3.31 | 2.45 | AT |
| 2270 gm | 00839-6127-48 | 20.24 | 14.99 | AT |
| 0.1%, 15 gm | 00839-6126-47 | 1.55 | 1.15 | AT |
| 80 gm | 00839-6126-46 | 4.79 | 3.55 | AT |
| 2270 gm | 00839-6126-48 | 58.04 | 42.99 | AT |
| 0.5%, 15 gm | 00839-6128-47 | 2.96 | 2.19 | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml | 00839-6287-82 | 4.66 | 3.45 | BP |
| 5 ml | 00839-6287-25 | 15.38 | 11.39 | BP |
| LOT, TP, 0.1%, 60 ml | 00839-6726-50 | 8.76 | 6.49 | AT |
| OIN, TP, 0.025%, 15 gm | 00839-6392-47 | 1.07 | 0.79 | AT |
| 0.1%, 15 gm | 00839-6391-47 | 1.55 | 1.15 | AT |
| 80 gm | 00839-6391-46 | 4.79 | 3.55 | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00839-7403-41 | 4.44 | 3.29 | AT |
| **(Morton Grove)** | | | | |
| LOT, TP, 0.1%, 60 ml | 60432-0561-60 | 28.90 | | AT |
| **(NMC)** | | | | |
| CRE, TP, 0.025%, 15 gm | 23317-0300-15 | 1.38 | | AT |
| 80 gm | 23317-0300-80 | 3.50 | | AT |
| 454 gm | 23317-0300-16 | 9.18 | | AT |
| 0.1%, 15 gm | 23317-0301-15 | 1.52 | | AT |
| 80 gm | 23317-0301-80 | 5.06 | | AT |
| 454 gm | 23317-0301-16 | 19.42 | | AT |
| 2400 gm | 23317-0301-05 | 77.49 | | AT |
| OIN, TP, 0.1%, 15 gm | 23317-0306-15 | 1.52 | | AT |
| 80 gm | 23317-0306-80 | 5.06 | | AT |
| **(Ocumed)** *See CINOLAR* | | | | |
| **(Paddock)** | | | | |
| POW, 5 gm | 00574-0450-05 | 60.63 | | |
| 10 gm | 00574-0450-10 | 90.00 | | |
| **(Parmed)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00349-9009-35 | 1.39 | | AT |
| 80 gm | 00349-9009-17 | 3.60 | | AT |
| 0.1%, 15 gm | 00349-8759-35 | 1.85 | | AT |
| 80 gm | 00349-8759-17 | 5.30 | | AT |
| 2270 gm | 00349-9010-99 | 76.03 | | AT |
| 0.5%, 15 gm | 00349-9011-35 | 2.63 | | AT |

Electronic Drug Pricing and Clinical Information
RED BOOK
Database Services - (800) 722-3062

TRIAMCINOLONE ACETONIDE
USP POWDER
For Prescription Compounding
WHOLESALER OR 800-645-6655
Pharma-Tek INC
P. O. BOX 1920
HUNTINGTON, NY 11743

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Pharma-Tek)** | | | | |
| POW, 5 gm | 39822-5300-05 | 48.00 | | |
| **(Primedics)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00684-0199-05 | 12.00 | | EE |
| **(Qualitest)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00603-7850-74 | 1.41 | | AT |
| 80 gm | 00603-7850-90 | 3.27 | | AT |
| 0.1%, 15 gm | 00603-7851-74 | 2.01 | | AT |
| 80 gm | 00603-7851-90 | 4.64 | | AT |
| 0.5%, 15 gm | 00603-7852-74 | 3.95 | | AT |
| LOT, TP, 0.1%, 60 ml | 00603-7855-49 | 8.28 | | AT |
| OIN, TP, 0.025%, 15 gm | 00603-7858-74 | 1.34 | | AT |
| 0.1%, 15 gm | 00603-7859-74 | 2.01 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00603-7870-69 | 4.65 | | AT |
| **(RPR)** *See AZMACORT* | | | | |
| **(RPR)** *See NASACORT* | | | | |
| **(Raway)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00686-0063-35 | 1.00 | | EE |
| 80 gm | 00686-0063-36 | 2.50 | | EE |
| 454 gm | 00686-0063-05 | 6.25 | | EE |
| LOT, TP, 0.025%, 60 ml | 00686-1248-02 | 7.50 | | EE |
| 0.1%, 60 ml | 00686-1250-02 | 8.50 | | EE |
| OIN, TP, 0.025%, 15 gm | 00686-0054-35 | 1.00 | | AA |
| 80 gm | 00686-0054-36 | 2.50 | | AA |
| 454 gm | 00686-0054-05 | 6.25 | | AA |
| **(Roberts/Hauck)** *See TRILOG* | | | | |

Triamcinolone Acetonide Cream & Ointment USP 0.1%
Quality & Integrity Inside & Out
TARO
800-544-1449

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Rugby)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00536-5245-20 | 1.65 | | AT |
| 80 gm | 00536-5245-30 | 3.45 | | AT |
| 454 gm | 00536-5245-98 | 9.38 | | AT |
| 2270 gm | 00536-5245-27 | 36.75 | | AT |
| 0.1%, 15 gm | 00536-5225-20 | 2.03 | | AT |
| 80 gm | 00536-5225-30 | 5.10 | | AT |
| 454 gm | 00536-5225-98 | 20.85 | | AT |
| 2270 gm | 00536-5225-27 | 92.24 | | AT |
| 0.5%, 15 gm | 00536-5200-20 | 4.28 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00536-9810-65 | 19.20 | | BP |
| LOT, TP, 0.1%, 60 ml | 00536-2360-61 | 9.74 | | AT |
| OIN, TP, 0.025%, 15 gm | 00536-5190-20 | 1.35 | | AT |
| 80 gm | 00536-5190-30 | 3.45 | | AT |
| 454 gm | 00536-5190-98 | 10.35 | | AT |
| 0.1%, 15 gm | 00536-5180-20 | 2.03 | | AT |
| 80 gm | 00536-5180-30 | 5.10 | | AT |
| 454 gm | 00536-5180-98 | 20.85 | | AT |
| 2270 gm | 00536-5180-27 | 92.24 | | AT |
| 0.5%, 15 gm | 00536-5170-20 | 4.28 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00536-5210-93 | 6.09 | | AT |


PALISADES PHARMACEUTICALS, INC.
(800) 237-9083
YOCON® Rx
Yohimbine HCl
5.4 mg Tablet
Blister-Paks of 30's, bottles of 100's and 1000's
Available through your wholesaler

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Schein)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00364-7211-72 | 1.50 | | AT |
| 80 gm | 00364-7211-60 | 3.50 | | AT |
| 0.1%, 15 gm | 00364-7212-72 | 1.70 | | AT |
| 30 gm | 00364-7212-56 | 2.50 | | AT |
| 80 gm | 00364-7212-60 | 4.25 | | AT |
| 454 gm | 00364-7212-16 | 18.60 | | AT |
| 0.5%, 15 gm | 00364-7213-72 | 3.45 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml 25s | 00364-6728-46 | 104.18 | | BP |
| 5 ml | 00364-6728-53 | 11.25 | | BP |
| LOT, TP, 0.1%, 60 ml | 00364-7346-58 | 8.10 | | AT |
| OIN, TP, 0.025%, 15 gm | 00364-7359-72 | 1.56 | | AT |
| 0.1%, 15 gm | 00364-7360-72 | 2.05 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00364-2218-53 | 4.88 | | AT |
| **(Southwood)** | | | | |
| CRE, TP, 0.025%, 15 gm | 58016-3034-01 | 4.88 | | |
| 0.1%, 15 gm | 58016-3035-01 | 4.99 | | |
| 80 gm | 58016-3108-01 | 8.37 | | |
| 0.5%, 15 gm | 58016-3127-01 | 6.83 | | |
| OIN, TP, 0.025%, 30 gm | 58016-3161-01 | 5.13 | | |
| 0.1%, 15 gm | 58016-3208-01 | 3.20 | | |
| 80 gm | 58016-3253-01 | 8.37 | | |
| **(Steris)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml | 00402-0204-01 | 4.16 | | BP |
| 5 ml | 00402-0204-05 | 11.25 | | BP |
| **(Syosset)** *See FLUTEX* | | | | |
| **(Syosset)** | | | | |
| CRE, TP, 0.5%, 240 gm | 47854-0577-11 | 26.20 | | AT |

Triamcinolone Acetonide Dental Paste USP 0.1%
Quality & Integrity Inside & Out
TARO
800-544-1449

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Taro)** | | | | |
| PAS, MM, 0.1%, 5 gm | 51672-1267-05 | 6.62 | | AT |
| **(Thames)** | | | | |
| CRE, TP, 0.025%, 15 gm | 49158-0139-20 | 1.20 | | AT |
| 80 gm | 49158-0139-21 | 2.80 | | AT |
| 480 gm | 49158-0139-16 | 8.60 | | AT |
| 2270 gm | 49158-0139-22 | 25.30 | | AT |
| 0.1%, 15 gm | 49158-0140-20 | 1.30 | | AT |
| 30 gm | 49158-0140-08 | 1.80 | | AT |
| 80 gm | 49158-0140-21 | 3.80 | | AT |
| 454 gm | 49158-0140-16 | 16.00 | | AT |
| 2270 gm | 49158-0140-22 | 63.20 | | AT |
| 0.5%, 15 gm | 49158-0141-20 | 2.80 | | AT |
| LOT, TP, 0.1%, 60 ml | 49158-0211-32 | 7.30 | | AT |
| OIN, TP, 0.1%, 15 gm | 49158-0160-20 | 1.30 | | AT |
| 30 gm | 49158-0160-08 | 1.80 | | AT |
| 80 gm | 49158-0160-21 | 2.80 | | AT |
| 454 gm | 49158-0160-16 | 16.00 | | AT |
| PAS, MM, 0.1%, 5 gm | 49158-0231-03 | 5.00 | | AT |
| **(Truxton)** *See ACETOCOT* | | | | |
| **(Truxton)** *See TRIAMCOT* | | | | |
| **(UDL)** | | | | |
| CRE, TP, 0.025%, 15 gm | 51079-0272-61 | 1.78 | 1.20 | AT |
| 0.1%, 15 gm | 51079-0275-61 | 1.94 | 1.31 | AT |
| OIN, TP, 0.1%, 15 gm | 51079-0276-61 | 1.94 | 1.31 | AT |
| **(URL)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00677-0743-40 | 1.50 | | AT |
| 80 gm | 00677-0743-46 | 3.40 | | AT |
| 454 gm | 00677-0743-44 | 8.95 | | AT |
| 0.1%, 15 gm | 00677-0747-40 | 2.05 | | AT |
| 80 gm | 00677-0747-46 | 5.05 | | AT |
| 454 gm | 00677-0747-44 | 20.83 | | AT |
| 2270 gm | 00677-0747-47 | 77.50 | | AT |
| 0.5%, 15 gm | 00677-0751-40 | 4.27 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00677-0600-20 | 16.30 | | BP |
| OIN, TP, 0.1%, 15 gm | 00677-0753-40 | 2.05 | | AT |
| 80 gm | 00677-0753-46 | 4.75 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00677-1200-36 | 6.30 | | AT |
| **(Veratex)** | | | | |
| CRE, TP, 0.025%, 15 gm | 17022-5888-02 | 0.85 | | EE |
| 0.1%, 15 gm | 17022-5892-02 | 1.00 | | EE |
| 80 gm | 17022-5892-04 | 2.95 | | EE |
| 0.5%, 15 gm | 17022-5890-02 | 2.15 | | EE |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **TRIAMCINOLONE DIACETATE (A-A Spectrum)** | | | | |
| CRY, (MICRONIZED U.S.P./N.F. | | | | |
| 1 gm | 49452-7910-01 | 16.50 | 14.50 | |
| (MICRONIZED U.S.P./N.F.) | | | | |
| 5 gm | 49452-7910-02 | 59.20 | 49.20 | |
| 10 gm | 49452-7910-03 | 98.50 | 88.20 | |
| **(Allscrips)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 54569-2129-00 | 10.14 | | EE |
| **(Bolan)** *See TRAMACORT-D* | | | | |
| **(Central)** *See CENOCORT FORTE* | | | | |
| **(Clint)** *See CLINACORT* | | | | |
| **(Forest Pharm)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00456-1060-05 | 11.50 | | EE |
| **(Fujisawa)** *See ARISTOCORT FORTE* | | | | |
| **(Fujisawa)** *See ARISTOCORT FOR INJECTION* | | | | |
| **(Gallipot)** | | | | |
| POW, (MICRO., U.S.P.) | | | | |
| 1 gm | 51552-0278-01 | 16.68 | | |
| 5 gm | 51552-0278-05 | 56.58 | | |
| 10 gm | 51552-0278-10 | 101.43 | | |
| **(Genl Inject)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 52584-0042-05 | 8.98 | 4.50 | BP |
| **(Goldline)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00182-3064-62 | 13.80 | | BP |
| **(Hyrex)** *See TRIAM-FORTE* | | | | |
| **(Insource)** | | | | |
| INJ, IJ, 40 mg/ml, 5 ml | 58441-1113-05 | 8.98 | | BP |
| **(Interstate)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00814-8007-38 | 13.35 | | EE |
| **(Jones-Western)** *See TRYLONE D* | | | | |
| **(Keene)** *See AMCORT* | | | | |
| **(Legere)** *See CINALONE 40* | | | | |
| **(Major)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00904-0885-05 | 12.75 | | BP |
| **(Mayrand)** *See TRISTOJECT* | | | | |
| **(Moore,H.L.)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00839-5057-25 | 10.38 | 7.69 | BP |
| **(Roberts/Hauck)** *See TRILONE* | | | | |
| **(Rugby)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00536-9800-65 | 11.01 | | BP |
| **(Schein)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00364-6666-53 | 7.44 | | BP |
| **(Steris)** | | | | |
| INJ, IJ, 40 mg/ml, 5 ml | 00402-0042-05 | 7.44 | | BP |
| **(Truxton)** *See TRIAMCOT* | | | | |
| **(URL)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00677-0981-20 | 11.34 | | BP |
| **(Veratex)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 17022-3541-01 | 4.75 | | EE |
| **TRIAMCINOLONE HEXACETONIDE** | | | | |
| **(Fujisawa)** *See ARISTOSPAN INJECTION* | | | | |
| **TRIAMCOT (Truxton)** | | | | |
| **triamcinolone acetonide** | | | | |
| CRE, TP, 0.1%, 15 gm | 00463-8052-15 | 2.40 | | EE |
| **TRIAMCOT (Truxton)** | | | | |
| **triamcinolone diacetate** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00463-1091-05 | 8.40 | | EE |
| **TRIAMINIC EXP W/CODEINE (Sandoz Consumer)** | | | | |
| **codeine/gg/ppa** | | | | |
| LIQ, PO | | | | |
| 10 mg-200 mg-12.5 mg/5ml, | | | | |
| 480 ml, C-V | 00043-0528-16 | 33.04 | 27.53 | |
| **TRIAMINIC INFANT (Sandoz Consumer)** | | | | |
| **phenir/ppa/pyril** | | | | |
| GTT, PO, 20 mg-10 mg-10 mg/ml, | | | | |
| 15 ml | 00043-0506-15 | 10.84 | 9.03 | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Allscrips)** | | | | |
| REPACK | | | | |
| GTT, PO, 20 mg-10 mg-10 mg/ml, | | | | |
| 15 ml | 54569-0742-00 | 10.84 | | |
| **TRIAMINIC TR (Sandoz Consumer)** | | | | |
| **phenir/ppa/pyril** | | | | |
| TER, PO, 20 mg-10 mg-10 mg, | | | | |
| 100s ea | 00043-0020-51 | 40.44 | 33.70 | |
| **TRIAMINIC-DH EXPECTORANT (Sandoz Consumer)** | | | | |
| **gg/hydrocodone/phenir/ppa/pyril** | | | | |
| LIQ, PO, 480 ml, C-III | 00043-0521-16 | 38.16 | 31.80 | |
| **TRIAMONIDE 40 (Forest Pharm)** | | | | |
| **triamcinolone acetonide** | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00456-0781-05 | 11.50 | | EE |
| **TRIAMTERENE** | | | | |
| **(SK Beecham Pharm)** *See DYRENIUM* | | | | |
| **TRIAPRIN (Dunhall)** | | | | |
| **apap/butal** | | | | |
| CAP, PO, 325 mg-50 mg, | | | | |
| 100s ea | 00217-2811-01 | 18.00 | | AB |
| 500s ea | 00217-2811-03 | 80.00 | | AB |
| **TRIAVIL 2-10 (Merck)** | | | | |
| **amitriptyline/perphenazine** | | | | |
| **SEE SECTION 4 FOR COLOR PHOTO** | | | | |
| TAB, PO, 10 mg-2 mg, | | | | |
| 100s ea | 00006-0914-68 | 55.83 | 44.66 | AB |
| 100s ea UD | 00006-0914-28 | 60.40 | 48.32 | AB |
| 500s ea | 00006-0914-74 | 267.86 | 214.29 | AB |
| **TRIAVIL 2-25 (Merck)** | | | | |
| **amitriptyline/perphenazine** | | | | |
| **SEE SECTION 4 FOR COLOR PHOTO** | | | | |
| TAB, PO, 25 mg-2 mg, | | | | |
| 100s ea | 00006-0921-68 | 71.08 | 56.86 | AB |
| 100s ea UD | 00006-0921-28 | 75.65 | 60.52 | AB |
| 500s ea | 00006-0921-74 | 339.19 | 271.35 | AB |
| **TRIAVIL 4-10 (Merck)** | | | | |
| **amitriptyline/perphenazine** | | | | |
| **SEE SECTION 4 FOR COLOR PHOTO** | | | | |
| TAB, PO, 10 mg-4 mg, | | | | |
| 100s ea | 00006-0934-68 | 62.46 | 49.97 | AB |
| 500s ea | 00006-0934-74 | 298.48 | 238.78 | AB |
| **TRIAVIL 4-25 (Merck)** | | | | |
| **amitriptyline/perphenazine** | | | | |
| **SEE SECTION 4 FOR COLOR PHOTO** | | | | |
| TAB, PO, 25 mg-4 mg, | | | | |
| 100s ea | 00006-0946-68 | 77.41 | 61.93 | AB |
| 100s ea UD | 00006-0946-28 | 81.96 | 65.57 | AB |
| 500s ea | 00006-0946-74 | 370.04 | 296.03 | AB |
| **TRIAVIL 4-50 (Merck)** | | | | |
| **amitriptyline/perphenazine** | | | | |
| **SEE SECTION 4 FOR COLOR PHOTO** | | | | |
| TAB, PO, 50 mg-4 mg, | | | | |
| 60s ea | 00006-0517-60 | 78.01 | 62.41 | AB |
| 100s ea | 00006-0517-68 | 127.83 | 102.26 | AB |
| **TRIAZOLAM (Allgen)** | | | | |
| TAB, PO (10X10, UNIT OF USE) | | | | |
| 0.125 mg, | | | | |
| 100s ea, C-IV | 00405-0192-10 | 64.87 | | AB |
| 500s ea, C-IV | 00405-0192-02 | 306.90 | | AB |
| (10X10, UNIT OF USE) | | | | |
| 0.25 mg, | | | | |
| 100s ea, C-IV | 00405-0193-10 | 70.70 | | AB |
| 500s ea, C-IV | 00405-0193-02 | 335.29 | | AB |
| **(Cheshire)** | | | | |
| TAB, PO, 0.25 mg, | | | | |
| 4s ea, C-IV | 55175-0720-04 | 7.54 | | EE |
| 10s ea, C-IV | 55175-0720-01 | 10.22 | | EE |
| 15s ea, C-IV | 55175-0720-05 | 12.98 | | EE |
| 30s ea, C-IV | 55175-0720-00 | 21.10 | | EE |
| **(Geneva)** | | | | |
| TAB, PO, 0.125 mg, | | | | |
| 100s ea UD, C-IV | 00781-1441-13 | 58.15 | | AB |
| (UNIT OF USE) | | | | |
| 0.125 mg, | | | | |
| 100s ea, C-IV | 00781-1441-83 | 56.37 | | AB |
| 500s ea, C-IV | 00781-1441-05 | 282.15 | | AB |
| 0.25 mg, | | | | |
| 100s ea UD, C-IV | 00781-1442-13 | 63.57 | | AB |
| (UNIT OF USE) | | | | |
| 0.25 mg, | | | | |
| 100s ea, C-IV | 00781-1442-83 | 61.65 | | AB |
| 500s ea, C-IV | 00781-1442-05 | 308.49 | | AB |

Recommend SENOKOT® Laxatives When the Rx May Constipate
PURDUE FREDERICK
A4134

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(URL)** | | | | |
| CAP, PO (SOFTGEL) | | | | |
| 250 mg, 100s ea | 00677-1079-01 | 40.45 | | AB |
| SYR, PO (CHERRY) | | | | |
| 250 mg/5 ml, | | | | |
| 480 ml | 00677-1155-33 | 42.66 | | EE |
| **(Xactdose)** | | | | |
| SYR, PO (10X10) | | | | |
| 250 mg/5 ml, | | | | |
| 5 ml 100s UD | 50962-0226-05 | 75.80 | 68.22 | EE |
| **VALRELEASE (Roche Labs)** | | | | |
| **diazepam** | | | | |
| CER, PO (RX PAK) | | | | |
| 15 mg, | | | | |
| 30s ea, C-IV | 00004-0140-64 | 51.86 | | |
| 100s ea, C-IV | 00004-0140-01 | 172.10 | | |
| **VANACET (GM Pharm)** | | | | |
| **apap/hydrocodone** | | | | |
| TAB, PO, 500 mg-5 mg, | | | | |
| 100s ea, C-III | 58809-0838-01 | 24.95 | | EE |
| **VANADOM (GM Pharm)** | | | | |
| **carisoprodol** | | | | |
| TAB, PO, 350 mg, 100s ea | 58809-0424-01 | 111.96 | | EE |
| **VANADYL SULFATE (A-A Spectrum)** | | | | |
| POW, 100 gm | 49452-8094-01 | 38.10 | 34.30 | |
| 1000 gm | 49452-8094-02 | 209.55 | 188.60 | |
| **VANATRIP (GM Pharm)** | | | | |
| **amitriptyline hydrochloride** | | | | |
| TAB, PO, 50 mg, 100s ea | 58809-0717-01 | 59.08 | | AB |
| **VANCENASE AQ (Schering)** | | | | |
| **beclomethasone dipropionate** | | | | |
| SPR, NS, 0.042 mg/inh, | | | | |
| 25 gm | 00085-0259-02 | 32.40 | | BN |
| **(Southwood)** REPACK | | | | |
| SPR, NS, 0.042 mg/inh, | | | | |
| 25 gm | 58016-6204-01 | 39.71 | | BN |
| **VANCENASE INHALER (Schering)** | | | | |
| **beclomethasone dipropionate** | | | | |
| ARD, NS, 0.042 mg/inh, | | | | |
| 7 gm | 00085-0649-02 | 30.01 | | BN |
| **(Southwood)** REPACK | | | | |
| ARD, NS, 0.042 mg/inh, | | | | |
| 17 gm | 58016-6075-01 | 37.44 | | BN |
| **VANCERIL (Key)** | | | | |
| **beclomethasone dipropionate** | | | | |
| ARD, IH, 0.042 mg/inh, | | | | |
| 17 gm | 00085-0736-04 | 30.01 | | BN |
| **VANCOCIN HCL (Lilly)** | | | | |
| **dextrose/vancomycin** | | | | |
| INJ, IJ (GALAXY SYSTEM) | | | | |
| 5%-500 mg/100 ml, | | | | |
| 100 ml 12s | 00002-7467-12 | 132.05 | | |
| **VANCOCIN HCL (Lilly)** | | | | |
| **vancomycin hydrochloride** | | | | |
| PDI, IJ, 500 mg, ea | 00002-1444-01 | 7.80 | | AP |
| (ADD-VANTAGE) | | | | |
| 500 mg, 10s ea | 00002-7297-10 | 82.80 | | AP |
| (TRAY PACK) | | | | |
| 500 mg, 10s ea | 00002-1444-10 | 78.00 | | AP |
| 1 gm, 10s ea | 00002-7321-10 | 156.01 | | AP |
| (ADD-VANTAGE) | | | | |
| 1 gm, 10s ea | 00002-7298-10 | 160.81 | | AP |
| (BULK VIAL) | | | | |
| 10 gm, ea | 00002-7355-01 | 156.01 | | AP |
| PDR, PO, 250 mg/5 ml, | | | | |
| 20 ml 6s | 00002-5105-16 | 205.21 | | EE |
| 500 mg/6 ml, | | | | |
| 120 ml | 00002-2372-37 | 276.21 | | EE |
| **VANCOCIN HCL PULVULES (Lilly)** | | | | |
| **vancomycin hydrochloride** | | | | |
| CAP, PO, 125 mg, 20s ea | 00002-3125-42 | 94.50 | | EE |
| 250 mg, 20s ea | 00002-3126-42 | 189.01 | | EE |
| **VANCOMYCIN** | | | | |
| *SEE DEXTROSE/VANCOMYCIN* | | | | |
| **VANCOMYCIN HYDROCHLORIDE (A-A Spectrum)** | | | | |
| POW, 1 gm | 49452-8095-02 | 74.75 | 67.30 | |
| 250 gm | 49452-8095-01 | 24.50 | 22.05 | |
| **(Abbott Hosp)** | | | | |
| PDI, IJ (ADD-VANTAGE) | | | | |
| 500 mg, 10s ea | 00074-6534-01 | 108.78 | | |
| (FLIPTOP VIAL) | | | | |
| 500 mg, 10s ea | 00074-4332-01 | 302.34 | | AP |
| (ADD-VANTAGE) | | | | |
| 1 gm, 10s ea | 00074-6535-01 | 217.55 | | |
| (FLIPTOP VIAL) | | | | |
| 1 gm, 10s ea | 00074-6533-01 | 604.44 | | AP |
| (BULK VIAL) | | | | |
| 5 gm, ea | 00074-6509-01 | 135.99 | | AP |
| **(Elkins-Sinn)** | | | | |
| PDI, IJ, 500 mg, 10s ea | 00641-2778-43 | 188.13 | 150.50 | AP |
| 1 gm, 10s ea | 00641-2779-43 | 375.63 | 300.50 | AP |
| **(Fujisawa)** *See LYPHOCIN* | | | | |
| **(Lederle Std Prod)** | | | | |
| PDI, IJ, 500 mg, 10s ea | 00205-3154-88 | 57.56 | 46.05 | AP |
| 1 gm, 10s ea | 00205-3154-15 | 115.15 | 92.12 | AP |
| 5 gm, ea | 00205-3154-05 | 57.56 | 46.05 | AP |
| **(Lilly)** *See VANCOCIN HCL* | | | | |
| **(Lilly)** *See VANCOCIN HCL PULVULES* | | | | |
| **(Schein)** | | | | |
| PDI, IJ, 500 mg, 10s ea | 00364-2472-33 | 70.00 | | AP |
| 1 gm, 10s ea | 00364-2473-91 | 140.41 | | AP |
| **VANEX EXPECTORANT (Abana)** | | | | |
| **gg/hydrocodone/pseudoeph** | | | | |
| LIQ, PO | | | | |
| 100 mg-2.5 mg-30 mg/5 ml, | | | | |
| 480 ml, C-III | 12463-0123-16 | 35.56 | | |
| **VANEX FORTE (Abana)** | | | | |
| **cpm/phenyleph/ppa/pyril** | | | | |
| TER, PO (CAPLETS) | | | | |
| 100s ea | 12463-0125-01 | 51.24 | | |
| **VANEX-HD (Abana)** | | | | |
| **cpm/hydrocodone/phenyleph** | | | | |
| LIQ, PO, 2 mg-1.67 mg-5 mg/5 ml, | | | | |
| 480 ml, C-III | 12463-0300-16 | 22.21 | | |
| **VANEX-LA (Abana)** | | | | |
| **gg/ppa** | | | | |
| TER, PO, 400 mg-75 mg, | | | | |
| 100s ea | 12463-0400-01 | 33.42 | | |
| **VANILLIN (A-A Spectrum)** | | | | |
| POW, 125 gm | 49452-8100-01 | 10.40 | 8.40 | |
| 500 gm | 49452-8100-02 | 29.60 | 24.60 | |
| 2500 gm | 49452-8100-03 | 117.10 | 97.10 | |
| **(Amend)** | | | | |
| POW, (N.F.) | | | | |
| 125 gm | 17137-0596-04 | 8.40 | | |
| **(Lorann Oil)** | | | | |
| POW, (U.S.P.) | | | | |
| 30 gm | 23535-6160-50 | 2.00 | | |
| 120 gm | 23535-6160-80 | 5.50 | | |
| 480 gm | 23535-6160-10 | 19.00 | | |
| **VANOXIDE-HC (Dermik)** | | | | |
| **benzoyl perox/hc** | | | | |
| LOT, TP, 5%-0.5%, 25 ml | 00066-0424-25 | 22.21 | 18.51 | |
| **VANSIL (Pfizer Labs)** | | | | |
| **oxamniquine** | | | | |
| CAP, PO, 250 mg, 24s ea | 00069-6410-24 | 122.53 | 103.18 | |
| **VANTIN (Upjohn)** | | | | |
| **cefpodoxime proxetil** | | | | |
| PDR, PO, 50 mg/5 ml, | | | | |
| 100 ml | 00009-3531-01 | 28.38 | 23.65 | |
| 100 mg/5 ml, | | | | |
| 100 ml | 00009-3615-01 | 54.00 | 45.00 | |
| TAB, PO (UNIT OF USE) | | | | |
| 100 mg, 20s ea | 00009-3617-01 | 34.69 | 28.91 | |
| 100s ea | 00009-3617-02 | 165.11 | 137.59 | |
| 100s ea UD | 00009-3617-03 | 169.22 | 141.02 | |
| (UNIT OF USE) | | | | |
| 200 mg, 20s ea | 00009-3618-01 | 66.14 | 55.12 | |
| 100s ea | 00009-3618-02 | 314.50 | 262.08 | |
| 100s ea UD | 00009-3618-03 | 322.36 | 268.63 | |
| **VARICELLA ZOSTER IMMUNE GLOBULIN (Amer Red Cross-Blood)** | | | | |
| **globulin, immune** | | | | |
| INJ, IJ (VIAL) | | | | |
| 125 u, 2.5 ml | 14362-0118-02 | 83.00 | | |
| **VASCOR (McNeil Pharm)** | | | | |
| **bepridil hydrochloride** | | | | |
| TAB, PO (UNIT OF USE) | | | | |
| 200 mg, 30s ea | 00045-0682-30 | 70.10 | | AB |
| (3X30) | | | | |
| 200 mg, 90s ea | 00045-0682-33 | 220.61 | | AB |
| 100s ea UD | 00045-0682-10 | 269.68 | | AB |
| (UNIT OF USE) | | | | |
| 300 mg, 30s ea | 00045-0683-30 | 85.52 | | AB |
| (3X30) | | | | |
| 300 mg, 90s ea | 00045-0683-33 | 269.15 | | AB |
| 100s ea UD | 00045-0683-10 | 328.92 | | AB |
| (UNIT OF USE) | | | | |
| 400 mg, 30s ea | 00045-0684-30 | 94.45 | | AB |
| (3X30) | | | | |
| 400 mg, 90s ea | 00045-0684-33 | 303.54 | | AB |
| 100s ea UD | 00045-0684-10 | 370.96 | | AB |
| **VASERETIC 10-25 (Merck)** | | | | |
| **enalapril/hctz** | | | | |
| **SEE SECTION 4 FOR COLOR PHOTO** | | | | |
| TAB, PO, 10 mg-25 mg, | | | | |
| 100s ea | 00006-0720-68 | 106.60 | 85.28 | |
| **(Allscrips)** REPACK | | | | |
| TAB, PO, 10 mg-25 mg, | | | | |
| 90s ea | 54569-8595-00 | 95.94 | | |
| **VASOCIDIN (Ciba Ophth)** | | | | |
| **prednis ace/sulfacet sod** | | | | |
| OIN, OP, 0.5%-10%, | | | | |
| 3.5 gm | 00058-3095-01 | 11.58 | 9.65 | AT |
| **VASOCIDIN (Ciba Ophth)** | | | | |
| **prednis sod phos/sulfacet sod** | | | | |
| GTT, OP, 0.25%-10%, 5 ml | 00058-2887-05 | 13.50 | 11.25 | AT |
| 10 ml | 00058-2887-10 | 18.06 | 15.05 | AT |
| **(Southwood)** REPACK | | | | |
| GTT, OP, 0.25%-10%, | | | | |
| 10 ml | 58016-6222-01 | 24.63 | | AT |
| **VASOCON (Ciba Ophth)** | | | | |
| **naphazoline hydrochloride** | | | | |
| GTT, OP, 0.1%, 15 ml | 00058-2884-15 | 13.80 | 11.50 | AT |
| **VASOCON-A (Ciba Ophth)** | | | | |
| **antazoline/naphazoline** | | | | |
| GTT, OP, 0.5%-0.05%, | | | | |
| 15 ml | 00058-2880-15 | 13.32 | 11.10 | AT |
| **VASODILAN (Apothecon)** | | | | |
| **isoxsuprine hydrochloride** | | | | |
| TAB, PO, 10 mg, 100s ea | 00087-0543-01 | 28.82 | 26.14 | |
| 100s ea UD | 00087-0543-05 | 34.99 | 31.73 | |
| 1000s ea | 00087-0543-02 | 274.07 | 248.45 | |
| 20 mg, 100s ea | 00087-0544-01 | 46.19 | 41.87 | |
| 1000s ea | 00087-0544-06 | 408.47 | 370.27 | |
| **VASOPRESSIN (Amer Regent)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 20 u/ml, | | | | |
| 0.5 ml 25s | 00517-0510-25 | 75.00 | | |
| 1 ml 25s | 00517-1020-25 | 135.00 | | |
| **(Fujisawa)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 20 u/ml, 2 ml | 00469-2990-00 | 4.51 | 3.39 | AP |
| 2 ml | 00469-3020-00 | 8.50 | 6.39 | AP |
| **(Parke-Davis)** *See PITRESSIN* | | | | |
| **VASOSULF (Ciba Ophth)** | | | | |
| **phenyleph/sulfacet sod** | | | | |
| GTT, OP, 0.125%-15%, | | | | |
| 5 ml | 00058-2883-05 | 9.30 | 7.75 | |
| 15 ml | 00058-2883-15 | 12.54 | 10.45 | |
| **(Southwood)** REPACK | | | | |
| GTT, OP, 0.125%-15%, | | | | |
| 5 ml | 58016-6078-01 | 11.81 | | |
| **VASOTATE (Major)** | | | | |
| **acetic acid** | | | | |
| GTT, OT, 2%, 15 ml | 00904-0315-35 | 3.75 | | AT |
| **VASOTATE HC (Major)** | | | | |
| **acetic acid/hc** | | | | |
| GTT, OT, 2%-1%, 10 ml | 00904-0316-10 | 6.15 | | AT |
| **VASOTEC (Merck)** | | | | |
| **enalapril maleate** | | | | |
| **SEE SECTION 4 FOR COLOR PHOTO** | | | | |
| TAB, PO, 2.5 mg, 100s ea | 00006-0014-68 | 71.76 | 57.41 | |
| 100s ea UD | 00006-0014-28 | 75.55 | 60.44 | |
| (BULK PACKAGE) | | | | |
| 2.5 mg, 1000s ea | 00006-0014-82 | 717.73 | 574.18 | |
| (UNIT OF USE, 12X90) | | | | |
| 2.5 mg, 1080s ea | 00006-0014-94 | 775.20 | 620.16 | |
| (UNIT OF USE, 12X180) | | | | |
| 2.5 mg, 2160s ea | 00006-0014-98 | 1550.41 | 1240.33 | |
| (BULK PACKAGE) | | | | |
| 2.5 mg, 10000s ea | 00006-0014-87 | 7177.25 | 5741.80 | |
| 5 mg, 100s ea | 00006-0712-68 | 91.18 | 72.94 | |
| 100s ea UD | 00006-0712-28 | 94.98 | 75.98 | |
| (BULK PACKAGE) | | | | |
| 5 mg, 1000s ea | 00006-0712-82 | 911.85 | 729.48 | |
| (UNIT OF USE, 12X90) | | | | |
| 5 mg, 1080s ea | 00006-0712-94 | 984.93 | 787.94 | |
| (UNIT OF USE, 12X180) | | | | |
| 5 mg, 2160s ea | 00006-0712-98 | 1969.88 | 1575.90 | |
| 4000s ea | 00006-0712-81 | 3647.43 | 2917.94 | |
| (BULK PACKAGE) | | | | |
| 5 mg, 10000s ea | 00006-0712-87 | 9118.59 | 7294.87 | |
| 10 mg, 100s ea | 00006-0713-68 | 95.74 | 76.59 | |
| 100s ea UD | 00006-0713-28 | 99.53 | 79.62 | |

Recommend SENOKOT® Laxatives When the Rx May Constipate
PURDUE FREDERICK
A4134

PROD/MFR NDC AWP DP OBC

**VICAM (Keene)**
**vit b comp/vit c**
INJ, IJ (MONOVIAL)
10 ml................00588-5255-70 8.50

**VICODIN (Knoll)**
**apap/hydrocodone**
**SEE SECTION 4 FOR COLOR PHOTO**
TAB, PO, 500 mg-5 mg,
100s ea, C-III.......00044-0727-02 37.81 AA
(R.N.P.,4X25)
500 mg-5 mg,
100s ea UD, C-III ...00044-0727-41 44.98 AA
500s ea, C-III.......00044-0727-03 175.84 AA

**(Southwood)**
REPACK
TAB, PO, 500 mg-5 mg,
12s ea, C-III........58016-0191-12 7.44 AA

**VICODIN ES (Knoll)**
**apap/hydrocodone**
**SEE SECTION 4 FOR COLOR PHOTO**
TAB, PO, 750 mg-7.5 mg,
100s ea, C-III.......00044-0728-02 41.69 AA
(R.N.P.,4X25)
750 mg-7.5 mg,
100s ea UD, C-III ...00044-0728-41 49.61 AA
500s ea, C-III.......00044-0728-03 194.78 AA

**(Southwood)**
REPACK
TAB, PO, 750 mg-7.5 mg,
10s ea, C-III........58016-0192-10 7.21 AA
16s ea, C-III........58016-0192-16 9.38 AA
20s ea, C-III........58016-0192-20 11.56 AA

**VICODIN TUSS (Knoll)**
**gg/hydrocodone**
**SEE SECTION 4 FOR COLOR PHOTO**
SYR, PO (CHERRY, S.F., A.F.)
100 mg-5 mg/5 ml,
480 ml, C-III .......00044-0730-16 33.60

**VICON FORTE (Whitby)**
**min, multi/vit, multi**
**SEE SECTION 4 FOR COLOR PHOTO**
CAP, PO, 60s ea ..........50474-0316-22 19.96 EE
100s ea UD ..........50474-0316-27 34.92 EE
500s ea..............50474-0316-24 157.51 EE

**VICOTUSS (Southwood)**
**gg/hydrocodone**
SYR, PO, 100 mg-5 mg/5 ml,
120 ml, C-III .......58016-4184-04 11.50
480 ml, C-III .......58016-4184-16 41.95

**VIDARABINE**
**(Parke-Davis)** *See VIRA-A*

**VIDEX (Bristol-Myer Onc/Hiv)**
**didanosine**
CTB, PO, 25 mg, 60s ea ...00087-6628-43 21.61 17.93
50 mg, 60s ea........00087-6624-43 43.21 35.86
100 mg, 60s ea.......00087-6627-43 86.42 71.72
150 mg, 60s ea.......00087-6626-43 129.63 107.58
PDR, PO, 100 mg, 30s ea ..00087-6614-43 43.21 35.86
167 mg, 30s ea.......00087-6615-43 72.17 59.89
250 mg, 30s ea.......00087-6616-43 108.03 89.65

**VIDEX PEDIATRIC (Bristol-Myer Onc/Hiv)**
**didanosine**
PDR, PO, 2 gm, 2 gm......00087-6632-41 28.80 23.90
4 gm, 4 gm ..........00087-6633-41 57.60 47.80

**VIGOREX (Marin)**
**methyltestosterone**
CAP, PO, 10 mg,
100s ea, C-III.......12539-0106-01 24.00 EE

**VIGOREX (Marin)**
**testosterone cypionate**
INJ, IJ (VIAL)
200 mg/ml,
1 ml, C-III..........12539-0127-01 7.00 EE
10 ml, C-III.........12539-0127-10 20.00 EE

**VINBLASTINE SULFATE (A-A Spectrum)**
POW, 1 gm................49452-8112-01 12.50 11.25
5 gm ................49452-8112-02 32.25 29.05
25 gm ...............49452-8112-03 98.10 88.40

**(Chiron Therapeutics)**
PDI, IJ, 10 mg, 10s ea.....53905-0091-10 212.50 AP

**(Fujisawa)**
INJ, IJ, 1 mg/ml, 10 ml ....00469-2780-30 43.23 32.50 AP

**(Lilly)** *See VELBAN*

**(Schein)**
PDI, IJ (VIAL)
10 mg, ea............00364-2447-54 37.50 AP

**(Steris)**
PDI, IJ (VIAL)
10 mg, ea............00402-1027-10 37.50 EE

**VINCASAR PFS (Pharmacia)**
**vincristine sulfate**
INJ, IJ (VIAL)
1 mg/ml, 1 ml........00013-7456-86 37.08 AP
2 ml ...............00013-7466-86 74.13 AP

**(A-A Spectrum)**
GRA, (CRYSTALS,U.S.P./N.F)
1 gm ................49452-8114-01 29.50 26.55
(CRYSTALS,U.S.P./N.F.)
5 gm ................49452-8114-02 100.00 89.90

**(Lilly)** *See ONCOVIN*

**(Pharmacia)** *See VINCASAR PFS*

**(Schein)**
INJ, IJ, 1 mg/ml, 1 ml .....00364-2448-51 31.75 AP
2 ml ...............00364-2448-52 38.25 AP

**(Steris)**
INJ, IJ (P.F.,VIAL)
1 mg/ml, 1 ml........00402-1028-01 31.75 EE
2 ml ...............00402-1028-02 38.25 EE

**VINORELBINE TARTRATE**
**(Burr Wellcome)** *See NAVELBINE*

**VIO-MOORE (Moore,H.L.)**
**pancrelipase**
TAB, PO, 100s ea .........00839-7618-06 12.81 9.49

**VIOKASE (Robins Pharm)**
**pancrelipase**
POW, PO, 120 gm.........00031-9115-12 57.59 46.07
240 gm..............00031-9115-25 98.05 78.44
TAB, PO, 100s ea .........00031-9111-63 23.29 18.93
500s ea.............00031-9111-70 106.51 85.21

**VIRA-A (Parke-Davis)**
**vidarabine**
OIN, OP, 3%, 3.5 gm ......00071-3677-07 19.78

**VIRAZOLE (ICN)**
**ribavirin**
PDI, IJ, 4s ea.............53095-0007-14 5279.40

**VIRIDIUM (Vita Elixir)**
**phenazopyridine hydrochloride**
TAB, PO, 200 mg, 100s ea .00181-0530-00 14.50

VIRILON® (III)
(macro-bead Methyltestosterone Capsules USP 10 mg)
1-800-845-7827
Star Pharmaceuticals, Inc.
Pompano Beach, FL 33064

**VIRILON (Star)**
**methyltestosterone**
CAP, PO, 10 mg,
100s ea, C-III.......00076-0301-03 43.20 BP
1000s ea, C-III .....00076-0301-04 402.24 BP

**VIRILON IM (Star)**
**testosterone cypionate**
INJ, IJ (M.D.V.)
200 mg/ml,
10 ml, C-III.........00076-0301-10 26.40 AO

**VIROPTIC (Burr Wellcome)**
**trifluridine**
GTT, OP, 1%, 7.5 ml ......00081-0968-02 48.29

**(Southwood)**
REPACK
GTT, OP, 1%, 7.5 ml ......58016-6459-01 55.94

novopharm USA
1-800-426-0769
PINDOLOL TABLETS, USP
Compare to VISKEN®

**VISKEN (Sandoz Pharm)**
**pindolol**
TAB, PO, 5 mg, 100s ea ...00078-0111-05 76.86 AB
10 mg, 100s ea.......00078-0073-05 101.82 AB

**VISTACON-50 (Roberts/Hauck)**
**hydroxyzine hydrochloride**
INJ, IJ (VIAL)
50 mg/ml, 10 ml......59441-0621-10 4.95

HYDROXYZINE PAMOATE
25mg & 50mg Capsules
We Deliver Excellence through Experience
Eon Labs
LAURELTON, NY 11413

**VISTACOT (Truxton)**
**hydroxyzine hydrochloride**
INJ, IJ (VIAL)
50 mg/ml, 10 ml......00463-1101-10 6.30 EE

**VISTAJECT-50 (Mayrand)**
**hydroxyzine hydrochloride**
INJ, IJ (I.M., VIAL)
50 mg/ml, 10 ml......00259-0340-10 14.80 AP

**VISTARIL (Pfizer Labs)**
**hydroxyzine pamoate**
CAP, PO, 25 mg, 100s ea ..00069-5410-66 83.01 69.91 AB
100s ea UD ........00069-5410-41 94.30 79.41 AB
500s ea...........00069-5410-73 395.96 333.44 AB
50 mg, 100s ea.......00069-5420-66 101.19 85.21 AB
100s ea UD ........00069-5420-41 114.51 96.43 AB
500s ea...........00069-5420-73 482.74 406.53 AB
100 mg, 100s ea .....00069-5430-66 124.34 104.71 AB
100s ea UD ........00069-5430-41 138.14 116.32 AB
500s ea...........00069-5430-73 609.21 513.02 AB
SUS, PO, 25 mg/5 ml,
120 ml 4s..........00069-5440-97 126.66 106.66 AB
480 ml............00069-5440-93 126.66 106.66 AB

**VISTARIL IM (Roerig)**
**hydroxyzine hydrochloride**
INJ, IJ (VIAL)
25 mg/ml, 10 ml......00049-5450-74 11.44 9.63 AP
50 mg/ml, 10 ml......00049-5460-74 18.25 15.37 AP

**VISTAZINE (Bolan)**
**hydroxyzine hydrochloride**
INJ, IJ (VIAL)
50 mg/ml, 10 ml......44437-0171-10 5.00 EE

**VIT B COMP/VIT C**
**(Bolan)** *See 1000BC*

**(CMC-Cons)**
INJ, IJ (VIAL)
10 ml...............00223-7215-00 5.50

**(Clint)** *See VITA-PLEX*

**(Goldline)**
INJ, IJ, 10 ml............00182-3005-63 13.50

**(Hauser,A.F.)** *See BEE-COMP W/C*

**(Hyrex)**
INJ, IJ (VIAL)
30 ml...............00314-0812-30 11.80

**(Intl Ethical)** *See NEUROFORTE-SIX*

**(Keene)** *See VICAM*

**(McGuff)**
INJ, IJ (VIAL)
10 ml...............49072-0059-10 6.39

**(Med Prod)** *See NEURODEP*

**(Merit)**
INJ, IJ, 10 ml............30727-0301-70 17.85

**(Moore,H.L.)**
INJ, IJ (NO.6)
10 ml...............00839-6363-30 9.44 6.99

**(Pasadena)**
INJ, IJ (VIAL)
10 ml...............00418-6781-10 12.00

**(Roberts/Hauck)** *See BETA-C-PLEX*

**(Rugby)**
INJ, IJ (VIAL)
10 ml...............00536-2081-70 12.38

**(Schein)**
INJ, IJ (MONOVIAL)
10 ml...............00364-2262-54 8.78

**(Steris)**
INJ, IJ (MONOVIAL)
10 ml...............00402-0123-11 8.78

**(Truxton)** *See COTA-B-PLEX*

**(URL)**
INJ, IJ (VIAL)
10 ml...............00677-1349-21 10.07 EE

**VIT B COMP/ZN (Vitaline)**
TAB, PO, 100s ea .........54022-1333-01 14.00

Recommend
SENOKOT® Laxatives When the Rx May Constipate
PURDUE FREDERICK