# Exhibit E

# 1991 RED BOOK

**DRUG TOPICS**®

# ANNUAL PHARMACISTS' REFERENCE

95th Year of Publication

| | |
|---|---|
| **Publisher** | Edward R. Barnhart |
| **Publication Manager** | Alice S. Macnow |
| **Editor** | Valentine A. Cardinale |
| **Executive Editor** | Ralph M. Thurlow |
| **Contributing Editors** | Ann Ben Larbi, Judy Chi, Debbie Epstein, Shirley Fitzpatrick, Kathi Gannon, Martha Glaser, Jack Rosenberg, R.Ph., Iris Rosendahl, Cynthia Starr, R.Ph., Ellen Weil, R.Ph. |
| **Art Director** | Thomas Darnsteadt |
| **Art Assistant** | Rhonda Alvine |

MANUFACTURING:
| | |
|---|---|
| **Production Director** | Marjorie Duffy |
| **Production Manager** | Vicky Leal |
| **Advertising Production Coordinator** | Christine B. Patrick |
| **Production Assistants** | Joan Akerlind, Cathleen Bunnell |

INFORMATION SYSTEMS:
| | |
|---|---|
| **Manager** | Robert L. Bertani, R.Ph. |
| **Programmer Analyst** | Janice T. Yencarelli |
| **Computer Operations** | Herb Lance |
| **Senior Data Coordinators** | Joan Frawley, Lola Nannas, Enid Olayan |

SALES:
| | |
|---|---|
| **Director of Sales** | Kevin D. Miller |
| **Account Manager** | Michael Sarajian |

CIRCULATION:
| | |
|---|---|
| **Circulation Manager & MicREData (Microfiche)** | Roni La Vine |

Copyright © 1991 Medical Economics Company Inc. Published by Medical Economics Data, a division of Medical Economics Company Inc., 680 Kinderkamack Road, Oradell, N.J. 07649. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher. RED BOOK is a trademark of Medical Economics Company Inc., registered in the United States Patent and Trademark Office.

Officers of Medical Economics Data, a division of Medical Economics Company Inc.: President and Chief Executive Officer: Norman R. Snesil; Senior Vice President and Chief Financial Officer: Joseph T. Deithorn; Senior Vice President and Group Publisher: Edward R. Barnhart; Senior Vice President, Business Development: Stephen J. Sorkenn; Vice President of Circulation: Scott I. Rockman; Vice President, Information Services: Edward J. Zecchini

ISBN 1-56363-000-1

| PROD/MFR | NDC/PROD NO. | AWP | DP/SRP |
|---|---|---|---|
| **ARBON (FOREST PHARM.)** | | | |
| Tab, 100s ea | 00456-0493-01 | 7.00 | |
| 1000s ea | 00456-0493-00 | 56.00 | |
| **ARBON PLUS (FOREST PHARM.)** | | | |
| Tab, 100s ea | 00456-0654-10 | 9.00 | |
| **ARBOR FOOT SALVE** | | | |
| **(WASHINGTON HOMEOPATH)** | | | |
| Salve, 1.5 oz doz | (75000) | 28.00 | 3.50 |
| **ARBUTIN (CITY CHEM)** | | | |
| Pow, 25 gm ea | (A1154) | 34.60 | |
| 100 gm ea | | 102.85 | |
| **ARCIN (PHARMEX,)** | | | |
| Capsules, 15s doz | 12061-0102-15 | 8.28 | 1.79 |
| 36s doz | 12061-0102-36 | 15.24 | 3.19 |
| **ARCOBEE W/C (NATURE'S BOUNTY)** | | | |
| SEE CATALOG SECTION | | | |
| Capsules, 100s doz | | 60.00 | 6.89 |
| **ARCO-LASE (ARCO)** | | | |
| Tab, 50s ea | 00275-0040-02 | 3.70 | |
| **ARCO-LASE PLUS ℞ (ARCO)** | | | |
| Tab, 50s ea | 00275-0045-02 | 3.70 | |
| **ARDUAN ℞ (ORGANON)** | | | |
| Tab, 10 mg./ml., 10 ml 6s ea | 00052-0446-36 | 233.00 | |
| **ARECA (BOIRON-BORNEMAN)** | | | |
| Pellets, 3c,4c,5c,6c, 4 gm ea | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.53 | 3.00 |
| 200c,1m, 4 gm ea | | 1.53 | 3.00 |
| 10m, 4 gm ea | | 1.53 | 3.00 |
| 50m, 4 gm ea | | 1.53 | 3.00 |
| CM, 4 gm ea | | 1.53 | 3.00 |
| **A-REX ℞ (RUCKSTUHL)** | | | |
| **TRIPROLIDINE HCL/PSEUDO. HCL** | | | |
| Tab, 1000s ea | 00144-1179-03 | 19.90 | |
| **AR-EX HYPO-ALLERGENIC COSMETICS (AR-EX)** | | | |
| Cap Cream, Unscented, 1.5 oz ea | | 3.68 | 2.50 |
| 4 oz ea | | 3.68 | 6.00 |
| 9 oz ea | | 5.70 | 9.50 |
| Cleansing, Cream,Unscented, 4 oz ea | | 3.68 | 6.00 |
| 8 oz ea | | 5.70 | 9.50 |
| Cold Cream, Unscented, 4 oz ea. | | 3.68 | 6.00 |
| 8 oz ea | | 5.70 | 9.50 |
| Cream, Dry Skin,Unscented, 4 oz ea | | 3.68 | 6.00 |
| 8 oz ea | | 5.70 | 9.50 |
| Enriched, Night Cream,Unscented, 2 oz ea | | 3.68 | 6.00 |
| 4 oz ea | | 5.70 | 9.50 |
| Moisture, Lotion, Unscented, 2 oz ea | | 3.90 | 6.50 |
| Cream, Unscented, 2 oz ea | | 3.68 | 6.00 |
| Deodorant, Cream, 1.25 oz ea | | 2.75 | 4.50 |
| Roll-On, 2 oz ea | | 2.70 | 4.50 |
| Spray,Unscented, 1.5 oz ea | | 2.40 | 4.00 |
| Shampoo, Soapless,Unscented, 8 oz ea | | 3.60 | 6.00 |
| Soap, Toilet Size,Unscented, ea.. | | 1.80 | 3.00 |
| Bath Size,Unscented, ea... | | 6.00 | 10.00 |
| Soapsuds, Liquid,Unscented Detergent, ea | | 4.50 | 6.00 |
| Lipstick, Special Formula, ea. | | 2.91 | 4.75 |
| Bath Oil, 8 oz ea | | 4.52 | 7.50 |
| Foundation, Lotion, ea | | 3.53 | 5.75 |
| Coverappear, Light/Medium, ea | | 2.85 | 4.75 |
| Unscented, Eye-Cream, .5 oz ea. | | 3.60 | 6.00 |
| **ARFONAD ℞ (ROCHE)** | | | |
| Amp, 500 mg., 10 ml 10s ea | 00004-1900-06 | 241.35 | |
| **ARGENTUM CYANATUM (BOIRON-BORNEMAN)** | | | |
| Pellets, 3c,4c,5c,6c, 4 gm ea | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.53 | 3.00 |
| 200c,1m, 4 gm ea | | 1.53 | 3.00 |
| 10m, 4 gm ea | | 1.53 | 3.00 |
| 50m, 4 gm ea | | 1.53 | 3.00 |
| CM, 4 gm ea | | 1.53 | 3.00 |
| **ARGENTUM METALLICUM (BOIRON-BORNEMAN)** | | | |
| Pellets, 3c,4c,5c,6c, 4 gm ea | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.73 | 3.40 |
| 200c,1m, 4 gm ea | | 2.40 | 4.70 |
| 10m, 4 gm ea | | 3.06 | 6.00 |
| 50m, 4 gm ea | | 3.93 | 7.70 |
| CM, 4 gm ea | | 5.38 | 10.55 |
| **ARGENTUM MURIATICUM (BOIRON-BORNEMAN)** | | | |
| Pellets, 3c,4c,5c,6c, 4 gm ea | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.73 | 3.40 |
| 200c,1m, 4 gm ea | | 2.40 | 4.70 |
| 10m, 4 gm ea | | 3.06 | 6.00 |
| 50m, 4 gm ea | | 3.93 | 7.70 |
| CM, 4 gm ea | | 5.38 | 10.55 |
| **ARGENTUM NITRICUM (BOIRON-BORNEMAN)** | | | |
| Pellets, 3c,4c,5c,6c, 4 gm ea | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.73 | 3.40 |
| 200c,1m, 4 gm ea | | 2.40 | 4.70 |
| 10m, 4 gm ea | | 3.06 | 6.00 |
| 50m, 4 gm ea | | 3.93 | 7.70 |
| CM, 4 gm ea | | 5.38 | 10.55 |
| **ARGESIC (ECONO MED)** | | | |
| Cre, 2 oz ea | 38130-0037-02 | 4.50 | 3.75 |
| Ttb, S.A., 100s ea ℞ | 38130-0711-01 | 16.98 | 14.15 |
| **ARGININE (A-A SPECTRUM)** | | | |
| SEE CATALOG SECTION | | | |
| Pow, -l, 100 gm ea ℞ | 49452-0710-01 | 11.45 | |
| 1000 gm ea | 49452-0710-02 | 75.80 | |
| **(AMINO ACIDS)** | | | |
| L, Powder, 99 %, 25 gm ea | | 6.75 | |
| 100 gm ea | | 11.50 | |
| 500 gm ea | | 38.00 | |
| **(INTEGRA CHEM)** | | | |
| Pow, 100 gm ea | (A-900) | 13.75 | |
| 500 gm ea | | 57.50 | |
| 1000 gm ea | | 85.00 | |
| **(BIO-TECH)** | | | |
| Cap, 100s ea | 53191-0040-01 | 7.00 | |
| **(CARLSON,J.R.)** | | | |
| L,Powder, Bottle, 100 gm ea | | 7.98 | |
| **(CITY CHEM)** | | | |
| L, 100 gm ea | (A1530) | 12.90 | |
| 500 gm ea | | 42.40 | |
| **(HEALTH VITAMIN)** | | | |
| Tablets, L, 50s ea | | 3.00 | |
| | | 7.45 | |
| **(MILLER PHARM.)** | | | |
| Cap, 500 mg., 100s ea | 17204-0956-40 | 10.50 | 21.00 |
| **(NATURE'S BOUNTY)** | | | |
| SEE CATALOG SECTION | | | |
| L, 50s doz | | 52.32 | 5.95 |
| **(NEUROVITES)** | | | |
| L,Tablets, U.S.P., 500 mg, 100s ea | | 6.50 | 10.50 |
| **(RUGBY)** | | | |
| Tab, L, Captab, 50s ea | 00536-7051-06 | 4.29 | |
| **(SUNDOWN VITAMIN)** | | | |
| L,Tablets, 500 mg, 30s ea | (454) | 2.55 | |
| **(TYSON)** | | | |
| Cap, L, 700 mg., 50s ea | 53335-0049-11 | 5.80 | 5.80 |
| | | | 11.60 |
| 100s ea | 53335-0049-14 | 10.15 | 10.15 |
| | | | 20.30 |
| Pow, L, 700 mg, 150 gm ea | 53335-0048-29 | 14.00 | 14.00 |
| | | | 28.00 |
| **L-ARGININE MONOHYDROCHLORIDE** | | | |
| **(A-A SPECTRUM)** | | | |
| SEE CATALOG SECTION | | | |
| Pow, 100 gm ea ℞ | 49452-0720-01 | 11.30 | |
| 1000 gm ea | 49452-0720-02 | 75.60 | |
| **(AMINO ACIDS)** | | | |
| Powder, 99 %, 25 gm ea | | 6.75 | |
| 100 gm ea | | 11.50 | |
| 500 gm ea | | 38.00 | |
| **(APPROVED)** | | | |
| Tablets, 500 mg, 30s ea | 00598-1209-30 | 2.88 | |
| **(INTEGRA CHEM)** | | | |
| Pow, 100 gm ea | (A-902) | 13.50 | |
| 500 gm ea | | 51.25 | |
| 1000 gm ea | | 82.00 | |
| **(CITY CHEM)** | | | |
| Pow, 98 %, 25 gm ea | (A1535) | 8.25 | |
| 100 gm ea | | 14.50 | |
| **(PASADENA RESEARCH)** | | | |
| Cap, 700 mg, 50s ea | (3000) | 10.21 | 8.75 |
| 100s ea | (4000) | 20.71 | 17.75 |
| **ARGYROL S.S. (IOLAB)** | | | |
| Sol, 10 %, .5 oz ea | 00058-0267-15 | 9.48 | 7.90 |
| 1 oz ea | 00058-0267-30 | 12.84 | 10.70 |
| Dropperettes Appl, 20 %, | | | |
| 1 ml 12s ea ℞ | 00058-0768-12 | 23.16 | 19.30 |
| **ARISTOCORT ℞ (FUJISAWA)** | | | |
| **TRIAMCINOLONE DIACETATE** | | | |
| Via, For Injection, 25 mg./ml., | | | |
| 5 ml ea | 00205-4422-31 | 20:10 | 16.93 |
| **ARISTOCORT ℞ (FUJISAWA)** | | | |
| **TRIAMCINOLONE** | | | |
| Tab, Tablets, 1 mg., 50s ea | 00005-4409-18 | 15.62 | 13.15 |
| 2 mg., 100s ea | 00005-4405-23 | 65.72 | 55.34 |
| 4 mg., 30s ea | 00005-4406-13 | 37.55 | 31.62 |
| 100s ea | 00005-4406-23 | 118.93 | 100.15 |
| 8 mg., 50s ea | 00005-4444-18 | 97.47 | 82.08 |
| **ARISTOCORT ℞ (FUJISAWA)** | | | |
| **TRIAMCINOLONE ACETONIDE** | | | |
| Cre, Topical, 0.025 %, 15 gm ea | 00005-5130-09 | 5.70 | 4.80 |
| 60 gm ea | 00005-5130-40 | 12.11 | 10.20 |
| 5.25 lb ea | 00005-5130-54 | 60.75 | 51.16 |
| 0.1 %, 15 gm ea | 00005-5131-09 | 7.84 | 6.60 |
| 60 gm ea | 00005-5131-40 | 19.08 | 16.07 |
| 240 gm ea | 00005-5131-57 | 60.23 | 50.72 |
| 5.25 lb ea | 00005-5131-54 | 91.91 | 77.40 |
| 0.5 %, 15 gm ea | 00005-5132-09 | 21.27 | 17.91 |
| 240 gm ea | 00005-5132-57 | 209.56 | 176.47 |
| Oin, Topical, 0.1 %, 15 gm ea | 00005-5175-09 | 7.84 | 6.60 |
| 60 gm ea | 00005-5175-40 | 19.08 | 16.07 |
| 240 gm ea. | 00005-5175-57 | 60.23 | 50.72 |
| 5 lb ea | 00005-5175-70 | 98.41 | 82.87 |
| 0.5 %, 15 gm ea | 00005-5178-09 | 21.27 | 17.91 |
| **ARISTOCORT A ℞ (FUJISAWA)** | | | |
| **TRIAMCINOLONE ACETONIDE** | | | |
| Cre, 0.025 %, 15 gm ea | 00005-5169-09 | 7.67 | 6.46 |
| 60 gm ea | 00005-5169-40 | 18.88 | 15.90 |
| 0.1 %, 15 gm ea | 00005-5191-09 | 9.73 | 8.19 |
| 60 gm ea | 00005-5191-40 | 24.90 | 20.97 |
| 240 gm ea | 00005-5191-57 | 95.27 | 80.23 |
| 0.5 %, 15 gm ea | 00005-5192-09 | 26.71 | 22.49 |
| Oin, 0.1 %, 15 gm ea | 00005-5468-09 | 9.73 | 8.19 |
| 60 gm ea | 00005-5468-40 | 24.90 | 20.97 |
| **ARISTOCORT FORTE ℞ (FUJISAWA)** | | | |
| **TRIAMCINOLONE DIACETATE** | | | |
| Via, 40 mg./ml., 1 ml ea | 00205-4450-24 | 6.52 | 5.49 |
| 5 ml ea | 00205-4450-31 | 22.84 | 19.23 |
| **ARISTOLOCHIA CLEMATITIS** | | | |
| **(BOIRON-BORNEMAN)** | | | |
| Pellets, 3c,4c,5c,6c, 4 gm ea | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.73 | 3.40 |
| 200c,1m, 4 gm ea | | 2.40 | 4.70 |
| 10m, 4 gm ea | | 3.06 | 6.00 |
| 50m, 4 gm ea | | 3.93 | 7.70 |
| CM, 4 gm ea | | 5.38 | 10.55 |
| **ARISTOLOCHIA SERPENTARIA** | | | |
| **(BOIRON-BORNEMAN)** | | | |
| Pellets, 3c,4c,5C,6c, 4 gm ea | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.73 | 3.40 |
| 200c,1m, 4 gm ea | | 2.40 | 4.70 |
| 10m, 4 gm ea | | 3.06 | 6.00 |
| 50m, 4 gm ea | | 3.93 | 7.70 |
| CM, 4 gm ea | | 5.38 | 10.55 |
| **ARISTO-PAK 4 ℞ (FUJISAWA)** | | | |
| **TRIAMCINOLONE** | | | |
| Tab, Therapy Pack, 4 mg., | | | |
| 16s ea | 00005-4406-07 | 18.18 | 15.31 |
| **ARISTOSPAN ℞ (FUJISAWA)** | | | |
| **TRIAMCINOLONE HEXACETONIDE** | | | |
| Via, 20 mg./ml., 1 ml ea | 00205-4505-24 | 7.77 | 6.54 |
| 5 ml ea | 00205-4505-31 | 27.13 | 22.85 |
| **ARISTOSPAN INTRALESIONAL ℞ (FUJISAWA)** | | | |
| **TRIAMCINOLONE HEXACETONIDE** | | | |
| Via, 5 mg./ml., 5 ml ea | 00205-4502-31 | 10.82 | 9.11 |
| **ARITHMIN ℞ (LANNETT)** | | | |
| Tab, 100 mg., 100s ea | 00527-1257-01 | 8.00 | |
| 200 mg., 100s ea | 00527-1258-01 | 11.20 | |
| **ARKO-PRODUCTS (ARKOPHARMA)** | | | |
| Arko-Aging, ea | 99496-5180-14 | 7.05 | |
| Arko-Allergy, ea | 99496-5130-19 | 7.17 | |
| Arko-Bone, ea | 99496-5220-11 | 7.17 | |
| Arko-Boost, 2000, ea | 99496-5080-13 | 8.97 | |
| Arko-Bp 2000, ea | 99496-5140-16 | 6.57 | |
| Arko-Digest, ea | 99496-5160-10 | 5.97 | |
| Arko-Fiber, ea | 99496-5090-12 | 4.50 | |
| Arko-Flu, ea | 99496-5110-15 | 7.77 | |
| Arko-H 2000, ea | 99496-5070-18 | 6.30 | |
| Arko-Lax, ea | 99496-5100-18 | 5.97 | |
| Arko-Lestero, 2000, ea | 99496-5210-14 | 8.07 | |
| Arko-Male, ea | 99496-5170-17 | 10.17 | |
| Arko, menopause, ea | 99496-5120-12 | 7.65 | |
| Arko-Migrain, 2000, ea | 99496-5020-13 | 7.05 | |
| Arko-Pms, ea | 99496-5150-13 | 8.67 | |
| Arko-Prostat, ea | 99496-5240-13 | 5.97 | |
| Arko-Protect, ea | 99496-5230-18 | 8.97 | |
| Arko-Rheuma, 2000, ea | 99496-5060-11 | 7.77 | |
| Arko-Skin, ea | 99496-5200-17 | 11.37 | |
| Arko-Sleep, ea | 99496-5030-10 | 5.97 | |
| Arko-Slim, 2000, ea | 99496-5010-16 | 5.97 | |
| Arko-Stress, 2000, ea | 99496-5050-14 | 6.57 | |
| Arko-Tranqui, ea | 99496-5040-17 | 7.77 | |
| Arko-Vision, ea | 99496-5020-15 | 6.90 | |
| **ARLIDIN ℞ (RHONE-POULENC/PHARM)** | | | |
| **NYLIDRIN HCL** | | | |
| Tab, 6 mg., 100s ea | 00075-0045-00 | 70.73 | |
| 12 mg., 100s ea | 00075-0046-00 | 106.50 | |
| **ARMAN'S (ARMAN)** | | | |
| Liquid, Ear Drops, 15 ml ea | | 1.50 | 2.49 |



**DiaBeta** GLYBURIDE HOECHST-ROUSSEL
Hoechst-Roussel Pharmaceuticals Inc.
Somerville, New Jersey 08876

**Imodium A-D** loperamide HCl    Fast relief for acute diarrhea    McNEIL
McNeil-PPC, Inc.
Fort Washington, PA 19034 U.S.A.

| PROD/MFR | NDC/PROD NO. | AWP | DP/SRP |
|---|---|---|---|
| (PARMED) | | | |
| Cap, 500 mg., 50s ea. | 00349-8018-50 | 101.32 | |
| 100s ea. | 00349-8018-01 | 188.95 | |
| 250s ea. | 00349-8018-25 | 472.40 | |
| (PUREPAC) | | | |
| Cap, 500 mg., 50s ea. | 00228-2524-42 | 89.19 | |
| 100s ea. | 00228-2524-10 | 178.38 | |
| (REDI-MED) | | | |
| Cap, 500 mg., 10s ea. | 53506-0379-10 | 16.27 | 14.15 |
| 14s ea. | 53506-0379-14 | 22.66 | 19.70 |
| 20s ea. | 53506-0379-20 | 32.20 | 28.00 |
| (SCHEIN) | | | |
| Cap, 500 mg., 100s ea. | 00364-2407-01 | 157.50 | |
| (TEXAS DRUG REPS, INC) | | | |
| Cap, 500 mg., 100s ea. | 47202-2981-01 | 182.00 | 161.25 |
| (UDL) | | | |
| Cap, 10x10, 500 mg., 100s ea UD | 51079-0614-20 | 187.30 | 154.52 |
| (UNITED RESEARCH) | | | |
| Cap, Maroon, 500 mg., 50s ea | 00677-1362-02 | 98.00 | |
| 100s ea. | 00677-1362-01 | 181.50 | |
| (ZENITH) | | | |
| SEE CATALOG SECTION | | | |
| Cap, 500 mg., 50s ea. | 00172-4058-48 | 90.00 | |
| 100s ea. | 00172-4058-60 | 160.00 | |
| Tab, 1000 mg., 24s ea. | 00172-4059-43 | 82.00 | |
| 50s ea. | 00172-4059-48 | 160.00 | |
| 100s ea. | 00172-4059-60 | 310.00 | |

## Cefadyl® Sterile Cepharin Sodium
## Apothecon® A Bristol-Meyers Squibb Company

**CEFADYL R (APOTHECON)**

| | | | |
|---|---|---|---|
| Pdi, Add-Vantage, 1 gm., 1s ea.. | 00015-7628-18 | 4.12 | 3.61 |
| 2 gm., 1s ea.. | 00015-7629-18 | 7.83 | 6.85 |
| Nested, 500 mg., 1s ea. | 00015-7627-28 | 2.29 | 2.01 |
| 10s ea. | 00015-7627-94 | 23.80 | 20.10 |
| 1 gm., 1s ea. | 00015-7628-28 | 3.75 | 3.28 |
| 10s ea. | 00015-7628-98 | 38.90 | 32.80 |
| 2 gm., 1s ea. | 00015-7629-30 | 7.45 | 6.51 |
| 10s ea. | 00015-7629-94 | 77.30 | 65.10 |
| Nested Bulk, 20 gm., 1s ea. | 00015-7613-20 | 71.83 | 62.75 |
| Piggyback, 1 gm., 1s ea. | 00015-7628-22 | 4.00 | 3.50 |
| 2 gm., 1s ea. | 00015-7629-28 | 7.70 | 6.73 |
| 4 gm., 1s ea. | 00015-7630-20 | 14.99 | 13.10 |

**(BRISTOL MYERS/INST.)**

| | | | |
|---|---|---|---|
| Pdi, Nested Bulk, 20 gm., 10s ea. | 00015-7613-95 | 745.10 | 627.50 |
| Piggyback, 1 gm., 10s ea. | 00015-7628-95 | 41.50 | 35.00 |
| 2 gm., 10s ea. | 00015-7629-95 | 79.90 | 67.30 |
| 4 gm., 10s ea. | 00015-7630-99 | 155.50 | 131.00 |

**CEFANEX R (APOTHECON) CEPHALEXIN MONOHYDRATE**

| | | | |
|---|---|---|---|
| Cap, 250 mg., 100s ea. | 00087-7375-62 | 48.00 | 41.93 |
| 500 mg., 100s ea. | 00087-7376-62 | 94.00 | 82.12 |

## Cefazolin Sodium
## Apothecon® A Bristol-Meyers Squibb Company

**CEFAZOLIN SODIUM R (APOTHECON)**

| | | | |
|---|---|---|---|
| Pdi, 500 mg., 10s ea. | 00003-2927-30 | 18.00 | 14.40 |
| 1 gm., 10s ea. | 00003-2928-30 | 35.25 | 28.20 |
| Piggyback, 10s ea. | 00003-2928-40 | 39.90 | 31.92 |
| Bulk, 10 gm., 10s ea. | 00003-2930-40 | 353.30 | 282.64 |

**(GENEVA GENERICS)**

| | | | |
|---|---|---|---|
| Pdi, 10 ML, 500 mg., 10s ea. | 00781-3718-70 | 29.47 | |
| 10 Ml, 1 gm., 10s ea. | 00781-3722-70 | 58.84 | |
| 100 Ml, 10s ea. | 00781-3724-46 | 66.54 | |
| 10 gm., 10s ea. | 00781-3726-46 | 353.20 | |

**(GOLDLINE)**

| | | | |
|---|---|---|---|
| 1 gm., 1s ea. | 00182-3044-63 | 6.08 | |

**(LEMMON)**

| | | | |
|---|---|---|---|
| Pdi, Sterile, 500 mg., 10s ea. | 00093-0704-68 | 29.50 | |
| 1 gm., 10s ea. | 00093-0705-68 | 58.90 | |
| 10 gm., 5s ea. | 00093-0709-70 | 165.10 | |
| Piggyback, 500 mg., 5s ea.. | 00093-0706-69 | 18.55 | |
| 1 gm., 5s ea. | 00093-0707-69 | 33.20 | |

**(LILLY) SEE KEFZOL**

**(LOCH PHARMACEUTICALS)**

| | | | |
|---|---|---|---|
| Pdi, Preservative Free, 250 mg., 10s ea. | 55390-0001-10 | 22.50 | |
| Preservative Free, 500 mg., 10s ea. | 55390-0002-10 | 26.50 | |
| Preservative Free, 1 gm., 10s ea. | 55390-0004-10 | 50.75 | |
| 500 mg., 6s ea. | 55390-0003-06 | 18.78 | |
| Piggyback, 1 gm., 6s ea. | 55390-0005-06 | 33.78 | |
| Pharmacy Bulk Vial, 5 gm., 6s ea. | 55390-0006-06 | 180.00 | |
| 10 gm., 6s ea. | 55390-0007-06 | 300.00 | |

**(LYPHO-MED/F)**

| | | | |
|---|---|---|---|
| Pdi, 500 mg., 25s ea. | 00469-2360-30 | 80.94 | |
| Piggyback, 10s ea. | 00469-2363-00 | 40.88 | |
| 1 gm., 25s ea. | 00469-2370-30 | 162.19 | |
| Piggyback, 10s ea. | 00469-2373-00 | 73.25 | |
| Bulk, 10 gm., 10s ea. | 00469-2381-00 | 367.13 | |
| 20 gm., 10s ea. | 00469-4461-00 | 584.38 | |

**(PASADENA RESEARCH)**

| | | | |
|---|---|---|---|
| Pdi, 500 mg., 10s ea. | 00418-2360-10 | 3.03 | 2.60 |
| 1000 mg., 1s ea. | 00418-2370-10 | 5.95 | 5.10 |

**(SCHEIN)**

| | | | |
|---|---|---|---|
| Pdi, Sterile, 500 mg., 1s ea. | 00364-2464-54 | 3.00 | |
| 1s ea. | 00364-2464-61 | 3.55 | |
| 1 gm., 1s ea. | 00364-2465-54 | 5.90 | |
| 1s ea. | 00364-2465-61 | 6.50 | |
| 10 gm., 1s ea. | 00364-2466-61 | 58.00 | |

**(SK BEECHAM) SEE ANCEF**

**CEFINAL II (ALTO)**

| | | | |
|---|---|---|---|
| Tab, 100s ea. | 00731-0135-01 | 19.50 | |

**CEFIZOX R (SKF) SEE CATALOG SECTION**

| | | | |
|---|---|---|---|
| Pdi, 1 gm., 1s ea. | 00007-3315-01 | 11.16 | |
| 2 gm., 1s ea. | 00007-3317-01 | 20.73 | |
| Bulk, 10 gm., 10s ea. | 00007-3324-11 | 1023.96 | |
| Piggybk, 1 gm., 10s ea. | 00007-3316-11 | 120.54 | |
| 2 gm., 10s ea. | 00007-3318-11 | 225.95 | |
| Int, Premixed In Viaflex D5w, 1 gm./50 ml 24s ea. | 00007-3320-04 | 310.67 | |
| Premix In Viaflex D5w, 2 gm./50 ml., 50 ml 24s ea. | 00007-3321-04 | 527.47 | |

**CEFOBID R (ROERIG)**

| | | | |
|---|---|---|---|
| Pdi, I.M./I.V., 1 gm., 10s ea. | 00049-1201-83 | 129.16 | 108.77 |
| 2 gm., 10s ea. | 00049-1202-83 | 258.32 | 217.53 |
| 1 gm., 10s ea. | 00049-1211-83 | 138.20 | 116.38 |
| 2 gm., 10s ea. | 00049-1212-83 | 276.40 | 232.76 |
| PharM. Bulk Pkg., 10 gm., 1s ea. | 00049-1219-28 | 123.73 | 104.19 |

**CEFOL R (ABBOTT) MULTIPLE VITAMINS SEE PAGE 41**

| | | | |
|---|---|---|---|
| Tab, 100s ea. | 00074-6089-13 | 26.46 | 22.28 |

**CEFOTAN R (STUART) SEE PAGE 59**

| | | | |
|---|---|---|---|
| Pdi, I.M./I.V.-10 ML. Vial, 1 gm., 1s ea. | 00038-0376-10 | 10.52 | |
| I.M./I.V.-100 ML. Vial, 1s ea. | 00038-0376-11 | 11.05 | |
| I.M./I.V.-20 ML. Vial, 2 gm., 1s ea. | 00038-0377-20 | 20.64 | |
| I.M./I.V.-100 ML. Vial, 1s ea. | 00038-0377-21 | 21.70 | |
| 10 gm., 1s ea. | 00038-0375-10 | 111.56 | |

**CEFTIN R (ALLEN/HANBURYS) SEE PAGE 42**

| | | | |
|---|---|---|---|
| Tab, 125 mg., 20s ea. | 00173-0395-00 | 26.72 | |
| 60s ea. | 00173-0395-01 | 76.33 | |
| 100s ea UD. | 00173-0395-02 | 131.14 | |
| 250 mg., 20s ea. | 00173-0387-00 | 50.75 | |
| 60s ea. | 00173-0387-42 | 144.89 | |
| 100s ea UD. | 00173-0387-02 | 245.41 | |
| 500 mg., 20s ea. | 00173-0394-00 | 96.31 | |
| 60s ea. | 00173-0394-42 | 284.73 | |
| 50s ea UD. | 00173-0394-01 | 239.24 | |

**CELESTE (CELESTE IND)**
Hand/Face, Refresher Towel, 50s bx/packets ........ 10.00

**CELESTONE R (SCHERING) BETAMETHASONE**

| | | | |
|---|---|---|---|
| Syr, 0.6 mg./5 ml., 4 oz ea | 00085-0942-05 | 25.08 | |
| Tab, 0.6 mg., 21s ea UD. | 00085-0011-01 | 22.32 | |
| 100s ea. | 00085-0011-05 | 100.44 | |

**CELESTONE PHOSPHATE R (SCHERING) BETAMETHASONE SOD. PHOS.**

| | | | |
|---|---|---|---|
| Via, 3 mg./ml., 5 ml ea. | 00085-0879-01 | 11.04 | |

**CELESTONE SOLUSPAN R (SCHERING)**

| | | | |
|---|---|---|---|
| Via, 6 mg./ml., 5 ml 1s ea. | 00085-0566-05 | 14.94 | |

## Trental® 400 mg Tablets (pentoxifylline)
Hoechst-Roussel Pharmaceuticals Inc. Somerville, New Jersey 08876-1258

**CELLOTHYL (NUMARK)**

| | | | |
|---|---|---|---|
| Tab, 100s ea. | 55499-0402-20 | 3.60 | |

**CELLULITE-B (ALTO)**

| | | | |
|---|---|---|---|
| Tab, 90s ea. | 0731-0700-09 | 6.00 | 8.95 |

**CELLUVISC (ALLERGAN)**

| | | | |
|---|---|---|---|
| Sol, 0.3 ML. Per Pac, 1%, 1 ml 30s ea. | 00023-4554-30 | 6.95 | |

**CELONTIN R (PARKE-DAVIS) SEE PAGE 54**

| | | | |
|---|---|---|---|
| Cap, 150 mg., 100s ea. | 00071-0537-24 | 29.36 | 24.47 |
| 300 mg., 100s ea. | 00071-0525-24 | 46.06 | 38.38 |

**CEL-U-DEX (CEL-U-DEX)**
A-Pen-Dex, Plastic Label Holder,
Bind-X, Label Holder,
Crown Tip, Index Tabs, Tray Label Holders,
Hi-Lo, Triangular Label Holders,..
Hol-Dex, Label Holders,
Iris, Loose, Leaf Dividers, 5-8 Tab Set,
Pressure, Sensitive Tabs, Pre-Cut,

**CEMILL (MILLER PHARM.)**

| | | | |
|---|---|---|---|
| Tab, S.R., 500 mg., 100s ea. | 17204-0408-40 | 4.50 | 9.00 |
| 1000 mg., 100s ea. | 17204-0405-40 | 6.00 | 12.00 |
| W/Bioflavonoids, 500 mg., 100s ea. | 17204-0407-40 | 4.75 | 9.50 |

**CENAFED (CENTURY PHARM.)**

| | | | |
|---|---|---|---|
| Syr, 30 mg./5 cc., 4 oz ea. | 00436-0948-04 | .90 | |
| 16 oz ea. | 00436-0948-16 | 1.88 | |
| 1 gal ea. | 00436-0948-28 | 11.00 | |
| Tab, 60 mg., 100s ea R. | 00436-0171-01 | 2.55 | |
| 1000s ea. | 00436-0171-10 | 22.00 | |

**CENA K R (CENTURY PHARM.) POTASSIUM CHLORIDE**

| | | | |
|---|---|---|---|
| Liq, S.F., 10 %, 480 ml ea. | 00436-0522-16 | 1.80 | |
| 3840 ml ea. | 00436-0522-28 | 9.90 | |
| 40 meq./15 ml., 480 ml ea. | 00436-0523-16 | 3.00 | |
| 3840 ml ea. | 00436-0523-28 | 10.90 | |

**CENCHRIS CONTORTIX (BOIRON-BORNEMAN)**

| | | | |
|---|---|---|---|
| Pellets, 3c,4c,5c,6c, 4 gm ea. | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.73 | 3.40 |
| 200c,1m, 4 gm ea. | | 2.40 | 4.70 |
| 10m, 4 gm ea. | | 3.06 | 6.00 |
| 50m, 4 gm ea. | | 3.93 | 7.70 |
| CM, 4 gm ea. | | 5.38 | 10.55 |

**CENOCORT A-40 R (CENTRAL) TRIAMCINOLONE ACETONIDE**

| | | | |
|---|---|---|---|
| Via, 40 mg./ml., 5 ml ea. | 00131-1015-04 | 17.85 | |

**CENOCORT FORTE R (CENTRAL) TRIAMCINOLONE DIACETATE**

| | | | |
|---|---|---|---|
| Via, 40 mg./ml., 5 ml ea. | 00131-1095-04 | 12.35 | |

**CENOLATE R (ABBOTT HOSP) SODIUM ASCORBATE**

| | | | |
|---|---|---|---|
| Amp, 4x25, 500 mg., 1 ml 100s ea. | 00074-3118-02 | 178.13 | 150.00 |
| 1000 mg., 2 ml 100s ea. | 00074-3397-02 | 229.19 | 193.00 |

**CENTRALINE (BIOLINE)**

| | | | |
|---|---|---|---|
| Tab, 100s ea. | 00719-2343-10 | 4.70 | |

**CENTRA-VITE (MOORE,H.L.)**

| | | | |
|---|---|---|---|
| Tab, For Child, 60s ea. | 00839-7293-05 | 2.69 | |

**CENTRAX C (PARKE-DAVIS,) PRAZEPAM**

| | | | |
|---|---|---|---|
| Cap, 5 mg., 100s ea. | 00071-0552-24 | 46.27 | 38.56 |
| 500s ea. | 00071-0552-30 | 224.64 | 187.20 |
| 10 mg., 100s ea. | 00071-0553-24 | 53.78 | 44.82 |
| 500s ea. | 00071-0553-30 | 260.66 | 217.22 |
| 20 mg., 100s ea. | 00071-0554-24 | 87.96 | 73.30 |

**CENTROVITE (RUGBY)**

| | | | |
|---|---|---|---|
| Tab, 130s ea. | 00536-3442-38 | 4.29 | |

**CENTROVITE JR. (RUGBY)**

| | | | |
|---|---|---|---|
| Tab, Chewable, 100s ea. | 00536-3443-08 | 2.43 | |

**CENTRUM (LEDERLE)**

| | | | |
|---|---|---|---|
| Liq, 240 ml ea. | 00005-4343-61 | 6.59 | 5.55 |
| Tab, 60s ea. | 00005-4239-15 | 6.44 | 5.42 |
| Combopack, 100s ea. | 00005-4239-30 | 10.72 | 9.03 |
| Silver, 60s ea. | 00005-4177-19 | 6.82 | 5.74 |

Pedia Profen™ Ibuprofen Suspension 100 mg/5ml — The #1 dispensed pediatric ibuprofen — McNeil Consumer Products Company, Division of McNeil-PPC Inc. Fort Washington PA 19034 USA © McN 1991 IMS data September 1993

9