# Exhibit G

# Montana Medicaid - Fee Schedule
## Physician

## Definitions:

*Modifier* – When a modifier is present, this indicates system may have different reimbursement or code edits for that procedure code/modifier combination.
For example:
26 = professional component
TC = technical component

*Description* – Procedure code short description. You must refer to the appropriate official CPT-4, HCPCS or CDT-3 coding manual for complete definitions in order to assure correct coding.

*Effective* – This is the first date of service for which the listed fee is applicable.

*Method* – Source of fee determination
Fee Sched: Medicaid fee; not determined using RBRVS payment schedule
Medicare: Medicare-prevailing fee. Laboratory services paid at fee shown.
**By Report (BR)**: Equals 51% of billed charges
Anes Value: Number of anesthesia base value units. This is added to the 15 min. time increment units and multiplied by the anesthesia conversion factor of $26.25.
RBRVS: Based on Medicare Relative Value Units (RVU's) x Montana Medicaid conversion factor x policy adjuster

*Fees*  The facility rate is paid to physicians/practitioners providing services in a hospital, emergency room, or ambulatory surgery center site of service. All other sites of service receive the office rate. Procedures not normally done in the office are shown with the same facility rate, while those done in both locations have different rates. Bundled services, which are covered but paid as part of a related service, are shown with an RBRVS method and a fee of $0.00.

*Global Days* – Global surgery indicator. Global surgery periods are pre- and post-operative time frames assigned to surgical procedures
**000**: Same day as procedure
**010**: Same day and ten days following procedure
**090**: One day prior to and ninety days following procedure
**MMM**: In maternity cases, the global period is per the CPT-4 code description
**ZZZ**: Add-on code, global period does not apply. An add-on code must be billed with its associated primary code
**Space**: Global concept does not apply to this code

*PA* – Prior Authorization
Y: Prior authorization is required
Space - this indicator does not apply to this code

### Indicators

Mult - Multiple surgery guidelines do apply
Bilat - Bilateral. The procedure can be done bilaterally
Assist - Assistant. An assistant is allowed for this procedure
Co-Surg - Co-Surgery. A co-surgeon is allowed for this procedure
Team - A team of surgeons is allowed for this procedure
Y - indicator is applicable to this code
Space - this indicator does not apply to this code

CPT codes, descriptions and other data only are copyright 1999 American Medical Association for such other date of publication of CPT). All Rights Reserved. Applicable FARS/DFARS Apply.

Please see first page for a complete description
of information contained in the fee schedules.

1

Fees as of January 2003

## Montana Medicaid - Fee Schedule
### Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| G0241 | | EACH ADDITIONAL 30 MINUTES | 7/1/2002 | RBRVS | $84.60 | $84.60 | ZZZ | | | | | | |
| G0245 | | INITIAL FOOT EXAM PTLOPS | 7/1/2002 | RBRVS | $49.35 | $37.04 | | | | | | | |
| G0246 | | FOLLOWUP EVAL OF FOOT PT LOP | 7/1/2002 | RBRVS | $28.90 | $18.85 | | | | | | | |
| G0247 | | ROUTINE FOOT CARE PT W LOPS | 7/1/2002 | RBRVS | $31.68 | $22.46 | | | | | | | |
| G0248 | | DEMONSTRATE USE HOME INR MON | 7/1/2002 | RBRVS | $78.76 | $78.76 | | | | | | | |
| G0249 | | PROVIDE TEST MATERIAL EQUIPMENT | 7/1/2002 | RBRVS | $55.86 | $55.86 | | | | | | | |
| G0250 | | MD REVIEW INTERPRET OF TEST | 7/1/2002 | RBRVS | $7.91 | $7.91 | | | | | | | |
| G0253 | | PET IMAGING FOR BREAST CANCER DE | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| G0253 | TC | PET IMAGING FOR BREAST CANCER DE | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| G0253 | 26 | PET IMAGING FOR BREAST CANCER DE | 1/1/2003 | RBRVS | $22.01 | $22.01 | | | | | | | |
| G0254 | | PET IMAGING FOR BREAST CANCER EV | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| G0254 | TC | PET IMAGING FOR BREAST CANCER EV | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| G0254 | 26 | PET IMAGING FOR BREAST CANCER EV | 1/1/2003 | RBRVS | $22.01 | $22.01 | | | | | | | |
| G0257 | | UNSCHED DIALYSIS ESRD PT HOS | 1/1/2003 | RBRVS | $0.00 | $0.00 | | | | | | | |
| G0262 | | SM INTESTINAL IMAGE CAPSULE | 1/1/2003 | RBRVS | $523.57 | $523.57 | | | | | | | |
| G0262 | TC | SM INTESTINAL IMAGE CAPSULE | 1/1/2003 | RBRVS | $571.01 | $571.01 | | | | | | | |
| G0262 | 26 | SM INTESTINAL IMAGE CAPSULE | 1/1/2003 | RBRVS | $94.74 | $94.74 | | | | | | | |
| G0268 | | REMOVAL OF IMPACTED WAX MD | 1/1/2003 | RBRVS | $16.84 | $7.62 | 000 | | | | | | |
| G0269 | | OCCLUSIVE DEVICE IN VEIN ART | 1/1/2003 | RBRVS | $0.00 | $0.00 | | | Y | | | | |
| G0270 | | MNT SUBS TX FOR CHANGE DX | 1/1/2003 | RBRVS | $13.37 | $13.37 | | | | | | | |
| G0271 | | GROUP MNT 2 OR MORE 30 MINS | 1/1/2003 | RBRVS | $5.26 | $5.26 | | | | | | | |
| G0272 | | NASO/ORO GASTRIC TUBE PL MD | 1/1/2003 | RBRVS | $4.12 | $4.12 | 000 | | | | | | |
| G0273 | | PRETX PLANNING NON-HODGKINS | 1/1/2003 | RBRVS | $323.94 | $323.94 | | | Y | | | | |
| G0273 | TC | PRETX PLANNING NON-HODGKINS | 1/1/2003 | RBRVS | $359.51 | $359.51 | | | Y | | | | |
| G0273 | 26 | PRETX PLANNING NON-HODGKINS | 1/1/2003 | RBRVS | $39.24 | $39.24 | | | Y | | | | |
| G0274 | | RADIOPHARM TX NON-HODGKINS | 1/1/2003 | RBRVS | $100.20 | $100.20 | | | Y | | | | |
| G0274 | TC | RADIOPHARM TX NON-HODGKINS | 1/1/2003 | RBRVS | $87.09 | $87.09 | | | | | | | |
| G0274 | 26 | RADIOPHARM TX NON-HODGKINS | 1/1/2003 | RBRVS | $94.42 | $94.42 | | | | | | | |
| G0275 | | RENAL ANGIO CARDIAC CATH | 1/1/2003 | RBRVS | $3.03 | $3.03 | ZZZ | | | | | | |
| G0278 | | ILIAC ART ANGIO CARDIAC CATH | 1/1/2003 | RBRVS | $3.03 | $3.03 | ZZZ | | | | | | |
| G0279 | | EXCORP SHOCK TX ELBOW EPI | 1/1/2003 | RBRVS | $41.02 | $41.02 | | | | | | | |
| G0280 | | EXCORP SHOCK TX OTHER THAN | 1/1/2003 | RBRVS | $41.02 | $41.02 | | | | | | | |
| G0281 | | ELEC STIM UNATTEND FOR PRESS | 1/1/2003 | RBRVS | $10.02 | $2.17 | | | | | | | |
| G0283 | | ELEC STIM OTHER THAN WOUND | 1/1/2003 | RBRVS | $10.02 | $2.17 | | | | | | | |
| G0288 | | RECON CTA FOR SURG PLAN | 1/1/2003 | RBRVS | $298.84 | $298.84 | | | | | | | |
| G0289 | | ARTHRO LOOSE BODY + CHONDRO | 1/1/2003 | RBRVS | $22.46 | $22.46 | ZZZ | | Y | Y | | | |
| J0120 | | TETRACYCLIN INJECTION | 1/1/1991 | FEE SCHED | $10.25 | $0.00 | | | | | | | |
| J0130 | | ABCIXIMAB INJECTION | 3/1/2003 | FEE SCHED | $459.02 | $0.00 | | | | | | | |
| J0150 | | INJECTION ADENOSINE 6 MG | 3/1/2003 | FEE SCHED | $33.79 | $0.00 | | | | | | | |
| J0151 | | ADENOSINE INJECTION | 3/1/2003 | FEE SCHED | $199.70 | $0.00 | | | | | | | |
| J0170 | | ADRENALIN EPINEPHRIN INJECT | 3/1/2003 | FEE SCHED | $1.86 | $0.00 | | | | | | | |
| J0190 | | INJ BIPERIDEN LACTATE/5 MG | 1/1/1991 | FEE SCHED | $2.55 | $0.00 | | | | | | | |
| J0200 | | ALATROFLOXACIN MESYLATE | 3/1/2003 | FEE SCHED | $17.04 | $0.00 | | | | | | | |

Please see first page for a complete description of information contained in the fee schedules.

246

Fees as of January 2003

## Montana Medicaid - Fee Schedule
### Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Indicators Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J0205 | | ALGLUCERASE INJECTION | 3/1/2003 | FEE SCHED | $33.58 | $0.00 | | | | | | | |
| J0207 | | AMIFOSTINE | 3/1/2003 | FEE SCHED | $382.36 | $0.00 | | | | | | | |
| J0210 | | METHYLDOPATE HCL INJECTION | 3/1/2003 | FEE SCHED | $10.63 | $0.00 | | | | | | | |
| J0256 | | ALPHA 1 PROTEINASE INHIBITOR | 3/1/2003 | FEE SCHED | $1.87 | $0.00 | | | | | | | |
| J0270 | | ALPROSTADIL FOR INJECTION | 7/1/2002 | FEE SCHED | $15.24 | $0.00 | | | | | | | |
| J0275 | | ALPROSTADIL URETHRAL SUPPOS | 7/1/2002 | FEE SCHED | $17.46 | $0.00 | | | | | | | |
| J0280 | | AMINOPHYLLIN 250 MG INJ | 3/1/2003 | FEE SCHED | $0.94 | $0.00 | | | | | | | |
| J0282 | | AMIODARONE HCL | 3/1/2003 | FEE SCHED | $17.97 | $0.00 | | | | | | | |
| J0285 | | AMPHOTERICIN B | 3/1/2003 | FEE SCHED | $9.90 | $0.00 | | | | | | | |
| J0287 | | AMPHOTERICIN B LIPID COMPLEX | 1/1/2003 | FEE SCHED | $21.02 | $0.00 | | | | | | | |
| J0288 | | AMPHO B CHOLESTERYL SULFATE | 1/1/2003 | FEE SCHED | $14.62 | $0.00 | | | | | | | |
| J0289 | | AMPHOTERICIN B LIPOSOME INJ | 1/1/2003 | FEE SCHED | $34.44 | $0.00 | | | | | | | |
| J0290 | | AMPICILLIN 500 MG INJ | 3/1/2003 | FEE SCHED | $1.48 | $0.00 | | | | | | | |
| J0295 | | AMPICILLIN SODIUM PER 1.5 GM | 3/1/2003 | FEE SCHED | $6.64 | $0.00 | | | | | | | |
| J0300 | | AMOBARBITAL 125 MG INJ | 3/1/2003 | FEE SCHED | $2.14 | $0.00 | | | | | | | |
| J0330 | | SUCCINYCHOLINE CHLORIDE INJ | 3/1/2003 | FEE SCHED | $0.12 | $0.00 | | | | | | | |
| J0350 | | INJECTION ANISTREPLASE 30 U | 7/1/2002 | FEE SCHED | $2,410.24 | $0.00 | | | | | | | |
| J0360 | | HYDRALAZINE HCL INJECTION | 3/1/2003 | FEE SCHED | $15.94 | $0.00 | | | | | | | |
| J0380 | | INJ METARAMINOL BITARTRATE | 3/1/2003 | FEE SCHED | $1.14 | $0.00 | | | | | | | |
| J0390 | | CHLOROQUINE INJECTION | 3/1/2003 | FEE SCHED | $17.61 | $0.00 | | | | | | | |
| J0395 | | ARBUTAMINE HCL INJECTION | 3/1/2003 | FEE SCHED | $163.20 | $0.00 | | | | | | | |
| J0456 | | AZITHROMYCIN | 3/1/2003 | FEE SCHED | $22.08 | $0.00 | | | | | | | |
| J0460 | | ATROPINE SULFATE INJECTION | 3/1/2003 | FEE SCHED | $0.74 | $0.00 | | | | | | | |
| J0470 | | DIMECAPROL INJECTION | 3/1/2003 | FEE SCHED | $21.18 | $0.00 | | | | | | | |
| J0475 | | BACLOFEN 10 MG INJECTION | 3/1/2003 | FEE SCHED | $192.74 | $0.00 | | | | | | | |
| J0476 | | BACLOFEN INTRATHECAL TRIAL | 3/1/2003 | FEE SCHED | $71.40 | $0.00 | | | | | | | |
| J0500 | | DICYCLOMINE INJECTION | 3/1/2003 | FEE SCHED | $14.23 | $0.00 | | | | | | | |
| J0515 | | INJ BENZTROPINE MESYLATE | 3/1/2003 | FEE SCHED | $3.49 | $0.00 | | | | | | | |
| J0520 | | BETHANECHOL CHLORIDE INJECT | 3/1/2003 | FEE SCHED | $4.78 | $0.00 | | | | | | | |
| J0530 | | PENICILLIN G BENZATHINE INJ | 3/1/2003 | FEE SCHED | $9.52 | $0.00 | | | | | | | |
| J0540 | | PENICILLIN G BENZATHINE INJ | 3/1/2003 | FEE SCHED | $18.69 | $0.00 | | | | | | | |
| J0550 | | PENICILLIN G BENZATHINE INJ | 3/1/2003 | FEE SCHED | $40.04 | $0.00 | | | | | | | |
| J0560 | | PENICILLIN G BENZATHINE INJ | 3/1/2003 | FEE SCHED | $5.06 | $0.00 | | | | | | | |
| J0570 | | PENICILLIN G BENZATHINE INJ | 3/1/2003 | FEE SCHED | $5.06 | $0.00 | | | | | | | |
| J0580 | | PENICILLIN G BENZATHINE INJ | 3/1/2003 | FEE SCHED | $10.12 | $0.00 | | | | | | | |
| J0585 | | BOTULINUM TOXIN A PER UNIT | 3/1/2003 | FEE SCHED | $4.17 | $0.00 | | | | | | | |
| J0587 | | BOTULINUM TOXIN TYPE B | 3/1/2003 | FEE SCHED | $7.86 | $0.00 | | | | | | | |
| J0592 | | BUPRENORPHINE HYDROCHLORIDE | 1/1/2003 | FEE SCHED | $0.87 | $0.00 | | | | | | | |
| J0600 | | EDETATE CALCIUM DISODIUM INJ | 3/1/2003 | FEE SCHED | $35.87 | $0.00 | | | | | | | |
| J0610 | | CALCIUM GLUCONATE INJECTION | 3/1/2003 | FEE SCHED | $1.00 | $0.00 | | | | | | | |
| J0620 | | CALCIUM GLYCER & LACT/10 ML | 3/1/2003 | FEE SCHED | $5.36 | $0.00 | | | | | | | |
| J0630 | | CALCITONIN SALMON INJECTION | 3/1/2003 | FEE SCHED | $34.37 | $0.00 | | | | | | | |
| J0636 | | INJ CALCITRIOL PER 0.1 MCG | 1/1/2003 | FEE SCHED | $1.23 | $0.00 | | | | | | | |

Please see first page for a complete description of information contained in the fee schedules.

Fees as of January 2003

## Montana Medicaid - Fee Schedule
### Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Indicators Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J0637 | | CASPOFUNGIN ACETATE | 1/1/2003 | FEE SCHED | $28.16 | $0.00 | | | | | | | |
| J0640 | | LEUCOVORIN CALCIUM INJECTION | 3/1/2003 | FEE SCHED | $15.68 | $0.00 | | | | | | | |
| J0650 | | CALSCORBATE UP TO 100 MG | 4/1/1988 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J0670 | | INJ MEPIVACAINE HCL/10 ML | 3/1/2003 | FEE SCHED | $1.78 | $0.00 | | | | | | | |
| J0690 | | CEFAZOLIN SODIUM INJECTION | 3/1/2003 | FEE SCHED | $1.56 | $0.00 | | | | | | | |
| J0692 | | CEFEPIME HCL FOR INJECTION | 3/1/2003 | FEE SCHED | $7.27 | $0.00 | | | | | | | |
| J0694 | | CEFOXITIN SODIUM INJECTION | 3/1/2003 | FEE SCHED | $9.56 | $0.00 | | | | | | | |
| J0696 | | CEFTRIAXONE SODIUM INJECTION | 3/1/2003 | FEE SCHED | $13.35 | $0.00 | | | | | | | |
| J0697 | | STERILE CEFUROXIME INJECTION | 3/1/2003 | FEE SCHED | $5.74 | $0.00 | | | | | | | |
| J0698 | | CEFOTAXIME SODIUM INJECTION | 3/1/2003 | FEE SCHED | $9.35 | $0.00 | | | | | | | |
| J0702 | | BETAMETHASONE ACET&SOD PHOSP | 3/1/2003 | FEE SCHED | $3.48 | $0.00 | | | | | | | |
| J0704 | | BETAMETHASONE SOD PHOSP/4 MG | 3/1/2003 | FEE SCHED | $2.02 | $0.00 | | | | | | | |
| J0706 | | CAFFEINE CITRATE INJECTION | 3/1/2003 | FEE SCHED | $2.90 | $0.00 | | | | | | | |
| J0710 | | CEPHAPIRIN SODIUM INJECTION | 7/1/2002 | FEE SCHED | $1.39 | $0.00 | | | | | | | |
| J0713 | | INJ CEFTAZIDIME PER 500 MG | 3/1/2003 | FEE SCHED | $6.04 | $0.00 | | | | | | | |
| J0715 | | CEFTIZOXIME SODIUM / 500 MG | 3/1/2003 | FEE SCHED | $4.44 | $0.00 | | | | | | | |
| J0720 | | CHLORAMPHENICOL SODIUM INJEC | 3/1/2003 | FEE SCHED | $6.09 | $0.00 | | | | | | | |
| J0725 | | CHORIONIC GONADOTROPIN/1000U | 3/1/2003 | FEE SCHED | $1.45 | $0.00 | | | | | | | |
| J0735 | | CLONIDINE HYDROCHLORIDE | 3/1/2003 | FEE SCHED | $49.35 | $0.00 | | | | | | | |
| J0740 | | CIDOFOVIR INJECTION | 3/1/2003 | FEE SCHED | $719.10 | $0.00 | | | | | | | |
| J0743 | | CILASTATIN SODIUM INJECTION | 3/1/2003 | FEE SCHED | $14.20 | $0.00 | | | | | | | |
| J0744 | | CIPROFLOXACIN IV | 3/1/2003 | FEE SCHED | $13.27 | $0.00 | | | | | | | |
| J0745 | | INJ CODEINE PHOSPHATE /30 MG | 3/1/2003 | FEE SCHED | $0.43 | $0.00 | | | | | | | |
| J0760 | | COLCHICINE INJECTION | 3/1/2003 | FEE SCHED | $6.33 | $0.00 | | | | | | | |
| J0770 | | COLISTIMETHATE SODIUM INJ | 3/1/2003 | FEE SCHED | $48.45 | $0.00 | | | | | | | |
| J0780 | | PROCHLORPERAZINE INJECTION | 3/1/2003 | FEE SCHED | $2.19 | $0.00 | | | | | | | |
| J0800 | | CORTICOTROPIN INJECTION | 3/1/2003 | FEE SCHED | $83.16 | $0.00 | | | | | | | |
| J0835 | | INJ COSYNTROPIN PER 0.25 MG | 3/1/2003 | FEE SCHED | $15.00 | $0.00 | | | | | | | |
| J0850 | | CYTOMEGALOVIRUS IMM IV /VIAL | 3/1/2003 | FEE SCHED | $626.40 | $0.00 | | | | | | | |
| J0880 | | INJECTION DARBEPOETIN ALFA 5 MCG | 1/1/2003 | FEE SCHED | $21.20 | $0.00 | | | | | | | |
| J0895 | | DEFEROXAMINE MESYLATE INJ | 3/1/2003 | FEE SCHED | $13.25 | $0.00 | | | | | | | |
| J0900 | | TESTOSTERONE ENANTHATE INJ | 3/1/2003 | FEE SCHED | $1.46 | $0.00 | | | | | | | |
| J0945 | | BROMPHENIRAMINE MALEATE INJ | 3/1/2003 | FEE SCHED | $0.78 | $0.00 | | | | | | | |
| J0970 | | ESTRADIOL VALERATE INJECTION | 3/1/2003 | FEE SCHED | $1.45 | $0.00 | | | | | | | |
| J1000 | | DEPO-ESTRADIOL CYPIONATE INJ | 3/1/2003 | FEE SCHED | $0.72 | $0.00 | | | | | | | |
| J1010 | | DEPO-HEPARIN SODIUM 20 000 UNITS | 9/1/1987 | MEDICARE | $3.60 | $0.00 | | | | | | | |
| J1020 | | METHYLPREDNISOLONE 20 MG INJ | 3/1/2003 | FEE SCHED | $2.28 | $0.00 | | | | | | | |
| J1030 | | METHYLPREDNISOLONE 40 MG INJ | 3/1/2003 | FEE SCHED | $4.55 | $0.00 | | | | | | | |
| J1040 | | METHYLPREDNISOLONE 80 MG INJ | 3/1/2003 | FEE SCHED | $9.10 | $0.00 | | | | | | | |
| J1051 | | MEDROXYPROGESTERONE INJ | 1/1/2003 | FEE SCHED | $4.46 | $0.00 | | | | | | | |
| J1055 | | MEDRXYPROGESTER ACETATE INJ | 3/1/2003 | FEE SCHED | $47.69 | $0.00 | | | | | | | |
| J1056 | | MA/EC CONTRACEPTIVEINJECTION | 3/1/2003 | FEE SCHED | $22.94 | $0.00 | | | | | | | |
| J1060 | | TESTOSTERONE CYPIONATE 1 ML | 3/1/2003 | FEE SCHED | $3.96 | $0.00 | | | | | | | |

Please see first page for a complete description
of information contained in the fee schedules.

Fees as of January 2003