# Montana Medicaid - Fee Schedule
## Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Indicators Assist | Indicators CoSurg | Indicators Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J1070 | | TESTOSTERONE CYPIONAT 100 MG | 3/1/2003 | FEE SCHED | $4.61 | $0.00 | | | | | | | |
| J1080 | | TESTOSTERONE CYPIONAT 200 MG | 3/1/2003 | FEE SCHED | $8.00 | $0.00 | | | | | | | |
| J1094 | | INJ DEXAMETHASONE ACETATE | 1/1/2003 | FEE SCHED | $0.26 | $0.00 | | | | | | | |
| J1100 | | DEXAMETHASONE SODIUM PHOS | 3/1/2003 | FEE SCHED | $0.09 | $0.00 | | | | | | | |
| J1110 | | INJ DIHYDROERGOTAMINE MESYLT | 3/1/2003 | FEE SCHED | $27.10 | $0.00 | | | | | | | |
| J1120 | | ACETAZOLAMID SODIUM INJECTIO | 3/1/2003 | FEE SCHED | $26.52 | $0.00 | | | | | | | |
| J1160 | | DIGOXIN INJECTION | 3/1/2003 | FEE SCHED | $1.60 | $0.00 | | | | | | | |
| J1165 | | PHENYTOIN SODIUM INJECTION | 3/1/2003 | FEE SCHED | $0.77 | $0.00 | | | | | | | |
| J1170 | | HYDROMORPHONE INJECTION | 3/1/2003 | FEE SCHED | $1.39 | $0.00 | | | | | | | |
| J1180 | | DYPHYLLINE INJECTION | 3/1/2003 | FEE SCHED | $8.07 | $0.00 | | | | | | | |
| J1190 | | DEXRAZOXANE HCL INJECTION | 3/1/2003 | FEE SCHED | $202.28 | $0.00 | | | | | | | |
| J1200 | | DIPHENHYDRAMINE HCL INJECTIO | 3/1/2003 | FEE SCHED | $1.44 | $0.00 | | | | | | | |
| J1205 | | CHLOROTHIAZIDE SODIUM INJ | 3/1/2003 | FEE SCHED | $9.39 | $0.00 | | | | | | | |
| J1212 | | DIMETHYL SULFOXIDE 50% 50 ML | 3/1/2003 | FEE SCHED | $37.36 | $0.00 | | | | | | | |
| J1230 | | METHADONE INJECTION | 3/1/2003 | FEE SCHED | $0.67 | $0.00 | | | | | | | |
| J1240 | | DIMENHYDRINATE INJECTION | 3/1/2003 | FEE SCHED | $0.35 | $0.00 | | | | | | | |
| J1245 | | DIPYRIDAMOLE INJECTION | 3/1/2003 | FEE SCHED | $19.59 | $0.00 | | | | | | | |
| J1250 | | INJ DOBUTAMINE HCL/250 MG | 3/1/2003 | FEE SCHED | $3.45 | $0.00 | | | | | | | |
| J1260 | | DOLASETRON MESYLATE | 3/1/2003 | FEE SCHED | $12.74 | $0.00 | | | | | | | |
| J1270 | | INJECTION DOXERCALCIFEROL | 3/1/2003 | FEE SCHED | $4.10 | $0.00 | | | | | | | |
| J1320 | | AMITRIPTYLINE INJECTION | 3/1/2003 | FEE SCHED | $2.15 | $0.00 | | | | | | | |
| J1325 | | EPOPROSTENOL INJECTION | 3/1/2003 | FEE SCHED | $16.16 | $0.00 | | | | | | | |
| J1327 | | EPTIFIBATIDE INJECTION | 3/1/2003 | FEE SCHED | $11.48 | $0.00 | | | | | | | |
| J1330 | | ERGONOVINE MALEATE INJECTION | 7/1/2002 | FEE SCHED | $4.03 | $0.00 | | | | | | | |
| J1364 | | ERYTHRO LACTOBIONATE /500 MG | 3/1/2003 | FEE SCHED | $3.14 | $0.00 | | | | | | | |
| J1380 | | ESTRADIOL VALERATE 10 MG INJ | 3/1/2003 | FEE SCHED | $0.43 | $0.00 | | | | | | | |
| J1390 | | ESTRADIOL VALERATE 20 MG INJ | 3/1/2003 | FEE SCHED | $0.85 | $0.00 | | | | | | | |
| J1410 | | INJ ESTROGEN CONJUGATE 25 MG | 3/1/2003 | FEE SCHED | $50.78 | $0.00 | | | | | | | |
| J1435 | | INJECTION ESTRONE PER 1 MG | 3/1/2003 | FEE SCHED | $0.17 | $0.00 | | | | | | | |
| J1436 | | ETIDRONATE DISODIUM INJ | 3/1/2003 | FEE SCHED | $62.90 | $0.00 | | | | | | | |
| J1438 | | ETANERCEPT INJECTION | 3/1/2003 | FEE SCHED | $132.35 | $0.00 | | | | | | | |
| J1440 | | FILGRASTIM 300 MCG INJECITON | 3/1/2003 | FEE SCHED | $166.33 | $0.00 | | | | | | | |
| J1441 | | FILGRASTIM 480 MCG INJECTION | 3/1/2003 | FEE SCHED | $281.01 | $0.00 | | | | | | | |
| J1450 | | FLUCONAZOLE | 3/1/2003 | FEE SCHED | $82.92 | $0.00 | | | | | | | |
| J1452 | | INTRAOCULAR FOMIVIRSEN NA | 3/1/2003 | FEE SCHED | $850.00 | $0.00 | | | | | | | |
| J1455 | | FOSCARNET SODIUM INJECTION | 3/1/2003 | FEE SCHED | $10.81 | $0.00 | | | | | | | |
| J1460 | | GAMMA GLOBULIN 1 CC INJ | 3/1/2003 | FEE SCHED | $10.20 | $0.00 | | | | | | | |
| J1470 | | GAMMA GLOBULIN 2 CC INJ | 3/1/2003 | FEE SCHED | $20.40 | $0.00 | | | | | | | |
| J1480 | | GAMMA GLOBULIN 3 CC INJ | 3/1/2003 | FEE SCHED | $30.60 | $0.00 | | | | | | | |
| J1490 | | GAMMA GLOBULIN 4 CC INJ | 3/1/2003 | FEE SCHED | $40.80 | $0.00 | | | | | | | |
| J1500 | | GAMMA GLOBULIN 5 CC INJ | 3/1/2003 | FEE SCHED | $51.00 | $0.00 | | | | | | | |
| J1510 | | GAMMA GLOBULIN 6 CC INJ | 3/1/2003 | FEE SCHED | $61.20 | $0.00 | | | | | | | |
| J1520 | | GAMMA GLOBULIN 7 CC INJ | 3/1/2003 | FEE SCHED | $71.40 | $0.00 | | | | | | | |

# Montana Medicaid - Fee Schedule
## Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Indicators Mult | Indicators Bilat | Indicators Assist | Indicators CoSurg | Indicators Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J1530 | | GAMMA GLOBULIN 8 CC INJ | 3/1/2003 | FEE SCHED | $81.60 | $0.00 | | | | | | | |
| J1540 | | GAMMA GLOBULIN 9 CC INJ | 3/1/2003 | FEE SCHED | $91.80 | $0.00 | | | | | | | |
| J1550 | | GAMMA GLOBULIN 10 CC INJ | 3/1/2003 | FEE SCHED | $102.00 | $0.00 | | | | | | | |
| J1560 | | GAMMA GLOBULIN > 10 CC INJ | 1/1/1991 | FEE SCHED | $1.35 | $0.00 | | | | | | | |
| J1563 | | IV IMMUNE GLOBULIN | 3/1/2003 | FEE SCHED | $49.39 | $0.00 | | | | | | | |
| J1564 | | IMMUNE GLOBULIN 10 MG | 1/1/2003 | FEE SCHED | $0.77 | $0.00 | | | | | | | |
| J1565 | | RSV-IVIG | 3/1/2003 | FEE SCHED | $14.81 | $0.00 | | | | | | | |
| J1570 | | GANCICLOVIR SODIUM INJECTION | 3/1/2003 | FEE SCHED | $31.54 | $0.00 | | | | | | | |
| J1580 | | GARAMYCIN GENTAMICIN INJ | 3/1/2003 | FEE SCHED | $1.74 | $0.00 | | | | | | | |
| J1590 | | GATIFLOXACIN INJECTION | 3/1/2003 | FEE SCHED | $0.81 | $0.00 | | | | | | | |
| J1600 | | GOLD SODIUM THIOMALEATE INJ | 3/1/2003 | FEE SCHED | $12.10 | $0.00 | | | | | | | |
| J1610 | | GLUCAGON HYDROCHLORIDE/1 MG | 3/1/2003 | FEE SCHED | $38.76 | $0.00 | | | | | | | |
| J1620 | | GONADORELIN HYDROCH/ 100 MCG | 3/1/2003 | FEE SCHED | $180.72 | $0.00 | | | | | | | |
| J1626 | | GRANISETRON HCL INJECTION | 3/1/2003 | FEE SCHED | $16.59 | $0.00 | | | | | | | |
| J1630 | | HALOPERIDOL INJECTION | 3/1/2003 | FEE SCHED | $6.55 | $0.00 | | | | | | | |
| J1631 | | HALOPERIDOL DECANOATE INJ | 3/1/2003 | FEE SCHED | $22.31 | $0.00 | | | | | | | |
| J1642 | | INJ HEPARIN SODIUM PER 10 U | 3/1/2003 | FEE SCHED | $0.05 | $0.00 | | | | | | | |
| J1644 | | INJ HEPARIN SODIUM PER 1000U | 3/1/2003 | FEE SCHED | $0.31 | $0.00 | | | | | | | |
| J1645 | | DALTEPARIN SODIUM | 3/1/2003 | FEE SCHED | $13.81 | $0.00 | | | | | | | |
| J1650 | | INJ ENOXAPARIN SODIUM | 3/1/2003 | FEE SCHED | $4.95 | $0.00 | | | | | | | |
| J1652 | | FONDAPARINUX SODIUM | 1/1/2003 | FEE SCHED | $7.40 | $0.00 | | | | | | | |
| J1655 | | TINZAPARIN SODIUM INJECTION | 3/1/2003 | FEE SCHED | $3.43 | $0.00 | | | | | | | |
| J1670 | | TETANUS IMMUNE GLOBULIN INJ | 3/1/2003 | FEE SCHED | $102.00 | $0.00 | | | | | | | |
| J1700 | | HYDROCORTISONE ACETATE INJ | 3/1/2003 | FEE SCHED | $0.30 | $0.00 | | | | | | | |
| J1710 | | HYDROCORTISONE SODIUM PH INJ | 3/1/2003 | FEE SCHED | $4.98 | $0.00 | | | | | | | |
| J1720 | | HYDROCORTISONE SODIUM SUCC I | 3/1/2003 | FEE SCHED | $1.55 | $0.00 | | | | | | | |
| J1730 | | DIAZOXIDE INJECTION | 3/1/2003 | FEE SCHED | $110.01 | $0.00 | | | | | | | |
| J1742 | | IBUTILIDE FUMARATE INJECTION | 3/1/2003 | FEE SCHED | $234.26 | $0.00 | | | | | | | |
| J1745 | | INFLIXIMAB INJECTION | 3/1/2003 | FEE SCHED | $50.70 | $0.00 | | | | | | | |
| J1750 | | IRON DEXTRAN | 3/1/2003 | FEE SCHED | $16.02 | $0.00 | | | | | | | |
| J1756 | | IRON SUCROSE INJECTION | 1/1/2003 | FEE SCHED | $0.59 | $0.00 | | | | | | | |
| J1785 | | INJECTION IMIGLUCERASE /UNIT | 3/1/2003 | FEE SCHED | $3.36 | $0.00 | | | | | | | |
| J1790 | | DROPERIDOL INJECTION | 3/1/2003 | FEE SCHED | $1.41 | $0.00 | | | | | | | |
| J1800 | | PROPRANOLOL INJECTION | 3/1/2003 | FEE SCHED | $10.41 | $0.00 | | | | | | | |
| J1810 | | DROPERIDOL/FENTANYL INJ | 3/1/2003 | FEE SCHED | $8.45 | $0.00 | | | | | | | |
| J1815 | | INSULIN INJECTION | 1/1/2003 | FEE SCHED | $0.09 | $0.00 | | | | | | | |
| J1817 | | INSULIN FOR INSULIN PUMP USE | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J1825 | | INTERFERON BETA-1A | 3/1/2003 | FEE SCHED | $209.36 | $0.00 | | | | | | | |
| J1830 | | INTERFERON BETA-1B / .25 MG | 7/1/2002 | FEE SCHED | $63.75 | $0.00 | | | | | | | |
| J1835 | | INTRACONAZOLE INJECTION | 3/1/2003 | FEE SCHED | $31.42 | $0.00 | | | | | | | |
| J1840 | | KANAMYCIN SULFATE 500 MG INJ | 3/1/2003 | FEE SCHED | $2.95 | $0.00 | | | | | | | |
| J1850 | | KANAMYCIN SULFATE 75 MG INJ | 3/1/2003 | FEE SCHED | $0.44 | $0.00 | | | | | | | |
| J1885 | | KETOROLAC TROMETHAMINE INJ | 3/1/2003 | FEE SCHED | $5.14 | $0.00 | | | | | | | |

## Montana Medicaid - Fee Schedule
### Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Indicators Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J1890 | | CEPHALOTHIN SODIUM INJECTION | 3/1/2003 | FEE SCHED | $9.18 | $0.00 | | | | | | | |
| J1910 | | KUTAPRESSIN INJECTION | 3/1/2003 | FEE SCHED | $13.35 | $0.00 | | | | | | | |
| J1940 | | FUROSEMIDE INJECTION | 3/1/2003 | FEE SCHED | $0.90 | $0.00 | | | | | | | |
| J1950 | | LEUPROLIDE ACETATE /3.75 MG | 3/1/2003 | FEE SCHED | $454.96 | $0.00 | | | | | | | |
| J1955 | | INJ LEVOCARNITINE PER 1 GM | 3/1/2003 | FEE SCHED | $30.60 | $0.00 | | | | | | | |
| J1956 | | LEVOFLOXACIN INJECTION | 3/1/2003 | FEE SCHED | $17.59 | $0.00 | | | | | | | |
| J1960 | | LEVORPHANOL TARTRATE INJ | 3/1/2003 | FEE SCHED | $3.36 | $0.00 | | | | | | | |
| J1980 | | HYOSCYAMINE SULFATE INJ | 3/1/2003 | FEE SCHED | $7.36 | $0.00 | | | | | | | |
| J1990 | | CHLORDIAZEPOXIDE INJECTION | 3/1/2003 | FEE SCHED | $22.36 | $0.00 | | | | | | | |
| J2000 | | LIDOCAINE INJECTION | 3/1/2003 | FEE SCHED | $3.69 | $0.00 | | | | | | | |
| J2010 | | LINCOMYCIN INJECTION | 3/1/2003 | FEE SCHED | $2.97 | $0.00 | | | | | | | |
| J2020 | | LINEZOLID INJECTION | 3/1/2003 | FEE SCHED | $34.30 | $0.00 | | | | | | | |
| J2060 | | LORAZEPAM INJECTION | 3/1/2003 | FEE SCHED | $2.81 | $0.00 | | | | | | | |
| J2150 | | MANNITOL INJECTION | 3/1/2003 | FEE SCHED | $4.68 | $0.00 | | | | | | | |
| J2175 | | MEPERIDINE HYDROCHL /100 MG | 3/1/2003 | FEE SCHED | $0.50 | $0.00 | | | | | | | |
| J2180 | | MEPERIDINE/PROMETHAZINE INJ | 3/1/2003 | FEE SCHED | $4.12 | $0.00 | | | | | | | |
| J2210 | | METHYLERGONOVIN MALEATE INJ | 3/1/2003 | FEE SCHED | $3.47 | $0.00 | | | | | | | |
| J2250 | | INJ MIDAZOLAM HYDROCHLORIDE | 3/1/2003 | FEE SCHED | $1.26 | $0.00 | | | | | | | |
| J2260 | | INJ MILRINONE LACTATE / 5 ML | 3/1/2003 | FEE SCHED | $46.15 | $0.00 | | | | | | | |
| J2270 | | MORPHINE SULFATE INJECTION | 3/1/2003 | FEE SCHED | $0.64 | $0.00 | | | | | | | |
| J2271 | | MORPHINE SO4 INJECTION 100MG | 3/1/2003 | FEE SCHED | $12.43 | $0.00 | | | | | | | |
| J2275 | | MORPHINE SULFATE INJECTION | 3/1/2003 | FEE SCHED | $2.13 | $0.00 | | | | | | | |
| J2300 | | INJ NALBUPHINE HYDROCHLORIDE | 3/1/2003 | FEE SCHED | $1.29 | $0.00 | | | | | | | |
| J2310 | | INJ NALOXONE HYDROCHLORIDE | 3/1/2003 | FEE SCHED | $2.02 | $0.00 | | | | | | | |
| J2320 | | NANDROLONE DECANOATE 50 MG | 3/1/2003 | FEE SCHED | $4.66 | $0.00 | | | | | | | |
| J2321 | | NANDROLONE DECANOATE 100 MG | 3/1/2003 | FEE SCHED | $9.31 | $0.00 | | | | | | | |
| J2322 | | NANDROLONE DECANOATE 200 MG | 3/1/2003 | FEE SCHED | $11.31 | $0.00 | | | | | | | |
| J2324 | | NESIRITIDE | 1/1/2003 | FEE SCHED | $129.20 | $0.00 | | | | | | | |
| J2352 | | OCTREOTIDE ACETATE INJECTION | 3/1/2003 | FEE SCHED | $79.35 | $0.00 | | | | | | | |
| J2355 | | OPRELVEKIN INJECTION | 3/1/2003 | FEE SCHED | $229.62 | $0.00 | | | | | | | |
| J2360 | | ORPHENADRINE INJECTION | 3/1/2003 | FEE SCHED | $4.85 | $0.00 | | | | | | | |
| J2370 | | PHENYLEPHRINE HCL INJECTION | 3/1/2003 | FEE SCHED | $1.91 | $0.00 | | | | | | | |
| J2405 | | ONDANSETRON HCL INJECTION | 3/1/2003 | FEE SCHED | $5.45 | $0.00 | | | | | | | |
| J2410 | | OXYMORPHONE HCL INJECTION | 3/1/2003 | FEE SCHED | $2.51 | $0.00 | | | | | | | |
| J2430 | | PAMIDRONATE DISODIUM /30 MG | 3/1/2003 | FEE SCHED | $246.50 | $0.00 | | | | | | | |
| J2440 | | PAPAVERIN HCL INJECTION | 3/1/2003 | FEE SCHED | $5.31 | $0.00 | | | | | | | |
| J2460 | | OXYTETRACYCLINE INJECTION | 3/1/2003 | FEE SCHED | $0.88 | $0.00 | | | | | | | |
| J2501 | | PARICALCITOL | 1/1/2003 | FEE SCHED | $4.49 | $0.00 | | | | | | | |
| J2510 | | PENICILLIN G PROCAINE INJ | 3/1/2003 | FEE SCHED | $8.10 | $0.00 | | | | | | | |
| J2515 | | PENTOBARBITAL SODIUM INJ | 3/1/2003 | FEE SCHED | $0.49 | $0.00 | | | | | | | |
| J2540 | | PENICILLIN G POTASSIUM INJ | 3/1/2003 | FEE SCHED | $3.36 | $0.00 | | | | | | | |
| J2543 | | PIPERACILLIN/TAZOBACTAM | 3/1/2003 | FEE SCHED | $4.36 | $0.00 | | | | | | | |
| J2545 | | PENTAMIDINE ISETHIONTE/300MG | 3/1/2003 | FEE SCHED | $83.94 | $0.00 | | | | | | | |

# Montana Medicaid - Fee Schedule
## Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Indicators Assist | Indicators CoSurg | Indicators Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J2550 | | PROMETHAZINE HCL INJECTION | 3/1/2003 | FEE SCHED | $2.00 | $0.00 | | | | | | | |
| J2560 | | PHENOBARBITAL SODIUM INJ | 3/1/2003 | FEE SCHED | $1.45 | $0.00 | | | | | | | |
| J2590 | | OXYTOCIN INJECTION | 3/1/2003 | FEE SCHED | $1.04 | $0.00 | | | | | | | |
| J2597 | | INJ DESMOPRESSIN ACETATE | 3/1/2003 | FEE SCHED | $3.69 | $0.00 | | | | | | | |
| J2650 | | PREDNISOLONE ACETATE INJ | 3/1/2003 | FEE SCHED | $0.28 | $0.00 | | | | | | | |
| J2670 | | TOTAZOLINE HCL INJECTION | 3/1/2003 | FEE SCHED | $3.51 | $0.00 | | | | | | | |
| J2675 | | INJ PROGESTERONE PER 50 MG | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J2680 | | FLUPHENAZINE DECANOATE 25 MG | 3/1/2003 | FEE SCHED | $12.43 | $0.00 | | | | | | | |
| J2690 | | PROCAINAMIDE HCL INJECTION | 3/1/2003 | FEE SCHED | $9.87 | $0.00 | | | | | | | |
| J2700 | | OXACILLIN SODIUM INJECITON | 3/1/2003 | FEE SCHED | $0.72 | $0.00 | | | | | | | |
| J2710 | | NEOSTIGMINE METHYLSLFTE INJ | 3/1/2003 | FEE SCHED | $2.08 | $0.00 | | | | | | | |
| J2720 | | INJ PROTAMINE SULFATE/10 MG | 3/1/2003 | FEE SCHED | $0.66 | $0.00 | | | | | | | |
| J2725 | | INJ PROTIRELIN PER 250 MCG | 3/1/2003 | FEE SCHED | $21.83 | $0.00 | | | | | | | |
| J2730 | | PRALIDOXIME CHLORIDE INJ | 3/1/2003 | FEE SCHED | $92.12 | $0.00 | | | | | | | |
| J2760 | | PHENTOLAINE MESYLATE INJ | 3/1/2003 | FEE SCHED | $29.16 | $0.00 | | | | | | | |
| J2765 | | METOCLOPRAMIDE HCL INJECTION | 3/1/2003 | FEE SCHED | $1.70 | $0.00 | | | | | | | |
| J2770 | | QUINUPRISTIN/DALFOPRISTIN | 3/1/2003 | FEE SCHED | $94.05 | $0.00 | | | | | | | |
| J2780 | | RANITIDINE HYDROCHLORIDE INJ | 3/1/2003 | FEE SCHED | $1.28 | $0.00 | | | | | | | |
| J2788 | | RHO D IMMUNE GLOBULIN 50 MCG | 1/1/2003 | FEE SCHED | $32.13 | $0.00 | | | | | | | |
| J2790 | | RHO D IMMUNE GLOBULIN INJ | 3/1/2003 | FEE SCHED | $94.35 | $0.00 | | | | | | | |
| J2792 | | RHO(D) IMMUNE GLOBULIN H SD | 3/1/2003 | FEE SCHED | $18.39 | $0.00 | | | | | | | |
| J2795 | | ROPIVACAINE HCL INJECTION | 3/1/2003 | FEE SCHED | $0.06 | $0.00 | | | | | | | |
| J2800 | | METHOCARBAMOL INJECTION | 3/1/2003 | FEE SCHED | $3.40 | $0.00 | | | | | | | |
| J2810 | | INJ THEOPHYLLINE PER 40 MG | 1/1/1991 | FEE SCHED | $0.01 | $0.00 | | | | | | | |
| J2820 | | SARGRAMOSTIM INJECTION | 3/1/2003 | FEE SCHED | $26.00 | $0.00 | | | | | | | |
| J2890 | | SMALL POX (FOR TREATMENT ONLY) | 4/1/1988 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J2910 | | AUROTHIOGLUCOSE INJECITON | 3/1/2003 | FEE SCHED | $14.25 | $0.00 | | | | | | | |
| J2912 | | SODIUM CHLORIDE INJECTION | 3/1/2003 | FEE SCHED | $0.44 | $0.00 | | | | | | | |
| J2916 | | NA FERRIC GLUCONATE COMPLEX | 1/1/2003 | FEE SCHED | $7.31 | $0.00 | | | | | | | |
| J2920 | | METHYLPREDNISOLONE INJECTION | 3/1/2003 | FEE SCHED | $1.41 | $0.00 | | | | | | | |
| J2930 | | METHYLPREDNISOLONE INJECTION | 3/1/2003 | FEE SCHED | $1.72 | $0.00 | | | | | | | |
| J2940 | | SOMATREM INJECTION | 3/1/2003 | FEE SCHED | $40.76 | $0.00 | | | | | | | |
| J2941 | | SOMATROPIN INJECTION | 3/1/2003 | FEE SCHED | $40.76 | $0.00 | | | | | | | |
| J2950 | | PROMAZINE HCL INJECITON | 3/1/2003 | FEE SCHED | $0.41 | $0.00 | | | | | | | |
| J2993 | | RETEPLASE INJECTION | 3/1/2003 | FEE SCHED | $1,168.75 | $0.00 | | | | | | | |
| J2995 | | INJ STREPTOKINASE /250000 IU | 3/1/2003 | FEE SCHED | $113.34 | $0.00 | | | | | | | |
| J2997 | | ALTEPLASE RECOMBINANT | 3/1/2003 | FEE SCHED | $31.88 | $0.00 | | | | | | | |
| J3000 | | STREPTOMYCIN INJECTION | 3/1/2003 | FEE SCHED | $5.68 | $0.00 | | | | | | | |
| J3010 | | FENTANYL CITRATE INJECITON | 3/1/2003 | FEE SCHED | $1.76 | $0.00 | | | | | | | |
| J3030 | | SUMATRIPTAN SUCCINATE / 6 MG | 3/1/2003 | FEE SCHED | $23.76 | $0.00 | | | | | | | |
| J3060 | | SYNKAYVITE UP TO 10 MG (0004192406) | 1/1/1991 | FEE SCHED | $1.98 | $0.00 | | | | | | | |
| J3070 | | PENTAZOCINE INJECTION | 3/1/2003 | FEE SCHED | $4.68 | $0.00 | | | | | | | |
| J3100 | | TENECTEPLASE INJECTION | 3/1/2003 | FEE SCHED | $2,337.50 | $0.00 | | | | | | | |

# Montana Medicaid - Fee Schedule
## Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Indicators Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J3105 | | TERBUTALINE SULFATE INJ | 3/1/2003 | FEE SCHED | $26.30 | $0.00 | | | | | | | |
| J3120 | | TESTOSTERONE ENANTHATE INJ | 3/1/2003 | FEE SCHED | $0.51 | $0.00 | | | | | | | |
| J3130 | | TESTOSTERONE ENANTHATE INJ | 3/1/2003 | FEE SCHED | $14.54 | $0.00 | | | | | | | |
| J3140 | | TESTOSTERONE SUSPENSION INJ | 3/1/2003 | FEE SCHED | $0.36 | $0.00 | | | | | | | |
| J3150 | | TESTOSTERON PROPIONATE INJ | 3/1/2003 | FEE SCHED | $0.84 | $0.00 | | | | | | | |
| J3230 | | CHLORPROMAZINE HCL INJECTION | 3/1/2003 | FEE SCHED | $3.55 | $0.00 | | | | | | | |
| J3240 | | THYROTROPIN INJECTION | 3/1/2003 | FEE SCHED | $507.03 | $0.00 | | | | | | | |
| J3245 | | TIROFIBAN HYDROCHLORIDE | 3/1/2003 | FEE SCHED | $413.51 | $0.00 | | | | | | | |
| J3250 | | TRIMETHOBENZAMIDE HCL INJ | 3/1/2003 | FEE SCHED | $1.39 | $0.00 | | | | | | | |
| J3260 | | TOBRAMYCIN SULFATE INJECTION | 3/1/2003 | FEE SCHED | $5.71 | $0.00 | | | | | | | |
| J3265 | | INJECTION TORSEMIDE 10 MG/ML | 3/1/2003 | FEE SCHED | $1.27 | $0.00 | | | | | | | |
| J3280 | | THIETHYLPERAZINE MALEATE INJ | 3/1/2003 | FEE SCHED | $3.88 | $0.00 | | | | | | | |
| J3301 | | TRIAMCINOLONE ACETONIDE INJ | 3/1/2003 | FEE SCHED | $1.36 | $0.00 | | | | | | | |
| J3302 | | TRIAMCINOLONE DIACETATE INJ | 3/1/2003 | FEE SCHED | $0.18 | $0.00 | | | | | | | |
| J3303 | | TRIAMCINOLONE HEXACETONL INJ | 3/1/2003 | FEE SCHED | $0.90 | $0.00 | | | | | | | |
| J3305 | | INJ TRIMETREXATE GLUCORONATE | 3/1/2003 | FEE SCHED | $127.50 | $0.00 | | | | | | | |
| J3310 | | PERPHENAZINE INJECITON | 3/1/2003 | FEE SCHED | $6.38 | $0.00 | | | | | | | |
| J3315 | | TRIPTORELIN PAMOATE | 1/1/2003 | FEE SCHED | $371.53 | $0.00 | | | | | | | |
| J3320 | | SPECTINOMYCN DI-HCL INJ | 3/1/2003 | FEE SCHED | $23.98 | $0.00 | | | | | | | |
| J3350 | | UREA INJECTION | 3/1/2003 | FEE SCHED | $75.36 | $0.00 | | | | | | | |
| J3360 | | DIAZEPAM INJECTION | 3/1/2003 | FEE SCHED | $3.37 | $0.00 | | | | | | | |
| J3364 | | UROKINASE 5000 IU INJECTION | 3/1/2003 | FEE SCHED | $50.65 | $0.00 | | | | | | | |
| J3365 | | UROKINASE 250 000 IU INJ | 3/1/2003 | FEE SCHED | $457.66 | $0.00 | | | | | | | |
| J3370 | | VANCOMYCIN HCL INJECITON | 3/1/2003 | FEE SCHED | $6.63 | $0.00 | | | | | | | |
| J3395 | | VERTEPORFIN INJECTION | 3/1/2003 | FEE SCHED | $1,304.75 | $0.00 | | | | | | | |
| J3400 | | TRIFLUPROMAZINE HCL INJ | 7/1/2002 | FEE SCHED | $11.05 | $0.00 | | | | | | | |
| J3410 | | HYDROXYZINE HCL INJECITON | 3/1/2003 | FEE SCHED | $0.74 | $0.00 | | | | | | | |
| J3420 | | VITAMIN B12 INJECTION | 3/1/2003 | FEE SCHED | $1.13 | $0.00 | | | | | | | |
| J3430 | | VITAMIN K PHYTONADIONE INJ | 3/1/2003 | FEE SCHED | $2.10 | $0.00 | | | | | | | |
| J3470 | | HYALURONIDASE INJECTION | 3/1/2003 | FEE SCHED | $18.41 | $0.00 | | | | | | | |
| J3475 | | INJ MAGNESIUM SULFATE | 3/1/2003 | FEE SCHED | $0.12 | $0.00 | | | | | | | |
| J3480 | | INJ POTASSIUM CHLORIDE | 3/1/2003 | FEE SCHED | $0.07 | $0.00 | | | | | | | |
| J3485 | | ZIDOVUDINE | 3/1/2003 | FEE SCHED | $0.91 | $0.00 | | | | | | | |
| J3487 | | ZOLEDRONIC ACID | 1/1/2003 | FEE SCHED | $194.54 | $0.00 | | | | | | | |
| J3490 | | DRUGS UNCLASSIFIED INJECTION | 3/1/1988 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J3520 | | EDETATE DISODIUM PER 150 MG | 4/1/1988 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J3530 | | NASAL VACCINE INHALATION | 4/1/1988 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J3535 | | METERED DOSE INHALER DRUG | 1/1/1994 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J3590 | | UNCLASSIFIED BIOLOGICS | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7030 | | NORMAL SALINE SOLUTION INFUS | 3/1/2003 | FEE SCHED | $9.64 | $0.00 | | | | | | | |
| J7040 | | NORMAL SALINE SOLUTION INFUS | 3/1/2003 | FEE SCHED | $4.82 | $0.00 | | | | | | | |
| J7042 | | 5% DEXTROSE/NORMAL SALINE | 3/1/2003 | FEE SCHED | $8.45 | $0.00 | | | | | | | |
| J7050 | | NORMAL SALINE SOLUTION INFUS | 3/1/2003 | FEE SCHED | $2.42 | $0.00 | | | | | | | |