Montana Medicaid - Fee Schedule
Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Facility | Global Days | PA | Mult | Bilat | Indicators Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J7051 | | STERILE SALINE/WATER | 3/1/2003 | FEE SCHED | $0.68 | $0.00 | | | | | | | |
| J7060 | | 5% DEXTROSE/WATER | 3/1/2003 | FEE SCHED | $6.72 | $0.00 | | | | | | | |
| J7070 | | D5W INFUSION | 3/1/2003 | FEE SCHED | $10.24 | $0.00 | | | | | | | |
| J7100 | | DEXTRAN 40 INFUSION | 3/1/2003 | FEE SCHED | $22.47 | $0.00 | | | | | | | |
| J7110 | | DEXTRAN 75 INFUSION | 3/1/2003 | FEE SCHED | $12.71 | $0.00 | | | | | | | |
| J7120 | | RINGERS LACTATE INFUSION | 3/1/2003 | FEE SCHED | $11.14 | $0.00 | | | | | | | |
| J7190 | | FACTOR VIII | 3/1/2003 | FEE SCHED | $0.78 | $0.00 | | | | | | | |
| J7191 | | FACTOR VIII (PORCINE) | 3/1/2003 | FEE SCHED | $1.83 | $0.00 | | | | | | | |
| J7192 | | FACTOR VIII RECOMBINANT | 3/1/2003 | FEE SCHED | $1.13 | $0.00 | | | | | | | |
| J7193 | | FACTOR IX NON-RECOMBINANT | 3/1/2003 | FEE SCHED | $1.00 | $0.00 | | | | | | | |
| J7194 | | FACTOR IX COMPLEX | 3/1/2003 | FEE SCHED | $0.33 | $0.00 | | | | | | | |
| J7195 | | FACTOR IX RECOMBINANT | 3/1/2003 | FEE SCHED | $1.00 | $0.00 | | | | | | | |
| J7197 | | ANTITHROMBIN III INJECTION | 3/1/2003 | FEE SCHED | $0.94 | $0.00 | | | | | | | |
| J7198 | | ANTI-INHIBITOR | 3/1/2003 | FEE SCHED | $1.28 | $0.00 | | | | | | | |
| J7199 | | HEMOPHILIA CLOT FACTOR NOC | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7300 | | INTRAUT COPPER CONTRACEPTIVE | 3/1/2003 | FEE SCHED | $254.15 | $0.00 | | | | | | | |
| J7302 | | LEVONORGESTREL IU CONTRACEPT | 3/1/2003 | FEE SCHED | $377.72 | $0.00 | | | | | | | |
| J7308 | | AMINOLEVULINIC ACID HCL TOP | 7/1/2002 | FEE SCHED | $90.31 | $0.00 | | | | | | | |
| J7310 | | GANCICLOVIR LONG ACT IMPLANT | 3/1/2003 | FEE SCHED | $4,250.00 | $0.00 | | | | | | | |
| J7317 | | SODIUM HYALURONATE INJECTION | 1/1/2003 | FEE SCHED | $127.29 | $0.00 | | | | | | | |
| J7320 | | HYLAN G-F 20 INJECTION | 3/1/2003 | FEE SCHED | $199.75 | $0.00 | | | | | | | |
| J7330 | | CULTURED CHONDROCYTES IMPLNT | 3/1/2003 | FEE SCHED | $13,566.00 | $0.00 | | | | | | | |
| J7340 | | METABOLIC ACTIVE D/E TISSUE | 3/1/2003 | FEE SCHED | $26.22 | $0.00 | | | | | | | |
| J7342 | | METABOLICALLY ACTIVE TISSUE | 1/1/2003 | FEE SCHED | $13.35 | $0.00 | | | | | | | |
| J7350 | | INJECTABLE HUMAN TISSUE | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7500 | | AZATHIOPRINE ORAL 50MG | 7/1/2002 | FEE SCHED | $111.40 | $0.00 | | | | | | | |
| J7501 | | AZATHIOPRINE PARENTERAL | 3/1/2003 | FEE SCHED | $53.54 | $0.00 | | | | | | | |
| J7502 | | CYCLOSPORINE ORAL 100 MG | 7/1/2002 | FEE SCHED | $4.68 | $0.00 | | | | | | | |
| J7504 | | LYMPHOCYTE IMMUNE GLOBULIN | 3/1/2003 | FEE SCHED | $269.75 | $0.00 | | | | | | | |
| J7505 | | MONOCLONAL ANTIBODIES | 3/1/2003 | FEE SCHED | $695.49 | $0.00 | | | | | | | |
| J7506 | | PREDNISONE ORAL | 7/1/2002 | FEE SCHED | $0.04 | $0.00 | | | | | | | |
| J7507 | | TACROLIMUS ORAL PER 1 MG | 7/1/2002 | FEE SCHED | $2.74 | $0.00 | | | | | | | |
| J7508 | | TACROLIMUS ORAL PER 5 MG | 3/1/2003 | FEE SCHED | $13.68 | $0.00 | | | | | | | |
| J7509 | | METHYLPREDNISOLONE ORAL | 7/1/2002 | FEE SCHED | $0.46 | $0.00 | | | | | | | |
| J7510 | | PREDNISOLONE ORAL PER 5 MG | 7/1/2002 | FEE SCHED | $0.12 | $0.00 | | | | | | | |
| J7511 | | ANTITHYMOCYTE GLOBULN RABBIT | 3/1/2003 | FEE SCHED | $290.87 | $0.00 | | | | | | | |
| J7513 | | DACLIZUMAB PARENTERAL | 3/1/2003 | FEE SCHED | $380.36 | $0.00 | | | | | | | |
| J7515 | | CYCLOSPORINE ORAL 25 MG | 7/1/2002 | FEE SCHED | $1.48 | $0.00 | | | | | | | |
| J7516 | | CYCLOSPORIN PARENTERAL 250MG | 7/1/2002 | FEE SCHED | $24.78 | $0.00 | | | | | | | |
| J7517 | | MYCOPHENOLATE MOFETIL ORAL | 7/1/2002 | FEE SCHED | $2.35 | $0.00 | | | | | | | |
| J7520 | | SIROLIMUS ORAL | 7/1/2002 | FEE SCHED | $5.82 | $0.00 | | | | | | | |
| J7525 | | TACROLIMUS INJECTION | 3/1/2003 | FEE SCHED | $106.29 | $0.00 | | | | | | | |
| J7599 | | IMMUNOSUPPRESSIVE DRUG NOC | 1/1/1996 | BY REPORT | $0.00 | $0.00 | | | | | | | |

Please see first page for a complete description of information contained in the fee schedules.

254

Fees as of January 2003

## Montana Medicaid - Fee Schedule
## Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Facility | Global Days | PA | Mult | Bilat | Indicators Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J7608 | | ACETYLCYSTEINE INH SOL U D | 3/1/2003 | FEE SCHED | $3.60 | $0.00 | | | | | | | |
| J7618 | | ALBUTEROL INH SOL CON | 3/1/2003 | FEE SCHED | $0.64 | $0.00 | | | | | | | |
| J7619 | | ALBUTEROL INH SOL U D | 3/1/2003 | FEE SCHED | $0.35 | $0.00 | | | | | | | |
| J7622 | | BECLOMETHASONE INHALATN SOL | 1/1/2002 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7624 | | BETAMETHASONE INHALATION SOL | 1/1/2002 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7626 | | BUDESONIDE INHALATION SOL | 3/1/2003 | FEE SCHED | $3.89 | $0.00 | | | | | | | |
| J7628 | | BITOLTEROL MES INHAL SOL CON | 7/1/2002 | FEE SCHED | $0.24 | $0.00 | | | | | | | |
| J7629 | | BITOLTEROL MES INH SOL U D | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7631 | | CROMOLYN SODIUM INH SOL U D | 3/1/2003 | FEE SCHED | $0.33 | $0.00 | | | | | | | |
| J7633 | | BUDESONIDE CONCENTRATED SOL | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7635 | | ATROPINE INHAL SOL CON | 3/1/2003 | FEE SCHED | $0.42 | $0.00 | | | | | | | |
| J7636 | | ATROPINE INHAL SOL UNIT DOSE | 3/1/2003 | FEE SCHED | $0.59 | $0.00 | | | | | | | |
| J7637 | | DEXAMETHASONE INHAL SOL CON | 3/1/2003 | FEE SCHED | $1.31 | $0.00 | | | | | | | |
| J7638 | | DEXAMETHASONE INHAL SOL U D | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7639 | | DORNASE ALPHA INHAL SOL U D | 3/1/2003 | FEE SCHED | $14.91 | $0.00 | | | | | | | |
| J7641 | | FLUNISOLIDE INHALATION SOL | 1/1/2002 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7642 | | GLYCOPYRROLATE INHAL SOL CON | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7643 | | GLYCOPYRROLATE INHAL SOL U D | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7644 | | IPRATROPIUM BROM INH SOL U D | 3/1/2003 | FEE SCHED | $2.59 | $0.00 | | | | | | | |
| J7648 | | ISOETHARINE HCL INH SOL CON | 3/1/2003 | FEE SCHED | $0.15 | $0.00 | | | | | | | |
| J7649 | | ISOETHARINE HCL INH SOL U D | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7658 | | ISOPROTERENOLHCL INH SOL CON | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7659 | | ISOPROTERENOL HCL INH SOL UD | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7668 | | METAPROTERENOL INH SOL CON | 3/1/2003 | FEE SCHED | $1.16 | $0.00 | | | | | | | |
| J7669 | | METAPROTERENOL INH SOL U D | 3/1/2003 | FEE SCHED | $0.42 | $0.00 | | | | | | | |
| J7680 | | TERBUTALINE SO4 INH SOL CON | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7681 | | TERBUTALINE SO4 INH SOL U D | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7682 | | TOBRAMYCIN INHALATION SOL | 3/1/2003 | FEE SCHED | $43.73 | $0.00 | | | | | | | |
| J7683 | | TRIAMCINOLONE INH SOL CON | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7684 | | TRIAMCINOLONE INH SOL U D | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7699 | | INHALATION SOLUTION FOR DME | 1/1/1993 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J7799 | | NON-INHALATION DRUG FOR DME | 1/1/1993 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J8510 | | ORAL BUSULFAN | 3/1/2003 | FEE SCHED | $2.03 | $0.00 | | | | | | | |
| J8520 | | CAPECITABINE ORAL 150 MG | 7/1/2002 | FEE SCHED | $2.75 | $0.00 | | | | | | | |
| J8521 | | CAPECITABINE ORAL 500 MG | 7/1/2002 | FEE SCHED | $9.14 | $0.00 | | | | | | | |
| J8530 | | CYCLOPHOSPHAMIDE ORAL 25 MG | 7/1/2002 | FEE SCHED | $1.92 | $0.00 | | | | | | | |
| J8560 | | ETOPOSIDE ORAL 50 MG | 7/1/2002 | FEE SCHED | $45.04 | $0.00 | | | | | | | |
| J8600 | | MELPHALAN ORAL 2 MG | 7/1/2002 | FEE SCHED | $2.22 | $0.00 | | | | | | | |
| J8610 | | METHOTREXATE ORAL 2.5 MG | 7/1/2002 | FEE SCHED | $3.05 | $0.00 | | | | | | | |
| J8700 | | TEMOZOLMIDE | 7/1/2002 | FEE SCHED | $6.10 | $0.00 | | | | | | | |
| J8999 | | ORAL PRESCRIPTION DRUG CHEMO | 1/1/1995 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| J9000 | | DOXORUBIC HCL 10 MG VL CHEMO | 3/1/2003 | FEE SCHED | $45.60 | $0.00 | | | | | | | |
| J9001 | | DOXORUBICIN HCL LIPOSOME INJ | 3/1/2003 | FEE SCHED | $338.51 | $0.00 | | | | | | | |

Please see first page for a complete description of information contained in the fee schedules.

# Montana Medicaid - Fee Schedule
## Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Facility | Global Days | PA | Mult | Bilat | Indicators Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9010 | | ALEMTUZUMAB 10 MG | 1/1/2003 | FEE SCHED | $457.41 | $0.00 | | | | | | | |
| J9015 | | ALDESLEUKIN/SINGLE USE VIAL | 3/1/2003 | FEE SCHED | $625.60 | $0.00 | | | | | | | |
| J9017 | | ARSENIC TRIOXIDE | 3/1/2003 | FEE SCHED | $28.05 | $0.00 | | | | | | | |
| J9020 | | ASPARAGINASE INJECTION | 3/1/2003 | FEE SCHED | $56.02 | $0.00 | | | | | | | |
| J9031 | | BCG LIVE INTRAVESICAL VAC | 3/1/2003 | FEE SCHED | $156.25 | $0.00 | | | | | | | |
| J9040 | | BLEOMYCIN SULFATE INJECTION | 3/1/2003 | FEE SCHED | $258.91 | $0.00 | | | | | | | |
| J9045 | | CARBOPLATIN INJECTION | 3/1/2003 | FEE SCHED | $121.66 | $0.00 | | | | | | | |
| J9050 | | CARMUS BISCHL NITRO INJ | 3/1/2003 | FEE SCHED | $113.86 | $0.00 | | | | | | | |
| J9060 | | CISPLATIN 10 MG INJECITON | 3/1/2003 | FEE SCHED | $38.24 | $0.00 | | | | | | | |
| J9062 | | CISPLATIN 50 MG INJECITON | 3/1/2003 | FEE SCHED | $191.23 | $0.00 | | | | | | | |
| J9065 | | INJ CLADRIBINE PER 1 MG | 3/1/2003 | FEE SCHED | $47.77 | $0.00 | | | | | | | |
| J9070 | | CYCLOPHOSPHAMIDE 100 MG INJ | 3/1/2003 | FEE SCHED | $5.35 | $0.00 | | | | | | | |
| J9080 | | CYCLOPHOSPHAMIDE 200 MG INJ | 3/1/2003 | FEE SCHED | $10.15 | $0.00 | | | | | | | |
| J9090 | | CYCLOPHOSPHAMIDE 500 MG INJ | 3/1/2003 | FEE SCHED | $21.30 | $0.00 | | | | | | | |
| J9091 | | CYCLOPHOSPHAMIDE 1.0 GRM INJ | 3/1/2003 | FEE SCHED | $42.63 | $0.00 | | | | | | | |
| J9092 | | CYCLOPHOSPHAMIDE 2.0 GRM INJ | 3/1/2003 | FEE SCHED | $85.24 | $0.00 | | | | | | | |
| J9093 | | CYCLOPHOSPHAMIDE LYOPHILIZED | 3/1/2003 | FEE SCHED | $5.35 | $0.00 | | | | | | | |
| J9094 | | CYCLOPHOSPHAMIDE LYOPHILIZED | 3/1/2003 | FEE SCHED | $10.41 | $0.00 | | | | | | | |
| J9095 | | CYCLOPHOSPHAMIDE LYOPHILIZED | 3/1/2003 | FEE SCHED | $21.85 | $0.00 | | | | | | | |
| J9096 | | CYCLOPHOSPHAMIDE LYOPHILIZED | 3/1/2003 | FEE SCHED | $43.72 | $0.00 | | | | | | | |
| J9097 | | CYCLOPHOSPHAMIDE LYOPHILIZED | 3/1/2003 | FEE SCHED | $87.46 | $0.00 | | | | | | | |
| J9100 | | CYTARABINE HCL 100 MG INJ | 3/1/2003 | FEE SCHED | $5.31 | $0.00 | | | | | | | |
| J9110 | | CYTARABINE HCL 500 MG INJ | 3/1/2003 | FEE SCHED | $21.25 | $0.00 | | | | | | | |
| J9120 | | DACTINOMYCIN ACTINOMYCIN D | 3/1/2003 | FEE SCHED | $12.41 | $0.00 | | | | | | | |
| J9130 | | DACARBAZINE 10 MG INJ | 3/1/2003 | FEE SCHED | $11.35 | $0.00 | | | | | | | |
| J9140 | | DACARBAZINE 200 MG INJ | 3/1/2003 | FEE SCHED | $20.19 | $0.00 | | | | | | | |
| J9150 | | DAUNORUBICIN | 3/1/2003 | FEE SCHED | $71.61 | $0.00 | | | | | | | |
| J9151 | | DAUNORUBICIN CITRATE LIPOSOM | 3/1/2003 | FEE SCHED | $57.80 | $0.00 | | | | | | | |
| J9160 | | DENILEUKIN DIFTITOX 300 MCG | 3/1/2003 | FEE SCHED | $1,082.90 | $0.00 | | | | | | | |
| J9165 | | DIETHYLSTILBESTROL INJECTION | 3/1/2003 | FEE SCHED | $12.89 | $0.00 | | | | | | | |
| J9170 | | DOCETAXEL 20MG | 3/1/2003 | FEE SCHED | $293.60 | $0.00 | | | | | | | |
| J9180 | | EPIRUBICIN HCL INJECTION | 3/1/2003 | FEE SCHED | $644.01 | $0.00 | | | | | | | |
| J9181 | | ETOPOSIDE 10 MG INJ | 3/1/2003 | FEE SCHED | $9.35 | $0.00 | | | | | | | |
| J9182 | | ETOPOSIDE 100 MG INJ | 3/1/2003 | FEE SCHED | $93.50 | $0.00 | | | | | | | |
| J9185 | | FLUDARABINE PHOSPHATE INJ | 3/1/2003 | FEE SCHED | $292.30 | $0.00 | | | | | | | |
| J9190 | | FLUOROURACIL INJECTION | 3/1/2003 | FEE SCHED | $2.52 | $0.00 | | | | | | | |
| J9200 | | FLOXURIDINE INJECTION | 3/1/2003 | FEE SCHED | $115.93 | $0.00 | | | | | | | |
| J9201 | | GEMCITABINE HCL 200 MG | 3/1/2003 | FEE SCHED | $108.27 | $0.00 | | | | | | | |
| J9202 | | GOSERELIN ACETATE IMPLANT | 3/1/2003 | FEE SCHED | $399.49 | $0.00 | | | | | | | |
| J9206 | | IRINOTECAN 20 MG | 3/1/2003 | FEE SCHED | $135.83 | $0.00 | | | | | | | |
| J9208 | | IFOSFOMIDE INJECTION | 3/1/2003 | FEE SCHED | $134.55 | $0.00 | | | | | | | |
| J9209 | | MESNA INJECTION | 3/1/2003 | FEE SCHED | $32.64 | $0.00 | | | | | | | |
| J9211 | | IDARUBICIN HCL INJECITON | 3/1/2003 | FEE SCHED | $417.48 | $0.00 | | | | | | | |

Please see first page for a complete description of information contained in the fee schedules.

Montana Medicaid - Fee Schedule
Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Facility | Global Days | PA | Mult | Bilat | Indicators Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9212 | | INTERFERON ALFACON-1 | 1/1/2003 | FEE SCHED | $3.66 | $0.00 | | | | | | | |
| J9213 | | INTERFERON ALFA-2A INJ | 3/1/2003 | FEE SCHED | $31.21 | $0.00 | | | | | | | |
| J9214 | | INTERFERON ALFA-2B INJ | 3/1/2003 | FEE SCHED | $12.08 | $0.00 | | | | | | | |
| J9215 | | INTERFERON ALFA-N3 INJ | 3/1/2003 | FEE SCHED | $7.03 | $0.00 | | | | | | | |
| J9216 | | INTERFERON GAMMA 1-B INJ | 3/1/2003 | FEE SCHED | $183.17 | $0.00 | | | | | | | |
| J9217 | | LEUPROLIDE ACETATE SUSPNSION | 3/1/2003 | FEE SCHED | $547.19 | $0.00 | | | | | | | |
| J9218 | | LEUPROLIDE ACETATE INJECITON | 3/1/2003 | FEE SCHED | $22.31 | $0.00 | | | | | | | |
| J9219 | | LEUPROLIDE ACETATE IMPLANT | 3/1/2003 | FEE SCHED | $4,831.40 | $0.00 | | | | | | | |
| J9230 | | MECHLORETHAMINE HCL INJ | 3/1/2003 | FEE SCHED | $10.75 | $0.00 | | | | | | | |
| J9245 | | INJ MELPHALAN HYDROCHL 50 MG | 3/1/2003 | FEE SCHED | $372.90 | $0.00 | | | | | | | |
| J9250 | | METHOTREXATE SODIUM INJ | 3/1/2003 | FEE SCHED | $0.41 | $0.00 | | | | | | | |
| J9260 | | METHOTREXATE SODIUM INJ | 3/1/2003 | FEE SCHED | $4.93 | $0.00 | | | | | | | |
| J9265 | | PACLITAXEL INJECTION | 3/1/2003 | FEE SCHED | $145.58 | $0.00 | | | | | | | |
| J9266 | | PEGASPARGASE/SINGL DOSE VIAL | 3/1/2003 | FEE SCHED | $1,277.13 | $0.00 | | | | | | | |
| J9268 | | PENTOSTATIN INJECTION | 3/1/2003 | FEE SCHED | $1,723.80 | $0.00 | | | | | | | |
| J9270 | | PLICAMYCIN (MITHRAMYCIN) INJ | 3/1/2003 | FEE SCHED | $83.93 | $0.00 | | | | | | | |
| J9280 | | MITOMYCIN 5 MG INJ | 3/1/2003 | FEE SCHED | $86.75 | $0.00 | | | | | | | |
| J9290 | | MITOMYCIN 20 MG INJ | 3/1/2003 | FEE SCHED | $101.75 | $0.00 | | | | | | | |
| J9291 | | MITOMYCIN 40 MG INJ | 3/1/2003 | FEE SCHED | $777.83 | $0.00 | | | | | | | |
| J9293 | | MITOXANTRONE HYDROCHL / 5 MG | 3/1/2003 | FEE SCHED | $238.16 | $0.00 | | | | | | | |
| J9300 | | GEMTUZUMAB OZOGAMICIN | 3/1/2003 | FEE SCHED | $1,880.63 | $0.00 | | | | | | | |
| J9310 | | RITUXIMAB CANCER TREATMENT | 3/1/2003 | FEE SCHED | $425.00 | $0.00 | | | | | | | |
| J9320 | | STREPTOZOCIN INJECTION | 3/1/2003 | FEE SCHED | $122.32 | $0.00 | | | | | | | |
| J9340 | | THIOTEPA INJECTION | 3/1/2003 | FEE SCHED | $104.66 | $0.00 | | | | | | | |
| J9350 | | TOPOTECAN | 3/1/2003 | FEE SCHED | $652.94 | $0.00 | | | | | | | |
| J9355 | | TRASTUZUMAB | 3/1/2003 | FEE SCHED | $49.17 | $0.00 | | | | | | | |
| J9357 | | VALRUBICIN 200 MG | 3/1/2003 | FEE SCHED | $471.24 | $0.00 | | | | | | | |
| J9360 | | VINBLASTINE SULFATE INJ | 3/1/2003 | FEE SCHED | $3.67 | $0.00 | | | | | | | |
| J9370 | | VINCRISTINE SULFATE 1 MG INJ | 3/1/2003 | FEE SCHED | $30.40 | $0.00 | | | | | | | |
| J9375 | | VINCRISTINE SULFATE 2 MG INJ | 3/1/2003 | FEE SCHED | $46.67 | $0.00 | | | | | | | |
| J9380 | | VINCRISTINE SULFATE 5 MG INJ | 3/1/2003 | FEE SCHED | $143.48 | $0.00 | | | | | | | |
| J9390 | | VINORELBINE TARTRATE/10 MG | 3/1/2003 | FEE SCHED | $88.83 | $0.00 | | | | | | | |
| J9600 | | PORFIMER SODIUM | 3/1/2003 | FEE SCHED | $2,329.60 | $0.00 | | | | | | | |
| J9999 | | CHEMOTHERAPY DRUG | 4/1/1988 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L0120 | | CERVICAL FLEXIBLE NON-ADJUSTABLE | 7/1/2002 | FEE SCHED | $24.76 | $0.00 | | | | | | | |
| L0140 | | CERVICAL SEMI-RIGID ADJUSTABLE (PL | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L0150 | | CERVICAL SEMI-RIGID ADJUSTABLE MC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L0172 | | CERVICAL COLLAR SEMI-RIGID THERMC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L0180 | | CERVICAL MULTIPLE POST COLLAR OC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L0210 | | THORACIC RIB BELT | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L0450 | | TLSO FLEX PREFAB THORACIC | 1/1/1991 | MEDICARE | $130.83 | $0.00 | | | | | | | |
| L0454 | | TLSO FLEX PREFAB SACROCOC-T9 | 1/1/2003 | MEDICARE | $366.83 | $0.00 | | | | | | | |
| L0456 | | TLSO FLEX PREFAB | 1/1/2003 | MEDICARE | $366.83 | $0.00 | | | | | | | |

Please see first page for a complete description
of information contained in the fee schedules.

Fees as of January 2003

## Montana Medicaid - Fee Schedule
### Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Indicators Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L0458 | | TLSO 2MOD SYMPHIS-XIPHO PRE | 1/1/2003 | MEDICARE | $606.25 | $0.00 | | | | | | | |
| L0460 | | TLSO2MOD SYMPHYSIS-STERN PRE | 1/1/2003 | MEDICARE | $606.25 | $0.00 | | | | | | | |
| L0462 | | TLSO 3MOD SACRO-SCAP PRE | 1/1/2003 | MEDICARE | $606.25 | $0.00 | | | | | | | |
| L0464 | | TLSO 4MOD SACRO-SCAP PRE | 1/1/2003 | MEDICARE | $606.25 | $0.00 | | | | | | | |
| L0466 | | TLSO RIGID FRAME PRE SOFT AP | 1/1/2003 | MEDICARE | $293.85 | $0.00 | | | | | | | |
| L0468 | | TLSO RIGID FRAME PREFAB PELV | 1/1/2003 | MEDICARE | $345.05 | $0.00 | | | | | | | |
| L0470 | | TLSO RIGID FRAME PRE SUBCLAV | 1/1/2003 | MEDICARE | $479.92 | $0.00 | | | | | | | |
| L0472 | | TLSO RIGID FRAME HYPEREX PRE | 1/1/2003 | MEDICARE | $304.37 | $0.00 | | | | | | | |
| L0474 | | TLSO RIGID FRAME PRE PELVIC | 1/1/2003 | MEDICARE | $468.43 | $0.00 | | | | | | | |
| L0476 | | TLSO FLEXION COMPRES JAC PRE | 1/1/2003 | MEDICARE | $720.54 | $0.00 | | | | | | | |
| L0500 | | LSO FLEX SURGICAL SUPPORT | 7/1/2002 | FEE SCHED | $86.27 | $0.00 | | | | | | | |
| L0510 | | LSO FLEXIBLE CUSTOM FABRICAT | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L0515 | | LSO FLEX ELAS W/ RIG POST PA | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L0530 | | LSO ANT.-POST.-LAT. CONTROL (MACAL | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L0920 | | TORSO SUPPORT PENDULOUS ABDOMI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1260 | | ADDITION TO TLSO (LOW PROFILE) ANT | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1499 | | SPINAL ORTHOSIS NOT OTHERWISE SPI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1620 | | HO ABDUCTION CONTROL OF HIP JOINT | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1652 | | HO BI THIGHCUFFS W SPRDR BAR | 1/1/2003 | MEDICARE | $290.13 | $0.00 | | | | | | | |
| L1660 | | HO ABDUCTION CONTROL OF HIP JOINT | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1800 | | KNEE ORTHOSIS (KO) ELASTIC WITH ST. | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1810 | | KO ELASTIC WITH JOINTS PREFABRICA | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1815 | | KO ELASTIC OR OTHER ELASTIC TYPE M | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1820 | | KO ELASTIC WITH CONDYLAR PADS AND | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1825 | | KO ELASTIC KNEE CAP PREFABRICATE | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1830 | | KO IMMOBILIZER CANVAS LONGITUDIN/ | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1832 | | KO ADJUSTABLE KNEE JTS. POSITIONAL | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1836 | | RIGID KO W/O JOINTS | 1/1/2003 | MEDICARE | $108.61 | $0.00 | | | | | | | |
| L1840 | | KO DEROTATION MED.-LAT. AC LIGAME | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1844 | | KO W/ADJ JT ROT CNTRL MOLDED | 1/1/1994 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1845 | | KO DOUBLE UPRIGHT THIGH AND CALF | 7/1/2002 | FEE SCHED | $493.81 | $0.00 | | | | | | | |
| L1846 | | KO DOUBLE UPRIGHT THIGH AND CALF | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1858 | | KO MOLDED PLASTIC POLYCENTRIC KN | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1885 | | KO SNGL. OR DBL. UPRIGHT THIGH & CA | 7/1/2002 | MEDICARE | $729.14 | $0.00 | | | | | | | |
| L1901 | | PREFAB ANKLE ORTHOSIS | 1/1/2003 | MEDICARE | $14.38 | $0.00 | | | | | | | |
| L1902 | | AFO ANKLE GAUNTLET PREFABRICATE | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1904 | | AFO MOLDED ANKLE GAUNTLET CUSTC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1906 | | AFO MULTILIGAMENTUS ANKLE SUPPOF | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1920 | | AFO SINGLE UPRIGHT WITH STATIC OR | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1930 | | AFO PLASTIC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1945 | | AFO PLASTIC RIGID ANTERIOR TIBIAL S | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L1960 | | AFO POSTERIOR SOLID ANKLE PLASTIC | 7/1/2002 | FEE SCHED | $317.67 | $0.00 | | | | | | | |
| L1990 | | AFO DBL. UPRIGHT FREE PLANTAR DOR | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |

Please see first page for a complete description
of information contained in the fee schedules.

Fees as of January 2003