## Montana Medicaid - Fee Schedule
### Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L2000 | | KAFO SINGLE UPRIGHT FREE KNEE/AN | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2020 | | KAFO DOUBLE UPRIGHT FREE KNEE/AN | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2104 | | AFO FX ORTHOSIS TIBIAL FX CAST ORT | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2106 | | AFO FX ORTHO. TIBIAL FX CAST ORTHC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2112 | | AFO FX ORTHOSIS TIBIAL FX ORTHOSIS | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2114 | | AFO FX ORTHOSIS TIBIAL FX ORTHOSIS | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2116 | | AFO FX ORTHOSIS TIBIAL FX ORTHOSIS | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2180 | | ADDN TO LOWER EXTREMITY FX ORTHC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2270 | | ADDN TO LOWER EXTREMITY "T" STRAI | 7/1/2002 | FEE SCHED | $38.04 | $0.00 | | | | | | | |
| L2275 | | ADDN TO LOWER EXTREMITY VARUS/V/ | 7/1/2002 | FEE SCHED | $111.28 | $0.00 | | | | | | | |
| L2280 | | ADDN TO LOWER EXTREMITY MOLDED | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2310 | | ADDN TO LOWER EXTREMITY ABDUCTIC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2340 | | ADDN TO LOWER EXTREMITY PRETIBIA | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2425 | | ADDN TO KNEE JT. DISC OR DIAL LOCK I | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2795 | | ADDN TO LOWER EXTREM. ORTHOSIS H | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2800 | | ADDN TO LOWER EXTREM. ORTHO. KNE | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2820 | | ADDN TO LOWER EXTREM. ORTHO. SOF | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2830 | | ADDN TO LOWER EXTREM. ORTHO. SOF | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L2999 | | LOWER EXTREMITY ORTHOSES NOT OT | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3000 | | FOOT INSERT REMOVABLE MOLDED TC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3001 | | FOOT INSERT REMOVABLE MOLDED TC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3010 | | FOOT INSERT REMOVABLE MOLDED TC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3020 | | FOOT INSERT REMOVABLE MOLDED TC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3030 | | FOOT INSERT REMOVABLE FORMED PR | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3040 | | FOOT ARCH SUPPORT REMOVABLE PR | 7/1/2002 | FEE SCHED | $126.63 | $0.00 | | | | | | | |
| L3050 | | FOOT ARCH SUPPORT REMOVABLE PR | 1/1/1992 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3060 | | FOOT ARCH SUPPORT REMOVABLE PRI | 1/1/1992 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3080 | | FOOT ARCH SUPPORT NONREMOVABLI | 1/1/1992 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3100 | | HALLUS-VALGUS NIGHT DYNAMIC SPLIN | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3170 | | FOOT PLASTIC HEEL STABILIZER | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3211 | | SURGICAL BOOT EACH JUNIOR | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3218 | | ORTHOPEDIC FOOTWEAR LADIES SURG | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3223 | | ORTHOPEDIC FOOTWEAR MENS SURGI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3224 | | ORTH FOOTWEAR WOMAN'S OXFORD SI | 1/1/1995 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3225 | | ORTH FOOTWEAR MANS OXFORD SHOE | 1/1/1995 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3250 | | ORTHOPEDIC FOOTWEAR CUSTOM MOl | 7/1/1997 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3260 | | AMBULATORY SURGICAL BOOT EAC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3265 | | PLASTAZOTE SANDAL EACH | 1/1/1992 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3300 | | LIFT ELEVATION HEEL TAPERED TO ME | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3332 | | LIFT ELEVATION INSIDE SHOE TAPERE | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3350 | | HEEL WEDGE | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3420 | | FULL SOLE AND HEEL WEDGE BETWEE? | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3450 | | HEEL SACH CUSHION TYPE | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |

Please see first page for a complete description of information contained in the fee schedules.

259

Fees as of January 2003

Montana Medicaid – Fee Schedule
Physician

| Proc | Mod | Description | Effective | Method | Office | Facility | Global Days | PA | Mult | Bilat | Assist | CoSurg | Team |
|------|-----|-------------|-----------|--------|--------|----------|-------------|----|----|-------|--------|--------|------|
| L3460 | | HEEL  NEW RUBBER STANDARD | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3470 | | HEEL  THOMAS EXTENDED TO BALL | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3480 | | HEEL  PAD AND DEPRESSION FOR SPUR | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3485 | | HEEL  PAD REMOVABLE FOR SPUR | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3540 | | ORTHOPEDIC SHOE ADDITION SOLE  FU | 1/1/1992 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3649 | | ORTHOPEDIC SHOE  MODIFICATION ADI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3650 | | SO  FIGURE  EIGHT DESIGN ABDUCTION | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3651 | | PREFAB SHOULDER ORTHOSIS | 1/1/2003 | MEDICARE | $48.78 | $0.00 | | | | | | | |
| L3652 | | PREFAB DBL SHOULDER ORTHOSIS | 1/1/2003 | MEDICARE | $146.99 | $0.00 | | | | | | | |
| L3660 | | SO  FIGURE OF 8 DESIGN ABDUCTION RI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3670 | | SO  ACROMIO/CLAVICULAR (CANVAS AN | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3700 | | EO  ELASTIC WITH STAYS  PREFABRICAI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3701 | | PREFAB ELBOW ORTHOSIS | 1/1/2003 | MEDICARE | $15.09 | $0.00 | | | | | | | |
| L3710 | | EO  ELASTIC WITH METAL JOINTS  PREF, | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3720 | | EO  DOUBLE UPRIGHT WITH FOREARM/A | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3740 | | EO  DBL UPRIGHT W/ FOREARM/ARM CL, | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3760 | | ELBOW ORTHOSIS  ADJUSTABLE POSITI | 7/1/2002 | MEDICARE | $344.13 | $0.00 | | | | | | | |
| L3762 | | RIGID EO WO JOINTS | 1/1/2003 | MEDICARE | $73.84 | $0.00 | | | | | | | |
| L3800 | | WHFO  SHORT OPPONENS  NO ATTACHA | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3805 | | WHFO  LONG OPPONENS  NO ATTACHMI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3807 | | WHFO  WITHOUT JOINT(S)  PREFABRICA | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3810 | | WHFO  ADDN TO SHORT & LONG OPPON. | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3850 | | WHFO  ADDN TO SHORT & LONG OPPON. | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3860 | | WHFO ADDN TO SHORT & LONG OPPON | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3906 | | WHFO  WRIST GAUNTLET  CUSTOM FABRI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3907 | | WHFO  WRIST GAUNTLET WITH THUMB S | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3908 | | WHFO  WRIST EXTENSION CONTROL COC | 10/1/1997 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3909 | | PREFAB WRIST ORTHOSIS | 1/1/2003 | MEDICARE | $10.48 | $0.00 | | | | | | | |
| L3910 | | WHFO  SWANSON DESIGN  PREFABRICA | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3911 | | PREFAB HAND FINGER ORTHOSIS | 1/1/2003 | MEDICARE | $0.00 | $0.00 | | | | | | | |
| L3914 | | WHFO  WRIST EXTENSION COCK-UP  PRE | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3916 | | WHO  WRIST EXTENSION COCK-UP  WI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3924 | | WHFO  OPPENHEIMER  PREFABRICATED | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3928 | | HFO  FINGER EXTENSION  WITH CLOCK \$ | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3930 | | WHFO  FINGER EXTENSION  WITH WRIST | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3932 | | FO  SAFETY PIN  SPRING WIRE  PREFABI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3934 | | FO  SAFETY PIN  MODIFIED  PREFABRIC, | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3936 | | WHFO  PALMER  PREFABRICATED  INCLI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3938 | | WHFO  DORSAL WRIST  PREFABRICATEI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3940 | | WHFO  DORSAL WRIST  WITH OUTRIGGE | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3942 | | HFO  REVERSE KNUCKLE BENDER  PREF | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3946 | | HFO  COMPOSITE ELASTIC  PREFABRICA | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3948 | | FO  FINGER KNUCKLE BENDER  PREFABI | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |

Please see first page for a complete description
of information contained in the fee schedules.

260

Fees as of January 2003

## Montana Medicaid - Fee Schedule
### Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Facility | Global Days | PA | Mult | Bilat | Indicators Assist | CoSurg | Team |
|------|-----|-------------|-----------|--------|-------------|----------|-------------|----|------|-------|-------------------|--------|------|
| L3960 | | SEWHO ABDUCTION POSITIONING, AIRP | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3980 | | UPPER EXTREMITY FX ORTHOSIS HUME | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3984 | | UPPER EXTREMITY FX ORTHOSIS WRIS | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3986 | | UPPER EXTREMITY FX ORTHOSIS COMB | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L3999 | | UPPER LIMB ORTHOSIS, NOT OTHERWIS | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L4210 | | REPAIR OF ORTHOTIC DEVICE, REPAIR C | 7/1/2002 | FEE SCHED | $54.65 | $0.00 | | | | | | | |
| L4350 | | PNEUMATIC ANKLE CNTRL SPLINT | 7/1/2002 | FEE SCHED | $29.69 | $0.00 | | | | | | | |
| L4360 | | PNEUMATIC WALKING SPLINT | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L4370 | | PNEUMATIC FULL LEG SPLINT | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L4380 | | PNEUMATIC KNEE SPLINT | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L4386 | | NON-PNEUMATIC WALKING SPLINT | 1/1/2003 | MEDICARE | $129.03 | $0.00 | | | | | | | |
| L4392 | | REPLACEMENT SOFT INTERFACE MATE | 7/1/2002 | FEE SCHED | $17.12 | $0.00 | | | | | | | |
| L4396 | | STATIC AFO | 7/1/2002 | FEE SCHED | $122.15 | $0.00 | | | | | | | |
| L8000 | | BREAST PROSTHESIS MASTECTOMY BR | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L8010 | | BREAST PROSTHESIS MASTECTOMY SL | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L8020 | | BREAST PROSTHESIS MASTECTOMY FC | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L8030 | | BREAST PROSTHESIS SILICONE OR EQL | 7/1/1991 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L8100 | | GRADIENT COMPRESSION STOCKING BI | 7/1/2002 | FEE SCHED | $27.96 | $0.00 | | | | | | | |
| L8120 | | GRADIENT COMPRESSION STOCKING BI | 7/1/2002 | FEE SCHED | $27.96 | $0.00 | | | | | | | |
| L8140 | | GRADIENT COMPRESSION STOCKING TI | 7/1/2002 | FEE SCHED | $27.96 | $0.00 | | | | | | | |
| L8499 | | UNLISTED PROCEDURE FOR MISCELLAN | 10/1/1986 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L8501 | | TRACHEOSTOMY SPEAKING VALVE | 2/12/1990 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| L8603 | | COLLAGEN IMPLANT URINARY TRACT PE | 1/1/1995 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| M0064 | | VISIT FOR DRUG MONITORING | 7/1/2002 | RBRVS | $18.44 | $14.80 | | | | | | | |
| P2028 | | CEPHALIN FLOCULATION TEST | 10/1/1995 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P2029 | | CONGO RED BLOOD TEST | 10/1/1995 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P2033 | | BLOOD THYMOL TURBIDITY | 10/1/1986 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P2038 | | BLOOD MUCOPROTEIN | 1/1/2003 | MEDICARE | $11.70 | $0.00 | | | | | | | |
| P3000 | | SCREEN PAP BY TECH W MD SUPV | 1/1/2003 | MEDICARE | $14.76 | $0.00 | | | | | | | |
| P3001 | | SCREENING PAP SMEAR BY PHYS | 7/1/2002 | RBRVS | $23.22 | $23.22 | | | | | | | |
| P9010 | | WHOLE BLOOD FOR TRANSFUSION | 11/1/1999 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P9011 | | BLOOD SPLIT UNIT | 11/1/1999 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P9012 | | CRYOPRECIPITATE EACH UNIT | 1/1/1999 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P9016 | | RBC LEUKOCYTES REDUCED | 1/1/1999 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P9017 | | ONE DONOR FRESH FROZEN PLASMA | 10/1/1994 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P9019 | | PLATELETS EACH UNIT | 10/1/1994 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P9020 | | PLALELET RICH PLASMA UNIT | 10/1/1994 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P9021 | | RED BLOOD CELLS UNIT | 7/1/1987 | FEE SCHED | $55.00 | $0.00 | | | | | | | |
| P9022 | | WASHED RED BLOOD CELLS UNIT | 10/1/1994 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P9023 | | FROZEN PLASMA POOLED SD | 1/1/2000 | BY REPORT | $599.00 | $0.00 | | | | | | | |
| P9031 | | PLATELETS LEUKOCYTES REDUCED | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P9032 | | PLATELETS IRRADIATED | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| P9033 | | PLATELETS LEUKOREDUCED IRRAD | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |

Please see first page for a complete description of information contained in the fee schedules.

261

Fees as of January 2003

## Montana Medicaid - Fee Schedule
## Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Assist | CoSurg | Team |
|------|-----|-------------|-----------|--------|-------------|---------------|-------------|----|----|----|------|------|------|
| P9034 | | PLATELETS PHERESIS | 1/1/2001 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| P9035 | | PLATELET PHERES LEUKOREDUCED | 1/1/2001 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| P9036 | | PLATELET PHERESIS IRRADIATED | 1/1/2001 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| P9037 | | PLATELET PHERES LEUKOREDU IRRAD | 1/1/2001 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| P9038 | | RBC IRRADIATED | 1/1/2001 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| P9039 | | RBC DEGLYCEROLIZED | 1/1/2001 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| P9040 | | RBC LEUKOREDUCED IRRADIATED | 1/1/2001 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| P9041 | | ALBUMIN (HUMAN) 5% 50ML | 1/1/2001 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| P9043 | | PLASMA PROTEIN FRACT 5% 50ML | 1/1/2001 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| P9044 | | CRYOPRECIPITATEREDUCEDPLASMA | 1/1/2001 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| P9612 | | CATHETERIZE FOR URINE SPEC | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| P9815 | | URINE SPECIMEN COLLECT MULT | 1/1/1999 | MEDICARE | $3.00 | $0.00 | $0.00 | | | | | | |
| 00035 | | CARDIOKYMOGRAPHY | 7/1/2002 | MEDICARE | $3.00 | $0.00 | $0.00 | | | | | | |
| 00035 | TC | CARDIOKYMOGRAPHY | 7/1/2002 | RBRVS | $18.15 | $18.15 | $0.00 | | | | | | |
| 00035 | 26 | CARDIOKYMOGRAPHY | 7/1/2002 | RBRVS | $10.81 | $10.81 | $0.00 | | | | | | |
| 00081 | | INFUSION THERAPY  USING OTHER THA | 1/1/2002 | RBRVS | $7.34 | $7.34 | $0.00 | | | | | | |
| 00083 | | CHEMOTHERAPY ADMINISTRATION BY O | 1/1/2002 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00084 | | CHEMOTHERAPY ADMINISTRATION BY IN | 1/1/2002 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00085 | | CHEMOTHERAPY ADMINISTRATION BY B | 1/1/2002 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00091 | | OBTAINING SCREEN PAP SMEAR | 7/1/2002 | RBRVS | $23.43 | $12.04 | $0.00 | | | | | | |
| 00092 | | SET UP PORT XRAY EQUIPMENT | 7/1/2002 | RBRVS | $6.61 | $6.61 | $0.00 | | | | | | |
| 00111 | | WET MOUNTS W PREPARATIONS | 1/1/2003 | MEDICARE | $5.96 | $5.96 | $0.00 | | | | | | |
| 00112 | | POTASSIUM HYDROXIDE PREPS | 1/1/2003 | MEDICARE | $5.96 | $5.96 | $0.00 | | | | | | |
| 00113 | | PINWORM EXAMINATIONS | 1/1/2003 | MEDICARE | $5.37 | $5.37 | $0.00 | | | | | | |
| 00114 | | FERN TEST | 1/1/2003 | MEDICARE | $9.99 | $0.00 | $0.00 | | | | | | |
| 00135 | | NON ESRD EPOETIN ALPHA INJ | 1/1/2000 | FEE SCHED | $10.80 | $0.00 | $0.00 | | | | | | |
| 00144 | | AZITHROMYCIN DIHYDRATE  ORAL | 7/1/2002 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00163 | | DIPHENHYDRAMINE HCL 50MG | 7/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00164 | | PROCHLORPERAZINE MALEATE 5MG | 7/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00165 | | PROCHLORPERAZINE MALEATE 10MG | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00166 | | GRANISETRON HCL 1 MG ORAL | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00167 | | DRONABINOL 2.5MG ORAL | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00168 | | DRONABINOL 5MG ORAL | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00169 | | PROMETHAZINE HCL 12.5MG ORAL | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00170 | | PROMETHAZINE HCL 25 MG ORAL | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00171 | | CHLORPROMAZINE HCL 10MG ORAL | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00172 | | CHLORPROMAZINE HCL 25MG ORAL | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00173 | | TRIMETHOBENZAMIDE HCL 250MG | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00174 | | THIETHYLPERAZINE MALEATE10MG | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00175 | | PERPHENAZINE 4MG ORAL | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00176 | | PERPHENAZINE 8MG ORAL | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00177 | | HYDROXYZINE PAMOATE 25MG | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |
| 00178 | | HYDROXYZINE PAMOATE 50MG | 1/1/1999 | BY REPORT | $0.00 | $0.00 | $0.00 | | | | | | |

Please see first page for a complete description
of information contained in the fee schedules.

262

Fees as of January 2003

Montana Medicaid - Fee Schedule
Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Facility | Global Days | PA | Mult | Bilat | Indicators Assist | CoSurg | Team |
|------|-----|-------------|-----------|--------|--------|----------|------|------|------|-------|--------|--------|------|
| 00179 | | ONDANSETRON HCL BMG ORAL | 1/1/1999 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 00180 | | DOLASETRON MESYLATE ORAL | 1/1/1999 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 00181 | | UNSPECIFIED ORAL ANTI-EMETIC | 1/1/1999 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 00183 | | NONMETABOLIC ACTIVE TISSUE | 1/1/1999 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 00184 | | METABOLICALLY ACTIVE TISSUE | 1/1/1999 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 00187 | | FACTOR VIIA RECOMBINANT | 1/1/2000 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02001 | | ORAL CABERGOLINE 0.5 MG | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02002 | | ELLIOTTS B SOLUTION PER ML | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02003 | | ANDROTMIN 1000 KIU | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02004 | | BLADDER CALCULI IRRIG SOL | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02005 | | CORTICORELIN OVINE TRIFLUTAT | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02006 | | DIGOXIN IMMUNE FAB (OVINE) | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02007 | | ETHANOLAMINE OLEATE 100 MG | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02008 | | FOMEPIZOLE  15 MG | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02009 | | FOSPHENYTOIN  50 MG | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02010 | | GLATIRAMER ACETATE  PER DOSE | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02011 | | HEMIN PER 1 MG | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02012 | | PEGADEMASE BOVINE  25 IU | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02013 | | PENTASTARCH 10% SOLUTION | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02014 | | SERMORELIN ACETATE  0.5 MG | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02017 | | TENIPOSIDE 50 MG | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02018 | | UROFOLLITROPIN  75 IU | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02019 | | BASILIXIMAB | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02020 | | HISTRELIN ACETATE | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02021 | | LEPIRUDIN | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 02022 | | VONWILLEBRANDFACTRCOMPLXPERU | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03001 | | BRACHYTHERAPY RADIOELEMENTS | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03002 | | GALLIUM GA 67 | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03003 | | TECHNETIUM TC99M BICISATE | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03004 | | XENON XE 133 | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03005 | | TECHNETIUM TC99M MERTIATIDE | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03006 | | TECHNETIUM TC99M GLUCEPATATE | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03007 | | SODIUM PHOSPHATE P32 | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03009 | | INDIUM 111-IN PENTETREOTIDE | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03009 | | TECHNETIUM TC99M OXIDRONATE | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03010 | | TECHNETIUM TC99MLABELEDRBCS | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03011 | | CHROMIC PHOSPHATE P32 | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03012 | | CYANOCOBALAMIN COBALT CO57 | 1/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03021 | | PED HEPATITIS B VACCINE INJ | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03022 | | HEPATITIS B VACCINE ADULT DS | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03023 | | INJECTION HEPATITIS BVACCINE | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03025 | | IM INJ INTERFERON BETA 1-A | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| 03026 | | SUBC INJ INTERFERON BETA-1A | 1/1/2003 | BY REPORT | $0.00 | $0.00 | | | | | | | |

Please see first page for a complete description
of information contained in the fee schedules.

Fees as of January 2003