# Montana Medicaid - Fee Schedule
## Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q3030 | | SODIUM HYALURONATE 20-25 MG DOSE | 7/1/2002 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| Q4001 | | CAST SUP BODY CAST PLASTER | 1/1/2002 | FEE SCHED | $33.74 | $0.00 | | | | | | | |
| Q4002 | | CAST SUP BODY CAST FIBERGLAS | 1/1/2002 | FEE SCHED | $127.51 | $0.00 | | | | | | | |
| Q4003 | | CAST SUP SHOULDER CAST PLSTR | 1/1/2002 | FEE SCHED | $24.23 | $0.00 | | | | | | | |
| Q4004 | | CAST SUP SHOULDER CAST FBRGL | 1/1/2002 | FEE SCHED | $83.90 | $0.00 | | | | | | | |
| Q4005 | | CAST SUP LONG ARM ADULT PLST | 1/1/2002 | FEE SCHED | $8.93 | $0.00 | | | | | | | |
| Q4006 | | CAST SUP LONG ARM ADULT FBRG | 1/1/2002 | FEE SCHED | $20.13 | $0.00 | | | | | | | |
| Q4007 | | CAST SUP LONG ARM PED PLSTER | 1/1/2002 | FEE SCHED | $4.47 | $0.00 | | | | | | | |
| Q4008 | | CAST SUP LONG ARM PED FBRGLS | 1/1/2002 | FEE SCHED | $10.07 | $0.00 | | | | | | | |
| Q4009 | | CAST SUP SHT ARM ADULT PLSTR | 1/1/2002 | FEE SCHED | $5.96 | $0.00 | | | | | | | |
| Q4010 | | CAST SUP SHT ARM ADULT FBRGL | 1/1/2002 | FEE SCHED | $13.42 | $0.00 | | | | | | | |
| Q4011 | | CAST SUP SHT ARM PED PLASTER | 1/1/2002 | FEE SCHED | $2.90 | $0.00 | | | | | | | |
| Q4012 | | CAST SUP SHT ARM PED FBRGLAS | 1/1/2002 | FEE SCHED | $6.71 | $0.00 | | | | | | | |
| Q4013 | | CAST SUP GAUNTLET PLASTER | 1/1/2002 | FEE SCHED | $10.85 | $0.00 | | | | | | | |
| Q4014 | | CAST SUP GAUNTLET FIBERGLASS | 1/1/2002 | FEE SCHED | $18.31 | $0.00 | | | | | | | |
| Q4015 | | CAST SUP GAUNTLET PED PLSTER | 1/1/2002 | FEE SCHED | $5.42 | $0.00 | | | | | | | |
| Q4016 | | CAST SUP GAUNTLET PED FBRGLS | 1/1/2002 | FEE SCHED | $9.16 | $0.00 | | | | | | | |
| Q4017 | | CAST SUP LNG ARM SPLINT PLST | 1/1/2002 | FEE SCHED | $6.28 | $0.00 | | | | | | | |
| Q4018 | | CAST SUP LNG ARM SPLINT FBRG | 1/1/2002 | FEE SCHED | $10.01 | $0.00 | | | | | | | |
| Q4019 | | CAST SUP LNG ARM SPLNT PED P | 1/1/2002 | FEE SCHED | $3.14 | $0.00 | | | | | | | |
| Q4020 | | CAST SUP LNG ARM SPLNT PED F | 1/1/2002 | FEE SCHED | $5.01 | $0.00 | | | | | | | |
| Q4021 | | CAST SUP SHT ARM SPLINT PLST | 1/1/2002 | FEE SCHED | $4.64 | $0.00 | | | | | | | |
| Q4022 | | CAST SUP SHT ARM SPLINT FBRG | 1/1/2002 | FEE SCHED | $8.38 | $0.00 | | | | | | | |
| Q4023 | | CAST SUP SHT ARM SPLNT PED P | 1/1/2002 | FEE SCHED | $2.33 | $0.00 | | | | | | | |
| Q4024 | | CAST SUP SHT ARM SPLNT PED F | 1/1/2002 | FEE SCHED | $4.19 | $0.00 | | | | | | | |
| Q4025 | | CAST SUP HIP SPICA PLASTER | 1/1/2002 | FEE SCHED | $26.06 | $0.00 | | | | | | | |
| Q4026 | | CAST SUP HIP SPICA FIBERGLAS | 1/1/2002 | FEE SCHED | $81.34 | $0.00 | | | | | | | |
| Q4027 | | CAST SUP HIP SPICA PED PLSTR | 1/1/2002 | FEE SCHED | $13.03 | $0.00 | | | | | | | |
| Q4028 | | CAST SUP HIP SPICA PED FBRGL | 1/1/2002 | FEE SCHED | $40.67 | $0.00 | | | | | | | |
| Q4029 | | CAST SUP LONG LEG PLASTER | 1/1/2002 | FEE SCHED | $19.92 | $0.00 | | | | | | | |
| Q4030 | | CAST SUP LONG LEG FIBERGLASS | 1/1/2002 | FEE SCHED | $52.43 | $0.00 | | | | | | | |
| Q4031 | | CAST SUP LNG LEG PED PLASTER | 1/1/2002 | FEE SCHED | $9.96 | $0.00 | | | | | | | |
| Q4032 | | CAST SUP LNG LEG PED FBRGLS | 1/1/2002 | FEE SCHED | $26.22 | $0.00 | | | | | | | |
| Q4033 | | CAST SUP LNG LEG CYLINDER PL | 1/1/2002 | FEE SCHED | $18.57 | $0.00 | | | | | | | |
| Q4034 | | CAST SUP LNG LEG CYLINDER FB | 1/1/2002 | FEE SCHED | $46.22 | $0.00 | | | | | | | |
| Q4035 | | CAST SUP LNGLEG CYLNDR PED P | 1/1/2002 | FEE SCHED | $9.30 | $0.00 | | | | | | | |
| Q4036 | | CAST SUP LNGLEG CYLNDR PED F | 1/1/2002 | FEE SCHED | $23.11 | $0.00 | | | | | | | |
| Q4037 | | CAST SUP SHRT LEG PLASTER | 1/1/2002 | FEE SCHED | $11.34 | $0.00 | | | | | | | |
| Q4038 | | CAST SUP SHRT LEG FIBERGLASS | 1/1/2002 | FEE SCHED | $28.40 | $0.00 | | | | | | | |
| Q4039 | | CAST SUP SHRT LEG PED PLSTER | 1/1/2002 | FEE SCHED | $5.68 | $0.00 | | | | | | | |
| Q4040 | | CAST SUP SHRT LEG PED FBRGLS | 1/1/2002 | FEE SCHED | $14.20 | $0.00 | | | | | | | |
| Q4041 | | CAST SUP LNG LEG SPLNT PLSTR | 1/1/2002 | FEE SCHED | $13.78 | $0.00 | | | | | | | |
| Q4042 | | CAST SUP LNG LEG SPLNT FBRGL | 1/1/2002 | FEE SCHED | $23.53 | $0.00 | | | | | | | |

Please see first page for a complete description
of information contained in the fee schedules.

Fees as of January 2003

# Montana Medicaid - Fee Schedule
## Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q4043 | | CAST SUP LNG LEG SPLNT PED P | 1/1/2002 | FEE SCHED | $6.89 | $0.00 | | | | | | | |
| Q4044 | | CAST SUP LNG LEG SPLNT PED F | 1/1/2002 | FEE SCHED | $11.77 | $0.00 | | | | | | | |
| Q4045 | | CAST SUP SHT LEG SPLNT PLSTR | 1/1/2002 | FEE SCHED | $8.00 | $0.00 | | | | | | | |
| Q4046 | | CAST SUP SHT LEG SPLNT FBRGL | 1/1/2002 | FEE SCHED | $12.87 | $0.00 | | | | | | | |
| Q4047 | | CAST SUP SHT LEG SPLNT PED P | 1/1/2002 | FEE SCHED | $4.00 | $0.00 | | | | | | | |
| Q4048 | | CAST SUP SHT LEG SPLNT PED F | 1/1/2002 | FEE SCHED | $6.44 | $0.00 | | | | | | | |
| Q4049 | | FINGER SPLINT STATIC | 1/1/2002 | FEE SCHED | $1.46 | $0.00 | | | | | | | |
| Q4050 | | CAST SUPPLIES UNLISTED | 7/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| Q4051 | | SPLINT SUPPLIES MISC | 7/1/2001 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| Q9920 | | EPOETIN WITH HCT <= 20 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9921 | | EPOETIN WITH HCT = 21 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9922 | | EPOETIN WITH HCT = 22 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9923 | | EPOETIN WITH HCT = 23 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9924 | | EPOETIN WITH HCT = 24 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9925 | | EPOETIN WITH HCT = 25 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9926 | | EPOETIN WITH HCT = 26 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9927 | | EPOETIN WITH HCT = 27 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9928 | | EPOETIN WITH HCT = 28 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9929 | | EPOETIN WITH HCT = 29 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9930 | | EPOETIN WITH HCT = 30 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9931 | | EPOETIN WITH HCT = 31 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9932 | | EPOETIN WITH HCT = 32 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9933 | | EPOETIN WITH HCT = 33 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9934 | | EPOETIN WITH HCT = 34 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9935 | | EPOETIN WITH HCT = 35 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9936 | | EPOETIN WITH HCT = 36 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9937 | | EPOETIN WITH HCT = 37 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9938 | | EPOETIN WITH HCT = 38 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9939 | | EPOETIN WITH HCT = 39 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| Q9940 | | EPOETIN WITH HCT >= 40 | 10/1/1990 | FEE SCHED | $10.80 | $0.00 | | | | | | | |
| R0070 | | TRANSPORT PORTABLE X-RAY | 7/1/2002 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| R0075 | | TRANSPORT PORT X-RAY MULTIPL | 7/1/2002 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| R0076 | | TRANSPORT PORTABLE EKG | 7/1/2002 | RBRVS | $0.00 | $0.00 | | | | | | | |
| V2030 | | MINOR FRAME REPAIR - INCLUDING MINC | 7/1/2000 | FEE SCHED | $15.64 | $0.00 | | Y | | | | | |
| V2500 | | CONTACT LENS PMMA SPHERICAL | 7/1/2000 | FEE SCHED | $23.16 | $0.00 | | Y | | | | | |
| V2501 | | CNTCT LENS PMMA-TORIC/PRISM | 7/1/2000 | FEE SCHED | $74.43 | $0.00 | | Y | | | | | |
| V2502 | | CONTACT LENS PMMA BIFOCAL | 7/1/2000 | FEE SCHED | $125.69 | $0.00 | | Y | | | | | |
| V2503 | | CNTCT LENS PMMA COLOR VISION | 7/1/2000 | FEE SCHED | $23.16 | $0.00 | | Y | | | | | |
| V2510 | | CNTCT GAS PERMEABLE SPHERICL | 7/1/2000 | FEE SCHED | $23.16 | $0.00 | | Y | | | | | |
| V2511 | | CNTCT TORIC PRISM BALLAST | 7/1/2000 | FEE SCHED | $74.43 | $0.00 | | Y | | | | | |
| V2512 | | CNTCT LENS GAS PERMBL BIFOCL | 7/1/2000 | FEE SCHED | $125.69 | $0.00 | | Y | | | | | |
| V2513 | | CONTACT LENS EXTENDED WEAR | 7/1/2000 | FEE SCHED | $23.16 | $0.00 | | Y | | | | | |
| V2520 | | CONTACT LENS HYDROPHILIC | 7/1/2000 | FEE SCHED | $23.16 | $0.00 | | Y | | | | | |

Please see first page for a complete description of information contained in the fee schedules.

Fees as of January 2003

# Montana Medicaid - Fee Schedule
## Physician

| Proc | Mod | Description | Effective | Method | Fees Office | Fees Facility | Global Days | PA | Mult | Bilat | Indicators Assist | CoSurg | Team |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V2521 | | CNTCT LENS HYDROPHILIC TORIC | 7/1/2000 | FEE SCHED | $74.43 | $0.00 | | Y | | | | | |
| V2522 | | CNTCT LENS HYDROPHIL BIFOCL | 7/1/2000 | FEE SCHED | $125.69 | $0.00 | | Y | | | | | |
| V2523 | | CNTCT LENS HYDROPHIL EXTEND | 7/1/2000 | FEE SCHED | $23.16 | $0.00 | | Y | | | | | |
| V2632 | | POST CHMBR INTRAOCULAR LENS | 7/1/1986 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| V2785 | | CORNEAL TISSUE PROCESSING | 11/1/1997 | FEE SCHED | $1,100.00 | $0.00 | | | | | | | |
| Z0695 | | CONTRACEPTIVE SUPPLIES | 8/1/1997 | FEE SCHED | $45.00 | $0.00 | | | | | | | |
| Z0709 | | PROGESTASERT IUD | 7/1/1990 | FEE SCHED | $106.12 | $0.00 | | | | | | | |
| Z0740 | | OUTPATIENT SURGICAL ROOM TUBAL L | 7/1/2002 | RBRVS | $299.80 | $299.80 | | | | | | | |
| Z0805 | | ADMINISTRATION FEE FOR VACCINES FC | 7/1/2002 | RBRVS | $9.38 | $9.38 | | | | | | | |
| Z0810 | | HERCEPTIN PER EACH MG (REPORT APF | 10/5/1998 | FEE SCHED | $4.63 | $0.00 | | | | | | | |
| Z8050 | | HRPW CASE MGMT SVCS PROVIDED BY | 1/1/1996 | FEE SCHED | $6.00 | $0.00 | | | | | | | |
| Z8051 | | HRPW CASE MGMT SVCS PROVIDED BY | 1/1/1996 | FEE SCHED | $6.00 | $0.00 | | | | | | | |
| Z8052 | | HRPW CASE MGMT SVCS PROVIDED BY | 1/1/1996 | FEE SCHED | $6.00 | $0.00 | | | | | | | |
| Z8053 | | TCM FOR FOLLOW ME CHILDREN/15 MIN | 1/1/1996 | FEE SCHED | $10.00 | $0.00 | | | | | | | |
| Z8054 | | TCM FOR CHILDREN W/SPECIAL HEALTH | 1/1/1996 | FEE SCHED | $10.00 | $0.00 | | | | | | | |
| Z8055 | | TCM FOR CHILDREN AT RISK FOR ABUSE | 1/1/1996 | FEE SCHED | $6.72 | $0.00 | | | | | | | |
| Z8150 | | PASSPORT CASE MANAGEMENT FEE | 11/1/1992 | FEE SCHED | $3.00 | $0.00 | | | | | | | |
| Z9553 | | SINGLE VISION LENS SERVICE | 7/1/2000 | FEE SCHED | $15.45 | $0.00 | | | | | | | |
| Z9554 | | BIFOCAL LENS SERVICE | 7/1/2000 | FEE SCHED | $19.49 | $0.00 | | | | | | | |
| Z9555 | | TRIFOCAL LENS SERVICE | 7/1/2000 | FEE SCHED | $23.66 | $0.00 | | | | | | | |
| Z9556 | | CATARACT LENS SERVICE | 7/1/2000 | FEE SCHED | $33.90 | $0.00 | | | | | | | |
| Z9557 | | SINGLE VISION FRAME SERVICE | 7/1/2000 | FEE SCHED | $15.45 | $0.00 | | | | | | | |
| Z9558 | | BIFOCAL FRAM SERVICE | 7/1/2000 | FEE SCHED | $19.49 | $0.00 | | | | | | | |
| Z9559 | | TRIFOCAL FRAME SERVICE | 7/1/2000 | FEE SCHED | $23.66 | $0.00 | | | | | | | |
| Z9560 | | CATARACT FRAME SERVICE | 7/1/2000 | FEE SCHED | $33.90 | $0.00 | | | | | | | |
| Z9613 | | HANDLING FEE - WALMAN WARRANTY OI | 7/1/2000 | FEE SCHED | $3.55 | $0.00 | | | | | | | |
| Z9614 | | EYE PATCHES (FOR VISUAL TRAINING) | 1/1/1998 | BY REPORT | $0.00 | $0.00 | | | | | | | |
| Z9646 | | SPECIALTY CONTACT LENS | 1/1/1997 | FEE SCHED | $20.00 | $0.00 | | Y | | | | | |

Please see first page for a complete description of information contained in the fee schedules.

Fees as of January 2003