HIGHLY CONFIDENTIAL

Exhibit 3-c REDACTED

Named Plaintiff Drug Encounter Summary- REDACTED ¹ (Named for Baxter, Fujisawa, Sicor, and Watson)

| Date of Service | J Code | Drug Description[1] | Defendant did not manufacture | A - Part A/ Inpatient | B - 2005 ASP | C - Hospital OPPS ||| D - No Responsibility/ Flat CoPay |||| E - Multi-Source (3) | F - Missing Evidence ||||| Available Clark Support |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 - Bundle | 2 - Cost | | 1 - No Responsibility | 2 - LMRP | 3 - Supplemental Insurance | 4 - Financial Assistance | | 1 - EOMB/Medicare Payment | 2 - Insurance Coverage Information | 3 - EOB/Insurance Payment | 4 - Payment Evidence | 5 - Evidence of Source | |
| 12/31/01 | J7030 | SODIUM CHLORIDE 0.9% IVSL | | x | | | | | | | | | x | | | | | | CLARK 0291 |
| 01/09/02 | J7030 | NORMAL SALINE SOLUTION INFUS | | | | | | | | | | | x | | x | x | x | CLARK 0029, CLARK 0032, CLARK 0036, CLARK 0041, CLARK 0139, CLARK 0140, CLARK 0288, CLARK 0300-0326, ABPA 001-151 |
| 01/09/02 | J7050 | NORMAL SALINE SOLUTION INFUS | | | | | | | | | | | x | | x | x | x | CLARK 0029, CLARK 0032, CLARK 0036, CLARK 0041, CLARK 0139, CLARK 0140, CLARK 0288, CLARK 0300-0326, ABPA 001-151 |
| 01/09/02 | J9060 | CISPLATIN 10MG INJECTION | | | | | | | | | | | x | | x | x | x | CLARK 0029, CLARK 0032, CLARK 0036, CLARK 0041, CLARK 0139, CLARK 0140, CLARK 0288, CLARK 0300-0326, ABPA 001-151 |
| 01/10/02 | J9060 | CISPLATIN, POWDER OR SOLUTN,/10 | | | | x | x² | | | | | | x | x | x | x | x | CLARK 0011, CLARK 0300-0326 |
| 01/10/02 | | DEXAMETHASONE SODIUM PHOSHATE-TO | | | | x | | | | | | | x | x | x | x | x | CLARK 0011, CLARK 0300-0326 |
| 01/10/02 | | DEXTROSE 5%-WATER 5% IVSL IV 5 | | | | x | | | | | | | x | x | x | x | x | CLARK 0011, CLARK 0300-0326 |

Privileged & Confidential
This Draft is for discussion purposes only. All examples and tables are currently under review and may be subject to change.

HIGHLY CONFIDENTIAL

Exhibit 3-c  REDACTED

Named Plaintiff Drug Encounter Summary- REDACTED  (Named for Baxter, Fujisawa, Sicor, and Watson)

| Date of Service | J Code | Drug Description[1] | Defendant did not manufacture | A - Part A / Inpatient | B - 2005 ASP | 1 - Bundle | 2 - Cost | 1 - No Responsibility | 2 - LMRP | 3 - Supplemental Insurance | 4 - Financial Assistance | E - Multi-Source (3) | 1 - EOMB/Medicare Payment | 2 - Insurance Coverage Information | 3 - EOB/Insurance Payment | 4 - Payment Evidence | 5 - Evidence of Source | Available Clark Support |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/16/02 | J7050 | NORMAL SALINE SOLUTION INFUS | | | | | | | | | | x | | x | | x | x | CLARK 0029, CLARK 0032, CLARK 0036, CLARK 0041, CLARK 0136, CLARK 0137, CLARK 0287, CLARK 0300-0326, ABPA 001-154 |
| 02/06/02 | J7030 | NORMAL SALINE SOLUTION INFUS | | | | | | | | | | x | | x | | x | x | CLARK 0030, CLARK 0032, CLARK 0036, CLARK 0041, CLARK 0137, CLARK 0287, CLARK 0300-0326, ABPA 001-155 |
| 02/06/02 | J7050 | NORMAL SALINE SOLUTION INFUS | | | | | | | | | | x | | x | | x | x | CLARK 0030, CLARK 0032, CLARK 0036, CLARK 0041, CLARK 0137, CLARK 0287, CLARK 0300-0326, ABPA 001-155 |
| 02/06/02 | J9060 | CISPLATIN 10MG INJECTION | | | | | | | | | | x | | x | | x | x | CLARK 0030, CLARK 0032, CLARK 0036, CLARK 0041, CLARK 0136, CLARK 0137, CLARK 0287, CLARK 0300-0326, ABPA 001-155 |

Column group headers: C- Hospital OPPS | D - No Responsibility/ Flat CoPay | F - Missing Evidence

Privileged & Confidential
This Draft is for discussion purposes only. All examples and tables are currently under review and may be subject to change.

**HIGHLY CONFIDENTIAL**

Exhibit 3-C REDACTED

**Named Plaintiff Drug Encounter Summary** - REDACTED : (Named for Baxter, Fujisawa, Sicor, and Watson)

| Date of Service | J Code | Drug Description[1] | Defendant did not manufacture | A - Part A / Inpatient | B - 2005 ASP | 1 - Bundle | 2 - Cost | 1 - No Responsibility | 2 - LMRP | 3 - Supplemental Insurance | 4 - Financial Assistance | E - Multi-Source (3) | 1 - EOMB/Medicare Payment | 2 - Insurance Coverage Information | 3 - EOB/Insurance Payment | 4 - Payment Evidence | 5 - Evidence of Source | Available Clark Support |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/06/02 | J9062 | CISPLATIN 50MG INJECTION | | | | | | | | | | | | | | | | |
| 02/13/02 | J1100 | DEXAMETHASONE SODIUM PHOS | | | | | | | | | | x | | x | | x | x | | CLARK 0030, CLARK 0032, CLARK 0036, CLARK 0041, CLARK 0136, CLARK 0137, CLARK 0287, CLARK 0300-0326, ABPA 001-155 |
| 02/13/02 | J7050 | NORMAL SALINE SOLUTION INFUS | | | | | | | | | | x | | x | | x | x | | CLARK 0031, CLARK 0032, CLARK 0036, CLARK 0041, CLARK 0137, CLARK 0287, CLARK 0300-0326, ABPA 001-0157 |
| 03/12/02 | J7030 | NORMAL SALINE SOLUTION INFUS | | | | | | | | | x | | x | | x | | x | x | | CLARK 0031, CLARK 0032, CLARK 0036, CLARK 0041, CLARK 0137, CLARK 0287, CLARK 0300-0326, ABPA 001-0157 |
| 03/12/02 | J7050 | NORMAL SALINE SOLUTION INFUS | | | | | | | | | | x | | x | x | x | x | | CLARK 0033, CLARK 0036, CLARK 0041, CLARK 0140, CLARK 0286, CLARK 0300-0326 |
| | | | | | | | | | | | | | x | | x | x | x | | CLARK 0033, CLARK 0036, CLARK 0041, CLARK 0140, CLARK 0286, CLARK 0300-0326 |

C - Hospital OPPS  D - No Responsibility/ Flat CoPay  F - Missing Evidence

3 of 5

Privileged & Confidential
This Draft is for discussion purposes only. All examples and tables are currently under review and may be subject to change.

HIGHLY CONFIDENTIAL

Exhibit 3-c: REDACTED

Named Plaintiff Drug Encounter Summary - REDACTED  (Named for Baxter, Fujisawa, Sicor, and Watson)

| Date of Service | J Code | Drug Description[1] | Defendant did not manufacture | A - Part A/ Inpatient | B - 2005 ASP | C - Hospital OPPS 1 - Bundle | C - Hospital OPPS 2 - Cost | D - No Responsibility/ Flat CoPay 1 - No Responsibility | D 2 - LMRP | D 3 - Supplemental Insurance | D 4 - Financial Assistance | E - Multi-Source [a] | F - Missing Evidence 1 - EOMB/Medicare Payment | F 2 - Insurance Coverage Information | F 3 - EOB/Insurance Payment | F 4 - Payment Evidence | F 5 - Evidence of Source | Available Clark Support |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/12/02 | J9060 | CISPLATIN 10MG INJECTION | | | | | | | | | | | | | | | | CLARK 0033, CLARK 0036, CLARK 0041, CLARK 0140, CLARK 0286, CLARK 0300-0326 |
| 03/12/02 | J9062 | CISPLATIN 50MG INJECTION | | | | | | | | | | x | | x | x | x | x | CLARK 0033, CLARK 0036, CLARK 0041, CLARK 0140, CLARK 0286, CLARK 0300-0326 |
| 03/19/02 | J7050 | NORMAL SALINE SOLUTION INFUS | | | | | | | | | | x | | x | x | x | x | CLARK 0033, CLARK 0036, CLARK 0041, CLARK 0140, CLARK 0286, CLARK 0300-0326 |
| 04/10/02 | J7030 | NORMAL SALINE SOLUTION INFUS | | | | | | | | | | x | | x | x | x | x | CLARK 0035, CLARK 0036, CLARK 0041, CLARK 0143, CLARK 0286, CLARK 0300-0326 |
| 04/10/02 | J7050 | NORMAL SALINE SOLUTION INFUS | | | | | | | | | | x | | x | x | x | x | CLARK 0035, CLARK 0036, CLARK 0041, CLARK 0143, CLARK 0286, CLARK 0300-0326 |
| 04/10/02 | J9060 | CISPLATIN 10MG INJECTION | | | | | | | | | | x | | x | x | x | x | CLARK 0036, CLARK 0041, CLARK 0143, CLARK 0286, CLARK 0300-0326 |
| 04/10/02 | J9062 | CISPLATIN 50MG INJECTION | | | | | | | | | | x | | x | x | x | x | CLARK 0036, CLARK 0041, CLARK 0143, CLARK 0286, CLARK 0300-0326 |

Privileged & Confidential
This Draft is for discussion purposes only. All examples and tables are currently under review and may be subject to change.

HIGHLY CONFIDENTIAL

Exhibit 3-c : REDACTED

Named Plaintiff Drug Encounter Summary REDACTED : (Named for Baxter, Fujisawa, Sicor, and Watson)

| Date of Service | J Code | Drug Description[1] | Defendant did not manufacture | A - Part A/ Inpatient | B - 2005 ASP | 1 - Bundle | 2 - Cost | 1 - No Responsibility | 2 - LMRP | 3 - Supplemental Insurance | 4 - Financial Assistance | E - Multi-Source [3] | 1 - EOMB/Medicare Payment | 2 - Insurance Coverage Information | 3 - EOB/Insurance Payment | 4 - Payment Evidence | 5 - Evidence of Source | Available Clark Support |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | C - Hospital OPPS | | D - No Responsibility/ Flat CoPay | | | | F - Missing Evidence | | | | |
| 04/17/02 | J7050 | NORMAL SALINE SOLUTION INFUS | | | | | | | | | | | | | | | | CLARK 0036, CLARK 0041, CLARK 0143, CLARK 0286, CLARK 0300-0326, ABPA 001-167 |
| 08/20/02 | J7030 | SODIUM CHLORIDE 0.9% 0.9% IVSL | | x | | | | | | x | | x | x | x | x | x | | CLARK 0018, CLARK 0023, CLARK 0159 |
| 08/20/02 | J7030 | SODIUM CHLORIDE 0.9% 0.9% IVSL | | x | | | | | | | | x | x | x | x | x | x | CLARK 0018, CLARK 0023, CLARK 0159 |
| 08/20/02 | J7040 | SODIUM CHLORIDE 0.9% IVSL I, 5 | | x | | | | | | | | x | x | x | x | x | x | CLARK 0018, CLARK 0159 |
| 10/24/05 | J7050 | NORMAL SALINE SOLUTION INFUS | | | x | | | | | | | x | | x | x | x | x | CLARK 0285 |
| 10/24/05 | J7040 | NORMAL SALINE SOLUTION INFUS | | | x | | | | | | | x | | x | x | x | x | CLARK 0285 |
| 10/24/05 | J7060 | 5% DEXTROSE/WATER | | | x | | | | | | | x | | x | x | x | x | CLARK 0285 |
| 10/24/05 | J9182 | ETOPOSIDE 100 MG INJ | | | x | | | | | | | x | | x | x | x | x | CLARK 0285 |
| 10/24/05 | J1094 | DEXAMETHASONE ACETATE INJ | | | x | | | | | | | x | | x | x | x | x | CLARK 0285 |
| Total Encounters | 32 | | 0 | 4 | 5 | 2 | 1 | 0 | 0 | 3 | 0 | 32 | | | | | | |

Notes:

(1) Depending on documentation available, drug descriptions were first based on Medicare EOB provided in discovery, then on drug description in billed charges, and finally on 2005 CMS NDC-HCPCS Crosswalk.

(2) Administered at Mayo Clinic Hospital which is reimbursed under OPPS.

(3) Comprehensive cross-walk information and detailed analysis of the methodology used by Medicare to establish reimbursement for multi-source drugs was not available until the recent Medicare cross-walks were published by CMS and CMS implemented the Single Drug Pricer process in 2003. Therefore, I have identified multi-source drugs based on these recent sources. The status of drugs over the entire class period would require extensive analysis. However, the transactions identified by named plaintiffs were primarily related to the more recent time frames, so I have limited my analysis at this time to the SDP and Medicare Crosswalk information currently available through CMS.

Privileged & Confidential
This Draft is for discussion purposes only. All examples and tables are currently under review and may be subject to change.

HIGHLY CONFIDENTIAL

Exhibit 3-d    REDACTED

Named Plaintiff Drug Encounter Summary - REDACTED    (Named for Abbot, Baxter, Fujisawa, Immunex, and Watson)

| Date of Service | J Code | Drug Description[1] | Defendant did not manufacture | C - Hospital OPPS | | | D - No Responsibility/ Flat CoPay | | | | | F - Missing Evidence | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | A - Part A/ Inpatient | B - 2005 ASP | 1 - Bundle | 2 - Cost | 1 - No Responsibility | 2 - LMRP | 3 - Supplemental Insurance | 4 - Financial Assistance | E - Multi-Source [3] | 1 - EOMB/Medicare Payment | 2 - Insurance Coverage Information | 3 - EOB/Insurance Payment | 4 - Payment Evidence | 5 - Evidence of Source | Available Howe Support |
| 9/12/2000 | J1580 | GARAMYCIN, GENTAMICIN INJ | | | | | | | | | | x | | | | | x | 0001, 0053, 0074, 0109 |
| 12/5/2000 | J1580 | GENTAMICIN, 80MG | | | | | | | | | | x | x | | x | x | x | 0098 |
| 2/13/2001 | J1580 | GENTAMICIN, 80MG | | | | | | | | | | x | x | | x | x | x | 0080 |
| 12/12/2001 | J1580 | GARAMYCIN, GENTAMICIN INJ | | | x | | | | | | | x | | x | x | x | x | 0054, 0073 |
| 9/7/2005 | J1100 | DEXAMETHASONE SODIUM PHOS | | | x | | | | | | | x | | x | x | x | x | 0051, 0072 |
| 10/4/2005 | J1100 | DEXAMETHASONE SODIUM PHOS | | | x | | | | | | | x | | x | x | x | x | 0071 |
| 10/25/2005 | J1100 | DEXAMETHASONE SODIUM PHOS | | | | | | | | | | | | x | x | x | x | 0071 |
| 12/1/2005 | J9293 | MITOXANTRONE HYDROCHL / 5MG | x[2] | | | | | | | | | | | | | | | 0230 |
| 12/1/2005 | J1100 | DEXAMETHASONE SODIUM PHOS | | | x | | | | | | | x | | x | x | x | x | 0230 |
| Total Encounters | | 9 | 1 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | | | | | | |

Notes:
(1) Depending on documentation available, drug descriptions were first based on Medicare EOB provided in discovery, then on drug description in billed charges, and finally on 2005 CMS NDC-HCPCS Crosswalk.

(2) Mr. Haviland's reference of the drug transaction for Novantrone (Mitoxantrone) administered to Mr. Howe on 12/1/2005 (Howe 0230) is not sold by a defendant. It is sold by Sereno as of November 13, 2002.

(3) Comprehensive cross-walk information and detailed analysis of the methodology used by Medicare to establish reimbursement for multi-source drugs was not available until the recent Medicare cross-walks were published by CMS and CMS implemented the Single Drug Pricer process in 2003. Therefore, I have identified multi-source drugs based on these recent sources. The status of drugs over the entire class period would require extensive analysis. However, the transactions identified by named plaintiffs were primarily related to the more recent time frames, so I have limited my analysis at this time to the SDP and Medicare Crosswalk information currently available through CMS.

Privileged & Confidential
This Draft is for discussion purposes only. All examples and tables are currently under review and may be subject to change.

J-Code Analysis Detail - Randle Affidavit - Sheet Metal Workers

| Encounter # | Date of Service | J Code | Drug Description[1] | SMWMASS Applicable Support[8] | Defendant Did Not Manufacture | A - 2005 ASP | B - Hospital OPPS | C - Multisource [11] | D - Purchased Outside of MA | E - Missing Evidence | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 1 - Remittance Advice Detail | 2 - Proof of Source | 3 - EOMB | F - Remaining |
| **Abbott 3(a)** | | | | | | | | | | | | | |
| 1 | 10/4/2004 | J2930 | Methylprednisolone Injection[3] | 000304 | x | | | | | | | | |
| 2 | 8/1/2001 | J0635 | Calcitriol Injection | 001180, 001181 | | | x | x | | | x | x | |
| 3 | 6/23/2005 | J1940 | Furosemide injection[3] | 000004 | x | | | | | | | | |
| 4 | 1/8/2004 | J1580 | Garamycin Gentamicin Inj.[4] | 001439, 001440 | | | x | x | | x | x | x | |
| 5 | 8/5/2004 | J1644 | Heparin Sodium[3] | 000128 | x | | | | | | | | |
| 6 | 10/1/2002 | J0640 | Leucovorin calcium injection[5] | 001368, 001370 | | | x | x | | | x | x | |
| 7 | 10/8/2002 | J0640 | Leucovorin calcium injection[5] | 001368, 001370 | | | x | x | | | x | x | |
| 8 | 10/15/2002 | J0640 | Leucovorin calcium injection[5] | 001369, 001370 | | | x | x | | | x | x | |
| 9 | 10/29/2002 | J0640 | Leucovorin calcium injection[5] | 001369, 001370 | | | x | x | | | x | x | |
| 10 | 9/19/2005 | J3370 | Vancomycin HCL[3] | 000524 | x | | | | | | | | |
| **Amgen 3(b)** | | | | | | | | | | | | | |
| 11 | 6/6/2005 | J0880 | Darbepoetin Alfa | 000002 | | x | | | | | N/A | x | |
| 12 | 8/30/2004 | Q4055 | Epoetin Alfa > 10,000 units | 000171 | | | | x | | x | x | x | |
| 13 | 4/14/2004 | J2505 | Pegfilgrastim | 000403 | | | | | | | N/A | x | |
| 14 | 4/8/2005 | J1441 | Filgrastim | 000398 | | x | | x | | | x | x | x |
| **Aventis 3(c)** | | | | | | | | | | | | | |
| 15 | 3/25/2003 | J1260 | Dolasetron Mesylate | 001440, 001441 | | | x | x | | x | x | x | |
| 16 | 3/3/2005 | J9170 | Docetaxel | 000335 | | x | x | | | x | N/A | x | |
| **Baxter 3(d)** | | | | | | | | | | | | | |
| 17 | 3/31/2004 | J3490 | Unclassified Drug[2] | 001626 | x | | | | | | | | |
| 18 | 4/21/2004 | J9060 | Cisplatin 10 MG | 000259 | | | | | | | x | x | |
| 19 | 4/21/2004 | J9062 | Cisplatin 50 MG injection | 000259 | | | | x | | | x | x | |
| 20 | 4/21/2004 | J3490 | Unclassified Drug[2] | 000263 | x | | | | | | | | |

Privileged & Confidential
This Draft is for discussion purposes only. All examples and tables are currently under review and may be subject to change.

## J-Code Analysis Detail - Randle Affidavit - Sheet Metal Workers

| Encounter # | Date of Service | J Code | Drug Description[1] | SMWMASS Applicable Support[8] | Defendant Did Not Manufacture | A - 2005 ASP | B - Hospital OPPS | C - Multisource (11) | D - Purchased Outside of MA | E- Missing Evidence 1 - Remittance Advice Detail | 2 - Proof of Source | 3 - EOMB | F - Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 2/2/2004 | J9000 | Doxorubic hcl 10 MG vl chemo[8] | 000876 | | | | | | | | | |
| 22 | 8/5/2004 | J1644 | Heparin Sodium | 000128, 000130 | | | x | x | | | x | x | |
| 23 | 9/19/2005 | J3370 | Vancomycin HCL[6] | 000524 | | x | x | x | | x | x | x | |
| **Dey Labs 3(g)** | | | | | | | | | | | | | |
| 24 | 3/24/2005 | J7613 | Albuterol Unit Dose *Aristogen* | 000177 | | x | | x | | | x | x | |
| 25 | 3/24/2005 | J7644 | Ipratropium Bromide | 000177 | | x | | x | | | x | x | |
| **Fujisawa 3(h)** | | | | | | | | | | | | | |
| 26 | 6/11/2002 | J3303 | Triamcinolone Hexacetonl[10] *Aristogen* | 000970 | x | | | | | | | | |
| 27 | 6/11/2002 | J3302 | Triamcinolone Diacetate(10) *Aristocort* | 000973 | x | | | | | | | | |
| 28 | 9/19/2005 | J3370 | Vancomycin HCL[10] | 000524 | x | | | | | Duplicate Claim. See Baxter Exhibit 3(d) | | | |
| 29 | 6/8/2004 | J7507 | Tacrolimus Oral *Prograf* | 000353 | | | | | x | | x | x | |
| 30 | 10/9/2001 | J1100 | Dexamethasone Sodium Phosphate[10] | 001238 | x | | | | | | | | |
| 31 | 2/2/2004 | J1100 | Dexamethasone Sodium Phosphate[10] | 000876 | x | | | | | | | | |
| 32 | 2/2/2004 | J9000 | Doxorubic hcl 10 MG vl chemo[10] | 000876 | x | | | | | Duplicate Claim. See Baxter Exhibit 3(d) | | | |
| 33 | 6/16/2000 | J9190 | Fluorouracil injection[10] | 001691 | x | | | | | | | | |
| 34 | 1/8/2004 | J1580 | Gentamicin Sulfate[10] | 001439 | x | | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | |
| **Gensia 3(i)** | | | | | | | | | | | | | |
| 35 | 10/1/2002 | J0640 | Leucovorin calcium injection | 001368, 001370 | | | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | |
| 36 | 10/8/2002 | J0640 | Leucovorin calcium injection | 001368, 001370 | | | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | |
| 37 | 10/15/2002 | J0640 | Leucovorin calcium injection | 001369, 001370 | | | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | |
| 38 | 10/29/2002 | J0640 | Leucovorin calcium injection | 001369, 001370 | | | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | |
| **Immunex 3(j)** | | | | | | | | | | | | | |
| 39 | 10/1/2002 | J0640 | Leucovorin calcium injection | 001368, 001370 | | | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | |
| 40 | 10/8/2002 | J0640 | Leucovorin calcium injection | 001368, 001370 | | | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | |
| 41 | 10/15/2002 | J0640 | Leucovorin calcium injection | 001369, 001370 | | | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | |

Privileged & Confidential
This Draft is for discussion purposes only. All examples and tables are currently under review and may be subject to change.

# J-Code Analysis Detail - Randle Affidavit - Sheet Metal Workers

| Encounter # | Date of Service | J Code | Drug Description[1] | SMWMASS Applicable Support[8] | Defendant Did Not Manufacture | A - 2005 ASP | B - Hospital OPPS | C - Multisource (11) | D - Purchased Outside of MA | 1 - Remittance Advice Detail | 2 - Proof of Source | 3 - EOMB | F - Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 10/29/2002 | J0640 | Leucovorin calcium injection | 001369, 001370 | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | | | |
| 43 | 11/22/2000 | J9260 | Methotrexate sodium inj. | 001001 | | | | x | | | x | | |
| 44 | 12/13/2000 | J9260 | Methotrexate sodium inj. | 001002 | | | | x | | | x | | |
| 45 | 12/20/2000 | J9260 | Methotrexate sodium inj. | 001002 | | | | x | | | x | | |
| 46 | 12/29/2000 | J9260 | Methotrexate sodium inj. | 001002 | | | | x | | | x | | |
| 47 | 12/16/2004 | J9293 | Mitoxantrone hydrochl / 5 MG[9] | 000008 | x | | | | | | | | |
| 48 | 1/7/2005 | J9293 | Mitoxantrone hydrochl / 5 MG[9] | 000023 | x | | | | | | | | |
| 49 | 1/27/2005 | J9293 | Mitoxantrone hydrochl / 5 MG[9] | 000027 | x | | | | | | | | |
| 50 | 1/27/2005 | J9293 | Mitoxantrone hydrochl / 5 MG[9] | 000039 | x | | | | | | | | |

## Pharmacia 3(k)

| 51 | 2/2/2004 | J9000 | Doxorubic hcl 10 MG vl chemo | 000876 | | | | Duplicate Claim. See Baxter Exhibit 3(d) | | | | | |
| 52 | 6/16/2000 | J9190 | Fluorouracil injection | 001691 | | | | Duplicate Claim. See Fujisawa Exhibit 3(h) | | | | | |
| 53 | 2/2/2004 | J9000 | Doxorubic hcl 10 MG vl chemo | 000876 | | | | Duplicate Claim. See Baxter Exhibit 3(d) | | | | | |
| 54 | 2/2/2004 | J9070 | Cyclophosphamide 100 MG inj | 000876 | | x | | x | | | x | x | |

## Pfizer 3(l)

| 55 | 5/21/2005 | J0456 | Atropine Sulfate Inj. | 000044 | | | x | x | | | x | x | |

## Sicor 3(m)

| 56 | 2/2/2004 | J9000 | Doxorubic hcl 10 MG vl chemo | 000876 | | | | Duplicate Claim. See Baxter Exhibit 3(d) | | | | | |
| 57 | 10/1/2002 | J0640 | Leucovorin calcium injection | 001368 | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | | | |
| 58 | 10/8/2002 | J0640 | Leucovorin calcium injection | 001368 | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | | | |
| 59 | 10/15/2002 | J0640 | Leucovorin calcium injection | 001369 | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | | | |
| 60 | 10/29/2002 | J0640 | Leucovorin calcium injection | 001369 | | | | Duplicate Claim. See Abbott Exhibit 3(a) | | | | | |
| 61 | 9/19/2005 | J3370 | Vancomycin HCL | 000524 | | | | Duplicate Claim. See Baxter Exhibit 3(d) | | | | | |

## Watson 3(n)

| 62 | 4/26/2004 | J1094 | Inj dexamethasone acetate | 000885 | | | x | | | | x | x | |

## J-Code Analysis Detail - Randle Affidavit - Sheet Metal Workers

| Encounter # | Date of Service | J Code | Drug Description[1] | SMWMASS Applicable Support[8] | Defendant Did Not Manufacture | A - 2005 ASP | B - Hospital OPPS | C - Multisource [11] | D - Purchased Outside of MA | E: Missing Evidence ||| F - Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 1 - Remittance Advice Detail | 2 - Proof of Source | 3 - EOMB | |
| 63 | 10/9/2001 | J1100 | Dexamethasone sodium phos | 001238 | | | | | | Duplicate Claim. See Fujisawa Exhibit 3(h) ||| |
| 64 | 1/13/2005 | J2916 | Sodium Ferric Gluconate | 000188 | | x | x | | | | N/A | x | |
| 65 | 1/20/2005 | J2916 | Sodium Ferric Gluconate | 000188 | | x | x | | | | N/A | x | |
| 66 | 1/8/2004 | J1580 | Gentamicin Sulfate | 001439 | | | | | | Duplicate Claim. See Abbott Exhibit 3(a) ||| |
| 67 | 6/11/2002 | J1750 | Iron Dextran | 001265 | | | | x | | | x | | |
| 68 | 6/25/2002 | J1750 | Iron Dextran | 001266 | | | | x | | | x | | |
| 69 | 7/9/2002 | J1750 | Iron Dextran | 001267 | | | | x | | | x | | |
| 70 | 7/23/2002 | J1750 | Iron Dextran | 001267 | | | | x | | | x | | |
| 71 | 9/19/2005 | J3370 | Vancomycin HCL | 000524 | | | | | | Duplicate Claim. See Baxter Exhibit 3(d) ||| |

Total Encounters: 33

**Notes:**

(1) The Drug Description is based on the April 2005 Medicare Crosswalk as the documentation only identified the J-code of the drug and not the drug name.
(2) This claim was billed using J-3490 or "Unclassified Drug" with no support as to the actual drug administered. According to CMS, in order to process payment for an unlisted drug or biological the following information is required: 1) Name of Drug – brand name and generic (if applicable) 2) Dosage of Drug – strength and quantity 3) Method of administration (IV, SC, IM) and 4) Percentage (if applicable). This information should be submitted in Item 19 of the CMS-1500 claim form. None of these items of support were provided. Therefore, it is not possible to determine the identity of the drug or if it is actually a Subject Drug.
(10) Randle Affadavit's reference to this drug administered to Sheet Metal Workers related to its claim against Abbott. I have been informed by counsel that Abbott did not manufacturer or market these drugs after April of 2004.
(4) This claim was listed multiple times by plaintiff for other defendants and are listed under those defendants also.
(5) This claim was listed multiple times by plaintiff for other defendants and are listed under those defendants also.
(6) This claim was listed multiple times by plaintiff for other defendants and are listed under those defendants also.
(7) This claim was listed multiple times by plaintiff for other defendants and are listed under those defendants also.
(8) The following claims (and included support i.e. Remittance Advices etc.) included in the exhibits of Randle's Affadavit were not analyzed as they did not contain applicable J-codes for the Track 2 Subject Drugs. Bates Nos. 000044, 000027, 000033, 000004, 000020, 000018, 000016, 000014, 000012, 000010, 001566-001568, 000257, 001567, 000156 and all claims against Bedford and Boehringer (Randle Exhibits 3(e) and 3(f)) as these parties are not defendants in this matter.
(9) Randle Affadavit's reference to Mitoxantrone hydrochl / 5 MG administered to Sheet Metal Workers (Bates Nos. 000008, 000023, 000027 and 000039) is not sold by a defendant. It is sold by Sereno after November 13, 2002.
(10) Randle Affedavit's reference to various multi-source drugs administered to Sheet Metal Workers related to its claim against Fujisawa. I have been informed by counsel that Fujisawa did not manufacturer or market these drugs during the period these transactions occurred.
(11) Comprehensive cross-walk information and detailed analysis of the methodology used by Medicare to establish reimbursement for multi-source drugs was not available until the recent Medicare cross-walks were published by CMS and CMS implemented the Single Drug Pricer process in 2003. Therefore, I have identified multi-source drugs based on these recent sources. The status of drugs over the entire class period would require extensive analysis. However, the transactions identified by named plaintiffs were primarily related to the more recent time frames, so I have limited my analysis at this time to the SDP and Medicare Crosswalk information currently available through CMS.

Privileged & Confidential
This Draft is for discussion purposes only. All examples and tables are currently under review and may be subject to change.

HIGHLY CONFIDENTIAL

Exhibit 6

**Average Wholesale Price**
**J Code Analysis Detail**
Plaintiff Multi-Source Drugs - Snapshot at Date of Initial Single Drug Pricer (SDP) Background File

| J Code | Drug Description [1] | # of Sources - Medicare Crosswalk and CMS Background [2] | Total # of Sources - Compendia Equivalent Unit Reports [3] | # of NDCs [4] | 2003 AWP Range for All Manufactures Quantity Adjusted to Medicare FBU [5] | Background File Based Actual Medicare Reimbursement | Oct-03 Imputed AWP Assumed in Reimbursement | Medicare Basis of Reimbursement 2003 Background File | 20% Coinsurance per Plaintiff Claim (Various Dates) [6] |
|---|---|---|---|---|---|---|---|---|---|
| **Class 1 Multi-source Drugs from Exhibit 3** | | | | | | | | | |
| J1094 | Inj dexamethasone acetate | 4 | 7 | 4 | $0.29 - $0.75 | $0.71 | $0.75 | Lowest Branded | None Available |
| J1100 | Dexamethasone sodium phos | 11 | 12 | 34 | $0.05 - $0.56 | $0.10 | $0.11 | Lowest Branded | $0.60 |
| J1260 | Dolasetron mesylate | 2 | 2 | 5 | $17.32 - $18.70 | $16.45 | $17.32 | Lowest Branded | $27.70 |
| J1440 | Filgrastim 300 McG | 2 | 2 | 5 | $51.86 - $227.60 | $185.90 | $195.68 | Lowest Branded | None Available |
| J1580 | Garamycin gentamicin inj | 7 | 8 | 16 | $1.26 - $5.84 | $1.80 | $2.00 | Median Generic | $4.38 |
| J1720 | Hydrocortisone sodium succi | 5 | 5 | 15 | $0.86 - $3.75 | $2.49 | $2.62 | Lowest Branded | $0.35 |
| J7030 | Normal saline solution infus 1000 cc | 5 | 6 | 31 | $5.17 - $70.30 | $10.77 | $11.34 | Median Generic | $2.15 |
| J7040 | Normal saline solution infus 500 cc | 5 | 7 | 32 | $5.17 - $35.15 | $5.39 | $5.67 | Median Generic | None Available |
| J7050 | Normal saline solution infus 250 cc | 5 | 6 | 31 | $1.29 - 17.58 | $2.70 | $2.84 | Median Generic | $4.24 |
| J7060 [7] | 5% dextrose/water, 500 ml | 5 | 5 | 22 | $5.40 - $22.75 | $9.04 | $9.52 | Median Generic | None Available |
| J7619 [8] | Albuterol Inh Sol | 22 | 24 | 73 | $0.25 - $0.87 | $0.47 | $0.49 | Median Generic | $23.40 |
| J7644 | Ipratropium Bromide Inhal Soln. | 9 | 13 | 23 | $1.41 - $4.52 | $3.34 | $3.52 | Not Available | $33.84 |
| J9060 | Cisplatin 10 MG Injection | 5 | 5 | 17 | $16.80 - $50.00 | $15.96 | $16.80 | Lowest Branded | $34.19 |
| J9062 | Cisplatin 50 MG injection | 5 | 5 | 17 | $84.00 - $249.98 | $79.80 | $84.00 | Lowest Branded | $85.49 |
| J9182 | Etoposide 100 MG Inj | 7 | 7 | 24 | $18.00 - $157.60 | $17.10 | $18.00 | Median Generic | None Available |
| J9370 [9] | Vincristine sulfate 1 MG Inj | 2 | 2 | 6 | $18.81 - $43.23 | $33.98 | $35.77 | Median Generic | $6.08 |
| Q4055[12][15] | Epoetin alfa | 3 | 3 | 20 | $13.36 - $14.71 | $12.69 | $13.36 | Lowest Branded | None Available |
| **Class 2 Additional Multi-source Drugs from Exhibit 4** | | | | | | | | | |
| J0456 | Azithromycin | 3 | 5 | 4 | $26.72 - $27.39 | $25.55 | $26.89 | Lowest Branded | None Available |
| J0635 [10] | Calcitriol Injection | 0 | 6 | 7 | $14.20 - $15.31 | | | Not Available | None Available |
| J0640 | Leucovorin calcium Injection | 11 | 12 | 37 | $2.40 - $49.46 | $3.71 | $3.91 | Median Generic | None Available |
| J1441 | Filgrastim 480 mcg injection | 2 | 2 | 8 | $62.65 - $362.60 | $314.07 | $330.60 | Lowest Branded | $55.43 |
| J1644 | Inj heparin sodium per 1000u | 11 | 11 | 57 | $0.09 - $15.78 | $0.40 | $0.42 | Lowest Branded | None Available |
| J1750 | Iron Dextran | 4 | 4 | 5 | $16.85 - $38.08 | $17.91 | $18.85 | Lowest Branded | $7.16 |
| J1940 | Furosemide Inj | 9 | 10 | 24 | $0.44 - $2.89 | $0.98 | $1.03 | Median Generic | None Available |
| J2930 | Methylprednisolone injection | 7 | 8 | 14 | $2.38 - $12.50 | $3.24 | $3.41 | Lowest Branded | $1.72 |
| J3302 | Triamcinolone Diacetate | 3 | 8 | 6 | $0.36 - $0.93 | $0.34 | $0.36 | Lowest Branded | $1.03 |
| J3303 [11] | Triamcinolone Hexacelon | 2 | 2 | 5 | | $1.01 | $1.06 | Lowest Branded | $2.08 |
| J3370 [9] | Vancomycin HCL | 5 | 5 | 18 | $3.03 - $17.53 | $7.03 | $7.40 | Lowest Branded | None Available |
| J7613 [8] | Albuterol Unit Dose | 21 | 24 | 73 | $0.26 - $0.87 | $0.47 | $0.49 | Median Generic | $4.20 |
| J9000 | Doxorubic hcl 10 MG vl chemo | 4 | 5 | 25 | $9.84 - $44.00 | $9.69 | $10.20 | Lowest Branded | $17.95 |
| J9070 [8] | Cyclophosphamide 100 MG inj | 4 | 4 | 11 | $4.08 - $5.02 | $5.73 | $6.03 | Lowest Branded | $11.29 |

HIGHLY CONFIDENTIAL

Exhibit 6

**Average Wholesale Price**
**J Code Analysis Detail**
Plaintiff Multi-Source Drugs - Snapshot at Date of Initial Single Drug Pricer (SDP) Background File

| J Code | Drug Description [1] | # of Sources - Medicare Crosswalk and CMS Background [2] | Total # of Sources - Compendia Equivalent Unit Reports [3] | # of NDCs [4] | 2003 AWP Range for All Manufacturers Quantity Adjusted to Medicare FBU [5] | Background File Based Actual Medicare Reimbursement | Oct-03 Imputed AWP Assumed in Reimbursement | Medicare Basis of Reimbursement 2003 Medicare Background File | 20% Coinsurance per Plaintiff Claim (Various Dates) [6] |
|---|---|---|---|---|---|---|---|---|---|
| J9190 | Fluorouracil injection | 4 | 4 | 13 | $2.33 - $3.75 | $2.07 | $2.18 | Median Generic | $3.82 |
| J9280 | Methotrexate sodium inj. | 4 | 4 | 24 | $2.19 - $20.98 | $4.75 | $5.00 | Median Generic | $3.61 |

*Class 3 Additional Multi-source Drugs from Charles Hannaford Declaration*

| J1080 | Depo-Testosterone up to 200MG | 5 | 5 | 7 | $9.93 - $21.42 | $9.43 | $9.93 | Lowest Branded | $4.20 |
| J1561 [17] | Immune Globulin per 500 MG | 0 | 0 | 0 | | | | Not Available | None Available |
| J1562 [14] | Immune Globulin per 5 G | 0 | 2 | 4 | $310.00 - $596.25 | | | Not Available | None Available |
| J1563 | Immune Globulin 1G | 5 | 6 | 12 | $82.56 - $100.93 | $78.38 | $82.61 | Median Generic | None Available |
| J1642 | Heparin per 10U Injection | 12 | 12 | 132 | $0.01 - $2.61 | $0.06 | $0.06 | Lowest Branded | None Available |
| J2920 [9] | Methylprednisolone up to 40MG | 4 | 5 | 5 | $2.05 - $3.57 | $1.95 | $2.05 | Lowest Branded | None Available |
| J3010 | Fentanyl Citrate up to 2ML | 4 | 4 | 26 | $0.64 - $3.15 | $0.93 | $0.98 | Median Generic | $0.22 |
| J3360 | Diazepam up to 5mg | 9 | 9 | 22 | $0.18 - $6.37 | $0.66 | $0.91 | Median Generic | $0.20 |
| J3490 [15] | Unclassified drug | 0 | 0 | 0 | | | | Not Available | None Available |
| J7194 | Bebulin | 3 | 3 | 6 | $0.39 - $0.63 | $0.37 | $0.39 | Lowest Branded | None Available |
| J7625 [16] | Albuterol 0.5% per mL | 0 | 13 | 17 | $0.36 - $1.13 | $0.47 | $0.49 | Not Available | $0.57 |
| J9100 | Cytarabine 100MG | 5 | 6 | 16 | $1.80 - $6.94 | $3.19 | $3.35 | Lowest Branded | None Available |
| J9250 | Methotrexate sodium 2CC or 5MG | 5 | 5 | 24 | $0.22 - $2.10 | $0.39 | $0.41 | Median Generic | None Available |

[1] Drug descriptions were based on the CMS NDC-HCPCS Apr2005 Crosswalk.

[2] Number of sources is determined by the CMS NDC-HCPCS Apr2005 Crosswalk and 2003 HCPCS Drug Pricing Background File.

[3] Number of sources is determined by the CMS NDC-HCPCS Apr2005 Crosswalk, 2003 HCPCS Drug Pricing Background File, First DataBank, and RedBook.

[4] Number of NDCs were based on the CMS NDC-HCPCS Apr2005 Crosswalk and 2003 HCPCS Drug Pricing Background File.

[5] 2003 AWP Range for All Manufacturers Quantity Adjusted to Medicare FBU is based on the 2003 Redbook pricing data normalized to the Medicare FBU unless otherwise noted for specific J codes.

[6] If drug encounter level detail reflecting the allowed amount for that specific claim line is not available then "none available" is used.

[7] Only NDCs found in the Medicare Crosswalk were used to calculate the 2003 FBU normalized range.

[8] 2003 Medicare reimbursement data is for J7619, as J7625 was deleted in 2001 and J7619 was changed to J7613 as of 2005.

[9] For this J Code the AWP Manufacturers range was calculated using the FBU normalized amount calculated from both First Data Bank and Redbook pricing data because all required AWPs were not available in Redbook.

[10] For J code J0835, No NDC's were available in the CMS NDC-HCPCS Apr2005 Crosswalk or 2003 HCPCS Drug Pricing Background File, the AWP unit price from Redbook was used to arrive at the FBU normalized amount.

[11] There is no 2003 data available in RedBook for J3303.

[12] There is a discrepancy between Red Book's calculation of AWP Unit and Medicare's calculation. After further review, it is believed that Medicare correctly calculated the AWP.

[13] Prior to January 1, 2004, Q4055 was Q1036.

[14] The 2003 number of NDCs and FBU range for J1562 is based on First DataBank and MediSpan data because the required AWPs associated with the CMS selected NDCs were not available in Redbook.

[15] J3490 is described as an "Unclassified Drug". Therefore, it was not possible to validate that the drug names used were actually the drug administered.

[16] For J7625 no NDC's were available in the CMS NDC-HCPCS Apr2005 Crosswalk or 2003 HCPCS Drug Pricing Background File, the AWP unit price from Redbook is used to arrive at the FBU normalized amount.

[17] For J1561 no NDC's were available in the CMS NDC-HCPCS Apr2005 Crosswalk or 2003 HCPCS Drug Pricing Background File.

Subject To Protective Order