# Exhibit C

**2002 DRUG TOPICS® RED BOOK®**

**PHARMACY'S FUNDAMENTAL REFERENCE™**

### 106th YEAR OF PUBLICATION

Executive Vice President, Directory Services: ...............Paul Walsh
Associate Product Manager: ........................................Jason Springer
Editor, Directory Services: ...........................................David W. Sifton
Senior Associate Editor: ................................................Lori Murray
Assistant Editor: ...........................................................Gwynned L. Kelly
Vice President of Marketing/Brand Management: ..........Carol Jaxel
Editor, Drug Topics: ......................................................Harold E. Cohen, R.Ph.
Executive Editor: ...........................................................Judy C. Chi
Vice President of Design and Production: ........A. Michael Velthaus
Director of Media Sales: ...............................................Chris Colatriano
National Sales Manager: ..............................................Meg Ainley
Senior Account Managers: ...............Cory D. Coleman, Ron Gordon
Vice President of Sales and Marketing,
  Directory Services: ....................................................Dikran N. Barsamian
Director, Trade Sales: ....................................................Bill Gaffney
Director, Direct Marketing: ............................................Michael Bennett
Direct Mail Managers: ...................................................Jennifer M. Fronzaglia,
                                                                                        Lorraine M. Loening
Vice President, Clinical Communications and
  New Business Development: .........................Mukesh Mehta, R.Ph.
New Business Development Manager: ...................Jeffrey D. Dubin
Manager, Professional Data Services: ...Thomas Fleming, Pharm.D.
Manager, Concise Data Content: ............Christine Wyble, Pharm.D.
Drug Information Specialists: ......Maria Deutsch, Pharm.D., C.D.E.;
                                                                                        Anu Gupta, Pharm.D.
Director of Production: ..................................................Brian Holland
Production Manager: .....................................................Amy B. Brooks
Production Coordinators: .........................................Melissa Johnson,
                                                                                        Christina Klinger
Digital Imaging Supervisor: .........................................Shawn W. Cahill
Digital Imaging Coordinator: ............................Frank J. McElroy, III
Production Design Supervisor: ....................................Adeline Rich
Electronic Publishing Designer: ....................................Livio Udina
Director, Application Development: ..............Thomas V. Dougherty
Manager, Application Development: ........................Steve Crovatto
Senior Programmer Analyst: ........................Kenneth A. Perlman
Electronic Publishing Analyst: .....................................John Bocchino
Database Administration Manager: .............................Lola Nannas
Data Research Specialist: ..............................................Enid Olayan
Red Book Data Coordinator: .....................................Carol Flanagan
Data Specialists: ..............................................................Roni Lane,
                                                                                Linda Panke, Kelly Petrison,
                                                                                Ruzhena Trakhtenberg
Senior Pharmaceutical Data Analyst: .........................Margo Krych
Assistant Pharmaceutical Data Analyst: ..................Lorraine Jones

**THOMSON MEDICAL ECONOMICS™**

Copyright © 2002 and published by Thomson Medical Economics at Montvale, NJ 07645-1742. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, resold, redistributed, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher. RED BOOK® and Drug Topics® are registered trademarks used herein under license.

**Officers of Thomson Healthcare:**
Chief Executive Officer: Michael Tansey; Chief Operating Officer: Richard Noble; Chief Financial Officer and Executive Vice President, Finance: Paul Hilger; Executive Vice President, Directory Services: Paul Walsh; Senior Vice President, Planning and Business Development: William Gole; Vice President, Human Resources: Pamela M. Bilash

**THOMSON MEDICAL ECONOMICS™**

ISBN: 1-56363-418-X
ISSN: 1072-1142

REED SMITH LLP
RECEIVED
APR 2 0 2002
WASHINGTON, DC

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| TAB, PO, 400 mg, 2s ea | 54569-4765-00 | 4.34 | | EE |
| 14s ea | 54569-4765-01 | 30.38 | | EE |
| 15s ea | 54569-4765-04 | 32.55 | | EE |
| 25s ea | 54569-4765-02 | 54.24 | | EE |
| 45s ea | 54569-4765-05 | 65.09 | | EE |
| 50s ea | 54569-4765-03 | 108.49 | | EE |
| 60s ea | 54569-4765-06 | 130.18 | | EE |
| 800 mg, 35s ea | 54569-4724-00 | 133.89 | | EE |

**(Alpharma USPD)**
SUS, PO, 200 mg/5 ml,
| 480 ml | 00472-0082-16 | 109.40 | | AB |

**(Alpharma/Xactdose)**
SUS, PO (5X10)
200 mg/5 ml,
| 5 ml 50s UD | 50962-0453-60 | 241.20 | | AB |

**(Biovail Pharm)** See ZOVIRAX

**(Boscogen)**
| CAP, PO, 200 mg, 100s ea | 62033-0204-10 | 97.70 | | AB |
| 400s ea | 62033-0204-14 | 550.70 | | AB |

**(Cardinal Pharm)**
| CAP, PO, 200 mg, 10s ea | 63874-0404-10 | 16.07 | | EE |
| 14s ea | 63874-0404-14 | 21.65 | | EE |
| 15s ea | 63874-0404-15 | 23.19 | | EE |
| 20s ea | 63874-0404-20 | 30.87 | | EE |
| 24s ea | 63874-0404-24 | 33.80 | | EE |
| 25s ea | 63874-0404-25 | 40.16 | | EE |
| 30s ea | 63874-0404-30 | 47.15 | | EE |
| 40s ea | 63874-0404-40 | 55.13 | | EE |
| 50s ea | 63874-0404-50 | 65.30 | | EE |
| 60s ea | 63874-0404-60 | 74.00 | | EE |
| 100s ea | 63874-0404-01 | 102.51 | | EE |
| TAB, PO, 400 mg, 15s ea | 63874-0500-15 | 30.15 | | EE |

**(Carlsbad Tech)**
| TAB, PO, 400 mg, 100s ea | 61442-0112-01 | 189.60 | | AB |
| 800 mg, 100s ea | 61442-0113-01 | 368.65 | | AB |

**(Dispensing Solutions)**
| TAB, PO, 400 mg, 10s ea | 66336-0735-10 | 7.70 | | EE |

**(Dixon-Shane)**
| TAB, PO, 400 mg, 100s ea | 17236-0854-01 | 206.40 | | EE |
| 800 mg, 100s ea | 17236-0855-01 | 368.65 | | EE |

**(GSMS)**
CAP, PO (UNIT OF USE)
| 200 mg, 50s ea | 60429-0711-50 | 53.71 | | AB |
| TAB, PO, 800 mg, 50s ea | 60429-0713-50 | 175.15 | | AB |

**(Glaxo Wellcome)** See ZOVIRAX

**(Ivax Pharm)**
| CAP, PO, 200 mg, 100s ea | 00172-4266-60 | 111.88 | | AB |
| 100s ea UD | 00182-2666-89 | 111.88 | | AB |
| 500s ea | 00172-4266-70 | 530.68 | | AB |
| TAB, PO, 400 mg, 100s ea | 00172-4267-60 | 216.91 | | AB |
| 100s ea UD | 00182-8200-89 | 216.91 | | AB |
| 500s ea | 00172-4267-70 | 947.30 | | AB |
| 800 mg, 100s ea | 00172-4268-60 | 421.60 | | AB |
| 100s ea UD | 00182-2667-89 | 421.60 | | AB |
| 500s ea | 00172-4268-70 | 1751.09 | | AB |

**(Medisca)**
POW, NA (U.S.P.)
| 10 gm | 38779-0173-01 | 50.00 | | |
| 25 gm | 38779-0173-04 | 100.00 | | |
| 100 gm | 38779-0173-05 | 375.00 | | |

**(Meridian Pharm)**
POW, NA (U.S.P.)
| 25 gm | 62991-1004-01 | 150.00 | | |
| 100 gm | 62991-1004-02 | 450.00 | | |

**(Mylan)**
| CAP, PO, 200 mg, 100s ea | 00378-2200-01 | 111.95 | | AB |
| 500s ea | 00378-2200-05 | 530.46 | | AB |
| TAB, PO, 400 mg, 100s ea | 00378-0253-01 | 217.00 | | AB |
| 800 mg, 100s ea | 00378-0302-01 | 421.70 | | AB |

**(PD-RX Pharm)**
| CAP, PO, 200 mg, 10s ea | 55289-0273-10 | 7.17 | | AB |
| 25s ea | 55289-0273-25 | 10.42 | | AB |
| 35s ea | 55289-0273-35 | 12.58 | | AB |
| 50s ea | 55289-0273-50 | 15.83 | | AB |
| TAB, PO, 400 mg, 12s ea | 55289-0462-12 | 8.20 | | AB |
| 15s ea | 55289-0462-15 | 9.00 | | AB |
| 25s ea | 55289-0462-25 | 11.80 | | AB |
| 30s ea | 55289-0462-30 | 13.00 | | AB |

**(Par)**
| CAP, PO, 200 mg, 100s ea | 49884-0565-01 | 111.67 | | AB |
| TAB, PO, 400 mg, 100s ea | 49884-0566-01 | 216.72 | | AB |
| 800 mg, 100s ea | 49884-0567-01 | 421.42 | | AB |

**(Pharma Pac)**
| CAP, PO, 200 mg, 25s ea | 52959-0517-25 | 17.48 | | AB |
| 35s ea | 52959-0517-35 | 21.00 | | AB |
| TAB, PO, 400 mg, 10s ea | 52959-0544-10 | 20.99 | | AB |
| 12s ea | 52959-0544-12 | 24.63 | | AB |
| 15s ea | 52959-0544-15 | 30.15 | | AB |
| 21s ea | 52959-0544-21 | 40.90 | | AB |
| 25s ea | 52959-0544-25 | 48.14 | | AB |
| 30s ea | 52959-0544-30 | 56.98 | | AB |
| 50s ea | 52959-0544-50 | 90.46 | | AB |
| 100s ea | 52959-0544-01 | 217.00 | | AB |

**(Phys Total Care)**
| CAP, PO, 200 mg, 25s ea | 54868-3996-00 | 7.33 | | EE |
| 30s ea | 54868-3996-02 | 8.47 | | EE |
| 40s ea | 54868-3996-01 | 10.73 | | EE |
| 50s ea | 54868-3996-03 | 10.33 | | EE |
| TAB, PO, 400 mg, 30s ea | 54868-3997-00 | 10.97 | | EE |
| 800 mg, 30s ea | 54868-3998-00 | 22.40 | | EE |
| 50s ea | 54868-3998-01 | 36.22 | | EE |

**(Purepac)**
| CAP, PO, 200 mg, 100s ea | 00228-2605-11 | 111.92 | | AB |
| 500s ea | 00228-2605-50 | 530.71 | | AB |
| TAB, PO, 400 mg, 100s ea | 00228-2606-11 | 216.97 | | AB |
| 500s ea | 00228-2606-50 | 949.30 | | AB |
| 800 mg, 100s ea | 00228-2607-11 | 421.67 | | AB |
| 500s ea | 00228-2607-50 | 1854.25 | | AB |

**(Ranbaxy Pharm)**
| CAP, PO, 200 mg, 100s ea | 63304-0652-01 | 111.95 | | AB |
| 500s ea | 63304-0652-05 | 531.76 | | AB |
| TAB, PO, 400 mg, 100s ea | 63304-0504-01 | 216.97 | | AB |
| 800 mg, 100s ea | 63304-0505-01 | 421.67 | | AB |

**(Schein)**
| CAP, PO, 200 mg, 100s ea | 00364-2692-01 | 97.70 | | AB |
| TAB, PO, 400 mg, 500s ea | 00364-2689-05 | 900.60 | | AB |
| 800 mg, 100s ea | 00364-2690-01 | 368.65 | | AB |

**(Southwood)**
| TAB, PO, 800 mg, 20s ea | 58016-0627-20 | 80.27 | | EE |
| 30s ea | 58016-0627-30 | 120.41 | | EE |
| 60s ea | 58016-0627-60 | 240.82 | | EE |
| 90s ea | 58016-0627-90 | 361.23 | | EE |
| 100s ea | 58016-0627-00 | 401.37 | | EE |

**(Stada Pharm)**
| CAP, PO, 200 mg, 100s ea | 55370-0557-07 | 111.65 | | AB |
| 1000s ea | 55370-0557-09 | 1004.85 | | AB |
| TAB, PO, 400 mg, 100s ea | 55370-0555-07 | 216.70 | | AB |
| 1000s ea | 55370-0555-09 | 1950.30 | | AB |
| 800 mg, 100s ea | 55370-0556-07 | 421.42 | | AB |
| 500s ea | 55370-0556-08 | 2001.75 | | AB |

**(Stason Pharm)**
| CAP, PO, 200 mg, 100s ea | 60763-2041-00 | 97.70 | | AB |
| 400s ea | 60763-2041-04 | 550.70 | | AB |

**(Teva)**
| CAP, PO, 200 mg, 100s ea | 00093-8940-01 | 97.20 | | AB |
| 500s ea | 00093-8940-05 | 461.70 | | AB |
| TAB, PO, 400 mg, 100s ea | 00093-8943-01 | 188.60 | | AB |
| 500s ea | 00093-8943-05 | 895.85 | | AB |
| 800 mg, 100s ea | 00093-8947-01 | 366.65 | | AB |
| 500s ea | 00093-8947-05 | 1741.59 | | AB |

**(UDL)**
CAP, PO (10X10)
| 200 mg, 100s ea UD | 51079-0876-20 | 99.15 | 79.32 | AB |
TAB, PO, 400 mg,
| 100s ea UD | 51079-0877-20 | 194.40 | 155.52 | AB |
| 800 mg, 100s ea UD | 51079-0878-20 | 355.10 | 284.10 | AB |

**(Watson)**
| TAB, PO, 400 mg, 100s ea | 52544-0335-01 | 216.72 | | EE |
| 800 mg, 100s ea | 52544-0336-01 | 421.42 | | EE |

**(medvantx)**
| TAB, PO, 400 mg, 50s ea | 66116-0245-50 | 108.94 | | EE |
| 800 mg, 50s ea | 66116-0246-50 | 242.42 | | EE |

**ACYCLOVIR SODIUM (APP)**
SOL, IV (S.D.V.,P.F.)
| 50 mg/ml, 10 ml | 63323-0105-10 | 56.51 | | AP |
SOL, IV (S.D.V.,P.F.)
| 50 mg/ml, 10 ml | 63323-0325-10 | 22.82 | | AP |
| 20 ml | 63323-0325-20 | 42.59 | | AP |

**(Abbott Hosp)**
PDS, IV (VIAL,FLIPTOP)
| 500 mg, 10s ea | 00074-4427-01 | 47.50 | 40.00 | AP |
(VIAL, FLIPTOP)
| 1000 mg, 10s ea | 00074-4452-01 | 326.92 | 275.30 | AP |

**(Abbott Hosp)** See ACYCLOVIR SODIUM NOVATION
**(Abbott Hosp)** See ACYCLOVIR SODIUM VHA

**(Allscripts)**
PDS, IV (VIAL)
| 500 mg, 10s ea | 54569-5173-00 | 533.99 | | EE |

**(Bedford)**
PDS, IV (S.D.V.,P.F.)
| 500 mg, 10s ea | 55390-0612-10 | 528.00 | | AP |
| 1000 mg, 10s ea | 55390-0613-20 | 1056.00 | | AP |

**(Bertek)**
SOL, IV (S.D.V.)
| 50 mg/ml, 10 ml | 62794-0401-31 | 23.00 | | AP |
| 10 ml 10s | 62794-0401-97 | 230.00 | | AP |
| 20 ml | 62794-0403-31 | 43.00 | | AP |
| 20 ml 10s | 62794-0403-97 | 430.00 | | AP |

**(Faulding Pharm)**
SOL, IV (VIAL)
25 mg/ml,
| 20 ml 10s | 61703-0311-21 | 490.04 | | |
| 40 ml 10s | 61703-0311-43 | 954.00 | | |

**(Glaxo Wellcome)** See ZOVIRAX

**ACYCLOVIR SODIUM NOVATION (Abbott Hosp)**
acyclovir sodium
PDS, IV (VIAL,FLIPTOP,INSTIT USE)
| 1000 mg, 10s ea | 00074-4452-49 | 326.92 | 275.30 | AP |

**ACYCLOVIR SODIUM VHA (Abbott Hosp)**
acyclovir sodium
PDS, IV (VIAL,FLIPTOP)
| 500 mg, 10s ea | 00074-4427-49 | 47.50 | 40.00 | AP |

**ADAGEN (Enzon)**
pegademase bovine
SOL, IM (VIAL)
| 250 u/ml, 1.500 ml | 57665-0001-01 | 2200.00 | | |

**ADALAT CC (Bayer Pharm)**
nifedipine
| TER, PO, 30 mg, 100s ea | 00026-8841-51 | 129.94 | | AB1 |
| 100s ea UD | 00026-8841-48 | 136.43 | | AB1 |
| 1000s ea | 00026-8841-54 | 1299.39 | | AB1 |
| 5000s ea | 00026-8841-72 | 6496.99 | | AB1 |
| 60 mg, 100s ea | 00026-8851-51 | 231.47 | | AB1 |
| 100s ea UD | 00026-8851-48 | 243.03 | | AB1 |
| 1000s ea | 00026-8851-54 | 2314.66 | | AB1 |
| 5000s ea | 00026-8851-72 | 11573.26 | | AB1 |
| 90 mg, 100s ea | 00026-8861-51 | 263.54 | | AB1 |
| 100s ea UD | 00026-8861-48 | 276.74 | | AB1 |

**(Allscripts)** REPACK
| TER, PO, 30 mg, 30s ea | 54569-3891-00 | 42.57 | | AB1 |
| 100s ea | 54569-3891-01 | 141.89 | | AB1 |
| 60 mg, 30s ea | 54569-3892-00 | 75.83 | | AB1 |
| 90 mg, 30s ea | 54569-3893-00 | 86.34 | | AB1 |

**(PD-RX Pharm)** REPACK
| TER, PO, 60 mg, 30s ea | 55289-0543-30 | 94.12 | | AB1 |
| 90 mg, 30s ea | 55289-0545-30 | 105.97 | | AB1 |

**(Phys Total Care)** REPACK
| TER, PO, 30 mg, 30s ea | 54868-2868-01 | 46.30 | | AB1 |
| 60s ea | 54868-2868-00 | 91.37 | | AB1 |
| 100s ea | 54868-2868-02 | 142.55 | | AB1 |
| 60 mg, 30s ea | 54868-2869-03 | 81.28 | | AB1 |
| 60s ea | 54868-2869-00 | 152.92 | | AB1 |
| 100s ea | 54868-2869-01 | 254.06 | | AB1 |
| 90 mg, 30s ea | 54868-2870-00 | 92.65 | | AB1 |

**ADAPALENE**
**(Galderma)** See DIFFERIN

**ADAPTER, SYRINGE**
**(APP)** See UNIVERSAL SYRINGE TIP ADAPTER
**(Kendall)** See MONOJECT

**ADCON-L (Gliatech)**
device
DEV, NA (ADHESION BARRIER GEL)
| ea | G0001 | 495.00 | | |

**ADDERALL (Shire US Inc.)**
amphetamine salt combo
TAB, PO, 10 mg,
| 100s ea, C-II | 58521-0032-01 | 142.43 | | |
12.5 mg,
| 100s ea, C-II | 58521-0125-01 | 142.43 | | |
15 mg,
| 100s ea, C-II | 58521-0150-01 | 142.43 | | |
20 mg,
| 100s ea, C-II | 58521-0033-01 | 142.43 | | |
30 mg,
| 100s ea, C-II | 58521-0034-01 | 142.43 | | |


RED BOOK™ Database Services... Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062   ReadyPrice®

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Allscripts) | | | | |
| SGL, PO, 100 mg, 10s ea | 54569-0084-03 | 3.48 | | EE |
| 14s ea | 54569-0084-02 | 4.87 | | EE |
| 20s ea | 54569-0084-04 | 6.96 | | EE |
| (Alpharma USPD) | | | | |
| SYR, PO, 50 mg/5 ml, | | | | |
| 480 ml | 00472-0833-16 | 71.00 | | AA |
| (DHS, Inc.) | | | | |
| SGL, PO, 100 mg, 10s ea | 55887-0767-10 | 9.06 | | AB |
| 14s ea | 55887-0767-14 | 11.26 | | AB |
| 20s ea | 55887-0767-20 | 12.22 | | AB |
| (Dixon-Shane) | | | | |
| SGL, PO, 100 mg, 100s ea | 17236-0849-01 | 34.82 | | AB |
| 100s ea UD | 17236-0849-11 | 60.10 | | AB |
| 500s ea | 17236-0849-05 | 165.40 | | AB |
| (Endo Generics) | | | | |
| SYR, PO (RASPBERRY) | | | | |
| 50 mg/5 ml, 480 ml | 60951-0656-16 | 74.27 | | AA |
| (Endo Labs) See SYMMETREL | | | | |
| (Geneva) | | | | |
| SGL, PO, 100 mg, 100s ea | 62269-0211-24 | 36.58 | | AB |
| 500s ea | 62269-0211-29 | 177.95 | | AB |
| (Heartland) | | | | |
| SGL, PO, 100 mg, 30s ea UD | 61392-0105-30 | 16.94 | | AB |
| (BLISTER PACK) | | | | |
| 100 mg, 30s ea | 61392-0105-39 | 16.94 | | AB |
| 31s ea UD | 61392-0105-31 | 17.50 | | AB |
| 32s ea UD | 61392-0105-32 | 18.07 | | AB |
| 45s ea UD | 61392-0105-45 | 25.41 | | AB |
| 60s ea UD | 61392-0105-60 | 33.87 | | AB |
| 90s ea UD | 61392-0105-90 | 50.81 | | AB |
| 500s ea UD | 61392-0105-51 | 282.29 | | AB |
| 2000s ea UD | 61392-0105-54 | 1129.14 | | AB |
| 10000s ea UD | 61392-0105-91 | 5645.70 | | AB |
| (Hi-Tech) | | | | |
| SYR, PO, 50 mg/5 ml, | | | | |
| 473 ml | 50383-0807-16 | 64.00 | | AA |
| (Major) | | | | |
| SGL, PO, 100 mg, 100s ea | 00904-3430-60 | 31.50 | | AB |
| (10X10) | | | | |
| 100 mg, 100s ea UD | 00904-3430-61 | 62.73 | | AB |
| (Martec) | | | | |
| SGL, PO, 100 mg, 100s ea | 52555-0675-01 | 37.10 | | AB |
| (Medisca) | | | | |
| POW, NA (U.S.P.) | | | | |
| 25 gm | 38779-0411-04 | 52.50 | | |
| 100 gm | 38779-0411-05 | 182.50 | | |
| (Mikart) | | | | |
| SYR, PO, 50 mg/5 ml, | | | | |
| 480 ml | 46672-0606-16 | 62.50 | | AA |
| (Morton Grove) | | | | |
| SYR, PO (RASPBERRY) | | | | |
| 50 mg/5 ml, 473 ml | 60432-0093-16 | 70.70 | | AA |
| (PD-RX Pharm) | | | | |
| SGL, PO, 100 mg, 6s ea | 55289-0012-06 | 5.93 | | AB |
| 10s ea | 55289-0012-10 | 6.44 | | AB |
| 14s ea | 55289-0012-14 | 7.07 | | AB |
| 20s ea | 55289-0012-20 | 7.76 | | AB |
| (Pharm Assoc Inc) | | | | |
| SYR, PO (AF,DF,SF, RASPBERRY) | | | | |
| 50 mg/5 ml, | | | | |
| 10 ml 100s UD | 00121-0646-10 | 218.63 | | AA |
| 20 ml 100s UD | 00121-0646-20 | 437.25 | | AA |
| 473 ml | 00121-0646-16 | 69.96 | | AA |
| (Pharma Pac) | | | | |
| SGL, PO, 100 mg, 10s ea | 52959-0007-10 | 9.73 | | EE |
| 14s ea | 52959-0007-14 | 12.96 | | EE |
| 15s ea | 52959-0007-15 | 13.88 | | EE |
| 20s ea | 52959-0007-20 | 18.01 | | EE |
| (Phys Total Care) | | | | |
| SGL, PO, 100 mg, 10s ea | 54868-0800-01 | 4.40 | | EE |
| 15s ea | 54868-0800-07 | 5.77 | | EE |
| 20s ea | 54868-0800-02 | 7.13 | | EE |
| 30s ea | 54868-0800-03 | 9.87 | | EE |
| 100s ea | 54868-0800-04 | 29.00 | | EE |
| (Qualitest) | | | | |
| SGL, PO, 100 mg, 100s ea | 00603-2163-21 | 30.59 | | AB |
| 500s ea | 00603-2163-28 | 130.78 | | AB |
| SYR, PO, 50 mg/5 ml, | | | | |
| 480 ml | 00603-1010-58 | 59.95 | | AA |
| (Southwood) | | | | |
| SGL, PO, 100 mg, 10s ea | 58016-0153-10 | 8.47 | | EE |
| 14s ea | 58016-0153-14 | 11.86 | | EE |
| 15s ea | 58016-0153-15 | 12.71 | | EE |
| 20s ea | 58016-0153-20 | 16.94 | | EE |
| 30s ea | 58016-0153-30 | 20.68 | | EE |
| 100s ea | 58016-0153-00 | 84.72 | | EE |
| SYR, PO, 50 mg/5 ml, | | | | |
| 150 ml | 58016-0331-30 | 43.25 | | EE |
| (UDL) | | | | |
| SGL, PO (10X10) | | | | |
| 100 mg, 100s ea UD | 51079-0481-20 | 59.78 | 32.93 | AB |
| (URL) | | | | |
| SGL, PO, 100 mg, 100s ea | 00677-1128-01 | 36.58 | | AB |
| (Upsher-Smith) | | | | |
| SGL, PO, 100 mg, 100s ea | 00832-1015-00 | 34.82 | | AB |
| 500s ea | 00832-1015-50 | 165.40 | | AB |
| **AMARANTH** (A-A Spectrum) | | | | |
| POW, NA (C.I. 16185) | | | | |
| 25 gm | AM10504 | 13.10 | | |
| (C.I. 16185) | | | | |
| 100 gm | AM10506 | 35.20 | | |
| **AMARYL** (Aventis Pharm) | | | | |
| glimepiride | | | | |
| TAB, PO, 1 mg, 100s ea | 00039-0221-10 | 28.62 | | |
| 2 mg, 100s ea | 00039-0222-10 | 46.37 | | |
| 100s ea UD | 00039-0222-11 | 46.37 | | |
| 4 mg, 100s ea | 00039-0223-10 | 87.47 | | |
| 100s ea UD | 00039-0223-11 | 87.47 | | |
| (Allscripts) | | | | |
| REPACK | | | | |
| TAB, PO, 2 mg, 30s ea | 54569-4706-00 | 13.37 | | |
| 4 mg, 30s ea | 54569-4453-01 | 25.23 | | |
| 100s ea | 54569-4453-00 | 84.11 | | |
| (Phys Total Care) | | | | |
| REPACK | | | | |
| TAB, PO, 1 mg, 30s ea | 54868-4412-00 | 10.40 | | |
| 2 mg, 30s ea | 54868-4205-00 | 16.10 | | |
| 4 mg, 30s ea | 54868-4206-00 | 29.31 | | |
| **AMBENONIUM CHLORIDE** | | | | |
| (Sanofi-Synthelabo) See MYTELASE CHLORIDE | | | | |
| **AMBIEN** (Sanofi-Synthelabo) | | | | |
| zolpidem tartrate | | | | |
| TAB, PO, 5 mg, | | | | |
| 100s ea, C-IV | 00025-5401-31 | 207.56 | | |
| 100s ea UD, C-IV | 00025-5401-34 | 217.93 | | |
| 10 mg, | | | | |
| 100s ea, C-IV | 00025-5421-31 | 255.30 | | |
| 100s ea UD, C-IV | 00025-5421-34 | 268.09 | | |
| (Allscripts) | | | | |
| REPACK | | | | |
| TAB, PO, 5 mg, | | | | |
| 6s ea, C-IV | 54569-3827-03 | 12.05 | | |
| 8s ea, C-IV | 54569-3827-02 | 16.07 | | |
| 20s ea, C-IV | 54569-3827-00 | 40.17 | | |
| 30s ea, C-IV | 54569-3827-01 | 60.26 | | |
| 10 mg, 4s ea, C-IV | 54569-3828-05 | 9.88 | | |
| 6s ea, C-IV | 54569-3828-04 | 14.83 | | |
| 10s ea, C-IV | 54569-3828-01 | 24.71 | | |
| 14s ea, C-IV | 54569-3828-02 | 34.59 | | |
| 20s ea, C-IV | 54569-3828-00 | 49.42 | | |
| 30s ea, C-IV | 54569-3828-03 | 74.13 | | |
| (PD-RX Pharm) | | | | |
| REPACK | | | | |
| TAB, PO, 10 mg, | | | | |
| 6s ea, C-IV | 55289-0792-06 | 24.68 | | |
| 10s ea, C-IV | 55289-0792-10 | 37.17 | | |
| 20s ea, C-IV | 55289-0792-20 | 79.43 | | |
| (Pharma Pac) | | | | |
| REPACK | | | | |
| TAB, PO, 5 mg, | | | | |
| 15s ea, C-IV | 52959-0362-15 | 38.79 | | |
| 20s ea, C-IV | 52959-0362-20 | 50.59 | | |
| 30s ea, C-IV | 52959-0362-30 | 70.37 | | |
| 60s ea, C-IV | 52959-0362-60 | 129.32 | | |
| 10 mg, | | | | |
| 10s ea, C-IV | 52959-0363-10 | 28.37 | | |
| 15s ea, C-IV | 52959-0363-15 | 40.77 | | |
| 20s ea, C-IV | 52959-0363-20 | 60.88 | | |
| 30s ea, C-IV | 52959-0363-30 | 77.43 | | |
| 60s ea, C-IV | 52959-0363-60 | 150.58 | | |
| (Phys Total Care) | | | | |
| REPACK | | | | |
| TAB, PO, 5 mg, | | | | |
| 3s ea, C-IV | 54868-2642-03 | 8.72 | | |
| 10s ea, C-IV | 54868-2642-02 | 24.86 | | |
| 30s ea, C-IV | 54868-2642-01 | 70.95 | | |
| 60s ea, C-IV | 54868-2642-00 | 131.82 | | |
| 10 mg, 3s ea, C-IV | 54868-2643-03 | 10.31 | | |
| 5s ea, C-IV | 54868-2643-00 | 15.32 | | |
| 10s ea, C-IV | 54868-2643-02 | 30.16 | | |
| 15s ea, C-IV | 54868-2643-04 | 44.33 | | |
| 30s ea, C-IV | 54868-2643-01 | 86.86 | | |
| (Southwood) | | | | |
| REPACK | | | | |
| TAB, PO, 5 mg, | | | | |
| 10s ea, C-IV | 58016-0342-10 | 18.33 | | |
| 20s ea, C-IV | 58016-0342-20 | 36.66 | | |
| 30s ea, C-IV | 58016-0342-30 | 54.99 | | |
| 40s ea, C-IV | 58016-0342-40 | 73.32 | | |
| 60s ea, C-IV | 58016-0342-60 | 109.98 | | |
| 90s ea, C-IV | 58016-0342-90 | 164.97 | | |
| 10 mg, | | | | |
| 10s ea, C-IV | 58016-0341-10 | 23.53 | | |
| 20s ea, C-IV | 58016-0341-20 | 47.06 | | |
| 30s ea, C-IV | 58016-0341-30 | 70.59 | | |
| 40s ea, C-IV | 58016-0341-40 | 94.12 | | |
| 60s ea, C-IV | 58016-0341-60 | 141.18 | | |
| 90s ea, C-IV | 58016-0341-90 | 211.77 | | |
| (medvantx) | | | | |
| REPACK | | | | |
| TAB, PO, 10 mg, | | | | |
| 20s ea, C-IV | 66116-0176-20 | 56.47 | | |
| **AMBISOME** (Fujisawa) | | | | |
| amphotericin b liposome | | | | |
| PDS, IV, 50 mg, ea | 00469-3051-30 | 188.40 | | |
| **AMCINONIDE** | | | | |
| (Fujisawa) See CYCLOCORT | | | | |
| **AMERGE** (Cerenex) | | | | |
| naratriptan hydrochloride | | | | |
| TAB, PO (BLISTER PACK) | | | | |
| 1 mg, 9s ea | 00173-0561-00 | 166.14 | | |
| 2.5 mg, 9s ea | 00173-0562-00 | 166.14 | | |
| **AMERICAINE** (Celltech) | | | | |
| benzocaine | | | | |
| SOL, OT, 20%, 15 ml | 53014-0377-51 | 20.54 | | |
| (Allscripts) | | | | |
| REPACK | | | | |
| SOL, OT, 20%, 15 ml | 54569-0383-00 | 20.54 | | |
| (Pharma Pac) | | | | |
| REPACK | | | | |
| SOL, OT, 20%, 51 ml | 52959-0038-15 | 25.00 | | |
| (Phys Total Care) | | | | |
| REPACK | | | | |
| SOL, OT, 20%, 15 ml | 54868-1609-02 | 24.81 | | |
| **AMERICAINE ANESTHETIC LUBRICANT** (Celltech) | | | | |
| benzocaine | | | | |
| GEL, TP (PACKET) | | | | |
| 20%, | | | | |
| 2.500 gm 144s UD | 53014-0376-62 | 462.25 | | |
| 28 gm | 53014-0376-16 | 19.06 | | |
| **AMI-TEX LA** (Amide) | | | | |
| gg/phenyleph | | | | |
| TER, PO, 600 mg-30 mg, | | | | |
| 100s ea | 52152-0253-02 | 115.25 | | |
| 1000s ea | 52152-0253-05 | 1152.50 | | |
| **AMI-TEX PSE** (Amide) | | | | |
| gg/pseudoeph | | | | |
| TER, PO (CAPLET) | | | | |
| 600 mg-120 mg, | | | | |
| 100s ea | 52152-0130-02 | 56.00 | | |
| 500s ea | 52152-0130-04 | 240.00 | | |
| **AMIBID DM** (Amide) | | | | |
| dm/gg | | | | |
| TER, PO (CAPLET) | | | | |
| 30 mg-600 mg, | | | | |
| 100s ea | 52152-0139-02 | 42.95 | | |
| 250s ea | 52152-0139-03 | 105.95 | | |
| 500s ea | 52152-0139-04 | 199.95 | | |
| **AMIBID LA** (Amide) | | | | |
| guaifenesin | | | | |
| TER, PO (CAPLET) | | | | |
| 600 mg, 100s ea | 52152-0106-02 | 36.95 | | |
| 250s ea | 52152-0106-03 | 84.95 | | |
| 500s ea | 52152-0106-04 | 185.00 | | |
| **AMICAR** (Xanodyne Pharmacal) | | | | |
| aminocaproic acid | | | | |
| SOL, IV (S.D.V.) | | | | |
| 250 mg/ml, 20 ml | 66479-0025-39 | 16.24 | | AP |
| SYR, PO (RASPBERRY) | | | | |
| 1.25 gm/5 ml, | | | | |
| 480 ml | 66479-0023-56 | 511.36 | | AA |
| TAB, PO, 500 mg, 100s ea | 66479-0021-82 | 204.85 | | AB |
| **AMIDAL** (Amide) | | | | |
| gg/phenyleph | | | | |
| TER, PO (CAPLET) | | | | |
| 300 mg-20 mg, | | | | |
| 100s ea | 52152-0024-02 | 16.69 | | |
| 500s ea | 52152-0024-04 | 73.75 | | |

RED BOOK™ Database Services... Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062    ReadyPrice

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **APLISOL** (Monarch) tuberculin | | | | |
| SOL, ID (10 TEST VIAL) | | | | |
| 5 tu/0.1 ml, 1 ml | 64029-4525-01 | 27.73 | | |
| (VIAL, 50 TEST) | | | | |
| 5 tu/0.1 ml, 5 ml | 64029-4525-02 | 100.05 | | |
| (Allscripts) REPACK | | | | |
| SOL, ID (VIAL, 50 TEST) | | | | |
| 5 tu/0.1 ml, 5 ml | 54569-2254-00 | 89.33 | | |
| (Phys Total Care) REPACK | | | | |
| SOL, ID (VIAL, 50 TEST) | | | | |
| 5 tu/0.1 ml, 5 ml | 54868-2328-01 | 103.92 | | |
| **APOMORPHINE HYDROCHLORIDE** (Gallipot) | | | | |
| POW, NA (U.S.P.) | | | | |
| 25 gm | 51552-0652-25 | 3789.60 | | |
| (Medisca) POW, NA (U.S.P.) | | | | |
| 0.500 gm | 38779-1764-00 | 157.50 | | |
| 1 gm | 38779-1764-06 | 300.00 | | |
| 5 gm | 38779-1764-03 | 1312.50 | | |
| 25 gm | 38779-1764-04 | 5900.00 | | |
| **APPLE FIBER** (A-A Spectrum) | | | | |
| POW, NA, 100 gm | A187306 | 12.30 | | |
| 500 gm | A187310 | 36.80 | | |
| 2500 gm | A187313 | 112.10 | | |
| **APPLE FLAVOR** (A-A Spectrum) flavoring aid | | | | |
| POW, NA, 454 gm | A1652W7 | 30.60 | | |
| **APRACLONIDINE HYDROCHLORIDE** (Alcon Ophthalmic) See IOPIDINE | | | | |
| **APRESOLINE** (Phys Total Care) REPACK hydralazine hydrochloride | | | | |
| TAB, PO, 50 mg, 100s ea | 54868-3369-00 | 64.83 | AA | |
| **APRI** (Duramed) desogestrel/ethinyl estradiol | | | | |
| TAB, PO (6X28) | | | | |
| 0.15 mg-0.03 mg, 168s ea | 51285-0576-28 | 154.68 | AB | |
| (Allscripts) REPACK | | | | |
| TAB, PO, 0.15 mg-0.03 mg, 28s ea | 54569-4878-00 | 25.78 | AB | |
| (6X28) 0.15 mg-0.03 mg, 168s ea | 54569-4878-01 | 154.68 | AB | |
| **APRICOT FLAVOR** (A-A Spectrum) flavoring aid | | | | |
| LIQ, NA, 25 ml | A161846 | 7.40 | | |
| 100 ml | A161849 | 10.50 | | |
| **APROTININ** (Bayer Pharm) See TRASYLOL | | | | |
| **APROTININ/CAL CL/FIBRINOGEN/THROMBIN** (Baxter Hyland/Immuno) See TISSEEL VH | | | | |
| **AQUABASE ANHYDROUS HYDROPHILIC** (Paddock) ointment base | | | | |
| OIN, NA, 454 gm | 00574-0030-16 | 14.05 | | |
| 15890 gm | 00574-0030-35 | 348.75 | | |
| **AQUABID-DM** (Alphagen) dm/gg | | | | |
| TER, PO (CAPLET) | | | | |
| 30 mg-600 mg, 100s ea | 59743-0054-01 | 42.75 | | |
| 250s ea | 59743-0054-25 | 89.50 | | |
| 500s ea | 59743-0054-05 | 179.00 | | |
| **AQUACHLORAL SUPPRETTES** (Polymedica Pharma) chloral hydrate | | | | |
| SUP, RC, 325 mg, 12s ea UD, C-IV | 61451-6005-07 | 30.63 | | |
| 650 mg, 12s ea UD, C-IV | 61451-6010-07 | 41.75 | | |
| **AQUACOT** (Truxton) trichlormethiazide | | | | |
| TAB, PO, 4 mg, 1000s ea | 00463-6248-10 | 24.00 | | EE |
| **AQUAMEPHYTON** (Merck) phytonadione | | | | |
| SOL, IJ (AMP) 1 mg/0.5 ml, | | | | |
| 0.500 ml 25s | 00006-7784-33 | 64.39 | 51.51 | BP |
| 10 mg/ml, 1 ml 6s | 00006-7780-64 | 35.49 | 28.39 | BP |
| 1 ml 25s | 00006-7780-66 | 125.54 | 100.43 | BP |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Phys Total Care) REPACK | | | | |
| SOL, IJ (VIAL) | | | | |
| 10 mg/ml, 5 ml | 54868-3806-00 | 24.94 | | BP |
| **AQUAPHOR** (Amend) ointment base | | | | |
| OIN, NA, 454 gm | 17317-1347-01 | 29.40 | | |
| 2270 gm | 17317-1347-05 | 119.00 | | |
| **AQUASOL A** (NeoSan Pharm) vitamin a palmitate | | | | |
| SOL, IM (S.D.V.) 50,000 u/ml, 2 ml 10s | 00186-4239-21 | 276.69 | | |
| **AQUATAB C** (Adams Labs) dm/gg/pseudoeph | | | | |
| TER, PO, 60 mg-1200 mg-120 mg, 100s ea | 63824-0043-10 | 96.17 | 78.83 | |
| **AQUATAB D** (Adams Labs) gg/pseudoeph | | | | |
| TER, PO, 1200 mg-60 mg, 100s ea | 63824-0047-10 | 87.36 | 71.61 | |
| **AQUATAB DM** (Adams Labs) dm/gg | | | | |
| TER, PO, 60 mg-1200 mg, 100s ea | 63824-0002-10 | 101.47 | 83.17 | |
| (Phys Total Care) REPACK | | | | |
| TER, PO, 60 mg-1200 mg, 20s ea | 54868-4485-00 | 24.11 | | |
| **AQUATAB-D DOSE PACK** (Adams Labs) gg/pseudoeph | | | | |
| TER, PO (14 DAY REGIMEN) 600 mg-60 mg, 56s ea | 63824-0044-14 | 28.18 | 23.10 | |
| **AQUATENSEN** (Wallace) methyclothiazide | | | | |
| TAB, PO, 5 mg, 100s ea | 00037-0153-92 | 205.39 | | AB |
| **AQUAZIDE H** (Western Research) hydrochlorothiazide | | | | |
| TAB, PO, 50 mg, 1008s ea | 52604-9783-08 | 40.18 | | EE |
| **ARALEN HYDROCHLORIDE** (Sanofi-Synthelabo) chloroquine hydrochloride | | | | |
| SOL, IM (AMP) 50 mg/ml, 5 ml 5s | 00024-0074-01 | 103.62 | | |
| **ARALEN PHOSPHATE** (Sanofi-Synthelabo) chloroquine phosphate | | | | |
| TAB, PO, 500 mg, 25s ea | 00024-0084-01 | 131.53 | | AA |
| (Allscripts) REPACK | | | | |
| TAB, PO, 500 mg, 6s ea | 54569-3777-05 | 31.57 | | AA |
| 8s ea | 54569-3777-02 | 42.09 | | AA |
| 10s ea | 54569-3777-01 | 52.61 | | AA |
| (Phys Total Care) REPACK | | | | |
| TAB, PO, 500 mg, 25s ea | 54868-3953-00 | 128.73 | | AA |
| **ARAMINE** (Merck) metaraminol bitartrate | | | | |
| SOL, IJ, 10 mg/ml, 10 ml | 00006-3222-10 | 13.36 | 10.69 | AP |
| (Phys Total Care) REPACK | | | | |
| SOL, IJ, 10 mg/ml, 10 ml | 54868-3692-00 | 14.34 | | AP |
| **ARANESP** (Amgen Inc.) darbepoetin alfa | | | | |
| SOL, IJ (S.D.V.,P.F.,ALBUMIN SOL) | | | | |
| 0.04 mg/ml, 1 ml | 55513-0011-01 | 199.50 | | |
| 1 ml 4s | 55513-0011-04 | 798.00 | | |
| 0.06 mg/ml, 1 ml | 55513-0012-01 | 299.25 | | |
| 1 ml 4s | 55513-0012-04 | 1197.00 | | |
| 0.025 mg/ml, 1 ml | 55513-0010-01 | 124.69 | | |
| 1 ml 4s | 55513-0010-04 | 498.76 | | |
| 0.1 mg/ml, 1 ml | 55513-0013-01 | 498.75 | | |
| 1 ml 4s | 55513-0013-04 | 1995.00 | | |
| 0.2 mg/ml, 1 ml | 55513-0014-01 | 997.50 | | |
| **ARAVA** (Aventis Pharm) leflunomide | | | | |
| TAB, PO, 10 mg, 30s ea | 00088-2160-30 | 272.46 | | |
| 20 mg, 30s ea | 00088-2161-30 | 272.46 | | |
| **ARCET** (Emrex/EconoMed) apap/butal/caff | | | | |
| CAP, PO, 325 mg-50 mg-40 mg, 100s ea | 38130-0325-01 | 23.98 | 19.98 | AB |
| **ARCITUMOMAB** (Immunomedics, Inc.) See CEA-SCAN | | | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **ARCO-LASE PLUS** (Arco) amylase/cellulase/lipase/protease | | | | |
| TAB, PO, 50s ea | 00275-0045-02 | 5.00 | | |
| **AREDIA** (Novartis Pharm.) pamidronate disodium | | | | |
| PDS, IV (VIAL) | | | | |
| 30 mg, 4s ea | 00083-2601-04 | 1119.44 | | AP |
| 90 mg, ea | 00083-2609-01 | 839.60 | | AP |
| **ARGATROBAN** (GSK Pharm) | | | | |
| SOL, IV (S.D.V.) 100 mg/ml, | | | | |
| 2.500 ml, ea | 00007-4407-01 | 748.80 | | |
| 2.500 ml 10s | 00007-4407-10 | 7500.00 | | |
| **ARGENTUM METALLICUM** (Weleda) homeopathic product | | | | |
| INJ, IJ (AMP, 6X) 1 ml 12s | 00155-0080-90 | 9.45 | | |
| **ARGENTUM NITRICUM** (Weleda) homeopathic product | | | | |
| INJ, IJ (AMP, 20X) 1 ml 12s | 00155-0081-90 | 9.45 | | |
| (AMP, 6X) 1 ml 12s | 00155-0082-90 | 9.45 | | |
| **ARGESIC-SA** (Emrex/EconoMed) salicylsalicylic acid | | | | |
| TAB, PO, 500 mg, 100s ea | 38130-0711-01 | 16.80 | 14.00 | |
| **ARGININE** (A-A Spectrum) | | | | |
| POW, NA (U.S.P.) 100 gm | 49452-0715-01 | 16.10 | | |
| 1000 gm | 49452-0715-02 | 119.80 | | |
| POW, NA (U.S.P.) 100 gm | 49452-0702-01 | 16.10 | | |
| 1000 gm | 49452-0702-02 | 119.80 | | |
| **ARGININE HYDROCHLORIDE** (Pharmacia Corp) See R-GENE 10 | | | | |
| **L-ARGININE MONOHYDROCHLORIDE** (Amend) arginine hydrochloride | | | | |
| POW, NA (U.S.P.) 25 gm | 17317-0209-02 | 8.40 | | |
| **L-(+)-ARGININE MONOHYDROCHLORIDE** (Integra) arginine hydrochloride | | | | |
| POW, NA, 25 gm | A9023015 | 14.38 | | |
| (U.S.P.) 25 gm | A9023115 | 22.85 | | |
| 100 gm | A9023020 | 28.57 | | |
| (U.S.P.) 100 gm | A9023120 | 42.43 | | |
| 500 gm | A9023030 | 76.40 | | |
| (U.S.P.) 500 gm | A9023130 | 131.38 | | |
| **ARICEPT** (Pfizer U.S.P.G.) donepezil hydrochloride | | | | |
| TAB, PO, 5 mg, 30s ea | 62856-0245-30 | 141.94 | 113.55 | |
| 90s ea | 62856-0245-90 | 425.81 | 340.65 | |
| (10X10) 5 mg, 100s ea UD | 62856-0245-41 | 473.09 | 378.47 | |
| 10 mg, 30s ea | 62856-0246-30 | 141.94 | 113.55 | |
| 90s ea | 62856-0246-90 | 425.81 | 340.65 | |
| (10X10) 10 mg, 100s ea UD | 62856-0246-41 | 473.09 | 378.47 | |
| (Phys Total Care) REPACK | | | | |
| TAB, PO, 5 mg, 30s ea | 54868-3952-00 | 147.56 | | |
| 10 mg, 30s ea | 54868-4245-00 | 147.56 | | |
| **ARIMIDEX** (Astra Zeneca) anastrozole | | | | |
| TAB, PO, 1 mg, 30s ea | 00310-0201-30 | 209.95 | | |
| **ARISTOCORT** (Fujisawa) triamcinolone | | | | |
| TAB, PO, 4 mg, 30s ea | 00469-5124-30 | 46.67 | | BP |
| 100s ea | 00469-5124-71 | 147.84 | | BP |
| (Allscripts) REPACK triamcinolone acetonide | | | | |
| CRE, TP, 0.1%, 15 gm | 54569-2799-00 | 8.48 | | AT |

Electronic Drug Pricing and Clinical Information

**RED BOOK**
Database Services - (800) 722-3062

RED BOOK™ Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062

ReadyPrice®