| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| 24s ea ...........58016-0147-24 | 5.52 | | EE |
| 28s ea ...........58016-0147-28 | 6.44 | | EE |
| 30s ea ...........58016-0147-30 | 6.90 | | EE |
| 40s ea ...........58016-0147-40 | 9.20 | | EE |
| 50s ea ...........58016-0147-50 | 11.50 | | EE |
| 60s ea ...........58016-0147-60 | 13.80 | | EE |
| 100s ea ..........58016-0147-00 | 23.01 | | EE |

**(Teva)**
PDR, PO, 125 mg/5 ml,
| 100 ml ...........00093-5198-73 | 2.16 | | AA |
| 200 ml ...........00093-5198-74 | 3.34 | | AA |
250 mg/5 ml,
| 100 ml ...........00093-5199-73 | 2.95 | | AA |
| 200 ml ...........00093-5199-74 | 5.07 | | AA |
TAB, PO, 250 mg, 100s ea .00093-1172-01 | 5.34 | | AB |
| 100s ea ..........00093-5194-01 | 7.13 | | AB |
| 1000s ea .........00093-1172-10 | 42.79 | | AB |
| 1000s ea .........00093-5194-10 | 59.83 | | AB |
| 500 mg, 100s ea ...00093-1174-01 | 9.24 | | AB |
| 100s ea ..........00093-5195-01 | 13.55 | | AB |

**(UDL)**
TAB, PO (10X10)
| 250 mg, 100s ea UD .51079-0615-20 | 12.60 | 9.90 | AB |
| 500 mg, 100s ea UD .51079-0616-20 | 24.60 | 17.60 | AB |

**(medvantx)**
TAB, PO, 500 mg, 40s ea ..66116-0244-40 | 4.06 | | EE |

**PENICILLIN-VK (DHS, Inc.)**
penicillin v potassium
TAB, PO, 250 mg, 20s ea ..55887-0830-20 | 4.95 | | AB |
| 28s ea ...........55887-0830-28 | 6.87 | | AB |
| 30s ea ...........55887-0830-30 | 7.38 | | AB |
| 40s ea ...........55887-0830-40 | 9.88 | | AB |

**PENLAC (Dermik)**
ciclopirox
| SOL, TP, 8%, 3.300 ml ....00066-8008-01 | 68.19 | 54.55 | EE |
| 6.600 ml ...........00066-8008-02 | 120.25 | 96.20 | EE |

**(Allscripts)**
REPACK
SOL, TP, 8%, 3.300 ml ....54569-4951-00 | 65.56 | | AA |

**PENNY ROYAL (A-A Spectrum)**
| OIL, NA, 25 gm ...........P104646 | 21.80 | | EE |
| 125 ml ...........49452-5056-01 | 62.10 | | EE |

**PENTAM (APP)**
pentamidine isethionate
PDS, IJ (S.D.V.,P.F.)
| 300 mg. ea .......63323-0113-10 | 98.75 | | AP |

**PENTAMIDINE ISETHIONATE**
**(APP)** See NEBUPENT

**(APP)** See PENTAM

**(Abbott Hosp)**
PDS, IJ, 300 mg, ea......00074-4548-01 | 91.60 | 77.14 | AB |

**(Abbott Hosp)** See PENTAMIDINE ISETHIONATE NOVATION

**PENTAMIDINE ISETHIONATE NOVATION (Abbott Hosp)**
pentamidine isethionate
PDS, IJ (INSTIT USE)
| 300 mg, ea .......00074-4548-49 | 91.60 | 77.14 | AB |

**PENTASA (Shire US Inc.)**
mesalamine
CER, PO (BLISTER PACK)
| 250 mg, 80s ea UD ...54092-0189-80 | 43.19 | | EE |
| 240s ea ...........54092-0189-81 | 130.06 | | EE |

**PENTASPAN (B. Braun)**
pentastarch
SOL, IV, 10%, 500 ml .....00264-1972-10 | 79.51 | | EE |

**PENTASTARCH**
**(B. Braun)** See PENTASPAN

**PENTAZINE (Century)**
promethazine hydrochloride
SOL, IJ (VIAL),
| 50 mg/ml, 10 ml .....00436-0280-70 | 2.60 | | EE |
SYR, PO, 6.25 mg/5 ml,
| 120 ml ...........00436-0580-04 | 0.50 | | EE |
| 480 ml ...........00436-0580-16 | 1.80 | | EE |
| 3840 ml ...........00436-0580-28 | 11.90 | | EE |

**PENTAZOCINE LACTATE**
**(Abbott Hosp)** See TALWIN LACTATE

**PENTAZOCINE/APAP**
SEE APAP/PENTAZOCINE

**PENTAZOCINE/ASA**
SEE ASA/PENTAZOCINE

---

**PENTAZOCINE/NALOXONE**
SEE NALOXONE/PENTAZOCINE

**PENTOBARBITAL SODIUM**
**(Abbott Pharm)** See NEMBUTAL SODIUM

**PENTOPAK (Zoetica Pharm)**
pentoxifylline
TER, PO (CAPLET,BLISTER PACK)
| 400 mg, 90s ea ......64909-0001-90 | 64.47 | | AB |

**PENTOSAN POLYSULFATE SODIUM**
**(Ortho-McNeil Pharm)** See ELMIRON

**PENTOSTATIN**
**(Supergen)** See NIPENT

**PENTOTHAL (Abbott Hosp)**
thiopental sodium
PDS, IV (SRN, READY-TO-MIX)
250 mg,
| 25s ea, C-III .......00074-6418-01 | 128.84 | 108.50 |
| (SRN, RTM LIFESHIELD) |
250 mg,
| 25s ea, C-III .......00074-3351-01 | 135.97 | 114.50 |
| (SRN, READY-TO-MIX) |
400 mg,
| 25s ea, C-III .......00074-6419-01 | 141.61 | 119.25 |
| (SRN, RTM LIFESHIELD) |
400 mg,
| 25s ea, C-III .......00074-3352-01 | 193.86 | 163.25 |
| (SRN, READY-TO-MIX) |
500 mg,
| 25s ea, C-III .......00074-6420-01 | 148.73 | 125.25 |
| (SRN, RTM LIFESHIELD) |
500 mg,
| 25s ea, C-III .......00074-3353-01 | 222.66 | 187.50 |
| (STERILE WATER COMBO PAK) |
500 mg,
| 25s ea, C-III .......00074-3329-01 | 199.80 | 168.25 |
| (BULK PACKAGE) |
1 gm,
| 25s ea, C-III .......00074-6431-02 | 128.84 | 108.50 |
| (STERILE WATER COMBO PAK) |
1 gm,
| 25s ea, C-III .......00074-6435-01 | 326.86 | 275.25 |

**PENTOTHAL TRANSFER KIT (Abbott Hosp)**
thiopental sodium
PDS, IV (100 ML VIAL, DILUENT)
2.5 gm,
| 25s ea, C-III .......00074-6260-01 | 693.80 | 584.25 |
| (125 ML VIAL, DILUENT) |
2.5 gm,
| 25s ea, C-III .......00074-6259-01 | 635.61 | 535.25 |
| (200 ML VIAL, DILUENT) |
5 gm,
| 25s ea, C-III .......00074-6504-01 | 1040.84 | 876.50 |
| (250 ML VIAL, DILUENT) |
5 gm,
| 25s ea, C-III .......00074-6108-01 | 1007.59 | 848.50 |

**PENTOXIFYLLINE**
FUL
TER, PO, 400 mg, 100s ea .................... | 31.47 |

**(A-A Spectrum)**
| POW, NA, 5 gm .........49452-5080-01 | 11.10 | |
| 25 gm ...........49452-5080-02 | 29.60 | |
| 100 gm ...........49452-5080-03 | 90.60 | |
| 500 gm ...........49452-5080-04 | 400.00 | |

**(Andrx Pharmaceutical)**
TER, PO, 400 mg, 100s ea .62037-0951-01 | 59.51 | | AB |
| 500s ea ...........62037-0951-05 | 297.55 | | AB |

**(Apotex Corp.)**
TER, PO, 400 mg, 100s ea .60505-0033-06 | 55.15 | | AB |
| 500s ea ...........60505-0033-07 | 263.06 | | AB |

**(Aventis Pharm)** See TRENTAL

**(Dixon-Shane)**
TER, PO, 400 mg, 100s ea .17236-0862-01 | 55.15 | | EE |
| 500s ea ...........17236-0862-05 | 297.80 | | EE |

**(GSMS)**
TER, PO (UNIT OF USE)
| 400 mg, 90s ea ......60429-0703-90 | 54.89 | | EE |

**(Major)**
TER, PO, 400 mg, 100s ea .00904-5448-60 | 59.90 | | EE |
(10X10)
| 400 mg, 100s ea UD .00904-5448-61 | 63.50 | | EE |
| 500s ea ...........00904-5448-40 | 269.55 | | EE |

**(Mylan)**
TER, PO, 400 mg, 100s ea .00378-0357-01 | 64.05 | | AB |
| 500s ea ...........00378-0357-05 | 285.85 | | AB |

**(Purepac)**
TER, PO, 400 mg, 100s ea .00228-2747-11 | 64.05 | | AB |
| 500s ea ...........00228-2747-50 | 297.80 | | AB |
| 1000s ea .........00228-2611-96 | 564.21 | | AB |

---

**Electronic Drug Pricing and Clinical Information**
**RED BOOK** ™
Database Services - (800) 722-3062

**(Sidmak)**
TER, PO, 400 mg, 100s ea .50111-0609-01 | 45.50 | | AB |
| 500s ea ...........50111-0609-02 | 225.00 | | AB |

**(Sky Pharm)** See PENTOXYPHYLLINE

**(Teva)**
TER, PO, 400 mg, 100s ea .00093-5116-01 | 59.50 | | AB |

**(UDL)**
TER, PO (25X1 ROBOT READY)
| 400 mg, 25s ea .....51079-0889-19 | 41.79 | 33.43 | AB |
| (10X10) |
| 400 mg, 100s ea UD .51079-0889-20 | 65.71 | 52.57 | AB |

**(Upsher-Smith)** See PENTOXIL

**(Vangard)**
TER, PO (31X10,INSTIT USE,CARDED)
| 400 mg, 310s ea UD .00615-4523-53 | 171.81 | |
| (31X10,INSTIT. USE) |
| 400 mg, 310s ea UD .00615-4523-63 | 171.81 | |
| (200X5 STRIPS,INSTIT USE) |
400 mg,
| 1000s ea UD .......00615-4523-43 | 554.23 | |

**(Zoetica Pharm)** See PENTOPAK

**PENTOXIL (Upsher-Smith)**
pentoxifylline
TER, PO, 400 mg, 100s ea .00245-0027-11 | 59.40 | | AB |
| 100s ea UD ........00245-0027-01 | 61.99 | | AB |
| 500s ea ...........00245-0027-15 | 297.25 | | AB |

**PENTOXYPHYLLINE (Sky Pharm)**
pentoxifylline
TER, PO (BLISTER PACK)
| 400 mg, 750s ea UD .63739-0260-01 | 453.38 | | EE |
| (PUNCH CARD 25X30) |
| 400 mg, 750s ea ....63739-0260-03 | 453.38 | | EE |

**PENTYLENETETRAZOLE (A-A Spectrum)**
| POW, NA, 25 gm .......PE10404 | 22.00 | |
| 100 gm ...........PE10406 | 74.70 | |

**PEONY ROOT (A-A Spectrum)**
| POW, NA, 100 gm .......P176306 | 16.80 | |
| 600 gm ...........P176310 | 42.80 | |
| 2500 gm ...........P176313 | 124.70 | |

**PEPCID (Merck)**
famotidine
PDR, PO, 40 mg/5 ml,
| 50 ml ...........00006-3538-92 | 107.71 | 86.17 |
SOL, IV (GALAXY PC,P.F.)
0.4 mg/ml,
| 50 ml 24s..........00006-3537-50 | 200.89 | 160.71 | AP |
(S.D.V.)
| 10 mg/ml, 2 ml 10s...00006-3539-04 | 47.34 | 37.87 | AP |
(M.D.V.)
| 10 mg/ml, 4 ml......00006-3541-14 | 9.43 | 7.54 | AP |
| 20 ml............00006-3541-20 | 47.26 | 37.81 | AP |
| 20 ml 10s.........00006-3541-49 | 473.06 | 378.45 | AP |
TAB, PO (UNIT OF USE)
| 20 mg, 30s ea.......00006-0963-31 | 60.84 | 48.67 | AB |
| 100s ea UD ........00006-0963-28 | 202.79 | 162.23 | AB |
| (UNIT OF USE) |
| 20 mg, 100s ea......00006-0963-58 | 202.79 | 162.23 | AB |
| (UNIBLISTER,25X31) |
| 20 mg, 775s ea......00006-0963-72 | 1571.631 | 257.30 | AB |
| (BULK PACKAGE) |
| 20 mg, 1000s ea .....00006-0963-82 | 2027.911 | 622.33 | AB |
| (UNIT OF USE, 12X90) |
| 20 mg, 1080s ea .....00006-0963-94 | 2190.151 | 752.12 | AB |
| (BULK PACKAGE) |
| 20 mg, 10000s ea ....00006-0963-8 | 720279.161 | 6223.33 | AB |
| (UNIT OF USE) |
| 40 mg, 30s ea.......00006-0964-31 | 117.59 | 94.07 | AB |
| 100s ea UD ........00006-0964-28 | 391.95 | 313.56 | AB |
| (UNIT OF USE) |
| 40 mg, 100s ea......00006-0964-58 | 391.95 | 313.56 | AB |
| (BULK PACKAGE) |
| 40 mg, 1000s ea .....00006-0964-82 | 3919.583 | 135.66 | AB |
| (UNIT OF USE, 12X90) |
| 40 mg, 1080s ea .....00006-0964-94 | 4233.153 | 386.52 | AB |
| (BULK PACKAGE) |
| 40 mg, 10000s ea ....00006-0964-8 | 739195.833 | 1356.66 | AB |

RED BOOK   RX PRODUCT LISTINGS

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**TRI-VITAMIN W/FLUORIDE & IRON (Hi-Tech)**
fe suit/sod fl/vit a/vit c/vit d
SOL, PO (DROPS)
  0.25 mg/ml, 50 ml ..... 50383-0628-50   6.00

**TRIACET (Teva)**
triamcinolone acetonide
CRE, TP, 0.1%, 15 gm ...... 00093-9937-15   2.01   AT
  80 gm ............... 00093-9937-81   5.05   AT

**TRIACETIN** (A-A Spectrum)
LIQ, NA (U.S.P.)
  500 ml ............. 49452-7880-02   12.80
  4000 ml ............ 49452-7880-04   59.30

(Integra)
LIQ, NA (U.S.P.)
  500 ml ............. 05324-5314-50   18.57

**TRIACIN (Consolidated Midland)**
pseudoeph/triprolidine
SYR, PO, 30 mg-1.25 mg/5 ml,
  120 ml ............. 00223-6199-01   2.25   EE
  480 ml ............. 00223-6199-02   5.50   EE

**TRIACIN C (Alpharma USPD)**
codeine/pseudoeph/triprolidine
SYR, PO (CARAMEL)
  10 mg-30 mg-1.25 mg/5 ml,
  120 ml, C-V ........ 00472-1633-04   7.33   AA
  480 ml, C-V ........ 00472-1633-16   21.98   AA

**TRIACIN-C (Allscripts)**
REPACK
codeine/pseudoeph/triprolidine
SYR, PO
  10 mg-30 mg-1.25 mg/5 ml,
  120 ml, C-V ........ 54569-1641-01   7.33   AA

**TRIAD (Forest Pharm)**
apap/butal/caff
CAP, PO, 325 mg-50 mg-40 mg,
  ............... 00785-2305-01   41.99   AB

**TRIAM-A (Hyrex)**
triamcinolone acetonide
SUS, IJ (VIAL)
  40 mg/ml, 5 ml ...... 00314-3400-75   11.35   BP

**TRIAM-FORTE (Hyrex)**
triamcinolone diacetate
SUS, IJ (VIAL)
  40 mg/ml, 5 ml ...... 00314-0775-75   11.48   BP

**TRIAMCINOLONE** (A-A Spectrum)
CRY, NA (U.S.P.)
  0.250 gm ........... 49452-7890-01   9.90
  1 gm .............. 49452-7890-02   19.20
  5 gm .............. 49452-7890-03   51.50

(Fujisawa) See ARISTOCORT

(Medisca)
POW, NA (U.S.P.)
  5 gm .............. 38779-0051-03   97.50
  10 gm ............. 38779-0051-01   175.00

**TRIAMCINOLONE ACETONIDE**
Flut'd
CRE, TP, 0.025%, 80 gm ............   2.91
  0.1%, 80 gm ...................   3.58
  0.5%, 15 gm ...................   2.83
LOT, TP, 0.1%, 60 ml ..............   7.29
OIN, TP, 0.1%, 80 gm ..............   4.02
PAS, MM, 0.1%, 5 gm ...............   4.14

(A-A Spectrum)
POW, NA (U.S.P.)
  1 gm .............. 49452-7900-01   17.70
  5 gm .............. 49452-7900-04   49.80
  10 gm ............. 49452-7900-03   89.30
  100 gm ............ 49452-7900-04   618.70

(Allscripts)
CRE, TP, 0.025%, 15 gm... 54569-1121-00   1.93   EE
  80 gm ............. 54569-1774-01   4.25   EE
  0.1%, 15 gm ....... 54569-1084-00   2.83   EE
  80 gm ............. 54569-0765-00   5.12   EE
  454 gm ............ 54569-4781-00   22.16   EE
  0.5%, 15 gm ....... 54569-2625-00   5.13   EE
OIN, TP, 0.025%, 15 gm... 54569-2452-00   1.50   EE
  0.1%, 15 gm ....... 54569-1124-00   2.46   EE
  80 gm ............. 54569-0767-00   5.34   EE
  454 gm ............ 54569-2036-00   23.30   EE
PAS, MM (DENTAL)
  0.1%, 5 gm ........ 54569-3473-00   9.90   EE

(Alpharma USPD)
CRE, TP, 0.025%, 15 gm... 00472-0301-15   2.83   AT
  80 gm ............. 00472-0301-60   5.75   AT
  454 gm ............ 00472-0301-16   22.14   AT
  2270 gm ........... 00472-0301-05   77.49   AT
OIN, TP, 0.1%, 15 gm ... 00472-0306-15   2.75   AT
  80 gm ............. 00472-0306-60   5.75   AT

---

(Amend)
POW, NA (U.S.P.)
  1 gm .............. 17317-0719-07   15.40
  10 gm ............. 17317-0719-01   114.00

(Apothecon) See KENALOG

(Apothecon) See KENALOG IN ORABASE

(Apothecon) See KENALOG-10

(Apothecon) See KENALOG-40

(Aventis Pharm) See AZMACORT

(Aventis Pharm) See NASACORT

(Aventis Pharm) See NASACORT AQ

(Cardinal Pharm)
CRE, TP, 0.1%, 15 gm ... 63874-0820-15   11.65   EE
  80 gm ............. 63874-0820-80   8.79   EE

(Carolina) See TRIAMCINOLONE ACETONIDE IN ABSORBASE

(Clay-Park)
CRE, TP, 0.025%, 15 gm... 45802-0063-35   1.68   AT
  80 gm ............. 00414-0063-36   3.50   AT
  454 gm ............ 00414-0063-05   14.50   AT
  0.1%, 15 gm ....... 45802-0064-35   1.80   AT
  80 gm ............. 00414-0064-36   5.10   AT
  454 gm ............ 00414-0064-05   19.90   AT
  2270 gm ........... 00414-0064-29   79.60   AT
  0.5%, 15 gm ....... 45802-0065-35   4.13   AT
OIN, TP, 0.025%, 15 gm.. 45802-0054-35   1.68   AT
  80 gm ............. 00414-0054-36   3.50   AT
  454 gm ............ 00414-0054-05   14.50   AT
  0.1%, 15 gm ....... 45802-0055-35   1.80   AT
  454 gm ............ 00414-0055-05   19.90   AT
  0.5%, 15 gm ....... 45802-0049-35   4.13   AT

(Clint) See CLINALOG

(DHS, Inc.)
CRE, TP, 0.5%, 15 gm ... 55887-0687-15   8.04   AT
  80 gm ............. 55887-0687-30   12.22   AT

(Del-Ray) See TRIDERM

(Emrex/EconoMed) See CINALOG

(Fougera)
CRE, TP, 0.025%, 15 gm.. 00168-0003-15   1.82   AT
  80 gm ............. 00168-0003-80   4.26   AT
  0.1%, 15 gm ....... 00168-0004-15   2.64   AT
  80 gm ............. 00168-0004-80   5.52   AT
  454 gm ............ 00168-0004-16   21.50   AT
  0.5%, 15 gm ....... 00168-0002-15   4.54   AT
OIN, TP, 0.025%, 80 gm.. 00168-0005-80   4.92   AT
  0.1%, 15 gm ....... 00168-0006-15   2.64   AT
  80 gm ............. 00168-0006-80   5.52   AT

(Fujisawa) See ARISTOCORT A

(Gallipot)
POW, NA (U.S.P.)
  1 gm .............. 51552-0033-01   22.20
  5 gm .............. 51552-0033-05   60.96
  10 gm ............. 51552-0033-10   108.00
  100 gm ............ 51552-0033-99   828.00

(Hauser,A.F.)
SUS, IJ (M.D.V.)
  40 mg/ml, 5 ml .... 52637-0540-05   8.49   AT

(Hyrex) See TRIAM-A

(Integra)
POW, NA (U.S.P.)
  1 gm .............. 05324-5315-10   24.98

(Ivax Pharm)
CRE, TP, 0.1%, 80 gm ... 00182-1217-53   5.39   AT
  454 gm ............ 00182-1217-15   19.50   AT
  0.5%, 15 gm ....... 00182-1218-51   4.55   AT
LOT, TP, 0.1%, 60 ml ... 00182-1777-68   10.22   AT
OIN, TP, 0.1%, 454 gm .. 00182-1395-45   26.40   AT
  0.5%, 15 gm ....... 00182-5068-51   5.10   AT

(Major)
CRE, TP, 0.025%, 15 gm.. 00904-2738-15   1.79   AT
  80 gm ............. 00904-2738-11   5.94   AT
  454 gm ............ 00904-2738-27   16.49   AT
  0.1%, 15 gm ....... 00904-2741-35   2.05   AT
  80 gm ............. 00904-2741-11   5.10   AT
  0.5%, 15 gm ....... 00904-2744-36   4.40   AT
OIN, TP, 0.1%, 480 gm .. 00904-2743-27   20.50   AT
PAS, MM, 0.1%, 5 gm .... 00904-3643-68   6.10   AT

(Medisca)
POW, NA (MICRONIZED, U.S.P.)
  5 gm .............. 38779-0011-03   97.50
  10 gm ............. 38779-0011-01   175.00
  25 gm ............. 38779-0011-04   327.50
  100 gm ............ 38779-0011-05   1212.50

---

Electronic Drug Pricing and Clinical Information

**RED BOOK**™
Database Services - (800) 722-3062

(Meridian Pharm)
POW, NA (MICRONIZED,U.S.P,BP,EP)
  5 gm .............. 62991-1156-01   120.00
  10 gm ............. 62991-1156-02   219.00
  25 gm ............. 62991-1156-03   585.00

(Morton Grove)
LOT, TP, 0.025%, 60 ml .. 60432-0560-60   34.51   AT
  0.1%, 60 ml ....... 60432-0561-60   10.22   AT

(Muro) See TRI-NASAL

(NuCare Pharm)
CRE, TP, 0.1%, 15 gm ... 66267-0935-15   11.89   EE
  30 gm ............. 66267-0934-30   13.56   EE
  80 gm ............. 66267-0933-80   15.99   EE
  0.5%, 15 gm ....... 66267-0932-15   12.23   EE

(Ocumed) See CINOLAR

(Paddock)
POW, NA (U.S.P.)
  5 gm .............. 00574-0450-05   64.24
  10 gm ............. 00574-0450-10   113.85

(Parnell) See TAC-3

(Pharma Pac)
CRE, TP, 0.025%, 15 gm.. 52959-0199-03   9.95   EE
  80 gm ............. 52959-0199-01   12.75   EE
  0.1%, 15 gm ....... 52959-0096-60   11.57   EE
  45 gm ............. 52959-0096-45   14.50   EE
  80 gm ............. 52959-0096-01   15.56   EE
  0.5%, 15 gm ....... 52959-0136-00   7.85   EE
OIN, TP, 0.1%, 15 gm ... 52959-0156-00   10.05   EE
  80 gm ............. 52959-0156-02   13.35   EE

(Pharma-Tek)
POW, NA (U.S.P, MICRONIZED)
  5 gm .............. 39822-5300-05   53.50

(Phys Total Care)
CRE, TP, 0.025%, 15 gm.. 54868-1060-01   2.24   EE
  80 gm ............. 54868-1060-04   4.68   EE
  0.1%, 15 gm ....... 54868-0843-01   2.50   EE
  30 gm ............. 54868-0843-00   3.81   EE
  80 gm ............. 54868-0843-02   4.30   EE
  454 gm ............ 54868-0843-03   22.63   EE
  0.5%, 15 gm ....... 54868-0844-01   5.47   EE
LOT, TP, 0.1%, 60 ml ... 54868-3097-00   14.47   EE
OIN, TP, 0.025%, 15 gm.. 54868-1590-01   2.24   EE
  80 gm ............. 54868-1590-02   4.42   EE
  0.1%, 80 gm ....... 54868-1591-02   5.60   EE
  454 gm ............ 54868-1591-03   23.07   EE
SUS, IJ (VIAL)
  40 mg/ml, 5 ml .... 54868-0284-00   25.86   EE

(Qualitest)
CRE, TP, 0.025%, 15 gm.. 00603-7859-74   1.41   AT
  80 gm ............. 00603-7850-90   3.27   AT
  0.1%, 15 gm ....... 00603-7851-74   2.01   AT
  80 gm ............. 00603-7851-90   4.64   AT
  0.5%, 15 gm ....... 00603-7852-74   3.95   AT
LOT, TP, 0.1%, 60 ml ... 00603-7855-49   8.28   AT
OIN, TP, 0.1%, 15 gm ... 00603-7859-74   2.01   AT
PAS, MM (DENTAL)
  0.1%, 5 gm ........ 00603-7870-69   4.65   AT

(Schein)
CRE, TP, 0.025%, 80 gm.. 00364-7211-60   4.32   AT
LOT, TP, 0.1%, 60 ml ... 00364-7346-58   8.78   AT
PAS, MM (DENTAL)
  0.1%, 5 gm ........ 00364-2218-53   8.89   AT

(Southwood)
CRE, TP, 0.025%, 15 gm.. 58016-3034-01   4.88   EE
  0.1%, 15 gm ....... 58016-3035-01   10.98   EE
  80 gm ............. 58016-3108-01   8.37   EE
  0.5%, 15 gm ....... 58016-3127-01   6.83   EE
OIN, TP, 0.025%, 30 gm.. 58016-3161-01   5.13   EE
  0.1%, 15 gm ....... 58016-3208-01   3.20   EE
  80 gm ............. 58016-3253-01   8.37   EE

(Taro)
PAS, MM, 0.1%, 5 gm ... 51672-1267-05   9.90   AT

(Teva) See TRIACET

---

RED BOOK™ Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: **(800) 722-3062**

ReadyPrice

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Thames)** | | | | |
| CRE, TP, 0.025%, 15 gm | 49158-0139-20 | 3.64 | | AT |
| 80 gm | 49158-0139-21 | 6.12 | | AT |
| 453.600 gm | 49158-0139-16 | 17.00 | | AT |
| 2270 gm | 49158-0139-22 | 26.32 | | AT |
| 0.1%, 15 gm | 49158-0140-20 | 3.48 | | AT |
| 30 gm | 49158-0140-08 | 4.20 | | AT |
| 80 gm | 49158-0140-21 | 6.60 | | AT |
| 454 gm | 49158-0140-16 | 26.40 | | AT |
| 2270 gm | 49158-0140-22 | 65.20 | | AT |
| 0.5%, 15 gm | 49158-0141-20 | 6.32 | | AT |
| LOT, TP, 0.1%, 60 ml | 49158-0211-32 | 13.64 | | AT |
| OIN, TP, 0.1%, 15 gm | 49158-0160-20 | 3.60 | | AT |
| 28.350 gm | 49158-0160-08 | 4.20 | | AT |
| 80 gm | 49158-0160-21 | 6.60 | | AT |
| 454 gm | 49158-0160-16 | 26.40 | | AT |
| PAS, MM, 0.1%, 5 gm | 49158-0231-03 | 5.00 | | AT |
| **(Truxton)** See ACETOCOT | | | | |
| **(Truxton)** See TRIAMCOT | | | | |
| **(URL)** | | | | |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00677-1200-36 | 14.30 | | AT |
| CRE, TP, 0.1%, 80 gm | 00677-0747-46 | 6.43 | | AT |
| 454 gm | 00677-0747-44 | 26.39 | | AT |
| 2270 gm | 00677-0747-47 | 77.50 | | AT |
| 0.5%, 15 gm | 00677-0751-40 | 4.27 | | AT |
| **(Watson)** | | | | |
| CRE, TP, 0.025%, 15 gm | 00591-7211-86 | 1.74 | | AT |
| 0.1%, 30 gm | 00591-7212-30 | 2.50 | | AT |
| 80 gm | 00591-7212-84 | 4.80 | | AT |
| 0.5%, 15 gm | 00591-7213-86 | 4.28 | | AT |
| OIN, TP, 0.1%, 15 gm | 00591-7360-86 | 2.05 | | AT |
| **TRIAMCINOLONE ACETONIDE IN ABSORBASE** | | | | |
| **(Carolina)** | | | | |
| **triamcinolone acetonide** | | | | |
| OIN, TP, 0.05%, 430 gm | 46287-0010-16 | 29.30 | 22.00 | |
| **TRIAMCINOLONE DIACETATE  (A-A Spectrum)** | | | | |
| CRY, NA (MICRONIZED U.S.P.) | | | | |
| 1 gm | 49452-7910-01 | 17.70 | | |
| 5 gm | 49452-7910-02 | 49.80 | | |
| 10 gm | 49452-7910-03 | 89.30 | | |
| POW, NA, 100 gm | 49452-7910-04 | 618.70 | | |
| **(Clint)** See CLINACORT | | | | |
| **(Fujisawa)** See ARISTOCORT | | | | |
| **(Fujisawa)** See ARISTOCORT FORTE | | | | |
| **(Gallipot)** | | | | |
| POW, NA (MICRONIZED,U.S.P.) | | | | |
| 1 gm | 51552-0278-01 | 23.40 | | |
| 5 gm | 51552-0278-05 | 95.04 | | |
| 10 gm | 51552-0278-10 | 162.00 | | |
| **(Hyrex)** See TRIAM-FORTE | | | | |
| **(Medisca)** | | | | |
| POW, NA (U.S.P.) | | | | |
| 5 gm | 38779-0166-03 | 97.50 | | |
| 10 gm | 38779-0166-01 | 175.00 | | |
| 25 gm | 38779-0166-04 | 375.00 | | |
| 100 gm | 38779-0166-05 | 1212.50 | | |
| **(Truxton)** See TRIAMCOT | | | | |
| **TRIAMCINOLONE HEXACETONIDE** | | | | |
| **(Fujisawa)** See ARISTOSPAN | | | | |
| **TRIAMCOT (Truxton)** | | | | |
| **triamcinolone acetonide** | | | | |
| CRE, TP, 0.1%, 15 gm | 00463-8052-15 | 2.40 | | EE |
| **(Truxton)** | | | | |
| **triamcinolone diacetate** | | | | |
| SUS, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00463-1091-05 | 8.40 | | EE |
| **TRIAMTERENE  (Medisca)** | | | | |
| POW, NA (U.S.P.) | | | | |
| 25 gm | 38779-0267-04 | 35.00 | | |
| 100 gm | 38779-0267-05 | 112.50 | | |
| 500 gm | 38779-0267-08 | 537.50 | | |
| 1000 gm | 38779-0267-09 | 1000.00 | | |
| **(Meridian Pharm)** | | | | |
| POW, NA (U.S.P., B.P., E.P.) | | | | |
| 25 gm | 62991-2069-01 | 39.00 | | |
| 100 gm | 62991-2069-02 | 120.00 | | |
| 500 gm | 62991-2069-03 | 465.00 | | |
| 1000 gm | 62991-2069-04 | 825.00 | | |
| **(Wellspring Pharm)** See DYRENIUM | | | | |
| **TRIAVIL (Lotus Biochemical)** | | | | |
| **amitriptyline/perphenazine** | | | | |
| TAB, PO, 10 mg-2 mg, | | | | |
| 100s ea | 59417-0401-71 | 54.86 | 45.72 | EE |
| 25 mg-2 mg, | | | | |
| 100s ea | 59417-0402-71 | 70.42 | 58.68 | EE |
| 25 mg-4 mg, | | | | |
| 100s ea | 59417-0404-71 | 76.39 | 63.66 | EE |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **TRIAZ (Medicis)** | | | | |
| **benzoyl peroxide** | | | | |
| GEL, TP, 3%, 42.500 gm | 99207-0209-01 | 27.83 | | |
| 6%, 42.500 gm | 99207-0051-01 | 28.68 | | |
| 10%, 42.500 gm | 99207-0210-01 | 29.60 | | |
| **TRIAZ CLEANSER (Medicis)** | | | | |
| **benzoyl peroxide** | | | | |
| GEL, TP, 3%, 170.300 gm | 99207-0206-12 | 23.49 | | |
| 340.200 gm | 99207-0206-09 | 42.07 | | |
| 6%, 170.300 gm | 99207-0116-12 | 24.20 | | |
| 340.200 gm | 99207-0116-09 | 43.48 | | |
| 10%, 85.100 gm | 99207-0106-02 | 14.79 | | |
| 170.300 gm | 99207-0106-12 | 25.08 | | |
| 340.200 gm | 99207-0106-09 | 45.05 | | |
| **(Allscripts)** | | | | |
| **REPACK** | | | | |
| GEL, TP, 6%, 180 gm | 54569-4624-00 | 24.36 | | |
| 10%, 180 gm | 54569-4625-00 | 25.25 | | |
| **TRIAZOLAM** | | | | |
| **FUL** | | | | |
| TAB, PO, 0.125 mg, | | | | |
| 100s ea | | 40.41 | | |
| **(Allscripts)** | | | | |
| TAB, PO (10 X 10) | | | | |
| 0.25 mg, | | | | |
| 30s ea, C-IV | 54569-3966-00 | 20.25 | | EE |
| 100s ea, C-IV | 54569-3966-01 | 67.49 | | EE |
| **(Greenstone)** | | | | |
| TAB, PO (10X10) | | | | |
| 0.125 mg, | | | | |
| 100s ea UD, C-IV | 59762-3717-04 | 67.28 | | AB |
| 0.25 mg, | | | | |
| 100s ea UD, C-IV | 59762-3718-04 | 72.28 | | AB |
| 500s ea, C-IV | 59762-3718-03 | 337.43 | | AB |
| **(Heartland)** | | | | |
| TAB, PO, 0.25 mg, | | | | |
| 30s ea UD, C-IV | 61392-0150-30 | 20.70 | | AB |
| (BLISTER PACK) | | | | |
| 0.25 mg, | | | | |
| 30s ea, C-IV | 61392-0150-39 | 20.70 | | AB |
| 31s ea UD, C-IV | 61392-0150-31 | 21.39 | | AB |
| 32s ea UD, C-IV | 61392-0150-32 | 22.08 | | AB |
| 45s ea UD, C-IV | 61392-0150-45 | 31.05 | | AB |
| 60s ea UD, C-IV | 61392-0150-60 | 41.40 | | AB |
| 90s ea UD, C-IV | 61392-0150-90 | 62.10 | | AB |
| 500s ea UD, C-IV | 61392-0150-51 | 345.00 | | AB |
| 2000s ea UD, C-IV | 61392-0150-54 | 1380.00 | | AB |
| 10000s ea UD, C-IV | 61392-0150-91 | 6900.00 | | AB |
| **(Par)** | | | | |
| TAB, PO, 0.125 mg, | | | | |
| 10s ea, C-IV | 49884-0453-62 | 6.73 | | AB |
| (10 X 10) | | | | |
| 0.125 mg, | | | | |
| 100s ea, C-IV | 49884-0453-12 | 67.30 | | AB |
| 500s ea, C-IV | 49884-0453-05 | 308.40 | | AB |
| 0.25 mg, | | | | |
| 10s ea, C-IV | 49884-0454-62 | 7.23 | | AB |
| (10 X 10) | | | | |
| 0.25 mg, | | | | |
| 100s ea, C-IV | 49884-0454-12 | 72.30 | | AB |
| 500s ea, C-IV | 49884-0454-05 | 337.45 | | AB |
| **(Pharma Pac)** | | | | |
| TAB, PO, 0.125 mg, | | | | |
| 30s ea, C-IV | 52959-0401-30 | 23.20 | | EE |
| 60s ea, C-IV | 52959-0401-60 | 41.40 | | EE |
| 0.25 mg, | | | | |
| 30s ea, C-IV | 52959-0402-30 | 30.66 | | EE |
| 60s ea, C-IV | 52959-0402-60 | 56.45 | | EE |
| **(Pharmacia Corp)** See HALCION | | | | |
| **(Phys Total Care)** | | | | |
| TAB, PO, 0.125 mg, | | | | |
| 30s ea, C-IV | 54868-2931-00 | 15.77 | | EE |
| 100s ea, C-IV | 54868-2931-01 | 45.90 | | EE |
| 0.25 mg, 6s ea, C-IV | 54868-2983-01 | 4.92 | | EE |
| 20s ea, C-IV | 54868-2983-03 | 10.57 | | EE |
| 30s ea, C-IV | 54868-2983-00 | 13.77 | | EE |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **Triazolam Tablets USP CIV** | | | | |
| **Bottle of 500** | | | | |
| **Unit of Use and Unit Dose** | | | | |
| Boehringer Ingelheim | | | | |
| Roxane Laboratories | | | | |
| **(Roxane)** | | | | |
| TAB, PO (UNIT OF USE) | | | | |
| 0.125 mg, | | | | |
| 10s ea, C-IV | 00054-4858-06 | 64.90 | | AB |
| (10X10) | | | | |
| 0.125 mg, | | | | |
| 100s ea UD, C-IV | 00054-8858-25 | 64.00 | | AB |
| (UNIT OF USE) | | | | |
| 0.25 mg, | | | | |
| 10s ea, C-IV | 00054-4859-06 | 66.60 | | AB |
| (10X10) | | | | |
| 0.25 mg, | | | | |
| 100s ea UD, C-IV | 00054-8859-25 | 69.00 | | AB |
| 500s ea, C-IV | 00054-4859-29 | 315.00 | | AB |
| **(Southwood)** | | | | |
| TAB, PO, 0.125 mg, | | | | |
| 12s ea, C-IV | 58016-0338-12 | 8.89 | | EE |
| 15s ea, C-IV | 58016-0338-15 | 10.17 | | EE |
| 20s ea, C-IV | 58016-0338-20 | 13.56 | | EE |
| 30s ea, C-IV | 58016-0338-30 | 20.33 | | EE |
| 0.25 mg, ea, C-IV | 58016-0757-10 | 9.52 | | EE |
| 5s ea, C-IV | 58016-0757-05 | 4.76 | | EE |
| 12s ea, C-IV | 58016-0757-12 | 11.41 | | EE |
| 15s ea, C-IV | 58016-0757-15 | 14.27 | | EE |
| 20s ea, C-IV | 58016-0757-20 | 19.02 | | EE |
| 30s ea, C-IV | 58016-0757-30 | 28.53 | | EE |
| 60s ea, C-IV | 58016-0757-60 | 57.06 | | EE |
| 100s ea, C-IV | 58016-0757-00 | 95.10 | | EE |
| **TRICHLORMETHIAZIDE (Camall)** | | | | |
| TAB, PO, 4 mg, 100s ea | 00147-0143-10 | 9.74 | | BP |
| 1000s ea | 00147-0143-20 | 55.82 | | BP |
| **(Key)** See NAQUA | | | | |
| **(PD-RX Pharm)** | | | | |
| TAB, PO, 4 mg, 14s ea | 55289-0795-14 | 5.55 | | BP |
| **(Southwood)** | | | | |
| TAB, PO, 4 mg, 14s ea | 58016-0588-14 | 4.68 | | EE |
| 15s ea | 58016-0588-15 | 5.01 | | EE |
| 30s ea | 58016-0588-30 | 5.36 | | EE |
| **(Truxton)** See AQUACOT | | | | |
| **TRICHLOROACETIC ACID  (A-A Spectrum)** | | | | |
| CRY, NA (REAGENT, A.C.S.) | | | | |
| 25 gm | 49452-7915-01 | 10.90 | | |
| 125 gm | 49452-7915-02 | 16.80 | | |
| 500 gm | 49452-7915-03 | 44.70 | | |
| **(Amend)** | | | | |
| POW, NA (PURIFIED) | | | | |
| 25 gm | 17317-0584-02 | 10.15 | | |
| 125 gm | 17317-0584-04 | 16.80 | | |
| 500 gm | 17317-0584-01 | 42.00 | | |
| **(Baker, J.T.)** | | | | |
| CRY, NA (PURIFIED) | | | | |
| 30 gm | 10106-0417-00 | 18.93 | | |
| 125 gm | 10106-0417-04 | 19.77 | | |
| **(Gallipot)** | | | | |
| CRY, NA (A.C.S.,REAGENT) | | | | |
| 28.350 gm | 51552-0049-01 | 7.80 | | |
| (A.C.S.,REAGENT) | | | | |
| 113.400 gm | 51552-0049-04 | 14.04 | | |
| (A.C.S.,REAGENT) | | | | |
| 454 gm | 51552-0049-16 | 43.68 | | |
| **(Gordon)** See TRI-CHLOR | | | | |
| **(Integra)** | | | | |
| CRY, NA (PURIFIED) | | | | |
| 100 gm | 05324-5159-35 | 20.94 | | |
| 500 gm | 05324-5159-45 | 50.74 | | |
| **(Mallinckrodt Lab)** | | | | |
| CRY, NA (PURIFIED) | | | | |
| 30 gm | 00406-2924-34 | 18.31 | | |
| 125 gm | 00406-2924-08 | 35.35 | | |
| **(Meridian Pharm)** | | | | |
| CRY, NA (U.S.P.) | | | | |
| 100 gm | 62991-2070-01 | 45.00 | | |
| 500 gm | 62991-2070-02 | 144.00 | | |


RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062
ReadyPrice

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**(Allscripts)**
REPACK
ARO, IH, 0.042 mg/inh,
16.800 gm ea .......54569-0067-00 ... 44.74 ... BN

**(Pharma Pac)**
REPACK
ARO, IH, 0.042 mg/inh,
16.800 gm ea .......52959-0596-01 ... 49.71 ... BN

**(Phys Total Care)**
REPACK
ARO, IH, 0.042 mg/inh,
16.800 gm ea .......54868-1841-01 ... 54.51 ... BN

**VANCERIL DOUBLE STRENGTH (Allscripts)**
beclomethasone dipropionate
ARO, IH, 0.084 mg/inh,
5.400 gm 3s .......54569-4822-00 ... 53.33
12.200 gm .......54569-4540-00 ... 53.33

**(Pharma Pac)**
REPACK
ARO, IH, 0.084 mg/inh,
12.200 gm .......52959-0598-01 ... 57.52

**VANCOCIN HCL (Baxter)**
dextrose/vancomycin
SOL, IV (S.D. GALAXY PLASTIC)
5%-500 mg/100 ml,
100 ml .......00338-3551-48 ... 17.53
200 ml 6s .......00338-3552-48 ... 207.36

**(Lilly)**
vancomycin hydrochloride
PDR, PO, 250 mg/5 ml,
20 ml .......00002-5105-01 ... 37.08 ... AA
20 ml 6s .......00002-5105-15 ... 231.34 ... AA
500 mg/5 ml,
120 ml .......00002-2372-37 ... 326.95
PDS, IV (TRAYPAK)
500 mg, 25s ea .......00002-1444-25 ... 195.01 ... AP
(ADD-VANTAGE)
1 gm. ea .......00002-7298-01 ... 16.08 ... AP
(TRAYPAK)
1 gm, ea .......00002-7321-01 ... 15.60 ... AP
(ADD-VANTAGE)
1 gm, 10s ea .......00002-7298-10 ... 160.81 ... AP
(TRAYPAK)
1 gm, 25s ea .......00002-7321-25 ... 390.01 ... AP
(BULK VIAL)
10 gm, ea .......00002-7355-01 ... 156.01 ... AP

**VANCOCIN HCL PULVULES (Lilly)**
vancomycin hydrochloride
CAP, PO, 125 mg, 20s ea ..00002-3125-42 ... 128.64
250 mg, 20s ea .......00002-3126-42 ... 257.29

**VANCOLED (Allscripts)**
REPACK
vancomycin hydrochloride
PDS, IV, 1 gm, 10s ea ....54569-4669-00 ... 269.07 ... AP

**VANCOMYCIN HCL (APP)**
vancomycin hydrochloride
PDS, IV (VIAL,P.F.)
500 mg, ea .......63323-0221-10 ... 10.97 ... AP
500 mg, ea .......63323-0284-20 ... 20.35 ... AP
(BULK PACKAGE,P.F.)
5 gm, ea .......63323-0295-61 ... 136.32 ... AP

**VANCOMYCIN HCL NOVATION (Abbott Hosp)**
vancomycin hydrochloride
PDS, IV (ADD-VANTAGE)
500 mg, 10s ea .......00074-6534-49 ... 73.15 ... 61,60 ... AP
(VIAL,FLIPTOP,INSTIT USE)
500 mg, 10s ea .......00074-4332-49 ... 86.57 ... 72.90 ... AP
(ADD-VANTAGE,INSTIT USE)
1 gm, 10s ea .......00074-6535-49 ... 89.06 ... 75.00 ... AP
(VIAL,FLIPTOP,INSTIT USE)
1 gm, 10s ea .......00074-6533-49 ... 176.82 ... 148.90 ... AP
(VIAL,BULK PKG,INST USE)
5 gm, ea .......00074-6509-49 ... 54.68 ... 46.05 ... AP

VANCOMYCIN HYDROCHLORIDE (A-A Spectrum)
POW, NA (U.S.P.)
1 gm .......49452-8095-01 ... 48.10
5 gm .......49452-8095-02 ... 206.20

**(APP)** See VANCOMYCIN HCL

**(APP)**
PDS, IV (BULK PACKAGE,P.F.)
10 gm, ea .......63323-0314-61 ... 272.64 ... AP

**(Abbott Hosp)**
PDS, IV (ADD-VANTAGE)
500 mg, 10s ea .......00074-6534-01 ... 73.15 ... 61.60 ... AP
(VIAL, FLIPTOP)
500 mg, 10s ea .......00074-4332-01 ... 86.57 ... 72.90 ... AP

---

(ADD-VANTAGE)
1 gm, 10s ea .......00074-6535-01 ... 89.06 ... 75.00 ... AP
(VIAL, FLIPTOP)
1 gm, 10s ea .......00074-6533-01 ... 176.82 ... 148.90 ... AP
(BULK VIAL)
5 gm, ea .......00074-6509-01 ... 54.68 ... 46.05 ... AP

**(Abbott Hosp)** See VANCOMYCIN HCL NOVATION

**(Lilly)** See VANCOCIN HCL

**(Lilly)** See VANCOCIN HCL PULVULES

**(Lilly)**
PDS, IV (INSTIT USE)
10 gm, ea .......00002-9509-01 ... 156.01 ... AP

**(Medisca)**
POW, NA (U.S.P.)
1 gm .......38779-0274-06 ... 87.50
5 gm .......38779-0274-03 ... 362.50
25 gm .......38779-0274-04 ... 1437.00
100 gm .......38779-0274-05 ... 6468.75

**VANCOMYCIN/DEXTROSE**
SEE DEXTROSE/VANCOMYCIN

**VANEX FORTE-D (Monarch)**
cpm/methscop/phenyleph
TER, PO, 8 mg-2.5 mg-20 mg,
100s ea .......52604-0127-01 ... 111.33

**VANEX-HD (Monarch)**
cpm/hydrocodone/phenyleph
SYR, PO (A.F., D.F., CHERRY)
2 mg-1.67 mg-5 mg/5 ml,
473 ml, C-III .......52604-0300-06 ... 59.40

VANILLA BUTTERNUT FLAVOR (A-A Spectrum)
flavoring aid
LIQ, NA, 25 ml .......V120346 ... 8.40
100 ml .......V120349 ... 16.00

**VANILLIN (A-A Spectrum)**
POW, NA (N.F.)
125 gm .......49452-8100-01 ... 10.60
500 gm .......49452-8100-02 ... 32.00
2500 gm .......49452-8100-03 ... 131.20

**(Integra)**
POW, NA (N.F.)
100 gm .......05324-5161-35 ... 16.54
500 gm .......05324-5161-45 ... 44.22

**(Lorann Oil)**
POW, NA (U.S.P.)
30 gm .......23535-5160-30 ... 2.00
120 gm .......23535-5160-00 ... 5.50
480 gm .......23535-5160-10 ... 19.00

**VANIQA (Westwood-Squibb)**
eflornithine hydrochloride
CRE, TP, 13.9%, 30 gm .....00072-1500-30 ... 41.96 ... 34.97
30 gm 2s .......00072-1500-65 ... 83.92 ... 69.93

**(Allscripts)**
REPACK
CRE, TP, 13.9%, 30 gm .....54569-5130-00 ... 41.96

VANISHING CREAM BASE (A-A Spectrum)
cream base
CRE, NA, 480 gm .......B120526 ... 18.10

**VANISHPOINT (Abbott Hosp)**
needles, hypodermic/syringes
DEV, NA (1 CC,29GX5/8")
100s ea .......00074-4508-08 ... 124.69 ... 105.00
(1 CC,27GX1/2")
100s ea .......00074-4508-04 ... 124.69 ... 105.00
(1 CC,29GX1/2")
100s ea .......00074-4508-10 ... 124.69 ... 105.00
(10 CC,20GX1 1/2")
100s ea .......00074-4534-01 ... 154.38 ... 130.00
(10 CC,20GX1")
100s ea .......00074-4534-04 ... 154.38 ... 130.00
(10 CC,21GX1")
100s ea .......00074-4534-03 ... 154.38 ... 130.00
(10 CC,22GX1 1/2")
100s ea .......00074-4534-06 ... 154.38 ... 130.00
(10 CC,22GX1")
100s ea .......00074-4534-05 ... 154.38 ... 130.00
(3 CC,20GX1 1/2")
100s ea .......00074-4509-02 ... 117.56 ... 99.00
(3 CC,20GX1")
100s ea .......00074-4509-01 ... 117.56 ... 99.00
(3 CC,21GX1 1/2")
100s ea .......00074-4509-04 ... 117.56 ... 99.00
(3 CC,21GX1")
100s ea .......00074-4509-03 ... 117.56 ... 99.00
(3 CC,22GX1 1/2")
100s ea .......00074-4509-06 ... 117.56 ... 99.00

---

(3 CC,22GX1")
100s ea .......00074-4509-05 ... 117.56 ... 99.00
(3 CC,23GX1")
100s ea .......00074-4509-07 ... 117.56 ... 99.00
(3 CC,25GX1")
100s ea .......00074-4509-09 ... 117.56 ... 99.00
(3 CC,25GX5/8")
100s ea .......00074-4509-08 ... 117.56 ... 99.00
(5 CC,20GX1 1/2")
100s ea .......00074-4523-02 ... 130.63 ... 110.00
(5 CC,20GX1")
100s ea .......00074-4523-01 ... 130.63 ... 110.00
(5 CC,21GX1 1/2")
100s ea .......00074-4523-04 ... 130.63 ... 110.00
(5 CC,21GX1")
100s ea .......00074-4523-03 ... 130.63 ... 110.00
(5 CC,22GX1 1/2")
100s ea .......00074-4523-06 ... 130.63 ... 110.00
(5 CC,22GX1")
100s ea .......00074-4523-05 ... 130.63 ... 110.00

**VANISHPOINT TUBE ADAPTER (Abbott Hosp)**
set, administration, intravenous, needle-free
ACC, NA (SMALL DIAMETER)
25s ea .......00074-4540-01 ... 10.39 ... 8.75

**VANISHPOINT TUBE HOLDER (Abbott Hosp)**
set, administration, intravenous, needle-free
ACC, NA (BLOOD COLLECTION)
10s ea .......00074-4537-01 ... 9.50 ... 8.00

**VANOXIDE-HC (Summers)**
benzoyl perox/hc
LOT, TP (D.F.)
5%-0.5%, 25 ml .......11086-0032-01 ... 36.00 ... 30.00

**VANSPAR (PRX)**
buspirone hydrochloride
TAB, PO, 7.5 mg, 100s ea ..49884-0720-01 ... 118.15 ... AB
500s ea .......49884-0720-05 ... 581.82 ... AB

**VANTIN (Pharmacia Corp)**
cefpodoxime proxetil
PDR, PO, 50 mg/5 ml,
50 ml .......00009-3531-03 ... 20.53 ... 17.11
75 ml .......00009-3531-02 ... 30.73 ... 25.61
100 ml .......00009-3531-01 ... 39.07 ... 32.56
100 mg/5 ml, 50 ml ..00009-3615-03 ... 39.07 ... 32.56
75 ml .......00009-3615-02 ... 58.46 ... 48.72
100 ml .......00009-3615-01 ... 74.33 ... 61.94
TAB, PO (UNIT OF USE)
100 mg, 20s ea .......00009-3617-01 ... 69.31 ... 57.76
100s ea .......00009-3617-02 ... 329.81 ... 274.84
10s ea UD .......00009-3617-03 ... 340.85 ... 284.04
(UNIT OF USE)
200 mg, 20s ea .......00009-3618-01 ... 91.58 ... 76.32
100s ea .......00009-3618-02 ... 435.48 ... 362.90
100s ea UD .......00009-3618-03 ... 446.35 ... 371.96

**(Allscripts)**
REPACK
TAB, PO, 100 mg, 10s ea ..54569-4058-01 ... 36.10
200 mg, 20s ea .......54569-4783-00 ... 90.73

**(PD-RX Pharm)**
REPACK
TAB, PO, 200 mg, 10s ea ..55289-0390-10 ... 61.00
20s ea .......55289-0390-20 ... 116.63

**VAQTA (Merck)**
hepatitis a vaccine, inactivated
SOL, IM (S.D.V.)
50 u/ml, 1 ml .......00006-4841-00 ... 71.85 ... 57.48
(SRN,PREFILLED)
50 u/ml, 1 ml .......00006-4644-00 ... 71.85 ... 57.48
(S.D.V.)
50 u/ml, 1 ml 5s.....00006-4841-38 ... 339.05 ... 271.24
(SRN,PREFILLED)
50 u/ml, 1 ml 5s.....00006-4844-38 ... 339.05 ... 271.24

**(Allscripts)**
REPACK
SOL, IM (SRN, PREFILLED)
50 u/ml, 1 ml .......54569-4469-00 ... 71.85
1 ml 5s .......54569-4351-00 ... 339.05

**VAQTA PEDIATRIC (Merck)**
hepatitis a vaccine, inactivated
SOL, IM (S.D.V.)
25 u/0.5 ml,
0.500 ml .......00006-4831-00 ... 35.93 ... 28.74
(SRN,PREFILLED)
25 u/0.5 ml,
0.500 ml .......00006-4845-00 ... 35.93 ... 28.74
(S.D.V.)
25 u/0.5 ml,
0.500 ml 5s .......00006-4831-38 ... 169.53 ... 135.62

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free (800) 722-3062
ReadyPrice

RX PRODUCT LISTINGS

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**VICON FORTE (UCB Pharma)**
min, multi/vit, multi
CAP, PO, 60s ea .......... 50474-0316-22 .... 40.05
  (10X10)
  100s ea UD .......... 50474-0316-27 .... 56.18
  500s ea .......... 50474-0316-24 .... 303.92

**VICOPROFEN (Abbott Pharm)**
hydrocodone/ibuprofen
TAB, PO, 7.5 mg-200 mg,
  100s ea, C-III ... 00044-0723-02 .. 113.64 .. 95.70
  (4X25)
  7.5 mg-200 mg,
  100s ea UD, C-III .. 00044-0723-41 . 125.47 104.56
  500s ea, C-III ... 00044-0723-03 . 528.47 445.03

**(Allscripts)**
REPACK
TAB, PO, 7.5 mg-200 mg,
  15s ea, C-III ... 54569-4806-00 .... 16.41
  60s ea, C-III ... 54569-4806-01 .... 65.63

**(PD-RX Pharm)**
REPACK
TAB, PO, 7.5 mg-200 mg,
  15s ea, C-III ... 55289-0348-15 .... 27.25

**(Pharma Pac)**
REPACK
TAB, PO, 7.5 mg-200 mg,
  12s ea, C-III ... 52959-0522-12 .... 20.45
  20s ea, C-III ... 52959-0522-20 .... 30.87
  30s ea, C-III ... 52959-0522-30 .... 41.19
  40s ea, C-III ... 52959-0522-40 .... 53.30

**(Phys Total Care)**
REPACK
TAB, PO, 7.5 mg-200 mg,
  20s ea, C-III ... 54868-4035-01 .... 26.51
  30s ea, C-III ... 54868-4035-00 .... 39.76
  100s ea, C-III ... 54868-4035-02 .. 127.71

**(Southwood)**
REPACK
TAB, PO, 7.5 mg-200 mg,
  2s ea, C-III ... 58016-0422-02 .... 2.19
  15s ea, C-III ... 58016-0422-15 .... 16.41
  20s ea, C-III ... 58016-0422-20 .... 21.88
  30s ea, C-III ... 58016-0422-30 .... 32.81
  40s ea, C-III ... 58016-0422-40 .... 43.75
  60s ea, C-III ... 58016-0422-00 .... 65.63
  100s ea, C-III ... 58016-0422-00 . 109.38

**VIDARABINE**
(Monarch) See VIRA-A
**VIDEX (B/M Squibb Onc/Vir)**
didanosine
CTB, PO (MANDARIN ORANGE)
  25 mg, 60s ea........ 00087-6650-01 ... 31.62 .. 26.24
  50 mg, 60s ea........ 00087-6651-01 ... 63.23 .. 52.47
  100 mg, 60s ea ....... 00087-6652-01 . 125.43 104.92
  150 mg, 60s ea ....... 00087-6653-01 . 189.67 157.40
  200 mg, 60s ea ....... 00087-6655-15 . 252.86 209.84
PDS, PO (S.D. PACKET)
  100 mg, 30s ea ....... 00087-6614-43 ... 63.21 .. 52.46
  167 mg, 30s ea ....... 00087-6615-43 . 105.58 .. 87.62
  250 mg, 30s ea ....... 00087-6616-43 . 158.05 131.16

**(Allscripts)**
REPACK
CTB, PO (MANDARIN ORANGE)
  100 mg, 12s ea ... 54569-4313-01 ... 26.23
  60s ea........ 54569-4313-00 . 131.15
  200 mg, 60s ea ... 54569-4905-00 . 262.30

**(Phys Total Care)**
REPACK
CTB, PO (MANDARIN ORANGE)
  100 mg, 60s ea ... 54868-2502-00 . 135.88

**VIDEX EC (B/M Squibb Onc/Vir)**
didanosine
ECC, PO, 125 mg, 30s ea ... 00087-6671-17 ... 89.57 .. 74.33
  200 mg, 30s ea ... 00087-6672-17 . 143.30 118.92
  250 mg, 30s ea ... 00087-6673-17 . 179.12 148.65
  400 mg, 30s ea ... 00087-6674-17 . 286.60 237.84

**(Allscripts)**
REPACK
ECC, PO, 400 mg, 30s ea ... 54569-5176-00 . 285.41

---

**VIDEX PEDIATRIC (B/M Squibb Onc/Vir)**
didanosine
PDR, PO, 10 mg/ml,
  100 ml .......... 00087-6632-41 ... 36.75 .. 30.50
  200 ml .......... 00087-6633-41 ... 80.25 .. 66.60

**(Allscripts)**
REPACK
PDR, PO, 10 mg/ml,
  240 ml .......... 54569-4514-00 ... 99.90

**VINATAL (Breckenridge)**
vitamins, prenatal
TAB, PO, 200s ea ... 51991-0158-08 ... 16.95

**VINATAL FORTE (Breckenridge)**
iron/vit, multi
TAB, PO (9X10)
  90s ea UD ... 51991-0157-91 ... 22.95

**VINATE 90 (Breckenridge)**
vitamins, prenatal
TAB, PO (10X10)
  100s ea UD ... 51991-0152-11 ... 23.95

**VINATE ADVANCED (Breckenridge)**
vitamins, prenatal
TAB, PO (9X10 BLISTER PACK)
  90s ea UD ... 51991-0153-91 ... 29.65

**VINATE M (Breckenridge)**
vitamins, prenatal
TAB, PO, 100s ea ... 51991-0155-01 ... 20.95

**VINATE ULTRA (Breckenridge)**
vitamins, prenatal
TAB, PO (10X10)
  100s ea UD ... 51991-0154-11 ... 23.95

**VINBLASTINE SULFATE  (A-A Spectrum)**
POW, NA (U.S.P.)
  0.001 gm ... 49452-6112-01 ... 12.10
  0.001 gm ... 49452-8112-02 ... 30.60
  0.025 gm ... 49452-8112-03 . 131.20

**(APP)**
SOL, IV (M.D.V.)
  1 mg/ml, 10 ) ea... 63323-0278-10 ... 43.23

**(Bedford)**
PDS, IV (VIAL)
  10 mg, 10s ea ... 55390-0091-10 . 212.50 ...... AP

**(Faulding Pharm)**
PDS, IV (VIAL)
  10 mg, 10s ea ... 61703-0310-18 ... 37.50 ...... AP

**VINCASAR PFS (Pharmacia Corp)**
vincristine sulfate
SOL, IV (VIAL)
  1 mg/ml, 1 ml....... 00013-7456-86 ... 43.23 . 34.58 AP
  2 ml.......... 00013-7456-86 ... 86.46 . 69.17 AP

**VINCRISTINE SULFATE (A-A Spectrum)**
CRY, NA (U.S.P.)
  0.005 gm ... 49452-8114-02 ... 94.80
  0.025 gm ... 49452-8114-04 . 425.00
  1 mg ... 49452-8114-01 ... 29.50

**(Abbott Hosp)**
SOL, IV (S.D.V.)
  1 mg/ml, 1 ml....... 00703-4402-11 ... 35.77 . 30.12 EE
  2 ml.......... 00703-4412-11 ... 71.54 . 60.24 EE

**(Faulding Pharm)**
SOL, IV (S.D.V.,P.F.)
  1 mg/ml, 1 ml....... 61703-0309-06 ... 31.75 ...... AP
  2 ml.......... 61703-0309-16 ... 38.25 ...... AP

**(Pharmacia Corp)** See VINCASAR PFS
**VINORELBINE TARTRATE**
(Glaxo Wellcome) See NAVELBINE
**VIOKASE (Axcan Scandipharm)**
amylase/lipase/protease
POW, PO, 240 gm........ 58914-0115-08 . 159.35
TAB, PO,
  30,000 u-8000 u-30,000 u,
  100s ea.......... 58914-0111-10 ... 38.78
  500s ea.......... 58914-0111-50 . 180.24

**VIOKASE 16 (Axcan Scandipharm)**
amylase/lipase/protease
TAB, PO, 100s ea ... 58914-0116-10 ... 73.92
  500s ea ... 58914-0116-50 . 343.73

**D & C VIOLET #2 (A-A Spectrum)**
color additives
POW, NA (C.I., 60725)
  25 gm .......... D114384 ... 40.60
  100 gm .......... D114386 ... 89.00
  500 gm .......... D114310 . 312.10

---

Electronic Drug Pricing
and Clinical Information
**RED BOOK**™
Database Services - (800) 722-3062

**(Amend)**
POW, NA, 454 gm........ 17317-0918-01 . 273.00
  (EXTERNAL WATER SOLUBLE)
  454 gm.......... 17317-0917-01 . 273.00

**VIOXX (Merck)**
rofecoxib
SUS, PO (UNIT OF USE,STRAWBERRY)
  12.5 mg/5 ml,
  150 ml .......... 00006-3784-64 . 117.71 .. 98.09
  25 mg/5 ml, 150 ml .. 00006-3785-64 . 117.71 .. 98.09
TAB, PO (UNIT OF USE)
  12.5 mg, 30s ea.......... 00006-0074-30 ... 79.25 .. 66.04
  100s ea UD .......... 00006-0074-28 . 264.18 220.15
  100s ea.......... 00006-0074-28 . 264.18 220.15
  (BULK PACKAGE)
  12.5 mg, 1000s ea.... 00006-0074-82 2641.802201.50
  8000s ea .......... 00006-0074-8021134.4017612.00
  (UNIT OF USE)
  25 mg, 30s ea.......... 00006-0110-31 ... 79.25 .. 66.04
  100s ea UD .......... 00006-0110-28 . 264.18 220.15
  100s ea.......... 00006-0110-68 . 264.18 220.15
  (BULK PACKAGE)
  25 mg, 1000s ea .... 00006-0110-82 2641.802201.50
  8000s ea .......... 00006-0110-8021134.4017612.00
  (UNIT OF USE)
  50 mg, 30s ea.......... 00006-0114-31 . 115.74 .. 96.45
  100s ea.......... 00006-0114-68 . 385.81 321.51
  100s ea UD .......... 00006-0114-28 . 385.81 321.51
  (BULK PACKAGE)
  50 mg, 500s ea .... 00006-0114-74 1929.061607.55
  4000s ea .......... 00006-0114-8115432.4812860.40

**(AQ Pharmaceuticals)**
REPACK
TAB, PO, 12.5 mg,
  100s ea.......... 66105-0149-10 . 214.07
  25 mg, 100s ea ... 66105-0150-10 . 214.07

**(Allscripts)**
REPACK
TAB, PO, 12.5 mg, 7s ea... 54569-4758-01 ... 19.26
  30s ea.......... 54569-4758-00 ... 82.56
  25 mg, 14s ea.......... 54569-4759-01 ... 38.53
  30s ea.......... 54569-4759-02 ... 55.04
  30s ea.......... 54569-4759-00 ... 82.56
  60s ea.......... 54569-4759-03 . 165.11
  50 mg, 5s ea.......... 54569-4940-00 ... 20.09
  15s ea.......... 54569-4940-01 ... 60.28
  30s ea.......... 54569-4940-02 . 120.57
  100s ea.......... 54569-4940-02 . 401.89

**(DHS, Inc.)**
REPACK
TAB, PO, 25 mg, 10s ea ... 55887-0707-10 ... 51.29
  14s ea.......... 55887-0707-14 ... 65.43
  20s ea.......... 55887-0707-20 ... 76.11
  28s ea.......... 55887-0707-28 ... 89.71
  30s ea.......... 55887-0707-30 ... 92.05
  60s ea.......... 55887-0707-60 . 173.62

**(PD-RX Pharm)**
REPACK
TAB, PO, 25 mg, 10s ea ... 55289-0480-10 ... 41.44
  14s ea.......... 55289-0480-14 ... 56.01
  20s ea.......... 55289-0480-20 ... 77.87
  50 mg, 10s ea.......... 55289-0538-10 ... 56.04
  28s ea.......... 55289-0538-28 . 147.97

**(Pharma Pac)**
REPACK
TAB, PO, 12.5 mg, 15s ea... 52959-0548-15 ... 49.43
  20s ea.......... 52959-0548-20 ... 63.59
  21s ea.......... 52959-0548-21 ... 66.53
  28s ea.......... 52959-0548-28 ... 85.77
  30s ea.......... 52959-0548-30 ... 92.05
  25 mg, 15s ea.......... 52959-0549-10 ... 49.14
  14s ea.......... 52959-0549-14 ... 68.58
  15s ea.......... 52959-0549-15 ... 73.31
  20s ea.......... 52959-0549-20 ... 91.60
  21s ea.......... 52959-0549-21 ... 95.01

RED BOOK™ Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll free: (800) 722-3062
ReadyPrice