# Exhibit D



# 1995 DRUG TOPICS® RED BOOK®

**PHARMACY'S FUNDAMENTAL REFERENCE™**

## 99th YEAR OF PUBLICATION

**DRUG INFORMATION SERVICES GROUP**

| | |
|---|---|
| President and Chief Operating Officer | William J. Gole |
| Senior Vice President and Group Publisher | Lee A. Maniscalco |
| Vice President, Database Services | Chuck Anderson |
| Product Manager | Mark S. Rangell |
| Associate Product Manager/Editor | Mary C. Doherty |
| Advertising Sales Manager | Patrick Guiliano |
| Senior Account Manager | Carol Jaxel |
| Account Managers | Chad Alcorn |
| | Ana Conlan |
| | Mitch Halvorsen |
| | Tracy Spatz |
| Promotion Manager | Audra Sharry |
| Product Identification Sales Manager | James R. Pantaleo |
| Senior Account Manager | Michael Sarajian |
| Account Managers | Dik Barsamian |
| | Donald Bruccoleri |
| | Lawrence Keary |
| | Jeffrey Keller |
| | P. Anthony Pinsonault |
| | Anthony Sorce |
| Trade Sales Manager | Robin B. Bartlett |
| Account Executive | Bill Gaffney |
| Direct Marketing Manager | Robert W. Chapman |
| Vice President of Production | Steven R. Andreazza |
| Director of Production | Carrie Williams |
| Design Director | A. Michael Velthaus |
| Contracts and Special Services Director | Marjorie A. Duffy |
| Production Manager | Kimberly Hiller-Vivas |
| Electronic Publishing Coordinator | Joanne M. Pearson |
| Electronic Publishing Designer | Kevin J. Leckner |
| Digital Photography | Shawn W. Cahill |
| Manager, Professional Data | Mukesh Mehta, R.Ph. |
| Drug Information Specialists | Thomas Fleming, R.Ph. |
| | Marion Gray, R.Ph. |
| Manager, DTP/EP | David Levy |
| Director, Database and Systems Development | Robert Charleston |
| Programmer/Analysts | Yitao Gong |
| | Enrique Nunez |
| | Kenneth A. Perlman |
| | Erez Wolf |
| Manager, Data Administration | Lynne Handler |
| Database Supervisor | Lola Nannas |
| Data Analysts | Lisa Brandt |
| | Carol Flanagan |
| | Robin Heisse |
| | Roni Lane |
| | Enid Olayan |
| | Linda Panke |
| | Beverly Pfohl |
| Research Assistants | Michael A. Helman |
| | Helene Wattman |

## RED BOOK ADVISORY BOARD

**Arnold S. Finkel, R.Ph.**
Chief Pharmacist
Leader Health Care Center
Davie, Florida

**John M. Hammond, R.Ph.**
Director of Institutional Marketing
National Wholesale Druggists Association
Reston, Virginia

**David S. Karlin, M.P.A., J.D., R.Ph.**
Exec. Vice President & General Manager
National Prescription Administrators, Inc.
East Hanover, New Jersey

**Robert E. Mandernack, R.Ph.**
Director, Host Systems
Zadall Systems Group, Inc.
Westlake, Texas

**Stuart N. Morris, M.B.A., R.Ph.**
Director of Pharmaceutical Services
Delray Community Hospital and
Pinecrest Rehabilitation Hospital
Delray Beach, Florida

**Melenie W. Petropoulos, R.Ph.**
Director of Professional Operations
Revco, D.S., Inc.
Twinsburg, Ohio

**Jack M. Rosenberg, Pharm.D., Ph.D.**
Prof. of Clinical Pharmacy & Pharmacology
Arnold and Marie Schwartz
College of Pharmacy
Brooklyn, New York

**Craig S. Stern, Pharm.D.**
President
ProPharma Pharmaceutical Consultants
Northridge, California

**Stephen J. Trebing, R.Ph.**
Pharmacy Operations Manager
The Upjohn Company
Kalamazoo, Michigan

**Bennet I. Wohl, R.Ph.**
President
Lewis Drugs, Inc.
Westwood, New Jersey

Copyright © 1995 and published by Medical Economics Company, Inc. at Montvale, NJ 07645-1742. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, resold, redistributed, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher. RED BOOK and Drug Topics are registered trademarks used herein under license.

**Officers of Medical Economics:**
President and Chief Executive Officer: Norman R. Snesil; Executive Vice President and Chief Financial Officer: J. Crispin Ashworth; Senior Vice President of Corporate Operations Group: John R. Ware; Senior Vice President of Corporate Business Development: Raymond M. Zoeller; Vice President of Information Services and Chief Information Officer: Edward J. Zecchini

**■ MEDICAL ECONOMICS**

ISBN: 1-56363-108-3
ISSN: 1072-1142

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (WALLETTE,6X28) | | | | |
| 35 mcg-0.5 mg and 1 mg, | | | | |
| 168s ea ............ 42987-0115-24 | | 128.28 | | EE |
| (INSTIT. USE,24X28) | | | | |
| 35 mcg-0.5 mg and 1 mg, | | | | |
| 672s ea ............ 42987-0115-61 | | 543.97 | | EE |
| **TRI-OTIC (Pharmics)** | | | | |
| chloroxyl/hc/pramoxine | | | | |
| GTT, OT, 1 mg-10 mg-10 mg/ml, | | | | |
| 10 ml .............. 00813-0393-11 | | 19.95 | 14.36 | |
| **TRI-PHEN-CHLOR (Rugby)** | | | | |
| cpm/phenyleph/ppa/phenyltol | | | | |
| SYR, PO, 480 ml ........ 00536-2190-85 | | 8.93 | | |
| TER, PO, 100s ea ...... 00536-5655-01 | | 9.29 | | |
| 500s ea ........... 00536-5655-05 | | 31.80 | | |
| 1000s ea .......... 00536-5655-10 | | 45.38 | | |
| **TRI-PHEN-CHLOR PEDIATRIC (Rugby)** | | | | |
| cpm/phenyleph/ppa/phenyltol | | | | |
| GTT, PO, 30 ml .......... 00536-2195-75 | | 10.32 | | |
| SYR, PO, 480 ml ........ 00536-2180-85 | | 9.30 | | |
| **TRI-PHEN-MINE (Goldline)** | | | | |
| cpm/phenyleph/ppa/phenyltol | | | | |
| GTT, PO, 30 ml .......... 00182-6123-66 | | 12.30 | | |
| TER, PO, 100s ea ...... 00182-1094-01 | | 6.90 | | |
| 1000s ea .......... 00182-1094-10 | | 57.75 | | |
| **TRI-PHEN-PYRL HC (Goldline)** | | | | |
| hydrocodone/phenir/phenyleph/ppa/pyril | | | | |
| LIQ, PO, 480 ml, C-III .... 00182-0157-40 | | 20.00 | | |
| **TRI-STATIN II (Rugby)** | | | | |
| nystatin/triam acet | | | | |
| CRE, TP, 100,000 u/gm-0.1%, | | | | |
| 15 gm .............. 00536-4910-20 | | 3.29 | | AT |
| 30 gm .............. 00536-4910-28 | | 4.80 | | AT |
| 60 gm .............. 00536-4910-25 | | 8.75 | | AT |
| 120 gm ............. 00536-4910-31 | | 15.15 | | AT |
| 454 gm ............. 00536-4910-98 | | 59.24 | | AT |
| OIN, TP, 100,000 u/gm-0.1%, | | | | |
| 15 gm .............. 00536-4920-20 | | 3.53 | | AT |
| 30 gm .............. 00536-4920-28 | | 6.75 | | AT |
| 60 gm .............. 00536-4920-25 | | 12.90 | | AT |
| **TRI-TANNATE (Allscrips)** | | | | |
| cpm tan/phenyleph tan/pyril tan | | | | |
| TAB, PO, 8 mg-25 mg-25 mg, | | | | |
| 6s ea .............. 54569-2624-03 | | 2.20 | | |
| 20s ea ............. 54569-2624-02 | | 7.32 | | |
| 30s ea ............. 54569-2624-01 | | 10.99 | | |
| 100s ea ............ 54569-2624-04 | | 36.62 | | |
| (Moore,H.L.) | | | | |
| SUS, PO (PEDITRIC,STRAWBERRY) | | | | |
| 2 mg-5 mg-12.5 mg/5 ml, | | | | |
| 480 ml ............. 00839-7309-69 | | 22.67 | 15.59 | |
| TAB, PO, 8 mg-25 mg-25 mg, | | | | |
| 100s ea ............ 00839-7270-06 | | 29.63 | 21.95 | |
| (Rugby) | | | | |
| TAB, PO, 8 mg-25 mg-25 mg, | | | | |
| 100s ea ............ 00536-4729-01 | | 35.78 | | |
| 250s ea ............ 00536-4729-02 | | 86.70 | | |
| **TRI-TANNATE PEDIATRIC (Geneva)** | | | | |
| cpm tan/phenyleph tan/pyril tan | | | | |
| SUS, PO, 2 mg-5 mg-12.5 mg/5 ml, | | | | |
| 480 ml ............. 00781-6422-16 | | 35.09 | | |
| (Rugby) | | | | |
| SUS, PO, 2 mg-5 mg-12.5 mg/5 ml, | | | | |
| 480 ml ............. 00536-2201-85 | | 29.40 | | |
| 480 ml ............. 00536-2201-97 | | 44.25 | | |
| **TRI-TANNATE PLUS (Rugby)** | | | | |
| carbetapentane tan/cpm/eph/phenyleph | | | | |
| TAB, PO, 100s ea ...... 00536-4394-01 | | 72.20 | | |
| **TRI-TANNATE PLUS PEDIATRIC (Rugby)** | | | | |
| carbetapentane tan/cpm/eph/phenyleph | | | | |
| SUS, PO, 480 ml ........ 00536-2202-85 | | 51.00 | | |
| **TRI-TEX (Tri-Med)** | | | | |
| gg/phenyleph/ppa | | | | |
| LIQ, PO, 100 mg-5 mg-20 mg/5 ml, | | | | |
| 480 ml ............. 55654-0005-05 | | 15.50 | | |
| **TRI-VI-FLOR (Mead Johnson Nutr)** | | | | |
| sod fl/vit a/vit c/vit d | | | | |
| CTB, PO, 1 mg, 100s ea ... 00087-0477-01 | | 13.54 | 11.28 | |
| GTT, PO, 0.25 mg/ml, | | | | |
| 50 ml ............. 00087-0452-41 | | 9.87 | 8.19 | |
| 0.5 mg/ml, 50 ml .... 00087-0473-02 | | 9.99 | 8.29 | |
| **TRI-VI-FLOR W/IRON (Mead Johnson Nutr)** | | | | |
| fe sulf/sod fl/vit a/vit c/vit d | | | | |
| GTT, PO, 0.25 mg/ml, | | | | |
| 50 ml .............. 00087-0478-41 | | 9.95 | 8.26 | EE |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **TRIACET (Lemmon)** | | | | |
| triamcinolone acetonide | | | | |
| CRE, TP, 0.1%, 15 gm ..... 00093-0937-15 | | 1.40 | | AT |
| 80 gm ............. 00093-0937-81 | | 4.50 | | AT |
| **TRIACETIN (A-A Spectrum)** | | | | |
| LIQ, (F.C.C.) | | | | |
| 500 ml ............. 49452-7885-01 | | 13.35 | 12.15 | |
| 500 ml ............. 49452-7885-02 | | 13.35 | 12.05 | |
| (U.S.P./N.F.) | | | | |
| 500 ml ............. 49452-7880-01 | | 14.80 | 13.30 | |
| 4000 ml ............ 49452-7880-02 | | 49.50 | 44.55 | |
| **TRIACIN (CMC-Cons)** | | | | |
| pseudoeph/triprolidine | | | | |
| SYR, PO, 30 mg-1.25 mg/5 ml, | | | | |
| 120 ml ............. 00223-6199-01 | | 2.75 | | |
| 480 ml ............. 00223-6199-02 | | 6.00 | | |
| **TRIACIN C (Barre)** | | | | |
| codeine/pseudoeph/triprolidine | | | | |
| SYR, PO (CARAMEL) | | | | |
| 10 mg-30 mg-1.25 mg, | | | | |
| 120 ml, C-V ........ 00472-1633-04 | | 3.57 | | AA |
| 480 ml, C-V ........ 00472-1633-16 | | 9.20 | | AA |
| 3840 ml, C-V ....... 00472-1633-28 | | 68.60 | | AA |
| (Moore,H.L.) | | | | |
| SYR, PO, 10 mg-30 mg-1.25 mg, | | | | |
| 480 ml, C-V ........ 00839-7079-69 | | 8.44 | 6.25 | EE |
| **TRIACIN-C (Aligen)** | | | | |
| codeine/pseudoeph/triprolidine | | | | |
| SYR, PO (RASPBERRY) | | | | |
| 10 mg-30 mg-1.25 mg, | | | | |
| 480 ml, C-V ........ 00405-0191-16 | | 7.80 | | EE |
| **TRIAD (Forest Pharm)** | | | | |
| apap/butal/caff | | | | |
| CAP, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea ............ 00785-2305-01 | | 34.24 | | EE |
| **TRIAFED CODEINE (Schein)** | | | | |
| codeine/pseudoeph/triprolidine | | | | |
| SYR, PO, 10 mg-30 mg-1.25 mg, | | | | |
| 480 ml, C-V ........ 00364-7385-16 | | 13.00 | | AA |
| **TRIAM-A (Hyrex)** | | | | |
| triamcinolone acetonide | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml ...... 00314-3400-75 | | 13.60 | | BP |
| **TRIAM-FORTE (Hyrex)** | | | | |
| triamcinolone diacetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml ...... 00314-0775-75 | | 11.00 | | BP |
| **TRIAMCINOLONE (A-A Spectrum)** | | | | |
| CRY, (U.S.P./N.F.) | | | | |
| 1 gm ............... 49452-7890-02 | | 64.75 | 58.25 | |
| 250 gm ............. 49452-7890-01 | | 24.50 | 22.05 | |
| (Aligen) | | | | |
| TAB, PO (WHT/RND) | | | | |
| 4 mg, 100s ea ....... 00405-5042-01 | | 8.07 | | BP |
| (Fujisawa) See ARISTOPAK | | | | |
| (Fujisawa) See ARISTOCORT | | | | |
| (Horizon Pharm Inc) | | | | |
| TAB, PO (DOSEPACK) | | | | |
| 4 mg, 16s ea ........ 60904-0454-35 | | 13.50 | | BP |
| (Major) | | | | |
| TAB, PO (UNIPAK) | | | | |
| 4 mg, 16s ea ........ 00904-0884-44 | | 10.45 | | BP |
| (Qualitest) | | | | |
| TAB, PO (DSPK) | | | | |
| 4 mg, 16s ea ........ 00603-6170-14 | | 9.72 | | BP |
| (Richlyn) | | | | |
| TAB, PO, 4 mg, 100s ea ... 00115-4840-01 | | 10.45 | | BP |
| 500s ea ............ 00115-4840-02 | | 27.00 | | BP |
| 1000s ea ........... 00115-4840-03 | | 80.40 | | BP |
| (Schein) | | | | |
| TAB, PO, 4 mg, 100s ea ... 00364-0352-01 | | 7.95 | | BP |
| **TRIAMCINOLONE ACETONIDE** | | | | |
| HCFA | | | | |
| CRE, TP, 0.025%, 15 gm ........... | | 1.13 | | |
| 80 gm ........................... | | 2.62 | | |
| 454 gm .......................... | | 8.99 | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| 0.1%, 15 gm ..................... | | 1.13 | | |
| 80 gm ........................... | | 3.29 | | |
| 454 gm .......................... | | 17.80 | | |
| 0.5%, 15 gm ..................... | | 2.94 | | |
| LOT, TP, 0.025%, 60 ml ........... | | 6.67 | | |
| 0.1%, 60 ml ..................... | | 6.90 | | |
| OIN, TP, 0.025%, 15 gm ........... | | 1.13 | | |
| 80 gm ........................... | | 2.83 | | |
| 0.1%, 15 gm ..................... | | 1.13 | | |
| 80 gm ........................... | | 4.20 | | |
| 454 gm .......................... | | 20.93 | | |
| 0.5%, 15 gm ..................... | | 4.04 | | |
| PAS, MM, 0.1%, 5 gm .............. | | 4.28 | | |
| (A-A Spectrum) | | | | |
| POW, (U.S.P./N.F.) | | | | |
| 1 gm ............... 49452-7900-01 | | 16.50 | 11.10 | |
| 5 gm ............... 49452-7900-02 | | 59.20 | 39.75 | |
| 10 gm .............. 49452-7900-03 | | 98.50 | 71.50 | |
| (Aligen) | | | | |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm ......... 00405-1610-45 | | 6.62 | | EE |
| (Allergan Inc) See TAC 3 | | | | |
| (Allscrips) | | | | |
| CRE, TP, 0.025%, 15 gm .. 54569-1121-00 | | 1.48 | | EE |
| 80 gm .............. 54569-1774-01 | | 3.54 | | EE |
| 0.1%, 80 gm ........ 54569-0765-00 | | 5.11 | | EE |
| 0.5%, 15 gm ........ 54569-2025-00 | | 4.20 | | EE |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml ..... 54569-2470-00 | | 13.32 | | EE |
| OIN, TP, 0.025%, 15 gm .. 54569-2452-00 | | 1.56 | | EE |
| 0.1%, 15 gm ........ 54569-1124-00 | | 1.84 | | EE |
| 80 gm .............. 54569-0767-00 | | 5.15 | | EE |
| 454 gm ............. 54569-2036-00 | | 20.85 | | EE |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm ......... 54569-3473-00 | | 6.10 | | EE |
| (Amend) | | | | |
| POW, (U.S.P.) | | | | |
| 1 gm ............... 17137-0719-07 | | 15.05 | | |
| 10 gm .............. 17137-0719-01 | | 112.00 | | |
| (Apothecon) See KENALOG | | | | |
| (Apothecon) See KENALOG-10 | | | | |
| (Apothecon) See KENALOG-40 | | | | |
| (Apothecon) See KENALOG IN ORABASE | | | | |
| (Bolan) See ROBALOG | | | | |
| (CMC-Cons) | | | | |
| CRE, TP, 0.025%, 15 gm .. 00223-4449-15 | | 1.95 | | EE |
| 0.1%, 15 gm ........ 00223-4448-15 | | 2.10 | | EE |
| 80 gm .............. 00223-4448-80 | | 5.00 | | EE |
| 240 gm ............. 00223-4448-24 | | 12.50 | | EE |
| 0.5%, 20 gm ........ 00223-4443-80 | | 3.75 | | EE |
| 240 gm ............. 00223-4443-24 | | 8.50 | | EE |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml 25s ... 00223-8691-01 | | 52.50 | | EE |
| 5 ml ............... 00223-8691-05 | | 12.00 | | EE |
| LOT, TP, 0.025%, 60 ml .. 00223-6635-60 | | 11.50 | | EE |
| 0.1%, 60 ml ........ 00223-6636-60 | | 12.50 | | EE |
| OIN, TP, 0.025%, 15 gm ... 00223-4447-15 | | 1.80 | | EE |
| 80 gm .............. 00223-4447-80 | | 4.25 | | EE |
| 0.1%, 15 gm ........ 00223-4446-15 | | 2.10 | | EE |
| 80 gm .............. 00223-4446-80 | | 6.00 | | EE |
| 0.5%, 20 gm ........ 00223-4444-20 | | 4.25 | | EE |
| (Central) See CENOCORT A-40 | | | | |
| (Cheshire) | | | | |
| CRE, TP, 0.1%, 15 gm ..... 55175-4031-05 | | 5.52 | | EE |
| 80 gm .............. 55175-4031-08 | | 8.91 | | EE |
| (Clay-Park) | | | | |
| CRE, TP, 0.025%, 15 gm .. 45802-0063-35 | | 1.04 | | AT |
| 80 gm .............. 45802-0063-36 | | 2.80 | | AT |
| 454 gm ............. 45802-0063-05 | | 7.66 | | AT |
| 2270 gm ............ 45802-0063-29 | | 32.40 | | AT |
| 0.1%, 15 gm ........ 45802-0064-35 | | 1.30 | | AT |
| 80 gm .............. 45802-0064-36 | | 4.12 | | AT |
| 454 gm ............. 45802-0064-05 | | 17.72 | | AT |
| 2270 gm ............ 45802-0064-29 | | 75.60 | | AT |
| 0.5%, 15 gm ........ 45802-0065-35 | | 3.14 | | AT |
| OIN, TP, 0.025%, 15 gm ... 45802-0054-35 | | 1.04 | | AT |
| 80 gm .............. 45802-0054-36 | | 2.80 | | AT |
| 454 gm ............. 45802-0054-05 | | 7.66 | | AT |
| 2270 gm ............ 45802-0054-29 | | 32.40 | | AT |
| 0.1%, 15 gm ........ 45802-0055-35 | | 1.36 | | AT |
| 80 gm .............. 45802-0055-36 | | 4.22 | | AT |
| 454 gm ............. 45802-0055-05 | | 18.90 | | AT |
| 2270 gm ............ 45802-0055-29 | | 77.76 | | AT |
| 0.5%, 15 gm ........ 45802-0049-35 | | 3.10 | | AT |

Recommend SENOKOT® Laxatives When the Rx May Constipate    PURDUE FREDERICK

Triamcinolone Acetonide Cream & Ointment USP 0.025%   Quality & Integrity Inside & Out   TARO   800-544-1449

**6 OTC/NON-DRUG PRODUCTS**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Clint) See CLINALOG | | | | |
| (Del-Ray) See TRIDERM | | | | |
| (Dermol) See DELTA-TRITEX | | | | |
| (EconoMed) See CINALOG | | | | |
| (Forest Pharm) See TRIAMONIDE 40 | | | | |

**TRIAMCINOLONE ACETONIDE CREAM USP, OINTMENT USP 0.025%, 0.1%, 0.5%**
fougera®

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Fougera) | | | | |
| CRE, TP, 0.025%, 15 gm | 00168-0003-15 | 1.52 | | AT |
| 80 gm | 00168-0003-80 | 3.54 | | AT |
| 0.1%, 15 gm | 00168-0004-15 | 1.82 | | AT |
| 80 gm | 00168-0004-80 | 5.11 | | AT |
| 454 gm | 00168-0004-16 | 19.97 | | AT |
| 0.5%, 15 gm | 00168-0002-15 | 4.20 | | AT |
| OIN, TP, 0.025%, 80 gm | 00168-0005-80 | 3.61 | | AT |
| 0.1%, 15 gm | 00168-0006-15 | 1.91 | | AT |
| 80 gm | 00168-0006-80 | 5.15 | | AT |
| (Fujisawa) See ARISTOCORT A | | | | |
| (Fujisawa) See ARISTOCORT TOPICAL | | | | |
| (G&W) | | | | |
| CRE, TP, 0.025%, 15 gm | 00713-0226-15 | 2.44 | | AT |
| 80 gm | 00713-0226-80 | 5.95 | | AT |
| 0.1%, 15 gm | 00713-0225-15 | 2.52 | | AT |
| 80 gm | 00713-0225-80 | 6.13 | | AT |
| OIN, TP, 0.025%, 15 gm | 00713-0229-15 | 2.44 | | AT |
| 80 gm | 00713-0229-80 | 5.95 | | AT |
| 0.1%, 15 gm | 00713-0228-15 | 2.52 | | AT |
| 80 gm | 00713-0228-80 | 6.13 | | AT |
| (Gallipot) | | | | |
| POW, 1 gm | 51552-0033-01 | 14.09 | | |
| 5 gm | 51552-0033-05 | 51.75 | | |
| 10 gm | 51552-0033-10 | 92.00 | | |
| 100 gm | 51552-0033-99 | 793.50 | | |
| (Geneva) | | | | |
| CRE, TP, 0.025%, 15 gm | 00781-7030-27 | 2.14 | | AT |
| 80 gm | 00781-7030-29 | 2.75 | | AT |
| 454 gm | 00781-7030-16 | 8.75 | | AT |
| 0.1%, 15 gm | 00781-7036-27 | 1.95 | | AT |
| 80 gm | 00781-7036-29 | 4.65 | | AT |
| 454 gm | 00781-7036-16 | 19.05 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00781-3116-75 | 19.25 | | BP |
| OIN, TP, 0.1%, 15 gm | 00781-7033-27 | 1.98 | | AT |
| 80 gm | 00781-7033-29 | 5.10 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00781-7039-39 | 6.50 | | AT |
| (Genl Inject) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 52584-0204-05 | 14.93 | 6.75 | BP |
| (Goldline) | | | | |
| CRE, TP, 0.025%, 15 gm | 00182-1216-51 | 1.45 | | AT |
| 80 gm | 00182-1216-53 | 3.55 | | AT |
| 454 gm | 00182-1216-45 | 9.30 | | AT |
| 0.1%, 15 gm | 00182-1217-51 | 2.05 | | AT |
| 80 gm | 00182-1217-53 | 5.10 | | AT |
| 454 gm | 00182-1217-45 | 21.90 | | AT |
| 2270 gm | 00182-1217-46 | 79.50 | | AT |
| 0.5%, 15 gm | 00182-1218-51 | 4.05 | | AT |
| INJ, IJ (S.D.V.) | | | | |
| 40 mg/ml, 1 ml 10s | 00182-1141-85 | 6.60 | | BP |
| (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 00182-1141-62 | 21.90 | | BP |
| LOT, TP, 0.1%, 60 ml | 00182-1777-68 | 8.70 | | AT |
| OIN, TP, 0.025%, 15 gm | 00182-1394-51 | 1.45 | | AT |
| 80 gm | 00182-1394-53 | 3.60 | | AT |
| 454 gm | 00182-1394-45 | 9.30 | | AT |
| 0.1%, 15 gm | 00182-1395-51 | 2.05 | | AT |
| 80 gm | 00182-1395-53 | 5.10 | | AT |
| 454 gm | 00182-1395-45 | 21.00 | | AT |
| 0.5%, 15 gm | 00182-5068-51 | 4.05 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00182-5047-49 | 6.40 | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Hauser,A.F.) | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 40 mg/ml, 5 ml | 52637-0540-05 | 7.98 | | EE |
| (Hyrex) See TRIAM-A | | | | |
| (Insource) | | | | |
| INJ, IJ, 40 mg/ml, 5 ml | 58441-1116-05 | 14.93 | | BP |
| (Interstate) See ARICIN | | | | |
| (Interstate) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00814-8008-38 | 12.00 | | EE |
| (Jones-Western) See TRYLONE A | | | | |
| (Keene) See TRI-KORT | | | | |
| (Legere) See CINON(DE 40 . | | | | |
| (Lemmon) See TRIACET | | | | |
| (Major) | | | | |
| CRE, TP, 0.025%, 15 gm | 00904-2738-36 | 1.45 | | AT |
| 80 gm | 00904-2738-11 | 3.50 | | AT |
| 454 gm | 00904-2738-27 | 9.00 | | AT |
| 0.1%, 15 gm | 00904-2741-36 | 2.05 | | AT |
| 80 gm | 00904-2741-11 | 5.10 | | AT |
| 454 gm | 00904-2741-27 | 18.55 | | AT |
| 2270 gm | 00904-2741-33 | 66.43 | | AT |
| 0.5%, 15 gm | 00904-2744-36 | 4.40 | | AT |
| 15 gm | 00904-2844-36 | 4.40 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00904-0886-05 | 17.60 | | BP |
| OIN, TP, 0.1%, 15 gm | 00904-2743-36 | 2.05 | | AT |
| 80 gm | 00904-2743-11 | 5.10 | | AT |
| 480 gm | 00904-2743-27 | 20.50 | | AT |
| PAS, MM, 0.1%, 5 gm | 00904-3643-68 | 6.10 | | AT |
| (Mayrand) See KENAJECT-40 | | | | |
| (McGuff) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 49072-0845-05 | 11.19 | | EE |
| (Millgood) | | | | |
| POW, (MICRONIZED) | | | | |
| 5 gm | 53118-0206-05 | 41.85 | 38.00 | |
| 10 gm | 53118-0206-10 | 77.00 | 70.00 | |
| (Moore,H.L.) | | | | |
| CRE, TP, 0.025%, 15 gm | 00839-6127-47 | 1.28 | 0.95 | AT |
| 80 gm | 00839-6127-46 | 3.31 | 2.45 | AT |
| 2270 gm | 00839-6127-48 | 20.24 | 14.99 | AT |
| 0.1%, 15 gm | 00839-6126-47 | 1.55 | 1.15 | AT |
| 80 gm | 00839-6126-46 | 4.79 | 3.55 | AT |
| 2270 gm | 00839-6126-48 | 58.04 | 42.99 | AT |
| 0.5%, 15 gm | 00839-6128-47 | 2.96 | 2.19 | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml | 00839-6287-82 | 4.66 | 3.45 | BP |
| 5 ml | 00839-6287-25 | 15.38 | 11.39 | BP |
| LOT, TP, 0.1%, 60 ml | 00839-6726-50 | 8.76 | 6.49 | AT |
| OIN, TP, 0.025%, 15 gm | 00839-6392-47 | 1.07 | 0.79 | AT |
| 0.1%, 15 gm | 00839-6391-47 | 1.55 | 1.15 | AT |
| 80 gm | 00839-6391-46 | 4.79 | 3.55 | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00839-7403-41 | 4.44 | 3.29 | AT |
| (Morton Grove) | | | | |
| LOT, TP, 0.1%, 60 ml | 60432-0561-60 | 28.90 | | AT |
| (NMC) | | | | |
| CRE, TP, 0.025%, 15 gm | 23317-0300-15 | 1.38 | | AT |
| 80 gm | 23317-0300-80 | 3.50 | | AT |
| 454 gm | 23317-0300-16 | 9.18 | | AT |
| 0.1%, 15 gm | 23317-0301-15 | 1.52 | | AT |
| 80 gm | 23317-0301-80 | 5.06 | | AT |
| 454 gm | 23317-0301-16 | 19.42 | | AT |
| 2400 gm | 23317-0301-05 | 77.49 | | AT |
| OIN, TP, 0.1%, 15 gm | 23317-0306-15 | 1.52 | | AT |
| 80 gm | 23317-0306-80 | 5.06 | | AT |
| (Ocumed) See CINOLAR | | | | |
| (Paddock) | | | | |
| POW, 5 gm | 00574-0450-05 | 50.63 | | |
| 10 gm | 00574-0450-10 | 90.00 | | |
| (Parmed) | | | | |
| CRE, TP, 0.025%, 15 gm | 00349-9009-35 | 1.39 | | AT |
| 80 gm | 00349-9009-17 | 3.60 | | AT |
| 0.1%, 15 gm | 00349-8759-35 | 1.85 | | AT |
| 80 gm | 00349-8759-17 | 5.30 | | AT |
| 2270 gm | 00349-9010-99 | 76.03 | | AT |
| 0.5%, 15 gm | 00349-9011-35 | 2.63 | | AT |

*Electronic Drug Pricing and Clinical Information* — **RED BOOK** Database Services – (800) 722-3062

**TRIAMCINOLONE ACETONIDE USP POWDER** For Prescription Compounding
WHOLESALER OR 800-645-6655

Pharma-Tek INC
P.O. BOX 1920
HUNTINGTON, NY 11743

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Pharma-Tek) | | | | |
| POW, 5 gm | 39822-5300-05 | 48.00 | | |
| (Primedics) | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00684-0199-05 | 12.00 | | EE |
| (Qualitest) | | | | |
| CRE, TP, 0.025%, 15 gm | 00603-7850-74 | 1.41 | | AT |
| 80 gm | 00603-7850-90 | 3.27 | | AT |
| 0.1%, 15 gm | 00603-7851-74 | 2.01 | | AT |
| 80 gm | 00603-7851-90 | 4.64 | | AT |
| 0.5%, 15 gm | 00603-7852-74 | 3.95 | | AT |
| LOT, TP, 0.1%, 60 ml | 00603-7855-49 | 8.28 | | AT |
| OIN, TP, 0.025%, 15 gm | 00603-7858-74 | 1.34 | | AT |
| 0.1%, 15 gm | 00603-7859-74 | 2.01 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00603-7870-69 | 4.65 | | AT |
| (RPR) See AZMACORT | | | | |
| (RPR) See NASACORT | | | | |
| (Raway) | | | | |
| CRE, TP, 0.025%, 15 gm | 00686-0063-35 | 1.00 | | EE |
| 80 gm | 00686-0063-36 | 2.50 | | EE |
| 454 gm | 00686-0063-05 | 6.25 | | EE |
| LOT, TP, 0.025%, 60 ml | 00686-1248-02 | 7.50 | | EE |
| 0.1%, 60 ml | 00686-1250-02 | 8.50 | | EE |
| OIN, TP, 0.025%, 15 gm | 00686-0054-35 | 1.00 | | AA |
| 80 gm | 00686-0054-36 | 2.50 | | AA |
| 454 gm | 00686-0054-05 | 6.25 | | AA |
| (Roberts/Hauck) See TRILOG | | | | |

**Triamcinolone Acetonide Cream & Ointment USP 0.1%** — Quality & Integrity Inside & Out — TARO 800-544-1449

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Rugby) | | | | |
| CRE, TP, 0.025%, 15 gm | 00536-5245-20 | 1.65 | | AT |
| 80 gm | 00536-5245-30 | 3.45 | | AT |
| 454 gm | 00536-5245-98 | 9.38 | | AT |
| 2270 gm | 00536-5245-27 | 36.75 | | AT |
| 0.1%, 15 gm | 00536-5225-20 | 2.03 | | AT |
| 80 gm | 00536-5225-30 | 5.10 | | AT |
| 454 gm | 00536-5225-98 | 20.85 | | AT |
| 2270 gm | 00536-5225-27 | 92.24 | | AT |
| 0.5%, 15 gm | 00536-5200-20 | 4.28 | | AT |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00536-9810-65 | 19.20 | | BP |
| LOT, TP, 0.1%, 60 ml | 00536-2360-61 | 9.74 | | AT |
| OIN, TP, 0.025%, 15 gm | 00536-5190-20 | 1.35 | | AT |
| 80 gm | 00536-5190-30 | 3.45 | | AT |
| 454 gm | 00536-5190-98 | 10.35 | | AT |
| 0.1%, 15 gm | 00536-5180-20 | 2.03 | | AT |
| 80 gm | 00536-5180-30 | 5.10 | | AT |
| 454 gm | 00536-5180-98 | 20.85 | | AT |
| 2270 gm | 00536-5180-27 | 92.24 | | AT |
| 0.5%, 15 gm | 00536-5170-20 | 4.28 | | AT |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm | 00536-5210-93 | 6.09 | | AT |

---

PALISADES PHARMACEUTICALS, INC. (800) 237-9083

**YOCON®** Yohimbine HCl Rx — 5.4 mg Tablet — Blister-Paks of 30's, bottles of 100's and 1000's — Available through your wholesaler