| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **ACETYLCHOLINE CHLORIDE** (A-A Spectrum) | | | | |
| POW, 25 gm | 49452-0070-01 | 24.75 | 16.75 | |
| 100 gm | 49452-0070-02 | 49.20 | 38.50 | |
| (Amend) | | | | |
| POW, (C.P.) | | | | |
| 50 gm | 17137-0802-02 | 20.30 | | |
| 100 gm | 17137-0802-03 | 35.00 | | |
| (Ciba Ophth) See MIOCHOL | | | | |
| (Ciba Ophth) See MIOCHOL-E/IOCARE | | | | |
| (Ciba Ophth) See MIOCHOL SYSTEM-PAK | | | | |
| (Ciba Ophth) See MIOCHOL-E SYSTEM PAK | | | | |
| (Ciba Ophth) See MIOCHOL SYSTEM-PAK PLUS | | | | |
| **ACETYLCHOLINE IODIDE** (Amend) | | | | |
| POW, (C.P.) | | | | |
| 25 gm | 17137-0803-02 | 25.20 | | |
| **ACETYLCYSTEINE** (A-A Spectrum) | | | | |
| POW, 25 gm | 49452-0095-01 | 27.50 | 24.75 | |
| (U.S.P.) | | | | |
| 25 gm | 49452-0097-01 | 23.50 | 21.20 | |
| 100 gm | 49452-0095-02 | 67.20 | 60.50 | |
| (U.S.P.) | | | | |
| 125 gm | 49452-0097-02 | 66.85 | 60.25 | |
| (Amend) | | | | |
| POW, 50 gm | 17137-0804-02 | 42.00 | | |
| 100 gm | 17137-0804-03 | 65.80 | | |
| (Apothecon) See MUCOMYST | | | | |
| (Apothecon) See MUCOMYST-10 | | | | |
| (Chiron Therapeutics) | | | | |
| SOL, IH, 10%, 10 ml 3s | 53905-0211-03 | 40.08 | | AP |
| 30 ml 3s | 53905-0212-03 | 110.34 | | AP |
| 20%, 10 ml 3s | 53905-0213-03 | 48.54 | | AP |
| 30 ml 3s | 53905-0214-03 | 133.35 | | AP |
| (Dey) SEE SECTION 4 FOR COLOR PHOTO | | | | |
| SOL, IH, 10%, 4 ml 12s | 49502-0181-04 | 67.80 | | AN |
| 10 ml 3s | 49502-0181-10 | 40.26 | | AN |
| 30 ml 3s | 49502-0181-30 | 110.48 | | AN |
| 20%, 4 ml 12s | 49502-0182-04 | 81.36 | | AN |
| 10 ml 3s | 49502-0182-10 | 48.66 | | AN |
| 30 ml 3s | 49502-0182-30 | 133.43 | | AN |
| 100 ml | 49502-0182-00 | 92.21 | | AN |
| (Gallipot) | | | | |
| POW, (U.S.P./N.F.) | | | | |
| 25 gm | 51552-0201-25 | 34.27 | | |
| (Raway) | | | | |
| SOL, IH, 10%, 4 ml 12s | 00686-0181-04 | 50.00 | | EE |
| 20%, 4 ml 12s | 00686-0182-04 | 60.00 | | EE |
| (Roxane) | | | | |
| SOL, IH, 10%, | | | | |
| 4 ml 12s UD | 00054-8059-05 | 30.74 | | AN |
| 10 ml 3s | 00054-3027-02 | 19.56 | | AN |
| 30 ml 3s | 00054-3025-02 | 34.94 | | AN |
| 20%, 4 ml 12s UD | 00054-8060-05 | 33.54 | | AN |
| 10 ml 3s | 00054-3028-02 | 24.45 | | AN |
| 30 ml 3s | 00054-3026-02 | 39.13 | | AN |
| **ACI-JEL** (Ortho Pharm) | | | | |
| acetic acid/oxyquin/ric acid | | | | |
| GEL, VG (W/APPLICATOR) | | | | |
| 85 gm | 00062-5421-01 | 25.02 | | |
| (Cheshire) REPACK | | | | |
| GEL, VG (W/APPLICATOR) | | | | |
| 85 gm | 55175-1767-01 | 30.97 | | |
| **ACLOPHEN** (Nutripharm) | | | | |
| apap/cpm/phenyleph | | | | |
| TER, PO, 500 mg-8 mg-40 mg, | | | | |
| 100s ea | 51081-0831-10 | 12.95 | | |
| **ACLOVATE** (Glaxo Derm) | | | | |
| alclometasone dipropionate | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| CRE, TP, 0.05%, 15 gm | 00173-0401-00 | 10.67 | | |
| 45 gm | 00173-0401-01 | 22.25 | | |
| 60 gm | 00173-0401-06 | 28.18 | | |
| OIN, TP, 0.05%, 15 gm | 00173-0402-00 | 10.67 | | |
| 45 gm | 00173-0402-01 | 22.25 | | |
| 60 gm | 00173-0402-06 | 28.18 | | |
| (Cheshire) REPACK | | | | |
| CRE, TP, 0.05%, 15 gm | 55175-1482-05 | 15.12 | | |
| **ACNIGEL** (Ampharco) | | | | |
| benzoyl peroxide | | | | |
| GEL, TP, 10%, 85.05 gm | 59015-0100-01 | 11.00 | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **ACONITE** (Amend) | | | | |
| TIN, 120 ml | 17137-0006-04 | 12.60 | | |
| (N.F.) | | | | |
| 500 ml | 17137-0006-01 | 25.20 | | |
| **ACRIFLAVINE** (A-A Spectrum) | | | | |
| POW, (NEUTRAL) | | | | |
| 25 gm | 49452-0120-01 | 27.50 | 24.75 | |
| 100 gm | 49452-0120-02 | 78.20 | 70.35 | |
| (Amend) | | | | |
| POW, (C.P.) | | | | |
| 25 gm | 17137-0008-02 | 25.20 | | |
| 100 gm | 17137-0008-03 | 84.00 | | |
| **ACRIFLAVINE HYDROCHLORIDE** (A-A Spectrum) | | | | |
| POW, 25 gm | 49452-0110-01 | 27.50 | 24.75 | |
| 100 gm | 49452-0110-02 | 78.20 | 70.35 | |
| (Amend) | | | | |
| POW, (C.P.) | | | | |
| 25 gm | 17137-0807-02 | 30.10 | | |
| 100 gm | 17137-0807-03 | 98.00 | | |
| **ACRIVASTINE/PSEUDOEPH** | | | | |
| (Burr Wellcome) See SEMPREX-D | | | | |
| **ACTAGEN-C** (Goldline) | | | | |
| codeine/pseudoeph/triprolidine | | | | |
| SYR, PO, 10 mg-30 mg-1.25 mg, | | | | |
| 480 ml, C-V | 00182-1710-40 | 10.50 | | AA |
| 3840 ml, C-V | 00182-1710-41 | 75.75 | | AA |
| **ACTHAR** (RPR) | | | | |
| corticotropin | | | | |
| PDI, IJ, 25 u, ea | 00075-1025-01 | 20.77 | | AP |
| 40 u, ea | 00075-1040-01 | 30.56 | | AP |
| **ACTHAR GEL, H.P.** (RPR) | | | | |
| corticotropin, repository | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 u/ml, 1 ml | 00075-1330-01 | 21.08 | | BC |
| 1 ml 10s | 00075-1330-02 | 148.71 | | BC |
| 80 u/ml, 1 ml 10s | 00075-1350-02 | 255.60 | | BC |
| 5 ml | 00075-1350-01 | 41.84 | | BC |
| **ACTHIB** (Connaught) | | | | |
| haemophilus b conjugate vaccine | | | | |
| PDI, IJ (S.D.V. W/DILUENT) | | | | |
| 10s ea | 49281-0549-10 | 333.19 | 266.55 | |
| **ACTIBINE** (CMC-Cons) | | | | |
| yohimbine hydrochloride | | | | |
| TAB, PO, 5 mg, 100s ea | 00223-2391-01 | 27.50 | | |
| 1000s ea | 00223-2391-02 | 250.00 | | |
| **ACTICORT 100** (Baker/Cummins) | | | | |
| hydrocortisone | | | | |
| LOT, TP, 1%, 60 ml | 58174-0114-02 | 12.98 | | EE |
| **ACTIFED W/CODEINE** (Burr Wellcome) | | | | |
| codeine/pseudoeph/triprolidine | | | | |
| SYR, PO, 10 mg-30 mg-1.25 mg, | | | | |
| 480 ml, C-V | 00081-0025-96 | 47.92 | | AA |

Actigall®
ursodiol
300-mg capsules
Summit

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **ACTIGALL** (Summit) | | | | |
| ursodiol | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| CAP, PO, 300 mg, 100s ea | 57267-0153-30 | 207.57 | | |
| **ACTIMMUNE** (Genentech) | | | | |
| interferon gamma-1b | | | | |
| INJ, IJ (VIAL) | | | | |
| 3 million u/0.5 ml, | | | | |
| 0.5 ml | 50242-0052-14 | 140.00 | | |
| 0.5 ml 12s | 50242-0052-23 | 1526.00 | | |
| **ACTINEX** (Reed & Carnrick) | | | | |
| masoprocol | | | | |
| CRE, TP, 10%, 30 gm | 00021-4520-37 | 50.40 | | |
| (Phys Total Care) REPACK | | | | |
| CRE, TP, 10%, 30 gm | 54868-2942-01 | 50.93 | | |
| **ACTIVASE** (Genentech) | | | | |
| alteplase, recombinant | | | | |
| PDI, IJ (W/DILUENT) | | | | |
| 20 mg, ea | 50242-0044-12 | 550.00 | | |
| 50 mg, ea | 50242-0044-13 | 1375.00 | | |
| 100 mg, ea | 50242-0085-27 | 2750.00 | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **ACULAR** (Allergan Inc) | | | | |
| ketorolac tromethamine | | | | |
| GTT, OP, 0.5%, 5 ml | 00023-2181-05 | 27.78 | | |
| **ACYCLOVIR** | | | | |
| (Burr Wellcome) See ZOVIRAX | | | | |
| **ACYCLOVIR SODIUM** | | | | |
| (Burr Wellcome) See ZOVIRAX | | | | |
| **ADAGEN** (Enzon) | | | | |
| pegademase bovine | | | | |
| INJ, IJ (VIAL) | | | | |
| 250 u/ml, 1.5 ml | 57665-0001-01 | 2200.00 | | |
| **ADALAT** (Miles Pharm) | | | | |
| nifedipine | | | | |
| SEE SECTION 3 FOR MFG CATALOG | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| CAP, PO, 10 mg, 100s ea | 00026-8811-51 | 46.51 | 37.97 | AB |
| 100s ea UD | 00026-8811-48 | 51.83 | 42.30 | AB |
| 300s ea | 00026-8811-18 | 136.70 | 111.60 | AB |
| 20 mg, 100s ea | 00026-8821-51 | 83.70 | 68.33 | AB |
| 100s ea UD | 00026-8821-48 | 93.28 | 76.14 | AB |
| 300s ea | 00026-8821-18 | 246.09 | 200.89 | AB |
| **ADALAT CC** (Miles Pharm) | | | | |
| nifedipine | | | | |
| SEE SECTION 3 FOR MFG CATALOG | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| TER, PO, 30 mg, 100s ea | 00026-8841-51 | 87.04 | 73.99 | |
| 100s ea UD | 00026-8841-48 | 91.40 | 77.69 | |
| 60 mg, 100s ea | 00026-8851-51 | 150.59 | 126.01 | |
| 100s ea UD | 00026-8851-48 | 158.13 | 134.41 | |
| 90 mg, 100s ea | 00026-8861-51 | 184.47 | 156.80 | |
| 100s ea UD | 00026-8861-48 | 193.69 | 164.64 | |
| (Phys Total Care) REPACK | | | | |
| TER, PO, 30 mg, 30s ea | 54868-2868-01 | 27.50 | | BC |
| **ADAPIN** (Lotus Biochemical) | | | | |
| doxepin hydrochloride | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| CAP, PO, 10 mg, 100s ea | 59417-0356-71 | 28.31 | 23.60 | AB |
| 25 mg, 100s ea | 59417-0357-71 | 36.51 | 30.44 | AB |
| 50 mg, 100s ea | 59417-0358-71 | 51.42 | 42.85 | AB |
| 75 mg, 100s ea | 59417-0361-71 | 85.27 | 71.06 | AB |
| 100 mg, 100s ea | 59417-0359-71 | 92.96 | 77.47 | AB |
| 150 mg, 50s ea | 59417-0370-65 | 77.18 | 64.32 | AB |
| **ADBEON** (Forest Pharm) | | | | |
| betamethasone sodium phosphate | | | | |
| INJ, IJ, 4 mg/ml, 5 ml | 00785-9060-05 | 8.93 | | |
| **ADDERALL** (Rexar) | | | | |
| amphetamine/dextroamphetamine mixture | | | | |
| TAB, PO, 10 mg, | | | | |
| 100s ea, C-II | 00477-5432-01 | 46.06 | | |
| 20 mg, | | | | |
| 100s ea, C-II | 00477-5433-01 | 67.03 | | |
| (Richwood) | | | | |
| TAB, PO, 10 mg, | | | | |
| 100s ea, C-II | 58521-0032-01 | 46.06 | | |
| 20 mg, | | | | |
| 100s ea, C-II | 58521-0033-01 | 67.03 | | |
| **ADEFLOR M** (Kenwood) | | | | |
| sod fl/vit, multi | | | | |
| CTB, PO, 1 mg, 100s ea | 00482-0115-01 | 22.68 | | |
| **ADENIC** (Intl Ethical) | | | | |
| adenosine phosphate | | | | |
| INJ, IJ (VIAL) | | | | |
| 25 mg/ml, 10 ml | 11584-1006-01 | 18.50 | | |
| **ADENO-JEC** (Hauser, A.F.) | | | | |
| adenosine phosphate | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 25 mg/ml, 10 ml | 52637-0690-10 | 4.85 | | |
| **ADENOCARD IV** (Fujisawa) | | | | |
| adenosine | | | | |
| INJ, IJ (VIAL) | | | | |
| 3 mg/ml, 2 ml | 57317-0232-10 | 26.97 | 20.28 | |
| (A-A Spectrum) | | | | |
| POW, 5 gm | 49452-0130-01 | 15.75 | 14.20 | |
| 25 gm | 49452-0130-02 | 48.50 | 43.65 | |
| (Fujisawa) See ADENOCARD IV | | | | |



PALISADES PHARMACEUTICALS, INC.
(800) 237-9083

YOCON® Rx
Yohimbine HCl
5.4 mg Tablet
Blister-Paks of 30's, bottles of 100's and 1000's
Available through your wholesaler

Electronic Drug Pricing and Clinical Information
RED BOOK
Database Services - (800) 722-3062

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**Zinc Sulfate 220 mg.**
$ 32.00 1000 capsules
$ 8.00 100 UNIT DOSE
Alto Pharmaceuticals, Inc.
Call Toll Free (800) 330-2891

(Amer Drug)
POW, 480 gm ............ 00714-0121-16   2.04
     2400 gm............. 00714-0121-80   1.65
(Amer Regent)
INJ, IJ (S.D.V., P.F.)
     1 mg/ml, 10 ml 25s ... 00517-6110-25   62.19
  (S.D.V., P.F.)
     5 mg/ml, 5 ml 25s .... 00517-8105-25   124.69
(Gallipot)
GRA, (U.S.P./N.F.)
     454 gm .............. 51552-0220-16   13.23
(Humco)
POW, 454 gm ............ 00395-3513-01   6.35
(Mallinckrodt Chem)
GRA, (U.S.P.)
     500 gm .............. 00406-8872-03   15.50
     2500 gm............. 00406-8872-05   40.74
POW, 500 gm ............ 00406-8868-03   21.65
(McGuff)
INJ, IJ (VIAL)
     1 mg/ml, 10 ml ...... 49072-0993-10   1.19
(Millgood)
POW, (PURIFIED)
     454 gm .............. 53118-0317-10   13.00   11.70
     2270 gm............. 53118-0317-50   45.85   41.60
(Paddock) See ZINCATE
(Paddock)
POW, (MONOHYDRATE)
     4994 gm............. 00574-0695-16   15.64
(Raway)
INJ, IJ (VIAL)
     1 mg/ml, 10 ml 25s ... 00686-6110-25   40.00
     5 mg/ml, 5 ml 25s .... 00686-8105-25   60.00
(Solo Pak) See ZINCA-PAK
(Upsher-Smith)
CAP, PO, 220 mg, 100s ea .. 00245-0080-11   11.88

**ZINC UNDECYLENATE** (A-A Spectrum)
POW, (U.S.P./N.F.)
     100 gm.............. 49452-8380-01   8.75   7.75
     509 gm.............. 49452-8380-02   22.50   19.20
     2500 gm............. 49452-8380-03   74.45   64.50
(Amend)
POW, (U.S.P.)
     125 gm.............. 17137-0619-04   7.70
     500 gm.............. 17137-0619-01   18.90
     2270 gm............. 17137-0619-05   70.00
     11350 gm............ 17137-0619-03   332.50
(Millgood)
POW, (U.S.P.)
     120 gm.............. 53118-0730-04   9.75   8.85
     454 gm.............. 53118-0730-10   22.00   20.00

**ZINCA-PAK** (Solo Pak)
zinc sulfate
INJ, IJ (VIAL)
     5 mg/ml, 5 ml 25s .... 39769-0045-05   61.25   49.00   AP

**ZINCATE** (Paddock)
zinc sulfate
CAP, PO, 220 mg, 100s ea . 00574-9167-01   7.70
     1000s ea............ 00574-9167-10   55.80

**ZINCVIT** (Kenwood)
min, multi/vit, multi
CAP, PO, 60s ea ......... 00482-0010-01   13.87

**ZITHROMAX** (Pfizer Labs)
azithromycin dihydrate
SEE SECTION 4 FOR COLOR PHOTO
CAP, PO, 250 mg, 50s ea .. 00069-3050-50   301.88   254.21
     50s ea UD........... 00069-3050-86   301.88   254.21
(Allscrips)
**REPACK**
CAP, PO, 250 mg, 4s ea ... 54569-3631-01   32.50
(Southwood)
**REPACK**
CAP, PO, 250 mg, 5s ea .. 58016-0380-05   55.06

**ZITHROMAX Z-PAK** (Pfizer Labs)
azithromycin dihydrate
SEE SECTION 4 FOR COLOR PHOTO
CAP, PO, 250 mg, 18s ea .. 00069-3050-34   108.68   91.52

**ZOCOR** (Merck)
simvastatin
SEE SECTION 4 FOR COLOR PHOTO
TAB, PO, 5 mg, 60s ea..... 00006-0726-61   106.84   85.47
  (UNIT OF USE)
     5 mg, 90s ea......... 00006-0726-54   160.26   128.21
     100s ea UD ........ 00006-0726-28   178.08   142.46
     10 mg, 60s ea........ 00006-0735-61   112.78   90.22
     90s ea............... 00006-0735-54   169.18   135.34
     100s ea UD ........ 00006-0735-28   187.98   150.38
  (BULK PACKAGE)
     10 mg, 1000s ea ..... 00006-0735-82   1879.71   1503.77
     10000s ea........... 00006-0735-87   18797.21   15037.77
  (UNIT OF USE)
     20 mg, 60s ea........ 00006-0740-61   204.38   163.50
  (BULK PACKAGE)
     20 mg, 1000s ea ..... 00006-0740-82   3406.33   2725.06
     10000s ea........... 00006-0740-87   34063.44   27250.75
     40 mg, 60s ea........ 00006-0749-61   206.25   165.00

**ZODEAC-100** (EconoMed)
min, multi/vit, multi
TAB, PO, 100s ea ......... 38130-0045-01   10.98   9.15   EE

**ZOFRAN** (Cerenex)
ondansetron hydrochloride
SEE SECTION 4 FOR COLOR PHOTO
INJ, IJ (S.D.V.)
     2 mg/ml, 2 ml 5s ..... 00173-0442-02   112.57   93.81
  (M.D.V.)
     2 mg/ml, 20 ml...... 00173-0442-00   233.02   194.18
TAB, PO (1X3 DAILY PACK)
     4 mg, 3s ea.......... 00173-0446-04   32.10
     30s ea............... 00173-0446-00   314.70
     100s ea UD ........ 00173-0446-02   1070.40
  (1X3 DAILY PACK)
     8 mg, 3s ea.......... 00173-0447-04   53.50
     30s ea............... 00173-0447-00   524.26
     100s ea UD ........ 00173-0447-02   1783.20

**ZOLADEX** (Zeneca)
goserelin acetate
SEE SECTION 4 FOR COLOR PHOTO
IMP, IP, 3.6 mg, ea........ 00310-0960-36   358.55

**ZOLOFT** (Roerig)
sertraline hydrochloride
SEE SECTION 4 FOR COLOR PHOTO
TAB, PO, 50 mg, 100s ea .. 00049-4900-66   194.11   170.27
     100s ea UD ........ 00049-4900-41   194.11   170.27
     500s ea............. 00049-4900-73   970.51   851.32
     100 mg, 100s ea ..... 00049-4910-66   199.73   175.20
     100s ea UD ........ 00049-4910-41   199.73   175.20
     500s ea............. 00049-4910-73   998.54   875.97
(Allscrips)
**REPACK**
TAB, PO, 50 mg, 90s ea ... 54569-8579-00   167.98

**ZOLPIDEM TARTRATE**
(Searle) See AMBIEN

**ZONALON** (Genderm)
doxepin hydrochloride
CRE, TP, 5%, 30 gm....... 52761-0523-30   19.80   16.50

**ZONE-A** (Forest Pharm)
hc ace/pramoxine
CRE, TP, 1%-1%, 30 gm... 00785-5505-04   15.20
LOT, TP, 1%-1%, 60 ml ... 00785-5500-02   16.67

**ZONE-A FORTE** (Forest Pharm)
hc ace/pramoxine
LOT, TP, 2.5%-1%, 60 ml.. 00785-5502-02   20.80

**ZORPRIN** (Boots Pharm)
aspirin
TER, PO, 800 mg, 100s ea . 00048-0057-01   30.30

**ZOSYN** (Lederle Labs)
piperacillin/tazobactam
SEE SECTION 4 FOR COLOR PHOTO
PDI, IJ (VIAL)
     2 gm-0.25 gm,
     10s ea.............. 00206-8452-16   98.71   78.97
     3 gm-0.375 gm,
     10s ea.............. 00206-8454-55   148.06   118.45
     4 gm-0.5 gm,
     10s ea.............. 00206-8455-25   197.43   157.94
     36 gm-4.5 gm, ea .... 00206-8620-11   177.70   142.16

**ZOTO-HC** (Horizon Pharm)
chloroxyl/hc/pramoxine
GTT, OT, 1 mg-10 mg-10 mg/ml,
     10 ml............... 59630-0135-01   17.95

**ZOVIRAX** (Burr Wellcome)
acyclovir
SEE SECTION 4 FOR COLOR PHOTO
CAP, PO, 200 mg, 100s ea . 00081-0991-55   97.63
  (2X5X10)
     200 mg, 100s ea UD .. 00081-0991-56   111.20
OIN, TP, 5%, 3 gm ........ 00081-0993-41   15.46
     15 gm .............. 00081-0993-94   35.74
SUS, PO, 200 mg/5 ml,
     473 ml.............. 00081-0953-96   84.13
TAB, PO, 400 mg, 100s ea . 00081-0949-55   189.47
  (SHINGLES RELIEF PACK)
     800 mg, 35s ea....... 00081-0945-01   123.98
     100s ea............. 00081-0945-55   368.44
  (10X10)
     800 mg, 100s ea UD .. 00081-0945-56   375.79

For a package for personal trial mail your name, store #, & address to
**HERPECIN-L** [15]
Cold Sore Lip Balm Stick   "It works!"
CAMPBELL LABORATORIES INC.
POB 639-RC Deerfield Bch FL 33443

(Allscrips)
**REPACK**
TAB, PO, 800 mg, 25s ea .. 54569-3848-00   88.57
(Southwood)
**REPACK**
CAP, PO, 200 mg, 24s ea .. 58016-0157-24   32.19
     25s ea.............. 58016-0157-25   32.81
     40s ea.............. 58016-0157-40   52.50
     50s ea.............. 58016-0157-50   62.19
     60s ea.............. 58016-0157-60   70.48
     100s ea............. 58016-0157-00   121.88
OIN, TP, 5%, 15 gm....... 58016-3103-01   44.11

**ZOVIRAX** (Burr Wellcome)
acyclovir sodium
SEE SECTION 4 FOR COLOR PHOTO
PDI, IJ, 500 mg, 10s ea.... 00081-0995-01   509.04
     1000 mg, 10s ea ..... 00081-0952-01   1018.08

**ZYDONE** (Du Pont Pharma)
apap/hydrocodone
CAP, PO, 500 mg-5 mg,
     100s ea, C-III....... 00056-0091-70   38.40   32.00   AA

**ZYLOPRIM** (Burr Wellcome)
allopurinol
SEE SECTION 4 FOR COLOR PHOTO
TAB, PO, 100 mg, 100s ea . 00081-0996-55   19.45   AB
     1000s ea............ 00081-0996-75   190.10   AB
     300 mg, 100s ea ..... 00081-0998-55   53.27   AB
  (2X5X10)
     300 mg, 100s ea UD .. 00081-0998-56   53.27   AB
     500s ea............. 00081-0998-70   262.02   AB

**ZYMASE** (Organon)
pancrelipase
CER, PO, 100s ea ......... 00052-0393-91   54.00

**ZYMECOT** (Truxton)
dehydrocholic acid/enz
TAB, PO, 1000s ea ........ 00463-6279-10   59.40

Recommend **SENOKOT® Laxatives** When the R_x May Constipate    PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Mikart)** | | | | |
| SYR, PO, 50 mg/5 ml, | | | | |
| 480 ml | 46672-0606-16 | 62.50 | | |
| **(Moore, H.L.)** | | | | |
| CAP, PO, 100 mg, 100s ea | 00839-7471-06 | 35.71 | 26.45 | AB |
| 100s ea | 00839-7250-06 | 31.05 | 23.00 | AB |
| (S.G.-YEL) | | | | |
| 100 mg, 500s ea | 00839-7250-12 | 129.53 | 95.95 | AB |
| SYR, PO, 50 mg/5 ml, | | | | |
| 480 ml | 00839-7667-69 | 70.86 | 52.49 | EE |
| **(Parmed)** | | | | |
| CAP, PO, 100 mg, 100s ea | 00349-8613-01 | 31.50 | | AB |
| 500s ea | 00349-8613-05 | 122.30 | | AB |
| **(Phys Total Care)** | | | | |
| CAP, PO, 100 mg, 10s.ea | 54868-0800-01 | 3.44 | | EE |
| 30s ea | 54868-0800-03 | 8.11 | | EE |
| 100s ea | 54868-0800-04 | 24.44 | | EE |
| **(Purepac)** | | | | |
| CAP, PO, 100 mg, 100s ea | 00228-2291-10 | 34.24 | | AB |
| **(Qualitest)** | | | | |
| CAP, PO, 100 mg, 100s ea | 00603-2163-21 | 30.59 | | AB |
| 100s ea | 00603-2164-21 | 30.59 | | AB |
| 500s ea | 00603-2163-28 | 130.78 | | AB |
| 500s ea | 00603-2164-28 | 130.78 | | AB |
| SYR, PO, 50 mg/5 ml, | | | | |
| 480 ml | 00603-1010-58 | 59.95 | | AA |
| **(Raway)** | | | | |
| CAP, PO, 100 mg, | | | | |
| 100s ea UD | 00686-0481-20 | 29.50 | | AB |
| **(Rosemont)** | | | | |
| CAP, PO, 100 mg, 100s ea | 00832-1015-00 | 31.50 | | AB |
| 500s ea | 00832-1015-50 | 122.30 | | AB |
| **(Rugby)** | | | | |
| CAP, PO, 100 mg, 100s ea | 00536-3090-01 | 25.55 | | AB |
| SYR, PO, 50 mg/5 ml, | | | | |
| 480 ml | 00536-2665-85 | 57.50 | | AA |
| **(Schein)** | | | | |
| CAP, PO, 100 mg, 100s ea | 00364-2146-01 | 37.93 | | AB |
| **(Southwood)** | | | | |
| CAP, PO, 100 mg, 10s ea | 58016-0153-10 | 8.01 | | |
| 14s ea | 58016-0153-14 | 9.65 | | |
| 15s ea | 58016-0153-15 | 10.34 | | |
| SYR, PO, 50 mg/5 ml, | | | | |
| 150 ml | 58016-0331-30 | 43.25 | | |
| **(U.S. Trading)** | | | | |
| CAP, PO (10X10) | | | | |
| 100 mg, 100s ea UD | 56126-0364-11 | 20.46 | | AB |
| **(UDL)** | | | | |
| CAP, PO (10X10) | | | | |
| 100 mg, 100s ea UD | 51079-0481-20 | 59.78 | 32.93 | AB |
| **(URL)** | | | | |
| CAP, PO, 100 mg, 100s ea | 00677-1452-01 | 32.90 | | AB |
| 100s ea | 00677-1128-01 | 32.40 | | AB |
| 100s ea | 00677-1346-01 | 32.00 | | AB |
| **(Warner Chilcott)** | | | | |
| CAP, PO, 100 mg, 100s ea | 00047-0853-24 | 30.18 | | AB |
| **AMARANTH** (A-A Spectrum) | | | | |
| POW, (C.I. 16185) | | | | |
| 100 gm | 49452-0390-01 | 34.75 | 31.30 | |
| **AMBENONIUM CHLORIDE** | | | | |
| (Sanofi Winthrop) See MYTELASE CHLORIDE | | | | |
| **AMBENYL** (Forest Pharm) | | | | |
| bromodiphenhydramine/codeine | | | | |
| SYR, PO, 12.5 mg-10 mg/5 ml, | | | | |
| 120 ml, C-V | 00456-0681-04 | 21.24 | | AA |
| 480 ml, C-V | 00456-0681-16 | 76.63 | | AA |
| **AMBIEN** (Searle) | | | | |
| zolpidem tartrate | | | | |
| TAB, PO, 5 mg, | | | | |
| 100s ea, C-IV | 00025-5401-31 | 124.50 | | |
| 100s ea UD, C-IV | 00025-5401-34 | 130.73 | | |
| 10 mg, | | | | |
| 100s ea, C-IV | 00025-5421-31 | 153.14 | | |
| 100s ea UD, C-IV | 00025-5421-34 | 160.79 | | |
| **(Allscrips)** | | | | |
| REPACK | | | | |
| TAB, PO, 5 mg, | | | | |
| 20s ea, C-IV | 54569-3827-00 | 24.90 | | |
| 10 mg, 20s ea, C-IV | 54569-3828-00 | 30.63 | | |
| **(Phys Total Care)** | | | | |
| REPACK | | | | |
| TAB, PO, 5 mg, | | | | |
| 30s ea, C-IV | 54868-2642-01 | 41.11 | | |
| 10 mg, | | | | |
| 30s ea, C-IV | 54868-2643-01 | 50.31 | | |
| **AMBOPHEN** (Major) | | | | |
| bromodiphenhydramine/codeine | | | | |
| SYR, PO, 12.5 mg-10 mg/5 ml, | | | | |
| 480 ml, C-V | 00904-0067-16 | 11.35 | | AA |
| 3840 ml, C-V | 00904-0067-28 | 75.25 | | AA |
| **AMBRETTE SEED OIL** (A-A Spectrum) | | | | |
| OIL, 5 ml | 49452-0393-01 | 21.20 | 19.10 | |
| 25 ml | 49452-0393-02 | 74.70 | 67.25 | |
| 125 ml | 49452-0393-03 | 259.60 | 233.65 | |
| **AMCINONIDE** | | | | |
| (Fujisawa) See CYCLOCORT | | | | |
| **AMCORT** (Keene) | | | | |
| triamcinolone diacetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml | 00588-5371-75 | 7.00 | | EE |

**amen** Medroxyprogesterone Acetate Tablets USP 10mg

CARNRICK LABORATORIES, INC.
65 HORSE HILL ROAD, CEDAR KNOLLS, NJ 07927

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **AMEN** (Carnrick) | | | | |
| medroxyprogesterone acetate | | | | |
| TAB, PO, 10 mg, 50s ea | 00086-0049-05 | 17.60 | | BP |
| 100s ea | 00086-0049-10 | 29.35 | | BP |
| 1000s ea | 00086-0049-90 | 224.45 | | BP |
| **AMERICAINE** (Fisons Presc) | | | | |
| benzocaine | | | | |
| GTT, OT, 20%, 15 ml | 00585-0377-51 | 12.76 | | |
| **(Cheshire)** REPACK | | | | |
| GTT, OT, 20%, 10 ml | 55175-2743-01 | 15.69 | | |
| **(Southwood)** REPACK | | | | |
| GTT, OT, 20%, 15 ml | 58016-3206-01 | 16.63 | | |
| **AMERICAINE ANESTHETIC LUBRICANT** (Fisons Presc) | | | | |
| benzocaine | | | | |
| GEL, TP, 20%, | | | | |
| 2.5 gm 144s | 00585-0376-62 | 307.87 | | |
| 30 gm | 00585-0376-16 | 13.09 | | |
| **AMERICET** (MCR/Amer Pharm, Inc.) | | | | |
| apap/butal/caff | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea | 58605-0501-01 | 33.85 | | EE |
| **AMFICOT** (Truxton) | | | | |
| ampicillin | | | | |
| CAP, PO, 250 mg, 100s ea | 00463-5011-01 | 9.00 | | |
| 500 mg, 100s ea | 00463-5018-01 | 15.00 | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00463-5013-01 | 2.25 | | |
| 200 ml | 00463-5013-02 | 3.60 | | |
| 250 mg/5 ml, | | | | |
| 100 ml | 00463-5014-01 | 3.25 | | |
| 200 ml | 00463-5014-02 | 5.40 | | |
| **AMI NATAL PLUS** (Amide) | | | | |
| vitamin, prenatal | | | | |
| TAB, PO (W/BETA CAROTENE) | | | | |
| 100s ea | 52152-0022-02 | 8.75 | | |
| 500s ea | 52152-0022-04 | 41.50 | | |
| **AMI NATAL PLUS ONE** (Amide) | | | | |
| vitamin, prenatal | | | | |
| TAB, PO (IMPROVED) | | | | |
| 100s ea | 52152-0043-02 | 7.48 | | |
| 500s ea | 52152-0043-04 | 31.88 | | |
| **AMI RAX** (Amide) | | | | |
| eph sulf/hydroxyzine/theo | | | | |
| TAB, PO, 25 mg-10 mg-130 mg, | | | | |
| 100s ea | 52152-0013-02 | 26.00 | | |
| 500s ea | 52152-0013-04 | 117.00 | | |
| 1000s ea | 52152-0013-05 | 227.50 | | |
| **AMI-TEX** (Amide) | | | | |
| gg/phenyleph/ppa | | | | |
| CAP, PO, 200 mg-5 mg-45 mg, | | | | |
| 100s ea | 52152-0059-02 | 8.00 | | |
| 500s ea | 52152-0059-04 | 39.00 | | |
| **AMI-TEX LA** (Amide) | | | | |
| gg/ppa | | | | |
| TER, PO, 400 mg-75 mg, | | | | |
| 100s ea | 52152-0058-02 | 8.25 | | |
| 500s ea | 52152-0058-04 | 36.95 | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **AMIBID LA** (Amide) | | | | |
| guaifenesin | | | | |
| TER, PO, 600 mg, 100s ea | 52152-0106-02 | 21.88 | | |
| 500s ea | 52152-0106-04 | 96.00 | | |
| **AMICAR** (Immunex) | | | | |
| aminocaproic acid | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 250 mg/ml, 20 ml | 00205-4668-37 | 16.24 | | AP |
| SYR, PO, 1.25 gm/5 ml, | | | | |
| 480 ml | 00005-4667-65 | 391.28 | | |
| TAB, PO, 500 mg, 100s ea | 00005-4665-23 | 156.75 | | |
| **AMIDAL** (Amide) | | | | |
| gg/phenyleph | | | | |
| TER, PO, 300 mg-20 mg, | | | | |
| 100s ea | 52152-0024-02 | 16.69 | | |
| 500s ea | 52152-0024-04 | 73.75 | | |
| **AMIDATE** (Abbott Hosp) | | | | |
| etomidate | | | | |
| INJ, IJ (AMP) | | | | |
| 2 mg/ml, 10 ml 5s | 00074-8062-01 | 112.58 | | |
| 20 ml 5s | 00074-8061-01 | 128.90 | | |
| (ABBOJECT) | | | | |
| 2 mg/ml, 20 ml 10s | 00074-8060-01 | 260.78 | | |
| (SRN) | | | | |
| 2 mg/ml, 20 ml 10s | 00074-8060-03 | 274.08 | | |
| **AMIDRINE** (Amide) | | | | |
| apap/dichloral/isometheptene | | | | |
| CAP, PO, 325 mg-100 mg-65 mg, | | | | |
| 100s ea | 52152-0039-02 | 16.55 | | |
| 250s ea | 52152-0039-03 | 36.41 | | |
| **AMIGESIC** (Amide) | | | | |
| salicylsalicylic acid | | | | |
| TAB, PO, 500 mg, 100s ea | 52152-0019-02 | 12.95 | | |
| 750 mg, 100s ea | 52152-0020-02 | 16.95 | | |
| **AMIKACIN SULFATE** | | | | |
| (Apothecon) See AMIKIN | | | | |
| (Apothecon) See AMIKIN PEDIATRIC | | | | |
| **(Elkins-Sinn)** | | | | |
| INJ, IJ (DOSETTE VIAL) | | | | |
| 250 mg/ml, | | | | |
| 2 ml 10s | 00641-0123-23 | 637.50 | 510.00 | AP |
| (VIAL) | | | | |
| 250 mg/ml, | | | | |
| 4 ml 10s | 00641-2357-43 | 1200.00 | 960.00 | AP |
| **(Gensia)** | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 50 mg/ml, 2 ml 10s | 00703-9022-03 | 385.38 | | AP |
| 250 mg/ml, | | | | |
| 2 ml 10s | 00703-9032-03 | 653.00 | | AP |
| (VIAL) | | | | |
| 250 mg/ml, | | | | |
| 4 ml 10s | 00703-9040-03 | 1322.13 | | AP |
| **AMIKIN** (Apothecon) | | | | |
| amikacin sulfate | | | | |
| INJ, IJ (SRN) | | | | |
| 250 mg/ml, 2 ml | 00015-3020-21 | 68.54 | 57.12 | AP |
| (VIAL) | | | | |
| 250 mg/ml, 2 ml | 00015-3020-20 | 58.74 | 48.95 | AP |
| 4 ml | 00015-3023-20 | 116.08 | 96.73 | AP |
| **AMIKIN PEDIATRIC** (Apothecon) | | | | |
| amikacin sulfate | | | | |
| INJ, IJ (VIAL) | | | | |
| 50 mg/ml, 2 ml | 00015-3015-20 | 35.24 | 29.37 | AP |
| **AMILON** (Moore,H.L.) | | | | |
| cpm/phenindamine/ppa | | | | |
| TER, PO, 4 mg-24 mg-50 mg, | | | | |
| 100s ea | 00839-7710-06 | 11.48 | 8.50 | |
| **AMILORIDE HYDROCHLORIDE** (A-A Spectrum) | | | | |
| POW, (U.S.P./N.F.) | | | | |
| 25 gm | 49452-0371-01 | 39.50 | 35.55 | |
| 25 gm | 49452-0397-01 | 76.75 | 51.45 | |
| 100 gm | 49452-0371-02 | 125.00 | 112.50 | |
| 100 gm | 49452-0397-02 | 280.00 | 187.60 | |
| (Merck) See MIDAMOR | | | | |
| **AMILORIDE/HCTZ** | | | | |
| HCFA | | | | |
| TAB, PO, 5 mg-50 mg, | | | | |
| 100s ea | | 6.75 | | |
| **(Aligen)** | | | | |
| TAB, PO, 5 mg-50 mg, | | | | |
| 100s ea | 00405-4053-01 | 33.90 | | AB |
| 1000s ea | 00405-4053-03 | 347.53 | | AB |
| **(Barr)** | | | | |
| TAB, PO, 5 mg-50 mg, | | | | |
| 100s ea | 00555-0483-02 | 32.86 | | AB |
| 1000s ea | 00555-0483-05 | 330.16 | | AB |

Recommend SENOKOT® Laxatives  When the Rx May Constipate    PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **ARISTOCORT** (Fujisawa) | | | | |
| triamcinolone | | | | |
| TAB, PO, 1 mg, 50s ea | 57317-0602-50 | 17.23 | 14.36 | BP |
| 2 mg, 100s ea | 57317-0601-10 | 72.52 | 60.43 | BP |
| 4 mg, 30s ea | 57317-0600-30 | 41.44 | 34.53 | BP |
| 100s ea | 57317-0600-10 | 131.23 | 109.36 | BP |
| 8 mg, 50s ea | 57317-0603-50 | 107.57 | 89.64 | BP |
| **ARISTOCORT A** (Fujisawa) | | | | |
| triamcinolone acetonide | | | | |
| CRE, TP, 0.025%, 15 gm | 57317-0042-15 | 8.46 | 7.05 | AT |
| 60 gm | 57317-0042-60 | 20.83 | 17.36 | AT |
| 0.1%, 15 gm | 57317-0052-15 | 10.74 | 8.95 | AT |
| 60 gm | 57317-0052-60 | 27.48 | 22.90 | AT |
| 240 gm | 57317-0052-24 | 105.13 | 87.61 | AT |
| 0.5%, 15 gm | 57317-0062-15 | 29.48 | 24.57 | AT |
| OIN, TP, 0.1%, 15 gm | 57317-0072-15 | 10.74 | 8.95 | AT |
| 60 gm | 57317-0072-60 | 27.48 | 22.90 | AT |
| **(Phys Total Care)** | | | | |
| REPACK | | | | |
| CRE, TP, 0.1%, 15 gm | 54868-0966-01 | 12.25 | | AT |
| **ARISTOCORT FOR INJECTION** (Fujisawa) | | | | |
| triamcinolone diacetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 25 mg/ml, 5 ml | 57317-0203-05 | 20.30 | 16.92 | BP |
| **ARISTOCORT FORTE** (Fujisawa) | | | | |
| triamcinolone diacetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml | 57317-0202-01 | 6.29 | 5.24 | BP |
| 5 ml | 57317-0202-05 | 12.53 | 10.44 | BP |
| **ARISTOCORT TOPICAL** (Fujisawa) | | | | |
| triamcinolone acetonide | | | | |
| CRE, TP, 0.025%, 15 gm | 57317-0082-15 | 6.17 | 5.14 | AT |
| 60 gm | 57317-0082-60 | 13.13 | 10.94 | AT |
| 2383.5 gm | 57317-0082-05 | 65.82 | 54.85 | AT |
| 0.1%, 15 gm | 57317-0092-15 | 8.48 | 7.07 | AT |
| 60 gm | 57317-0092-60 | 20.68 | 17.23 | AT |
| 240 gm | 57317-0092-24 | 65.24 | 54.37 | AT |
| 2383.5 gm | 57317-0092-05 | 99.58 | 82.98 | AT |
| 0.5%, 15 gm | 57317-0102-15 | 23.04 | 19.20 | AT |
| 240 gm | 57317-0102-24 | 227.05 | 189.21 | AT |
| OIN, TP, 0.1%, 15 gm | 57317-0112-15 | 8.48 | 7.07 | AT |
| 60 gm | 57317-0112-60 | 20.68 | 17.23 | AT |
| 240 gm | 57317-0112-24 | 65.24 | 54.37 | AT |
| 2270 gm | 57317-0112-05 | 106.63 | 88.86 | AT |
| 0.5%, 15 gm | 57317-0113-15 | 23.04 | 19.20 | AT |
| **(Allscrips)** | | | | |
| REPACK | | | | |
| CRE, TP, 0.1%, 15 gm | 54569-2799-00 | 8.48 | | AT |
| **ARISTOPAK** (Fujisawa) | | | | |
| triamcinolone | | | | |
| TAB, PO (6-PAK) | | | | |
| 4 mg, 16s ea | 57317-0600-16 | 20.05 | 16.71 | BP |
| **ARISTOSPAN INJECTION** (Fujisawa) | | | | |
| triamcinolone hexacetonide | | | | |
| INJ, IJ (VIAL) | | | | |
| 5 mg/ml, 5 ml 10s | 57317-0206-05 | 119.40 | 99.50 | |
| 20 mg/ml, 1 ml 10s | 57317-0205-01 | 81.80 | 68.20 | |
| 5 ml 10s | 57317-0205-05 | 184.00 | 153.30 | |
| **ARM-A-MED ALBUTEROL SULFATE** (Astra) | | | | |
| albuterol sulfate | | | | |
| SOL, IH, 0.083%, | | | | |
| 3 ml 25s UD | 00186-1491-04 | 30.25 | | AN |
| 3 ml 60s UD | 00186-1491-17 | 72.60 | | AN |
| 0.5%, 20 ml | 00186-1490-01 | 12.50 | | AN |
| **ARM-A-MED ISOETHARINE HCL** (Astra) | | | | |
| isoetharine hydrochloride | | | | |
| SOL, IH, 0.062%, | | | | |
| 4 ml 100s | 00186-4110-01 | 57.38 | | AN |
| 0.125%, 4 ml 100s | 00186-4112-01 | 57.38 | | AN |
| 0.167%, 3 ml 100s | 00186-4111-01 | 57.38 | | AN |
| 0.2%, 2.5 ml 100s | 00186-4113-01 | 57.38 | | AN |
| 0.25%, 2 ml 100s | 00186-4115-01 | 57.38 | | AN |
| **ARMOUR THYROID** (Forest Pharm) | | | | |
| thyroid | | | | |
| TAB, PO, 15 mg, 100s ea | 00456-0457-01 | 7.50 | | |
| 30 mg, 100s ea | 00456-0458-01 | 8.77 | | |
| (10X10) | | | | |
| 30 mg, 100s ea UD | 00456-0458-63 | 15.42 | | |
| 1000s ea | 00456-0458-00 | 70.14 | | |
| 60 mg, 100s ea | 00456-0459-01 | 9.76 | | |
| (10X10) | | | | |
| 60 mg, 100s ea UD | 00456-0459-63 | 16.39 | | |
| 1000s ea | 00456-0459-00 | 94.31 | | |
| 5000s ea | 00456-0459-51 | 366.38 | | |
| 90 mg, 100s ea | 00456-0460-01 | 15.42 | | |
| 120 mg, 100s ea | 00456-0461-01 | 18.05 | | |
| (10X10) | | | | |
| 120 mg, 100s ea UD | 00456-0461-63 | 20.44 | | |
| 1000s ea | 00456-0461-00 | 180.56 | | |
| 180 mg, 100s ea | 00456-0462-01 | 28.67 | | |
| 1000s ea | 00456-0462-00 | 286.78 | | |
| 240 mg, 100s ea | 00456-0463-01 | 42.95 | | |
| 300 mg, 100s ea | 00456-0464-01 | 53.23 | | |
| **(Southwood)** | | | | |
| REPACK | | | | |
| TAB, PO, 60 mg, 100s ea | 58016-0937-00 | 3.69 | | |
| **ARNICA** (Humco) | | | | |
| TIN, 120 ml | 00395-0115-94 | 10.02 | | |
| 480 ml | 00395-0115-16 | 38.30 | | |
| 3840 ml | 00395-0115-28 | 276.74 | | |
| **ARNICA 20X** (Weleda) | | | | |
| homeopathic product | | | | |
| INJ, IJ (AMP) | | | | |
| 1 ml 12s | 00155-0102-90 | 9.00 | | |
| **ARNICA 3X** (Weleda) | | | | |
| homeopathic product | | | | |
| INJ, IJ (AMP) | | | | |
| 1 ml 12s | 00155-0100-90 | 9.00 | | |
| LIQ, TP, 50 ml | 55946-0100-15 | 7.50 | | |
| **ARNICA 3X/FORMICA 3X** (Weleda) | | | | |
| homeopathic product | | | | |
| INJ, IJ (AMP) | | | | |
| 1 ml 12s | 00155-0119-90 | 9.00 | | |
| **ARNICA BETULA COMP.** (Weleda) | | | | |
| homeopathic product | | | | |
| INJ, IJ (AMP) | | | | |
| 1 ml 12s | 00155-0120-90 | 9.00 | | |
| **ARNICA OINTMENT FORTE** (Weleda) | | | | |
| homeopathic product | | | | |
| OIN, TP, 30 gm | 55946-0125-50 | 5.40 | | |
| **AROMATIC ELIXIR** (A-A Spectrum) | | | | |
| ELI, (U.S.P./N.F.) | | | | |
| 500 ml | 49452-0730-01 | 19.50 | 16.50 | |
| LIQ, 4000 ml | 49452-0730-02 | 94.75 | 84.75 | |
| **(Amend)** | | | | |
| ELI, 500 ml | 17137-1500-01 | 8.40 | | |
| **(Century)** | | | | |
| ELI, 480 ml | 00436-0902-16 | 4.10 | | |
| 480 ml | 00436-0902-28 | 13.50 | | |
| **ARSENIC TRIOXIDE** (A-A Spectrum) | | | | |
| POW, (REAGENT A.C.S.) | | | | |
| 25 gm | 49452-0735-04 | 39.80 | 34.80 | |
| 125 gm | 49452-0735-01 | 78.25 | 68.25 | |
| 500 gm | 49452-0735-02 | 224.50 | 194.50 | |
| **ARSENICUM ALBUM 6X** (Weleda) | | | | |
| homeopathic product | | | | |
| LIQ, PO, 20 ml | 55946-0130-10 | 4.35 | | |
| **ARTANE** (Lederle Labs) | | | | |
| trihexyphenidyl hydrochloride | | | | |
| ELI, PO, 2 mg/5 ml, | | | | |
| 480 ml | 00005-4440-65 | 31.99 | 25.59 | AA |
| TAB, PO, 2 mg, 100s ea | 00005-4434-23 | 15.91 | 12.73 | AA |
| 100s ea UD | 00005-4434-60 | 20.88 | 16.70 | AA |
| 1000s ea | 00005-4434-34 | 117.69 | 94.15 | AA |
| 5 mg, 100s ea | 00005-4436-23 | 31.63 | 25.30 | AA |
| 100s ea UD | 00005-4436-60 | 36.49 | 29.19 | AA |
| **ASA/BUTAL** | | | | |
| **(Savage)** See AXOTAL | | | | |
| **ASA/BUTAL/CAFF** | | | | |
| HCFA | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea | | 3.53 | | |
| **(Aligen)** | | | | |
| CAP, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00405-0029-01 | 39.70 | | AB |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00405-0026-01 | 13.75 | | AB |
| **(Allscrips)** | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 15s ea, C-III | 54569-0339-03 | 0.97 | | EE |
| 20s ea, C-III | 54569-0339-05 | 1.29 | | EE |
| 25s ea, C-III | 54569-0339-06 | 1.61 | | EE |
| 30s ea, C-III | 54569-0339-04 | 1.93 | | EE |
| 50s ea, C-III | 54569-0339-02 | 3.22 | | EE |
| 100s ea, C-III | 54569-0339-01 | 6.44 | | EE |
| **(Caremark)** | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00339-4063-12 | 5.08 | | AB |
| **(Cheshire)** | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 12s ea, C-III | 55175-0092-02 | 3.42 | | EE |
| 18s ea, C-III | 55175-0092-08 | 3.58 | | EE |
| **(Geneva)** | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00781-1435-01 | 4.45 | | AB |
| 1000s ea, C-III | 00781-1435-10 | 33.25 | | AB |
| **(Goldline)** | | | | |
| CAP, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00182-0140-01 | 37.00 | | AB |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00182-1631-01 | 7.27 | | AB |
| 1000s ea, C-III | 00182-1631-10 | 56.67 | | AB |
| **(Interstate)** See IDENAL | | | | |
| **(Lannett)** | | | | |
| CAP, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00527-1552-01 | 33.75 | | AB |
| **(Major)** | | | | |
| CAP, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00904-3934-60 | 37.35 | | AB |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00904-3892-60 | 4.50 | | AB |
| 1000s ea, C-III | 00904-3892-80 | 25.00 | | AB |
| **(Moore,H.L.)** See FIORMOR | | | | |
| **(Parmed)** | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00349-8299-01 | 5.95 | | AB |
| 1000s ea, C-III | 00349-8299-10 | 30.98 | | AB |
| **(Pharm-Tech)** See PHARMAGESIC | | | | |
| **(Phys Total Care)** | | | | |
| TAB, PO, 30s ea | 54868-1072-02 | 2.61 | | |
| 50s ea | 54868-1075-01 | 3.79 | | |
| **(Purepac)** | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00228-2023-10 | 7.49 | | AB |
| 1000s ea, C-III | 00228-2023-96 | 60.66 | | AB |
| **(Qualitest)** | | | | |
| CAP, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00603-2550-21 | 36.70 | | AA |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00603-2548-21 | 4.60 | | AB |
| 1000s ea, C-III | 00603-2548-32 | 26.71 | | AB |
| **(Rugby)** See ISOLLYL | | | | |
| **(Sandoz Pharm)** See FIORINAL | | | | |
| **(Schein)** | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00364-0677-01 | 4.50 | | AB |
| 1000s ea, C-III | 00364-0677-02 | 28.02 | | AB |
| **(Southwood)** | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 20s ea, C-III | 58016-0233-20 | 5.07 | | |
| 25s ea, C-III | 58016-0233-25 | 6.05 | | |
| 30s ea, C-III | 58016-0233-30 | 6.34 | | |
| 50s ea, C-III | 58016-0233-50 | 7.00 | | |
| **(Truxton)** See LANIROIF | | | | |
| **(URL)** See FORTABS | | | | |
| **(URL)** | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00677-1439-01 | 37.05 | | AB |
| **(Veratex)** | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 1000s ea, C-III | 17022-1057-06 | 17.85 | | EE |
| **(Warner Chilcott)** | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00047-0049-24 | 6.49 | | |
| 500s ea, C-III | 00047-0049-30 | 14.03 | | |
| **(West-Ward)** | | | | |
| TAB, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea, C-III | 00143-1785-01 | 4.35 | | AB |
| 100s ea UD, C-III | 00143-1785-25 | 15.00 | | AB |
| 1000s ea, C-III | 00143-1785-10 | 26.15 | | AB |
| **ASA/BUTAL/CAFF/CODEINE** | | | | |
| **(Sandoz Pharm)** See FIORINAL W/CODEINE | | | | |
| **ASA/CAFF/DIHYDROCODEINE** | | | | |
| **(Wyeth-Ayerst)** See SYNALGOS-DC | | | | |
| **ASA/CAFF/ORPHENADRINE** | | | | |
| **(3M Pharm)** See NORGESIC | | | | |
| **(3M Pharm)** See NORGESIC FORTE | | | | |

Electronic Drug Pricing and Clinical Information
RED BOOK
Database Services - (800) 722-3062

PALISADES PHARMACEUTICALS, INC.
(800) 237-9083

YOCON® Rx
Yohimbine HCl
5.4 mg Tablet
Blister-Paks of 30's, bottles of 100's and 1000's
Available through your wholesaler