| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (ADULT 22G 3-1/2 NEEDLE) | | | | |
| 10s ea............00074-4825-01 | 324.66 | | | EE |
| (CHILD 22G 2-1/2 NEEDLE) | | | | |
| 10s ea............00074-4826-01 | 324.66 | | | EE |
| (INF 22G 1-1/2 W/O MANO) | | | | |
| 10s ea............00074-4962-01 | 204.61 | | | |
| 10s ea............00074-4963-01 | 209.71 | | | EE |
| (INFANT 22G 1-1/2 NEEDLE) | | | | |
| 10s ea............00074-4827-01 | 314.09 | | | EE |
| **LUMINAL SODIUM** (Sanofi Winthrop) | | | | |
| phenobarbital | | | | |
| INJ, IJ (AMP) | | | | |
| 130 mg/ml, | | | | |
| 1 ml 100s, C-IV.....00024-1171-06 | 318.16 | | | |
| **LUPRON** (Tap) | | | | |
| leuprolide acetate | | | | |
| KIT, IJ (2 WEEK ADMINISTRATION) | | | | |
| 5 mg/ml, ea........00300-3626-28 | 267.50 | | | |
| (6 PAK) | | | | |
| 5 mg/ml, 6s ea.....00300-3626-24 | 1605.00 | | | |
| **LUPRON DEPOT** (Tap) | | | | |
| leuprolide acetate | | | | |
| PDI, IJ, 3.75 mg, ea.....00300-3639-01 | 381.88 | | | |
| 6s ea.............00300-3639-06 | 2291.25 | | | |
| 7.5 mg, ea........00300-3629-01 | 477.50 | | | |
| 6s ea.............00300-3629-06 | 2865.00 | | | |
| **LUPRON DEPOT-PED** (Tap) | | | | |
| leuprolide acetate | | | | |
| KIT, IJ, 7.5 mg, ea.....00300-2106-01 | 477.50 | | | |
| 7.5 mg and 3.75 mg, ea..00300-2270-01 | 859.38 | | | |
| 7.5 mg and 7.5 mg, ea..00300-2437-01 | 955.00 | | | |
| **LURIDE** (Colgate Oral) | | | | |
| sodium fluoride | | | | |
| CTB, PO, 0.25 mg, | | | | |
| 120s ea..........00126-0186-21 | 5.83 | | | EE |
| (GRAPE) | | | | |
| 0.5 mg, 120s ea....00126-0014-21 | 5.83 | | | EE |
| 1200s ea.........00126-0014-81 | 31.19 | | | EE |
| 1 mg, 120s ea.....00126-0143-21 | 7.11 | | | EE |
| (CHERRY) | | | | |
| 1 mg, 120s ea.....00126-0006-21 | 7.11 | | | |
| (ASSOR) | | | | |
| 1 mg, 1000s ea....00126-0143-10 | 31.19 | | | EE |
| (CHERRY) | | | | |
| 1 mg, 1000s ea....00126-0006-10 | 31.19 | | | EE |
| GTT, PO (W/DROPPER) | | | | |
| 0.125 mg/drp, | | | | |
| 50 ml............00126-0002-62 | 8.70 | | | |
| (Allscripts) REPACK | | | | |
| CTB, PO, 0.25 mg, | | | | |
| 120s ea..........54569-1254-00 | 5.83 | | | |
| 0.5 mg, 120s ea....54569-2142-00 | 5.83 | | | |
| 1 mg, 120s ea.....54569-1735-00 | 7.11 | | | |
| **LURIDE SF** (Colgate Oral) | | | | |
| sodium fluoride | | | | |
| CTB, PO (SPECIAL FORMULA) | | | | |
| 1 mg, 120s ea.....00126-0007-21 | 7.11 | | | EE |
| **LUTREPULSE** (Ferring) | | | | |
| gonadorelin acetate | | | | |
| KIT, IJ, 0.8 mg, ea .....55566-7208-05 | 271.14 | 225.95 | | |
| 3.2 mg, ea........55566-7232-05 | 551.94 | 459.95 | | |
| PDI, IJ, 0.8 mg, ea ....55566-7208-00 | 139.14 | 115.95 | | |
| 3.2 mg, ea........55566-7232-00 | 419.94 | 349.95 | | |
| **LUTREPULSE PROGRAMMABLE PUMP** (Ferring) | | | | |
| device | | | | |
| DEV, ea..........55566-7210-00 | 2220.00 | 1850.00 | | |
| **LUTREPULSE PUMP ELASTIC BELT** (Ferring) | | | | |
| device | | | | |
| DEV, ea..........55566-7225-00 | 29.94 | 24.95 | | |
| **LUTREPULSE PUMP EXTENSION** (Ferring) | | | | |
| catheter | | | | |
| CAT, ea..........55566-7220-00 | 35.94 | 29.95 | | |
| **LUTREPULSE PUMP RESERVOIR** (Ferring) | | | | |
| catheter | | | | |
| CAT, ea..........55566-7215-00 | 59.94 | 49.95 | | |
| **LUVOX** (Solvay) | | | | |
| fluvoxamine maleate | | | | |
| TAB, PO, 50 mg, 100s ea..00032-4205-01 | 183.68 | | | |
| 100s ea UD.......00032-4205-11 | 183.68 | | | |
| 100 mg, 100s ea...00032-4210-01 | 188.95 | | | |
| 100s ea UD.......00032-4210-11 | 188.95 | | | |
| **LYCOPODIUM** (A-A Spectrum) | | | | |
| POW, 125 gm......49452-4140-01 | 14.50 | 10.90 | | |
| 500 gm..........49452-4140-02 | 49.25 | 34.85 | | |
| (Amend) | | | | |
| POW, 25 gm......17137-0335-02 | 5.60 | | | |
| 120 gm..........17137-0335-04 | 10.00 | | | |
| 454 gm..........17137-0335-01 | 37.10 | | | |
| **LYMPHAZURIN** (Hirsch) | | | | |
| isosulfan blue | | | | |
| INJ, IJ (VIAL) | | | | |
| 10 mg/ml, 5 ml 6s....50673-0250-21 | 210.00 | | | |
| **LYMPHOCYTE IMMUNE GLOBULIN** | | | | |
| (Upjohn) See ATGAM | | | | |
| **LYPHOCIN** (Fujisawa) | | | | |
| vancomycin hydrochloride | | | | |
| PDI, IJ (10 ML,LYOPH) | | | | |
| 500 mg, ea.......00469-2210-30 | 10.97 | 8.25 | AP | |
| (S.D.V.,20ML,LYOPH) | | | | |
| 1 gm, ea.........00469-2840-40 | 20.35 | 15.30 | AP | |
| (100 ML,LYOPH) | | | | |
| 5 gm, ea.........00469-2951-00 | 112.39 | 84.50 | AP | |
| **LYPHOLYTE** (Fujisawa) | | | | |
| elect/min, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 20 ml...........00469-0900-40 | 6.60 | 4.96 | AP | |
| 40 ml...........00469-0900-60 | 12.70 | 9.55 | AP | |
| (MAXIVIAL) | | | | |
| 100 ml..........00469-0901-00 | 29.86 | 22.45 | AP | |
| 200 ml..........00469-0902-00 | 53.13 | 39.95 | AP | |
| **LYPHOLYTE II** (Fujisawa) | | | | |
| elect/min, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 20 ml...........00469-1460-40 | 5.51 | 4.14 | AP | |
| 40 ml...........00469-1460-60 | 11.17 | 8.40 | AP | |
| (MAXIVIAL) | | | | |
| 100 ml..........00469-1461-00 | 24.41 | 18.35 | AP | |
| 200 ml..........00469-1462-00 | 41.83 | 31.45 | AP | |
| **LYPRESSIN** | | | | |
| (Sandoz Pharm) See DIAPID | | | | |
| **LYSINE** (A-A Spectrum) | | | | |
| POW, 25 gm.......49452-4161-01 | 21.10 | 18.95 | | |
| 100 gm..........49452-4161-02 | 61.55 | 55.40 | | |
| (Gallipot) | | | | |
| POW, 100 gm......51552-0300-99 | 11.33 | | | |
| (Lorann Oil) | | | | |
| CRY, 454 gm......23535-6080-10 | 12.25 | | | |
| 2270 gm.........23535-1300-00 | 60.50 | | | |
| 4540 gm.........23535-1400-00 | 110.00 | | | |
| **LYSINE ACETATE** (A-A Spectrum) | | | | |
| POW, (U.S.P.) | | | | |
| 25 gm...........49452-4163-01 | 15.85 | 14.30 | | |
| 100 gm..........49452-4163-02 | 34.90 | 31.45 | | |
| 1000 gm.........49452-4163-03 | 209.40 | 188.50 | | |
| **LYSINE HYDROCHLORIDE** (A-A Spectrum) | | | | |
| POW, 100 gm......49452-4160-01 | 9.85 | 7.90 | | |
| (F.C.C.) | | | | |
| 100 gm..........49452-4159-01 | 10.85 | 9.80 | | |
| (U.S.P.) | | | | |
| 100 gm..........49452-4158-01 | 11.85 | 10.70 | | |
| 1000 gm.........49452-4160-02 | 32.80 | 29.50 | | |
| (F.C.C.) | | | | |
| 1000 gm.........49452-4159-02 | 36.10 | 32.50 | | |
| (U.S.P.) | | | | |
| 1000 gm.........49452-4158-02 | 39.40 | 35.50 | | |
| 5000 gm.........49452-4160-03 | 110.00 | 99.00 | | |
| (F.C.C.) | | | | |
| 5000 gm.........49452-4159-03 | 121.00 | 108.90 | | |
| (U.S.P.) | | | | |
| 5000 gm.........49452-4158-03 | 132.00 | 118.80 | | |
| (Amend) | | | | |
| POW, (U.S.P./F.C.C.) | | | | |
| 125 gm..........17137-0336-04 | 7.70 | | | |
| 500 gm..........17137-0336-01 | 15.05 | | | |
| 2270 gm.........17137-0336-05 | 56.00 | | | |
| 11350 gm........17137-0336-08 | 250.00 | | | |
| **LYSIPLEX** (Kramer Dist) | | | | |
| folic acid/niacin/vit b comp/zn sulf | | | | |
| SYR, PO, 180 ml...52083-0841-06 | 9.00 | | | |
| TAB, PO, 30s ea...52083-0840-30 | 9.00 | | | |
| **LYSODREN** (Bristol-Myer Onc/Hiv) | | | | |
| mitotane | | | | |
| TAB, PO, 500 mg, 100s ea.00015-3080-60 | 204.68 | | | |
| **M-END** (McNeil,R.A.) | | | | |
| cpm/hydrocodone/pseudoeph | | | | |
| LIQ, PO, 2 mg-2.5 mg-30 mg/5 ml, | | | | |
| 480 ml, C-III.....12830-0722-16 | 14.80 | | | |
| **M-HIST** (McNeil,R.A.) | | | | |
| bromphen/pseudoeph | | | | |
| CER, PO, 12 mg-120 mg, | | | | |
| 100s ea..........12830-0200-01 | 23.86 | | | |
| (Cheshire) REPACK | | | | |
| CER, PO, 12 mg-120 mg, | | | | |
| 15s ea..........55175-2761-05 | 9.09 | | | |
| **M-M-R II** (Merck) | | | | |
| measles/mumps/rubella vaccine | | | | |
| INJ, IJ, 1 ml.....00006-4749-00 | 31.04 | 24.83 | | |
| (VIAL) | | | | |
| 1 ml 10s.........00006-4681-00 | 267.91 | 214.33 | | |
| **M-PHEN** (McNeil,R.A.) | | | | |
| codeine/phenyleph/prometh | | | | |
| SYR, PO, 10 mg-5 mg-6.25 mg/5 ml, | | | | |
| 480 ml, C-V......12830-0656-02 | 11.90 | | | EE |
| **M-R-VAX II** (Merck) | | | | |
| rubeola/rubella vaccine | | | | |
| INJ, IJ (VIAL) | | | | |
| 1 ml.............00006-4751-00 | 21.33 | 17.06 | | |
| 1 ml 10s.........00006-4677-00 | 175.65 | 140.52 | | |
| **M-TRACE "TM" 4** (UDL) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 10 ml 25s........51079-0712-45 | 41.36 | 33.08 | | |
| **M-TRACE "TM" 4 CONCENTRATED** (UDL) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 1 ml 25s.........51079-0713-45 | 35.46 | 28.65 | | |
| (M.D.V.) | | | | |
| 10 ml 25s........51079-0714-45 | 55.25 | 44.39 | | |
| **M-TRACE "TM" 5** (UDL) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 10 ml 25s........51079-0715-45 | 61.17 | 49.32 | | |
| **M-TRACE "TM" 5 CONCENTRATED** (UDL) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 1 ml 25s.........51079-0716-45 | 55.65 | 44.69 | | |
| **M.T.E.-4** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 3 ml.............00469-8100-31 | 2.39 | 1.80 | AP | |
| 10 ml............00469-8100-30 | 7.90 | 5.94 | AP | |
| (M.D.V.) | | | | |
| 30 ml............00469-8700-50 | 17.22 | 12.95 | AP | |
| **M.T.E.-4 CONCENTRATED** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 1 ml.............00469-9400-00 | 2.74 | 2.06 | AP | |
| (M.D.V.) | | | | |
| 10 ml............00469-9800-30 | 17.96 | 13.50 | AP | |
| **M.T.E.-5** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 10 ml............00469-2900-30 | 25.94 | 19.50 | AP | |
| (S.D.V.) | | | | |
| 10 ml............00469-1800-30 | 16.96 | 12.75 | AP | |
| **M.T.E.-5 CONCENTRATED** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 1 ml.............00469-2800-00 | 3.50 | 2.63 | AP | |
| **M.T.E.-6** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 10 ml............00469-3600-30 | 31.12 | 23.40 | AP | |
| 10 ml............00469-2000-30 | 19.76 | 14.86 | AP | |
| **M.T.E.-6 CONCENTRATED** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 1 ml.............00469-2200-00 | 4.67 | 3.51 | AP | |
| **M.T.E.-7** (Fujisawa) | | | | |
| minerals, multi | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 10 ml............00469-1400-30 | 23.02 | 17.31 | AP | |



PALISADES PHARMACEUTICALS, INC.
(800) 237-9083



YOCON® Rx
Yohimbine HCl

5.4 mg Tablet
Blister-Paks of 30's, bottles of 100's and 1000's
Available through your wholesaler

Electronic Drug Pricing and Clinical Information
RED BOOK
Database Services - (800) 722-3062

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **NATURETIN-5** (Apothecon) | | | | |
| bendroflumethiazide | | | | |
| TAB, PO, 5 mg, 100s ea | 00003-0606-50 | 77.28 | 67.79 | |
| **NAVANE** (Roerig) | | | | |
| thiothixene | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| CAP, PO, 1 mg, 100s ea | 00049-5710-66 | 38.03 | 32.02 | AB |
| 2 mg, 100s ea | 00049-5720-66 | 51.28 | 43.17 | AB |
| 1000s ea | 00049-5720-82 | 456.14 | 384.11 | AB |
| 5 mg, 100s ea | 00049-5730-66 | 80.18 | 67.51 | AB |
| 1000s ea | 00049-5730-82 | 712.70 | 600.17 | AB |
| 10 mg, 100s ea | 00049-5740-66 | 110.49 | 93.05 | AB |
| 1000s ea | 00049-5740-82 | 983.47 | 828.19 | AB |
| 20 mg, 100s ea | 00049-5770-66 | 155.04 | 130.56 | AB |
| 100s ea UD | 00049-5770-41 | 170.46 | 143.55 | AB |
| 500s ea | 00049-5770-73 | 692.81 | 583.42 | AB |
| **NAVANE** (Roerig) | | | | |
| thiothixene hydrochloride | | | | |
| CNT, PO, 5 mg/ml, 120 ml | 00049-5750-47 | 81.80 | 68.88 | AA |
| PDI, IJ, 10 mg, ea | 00049-5765-83 | 35.35 | 29.77 | |
| **NAVELBINE** (Burr Wellcome) | | | | |
| vinorelbine tartrate | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 10 mg/ml, 1 ml | 00081-0656-01 | 46.88 | | |
| 5 ml | 00081-0656-44 | 234.38 | | |
| **NAVOGAN** (Intl Ethical) | | | | |
| benzo/trimethobenzamide | | | | |
| SUP, RC, 2%-100 mg, | | | | |
| 10s ea | 11584-0421-01 | 10.07 | | |
| **ND CLEAR** (Seatrace) | | | | |
| cpm/pseudoeph | | | | |
| CER, PO, 8 mg-120 mg, | | | | |
| 100s ea | 00551-0147-01 | 24.85 | | |
| **ND-STAT** (Hyrex) | | | | |
| brompheniramine maleate | | | | |
| INJ, IJ (VIAL) | | | | |
| 10 mg/ml, 10 ml | 00314-2236-70 | 7.50 | | AP |
| **NEATSFOOT OIL** (A-A Spectrum) | | | | |
| OIL, 500 ml | 49452-4820-01 | 7.50 | 6.25 | |
| 4000 ml | 49452-4820-02 | 32.80 | 27.80 | |
| (Amend) | | | | |
| OIL, 480 ml | 17137-0738-01 | 6.30 | | |
| 3840 ml | 17137-0738-06 | 27.00 | | |
| 19200 ml | 17137-0738-08 | 100.00 | | |
| (Amer Drug) | | | | |
| OIL, 120 ml | 00714-0096-04 | 20.38 | | |
| 480 ml | 00714-0096-16 | 3.58 | | |
| **NEBCIN** (Lilly) | | | | |
| tobramycin sulfate | | | | |
| INJ, IJ (HYPORETS) | | | | |
| 40 mg/ml, | | | | |
| 1.5 ml 24s | 00002-0509-24 | 169.06 | | EE |
| (M.D.V.) | | | | |
| 40 mg/ml, 2 ml | 00002-1499-01 | 7.28 | | AP |
| (HYPORETS) | | | | |
| 40 mg/ml, 2 ml 24s | 00002-0503-24 | 189.22 | | EE |
| (M.D.V.) | | | | |
| 40 mg/ml, 2 ml 25s | 00002-1499-25 | 182.11 | | AP |
| 30 ml 6s | 00002-7090-16 | 655.59 | | AP |
| PDI, IJ (ADD-VANTAGE) | | | | |
| 60 mg, 25s ea | 00002-7293-25 | 173.11 | | AP |
| 80 mg, 25s ea | 00002-7294-25 | 194.11 | | AP |
| (BULK VIAL) | | | | |
| 1.2 gm, 6s ea | 00002-7040-16 | 655.59 | | AP |
| **NEBCIN PEDIATRIC** (Lilly) | | | | |
| tobramycin sulfate | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 10 mg/ml, 2 ml | 00002-0501-01 | 3.65 | | AP |
| **NEBUPENT** (Fujisawa) | | | | |
| pentamidine isethionate | | | | |
| SOL, IH, 300 mg, 15 ml | 57317-0210-06 | 98.75 | 79.00 | EE |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **NOW AVAILABLE** — INHALER TILADE DOUBLE PACK (NEDOCROMIL SODIUM INHALATION AEROSOL) | | | | |
| **NEDOCROMIL SODIUM** | | | | |
| (Fisons Presc) See TILADE | | | | |
| **NEFAZODONE HYDROCHLORIDE** | | | | |
| (B/M Squibb U.S. Phar) See SERZONE | | | | |
| **NEGGRAM** (Sanofi Winthrop) | | | | |
| nalidixic acid | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| SUS, PO, 250 mg/5 ml, | | | | |
| 480 ml | 00024-1318-06 | 110.01 | | AB |
| TAB, PO, 250 mg, 56s ea | 00024-1321-03 | 42.78 | | AB |
| 500 mg, 56s ea | 00024-1322-03 | 70.65 | | AB |
| 500s ea | 00024-1322-06 | 616.72 | | AB |
| 1 gm, 100s ea | 00024-1323-04 | 190.39 | | AB |
| **NELOVA 0.5/35** (Warner Chilcott) | | | | |
| ethinyl estradiol/norethin | | | | |
| TAB, PO (6X28) | | | | |
| 35 mcg-0.5 mg, | | | | |
| 168s ea | 00047-0926-35 | 83.81 | | AB |
| **NELOVA 1/35** (Warner Chilcott) | | | | |
| ethinyl estradiol/norethin | | | | |
| TAB, PO (6X21) | | | | |
| 35 mcg-1 mg, | | | | |
| 126s ea | 00047-0930-11 | 74.30 | | AB |
| (6X28) | | | | |
| 35 mcg-1 mg, | | | | |
| 168s ea | 00047-0927-35 | 74.74 | | AB |
| **NELOVA 1/50 M** (Warner Chilcott) | | | | |
| mestranol/norethin | | | | |
| TAB, PO (6X21) | | | | |
| 0.05 mg-1 mg, | | | | |
| 126s ea | 00047-0942-11 | 74.30 | | AB |
| 168s ea | 00047-0947-35 | 74.74 | | AB |
| **NELOVA 10/11** (Warner Chilcott) | | | | |
| ethinyl estradiol/norethin | | | | |
| TAB, PO (28 DAY-6X28) | | | | |
| 35 mcg-0.5 mg and 1 mg, | | | | |
| 168s ea | 00047-0944-35 | 83.81 | | AB |
| **NEMBUTAL** (Abbott Pharm) | | | | |
| pentobarbital sodium | | | | |
| ELI, PO, 18.2 mg/5 ml, | | | | |
| 480 ml, C-II | 00074-3142-01 | 62.31 | 52.47 | EE |
| **NEMBUTAL SODIUM** (Abbott Pharm) | | | | |
| pentobarbital sodium | | | | |
| CAP, PO, 50 mg, | | | | |
| 100s ea, C-II | 00074-3150-11 | 32.06 | 27.00 | AA |
| 100 mg, | | | | |
| 100s ea, C-II | 00074-3114-01 | 50.20 | 42.27 | AA |
| (10X10) | | | | |
| 100 mg, | | | | |
| 100s ea UD, C-II | 00074-3114-21 | 54.71 | 43.77 | AA |
| 500s ea, C-II | 00074-3114-02 | 243.45 | 205.01 | AA |
| INJ, IJ (AMP) | | | | |
| 50 mg/ml, | | | | |
| 2 ml 25s, C-II | 00074-6899-04 | 59.21 | 47.37 | AP |
| (VIAL) | | | | |
| 50 mg/ml, | | | | |
| 20 ml, C-II | 00074-3778-04 | 11.73 | 9.38 | AP |
| 50 ml, C-II | 00074-3778-05 | 21.86 | 17.49 | AP |
| SUP, RC, 30 mg, | | | | |
| 12s ea, C-III | 00074-3272-01 | 39.90 | 33.60 | EE |
| 60 mg, | | | | |
| 12s ea, C-III | 00074-3148-01 | 46.83 | 39.43 | EE |
| 120 mg, | | | | |
| 12s ea, C-III | 00074-3145-01 | 52.21 | 43.97 | EE |
| 200 mg, | | | | |
| 12s ea, C-III | 00074-3164-01 | 64.19 | 54.05 | EE |
| **NEO DEXAIR** (Major) | | | | |
| dexameth sod phos/neo sulf | | | | |
| GTT, OP, 1 mg-3.5 mg/ml, | | | | |
| 5 ml | 00904-3007-05 | 8.95 | | AT |
| **NEO SULF/POLYMYX** | | | | |
| (Burr Wellcome) See NEOSPORIN G.U. IRRIGANT | | | | |
| (Ocusoft) See NEOCIN-PG | | | | |
| (Schein) | | | | |
| SOL, IR (AMP) | | | | |
| 40 mg/ml-200,000 u/ml, | | | | |
| 1 ml 25s | 00364-2190-41 | 69.50 | | AT |
| (VIAL) | | | | |
| 40 mg/ml-200,000 u/ml, | | | | |
| 20 ml | 00364-2191-55 | 36.15 | | AT |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Steris) | | | | |
| SOL, IR (UROLOGIC) | | | | |
| 40 mg/ml-200,000 u/ml, | | | | |
| 1 ml | 00402-0801-81 | 2.78 | | AT |
| **NEO SULF/POLYMYX/PREDNIS ACE** | | | | |
| (Allergan Inc) See POLY PRED | | | | |
| **NEO-CORTEF** (Upjohn) | | | | |
| hc ace/neo sulf | | | | |
| OIN, TP, 1%-0.5%, 20 gm | 00009-0622-02 | 21.33 | 17.06 | |
| **NEO-DECADRON** (Merck) | | | | |
| dexameth sod phos/neo sulf | | | | |
| OIN, OP, 0.5 mg-3.5 mg/gm, | | | | |
| 3.5 gm | 00006-7617-04 | 6.15 | 4.92 | |
| (Cheshire) REPACK | | | | |
| OIN, OP, 0.5 mg-3.5 mg/gm, | | | | |
| 3.5 gm | 55175-0575-01 | 11.97 | | |
| **NEO-DECADRON CREAM** (Merck) | | | | |
| dexameth sod phos/neo sulf | | | | |
| CRE, TP, 1 mg-3.5 mg/gm, | | | | |
| 15 gm | 00006-7607-12 | 11.39 | 9.11 | EE |
| 30 gm | 00006-7607-24 | 17.04 | 13.63 | EE |
| **NEO-DECADRON OCUMETER** (Merck) | | | | |
| dexameth sod phos/neo sulf | | | | |
| GTT, OP, 1 mg-3.5 mg/ml, | | | | |
| 5 ml | 00006-7639-03 | 15.09 | 12.07 | AT |
| **NEO-DEX** (Qualitest) | | | | |
| dexameth sod phos/neo sulf | | | | |
| GTT, OP, 1 mg-3.5 mg/ml, | | | | |
| 5 ml | 00603-7204-37 | 8.50 | | AT |
| **NEO-DEXAIR** (Cheshire) REPACK | | | | |
| dexameth sod phos/neo sulf | | | | |
| GTT, OP, 1 mg-3.5 mg/ml, | | | | |
| 5 ml | 55175-1789-05 | 9.75 | | EE |
| **NEO-FORTE** (Advanced Nutr) | | | | |
| vitamin, prenatal | | | | |
| CAP, PO, 30s ea | 10888-1700-01 | 9.43 | | |
| 60s ea | 10888-1700-03 | 13.80 | | |
| **NEO-MEDROL ACETATE** (Upjohn) | | | | |
| methylpred ace/neo sulf | | | | |
| OIN, TP, 0.25%-1%, 30 gm | 00009-0888-02 | 17.08 | 13.66 | |
| **NEO-SYNEPHRINE** (Sanofi Winthrop) | | | | |
| phenylephrine hydrochloride | | | | |
| GTT, OP, 2.5%, 15 ml | 00024-1358-01 | 20.01 | | |
| 10%, 5 ml | 00024-1359-01 | 19.13 | | |
| INJ, IJ (AMP) | | | | |
| 10 mg/ml, 1 ml 25s | 00024-1342-04 | 192.95 | | |
| (CARPUJECT) | | | | |
| 10 mg/ml, 2 ml 50s | 00024-1340-02 | 113.56 | | |
| **NEO-SYNEPHRINE VISCOUS** (Sanofi Winthrop) | | | | |
| phenylephrine hydrochloride | | | | |
| GTT, OP, 10%, 5 ml | 00024-1362-01 | 18.56 | | |
| **NEOCIDIN** (Major) | | | | |
| gramicid/neo sulf/polymyx | | | | |
| GTT, OP, 10 ml | 00904-3016-10 | 4.50 | | AT |
| **NEOCIN-PG** (Ocusoft) | | | | |
| neo sulf/polymyx | | | | |
| GTT, OP, 40 mg/ml-200,000 u/ml, | | | | |
| 10 ml | 54799-0511-05 | 6.35 | | AT |
| **NEODEX** (Logen) | | | | |
| dexameth sod phos/neo sulf | | | | |
| GTT, OP, 1 mg-3.5 mg/ml, | | | | |
| 5 ml | 00820-0111-22 | 6.45 | | EE |
| **NEOFRIN** (Ocusoft) | | | | |
| phenylephrine hydrochloride | | | | |
| GTT, OP, 2.5%, 2 ml | 54799-0530-02 | 3.70 | | |
| 15 ml | 54799-0530-15 | 5.55 | | |
| 10%, 5 ml | 54799-0531-05 | 5.55 | | |
| **NEOLUS HYPODERMIC NEEDLES** (Terumo) | | | | |
| hypodermic needles/syringes | | | | |
| NDL, (18G X 1" T.W.) | | | | |
| 100s ea | 08970-6000-11 | 8.10 | | |
| (18GX1-1/2" T.W.) | | | | |
| 100s ea | 08970-6000-21 | 8.10 | | |
| (19G X 1" T.W.) | | | | |
| 100s ea | 08970-6000-31 | 8.10 | | |
| (19GX1-1/2" T.W.) | | | | |
| 100s ea | 08970-6000-41 | 8.10 | | |
| (20G X 1" U.T.W.) | | | | |
| 100s ea | 08970-6000-51 | 8.10 | | |
| (20GX1-1/2" U.T.W.) | | | | |
| 100s ea | 08970-6000-61 | 8.10 | | |
| (21G X 1" U.T.W.) | | | | |
| 100s ea | 08970-6000-70 | 8.10 | | |

Recommend **SENOKOT® Laxatives** When the Rx May Constipate — PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Goldline)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00182-0276-70 | 2.16 | | AA |
| 200 ml | 00182-0276-73 | 3.34 | | AA |
| 250 mg/5 ml, | | | | |
| 100 ml | 00182-0308-70 | 2.95 | | AA |
| 200 ml | 00182-0308-73 | 5.07 | | AA |
| **(Interstate)** | | | | |
| TAB, PO, 250 mg, 100s ea | 00814-5866-14 | 5.25 | | EE |
| 100s ea | 00814-5863-14 | 5.25 | | EE |
| 1000s ea | 00814-5866-30 | 42.00 | | EE |
| 500 mg, 100s ea | 00814-5871-14 | 9.75 | | EE |
| 100s ea | 00814-5871-14 | 9.75 | | EE |
| 1000s ea | 00814-5871-30 | 89.93 | | EE |
| 1000s ea | 00814-5870-30 | 89.93 | | EE |
| **(Lederle Std Prod)** See LEDERCILLIN VK | | | | |
| **(Lilly)** See V-CILLIN K | | | | |
| **(Major)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00904-4001-04 | 2.16 | | AA |
| 200 ml | 00904-4001-08 | 3.34 | | AA |
| 250 mg/5 ml, | | | | |
| 100 ml | 00904-4004-04 | 2.95 | | AA |
| 200 ml | 00904-4004-08 | 5.07 | | AA |
| TAB, PO, 250 mg, 100s ea | 00904-2450-60 | 5.50 | | AB |
| 1000s ea | 00904-2450-80 | 43.00 | | AB |
| 500 mg, 100s ea | 00904-2452-60 | 9.90 | | AB |
| 100s ea | 00904-2451-60 | 9.90 | | AB |
| 1000s ea | 00904-2452-80 | 81.00 | | AB |
| 1000s ea | 00904-2451-80 | 84.54 | | AB |
| **(Mason Dist)** | | | | |
| TAB, PO, 250 mg, | | | | |
| 1000s ea | 11845-0463-04 | 45.36 | | AB |
| 1000s ea | 11845-0465-04 | 45.36 | | AB |
| 500 mg, 1000s ea | 11845-0464-04 | 84.33 | | AB |
| 1000s ea | 11845-0466-04 | 84.33 | | AB |
| **(Med-Derm)** | | | | |
| TAB, PO, 250 mg, | | | | |
| 1000s ea | 45565-0031-03 | 29.27 | | EE |
| 500 mg, 100s ea | 45565-0032-01 | 7.60 | | EE |
| **(Moore, H.L.)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00839-5189-73 | 1.74 | 1.29 | AA |
| 250 mg/5 ml, | | | | |
| 100 ml | 00839-5190-73 | 2.15 | 1.59 | AA |
| 200 ml | 00839-5190-23 | 3.09 | 2.29 | AA |
| TAB, PO, 250 mg, 100s ea | 00839-5188-06 | 7.36 | 5.45 | AB |
| 100s ea | 00839-5187-06 | 7.36 | 5.45 | AB |
| 1000s ea | 00839-5188-16 | 53.45 | 39.59 | AB |
| 1000s ea | 00839-5187-16 | 53.45 | 39.59 | AB |
| 500 mg, 100s ea | 00839-6393-06 | 11.68 | 8.65 | AB |
| 100s ea | 00839-1766-06 | 11.68 | 8.65 | AB |
| 1000s ea | 00839-1766-16 | 67.76 | 50.19 | AB |

**Penicillin V Potassium Tablets, USP** — MYLAN

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Mylan)** | | | | |
| TAB, PO, 250 mg, 100s ea | 00378-0111-01 | 8.15 | | AB |
| 100s ea | 00378-0195-01 | 8.15 | | AB |
| 1000s ea | 00378-0111-10 | 59.50 | | AB |
| 1000s ea | 00378-0195-10 | 59.50 | | AB |
| 500 mg, 100s ea | 00378-0198-01 | 15.35 | | AB |
| 100s ea | 00378-0112-01 | 15.35 | | AB |
| 1000s ea | 00378-0198-10 | 97.50 | | AB |
| 1000s ea | 00378-0112-10 | 97.50 | | AB |
| **(Pharm Corp/America)** | | | | |
| TAB, PO, 250 mg, 20s ea | 51655-0009-52 | 2.45 | | EE |
| 40s ea | 51655-0009-51 | 3.45 | | EE |
| 500 mg, 20s ea | 51655-0010-52 | 4.10 | | EE |
| 40s ea | 51655-0010-51 | 5.40 | | EE |
| **(Phys Formlry)** | | | | |
| TAB, PO, 250 mg, 28s ea | 53261-0547-28 | 2.35 | | EE |
| 40s ea | 53261-0547-40 | 2.90 | | EE |
| 500 mg, 28s ea | 53261-0597-28 | 3.25 | | EE |
| 40s ea | 53261-0597-40 | 4.38 | | EE |
| **(Qualitest)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00603-6605-64 | 2.28 | | AB |
| 200 ml | 00603-6605-68 | 3.34 | | AB |
| 250 mg/5 ml, | | | | |
| 100 ml | 00603-6606-64 | 3.08 | | AB |
| 200 ml | 00603-6606-68 | 5.07 | | AB |
| TAB, PO, 250 mg, | | | | |
| 1000s ea | 00603-5067-32 | 59.10 | | AB |
| 500 mg, 100s ea | 00603-5068-21 | 15.33 | | AB |
| **(Rugby)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00536-2540-82 | 1.56 | | AA |
| 200 ml | 00536-2540-84 | 2.25 | | AA |
| 250 mg/5 ml, | | | | |
| 100 ml | 00536-2560-82 | 1.94 | | AA |
| 200 ml | 00536-2560-84 | 3.12 | | AA |
| TAB, PO, 250 mg, 100s ea | 00536-2520-01 | 5.78 | | AB |
| 100s ea | 00536-2527-01 | 5.78 | | AB |
| 1000s ea | 00536-2520-10 | 39.60 | | AB |
| 1000s ea | 00536-2527-10 | 39.60 | | AB |
| 500 mg, 100s ea | 00536-2530-01 | 9.50 | | AB |
| 100s ea | 00536-2537-01 | 9.50 | | AB |
| 1000s ea | 00536-2530-10 | 63.69 | | AB |
| 1000s ea | 00536-2537-10 | 63.69 | | AB |
| **(SK Beecham Pharm)** See BEEPEN-VK | | | | |
| **(Schein)** | | | | |
| PDR, PO, 250 mg/5 ml, | | | | |
| 100 ml | 00364-2024-61 | 2.48 | | AA |
| 200 ml | 00364-2024-63 | 4.06 | | AA |
| TAB, PO, 250 mg, 100s ea | 00364-2021-01 | 5.78 | | AB |
| 1000s ea | 00364-2021-02 | 45.78 | | AB |
| 500 mg, 100s ea | 00364-2058-01 | 9.63 | | AB |
| 1000s ea | 00364-2058-02 | 89.93 | | AB |
| 1000s ea | 00364-2022-02 | 82.50 | | AB |
| **(Southwood)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 58016-1026-01 | 4.70 | | EE |
| 200 ml | 58016-1027-01 | 6.22 | | EE |
| 250 mg/5 ml, | | | | |
| 100 ml | 58016-1028-01 | 5.25 | | EE |
| 200 ml | 58016-1029-01 | 7.70 | | EE |
| TAB, PO, 250 mg, 10s ea | 58016-0146-10 | 3.41 | | EE |
| 12s ea | 58016-0146-12 | 3.69 | | EE |
| 16s ea | 58016-0146-16 | 4.39 | | EE |
| 20s ea | 58016-0146-20 | 4.39 | | EE |
| 21s ea | 58016-0146-21 | 4.52 | | EE |
| 24s ea | 58016-0146-24 | 4.76 | | EE |
| 28s ea | 58016-0146-28 | 5.05 | | EE |
| 30s ea | 58016-0146-30 | 5.13 | | EE |
| 40s ea | 58016-0146-40 | 5.75 | | EE |
| 500 mg, 6s ea | 58016-0147-06 | 3.20 | | EE |
| 10s ea | 58016-0147-10 | 3.69 | | EE |
| 12s ea | 58016-0147-12 | 4.19 | | EE |
| 15s ea | 58016-0147-15 | 4.74 | | EE |
| 16s ea | 58016-0147-16 | 4.93 | | EE |
| 20s ea | 58016-0147-20 | 5.64 | | EE |
| 24s ea | 58016-0147-24 | 6.32 | | EE |
| 28s ea | 58016-0147-28 | 7.02 | | EE |
| 30s ea | 58016-0147-30 | 7.31 | | EE |
| 40s ea | 58016-0147-40 | 8.78 | | EE |
| 50s ea | 58016-0147-50 | 9.95 | | EE |
| 60s ea | 58016-0147-60 | 11.66 | | EE |
| **(Truxton)** See TRUXCILLIN VK | | | | |
| **(UDL)** | | | | |
| TAB, PO (10X10) | | | | |
| 250 mg, 100s ea UD | 51079-0615-20 | 12.60 | 9.90 | AB |
| 500 mg, 100s ea UD | 51079-0616-20 | 24.60 | 17.60 | AB |
| **(URL)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00677-0109-27 | 2.04 | | AA |
| 200 ml | 00677-0109-29 | 3.03 | | AA |
| 250 mg/5 ml, | | | | |
| 100 ml | 00677-0110-27 | 2.50 | | AA |
| 200 ml | 00677-0110-29 | 4.30 | | AA |
| TAB, PO, 250 mg, 100s ea | 00677-0411-01 | 7.31 | | AB |
| 100s ea | 00677-0107-01 | 7.31 | | AB |
| 1000s ea | 00677-0411-10 | 58.75 | | AB |
| 1000s ea | 00677-0107-10 | 58.75 | | AB |
| 500 mg, 100s ea | 00677-0576-01 | 12.38 | | AB |
| 100s ea | 00677-0108-01 | 12.38 | | AB |
| 1000s ea | 00677-0576-10 | 87.95 | | AB |
| 1000s ea | 00677-0108-10 | 87.95 | | AB |
| **(Veratex)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 17022-1979-01 | 1.10 | | EE |
| 250 mg/5 ml, | | | | |
| 100 ml | 17022-1987-05 | 1.55 | | EE |
| 200 ml | 17022-1991-07 | 2.50 | | EE |
| TAB, PO, 250 mg, 100s ea | 17022-0324-02 | 3.95 | | EE |
| **(Vita Elixir)** See AORACILLIN B | | | | |
| **(Warner Chilcott)** | | | | |
| PDR, PO, 125 mg/5 ml, | | | | |
| 100 ml | 00047-2449-17 | 2.38 | | AB |
| 200 ml | 00047-2449-20 | 3.47 | | AB |
| 250 mg/5 ml, | | | | |
| 100 ml | 00047-2506-17 | 3.24 | | AB |
| 200 ml | 00047-2506-20 | 5.31 | | AB |
| TAB, PO, 250 mg, 100s ea | 00047-0648-24 | 8.12 | | AB |
| 1000s ea | 00047-0648-32 | 59.47 | | AB |
| 500 mg, 100s ea | 00047-0673-24 | 14.91 | | AB |
| 500s ea | 00047-0673-30 | 59.52 | | AB |
| **(Wyeth-Ayerst)** See PEN-VEE K | | | | |
| **(Med-Pro)** REPACK | | | | |
| TAB, PO, 250 mg, 40s ea | 53978-5042-06 | 2.50 | 1.26 | AB |
| 500 mg, 40s ea | 53978-5055-06 | 4.25 | 2.15 | AB |
| **PENNEEDLE (Novo-Nordisk)** | | | | |
| insulin syringes/needles | | | | |
| NDL, (USE W/NOVOPEN) | | | | |
| 100s ea | 00169-1852-35 | 11.83 | | |
| **PENNY ROYAL OIL (A-A Spectrum)** | | | | |
| OIL, (F.C.C.) | | | | |
| 125 ml | 49452-5054-01 | 36.20 | 32.60 | |
| 500 ml | 49452-5054-02 | 79.60 | 71.65 | |
| **PENTAERYTHRITOL TETRANITRATE** | | | | |
| (Jones Medical) See DUOTRATE-45 | | | | |
| **PENTAGASTRIN** | | | | |
| (Wyeth-Ayerst) See PEPTAVLON | | | | |
| **PENTAM 300 (Fujisawa)** | | | | |
| pentamidine isethionate | | | | |
| PDI, IJ (S.D.V.) | | | | |
| 300 mg, ea | 57317-0211-03 | 98.75 | 79.00 | EE |
| (Abbott Hosp) | | | | |
| PDI, IJ, 300 mg, ea | 00074-4548-01 | 109.17 | | AP |
| (Fujisawa) See NEBUPENT | | | | |
| (Fujisawa) See PENTAM 300 | | | | |
| **PENTASA (Marion Merrell Dow)** | | | | |
| mesalamine | | | | |
| SEE SECTION 4 FOR COLOR PHOTO | | | | |
| CER, PO, 250 mg, 80s ea | 00088-2010-80 | 26.94 | | |
| 240s ea | 00088-2010-46 | 80.82 | | |
| 5000s ea | 00088-2010-90 | 1590.00 | | |
| **PENTASPAN (Du Pont Pharma)** | | | | |
| pentastarch | | | | |
| INJ, IJ, 10%, 500 ml 12s | 00056-0081-95 | 878.40 | | |
| **PENTASTARCH** | | | | |
| (Du Pont Pharma) See PENTASPAN | | | | |
| **PENTAZINE (Century)** | | | | |
| promethazine hydrochloride | | | | |
| INJ, IJ (VIAL) | | | | |
| 50 mg/ml, 10 ml | 00436-0280-70 | 2.60 | | EE |
| SYR, PO, 6.25 mg/5 ml, | | | | |
| 120 ml | 00436-0580-04 | 0.50 | | EE |
| 480 ml | 00436-0580-16 | 1.80 | | EE |
| 3840 ml | 00436-0580-28 | 11.90 | | EE |
| **PENTAZOCINE LACTATE** | | | | |
| (Sanofi Winthrop) See TALWIN LACTATE | | | | |
| **PENTAZOCINE/APAP** | | | | |
| SEE APAP/PENTAZOCINE | | | | |
| **PENTAZOCINE/ASPIRIN** | | | | |
| SEE ASA/PENTAZOCINE | | | | |
| **PENTAZOCINE/NALOXONE** | | | | |
| SEE NALOXONE/PENTAZOCINE | | | | |
| **PENTHRANE (Abbott Hosp)** | | | | |
| methoxyflurane | | | | |
| SOL, IH, 15 ml 20s | 00074-6864-08 | 1643.74 | | |
| 125 ml 4s | 00074-6864-03 | 2049.72 | | |
| **PENTOBARBITAL SODIUM** | | | | |
| (Abbott Pharm) See NEMBUTAL | | | | |
| (Abbott Pharm) See NEMBUTAL SODIUM | | | | |
| (Wyeth-Ayerst) | | | | |
| INJ, IJ (BLUNT POINTE, TAMP-R-TEL) | | | | |
| 50 mg/ml, | | | | |
| 2 ml, C-II | 00008-0303-50 | 25.89 | 20.71 | |
| (TUBEX, 22G X 1-1/4) | | | | |
| 50 mg/ml, | | | | |
| 2 ml 10s, C-II | 00008-0303-02 | 22.14 | 17.71 | AP |
| **PENTOSTATIN** | | | | |
| (Parke-Davis) See NIPENT | | | | |
| **PENTOTHAL (Abbott Hosp)** | | | | |
| thiopental sodium | | | | |
| PDI, IJ (KIT) | | | | |
| 250 mg, | | | | |
| 25s ea, C-III | 00074-3351-01 | 234.83 | | |
| (READY-TO-MIX) | | | | |
| 250 mg, | | | | |
| 25s ea, C-III | 00074-6241-03 | 217.61 | | |
| 25s ea, C-III | 00074-6418-01 | 213.16 | | |

Recommend SENOKOT® Laxatives When the Rx May Constipate — PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (WALLETTE,6X28) | | | | |
| 35 mcg-0.5 mg and 1 mg, | | | | |
| 168s ea............42987-0115-24 | 128.28 | | | EE |
| (INSTIT. USE,24X28) | | | | |
| 35 mcg-0.5 mg and 1 mg, | | | | |
| 672s ea............42987-0115-61 | 543.97 | | | EE |
| **TRI-OTIC** (Pharmics) | | | | |
| chloroxyl/hc/pramoxine | | | | |
| GTT, OT, 1 mg-10 mg-10 mg/ml, | | | | |
| 10 ml............00813-0393-11 | 19.95 | 14.36 | | |
| **TRI-PHEN-CHLR** (Rugby) | | | | |
| cpm/phenyleph/ppa/phenyltol | | | | |
| SYR, PO, 480 ml......00536-2190-85 | 8.93 | | | |
| TER, PO, 100s ea......00536-5655-01 | 9.29 | | | |
| 500s ea............00536-5655-05 | 31.80 | | | |
| 1000s ea...........00536-5655-10 | 45.38 | | | |
| **TRI-PHEN-CHLR PEDIATRIC** (Rugby) | | | | |
| cpm/phenyleph/ppa/phenyltol | | | | |
| GTT, PO, 30 ml.........00536-2195-75 | 10.32 | | | |
| SYR, PO, 480 ml......00536-2180-85 | 9.30 | | | |
| **TRI-PHEN-MINE** (Goldline) | | | | |
| cpm/phenyleph/ppa/phenyltol | | | | |
| GTT, PO, 30 ml.........00182-6123-66 | 12.30 | | | |
| TER, PO, 100s ea......00182-1094-01 | 6.90 | | | |
| 1000s ea..........00182-1094-10 | 57.75 | | | |
| **TRI-PHEN-PYRL HC** (Goldline) | | | | |
| hydrocodone/phenir/phenyleph/ppa/pyril | | | | |
| LIQ, PO, 480 ml, C-III.....00182-0157-40 | 20.00 | | | |
| **TRI-STATIN II** (Rugby) | | | | |
| nystatin/triam acet | | | | |
| CRE, TP, 100,000 u/gm-0.1%, | | | | |
| 15 gm............00536-4910-20 | 3.29 | | | AT |
| 30 gm............00536-4910-28 | 4.80 | | | AT |
| 60 gm............00536-4910-25 | 8.75 | | | AT |
| 120 gm...........00536-4910-31 | 15.15 | | | AT |
| 454 gm...........00536-4910-98 | 59.24 | | | AT |
| OIN, TP, 100,000 u/gm-0.1%, | | | | |
| 15 gm............00536-4920-20 | 3.53 | | | AT |
| 30 gm............00536-4920-28 | 6.75 | | | AT |
| 60 gm............00536-4920-25 | 12.90 | | | AT |
| **TRI-TANNATE** (Allscrips) | | | | |
| cpm tan/phenyleph tan/pyril tan | | | | |
| TAB, PO, 8 mg-25 mg-25 mg, | | | | |
| 6s ea............54569-2624-03 | 2.20 | | | |
| 20s ea...........54569-2624-02 | 7.32 | | | |
| 30s ea...........54569-2624-01 | 10.99 | | | |
| 100s ea..........54569-2624-04 | 36.62 | | | |
| (Moore,H.L.) | | | | |
| SUS, PO (PEDITRIC,STRAWBERRY) | | | | |
| 2 mg-5 mg-12.5 mg/5 ml, | | | | |
| 480 ml............00839-7309-69 | 22.67 | 15.59 | | |
| TAB, PO, 8 mg-25 mg-25 mg, | | | | |
| 100s ea..........00839-7270-06 | 29.63 | 21.95 | | |
| (Rugby) | | | | |
| TAB, PO, 8 mg-25 mg-25 mg, | | | | |
| 100s ea..........00536-4729-01 | 35.78 | | | |
| 250s ea..........00536-4729-02 | 86.70 | | | |
| **TRI-TANNATE PEDIATRIC** (Geneva) | | | | |
| cpm tan/phenyleph tan/pyril tan | | | | |
| SUS, PO, 2 mg-5 mg-12.5 mg/5 ml, | | | | |
| 480 ml............00781-6422-16 | 35.09 | | | |
| (Rugby) | | | | |
| SUS, PO, 2 mg-5 mg-12.5 mg/5 ml, | | | | |
| 480 ml............00536-2201-85 | 29.40 | | | |
| 480 ml............00536-2201-97 | 44.25 | | | |
| **TRI-TANNATE PLUS** (Rugby) | | | | |
| carbetapentane tan/cpm/eph/phenyleph | | | | |
| TAB, PO, 100s ea........00536-4394-01 | 72.20 | | | |
| **TRI-TANNATE PLUS PEDIATRIC** (Rugby) | | | | |
| carbetapentane tan/cpm/eph/phenyleph | | | | |
| SUS, PO, 480 ml........00536-2202-85 | 51.00 | | | |
| **TRI-TEX** (Tri-Med) | | | | |
| gg/phenyleph/ppa | | | | |
| LIQ, PO, 100 mg-5 mg-20 mg/5 ml, | | | | |
| 480 ml............55654-0005-05 | 15.50 | | | |
| **TRI-VI-FLOR** (Mead Johnson Nutr) | | | | |
| sod fl/vit a/vit c/vit d | | | | |
| CTB, PO, 1 mg, 100s ea...00087-0477-01 | 13.54 | 11.28 | | |
| GTT, PO, 0.25 mg/ml, | | | | |
| 50 ml............00087-0452-41 | 9.87 | 8.19 | | |
| 0.5 mg/ml, 50 ml.....00087-0473-02 | 9.99 | 8.29 | | |
| **TRI-VI-FLOR W/IRON** (Mead Johnson Nutr) | | | | |
| fe sulf/sod fl/vit a/vit c/vit d | | | | |
| GTT, PO, 0.25 mg/ml, | | | | |
| 50 ml............00087-0478-41 | 9.95 | 8.26 | | EE |
| **TRIACET** (Lemmon) | | | | |
| triamcinolone acetonide | | | | |
| CRE, TP, 0.1%, 15 gm.....00093-0937-15 | 1.40 | | | AT |
| 80 gm............00093-0937-81 | 4.50 | | | AT |
| **TRIACETIN** (A-A Spectrum) | | | | |
| LIQ, (F.C.C.) | | | | |
| 500 ml...........49452-7885-01 | 13.35 | 12.15 | | |
| 500 ml...........49452-7885-02 | 13.35 | 12.05 | | |
| (U.S.P./N.F.) | | | | |
| 500 ml...........49452-7880-01 | 14.80 | 13.30 | | |
| 4000 ml..........49452-7880-02 | 49.50 | 44.55 | | |
| **TRIACIN** (CMC-Cons) | | | | |
| pseudoeph/triprolidine | | | | |
| SYR, PO, 30 mg-1.25 mg/5 ml, | | | | |
| 120 ml...........00223-6199-01 | 2.75 | | | |
| 480 ml...........00223-6199-02 | 6.00 | | | |
| **TRIACIN C** (Barre) | | | | |
| codeine/pseudoeph/triprolidine | | | | |
| SYR, PO (CARAMEL) | | | | |
| 10 mg-30 mg-1.25 mg, | | | | |
| 120 ml, C-V.........00472-1633-04 | 3.57 | | | AA |
| 480 ml, C-V.........00472-1633-16 | 9.20 | | | AA |
| 3840 ml, C-V........00472-1633-28 | 68.60 | | | AA |
| (Moore,H.L.) | | | | |
| SYR, PO, 10 mg-30 mg-1.25 mg, | | | | |
| 480 ml, C-V........00839-7079-69 | 8.44 | 6.25 | | EE |
| **TRIACIN-C** (Aligen) | | | | |
| codeine/pseudoeph/triprolidine | | | | |
| SYR, PO (RASPBERRY) | | | | |
| 10 mg-30 mg-1.25 mg, | | | | |
| 480 ml, C-V........00405-0191-16 | 7.80 | | | EE |
| **TRIAD** (Forest Pharm) | | | | |
| apap/butal/caff | | | | |
| CAP, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea..........00785-2305-01 | 34.24 | | | EE |
| **TRIAFED CODEINE** (Schein) | | | | |
| codeine/pseudoeph/triprolidine | | | | |
| SYR, PO, 10 mg-30 mg-1.25 mg, | | | | |
| 480 ml, C-V.......00364-7385-16 | 13.00 | | | AA |
| **TRIAM-A** (Hyrex) | | | | |
| triamcinolone acetonide | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml........00314-3400-75 | 13.60 | | | BP |
| **TRIAM-FORTE** (Hyrex) | | | | |
| triamcinolone diacetate | | | | |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml........00314-0775-75 | 11.00 | | | BP |
| **TRIAMCINOLONE** (A-A Spectrum) | | | | |
| CRY, (U.S.P./N.F.) | | | | |
| 1 gm............49452-7890-02 | 64.75 | 58.25 | | |
| 250 gm..........49452-7890-01 | 24.50 | 22.05 | | |
| (Aligen) | | | | |
| TAB, PO (WHT/RND) | | | | |
| 4 mg, 100s ea........00405-5042-01 | 8.07 | | | BP |
| (Fujisawa) See ARISTOPAK | | | | |
| (Fujisawa) See ARISTOCORT | | | | |
| (Horizon Pharm Inc) | | | | |
| TAB, PO (DOSEPACK) | | | | |
| 4 mg, 16s ea.........60904-0454-35 | 13.50 | | | BP |
| (Major) | | | | |
| TAB, PO (UNIPAK) | | | | |
| 4 mg, 16s ea.........00904-0884-44 | 10.45 | | | BP |
| (Qualitest) | | | | |
| TAB, PO (DSPK) | | | | |
| 4 mg, 16s ea.........00603-6170-14 | 9.72 | | | BP |
| (Richlyn) | | | | |
| TAB, PO, 4 mg, 100s ea...00115-4840-01 | 10.45 | | | BP |
| 500s ea..........00115-4840-02 | 27.00 | | | BP |
| 1000s ea.........00115-4840-03 | 80.40 | | | BP |
| (Schein) | | | | |
| TAB, PO, 4 mg, 100s ea...00364-0352-01 | 7.95 | | | BP |
| **TRIAMCINOLONE ACETONIDE** | | | | |
| HCFA | | | | |
| CRE, TP, 0.025%, 15 gm....................... | 1.13 | | | |
| 80 gm............................. | 2.62 | | | |
| 454 gm............................ | 8.99 | | | |
| 0.1%, 15 gm.................. | 1.13 | | | |
| 80 gm............................. | 3.29 | | | |
| 454 gm........................... | 17.80 | | | |
| 0.5%, 15 gm................... | 2.94 | | | |
| LOT, TP, 0.025%, 60 ml................. | 6.67 | | | |
| 0.1%, 60 ml............................ | 6.90 | | | |
| OIN, TP, 0.025%, 15 gm.................. | 1.13 | | | |
| 80 gm........................... | 2.83 | | | |
| 0.1%, 15 gm................ | 1.13 | | | |
| 80 gm........................... | 4.20 | | | |
| 454 gm......................... | 20.93 | | | |
| 0.5%, 15 gm.............. | 4.04 | | | |
| PAS, MM, 0.1%, 5 gm................... | 4.28 | | | |
| (A-A Spectrum) | | | | |
| POW, (U.S.P./N.F.) | | | | |
| 1 gm............49452-7900-01 | 16.50 | 11.10 | | |
| 5 gm............49452-7900-02 | 59.20 | 39.75 | | |
| 10 gm...........49452-7900-03 | 98.50 | 71.50 | | |
| (Aligen) | | | | |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm..........00405-1610-45 | 6.62 | | | EE |
| (Allergan Inc) See TAC 3 | | | | |
| (Allscrips) | | | | |
| CRE, TP, 0.025%, 15 gm....54569-1121-00 | 1.48 | | | EE |
| 80 gm............54569-1774-01 | 3.54 | | | EE |
| 0.1%, 80 gm........54569-0765-00 | 5.11 | | | EE |
| 0.5%, 15 gm........54569-2025-00 | 4.20 | | | EE |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 5 ml.....54569-2470-00 | 13.32 | | | EE |
| OIN, TP, 0.025%, 15 gm...54569-2452-00 | 1.56 | | | EE |
| 0.1%, 15 gm.......54569-1124-00 | 1.84 | | | EE |
| 80 gm............54569-0767-00 | 5.15 | | | EE |
| 454 gm...........54569-2036-00 | 20.85 | | | EE |
| PAS, MM (DENTAL) | | | | |
| 0.1%, 5 gm.........54569-3473-00 | 6.10 | | | EE |
| (Amend) | | | | |
| POW, (U.S.P.) | | | | |
| 1 gm..............17137-0719-07 | 15.05 | | | |
| 10 gm.............17137-0719-01 | 112.00 | | | |
| (Apothecon) See KENALOG | | | | |
| (Apothecon) See KENALOG-10 | | | | |
| (Apothecon) See KENALOG-40 | | | | |
| (Apothecon) See KENALOG IN ORABASE | | | | |
| (Bolan) See ROBALOG | | | | |
| (CMC-Cons) | | | | |
| CRE, TP, 0.025%, 15 gm..00223-4449-15 | 1.95 | | | EE |
| 0.1%, 15 gm........00223-4448-15 | 2.10 | | | EE |
| 80 gm............00223-4448-80 | 5.00 | | | EE |
| 240 gm...........00223-4448-24 | 12.50 | | | EE |
| 0.5%, 20 gm........00223-4443-80 | 3.75 | | | EE |
| 240 gm...........00223-4443-24 | 8.50 | | | EE |
| INJ, IJ (VIAL) | | | | |
| 40 mg/ml, 1 ml 25s...00223-8691-01 | 52.50 | | | EE |
| 5 ml............00223-8691-05 | 12.00 | | | EE |
| LOT, TP, 0.025%, 60 ml...00223-6635-60 | 11.50 | | | EE |
| 0.1%, 60 ml.......00223-6636-60 | 12.50 | | | EE |
| OIN, TP, 0.025%, 15 gm...00223-4447-15 | 1.80 | | | EE |
| 80 gm............00223-4447-80 | 4.25 | | | EE |
| 0.1%, 15 gm.......00223-4446-15 | 2.10 | | | EE |
| 80 gm............00223-4446-80 | 6.00 | | | EE |
| 0.5%, 20 gm.......00223-4444-20 | 4.25 | | | EE |
| (Central) See CENOCORT A-40 | | | | |
| (Cheshire) | | | | |
| CRE, TP, 0.1%, 15 gm.....55175-4031-05 | 5.52 | | | EE |
| 80 gm............55175-4031-08 | 8.91 | | | EE |
| (Clay-Park) | | | | |
| CRE, TP, 0.025%, 15 gm..45802-0063-35 | 1.04 | | | AT |
| 80 gm............45802-0063-36 | 2.80 | | | AT |
| 454 gm...........45802-0063-05 | 7.66 | | | AT |
| 2270 gm..........45802-0063-29 | 32.40 | | | AT |
| 0.1%, 15 gm.......45802-0064-35 | 1.30 | | | AT |
| 80 gm............45802-0064-36 | 4.12 | | | AT |
| 454 gm...........45802-0064-05 | 17.72 | | | AT |
| 2270 gm..........45802-0064-29 | 75.60 | | | AT |
| 0.5%, 15 gm.......45802-0065-35 | 3.14 | | | AT |
| OIN, TP, 0.025%, 15 gm...45802-0054-35 | 1.04 | | | AT |
| 80 gm............45802-0054-36 | 2.80 | | | AT |
| 454 gm...........45802-0054-05 | 7.66 | | | AT |
| 2270 gm..........45802-0054-29 | 32.40 | | | AT |
| 0.1%, 15 gm.......45802-0055-35 | 1.36 | | | AT |
| 80 gm............45802-0055-36 | 4.22 | | | AT |
| 454 gm...........45802-0055-05 | 18.90 | | | AT |
| 2270 gm..........45802-0055-29 | 77.76 | | | AT |
| 0.5%, 15 gm.......45802-0049-35 | 3.10 | | | AT |

Triamcinolone Acetonide Cream & Ointment USP 0.025% — Quality & Integrity Inside & Out — TARO 800-544-1449

Recommend **SENOKOT® Laxatives** When the Rx May Constipate — PURDUE FREDERICK — A4134