# Exhibit E

Case 1:01-cv-12257-PBS   Document 3751-16   Filed 02/09/07   Page 2 of 4

APR 5 1991

# 1991 RED BOOK®

**DRUG TOPICS®**

# ANNUAL PHARMACISTS' REFERENCE

95th Year of Publication

| | |
|---|---|
| **Publisher** | Edward R. Barnhart |
| **Publication Manager** | Alice S. Macnow |
| **Editor** | Valentine A. Cardinale |
| **Executive Editor** | Ralph M. Thurlow |
| **Contributing Editors** | Ann Ben Larbi, Judy Chi, Debbie Epstein, Shirley Fitzpatrick, Kathi Gannon, Martha Glaser, Jack Rosenberg, R.Ph., Iris Rosendahl, Cynthia Starr, R.Ph., Ellen Weil, R.Ph. |
| **Art Director** | Thomas Darnsteadt |
| **Art Assistant** | Rhonda Alvine |

MANUFACTURING:
| | |
|---|---|
| **Production Director** | Marjorie Duffy |
| **Production Manager** | Vicky Leal |
| **Advertising Production Coordinator** | Christine B. Patrick |
| **Production Assistants** | Joan Akerlind, Cathleen Bunnell |

INFORMATION SYSTEMS:
| | |
|---|---|
| **Manager** | Robert L. Bertani, R.Ph. |
| **Programmer Analyst** | Janice T. Yencarelli |
| **Computer Operations** | Herb Lance |
| **Senior Data Coordinators** | Joan Frawley, Lola Nannas, Enid Olayan |

SALES:
| | |
|---|---|
| **Director of Sales** | Kevin D. Miller |
| **Account Manager** | Michael Sarajian |

CIRCULATION:
| | |
|---|---|
| **Circulation Manager & MicREData (Microfiche)** | Roni La Vine |

Copyright © 1991 Medical Economics Company Inc. Published by Medical Economics Data, a division of Medical Economics Company Inc., 680 Kinderkamack Road, Oradell, N.J. 07649. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher. RED BOOK is a trademark of Medical Economics Company Inc., registered in the United States Patent and Trademark Office.

Officers of Medical Economics Data, a division of Medical Economics Company Inc.: President and Chief Executive Officer: Norman R. Snesil; Senior Vice President and Chief Financial Officer: Joseph T. Deithorn; Senior Vice President and Group Publisher: Edward R. Barnhart; Senior Vice President, Business Development: Stephen J. Sorkenn; Vice President of Circulation: Scott I. Rockman; Vice President, Information Services: Edward J. Zecchini

ISBN 1-56363-000-1

Case 1:01-cv-12257-PBS   Document 3751-16   Filed 02/09/07   Page 3 of 4

PRODUCT INFORMATION          Prescription only drugs have the symbol ℞          **131**          —ARMAN

| PROD/MFR | NDC/PROD NO. | AWP | DP/SRP | PROD/MFR | NDC/PROD NO. | AWP | DP/SRP | PROD/MFR | NDC/PROD NO. | AWP | DP/SRP |
|---|---|---|---|---|---|---|---|---|---|---|---|

**ARBON (FOREST PHARM.)**
Tab, 100s ea........................ 00456-0493-01   7.00
 1000s ea........................ 00456-0493-00  56.00

**ARBON PLUS (FOREST PHARM.)**
Tab, 100s ea........................ 00456-0654-10   9.00

**ARBOR FOOT SALVE (WASHINGTON HOMEOPATH)**
Salve, 1.5 oz doz.................. (75000)  28.00   3.50

**ARBUTIN (CITY CHEM)**
Pow, 25 gm ea...................... (A1154)  34.60
 100 gm ea.......................  102.85

**ARCIN (PHARMEX,)**
Capsules, 15s doz................ 12061-0102-15   8.28   1.79
 36s doz....................... 12061-0102-36  15.24   3.19

**ARCOBEE W/C (NATURE'S BOUNTY) SEE CATALOG SECTION**
Capsules, 100s doz...............................  60.00   6.89

**ARCO-LASE (ARCO)**
Tab, 50s ea........................ 00275-0040-02   3.70

**ARCO-LASE PLUS ℞ (ARCO)**
Tab, 50s ea........................ 00275-0045-02   3.70

**ARDUAN ℞ (ORGANON)**
Tab, 10 mg./ml., 10 ml 6s ea..... 00052-0446-36  233.00

**ARECA (BOIRON-BORNEMAN)**
Pellets, 3c,4c,5c,6c, 4 gm ea......  1.53   3.00
 7c,9c,12c,15c,30c, 4 gm ea  1.53   3.00
 200c,1m, 4 gm ea..........  1.53   3.00
 10m, 4 gm ea................  1.53   3.00
 50m, 4 gm ea................  1.53   3.00
 CM, 4 gm ea.................  1.53   3.00

**A-REX ℞ (RUCKSTUHL) TRIPROLIDINE HCL/PSEUDO. HCL**
Tab, 1000s ea...................... 00144-1179-03  19.90

**AR-EX HYPO-ALLERGENIC COSMETICS (AR-EX)**
Lip Cream, Unscented, 1.5 oz ea   3.68   2.50
 4 oz ea.....................  3.68   6.00
 9 oz ea.....................  5.70   9.50
Cleansing, Cream,Unscented, 4 oz ea  3.68   6.00
 8 oz ea.....................  5.70   9.50
Cold Cream, Unscented, 4 oz ea.  3.68   6.00
 8 oz ea.....................  5.70   9.50
Cream, Dry Skin,Unscented, 4 oz ea  3.68   6.00
 8 oz ea.....................  5.70   9.50
Enriched, Night Cream,Unscented, 2 oz ea  3.68   6.00
 4 oz ea.....................  5.70   9.50
Moisture, Lotion, Unscented, 2 oz ea  3.90   6.50
 Cream, Unscented, 2 oz ea   3.68   6.00
Deodorant, Cream, 1.25 oz ea....  2.75   4.50
 Roll-On, 2 oz ea..........  2.70   4.50
 Spray,Unscented, 1.5 oz ea  2.40   4.00
Shampoo, Soapless,Unscented, 8 oz ea  3.60   6.00
Soap, Toilet Size,Unscented, ea..  1.80   3.00
 Bath Size,Unscented, ea...  6.00  10.00
Soapsuds, Liquid,Unscented Detergent, ea  4.50   6.00
Lipstick, Special Formula, ea......  2.91   4.75
Bath Oil, 8 oz ea..................  4.52   7.50
Foundation, Lotion, ea.............  3.53   5.75
Eye Appear, Light/Medium, ea......  2.85   4.75
Unscented, Eye-Cream, .5 oz ea.  3.60   6.00

**ARFONAD ℞ (ROCHE)**
Amp, 500 mg., 10 ml 10s ea..... 00004-1900-06  241.35

**ARGENTUM CYANATUM (BOIRON-BORNEMAN)**
Pellets, 3c,4c,5c,6c, 4 gm ea......  1.53   3.00
 7c,9c,12c,15c,30c, 4 gm ea  1.53   3.00
 200c,1m, 4 gm ea..........  1.53   3.00
 10m, 4 gm ea................  1.53   3.00
 50m, 4 gm ea................  1.53   3.00
 CM, 4 gm ea.................  1.53   3.00

**ARGENTUM METALLICUM (BOIRON-BORNEMAN)**
Pellets, 3c,4c,5c,6c, 4 gm ea......  1.53   3.00
 7c,9c,12c,15c,30c, 4 gm ea  1.73   3.40
 200c,1m, 4 gm ea..........  2.40   4.70
 10m, 4 gm ea................  3.06   6.00
 50m, 4 gm ea................  3.93   7.70
 CM, 4 gm ea.................  5.38  10.55

**ARGENTUM MURIATICUM (BOIRON-BORNEMAN)**
Pellets, 3c,4c,5c,6c, 4 gm ea......  1.53   3.00
 7c,9c,12c,15c,30c, 4 gm ea  1.73   3.40
 200c,1m, 4 gm ea..........  2.40   4.70
 10m, 4 gm ea................  3.06   6.00
 50m, 4 gm ea................  3.93   7.70
 CM, 4 gm ea.................  5.38  10.55

**ARGENTUM NITRICUM (BOIRON-BORNEMAN)**
Pellets, 3c,4c,5c,6c, 4 gm ea......  1.53   3.00
 7c,9c,12c,15c,30c, 4 gm ea  1.73   3.40
 200c,1m, 4 gm ea..........  2.40   4.70
 10m, 4 gm ea................  3.06   6.00
 50m, 4 gm ea................  3.93   7.70
 CM, 4 gm ea.................  5.38  10.55

**ARGESIC (ECONO MED)**
Cre, 2 oz ea........................ 38130-0037-02   4.50   3.75
Tab, S.A., 100s ea ℞............. 38130-0711-01  16.98  14.15

**ARGININE (A-A SPECTRUM) SEE CATALOG SECTION**
Pow, -l, 100 gm ea ℞.............. 49452-0710-01  11.45
 1000 gm ea...................... 49452-0710-02  75.80
**(AMINO ACIDS)**
L, Powder, 99 %, 25 gm ea.......   6.75
 100 gm ea....................  11.50
 500 gm ea....................  38.00
**(INTEGRA CHEM)**
Pow, 100 gm ea.................... (A-900)  13.75
 500 gm ea....................  57.50
 1000 gm ea...................  85.00
**(BIO-TECH)**
Cap, 100s ea...................... 53191-0040-01   7.00
**(CARLSON,J.R.)**
L,Powder, Bottle, 100 gm ea......   7.98
**(CITY CHEM)**
L, 100 gm ea...................... (A1530)  12.90
 500 gm ea....................  42.40
**(HEALTH VITAMIN)**
Tablets, L, 50s ea..................   3.00
   7.45
**(MILLER PHARM.)**
Cap, 500 mg., 100s ea........... 17204-0956-40  10.50  21.00
**(NATURE'S BOUNTY) SEE CATALOG SECTION**
L, 50s doz.........................  52.32   5.95
**(NEUROVITES)**
L,Tablets, U.S.P., 500 mg, 100s ea   6.50  10.50
**(RUGBY)**
Tab, L, Captab, 50s ea........... 00536-7051-06   4.29
**(SUNDOWN VITAMIN)**
L,Tablets, 500 mg, 30s ea........ (454)   2.55
**(TYSON)**
Cap, L, 700 mg., 50s ea.......... 53335-0049-11   5.80   5.80
   11.60
 100s ea........................ 53335-0049-14  10.15  10.15
   20.30
Pow, L, 700 mg., 150s ea........ 53335-0048-29  14.00  14.00
   28.00

**L-ARGININE MONOHYDROCHLORIDE (A-A SPECTRUM) SEE CATALOG SECTION**
Pow, 100 gm ea ℞................ 49452-0720-01  11.30
 1000 gm ea.................... 49452-0720-02  75.60
**(AMINO ACIDS)**
Powder, 99 %, 25 gm ea..........   6.75
 100 gm ea....................  11.50
 500 gm ea....................  38.00
**(APPROVED)**
Tablets, 500 mg, 30s ea......... 00598-1209-30   2.88
**(INTEGRA CHEM)**
Pow, 100 gm ea.................... (A-902)  13.50
 500 gm ea....................  51.25
 1000 gm ea...................  82.00
**(CITY CHEM)**
Pow, 98 %, 25 gm ea.............. (A1535)   8.25
 100 gm ea....................  14.50
**(PASADENA RESEARCH)**
Cap, 700 mg, 50s ea.............. (3000)  10.21   8.75
 100s ea........................ (4000)  20.71  17.75

**ARGYROL S.S. (IOLAB)**
Sol, 10 %, .5 oz ea................ 00058-0267-15   9.48   7.90
 1 oz ea........................ 00058-0267-30  12.84  10.70
Dropperettes Appl, 20 %,
 1 ml 12s ea ℞................ 00058-0768-12  23.16  19.30

**ARISTOCORT ℞ (FUJISAWA) TRIAMCINOLONE DIACETATE**
Via, For Injection, 25 mg./ml.,
 5 ml ea........................ 00205-4422-31  20:10  16.93

**ARISTOCORT ℞ (FUJISAWA) TRIAMCINOLONE**
Tab, Tablets, 1 mg., 50s ea..... 00005-4409-18  15.62  13.15
 2 mg., 100s ea............. 00005-4405-23  65.72  55.34
 4 mg., 30s ea.............. 00005-4406-13  37.55  31.62
 100s ea..................... 00005-4406-18  118.93  100.15
 8 mg., 50s ea.............. 00005-4444-18  97.47  82.08

**ARISTOCORT ℞ (FUJISAWA) TRIAMCINOLONE ACETONIDE**
Cre, Topical, 0.025 %, 15 gm ea 00005-5130-09   5.70   4.80
 60 gm ea 00005-5130-40  12.11  10.20
 5.25 lb
 ea.............................. 00005-5130-54  60.75  51.16
 0.1 %, 15 gm ea........... 00005-5131-09   7.84   6.60
 60 gm ea................... 00005-5131-40  19.08  16.07
 240 gm ea.................. 00005-5131-57  60.23  50.72
 5.25 lb ea.................. 00005-5131-54  91.91  77.40
 0.5 %, 15 gm ea........... 00005-5132-09  21.27  17.91
 240 gm ea.................. 00005-5132-57  209.56  176.47
Oin, Topical, 0.1 %, 15 gm ea.... 00005-5175-09   7.84   6.60



**DiaBeta GLYBURIDE HOECHST-ROUSSEL**
Hoechst-Roussel Pharmaceuticals Inc.
Somerville, New Jersey 08876

 60 gm ea........ 00005-5175-40  19.08  16.07
 240 gm ea....... 00005-5175-57  60.23  50.72
 5 lb ea.......... 00005-5175-70  98.41  82.87
 0.5 %, 15 gm ea...... 00005-5178-09  21.27  17.91

**ARISTOCORT A ℞ (FUJISAWA) TRIAMCINOLONE ACETONIDE**
Cre, 0.025 %, 15 gm ea........... 00005-5169-09   7.67   6.46
 60 gm ea................... 00005-5169-40  18.88  15.90
 0.1 %, 15 gm ea............ 00005-5191-09   9.73   8.19
 60 gm ea................... 00005-5191-40  24.90  20.97
 240 gm ea.................. 00005-5191-57  95.27  80.23
 0.5 %, 15 gm ea............ 00005-5192-09  26.71  22.49
Oin, 0.1 %, 15 gm ea............. 00005-5468-09   9.73   8.19
 60 gm ea................... 00005-5468-40  24.90  20.97

**ARISTOCORT FORTE ℞ (FUJISAWA) TRIAMCINOLONE DIACETATE**
Via, 40 mg./ml., 1 ml ea.......... 00205-4450-24   6.52   5.49
 5 ml ea....................... 00205-4450-31  22.84  19.23

**ARISTOLOCHIA CLEMATITIS (BOIRON-BORNEMAN)**
Pellets, 3c,4c,5c,6c, 4 gm ea......  1.53   3.00
 7c,9c,12c,15c,30c, 4 gm ea  1.73   3.40
 200c,1m, 4 gm ea..........  2.40   4.70
 10m, 4 gm ea................  3.06   6.00
 50m, 4 gm ea................  3.93   7.70
 CM, 4 gm ea.................  5.38  10.55

**ARISTOLOCHIA SERPENTARIA (BOIRON-BORNEMAN)**
Pellets, 3c,4c,5C.6c, 4 gm ea......  1.53   3.00
 7c,9c,12c,15c,30c, 4 gm ea  1.73   3.40
 200c,1m, 4 gm ea..........  2.40   4.70
 10m, 4 gm ea................  3.06   6.00
 50m, 4 gm ea................  3.93   7.70
 CM, 4 gm ea.................  5.38  10.55

**ARISTO-PAK 4 ℞ (FUJISAWA) TRIAMCINOLONE**
Tab, Therapy Pack, 4 mg.,
 16s ea......................... 00005-4406-07  18.18  15.31

**ARISTOSPAN ℞ (FUJISAWA) TRIAMCINOLONE HEXACETONIDE**
Via, 20 mg./ml., 1 ml ea.......... 00205-4505-24   7.77   6.54
 5 ml ea....................... 00205-4505-31  27.13  22.85

**ARISTOSPAN INTRALESIONAL ℞ (FUJISAWA) TRIAMCINOLONE HEXACETONIDE**
Via, 5 mg./ml., 5 ml ea........... 00205-4502-31  10.82   9.11

**ARITHMIN ℞ (LANNETT)**
Tab, 100 mg., 100s ea............ 00527-1257-01   8.00
 200 mg., 100s ea........... 00527-1258-01  11.20

**ARKO-PRODUCTS (ARKOPHARMA)**
Arko-Aging, ea..................... 99496-5180-14   7.05
Arko-Allergy, ea.................... 99496-5130-19   7.17
Arko-Bone, ea...................... 99496-5220-11   7.17
Arko-Boost, 2000, ea.............. 99496-5080-13   8.97
Arko-Bp 2000, ea................... 99496-5140-16   6.57
Arko-Digest, ea..................... 99496-5160-10   5.97
Arko-Fiber, ea...................... 99496-5090-12   4.50
Arko-Flu, ea........................ 99496-5110-15   7.77
Arko-H 2000, ea.................... 99496-5070-18   6.30
Arko-Lax, ea........................ 99496-5100-18   5.97
Arko-Lestero, 2000, ea............ 99496-5210-14   8.07
Arko-Male, ea...................... 99496-5170-17  10.17
Arko, menopause, ea.............. 99496-5120-12   7.65
Arko-Migrain, 2000, ea............ 99496-5020-13   7.05
Arko-Pms, ea....................... 99496-5150-13   8.67
Arko-Prostat, ea.................... 99496-5240-13   5.97
Arko-Protect, ea.................... 99496-5230-18   8.97
Arko-Rheuma, 2000, ea............ 99496-5060-11   7.77
Arko-Skin, ea....................... 99496-5200-17  11.37
Arko-Sleep, ea...................... 99496-5030-10   5.97
Arko-Slim, 2000, ea................ 99496-5010-16   5.97
Arko-Stress, 2000, ea.............. 99496-5050-14   6.57
Arko-Tranqui, ea.................... 99496-5040-17   7.77
Arko-Vision, ea..................... 99496-5110-19   6.90

**ARLIDIN ℞ (RHONE-POULENC/PHARM) NYLIDRIN HCL**
Tab, 6 mg., 100s ea............... 00075-0045-00  70.73
 12 mg., 100s ea............ 00075-0046-00  106.50

**ARMAN'S (ARMAN)**
Liquid, Ear Drops, 15 ml ea......   1.50   2.49

**Imodium A-D** loperamide HCl     **Fast relief for acute diarrhea**     McNEIL
McNeil-PPC, Inc.
Fort Washington, PA 19034 U.S.A.

| PROD/MFR | NDC/PROD NO. | AWP | DP/SRP |
|---|---|---|---|
| **(PARMED)** | | | |
| Cap, 500 mg., 50s ea. | 00349-8018-50 | 101.32 | |
| 100s ea. | 00349-8018-01 | 188.95 | |
| 250s ea. | 00349-8018-25 | 472.40 | |
| **(PUREPAC)** | | | |
| Cap, 500 mg., 50s ea. | 00228-2524-42 | 89.19 | |
| 100s ea. | 00228-2524-10 | 178.38 | |
| **(REDI-MED)** | | | |
| Cap, 500 mg., 10s ea. | 53506-0379-10 | 16.27 | 14.15 |
| 14s ea. | 53506-0379-14 | 22.66 | 19.70 |
| 20s ea. | 53506-0379-20 | 32.20 | 28.00 |
| **(SCHEIN)** | | | |
| Cap, 500 mg., 100s ea. | 00364-2407-01 | 157.50 | |
| **(TEXAS DRUG REPS, INC)** | | | |
| Cap, 500 mg., 100s ea. | 47202-2981-01 | 182.00 | 161.25 |
| **(UDL)** | | | |
| Cap, 10x10, 500 mg., 100s ea UD | 51079-0614-20 | 187.30 | 154.52 |
| **(UNITED RESEARCH)** | | | |
| Cap, Maroon, 500 mg., 50s ea. | 00677-1362-02 | 98.00 | |
| 100s ea. | 00677-1362-01 | 181.50 | |
| **(ZENITH) SEE CATALOG SECTION** | | | |
| Cap, 500 mg., 50s ea. | 00172-4058-48 | 90.00 | |
| 100s ea. | 00172-4058-60 | 160.00 | |
| Tab, 1000 mg., 24s ea. | 00172-4059-43 | 82.00 | |
| 50s ea. | 00172-4059-48 | 160.00 | |
| 100s ea. | 00172-4059-60 | 310.00 | |

### Cefadyl® Sterile Cephapirin Sodium
**Apothecon®** — A Bristol-Meyers Squibb Company

| | | | |
|---|---|---|---|
| **CEFADYL ℞ (APOTHECON)** | | | |
| Pdi, Add-Vantage, 1 gm., 1s ea. | 00015-7628-18 | 4.12 | 3.61 |
| 2 gm., 1s ea. | 00015-7629-18 | 7.83 | 6.85 |
| Nested, 500 mg., 1s ea. | 00015-7627-28 | 2.29 | 2.01 |
| 10s ea. | 00015-7627-94 | 23.80 | 20.10 |
| 1 gm., 1s ea. | 00015-7628-28 | 3.75 | 3.28 |
| 10s ea. | 00015-7628-98 | 38.90 | 32.80 |
| 2 gm., 1s ea. | 00015-7629-30 | 7.45 | 6.51 |
| 10s ea. | 00015-7629-94 | 77.30 | 65.10 |
| Nested Bulk, 20 gm., 1s ea. | 00015-7613-20 | 71.83 | 62.75 |
| Piggyback, 1 gm., 1s ea. | 00015-7628-22 | 4.00 | 3.50 |
| 2 gm., 1s ea. | 00015-7629-28 | 7.70 | 6.73 |
| 4 gm., 1s ea. | 00015-7630-20 | 14.99 | 13.10 |
| **(BRISTOL MYERS/INST.)** | | | |
| Pdi, Nested Bulk, 20 gm., 10s ea. | 00015-7613-95 | 745.10 | 627.50 |
| Piggyback, 1 gm., 10s ea. | 00015-7628-95 | 41.50 | 35.00 |
| 2 gm., 10s ea. | 00015-7629-95 | 79.90 | 67.30 |
| 4 gm., 10s ea. | 00015-7630-99 | 155.50 | 131.00 |
| **CEFANEX ℞ (APOTHECON) CEPHALEXIN MONOHYDRATE** | | | |
| Cap, 250 mg., 100s ea. | 00087-7375-62 | 48.00 | 41.93 |
| 500 mg., 100s ea. | 00087-7376-62 | 94.00 | 82.12 |

### Cefazolin Sodium
**Apothecon®** — A Bristol-Meyers Squibb Company

| | | | |
|---|---|---|---|
| **CEFAZOLIN SODIUM ℞ (APOTHECON)** | | | |
| 500 mg., 10s ea. | 00003-2927-30 | 18.00 | 14.40 |
| 1 gm., 10s ea. | 00003-2928-30 | 35.25 | 28.20 |
| Piggyback, 10s ea. | 00003-2928-40 | 39.90 | 31.92 |
| Bulk, 10 gm., 10s ea. | 00003-2930-40 | 353.30 | 282.64 |
| **(GENEVA GENERICS)** | | | |
| 10 ML, 500 mg., 10s ea. | 00781-3718-70 | 29.47 | |
| 10 Ml, 1 gm., 10s ea. | 00781-3722-70 | 58.84 | |
| 100 Ml, 10s ea. | 00781-3724-46 | 66.54 | |
| 10 gm., 10s ea. | 00781-3726-46 | 353.20 | |
| **(GOLDLINE)** | | | |
| 1 gm., 1s ea. | 00182-3044-63 | 6.08 | |
| **(LEMMON)** | | | |
| Sterile, 500 mg., 10s ea. | 00093-0704-68 | 29.50 | |
| 1 gm., 10s ea. | 00093-0705-68 | 58.90 | |
| 10 gm., 5s ea. | 00093-0709-70 | 165.10 | |
| Piggyback, 500 mg., 5s ea. | 00093-0706-69 | 18.55 | |
| 1 gm., 5s ea. | 00093-0707-69 | 33.20 | |
| **(LILLY) SEE KEFZOL** | | | |

| | | | |
|---|---|---|---|
| **(LOCH PHARMACEUTICALS)** | | | |
| Pdi, Preservative Free, 250 mg., 10s ea. | 55390-0001-10 | 22.50 | |
| Preservative Free, 500 mg., 10s ea. | 55390-0002-10 | 26.50 | |
| Preservative Free, 1 gm., 10s ea. | 55390-0004-10 | 50.75 | |
| 500 mg., 6s ea. | 55390-0003-06 | 18.78 | |
| Piggyback, 1 gm., 6s ea. | 55390-0005-06 | 33.78 | |
| Pharmacy Bulk Vial, 5 gm., 6s ea. | 55390-0006-06 | 180.00 | |
| 10 gm., 6s ea. | 55390-0007-06 | 300.00 | |
| **(LYPHO-MED/F)** | | | |
| Pdi, 500 mg., 25s ea. | 00469-2360-30 | 80.94 | |
| Piggyback, 10s ea. | 00469-2363-00 | 40.88 | |
| 1 gm., 25s ea. | 00469-2370-30 | 162.19 | |
| Piggyback, 10s ea. | 00469-2373-00 | 73.25 | |
| Bulk, 10 gm., 10s ea. | 00469-2381-00 | 367.13 | |
| 20 gm., 10s ea. | 00469-4461-00 | 584.38 | |
| **(PASADENA RESEARCH)** | | | |
| Pdi, 500 mg., 1s ea. | 00418-2360-10 | 3.03 | 2.60 |
| 1000 mg., 1s ea. | 00418-2370-10 | 5.95 | 5.10 |
| **(SCHEIN)** | | | |
| Pdi, Sterile, 500 mg., 1s ea. | 00364-2464-54 | 3.00 | |
| 1s ea. | 00364-2464-61 | 3.55 | |
| 1 gm., 1s ea. | 00364-2465-54 | 5.90 | |
| 1s ea. | 00364-2465-61 | 6.50 | |
| 10 gm., 1s ea. | 00364-2466-61 | 58.00 | |
| **(SK BEECHAM) SEE ANCEF** | | | |
| **CEFINAL II (ALTO)** | | | |
| Tab, 100s ea. | 00731-0135-01 | 19.50 | |
| **CEFIZOX ℞ (SKF) SEE CATALOG SECTION** | | | |
| Pdi, 1 gm., 1s ea. | 00007-3315-01 | 11.16 | |
| 2 gm., 1s ea. | 00007-3317-01 | 20.73 | |
| Bulk, 10 gm., 10s ea. | 00007-3324-11 | 1023.96 | |
| Piggybk, 1 gm., 10s ea. | 00007-3316-11 | 120.54 | |
| 2 gm., 10s ea. | 00007-3318-11 | 225.95 | |
| Int, Premixed In Viaflex D5w, 1 gm./50 ml 24s ea. | 00007-3320-04 | 310.67 | |
| Premix In Viaflex D5w, 2 gm./50 ml., 50 ml 24s ea. | 00007-3321-04 | 527.47 | |
| **CEFOBID ℞ (ROERIG)** | | | |
| Pdi, I.M./I.V., 1 gm., 10s ea. | 00049-1201-83 | 129.16 | 108.77 |
| 2 gm., 10s ea. | 00049-1202-83 | 258.32 | 217.53 |
| 1 gm., 10s ea. | 00049-1211-83 | 138.20 | 116.38 |
| 2 gm., 10s ea. | 00049-1212-83 | 276.40 | 232.76 |
| PharM. Bulk PkG., 10 gm., 1s ea. | 00049-1219-28 | 123.73 | 104.19 |
| **CEFOL ℞ (ABBOTT) MULTIPLE VITAMINS SEE PAGE 41** | | | |
| Tab, 100s ea. | 00074-6089-13 | 26.46 | 22.28 |
| **CEFOTAN ℞ (STUART) SEE PAGE 59** | | | |
| Pdi, I.M./I.V.-10 ML. Vial, 1 gm., 1s ea. | 00038-0376-10 | 10.52 | |
| I.M./I.V.-100 ML. Vial, 1s ea. | 00038-0376-11 | 11.05 | |
| I.M./I.V.-20 ML. Vial, 2 gm., 1s ea. | 00038-0377-20 | 20.64 | |
| I.M./I.V.-100 ML. Vial, 1s ea. | 00038-0377-21 | 21.70 | |
| 10 gm., 1s ea. | 00038-0375-10 | 111.56 | |
| **CEFTIN ℞ (ALLEN/HANBURYS) SEE PAGE 42** | | | |
| Tab, 125 mg., 20s ea. | 00173-0395-00 | 26.72 | |
| 60s ea. | 00173-0395-01 | 76.33 | |
| 100s ea UD. | 00173-0395-02 | 131.14 | |
| 250 mg., 20s ea. | 00173-0387-00 | 50.75 | |
| 60s ea. | 00173-0387-42 | 144.89 | |
| 100s ea UD. | 00173-0387-01 | 245.41 | |
| 500 mg., 20s ea. | 00173-0394-00 | 96.31 | |
| 60s ea. | 00173-0394-42 | 284.73 | |
| 50s ea UD. | 00173-0394-01 | 239.24 | |
| **CELESTE (CELESTE IND)** | | | |
| Hand/Face, Refresher Towel, 50s bx/packets | | 10.00 | |
| **CELESTONE ℞ (SCHERING) BETAMETHASONE** | | | |
| Syr, 0.6 mg./5 ml., 4 oz ea. | 00085-0942-05 | 25.08 | |
| Tab, 0.6 mg., 21s ea UD. | 00085-0011-01 | 22.32 | |
| 100s ea. | 00085-0011-05 | 100.44 | |
| **CELESTONE PHOSPHATE ℞ (SCHERING) BETAMETHASONE SOD. PHOS.** | | | |
| Via, 3 mg./ml., 5 ml ea. | 00085-0879-01 | 11.04 | |
| **CELESTONE SOLUSPAN ℞ (SCHERING)** | | | |
| Via, 6 mg./ml., 5 ml 1s ea. | 00085-0566-05 | 14.94 | |

### Trental® 400 mg Tablets (pentoxifylline)
Hoechst-Roussel Pharmaceuticals Inc.
Somerville, New Jersey 08876-1258

| | | | |
|---|---|---|---|
| **CELLOTHYL (NUMARK)** | | | |
| Tab, 100s ea. | 55499-0402-20 | 3.60 | |
| **CELLULITE-B (ALTO)** | | | |
| Tab, 90s ea. | 0731-0700-09 | 6.00 | 8.95 |
| **CELLUVISC (ALLERGAN)** | | | |
| Sol, 0.3 ML. Per Pac, 1%, 1 ml 30s ea. | 00023-4554-30 | 6.95 | |
| **CELONTIN ℞ (PARKE-DAVIS) SEE PAGE 54** | | | |
| Cap, 150 mg., 100s ea. | 00071-0537-24 | 29.36 | 24.47 |
| 300 mg., 100s ea. | 00071-0525-24 | 46.06 | 38.38 |
| **CEL-U-DEX (CEL-U-DEX)** | | | |
| A-Pen-Dex, Plastic Label Holder, Bind-X, Label Holder, Crown Tip, Index Tabs, Tray Label Holders, Hi-Lo, Triangular Label Holders, Hol-Dex, Label Holders, Iris, Loose, Leaf Dividers, 5-8 Tab Set, Pressure, Sensitive Tabs, Pre-Cut, | | | |
| **CEMILL (MILLER PHARM.)** | | | |
| Tab, S.R., 500 mg., 100s ea. | 17204-0408-40 | 4.50 | 9.00 |
| 1000 mg., 100s ea. | 17204-0405-40 | 6.00 | 12.00 |
| W/Bioflavonoids, 500 mg., 100s ea. | 17204-0407-40 | 4.75 | 9.50 |
| **CENAFED (CENTURY PHARM.)** | | | |
| Syr, 30 mg./5 cc., 4 oz ea. | 00436-0948-04 | .90 | |
| 16 oz ea. | 00436-0948-16 | 1.88 | |
| 1 gal ea. | 00436-0948-28 | 11.00 | |
| Tab, 60 mg., 100s ea ℞. | 00436-0171-01 | 2.55 | |
| 1000s ea. | 00436-0171-10 | 22.00 | |
| **CENA K ℞ (CENTURY PHARM.) POTASSIUM CHLORIDE** | | | |
| Liq, S.F., 10 %, 480 ml ea. | 00436-0522-16 | 1.80 | |
| 3840 ml ea. | 00436-0522-28 | 9.90 | |
| 40 meq./15 ml., 480 ml ea. | 00436-0523-16 | 3.00 | |
| 3840 ml ea. | 00436-0523-28 | 10.90 | |
| **CENCHRIS CONTORTIX (BOIRON-BORNEMAN)** | | | |
| Pellets, 3c,4c,5c,6c, 4 gm ea. | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea. | | 1.73 | 3.40 |
| 200c,1m, 4 gm ea. | | 2.40 | 4.70 |
| 10m, 4 gm ea. | | 3.06 | 6.00 |
| 50m, 4 gm ea. | | 3.93 | 7.70 |
| CM, 4 gm ea. | | 5.38 | 10.55 |
| **CENOCORT A-40 ℞ (CENTRAL) TRIAMCINOLONE ACETONIDE** | | | |
| Via, 40 mg./ml., 5 ml ea. | 00131-1015-04 | 17.85 | |
| **CENOCORT FORTE ℞ (CENTRAL) TRIAMCINOLONE DIACETATE** | | | |
| Via, 40 mg./ml., 5 ml ea. | 00131-1095-04 | 12.35 | |
| **CENOLATE ℞ (ABBOTT HOSP) SODIUM ASCORBATE** | | | |
| Amp, 4x25, 500 mg., 1 ml 100s ea. | 00074-3118-02 | 178.13 | 150.00 |
| 1000 mg., 2 ml 100s ea. | 00074-3397-02 | 229.19 | 193.00 |
| **CENTRALINE (BIOLINE)** | | | |
| Tab, 100s ea. | 00719-2343-10 | 4.70 | |
| **CENTRA-VITE (MOORE, H.L.)** | | | |
| Tab, For Child, 60s ea. | 00839-7293-05 | 2.69 | |
| **CENTRAX ℞ (PARKE-DAVIS) PRAZEPAM** | | | |
| Cap, 5 mg., 100s ea. | 00071-0552-24 | 46.27 | 38.56 |
| 500s ea. | 00071-0552-30 | 224.64 | 187.20 |
| 10 mg., 100s ea. | 00071-0553-24 | 53.78 | 44.82 |
| 500s ea. | 00071-0553-30 | 260.66 | 217.22 |
| 20 mg., 100s ea. | 00071-0554-24 | 87.96 | 73.30 |
| **CENTROVITE (RUGBY)** | | | |
| Tab, 130s ea. | 00536-3442-38 | 4.29 | |
| **CENTROVITE JR. (RUGBY)** | | | |
| Tab, Chewable, 100s ea. | 00536-3443-08 | 2.43 | |
| **CENTRUM (LEDERLE)** | | | |
| Liq, 240 ml ea. | 00005-4343-61 | 6.59 | 5.55 |
| Tab, 60s ea. | 00005-4239-21 | 6.44 | 5.42 |
| Combopack, 100s ea. | 00005-4239-30 | 10.72 | 9.03 |
| Silver, 60s ea. | 00005-4177-19 | 6.82 | 5.74 |

Pedia Profen™ Ibuprofen Suspension 100 mg/5ml — The #1 dispensed pediatric ibuprofen¹
McNeil Consumer Products Company, Division of McNeil PPC, Inc., Fort Washington, PA 19034 USA
© McN 1991 — IMS data September 1990