Case 1:01-cv-12257-PBS   Document 3751-18   Filed 02/09/07   Page 1 of 5

| PROD/MFR | NDC/PROD NO. | AWP | DP/SRP |
|---|---|---|---|
| **LYCOPUS VIRGINICUS — continued** | | | |
| 10m, 4 gm ea...... | | 3.06 | 6.00 |
| 50m, 4 gm ea...... | | 3.93 | 7.70 |
| CM, 4 gm ea...... | | 5.38 | 10.55 |
| **LYSINE (HEALTH VITAMIN)** | | | |
| L, Tablets, 500 mg, 100s ea...... | | | 1.95 |
| | | | 4.85 |
| **LYCALL (CALEB)** | | | |
| Ointment, L-Lysine, 8 gm ea...... | 51542-0542-20 | 2.17 | 3.49 |
| Solution, L-Lysine, 500 mg/5 ml, 4 oz ea...... | 51542-0542-30 | 3.30 | 4.98 |
| Tablets, L-Lysine, 500 mg, 100s ea...... | 51542-0542-10 | 3.30 | 4.95 |
| **LYCOLAN (LANNETT)** | | | |
| Eli, 480 ml ea...... | 00527-0797-27 | 3.20 | |
| **LYCOPODIUM (A-A SPECTRUM)** | | | |
| SEE CATALOG SECTION | | | |
| Powder, 125 gm ea Rx...... | 49452-4140-01 | 7.60 | |
| 500 gm ea...... | 49452-4040-02 | 31.40 | |
| **(AMEND)** | | | |
| Pow, 4 oz ea...... | 17137-0335-04 | 12.60 | |
| **(INTEGRA CHEM)** | | | |
| Pow, 4 oz ea...... | (L-801) | 18.50 | |
| 1 lb ea...... | | 55.00 | |
| **(CITY CHEM)** | | | |
| Powder, Purified, .25 lb ea...... | (154B) | 13.50 | |
| 1 lb ea...... | | 39.00 | |
| **LYDIA O'LEARY (O'LEARY,LYDIA)** | | | |
| Camellia, Cream, 2 oz ea...... | | | 9.60 |
| | | | 16.00 |
| Lotion, 4 oz ea...... | | | 8.40 |
| | | | 14.00 |
| Covermark, Small, 1 oz ea...... | | | 10.20 |
| | | | 17.00 |
| Large, 3 oz ea...... | | | 19.20 |
| | | | 32.00 |
| Finishing Powder, Colorless, 2 oz ea | | | 8.40 |
| | | | 14.00 |
| Large, 3.5 oz ea...... | | | 10.80 |
| | | | 18.00 |
| Tinted, 2 oz ea...... | | | 8.40 |
| | | | 14.00 |
| Large, 3.5 oz ea...... | | | 10.80 |
| | | | 18.00 |
| Removing Cream, 4 oz ea...... | | | 6.00 |
| | | | 10.00 |
| Coverstik, .18 oz ea.. | | | 6.00 |
| | | | 10.00 |
| Face Magic, Conceals Blemishes) S.P.F.-20, .88 oz ea...... | | | 6.00 |
| | | | 10.00 |
| Leg Magic, Conceals Blemishes) S.P.F.-15, ea | | | 6.60 |
| | | | 11.00 |
| Lotion, 8 oz ea...... | | | 7.20 |
| | | | 12.00 |
| Shading, Cream, Waterproof, .25 oz ea | | | 4.80 |
| | | | 8.00 |
| **LYMPHAZURIN Rx (HIRSCH IND.)** | | | |
| Via, 6 Per Unit, 10 mg./ml., 5 ml 6s ea...... | 50673-0250-21 | 180.00 | |
| **LYNN'S (PFEIFFER)** | | | |
| Worm Syrup, For Pets, 120 ml ea...... | 00927-0234-12 | 2.86 | 4.29 |
| **LYOFOAM (ACME UNITED)** | | | |
| Polyurethane Foam Dressing | | | |
| Sterile, 3 X 3 In, 7.5 x 7.5 cm., 25s per box...... | 64650 | 61.25 | 2.45 |
| 3 7/8 X 3 7/8 In, 10 x 10 cm, 25s per box...... | 64655 | 71.25 | 2.85 |
| 7 X 3 7/8 In, 17.5 x 10 cm, 25s per box...... | 64658 | 143.75 | 5.75 |
| 9 7/8 X 3 7/8 In, 25 x 10 cm, 35s per box...... | 64660 | 243.25 | 6.95 |
| 8 X 5 7/8 In, 20 x 15 cm, 20s per box...... | 64663 | 151.00 | 7.55 |
| 11 7/8 X 9 7/8 In, 30 x 25 cm, 30s per box...... | 64670 | 475.50 | 15.85 |
| 27 5/8 X 15 3/4 In, 70 x 40 cm, 10s per box...... | 64685 | 541.00 | 54.10 |
| Tracheostomy (3 1/2 X 2 1/2 In, 9 x 6.5 cm, 25s per box...... | 64875 | 62.50 | 2.50 |
| **LYOFOAM C (ACME UNITED)** | | | |
| Polyurethane Foam Dressing W/ Activated Carbon | | | |
| Sterile, 3 7/8 X 3 7/8 In, 10 x 10 cm, 25s per box...... | 64755 | 91.25 | 3.65 |
| 8 X 5 7/8 In, 20 x 15 cm, 20s per box...... | 64763 | 196.00 | 9.80 |
| **LYPHOCIN Rx (LYPHO-MED/F)** | | | |
| VANCOMYCIN | | | |
| Pdi, LyphiL.10 ML.Vial, 500 mg., 25s ea...... | 00469-2210-30 | 218.75 | |
| S.D.20 ML. LyphiL. Vial, 1 gm., 10s ea...... | 00469-2840-40 | 162.50 | |
| LyphiL.100 ML. Max/Vial, 5 gm., 1s ea...... | 00469-2951-00 | 40.41 | |
| **LYPHOLYTE Rx (LYPHO-MED/F)** | | | |
| Via, 20 ml 25s ea...... | 00469-0900-40 | 145.63 | |
| 40 ml 25s ea...... | 00469-0900-60 | 283.44 | |
| Maxivial, 100 ml 40s ea...... | 00469-0901-00 | 905.00 | |
| 200 ml 20s ea...... | 00469-0902-00 | 799.00 | |
| **LYPHOLYTE II Rx (LYPHO-MED/F)** | | | |
| Via, 20 ml 25s ea...... | 00469-1460-40 | 122.81 | |
| 40 ml 25s ea...... | 00469-1460-60 | 249.38 | |
| Maxivial, 100 ml 40s ea...... | 00469-1461-00 | 749.00 | |
| 200 ml 20s ea...... | 00469-1462-00 | 696.75 | |
| **LYRIZINE Rx (INTERSTATE)** | | | |
| THEOPHYLLINE/EPHED/HYDROXYZINE | | | |
| Tab, 100s ea...... | 00814-4500-14 | 3.98 | |
| 1000s ea...... | 00814-4500-30 | 27.00 | |
| **LYSINE (APPROVED)** | | | |
| Tab, 500 mg., 100s ea...... | 00598-1185-01 | 3.73 | |
| 250s ea...... | 00598-1185-52 | 8.17 | |
| Caplet, 1000 mg., 60s ea...... | 00598-1242-60 | 4.79 | |
| **(BIO-TECH)** | | | |
| Tab, 500 mg., 100s ea...... | 53191-0015-01 | 5.00 | |
| **(FREEDA)** | | | |
| L, Tablets, U, 500 mg, 100s...... | | | 5.85 |
| 250s...... | | | 12.95 |
| **(GLENLAWN)** | | | |
| Tab, L, 500 mg., 100s ea...... | 00580-0435-01 | 5.13 | |
| **(GOLDLINE)** | | | |
| Tab, L, 500 mg., 100s ea...... | 00182-1572-01 | 3.90 | |
| **(HALL LAB)** | | | |
| L, Tablets, 500 mg, 100s ea...... | | 3.95 | |
| Combo Pack, 100s ea. | | 6.89 | |
| **(INTEGRA CHEM)** | | | |
| L, 18 ml ea...... | (L-815) | 18.00 | |
| 25 gm ea...... | | 65.00 | |
| 100 gm ea...... | | 150.00 | |
| **(MAJOR)** | | | |
| Tab, L, 500 mg, 100s ea...... | 00904-2687-60 | 3.40 | |
| **(MILLER PHARM.)** | | | |
| Cap, L, 500 mg., 100s ea...... | 17204-0915-40 | 5.00 | 10.00 |
| Tab, L, 60s ea...... | 17204-0425-20 | 3.25 | 6.50 |
| **(MISSION)** | | | |
| Tab, L, 50 mg., 100s ea...... | 00178-3990-01 | 3.61 | |
| **(MOORE,H.L.)** | | | |
| Tab, 500 mg., 100s ea...... | 00839-7306-06 | 2.96 | |
| **(NATURE'S BOUNTY)** | | | |
| SEE CATALOG SECTION | | | |
| L, Tablets, 500 mg, 100s doz.,... | | 40.08 | 4.59 |
| **(NEUROVITES)** | | | |
| L, Tablets, U.S.P., 500 mg, 100s ea | | 5.10 | 7.50 |
| **(NION)** | | | |
| L, Tablets, 525 mg, 100s doz..... | | 34.80 | |
| **(PASADENA RESEARCH)** | | | |
| Tab, L, 500 mg., 100s ea...... | 00418-4961-41 | 5.25 | 4.50 |
| **(PEOPLES DRUG)** | | | |
| Tab, L, 500 mg., 100s ea...... | 10877-0687-78 | 1.33 | |
| **(PRACTECH)** | | | |
| Tablets, W/Iron, 300 mg, 100s ea...... | 17324-2222-01 | 7.33 | 11.00 |
| **(REXALL GROUP)** | | | |
| Tab, 500 mg., 100s ea...... | 00122-0031-51 | 2.75 | |
| **(RUGBY)** | | | |
| Tab, L, 312 mg., 100s ea...... | 00536-6730-01 | 2.14 | |
| 500 mg., 100s ea...... | 00536-6731-01 | 2.48 | |
| L, Complex, 100s ea...... | 00536-6732-01 | 2.54 | |
| **(SCHEIN)** | | | |
| Tab, L, 500 mg., 100s ea...... | 00364-1142-01 | 3.15 | |
| **(SUNDOWN VITAMIN)** | | | |
| L, Tablets, 500 mg, 100s ea...... | (830) | 2.25 | |
| L, Tablets, 1000 mg, 100s ea...... | (830) | 3.95 | |
| **(UNITED RESEARCH)** | | | |
| Tab, 500 mg., 100s ea...... | 00677-1288-01 | 2.77 | |
| **LYSINE MONOHYDROCHLORIDE (A-A SPECTRUM)** | | | |
| SEE CATALOG SECTION | | | |
| Pow, 100 gm ea Rx...... | 49452-4160-01 | 6.30 | |
| 1000 gm ea...... | 49452-4160-02 | 24.50 | |
| 5000 gm ea...... | 49452-4130-03 | 99.60 | |
| **(AMEND)** | | | |
| Pow, L, 125 gm ea Rx...... | 17137-0336-04 | 8.40 | |
| **(AMINO ACIDS)** | | | |
| L, Powder, 99 %, 100 gm ea...... | | 6.50 | |
| 500 gm ea...... | | 15.00 | |
| **(CARLSON,J.R.)** | | | |
| Powder, 100 gm ea...... | | | 3.45 |
| L, Capsules, 500 mg, 100s ea...... | | | 3.25 |
| Tab, 500 mg, 300s ea...... | | | 8.75 |
| **(CITY CHEM)** | | | |
| DI, MP 260, 25 gm ea...... | (L478) | 26.50 | |
| 100 gm ea...... | | 52.10 | |
| L, 100 gm ea...... | (L477) | 10.50 | |
| 500 gm ea...... | | 29.50 | |
| **(FREEDA)** | | | |
| L, Powder, U, 4 oz...... | | | 9.95 |
| 1 lb...... | | | 29.95 |
| **LYSINYL (TYSON)** | | | |
| Cap, L, 500 mg., 100s ea...... | 53335-0078-14 | 5.50 | 5.50 |
| | | | 11.00 |
| Pow, L, 150 gm ea...... | 53335-0079-29 | 7.00 | 7.00 |
| | | | 14.00 |
| **LYSIPLEX Rx (KRAMER PHARM.)** | | | |
| VITAMIN-B-COMPLEX | | | |
| Syr, 6 oz ea...... | 52083-0841-06 | 7.50 | |
| **LYSODREN Rx (BRISTOL-MYERS,ONC.)** | | | |
| Tab, 500 mg., 100s ea...... | 00015-3080-60 | 175.21 | 140.17 |
| **LYSOVIR-SR (OMICRON)** | | | |
| Tablets, 60s ea...... | | 7.80 | 12.98 |
| **LYSSIN (BOIRON-BORNEMAN)** | | | |
| Pellets, 3c,4c,5c,6c, 4 gm ea...... | | 1.53 | 3.00 |
| 7c,9c,12c,15c,30c, 4 gm ea | | 1.73 | 3.40 |
| 200c,1m, 4 gm ea...... | | 2.40 | 4.70 |
| 10m, 4 gm ea...... | | 3.06 | 6.00 |
| 50m, 4 gm ea...... | | 3.93 | 7.70 |
| CM, 4 gm ea...... | | 5.38 | 10.55 |
| **LYTE-C (TYSON)** | | | |
| Pow, 200 gm ea...... | 53335-0038-23 | 8.50 | 8.50 |
| | | | 17.00 |
| **LYTEERS (SOLA/BARNES-HIND)** | | | |
| Drp, Opth, 15 ml ea...... | 00077-0643-15 | 6.00 | |
| **LYTREN NURSETTE (MEAD J/NUTRNL)** | | | |
| Liq, Ready To Use, 8 oz 4s ea... | 00087-0294-03 | 4.62 | |

## M

| PROD/MFR | NDC/PROD NO. | AWP | DP/SRP |
|---|---|---|---|
| **M2 (MILLER PHARM.)** | | | |
| Tab, Ca/Mg, 100s ea...... | 17204-0936-40 | 5.00 | 10.00 |
| Calcium, 280 mg., 100s ea. | 17204-0808-40 | 4.00 | 8.00 |
| Cap, Chromium, 500 mcgm., 100s ea...... | 17204-0862-40 | 4.00 | 8.00 |
| Magnesium, 100 mg., 100s ea...... | 17204-0821-40 | 4.00 | 8.00 |
| Manganese, 4 mg., 100s ea | 17204-0822-40 | 4.00 | 8.00 |
| Potassium, 100s ea...... | 17204-0833-40 | 4.00 | 8.00 |
| Tab, 3 Plus E, 60s ea...... | 17204-0816-20 | 5.25 | 10.50 |
| Vitamin B 60, 100s ea | 17204-0804-40 | 7.50 | 15.00 |
| Vitamin B 125, 60s ea...... | 17204-0809-20 | 6.95 | 13.90 |
| Cap, Vitamin C, 500 mg., 100s ea...... | 17204-0805-40 | 5.50 | 11.00 |
| Vitamin E, 400 i.u., 100s ea...... | 17204-0937-40 | 4.75 | 9.50 |
| 1000 i.u., 100s ea...... | 17204-0938-40 | 8.00 | 16.00 |
| Zinc-50, 50 mg., 100s ea | 17204-0829-40 | 5.00 | 10.00 |
| **M.A.H. (INTERSTATE)** | | | |
| Liq, 225 mg.-200 mg., 360 ml ea...... | 00814-4556-81 | 3.00 | |
| **M-BENZETTS (MURRAY)** | | | |
| Loz, 1000s ea...... | 00150-0313-80 | 10.50 | |
| **M.C.B.-T (APPROVED)** | | | |
| Tab, 100s ea...... | 00598-1096-01 | 5.28 | |
| **MCT (MEAD J/NUTRNL)** | | | |
| Oil, 1 qt ea...... | 00087-0365-03 | 38.95 | |
| **MD-60 Rx (MALLINCKRODT R & C)** | | | |
| Inj, 30 ml ea...... | 00019-4763-13 | | 3.57 |
| 50 ml ea...... | 00019-4763-15 | | 5.75 |
| **MD-76 Rx (MALLINCKRODT R & C)** | | | |
| Inj, 50 ml ea...... | 00019-4776-15 | | 8.11 |
| 100 ml ea...... | 00019-4776-07 | | 14.62 |
| 150 ml ea...... | 00019-4776-11 | | 21.87 |
| 200 ml ea...... | 00019-4776-09 | | 26.98 |
| **MD-GASTROVIEW Rx (MALLINCKRODT R & C)** | | | |
| Sol, 120 ml ea...... | 00019-4806-01 | | 14.54 |
| Inj, 240 ml ea...... | 00019-4806-03 | | 28.20 |
| **M.D. (M.D. IND)** | | | |
| Castile Soap, Liquid,2/3 Oz Packet,Box 50s, 10s per case...... | (24-10) | 37.80 | 26.45 |
| Liquid, Bottles, 1 gal 4s per case | | 44.25 | 30.95 |
| Swabs, Lemon/Glycerin,Packet 3s, 10s boxs/case...... | (28-03) | 54.70 | 38.30 |
| 25s pkts/box. | | | |
| **ME-500 (BIO-TECH)** | | | |
| Cap, 500 mg., 100s ea...... | 53191-0025-01 | 9.50 | |

Generic to LIDEX®E
15 gram tube/NDC 51672-1254-1
30 gram tube/NDC 51672-1254-2
60 gram tube/NDC 51672-1254-3
Lidex is a registered trademark of Syntex Corp.
Fluocinonide Cream USP 0.05%

TARO 800-544-1449
Quality Generics Priced for Rx Profits

| PROD/MFR | NDC/PROD NO. | AWP | DP/SRP |
|---|---|---|---|

**NATURE'S BOUNTY — continued**
Vitamin C, Tablets Ascorbic Acid, 100 mg,
- 100s doz .................................................. 13.92 1.59
- 250 mg, 100s doz .................................. 18.72 2.15
- 250s doz ................................................. 38.28 4.39
- 500 mg, 100s doz .................................. 22.92 2.59
- 250s doz ................................................. 57.72 6.65
- 1000 mg, 100s doz ................................ 50.28 5.75
- Chewable, 100 mg, 100s doz ............... 17.28 1.99
- 250 mg, 100s doz .................................. 26.16 2.99
- Crystals, 6 oz doz ................................... 89.28 10.25
- W/Rose Hips,Tablets, 100 mg,
- 100s doz .................................................. 19.92 2.29
- 250 mg, 100s doz .................................. 26.28 2.99
- Chewable, 300 mg, 100s doz ............... 40.32 4.65
- 500 mg, 100s doz .................................. 35.40 4.09
- 250s doz ................................................. 80.28 9.19
- 1000 mg, 100s doz ................................ 61.56 6.99
- Chewable, 250s doz ............................... 140.28 15.99
- Vitamin D, Tablets, 400 units, 100s doz .. 21.00 2.39
- Vitamin E, Capsules,D-Alpha, 100 i.u., 100s doz .. 41.88 4.79
- 200 i.u., 100s doz .................................. 64.20 7.45
- Capsules,D-Alpha, 400 i.u., 100s doz .. 79.56 8.99
- 250s doz ................................................. 189.00 21.69
- Capsules,Dl-Alpha, 100 i.u., 100s doz .. 26.64 3.09
- 200 i.u., 100s doz .................................. 33.72 3.65
- 400 i.u., 100s doz .................................. 42.00 4.55
- 250s doz ................................................. 105.00 11.89
- 1000 i.u., 50s doz .................................. 64.56 7.35
- 100s doz ................................................. 120.00 13.89
- Cream, 2 oz doz ..................................... 29.04 3.35
- Oil, 2.1 oz doz ........................................ 51.96 5.99
- Vitamin-E, 200 i.u., 100s doz ................ 64.20 7.45
- 400 i.u., 100s doz .................................. 79.56 8.99
- 600 i.u., 50s doz .................................... 67.56 7.85
- 1000 i.u., 50s doz .................................. 84.48 9.79
- 100s doz ................................................. 157.20 18.19
- Vita-Time, Tablets, 100s doz ................. 42.72 4.89
- 250s doz ................................................. 90.84 10.49
- Water Pills, 50s doz ................................ 39.96 4.65
- W/Iron, 50s ............................................. 42.00 4.85
- Wheat Bran, Tablets, 500 mg, 250s doz 46.80 5.40
- Wheat Germ, Oil Capsules, 6 min, 100s doz 30.96 3.59
- Yohimbe Bark, 50s doz ............... (6351) 121.68 13.99
- Zacne Tabs, 100s doz ............................. 42.00 4.85
- Zinc Tablets, 10 mg, 100s doz ............... 13.80 1.59
- 25 mg, 100s doz .................................... 21.12 2.39
- 50 mg, 100s doz .................................... 30.96 3.55
- 100 mg, 100s doz .................................. 44.16 4.99

**NATURE'S BOUNTY 1 (NATURE'S BOUNTY)**
SEE CATALOG SECTION
- Tablets, 60s doz ....................................... 71.28 8.19

**NATURE'S BOUNTY SKIN & HAIR CARE (NATURE'S BOUNTY)**
SEE CATALOG SECTION
- E-Cream, 2 oz doz .................................. 29.04 3.35
- E-Lotion, 4 oz doz ................................... 50.16 5.79
- E-Oil, 2.1 oz doz ..................................... 51.96 5.99

**NATURES FAMILY (DEP CORP)**
- Gel, Aloe Vera Moist, 6 oz
  - 1s dz/case pk ......................... 71996015700
- Creme, Vit E Moist, 4,000 i.u.,
  - 8 oz 1s dz/case pk .................. 71996548420
- Aloe Vera Moist, 8 oz
  - 1s dz/case pk ......................... 71996528470
- Aloe Plus Collagen
  - Moist, 8 oz 1s dz/case pk ....... 71996528450
- Aloe Vera/Vitamin E
  - Moist, 8 oz 1s dz/case pk ....... 71996528490
- Relief, After Sun, 6 oz 1s dz/
  - case pk .................................... 71996524570
- Facial Scrub, Aloe Vera Combo,
  - .5 oz 1s dz/case pk .................. 71996524000
- Liq Soap, Aloe Vera, 18 oz
  - 1s dz/case pk ......................... 71996001200
- Lotion, Vit E/Collagen, 18 oz
  - 1s dz/case pk ......................... 71996016600
- Cocoa Butter/Vit E,
  - 18 oz 1s dz/case pk ................ 71996016500

**NATURE'S REMEDY (SK BEECHAM/CONS)**
- Tab, 100 mg.-150 mg., 12s doz. 00766-7430-20 18.14
- 30s doz. 00766-7430-04 32.52
- 60s doz. 00766-7430-05 56.55

**NATURE'S TEARS (RUGBY)**
- Liq, 15 ml ea ........................... 00536-6235-72 2.82

**NATURETIN 5 ℞ (PRINCETON PHARM)**
- Tab, 5 mg., 100s ea ................ 00003-0606-50 61.63 49.30
- 1000s ea ................................. 00003-0606-80 587.73 470.18

**NATURETIN 10 ℞ (PRINCETON PHARM)**
- Tab, 10 mg, 100s ea ............... 00003-0618-50 94.86 75.89

**NAUS-AID (MAJOR)**
- Liq, 120 ml ea ......................... 00904-0049-20 1.50

**NAUSATROL (MURRAY)**
- Liq, 4 oz ea ............................. 00150-0049-20 1.25

**NAUS-A-WAY (HAUCK,W.E.)**
- Sol, 480 ml ea ......................... 43797-0517-16 7.61

**NAVANE ℞ (ROERIG) THIOTHIXENE**
- Cap, 1 mg., 100s ea ................ 00049-5710-66 29.49 24.83
- 100s ea UD ............................. 00049-5710-41 33.90 28.55
- 2 mg., 100s ea ........................ 00049-5720-66 39.75 33.47
- 100s ea UD ............................. 00049-5720-41 45.66 38.45
- 1000s ea ................................. 00049-5720-82 353.66 297.82
- 5 mg., 100s ea ........................ 00049-5730-66 62.14 52.33
- 100s ea UD ............................. 00049-5730-41 71.48 60.19
- 1000s ea ................................. 00049-5730-82 552.59 465.34
- 10 mg., 100s ea ...................... 00049-5740-66 85.67 72.14
- 100s ea UD ............................. 00049-5740-41 94.22 79.34
- 1000s ea ................................. 00049-5740-82 762.54 642.14
- 20 mg., 100s ea ...................... 00049-5770-66 120.21 101.23
- 100s ea UD ............................. 00049-5770-41 132.17 111.30
- 500s ea ................................... 00049-5770-73 537.17 452.35
- Liq, Conc, 5 mg./ml., 30 ml ea.. 00049-5750-51 20.44 17.21
- 4 oz ea .................................... 00049-5750-47 63.41 53.40
- Via, Im, 2 mg./ml., 2 ml 10s ea. 00049-5760-83 16.45 13.85
- Pdi, Im, 5 mg./ml., 1s ea ......... 00049-5765-83 29.94 25.21

**NAYLOR'S, DR., VET (NAYLOR,H.W.)**
- Aspirin, Bolus, 240 gr, 10s doz.. 47.60 5.95
- 50s doz ................................... 126.00 15.75
- Blu-Kote, 4 oz doz .................. 28.00 3.50
- Aerosol, 5 oz doz .................. 34.80 4.35
- Pump Spray, 4 oz doz ........... 31.60 3.95
- Defender, Teat Dip, 1 gal 4s case 22.60 8.50
- Hoof N' Heel, 16 oz doz ........ 38.00 4.75
- 25 lb doz ................................. 65.00 97.50
- Paste, Dehorning, 4 oz doz .... 30.00 3.75
- Mastitis, Indicators,Test Blotters, 30s doz 22.00 2.75
- Teat Dilator, 40s doz ............. 36.00 4.50
- Milking, Tubes (Adjust, 12s doz.. 11.60 1.45
- Red-Kote, Dauber Bot, 4 oz .. 36.80 4.60
- Spray Bomb, doz ................... 36.80 4.60
- Stop-A-Leak, 2 oz doz ........... 36.80 4.60
- Udder Balm, 9 oz doz ........... 28.00 3.50
- Pail, 36 oz doz ...................... 76.00 9.50

**N-BUTYL CHLORIDE VET (RICHLYN)**
- Capsules, 5 ml 1000s ea ......... 00115-5003-03 87.20

**NEATSFOOT OIL (A-A SPECTRUM) SEE CATALOG SECTION**
- Liq, 500 ml ea ℞ ...................... 49452-4820-01 4.20
- 4000 ml ea .............................. 49452-4820-02 19.75

**(AMERICAN DRUG)**
- Liq, Pure, 120 ml ea ................ 00714-0096-04 18.50
- 480 ml ea ................................ 00714-0096-16 3.45

**(INTEGRA CHEM)**
- Oil, 480 ml ea ......................... (N-202) 7.50
- 3840 ml ea .............................. 36.00

**(CITY CHEM)**
- Prime, 1 pt ea ......................... (0216) 7.50
- 1 gal ea ................................... 28.75

**(HUMCO LAB)**
- Liq, Compound, 4 oz ea ......... 00395-1813-94 2.38
- 1 pt ea ..................................... 00395-1813-16 5.36
- Prime Grade, 4 oz ea ............. 00395-1819-94 2.35
- 1 pt ea ..................................... 00395-1819-16 5.83

**NEAT SEAT (SANITOR MFG.)**
- Personal, pack, ..................................................

**NEBCIN ℞ (LILLY) TOBRAMYCIN SULFATE**
- Amp, 80 mg./2 ml., 2 ml ea ....... 00002-1499-01 7.28
- 2 ml 25s ea .................................. 00002-1499-25 182.11
- Pdi, Amp, 1.2 gm., 6s ea ........ 00002-7090-16 655.59
- 6s ea ....................................... 00002-7040-16 655.59
- Amp, Pediatric, 20 mg./2 ml.,
  - 2 ml ea .................................. 00002-0501-01 3.65
- Srn, 60 mg./1.5 ml., 1.5 ml
  - 24s ea .................................... 00002-0509-24 169.06
- 80 mg./2 ml., 2 ml 24s ea ..... 00002-0503-24 189.22
- Pdi, Add-Vantage, 60 mg.,
  - 25s ea .................................... 00002-7293-25 173.11
- 80 mg.,
  - 25s ea .................................... 00002-7294-25 194.11

**NEBUPENT ℞ (LYPHO-MED/F)**
- Pow, For Inhalation Solution,
  - 300 mg., 1s ea ....................... 00469-8770-90 124.31

**NECHLORIN ℞ (INTERSTATE)**
- Tab, 100s ea ........................... 00814-5220-14 4.13
- 500s ea ................................... 00814-5220-28 15.75

**NECTA SWEET (GOODYS)**
- Tab, No-Cal, 1/4 gr., 500s ea ... 74684-0171-05 14.11 11.76
  - 1.89
- 1000s ea ... 74684-0171-10 22.18 18.48
  - 2.79
- 1/2 gr., 500s ea ...... 74684-0172-05 22.18 18.48
  - 2.79
- 1000s ea ................. 74684-0172-10 33.41 27.84
  - 4.09
- 1 gr., 500s ea .......... 74684-0173-05 33.41 27.84
  - 4.09
- 1000s ea ................. 74684-0000-10 51.12 42.60
  - 6.59

**NEET (WHITEHALL) Depilatory**
- Cre, Aloe Vera, 2 oz doz ........ 00573-2318-20 40.32
- 4 oz doz ................................. 00573-2318-30 44.21
- Aer, Lemon, 6 oz doz ............ 00573-2301-15 45.65
- Cre, Cocoa Butter, 2 oz doz .. 00573-2323-20 40.32
- 4 oz doz ................................. 00573-2323-30 54.58
- Herbal, 2 oz doz .................... 00573-2325-10 25.20
- Lemon, 2 oz doz .................... 00573-2331-10 40.32
- Floral, 2 oz doz ...................... 00573-2321-20 40.32
- 4 oz doz ................................. 00573-2321-30 54.58
- Lot, Aloe Vera, 2 oz doz ......... 00573-2341-20 35.57
- 8 oz doz ................................. 00573-2341-35 59.33
- Cocoa Butter, 4 oz doz .......... 00573-2342-20 35.57
- 8 oz doz ................................. 00573-2342-35 59.33
- Floral, 4 oz doz ...................... 00573-2340-21 35.57
- 8 oz doz ................................. 00573-2340-35 59.33
- Herbal, 4 oz doz .................... 00573-2345-21 30.67
- Lemon, 4 oz doz .................... 00573-2350-21 35.57
- 8 oz doz ................................. 00573-2350-35 47.95

**Bikini Line**
- Kit, Reg, ea ............................. 00573-2335-51 54.86
- Aloe Vera, doz ....................... 00573-2337-50 54.86

**NEGGRAM ℞ (WINTHROP PHARM.) NALIDIXIC ACID SEE PAGE 60**
- Tab, Caplets, 250 mg., 56s ea ... 00024-1321-03 27.97
- 500 mg., 56s ea ...................... 00024-1322-03 46.19
- 500s ea ................................... 00024-1322-06 403.20
- 1000s ea ................................. 00024-1322-08 795.55
- 100s ea UD ............................. 00024-1322-14 85.68
- 1 gm., 100s ea ........................ 00024-1323-04 124.48
- 100s ea UD ............................. 00024-1323-14 138.61
- Sus, 16 oz ea .......................... 00024-1318-06 71.92

**NELKIN/PIPER PRODUCTS (NELKIN/PIPER)**
- Blood, Pressure Kit, ea ........... (203) 14.97
- Econo Kit, ea .......................... (200) 15.97
- Monitor, ea ............................. (205M) 27.97
- Digital, Economy Thermometer,
  - ea ........................................... (268) 3.97
- Blood, Pressure Units (Aneroid,
  - ea ........................................... (204M) 11.47
- Mercury, ea ............................ (206M) 27.97
- Magnifying, Glasses Orotoscope,
  - ea ........................................... (305) 10.97
- Stethoscopes, Bowles, ea ...... (212M) 4.97
- Dual Head, ............................. (225) 5.97
- Infra Heat, Infrared Therapeutic
  - Heat Lamp, ea ....................... (230) 13.47
- Pulse Meter, ea ...................... (235) 39.97

**NELKIN/PIPER SUPPORTS (NELKIN/PIPER)**
- Active Act, S-M-MI-L & Xl,
  - support brief men, ea ........... (571) 8.97 16.95
- support brief,women,
  - ea ........................................... (572) 8.97 16.95
- S-M-MI & L, support
  - bra, ea ................................... (672) 9.57 15.95
- Back-Easer, Support, Sm, Med-
  - Lge, Lge, ea ........................... (702) 9.72 14.95
- Canes, Bamboo & Rattan, ea .. (447) 4.19 6.95
- Dark Brown, ea ...................... (453) 5.39 8.95
- Extra Stout, ea ....................... (455) 6.59 10.95
- Gray, ea .................................. (451) 5.99 9.95
- Knotted, ea ............................ (450) 5.39 8.95
- Rosewood, ea ........................ (452) 5.64 9.45
- Hazelwood, Straight, ea ....... (457) 10.19 16.95
- Ribbed, ea .............................. (446) 4.19 6.95
- Scorched, ea .......................... (445) 3.59 5.95
- Scorched-Ribbed, ea ............. (448) 4.79 7.95
- Easy Wear, Urinal, One Sz Fits
  - All, ea .................................... (540) 24.02 36.95
- Golden Crown, Lumbo-Sacro, ea (726) 22.95 41.65
- Sacro, ea ................................. (715) 17.95 35.95
- Truss (Left
  - Side,S-M-MI-L, ea ................. (527L) 12.97 19.95
- Right Side,S-M-
  - MI-L, ea .................................. (527R) 12.97 19.95
- Double Side,S-M-
  - MI-L, ea .................................. (5270D) 14.92 22.95
- Heel & Ankle, Protector,
  - Disposable (Pair, ea .............. (195) 2.10 3.95
- Case, ea .................................. (195) 69.50
- Male Relax Cinch,
  - ea ........................................... (575) 12.97 19.95
- Reservoir, Bags, 3s ea ........... (545) 9.72 14.95

**PRODUCT INFORMATION** — Prescription only drugs have the symbol ℞

| PROD/MFR | NDC/PROD NO. | AWP | DP/SRP |
|---|---|---|---|

- ...ud, Oxygen Base Unit,
- ...tresses, 7 Rails,
- ...ical Aids,
- ...ol Lift, Chairs,
- ...ogen, Dewars,
- ...gen, Accessories,
  - Base Units,
  - Regulators & Cylinders,
- ...tent Aids,
- ...table, Oxygen Units,
- ...iversal, Base Units,
- ...eelchairs,

**PENTAERYTHRITOL TETRANITRATE ℞**
See Also P.E.T.N. (BALAN, J.J.) SEE P.E.T.N.

**(MC-CONS)**
- Tab, 10 mg., 100s ea......... 00223-1387-01   5.75
- 1000s ea......... 00223-1387-02   43.75
- 20 mg., 100s ea......... 00223-1390-01   7.50
- W/Pb, 1000s ea......... 00223-1390-02   60.00
- S.A., 80 mg., 100s ea......... 00223-1392-01   8.95
- 1000s ea......... 00223-1392-02   85.95

**(JONES MEDICAL)** SEE DUOTRATE-30

**(LANNETT)** SEE PENTYLAN

**(MOORE, H.L.)**
- Tab, 10 mg., 1000s ea......... 00839-5010-16   35.03
- 20 mg., 1000s ea......... 00839-5071-16   47.18
- 80 mg., 100s ea......... 00839-6474-06   9.11
- 1000s ea......... 00839-6474-16   74.18

**(PARKE-DAVIS,)** SEE PERITRATE

**(SCHEIN)**
- Tab, 80 mg., 100s ea......... 00364-0189-01   5.43
- 80 mg., 1000s ea......... 00364-0531-02   71.75

**(TEXAS DRUG REPS, INC)** SEE PENTOL

**(TRUXTON)** SEE PENTET

**(VERATEX)**
- Tab, 20 mg., 1000s ea......... 17022-6370-06   40.85

**PENTAM 300 ℞ (LYPHO-MED/F)**
- Pw, 300 mg., 10s ea......... 00469-1130-91   1243.13



RED BOOK DATA BASE SERVICES FOR ELECTRONIC PRICING

**PENTASPAN ℞ (DU PONT)**
- Via, 10 %, 500 ml 12s ea......... 00094-0077-95   792.00

**PENTAZINE ℞ (CENTURY PHARM.) PROMETHAZINE**
- Syr, 6.25 mg./5 ml., 120 ml ea. 00436-0576-04   .50
- 480 ml ea.. 00436-0576-16   1.80
- 3840 ml ea. 00436-0576-28   11.90
- Inj, 50 mg./ml., 10 ml ea......... 00436-0280-70   2.60

**PENTET ℞ (TRUXTON) PENTAERYTHRITOL TETRANITRATE**
- Tab, 10 mg., 1000s ea......... 00463-6136-10   7.00
- 20 mg., 1000s ea......... 00463-6138-10   8.00

**PENTHORUM SEDOIDES (BOIRON-BORNEMAN)**
- Tablets, 3c,4c,5c,6c, 4 gm ea...... 1.53   3.00
- 7c,9c,12c,15c,30c, 4 gm ea   1.73   3.40
- 200c,1m, 4 gm ea   2.40   4.70
- 10m, 4 gm ea......... 3.06   6.00
- 50m, 4 gm ea......... 3.93   7.70
- CM, 4 gm ea......... 5.38   10.55

**PENTHRANE ℞ (ABBOTT HOSP)**
- Sol, 15 ml 20s ea......... 00074-6864-08   1255.33   1057.20
- 125 ml 4s ea......... 00074-6864-03   1560.99   1314.52
- 125 ml 4s ea......... 00074-6864-04   984.29   828.88

**PENTIDS 400 UNIMATIC ℞ (SQUIBB PHARM.) PENICILLIN G SOD./POT.**
- Tab, 400,000 units, 100s ea UD. 00003-0165-52   11.56   9.25

**PENTOBARBITAL SODIUM © (ABBOTT)** SEE NEMBUTAL

**(BIOLINE)**
- Tab, 1.5 gr., 1000s ea......... 00719-0971-13   60.00

**(DIXON-SHANE)**
- Cap, 100 mg., 1000s ea......... 17236-0908-10   63.90

**(HALSEY DRUG)**
- Cap, 1 1/2 gr., 1000s ea......... 00879-0027-10   35.50

**(INTERSTATE)**
- Cap, 1 1/2 gr., 100s ea......... 00814-5890-14   3.44
- 1000s ea......... 00814-5890-30   26.88

**(LANNETT)**
- Pow, 50 mg./ml., 1 oz ea......... 00527-0606-31   9.00
- 4 oz ea......... 00527-0606-04   24.80

**(RUGBY)**
- Cap, 1 1/2 gr., 1000s ea......... 00536-4156-10   39.94

**(SCHEIN)**
- Cap, 1 1/2 gr., 1000s ea......... 00364-0191-02   41.50

**(STERIS)**
- Via, Veterinary, 65 mg/ml, 100 ml 25s ea......... 00402-9465-70   7.00

**(TRUXTON)**
- Cap, 100 mg., 1000s ea......... 00463-2017-10   33.00

**(WYETH/AYERST)**
- Srn, Tubex-22g X 1 1/4", 50 mg./ml., 2 ml 10s ea......... 00008-0303-02   21.41   17.13

**PENTOL ℞ (TEXAS DRUG REPS, INC) PENTAERYTHRITOL TETRANITRATE**
- Tab, 10 mg., 250s ea......... 47202-2684-04   3.75   3.00

**PENTOLAIR ℞ (BALAN, J.J.) CYCLOPENTOLATE HCL**
- Odr, Opth, 1 %, 15 ml ea......... 00304-1269-58   7.49

**(TEXAS DRUG REPS, INC)**
- Odr, 1%, 2 ml ea......... 47202-3645-02   2.39   1.91
- 5 ml ea......... 47202-3645-05   3.60   2.88
- 15 ml ea......... 47202-3645-01   5.63   4.50

**PENTOTHAL © (ABBOTT HOSP) THIOPENTAL SODIUM**
- Srn, Rectal, 2 gm., 1 ml ea......... 00074-7236-04   28.20   23.75
- Ready-To-Mix, 250 mg., 1 ml 25s ea......... 00074-6241-03   179.31   151.00
- 400 mg., 1 ml 25s ea......... 00074-6246-03   221.17   186.25
- 500 mg., 1 ml 25s ea......... 00074-6243-01   249.38   210.00
- 1 ml 25s ea......... 00074-6420-01   243.14   204.75
- Inj, Kit For Inj, 1 gm(2.5 %, 1 ml 25s ea......... 00074-6244-01   325.97   274.50
- 2.5 gm(2 %, 1 ml 25s ea......... 00074-6259-01   722.59   608.50
- 2.5 gm(2.5 %, 1 ml 25s ea......... 00074-6260-01   703.30   592.25
- 5 gm(2 %, 1 ml 25s ea......... 00074-6108-01   1115.95   939.75
- Transfer Kit, 5 gm(2.5 %, 1 ml 25s ea......... 00074-6504-01   1105.56   931.00
- & Sterile Water Combo Pk, 500 mg., 1 ml 25s ea......... 00074-3329-01   189.11   159.25
- Sterile Water Combo Pk, 1 gm., 1 ml 25s ea......... 00074-6435-01   326.86   275.25

**PENTRAX (GENDERM)**
- Liq, Shampoo, 4 oz ea......... 52761-0665-04   6.06   5.05
- 8 oz ea......... 52761-0665-08   10.24   8.53

**PENTYLAN ℞ (LANNETT) PENTAERYTHRITOL TETRANITRATE**
- Tab, 10 mg., 500s ea......... 00527-1202-05   10.60
- 1000s ea......... 00527-1202-10   18.60
- 20 mg., 100s ea......... 00527-1208-01   3.60
- 500s ea......... 00527-1208-05   12.40
- 1000s ea......... 00527-1208-10   24.00

**PENTYLENETETRAZOLE ℞ (A-A SPECTRUM)** SEE CATALOG SECTION
- Pow, 25 gm ea......... 49452-5080-01   13.95
- 100 gm ea......... 49452-5080-02   39.80

**(CITY CHEM)**
- Purified, 100 gm ea......... (P1447)   23.35
- 500 gm ea......... 81.20

**PENTYL-M-CRESOL (CITY CHEM)**
- Pow, 25 gm ea......... (P684)   6.70
- 100 gm ea......... 18.85

**PEN-V ℞ (GOLDLINE) PENICILLIN VK**
- Tab, Oval, 250 mg., 100s ea......... 00182-0869-01   5.40
- 1000s ea......... 00182-0869-10   42.55
- Round, 1000s ea......... 00182-0116-10   42.55
- Oval, 500 mg., 100s ea......... 00182-1537-01   9.75
- 1000s ea......... 00182-1537-10   88.00
- Round, 100s ea......... 00182-0115-01   9.75
- 1000s ea......... 00182-0115-10   88.00

**PEN-VEE K ℞ (WYETH/AYERST) PENICILLIN VK**
- Sol, 125 mg./5 ml., 100 ml ea... 00008-0004-06   1.81   1.45

- 200 ml ea... 00008-0004-07   3.14   2.51
- 250 mg./5 ml., 100 ml ea... 00008-0036-04   2.73   2.18
- 150 ml ea... 00008-0036-03   3.79   3.03
- 200 ml ea... 00008-0036-05   4.06   3.25
- Tab, 250 mg., 100s ea... 00008-0059-02   12.24   9.79
- 100s ea UD... 00008-0059-10   13.34   10.67
- 500s ea... 00008-0059-04   48.13   38.50
- 500 mg., 100s ea... 00008-0390-01   23.01   18.41
- 100s ea UD... 00008-0390-04   26.13   20.90
- 500s ea... 00008-0390-05   86.98   69.58

**PEOPLES PRODUCTS (PEOPLES DRUG)**
- Cap, Cold Caps, 10s ea... 10877-0482-52   .58
- 20s ea... 10877-0482-60   .91
- Stool Softener, 60s ea... 10877-0486-72   1.59
- Tab, Eff. Plus Cold Relief, 20s ea... 10877-0494-60   1.09
- MaX. StR. Sinus Tablets, 24s ea... 10877-0480-62   1.09
- Sinus Tablets, 30s ea... 10877-0489-65   .94

**Analgesics**
- Analgesic, tablets, 100s ea... 10877-0415-78   .88
- Aspricin, 100s ea... 10877-0499-78   1.11
- Coated, aspirin, 100s ea... 10877-0416-78   .66
- 300s ea... 10877-0416-87   1.43
- Children's, P.R. W/O Aspirin (Fruit, 30s ea... 10877-0492-65   .78
- P.R. W/O Aspirin (Grape, 30s ea... 10877-0481-65   .74
- P.R. W/O Aspirin (Elixir, 120 ml ea... 10877-0375-26   1.04
- Effervescent, Antacid & P.R., 36s ea... 10877-0421-68   1.08
- Enteric, coated aspirin, 100s ea.. 10877-0429-78   .95
- Infant's, P.R. Drops W/O Aspirin, 15 ml ea... 10877-0313-05   1.22
- P.R. W/O, aspirin, 100s ea... 10877-0403-78   1.04
- X-Str P.R., w/o aspirin, 50s ea... 10877-0484-71   .68
- 60s ea... 10877-0405-72   .65
- 100s ea... 10877-0484-78   1.10
- 200s ea... 10877-0405-82   1.85
- Ultra Str, P.R., 100s ea... 10877-0430-78   1.58

**Diet Aids**
- Caplets, Max Str Diet, caffeine free, 20s ea... 10877-0458-60   .85
- 40s ea... 10877-0458-58   1.41

**Nbe Synthetic Vitamins**
- Advanced, formula century, 130s ea... 10877-0656-97   3.23
- Therapeutic M, formula, 130s ea... 10877-0662-97   3.04
- Animal Shape, Complete Formula, chewable vitamins, 60s ea... 10877-0512-72   1.62
- 100s ea... 10877-0661-78   1.25
- W/X-C, 60s ea... 10877-0521-72   1.21
- W/Iron, 100s ea.. 10877-0665-78   1.26
- B Complex, w/c caplets, 130s ea... 10877-0577-81   2.30
- Daily Multi, vitamins, 100s ea... 10877-0632-78   1.17
- 250s ea... 10877-0632-85   2.11
- plus iron, 100s ea... 10877-0634-78   1.17
- 250s ea... 10877-0634-85   2.11
- plus minerals, 100s ea... 10877-0678-78   2.69
- & X-Iron, plus calcium, 60s ea... 10877-0645-72   1.38
- Epa-Chol, 60s ea... 10877-0641-72   2.25
- Ferrous, sulfate, 100s ea... 10877-0594-78   .76
- Geri-Rite, vitamins, 100s ea... 10877-0663-78   2.47
- High Potency, Calcium Formula, 600 mg, 60s ea... 10877-0619-72   1.28
- Calcium Formula W/D, 60s ea... 10877-0616-72   1.41
- Oyster Shell, Natural, Calcium, 500 mg, 60s ea... 10877-0516-72   1.01
- Stress Tabs, 60s ea... 10877-0668-72   1.80
- w/iron, 60s ea... 10877-0674-72   1.92
- w/zinc, 60s ea... 10877-0652-72   1.87

**Synthetic Vitamins**
- Chewable C, 250 mg, 100s ea... 10877-0526-78   1.06
- 250s ea... 10877-0526-85   2.18
- 500 mg, 100s ea... 10877-0520-78   1.69
- Ferrous Gluc, 5 gr, 100s ea... 10877-0581-78   1.10
- Omega 3, Concentrate, natural fish oil, 30s ea... 10877-0690-65   3.00
- Super B-Comp, w/liver & iron, 100s ea... 10877-0552-78   2.05
- Vitamin C, Timed Release, 500 mg, 100s ea... 10877-0598-78   1.86
- Vitamin A, 10,000 i.u., 100s ea... 10877-0566-78   .77
- Vitamin B-1, 100 mg, 100s ea... 10877-0564-78   1.06
- Vitamin B-6, 50 mg, 100s ea... 10877-0592-78   .81
- 100 mg, 100s ea... 10877-0593-78   1.23

Pedia Profen™ Ibuprofen Suspension 100 mg/5ml — The #1 dispensed pediatric ibuprofen¹  McNEIL

9

| PROD/MFR | NDC/PROD NO. | AWP | DP/SRP |
|---|---|---|---|
| **(MILLGOOD)** | | | |
| Pow, Micronized, 5 gm ea | 53118-0206-05 | 41.85 | 38.00 |
| 10 gm ea | 53118-0206-10 | 77.00 | 70.00 |
| **(MOORE,H.L.)** | | | |
| Cre, 0.025 %, 15 gm ea | 00839-6127-47 | 1.07 | |
| 0.1 %, 80 gm ea | 00839-6126-46 | 3.63 | |
| 0.5 %, 15 gm ea | 00839-6128-47 | 2.55 | |
| Via, 40 mg./ml., 1 ml ea | 00839-6287-82 | 2.84 | |
| 5 ml ea | 00839-6287-25 | 7.28 | |
| Oin, 0.025 %, 15 gm ea | 00839-6392-47 | 1.07 | |
| 80 gm ea | 00839-6392-46 | 2.55 | |
| 0.1 %, 15 gm ea | 00839-6391-47 | 1.20 | |
| 80 gm ea | 00839-6391-46 | 3.23 | |
| 5 lb ea | 00839-6391-48 | 55.61 | |
| Pas, Dental, 0.1 %, 5 gm ea | 00839-7403-41 | 4.44 | |
| **(NMC LAB)** | | | |
| Cre, 0.025 %, 15 gm ea | 23317-0300-15 | 1.00 | |
| 80 gm ea | 23317-0300-80 | 2.60 | |
| 454 gm ea | 23317-0300-16 | 7.16 | |
| 0.1 %, 15 gm ea | 23317-0301-15 | 1.35 | |
| 80 gm ea | 23317-0301-80 | 3.98 | |
| 454 gm ea | 23317-0301-16 | 16.96 | |
| 2400 gm ea | 23317-0301-05 | 70.00 | |
| Oin, 0.1 %, 15 gm ea | 23317-0306-15 | 1.35 | |
| 80 gm ea | 23317-0306-80 | 3.98 | |
| **(OCUMED)** SEE CINOLAR | | | |
| **(PADDOCK)** | | | |
| Pow, 5 gm ea | 00574-0450-05 | 50.63 | |
| 10 gm ea | 00574-0450-10 | 90.00 | |
| **(PARMED)** | | | |
| Cre, 0.025 %, 15 gm ea | 00349-9009-35 | 1.30 | |
| 80 gm ea | 00349-9009-17 | 3.20 | |
| 0.1 %, 15 gm ea | 00349-8759-35 | 1.85 | |
| 80 gm ea | 00349-8759-17 | 4.60 | |
| 0.1%, 5 lb ea | 00349-9010-99 | 76.03 | |
| 0.5 %, 15 gm ea | 00349-9011-35 | 2.63 | |
| **(PASADENA RESEARCH)** | | | |
| Via, 40 mg./ml., 5 ml ea | 00418-4251-05 | 8.17 | 7.00 |
| **(PHARMACEUTICAL BASIC)** | | | |
| Lot, 0.025 %, 60 ml ea | 00832-8560-60 | 7.00 | |
| 0.1 %, 60 ml ea | 00832-8561-60 | 7.80 | |
| **(PHARMADERM)** | | | |
| Cre, 0.025 %, 15 gm ea | 00462-0003-15 | .75 | |
| 80 gm ea | 00462-0003-80 | 1.95 | |
| 1 lb ea | 00462-0003-16 | 6.00 | |
| 0.1 %, 15 gm ea | 00462-0004-15 | .90 | |
| 80 gm ea | 00462-0004-80 | 2.93 | |
| 1 lb ea | 00462-0004-16 | 12.23 | |
| 0.5 %, 15 gm ea | 00462-0002-15 | 2.48 | |
| Oin, 0.025 %, 80 gm ea | 00462-0005-80 | 1.95 | |
| 0.1 %, 15 gm ea | 00462-0006-15 | .90 | |
| 80 gm ea | 00462-0006-80 | 2.93 | |
| **(PHARMAFAIR)** | | | |
| Cre, 0.025 %, 15 gm ea | 24208-0650-02 | 1.09 | |
| 30 gm ea | 24208-0650-04 | 1.34 | |
| 80 gm ea | 24208-0650-54 | 2.80 | |
| 454 gm ea | 24208-0650-08 | 6.56 | |
| 5 lb ea | 24208-0650-98 | 21.28 | |
| 0.1 %, 5 lb ea | 24208-0655-98 | 62.40 | |
| 15 gm ea | 24208-0655-02 | 1.28 | |
| 30 gm ea | 24208-0655-04 | 1.65 | |
| 80 gm ea | 24208-0655-54 | 3.87 | |
| 454 gm ea | 24208-0655-08 | 14.88 | |
| 0.5 %, 15 gm ea | 24208-0660-02 | 2.88 | |
| 30 gm ea | 24208-0660-04 | 4.32 | |
| 454 gm ea | 24208-0660-08 | 40.64 | |
| **(PHARMA-TEK)** | | | |
| Pow, 5 gm ea | 39822-5300-05 | 44.00 | |
| **(PRIMEDICS)** | | | |
| Via, 40 mg./ml., 5 ml ea | 00684-0199-05 | 12.00 | |
| **(PUREPAC)** | | | |
| Tab, 4 mg, 100s ea | 00228-2454-10 | 14.05 | |
| **(QUALITEST)** | | | |
| Cre, 0.025 %, 15 gm ea | 52446-0960-74 | 1.28 | .70 |
| 80 gm ea | 52446-0960-90 | 2.97 | 1.65 |
| 0.1 %, 15 gm ea | 52446-0961-74 | 1.35 | .75 |
| 80 gm ea | 52446-0961-90 | 3.94 | 2.19 |
| 0.5 %, 15 gm ea | 52446-0962-74 | 3.10 | 1.72 |
| Lot, 0.025 %, 60 ml ea | 52446-0963-49 | 8.20 | 4.25 |
| 0.1 %, 60 ml ea | 52446-0964-49 | 8.28 | 4.60 |
| Oin, 0.025 %, 15 gm ea | 52446-0965-74 | 1.17 | .65 |
| 0.1 %, 15 gm ea | 52446-0966-74 | 1.35 | .75 |
| **(RAWAY)** | | | |
| Cre, 0.025 %, 15 gm ea | 00686-0063-35 | 1.00 | |
| 80 gm ea | 00686-0063-36 | 2.50 | |
| 1 lb ea | 00686-0063-05 | 6.25 | |
| Oin, 0.025 %, 15 gm ea | 00686-0054-35 | 1.00 | |
| 80 gm ea | 00686-0054-36 | 2.50 | |
| 1 lb ea | 00686-0054-05 | 6.25 | |
| Lot, Topical, 0.025 %, 60 ml ea | 00686-1248-02 | 7.50 | |
| 0.1 %, 60 ml ea | 00686-1250-02 | 8.50 | |
| **(RAWSON)** | | | |
| Powder, Usp Micronized, 1 gm | | 8.50 | |
| **(RHONE-POULENC/PHARM)** SEE AZMACORT | | | |
| **(RUGBY)** | | | |
| Cre, 0.025 %, 15 gm ea | 00536-5245-20 | 1.35 | |
| 80 gm ea | 00536-5245-30 | 3.45 | |
| 454 gm ea | 00536-5245-98 | 9.38 | |
| 5 lb ea | 00536-5245-27 | 36.75 | |
| 0.1 %, 15 gm ea | 00536-5225-20 | 2.03 | |
| 80 gm ea | 00536-5225-30 | 5.10 | |
| 454 gm ea | 00536-5225-98 | 20.85 | |
| 5 lb ea | 00536-5225-27 | 81.83 | |
| 0.5 %, 15 gm ea | 00536-5200-20 | 4.28 | |
| Lot, 0.025 %, 60 ml ea | 00536-2370-61 | 7.43 | |
| 0.1 %, 60 ml ea | 00536-2360-61 | 8.25 | |
| Oin, 0.025 %, 15 gm ea | 00536-5190-20 | 1.35 | |
| 80 gm ea | 00536-5190-30 | 3.45 | |
| 454 gm ea | 00536-5190-98 | 10.35 | |
| 0.1 %, 15 gm ea | 00536-5180-20 | 2.03 | |
| 80 gm ea | 00536-5180-30 | 5.10 | |
| 454 gm ea | 00536-5180-98 | 20.85 | |
| 5 lb ea | 00536-5180-27 | 81.83 | |
| 0.5 %, 15 gm ea | 00536-5170-20 | 4.28 | |
| Via, 40 mg./ml., 5 ml ea | 00536-9810-65 | 11.40 | |
| **(SCHEIN)** | | | |
| Cre, 0.025 %, 15 gm ea | 00364-7211-72 | 1.10 | |
| 80 gm ea | 00364-7211-60 | 2.95 | |
| 454 gm ea | 00364-7211-16 | 7.95 | |
| 5 lb ea | 00364-7211-17 | 17.81 | |
| 0.1 %, 15 gm ea | 00364-7212-72 | 1.50 | |
| 80 gm ea | 00364-7212-60 | 3.75 | |
| 454 gm ea | 00364-7212-16 | 18.60 | |
| 0.1%, 5 lb ea | 00364-7212-17 | 48.43 | |
| 0.5 %, 15 gm ea | 00364-7213-72 | 3.45 | |
| Lot, 0.025 %, 60 ml ea | 00364-7345-58 | 7.25 | |
| 0.1 %, 60 ml ea | 00364-7346-58 | 8.10 | |
| Oin, 0.025 %, 15 gm ea | 00364-7359-72 | 1.05 | |
| 0.1 %, 15 gm ea | 00364-7360-72 | 1.38 | |
| Via, 40 mg./ml., 1 ml ea | 00364-6728-51 | 2.50 | |
| 1 ml 25s ea | 00364-6728-46 | 104.18 | |
| 5 ml ea | 00364-6728-53 | 6.68 | |
| **(SEATRACE)** SEE TRIANIDE | | | |
| **(SHOALS PHARM.)** SEE SHOLOG K | | | |
| **(STERIS)** | | | |
| Via, 40 mg./ml., 1 ml ea | 00402-0204-01 | 3.30 | |
| 5 ml ea | 00402-0204-05 | 8.60 | |
| **(SYOSSET)** SEE FLUTEX | | | |
| **(TARO PHARM.)** | | | |
| Cre, 0.5 %, 240 gm ea | 47854-0577-11 | 26.20 | |
| Pas, 0.1%, 5 gm ea | 51672-1267-01 | 4.75 | |
| **(TEXAS DRUG REPS, INC)** | | | |
| Via, 40 mg./ml., 5 ml ea | 47202-4150-05 | 8.44 | 6.75 |
| **(THAMES)** | | | |
| Cre, 0.025 %, 15 gm ea | 49158-0139-20 | 1.30 | |
| 80 gm ea | 49158-0139-21 | 3.10 | |
| 454 gm ea | 49158-0139-16 | 7.85 | |
| 5 lb ea | 49158-0139-22 | 31.75 | |
| 0.1 %, 15 gm ea | 49158-0140-20 | 1.75 | |
| 30 gm ea | 49158-0140-08 | 2.65 | |
| 80 gm ea | 49158-0140-21 | 4.55 | |
| 454 gm ea | 49158-0140-16 | 17.45 | |
| 5 lb ea | 49158-0140-22 | 74.95 | |
| 0.5 %, 15 gm ea | 49158-0141-20 | 3.75 | |
| Oin, 0.1 %, 15 gm ea | 49158-0160-20 | 1.75 | |
| 30 gm ea | 49158-0160-08 | 2.65 | |
| 80 gm ea | 49158-0160-21 | 4.55 | |
| 454 gm ea | 49158-0160-16 | 17.45 | |
| Lot, 0.1 %, 60 ml ea | 49158-0211-32 | 7.80 | |
| Pas, Dental, 0.1 %, 5 gm ea | 49158-0231-03 | 4.00 | |
| **(TORCH)** | | | |
| Pow, 1 gm ea | 11299-0011-11 | 14.50 | |
| 10 gm ea | 11299-0011-13 | 115.00 | |
| **(TRUXTON)** SEE ACETOCOT | | | |
| **(UDL)** | | | |
| Cre, 0.025 %, 15 gm ea | 51079-0272-61 | 1.78 | 1.20 |
| 0.1 %, 15 gm ea | 51079-0275-61 | 1.94 | 1.31 |
| Oin, 0.1 %, 15 gm ea | 51079-0276-61 | 1.94 | 1.31 |
| **(UNITED RESEARCH)** | | | |
| Via, Aqueous, 40 mg./ml., 5 ml ea | 00677-0600-20 | 8.80 | |
| Cre, 0.025 %, 15 gm ea | 00677-0743-40 | 1.45 | |
| 80 gm ea | 00677-0743-46 | 3.00 | |
| 454 gm ea | 00677-0743-44 | 7.95 | |
| 0.1 %, 15 gm ea | 00677-0747-40 | 2.00 | |
| 80 gm ea | 00677-0747-46 | 4.65 | |
| 454 gm ea | 00677-0747-44 | 18.40 | |
| 5 lb ea | 00677-0747-47 | 70.32 | |
| 0.5 %, 15 gm ea | 00677-0751-40 | 3.70 | |
| Oin, 0.1 %, 15 gm ea | 00677-0753-40 | 2.00 | |
| 80 gm ea | 00677-0753-46 | 4.65 | |
| **(VERATEX)** | | | |
| Cre, 0.025%, 15 gm ea | 17022-5888-02 | .80 | |
| 5 lb ea | 17022-5888-08 | 21.00 | |
| 0.1%, 15 gm ea | 17022-5892-02 | 1.00 | |
| 80 gm ea | 17022-5892-04 | 2.95 | |
| 0.5%, 15 gm ea | 17022-5890-02 | 2.15 | |
| **(WESTWOOD/SQUIBB)** SEE KENALOG-10 | | | |

**TRIAMCINOLONE DIACETATE ℞**

| PROD/MFR | NDC/PROD NO. | AWP | DP/SRP |
|---|---|---|---|
| **(A-A SPECTRUM)** SEE CATALOG SECTION | | | |
| USP/NF, 1 gm ea | 49452-7910-01 | 11.60 | |
| 5 gm ea | 49452-7910-02 | 39.35 | |
| **(AMERICAL PHARM)** | | | |
| Via, 40 mg./ml., 5 ml ea | 54945-0567-41 | 3.70 | |
| **(APOTHECON)** SEE KENACORT DIACETATE | | | |
| **(BEST GENERICS)** | | | |
| Sus, 40 mg., 5 ml ea | 54274-0761-09 | 6.64 | |
| **(CMC-CONS)** | | | |
| Via, 40 mg./ml., 5 ml ea | 00223-8690-05 | 5.25 | |
| **(CENTRAL)** SEE CENOCORT FORTE | | | |
| **(COAST)** | | | |
| Via, 40 mg./ml., 10 ml ea | 00385-1050-75 | 8.40 | |
| **(DIXON-SHANE)** | | | |
| Via, 40 mg./ml., 5 ml ea | 17236-0858-95 | 6.70 | |
| **(FOREST PHARM.)** SEE TRIAMOLONE 40 | | | |
| **(FUJISAWA)** SEE ARISTOCORT (FOR INJECTION) | | | |
| **(GENERAL INJECTABLES)** | | | |
| Via, 40 mg./ml., 5 ml ea | 52584-0042-05 | 5.63 | 4.50 |
| **(GOLDLINE)** | | | |
| Via, 40 mg., 5 ml ea | 00182-3064-62 | 6.00 | |
| **(HAUCK,W.E.)** SEE TRILONE | | | |
| **(HYREX)** SEE TRIAM-FORTE | | | |
| **(INTERSTATE)** | | | |
| Via, 40 mg./ml., 5 ml ea | 00814-8007-38 | 6.00 | |
| **(JONES-WESTERN)** SEE TRYLONE D | | | |
| **(KEENE)** SEE AMCORT | | | |
| **(MAJOR)** | | | |
| Via, 40 mg./ml., 5 ml ea | 00904-0885-05 | 7.00 | |
| **(MAYRAND)** SEE TRISTOJECT | | | |
| **(MED-TEK PHARM.)** SEE TRI-MED | | | |
| **(MOORE,H.L.)** | | | |
| Via, 40 mg./ml., 5 ml ea | 00839-5057-25 | 4.39 | |
| **(PADDOCK)** | | | |
| Via, 40 mg./cc., 5 ml ea | 00574-0820-05 | 5.50 | |
| **(PASADENA RESEARCH)** | | | |
| Via, 40 mg./ml., 5 ml ea | 00418-6761-31 | 7.59 | 6.50 |
| **(RUGBY)** | | | |
| Via, 40 mg./ml., 5 ml ea | 00536-9800-65 | 5.25 | |
| **(SCHEIN)** | | | |
| Via, Forte, 40 mg./ml., 5 ml ea | 00364-6666-53 | 5.63 | |
| **(SEATRACE)** SEE ARTICULOSE-L.A. | | | |
| **(SHOALS PHARM.)** SEE SHOLOG A | | | |
| **(STERIS)** | | | |
| Inj, 40 mg./ml., 5 ml ea | 00402-0042-05 | 5.00 | |
| **(TEXAS DRUG REPS, INC)** | | | |
| Via, 40 mg./ml., 5 ml ea | 47202-4125-05 | 6.56 | 5.25 |
| **(UNITED RESEARCH)** | | | |
| Via, 40 mg./ml., 5 ml ea | 00677-0981-20 | 5.52 | |

RED BOOK DATA BASE SERVICES — ELECTRONIC PRICING
Call 201-599-8490 Toll-free outside NJ call 800-526-4870

TRIAMCINOLONE ACETONIDE USP POWDER MICRONIZED
For Prescription Compounding
CALL TOLL FREE 800-645-6655
Pharma-Tek INC
P O BOX AB
HUNTINGTON NY 11743

Triamcinolone Acetonide Dental Paste
The first generic to KENALOG® IN ORABASE
5 gram tube/NDC 51672-1267-5
Kenalog is a registered trademark of E.R. Squibb & Son
TARO 800-544-1449
Quality Generics Priced for Rx Profits

Case 1:01-cv-12257-PBS   Document 3751-18   Filed 02/09/07   Page 5 of 5

TRIAM— 644                          ℭ ℭ ℭ see page 85                          1991 DRUG TOPICS RED BOOK

| PROD/MFR | NDC/PROD NO. | AWP DP/SRP | PROD/MFR | NDC/PROD NO. | AWP DP/SRP | PROD/MFR | NDC/PROD NO. | AWP DP/SRP |
|---|---|---|---|---|---|---|---|---|

**TRIAMCINOLONE DIACETATE — continued**
(VERATEX)
Via, 40 mg./ml., 5 ml ea ............ 17022-3541-01  4.50
(VORTECH)
Inj, 40 mg./ml., 5 ml ea ............ 00298-6990-67  12.62

**TRIAMCOT ℞ (TRUXTON)**
TRIAMCINOLONE ACETONIDE
Cre, 0.1 %, 15 gm ea ................ 00463-8052-15  2.00
Via, 40 mg./ml., 5 ml ea ........... 00463-1091-05  7.00

**TRIAM-FORTE ℞ (HYREX)**
TRIAMCINOLONE DIACETATE
Via, 40 mg./ml., 5 ml ea ........... 00314-0775-75  10.50

**TRIAMINIC (SANDOZ HEALTH CARE)**
SEE CATALOG SECTION
Tab, Allergy, 24s ea .................. 00043-0107-24  4.02  3.35
  Chew, 24s ea ......................... 00043-0075-24  2.53  2.11
  Cold, 24s ea .......................... 00043-0082-24  3.30  2.75
Drp, Infant, 15 ml ea ℞ ........... 00043-0506-15  8.20  6.83
Syr, Cold, 120 ml ea ................ 00043-0524-04  3.66  3.05
  240 ml ea ............................. 00043-0524-08  6.24  5.20
Tab, T.R., 100s ea ................... 00043-0020-51  33.42  27.85
  250s ea ................................. 00043-0020-52  65.30  54.42

**TRIAMINIC EXPECTORANT**
(SANDOZ HEALTH CARE)
SEE CATALOG SECTION
Exp, 12.5 mg.-100 mg., 120 ml
  ea ........................................ 00043-0525-04  3.66  3.05
  240 ml
  ea ........................................ 00043-0525-08  6.24  5.20

**TRIAMINIC EXP W/COD. ℭ**
(SANDOZ HEALTH CARE)
SEE CATALOG SECTION
Exp, 1 pt ea ............................. 00043-0528-16  24.98  20.82

**TRIAMINIC EXPECTORANT DH ℭ**
(SANDOZ HEALTH CARE)
SEE CATALOG SECTION
Exp, 1 pt ea ............................. 00043-0521-16  28.87  24.06

**TRIAMINIC-DM (SANDOZ HEALTH CARE)**
SEE CATALOG SECTION
Liq, 120 ml ea ......................... 00043-0526-04  3.42  2.85
  240 ml ea ............................. 00043-0526-08  5.77  4.81

**TRIAMINIC-12 (SANDOZ HEALTH CARE)**
SEE CATALOG SECTION
Ttb, 10s ea .............................. 00043-0085-10  3.54  2.95
  20s ea .................................. 00043-0085-20  5.76  4.80

**TRIAMINIC NITE LIGHT (SANDOZ HEALTH CARE)**
SEE CATALOG SECTION
Syr, Ped, 120 ml ea .................. 00043-0548-04  4.08  3.40
  240 ml ea ............................. 00043-0548-08  6.96  5.80

**TRIAMINICIN (SANDOZ HEALTH CARE)**
SEE CATALOG SECTION
Tab, 12s ea ............................. 00043-0074-12  2.34  1.95
  24s ea .................................. 00043-0074-24  3.78  3.15
  48s ea .................................. 00043-0074-48  6.48  5.40
  100s ea ................................ 00043-0074-51  12.18  10.15
  InD. PK., 200s ea .................. 00043-0074-93  27.00  22.50

**TRIAMINICOL (SANDOZ HEALTH CARE)**
SEE CATALOG SECTION
Syr, M.S., 4 oz ea .................... 00043-0536-04  4.08  3.40
  8 oz ea ................................. 00043-0536-08  6.96  5.80
Tab, M.S. Cold, 24s ea ............. 00043-0083-24  3.92  3.27

**TRIAMINO (FREEDA)**
Tablets, U, 100s ..........................................  9.85
  250s ............................................................  21.95
  500s ............................................................  39.95

**TRIAMOLONE 40 ℞ (FOREST PHARM.)**
TRIAMCINOLONE ACETONIDE
Via, 40 mg./ml., 5 ml ea ........... 00456-1060-05  11.50

**TRIAMONIDE 40 ℞ (FOREST PHARM.)**
TRIAMCINOLONE ACETONIDE
Via, 40 mg./ml., 5 ml ea ........... 00456-0781-05  11.50

**TRIAMTERENE W/HYDROCHLOROTHIAZIDE ℞**
(*HCFA FFP*)
Tab, 75 mg.-50 mg., 100s ea .....  9.91
(ALIGEN)
Tab, 75 mg.-50 mg., 100s ea ..... 00405-5048-01  15.00
  500s ea ................................ 00405-5048-02  67.50

(AMER. PREF. PHARM.)
Tab, 75 mg.-50 mg., 500s ea ..... 53445-1872-05  144.50
Cap, 50 mg.-25 mg., 100s ea .... 53445-1871-01  29.70
(BALAN, J.J.)
Cap, 50 mg.-25 mg., 100s ea .... 00304-1889-01  23.99
  1000s ea .............................. 00304-1889-00  179.99
Tab, 75 mg.-50 mg., 100s ea .... 00304-1892-01  23.99
  100s ea
  UD ....................................... 00304-1892-11  12.74
  500s ea ................................ 00304-1892-05  104.99
(BARR)
Tab, 75 mg.-50 mg., 100s ea .... 00555-0444-02  15.22
  500s ea ................................ 00555-0444-04  66.21
(BEST GENERICS)
Tab, 75 mg.-50 mg., 500s ea ..... 54274-0454-30  117.30
(BIOLINE)
Tab, 75 mg.-50 mg., 100s ea .... 00719-1999-10  24.73
  500s ea ................................ 00719-1999-12  111.09
(CMC-CONS)
Cap, 50 mg.-25 mg., 100s ea .... 00223-2124-01  21.00
  500s ea ................................ 00223-2124-05  104.95
  1000s ea .............................. 00223-2124-02  208.75
  75 mg.-50 mg., 100s ea ....... 00223-2125-01  14.00
  500s ea ................................ 00223-2125-02  67.00
(CLINICAL)
Cap, 50 mg.-25 mg., 30s ea ..... 55081-0716-00  7.82
Tab, 75 mg.-50 mg., 30s ea ..... 55081-0989-00  4.28
(DANBURY)
Tab, C.T., 75 mg.-50 mg.,
  100s ea ................................ 00591-5682-01  28.42
  500s ea ................................ 00591-5682-03  125.50
  1000s ea .............................. 00591-5682-04  225.00
(DIXON-SHANE)
Cap, 50 mg.-25 mg., 100s ea .... 17236-0479-01  41.90
  1000s ea .............................. 17236-0479-10  393.90
Tab, 75 mg.-50 mg., 100s ea .... 17236-0499-01  9.90
  500s ea ................................ 17236-0499-05  39.90
(DURAMED)
Tab, C.T., 75 mg.-50 mg.,
  100s ea ................................ 51285-0826-02  28.00  .22.40
  500s ea ................................ 51285-0826-04  110.00  88.00
(ELKINS-SINN)
Tab, 75 mg.-50 mg., 100s ea .... 00641-4033-86  31.95  25.15
  500s ea ................................ 00641-4033-88  145.90  116.75
(GENETCO)
Cap, 50 mg.-25 mg., 100s ea .... 00302-7230-01  25.88
  1000s ea .............................. 00302-7230-10  240.00
Tab, 75 mg.-50 mg., 100s ea .... 00302-3912-01  7.50
  500s ea ................................ 00302-3912-05  32.63
(GENEVA GENERICS)
Cap, 50 mg.-25 mg., 100s ea .... 00781-2715-01  33.67
  1000s ea .............................. 00781-2715-10  316.95
Tab, 75 mg.-50 mg., 100s ea .... 00781-1008-01  31.95
  100s ea
  UD ....................................... 00781-1008-13  32.99
  500s ea ................................ 00781-1008-05  158.00
(GEN-KING)
Cap, 50 mg.-25 mg., 100s ea .... 35470-0495-01  23.40
  1000s ea .............................. 35470-0495-09  215.94
Tab, 75 mg.-50 mg., 100s ea .... 35470-0142-01  23.40
  500s ea ................................ 35470-0142-09  111.54
(GLENLAWN)
Tab, 75 mg.-50 mg., 100s ea .... 00580-1597-01  28.10
  500s ea ................................ 00580-1597-05  124.00
(GOLDLINE)
Tab, 75 mg.-50 mg., 90s ea ..... 00182-1872-29  13.50
  100s ea ................................ 00182-1872-01  28.60
  500s ea ................................ 00182-1872-05  102.10
(HARBER)
Cap, 50 mg.-25 mg., 100s ea .... 51432-0779-03  23.75
  1000s ea .............................. 51432-0779-06  237.50
Tab, 75 mg.-50 mg., 100s ea .... 51432-0777-03  37.95
(I-PAC)
Cap, 50 mg.-25 mg., 100s ea
  UD ....................................... 57791-8969-01  29.43
  75 mg.-50 mg., 100s ea
  UD ....................................... 57791-8970-01  27.05
(LEDERLE)
SEE MAXZIDE
(MARTEC)
Tab, 75 mg.-50 mg., 100s ea .... 52555-0974-01  11.93
  500s ea ................................ 52555-0974-05  59.70
(MASON DISTRIB.)
Tab, 75 mg.-50 mg., 100s ea .... 11845-0284-01  20.28
  500s ea ................................ 11845-0284-03  81.12
(MEDICAL TECH)
Cap, 50 mg.-25 mg., 32s ea UD. 57424-0345-32  17.22
(MEDIREX)
Tab, 75 mg.-50 mg., 30s ea ..... 57480-0373-06  11.18
(MOORE, H.L.)
Cap, 50 mg.-25 mg., 100s ea .... 00839-6402-06  22.94
  1000s ea .............................. 00839-6402-16  206.28
Tab, 75 mg.-50 mg., 100s ea .... 00839-7422-06  27.34
  500s ea ................................ 00839-7422-12  132.23

(PAR PHARM)
Tab, 75 mg.-50 mg., 100s ea .... 49884-0279-01  13.85
  500s ea ................................ 49884-0279-05  65.25
(PARMED)
Tab, 75 mg.-50 mg., 100s ea .... 00349-8749-01  31.50
  500s ea ................................ 00349-8749-05  157.50
  1000s ea .............................. 00349-8749-10  316.95
(PRESCRIP.SERV DIV.)
Tab, 75 mg.-50 mg., 100s ea .... 00339-5625-12  30.62
(PUREPAC)
Tab, 75 mg.-50 mg., 100s ea .... 00228-2503-10  23.28
(QUALITEST)
Cap, 50 mg.-25 mg., 100s ea .... 52446-0491-21  18.53  15.44
  1000s ea .............................. 52446-0491-32  217.71  120.95
Tab, 75 mg.-50 mg., 100s ea .... 52446-0492-21  9.45  4.95
  500s ea ................................ 52446-0492-28  39.20  18.50
(RAWAY)
Cap, 50 mg.-25 mg., 100s ea .... 00686-0227-01  17.50
  1000s ea .............................. 00686-0227-10  165.00
(REDI-MED)
Cap, 50 mg.-25 mg., 30s ea ..... 53506-0755-30  6.38  5.55
Tab, 75 mg.-50 mg., 30s ea ..... 53506-0724-30  4.30  3.74
(RUGBY)
Cap, 50 mg.-25 mg., 100s ea .... 00536-4930-01  25.24
  1000s ea .............................. 00536-4930-10  242.36
Tab, 75 mg.-50 mg., 100s ea .... 00536-4956-01  28.50
  500s ea ................................ 00536-4956-05  101.99
(SCHEIN)
Tab, 75 mg.-50 mg., 100s ea .... 00364-2242-01  28.42
  100s ea
  UD ....................................... 00364-2242-90  43.10
  500s ea ................................ 00364-2242-05  125.50
(SK BEECHAM)
SEE DYAZIDE
(TEXAS DRUG REPS, INC)
Cap, 50 mg.-25 mg., 100s ea .... 47202-2848-01  24.58  19.66
  1000s ea .............................. 47202-2848-03  228.13  182.50
Tab, 75 mg.-50 mg., 100s ea .... 47202-2866-01  10.00  8.00
  500s ea ................................ 47202-2866-02  45.00  36.00
  1000s ea .............................. 47202-2866-03  68.75  55.00
(UDL)
Tab, 10x10, 75 mg.-50 mg.,
  100s ea UD .......................... 51079-0433-20  36.20  29.87
(UNITED RESEARCH)
Cap, 50 mg.-25 mg., 1000s ea... 00677-1208-10  247.90
Tab, 75 mg.-50 mg., 100s ea .... 00677-1212-01  28.00
  500s ea ................................ 00677-1212-05  125.00
(VANGARD)
Tab, 75 mg.-50 mg., 100s ea
  UD ....................................... 00615-0567-13  36.48
(WARNER-CHILCOTT)
Tab, 75 mg.-50 mg., 100s ea .... 00047-0833-24  33.52  27.93
  500s ea ................................ 00047-0833-30  159.20  132.67
(WATSON)
Tab, 75 mg.-50 mg., 100s ea .... 52544-0348-01  24.53
  500s ea ................................ 52544-0348-05  117.30
(WEST-WARD)
Tab, 75 mg.-50 mg., 100s ea
  UD ....................................... 00143-1750-25  40.00

**TRIAMYCIN (MED-DERM)**
Oin, .5 oz ea ............................ 45565-0525-08  1.40

**TRIANIDE ℞ (SEATRACE)**
TRIAMCINOLONE ACETONIDE
Via, 40 mg./ml., 5 ml ea ............ 00551-0142-05  8.95

**TRIANON (ROBERTS LAB)**
Cream, 4 oz doz ........................................  16.20  2.00
  8 oz doz ..................................................  29.30  3.75
  16 oz doz ................................................  45.14  6.00

**TRIAPHED (VERATEX)**
Syr, 120 ml ea .......................... 17022-3681-03  1.20

**TRIAPRIN ℞ (DUNHALL)**
Cap, 50 mg.-325 mg., 100s ea... 00217-2811-01  18.00
  500s ea ................................ 00217-2811-03  80.00

**TRI-AQUA (PFEIFFER)**
Tab, 50s ea .............................. 00927-0434-53  2.30
  100s ea ................................ 00927-0434-01  2.48

**TRIASYN B (LANNETT)**
Cap, 500s ea ............................ 00527-0547-05  6.00
  1000s ea .............................. 00527-0547-10  9.80
Tab, 1000s ea .......................... 00527-1158-10  6.80
  5000s ea .............................. 00527-1158-51  32.00

**TRIAVIL 2-10 ℞ (MSD)**
AMITRIPTYLINE W/PERPHENAZINE
SEE PAGE 52
Tab, 2 mg.-10 mg., 100s ea ...... 00006-0914-68  48.35  38.68
  100s ea UD. 00006-0914-28  52.31  41.85
  500s ea ................................ 00006-0914-74  232.01  185.61

**TRIAVIL 2-25 ℞ (MSD)**
AMITRIPTYLINE W/PERPHENAZINE
SEE PAGE 52
Tab, 2 mg.-25 mg., 100s ea ...... 00006-0921-68  61.56  49.25
  100s ea UD. 00006-0921-28  65.51  52.41

Maximum Strength
**Cheracol D**
COUGH FORMULA
Call toll free: 800-828-2088

9