# Exhibit G

Historical HCPCS Codes
4/27/06

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Triamcinolone acetonide | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 |
| Aristocort Forte or Aristocort Intralesional | | | | | | | | | | | | | | |
| Triamcinolone diacetate | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 |
| Aristospan Triamcinolone hexacetonide | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 |
| Triamcinolone thru DME unit dose | | | | | | | | | | J7684 | J7684 | J7684 | J7684 | J7684 |
| Cefizox Ceftizoxime soduim | | | | | J0715 | J0715 | J0715 | J0715 | J0715 | J0715 | J0715 | J0715 | J0715 | J0715 |
| Cyclocort | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Lyphocin (Vancomycin HCL) | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 |
| Nebupent Pentamidine isethionate INH | | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 |
| Nebupent Pentamidine isethionate IV, IM | | | | | | | | | | | | S0080 | S0080 | S0080 |
| Prograf Oral | | | | | J7507 | J7507 | J7507 | J7507 | J7507 | J7507 | J7507 | J7507 | J7507 | J7507 |
| Prograf Oral | | | | | J7508 | J7508 | J7508 | J7508 | J7508 | J7508 | J7508 | J7508 | J7508 | |
| Prograf Tacrolimus (IV) | | | | | | | | | | | C9006 | J7525 | J7525 | J7525 |
| Vinblastine sulfate (Velban) | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 |
| acyclovir injection | | | | | | | | | | | | | | |
| Acyclovir 5mg | | | | | | | | | | | | | Q4075 | Q4075 |
| acyclovir sodium injection (Zovirax) | | | | | | | | | NA | NA | S0071 | S0071 | S0071 | S0071 |
| dexamethasone acetate | | | | | | | | | | | | | | |
| dexamethasone sodium phosphate | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1094 |
| dexamethasone inhalation solution unit dose | | | | | | J1095 | J1095 | J1095 | J1095 | J1095 | J1095 | J1095 | J1100 | J1100 |
| doxorubicin HCl | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 | K0513 | J7638 | J7638 | J7638 | J7638 | J7638 |
| doxorubicin HCl all lipid formulations | | | | | | | | | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 |
| Fluorouracil (Adrucil) | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | J9001 | J9001 | J9001 | J9001 | J9001 |
| gentamicin sulfate (Garamycin, gentamicin) | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | J9190 | J9190 | J9190 | J9190 | J9190 |
| | | | | | | | | | | J1580 | J1580 | J1580 | J1580 | J1580 |

Sources: jba.com/dmecs/do/search;jsessionid=8C57041FC366774D3BC9AFE3EC2BFD1C and Annual HCPCS code boo

Historical HCPCS Codes
4/27/06

| Notes |
|---|
| 1999- Kenalog, Tri-Kort, Triam-A (not Aristocort A) |
| 2002- Kenalog, Tri-Kort, Kenaject, Cenacort, Triam-A, Trilog |
| |
| per 5mg IM |
| per 5mg |
| INH per 1mg |
| per 500 mg |
| |
| up to 500 mg Code established 1/1/1986 |
| 1999-up to 300 mg INH |
| 2002-per 300 mg INH |
| 2002-IV, IM per 300 mg |
| per 1mg |
| per 5 mg deleted code for 2004 |
| per 5mg (1amp) |
| per 1 mg established 1/1/1986 |
| J0133 code established 1/1/2006 |
| code was deleted 12/31/2005 |
| 2002-per 50 mg ORAL, IV |
| until 2002, 8mg per mL code deleted in 2003 |
| 2003 J1094 per 1mg IM, IV |
| up to 4mg/mL code established 1982 |
| INH per 1 mg |
| 10 mg code established 1984 |
| 10 mg |
| 500 mg IV code established 1984 |
| up to 80 mg IM, IV code established 1984 |

| Drug | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acyclovir 5mg | | | | | | | | | | | | | Q4075 | Q4075 | Code was deleted 12/31/2005 |
| Acyclovir Injection | | | | | | | | | | | | | | | J0133 code established 1/1/2006 |
| Acyclovir Sodium Injection (Zovirax) | | | | | | | | | NA | NA | S0071 | S0071 | S0071 | S0071 | 2002-per 50 mg ORAL, IV; S codes not payable by Medicare |
| Ambisome | J0286 | J0286 | J0286 | J0286 | J0286 | J0286 | J0286 | J0286 | J0286 | J0286 | J0286 | J0286 | J0289 | J0289 | Combined with Abelcet & Amphotec until 12/31/2002 |
| Aristocort Forte or Aristocort Intralesional Triamcinolone Diacetate | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | J3302 | Per 5mg IM |
| Aristospan Triamcinolone hexacetonide | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | J3303 | Per 5mg |
| Cefazolin | J0690 | J0690 | J0690 | J0690 | J0690 | J0690 | J0690 | J0690 | J0690 | J0690 | J0690 | J0690 | J0690 | J0690 | Injection 500mg |
| Cefizox Ceftizoxime soduim | | | | | J0715 | J0715 | J0715 | J0715 | J0715 | J0715 | J0715 | J0715 | J0715 | J0715 | Per 500 mg |
| Clindamycin | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | S0077 | S0077 | S0077 | S0077 | 300 mg INJ, IV or IM; S codes not paid by Medicare |
| Cyclocort | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | No Specific codes available; must use misc code J3490 |
| Dexamethasone Acetate | | | | | | J1095 | J1095 | J1095 | J1095 | J1095 | J1095 | J1095 | J1094 | J1094 | Until 2002, 8mg per mL code deleted in 2003 J1094 per 1mg IM, IV |
| Dexamethasone Inhalation Solution Unit Dose | | | | | | | | | K0513 | J7638 | J7638 | J7638 | J7638 | J7638 | INH per 1 mg |
| Dexamethasone Sodium Phosphate | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | J1100 | NA | Up to 4mg/mL code established 1982 |
| Doxorubicin HCl | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 | J9000 | 10 mg code established 1984 |
| Doxorubicin HCl all Lipid Formulations | | | | | | | | | | J9001 | J9001 | J9001 | J9001 | J9001 | 10 mg code established 1/1/2000 |
| Elase Ointment | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | No Specific codes available; must use misc code J3490 |
| Elase-ChloromyecetinOintment | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | No Specific codes available; must use misc code J3490 |
| Fluorouracil (Adrucil) | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | J9190 | 500 mg IV code established 1984 |
| Fluphenazine Decanoate | J2680 | J2680 | J2680 | J2680 | J2680 | J2680 | J2680 | J2680 | J2680 | J2680 | J2680 | J2680 | J2680 | J2680 | Code established 1/1/82 25mg |
| Ganite | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | No Specific codes available; must use misc code J3490 |
| Gentamicin Sulfate (Garamycin, gentamicin) | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | J1580 | Up to 80 mg IM, IV code established 1984 |
| Glucophage | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | No Specific codes available; must use misc code J3490 |
| Hakiperidol Decanoate | J1631 | J1631 | J1631 | J1631 | J1631 | J1631 | J1631 | J1631 | J1631 | J1631 | J1631 | J1631 | J1631 | J1631 | Injection 50mg; code established 1989 |
| Lyphocin (Vancomycin HCL) | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | J3370 | Up to 500 mg Code established 1/1/1986 |
| Nebupent Pentamidine isethionate INH | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | 1999-up to 300 mg INH |
| Nebupent Pentamidine isethionate IV, IM | | | | | | | | | | | | S0080 | S0080 | S0080 | 2002-IV, IM per 300 mg |
| Pentam 300 | | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | J2545 | Inhalation solution; per 300mg administered through DME; Code established 1992 (code for Nebupent; Pentam 300; PentacaRinat) |
| Prograf Oral | | | | | J7507 | J7507 | J7507 | J7507 | J7507 | J7507 | J7507 | J7507 | J7507 | J7507 | Per 1mg |
| Prograf Oral | | | | | J7508 | J7508 | J7508 | J7508 | J7508 | J7508 | J7508 | J7508 | J7508 | NA | Per 5 mg deleted code for 2004 |
| Prograf Tacrolimus (IV) | | | | | | | | | | | C9006 | J7525 | J7525 | J7525 | Per 5mg (1amp) |
| Protopic | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | No Specific codes available; must use misc code J3490 |
| Sodium Chloride Syringe | J2912 | J2912 | J2912 | J2912 | J2912 | J2912 | J2912 | J2912 | J2912 | J2912 | J2912 | J2912 | J2912 | J2912 | Code established 1/1/1986 (0.9%) per 2ml, IV |
| Triamcinolone Acetonide | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | J3301 | 1999- Kenalog, Tri-Kort, Triam-A (not Aristocort A) 2002- Kenalog, Tri-Kort, Kenaject, Cenacort, Triam-A, Trilog |
| Triamcinolone thru DME unit dose | | | | | | | | | | J7684 | J7684 | J7684 | J7684 | J7684 | INH per 1mg |
| Vagistat | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | No Specific codes available; must use misc code J3490 |
| Vinblastine Sulfate (Velban) | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | Per 1 mg established 1/1/1986 |
| Vinblastine Dufate (Velban) | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | J9360 | Code established 1/1/1986; IV 1mg |