# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 ) ) CIVIL ACTION: 01-CV-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) Magistrate Judge Marianne B. Bowler ) ) |

## JOINT PROTECTIVE ORDER SUBMISSION

Pursuant to Magistrate Judge Bowler's Order of January 31, 2007, the parties jointly submit the attached proposed protective order and ask that it be entered by Judge Saris in this case.

Dated: February 9, 2007

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Counsel for Defendant Abbott Laboratories, Inc.,
On behalf of all parties.

**CERTIFICATE OF SERVICE**

I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing JOINT PROTECTIVE ORDER SUBMISSION to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 9th day of February, 2007.


 /s/ Brian J. Murray
Brian J. Murray