UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *State of Montana v. Abbott Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM | ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456 <br><br> Master File No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### DEFENDANT ASTRAZENECA PHARMACEUTICALS LP's
### NOTICE OF FILING UNDER SEAL

To:  All Counsel of Record

Please take notice that on February 9, 2007, counsel for Defendant AstraZenca Pharmaceuticals LP caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following document:

Affidavit of James J. Duffy Transmitting Certain Documents Under Seal, with attached exhibits.

Dated:  February 9, 2007

                                        Respectfully Submitted,

                                        By:  /s/ Katherine B. Schmeckpeper

                                            Nicholas C. Theodorou (BBO # 496730)
                                            Katherine B. Schmeckpeper (BBO #663200)
                                            FOLEY HOAG LLP
                                            155 Seaport Blvd.
                                            Boston, Massachusetts  02210
                                            Tel:  (617) 832-1000

        D. Scott Wise (admitted *pro hac vice*)
        Michael S. Flynn (admitted *pro hac vice*)
        James J. Duffy (admitted *pro hac vice*)
        **DAVIS POLK & WARDWELL**
        450 Lexington Avenue
        New York, New York  10017
        Telephone:  (212) 450-4000
        Facsimile:   (212)-450-3800

        *Attorneys for Defendant AstraZeneca*
        *Pharmaceuticals LP*

## CERTIFICATE OF SERVICE

I, Katherine B. Schmeckpeper, hereby certify that a true copy of the foregoing document was served upon all counsel of record in the Nevada action electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 9th day of February, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

/s/ *Katherine B. Schmeckpeper*
Katherine B. Schmeckpeper