UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | NO. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. American Home Prods. Corp., et al.,*<br>D. Nev. Cause No. CV-N-02-0202-ECR | |

**LOCAL RULE 56.1 STATEMENT OF
UNDISPUTED MATERIAL FACTS IN SUPPORT OF PFIZER'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, defendant Pfizer Inc. ("Pfizer") submits this statement of the material facts of record as to which there is no genuine issue to be tried in support of its motion for partial summary judgment.

1. In 2002, Pfizer Inc. entered into settlement agreements with several states based upon a *qui tam* complaint, *United States ex rel. John David Foster v. Pfizer Inc. Successor in interest to Warner-Lambert Co.*, No. 1:00-cv-00246 (E.D. Texas). *See, e.g.,* Settlement Agreement with the State of Montana ("Settlement Agreement") (Smith-Klocek Decl. Exh. 1.)

2. The *qui tam* complaint had alleged that Warner-Lambert provided unrestricted educational grants to the Ochsner Health Plan in New Orleans, Louisiana in 1999 in exchange for unrestricted formulary status for Lipitor and a market-share contract. *Id.* ¶ II(C)

3. These settlement agreements did "not constitute an admission by Warner-Lambert of any liability or wrongful conduct." *Id.* ¶ II(F).

Respectfully submitted,

Dated: February 8, 2007

\_\_\_/s/ Mark D. Smith_____
Mark D. Smith
LAREDO & SMITH, LLP
15 Broad Street, Suite 600
Boston, MA 02109
Tel: (617) 367-7984
Fax: (617) 367-6475

John C. Dodds
Erica Smith-Klocek
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001

Scott A. Stempel
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 739-3000
Fax: (202) 739-3001

- 3 -

## CERTIFICATE OF SERVICE

 I hereby certify that on the 8th day of February, 2007, a true and accurate copy of the Local Rule 56.1 Statement of Undisputed Material Facts in Support of Pfizer's Motion for Partial Summary Judgment was served upon all counsel of record via the Lexis-Nexis Filing System:

 DATED:  February 8, 2007.

         /s/ Mark D. Smith

- 3 -