# UNITED STATES DISTRICT COURT
# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | NO. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. American Home Prods. Corp., et al.,*<br>D. Nev. Cause No. CV-N-02-0202-ECR | |

## DECLARATION OF ERICA SMITH-KLOCEK
## IN SUPPORT OF PFIZER'S MOTION
## FOR PARTIAL SUMMARY JUDGMENT

I, Erica Smith-Klocek, duly declare as follows:

1.  I am an associate of Morgan, Lewis & Bockius LLP, attorneys for Pfizer Inc. ("Pfizer") in this litigation. I submit this declaration in support of Pfizer's Motion for Partial Summary Judgment.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a Settlement Agreement between the State of Montana and Pfizer.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct based on personal knowledge.

Executed this 8th day of February, 2007.

                                                     /s/ Erica Smith-Klocek
                                                   Erica Smith-Klocek

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2007, a true and accurate copy of the Declaration of Erica Smith-Klocek in Support of Pfizer's Motion for Partial Summary Judgment was served upon all counsel of record via the Lexis-Nexis Filing System:

DATED:  February 8, 2007.

          /s/ Mark D. Smith