# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> ) <br> *State of Montana v. Abbott Labs., Inc., et al.,* ) <br> D. Mont. Cause No. CV-02-09-H-DWM ) <br> ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**DECLARATION OF ERIC M. GAIER, PH.D.,
CONCERNING DIRECT PRICE REIMBURSEMENTS FOR
PFIZER INC. AND PHARMACIA CORP. DRUGS**

**February 8, 2007**

Declaration of Eric M. Gaier, Ph.D.

# I. Summary of qualifications

(1)  I am a Partner and founding Member of Bates White, LLC ("Bates White"), a professional services firm that performs economic and statistical analysis in a variety of industries and forums. Since I describe my qualifications to this Court in my Merits Report and Declaration Relating to Montana and Nevada, I will not repeat them here.[1]

# II. Scope of charge

(2)  I have been retained by counsel for Pfizer, Inc. and Pharmacia Corporation to analyze whether the Montana Medicaid program paid ingredient cost reimbursements ("payments") for Pfizer-Roerig, Upjohn, and Parke-Davis drugs on the basis of Direct Price. In particular, I have been asked to determine whether payments made by Montana Medicaid for drugs with the following labeler codes equal Direct Prices as published in national pricing compendia: 00009, 00049, 00069, 00071, 00662, 00663, 00710, 00995. I have also been asked to determine the amount by which the Direct Price payments were lower than the published AWPs, if at all.

# III. Materials considered

(3)  In performing these analyses, I have considered the Montana Medicaid self-administered drug claims data and the Direct Price and AWP information published by Medi-Span, a national pricing compendium.

# IV. Reimbursements at Direct Price

(4)  Analysis of Montana Medicaid's self-administered claims data demonstrates that, for certain time periods, most payments for drugs with the above labeler codes were equal to the Direct Prices published in the Medi-Span pricing compendium.[2] As shown in Table 1, I find that:

---

[1] *Merits Report and Declaration of Eric M. Gaier, Ph.D. Relating to Montana and Nevada,* U. S. District Court for the District of Massachusetts, MDL No. 1456, Civil Action: 01-CV-12257-PBS, February 8, 2007, pp. 6-8.

[2] The payment, or ingredient cost reimbursement per unit, is calculated as ((lesser of *clm_charge_amt* and *clm_allow_amt*) - *drug_clm_disp_fee*) / *clm_drug_qty*. I compare this payment to the unit Direct Price published in Medi-Span's electronic database. I conclude that the Montana Medicaid payment and Medi-Span Direct Price are equal if they are within $0.01 of one another.

Declaration of Eric M. Gaier, Ph.D.

- For Pfizer-Roerig's labeler code 00049, 83.7 percent of the payments made by Montana Medicaid over the period January 1991 through June 2001 were equal to the Direct Price published in Medi-Span.

- For Pfizer-Roerig's labeler code 00069, 95.8 percent of the payments made by Montana Medicaid over the period September 1995[3] through June 2001 were equal to the Direct Price published in Medi-Span.

- For Upjohn's labeler code 00009, 91.1 percent of the payments made by Montana Medicaid over the period January 1991 through June 1999 were equal to the Direct Price published in Medi-Span.

- For Parke-Davis' labeler code 00071, 51.0 percent of the payments made by Montana Medicaid over the period January 1991 through June 1992 were equal to the Direct Price published in Medi-Span.

- There are no claims related to Pfizer-Roerig's labeler codes 00662, 00663, and 00995 and Parke-Davis' labeler code 00710 in the Montana Medicaid self-administered drug claims data.

In Appendix A, I show these results by drug for each labeler code.

**Table 1: Percentage of all Montana claims paid at Direct Price for select labeler codes**

| Manufacturer | Labeler code | Time period | Direct price claims | Total claims | Direct price as percent of total |
|---|---|---|---|---|---|
| Pfizer-Roerig | 00049 | 1/91–6/01 | 122,883 | 146,824 | 83.7% |
|  | 00069 | 9/95–6/01 | 56,585 | 59,038 | 95.8% |
| Upjohn | 00009 | 1/91–6/99 | 4,244 | 4,658 | 91.1% |
| Parke-Davis | 00071 | 1/91–6/92 | 8,361 | 16,384 | 51.0% |
|  |  | Total | 192,073 | 226,904 | 84.6% |

(5) I have also been asked to determine the amount by which the Direct Price payments were lower than the published AWPs, if at all. In Table 2, I compare the Direct Price payments made by Montana Medicaid to the AWPs published in Medi-Span. I find that the Direct Price payments are below the

---

[3] Claims related to labeler code 00069 do not appear in the Montana claims data prior to September 1995.

Declaration of Eric M. Gaier, Ph.D.

AWP and, in nearly all cases (191,927 of 192,073 claims), below AWP less 10 percent, the primary reimbursement methodology employed by Montana Medicaid prior to July 1, 2002.

**Table 2: Count of Direct Price payments by discount off AWP**

| Manufacturer | Labeler code | AWP-9%– AWP-10% | AWP-11%– AWP-15% | AWP-16%– AWP-20% | Below AWP-20% | Total Direct Price claims |
|---|---|---|---|---|---|---|
| Pfizer-Roerig | 00049 | 0 | 13,376 | 109,507 | 0 | 122,883 |
|  | 00069 | 0 | 0 | 56,584 | 1 | 56,585 |
| Upjohn | 00009 | 0 | 0 | 4,198 | 46 | 4,244 |
| Parke-Davis | 00071 | 146 | 503 | 7,219 | 493 | 8,361 |
|  | Total | 146 | 13,879 | 177,508 | 540 | 192,073 |

(6) Moreover, I have also reviewed the claims for which Dr. Hartman applies a penalty over the time periods in which most payments were equal to the published Direct Price. Of the 167,916 penalty claims for Pfizer-Roerig, Upjohn, and Parke-Davis drugs during these time periods, 150,067 (89.4 percent) were reimbursed at Direct Price, rather than AWP less 10 percent.[4] Table 3 lists, for each labeler code, the percentage of Dr. Hartman's penalty claims paid at the published Direct Price. In Appendix B, I show these results by NDC and year. Table 4 shows the reduction in Dr. Hartman's penalties by accounting for claims paid at the published Direct Price, not the AWP.[5]

---

[4] Note that for labeler code 00071, 94 of the 4,893 Direct Price penalty claims (1.9 percent) equal AWP less 10 percent.
[5] Of the Pfizer drugs included in Dr. Hartman's analysis, only two were not reimbursed by Montana at Direct Price during the period in which he calculates penalties: Rescriptor (1 claim), and Viracept (576 claims).

Page 3

Declaration of Eric M. Gaier, Ph.D.

**Table 3: Percentage of Hartman Montana penalty claims paid at Direct Price for select labeler codes[6]**

| Manufacturer | Labeler code | Time period | Direct price claims | Total claims | Direct price as percent of total |
|---|---|---|---|---|---|
| Pfizer-Roerig | 00049 | 1/91–6/01 | 103,121 | 115,274 | 89.5% |
|  | 00069 | 9/95–6/01 | 41,568 | 42,789 | 97.1% |
| Upjohn | 00009 | 1/91–6/99 | 485 | 575 | 84.3% |
| Parke-Davis | 00071 | 1/91–6/92 | 4,893 | 9,278 | 52.7% |
|  |  | Total | 150,067 | 167,916 | 89.4% |

**Table 4: Direct Price payments included in Dr. Hartman's penalty calculations**

| Manufacturer | Labeler code | Time period | Total penalties | Penalties assessed on Direct Price claims | Percentage reduction in penalties |
|---|---|---|---|---|---|
| Pfizer-Roerig | 00049 | 1/91–6/01 | $345,822,000 | $309,363,000 | 89.5% |
|  | 00069 | 9/95–6/01 | $128,367,000 | $124,704,000 | 97.1% |
| Upjohn | 00009 | 1/91–6/99 | $1,725,000 | $1,455,000 | 84.3% |
| Parke-Davis | 00071 | 1/91–6/92 | $27,834,000 | $14,679,000 | 52.7% |
|  |  | Total | $503,748,000 | $450,201,000 | 89.4% |

---

[6] The payments analyzed include only claims found to be penalized by Dr. Hartman at his AWP-20% and AWP-66% thresholds for single- and multi-source drugs, respectively. For labeler codes 00049, 00069, and 00009, Dr. Hartman finds penalties for single-source drugs only. For labeler code 00071, Dr. Hartman finds penalties for single- and multi-source drugs.

I declare under penalty of perjury that this declaration is true and correct.

_____     February 8, 2007
Eric M. Gaier, Ph.D.                      Date

Case 1:01-cv-12257-PBS   Document 3676-41   Filed 02/08/2007   Page 7 of 14
Case 1:01-cv-12257-PBS   Document 3771   Filed 02/08/07   Page 7 of 14

Declaration of Eric M. Gaier, Ph.D.

# Appendix A: Percentage of all Montana claims paid at Direct Price, by drug

Table 5: Percentage of all Montana claims paid at Direct Price for Pfizer-Roerig's labeler code 00049 from January 1991 through June 2001

| NDC | Drug name | Dose and form | Direct price claims | Total claims | Direct price as percent of total |
|---|---|---|---|---|---|
| 00049275041 | Cardura | 1mg tablet | 101 | 123 | 82.1% |
| 00049275066 | Cardura | 1mg tablet | 2,297 | 2,691 | 85.4% |
| 00049276041 | Cardura | 2mg tablet | 243 | 244 | 99.6% |
| 00049276066 | Cardura | 2mg tablet | 4,217 | 4,446 | 94.8% |
| 00049277041 | Cardura | 4mg tablet | 128 | 247 | 51.8% |
| 00049277066 | Cardura | 4mg tablet | 4,399 | 4,735 | 92.9% |
| 00049278041 | Cardura | 8mg tablet | 8 | 9 | 88.9% |
| 00049278066 | Cardura | 8mg tablet | 1,650 | 1,711 | 96.4% |
| 00049490041 | Zoloft | 50mg tablet | 1,802 | 2,004 | 89.9% |
| 00049490066 | Zoloft | 50mg tablet | 41,877 | 48,625 | 86.1% |
| 00049490073 | Zoloft | 50mg tablet | 853 | 884 | 96.5% |
| 00049491041 | Zoloft | 100mg tablet | 906 | 977 | 92.7% |
| 00049491066 | Zoloft | 100mg tablet | 57,728 | 72,185 | 80.0% |
| 00049491073 | Zoloft | 100mg tablet | 4,110 | 5,238 | 78.5% |
| 00049494023 | Zoloft | 20mg/ml oral concentrate | 27 | 30 | 90.0% |
| 00049496050 | Zoloft | 25mg tablet | 2,537 | 2,675 | 94.8% |
| | | Total | 122,883 | 146,824 | 83.7% |

Declaration of Eric M. Gaier, Ph.D.

**Table 6: Percentage of all Montana claims paid at Direct Price for Pfizer-Roerig's labeler code 00069 from September 1995 through June 2001**

| NDC | Drug name | Dose and form | Direct price claims | Total claims | Direct price as percent of total |
|---|---|---|---|---|---|
| 00069305107 | Zithromax | 1gm powder packet | 1 | 1 | 100.0% |
| 00069305175 | Zithromax | 1gm powder packet | 147 | 161 | 91.3% |
| 00069306030 | Zithromax | 250mg tablet | 4,602 | 4,859 | 94.7% |
| 00069306075 | Zithromax | 250mg Z-pak tab | 16,033 | 16,891 | 94.9% |
| 00069306086 | Zithromax | 250mg tablet | 262 | 266 | 98.5% |
| 00069308030 | Zithromax | 600mg tablet | 94 | 98 | 95.9% |
| 00069311019 | Zithromax | 100mg/5ml susp | 6,965 | 7,240 | 96.2% |
| 00069312019 | Zithromax | 200mg/5ml susp | 8,209 | 8,490 | 96.7% |
| 00069313019 | Zithromax | 200mg/5ml susp | 2,172 | 2,269 | 95.7% |
| 00069314019 | Zithromax | 200mg/5ml susp | 1,378 | 1,443 | 95.5% |
| 00069315083 | Zithromax | I.V. 500mg vial | 9 | 12 | 75.0% |
| 00069375066 | Renese | 1mg tablet | 1 | 1 | 100.0% |
| 00069550066 | Zyrtec | 5mg tablet | 389 | 410 | 94.9% |
| 00069551066 | Zyrtec | 10mg tablet | 13,059 | 13,580 | 96.2% |
| 00069553047 | Zyrtec | 1mg/ml syrup | 1,781 | 1,813 | 98.2% |
| 00069553093 | Zyrtec | 1mg/ml syrup | 1,483 | 1,504 | 98.6% |
| | | **Total** | **56,585** | **59,038** | **95.8%** |

Declaration of Eric M. Gaier, Ph.D.

**Table 7: Percentage of all Montana claims paid at Direct Price for Upjohn's labeler code 00009 from January 1991 through June 1999**

| NDC | Drug name | Dose and form | Direct price claims | Total claims | Direct price as percent of total |
|---|---|---|---|---|---|
| 00009011312 | Solu-Medrol | 40mg vial | 11 | 31 | 35.5% |
| 00009011319 | Solu-Medrol | 40mg vial | 3 | 3 | 100.0% |
| 00009019009 | Solu-Medrol | 125mg vial | 50 | 75 | 66.7% |
| 00009019016 | Solu-Medrol | 125mg vial | 5 | 9 | 55.6% |
| 00009034702 | Depo Testosterone Cypionate | 100mg/ml | 7 | 13 | 53.8% |
| 00009041701 | Depo Testosterone Cypionate | 200mg/ml | 4 | 5 | 80.0% |
| 00009041702 | Depo Testosterone Cypionate | 200mg/ml | 67 | 81 | 82.7% |
| 00009069801 | Solu-Medrol | 1000mg vial | 42 | 62 | 67.7% |
| 00009075801 | Solu-Medrol | 500mg vial | 1 | 3 | 33.3% |
| 00009082501 | Solu-Cortef | 100mg vial | 2 | 2 | 100.0% |
| 00009090013 | Solu-Cortef | 100mg Act-O-VI | 30 | 47 | 63.8% |
| 00009090020 | Solu-Cortef | 100mg Act-O-VI | 0 | 2 | 0.0% |
| 00009090908 | Solu-Cortef | 250mg Act-O-VI | 0 | 18 | 0.0% |
| 00009091205 | Solu-Cortef | 500mg Act-O-VI | 1 | 2 | 50.0% |
| 00009311601 | Cleocin T | 1% solution | 273 | 285 | 95.8% |
| 00009311602 | Cleocin T | 1% solution | 715 | 774 | 92.4% |
| 00009311614 | Cleocin T | 1% pledgets | 99 | 103 | 96.1% |
| 00009332901 | Cleocin T | 1% lotion | 881 | 952 | 92.5% |
| 00009333101 | Cleocin T | 1% gel | 125 | 131 | 95.4% |
| 00009333102 | Cleocin T | 1% gel | 1,895 | 2,019 | 93.9% |
| 00009338901 | Solu-Medrol | 1000mg vial | 33 | 41 | 80.5% |
| | | **Total** | **4,244** | **4,658** | **91.1%** |

Declaration of Eric M. Gaier, Ph.D.

**Table 8: Percentage of all Montana claims paid at Direct Price for Parke-Davis' labeler code 00071 from January 1991 through June 1992**

| NDC | Drug name | Dose and form | Direct price claims | Total claims | Direct price as percent of total |
|---|---|---|---|---|---|
| 00071000724 | Dilantin | 50mg infatab | 1,109 | 1,230 | 90.2% |
| 00071000740 | Dilantin | 50mg infatab | 160 | 276 | 58.0% |
| 00071023724 | Zarontin | 250mg capsule | 312 | 337 | 92.6% |
| 00071027024 | Nardil | 15mg tablet | 176 | 184 | 95.7% |
| 00071036224 | Dilantin | 100mg kapseal | 2,823 | 4,353 | 64.9% |
| 00071036232 | Dilantin | 100mg kapseal | 1,303 | 5,458 | 23.9% |
| 00071036240 | Dilantin | 100mg kapseal | 661 | 876 | 75.5% |
| 00071036524 | Dilantin | 30mg kapseal | 91 | 133 | 68.4% |
| 00071052524 | Celontin | 300mg kapseal | 83 | 87 | 95.4% |
| 00071052723 | Accupril | 5mg tablet | 0 | 7 | 0.0% |
| 00071053023 | Accupril | 10mg tablet | 0 | 17 | 0.0% |
| 00071053223 | Accupril | 20mg tablet | 0 | 15 | 0.0% |
| 00071053523 | Accupril | 40mg tablet | 0 | 1 | 0.0% |
| 00071053724 | Celontin | 150mg kapseal | 65 | 66 | 98.5% |
| 00071073720 | Lopid | 600mg tablet | 0 | 1,149 | 0.0% |
| 00071073730 | Lopid | 600mg tablet | 0 | 517 | 0.0% |
| 00071221420 | Dilantin | 125mg/5ml susp | 1,503 | 1,585 | 94.8% |
| 00071241823 | Zarontin | 250mg/5ml syrup | 75 | 93 | 80.6% |
| | | **Total** | **8,361** | **16,384** | **51.0%** |

Page 9

## Appendix B: Hartman Montana Penalty claims paid at Direct Price, by NDC and year

Table 9: Hartman Montana penalty claims paid at Direct Price, by NDC and year for Pfizer-Roerig's labeler code 00049

| NDC | Claim count | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001[7] | Total | % Direct price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00049275041 | Penalty | | | | | | 8 | 4 | 16 | 36 | 46 | 7 | 117 | 82.9% |
| | Direct price | | | | | | 8 | 4 | 16 | 25 | 37 | 7 | 97 | |
| 00049275066 | Penalty | 20 | 72 | 256 | 155 | 141 | 229 | 223 | 192 | 183 | 121 | 10 | 1,602 | 84.4% |
| | Direct price | 20 | 72 | 256 | 79 | 120 | 187 | 173 | 171 | 154 | 112 | 8 | 1,352 | |
| 00049276041 | Penalty | | | | | 5 | 21 | 98 | 61 | 26 | 28 | 2 | 241 | 100.0% |
| | Direct price | | | | | 5 | 21 | 98 | 61 | 26 | 28 | 2 | 241 | |
| 00049276066 | Penalty | 10 | 56 | 157 | 175 | 177 | 239 | 377 | 398 | 413 | 434 | 40 | 2,476 | 96.3% |
| | Direct price | 10 | 56 | 157 | 125 | 172 | 238 | 372 | 387 | 405 | 425 | 37 | 2,384 | |
| 00049277041 | Penalty | | | | | 5 | 9 | 29 | 36 | 47 | 46 | 1 | 173 | 45.1% |
| | Direct price | | | | | 5 | 9 | 19 | 14 | 11 | 19 | 1 | 78 | |
| 00049277066 | Penalty | 6 | 71 | 134 | 153 | 137 | 272 | 372 | 389 | 484 | 472 | 14 | 2,504 | 93.9% |
| | Direct price | 6 | 71 | 132 | 96 | 135 | 269 | 361 | 366 | 459 | 448 | 8 | 2,351 | |
| 00049278041 | Penalty | | | | | | | 1 | | | | | 1 | 100.0% |
| | Direct price | | | | | | | 1 | | | | | 1 | |
| 00049278066 | Penalty | | | 18 | 24 | 29 | 55 | 93 | 148 | 155 | 144 | 5 | 671 | 96.3% |
| | Direct price | | | 18 | 15 | 28 | 53 | 93 | 147 | 145 | 142 | 5 | 646 | |
| 00049490041 | Penalty | | | 78 | 237 | 227 | 279 | 320 | 401 | 336 | 48 | 18 | 1,944 | 92.1% |
| | Direct price | | | 69 | 161 | 223 | 279 | 311 | 398 | 289 | 43 | 18 | 1,791 | |
| 00049490066 | Penalty | | 148 | 2,827 | 4,564 | 6,298 | 6,893 | 6,206 | 6,183 | 6,494 | 2,468 | 978 | 43,059 | 90.9% |
| | Direct price | | 140 | 2,640 | 3,025 | 5,770 | 6,645 | 5,971 | 5,890 | 6,075 | 2,093 | 889 | 39,138 | |
| 00049490073 | Penalty | | | | 4 | 15 | 94 | 112 | 171 | 248 | 112 | 53 | 809 | 97.9% |
| | Direct price | | | | 3 | 15 | 93 | 111 | 171 | 244 | 105 | 50 | 792 | |
| 00049491041 | Penalty | | | 8 | 77 | 93 | 91 | 123 | 110 | 118 | 194 | 88 | 902 | 93.8% |
| | Direct price | | | 8 | 54 | 91 | 90 | 123 | 104 | 107 | 182 | 87 | 846 | |
| 00049491066 | Penalty | | 95 | 2,792 | 4,692 | 4,897 | 6,623 | 6,646 | 6,603 | 7,444 | 10,888 | 3,725 | 54,405 | 87.5% |
| | Direct price | | 93 | 2,725 | 3,245 | 4,390 | 5,999 | 6,138 | 6,098 | 6,817 | 9,208 | 2,895 | 47,608 | |
| 00049491073 | Penalty | | | | 2 | 60 | 221 | 248 | 552 | 832 | 1,311 | 586 | 3,812 | 87.9% |
| | Direct price | | | | 2 | 41 | 183 | 228 | 465 | 749 | 1,188 | 495 | 3,351 | |
| 00049494023 | Penalty | | | | | | | | | | 4 | 20 | 24 | 91.7% |
| | Direct price | | | | | | | | | | 4 | 18 | 22 | |
| 00049496050 | Penalty | | | | | | | 73 | 405 | 843 | 1,128 | 85 | 2,534 | 95.6% |
| | Direct price | | | | | | | 73 | 392 | 807 | 1,079 | 72 | 2,423 | |
| Total | Penalty | 36 | 442 | 6,270 | 10,083 | 12,084 | 15,034 | 14,925 | 15,665 | 17,659 | 17,444 | 5,632 | 115,274 | 89.5% |
| | Direct price | 36 | 432 | 6,005 | 6,805 | 10,995 | 14,074 | 14,076 | 14,680 | 16,313 | 15,113 | 4,592 | 103,121 | |

---

[7] 2001 claim counts represent payments through June 2001.

Declaration of Eric M. Gaier, Ph.D.

**Table 10: Hartman Montana penalty claims paid at Direct Price, by NDC and year for Pfizer-Roerig's labeler code 00069**

| NDC | Claim count | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001[8] | Total | % Direct price |
|---|---|---|---|---|---|---|---|---|---|---|
| 00069305107 | Penalty | | | 1 | | | | | 1 | 100.0% |
| | Direct price | | | 1 | | | | | 1 | |
| 00069305175 | Penalty | 1 | 4 | 4 | 20 | 24 | 20 | 5 | 78 | 94.9% |
| | Direct price | 1 | 4 | 3 | 20 | 24 | 18 | 4 | 74 | |
| 00069306030 | Penalty | | | 91 | 492 | 664 | 607 | 136 | 1,990 | 96.9% |
| | Direct price | | | 90 | 481 | 651 | 591 | 115 | 1,928 | |
| 00069306075 | Penalty | | | 218 | 1,038 | 1,645 | 2,032 | 1,597 | 6,530 | 95.7% |
| | Direct price | | | 216 | 1,011 | 1,554 | 1,976 | 1,492 | 6,249 | |
| 00069306086 | Penalty | | | 1 | 20 | 39 | 53 | 22 | 135 | 98.5% |
| | Direct price | | | 1 | 20 | 38 | 52 | 22 | 133 | |
| 00069308030 | Penalty | | 1 | 12 | 16 | 31 | 22 | 6 | 88 | 95.5% |
| | Direct price | | 1 | 12 | 16 | 30 | 19 | 6 | 84 | |
| 00069311019 | Penalty | 32 | 717 | 864 | 1,332 | 1,557 | 1,557 | 1,133 | 7,192 | 96.7% |
| | Direct price | 31 | 707 | 849 | 1,286 | 1,504 | 1,510 | 1,069 | 6,956 | |
| 00069312019 | Penalty | 29 | 630 | 1,022 | 1,502 | 1,978 | 1,944 | 1,316 | 8,421 | 97.0% |
| | Direct price | 28 | 627 | 1,000 | 1,459 | 1,928 | 1,878 | 1,245 | 8,165 | |
| 00069313019 | Penalty | 4 | 202 | 283 | 378 | 525 | 473 | 281 | 2,146 | 96.1% |
| | Direct price | 4 | 201 | 252 | 369 | 513 | 457 | 267 | 2,063 | |
| 00069314019 | Penalty | | 8 | 101 | 184 | 403 | 419 | 299 | 1,414 | 96.1% |
| | Direct price | | 8 | 101 | 178 | 389 | 408 | 275 | 1,359 | |
| 00069315083 | Penalty | | | | 1 | 3 | 5 | | 9 | 100.0% |
| | Direct price | | | | 1 | 3 | 5 | | 9 | |
| 00069550066 | Penalty | | 26 | 53 | 52 | 99 | 75 | 51 | 356 | 96.6% |
| | Direct price | | 26 | 53 | 51 | 97 | 74 | 43 | 344 | |
| 00069551066 | Penalty | | 639 | 1,527 | 2,186 | 2,637 | 3,361 | 1,064 | 11,414 | 98.2% |
| | Direct price | | 638 | 1,514 | 2,169 | 2,604 | 3,316 | 965 | 11,206 | |
| 00069553047 | Penalty | | 1 | 117 | 251 | 429 | 603 | 288 | 1,689 | 99.5% |
| | Direct price | | 1 | 117 | 251 | 429 | 603 | 280 | 1,681 | |
| 00069553093 | Penalty | | | 95 | 123 | 322 | 523 | 263 | 1,326 | 99.2% |
| | Direct price | | | 95 | 123 | 322 | 523 | 253 | 1,316 | |
| **Total** | **Penalty** | **66** | **2,228** | **4,389** | **7,595** | **10,356** | **11,694** | **6,461** | **42,789** | **97.1%** |
| | **Direct price** | **64** | **2,213** | **4,304** | **7,435** | **10,086** | **11,430** | **6,036** | **41,568** | |

---

[8] 2001 claim counts represent payments through June 2001.

Page 11

Case 1:01-cv-12257-PBS Document 2771 Filed 02/08/07 Page 13 of 14
Case 1:01-cv-12257-PBS Document 3676-4 Filed 02/08/2007 Page 13 of 14

Declaration of Eric M. Gaier, Ph.D.

**Table 11: Hartman Montana penalty claims paid at Direct Price, by NDC and year for Upjohn's labeler code 00009**

| NDC | Claim count | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999[9] | Total | % Direct price |
|---|---|---|---|---|---|---|---|---|---|---|
| 00009011312 | Penalty | | 1 | | | | | | 1 | 0.0% |
| | Direct price | | 0 | | | | | | 0 | |
| 00009019009 | Penalty | | 1 | | | 1 | 8 | 10 | 20 | 85.0% |
| | Direct price | | 0 | | | 1 | 8 | 8 | 17 | |
| 00009041702 | Penalty | | | | | | 1 | 2 | 3 | 100.0% |
| | Direct price | | | | | | 1 | 2 | 3 | |
| 00009069801 | Penalty | | | | | | 8 | 9 | 17 | 58.8% |
| | Direct price | | | | | | 8 | 2 | 10 | |
| 00009311601 | Penalty | 1 | 1 | | | 1 | 1 | 1 | 5 | 60.0% |
| | Direct price | 1 | 0 | | | 1 | 1 | 0 | 3 | |
| 00009311602 | Penalty | 1 | 4 | | | 2 | | 1 | 8 | 50.0% |
| | Direct price | 1 | 0 | | | 2 | | 1 | 4 | |
| 00009311614 | Penalty | | | | 1 | 12 | 12 | 5 | 30 | 96.7% |
| | Direct price | | | | 1 | 12 | 11 | 5 | 29 | |
| 00009332901 | Penalty | | 31 | | | 29 | 31 | 16 | 107 | 71.0% |
| | Direct price | | 0 | | | 29 | 31 | 16 | 76 | |
| 00009333101 | Penalty | | | | | 16 | 12 | 9 | 37 | 100.0% |
| | Direct price | | | | | 16 | 12 | 9 | 37 | |
| 00009333102 | Penalty | | 29 | | | 148 | 114 | 53 | 344 | 89.0% |
| | Direct price | | 0 | | | 148 | 114 | 44 | 306 | |
| 00009338901 | Penalty | | | | | | | 3 | 3 | 0.0% |
| | Direct price | | | | | | | 0 | 0 | |
| Total | Penalty | 2 | 67 | 0 | 1 | 209 | 187 | 109 | 575 | 84.3% |
| | Direct price | 2 | 0 | 0 | 1 | 209 | 186 | 87 | 485 | |

---

[9]  1999 claim counts represent payments through June 1999.

Declaration of Eric M. Gaier, Ph.D.

**Table 12: Hartman Montana penalty claims paid at Direct Price, by NDC and year for Parke-Davis' labeler code 00071**

| NDC | Claim count | 1991 | 1992[10] | Total | % Direct price |
|---|---|---|---|---|---|
| 00071000724 | Penalty | 382 | 225 | 607 | 92.8% |
|  | Direct price | 382 | 181 | 563 |  |
| 00071000740 | Penalty | 72 | 65 | 137 | 86.9% |
|  | Direct price | 72 | 47 | 119 |  |
| 00071023724 | Penalty | 161 | 91 | 252 | 96.8% |
|  | Direct price | 159 | 85 | 244 |  |
| 00071027024 | Penalty | 68 | 35 | 103 | 98.1% |
|  | Direct price | 68 | 33 | 101 |  |
| 00071036224 | Penalty | 929 | 597 | 1,526 | 93.5% |
|  | Direct price | 927 | 500 | 1,427 |  |
| 00071036232 | Penalty | 2,085 | 1,175 | 3,260 | 14.7% |
|  | Direct price | 379 | 101 | 480 |  |
| 00071036240 | Penalty | 368 | 189 | 557 | 94.8% |
|  | Direct price | 367 | 161 | 528 |  |
| 00071036524 | Penalty | 17 | 14 | 31 | 83.9% |
|  | Direct price | 17 | 9 | 26 |  |
| 00071052524 | Penalty | 37 | 25 | 62 | 93.5% |
|  | Direct price | 37 | 21 | 58 |  |
| 00071052723 | Penalty |  | 4 | 4 | 0.0% |
|  | Direct price |  | 0 | 0 |  |
| 00071053023 | Penalty | 1 | 13 | 14 | 0.0% |
|  | Direct price | 0 | 0 | 0 |  |
| 00071053223 | Penalty |  | 9 | 9 | 0.0% |
|  | Direct price |  | 0 | 0 |  |
| 00071053523 | Penalty |  | 1 | 1 | 0.0% |
|  | Direct price |  | 0 | 0 |  |
| 00071053724 | Penalty | 35 | 16 | 51 | 98.0% |
|  | Direct price | 35 | 15 | 50 |  |
| 00071073720 | Penalty | 563 | 370 | 933 | 0.0% |
|  | Direct price | 0 | 0 | 0 |  |
| 00071073730 | Penalty | 241 | 188 | 429 | 0.0% |
|  | Direct price | 0 | 0 | 0 |  |
| 00071221420 | Penalty | 795 | 437 | 1,232 | 99.8% |
|  | Direct price | 795 | 434 | 1,229 |  |
| 00071241823 | Penalty | 47 | 23 | 70 | 97.1% |
|  | Direct price | 47 | 21 | 68 |  |
| **Total** | **Penalty** | **5,801** | **3,477** | **9,278** | **52.7%** |
|  | **Direct price** | **3,285** | **1,608** | **4,893** |  |

---

[10]   1992 claim counts represent payments through June 1992.