Case 1:01-cv-12257-PBS   Document 2772   Filed 02/08/07   Page 1 of 4

# UNITED STATES DISTRICT COURT
# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs Inc., et al.,* 02-CV-12084-PBS | |

## DECLARATION OF SCOTT A. STEMPEL
## IN SUPPORT OF PFIZER'S AND PHARMACIA'S
## MOTION FOR SUMMARY JUDGMENT

I, Scott A. Stempel, duly declare as follows:

1. I am a partner of Morgan, Lewis & Bockius LLP, attorneys for Pfizer Inc. ("Pfizer"), Pharmacia Corporation and Pharmacia & Upjohn (together, "Pharmacia") in this litigation. I submit this declaration in support of Pfizer's and Pharmacia's Motion for Summary Judgment.

**DOCUMENTS PRODUCED BY MONTANA DURING DISCOVERY**

2. Attached hereto as Exhibit 1 is a true and correct copy of MT 013526 through MT 013530, a Notice of Public Hearing on Proposed Amendment, dated April 15, 2002.

3. Attached hereto as Exhibit 2 is a true and correct copy of MT 023015, Attachment 4.19B of the Montana Medicaid State Plan relating to Estimated Acquisition Cost, effective October 01, 1994.

- 2 -

4. Attached hereto as Exhibit 3 is a true and correct copy of MT 005705, Attachment 4.19B of the Montana Medicaid State Plan relating to Estimated Acquisition Cost, effective October 1, 2000.

5. Attached hereto as Exhibit 4 is a true and correct copy of MT 024346 through MT 024348, a Transmittal and Notice of Approval of State Plan Material, Attachment 4.19B, relating to Estimated Acquisition Cost, effective October 1, 2002.

6. Attached hereto as Exhibit 5 is a true and correct copy of MT 013531 through MT 013539, a Notice of Amendment pertaining to Medicaid Outpatient Drug Reimbursement, dated June 17, 2002.

7. Attached hereto as Exhibit 6 is a true and correct copy of MT 005413 through MT 005416, pertaining to Medicaid Source Survey Results, and a handwritten transmittal from Jim Smith, Montana State Pharmaceutical Association, stamped received by Health Policy & Services on February 2, 1998.

8. Attached hereto as Exhibit 7 is a true and correct copy of MT 005370 through MT 005371, a letter from Dorothy Poulsen, Montana Medicaid Pharmacy Program Officer, to Jim Smith, Montana State Pharmaceutical Association, dated April 15, 1999.

9. Attached hereto as Exhibit 8 is a true and correct copy of MT 005372 through MT 005410, which comprises documents believed to be from the files of Dorothy Poulsen and relating to Montana Medicaid's analysis of direct price vs. AWP payment methodologies.

10. Attached hereto as Exhibit 9 is a true and correct copy of MT 005368 through MT 005369, a letter from Jim Smith, Montana State Pharmaceutical Association, to Dorothy Poulsen, Montana Medicaid Pharmacy Program Officer, dated May 27, 1999, and what appears to be an attachment thereto.

11. Attached hereto as Exhibit 10 is a true and correct copy of MT 005358 through MT 005359, a facsimile from Shannon Marr, Montana Medicaid Pharmacy Program Officer, to Corvallis Drug, dated May 21, 2002.

- 3 -

12. Attached hereto as Exhibit 11 is a true and correct copy of MT 005361 through MT 005362, a facsimile from Shannon Marr, Montana Medicaid Pharmacy Program Officer, to A&C Drug, dated May 21, 2002.

### **DEPOSITION TRANSCRIPTS**

13. Attached hereto as Exhibit 12 is a true and correct copy of relevant excerpts from the December 15, 2005 deposition of Daniel Wade Peterson, Montana Medicaid Pharmacy Program Supervisor.

14. Attached hereto as Exhibit 13 is a true and correct copy of relevant excerpts from the February 22, 2006 deposition of Dorothy Poulsen, former Montana Medicaid Pharmacy Program Officer.

### **OTHER DOCUMENTS**

15. Attached hereto as Exhibit 14 is a true and correct copy of a Settlement Agreement between the State of Montana and Pfizer.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct based on personal knowledge.

Executed this 8th day of February, 2007.

          /s/ Scott A. Stempel
          Scott A. Stempel

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2007, a true and accurate copy of the Declaration of Scott A. Stempel in Support of Pfizer's and Pharmacia's Motion for Summary Judgment was served upon all counsel of record via the Lexis-Nexis Filing System:

DATED:  February 8, 2007.

/s/ Mark D. Smith