

DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, Massachusetts  02110-1447
www.dlapiper.com

Robert P. Sherman
robert.sherman@dlapiper.com
T  617.406.6035
F  617.406.6100

February 13, 2007

BY HAND DELIVERY

Ms. Christine Patch
Docket Clerk for the Honorable Patti B. Saris
United States District Court
for the District of Massachusetts
John Joseph Moakley Courthouse
Suite 8110, 1 Courthouse Way
Boston, MA  02210

Re:  In re:  Pharmaceutical Industry Average Wholesale Price Litigation
MDL No. 1456
Civil Action No. 01-12257-PBS

Dear Ms. Patch:

Enclosed please find courtesy copies for Judge Saris of the following:

1. Bayer's Motion for Summary Judgment;

2. Memorandum in Support of Bayer's Motion for Summary Judgment;

3. Bayer's Local Rule 56.1 Statement of Undisputed Facts in Support of Motion for Summary Judgment; and

4. Appendix of Documents in Support of Motion for Summary Judgment of Bayer Corporation.

Thank you for your attention to this matter.

Very truly yours,

Robert P. Sherman

RPS/jmm

Enclosures

cc:     Michael P. Doss, Esq.

BOST1\461608.1
352500-805