- Exhibit 7 -

*Highly Confidential*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO: *State of Montana v. Abbott Labs Inc., et al.* 02-CV-12084-PBS | ) ) |

**MDL No. 1456**

**CIVIL ACTION: 01-CV-12257-PBS**

**Judge Patti B. Saris**

### AFFIDAVIT OF GLENN WEIGLEIN

Glenn Weiglein, being duly sworn, deposes and says:

1.      I am the Director of Contracts and Pricing for defendant TAP Pharmaceutical Products Inc. ("TAP"), located in Lake Forest, Illinois.  I submit this Affidavit in support of TAP's Motion for Summary Judgment.

2.      I am over the age of 21, am competent to give the testimony contained in this Affidavit, and would testify to these facts if called as a witness.

3.      Attached as Exhibit A to this Affidavit are true and correct copies of Certifications, from the period January 28, 2002, through January 26, 2006, attesting that TAP had provided its average sales price ("ASP") information for all NDCs of Prevacid® to multiple entities, including the state Medicaid programs of the states that had executed settlement agreements with TAP, including the State of Montana.  These Certifications accompanied the ASP information beginning for the fourth quarter of 2001, which TAP provided in January 2002, through the fourth quarter of 2005, which TAP provided in January 2006.

4.      Attached as Exhibit B to this Affidavit are copies of the quarterly ASP submissions provided to each of the state Medicaid programs, including the State of Montana, for the fourth quarter of 2001 through the fourth quarter of 2005.

5.     TAP has provided its ASP information to all state Medicaid programs, the federal government, and First DataBank Inc. on a quarterly basis, beginning with the fourth quarter of 2001 and continuing to the present.

FURTHER AFFIANT SAYETH NAUGHT.


_____
Glenn Weiglen

Subscribed and sworn to before me this
_7_ day of February, 2007.


_____
Notary Public

My commission expires:

OFFICI...
DENISE ...
NOTARY PUBLIC ...

- Exhibit A -

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**

**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP
Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the
attached Average Sale Price information has been communicated to First DataBank Inc.
(and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of
those States which executed settlement agreements with TAP, as required; to the OIG; and to
the Centers for Medicare & Medicaid Services and that it has been calculated in accordance
with the methodology described generally in the CIA and more specifically in the attached
document.

Signature

Senior Manager, Contracts and Pric.
Title

1-28-02
Date

CONFIDENTIAL

## Attachment A To CIA
## TAP Pharmaceutical Products Inc.


### CERTIFICATION

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the methodology described generally in the CIA and more specifically in the attached document.


Signature

Senior Manager, Contracts and Pricing
Title


April 29, 2002
Date

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**

**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP

Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the

attached Average Sale Price information has been communicated to First DataBank Inc.

(and/or other price reporting entity as specified in the CIA); to the State Medicaid programs

of those States which executed settlement agreements with TAP, as required; to the OIG; and

to the Centers for Medicare & Medicaid Services and that it has been calculated in

accordance with the methodology described generally in the CIA and more specifically in

the attached document.

Signature

Senior Manager, Contracts and Pricing
Title

July 29, 2002
Date

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**

**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP

Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the

attached Average Sale Price information has been communicated to First DataBank Inc.

(and/or other price reporting entity as specified in the CIA); to the State Medicaid programs

of those States which executed settlement agreements with TAP, as required; to the OIG; and

to the Centers for Medicare & Medicaid Services and that it has been calculated in

accordance with the methodology described generally in the CIA and more specifically in the

attached document.

Signature

Senior Manager, Contracts and Pricing
Title

October 29, 2002
Date

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**

**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP
Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the
attached Average Sale Price information has been communicated to First DataBank Inc.
(and/or other price reporting entity as specified in the CIA); to the State Medicaid programs
of those States which executed settlement agreements with TAP, as required; to the OIG; and
to the Centers for Medicare & Medicaid Services and that it has been calculated in
accordance with the methodology described generally in the CIA and more specifically in the
attached document.

_____
Signature

Director, Contracts and Pricing
Title

April 29, 2003
Date

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**


**CERTIFICATION**


In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the methodology described generally in the CIA and more specifically in the attached document.


Signature


Director, Contracts and Pricing
Title


July 29, 2003
Date

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**


**CERTIFICATION**


In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the methodology described generally in the CIA and more specifically in the attached document.


Signature


Director, Contracts and Pricing
Title


October 29, 2003
Date

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**

**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP

Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the

attached Average Sale Price information has been communicated to First DataBank Inc.

(and/or other price reporting entity as specified in the CIA); to the State Medicaid programs

of those States which executed settlement agreements with TAP, as required; to the OIG; and

to the Centers for Medicare & Medicaid Services and that it has been calculated in

accordance with the methodology described generally in the CIA and more specifically in the

attached document.

Signature

Director, Contracts and Pricing
Title

January 29, 2004
Date

CONFIDENTIAL

## Attachment A To CIA
## TAP Pharmaceutical Products Inc.

### CERTIFICATION

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the methodology described generally in the CIA and more specifically in the attached document.

_____
Signature

Director, Contracts and Pricing
Title


April 29, 2004
Date

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**


**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP

Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the

attached Average Sale Price information has been communicated to First DataBank Inc.

(and/or other price reporting entity as specified in the CIA); to the State Medicaid programs

of those States which executed settlement agreements with TAP, as required; to the OIG; and

to the Centers for Medicare & Medicaid Services and that it has been calculated in

accordance with the methodology described generally in the CIA and more specifically in the

attached document.


_____
Signature


Director, Contracts and Pricing
Title


July 29, 2004
Date

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**


## CERTIFICATION

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the methodology described generally in the CIA and more specifically in the attached document.


_____
Signature

Director, Contracts and Pricing
Title


October 28, 2004
Date

CONFIDENTIAL

## Attachment A To CIA
## TAP Pharmaceutical Products Inc.

## CERTIFICATION

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies to the best of his/her knowledge, information, and belief that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the definition of and requirements relating to Average Sales Price set forth in the Medicare Prescription Drug, Improvement, and Modernization Act of 2003.

_____
Signature

Director, Contracts and Pricing
Title

January 27, 2005
Date

CONFIDENTIAL

### Attachment A To CIA
### TAP Pharmaceutical Products Inc.

### CERTIFICATION

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP

Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies to the

best of his/her knowledge, information, and belief that the attached Average Sale Price

information has been communicated to First DataBank Inc. (and/or other price reporting

entity as specified in the CIA); to the State Medicaid programs of those States which

executed settlement agreements with TAP, as required; to the OIG; and to the Centers for

Medicare & Medicaid Services and that it has been calculated in accordance with the

definition of and requirements relating to Average Sales Price set forth in the Medicare

Prescription Drug, Improvement, and Modernization Act of 2003.

_____
Signature

Director, Contracts and Pricing
Title

April 28, 2005
Date

CONFIDENTIAL

## Attachment A To CIA
## TAP Pharmaceutical Products Inc.

### CERTIFICATION

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies to the best of his/her knowledge, information, and belief that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the definition of and requirements relating to Average Sales Price set forth in the Medicare Prescription Drug, Improvement, and Modernization Act of 2003.

_____
Signature

Director, Contracts and Pricing
Title

July 28, 2005
Date

CONFIDENTIAL

## Attachment A To CIA
## TAP Pharmaceutical Products Inc.

### CERTIFICATION

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies to the best of his/her knowledge, information, and belief that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the definition of and requirements relating to Average Sales Price set forth in the Medicare Prescription Drug, Improvement, and Modernization Act of 2003.

_____
Signature

Director, Contracts and Pricing
Title

October 27, 2005
Date

CONFIDENTIAL

**Attachment A To CIA**
**TAP Pharmaceutical Products Inc.**

**CERTIFICATION**

In accordance with the Corporate Integrity Agreement ("CIA") entered between TAP Pharmaceutical Products Inc. ("TAP") and the OIG, the undersigned hereby certifies to the best of his/her knowledge, information, and belief that the attached Average Sale Price information has been communicated to First DataBank Inc. (and/or other price reporting entity as specified in the CIA); to the State Medicaid programs of those States which executed settlement agreements with TAP, as required; to the OIG; and to the Centers for Medicare & Medicaid Services and that it has been calculated in accordance with the definition of and requirements relating to Average Sales Price set forth in the Medicare Prescription Drug, Improvement, and Modernization Act of 2003.

_____
Signature

Senior Director, Contracts and Pricing
Title

January 27, 2006
Date

# - Exhibit B –

REDACTED