# - Exhibit 10 -

LEXSEE 136 CONG REC S 12954

Congressional Record -- Senate

Wednesday, September 12, 1990;
(Legislative day of Monday, September 10, 1990)

101st Cong. 2nd Sess.

*136 Cong Rec S 12954*

**REFERENCE:** Vol. 136 No. 111

**TITLE:** STATEMENTS ON INTRODUCED BILLS AND JOINT RESOLUTIONS

**SPEAKER:** Mr. PRYOR

**TEXT:** [*S12954] By Mr. PRYOR:

S. 3029. A bill to amend title XIX of the Social Security Act to provide mechanisms to control Medicaid drug prices, to assure that Medicaid beneficiaries receive quality medical care, and to protect the physician's right to prescribe; to the Committee on Finance.

MEDICAID ANTI-DISCRIMINATORY DRUG PRICE AND PATIENT BENEFIT RESTORATION ACT

Mr. PRYOR. Mr. President, over the past several months, I have spoken on the floor several times about the double dose of bitter medicine this Nation's drug companies have forced our Medicaid Program to swallow. First, the drug companies simply refuse to negotiate discounts on those drug prices they are charging our $1 billion Medicaid Program. They are forcing our taxpayer-funded program for the poor, one of the largest purchasers of drugs in this country, to pay as much as 40 to 60 percent more for the very same drugs purchased by hospitals, HMO's, and the Department of Veterans Affairs.

Second, the drug companies are holding us captive to bankrupting the coffers of the State Medicaid drug programs.

If the prescription drug price inflation rate mirrored the general inflation rate, Mr. President, it might not be so bad. Unfortunately, as we know, that has not been the case. In fact, as the chart behind me demonstrates, over the last 10 years, consumer prices have increased 58 percent, while prescription drug prices rose by a staggering 152 percent.

Mr. President, the bottom line is that the drug companies have been giving second-class treatment to the Medicaid Program. Their discriminatory policies have resulted in a system of second-class medical care for Medicaid patients, the Nation's poorest and sickest citizens.

To bring an end to this unfair discrimination against the Medicaid Program, earlier this summer I introduced S. 2605, the Pharmaceutical Access and Prudent Purchasing Act of 1990. A preliminary CBO estimate projects that this legislation would save taxpayers approximately $1.6 billion over 5 years. To achieve these savings, States could, among other options, negotiate over the value of drugs in exactly the same way that many hospitals and HMO's do -- by requiring the manufacturers to compete for Medicaid business.

By the manufacturers' reaction to this legislation, Mr. President, you would think that "competition" or that "bidding" were foreign terms. In addition, in an effort to defeat this legislation, the drug manufacturers have attempted to scare members of organizations representing the interests of minorities by suggesting to these groups that my bill would result in second-class medicine for the poor.

Mr. President, nothing is further from the truth. They know it, and I know it. In spite of an intense lobbying campaign by the Pharmaceutical Manufacturers Association -- hiring the most expensive lobbying firms in Washington, DC, and around the country -- the drug companies have attempted to stall my efforts.

We are now, however, on the verge of enacting a plan which requires drug manufacturers to offer substantial discounted prices to the Medicaid Program. Why, Mr. President? It is simple: Because there is no logical reason why, in an era of severe budget constraints and social needs, the Medicaid Program should be denied access to these same generous discounts and have to pay overly inflated prices for prescription drugs.

They are so concerned about the long-term impact of legislation that they shocked many Members in Congress by suggesting their own alternatives to my legislation. Four major drug manufacturers in recent weeks and the Pharmaceutical Manufacturers Association have now finally admitted that they are charging too much for drugs. They have offered their own national proposals for Medicaid drug cost containment. In the past weeks I have commended those particular drug manufacturers that have developed their own national proposals for Medicaid drug price cost containment. Unfortunately, after consulting with CBO and OMB, it has become clear to me that none of these proposals will produce significant savings because they allow the manufacturers to control the discounts that they offer. As a result, discounts could be eliminated or significantly reduced. This is obviously unacceptable.

Mr. President, to assist my colleagues in evaluating the drug manufacturers' proposals, I ask unanimous consent that a staff analysis of these proposals be printed in the Record following my statement.

The ACTING PRESIDENT pro tempore. Without objection, it is so ordered.

Mr. PRYOR. Mr. President, further, I am today introducing the Medicaid Anti-Discriminatory Drug Price and Patient Benefit Restoration Act. This legislation simply builds on the proposals already put forth by the drug industry. It mandates that, in order to be placed on a State list of covered drugs, a prescription drug manufacturer must provide the Medicaid Program the same substantial discounts it is now giving to other purchasers of that medication.

Mr. President, I ask unanimous consent that a summary of this bill be printed in the Record following my statement.

The ACTING PRESIDENT pro tempore. Without objection, it is so ordered.

Mr. PRYOR. Mr. President, to guarantee that Medicaid continues to receive the best discounts in the market, the new bill's rebate is calculated by using the lower of the best price in the market or the best price as of September 1, 1990, indexed to the consumer price index. An indexing feature like this is the only approach likely to be scored for savings by OMB and CBO. My staff estimates that this legislation alone, Mr. President will achieve in [*S12955] excess of $2.5 billion in savings over the next 5 years.

Mr. President, I would like to make it clear that this legislation is not a substitute for nor an amended version of S. 2605. There is no need for a substitute for a proposal that represents state of the art medical care and savings of $1.6 billion over 5 years. It is simply one other option that can be considered by this Congress this month as a true way to save money for the Medicaid Drug Program. Both plans assure an improved access to needed medications. Both plans save substantial sums of money. No other plans that I am aware of meet these two essential criteria, and until and unless any alternatives do, we should now focus our deliberations solely on these two proposals.

For the Record, Mr. President, I would like to submit an updated list of those organizations who are now supporting S. 2605. I hope most, if not all, of these organizations will support the alternative proposal that I am introducing today. I have no doubt that many more letters of support will be coming in. Already I have received letters of support from Families USA, one of the Nation's most visible and credible representatives of the poor, the National Consumers League, and pharmacist organizations, the American Pharmaceutical Association and the NARD.

Of particular importance is the letter of support received by the American Cancer Society, because it sends a strong signal to other groups like this that my bill is a substantial improvmeent over the current situation in State Medicaid Programs. I ask unanimous consent that the updated list and the letters be printed in the Record following my statement.

The ACTING PRESIDENT pro tempore. Without objection, it is so ordered.

Mr. PRYOR. Mr. President, in an era of extraordinary budget constraints, we may well be forced to enact legislation that achieves savings from entitlement programs. It would be absolutely inconceivable to me and I assume inconceivable to my colleagues in the Senate for us to pass any budget agreement that asks Medicare recipients and beneficiaries, hospitals, physicians, and other health care providers to contribute to deficit reduction and at the same time not ask the pharmaceutical manufacturers to do their fair share.

I encourage my colleagues to join with me today in sending a very strong message to the drug industry that their longstanding policies of price discrimination against the Medicaid Program will no longer be tolerated.