- Exhibit 11 -

LEXSEE 137 CONG REC S 6831

Congressional Record -- Senate

Friday, May 24, 1991;
(Legislative day of Thursday, April 25, 1991)

102nd Cong. 1st Sess.

*137 Cong Rec S 6831*

**REFERENCE:** Vol. 137 No. 80 -- Part 2

**TITLE:** DRUG COMPANY PRICING PRACTICES

**SPEAKER:** Mr. DURENBERGER

**TEXT:** [*S6831] Mr. DURENBERGER. Mr. President, every American said a prayer of thanks when we learned that President Bush had recovered from a temporary heart fibrillation. His quick recovery is due in large measure to the advances of medical and pharmaceutical technology that many of us take for granted.

In the President's case, his heart fibrillation was successfully managed with drug therapy. His followup regimen includes an anticoagulant drug known as Coumadin. Few substitutes exist for Coumadin, and as a result the manufacturer, DuPont-Merck, controls over 90 percent of the market.

When President Bush entered Bethesda Naval Hospital, I do not remember a single reporter asking questions about the cost of the drugs prescribed by his doctors. Yet there are public hospitals and clinics throughout the country that routinely need to prescribe such drugs and Coumadin and who are now finding the cost of these drugs prohibitive.

In Minnesota, the purchaser of pharmaceuticals for our public hospitals and clinics has reported that the price of Coumadin went from $15.67 per thousand to $349.55 in a single day. That, Mr. President, is an overnight price increase of 2,130 percent.

And the price did not go up because of publicity surrounding the President's illness. In fact, staggering price increases for Coumadin and a host of other vital drugs went into effect on the first of this year, Prolixin, a Bristol Myers-Squibb drug used in treating schizophrenia went from $48.30 to $732, an increase of 1,415 percent! Other drug prices increased 400 percent, 875 percent and 960 percent.

Prices are rising for other buyers in my State -- HMO's report increases of 20 to 30 percent acorss the board. And Minnesota is not unique. These astronomical price increases are occurring in all 50 States.

Why have drug prices, including prices for the poorest families in our country -- Medicaid beneficiaries -- risen so drastically? Some experts I have talked to say that these price increases are the expected reaction to legislation we adopted last year requring pharmaceutical manufacturers to offer rebates and best price discounts to the Medicaid Program.

In effect, the Federal Government told the pharmaceutical industry that since the Federal/State Medicaid Program pays for 13 percent of all drug purchases, this program should be charged the lowest price that the companies offer some private purchasers. The Government did not ask for prices lower than what the market would bear; it only asked for the best price available to other high-volume purchasers.

Mr. President, it would be reasonable to assume that, as a result of the Medicaid drug amendments of 1990, some pharmaceutical companies would have raised their best prices to make up a part of t*ER18*he lower profits they would earn through Medicaid sales. But, Mr. President, overnight price increases of 2100 percent or 1400 percent are not reasonable in any sector of the economy.

Maybe our legislative solution was not perfect. Maybe we could have done better. But the actions of many companies are cynical and unacceptable. The burden is on the industry to justify its behavior.

Mr. President, we all know that health care costs are rising rapidly. Most providers of health care have begun to do their part in controlling costs, including physicians, hospitals, medical device producers, insurers. It is time that the drug industry began to do its share.

We recognize the important and life-saving contributions that the pharmaceutical industry makes. We recognize that research and development for new drugs is expensive, time consuming, and risky. And, we recognize the virtues of productivity and profit-making.

But we also recognize that tax subsidies and patent protection do much to protect these investments. We recognize further that the lack of any nationwide price-setting apparatus plus medicalization of our society which induces customers to pay any price for each new invention without cost-benefit or values analysis is an economic protection provided this industry in no other nation on Earth.

Mr. President, the pharmaceutical industry is a vital component of our domestic economy. It is one of the fortunate industries that appears to be riding out this recession with little difficulty. In fact, profits are up across the board. First quarter profits in 1991 have increased significantly compared with first quarter earnings in 1990. Despite having to offer Medicaid rebates, these companies are making more money than last year, often by a large amount.

But drug products are different from most other products. Unlike a roll of carpet or a sheet of paper towels, pharmaceutical products can make the difference between life and death, between pain and comfort. These are products that in a very broad sense serve the common good. The appearance of single-minded pursuit of profit, especially in this case, overlooks other human, social and moral factors.

Mr. President, in closing, I would like to call attention to the words of Pope John Paul II. In his encyclical "Centesimus Annus," the Hundredth Year, that he issued early this month, the Pope cautioned:

The purpose of the business firm is not simply to make a profit, but is to be found in its very existence as a community of persons who in various ways are endeavoring to satisfy their basic needs, and who form a particular group at the service of the whole society. Profit is a regulator of the life of a business, but it is not the only one; other human and moral factors must also be considered.

Where are the moral values of the pharmaceutical industry in this country? We deserve an answer.

Mr. President, part of the "answer" to this question is contained in an article published in today's New York Times entitled "Why Drugs Cost More in United States." I ask unanimous consent that this article be reprinted in the Record.

There being no objection, the article was ordered to be printed in the Record, as follows:

[From the New York Times, May 24, 1991]

WHY DRUGS COST MORE IN UNITED STATES

(By Gina Kolata)

Americans pay some of the world's highest prices for their prescription drugs. While other governments usually negotiate prices, the United States has traditionally let companies decide for themselves what to charge.

[*S6832] According to one study, Americans paid an average of 54 percent more than Europeans for 25 commonly prescribed drugs. Some essential drugs are especially costly in the United States. A month's supply of Eldepryl, a Parkinson's disease medication from Somerset Labs Inc., costs about $28 in Italy, $48 in Austria and $240 in the United States.

Aerosolized pentamidine, inhaled by people with AIDS to prevent a deadly form of pneumonia, costs $100 wholesale and about $150 retail in the United States, where it is made by the Fujisawa Pharmaceutical Company of Deer Park, Ill. In France, Germany and Britain, Rhone-Poulenc S.A.'s retail price for the identical vial is $26.

CHARGING FOR RESEARCH

These disparities have become central to a growing debate over how the United States can control its drug costs. Regulators and insurers who have been trying for years to limit hospital costs and doctors' fees are now trying to rein in drug expenses as well.

Drug costs are increasing even faster than other medical expenses. Economists say that drug companies -- even foreign ones -- are able to charge American patients a disproportionate share of their research costs. Most European gov-

ernments bargain prices down to levels that cover companies' manufacturing and distribution costs, but much less of their research.

Some of the reasons that drug costs are so high in the United States also have to do with rising medical costs in general. The growing expense of medical technology, the absence of a national health plan and the payment of most medical bills by third parties have confounded most attempts to manage the nation's medical bills.

High drug prices afflict the elderly and chronically ill the most. Americans older than 65 use an average of five prescription drugs, said Ewe Rheinhardt, an economist at Princeton University. Old people are also more likely to have to pay for their prescription drugs themselves because Medicare does not cover drug costs except in hospitals, said Stephen Long, an economist at the Rand Corporation in Washington.

Many old people are devastated by the prices of their prescriptions. Of their $1,100 monthly income from Social Security, Joseph and Margaret Landin of Dallas spend more than $600 for 10 prescription drugs. Mr. Landin has ailments of the esophagus and prostate gland, and his wife has heart troubles, two slipped disks and arthritis.

"It's terrible," Mr. Landin said, reflecting on the sacrifices necessary to pay for their drugs. "We don't subscribe to the newspaper any more. We don't turn on our air-conditioning," despite summer temperatures that often top 100 degrees. "We used to go out twice a month to eat, but we don't do that any more."

Economists and Federal regulators are concerned that companies are agreeing to sell their drugs cheaply elsewhere, while piling research and development costs onto their prices in the United States. "Obviously, we subsidize the world," said Richard Zeckhauser, an economist at Harvard University.

The costs of producing and distributing most prescription drugs are low, yet the cost of research can be very high. Companies that develop new drugs can negotiate low prices for some buyers and still turn a profit, provided they can charge others enough to pay for their research.

"There is a lot of discretion in how you set prices," the Rand economist, Dr. Long, said. "If you had different markets willing to pay different amounts, then you can produce and sell very cheaply in some of them."

Executives of drug companies attribute the price differences to the workings of the American free market. They warn that attempts to control drug prices in the United States will backfire.

"The U.S. drug industry is one of the strongest in the world," said Gordon Binder, chief executive of Amgen Inc., a biotechnology company. "If the Government meddles with the free market, it could well destroy the industry."

But many large purchasers of drugs say that such high prices in the United States merely guarantee high profits. Lately, drug stocks have been soaring.

WHO PAYS THE MOST FOR PILLS

[An index of average drug prices in various countries, with the lowest average equal to 100]

| | |
|---|---|
| Netherlands | 299 |
| United States | 279 |
| Germany | 269 |
| Denmark | 230 |
| Britain | 217 |
| Italy | 131 |
| France | 127 |
| Spain | 105 |
| Greece | 100 |

Source: U.S. Senate Special Committee on Aging.

"The drug industry has been very successful," said Dr. Norrie Wilkins, president of Clinical Pharmacy Advantage, a Minneapolis company that buys drugs for health maintenance organizations and other cost-containment programs. "Its percent of profits are probably higher than in any other industry. We are in a recession now and a lot of business people and the Government are asking: 'Why has the recession not hit the drug industry? Do they have an unfair advantage?'"

A Federal law passed in December requires drug makers to cut their prices to the Medicaid program for the poor. Hospitals, insurers and other large purchasers are trying to keep the drug companies from shifting the costs to them.

### EUROPEAN METHODS URGED

Some authorities say that to receive Europe's prices, the United States should adopt more of Europe's methods. "One of our options is to negotiate prices like they do in Europe, using big buying groups that include public and private purchasers," said David G. Schulke, chief of oversight for the Senate's special committee on aging.

A Federal study has found that state Medicaid agencies paid $474 million more for prescription drugs in 1989 than they would have if they had been bought at the prices negotiated in Canada.

Dr. Zeckhauser of Harvard said that some countries like Australia were particularly adept at negotiating low prices. In a recent study, he and one of his students, Mark Johnston, found that average American prices were more than double the average Australian prices for 80 widely prescribed drugs.

In some European countries, including the Netherlands, Denmark and Germany, drugs cost about as much as in the United States. Guido Adriaenssens, who surveys drug prices for the Belgian Consumers Association, said that none of these countries negotiated their prices. But the Netherlands and Denmark control the amounts of drugs that doctors can prescribe, limiting overall costs, he said. Germany is more like the United States, he said, with high prices and high consumption.

### FRUSTRATING DRUGSTORE VISIT

Patients' frequent inability to postpone treatment and their dependence on doctors' recommendations contribute to the high costs of drugs. Dr. Reinhardt, the Princeton economist, said that when he recently stopped at a drugstore to pick up a prescription, he felt helpless. "I was madder than hell," he said. "It was my doctor who wrote my prescription. I was never given any option. And when I went to the pharmacy, some gum-chewing clerk threw a bag at me and said, '$40.'"

Drug companies are free to set their prices but consumers have little opportunity to comparison-shop, Dr. Rheinhardt said. "We are the world's last free market," he said. "It's not a perfect market, but it is free. A perfect market is one where the customer can really evaluate the product and where it is not an emergency situation." Buying a prescription drug, he said, "is not like buying a pair of socks."

### MALPRACTICE SUITS FEARED

Doctors, assuming that their patients want the best and fearful of malpractice suits if they recommend anything less, may disregard prices when they prescribe drugs. Dr. Long said. Doctors sometimes prescribe an expensive drug when a cheaper one is better. Cardiologists continue to prescribe TPA, a drug that dissolves blood clots, for $2,000 a dose even though studies have shown that streptokinase, at $200 a dose, serves heart attack patients even better.

Industry representatives agree that Americans are paying a large share of their research costs, but add that the nation enjoys the benefits. Dr. Gerald Mossinghoff, president of the Pharmaceutical Manufacturers Association, said that France's stringent price controls has resulted in a drug industry that he described as "no longer world class," adding, "There really is a cause-and-effect relationship between economic pressure and the amount of research."

Dr. Mossinghoff accused some countries, like Portugal, Greece, and Spain, of negotiating "outrageously low" prices for drugs and failing to pay their fair share of research and development costs. "In that context, American consumers are paying for cheaper drugs elsewhere," Dr. Mossinghoff said.

But the association says that drug makers can still cover their costs and turn a profit in these other countries -- as long as they do not have to extend the same low prices everywhere.

### THE COST OF DRUGS, IN THE UNITED STATES AND ABROAD

[A sampling of average prices for common brand name drugs in the United States and other countries]

NOTE: This table is divided, and additional information on a particular entry may appear on more than one screen.

| Brand/drug name and function | Manufacturer | Average U.S. price |
|---|---|---|
| Septra/Sulfamethoxazole : Antibacteridal drug | Burroughs Wellcome | $10.90 |

137 Cong Rec S 6831, *

Page 5

| Brand/drug name and function | Manufacturer | Average U.S. price |
|---|---|---|
| used to treat urinary tract infections | | |
| Vibramycin/Doxycycline: Antibiotic used to treat prostate infections | Pfizer | 23.30 |
| Valium/Diazepam: Mild Tranquilizer | Roche Products | 9.70 |
| Xanax/Alprazolam: Mild tranquilizer | Upjohn | 37.50 |
| Dyazide/Hydrochlorathiazide: Used to treat high blood pressure | Smithkline Beecham | 11.30 |

| Brand/drug name and function | Average price elsewhere |
|---|---|
| Septra/Sulfamethoxazole: Antibacteridal drug used to treat urinary tract infections | $7.10 |
| Vibramycin/Doxycycline: Antibiotic used to treat prostate infections | 15.20 |
| Valium/Diazepam: Mild Tranquilizer | 3.60 |
| Xanax/Alprazolam: Mild tranquilizer | 16.50 |
| Dyazide/Hydrochlorathiazide: Used to treat high blood pressure | 8.40 |

Source: U.S. Senate Select Committee on Aging.

**SUBJECT:** PHARMACEUTICALS INDUSTRY (90%); PRICE MANAGEMENT (90%); PRESCRIPTION DRUGS (79%); MEDICAID (79%); PRICE CHANGES (59%); HOSPITALS (59%); COMPANY PROFITS (59%); DISEASES & DISORDERS (59%); ANTICOAGULANTS (59%);