UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO THE ) <br> AMENDED MASTER CONSOLIDATED ) <br> CLASS ACTION ) <br> ) | MDL NO. 1456 <br> Civil Action No. 1:01-cv-12257-PBS <br><br> Hon. Patti Saris <br><br> Chief Mag. Judge Marianne B. Bowler <br><br> February 13, 2007 |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF BENJAMIN M. WATTENMAKER, ESQ. ON BEHALF OF NON-PARTY NATIONAL HERITAGE INSURANCE COMPANY

Pursuant to Local Rule 83.5.2(c), the undersigned counsel moves this Court for leave to withdraw his appearance as attorney for non-party National Heritage Insurance Company ("NHIC") in the above-captioned matter. In support of this Notice of Withdrawal, the undersigned counsel states:

1. Non-party NHIC became involved in this case for the first time in October 2005, when Defendant Aventis Pharmaceuticals, on behalf of itself and all other Track Two Defendants ("Defendants"), served it with subpoenas for the production of documents and witnesses.

2.      Eventually, the parties agreed to conditions on the production of documents, and the stipulation was endorsed by this Court on August 25, 2006 (Document No. 3016). In the subsequent months, both parties discharged their obligations under the stipulated Order.

3.      Now, non-party NHIC's role in this litigation is complete, and there is no further need for non-party NHIC's counsel or NHIC to remain on this Court's service and distribution lists in this case.

4.      No motions involving non-party NHIC are pending before the Court. Moreover, no hearings or conferences involving non-party NHIC are scheduled, and no reports involving non-party NHIC, oral or written, are due. Thus, there is no further reason for NHIC or its counsel to remain involved in this litigation.

5.      This notice has been served on non-party NHIC, as well as on all other parties in this litigation.

**SHIPMAN & GOODWIN® LLP • *COUNSELORS AT LAW***
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

For the foregoing reasons, the undersigned counsel respectfully requests that this Court grant leave to withdraw his appearance from this litigation.

Dated at Hartford, Connecticut, this 13th day of February 2007.

> NON-PARTY
> NATIONAL HERITAGE INSURANCE COMPANY
>
> By: *(signature)*
> Benjamin M. Wattenmaker
> MA Juris. No. 644919
> E-mail: bwattenmaker@goodwin.com
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT  06103-1919
> Phone:  (860) 251-5786
> Fax:  (860) 251-5218
> Its Attorney

SHIPMAN & GOODWIN® LLP  •  COUNSELORS AT LAW
ONE CONSTITUTION PLAZA  •  HARTFORD, CONNECTICUT  06103-1919  •  (860) 251-5000  •  FAX (860) 251-5099  •  JURIS NO. 57385

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via electronic transmission on this 13th day of February 2007, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system:

_____
Benjamin M. Wattenmaker

462051 v.01

**SHIPMAN & GOODWIN®** LLP • *COUNSELORS AT LAW*
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385