HIGHLY CONFIDENTIAL

## I. APPENDIX A

## II. OTHER ISSUES GERMANE TO THIS MATTER

### A. Abbott Did Not Have Data To Determine The Price At Which Wholesalers Sold Its Branded Products

1. In the body of my report I have established that the majority of Abbott's sales of its branded Subject Drugs were at or about its published direct price. Abbott's sales data also establishes that it sold its branded products through its PPD to the retail class of trade primarily through wholesalers, and Abbott did not control or possess data that revealed the mark-up wholesalers added to the acquisition cost of these drugs for the majority of the retail transactions. As a result, Abbott could not know the average price at which these wholesalers sold to their retail customers.

2. The vast majority of Abbott's sales of its Branded Self Administered Subject Drugs to the retail class of trade were made through wholesalers. Except in the very limited number of cases in which Abbott has a direct contract with a retail pharmacy (Less than 5%), Abbott does not control and has no data available to it identifying the price at which wholesalers sell to retail pharmacies. The State Medicaid agency should have considered any wholesaler mark-up when establishing the EAC for the retail pharmacies. Furthermore, chain pharmacies that buy direct from the manufacturer incur the added cost, beyond drug acquisition and dispensing costs, of maintenance, storage, and distribution which Medicaid must consider when establishing EAC reimbursement levels for retail pharmacies. Wholesaler mark-ups for smaller or independent pharmacies and distribution costs for direct purchaser pharmacies are a significant consideration given the narrow difference, if any, between the list price at which Abbott sold Depakote® and Biaxin® and the reimbursement paid by the State under the EAC approach.[1]

---

[1] See Affidavit of Stephen W. Schondelmeyer, dated May 26, 2000, pp. 8-9. "Reasonable and rational comparisons between the ingredient acquisition process of chain versus independent community pharmacies cannot be made without a consideration of the wholesale and distribution costs incurred by chain pharmacies. In addition to the actual cost of the drug product, the pharmacy has to pay the wholesaler a markup on the cost of the drug to cover the cost of the wholesaler's services. In 1994 the average wholesaler markup (i.e., gross margin) was 5.38% (*The 1995 NWDA Industry Trend Report: The Fact Book*, National Association of Wholesale Druggists, 1995). This is another real cost which the pharmacy must pay above and beyond the actual acquisition cost

HIGHLY CONFIDENTIAL

3. The table below summarizes the percentage of Depakote® and Biaxin® sales directly to retail pharmacies (either through direct sales or through direct contracts that resulted in chargebacks from wholesalers) and the percentage of sales to wholesalers (with no chargebacks), who in turn, indirectly distributed products to various classes of trade.

|  | Depakote (00074-6215-11) | | Biaxin (00074-2586-11) | |
| --- | --- | --- | --- | --- |
|  | Dollars | Percentage | Dollars | Percentage |
| Wholesaler/Distributor | 124,421,262 | 95.32% | 62,337,251 | 97.95% |
| Pharmacy | 6,106,772 | 4.68% | 1,306,351 | 2.05% |
| Total Retail | 130,528,034 | 100.00% | 63,643,602 | 100.00% |

4. As shown above, less than 5% of sales to the retail class of trade can be traced to retail pharmacies through either direct sales or chargebacks[2]. Abbott had no data showing the wholesaler mark-up to retail pharmacies for indirect sales that did not involve chargebacks. As a result, Abbott has no data regarding the actual average acquisition price at which the majority (over 95%) of the retail class of trade purchases the Depakote® and Biaxin® units.

**B.     In Addition To Direct Contracts With Abbott Medicaid Had Other Data Available To It That Provided Insight Into Abbott's Pricing**

5. In 1992, Section 340B of the Public Health Service Act was enacted. This section requires drug manufacturers to provide outpatient drugs to eligible health centers at a reduced price. For a branded drug such as Depakote® and Biaxin® the reduced price is based on a discount of 15.1% off the AMP.[3] For generic products, such as erythromycin and Sodium Chloride the reduced price is based on a discount of 11% off of AMP. After notifying the Federal Pharmacy Affairs Branch of their intent to participate in the program, covered entities can begin taking advantage of the discounted prices. Each covered entity can either contact the drug manufacturer

---

of the drug product. The actual wholesale markup among pharmacies may vary widely, ranging from less than 1% markup in some cases to greater than 7% markup in other cases."

[2] Approximately 2% of combined Depakote® and Biaxin® retail sales were direct sales to pharmacies and approximately 2% were chargeback sales to pharmacies.

[3] See http://www.cms.hhs.gov/MedicaidDrugRebateProgram.