HIGHLY CONFIDENTIAL

directly or work with a wholesaler.  Once qualified, the manufacturer extends the 340B discount to the entity.

6.  Various entities in Montana are currently qualified to receive such pricing, including the Montana Department of Public Health, which has participated in the program since at least 1997 according to the U.S. Health Resources and Services Administration (HRSA) website.

7.  Under the Veterans Healthcare Act which was passed and implemented in the early 1990's, the Department of Veterans affairs can purchase branded innovator drugs from a manufacturer at a price that is calculated based on a 24% discount off the average price at which the manufacturer sells that product (in this case Depakote® and Biaxin®) to non-Federal customers.  The VA prices are, and have been since enactment of the Veterans Healthcare Act, available publicly.  Therefore, the State or any other governmental agency could have easily calculated the average price at which the manufacturer sold to non-Federal customers by using the following standard formula: Non-Federal Average Manufacturer Price = VA price / .76 (i.e. 1.00 – 76% discount).[4]

8.  These additional sources of information could have been used by Montana Medicaid if it elected to use that information as part of its process of estimating acquisition cost.

---

[4] See Public Law 102-585, Section 603 - Limitation on Prices of Drugs Procured by Department of Veterans Affairs and Certain Other Federal Agencies, at the Health Resources and Services Administration website http://www.hrsa.gov/opa/pl102585.htm





Steven J. Young
Managing Director

P 312 583 8763
F 312 583 8701
syoung@huronconsultinggroup.com

550 West Van Buren Street
Chicago, Illinois 60607

**Curriculum Vitae**

Steve began his career with Arthur Andersen in 1983 where he became a partner in 1995. He became a Managing Director in Huron Consulting Group's Healthcare and Higher Education Consulting practice in May of 2002.

Professional experience

Steve has more than 21 years of experience assisting clients with complex financial, compliance, systems and government contracting issues. His work focuses upon the quantification of the impact of historical contractual or regulatory compliance issues; preparation of proposals and pricing submissions under cost based, competitive and commercial pricing contracts; implementation of, and transition of large government contracts within the Medicare and TRICARE programs; and pricing of change orders and terminations under large contracts. This work normally entails analyzing large data sets and statistical sampling to quantify the impact of the issue being addressed, working with operations personnel from various functional areas to understand the historic practices and governing contractual relationships and requirements, presenting of the results to the companies management and to the other contractual party, supporting the review and verification of the work by the other party, assisting in the preparation and implementation of corrective actions through systems and related procedures improvements, and testing of the companies processes and resulting outcomes to assess compliance with the contractual or regulatory requirements.

Steve has an extensive background in serving the unique financial and operating needs of companies in the health care industry, but he has also done work in the office furniture, engineering, electronics, and communications. Some of his specific areas of expertise are:

*Claims Processing and Reimbursement*

Steve has had various experience assisting health plans analyze historical claims processing and reimbursement issues to identify overpayment or underpayments related to those issues and prepare, execute and support the related refunds or recoveries. Steve has:

- Assisted Health Plans extract large data sets to quantify the historic impact of certain system and process deficiencies related to compliance with Medicare Secondary Payment requirements, including performing a 100% re-pricing of large dollar claims and statistical samples of the remaining claims. Presented results to the CMS and supported the government in reviews of his proposed refund determinations and the supporting work papers and claims data analyses. Assisted in the preparation of claims systems edits and claims processor workflows to implement going forward corrective actions. Performed compliance tests post implementation to ensure revised system and procedural controls were operating properly.
- Assisted Health Plans analyze historical reimbursements for compliance with various provider contract, state regulatory requirements or subcontracted outsourcing agreements. This included various projects ranging from large data analysis projects to individual claim-by-claim analyses under specific provider contracts spanning several years. He has created off system data models to identify improper claims and apply provider contract reimbursement schedules and employer group benefit structures to re-price the claims and generate provider-by-provider and member by member refunds for claims populations in excess of 100,000 spanning multiple years. He has also reviewed the large dollar claims under specific provider contracts spanning several years to assess improper payments.
- Assisted various health plans perform comprehensive Medicare Coordination of Benefits projects to extract the health plans full membership information, match that data with Medicare and determine the proper coordination of benefits

**Exhibit 1a**



for all Medicare eligible members.  These projects also include analyzing all historical claims for these members to identify improper payments and determine the appropriate repayment or recovery.
- Assisting a Health Plan in assessing a claims processing conversion to analyze claims data and the underlying data sources to identify incorrect payments under the new system and determine the root cause and propose corrective actions to the system logic or the underlying claims processor workflows.  Performing stratified statistical samples of paid and denied claims to quantify the historical impact and potentially restate medical cost trends for establishing premium increases.

## TRICARE experience

Steve has had significant involvement in the CHAMPUS and TRICARE programs. Steve had significant involvement in the initial round of TRICARE Managed Care Support contracts and was actively involved as an industry representative in the meetings and seminars held by TMA to develop the next round of TRICARE RFPs. Steve has:
- Assisted in preparing five prime contractors' business proposals for CHAMPUS Managed Care solicitations in each of five separate regions. The most recent three business proposals were part of the client's winning bids for the MCS contract. Some of the specific tasks performed included the following:
- Assisted in creating and developing the strategic alliance amongst the bidding team
- Provided assistance with the organizational and business strategies for the solicitation
- Member of team in charge of negotiations with subcontractors and in subcontractor performance management
- Assisted in the project management of the business proposal
- Developed detailed cost and pricing model, which complied with all contractual requirements and provided real-time feedback to management on the cost and price impact of its operational decisions.
- Developed detailed monthly financial statement models for the entire five-year period of the contracts including balance sheets, income statements and cash flow statements.
- Provided other assistance in responding to the financial viability requirements of the RFP
- Provided support to actuaries to assist them in preparing the controllable trend factor justifications for the healthcare pricing.
- Assisted management analyze both healthcare and administrative pricing for the prime contractor and its subcontractors to reduce the initial proposed pricing as part of the Best and Final Offer effort.
- Assisted in the technical proposal writing for Task 7 related to fiscal controls.
- Performed similar tasks for two prime contractors under the most recent round of TRICARE contracts.
- Performed similar tasks for managed mental health subcontractors in two of the initial five regions.
- Performed tasks to assist a PBM prepare a business proposal in response to the initial TRICARE Mail Order solicitation and separately assisted another firm bid on the recent retail pharmacy solicitation for TRICARE
- Assisted a dental subsidiary of a large commercial insurer prepare its administrative cost proposal related to the CHAMPUS dental benefit.
- Assisted in the implementation of those contracts related to policy and procedure development, change order pricing and various financial, accounting and operational issues related to ongoing operations of the contract.

## Medicare Carrier and Fiscal Intermediary Experience.

Steve has assisted Medicare Carriers and Fiscal Intermediaries with various Operational, Compliance and Contracting Issues:
- Performed the project management tasks for large transitions of health care claims processing contracts. Assisted major CMS contractors exit their Medicare contracts. The work performed included developing detailed transition workplans for organizations to transition the contract, including monitoring and updating these workplans and performing overall project management responsibilities for the process. The work performed also included developing transition and termination budgets for the contractor and assisting in negotiations with CMS. We also assisted the clients related to operational compliance issues such as Medicare Secondary Payor.
- Assisted Medicare contractors perform a strategic assessment of its Medicare business to assess improvements in its operations to effective administer claims processing contracts and prepare for Medicare Contract Reform.
- Presented to various BCBS and commercial plans executives and financial personnel regarding the impact of Medicare Contract Reform.
- Assisted various health plans respond to government cost audits, defend Qui Tam allegations, and prepare voluntary disclosures associated with compliance activities.

**Exhibit 1a**



*Pharmaceutical Manufacturer Federal Pricing and Rebate Compliance Experience:*

Steve performed various projects for pharmaceutical manufacturers to analyze sales, chargeback, rebate and other pricing data to assess compliance with government regulations such as Medicaid Rebate Act, Veterans Healthcare Act, and FSS contract requirements.

- Analyzed the companies historic practices and assessed inconsistencies with guidance letters issued by the applicable Federal Agency.
- Downloaded historical sales, chargeback and rebate data for each of the companies NDCs to integrate the data from various sources to arrive at comprehensive best price and average manufacturer price in accordance with the specific Federal guidance, and Steve presented the results to the applicable Federal agency and provided the supporting work papers to the agency and its audit staff.
- Tested manufacturers recalculations of historic pricing submissions, identified findings that were corrected by the manufacturer and presented the results to the applicable Federal agency and provided the supporting work papers to the agency and its audit staff.
- Assisted in the preparation of computer extracts, work flows and procedures to maintain compliance with the applicable pricing requirements.

*Commercial Pricing Analysis Under GSA and VA Federal Supply Schedule Programs:*

Steve performed various projects with commercial companies doing business with the Federal government under the GSA and VA Federal Supply Schedule programs.  Under these programs companies must analyze all commercial pricing data to identify and disclose most favored customer pricing by class of trade in their proposal and implement ongoing system controls to identify future sales that fall below the disclosed level due to competition to provide the government with the appropriate reduction in the price it pays under these contracts.

- Interviewed commercial sales, marketing, contracting, pricing and accounting personnel to understand commercial pricing practices and to identify all potential forms of discount or price reduction.
- Downloaded historical invoice, rebate and promotional pricing data by class of trade to identify most favored customer pricing arrangements by class of trade.
- Assisted companies prepare their proposals to the government disclosing all pricing, sales and marketing practices by class of trade and assisted the company during the government data and transactional audits of that information.
- Assisted the company develop and implement ongoing price reduction compliance systems to identify and disclose any commercial transactions that create a requirement for a price reduction to the government.
- Performed analysis of historic issues for the companies related to non-compliance with proposal or price reduction disclosure requirements and presented the results to the Federal agency or the Department of Justice, and assisted the companies implement corrective actions.

*Other experience:*

In addition to the areas discussed above Steve has experience related to:

- Developed commercial cost allocation systems for Health Plans to measure profitability by line of business
- Claims for equitable adjustment related to contract changes
- Defective pricing reviews
- Accounting, compliance and administrative procedure preparation and review
- Indirect Rate Determination and submission
- Performing attestation engagements related to various compliance and pricing areas.
- Contract terms and conditions reviews
- Labor reporting system reviews
- Contract administration control reviews
- Compliance training assessments and presentations
- Interpreting and complying with Cost Accounting Standards (CAS) and the cost principles of the Federal Acquisition Regulation (FAR)

**Exhibit 1a**



- Preparing CASB Disclosure Statements and determining the cost impact of cost accounting changes and violations of the Standards
- Contract Accounting and Project Reporting system design and implementation

Education & certification
- Bachelor's Degree in Accounting, Northern Illinois University
- Certified Public Accountant (Illinois)

Professional associations
- American Institute of Certified Public Accountants
- Illinois CPA Society
- Associate Member of the Public Contract Law Section of the ABA and member of the healthcare public contract law committee
- Member of Health Care Compliance Association and National Contract Management Association

Listing of Representative Clients
Horizon Blue Cross Blue Shield of New Jersey
CareFirst BlueCross BlueShield
BlueCross BlueShield of Arizona
BlueCross BlueShield of Illinois
BlueCross BlueShield of Tennessee
BlueCross BlueShield of Kansas City
BlueCross BlueShield of TexasTriWest Healthcare Alliance
Sierra Military Health Services
Anthem Alliance Acquired by Humana Military Healthcare Service
UnitedHealth Networks, Inc.
Physicians Corporation of America Acquired by Humana, Inc.
Wisconsin Physician Services
Affiliated Computer Services, Inc.
Merit Behavioral Health
PCS Acquired by Advance Paradigm
General American Acquired by MetLife
Bayer AG
Dey Pharmaceuticals, Inc.

**Exhibit 1a**

## RECENT TESTIMONY OF STEVEN J. YOUNG AT DEPOSITION, HEARING OR TRIAL

HARRY E. STETSER, DALE E.NELSON, and MICHAEL de MONTBRUN, individually and on behalf of themselves and all others similarly situated, Plaintiffs, v. TAP PHARMACEUTICAL PRODUCTS, INC.; ABBOTT LABORATORIES; TAKEDA CHEMICAL INDUSTRIES, LTD.; JOHNSON & JOHNSON; ETHICON ENDO-SURGERY, INC.; INDIGO LASER CORPORATION; DAVID JETT; CHRISTOPHER COLEMAN; SCOTT HIDALGO; and EDDY JAMES HACK, Defendants; STATE OF NORTH CAROLINA, NEW HANOVER COUNTY, SUPERIOR COURT DIVISION FILE NO. 1-CV-5268; Deposition taken on June 1 and 2, 2004.

IN RE: LUPRON MARKETING AND SALES PRACTICES LITIGATION (MDL 1430), U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, MASTER FILE NO. 01-CV-10861, Deposition taken on July 13, 2004.

BERNARD WALKER, individually and on behalf of those similarly situated, Plaintiffs, v. TAP PHARMACEUTICAL PRODUCTS, INC., et. al., Defendants, STATE OF NEW JERSEY, CAPE MAY COUNTY, SUPERIOR COURT DIVISION FILE NO. CPM-L-682-01, Deposition taken on August 13, 2004.

IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION, U.S. DISTRICT COURT DISTRICT OF MASSACHUSETTS, MDL NO. 1456, CIVIL ACTION NO.01-12257, Testimony taken November 18 & 19, 2004.

BERNARD WALKER, individually and on behalf of those similarly situated, Plaintiffs, v. TAP PHARMACEUTICAL PRODUCTS, INC., et. al., Defendants, STATE OF NEW JERSEY, CAPE MAY COUNTY, SUPERIOR COURT DIVISION FILE NO. CPM-L-682-01, Hearing Testimony on April 20, 2005.

ADVANCEPCS HEALTH L.P., Claimant, v. TAKEDA PHARMACEUTICALS AMERICA, INC., Respondent, AMERICAN ARBITRATION ASSOCIATION, COMMERCIAL ARBITRATION TRIBUNAL, CASE NO. 76 193 00202 04 JMLE, Deposition taken on August 26, 2005.

PENTECH PHARMACEUTICALS, INC., Plaintiff, vs. PAR PHARMACEUTICALS, INC., Defendant; IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION CASE NO. 04C3149; Deposition taken on December 9, 2005.

Subject to Protective Order

# Exhibit 2 - Summary of Information Relied Upon

| Entity/Description | Beginning Bates Range | Ending Bates Range |
|---|---|---|
| Declaration of Raymond S. Hartman, Calculation of Damages and Penalties for the State of Montana (dated: June 13, 2006) | N/A | N/A |
| Supplementary Declaration of Raymond S. Hartman, Calculations of Damages and Penalties for the State of Montana (dated:  June 20, 2006) | N/A | N/A |
| State of Montana's Second Amended Complaint, MDL No. 1456, 01-CV-12257-PBS (dated:  August 1, 2003) | N/A | N/A |
| Montana Medicaid | MT00035 | MT00035 |
| Montana Medicaid | MT0005358 | MT0005359 |
| Abbott Laboratories website at http://www.Abbott.com | N/A | N/A |
| "How Increased Competition From Generic Drugs Has Affected Prices And Returns In The Pharmaceutical Industry," A CBO Study (dated: July 1998) | N/A | N/A |
| Administrative Rules of Montana, 37.86.1101 | N/A | N/A |
| GAO/HEHS-960182R Blue Cross FEHBP Pharmacy Benefits (dated:  July 19, 1996) | N/A | N/A |
| Administrative Rules of Montana, 37.86.1105 | N/A | N/A |
| First DataBank PricePoint Rx CD | N/A | N/A |
| Thomson Micromedex Redbook Advanced Database | N/A | N/A |
| Guidance published by CMS related to the Medicaid Rebate Act at http://www.cms.hhs.gov/MedicaidDrugRebateProgram | N/A | N/A |
| Merits Report and Declaration of Eric M. Gaier, PH.D. Relating to Montana and Nevada (dated:  February 8, 2007) | N/A | N/A |
| 2001 Montana State Profile in National Pharmaceutical Council Pharmaceutical Benefits Under State Medical Assistance Programs Publication | N/A | N/A |
| 2002 Montana State Profile in National Pharmaceutical Council Pharmaceutical Benefits Under State Medical Assistance Programs Publication | N/A | N/A |
| Abbott Price Catalog (Years 1991-1997) | N/A | N/A |
| Abbott Contract with MT State Hospital & MT State Prison | ABT AWP/MDL 109807 | ABT AWP/MDL 109816 |
| Abbott Contract with MT State Hospital & MT State Prison | ABT AWP/MDL 109864 | ABT AWP/MDL 109876 |
| Abbott Contract with MT State Hospital & MT State Prison | ABT AWP/MDL 109778 | ABT AWP/MDL 109787 |
| Abbott Contract with MT State Hospital & MT State Prison | ABT AWP/MDL 109789 | ABT AWP/MDL 109797 |

Contains Highly
Confidential Material Subject to Protective Order

**Exhibit 2**

# Exhibit 2 - Summary of Information Relied Upon

| Entity/Description | Beginning Bates Range | Ending Bates Range |
|---|---|---|
| Abbott Contract with MT State Hospital & MT State Prison | ABT AWP/MDL 122508 | ABT AWP/MDL 122516 |
| Abbott Contract with MT State Hospital & MT State Prison | ABT AWP/MDL 098516 | ABT AWP/MDL 098523 |
| Abbott Contract with MT State Hospital & MT State Prison | ABT AWP/MDL 098524 | ABT AWP/MDL 098530 |
| Abbott Contract with MT State Hospital & MT State Prison | ABT AWP/MDL 098540 | ABT AWP/MDL 098542 |
| Montana State Code 37.7.504 | N/A | N/A |
| Affidavit of Stephen W. Schondelmeyer (dated: May 26, 2000) | N/A | N/A |
| The 1995 NWDA Industry Trend Report: The Fact Book, National Association of Druggists | N/A | N/A |
| MDL December 20, 2005, Deposition Transcript for Mike Sellers and Exhibit 2 | N/A | N/A |
| Office of Inspector General Report, "Medicaid's Use of Revised Average Wholesale Prices", OEI-01-00010 (dated: September 2001) | N/A | N/A |
| State of Montana  Medicaid Prescription Drug Program ACS Prescription  Benefit Management Monthly Payment Summary | MT 034184 | MT 033227 |
| Abbott Direct Sales Data 1994-2003 | ABT AWP/MDL 070783 | ABT AWP/MDL 070783 |
| AMCC LIT PPD/HPD Indirect Sales 1994-2004 | ABT AWP/MDL 070784 | ABT AWP/MDL 070794 |
| Montana Medicaid Drug Data Files | MT 005195 | MT 005195 |
| Montana Medicaid Drug Data Files | MT 028943 | MT 028943 |
| Montana Medicaid Drug Data Files | MT 029944 | MT 029944 |
| Montana Medicaid Drug Data Files | MT 033215 | MT 033215 |
| TAP Rebates | TAP MDL 1456-138735 | TAP MDL 1456-138735 |
| TAP Direct Sales Data 1994-2003 | N/A | N/A |
| AMCC LIT TAP Indirect Sales 1995-2003 | N/A | N/A |
| ROSI-00074-MED-MT-1995Q4 through 2005Q4 | N/A | N/A |

Contains Highly
Confidential Material Subject to Protective Order

**Exhibit  2**