**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 |
| | ) ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | ) ) ) ) | |
| TRIAL OF CLASS 2 AND 3 CLAIMS | | |

**MOTION FOR LEAVE TO RE-FILE TRACK 1 DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF POST-TRIAL MOTION FOR JUDGMENT REVISED IN COMPLIANCE WITH THE COURT'S ORDER DATED FEBRUARY 7, 2007**

Pursuant to this Court's Order dated February 7, 2007, the Track 1 Defendants have today re-filed the Track 1 Defendants' Proposed Findings of Fact in order to comply with the Court's 20-page limit. Defendants respectfully request leave to re-file Track 1 Defendants' Memorandum of Law in Support of Post-Trial Motion for Judgment in order to revise citations to the Findings of Fact. Except for these revised citations, Defendants' Memorandum of Law in Support of Post-Trial Motion for Judgment Revised in Compliance with the Court's Order Dated February 7, 2007 is identical to the version filed on January 19, 2007.

Respectfully submitted,

THE FOLLOWING TRACK 1 DEFENDANTS

By: /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO # 496730)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP

        155 Seaport Boulevard
        Boston, MA 02210

        D. Scott Wise
        Michael S. Flynn
        Kimberley D. Harris
        Davis Polk & Wardwell
        450 Lexington Avenue
        New York, NY 10017

        Attorneys for AstraZeneca Pharmaceuticals LP

        Steven M. Edwards
        Lyndon M. Tretter
        Hogan & Hartson, LLP
        875 Third Avenue, Suite 2600
        New York, NY 10022

        Attorneys for the Bristol-Myers Squibb Co.
        and Oncology Therapeutics Network Corp.

        William F. Cavanaugh, Jr.
        Andrew D. Schau
        Erik Haas
        Patterson, Belknap, Webb & Tyler LLP
        1133 Avenue of the Americas
        New York, NY 10036-6710

        Attorneys for the Johnson & Johnson Defendants

        John T. Montgomery (BBO #352220)
        Steven A. Kaufman (BBO #262230)
        Eric P. Christofferson (BBO #654087)
        Ropes & Gray LLP
        One International Place
        Boston, MA 02110

        Attorneys for Schering-Plough Corp. and
        Warrick Pharmaceuticals Corp.

Dated: February 13, 2007

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered on February 13, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By: /s/ Catherine N. Karuga
Catherine N. Karuga