

13806193
Feb 14 2007
1:26PM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Labs, et al.*<br>*(S.D.N.Y. No. 04-CV-06054)*<br><br>*County of Nassau v. Abbott Labs, et al.*<br>*(E.D.N.Y. No. 04-CV-05126)*<br><br>*AND ALL RELATED CASES* | C.A. NO. 01-CV-12257-PBS<br>Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Maura T. Healey of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for Biogen Idec, Inc. in connection with the above-captioned action.

        Respectfully submitted,

        /s/ Kim Friday
        Maura T. Healey (BBO #640856)
        Kim Friday (BBO #660544)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA 02109
        (617) 526-6000
        maura.healey@wilmerhale.com
        kim.friday@wilmerhale.com

Dated: February 14, 2007

US1DOCS 6065099v1

2

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered on February 14, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                         By:   /s/ Kim Friday
                                    Kim Friday

US1DOCS 6065099v1