UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | |
| | ) | MDL No. 1456 |
| | ) | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | ) ) ) ) | |

### JOINT MOTION BY THE UNITED STATES, RELATOR, AND DEY DEFENDANTS TO MODIFY THE JANUARY 4, 2007 ORDER

Defendants Dey, Inc., Dey, L.P., Inc., and Dey, L.P (collectively "Dey") and Plaintiffs United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc. ("Relator") (collectively, "Plaintiffs") hereby move, pursuant to Local Rules 7.1(a)(1), 7.1(b)(3) and 7.1(b)(4), to modify the Order, entered January 4, 2007, granting Dey's and Plaintiffs' Joint Motion to Set a Briefing Schedule, File Reply Briefs and Exceed Page Limits (docket #3497), filed on December 21, 2006.

The January 4, 2007 Order provides for the following briefing with respect to Dey's Motion to Dismiss the United States' Complaint, filed December 22, 2006 (the "Motion to Dismiss"):

| Brief | Due Date | Maximum Pages |
|---|---|---|
| Dey's Moving Brief | December 22, 2006 | 40 |
| Plaintiffs' Opposition Brief | February 2, 2007 | 40 |
| Dey's Reply Brief | February 16, 2007 | 15 |
| Plaintiffs' Sur-Reply Brief | March 2, 2007 | 15 |

On December 22, 2006, Dey filed its moving brief, which is 40 pages in length.

On February 2, 2007, Plaintiffs filed two briefs: United States' Memorandum In Opposition To

Dey Defendants' Motion To Dismiss United States' Complaint, which is 40 pages in length; and Relator's Opposition To Dey Defendants' Motion To Dismiss, which is 10 pages in length.

Dey seeks to enlarge the page limitation on its reply brief in order to respond to the Relator's moving brief. Additionally, Relator seeks permission to file a separate sur-reply brief. The parties propose that the January 4, 2007 Order be modified as follows:

| Brief | Maximum Pages |
| --- | --- |
| Dey's Reply Brief | 25 |
| United States' Sur-Reply Brief | 12 |
| Relator's Sur-Reply Brief | 8 |

The parties do not seek to modify the deadlines to submit the foregoing briefs.

All parties agree that allowing the additional briefing and extended page limits will assist the Court in its consideration of the Motion to Dismiss. The Motion to Dismiss will raise a range of complex legal issues and arguments. The additional briefs and pages will enable the parties to adequately address these issues and make their arguments, thereby assisting the court in reaching a just result.

Wherefore, the parties jointly request that the Court enter the proposed Case Management Order, annexed hereto.

Dated: February 15, 2007

Respectfully submitted,

/s/ Philip D. Robben
Paul F. Doyle (BBO # 133460)
William Escobar (*pro hac vice*)
Neil Merkl (*pro hac vice*)
Christopher C. Palermo (*pro hac vice*)
Philip D. Robben (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800

Facsimile: (212) 808-7897

-and-

Martin F. Murphy (BBO # 363250)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02110
Telephone: (617) 832-1000
Facsimile: (617) 832-7000
*Attorneys for Defendants*
*Dey, Inc., Dey L.P., Inc. and Dey L.P.*


PETER D. KEISLER
Assistant Attorney General
Civil Division

MICHAEL J. SULLIVAN
United States Attorney

/s/ George B. Henderson, II (with consent)
GEORGE B. HENDERSON, II
Assistant United States Attorney
1 Courthouse Way
John Joseph Moakley Courthouse
Boston, Massachusetts 02210
Telephone: (617) 748-3272
Facsimile: (617) 748-3971

MICHAEL F. HERTZ
JOYCE R. BRANDA
JOHN K. NEAL
LAURIE A. OBEREMBT
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-3345
Facsimile: (202) 305-7868
*Attorneys for Plaintiff*
*United States of America*

/s/ Jonathan Shapiro (with consent)
Jonathan Shapiro (BBO # 454220)
STERN SHAPIRO WEISSBERG & GARIN LLP
90 Canal Street
Boston, Massachusetts 02114-2022
Telephone:  (617) 742-5800
Facsimile:  (617) 742-5858

James J. Breen
Florida Bar No. 0297178
Alison W. Simon
Florida bar No. 0109568
THE BREEN LAW FIRM, P.A.
P.O. Box 297470
Pembroke Pines, Florida 33029-7470
Telephone:  (954) 874-1635
Facsimile:  (954) 874-1705
***Attorneys for Relator***
***Ven-A-Care of the Florida Keys, Inc***

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on February 15, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                            /s/ Philip D. Robben