UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-MEL ) ) ) ) ) | MDL No. 1456 Master File No. 01-CV-12257-PBS Hon. Patti B. Saris |

### [PROPOSED] CASE MANAGEMENT ORDER NO. ___

WHEREAS, on December 22, 2006, defendants Dey, Inc., Dey, L.P., Inc., and Dey, L.P (collectively "Dey") filed a motion to dismiss the complaint of Plaintiff United States of America ("United States") (the "Motion to Dismiss"); and

WHEREAS, Dey and Plaintiffs United States and Relator Ven-A-Care of the Florida Keys, Inc. ("Relator") have jointly moved this Court for a Case Management Order modifying the Order, entered January 4, 2007, which set a briefing schedule, permitted reply briefs, and allowed the parties to exceed page limits for briefs filed in connection with Dey's Motion to Dismiss;

IT IS HEREBY ORDERED:

1.  The Court modifies the January 4, 2007 Order as follows:

| Brief | Maximum Pages |
|---|---|
| Dey's Reply Brief | 25 |
| United States' Sur-Reply Brief | 12 |
| Relator's Sur-Reply Brief | 8 |

NY01/KATZC/1165949.1

    2.    The January 4, 2007 Order remains unchanged in every other respect.

SO ORDERED THIS ___ DAY of _____, 2007

 

_____
PATTI B. SARIS
United States District Judge