# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. Dey, Inc., et al.*,<br>     Civil Action No. 3:06-CV-00539 (D. Nev.) | |

## NOTICE OF WITHDRAWAL OF PLAINTIFF STATE OF NEVADA'S MOTION TO REMAND AND REQUEST FOR ORAL ARGUMENT

The State of Nevada hereby advises the Court that they have withdrawn their Motion to Remand And Request For Oral Argument ("Motion"). The Motion was originally filed in the U.S. District Court for the District of Nevada on November 13, 2006. The case was subsequently transferred to this Court pursuant to Conditional Transfer Order No. 33 on November 28, 2006. The transfer was finalized on November 27, 2004 and CTO No. 33 was entered by the Court on December 4, 2006.

001534-13 154007 V1

- 1 -

By  /s/ Steve W. Berman          DATED: February 15, 2007
Steve W. Berman
Sean R. Matt
Jeniphr A.E. Breckinridge
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594


Thomas M. Sobol
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Boston, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003


Catherine Cortez Masto
Attorney General of the State of Nevada
L. Timothy Terry
Deputy Attorney General
100 N. Carson Street
Carson City,  NV 89701-4714

COUNSEL FOR PLAINTIFF
STATE OF NEVADA

**CERTIFICATE OF SERVICE**

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **NOTICE OF WITHDRAWAL OF PLAINTIFF STATE OF NEVADA'S MOTION TO REMAND AND REQUEST FOR ORAL ARGUMENT** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 15, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292