# Exhibit D

UNITED STATES DISTRICT COURT
FILED BY _____ D.C.
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION
97 AUG 13 PM 3: 24

CARLOS JUENKE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>**Ex Rel** )<br>   VEN-A-CARE OF THE )<br>   FLORIDA KEYS, INC. )<br>   a Florida Corporation, )<br>   by and through its principal )<br>   officers and directors, )<br>   ZACHARY T. BENTLEY and )<br>   T. MARK JONES, )<br>                   Plaintiff, )<br>v. )<br> )<br> )<br>**DEY LABORATORIES;** ) | **CIVIL ACTION NO. 95-1354-CIV-MARCUS**<br><br>**FILED IN CAMERA AND UNDER SEAL**<br><br>**SECOND AMENDED COMPLAINT**<br>**For Money Damages and Civil**<br>**Penalties Under the False Claims Act**<br>**31 U.S.C. §§3729-3732** |

CIVIL ACTION NO. 95-1354-CIV-MARCUS



)
)
)
)
)
)
)
)
)
)
)
)
)
**Defendants.**  )

## SECOND AMENDED COMPLAINT
## FOR MONEY DAMAGES AND CIVIL PENALTIES UNDER THE FALSE
## CLAIMS ACT 31 U.S.C. §§3729-3732

COMES NOW, the UNITED STATES OF AMERICA ("UNITED STATES" or "GOVERNMENT"), by and through VEN-A-CARE OF THE FLORIDA KEYS, INC. ("VEN-A-CARE" or "the Relator"), and its principal officers and directors, ZACHARY T. BENTLEY, and T. MARK JONES, and by the undersigned attorneys on behalf of the UNITED STATES and on the Relator's own behalf and bring this action against ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮DEY LABORATORIES;

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2

**CIVIL ACTION NO. 95-1354-CIV-MARCUS**

| 1(H) DEFENDANT ▮▮▮▮ |||||||
|---|---|---|---|---|---|---|
| DRUG | NDC # | HCPCS CODE | 1996 FLORIDA MEDICARE ALLOWABLE | 1996 RELATOR'S COST | PROVIDER'S GROSS PROFIT $ | PROVIDER'S GROSS PROFIT % |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

| 1(I) DEFENDANT DEY |||||||
|---|---|---|---|---|---|---|
| DRUG | NDC # | HCPCS CODE | 1996 FLORIDA MEDICARE ALLOWABLE | 1996 RELATOR'S COST | PROVIDER'S GROSS PROFIT $ | PROVIDER'S GROSS PROFIT % |
| Albuterol Sulfate 0.083% 3 ml 25s | 49502-0697-03 | J7620 | $30.75 | $8.50 | $22.25 | 261% |
| Acelylcysteine Solution 10% 4 ml, 12s | 49502-0181-04 | J7610 | $71.04 | $12.48 | $58.44 | 469% |
| Acetylcysteine Solution 20% 4 ml, 12s | 49502-0182-04 | J7615 | $65.76 | $12.60 | $53.16 | 422% |
| Cromolyn Solium 20 mg 2 ml 60s | 49502-0689-02 | J7630 | $84.00 | $24.50 | $59.50 | 1130% |