UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| )<br>IN RE PHARMACEUTICAL INDUSTRY )<br>AVERAGE WHOLESALE PRICE )<br>LITIGATION )<br>) | MDL No. 1456<br><br>Civil Action No.<br>03-CV-12347-PBS |
| )<br>THIS DOCUMENT RELATES TO: )<br>)<br>*County of Rockland v. Abbott Laboratories,* )<br>*Inc., et al.* )<br>S.D.N.Y. Case NO. 03-CV-07055 )<br>)<br>) |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Richard M. Cooper of Williams & Connolly LLP,

located at 725 Twelfth Street, N.W., Washington, D.C. 20005, as counsel for Defendant Par

Pharmaceutical, Inc. in the above-captioned matter.

Respectfully submitted,

Richard M. Cooper
Williams & Connolly LLP
725 Twelfth St., N.W.
Washington, DC 20005
Telephone:  202-434-5000
Facsimile:  202-434-5029

DATED:  February 16, 2007

CERTIFICATE OF SERVICE
I hereby certify that this document(s) filed through the
ECF system will be sent electronically to the registered
participants as identified on the Notice of Electronic Fil-
ing (NEF) and paper copies will be sent to those indi-
cated as non-registered participants on **Feb. 16, 2007**
By: