

Feb 16 2007
4:26PM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | C.A. NO. 01-CV-12257-PBS<br>Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF KIMBERLY FRIDAY

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Kimberly Friday as counsel for Defendant Biogen Idec Inc. in the above-captioned matter.

    Respectfully submitted,

    /s/ Kimberly Friday
    Kimberly Friday (BBO #660544)
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    (617) 526-6000
    kim.friday@wilmerhale.com

    *Attorney for Biogen Idec Inc.*

Dated: February 16, 2007

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on February 16, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

    By:    /s/ Kimberly Friday