UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: <br> ALL CLASS ACTIONS | Judge Patti B. Saris |

## DECLARATION OF JENNIFER FOUNTAIN CONNOLLY

I, Jennifer Fountain Connolly, declare as follows:

1. I am a partner at Wexler Toriseva Wallace LLP and am one of plaintiffs' attorneys. I submit this Declaration in support of Plaintiffs' Objections to the February 12, 2007 Order by Magistrate Judge Bowler Granting Defendant Abbott Laboratories' Motion for Protective Order and Motion to Quash Plaintiffs' Third Party Subpoenas.

2. Attached as Exhibit A is a true and correct copy of the December 1, 2005 letter I wrote to Magistrate Judge Bowler requesting that the hearing on Plaintiffs' Motion to Compel Abbott be postponed pending negotiations between Plaintiffs and Abbott regarding a mutually-agreeable discovery schedule.

3. Attached collectively as Exhibit B are true and correct copies of the Electronic Order dated November 1, 2006 and the transcript of the October 23, 2006 Hearing before Magistrate Judge Bowler.

4. Attached as Exhibit C is a true and correct copy of the December 19, 2006 letter I wrote to Magistrate Judge Bowler renewing Plaintiffs' Motion to Compel Abbott.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

2

Dated: February 22, 2007   /s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022