# Exhibit A

T H E | W E X L E R | F I R M LLP



Dec  1 2005
2:36PM

December 1, 2005

**_Via Hand Delivery_**

Hon. Marianne B. Bowler
United States District Court for the
District of Massachusetts
One Courthouse Way
Boston, MA  02210

      Re:    *In re: Pharmaceutical Industry Average Wholesale Price Litigation*
               MDL No. 1456, Case No. 01-CV-12257 (D. Mass.)

Dear Judge Bowler:

On November 9, 2005, plaintiffs filed their Motion for Order Exempting Defendant Abbott
Laboratories From Any Order Refusing To Extend Deadline for Track Two Discovery
[Docket No. 1875] ("Motion"). Abbott filed its Opposition on November 23. [Docket No.
1904].

Pursuant to Judge Saris' recent Order re Plaintiffs' Motion for Clarification of Case
Management Order #16 [Docket No. 1925], plaintiffs and Abbott are currently in the
process of negotiating a discovery schedule that may moot plaintiffs' motion. We therefore
respectfully request that you postpone setting plaintiffs' motion for hearing until and unless
plaintiffs and Abbott advise the Court that we are unable to reach agreement on a discovery
schedule. If, on the other hand, we are able to reach agreement on a discovery schedule,
plaintiffs will withdraw their motion and notify the Court of that withdrawal.

We appreciate the Court's consideration of these matters.

Respectfully,

Jennifer Fountain Connolly

JFC:lmv

cc:    Toni-Ann Citera (via facsimile)
       All Counsel of Record (via Lexis-Nexis File & Serve)

---

Contact Information:    **Jennifer Fountain Connolly**
**312 261 6195 Direct Dial**
jfconnolly@wexlerfirm.com

One North LaSalle Street
Suite 2000
Chicago, Illinois 60602

312 346 2222
312 346 0022 fax
**www.wexlerfirm.com**