# Exhibit C

# WEXLER | TORISEVA | WALLACE

Limited Liability Partnership

Chicago, IL • Wheeling, WV • Sacramento, CA



Dec 19 2006
5:37PM

December 19, 2006

***Via Hand Delivery***

Hon. Marianne B. Bowler
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:   *In re: Pharmaceutical Industry Average Wholesale Price Litigation*
           MDL No. 1456 (D. Mass.)

Dear Judge Bowler:

On October 23, 2006, you denied Plaintiffs' Motion to Compel and For Assessment of Discovery-Related Costs Against Defendant Abbott Laboratories ("Motion to Compel") [Docket No. 2630] with leave to re-file that Motion if Defendant Abbott Laboratories, Inc. ("Abbott") did not provide Plaintiffs with its e-mail production within 45 days of the entry of your order, or December 7, 2006. After those 45 days elapsed Plaintiffs contacted Abbott, who for the first time informed us that there would be significant delays in producing its e-mail production. Specifically, Abbott told us that it would likely not be able to begin producing e-mails for several months.

Plaintiffs do not believe that this schedule is consistent with the plain language or spirit of your order. Therefore, we would like to renew our Motion to Compel with regard to Abbott's e-mail production. In addition, during the hearing on our Motion to Compel your Honor asked Abbott if it could provide a date certain by which its document production would be completed. To date, Abbott has been unable to do so and, instead, continues to state that it will engage in a "rolling production." We therefore respectfully renew our request that Abbott be required to provide us a date certain. Our primary concern is that when Judge Saris considers whether Track 2 discovery is concluded, there be a written record of Abbott's continuing delay.

Abbott's Motion for Protective Order and to Quash Plaintiffs' Third Party Subpoenas [Docket No. 3190] is likewise fully briefed. Plaintiffs therefore respectfully request that your Honor set

# WEXLER | TORISEVA | WALLACE

Hon. Marianne B. Bowler
December 19, 2006
Page 2

both motions for oral argument at the same time so that all outstanding discovery-related issues with regard to Abbott may be addressed at that time.

Respectfully,

*Jennifer F. Connolly /lmv*

Jennifer Fountain Connolly

JFC/lmv

cc:  Tina M. Tabacchi (via facsimile)
     All Counsel of Record (via Lexis Nexis File & Serve)