UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS, <br><br> *State of Nevada v. Abbott Labs, Inc., et al.*, CA No. 3:06-CV-0539 ("*Nevada I*"), and <br><br> *State of Montana v. Abbott Labs., Inc., et al.*, CA No. 02-CV 12084-PBS[1] | ) ) ) ) ) ) ) ) ) ) |

MDL No. 1456

Judge Patti B. Saris
MDL No. 1456
Civil Action No. 01-12257-PBS

**PLAINTIFFS' MOTION TO STAY, WITH BAXTER'S CONSENT AND WITH RESPECT TO DEFENDANT BAXTER HEALTHCARE CORPORATION AND BAXTER INTERNATIONAL INC. ONLY, THE CLASS CASE AND MONTANA AND NEVADA CASES**

The Court's November 2, 2006 Electronic Order Adopting Magistrate Judge Bowler's Report and Recommendations denying the Motion for Sanctions filed against Baxter Healthcare Corporation And Baxter International Inc. ("Baxter") by all Plaintiffs and the Motion for Joinder filed by the States of Nevada and Montana directed the Plaintiffs to "propose an alternative discovery schedule to alleviate the burden and expense of Baxter's late production of so many documents." Since that time, Plaintiffs and Baxter have conferred on multiple occasions regarding the alternative schedule that may be appropriate. During those meet and confers, the parties discussed and Baxter consented to a 120-day stay of these cases. *See* Declaration of Elizabeth A. Fegan, submitted herewith.

A stay will allow parties the opportunity to be informed by this Court's impending rulings on the Track 1 trial that recently concluded and the upcoming consumer trial, including

---

[1] Baxter is not a defendant in *State of Nevada v. American Home Products, et al.*, CA No. 02-CV-12086-PBS ("*Nevada II*").

- 1 -

but not limited to, this Court's findings with respect to multi-source drugs. These rulings will shape the parties' litigation strategy and may affect and/or limit the scope of the documents produced by Baxter that actually need to be used in this litigation.

The parties further propose that they will confer in good faith prior to the end of the 120-day stay period, and will proffer to the Court either (i) a request for an extension of the stay based on the current landscape of the MDL litigation; or (ii) a revised scheduling order that provides for the close of the remaining fact discovery, expert reports, and summary judgment.

| | |
|---|---|
| DATED:  February 23, 2007 | By    /s/ Steve W. Berman    <br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**

Catherine Cortez Masto
Attorney General of the State of Nevada
L. Timothy Terry
Deputy Attorney General
100 N. Carson Street
Carson City,  NV 89701-4714

**COUNSEL FOR PLAINTIFF STATE OF NEVADA**

Mike McGrath
Attorney General of Montana
Ali Bovingdon
Assistant Attorney General
Justice Building
215 North Sanders
P.O. Box 201401
Helena, MT  56920-1402
(406) 444-2026

**COUNSEL FOR PLAINTIFF STATE OF MONTANA**

- 3 -

001534-13 155422 V1

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **PLAINTIFFS' MOTION TO STAY, WITH BAXTER'S CONSENT AND WITH RESPECT TO DEFENDANT BAXTER HEALTHCARE CORPORATION AND BAXTER INTERNATIONAL INC. ONLY, THE CLASS CASE AND MONTANA AND NEVADA CASES**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on February 23, 2006, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 5 -