# EXHIBIT B

# United States District Court
## District of Nevada (Reno)
### CIVIL DOCKET FOR CASE #: 3:05-cv-00322-HDM-RAM

State of Nevada Ex Rel H. Dean Steinke VS Merck & Co., Inc.
Assigned to: Judge Howard D. McKibben
Referred to: Magistrate Judge Robert A. McQuaid, Jr
Cause: 28:1331 Fed. Question

Date Filed: 05/26/2005
Jury Demand: Defendant
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2007 | 86 | STATUS REPORT by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 02/22/2007) |
| 12/20/2006 | 85 | ORDER denying without prejudice should parties be unable to reach settlement re 68 MOTION to Reconsider District Judge Order re 55 Order on Motion to Dismiss *Plaintiffs' First Amended Complaint* filed by Merck & Company, Inc. Signed by Judge Howard D. McKibben on 12/20/06. (LG) (Entered: 12/21/2006) |
| 12/19/2006 | 84 | STATUS REPORT by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 12/19/2006) |
| 10/19/2006 | 83 | ORDER ON STIPULATION re 82 Stipulation; the parties agree to a stay of all proceedings in this litigation, including discovery; the parties have agreed to this stay to facilitate ongoing sttlmnt discussions to resolve all issues in this litigation; the parties will provide the crt with a stat rpt on sttlmnt discussions w/in 60dys, see ord for spec. Signed by Judge Howard D. McKibben on 10/19/06. (JAR, ) (Entered: 10/23/2006) |
| 10/18/2006 | 82 | STIPULATION *Parties' Joint Stipulation for a Stay* by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 10/18/2006) |
| 10/05/2006 | 81 | NOTICE by Defendant Merck & Company, Inc. *of Letter to The Honorable Howard D. McKibben dated October 5, 2006* (Peterson, William) (Entered: 10/05/2006) |
| 10/05/2006 | 80 | REPLY to Response to 68 MOTION to Reconsider District Judge Order re 55 Order on Motion to Dismiss *Plaintiffs' First Amended Complaint*; filed by Defendant Merck & Company, Inc.. *Reply Memorandum of Points and Authorities in Support of Defendant's Motion for Reconsideration of the Court's Order Denying Defendnat's Motion to Dismiss Plaintiffs' Amended Complaint* (Peterson, William) (Entered: 10/05/2006) |
| 10/02/2006 | 79 | NOTICE The jury trial set for 9/25/2007 [69] is vacated and shall be reset upon submission of the proposed joint pretrial order [LR 16-4]. (BS, ) |

| | | |
|---|---|---|
| | | Complaint. Signed by Judge Howard D. McKibben on 7/19/06. (SA, ) (Entered: 07/20/2006) |
| 07/19/2006 | 59 | STIPULATION re 57 MOTION to Certify For Interlocutory Appeal the Court's Order Denying Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint; *for Extension of Time to File Opposition to Motion to Certify* by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 07/19/2006) |
| 07/05/2006 | 58 | MEMORANDUM filed by Defendant Merck & Company, Inc. re 57 MOTION to Certify For Interlocutory Appeal the Court's Order Denying Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint. (Peterson, William) (Entered: 07/05/2006) |
| 07/05/2006 | 57 | MOTION to Certify For Interlocutory Appeal the Court's Order Denying Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint by Defendant Merck & Company, Inc.. Responses due by 7/23/2006. (Peterson, William) (Entered: 07/05/2006) |
| 06/23/2006 | 56 | ANSWER to 33 Amended Complaint by Defendant Merck & Company, Inc..(Prupas, Janine) (Entered: 06/23/2006) |
| 05/31/2006 | 55 | ORDER tht D's Mtn to Dismiss P's Am Complnt doc #34 be DENIED. Signed by Judge Howard D. McKibben on 5/31/06. (SA, ) (Entered: 05/31/2006) |
| 04/24/2006 | 54 | RESPONSE to 40 MOTION for leave to participate as amici curiae; *by the States of California, Delaware, Illinois, and Texas and the District of Columbia* filed by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 04/24/2006) |
| 04/24/2006 | 53 | ORDER re 52 Unopposed MOTION for Leave to File: Motion 52 is granted. Ds shall have till 5/10/2006 to file a response to the Amicus Curiae Brief by States of California, Deleware, Illinois, and Texas and the District of Columbia. Signed by Judge Howard D. McKibben on 4/24/06. (WJ, ) (Entered: 04/24/2006) |
| 04/21/2006 | 52 | Unopposed MOTION for Leave to File *a Response to the Amicus Curiae Brief by the States of California, Delaware, Illinois, and Texas and the District of Columbia* by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 04/21/2006) |
| 04/03/2006 | 51 | NOTICE of Change of Address by Mark A Kleiman. (Kleiman, Mark) (Entered: 04/03/2006) |
| 03/27/2006 | 50 | ORDER granting 40 Motion amici curiae, see ord for spec Signed by Judge Howard D. McKibben on 3/27/06. (JAR, ) (Entered: 03/27/2006) |
| 03/27/2006 | 49 | REPLY to Response to 34 MOTION to Dismiss *Plaintiff's Amended Complaint (Oral Argument Requested)*; filed by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 03/27/2006) |