# EXHIBIT C

# United States District Court
## District of Nevada (Reno)
## CIVIL DOCKET FOR CASE #: 3:05-cv-00322-HDM-RAM

State of Nevada Ex Rel H. Dean Steinke VS Merck & Co., Inc.
Assigned to: Judge Howard D. McKibben
Referred to: Magistrate Judge Robert A. McQuaid, Jr
Cause: 28:1331 Fed. Question

Date Filed: 05/26/2005
Jury Demand: Defendant
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2007 | 86 | STATUS REPORT by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 02/22/2007) |
| 12/20/2006 | 85 | ORDER denying without prejudice should parties be unable to reach settlement re 68 MOTION to Reconsider District Judge Order re 55 Order on Motion to Dismiss *Plaintiffs' First Amended Complaint* filed by Merck & Company, Inc. Signed by Judge Howard D. McKibben on 12/20/06. (LG) (Entered: 12/21/2006) |
| 12/19/2006 | 84 | STATUS REPORT by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 12/19/2006) |
| 10/19/2006 | 83 | ORDER ON STIPULATION re 82 Stipulation; the parties agree to a stay of all proceedings in this litigation, including discovery; the parties have agreed to this stay to facilitate ongoing sttlmnt discussions to resolve all issues in this litigation; the parties will provide the crt with a stat rpt on sttlmnt discussions w/in 60dys, see ord for spec. Signed by Judge Howard D. McKibben on 10/19/06. (JAR, ) (Entered: 10/23/2006) |
| 10/18/2006 | 82 | STIPULATION *Parties' Joint Stipulation for a Stay* by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 10/18/2006) |
| 10/05/2006 | 81 | NOTICE by Defendant Merck & Company, Inc. *of Letter to The Honorable Howard D. McKibben dated October 5, 2006* (Peterson, William) (Entered: 10/05/2006) |
| 10/05/2006 | 80 | REPLY to Response to 68 MOTION to Reconsider District Judge Order re 55 Order on Motion to Dismiss *Plaintiffs' First Amended Complaint*; filed by Defendant Merck & Company, Inc.. *Reply Memorandum of Points and Authorities in Support of Defendant's Motion for Reconsideration of the Court's Order Denying Defendnat's Motion to Dismiss Plaintiffs' Amended Complaint* (Peterson, William) (Entered: 10/05/2006) |
| 10/02/2006 | 79 | NOTICE The jury trial set for 9/25/2007 [69] is vacated and shall be reset upon submission of the proposed joint pretrial order [LR 16-4]. (BS, ) |

| | | |
|---|---|---|
| 08/22/2006 | 69 | NOTICE of Trial Setting: Jury Trial set for 9/25/2007 at 09:00 AM in Reno Courtroom 4 before Judge Howard D. McKibben. The deadline to set a Settlement Conference is 4/20/2007, which conference shall be conducted at an appropriate time as determined by the U. S. Magistrate Judge. **(no image attached)**(BS, ) (Entered: 08/22/2006) |
| 08/21/2006 | 68 | MOTION to Reconsider District Judge Order re 55 Order on Motion to Dismiss *Plaintiffs' First Amended Complaint* by Defendant Merck & Company, Inc.. Responses due by 9/8/2006. (Peterson, William) (Entered: 08/21/2006) |
| 08/18/2006 | 67 | ORDER ON STIPULATION re 64 Stipulation tht Ds shl hv til 9/8/06 to file a reply re 57,. Signed by Judge Howard D. McKibben on 8/18/06. (JAR, ) (Entered: 08/18/2006) |
| 08/17/2006 | 66 | SCHEDULING ORDER. Discovery due by 3/21/2007. Motions due by 4/20/2007. Proposed Joint Pretrial Order due by 5/21/2007. Signed by Judge Robert A. McQuaid Jr. on 8/17/06. (WJ, ) (Entered: 08/18/2006) |
| 08/17/2006 | 65 | PROPOSED Discovery Plan/Scheduling Order filed by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 08/17/2006) |
| 08/17/2006 | 64 | STIPULATION re 63 Response to Motion for Miscellaneous Relief, ; *Stipulation to Extend Time to File Reply to Plaintiffs' Response to Defendant's Motion to Certify for Interlocutory Appeal the Court's Order Denying Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint (First Request)* by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 08/17/2006) |
| 08/07/2006 | 63 | RESPONSE to filed by Plaintiff Nevada State of. *State of Nevada's Opposition to Defendant's* 57 *Motion to Certify for Interlocutory Appeal the Court's Order Denying Defendant's Motion to Dismiss Plaintiff's First Amended Complaint* Replies due by 8/21/2006. (Attachments: # 1 Index # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(Terry, L.) Modified on 8/10/2006 to add link to motion. (BLG). (Entered: 08/07/2006) |
| 07/28/2006 | 62 | ORDER ON STIPULATION re DOC #61 Stipulation, Ord tht P may hv til 8/11/06 in which to file its Oppo to D's Merck's Mtn to Certify for Interlocutory Appeal of the Crt's order denying D's Mtn to Dismiss P's 1st Am Complaint. Responses due by 8/11/2006. Signed by Judge Howard D. McKibben on 7/28/06. (SA, ) (Entered: 07/31/2006) |
| 07/25/2006 | 61 | STIPULATION *for Extension of Time to File Opposition to Defendant's Motion to Certify for Interlocutory Appeal of the Court's Order Denying Defendant's Motion to Dismiss* by Defendant Merck & Company, Inc.. (Peterson, William) (Entered: 07/25/2006) |
| 07/19/2006 | 60 | ORDER ON STIPULATION doc #59 tht P may have til 8/4/06 in which to file its OPPO to doc #57 D, Merck's Motion to Certify for Interlocutory Appeal of the Courts order Denying D's Mtn to Dismiss P's 1st Am |