**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

**ABBOTT LABORATORIES, INC.'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO UNITED STATES' AND
RELATOR'S MOTION FOR A COMPREHENSIVE CASE MANAGEMENT
ORDER AND IN SUPPORT OF REVISED PROPOSED CASE MANAGEMENT ORDER**

The Court recently issued an electronic notice scheduling a hearing for February 27, 2007 on Plaintiffs United States' and Relator's Motion for a Comprehensive Case Management Order (Dkt. No. 3107).  In the months since the parties filed their competing case management orders and supporting briefs (Dkt. Nos. 3107 and 3173), the parties have continued to negotiate on case management issues.  The parties have each exchanged drafts of revised proposed CMOs.  Given the parties' ongoing negotiations and further developments in the case since September of last year, Abbott respectfully seeks leave to file the attached Supplemental Memorandum in Opposition to the United States' and the Relator's Motion for a Comprehensive Case Management Order and in Support of Revised Proposed Case Management Order.  Abbott's memorandum seeks to update the Court on the parties' negotiations and to highlight what issues Abbott believes should be the focus of the February 27, 2007 hearing.  Abbott's memorandum also further explains why it believes its case management proposals are far more appropriate for this case than the provisions offered by the Plaintiffs.

Abbott respectfully requests that the Court grant Abbott's motion for leave and enter the proposed case management order attached as Exhibit B to Abbott's memorandum.  Exhibit B

contains provisions on which Abbott understands the parties have reached agreement, as well as provisions—particularly relating to discovery limits—where the parties have not reached agreement.

Dated:  February 25, 2007

Respectfully submitted,

/s/ James R. Daly
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO UNITED STATES' AND RELATOR'S MOTION FOR A COMPREHENSIVE CASE MANAGEMENT ORDER AND IN SUPPORT OF REVISED PROPOSED CASE MANAGEMENT ORDER to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 25th day of February, 2007.

                                                      /s/ David S. Torborg
                                                      David S. Torborg