# EXHIBIT A

**EXHIBIT A**

| Issue | Abbott | Plaintiffs |
|---|---|---|
| **Deposition Limits** | No presumptive limit on total hours. | Plaintiffs' initial proposed CMO (filed with the Court on 9/15/06) sought to limit "each side" to 250 hours. This means all defendants already sued by the Government (Abbott, Dey, and likely Roxane), plus any additional defendants sued and joined in MDL 1456, would share this limit.<br><br>Plaintiffs' latest proposal (sent to Abbott on 12/18/06) seeks a presumptive limit on total hours, but contains no specific proposal. This proposal also seeks to treat the United States and Relator as separate "parties," each with its own limits. |
| **Number of 30(b)(6) Depositions** | No presumptive limit. | Unclear. At one point Plaintiffs agreed, but now do not seem to agree. |
| **Requests for Admission** | No limit on RFAs that merely seek authentication of documents, certification of business records, or an admission that a person or entity made a statement in any document or that was otherwise recorded at the time the statement was made. Limit of 150 for all other RFAs. | Plaintiffs' initial proposed CMO sought limit of 50 "per side." This means all defendants sued by DOJ and joined in MDL 1456 would share this limit.<br><br>Plaintiffs' 12/18/06 proposal does not contain a specific limit. This proposal also seeks to treat the United States and Relator as separate "parties," each with its own limits. |
| **Interrogatories** | 75 for both Abbott and Plaintiffs. | Plaintiffs' initial proposed CMO sought limit of 75 "per side." This means all defendants sued by DOJ and joined in MDL 1456 would share this limit.<br><br>Plaintiffs' 12/18/06 proposal does not contain a specific limit. This proposal also seeks to treat the United States and Relator as separate "parties," each with its own limits. |
| **Requests for Production** | No party shall be required to respond to more than 7 sets of RFPs. | Plaintiffs' initial proposed CMO sought limit of 7 sets of RFPs "per side." This means all defendants sued by DOJ and joined in MDL 1456 would share this limit.<br><br>Plaintiffs' 12/18/06 proposal does not contain a specific limit. This proposal also seeks to treat the United States and Relator as separate "parties," each with its own limits. |
| **Compliance with Federal Rule 34** | Parties required to provide written responses to RFPs within 30 days. | Plaintiffs' proposals do not contain this provision. |
| **Pre-Trial Schedule** | Deadlines established by Court at 10/26/06 should be included in CMO. | Plaintiffs' proposals do not contain this provision. |