# EXHIBIT I

| | | |
|---|---|---|
| 10/27/2006 | | Filing fee: $ 50.00, receipt number 76036 for Pro Hac Vice Motion of Geoffrey J. Christine) (Entered: 11/02/2006) |
| 10/27/2006 | 3275 | *Plaintiffs' Second Amended Disclosures Pursuant to the Court's Amended Pretrial 21, 2006* Exhibit List by All Plaintiffs.. (Berman, Steve) (Entered: 10/27/2006) |
| 10/27/2006 | 3274 | AFFIDAVIT of Plaintiffs' Submission of Trial Affidavits by All Plaintiffs. (Attach Exhibit 2 (Alongi Affidavit)# 2 Exhibit 3 (Arruda Affidavit)# 3 Exhibit 4 (Barreca Exhibit 5 (Choice Affidavit)# 5 Exhibit 6 (Coneys Affidavit)# 6 Exhibit 7 (DeVau Exhibit 8 (Faulkner Affidavit)# 8 Exhibit 9 (Garcia Affidavit)# 9 Exhibit 10 (Hann 10 Exhibit 11 (Hopkins Affidavit)# 11 Errata 12 (Manning Affidavit)# 12 Exhibit Affidavit)# 13 Exhibit 14 (Pironti Affidavit)# 14 Exhibit 15 (Randle Affidavit)# 1 (Rosenthal Affidavit)# 16 Exhibit 17 (Ryan Affidavit))(Berman, Steve) (Entered: |
| 10/27/2006 | 3273 | DEMAND for Trial by Jury by Abbott Laboratories, Inc.. (Murray, Brian) (Entere |
| 10/27/2006 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 3270 Motion to \ Attorney and granting 3271 Motion for Leave to Appear Pro Hac Vice. (Bowler, N (Entered: 10/27/2006) |
| 10/27/2006 | | Judge Patti B. Saris: Electronic ORDER entered granting 3272 Emergency Unopp for Extension of Time to November 1, 2006 for Filing Proposed Findings of Fact, Law And Trial Briefs. (Alba, Robert) (Entered: 10/27/2006) |
| 10/27/2006 | 3272 | Emergency MOTION for Extension of Time to November 1, 2006 to Plaintiffs' Er Unopposed Motion to Extend Due Date for Filing Proposed Findings of Fact, Con And Trial Briefs by All Plaintiffs.(Berman, Steve) (Entered: 10/27/2006) |
| 10/26/2006 | | Filing fee: $ 100.00, receipt number 76007 for 2035 Notice of Appreance 2037 Nc Appearance (Patch, Christine) (Entered: 10/30/2006) |
| 10/26/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Hearing Dismiss Amended Complaint filed by Abbott Laboratories, Inc.(originally filed in No. 06-21303, Doc. No. 28. Court hears argument of counsel. Court takes motion Scheduling Conference held. Discovery deadline: 12/31/07. Government's expert 1/31/08. Abbott's expert report due: 2/28/08. Expert discovery deadline: 4/30/08. N Summary Judgment due: 6/15/08. Opposition due: 7/15/08. Reply due 8/1/08. Sur 8/15/08. (Court Reporter Lee Marzilli.) (Alba, Robert) Modified on 10/27/2006 to year of deadlines. (Alba, Robert). (Entered: 10/26/2006) |
| 10/26/2006 | 3271 | MOTION for Leave to Appear Pro Hac Vice by Geoffrey J. Repo by Sicor, Inc.. (. Affidavit of Geoffrey J. Repo)(Adams, Pamela) (Entered: 10/26/2006) |
| 10/26/2006 | 3270 | MOTION to Withdraw as Attorney by Sicor, Inc..(Adams, Pamela) (Entered: 10/2 |
| 10/26/2006 | 3269 | TRANSCRIPT of Hearing held on October 3, 2006 before Judge Saris. Court Rep Marzilli. The original transcripts are maintained in the case file in the Clerk's Offic obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (S (Entered: 10/26/2006) |
| 10/25/2006 | 3268 | SUR-REPLY to Motion re 3248 MOTION to Modify Pretrial Order August 21, 20 Astrazeneca Pharmaceuticals LP, Schering-Plough Corporation, Bristol-Myers Sq Johnson & Johnson, Warrick Pharmaceuticals Corporation. (Christofferson, Eric) 10/25/2006) |