<div style="text-align:center">

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

</div>

FILED
CLERKS OFFICE

2007 FEB 23  A 11: 15

DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br>*Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al.*<br>*(District of MA No. 07-CV-10158)* | MA No. 1:07-CV-10158-PBS<br>Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Roberta A. Golden of Ross Feller Casey, LLP, as counsel for the Commonwealth of Pennsylvania in connection with the above-captioned matter.

<div style="margin-left:50%">

Respectfully submitted,

*[signature]*

Roberta A. Golden, Esquire
(Pa. Attorney ID #: 52901)
Ross Feller Casey, LLP
1650 Market Street, Suite 3450
Philadelphia, PA 19103
215-574-2000
robertagolden@rossfellercasey.com

</div>

Dated: February 21, 2007

## CERTIFICATE OF SERVICE

I, Roberta A. Golden, Esquire, hereby certify on this 21st day of February, 2007, that a true and correct copy of the Notice of Withdrawal of Appearance was served upon the following counsel of record by first-class mail, postage prepaid, addressed as follows:

Lawrence D. Berger
Ballard, Spahr, Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Joseph G. Derespino
Derespino & Dougher, PC
1818 Market Street, Suite 2910
Philadelphia, PA 19103

John C. Dodds
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Beth Lillian Domenick
Fox, Rothschild, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

James A. Donohue III
Office of the Attorney General
Anitrust Division
1435 Strawberry Square
Harrisburg, PA 17120

Frank R. Emmerich Jr.
Conrad, O'Brien, Gellman & Rohn, PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1916

David W. Engstrom
Harkins Cunningham
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042

Brian T. Feeney
Greensberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

D. Scott Wise
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Donald E. Haviland Jr.
Haviland Law Firm, LLC
740 South Third Street, 3rd Floor
Philadelphia, PA 19147

Alan Klein
Duane Morris LLP
30 South 17 Street
Philadelphia, PA 19103-4196

Thomas H. Lee II
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104

Joseph U. Metz
Dil Worth Paxson, LLP
112 Market Street, 8th Floor
Harrisburg, PA 17101

Bridget E. Montgomery
Eckert Seamans Cherin & Mellott, LLC
213 Market Street
8th Floor
Harrisburg, PA 17101

Dianne M. Nast
Roda & Nast, P.C.
801 Estelle Drive
Lancaster, PA 17603

David Newman
Hogan & Hartson, LLP
1835 Market Street, 28th Floor
Philadelphia, PA 19103

Richard D. Raskin
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Richard L. Scheff
Montgomery McCracken, et al.
123 South Broad Street, 24th Floor
Philadelphia, PA 19109

Thomas B. Schmidt III
Pepper Hamilton, LLP
200 One Keystone Plaza
P.O. Box 1181
North Front & Market Streets
Harrisburgh, PA 17108-1181

Thomas M. Sobol
Hagens Berman Sobol Shapiro, LLP
One Main Street, 4th Floor
Cambridge, MA 02142

Jack M. Stover
Buchanan, Ingersoll & Rooney, PC
213 Market Street, 3rd Floor
Harrisburg, PA 17101

Nicholas Theodorou
Foley Hoag, LLP
155 Seaport Boulevard
Seaport World Trade Center West
Boston, MA 02210-2600

ROBERTA A. GOLDEN, ESQUIRE