**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL NO. 1456 ) ) CIVIL ACTION: 1:01-CV-12257-PBS ) 1:06-CV-12160-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) ) |
| *State of Florida, et al. v. Boehringer Ingelheim Corp., et al.* | ) Chief Mag. Judge Marianne B. Bowler ) ) ) |

### STATUS REPORT MARCH 1, 2007

Pursuant to the Court's July 17, 2004 Procedural Order, the undersigned counsel for Plaintiffs hereby submit the following status report to the Court listing the status of all motions to date.

Respectfully Submitted,

DATED: March 1, 2007

By: /s/ Mary S. Miller

Mary S. Miller (FL Bar No. 0780420)
Assistant Attorney General
**BILL MCCOLLUM**
**STATE OF FLORIDA ATTORNEY GENERAL**
**OFFICE OF THE ATTORNEY GENERAL**
**MEDICAID FRAUD CONTROL UNIT**
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone: 850-414-3600
Facsimile: 850-487-9475
**ATTORNEYS FOR THE STATE OF FLORIDA**

James J. Breen
Alison W. Simon

**THE BREEN LAW FIRM, P.A.**
Post Office Box 297470
Pembroke Pines, FL 33029-7470

Gary L. Azorsky
Susan Schneider Thomas
Joy P. Clairmont
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: 215-875-5711
Facsimile: 215-875-4604

Jonathan Shapiro
**STERN, SHAPIRO, WEISSBERG & GARIN LLP**
90 Canal Street
Boston, MA

**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**

**MDL 1456 Status Report**
**State of Florida *ex rel.* Ven-A-Care v. Boehringer Ingelheim Corp., *et al.***
**Case No.: 1:06-CV-12160-PBS**

**Complaint in Intervention**

On July 9, 2003, Plaintiffs filed a Complaint in Intervention styled *State of Florida v. Boehringer Ingelheim Corp.*, No. 98-3032A (Fla. 2d Cir. Ct.) in the Court of the Second Judicial Circuit in and for Leon County, Florida.

**Removal to Federal Court**

On October 11, 2006, the Dey Defendants removed this action to the United States District Court for the Northern District of Florida. Plaintiffs filed (1) a Motion to Remand to which the Dey Defendants responded, (2) a Motion to Strike an attachment to an affidavit the Dey Defendants filed concurrently with their response to the motion to remand, and (3) a motion for leave to file a reply memorandum to the Motion to Remand (which this Court granted on February 1, 2007). On November 15, 2006, the District Court issued a consented Order staying all matters in the case until the Motion to Remand is decided.

**Transfer to the District Court of Massachusetts**

On December 1, 2006, the JPML transferred *State of Florida v. Boehringer Ingelheim Corp., et al.*, Case No. 4:06-cv-476 (N.D. Fla.), to this Court and this case was assigned Case No. 1:06-CV-12160. On or about December 4, 2006, this Court entered an Order consolidating Case No. 1:06-CV-12160 with Case No. 1:01-CV-12257.

In light of the fact that this case has been transferred to this Court by the JPML, the Motion for Remand and Motion to Strike an attachment to the affidavit the Dey Defendants filed concurrently with their response to the motion to remand are **currently pending** before this Court. This Court heard argument on the Motion for Remand on February 1, 2007 and took the Motion for Remand under advisement at that time.

**CERTIFICATE OF SERVICE**

     I hereby certify that I, Jonathan Shapiro, an attorney, caused a true and correct copy of the foregoing Status Report to be served on all counsel of record electronically on March 1, 2007, pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.  I hereby also certify that a copy hereof was furnished via U.S. Mail this 1st day of March 2007, to the following:

Dana G. Toole, Esq.
Dunlap Toole Shipman & Whitney P.A.
2065 Thomasville Road, Suite 102
Tallahassee, FL 32308-0733

John T. Montgomery, Esq.
Christopher R. Dillon, Esq.
Carisa A. Klemeyer, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

John P. McDonald, Esq.
C. Michael Moore, Esq.
Elizabeth Mack, Esq.
Locke Liddell & Sapp LLP
2200 Ross Ave, Suite 2200
Dallas, TX 75201

*Attorneys for Defendants Schering Corp., Schering-Plough Corp., and Warrick Pharma.*

Kelly Overstreet Johnson, Esq.
Broad & Cassel
P.O. Box 11300
Tallahassee, FL 32302-3300

William Escobar, Esq.
Christopher C. Palmero, Esq.
Kelley, Drye & Warren LLP
101 Park Ave.
New York, NY 10178

*Attorneys for Dey, Inc., Dey, LLP, and EMD, Pharmaceuticals, Inc., Lipha S.A., Merck KgaA, Merck-Lipha, S.A.*

Bill L. Bryant, Jr., Esq.
Akerman Senterfitt
106 E College Ave, Twelfth Floor
Tallahassee, Florida  32301-7748

Helen E. Witt, Esq.
Anne M. Sidrys, Esq.
Brian P. Kavenaugh, Esq.
Jordan Heinz, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601-6636

*Attorneys for Boehringer Ingelheim Corp., Boehringer Ingelheim Int'l GmbH, Boehringer Ingelheim Pharma., Inc., C.H. Boehringer Sohn, Pharma-Investment Ltd.  & Roxane Labs, Inc.*

/s/ Jonathan Shapiro
STERN, SHAPIRO, WEISSBERG & GARIN LLP
90 Canal Street
Boston, MA
**ATTORNEYS FOR VEN-A-CARE OF THE FLORIDA KEYS, INC.**