**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| _____ | ) | |
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| _____ | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES | ) | |
| TO ALL ACTIONS | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE**


Undersigned counsel hereby files his Notice of Appearance for AstraZeneca

Pharmaceuticals LP.


 _/s/ Michael B. Keating_____
Michael B. Keating (BBO# 263360)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
tel: 617-832-1000
mkeating@foleyhoag.com


Dated: March 1, 2007

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on March 1, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve..

  /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper