**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) ) ) | MDL No. 1456  Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:  ) ) ) ) ) ) ALL ACTIONS | Judge Patti B. Saris |

**SCHERING'S AND WARRICK'S RESPONSE TO PLAINTIFFS' MEMORANDUM CONCERNING THE START OF THE ASTRAZENECA JURY TRIAL**

Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") respectfully submit this brief response to Plaintiffs' Memorandum Concerning the Start of the AstraZeneca Jury Trial to correct a misstatement therein regarding the status of the proceedings against Schering and Warrick.

Plaintiffs state that "Class 1 trials against the three other Track 1 Defendants will need to be scheduled" in addition to the trial against AstraZeneca. (Pls.' Mem. at 3). To the extent that Plaintiffs suggest that a Class 1 trial against Schering and Warrick needs to be scheduled, they are wrong. The Court expressly declined to certify Class 1 as to Schering or Warrick because Plaintiffs' failed to identify an adequate or typical class representative. Consolidated Order re: Motion for Class Certification, *In Re Pharm. Indus. Average Wholesale Price Litig*., MDL No. 1456, 1:01-cv-012257-PBS (Jan 30, 2006) (Docket No. 2097-1) at 3. In the year since the Court's Order, Plaintiffs have not identified any adequate or typical Class 1 representative as to Schering or Warrick, nor have they moved for leave to amend the Court's Order. Thus, there will be no Class 1 trial against Schering or Warrick.

-2-

          Respectfully submitted,

          /s/ John T. Montgomery
          John T. Montgomery (BBO#352220)
          Steven A. Kaufman (BBO#262230)
          Eric P. Christofferson (BBO#654087)
          Ropes & Gray LLP
          One International Place
          Boston, Massachusetts 02110-2624
          (617) 951-7000

          *Attorneys for Schering-Plough Corporation and*
          *Warrick Pharmaceuticals Corporation*

Dated: March 1, 2007

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Eric P. Christofferson_____
Eric P. Christofferson