UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) ) Judge Patti B. Saris ) |
| THIS DOCUMENT RELATES TO: State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.* 01-cv-12257-PBS and 03-cv-11226-PBS | ) ) ) ) ) ) |

NOTICE OF VOLUNTARY DISMISSAL
OF C.H. BOEHRINGER SOHN GRUNDSTUCKSVERWALTUNG G.M.B.H. & CO. K.G.

Please take notice that Plaintiffs in the above-captioned matters hereby dismiss all claims against Defendant C.H. BOEHRINGER SOHN GRUNDSTUCKSVERWALTUNG G.M.B.H. & CO K.G., without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). C.H. BOEHRINGER SOHN GRUNDSTUCKSVERWALTUNG G.M.B.H. & CO K.G. has not served an answer or motion for summary judgment in the above-captioned matters; therefore Plaintiffs' claims will be dismissed without order of this Court, upon filing of this notice of dismissal.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

Dated: March 1, 2007        By:   /s/ Nicholas N. Paul
                                  NICHOLAS N. PAUL
                                  CA State Bar No: 190605
                                  Supervising Deputy Attorney General
                                  Bureau of Medi-Cal Fraud and Elder Abuse
                                  Office of The Attorney General
                                  1455 Frazee Road, Suite 315
                                  San Diego, California 92108
                                  Tel: (619) 688-6099
                                  Fax: (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on March 1, 2007, I caused a true and correct copy of the foregoing, **NOTICE OF VOLUNTARY DISMISSAL OF C.H. BOEHRINGER SOHN GRUNDSTUCKSVERWALTUNG G.M.B.H. & CO. K.G.,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: March 1, 2007

          /s/ Nicholas N. Paul
NICHOLAS N. PAUL
Supervising Deputy Attorney General