# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>)<br>) Judge Patti B. Saris<br>) |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.*<br>01-cv-12257-PBS and 03-cv-11226-PBS | )<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL OF LIPHA, S.A.

Please take notice that Plaintiffs in the above-captioned matters hereby dismiss all claims against Defendant LIPHA, S.A., without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). LIPHA, S.A. has not served an answer or motion for summary judgment in the above-captioned matters; therefore Plaintiffs' claims will be dismissed without order of this Court, upon filing of this notice of dismissal.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

Dated: March 1, 2007       By:   /s/ Nicholas N. Paul
                                   NICHOLAS N. PAUL
                                   CA State Bar No: 190605
                                   Supervising Deputy Attorney General
                                   Bureau of Medi-Cal Fraud and Elder Abuse
                                   Office of The Attorney General
                                   1455 Frazee Road, Suite 315
                                   San Diego, California 92108
                                   Tel: (619) 688-6099
                                   Fax: (619) 688-4200

**Attorneys for Plaintiff,**
**STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on March 1, 2007, I caused a true and correct copy of the foregoing, **NOTICE OF VOLUNTARY DISMISSAL OF LIPHA, S.A.,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: March 1, 2007

                                                /s/ Nicholas N. Paul
                                                NICHOLAS N. PAUL
                                                Supervising Deputy Attorney General