# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) Master File No. 01-12257-PBS ) ) Judge Patti B. Saris ) |
| THIS DOCUMENT RELATES TO: State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.* 01-cv-12257-PBS and 03-cv-11226-PBS | ) ) ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF MERCK KGaA.

Please take notice that Plaintiffs in the above-captioned matters hereby dismiss all claims against Defendant MERCK KGaA, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). MERCK KGaA has not served an answer or motion for summary judgment in the above-captioned matters; therefore Plaintiffs' claims will be dismissed without order of this Court, upon filing of this notice of dismissal.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

Dated:  March 1, 2007

By:      /s/ Nicholas N. Paul
NICHOLAS N. PAUL
CA State Bar No:  190605
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse
Office of The Attorney General
1455 Frazee Road, Suite 315
San Diego, California  92108
Tel:  (619) 688-6099
Fax:  (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on March 1, 2007, I caused a true and correct copy of the foregoing, **NOTICE OF VOLUNTARY DISMISSAL OF MERCK KGaA** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:  March 1, 2007

    /s/ Nicholas N. Paul
NICHOLAS N. PAUL
Supervising Deputy Attorney General