**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| _____ | ) **MDL No. 1456** |
| **IN RE PHARMACEUTICAL INDUSTRY** | ) **Master File No.  01-12257-PBS** |
| **AVERAGE WHOLESALE PRICE LITIGATION** | ) |
| _____ | ) Judge Patti B. Saris |
|  | ) |
| **THIS DOCUMENT RELATES TO:** | ) |
| **State of California, *ex rel.* Ven-A-Care v.** | ) |
| **Abbott Laboratories, Inc., *et al.*** | ) |
| **01-cv-12257-PBS and 03-cv-11226-PBS** | ) |
| _____ | ) |

**NOTICE OF WITHDRAWAL OF PLAINTIFF STATE OF CALIFORNIA'S**
**PROPOSED CASE MANAGEMENT ORDER**

The State of California hereby withdraws its Notice of Proposed Case Management Order

[Docket No. 2414-1] and Proposed Case Management Order [Docket no. 2414], originally filed

on April 11, 2006, pursuant to the Court's electronic order of March 16, 2006.

The Notice and Proposed Case Management Order pertain to a proposed scheduling order

concerning the response to California's First Amended Complaint by foreign Defendants Lipha,

S.A., Merck KGaA, Pharma Investment, Ltd., and C.H. Boehringer Sohn Grundstucksverwaltung

G.M.B.H. & Co K.G.

All four defendants listed in the preceding paragraph were dismissed by Plaintiffs, without

prejudice, in separate Notices of Dismissal filed on March 1, 2007.  Therefore, the Notice and

Proposed Order are moot.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

Dated:  March 1, 2007                    By:    /s/ Nicholas N. Paul
                                                  NICHOLAS N. PAUL
                                                  CA State Bar No:  190605
                                                  Supervising Deputy Attorney General
                                                  Bureau of Medi-Cal Fraud and Elder Abuse
                                                  Office of The Attorney General
                                                  1455 Frazee Road, Suite 315
                                                  San Diego, California  92108
                                                  Tel:  (619) 688-6099
                                                  Fax:  (619) 688-4200

**Attorneys for Plaintiff,**
**STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on March 1, 2007,  I caused a true and correct copy

of the foregoing, **NOTICE OF WITHDRAWAL OF PLAINTIFF STATE OF**

**CALIFORNIA'S PROPOSED CASE MANAGEMENT ORDER**  to be served on all counsel

of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by

sending a copy to LexisNexis File & Serve for posting and notification to all parties.


Dated:  March 1, 2007

                                        /s/ Nicholas N. Paul
                                        NICHOLAS N. PAUL
                                        Supervising Deputy Attorney General