**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |
| ALL ACTIONS | |

**NOTICE OF WITHDRAWAL OF APPEARANCE FOR DEFENDANT**
**ENDO PHARMACEUTICALS INC.**

Please withdraw the appearance of Anna Bondurant Eley, formerly of Arnold & Porter LLP, as counsel for Endo Pharmaceuticals Inc. in connection with the above-captioned action.  Endo Pharmaceuticals Inc. will continue to be represented by attorneys at Arnold & Porter LLP who have been admitted to the Court by pro hac vice application.

Dated:  March 2, 2007           Respectfully submitted,

/s/ Anna Bondurant Eley_____

ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202)942-5000 (phone)
(202)942-5999 (fax)

*Attorney for defendant Endo Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I, Ross S. Goldstein, hereby certify that on this 2nd day of March 2007, I caused a true and correct copy of the NOTICE OF WITHDRAWAL OF APPEARANCE FOR DEFENDANT ENDO PHARMACEUTICALS, INC. to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

/s/ Ross S. Goldstein