UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION          CIVIL ACTION
                                            NO. 01-12257-PBS

## PRETRIAL ORDER

SARIS, D.J.                                         March 6, 2007

The above action has been set down for a JURY TRIAL on 4/30/07, at 9:00 A.M.

A FINAL PRETRIAL CONFERENCE has been scheduled for 4/11/07, at 3:00 P.M..

By 3/14/07, the parties shall make all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

By 3/14/07, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

Objections to the pretrial disclosures shall be served and filed by 3/28/07).

By 3/14/07, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

By 3/28/07, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

---

[1] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... The case number is also to appear on each exhibit sticker. Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

By 4/4/07, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by 4/23/07.

**NOTE**: **IF THIS COURT RESCHEDULES THE TRIAL AND FINAL PRETRIAL CONFERENCE DATES, COUNSEL ARE TO CONFER AND ADJUST ALL OTHER DATES IN THIS ORDER COMMENSURATE WITH THE NEW TRIAL DATE.**

/s/ Patti B. Saris
Patti B. Saris, U.S.D.J.