UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 CIVIL ACTION NO. 01-12257 |
| THIS DOCUMENT RELATES TO: ALL MDL CASES | ) ) ) ) | Judge Patti B. Saris  Magistrate Judge Bowler |

## MOTION TO WITHDRAW ATTORNEYS ROGERS AND MILLER

Pursuant to Local Rule 83.5.2(c) Douglas L. Rogers and Darrell A. H. Miller of Vorys, Sater, Seymour and Pease LLP move to withdraw as counsel in *State of Ohio v. Dey Inc. et al.*, 1:06-cv-676 (S.D. Ohio)[1] which has been consolidated into the MDL.

Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Roxane, Inc. (fka Roxane Laboratories, Inc.) and Ben Venue Laboratories, Inc. continue to be represented in this MDL by Helen Witt and Anne Sidrys of Kirkland & Ellis LLP and by Daniel Buckley and Paul Coval of Vorys, Sater, Seymour and Pease LLP.

        Respectfully submitted,

        /s/ Darrell A. H. Miller
        Douglas L. Rogers
        Darrell A. H. Miller
        VORYS, SATER, SEYMOUR AND PEASE LLP
        52 East Gay Street, P.O. Box 1008
        Columbus, Ohio 43216
        (614) 464-6400 (Telephone)
        (614) 464-6350 (Facsimile)
        dahmiller@vssp.com

        *Counsel for Defendants*

---

[1] Initially assigned case number 1:07-cv-10270 by the District of Massachusetts.

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing document was served on all enrolled counsel pursuant to the Court's ECF system on March 6, 2007.

                                      /s/ Darrell A. H. Miller_____
                                      Darrell A. H. Miller

03/06/2007 -  Columbus 10114745