UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, *et al.*<br>Case Nos. 01-cv-12257-PBS and 03-cv-11226-PBS | |

### STATE OF CALIFORNIA'S MOTION
### TO FILE UNDER SEAL

The State of California ("California"), through its undersigned counsel, moves pursuant to Local Rule 7.2 and California Government Code section 12652(c)(2)-(5) to file under seal and to impound until further order of this Court: (1) Ex Parte Application by the State of California for a Partial Lifting of the Seal; (2) Memorandum in Support of Ex Parte Application; (3) Declaration of Nicholas Paul, Supervising Deputy Attorney General; and (4) Proposed Order. California moves on the following grounds:

1. This is a *qui tam* action brought by the Relator, Ven-A-Care of the Florida Keys, Inc., a Florida corporation, pursuant to the California False Claims Act (California Gov. Code §12652).

2. Pursuant to the California False Claims Act, the relator's complaint in a *qui tam* action must be filed in camera and remain under seal until the Attorney General determines that he will intervene or until further order of the court. Cal. Gov. Code § 12652(c)(2). During this period, defendants are not served with summonses or required to respond.

3. Relator's initial and first amended complaints in the above case have been filed <u>in camera</u> and under seal in accordance with this statute, and have not been unsealed to date.

WHEREFORE, California prays that this Court order that the four documents described in the first paragraph be filed under seal and remain impounded until further order of this Court.

Dated: March 6, 2007.

                              Respectfully submitted,

                              EDMUND G. BROWN JR.
                              Attorney General of the State of California

By:    /s/  Nicholas N. Paul
                              NICHOLAS N. PAUL
                              Supervising Deputy Attorney General
                              CA State Bar No.: 190605
                              California Department of Justice
                              1455 Frazee Road, Suite 315
                              San Diego, CA 92108
                              Telephone:  (619) 688-6099
                              Facsimile:   (619) 688-4200

                              Attorneys for Plaintiff,
                              STATE OF CALIFORNIA

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on March 6, 2007, I caused a true and correct copy of the foregoing, **STATE OF CALIFORNIA'S MOTION TO FILE UNDER SEAL**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: March 6, 2007.                         /s/ Nicholas N. Paul
                                              NICHOLAS N. PAUL
                                              Supervising Deputy Attorney General