UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>**ASTRAZENECA TRIAL** | CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## **AMENDED PRETRIAL ORDER**

The above action has been set for a JURY TRIAL on April 30, 2007, at 9:00 a.m. Excluding jury selection, the plaintiffs will have 5 trial days (about 18 trial hours), and defendant AstraZeneca will have 5 trial days (about 18 trial hours).

A FINAL PRETRIAL CONFERENCE, including the hearing on the motions in limine, has been scheduled for April 11 2007, at 3:00 p.m.

On or before March 16, 2007, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3) and all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

On or before March 21, 2007, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d).

On or before March 23, 2007, the parties shall serve and file motions in limine.

On or before March 28, 2007, the parties shall file and serve witness/exhibit lists, and any designations of deposition testimony.

On or before April 4, 2007, the parties shall serve and file objections to witnesses or exhibits, and any counter-designations of deposition testimony.

On or before <u>April 6, 2007</u>, the parties shall serve and file jury instructions and oppositions to motions in limine.

On or before <u>April 20, 2007</u>, the parties shall serve and file proposed voir dire questions and proposed jury verdict forms and/or interrogatories, if any.

If the parties wish to file trial briefs, they shall be filed and served by <u>April 23, 2007</u>.

**NOTE: IF THIS COURT RESCHEDULES THE TRIAL AND FINAL PRETRIAL CONFERENCE DATES, COUNSEL ARE TO CONFER AND ADJUST ALL OTHER DATES IN THIS ORDER COMMENSURATE WITH THE NEW TRIAL DATE.**

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge