

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **In Re Pharmaceutical Industry** | : | **MDL Docket No. 1456** |
| **Average Wholesale Price Litigation** | : | |
| | : | **Civil Action Nos.** |
| | : | **07 cv 10271-PBS** |
| | : | **01 cv 12257-PBS** |
| | : | |
| | : | |
| | : | |
| **This filing relates to:** | : | |
| **State of Ohio v. Dey, Inc., et al.,** | : | |
| **Southern District of Ohio** | : | |
| **Case No. 07-cv-10271** | : | |

## NOTICE OF APPEARANCE

Please take notice that Stanley M. Chesley hereby appears in the above action as special counsel for Ohio Attorney General Marc Dann on behalf of the State of Ohio. Attached hereto as Exhibit A is a Certificate of Good Standing of the Ohio Supreme Court attesting to Mr. Chesley's admission to practice law in good standing in the State of Ohio.

Respectfully submitted,

MARC DANN,
ATTORNEY GENERAL OF OHIO

Stanley M. Chesley (0000852)
*Lead Counsel and Trial Attorney*
Robert Heuck II (0051283)
WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.
1513 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202
Phone:        (513) 621-0267
Facsimile:    (513) 381-2385

1

Email:       heuck@wsbclaw.com

Thomas W. Breidenstein (0064299)
BARRET & WEBER, L.P.A.
500 Fourth and Walnut Centre
105 East Fourth Street
Cincinnati, OH 45202
Phone:     (513) 721-2120
Facsimile:  (513) 721-2139

James E. Swaim (007362)
*Trial Attorney*
Richard Hempfling (0029986)
FLANAGAN, LIEBERMAN, HOFFMAN
   & SWAIM
318 West Fourth Street
   Dayton, OH 45402
Phone:     (937) 223-5200
Facsimile:  (937) 3335
Email:       Rhempfling@flhslaw.com

Of Counsel:
C. David Ewing (0028989)
EWING, MCMILLAN & WILLIS
429 W. Muhammad Ali Blvd., Suite 1100
Louisville, KY 40202-2347
Phone:     (502) 585-5800
Facsimile:  (502) 585-5858
Email:       geslaw@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance will also be filed and served

via the Court's Electric Case Filing system,

Robert Heuck II