UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| This Document Relates to: | The Honorable Patti B. Saris |
| *State of Florida, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, No. 4:06cv476 (N.D.Fla.) | |
| *The People of the State of Illinois v. Abbott Laboratories, Inc., et al.*, No. 1:06-5528 (N.D.Ill.) | |
| State of Mississippi v. Abbott Laboratories, Inc., et al., No. 3:06-566 (S.D.Miss.) | |

RESPONSE OF THE STATES OF FLORIDA, ILLINOIS,
MISSISSIPPI, AND FLORIDA RELATOR VEN-A-CARE OF
THE FLORIDA KEYS TO BOEHRINGER INGELHEIM
DEFENDANTS' JOINDER IN DEY, INC.'S REMOVAL NOTICE

The Attorneys General of Florida, Illinois, and Mississippi ("the Attorneys General"), and Florida relator Ven-a-Care of the Florida Keys ("relator") respectfully submit this response to the joinder by Boehringer Ingelheim Corp.; Boehringer Ingelheim Pharmaceuticals, Inc.; Boehringer Ingelheim Roxane, Inc.; and Roxane Laboratories Inc. (collectively, "Boehringer") in the removal notices filed by Dey, Inc. in the above-captioned actions.

As the court is aware, fully-briefed remand motions filed by the Attorneys General are pending before this Court, which heard oral argument on the motions on February 1, 2007. Boehringer purports to assert a new basis for removal of these actions -- namely, the federal government's unsealing and filing of a *qui tam* action against it captioned *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al.*, No. 07-10248-MEL (D. Mass.).  Just as Dey asserted in its removal,

Boehringer also asserts that the federal district courts have original jurisdiction over these actions pursuant to 31 U.S.C. §3732(b) and 28 U.S.C. §1331.

In asserting that its "joinder" is timely, Boehringer relies on the same argument advanced by Dey in connection with its removal notices. Boehringer asserts that it first received notice that the above-captioned cases became independently removable by Boehringer when its counsel received a courtesy copy of the unsealed *qui tam* complaint on February 5, 2007. Boehringer argues that the unsealed complaint is "an amended pleading, motion, or other paper" within the meaning of 28 U.S.C. §1446(b) from which Boehringer first ascertained that the cases became removable by Boehringer and that its "joinder" was filed within 30 days of that date.

The Attorneys General agree with Boehringer that additional briefing on this issue is not necessary. The Attorneys General incorporate by reference their briefs and oral argument regarding Dey's removal. For the same reasons set forth in those briefs and argument, Boehringer's "joinder" is untimely and, in any event, federal jurisdiction is lacking. Accordingly, the Attorneys General and relator respectfully request that the Court grant their remand motions.

Dated: March 12, 2007

                                              Respectfully submitted,

                                              LISA MADIGAN
                                              Attorney General of the State of Illinois

By:   /s/ Robert S. Libman
        ROBERT S. LIBMAN
        Special Assistant Attorney General
        for the State of Illinois
        MINER, BARNHILL & GALLAND, P.C.
        14 W. Erie St.
        Chicago, IL 60610
        (312) 751-1170
        (312) 751-0438 (telefax)
        e-mail: rlibman@lawmbg.com

        ATTORNEYS FOR THE STATE OF ILLINOIS

JIM HOOD
Attorney General of the State of Mississippi
Harold E. Pizetta III (MBN 99867)
Special Assistant Attorney General Chief
Civil Litigation Division
OFFICE OF THE ATTORNEY GENERAL
Carroll Gartin Justice Center
450 High St., 5th Floor
Jackson, MS 39201


By:     /s/ Joseph Leray McNamara
COPELAND, COOK, TAYLOR & BUSH, P.A.
Charles G. Copeland (MBN 6516)
Joseph Leray McNamara (MBN 2784)
Ronnie Musgrove (MBN 3868)
Frank Kolb (MBN 101092)
P.O. Box 6020
Ridgeland, MS 39158
(601) 856-7200
(601) 856-7626 (telefax)

ATTORNEYS FOR THE STATE OF MISSISSIPPI


BILL MCCOLLUM
Attorney General of the State of Florida


By:     /s/ Mary S. Miller
MARY S. MILLER (FL Bar No. 0780420)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD CONTROL UNIT
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3600
(850) 487-9475 (telefax)

ATTORNEYS FOR THE STATE OF FLORIDA


VEN-A-CARE OF THE FLORIDA KEYS


By:     /s/ Gary L. Azorsky
James J. Breen
Alison W. Simon
THE BREEN LAW FIRM, P.A.
P.O. Box 297470
Pembroke Pines, FL 33029-7470

3

>Gary L. Azorsky
>Roslyn G. Pollack
>Joy P. Clairmont
>BERGER & MONTAGUE, P.C.
>1622 Locust St.
>Philadelphia, PA 19103
>(215) 875-5711
>(215) 875-4604 (telefax)
>
>ATTORNEYS FOR RELATOR VEN-A-CARE OF THE FLORIDA KEYS

CERTIFICATE OF SERVICE

      Lisa Mecca Davis certifies that she caused a copy of the foregoing Response to be served upon all counsel of record, by this Court's electronic-filing system, this 12th day of March, 2007.

                                 /s/ Lisa Mecca Davis
                                 Lisa Mecca Davis