UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> Civil Action No. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> ALL CLASS ACTIONS. | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR OBJECTIONS TO FEBRUARY 12, 2007 ORDER BY MAGISTRATE BOWLER GRANTING ABBOTT LABORATORIES' MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH PLAINTIFFS' THIRD PARTY SUBPOENAS**

Plaintiffs, by their undersigned attorneys, respectfully request leave to file to file a short reply brief in support of their Objections to February 12, 2007 Order By Magistrate Judge Bowler Granting Abbott Laboratories' Motion for Protective Order and Motion to Quash Plaintiffs' Third Party Subpoenas ("Objections to February 12, 2007 Order").

As grounds for the foregoing, Plaintiffs state as follows:

1. Local Rule 7.1(b)(2) requires that additional papers, "whether in the form of a reply or otherwise, may be submitted only with leave of Court."

2. Plaintiffs seek to file a reply brief to correct certain representations made by Abbott in its Response.

3. Plaintiffs' proposed Reply Brief, attached as Exhibit A hereto, is very brief.

WHEREFORE Plaintiffs respectfully request that this Court grant Plaintiffs leave to file a reply brief in support of their objections to Magistrate Judge Bowler's February 12, 2007 ruling, and all other relief that this Court deems just and proper.

DATED:  March 14, 2007                By: /s/ Jennifer Fountain Connolly

                                                                    Thomas M. Sobol (BBO#471770)
                                                                    Edward Notargiacomo (BBO#567636)
                                                                    Hagens Berman Sobol Shapiro LLP
                                                                    One Main Street, 4th Floor
                                                                    Cambridge, MA  02142
                                                                    Telephone: (617) 482-3700
                                                                    Facsimile: (617) 482-3003

*Liaison Counsel*

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL 60302
Telephone: (708) 776-5600
Facsimile: (708) 776-5600

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496b-6611

Marc H. Edelson
Edelson & Associates LLC
45 W. Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

*Co-Lead Counsel For Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I, Jennifer Fountain Connolly an attorney, caused a true and correct copy of the foregoing *Plaintiffs' Motion For Leave To File Reply In Support of Their Objections to February 12, 2007 Order By Magistrate Judge Bowler Granting Abbott Laboratories' Motion for Protective Order and Motion to Quash Plaintiffs' Third Party Subpoenas*, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 14, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

    By: /s/ Jennifer Fountain Connolly
        Jennifer Fountain Connolly
        Wexler Toriseva Wallace LLP
        One North LaSalle Street, Suite 2000
        Chicago, IL 60602
        (312) 346-2222