UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456  CIVIL ACTION NO. 01-CV-12257-PBS |
| | ) ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) | |

**JOINT MOTION TO WAIVE THE LOCAL RULE 16.5(D) REQUIREMENT OF SUBMISSION OF A JOINT PRETRIAL MEMORANDUM**

Plaintiffs and Defendant AstraZeneca Pharmaceuticals LP hereby jointly request that the Court waive submission of a joint pretrial memorandum, required by Local Rule 16.5(D) and this Court's Amended Pretrial Order, as it will be unnecessarily duplicative of information already in the Court's possession. In support thereof, the parties state:

1. The pertinent disclosures of witnesses and exhibits traditionally made in a joint pretrial memorandum will be made by the parties through filings pursuant to other provisions of the Amended Pretrial Order. The parties will exchange witness and exhibit lists, as well as the testimony of witnesses appearing by deposition, on March 16, 2007 and file those disclosures with the Court on March 28, 2007; objections to those disclosures will be filed on April 4, 2007, in advance of the Pretrial Conference.

2. Additionally, the parties will file motions in limine on March 23, 2007, which will address many of the issues which must be resolved in advance of the jury trial. Issues relating to the structure of the trial and the resolution of questions presented during the bench trial have already been briefed by the parties. *See* Plaintiffs' Memorandum Concerning the Start of the AstraZeneca Jury Trial [Docket No. 3795] and Defendant AstraZeneca Pharmaceuticals LP's

B3329335.3

Response to Plaintiffs' Memorandum Concerning the Start of the Class 1 Jury Trial and Request for Plaintiffs to Present a Fair and Manageable Trial Plan [Docket No. 3816].  These are many of the same issues which would be addressed in a joint pretrial memorandum.

3.  Finally, the Court has had extensive exposure to the issues in this litigation through prior proceedings and its supervision of the AWP litigation.  Given the Court's history with and knowledge of this litigation, the parties submit that additional background briefing is unnecessary and would be inefficient.

For the foregoing reasons, the parties respectfully request that the Court waive the joint pretrial memorandum requirement.

Respectfully submitted,

By:  /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Attorneys for AstraZeneca Pharmaceuticals LP

By:  /s/ Steve W. Berman

Thomas M. Sobol (BBO # 471770)
Edward Notargiacomo (BBO # 567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142

        Steve W. Berman
        Sean R. Matt
        Robert F. Lopez
        Hagens Berman Sobol Shapiro LLP
        1301 Fifth Avenue, Suite 2900
        Seattle, WA 98101

        Attorneys for Plaintiffs

Dated: March 14, 2007

- 4 -

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on March 14, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.


                                              By:  /s/ Katherine B. Schmeckpeper
                                                  Katherine B. Schmeckpeper