RECEIPT # 78850
AMOUNT $ 50
BY DPTY CLK  pw
3-13-07

FILED
CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2007 MAR 13  A 11: 42

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a) and Case Management Order No. 1, § V (providing for admission of counsel *pro hac vice*), notice is hereby given of the appearance of Jan Soifer of the law firm Lawrence Soifer Satija LLP, 701 Brazos Street, Suite 650, Austin, Texas 78701, (512) 583-0451, email, jan@lssfirm.com, on behalf of the *Qui Tam* Plaintiff, entered in all actions as captioned above.

Respectfully submitted,

*/s/ Jan Soifer*
Jan Soifer
Texas Bar No. 18824530
LAWRENCE SOIFER SATIJA LLP
701 Brazos Street, Suite 650
Austin, TX 78701
(512) 583-0451 (direct)
(512) 328-3193 (fax)

Attorneys for the *Qui Tam* Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on counsel of record by electronic means on March 13, 2007.

_____
Jan Soifer