# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**JAN SOIFER**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 1982.

I further certify that the records of this office show that, as of this date

**JAN SOIFER**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 9th day of March, 2007.

BLAKE HAWTHORNE, Clerk

by *Andrea King*
Andrea King, Deputy Clerk

No. 9815

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.