UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Kimberly Friday, a member of the bar of this Court and attorney for defendant Biogen Idec Inc., moves to admit attorney Andrew R. Varcoe to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of Mr. Varcoe, which states that he (i) is a member of good standing of the bar of the Commonwealth of Massachusetts, (ii) is not currently the subject of any disciplinary proceedings as a member of any bar, and (iii) is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, Biogen Idec Inc. respectfully requests that the Court grant this motion to admit Mr. Varcoe *pro hac vice*.

Respectfully submitted,

/s/ Kimberly Friday
Kimberly Friday (BBO #660544)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
kim.friday@wilmerhale.com

*Attorney for Biogen Idec Inc.*

Dated: March 15, 2007

1

USIDOCS 6069831v1

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was delivered on March 15, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                       By:    <u>/s/ Kimberly Friday</u>

USIDOCS 6069831v1