UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | C.A. NO. 01-CV-12257-PBS Judge Patti B. Saris |

**AFFIDAVIT OF ANDREW R. VARCOE, ESQ., IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Andrew R. Varcoe, on my oath swear and depose:

1. I am a member of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 1875 Pennsylvania Avenue NW, Washington, D.C., 20006, telephone (202) 663-6779 (e-mail: andrew.varcoe@wilmerhale.com).

2. I was admitted to the Bar of the Commonwealth of Massachusetts in 2001. A certificate of good standing and admission from the Clerk of the Supreme Judicial Court is appended hereto.

3. I am in good standing in every jurisdiction where I have been admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My firm represents Biogen Idec Inc. and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the pains and penalties of perjury this 6th day of March, 2007.

*Andrew R. Varcoe*
Andrew R. Varcoe (BBO #647113)

USIDOCS 6069876v1

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **ninth** day of **February** A.D. **2001**, said Court being the highest Court of Record in said Commonwealth:

**Andrew Roland Varcoe**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **first** day of **March** in the year of our Lord **two thousand and seven.**

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116