

UNITED STATE DISTRICT COURT OF
DISTRICT OF BOSTON MASSACHUSETTS
JOHN JOSEPH MOAKLEY COURTHOUSE
TO THE OFFICE OF THE CLERK
1 COURT HOUSE WAY, SUIT 2300
BOSTON, MASSACHUSETTS 02210

MARCH 3, 2007

RE: IRA L JACKSON,
   9 MATHERS STREET APT. 2
   BINGHAMTON, NEW YORK
               139005

CASE NUMBER; 01-CV-12257-PBS, MDL NO. 1456

THIS FORM IS TO ADVISED THE UNITED STATE DISTRICT COURT OF

DISTRICT OF BOSTON MASSACHUSETTS CLERK OF AN ADDRESS CHANGE

THAT HAS TAKEN PLACE:

THANK YOU VERY MUCH

IRA L JACKSON

NEW ADDRESS IS 9 MATHERS STREET
BINGHAMTON, NEW YORK 13905

OLD ADDRESS IS 16 ARTHUR STREET
BINGHAMTON, NEW YORK 13905