# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>No. 06-CV-11337-PBS | ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

### ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL PLAINTIFFS TO PROVIDE AN ADEQUATE RESPONSE TO INTERROGATORY NO. 7

Abbott Laboratories, Inc. ("Abbott") respectfully moves the Court for an order compelling Plaintiffs United States of America ("United States" or "Government") and Ven-a-Care of the Florida Keys, Inc. ("Ven-a-Care") to provide adequate, supported, and verified responses to Abbott's Interrogatory No. 7.  Abbott's Interrogatory No. 7 asks Plaintiffs to provide evidentiary support for a central allegation of their Complaint, the contention that "AWP is used to refer to the price at which a pharmaceutical firm or a wholesaler sells a drug to a retail Customer who then administers it to a patient."  Complaint ¶ 42.  Based on the evidence adduced to date, Abbott believes that contention lacks an evidentiary basis and that the Government knew at all times relevant to this Complaint that AWP was *not* the price at which pharmaceutical firms and manufacturers sold drugs to retail customers.  Counsel have discussed Abbott's request that Plaintiffs provide adequate, supported, and verified responses to Interrogatory No. 7 extensively.  Despite these efforts, Plaintiffs have failed to provide adequate or verified responses to Interrogatory No. 7.

The arguments and authority supporting Abbott's motion are set out in the accompanying memorandum.  A proposed order is attached.

- 2 -

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1, Abbott hereby requests oral argument on this Motion.

| | |
|---|---|
| Dated:  March 16, 2007 | Respectfully submitted, |
| | |
| | /s/ R. Christopher Cook |
| | James R. Daly |
| | Tina M. Tabacchi |
| | Brian J. Murray |
| | JONES DAY |
| | 77 West Wacker Drive, Suite 3500 |
| | Chicago, Illinois  60601 |
| | Telephone:  (312) 782-3939 |
| | Facsimile:   (312) 782-8585 |
| | |
| | R. Christopher Cook |
| | David S. Torborg |
| | JONES DAY |
| | 51 Louisiana Avenue, N.W. |
| | Washington, D.C.  20001-2113 |
| | Telephone:  (202) 879-3939 |
| | Facsimile:  (202) 626-1700 |
| | |
| | *Counsel for Defendant Abbott Laboratories, Inc.* |

- 3 -

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that the moving party communicated with counsel for Plaintiffs in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

                                                /s/ R. Christopher Cook
                                                R. Christopher Cook