UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>No. 06-CV-11337-PBS | ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER**

Upon consideration of Abbott Laboratories, Inc.'s Motion to Compel Plaintiffs to Provide an Adequate Response to Interrogatory No. 7, IT IS ORDERED that:

1. Within 14 days from the date of this Order, Plaintiffs United States of America and Ven-a-Care of the Florida Keys, Inc. shall provide a complete and factually supported response to Abbott's Interrogatory No. 7.

2. Plaintiffs' responses to Interrogatory No. 7 shall provide the factual basis for the assertion that "AWP is used to refer to the price at which a pharmaceutical firm or a wholesaler sells a drug to a retail Customer who then administers it to a patient." Complaint ¶ 42.

3. The Government's response shall provide the factual basis for its assertion in its current response to Interrogatory No. 7 that "[t]he general concept that the AWP refers to the price at which a pharmaceutical firm or a wholesaler sells a drug to its customers is commonly understood in the industry."

4. Plaintiffs' responses shall identify who within the United States Government or elsewhere believed "AWP is used to refer to the price at which a pharmaceutical firm or a wholesaler sells a drug to a retail Customer who then administers it to a patient" and who within the United States Government or elsewhere used AWP "to refer to the price at which a pharmaceutical firm or a wholesaler sells a drug to a retail Customer who then administers it to a patient." Plaintiffs' responses shall state the specific basis of any Person's belief that "AWP is used to refer to the price at which a pharmaceutical firm or wholesaler sells a drug to a retail Customer who then administers it to a patient."

5. Plaintiffs' responses shall be sworn in accordance with Rule 33(b) of the Federal Rules of Civil Procedure.

  6.  If Plaintiffs' responses are not sworn by an individual with personal knowledge of the facts asserted in Plaintiffs' responses, Plaintiffs shall identify each person consulted or relied upon, or who provided documents or who otherwise constituted a source of factual information in connection with the preparation of Plaintiffs' responses to Interrogatory No. 7.

SO ORDERED THIS ___ DAY of _____, 2007:

                             _____