# EXHIBIT K

| 1231-4 | Part B Payments | 769  10-7-93 |

Q: Should carriers provide separate payment outside of the physician fee schedule for surgical dressings, splints, casts and other devices used to treat fractures and dislocations when billed by physicians?

A: Do not make separate payment for surgical dressings billed by physician. Surgical dressings are generally considered "incident to" supplies typically found in physicians' offices and not separately billable. Although these items have a separate coverage category, Medicare has generally paid for these items in the past under the "incident to" provision. Because Medicare has not paid for these items separately in the past and the practice expense RVU under the physician fee schedule is based on the historical average allowed charge, their cost is included in the fee schedule payment.

However, pay separately on a reasonable charge basis for splints, casts, and other devices used to treat fractures and dislocations billed by physicians. There are separate "A" codes for these items. Because these items have a separate coverage provision and because we do not believe they have been paid historically under the "incident to" provision, they generally have not been included in physicians' historical charges. Consequently, the practice expense RVUs do not include the cost of these items.

HCFA *Memorandum* BPO-001, PPR-91-34.

## [¶ 3421] Drugs

Drugs furnished incident to a physician's services were included in the physician's payment under the reasonable charge system but are not included in the physician's fee schedule payment (see ¶ 3126). Instead, Medicare will pay for them separately. [Reg. § 414.36.]

Medicare pays for covered drugs at the lower of (1) the estimated acquisition cost of the drug or (2) the national average wholesale price of the drug (as published in the Red Book and similar price listings). If a drug has multiple sources, the median of the national wholesale generic prices is used to determine the national average. Estimated acquisition costs will be determined through provider surveys of actual invoice prices. [Reg. § 405.517.]

The foregoing payment policy for drugs is applicable to *all* drugs furnished to Medicare beneficiaries that are not "paid for on a cost or prospective payment basis." Drugs furnished incident to a physician's services fall within this category. To be considered incident to a physician's services, a drug must be of a kind that is commonly furnished in a physician's office and is commonly either rendered without charge or included in the physician's bill. [Soc. Sec. Act § 1861(s)(2).] Also subject to the payment policy described above are drugs provided by independent end-stage renal disease facilities. [Reg. § 405.517.]

### *Injections*

When a physician provides a visit or other service, and at the same time gives the patient a subcutaneous, intramuscular, intravenous, or intra-arterial injection, no additional payment is made for the administration of the injection. Payment is made separately for the drug injected, but the cost of the other supplies and the administration of the drug is included in the payment for the visit or other service (see ¶ 3445.15). [56 FR 59525 (GUIDE Extra Edition No. 678).]

If the physician bills for just the injection and not a visit, payment for the injection would be based on the applicable injection code (see .20, below). Infusions of cancer chemotherapy drugs in the areas of the body described above are considered to be procedures and not injections. Thus, payment can be made for both a visit and the infusion. Medicare will pay physicians for these infusions only when furnished outside the hospital setting. [56 FR 59525.]

Although allergy testing services are paid under the fee schedule, antigens are not included in the law's definition of physicians' services subject to fee schedule payment. Accordingly, these services continue to be paid based upon reasonable charges. [MCM § 15068.] Similarly, the administration or injection of pneumococcal, influenza, or hepatitis B vaccine is not paid under the fee schedule. [MCM § 15002.]

¶ 3421                                             ©1993, Commerce Clearing House, Inc.