# EXHIBIT L



**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Health Care Financing Administration

FARD1

JAN 0 9 1998

7500 SECURITY BOULEVARD
BALTIMORE, MD 21244-1850

NOTE TO: Janice Seabolt  *nola Shanks*

SUBJECT: OIG Final Report "Excessive Medicare Payments for Prescription Drugs (OEI-03-97-00290)

We have reviewed the subject OIG report and have one comment. On page 10 it states that one option for HCFA to pay for drugs is by estimated acquisition cost (EAC). While this was true prior to January 1, 1998, section 4556 of the Balanced Budget Act of 1997 has changed the way the Medicare program can pay for drugs and no longer permits EAC.

Please refer questions to Robert Niemann, extension 6-4569.

Nancy A. Edwards

TOTAL P.02

HHD009-0217   L