# EXHIBIT N

030607AS.txt
ROUGH DRAFT
                                           1

         1              THE VIDEO TAPE OPERATOR:  We
         2  are now on the video record.  The following is a
         3  video tape deposition my name is Michael Mullen
         4  employed by Knipes-Cohen Associates, Registered
09:17:36 5  Professional Reporters at 400 Market Street,
         6  Philadelphia, Pennsylvania.  The court reporter
         7  is Jeanne Christian.  Today's case has been
         8  cross noticed in other litigation In Re:
         9  Pharmaceutical Industry Average Wholesale Price
09:17:54 10 Litigation Civil Action Number 06 CV 11337 PBS.
         11 This deposition is being taken place at Morgan
         12 Lewis, 1701 Market Street, Philadelphia,
         13 Pennsylvania.  Appearances today, calling
         14 attorney, attorney for the Defendant is David
09:18:08 15 Torborg, Esquire.  All other attorneys will be
         16 noted on the stenographic record.  The deponent
         17 today is Amy Sernyak.  Today's date is March 6,
         18 2007, 9:20 a.m.  Witness sworn
         19 BY MR. TORBORG:
09:18:32 20 Q.     Good morning, Ms. Sernyak.
         21 A.     How are you doing?
         22 Q.     Could you please state your full name for
         23 the record?
         24 A.     Amy Jane Sernyak.
09:18:42 25 Q.     My name is David Torborg.  We have not met



♀
                            ROUGH DRAFT
                                           2

         1  before today; correct?
                            Page 1

030607AS.txt

          3  out of the November seven, 1994 issue of drug

          4  topics and then there is a heading at the top

11:10:08  5  that says late lines.  Do you see that?

          6  A.    Sure.

          7  Q.    Do you know what drug topics is?  Have you

          8  had exposure to that publication?

          9  A.    It is a periodical.

11:10:20  10  Q.    What kind of periodical is it?

          11  A.    I guess it is a trade periodical about

          12  drugs.

          13  Q.    Have you reviewed anything from that

          14  report?

11:10:28  15  A.    A long time ago, I used to when I was

          16  working on studies that pertained to drugs, I

          17  would look through it, but it has been years and

          18  years.

          19  Q.    Did OIG have a subscription to drug

11:10:42  20  topics?

          21  A.    Yes.

          22  Q.    Do you know if individuals at CMS or then

          23  HCFA had a subscription to drug topics

          24                MS. CONNOLLY:  Objection to

11:10:54  25  form

ROUGH DRAFT
                                      79

          1                THE WITNESS:  I don't know.

          2  BY MR. TORBORG:

          3  Q.    Far right column I guess the 4 columns on

          4  this document, there is a bold heading says HCFA

030607AS.txt

```
11:11:16  5  taking hard look at drug costs.  It says there
           6  HCFA is trying to develop an estimate of the
           7  difference between the acquisition cost of Rx's
           8  in the AWP?
           9  A.     Okay.
11:11:28  10  Q.     Do you recall in connection with your work
          11  at OIG whether HCFA or OIG for that matter was
          12  trying to develop an estimate of the difference
          13  between actual acquisition cost of drugs and the
          14  AWP?
11:11:46  15  A.     I don't remember.  I mean, only in the --
          16  only in the context of what I worked on which
          17  was that one report.
          18  Q.     And what is the AWP?  What Do you
          19  understand that to mean in this sentence?
11:11:58  20  A.     Average wholesale price.
          21  Q.     And what is that?
          22  A.     It is a price for a drug that a
          23  pharmaceutical company that makes the drug or
          24  markets the drug reports to -- just that they
11:12:18  25  report it.
```

♀

ROUGH DRAFT

80

```
           1  Q.     And do you have an understanding of where
           2  it is reported?
           3  A.     You can find it in the red book.  There
           4  might be other books too but that's the only one
11:12:32  5  that springs to mind.
           6  Q.     So when you use the term AWP or average
           7  wholesale price in your work at OIG you use it
```
Page 73

```
           8   to refer to prices that could be found in red
           9   book or other listings?
11:12:48  10   A.    Yeah, I don't know what the names of the
          11   other listings are.
          12   Q.    Blue book?
          13   A.    Is blue book one, I don't know.
          14   Q.    You it will me?
11:12:58  15   A.    I don't remember that one.  Red book is
          16   the only one that I can remember.
          17   Q.    I'm sorry if I already asked you this but
          18   I can't remember.  Do you recall OIG trying to
          19   develop an estimate of the difference between
11:13:14  20   lab acquisition cost for drugs and AWP?
          21   A.    No.
          22   Q.    The next sentence of this says the data
          23   which are being sought from 48 randomly selected
          24   chain independent pharmacies and 12 randomly
11:13:36  25   selected states will be ammunition in next years
```

```
                            ROUGH DRAFT
                                                   81
           1   battle over extension of moratorium on states
           2   cutting Medicare reimbursements.  The 4 year ban
           3   expires December 31, do you see that?
           4   A.    I see that.
11:13:50   5   Q.    Do you recall at all this 4 year ban or
           6   moratorium reference in this article?
           7   A.    No.
           8   Q.    Do you recall any discussions about that
           9   at all?
```

030607AS.txt

ROUGH DRAFT

89

```
             1  in the physicians payment under the reasonable
             2  charge system, but are not included in the
             3  physicians fee schedule payment see section
             4  2136, instead Medicare will pay for the item for
11:41:14     5  them separately.
             6              Let me ask you first, do you
             7  have an understanding of what this document is?
             8  A.    No.
             9  Q.    The bottom right hand corner of the
11:41:26    10  document?
            11  A.    Yes, clearing house.
            12  Q.    Yes.  What does that refer to?
            13  A.    It used to be -- I'm pretty sure it was
            14  like a collection of regulation documents and
11:41:44    15  things like that.
            16  Q.    Have you heard of anything called the
            17  Medicare Intermediaries Manual, MIM?
            18  A.    Sure.
            19  Q.    What is that?
11:42:00    20  A.    Like a manual that CMS puts together for
            21  the -- for its contractors.
            22  Q.    Does this appear to be a page from the
            23  Medicare intermediary manual?
            24  A.    I'm not sure.
11:42:20    25  Q.    Do you know who publishes or who writes
```

ROUGH DRAFT

90

Page 82

030607AS.txt
```
           1  the language that is contained in the commerce
           2  clearing house publication?
           3  A.    No.
           4  Q.    Do you know if anyone at HCFA or now CMS
11:42:34   5  reviews those publications?
           6                  MR. NEAL:  Objection as to
           7  form.  You can answer.
           8                  THE WITNESS:  I don't know.
           9  BY MR. TORBORG:
11:42:40  10  Q.    The second paragraph under section 3421
          11  reads Medicare pays for covered drugs at the
          12  lower of one, the estimated acquisition cost of
          13  the drug or 2, the national average wholesale
          14  price of the drug paren as published in the red
11:43:00  15  book and similar price listings end paren.
          16                  Did I read that right?
          17  A.    Yes.
          18  Q.    Is that language consistent with your
          19  understanding that the term average wholesale
11:43:12  20  price referred to price listings contained in
          21  red book or similar price listings
          22                  MR. WINGET-HERNANDEZ:
          23  Objection to form
          24                  MR. NEAL:  Objection as to
11:43:18  25  form.  You can answer.
```

♀

ROUGH DRAFT
                                                      91
```
           1                  THE WITNESS:  I misunderstood
           2  the question.
           3  BY MR. TORBORG:
```

030607AS.txt

```
              4   Q.    Is the language of this --
11:43:26      5   A.    That sentence.
              6   Q.    That sentence consistent with your
              7   understanding that the term average wholesale
              8   price referred to prices published in books like
              9   red book?
11:43:36     10                   MR. NEAL:  Same objection.
             11                   MR. WINGET-HERNANDEZ:
             12   Objection to form
             13                   THE WITNESS:  Yeah, I mean it
             14   says in parentheses average wholesale price as
11:43:44     15   published in red book and similar price
             16   listings.
             17   Q.    Do you recall there being any discussion
             18   during your time at OIG about what the term
             19   average wholesale price meant?
11:43:56     20   A.    No, I mean just that it is average
             21   wholesale price.
             22   Q.    As published in red book and other price
             23   listings?
             24   A.    Right.
11:44:02     25   Q.    No dispute about that at all?
```

₤

ROUGH DRAFT
                                                92

```
              1                   MR. WINGET-HERNANDEZ:
              2   Objection
              3                   MS. POLLACK:  Objection.
              4                   MR. NEAL:  Objection as to
11:44:08      5   form.  You can answer.
```

```
                                  030607AS.txt
             6                THE WITNESS:  No.

             7      BY MR. TORBORG:

             8      Q.    Have you ever heard anyone suggest that

             9      the term average wholesale price meant something

11:44:28    10      other than prices published in red book or other

            11      price listings?

            12                    MR. NEAL:  Objection as to

            13      form.  You request answer.

            14                    THE WITNESS:  Heard something

11:44:38    15      other than that, no.

            16      BY MR. TORBORG:

            17      Q.    If I can ask you to go back to the 1996

            18      report?

            19      A.    Sure.  The acquisition?

11:44:52    20      Q.    Yes, suppliers acquisition cost.

            21      Specifically to page little I so you will be

            22      going back in the report or forward in the

            23      report from where you were.  Under the section

            24      findings, the paragraph under there the

11:45:10    25      introduction says Medicare's allowances for
```

                              ROUGH DRAFT
                                                      93

```
             1      Albuterol sulfate substantially exceeds

             2      suppliers acquisition cost for the drug and it

             3      says suppliers pay an average of 19 cents per

             4      milliliter to purchase Albuterol sulfate while

11:45:26     5      Medicare's allowed amounts range from 40 Social

             6      Security to 43 cents per milliliters during the

             7      period of our review.

             8                    Do you see that?
```