# EXHIBIT O



| | |
|---|---|
| "Martinez, Ana Maria \(USAFLS\)" <Ana.Maria.Martinez@usdoj.gov><br>02/28/2007 05:54 PM | To "R. Christopher Cook" <christophercook@JonesDay.com><br>cc<br>bcc<br>Subject  RE: Interrogatories |

Chris

I am sure your folks have found the cases saying an attorney can sign for a corporation or the government.  Here's an example:  Johns v. USA, 1997 WL 732423 (E.D.La. 1997).

Please let me know if you still have concerns about the form of the United States' answers.  If that's the case, I'd like to talk to you again, because I believe we can resolve any issues about form.

Ani

-----Original Message-----
From: R. Christopher Cook [mailto:christophercook@JonesDay.com]
Sent: Tuesday, February 27, 2007 8:02 PM
To: Martinez, Ana Maria (USAFLS)
Subject: Interrogatories


Ani:

Do you have some cases for me to consider regarding the verification of interrogatories? I have some folks researching it and wanted to make sure they consider your authority.

Thanks.

Chris
-------------------------------------------------------
R. Christopher Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3734
(202) 626-1700 (fax)
-------------------------------------------------------

-------------------
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
-------------------