# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S PRETRIAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(3)(A)**

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S WITNESS LIST**

AstraZeneca Pharmaceuticals LP ("AstraZeneca") reserves the right to call any witnesses identified by Plaintiffs on their list of trial witnesses to be called live.

## A.   WITNESSES TO BE CALLED LIVE AT TRIAL

| Name, Address & Phone Number | Will Call | May Call |
|---|---|---|
| Barrington Furr<br>AstraZeneca<br>Mereside Laboratories<br>Alderley Park<br>Macclesfield<br>Cheshire<br>SK10 1LT<br>UK | | X |
| Alan J. Milbauer<br>103 Hitching Post Drive<br>Wilmington, DE  19803<br>(302) 478-8755 | X | |

| Name, Address & Phone Number | Will Call | May Call |
|---|:---:|:---:|
| Steve Buckanavage<br>AstraZeneca Pharmaceuticals LP<br>1800 Concord Pike<br>P.O. Box 15437<br>Wilmington, DE  19850<br>(302) 886-5319 | X | |
| Christine McHenry<br>AstraZeneca Pharmaceuticals LP<br>1800 Concord Pike<br>P.O. Box 15437<br>Wilmington, DE  19850<br>(302) 886-5319 | | X |
| Jennifer Judy<br>AstraZeneca Pharmaceuticals LP<br>1800 Concord Pike<br>P.O. Box 15437<br>Wilmington, DE  19850<br>(302) 886-5319 | X | |
| Julie Tracy<br>AstraZeneca Pharmaceuticals LP<br>1800 Concord Pike<br>P.O. Box 15437<br>Wilmington, DE  19850<br>(302) 886-5319 | | X |
| Julie Doll<br>AstraZeneca Pharmaceuticals LP<br>1800 Concord Pike<br>P.O. Box 15437<br>Wilmington, DE  19850<br>(302) 886-5319 | | X |
| Richard Fante<br>AstraZeneca Pharmaceuticals LP<br>1800 Concord Pike<br>P.O. Box 15437<br>Wilmington, DE  19850<br>(302) 886-5319 | | X |
| Alton Wallace, Jr.<br>AstraZeneca Pharmaceuticals LP<br>1800 Concord Pike<br>P.O. Box 15437<br>Wilmington, DE  19850<br>(302) 886-5319 | | X |

| Name, Address & Phone Number | Will Call | May Call |
|---|---|---|
| Dr. Richard McArdle<br>41 North Pearl Street<br>Brockton, MA 02301<br>(508) 583-4922 | | X |
| Dr. Mack Roach III<br>UCSF Comprehensive Cancer Center<br>1600 Divisadero Street, Suite H1031<br>San Francisco, CA 94143-1708<br>(415) 353-7175 | X | |
| John P. Gould, Ph.D.<br>The University of Chicago<br>Graduate School of Business<br>5807 South Woodlawn Ave.<br>Chicago, IL  60637<br>(773) 702-9635 | | X |
| Gregory K. Bell, Ph.D.<br>CRA International<br>John Hancock Tower<br>200 Clarendon St. T-33<br>Boston, MA  02116<br>(617) 425-3000 | | X |
| Eric Gaier. Ph.D.<br>Bates White LLC<br>2001 K Street NW<br>Suite 700<br>Washington, DC  20006<br>(202) 408-6110 | | X |
| Fiona M. Scott Morton, Ph.D.<br>School of Management<br>Yale University<br>P.O. Box 208200<br>New Haven, CT 06520<br>(203) 432-5569 | | X |
| Stanley Weintraub<br>6504 Steerforth Court<br>Baltimore, MD 21209<br>(202) 496-0200 x805 | X | |
| Carol Ware<br>c/o Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA  02111<br>617-542-6000 | | X |

**B.      WITNESSES TO BE OFFERED BY DEPOSITION**

| Name |
|------|
| Michael Baca |
| Robert C. Black |
| Eric Cannon |
| Sheila Cizauskas |
| James Fanale |
| William Flemming |
| Marjorie Joyce Howe |
| Robert A. Howe |
| Margaret M. Johnson |
| John Killion |
| Dale Kramer |
| Alan Milbauer |
| Patricia Kay Morgan |
| Carol Sidwell |
| Kevin Slavik |
| Steven Thomas |
| Leroy Townsend |
| Carol Ware |
| Scott Wert |

Respectfully submitted,

By:   /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO# 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210

4

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: March 16, 2007

## <u>CERTIFICATE OF SERVICE</u>

 I certify that a true and correct copy of the foregoing was delivered on March 16, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.


    By: <u>/s/ Katherine B. Schmeckpeper   </u>
      Katherine B. Schmeckpeper