UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE PHARMACEUTICAL INDUSTRY       )
AVERAGE WHOLESALE PRICE             )   MDL NO. 1456
LITIGATION                          )
                                    )
_____ )
                                    )
THIS DOCUMENT RELATES TO            )   Civil Action No. 01-12257-PBS
ALL ACTIONS                         )
                                    )    Judge Patti B. Saris
_____ )

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)(A)**

**ASTRAZENECA PHARMACEUTICALS LP'S DESIGNATIONS OF SWORN TESTIMONY**

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby presents its designations of the following depositions and/or sworn testimony to be used at trial.

1.     **Michael Baca**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | October 8, 2004 Deposition: 4:1-3 | |
| Defendant | 13:20-22 | |
| Defendant | 15:22-16:9 | |
| Defendant | 102:15-22 | |
| Defendant | 184:18-185:1 | |

### 2. Robert C. Black

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | August 30, 2005 Deposition: 6:9-12 | |
| Defendant | 10:10 (beginning with "And in") – 10:12 | |
| Defendant | 22:6-18 | |
| Defendant | 84:6-85:5 | |

### 3. Eric Cannon

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | September 13, 2004 Deposition: 7:5-7 | |
| Defendant | 7:11-14 | |
| Defendant | 8:22-9:2 | |
| Defendant | 51:22 (beginning with "You mentioned") -52:18 | |
| Defendant | 53:17-54:4 | |
| Defendant | 147:4-7 | |
| Defendant | 152:19-153:16 | |

### 4. Sheila Cizauskas

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | March 10, 2006 Deposition: 8:6-9 | |
| Defendant | 9:5-8 | |
| Defendant | 123:22-124:4 | |
| Defendant | 125:14-126:16 | |
| Defendant | 183:12-18 | |

### 5.  James Fanale

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | June 9, 2006 Deposition: 7:7-12 | |
| Defendant | 20:22–21:12 | |
| Defendant | 120:19–121:11 | |

### 6.  William Fleming

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | January 11, 2005 Deposition: 4:1-3 | |
| Defendant | 12:6-12:10 | |
| Defendant | 18:20-19:8 | |
| Defendant | 92:7-93:9 | |

### 7.  Marjorie Joyce Howe

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | March 31, 2006 Deposition: 8:4-6 | |
| Defendant | 111:4-15 | |
| Defendant | 158:5-160:19 | |

### 8.  Robert A. Howe

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | November 16, 2005 Deposition: 6:14-16 | |
| Defendant | 17:1-20 | |
| Defendant | 61:7-13 | |
| Defendant | 87:12-17 | |
| Defendant | 90:9-12 | |
| Defendant | 93:18-94:8 | |
| Defendant | 122:9 (beginning with "And what is...")-122:12 | |
| Defendant | 124:3-125:12 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 132:11-14 | |
| Defendant | 134:2-11 | |
| Defendant | 136:22-137:5 | |
| Defendant | 172:2-3 | |
| Defendant | 172:10-13 | |
| Defendant | 173:1 | |
| Defendant | 207:6-19 | |

### 9.     Margaret Johnson, R. Ph.

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | September 22, 2004 Deposition: 6:1-6 | |
| Defendant | 7:16-19 | |
| Defendant | 24:19-22 | |
| Defendant | 27:15-19 | |
| Defendant | 27:22-28:4 | |
| Defendant | 28:20-29:4 | |
| Defendant | 30:22-31:19 | |
| Defendant | 34:7-21 | |

### 10.    John Killion

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | January 6, 2006 Deposition: 6:3-5 | |
| Defendant | 122:1-22 | |
| Defendant | 136:20-137:5 | |
| Defendant | 138:7-139:5 | |

## 11. Dale Kramer

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | July 23, 2004 Deposition: 5:4-7 | |
| Defendant | 5:15-20 | |
| Defendant | 11:8-19 | |
| Defendant | 12:6-19 | |
| Defendant | 14:3-7 | |
| Defendant | 14:11-17 | |
| Defendant | 15:9-14 | |

## 12. Alan Milbauer

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 11/28/2006, Day 11 Trial Testimony: 5:22-24 | |
| Defendant | 7:9-15:24 | |
| Defendant | 16:5-17:25 | |
| Defendant | 18:9-22:10 | |
| Defendant | 23:2-6 | |
| Defendant | 25:3-6 | |
| Defendant | 25:8-26:14 | |
| Defendant | 28:17-29:13 | |

## 13. Patricia Kay Morgan

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | January 11, 2005 Deposition: 22:20-23:1 | |
| Defendant | 26:11-27:6 | |
| Defendant | 32:17-34:18 | |
| Defendant | 36:3-19 | |
| Defendant | 47:8-20 | |

### 14. Carol Sidwell

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | September 17, 2004 Deposition: 6:5-6 | |
| Defendant | 6:9-13 | |
| Defendant | 8:17-10:10 | |
| Defendant | 34:4-16 | |
| Defendant | 40:2-8 | |
| Defendant | 64:7-16 | |

### 15. Kevin Slavik

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | September 14, 2004 Deposition: 5:2-5 | |
| Defendant | 7:4-7 | |
| Defendant | 44:14-21 | |
| Defendant | 74:4-13 | |

### 16. Steven Thomas

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | April 5, 2005 Deposition: 5:8-10 | |
| Defendant | 5:13-18 | |
| Defendant | 15:4-14 | |
| Defendant | 38:16-39:1 | |
| Defendant | 39:15-40:4 | |

### 17. Leroy Townsend

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | November 15, 2005 Deposition: 4:1-3 | |
| Defendant | 26:18-27:2 | |
| Defendant | 38:11-16 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 58:17-20 | |
| Defendant | 59:4-6 | |
| Defendant | 59:10-17 | |
| Defendant | 71:12-19 | |
| Defendant | 72:3-17 | |
| Defendant | 75:7-9 | |
| Defendant | 77:20-78:2 | |
| Defendant | 79:14-16 | |
| Defendant | 82:10-12 | |
| Defendant | 82:21-83:2 | |
| Defendant | 83:9-13 | |
| Defendant | 85:5-8 | |
| Defendant | 85:11-15 | |
| Defendant | 158:18-159:4 | |
| Defendant | 172:10-173:4 | |
| Defendant | 173:12-174:4 | |
| Defendant | 176:14-177:16 | |

## 18.     Carol Ware

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | October 25, 2005 Deposition: 10:1-4 | |
| Defendant | 16:21-17:7 | |
| Defendant | 119:5 (starting with "Do") - 120:8 | |
| Defendant | 123:8-123:22 | |

## 19.     Scott Wert

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | February 1, 2006 Deposition: 5:3-5 | |
| Defendant | 6:22-7:3 | |
| Defendant | 36:19-37:3 | |

Respectfully submitted,

By: /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO# 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: March 16, 2007

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on March 16, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                      By: /s/ Katherine B. Schmeckpeper
                                           Katherine B. Schmeckpeper