**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: CLASS 1 JURY TRIAL | |

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S PRETRIAL**
**DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)(A)**

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S EXHIBIT LIST**

Attached are exhibits AstraZeneca Pharmaceuticals LP ("AstraZeneca") marks for identification, for admission in evidence at trial, and/or from which Rule 1006 material may be presented. AstraZeneca reserves the right to introduce any exhibits or portions thereof identified by Plaintiffs. AstraZeneca also reserves the right to supplement or withdraw exhibits based on the Court's rulings on any pending motions *in limine*. Further, AstraZeneca reserves the right to supplement its exhibit list in order to rebut any additional evidence or argument offered by Plaintiffs at trial.

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1000 | 3/1/96 | AZ0073332-AZ0073342 | Agreement between Harvard Pilgrim Health Care and Zeneca Pharmaceuticals | |
| 1001 | 6/1/98 | AZ0609436-AZ0609444 | Amendment to Agreement between Harvard Pilgrim Health Care and Zeneca Pharmaceuticals, with Document Transmittal cover sheet | |
| 1002 | 5/8/95 | AZ0108966-AZ0108976 | Correspondence between Zeneca Pharmaceuticals and Tufts Associated Health Plan regarding Zoladex | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1003 | 5/2/96 | AZ0108983-AZ0108987 | Correspondence between Zeneca Pharmaceuticals and Tufts Associated Health Plan regarding best pricing for the LHRH market | |
| 1004 | 2/19/97 | AZ0108956-AZ0108965 | Correspondence between Maureen Gillick and Tufts Health Plan regarding Zoladex MAP Contract - Revised February 19, 1997 | |
| 1005 | | AZ0716203 | Compact disc of Materials Produced in Connection with 3/22/06 Declaration of Professor John P. Gould (including IMS data) | |
| 1006 | 11/98 | AZ0716203 | Department of Health and Human Services, Office of Inspector General, "Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs" | |
| 1007 | 1/04 | AZ0716203 | Department of Health and Human Services, Office of Inspector General, "Medicare Reimbursement for Lupron" | |
| 1008 | | AZ0682114 | Compact disc containing Zoladex Transactional Data | |
| 1009 | | AZ0716211 | Compact disc containing Average Manufacturer's Price Data for Zoladex (1991-2003) | |
| 1010 | 10/28/97 | AZ0108996-AZ0109005 | Zoladex Cost Proposal to HMO Blue/Medical West Associates | |
| 1011 | 8/3/95 | AZ0070469-AZ0070472 | Amendment to Agreement Between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals | |
| 1012 | 3/27/96 | AZ0070443-AZ0070454 | Amendment to Agreement between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals | |
| 1013 | 7/1/97 | AZ0070441-AZ0070442 | Amendment to Agreement between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals | |
| 1014 | 7/10/92 | AZ0226955-AZ0226957 | Press release entitled "ICI Pharmaceuticals Group Receives 1992 AUA Health Science Award" | |
| 1015 | 3/1/95 | AZ0010297-AZ0010302 | Memorandum from Keith Patterson to William Simpson regarding Zoladex Pricing | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1016 | Undated | AZ0229413-AZ0229501 | Correspondence from Bob Black to new employees attaching ICI Pharmaceuticals Policies for Salaried Employees | |
| 1017 | 7/12/94 | AZ0025211 | Internal memorandum from Alvin Koretsky to Distribution List regarding 11 July US Healthcare | |
| 1018 | 10/10/95 | AZ0108187-AZ0108188 | Email from Steve Crane to assorted Zeneca employees regarding Zoladex IPA Rebate Chart - Clarification | |
| 1019 | 5/6/96 | AZ0014251-AZ0014256 | Managed Acquisition Program NAM/CAD Questions and Answers | |
| 1020 | 7/18/96 | AZ0108858-AZ0108881 | Email from Winnie O'Neill to assorted Zeneca employees attaching documents related to Zoladex MAP Program Rollout | |
| 1021 | 1997 | AZ0073398-AZ0073408 | Zeneca Pharmaceuticals Managed Acquisition Program Agreement/Amendment between QualMed Plans for Health and Zeneca Pharmaceuticals | |
| 1022 | 10/23/97 | AZ0073293-AZ0073302 | Zeneca Pharmaceuticals Managed Acquisition Program Agreement between Greater Newport Physicians IPA and Zeneca Pharmaceuticals | |
| 1023 | 10/1/96 | AZ0081024-AZ0081039 | Presentation entitled "Zoladex Managed Acquisition Program Available for Contracting October 1, 1996" | |
| 1024 | 2/6/96 | AZ0104031-AZ0104032 | Email from Steve Crane to assorted Zeneca employees regarding Zoladex Price Savings Spreadsheet | |
| 1025 | Undated | AZ0396061-AZ0396062 | Call Notes | |
| 1026 | 04/21/92 | AZ0049324-AZ0049326 | Internal Memorandum from Business Planning regarding Key Market Issues for Product Forecasts - 1992 Strategic Plan | |
| 1027 | 10/26/92 | AZ0045862-AZ0045882 | Agenda from 1993 Promotional Plan Zoladex Meeting at ICI Pharmaceuticals in Wilmington, Delaware | |
| 1028 | 04/13/94 | AZ0009389-AZ0009401 | Executive Summary prepared by L.M. Cantwell regarding Prostate Cancer Situation Analysis | |
| 1029 | 09/10/03 | AZ0468160-AZ0468167 | Email from Stephen Buckanavage to Erik Schultz and Gregory T. Mayes attaching spreadsheets, regarding Competitive Pricing Scenarios | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1030 | Undated | AZ0108567-AZ0108576 | Zoladex MAP Program Presentation | |
| 1031 | 01/19/96 | AZ0024479-AZ0024481 | Internal Memorandum from Keith Patterson to Chris Iacono with copies to Steve Strand, Sarah Harrison, Tom Chen, Paul Feirstein, and Steve Buckanavage regarding Zoladex Pricing Strategy - Revised View | |
| 1032 | 11/03/95 | AZ0237142-AZ0237163 | Memorandum from Market Strategy and Contract Operations/Zoladex Marketing Team to Chris Iacono with copies to Richard Greenhill, Sarah Harrison, Steve Strand, Bill Simpson, and Keith Patterson attaching a Zoladex Pricing and Volume Discount Strategy | |
| 1033 | 03/24/94 | AZ0031266-AZ0031271 | Cost Comparison Detailer | |
| 1034 | Undated | AZ0010343-AZ0010344 | Zoladex Advertisement | |
| 1035 | 01/30/96 | AZ0036916 | Letter from Paula E. Jordan to Beth Rader listing pricing information for Zoladex 3.6 mg and 10.8 mg depot information | |
| 1036 | 01/30/96 | AZ0036917 | Letter from Paula E. Jordan to Enid Olayan listing pricing information for Zoladex 3.6 mg and 10.8 mg depot information | |
| 1037 | Undated | AZ0422597-AZ0422620 | "The Z File" Presentation | |
| 1038 | 10/29/97 | AZ0428351-AZ0428365 | Pricing Document | |
| 1039 | Undated | AZ0055471 | Zoladex Advertisement | |
| 1040 | 09/10/03 | AZ0682890-AZ0682907 | Executive Summary regarding Zoladex 2003 FFAR Forecast; Status | |
| 1041 | 07/11/96 | PXL01371 | Memorandum from Grant E. Steffen to all the Physicians who wrote in about Lupron regarding AWP vs AC | |
| 1042 | 07/25/96 | PXL01367-PXL01368 | Letter from Darlene Debus to Grant Steffen with copies to Jay Swope regarding 07/11/96 letter to all the physicians who wrote in about Lupron | |
| 1043 | 12/02/96 | AZ0021679-AZ0021681 | Internal Memorandum from Mark Reisenauer to Mike Broach, Tere Fresconi, Dick Hedinger, Earl Heisey, Chris Iacono, Bill Simpson, Steve Strand, and Lee Termini regarding Zoladex Price Increase | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1044 | 12/10/97 | RB01073-RB01075 | Fax to Roni Lane at Redbook | |
| 1045 | 01/26/96 | RB01060-RB01062 | Fax to Lisa Britt at Redbook | |
| 1046 | 01/30/96 | RB01063 | Letter from Paula E. Jordan to Enid Olayan listing information for Zoladex 3.6 mg and 10.8 mg | |
| 1047 | 01/26/96 | RB01056-RB01058 | Fax to Lisa Britt at Redbook | |
| 1048 | | AZ0238234 | Compact disc labeled Invoice History 1991-1997 | |
| 1049 | 6/16/94 | AWP054-0014-AWP054-0016 | Correspondence from Medicare Part B to Health Care Financing Administration, Division of Medicare, Carrier Operations Branch | |
| 1050 | 5/23/96 | AWP032-0106-AWP032-0109 | Memorandum from Grant Steffen to Staff regarding Zoladex, A New Form | |
| 1051 | 6/28/96 | AWP019-1545-AWP019-1564 | Medicare Part B News | |
| 1052 | 12/6/96 | AWP051-1520-AWP051-1521 | Document entitled "Reimbursement for LHRH antagonists" | |
| 1053 | 8/5/96 | HHC014-0172-HHC014-0176 | Correspondence from Grant Steffen to Health Care Financing Administration regarding Acquisition Costs vs Average Wholesale Price | |
| 1054 | 1/26/96 | HHC015-1652 | Correspondence from Zeneca to physicians regarding increase in published list price for Zoladex | |
| 1055 | 12/9/96 | AWP041-0521-AWP041-0522 | Correspondence from Zeneca to Medical Director, Blue Shield of Western New York, Upstate Medicare Part B | |
| 1056 | 11/14/97 | AZ0070755 - AZ0070756 | Contract extension between Zeneca Pharmaceuticals and CIGNA Healthcare Plans for 12/1/97 to 12/31/97 | |
| 1057 | 10/30/96 | AZ0070759 - AZ0070760 | Contract between Zeneca Pharmaceuticals and CIGNA Healthcare Plans for 11/1/96 to 10/31/97 | |
| 1058 | 8/22/95 | AZ0070770 - AZ0070778 | Contract between Zeneca Pharmaceuticals and CIGNA Healthcare Plans for 8/1/95 to 6/30/96 | |
| 1059 | 4/10/97 | AZ0073371 - AZ0073380 | Zeneca Pharmaceuticals Managed Acquisition Program Agreement | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1060 | 1/30/97 | AZ0073398 - AZ0073399 | Zeneca Pharmaceuticals Managed Acquisition Program Agreement – Amendment #1 | |
| 1061 | 5/11/98 | MON 0003188 - MON 0003188 | Document entitled "Second Quarter Update to the 1998 DME Fee Schedule" | |
| 1062 | 6/10/03 | | Document entitled "J-Code Tutorial" | |
| 1063 | 2/7/67 | | Final Report of the Task Force on Prescription Drugs: Prescription Drugs Under Medicare, Phillip R. Lee, M.D., Assistant Secretary for Health and Scientific Affairs, Department of Health, Education and Welfare | |
| 1064 | 12/13/77 | | HCFA Action Transmittal No. 77-113 in Medicare and Medicaid Guide, 28, 714, Department of Health and Human Services, Health Care Financing Administration | |
| 1065 | 12/31/80 | | Programs to Control Prescription Drug Costs Under Medicaid and Medicare Could be Strengthened (HRD-81-36), Comptroller General | |
| 1066 | 1984 | | Changes to the Medicaid Prescription Drug Program Could Save Millions, OIG, Office of Audit | |
| 1067 | 9/1/84 | | HCFA Action Transmittal No. 84-12 in Medicare and Medicaid Guide, ¶ 34, 157, Department of Health and Human Services, Health Care Financing Administration | |
| 1068 | 7/31/87 | | Medicare and Medicaid Programs; Limits on Payments for Drugs, 52 Fed. Reg. 28,648 (July 31, 1987) | |
| 1069 | 7/31/89 | | The High Cost of Prescription Drugs, 135 Congressional Record S. 9058 - Vol. 135 No. 105 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1070 | 8/89 | | Prescription Drug Prices: Are We Getting Our Money's Worth?, Majority Staff Report of the Special Committee on Aging, United States Senate, S. Rep. 101-49 | |
| 1071 | 10/3/89 | | Use of Average Wholesale Prices in Reimbursing Pharmacies Participating in Medicaid and the Medicare Prescription Drug Program, Office of Inspector General | |
| 1072 | 10/1/90 | | Letter from Gail Wilensky, HCFA Administrator, to Sen. Lloyd Bentsen, Chairman, U.S. Committee on Finance | |
| 1073 | 6/5/91 | | Medicare Program: Fee Schedule for Physicians' Services, Proposed Rules, 56 Fed. Reg. 25792 (June 5, 1991) | |
| 1074 | 11/25/91 | | Medicare Program: Fee Schedule for Physicians' Services, Final Rule, 56 Fed. Reg. 59502 (Nov. 25, 1991) | |
| 1075 | 11/6/92 | | Physicians' Costs for Chemotherapy Drugs, OIG, Department of Health and Human Services | |
| 1076 | 3/15/94 | | Memorandum re: Determination of Acquisition Cost of Drugs from Director of Office Payment Policy to All Associate Regional Administrators for Medicare, Charles Booth, Director, Office Payment Policy, Department of Health and Human Services | |
| 1077 | 7/27/94 | AWP011-0868 – AWP011-0868 | Letter from James Throne, Health Insurance Specialist, Service & Operations Branch I, Division of Medicare, to All Carriers re: Pricing for 14 Drug Codes | |
| 1078 | 8/8/94 | HHC902-0173 – HHC902-0173 | Memorandum re: Estimated Acquisition Cost Drug Survey from Director Office of Payment Policy to All Associate Regional Administrators for Medicare, Charles Booth, Director, Office Payment Policy Department of Health and Human Services | |
| 1079 | 8/12/94 | AWP032-0035 | Memorandum re: (Drugs) Estimated Acquisition Cost Drug Survey to All Part B Carriers, Jill Merrill, Health Insurance Specialist, Medicare Operations Branch, Healthcare Financing Administration | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1080 | 5/96 | | Appropriateness of Medicare Prescription Drug Allowance, OIG, Department of Health and Human Services | |
| 1081 | 8/5/96 | HHC014-0172 – HHC014-0176 | Letter re: Acquisition Costs vs. Average Wholesale Price from Grant E. Steffen, Blue Cross Blue Shield of North Dakota, Medicare Part B of Colorado, to Jill Merrill, Medicare Program, Health Care Financing Administration | |
| 1082 | 2/2/97; 2/13/97; 3/4/97; 3/5/97 | | President's Fiscal Year 1998 Budget Proposal for Medicare, Medicaid and Welfare, Hearings Before the Committee on Finance, United States Senate, 150th Congress, First Session | |
| 1083 | 12/13/97 | | Remarks by the President In Radio Address to the Nation, Office of the Press Secretary (Westlaw) | |
| 1084 | 1/98 | | Program Memorandum Intermediaries/Carriers re: Implementation of the New Payment Limit for Drugs and Biologicals, Department of Health and Human Services, Health Care Financing Administration | |
| 1085 | 1/26/98 | HHC001-0363 – HHC001-0366 | Letter from Nancy-Ann Min DeParle, Administrator, to the Honorable Fortney Pete Stark | |
| 1086 | 1999 | | Report to Congress: The Average Wholesale Price for Drugs Covered Under Medicare, Donna E. Shalala, Secretary, Department of Health and Human Services | |
| 1087 | 5/24/00 | | Letter from House Representative Cliff Stearns, United States Representative, to Donna Shalala, Secretary, Department of Health and Human Services | |
| 1088 | 5/31/00 | | Letter from Donna Shalala, Secretary, Department of Health and Human Services, to Representative Tom Bliley, Chairman, Commerce Committee | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1089 | 7/14/00 | | Letter from various members of Congress (Rosa DeLauro, et al.) to Donna Shalala, Secretary, Department of Health and Human Services | |
| 1090 | 7/28/00 | | Letter from various members of Congress (Saxby Chambliss et al.) to Donna Shalala, Secretary, Department of Health and Human Services | |
| 1091 | 8/3/00 | | Letter from Senators Christopher Bond and John Ashcroft to Donna Shalala, Secretary, Department of Health and Human Services | |
| 1092 | 9/5/00 | | Congressional Debate re:  Cancer Care Preservation Act, Congressional Record, Senate S8022 (J. Ashcroft speaking) | |
| 1093 | 9/6/00 | | Letter from Spencer Abraham to Donna Shalala, Secretary, Department of Health and Human Services | |
| 1094 | 9/8/00 | | Letter from Nancy-Ann Min DeParle, Administrator, to Members of Congress | |
| 1095 | 9/8/00 | | Program Memorandum re:  An Additional Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program, Department of Health and Human Services, Health Care Financing Administration | |
| 1096 | 10/25/00 | | Letter from Donna Shalala, Secretary, Department of Health and Human Services to Spencer Abraham | |
| 1097 | 11/17/00 | | Program Memorandum: Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program, Department of Health and Human Services, Health Care Financing Administration | |
| 1098 | 1/01 | | Medicare Reimbursement of Prescription Drugs, OIG, Department of Health and Human Services | |
| 1099 | 5/01 | | Reform of the Medicare Payment Methods for Cancer Chemotherapy, American Society of Clinical Oncology | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1100 | 5/3/01 | | Program Memorandum Intermediaries/Carriers re: Implementation of Medicare, Medicaid, and SCHIP Benefits Improvement and Protection Act of 2000 (BIPA) Requirements for Payment Allowance of Drugs and Biologicals Covered by Medicare, Department of Health and Human Services, Health Care Financing Administration | |
| 1101 | 9/21/01 | | Medicare Drug Reimbursements: A Broken System for Patients and Taxpayers, Joint Hearing before the Subcommittee on Health and the Subcommittee on Oversight and Investigations of the Committee on Energy and Commerce, House of Representatives, 107th Cong. 89, First Session, Serial No. 107-65 | |
| 1102 | 9/21/01 | | Medicare Part B Drugs – Program Payments Should Reflect Market Prices, Statement of William Scanlon, GAO Report | |
| 1103 | 10/2001 | | Medicare Physician Fee Schedule: Practice Expense Payments to Oncologists Indicate Need for Overall Refinements, GAO Report | |
| 1104 | 3/14/02 | | Testimony of Thomas Scully, HCFA Administrator, before the Subcommittee on Health Care of the Finance Committee of the U.S. Senate, 107th Cong., S.Hrg. 107-684 | |
| 1105 | 6/12/02 | | Challenges Remain in Setting Payments for Medical Equipment and Supplies and Covered Drugs, GAO publication of the statement of Leslie G. Aronovitz, Director, Health Care Program Administration and Integrity Issues before the Subcommittee on Labor, Health and Human Services, Education and Related Agencies, Committee on Appropriations, U.S. Senate | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1106 | 10/3/02 | | Medicare Payments for Currently Covered Prescription Drugs Hearing Before the Subcommittee on Health of the Committee on Ways and Means, House of Representatives, Committee on Ways and Means, 107th Congress, Second Session, Serial No. 107-84 | |
| 1107 | 1/2/03 | | Report on the Legislative and Oversight Activities of the Committee on Ways and Means, H.R. Rep. No. 107-801 (2003) | |
| 1108 | 8/03 | | Physician-Administered Drugs: Distribution and Payment Issues in the Private Sector, Medpac study conducted by NORC at the University of Chicago and Georgetown University | |
| 1109 | 6/2/04 | ABC(AWP)00 1960 – ABC(AWP) 001962 | Confidential (Exhibit A) – First DataBank Drug Price Policy (Draft) | |
| 1110 | 11/99 | NHIC-BCBSMA 006617 – NHIC-BCBSMA 006617 | Medicare B Bulletin, section regarding Drug Allowances | |
| 1111 | 6/24/97 | | Balanced Budget Act of 1997, § 4616, Report of the Committee on the Budget, House of Representatives to Accompany H.R. 2015 | |
| 1112 | 12/13/97 | | President Clinton, Weekly Address to the Nation 12/13/97 | |
| 1113 | 10/1/99 | | "Payment for Drugs and Biologicals that are not Paid on a Cost Perspective,"  October 1, 1999 42 CFR 405.17 | |
| 1114 | 2001 | | "Critical Condition: Physician Practices and the Future of Massachusetts Health Care," Massachusetts Medical Society, 2001 | |
| 1115 | 7/14/02 | | *St. Petersburg Times (Florida)*, "Medicare Markup for Drugs: 10,000%," July 14, 2002 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1116 | 1/6/97 | | The Pink Sheet, "Medicare Coverage of Outpatient Dialysis, Transplant and Cancer Drugs Would Be Tied to Actual Cost Rather than AWP Under Language Expected in Clinton '98 Budget," January 6, 1997 | |
| 1117 | 9/22/01 | | The Seattle Times, "Medicare Drug Pricing Faces Congressional Fix; Many HMOs Trimming Their Program Coverage," September 22, 2001 | |
| 1118 | 5/01 | | von Oehsen, William H., Pharmaceutical Discounts Under Federal Law:  State Program Opportunities, Public Health Institute, May 2001 | |
| 1119 | 4/1/02 | | Markian Hawryluk, "Medicare drug pricing fix could threaten physician pay," *AMNews*, April 1, 2002 at Amednews.com | |
| 1120 | 2005 | | Scionti, Stephen M. MD, "Medicare Reform-A Major Economic Impact on Private Urological Practice", Business Briefing: US Kidney & Urological Disease 2005 | |
| 1121 | 1/5/00 | | Letter to Karen Ford Manza, Regional Director, Managed Care from Keane Chan from Trigon re: Trigon Service Agreements | |
| 1122 | | | Balanced Budget Act of 1997, H.R. Rep. No. 217 105th Congress, 1st Session | |
| 1123 | 6/17/05 | | Center for Medicare and Medicaid Services, "History of the Medicaid Drug Rebate Program" | |
| 1124 | 8/31/01 | | Congressional Research Service, Memo from Thomas Nicola (CRS) to the House Committee on Energy and Commerce regarding Regulatory and Legislative History of Medicare Drug Reimbursement Based on Average Wholesale Price, August 31, 2001 | |
| 1125 | 8/9/99 | | Congressional Research Service, Report to Congress:  Outpatient Prescription Drugs:  Acquisition and Reimbursement Policies under Selected Federal Programs, August 9, 1999 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1126 | 1999 | | Discretionary Spending Offsets Act for Fiscal Year 2000, H.R. 3085, 106th Cong. § 716, 1999 | |
| 1127 | 1999 | | Fiscal Responsibility Act of 1999, S. 1959, 106th Cong. § 124, 1999 | |
| 1128 | 1960-2004 | | National Health Expenditures by Type of Services and Source of Funds: Calendar Year | |
| 1129 | 8/15/75 | | 40 Fed. Reg. 34515, "Social and Rehabilitation Service (Assistance Programs), Department of Health, Education, and Welfare Part 250- Administration of Medical Assistance Programs" | |
| 1130 | 1996-1999 | | Medicare Beneficiaries Enrolled by Census Region, Division and State | |
| 1131 | 1986 | | Health Care Financing Administration, "EAC Survey Report of California Medi-Cal," EAC Patrol Initiative, 1986 | |
| 1132 | 7/25/00 | | Testimony of Robert B. Betz, Ph.D. Department of Veterans' Affairs Pharmaceutical Procurement Initiative- Adding Federal Employee Health Benefit Plan Participants to the Federal Supply Schedule Drug Pricing Program Committee on Veterans' Affairs Subcommittee on Health U.S. House of Representatives | |
| 1133 | 7/01 | | Medicare Enrollment—All Beneficiaries as of July, 2001 | |
| 1134 | 7/02 | | Medicare Enrollment—All Beneficiaries as of July 2002 | |
| 1135 | 2003 | | Medicare Part B Physician/Supplier National Data- Calendar Year 2003 - Expenditures and Services by Specialty | |
| 1136 | 2003 | | Medicare Enrollment: National Trends- Supplementary Medical Insurance 1966-2003 | |
| 1137 | 1/16/03 | | MedPAC, "Exploring Alternatives to AWP-Pricing for Medicare-Covered Drugs" | |
| 1138 | 6/13/00 | | Hearing Before the Committee on Ways and Means, Legislation to Cover Prescription Drugs Under Medicare, 106th Congress, June 13, 2000 | |
| 1139 | 7/1/99 - 2003 | | Medicare Beneficiaries Enrolled by State as of July 1, 1999-2003 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1140 | 7/03 | | Medicare Enrollment—All Beneficiaries as of July, 2003 | |
| 1141 | 11/13/87 | | Letter from Don M. Newman, then-Under Secretary, HHS to Charles M. West, Executive Vice President, National Association of Retail Druggists, November 13, 1987 | |
| 1142 | 02/02/95 | | Letter from Frank Camozzi (HCFA) to Celeste Brose (Blue Shield CA), February 2, 1995 | |
| 1143 | 05/16/89 | | Letter from Louis W. Sullivan, then-Secretary, HHS to Charles West, Executive Vice President, NARD, May 16, 1989 | |
| 1144 | Oct. – Nov. 2000 | | Letter from Nancy-Ann DeParle (HCFA) to June Gibbs Brown (OIG), OIG Draft Reports: Medicare Reimbursement of End Stage Renal Disease Drugs and Medicare Reimbursement for Albuterol, June 13, 2000 | |
| 1145 | 05/05/00 | | Letter from Tom Bliley (Committee on Commerce) to Donna E. Shalala (HHS) regarding Examination of the Prices that Medicare Pays for the Limited Number of Medicare-Covered Outpatient Drugs, May 5, 2000 | |
| 1146 | 1997 | | Medicare and Medicaid Beneficiary Protection Act of 1997, H.R. 2632, 105th Cong. § 206, 1997 | |
| 1147 | 1999 | | Medicare Fraud and Reimbursement Reform Act of 1999, H.R. 2229, 106th Cong. § 2, 1999 | |
| 1148 | 02/28/03 | | Medicare Payment Advisory Commission, Medicare Report to Senate Committee on Finance Staff, Payment System for Prescription Drugs Covered under Part B, February 28, 2003 | |
| 1149 | 06/25/03 | | Medicare Prescription Drug and Modernization Act of 2003, 108th Congress, Report by Mr. Tauzin, June 25, 2003 | |
| 1150 | 1998 | | Medicare Prescription Drug Coverage Act of 1998, H.R. 4753, 105th Cong.§ 78, 1998 | |
| 1151 | 2006 | | Medicare Prescription Drug, Improvement, and Modernization Act of 2003, 42 U.S.C. § 1395, 2006 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1152 | 1987-2004 | | U.S. Census Bureau, Health Insurance Data, Historical Health Insurance Tables. Table HI-4. Health Insurance Coverage Status and Type of Coverage by State.  All People: 1987 to 2004 | |
| 1153 | 2/27/03 | | CMS, "Medicare Physician Fee Schedule for 2003," February 27, 2003, Fact Sheet | |
| 1154 | 7/15/03 | | ASCO, "New Survey Shows Medicare Bills Would Force 53% of Cancer Physicians to Limit Care for Seniors," July 15, 2003 | |
| 1155 | 1998 | | Medicare Waste Tax Reduction Act of 1998, S. 2335, 105th Cong. § 6, 1998 | |
| 1156 | 1999 | | Medicare Waste Tax Reduction Act of 1999, S. 1451, 106th Cong. § 4, 1999 | |
| 1157 | 08/06/68 | | Memorandum from Irwin Wolkstein, Assistant Director Division of Policy and Standards, HEW, to Joseph Higgins, Drug Task Force, et al., August 6, 1968 | |
| 1158 | 1990 | | Omnibus Budget Reconciliation Act of 1990, H.R. 5835, 101st Congress § 4401 (codified as 42 USCA § 1396s), 1990 | |
| 1159 | | | Pharmacy Benefits Management, Strategic Healthcare Group, U.S. Department of Veterans Affairs, Drug and Pharmaceutical Prices | |
| 1160 | 1997 | | President's Fiscal Year 1998 Budget Proposal for Medicare, Medicaid, and Welfare: Hearings before the Committee on Finance, U.S. Senate, 105th Congress. 85, 1997 | |
| 1161 | 06/08/94 | | Regional Carrier Letter No. 94-19, "Determination of Cost of Drugs – Action," from M.J. Christenberry, Associate Regional Administrator, Division of Medicare, HCFA Regional Office VI, June 8, 1994 | |
| 1162 | 06/02/87 | | Statement of Michael Zimmerman, Issues Related to Possible Coverage of Outpatient Prescription Drugs Under Medicare, GAO, GAO/T-HRD-87-15, June 2, 1987 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1163 | 09/05/00 | | Statements on Introduced Bills and Joint Resolutions, by Mr. Ashcroft (for himself, Mr. Hagel, and Mr. Abraham), Statement regarding S. 3003 the Cancer Care Preservation Act, Congressional Record – Senate, September 5, 2000, S8022-8023 | |
| 1164 | 1998 | | Stop Medicare Overpayment Act of 1998, H.R. 3139, 105th Cong. § 2, 1998 | |
| 1165 | 9/99 | AWP034-0044 – AWP034-0045 | Program Memorandum Intermediaries/Carriers re: Implementation of the New Payment Limit for Drugs and Biologicals, Department of Health and Human Services, Health Care Financing Administration | |
| 1166 | 11/68 | | U.S. Department of Health, Education, and Welfare, Task Force on Prescription Drugs, Background Papers, The Drug Makers and the Drug Distributors, December 1968 | |
| 1167 | | | Academy of Managed Care Pharmacy, "A Guide to Understanding Common Prescription Drug Pricing Terms" | |
| 1168 | 4/97 | | Office of Inspector General, Medicaid Pharmacy Actual Acquisition Cost of Prescription Drug Products for Brand Name Drugs, A-06-96-00030, April 1997 | |
| 1169 | 9/01 | | Office of Inspector General, Medicaid's Use of Revised Average Wholesale Prices, OEI-03-00010, September 2001 | |
| 1170 | 2/99 | | General Accounting Office, *Medicare Physician Payments: Need to Refine Practice Expense Values During Transition and Long Term*, GAO/HHS-99-30, February 1999 | |
| 1171 | | | 39 Fed. Reg. 40303-4 | |
| 1172 | | | Ball, Robert, *Social Security Amendments of 1972: Summary and Legislative History* | |
| 1173 | | | 40 Fed. Reg. 32283-303 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1174 | 2/26/96 | | *Barron's*, "Painful Profits:  Cancer-treatment Firms May Soon See Their Plump Margins Slashed," February 26, 1996 | |
| 1175 | 6/26/03 | | Barrueta, Anthony, Senior Counsel for the Kaiser Foundation Health Plan, FTC/DOJ Joint Hearings, Health Care and Competition Law and Policy, Pharmacy Benefit Management Companies, June 26, 2003 | |
| 1176 | | | 42 CFR § 405.517, 2001 | |
| 1177 | | | 56 Fed. Reg. 25792-800 | |
| 1178 | 6/3/04 | | Bryant, Jim, "Taking Charge of Specialty Drug Costs," *Managed Healthcare Industry Forum on Pharmacy Benefits*, June 3, 2004 | |
| 1179 | | | 56 Fed. Reg. 59502, 59524-5, 59621 | |
| 1180 | 3/97 | | *Cancer Economics, A Supplement to the Cancer Letter*, "Administration Proposes Cut Of Markup On Outpatient Drugs," and "Insurers are Eliminating Markup On Cancer Drugs, Official Says,"  March 1997 | |
| 1181 | 12/14/97 | | *Chicago Tribune*, "Clinton Wants Stricter Curbs on Doctor Charges for Drugs," December 14, 1997 | |
| 1182 | 6/5/00 | | Conlan, Michael F., "AWP Under Fire Again at Federal and State Levels," *Drug Topics*, Vol. 144, No. 11, June 5, 2000 | |
| 1183 | 12/11/89 | | Conlan, Michael F., "AWP Use For Medicaid Plans Comes Under New Attack," *Drug Topics*, December 11, 1989 | |
| 1184 | | | 63 Fed. Reg. 47552-54 | |
| 1185 | | | 65 Fed. Reg. 18434 | |
| 1186 | 9/21/01 | | Dembner, Alice, "Medicare Waste Raises Cost of Drugs by $1B; Congress to Hear Report on Overpayment Excess," *The Boston Globe*, September 21, 2001 | |
| 1187 | | | 69 Fed. Reg. 1084-1090 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1188 | 8/3/94 | | Dillon, Michael J., "Drug Pricing: One Size Fits None," *Journal of Commerce*, August 3, 1994 | |
| 1189 | | | 70 Fed. Reg. 32294 | |
| 1190 | 10/29/03 | | *Drug Industry Daily*, "CMS Delaying Final Rule as Congress Debates AWP," October 29, 2003 | |
| 1191 | 8/11/99 | | Enthoven, Alain, "Discounts:  A Healthy Dose of Competition," *The Washington Post*, August 11, 1999 | |
| 1192 | 11/5/03 | | *Generic Line*, "AWP Methodology Final Rule Delayed by Medicare Debate," November 5, 2003 | |
| 1193 | 6/13/00 | | Testimony of Nancy-Ann Min DeParle, Hearing Before the Committee on Ways and Means, House of Representatives, 106th Congress, Second Session, Regarding Legislation to Cover Prescription Drugs Under Medicare, June 13, 2000 | |
| 1194 | 10/02 | | Gray, Tom, "Construction Ahead," *Home Care*, October 2002 | |
| 1195 | 12/7/04 | | Written Testimony of Edward H. Stratemeier, Esq. (Aventis), Before the Subcommittee on Oversight and Investigation Committee on Energy and Commerce on AWP-Based Reimbursement for Prescription Drugs by Medicaid, December 7, 2004 | |
| 1196 | 3/85 | HHC011-0792-0793 – HHC011-0792-0794 | Letter from Bill McCutchen, Acting Regional Administrator, Health Care Financing Administration, to Sandra L. Robinson, Secretary and State Health Officer, Louisiana Department of Health and Human Services, March 1985 | |
| 1197 | 7/25/96 | HHC908-1217 – HHC908-1218 | Letter from Darlene Debus, Manager, Colorado State Team, HCFA, Region VIII, to Grant Steffen, M.D., Blue Cross Blue Shield of North Dakota, July 25, 1996 | |
| 1198 | 9/14/00 | AWP041-0943 – AWP041-0946 | Letter from Nancy-Ann Min DeParle, Administrator, Health Care Financing Administration, to Medicare Fiscal Intermediaries and Carriers, September 14, 2000 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1199 | 10/2/96 | HHC003-0479 – HHC003-0484 | Letter from Zachary T. Bentley & T. Mark Jones, Ven-A-Care of the Florida Keys, Inc. to Bruce Vladeck, then-Administrator, HCFA, October 2, 1996 | |
| 1200 | 8/12/94 | AWP032-0035 – AWP032-0035 | Memorandum from Jill B. Merrill, Health Insurance Specialist, Medicare Operations Branch, HCFA, to All Part B Carriers, August 12, 1994 | |
| 1201 | 7/17/89 | | Henson, Maria, "Pryor Going after Lower Drug Prices," *Arkansas Democrat-Gazette*, July 17, 1989 | |
| 1202 | 10/25/05 | | Ho, Sam, *Specialty Pharmacy Third Party Payer Perspective*, PacifiCare, October 25, 2005 | |
| 1203 | 4/17/03 | | Iglehart, John K., "Medicare and Drug Pricing," Health Policy Report, *New England Journal of Medicine* 348;16, April 17, 2003 | |
| 1204 | 2/7/69 | | *Journal of Research in Pharmaceutical Economics, Volume 10 Numbers 2/3*, "Task Force on Prescription Drugs-Final Report," February 7, 1969, reproduced in "Prescription Drugs under Medicare: The Legacy of the Task Force on Prescription Drugs, Part 1" | |
| 1205 | 6/19/05 | | Conlan, Michael, F. "Revamped AWPs for Medicare and Medicaid criticized; Brief Article," *Drug Topics*, No. 12, Vol. 144:28, June 19, 2005 | |
| 1206 | 7/92 | | GAO Report to the Chairman, Committee on Finance, U.S. Senate, Medicare:  Reimbursement Policies Can Influence the Setting and Cost of Chemotherapy, GAO/PEMD-92-28 (July 1992) | |
| 1207 | 11/2/98 | | Medicare Program; Revisions to Payment Policies and Adjustments to the Relative Value Units under the Physician Fee Schedule for Calendar Year 1999; Final Rule and Notice, 63 Fed. Reg. 58,813 (Nov. 2, 1998) | |
| 1208 | Spring 1989 | | Kreling, David H., "Assessing Potential Prescription Reimbursement Changes:  Estimated Acquisition Costs in Wisconsin," *Health Care Financing Review*, Spring 1989 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1209 | 12/7/04 | | Community Oncology Alliance, *A Letter to Mark B. McClellan*, December 7, 2004 | |
| 1210 | 9/20/01 | | Marx, Claude R., "Medicare Pays $1.9 Billion More Than Needed For Drugs, Audit Says," *The Associated Press*, September 20, 2001 | |
| 1211 | 3/05 | | Danzon, Patricia, Gail Wilensky and Kathleen Means, "Alternative Strategies for Medicare Payment of Outpatient Prescription Drugs—Part B and Beyond," *American Journal of Managed Care*, Vol. 2, No. 3, March 2005 | |
| 1212 | 2002 | | Medicare Current Beneficiary Survey, *The Characteristics and Perceptions of the Medicare Population*, 2002 | |
| 1213 | 7/5/87 | | Miller, John Winn, "Drug Industry Overcharging Medicaid Prescriptions Costs Taxpayers Millions of Extra Dollars," *Lexington Herald-Leader*, July 5, 1987 | |
| 1214 | 9/04 | | Halcombe, Dawn G., "The Evolution of Community Oncology Care and its Threatened Extinction Due to Federal Private Payment Reform," *American College of Medical Practice Executives Paper* (Medical Group Management Association Article Archive) September 2004 | |
| 1215 | 3/11/04 | | Harris, Gardiner, "Among Cancer Doctors, A Medicare Revolt," *The New York Times*, March 11, 2004 | |
| 1216 | 3/02 | | Herzlinger, Regina, *Cancer Care in America: Description and Implications of Outpatient Community-Based Cancer Care*, Boston Healthcare Associates, March 2002 | |
| 1217 | 2/01 | | Hoffman, William, "A Look at the Trends in Physician Pay – While Overall Pay Remains Flat, Doctor-Employees May Face Trouble," *American College of Physicians, from ACP-ASIM Observer,* February 2001 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1218 | 1/96 | | Congressional Budget Office, How the Medicaid Rebate on Prescription Drugs Affects Pricing in the Pharmaceutical Industry, January 1996 | |
| 1219 | 12/8/04 | | Kleinke, J.D., "Re-Naming and Re-Gaming:  Medicare's Doomed Attempt to Reform Reimbursement for Injectable Drugs," *Health Affairs*, December 8, 2004 | |
| 1220 | 6/99 | | McCann, Barton C., Julia A. James, *The Impact of Medicare Payment Policies on Patient Access to Quality Cancer Care*, June 1999 | |
| 1221 | 5/21/02 | | O'Sullivan, Jennifer, *Medicare: Payments for Covered Prescription Drugs*, Congressional Research Service, Report for Congress, May 21, 2002 | |
| 1222 | 2003 | | Oncology Nursing Society, *Reimbursement vs. Reality:  A Discussion Paper on Medicare Payments for Cancer Treatment*, 2003 | |
| 1223 | | | Palmetto GBA, *Standardizing Prices for Medicare Covered Drugs*, Palmetto GBA | |
| 1224 | 8/6/00 | | Pear, Robert, "Administration Plans Cuts in Some Drug Payments," *New York Times*, August 6, 2000 | |
| 1225 | 8/6/03 | | Pear, Robert "Cancer Drugs Face Funds Cut in a Bush Plan," *The New York Times*, August 6, 2003 | |
| 1226 | 3/6/89 | | Rankin, Ken, "Retail Rx Fears Medicaid Double Cross – Medicaid Average Wholesale Price Reimbursement System – Column," *Drug Store News*, March 6, 1989 | |
| 1227 | 11/20/90 | | Reynolds, Maura, "Medicaid Savings," *Los Angeles Times*, November 20, 1990, Part A | |
| 1228 | 1/2/97 | | Rich, Spencer, "Battling the High Prices of Medicare Pays for Drugs," *The Washington Post*, January 2, 1997, Section A | |
| 1229 | 1986 | | Robinson, Bill, "Medicaid at 20:  Still Awkward and Troubled," *Drug Topics*, Vol. 130, 1986 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1230 | 2/24/89 | | Sanger, Elizabeth, "No Rx for Plans; Drug Plans Draw Pharmacists' Ire," *Newsday* (New York), February 24, 1989 | |
| 1231 | 11/04 | | The Florida Senate, Review of Medicaid Prescription Drug Pricing, Interim Project Report 2005-141, November 2004 | |
| 1232 | 2000 | | Social Security Bulletin, *Annual Statistical Supplement*, 2000 | |
| 1233 | 12/13/97 | | CD containing President Clinton's Weekly Address to the Nation, 12/13/97 | |
| 1234 | 1/98-2/98 | | Pennebaker, George, "The Rest of the AWP Story," Contemporary Pharmacy Management, January-February 1998 | |
| 1235 | 10/3/89 | | Management Advisory Report from Richard Kusserow, Inspector General, to Louis B. Hays, Acting Administrator, Health Care Financing Administration, A-06-40216, re: Use of Average Wholesale Prices in Reimbursing Pharmacies participating in Medicaid and the Medicare Prescription Drug Program, October 3, 1989 | |
| 1236 | | | 63 Fed. Reg. 58813-4.49 | |
| 1237 | 2/1/01 | AZ0436354-AZ0436355 | Email from Alton Wallace Jr. to Patrick L. Frye attaching Zoladex pricing letter | |
| 1238 | 2/27/01 | AZ0436356-AZ0436408 | Email from Alton Wallace Jr. to Patrick L. Frye attaching Zoladex contract information | |
| 1239 | 2002 | AZ043197-AZ0434209 | Zoladex patient education document | |
| 1240 | 2002 | AZ0411941-AZ0411944 | Document entitled *A Case Report in Prostate Cancer* | |
| 1241 | 2001 | AZ0425634-AZ0425635 | Zoladex professional information brochure | |
| 1242 | 2002 | AZ0413342-AZ0413349 | Zoladex Brochure | |
| 1243 | 2001 | AZ0412352-AZ0412353 | Zoladex Brochure | |
| 1244 | 6/4/01 | AZ0715061-AZ0715122 | Internal regulatory affairs presentation | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1245 | 1/02 | BCBSMA-AWP-10002 – BCBSMA-AWP-10005 | POS Outcomes newsletter | |
| 1246 | 6/17/1996 | AZ0021569-AZ0021571 | Memorandum from Carol Ware to Keith Patterson and Mark Reisenauer attaching correspondence regarding Colorado Medicare Part B | |
| 1247 | 12/97 | | Department of Health and Human Services, Office of Inspector General, "Excessive Medicare Payments for Prescription Drugs" | |
| 1248 | 8/00 | | United States General Accounting Office, "Prescription Drugs: Expanding Access to Federal Prices Could Cause Other Price Changes" | |
| 1249 | 6/1997 | | United States General Accounting Office, "Drugs Prices: Effects of Opening Federal Supply Schedule for Pharmaceuticals Are Uncertain" | |
| 1250 | 5/20/1998 | AZ0714865-AZ0714867 | Internal Memorandum from Gene H. Zaiser to all field sales personnel regarding guidelines on the provision of gifts, entertainment, educational grants, and durable free goods policy to customers | |
| 1251 | 1/16/02 | AZ0425788-AZ0425810 | Leroy Townsend Class Action Complaint | |
| 1252 | 10/01 | UHC-HT 00014 – UHC-HT 00033 | Exhibit 2 PHO Provider Participation Addendum | |
| 1253 | 7/14/97 | AZ0068728-AZ0068736 | Agreement between Northwest Zoladex Purchasing Group and Zeneca Pharmaceuticals | |
| 1254 | NA | AZ0238234 | Zeneca Pharmaceuticals internal acceptance of order and invoice # (contained on CD) | |
| 1255 | 11/28/05 | HOWE 0070-HOWE 0074 | Fax from John Noel of Noridian Administrative Services to Donald Haviland, Jr. | |
| 1256 | 6/23/94 | PXL01215-PXL01216 | Memorandum from Sandy Robinson to Keith Patterson regarding Medicare carrier survey of drug acquisition prices | |
| 1257 | 10/12/93 | AZ0011099 | Correspondence from Rael Nidess to Zeneca Inc. regarding discount structure | |
| 1258 | 12/19/01 | AZ0439419-AZ0439462 | Email from George Draper to Jennifer L. Judy attaching the Zoladex contracting guide | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1259 | 4/9/97 | AZ0108104 | Email from Randall C. Mastrangelo to John C. Armstrong, Jean L. Ludwig, Kenneth J. Smith, John L. Wawrzonek regarding South Carolina Medicare | |
| 1260 | 10/10/97 | AZ0413223-AZ0413227 | Fax of document entitled *Virginia Medicare Part B Local Medical Review Policy for Luteinizing Hormone-Releasing Hormone Analogs for the Treatment of Malignant Neoplasm of the Prostate* | |
| 1261 | 7/01 | | Department of Health and Human Services, Office of Inspector General, "Cost Containment of Medicaid HIV/AIDS Drug Expenditures" | |
| 1262 | 10/27/99 | AZ0431476-AZ0431515 | Email from Julie Doll to sales managers attaching Zoladex presentation | |
| 1263 | 2/15/99 | AZ0438902-AZ0438913 | Email from Joseph Mansfield attaching physician acquisition cost and Medicare documents | |
| 1264 | 5/29/99 | AZ0438980-AZ0438981 | Email from Julie Doll regarding Aetna US Healthcare/Zoladex update | |
| 1265 | 12/28/00 | TOWN 0223-TOWN 0224 | CMS Medicare Summary Notice sent to Leroy F. Townsend | |
| 1266 | NA | AZ20238234 | Zeneca Pharmaceuticals internal acceptance of order and invoice | |
| 1267 | 7/14/97 | AZ0067851-AZ0067870 | Agreement between Bay Area Partners/DBA Bay Area Renal Stone Center and Zeneca Pharmaceuticals | |
| 1268 | 2/7/04 | | Blue Cross Blue Shield of Massachusetts, "Analysis of CMS Average Wholesale Price Reform Reimbursement for Part B Drugs" | |
| 1269 | 6/24/02 | AZ0431261-AZ0431271 | Email from Nancy Jones to Holle Terkhorn attaching the Zoladex Buy Group Annual Contract Template | |
| 1270 | Undated | AZ0222915-AZ022926 | Article entitled *Use of the Nonsteroidal Anti-androgen Casodex in Advanced Prostatic Carcinoma* | |
| 1271 | Undated | AZ0100886-AZ0100899 | First National ROAM Meeting presentation slides | |
| 1272 | 1/13/97 | AZ0100979-AZ0100981 | Correspondence from Carrie L. Maglich to David L. Cincs regarding UROCARE | |
| 1273 | 1/30/97 | AZ0100982-AZ0100990 | Agreement between QualMed Plans for Health and Zeneca Pharmaceuticals | |
| 1274 | Undated | AZ0000203-AZ0000212 | Zoladex Strategic Plan 1991-1995 | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1275 | 8/3/93 | AZ0000092-AZ0000112 | Zoladex Strategic Plan 1994-1997 | |
| 1276 | 4/13/94 | AZ0009389-AZ0009401 | Document entitled *Prostate Cancer Situation Analysis* | |
| 1277 | 9/3/02 | AZ0411957-AZ0411958 | Internal AstraZeneca strategic promotional merchandising document | |
| 1278 | 1/2/04 | HOWE0014-HOWE0015 | Medicare Summary Notice for Robert A. Howe | |
| 1279 | Undated | AZ0003508-AZ0003510 | IMS Document entitled *LHRH Market Sales By Channel For Past Five Years* | |
| 1280 | 6/98 | AZ0716123-AZ0716136 | The Journal of Urology, *Combined Orchiectomy and External Radiotherapy Versus Radiotherapy Alone for Nonmetastatic Prostate Cancer With or Without Pelvic Lymph Node Involvement: A Prospective Randomized Study* | |
| 1281 | 3/22/06 | | Expert Report of Mack Roach III, M.D., FACR, Regarding The Role of Zoladex in the Management of Prostate Cancer | |
| 1282 | 2000 | | International Journal of Radiation Oncology, *Predicting Long-Term Survival and the Need for Hormonal Therapy: A Meta-Analysis of ROTG Prostate Cancer Trials* | |
| 1283 | 3/26/97 | AZ0108518 | Email from John Toth to Cyndee Davies and John Beten regarding a HealthAmerica update | |
| 1284 | 2/13/96 | AZ0109146 | Email from Carrie Maglich to Richard Cioll, Julie Doll, Robert Anderson, Constantine Apostolakos and Michael Broach regarding Sentara/Optima | |
| 1285 | 4/1995 | AZ0716137-AZ0716144 | Urology, *Androgen Deprivation with Radiation Therapy Compared with Radiation Therapy Alone for Locally Advanced Prostatic Carcinoma: A Randomized Comparative Trial of the Radiation Therapy Oncology Group* | |
| 1286 | 8/13/05 | AZ0716145-AZ0716151 | The Lancet, *Postoperative Radiotherapy After Radical Prostatectomy: A Randomized Controlled Trial(EORTC Trial 22911)* | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1287 | 5/15/03 | AZ0716152-AZ0716159 | Journal of Clinical Oncology, *Phase III Trial Comparing Whole-Pelvic Versus Prostate-Only Radiotherapy and Neoadjuvant Versus Adjuvant Combined Androgen Suppression: Radiation Therapy Oncology Group 9413* | |
| 1288 | 11/1/03 | AZ0716160-AZ0716166 | Journal of Clinical Oncology, *Phase III Trial of Long-Term Adjuvant Androgen Deprivation After Neoadjuvant Hormonal Cytoreduction and Radiotherapy in Locally Advanced Carcinoma of the Prostate: The Radiation Therapy Oncology Group Protocol 92-02* | |
| 1289 | 3/04 | AZ0716167-AZ0716170 | The Journal of Urology, *The Efficacy and Sequencing of a Short Course of Androgen Suppression on Freedom From Biochemical Failure When Administered with Radiation Therapy for T2-T3 Prostate Cancer* | |
| 1290 | 8/18/04 | AZ0716171-AZ0716177 | JAMA, *6-Month Androgen Suppression Plus Radiation Therapy vs Radiation Therapy Alone for Patients with Clinically Localized Prostate Cancer* | |
| 1291 | 2004 | AZ0716178-AZ0716186 | International Journal of Radiation Oncology, *Report of a Multicenter Canadian Phase III Randomized Trial of 3 Months VS. 8 Months Neoadjuvant Androgen Deprivation Before Standard-Dose Radiotherapy for Clinically Localized Prostate Cancer* | |
| 1292 | 2005 | AZ0716187-AZ0716192 | International Journal of Radiation Oncology, *Androgen Suppression Adjuvant to Definitive Radiotherapy in Prostate Carcinoma – Long-Term Results of Phase III RTOG 85-31* | |
| 1293 | 10/6/05 | AZ0716193-AZ0716202 | The Lancet, *Short-term Androgen Deprivation and Radiotherapy for Locally Advanced Prostate Cancer: Results from the Trans-Tasman Radiation Oncology Group 96.01 Randomised Controlled Trial* Published online at http://oncology.thelancet.com | |
| 1294 | 6/21/94 | AZ0008783-AZ0008784 | Internal Memorandum from Michael C. Tilton regarding IPA Zoladex accounts | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1295 | 11/98 | | Department of Health and Human Services, Office of Inspector General, "Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs" | |
| 1296 | 11/12/91 | AZ0049482-AZ0049508 | 1992 Zoladex Promotional Plan | |
| 1297 | 12/11/97 | AZ0080751-AZ0080752 | Email from Julie Tracy to Donald Blum and Michael Diggin regarding Harvard Pilgrim Health Care Zoladex Contract | |
| 1298 | 11/7/97 | AZ0068154-AZ0068171 | Zeneca Pharmaceuticals Agreement between LHRH Inc. and Zeneca Pharmaceuticals, with cover sheet of label reading "Signed Agreement (Urology) LHRH Inc. Manhasset, NY" | |
| 1299 | 2/17/99 | AZ0609432-AZ0609435 | Amendment to Agreement between Harvard Pilgrim Health Care and Zeneca Pharmaceuticals, with Document Transmittal cover sheet | |
| 1300 | 1/3/97 | AZ0108979 | Email from Maureen Gillick to David Ilconich, Linda Palczuk, Donald Wildrick, Jodi Mudgett, Richard Deyoung, and Mike Boas regarding Tufts-Zoladex Bill to Ship to - update | |
| 1301 | 01/15/91 | AZ0048992-AZ0049023 | 1991 Zoladex Promotional Plan | |
| 1302 | Undated | AZ0000203-AZ0000212 | Zoladex Strategic Plan 1991-1995 | |
| 1303 | 8/6/96 | PXL01258-PXLl01265 | Fax from Carol Ware to Keith Patterson and Mark Reisenauer regarding AWP and AC | |
| 1304 | 11/27/74 | | Federal Register, "Reimbursement of Drug Cost- Medical Assistance Program | |
| 1305 | 3/22/06 | | Merits Report and Declaration of John P. Gould, Ph.D. | |
| 1306 | | | CD of Materials Produced in Connection with 3/22/06 Declaration of Professor John P. Gould (including IMS data) | |
| 1307 | 3/21/06 | | Merits Report and Declaration of Eric M. Gaier, Ph.D. (March 21, 2006) | |
| 1308 | 3/22/06 | | Merits Report and Declaration of Fiona Scott Morton, Ph.D. (March 22, 2006) | |
| 1309 | 3/22/06 | | Merits Report and Declaration of Gregory K. Bell, Ph.D. (March 22, 2006) | |

| TRIAL EXH. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1310 | | | Supporting Data Produced in Connection with 3/21/06 Merits Report and Declaration of Eric M. Gaier, Ph.D. | |
| 1311 | 11/10/06 | | Direct Testimony Declaration of Professor John P. Gould | |
| 1312 | 11/10/06 | | Affidavit of Eric M. Gaier, Ph.D. Submitted as Direct Testimony in Case-in-Chief of Track 1 Defendants in the Trial of Class 2 and Class 3 Claims | |
| 1313 | 11/26/06 | | Affidavit of Gregory K. Bell, Ph.D., Submitted as Direct Testimony on Behalf of Track 1 Defendants | |
| 1314 | | | IMS Market Share Data Produced on December 1, 2006 | |
| 1315 | | | Supporting Data Produced in Connection with 3/22/06 Merits Report and Declaration of Fiona M. Scott Morton, Ph.D. | |
| 1316 | 6/10/1996 | | Barron's, *Hooked on Drugs – Why do insurers pay such outrageous prices for pharmaceuticals?* | |
| 1317 | 1/31/96 | AZ0109433-AZ0100629 | Internal Memorandum from Zoladex Marketing Team Regarding Revised Zoladex Physician Price Sheet | |
| 1318 | 7/6/93 | AZ0048182-AZ0048183 | Letter from J.R. Hildreth | |
| 1319 | 1/19/95 | AZ0097542 | Internal Memorandum Regarding Zoladex Price Increase | |
| 1320 | 1/9/96 | AZ0108933-AZ01083936 | Internal Memorandum Regarding New Zoladex Volume Discounts and Price Increase | |

Respectfully submitted,

By:   /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: March 16, 2007

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was delivered on March 16, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.


By: <u>/s/ Katherine B. Schmeckpeper</u>
Katherine B. Schmeckpeper

-30-