**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>No. 06-CV-11337-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**JOINT MOTION OF UNITED STATES, RELATOR, AND ABBOTT**
**LABORATORIES, INC. FOR ENTRY OF CASE MANAGEMENT ORDER**

The parties have previously filed separate proposed case management orders that set forth competing proposals on various case management order issues, including the length and limits of discovery.  The parties have met-and-conferred on the various case management order issues and have considered the comments and rulings made by the Court during hearings held on October 26, 2006 and February 27, 2007.  The parties have reached agreement upon the attached [Proposed] Case Management Order No. 29.  The [Proposed] Case Management Order No. 29 would apply only to the parties in the above-captioned case.

WHEREFORE, through this Joint Motion, the parties respectfully request that the Court enter the attached [Proposed] Case Management Order No. 29.

Dated:  March 19, 2007                          Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*


PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL

 /s/ Renée Brooker
Joyce R. Branda
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-1088
Fax: (202) 307-3852

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9003
Fax: (305) 536-4101

*Counsel for the United States of America*


/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Phone: (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com

*Counsel for the Relator, Ven-A-Care of the Florida Keys, Inc.*

**CERTIFICATE OF SERVICE**

    I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing JOINT MOTION OF UNITED STATES, RELATOR, AND ABBOTT LABORATORIES, INC. FOR ENTRY OF CASE MANAGEMENT ORDER to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 19th day of March, 2007.

                                       /s/ David S. Torborg
                                       David S. Torborg