UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation ) ) ) ) | MDL No. 1456<br>C.A. No. 01-12257 |
| This Document Relates To: ) ) | Hon. Patti B. Saris |
| *The County of Erie v. Abbott Laboratories, Inc., et al.*, No. 1:07-cv-10282-PBS | |
| *The County of Oswego v. Abbott Laboratories, Inc., et al.*, No. 1:07-cv-10271-PBS | |
| *The County of Schenectady v. Abbott Laboratories, Inc., et al.*, No. 1:07-cv-10273-PBS | |

**MOTION OF PLAINTIFFS COUNTY OF ERIE, COUNTY OF OSWEGO, AND COUNTY OF SCHENECTADY FOR A HEARING REGARDING THEIR MOTIONS TO REMAND**

Plaintiffs County of Erie, County of Oswego, and County of Schenectady respectfully request that this Court schedule a hearing to consider their pending motions to remand, which were filed in their respective federal district courts prior to being transferred to the MDL.

Dated: New York, New York
March 20, 2007

Respectfully submitted,

By: __/s/ Paul J. Pennock__
Paul J. Pennock
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, NY 10038
Phone: (212) 558-5500
Fax: (212) 344-5461