UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | ) ) ) ) | MDL No. 1456 C.A. No. 01-12257 |
| This Document Relates To: | ) ) ) | Hon. Patti B. Saris |
| *The County of Erie v. Abbott Laboratories, Inc., et al.,* No. 1:07-cv-10282-PBS | ) ) ) ) | |
| *The County of Oswego v. Abbott Laboratories, Inc., et al.,* No. 1:07-cv-10271-PBS | ) ) ) ) | |
| *The County of Schenectady v. Abbott Laboratories, Inc., et al.,* No. 1:07-cv-10273-PBS | ) ) ) ) ) | |

**MEMORANDUM IN SUPPORT OF MOTION OF PLAINTIFFS COUNTY OF ERIE, COUNTY OF OSWEGO, AND COUNTY OF SCHENECTADY FOR A HEARING REGARDING THEIR MOTIONS TO REMAND**

Plaintiffs County of Erie, County of Oswego, and County of Schenectady respectfully request that this Court schedule a hearing to consider their fully-briefed and pending motions to remand which were filed in their respective federal district courts prior to being transferred by the Judicial Panel on Multidistrict Litigation to the MDL by order dated February 7, 2007.

The Counties filed these actions in their respective state court venues on March 8, 2005 (County of Erie), May 10, 2006 (County of Schenectady), and May 11, 2006 (County of Oswego). The cases were not removed within thirty (30) days of service upon the defendants. Nevertheless, on or about October 11, 2006, defendant Dey, Inc., with the consent of the other defendants, removed all three cases on the same basis, specifically that the federal government's *qui tam* complaint against Dey, and the September 9, 2006 order unsealing it, constituted an "order or other

paper" from which Dey first ascertained that the cases had become removable within the meaning of 28 U.S.C. § 1446(b). The legal issue presented in the Counties' remand motions are identical: (1) whether the removals were timely pursuant to 28 U.S.C. § 1446(b) and, if so, (2) whether the federal district courts have original jurisdiction over the Counties' actions as required by 28 U.S.C. § 1441(a). This Court has already visited the first issue, as it construed the "order or other paper" language of 28 U.S.C. § 1446(b) in rejecting an earlier removal of similar actions brought by the states of Illinois, Kentucky and New York as being untimely. *In re Pharmaceutical Industry Average Wholesale Price Litigation*, 431 F. Supp. 2d 98, 109 (D.Mass. 2006).

The removals and jurisdictional disputes have already caused over five (5) months delay and have prejudiced the rights of the Counties to prosecute their claims in state court. In order to avoid further delay and prejudice, the Counties respectfully request that this Court schedule a hearing to decide the remand motions.

Dated: New York, New York
       March 20, 2007

                                    Respectfully submitted,

                                By:   /s/ Paul J. Pennock
                                    Paul J. Pennock
                                    WEITZ & LUXENBERG, P.C.
                                    180 Maiden Lane
                                    New York, NY 10038
                                    Phone: (212) 558-5500
                                    Fax: (212) 344-5461