# **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 20th day of March, 2007 caused to be served a true and correct copy of Motion of Plaintiffs County of Erie, County of Osewgo, and County of Schenectady For a Hearing Regarding Their Motions to Remand, and Memorandum in Support of Motion of Plaintiffs County of Erie, County of Oswego, and County of Schenectady For a Hearing Regarding Their Motions to Remand via the CM/ECF system.

By:    \_\_\_/s/ Paul J. Pennock_____
       Paul J. Pennock
       WEITZ & LUXENBERG, P.C.
       180 Maiden Lane
       New York, NY 10038
       Phone: (212) 558-5500
       Fax: (212) 344-5461