UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>County of Oswego v. Abbott Laboratories, Inc., *et al.*<br>1:07-cv-10271-PBS | MDL No. 1456<br>Master File No. 01-12257 PBS<br><br>Hon. Patti B. Saris |

### NOTICE OF VOLUNTARY DISMISSAL OF GILEAD SCIENCES, INC.

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), Plaintiff County of Oswego hereby dismisses without prejudice all claims against Defendant Gilead Sciences, Inc. Gilead Sciences, Inc. has not served an answer or motion for summary judgment in the above-captioned matter; therefore, Plaintiff's claims will be dismissed without order of this Court, upon filing of this notice of dismissal.

                                                  Respectfully submitted,

Dated: New York, New York               /s/ Paul J. Pennock
       March 20, 2007                     Paul J. Pennock, Esq.
                                             Weitz & Luxenberg, P.C.
                                             180 Maiden Lane
                                             New York, New York  10038

                                             ATTORNEYS FOR PLAINTIFF
                                             COUNTY OF OSWEGO

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this 20th day of March, 2007, caused to be served a true and correct copy of the foregoing pleading to all counsel of record via the CM/ECF system.

_____
Paul J. Pennock, Esq.