# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL No. 1456**<br>**Master File No. 01-12257 PBS** |
| **THIS DOCUMENT RELATES TO:** | **Hon. Patti B. Saris** |
| **County of Schenectady v. Abbott Laboratories, Inc.,** *et al.*<br>**1:07-cv-10273-PBS** | |

## NOTICE OF VOLUNTARY DISMISSAL OF GILEAD SCIENCES, INC.

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), Plaintiff County of Schenectady hereby dismisses without prejudice all claims against Defendant Gilead Sciences, Inc. Gilead Sciences, Inc. has not served an answer or motion for summary judgment in the above-captioned matter; therefore, Plaintiff's claims will be dismissed without order of this Court, upon filing of this notice of dismissal.

Respectfully submitted,

Dated: New York, New York
      March 20, 2007

_____/s/ Paul J. Pennock_____
Paul J. Pennock, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York  10038

ATTORNEYS FOR PLAINTIFF
COUNTY OF SCHENECTADY

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 20th day of March, 2007, caused to be served a true

and correct copy of the foregoing pleading to all counsel of record via the CM/ECF system.


_____/s/ Paul J. Pennock_____
Paul J. Pennock, Esq.