## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| *State of Montana v. Abbott Labs., Inc., et al.*, Cause No. CV-02-09-H-DWM (D. Mont.), | Judge Patti B. Saris |
| *State of Nevada v. American Home Products, et al.,* CA No. 02-CV-12086-PBS (Nevada II) | |

**MONTANA'S AND NEVADA'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RESPONDING TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

The States of Montana and Nevada ("States"), by their undersigned counsel, respectfully requests that the Court extend to April 19, 2007 the time for the State to respond to Defendants' individual motions for summary judgment. The State has discussed the extension of time with Defendants and they do not oppose the request. As grounds for its request, the State submits the following:

1.  On February 8, 2007, Defendants filed over 20 motions for summary judgment in these cases. Defendants filed a Joint Motion for Summary Judgment in the Nevada II case, a Joint Motion for Summary Judgment in the Montana case, and 19 individual defendant-specific motions for summary judgment between the two cases.

2.  On February 8, 2007, Defendants also served their expert reports in these cases.

3.  The Order dated December 12, 2006 sets March 22, 2007 as the response date for all summary judgments, April 5, 2007 as the date for summary judgment replies, and April 12, 2007 as the date for summary judgment sur-replies.

4. The States intend to file their responses to the joint motions for summary judgment in accordance with the standing schedule.

5. The States seek an extension of time to respond to the individual motions for summary judgment.

6. The case-related reasons for the extension of time include the schedule for the next MDL trial phase and related work; the schedule of Dr. Hartman, the State's expert; the volume of motions and related materials submitted by the defendants; and other case demands.

7. In addition, one of the principal lawyers representing the States had an unexpected two week absence from the firm due to the death of a parent.

8. The States advised Defendants that they require the additional time to respond for these reasons. Defendants advised the States that they consented to the request.

9. The State therefore requests that the Court enter an order giving the State until April 19, 2007 to respond to the individual motions for summary judgment and extending the deadlines for summary judgment replies and sur-replies to May 3, 2007 and May 10, 2007 respectively.

10. The States and Defendants have not reached agreement regarding a proposed schedule for the hearing of the joint and individual motions, which the Court set for hearing on May 2, 2007, and Defendants propose retaining for argument on Defendants' joint motions for summary judgment and Montana's motion for partial summary judgment, with a separate hearing on the individual Defendant motions. The States will approach the Court separately on the matter.

- 3 -

DATED: March 20, 2007

By   /s/ Jeniphr Breckenridge
    Steve W. Berman
    Sean R. Matt
    Jeniphr A.E. Breckenridge
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594

    Thomas M. Sobol
    Edward Notargiacomo
    HAGENS BERMAN SOBOL SHAPIRO LLP
    One Main Street, 4th Floor
    Boston, MA  02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003

    COUNSEL FOR PLAINTIFFS
    STATE OF MONTANA AND STATE OF NEVADA

    Catherine Cortez Masto
    Attorney General of the State of Nevada
    L. Timothy Terry
    Deputy Attorney General
    100 N. Carson Street
    Carson City,  NV 89701-4714

    COUNSEL FOR PLAINTIFF
    STATE OF NEVADA

    Mike McGrath
    Attorney General of Montana
    Ali Bovingdon
    Assistant Attorney General
    Justice Building
    215 North Sanders
    P.O. Box 201401
    Helena, MT  56920-1402
    (406) 444-2026

    COUNSEL FOR PLAINTIFF
    STATE OF MONTANA

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Jeniphr Breckenridge, hereby certify that I am one of plaintiffs' attorneys and that, on March 20, 2007, I caused copies of **MONTANA'S AND NEVADA'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RESPONDING TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

  /s/ Jeniphr Breckenridge
Jeniphr Breckenridge

001534-13  159571 V1