UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

### NOTICE OF SUPPLEMENTAL EVIDENCE REGARDING THE MARKETING OF REMICADE OR FOR LEAVE TO TAKE DISCOVERY OF THE "KA-CHING" MARKETING TOOL

Plaintiffs introduced evidence that, with respect to Remicade, J&J changed the historical WAC to AWP ratio of 25% to 30% in order to incentive physicians to prescribe Remicade. Plaintiffs introduced evidence that the aggregate difference of changing the margin for doctors between 25% and 30% was substantial.  Plaintiffs Ex. 4066 ($191,543,208).

After the trial was over, and after closing arguments, a press report indicated that a former Centocor employee alleged that she was involved in the unlawful marketing of Remicade and that the marketing materials emphasized the money to be made by prescribing Remicade.

The complaint, attached hereto, alleges that "one power point presentation contains an audible 'Ka-Ching' sound while a slide details the profit potential of Remicade." (Attachment A, ¶ 12.)

Certainly the sound of a "Ka-Ching" reverberating throughout the courtroom while J&J witnesses testified they did not market the spread, or that the government knew it all, would have been powerful evidence.

001534-16 160427 V1

Plaintiffs' counsel, upon learning of this allegation, contacted J&J's counsel asking if the audible version had been produced in this case, which it should have been.  After waiting for a month, no response has been received.

Plaintiffs, therefore, request that the fact of the "Ka-Ching" tape be admitted into evidence or that plaintiffs be allowed discovery on this issue to possibly supplement the record.[1]

DATED:  March 21, 2007

By    /s/ **Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

---

[1] Discovery would be limited to seeking production of the audible version and a deposition to determine how it was used.

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on March 21, 2007, I caused copies of **NOTICE OF SUPPLEMENTAL EVIDENCE REGARDING THE MARKETING OF REMICADE OR FOR LEAVE TO TAKE DISCOVERY OF THE "KA-CHING" MARKETING TOOL** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

         **/s/ Steve W. Berman**
         Steve W. Berman

- 4 -
001534-16 160427 V1