UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO *State of Montana v. Abbott Laboratories, Inc., et al.,* Civil Action No. 02-12084-PBS | CIVIL ACTION: 01-CV-12257-PBS  Judge Patti B. Saris |

**DEFENDANT SICOR INC.'S INDIVIDUAL MEMORANDUM IN OPPOSITION TO THE STATE OF MONTANA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**I.   ARGUMENT**

Defendants Sicor Inc., Genesia Sicor Pharmaceuticals Inc. and Genesia, Inc. (collectively, "Sicor") join in the Defendants' Joint Opposition to the State of Montana's Motion for Partial Summary Judgment Against Certain Defendants filed on behalf of all Defendants. In addition to the grounds set forth in the Defendants' Joint Opposition, Sicor also opposes the State's Motion for Partial Summary Judgment for the reasons set forth in Sicor's Memorandum in Support of Motion for Summary Judgment filed on February 8, 2007.

Sicor moved for summary judgment on the grounds that the State failed to present any genuine issue of a material fact against Sicor. The State's own expert, Dr. Raymond Hartman, admits that Sicor has not caused the State any damages. Dr. Hartman concluded in his June 20, 2006 report entitled, "Calculation of Damages and Penalties for the State of Montana - Supplementary Declaration of Raymond S. Hartman," that the State's "Total Statute Penalties" caused by Sicor were "$0." (*See* Declaration of Sekret T. Sneed in Support of Sicor Inc.'s Motion for Summary Judgment, Ex. B.) Thus, the State has no claims against Sicor, and the State's Motion for Partial Summary Judgment against Sicor should be denied.

## II. CONCLUSION

For the foregoing reasons, and for the reasons set forth in Defendants' Joint Opposition to the State of Montana's Motion for Partial Summary Judgment Against Certain Defendants, Sicor respectfully requests that the Court deny the State's Motion for Partial Summary Judgment against Sicor.

Dated: March 22, 2007

SICOR INC.
By its attorneys,

/s/ Christopher E. Prince
Christopher E. Prince (Admitted *Pro Hac Vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 1500
Los Angeles, California 90017

-- *and*--

Robert J. Muldoon, Jr. (BBO # 359480)
James W. Matthews (BBO # 560560)
Pamela Zorn Adams (BBO # 640800)
SHERIN AND LODGEN LLP
101 Federal Street
Boston, Massachusetts 02110

### CERTIFICATE OF SERVICE

I hereby certify that I, Pamela Zorn Adams, an attorney, caused a true and correct copy of the foregoing DEFENDANT SICOR INC.'S INDIVIDUAL MEMORANDUM IN OPPOSITION TO STATE OF MONTANA'S MOTION FOR PARTIAL SUMMARY JUDGMENT to be served on all counsel of record electronically via Lexis/Nexis Technologies on March 22, 2007, pursuant to Section D of Case Management Order No. 2.

/s/ Pamela Zorn Adams
Pamela Zorn Adams

00155640.DOC /