IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) ) ) | |
| *State of Montana v. Abbott Labs., Inc., et al.,*<br>CA No. 02-CV-12084-PBS ) ) ) | REQUEST FOR ORAL ARGUMENT |

**BAYER'S RESPONSE TO THE STATE OF MONTANA'S L.R. 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DEFENDANT**

Bayer Corporation ("Bayer") joins Defendants' Joint Response to the State of Montana's Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment Against Certain Defendants. Bayer submits this separate response to address the sole piece of evidence specifically related to Bayer that Montana cites in its Statement.

Montana's Statement treats all defendants as the same, without taking into account what the State has already conceded: that the 2001 Settlement bars the State's pre-settlement claims as to Covered Drugs, and that it bars the State's post-settlement claims as to all drugs. The only evidence the State cites to support this proposition as to Bayer is a memorandum dated August 1997 concerning the AWP for Bayer's drug Kogenate. (MSUF ¶ 3 n.6; MAPP Ex. 17).[1] This document does not, however, support Montana's case for summary judgment, because in 2001 the State settled any claims it might have had against Bayer "under any source of law" for alleged AWP fraud relating to Kogenate. (2001 Settlement Agreement, Pts. II(C), III(2) (BAYAPP Tab A-1); Affidavit of Jeffrey M. Greenman ("Greenman Aff.") ¶ 3–4 (BAYAPP Tab A)). Recognizing the agreement's preclusive effect, the Court in its June 10, 2004 Order "dismisse[d] all fraud claims concerning drugs covered by the 2001 . . . settlement[]." *In re Pharm. Average Wholesale Price Litig.*, 321 F. Supp. 2d 187, 208 (D. Mass. 2004). Thus,

---

[1] Citations to "MSUF," "MAPP," and "BAYAPP" refer to the State of Montana's L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment against Certain Defendants ("MSUF"); the Declaration of Jeniphr Breckenridge in Support of the State of Montana's Motion for Partial Summary Judgment against Certain Defendants and associated exhibits ("MAPP"); and the Appendix of Documents in Support of the Motion for Summary Judgment of Bayer Corporation ("BAYAPP").

- 2 -

Montana has failed to identify any relevant evidence to support its Statement as it relates to Bayer.

March 22, 2007

        /s/ Richard D. Raskin
Richard D. Raskin
Michael Doss
Ben J. Keith
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
312-853-7000 (tel.)
312-853-7036 (facsimile)

**CERTIFICATE OF SERVICE**

        I hereby certify that on March 22, 2007, I caused a true and correct copy of the Bayer's Response to the State of Montana's L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment against Certain Defendants to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                                /s/ Michael Doss