**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE LITIGATION ) | MDL No. 1456 |
| ) | |
| ) | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) | |
| *State of Montana v. Abbott Labs Inc., et al.* ) | Judge Patti B. Saris |
| 02-CV-12084-PBS ) | |

### DEFENDANT TAP PHARMACEUTICAL PRODUCTS INC.'S JOINDER IN JOINT RESPONSE TO STATE OF MONTANA'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND INDIVIDUAL SUPPLEMENTAL STATEMENT OF UNDISPUTED FACTS

Defendant TAP Pharmaceutical Products Inc. ("TAP") joins in Defendants' Joint Response to the State of Montana's Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment Against Certain Defendants and Supplemental Statement of Undisputed Facts and makes the following Supplemental Statement of Undisputed Facts in support of its Individual Opposition to the State's Motion for Partial Summary Judgment:

¶¶ 13-17.   TAP incorporates as if fully set forth herein, paragraphs 15 – 19 of its Local Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment, and exhibits thereto (Docket Nos. 3781-1; 3788).

-2-

Dated:  March 22, 2007                                Respectfully submitted,

/s/ Toni A. Citera
Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

James R. Daly
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

**Counsel for Defendant
Abbott Laboratories**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2007, I caused a true and correct copy of the foregoing **Defendant Abbott Laboratories, Inc.'s Opposition to Plaintiff's Motion for Summary Judgment** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 in MDL No. 1456, a copy to LexisNexis File and Serve for Posting and notification to all parties..

                                        /s/ Toni A. Citera
                                        Toni A. Citera