UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br>No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbot Labs, Inc., et al.,*<br>D. Mont. Case No. CV-02-09-H-DWM | |

## IMMUNEX CORPORATION'S MOTION FOR LEAVE TO FILE A CERTAIN EXHIBIT UNDER SEAL

In accordance with the terms and conditions of the Court's December 13, 2002 Protective Order, defendant Immunex Corporation respectfully moves for leave to file the following materials under seal:

Exhibit 1 to Immunex Corporation's Supplemental Statement of Undisputed Material Facts in Support of Its Opposition to the State's Motion for Partial Summary Judgment (the "Statement"): a January 2, 2001 Letter from Sigrid M. Schreiner of Immunex to Kay Morgan of First Data Bank, which has been designated as "HIGHLY CONFIDENTIAL."

This motion relates only to the exhibit to the Statement. The Statement itself is being electronically filed with the Court today, and no sealing or special protection is being sought with respect to it.

The materials listed above have been designated as "HIGHLY CONFIDENTIAL" pursuant to the terms of this Court's December 13, 2002 Protective Order (Docket No. 276), and

they contain information that is "HIGHLY CONFIDENTIAL" within the scope of the Protective Order. Immunex Corporation accordingly requests that these materials may be filed under seal.

In addition, Paragraph 15 of the Protective Order requires that "[a]ny documents or pleadings to be filed with the Court that contain 'CONFIDENTIAL' or 'HIGHLY CONFIDENTIAL' information[] shall be filed under seal . . . ." In bringing this motion, Immunex Corporation seeks to comply with the terms of the Protective Order.

WHEREFORE, Immunex Corporation respectfully requests that the Court grant it leave to file the materials listed above under seal. For the Court's convenience, a Proposed Order is attached to this motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for Immunex Corporation has conferred with counsel for the State of Montana in a good faith effort to resolve or narrow the issues presented by this motion. Counsel were unable to reach agreement on the issue of whether the materials listed above should be sealed.

Respectfully submitted,

IMMUNEX CORPORATION,

by its attorneys,

/s/ Gary M. Ronan
David J. Burman, WSBA # 10611
Kathleen M. O'Sullivan, WSBA # 27850
Charles C. Sipos, WSBA # 32825
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206-359-8000
Fax: 206-359-9000
Email: DBurman@perkinscoie.com
E-mail: KOSullivan@perkinscoie.com
E-mail: CSipos@perkinscoie.com

Thomas J. Sartory, BBO #442500
Gary M. Ronan, BBO #653899
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Telephone: 617-482-1776
Fax: 617-574-4112
Email: tsartory@goulstonstorrs.com
Email: gronan@goulstonstorrs.com

Dated: March 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March 2007, a true and correct copy of the foregoing document was served upon all counsel of record by electronic service pursuant to the District of Massachusetts's Electronic Case Filing System (CM/ECF).

/s/ Gary M. Ronan
Gary M. Ronan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL 1456 <br> ) No. 01-CV-12257-PBS <br> ) <br> ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br><br> *State of Montana v. Abbot Labs, Inc., et al.,* <br> D. Mont. Case No. CV-02-09-H-DWM | ) <br> ) <br> ) <br> ) |

## PROPOSED ORDER GRANTING IMMUNEX CORPORATION'S MOTION FOR LEAVE TO FILE A CERTAIN EXHIBIT UNDER SEAL

This matter is before the Court on Immunex Corporation's March 22, 2007 Motion for Leave to File a Certain Exhibit Under Seal.

The Court hereby ALLOWS Immunex Corporation's motion and authorizes the filing of the following materials under seal:

> Exhibit 1 to Immunex Corporation's Supplemental Statement of Undisputed Material Facts in Support of Its Opposition to the State's Motion for Partial Summary Judgment: a January 2, 2001 Letter from Sigrid M. Schreiner of Immunex to Kay Morgan of First Data Bank, which has been designated as "HIGHLY CONFIDENTIAL."

IT IS SO ORDERED

DATED: _____

_____
Hon. Patti B. Saris
United States District Court Judge