**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) | |
| AVERAGE WHOLESALE PRICE LITIGATION ) | MDL No. 1456 |
| ) | |
| ) | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) | |
| *State of Montana v. Abbott Labs Inc., et al.* ) | Judge Patti B. Saris |
| 02-CV-12084-PBS ) | |

### DEFENDANTS ABBOTT LABORATORIES, PFIZER INC., AND PHARMACIA CORPORATION'S JOINDER IN JOINT RESPONSE TO STATE OF MONTANA'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND INDIVIDUAL <u>SUPPLEMENTAL STATEMENT OF UNDISPUTED FACTS</u>

Defendants Abbott Laboratories ("Abbott"), Pfizer Inc. ("Pfizer"), and Pharmacia Corporation ("Pharmacia") join in Defendants' Joint Response to the State of Montana's Statement of Undisputed Material Facts in Support of Its Motion for Partial Summary Judgment Against Certain Defendants and Supplemental Statement of Undisputed Facts and make the following Supplemental Statement of Undisputed Facts in support of its Individual Opposition to the State's Motion for Partial Summary Judgment:

¶¶ 13 – 19.    Abbott incorporates as if fully set forth herein, paragraphs 10, 17, 23, 28, and 30 – 32 of its Local Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment, and exhibits thereto (Docket No. 3785).

¶¶ 20 – 30.    Pfizer and Pharmacia incorporate as if fully set forth herein, paragraphs 6 – 14, 30 – 31 of their Local Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment, and exhibits thereto (Docket No. 3770).

-2-

Dated:  March 22, 2007                                Respectfully submitted,

/s/ Toni-Ann Citera                                      /s/ Erica Smith-Klocek
James R. Daly                                             John C. Dodds
Tina M. Tabacchi                                        Erica Smith-Klocek
JONES DAY                                                MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive                                 1701 Market Street
Chicago, Illinois 60601                                Philadelphia, PA 19103
Telephone:  (312) 782-3939                        Tel:  (215) 963-5000
Facsimile:  (312) 782-8585                         Fax: (215) 963-5001

Toni-Ann Citera                                            Mark D. Smith
JONES DAY                                                LAREDO & SMITH, LLP
222 East 41st Street                                     15 Broad Street, Suite 600
New York, New York 10017                      Boston, MA 02109
Telephone:  (212) 326-3939                        Tel:  (617) 367-7984
Facsimile:  (212) 755-7306                         Fax: (617) 367-6475

**Counsel for Defendant**                          **Counsel for Pfizer Inc. and**
**Abbott Laboratories**                              **Pharmacia Corporation**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2007, I caused a true and correct copy of the foregoing Defendants Abbott Laboratories, Pfizer, Inc., and Pharmacia Corporation's Joinder in Joint Response to State of Montana's Statement of Undisputed Facts in Support of its Motion for Partial Summary Judgment and Individual Supplemental Statement of Undisputed facts to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 in MDL No. 1456, a copy to LexisNexis File and Serve for Posting and notification to all parties..

                                                /s/ Toni A. Citera_____
                                                Toni A. Citera