UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) |
| | MDL 1456 No. 01-CV-12257-PBS Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: *State of Montana v. Abbot Labs, Inc., et al.,* D. Mont. Case No. CV-02-09-H-DWM | ) ) ) ) ) ) ) |

## DEFENDANTS' MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL

In accordance with the terms and conditions of the Court's December 13, 2002 Protective Order, Defendants in the Montana action respectfully move for leave to file the materials described below under seal.

The materials subject to this motion are the following:

1.   Exhibit 1 to the Confidential Declaration of Kathleen M. O'Sullivan in Support of Defendants' Joint Opposition to the State of Montana's Motion for Partial Summary Judgment Against Certain Defendants (the "Declaration"): true and accurate copies of selected pages from the transcript of the deposition of Patricia Kay Morgan of First Data Bank, which has been designated as "HIGHLY CONFIDENTIAL";

2.   Exhibit 2 to the Declaration: a February 11, 2002 e-mail from Kay Morgan of First Data Bank to Suzann Lowery, with attached messages, which has been designated as "HIGHLY CONFIDENTIAL";

3.      Exhibit 3 to the Declaration: a June 13, 2006 Declaration and a June 20, 2006 Supplemental Declaration of Dr. Raymond S. Hartman (an expert witness retained by the State of Montana to testify about damages issues), which have been designated as containing "CONFIDENTIAL" information; and

4.      Exhibit 4 to the Declaration: true and accurate copies of selected pages from the transcript of the deposition of Dr. Raymond S. Hartman, which has been designated as "HIGHLY CONFIDENTIAL."

This motion relates only to the exhibits to the Declaration. The Declaration itself is being electronically filed with the Court today, and no sealing or special protection is being sought with respect to it.

The materials listed above have been designated as "HIGHLY CONFIDENTIAL" or "CONFIDENTIAL" pursuant to the terms of this Court's December 13, 2002 Protective Order (Docket No. 276), and they contain information that is "HIGHLY CONFIDENTIAL" or "CONFIDENTIAL" within the scope of the Protective Order. Defendants accordingly request that these materials may be filed under seal.

In addition, Paragraph 15 of the Protective Order requires that "[a]ny documents or pleadings to be filed with the Court that contain 'CONFIDENTIAL' or 'HIGHLY CONFIDENTIAL' information[] shall be filed under seal . . . ." In bringing this motion, Defendants seek to comply with the terms of the Protective Order.

WHEREFORE, Defendants respectfully request that the Court grant them leave to file the materials listed above under seal. For the Court's convenience, a Proposed Order is attached to this motion.

LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for Defendants has conferred with counsel for the State of Montana in a good faith effort to resolve or narrow the issues presented by this motion. Counsel were unable to reach agreement on the issue of whether the materials listed above should be sealed.

Respectfully submitted,

ON BEHALF OF ALL DEFENDANTS IN THE MONTANA ACTION,

By: /s/ Gary M. Ronan
David J. Burman, WSBA # 10611
Kathleen M. O'Sullivan, WSBA # 27850
Charles C. Sipos, WSBA # 32825
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206-359-8000
Fax: 206-359-9000
Email: DBurman@perkinscoie.com
E-mail: KOSullivan@perkinscoie.com
E-mail: CSipos@perkinscoie.com

Thomas J. Sartory, BBO #442500
Gary M. Ronan, BBO #653899
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Telephone: 617-482-1776
Fax: 617-574-4112
Email: tsartory@goulstonstorrs.com
Email: gronan@goulstonstorrs.com

Dated: March 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March 2007, a true and correct copy of the foregoing document was served upon all counsel of record by electronic service pursuant to the District of Massachusetts's Electronic Case Filing System (CM/ECF).

/s/ Gary M. Ronan_____
Gary M. Ronan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL 1456 No. 01-CV-12257-PBS Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: *State of Montana v. Abbot Labs, Inc., et al.,* D. Mont. Case No. CV-02-09-H-DWM ) ) ) ) ) ) | |

## PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL

This matter is before the Court on Defendants' March 22, 2007 Motion for Leave to File Certain Exhibits Under Seal.

The Court hereby ALLOWS Defendants' motion and authorizes the filing of the following materials under seal:

1. Exhibit 1 to the Confidential Declaration of Kathleen M. O'Sullivan in Support of Defendants' Joint Opposition to the State of Montana's Motion for Partial Summary Judgment Against Certain Defendants (the "Declaration"): true and accurate copies of selected pages from the transcript of the deposition of Patricia Kay Morgan of First Data Bank, which has been designated as "HIGHLY CONFIDENTIAL";

2. Exhibit 2 to the Declaration: a February 11, 2002 e-mail from Kay Morgan of First Data Bank to Suzann Lowery, with attached messages, which has been designated as "HIGHLY CONFIDENTIAL";

3.  Exhibit 3 to the Declaration: a June 13, 2006 Declaration and a June 20, 2006 Supplemental Declaration of Dr. Raymond S. Hartman (an expert witness retained by the State of Montana to testify about damages issues), which have been designated as containing "CONFIDENTIAL" information; and

4.  Exhibit 4 to the Declaration: true and accurate copies of selected pages from the transcript of the deposition of Dr. Raymond S. Hartman, which has been designated as "HIGHLY CONFIDENTIAL."

IT IS SO ORDERED

DATED:_____          _____
                                 Hon. Patti B. Saris
                                 United States District Court Judge