UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br>No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbot Labs, Inc., et al.,*<br>D. Mont. Case No. CV-02-09-H-DWM | |

## NOTICE OF FILING UNDER SEAL

To:   All Counsel of Record

Please take notice that on March 22, 2007, we are filing the following materials under seal with the Clerk of the United States District Court for the District of Massachusetts on behalf of Immunex Corporation:

Exhibit 1 to Immunex Corporation's Supplemental Statement of Undisputed Material Facts in Support of Its Opposition to the State's Motion for Partial Summary Judgment: a January 2, 2001 Letter from Sigrid M. Schreiner of Immunex to Kay Morgan of First Data Bank, which has been designated as "HIGHLY CONFIDENTIAL."

Respectfully submitted,

IMMUNEX CORPORATION,

by its attorneys,

/s/ Gary M. Ronan
David J. Burman, WSBA # 10611
Kathleen M. O'Sullivan, WSBA # 27850
Charles C. Sipos, WSBA # 32825
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206-359-8000
Fax: 206-359-9000
Email: DBurman@perkinscoie.com
E-mail: KOSullivan@perkinscoie.com
E-mail: CSipos@perkinscoie.com

Thomas J. Sartory, BBO #442500
Gary M. Ronan, BBO #653899
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Telephone: 617-482-1776
Fax: 617-574-4112
Email: tsartory@goulstonstorrs.com
Email: gronan@goulstonstorrs.com

Dated: March 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March 2007, a true and correct copy of the foregoing document was served upon all counsel of record by electronic service pursuant to the District of Massachusetts's Electronic Case Filing System (CM/ECF).

/s/ Gary M. Ronan
Gary M. Ronan