UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *State of Montana v. Abbott Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM | MDL No. 1456 <br><br> Master File No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP's
MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") respectfully moves this Court for leave to file under seal the Confidential Declaration of James J. Duffy in Support of Defendant AstraZeneca Pharmaceuticals LP's Counter Statement of Disputed Facts in Response to the State of Montana's L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment Against Certain Defendants (the "Confidential Duffy Declaration"). As grounds for this Motion, AstraZeneca states:

1. On March 22, 2007, AstraZeneca will file a Memorandum of Law in opposition to the State of Montana's motion for partial summary judgment, along with a counter statement of disputed facts in response to the State of Montana's Local Rule 56.1 statement of undisputed material facts ("AstraZeneca Counter 56.1 Stmt.").

2. AstraZeneca's Counter 56.1 Statement references the Confidential Duffy Declaration, which attaches various documents as exhibits.

3. Pursuant to the Protective Order entered by this Court on December 13, 2002 (the "Protective Order"), the parties in the above-captioned cases and non-party witnesses have designated numerous documents and other information produced in the litigation as either

"CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." Pursuant to Paragraph 15 of the Protective Order, any document or pleading containing materials designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" shall be filed under seal.

4. Because the exhibits to the Confidential Duffy Declaration have been designated as "HIGHLY CONFIDENTIAL," AstraZeneca seeks to file under seal the Confidential Duffy Declaration.

WHEREFORE, AstraZeneca respectfully requests that its motion for leave to file the aforementioned submission under seal be GRANTED.

Dated:   March 22, 2007

Respectfully Submitted,

By:  /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts  02210
Telephone:  (617) 832-1000

D. Scott Wise (admitted *pro hac vice*)
Michael S. Flynn (admitted *pro hac vice*)
James J. Duffy (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4000
Facsimile:   (212)-450-3800

*Attorneys for Defendant AstraZeneca Pharmaceuticals LP*

2

## CERTIFICATION PURUSANT TO LOCAL RULE 7.1

I hereby certify that counsel for AstraZeneca Pharmaceuticals LP conferred with opposing counsel as required by Local Rule 7.1 and opposing counsel did not consent to this motion.

>  /s/ Katherine B. Schmeckpeper
> Katherine B. Schmeckpeper

## CERTIFICATE OF SERVICE

I, Katherine B. Schmeckpeper, hereby certify that a true copy of the foregoing document was served upon all counsel of record in the Montana action electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this twenty-second day of March, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

> /s/ Katherine B. Schmeckpeper
> Katherine B. Schmeckpeper