UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | ) ) Master File No. 01-CV-12257-PBS |
| *State of Montana v. Abbott Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM | ) ) Judge Patti B. Saris ) ) |

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP's
<u>NOTICE OF FILING UNDER SEAL</u>**

To:     All Counsel of Record

Please take notice that on March 22, 2007, counsel for Defendant AstraZenca

Pharmaceuticals LP caused to be filed under seal with the Clerk of the United States District

Court for the District of Massachusetts the following document:

Confidential Declaration of James J. Duffy in Support of Defendant AstraZeneca
Pharmaceuticals LP's Counter Statement of Disputed Facts in Response to the State of
Montana's L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion for
Partial Summary Judgment Against Certain Defendants, with attached exhibits.

Dated:   March 22, 2007

Respectfully Submitted,

By:   /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts  02210
Tel:  (617) 832-1000

D. Scott Wise (admitted *pro hac vice*)
Michael S. Flynn (admitted *pro hac vice*)
James J. Duffy (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4000
Facsimile:   (212)-450-3800

*Attorneys for Defendant AstraZeneca*
*Pharmaceuticals LP*

**CERTIFICATE OF SERVICE**

I, Katherine B. Schmeckpeper, hereby certify that a true copy of the foregoing document was served upon all counsel of record in the Nevada action electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 22nd day of March, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

/s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper