UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
|  | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Montana v. Abbott Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM |  |

**DECLARATION OF KATHLEEN M. O'SULLIVAN
IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION
TO THE STATE OF MONTANA'S MOTION FOR PARTIAL
SUMMARY JUDGMENT AGAINST CERTAIN DEFENDANTS**

I, Kathleen M. O'Sullivan duly declare as follows:

1. Attached to this declaration as Exhibit 1 is a true and correct copy of relevant excerpts from the February 22, 2006 deposition of Dorothy Poulsen, former Montana Medicaid Pharmacy Program Officer.

2. Attached to this declaration as Exhibit 2 is a true and correct copy of a report obtained from the Montana Legislature's website, detailing the passage history of Senate Bill 473, enacted into law as MONT. CODE. ANN. § 53-6-1001 on July 1, 2003.

3. Attached to this declaration as Exhibit 3 is a true and correct copy of a March 13, 1995 letter from then-Director of Montana Medicaid Nancy Ellery, to Rep. Duane Grimes, Chairman of the Montana Legislature's House Human Services and Aging Committee, relating to Montana's Medicaid Fraud statute.

4. Attached to this declaration as Exhibit 4 is a true and correct copy of 1987 amendments to Montana's Administrative Code, MT ADC 46.12.102 and MT ADC 46.12.702, reflecting Montana Medicaid's use of a discounted AWP (AWP-10%) in its reimbursement regulations.

5. Attached to this declaration as Exhibit 5 is a true and correct copy of relevant excerpts from the Complaint in the matter captioned *New England Carpenters Health Benefit Fund v. First DataBank, Inc.*, Civ. Action. No. 1:05-CV-11148-PBS (D. Mass.).

6. Attached to this declaration as Exhibit 6 is a true and correct copy of the March 10, 1995 hearing before the Montana Legislature's Human Service & Aging Committee, regarding Senate Bill 293, which was ultimately enacted as Montana's Medicaid Fraud statute.

Executed this 22nd day of March, 2007.

    /s/ *Kathleen M. O'Sullivan*
Kathleen M. O'Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2007, a true and accurate copy of the Declaration of Kathleen M. O'Sullivan in Support of Defendants' Joint Opposition to the State of Montana's Motion for Partial Summary Judgment was served via hand delivery on Plaintiff's counsel:

DATED:  March 22, 2007.

                                            */s/ Rebecca Gregory*
                                            Rebecca Gregory