# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Patti B. Saris |
| *State of Montana v. Abbott Labs., Inc., et al.,* D. Mont. Cause No. CV-02-09-H-DWM | ) ) ) ) ) | |

---

### CONFIDENTIAL DECLARATION OF KATHLEEN M. O'SULLIVAN IN SUPPORT OF DEFENDANTS' JOINT OPPOSITION TO THE STATE OF MONTANA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DEFENDANTS

I, Kathleen M. O'Sullivan duly declare as follows:

1.      Attached to this declaration as Exhibit 1 is a true and correct copy of relevant excerpts from the January, 11 2005 deposition of Patricia Kay Morgan, Manager of Product Knowledge-Based Services with First DataBank.

2.      Attached to this declaration as Exhibit 2 is a true and correct of Exhibit 25 from the deposition of Patricia Kay Morgan, regarding First DataBank's application of mark-ups to pricing information submitted by drug manufacturers.

3.      Attached to this declaration as Exhibit 3 are the June 13, 2006 Declaration and June 20, 2006 Supplemental Declaration of Dr. Raymond S. Hartman, the expert witness retained by the State of Montana to testify regarding damages issues.

4.      Attached to this declaration as Exhibit 4 is a true and correct copy of relevant excerpts from the August 22-23, 2006 deposition of Dr. Raymond S. Hartman.

Executed this 22nd day of March, 2007.


    /s/ *Kathleen M. O'Sullivan*

Kathleen M. O'Sullivan

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March, 2007, a true and accurate copy of the Confidential Declaration of Kathleen M. O'Sullivan in Support of Defendants' Joint Opposition to the State of Montana's Motion for Partial Summary Judgment was served via hand delivery on Plaintiff's counsel:

DATED:  March 22, 2007.


_____/s/ Rebecca Gregory_____
Rebecca Gregory

# EXHIBITS
# Filed Under Seal