UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CLASS ACTIONS | |

**DECLARATION OF MARY ANN TOMASSO
IN SUPPORT OF THE INDIVIDUAL OPPOSITION OF DEFENDANT AVENTIS
BEHRING L.L.C., N/K/A ZLB BEHRING L.L.C., TO THE STATE OF MONTANA'S
MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST
<u>CERTAIN DEFENDANTS</u>**

I, Mary Ann Tomasso, declare as follows:

1. My name is Mary Ann Tomasso. I am Senior Director, Compliance, Regulations and Reimbursement for ZLB Behring L.L.C. I served as Director of Health Care Affairs for Aventis Behring L.L.C., a defendant in the above-captioned litigation, from January 1, 2000 until March 31, 2004, at which time, as explained below, Aventis Behring L.L.C. was sold to CSL Limited (an Australian bio-pharmaceutical company) and became ZLB Behring L.L.C. I have personal knowledge of the matters set forth herein.

2. Aventis Behring L.L.C. was formed effective January 1, 2000. At approximately the same time, another defendant in the above-captioned litigation, Aventis Pharmaceuticals Inc., was created as a result of a merger of Hoechst A.G. and Rhone Poulenc S.A. From 1996 until the merger of Hoechst A.G. and Rhone Poulenc S.A., those two companies operated a joint venture called Centeon L.L.C. When Aventis Pharmaceuticals Inc. was created as result of the merger of Hoechst A.G. and Rhone Poulenc S.A, Centeon L.L.C. was re-named Aventis Behring

1

2

L.L.C and became a subsidiary of Aventis Pharmaceuticals Inc. effective January 1, 2000. During the time that Aventis Behring L.L.C. was a subsidiary of Aventis Pharmaceuticals Inc., the two companies manufactured and sold different drugs, placed their own sales, and made separate and independent pricing decisions.

3. Effective March 31, 2004, Aventis Behring L.L.C. was sold to CSL Limited. Aventis Behring L.L.C. became ZLB Behring L.L.C. at that time, and it has had no corporate relationship with Aventis Pharmaceuticals Inc. since March 31, 2004.

4. The market entry date for Gammar PIV was October 9, 1995. Gammar PIV is a biologic, not a multi-source drug.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Mary Ann Tomasso
Mary Ann Tomasso

Executed on March 21, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2007 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

      /s/ Aimée E. Bierman
   Aimée E. Bierman