UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| *State of Montana v. Abbott Labs., Inc., et al.*, ) D. Mont. Cause No. CV-02-09-H-DWM ) ) ) | |

**IMMUNEX CORPORATION'S SUPPLEMENTAL STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF ITS OPPOSITION TO THE
STATE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, Immunex submit this supplemental statement of the material facts of record which support their opposition to the State's Motion for Partial Summary Judgment.

1. First DataBank's produced documents reflect that First DataBank applied a mark up factor of First DataBank's choosing to the List Prices (not AWPs) submitted to it by Defendant Immunex Corporation. See Exhibit 1, attached.

06735-0059/LEGAL13098929.1

DATED this 22nd day of March, 2007.

                        **PERKINS COIE LLP**

                        By: /s/ *Kathleen M. O'Sullivan*
                        David J. Burman,
                        Kathleen M. O'Sullivan,
                        Charles C. Sipos,
                        1201 Third Avenue, Suite 4800
                        Seattle, WA  98101-3099
                        Telephone:  206-359-8000
                        Fax:  206-359-9000
                        Email:  DBurman@perkinscoie.com
                        E-mail:  KOSullivan@perkinscoie.com
                        E-mail:  CSipos@perkinscoie.com

                        Thomas J. Sartory, BBO #442500
                        **GOULSTON & STORRS, P.C.**
                        400 Atlantic Avenue
                        Boston, MA  02110-3333
                        Telephone: (617) 482-1776
                        Email: tsartory@goulstonstorrs.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 22nd day of March, 2007, a true and accurate copy of Immunex Corporation's Supplemental Statement of Undisputed Material Facts in Support of Its Opposition to the State's Motion for Partial Summary Judgment was mailed, postage prepaid, and served via the Lexis-Nexis Filing System:

DATED:  March 22, 2007.

                                         *Kathleen M. O'Sullivan*

# EXHIBIT 1
# Filed Under Seal

10733160_2.DOC
99999-6179/LEGAL10733160.2