UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | | |

**TRIAL OF CLASS 1 CLAIMS**

**<u>DEFENDANT ASTRAZENECA'S MOTION TO DECERTIFY CLASS 1</u>**

Pursuant to Federal Rule of Civil Procedure 23(c)(1), AstraZeneca Pharmaceuticals LP ("AstraZeneca") moves to decertify the Medicare B co-payer class ("Class 1").

On January 30, 2006, the Court entered an Order certifying Class 1, pursuant to the Court's prior Memorandum Opinion issued on August 16, 2005.  Although trial is scheduled to commence on April 30, 2007, Plaintiffs have not proffered either adequate class representatives or a manageable trial plan, including acceptable jury instructions accounting for the variations in 42 consumer protection laws.  As demonstrated in the accompanying memorandum of law, allowing a trial to proceed would be inconsistent with Rule 23, the Rules Enabling Act, and Due Process.

WHEREFORE, AstraZeneca requests that the Class be decertified.

          Respectfully submitted,

          By: /s/ Katherine B. Schmeckpeper
          Nicholas C. Theodorou (BBO # 496730)
          Michael P. Boudett (BBO # 558757)
          Katherine B. Schmeckpeper (BBO # 663200)
          FOLEY HOAG LLP
          155 Seaport Boulevard
          Boston, MA  02110

          D. Scott Wise
          Michael Flynn
          Kimberley Harris
          DAVIS POLK & WARDWELL
          450 Lexington Avenue
          New York, NY  10017

          Attorneys for AstraZeneca Pharmaceuticals LP

Dated: March 22, 2007

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for AstraZeneca Pharmacuticals LP conferred with counsel for Platiniffs prior to filing this motion pursuant to L.R. 7.1 and Plaintiffs did not consent to the motion.

                                        /s/ Katherine B. Schmeckpeper
                                        Katherine B. Schmeckpeper

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered on March 22, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                              By:    /s/ Katherine B. Schmeckpeper
                                          Katherine B. Schmeckpeper