# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO | Civil Action No. 01-CV-12257-PBS |
| *State of Montana v. Abbott Labs. Inc., et al.,* D. Mont. Cause No. CV-02-09-H-DWM | Judge Patti B. Saris |

## DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S NOTICE OF FILING UNDER SEAL

To:   All Counsel of Record

Please take notice that on March 22, 2007, counsel for Defendant Novartis Pharmaceuticals Corporation caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts ("the Clerk") the following documents:

> Exhibits 6 and 7 to Affidavit of Samuel N. Lonergan, Esq. in support of Novartis Pharmaceuticals Corporation's Opposition to The State of Montana's Motion for Partial Summary Judgment Against Certain Defendants in the above-captioned case;

and moved to have the following documents filed under seal with the Clerk:

> Exhibits 5 and 6 of the Affidavit of Samuel N. Lonergan, Esq. in support of NPC's Motion for Summary Judgment in the above-captioned case (docket no. 3725), filed with this Court on February 8, 2007.

Dated:

March 22, 2007

    Respectfully submitted,

    /s/ Karen F. Green
    Karen F. Green, BBO # 209050
    WILMER CUTLER PICKERING HALE AND DORR LLP
    60 State Street
    Boston, Massachusetts 02109
    (617) 526-6000

    Jane W. Parver (admitted *pro hac vice*)
    Saul P. Morgenstern (admitted *pro hac vice*)
    Samuel Lonergan (admitted *pro hac vice*)
    Charles Graybow (admitted *pro hac vice*)
    KAYE SCHOLER LLP
    425 Park Avenue
    New York, New York 10022
    (212) 836-8000

    *Attorneys for Defendant*
        *Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

   I hereby certify that on the 22nd day of March, 2007, a true and accurate copy of Novartis Pharmaceuticals Corporation's Notice of Filing Under Seal was served via the Lexis-Nexis Filing System:

Dated: March 22, 2007

                     /s/ Brett Budzinski