# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO <br><br> *State of Montana v. Abbott Labs. Inc., et al.,* D. Mont. Cause No. CV-02-09-H-DWM | Judge Patti B. Saris <br><br> **AFFIDAVIT OF SAMUEL N. LONERGAN** |

STATE OF NEW YORK

ss.:

COUNTY OF NEW YORK

SAMUEL N. LONERGAN, being duly sworn, deposes and says:

1. I am an associate with the law firm of Kaye Scholer LLP, which represents Novartis Pharmaceuticals Corporation ("NPC") in the above-captioned case. I submit this affidavit in support of NPC's opposition to The State of Montana's Motion for Partial Summary Judgment Against Certain Defendants.

2. Attached hereto as Exhibit 1 is a true and correct copy of Affidavit of Michael Conley, filed with this Court on February 8, 2007, in support of NPC's Motion for Summary Judgment in the above-captioned case.

3. Attached hereto as Exhibit 2 is a true and correct copy of Declaration of Gregory K. Bell, filed with this Court on February 8, 2007, in support of Defendants' Joint Motion for Summary Judgment and Defendants' individual summary judgment motions in the above-captioned case.

4. Attached hereto as Exhibit 3 is a true and correct copy of Report of Independent Expert Professor Ernst R. Berndt to Judge Patti B. Saris, for purposes of the motion for class certification, in *In re Pharm. Indus. Average Wholesale Price Litig.*, MDL No. 1456, Civil Action No. 01-CV-12257-PBS (D. Mass.).

5. Attached hereto as Exhibit 4 is a true and correct copy of Affidavit of Bette Schultz, filed with this Court on February 8, 2007, in support of NPC's Motion for Summary Judgment in the above-captioned case.

6. Attached hereto as Exhibit 5 is a true and correct copy of Affidavit of Thomas Held, filed with this Court on February 8, 2007, in support of NPC's Motion for Summary Judgment in the above-captioned case.

7. Attached hereto as Exhibit 6 are true and correct copies of pages 1, 12-13, 20-21, 69-71, and 156-57 of Frank J. Arena's deposition, taken on June 27, 2006, in connection with *State of Montana v. Abbott Labs., Inc.*, D. Mont. Cause No. CV-02-09-H-DWM (D. Mont.) and *State of Nevada v. American Home Prods., Corp.*, D. Nev. Cause No. CV-N-02-0202-ECR (D. Nev.).

8. Attached hereto as Exhibit 7 are true and correct copies of pages 1, 36, and 46-48 of Patricia Kay Morgan's deposition, taken on January 11-12, 2005, in connection with *In re Pharm. Indus. Average Wholesale Price Litig.*, MDL No. 1456, Civil Action No. 01-CV-12257-PBS (D. Mass.).

9. Attached hereto as Exhibit 8 is a true and correct copy of the Complaint in *New England Carpenters Health Benefits Fund, et al v. First DataBank, Inc. and McKesson Corp.*, Civ. Action No. 1:05-CV-11148-PBS (D. Mass.), filed on June 2, 2005.

10. Attached hereto as Exhibit 9 is a true and correct copy of the pending Settlement Agreement and Release in *New England Carpenters Health Benefits Fund, et al v. First DataBank, Inc. and McKesson Corp.*, Civ. Action No. 1:05-CV-11148-PBS (D. Mass.), submitted for court approval on October 4, 2006.

_____
Samuel N. Lonergan

Subscribed and sworn to before me
this 22 day of March, 2007

ELIZABETH GOLUB
Notary Public, State of New York
No. 4916991
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires December 28, 2009

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of March, 2007, a true and accurate copy of Affidavit of Samuel N. Lonergan, Esq. in support of NPC's Opposition to the State of Montana's Motion for Partial Summary Judgment Against Certain Defendants was served via the Lexis-Nexis Filing System:

Dated: Boston, Massachusetts
      March 22, 2007

                                                  /s/  Brett Budzinski