# EXHIBIT 1

## TO AFFIDAVIT OF
## SAMUEL  N. LONERGAN

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
|  | MDL No. 1456 |
|  | Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) ) ) |
|  | Judge Patti B. Saris |
| *State of Montana v. Abbott Labs. Inc., et al.,* 02-CV-12084-PBS | ) ) ) |
|  | **AFFIDAVIT OF MICHAEL CONLEY** |
| *State of Nevada v. American Home Prods. Corp., et al.,* D. Nev. Cause No. CV-N-02-0202-ECR | ) ) ) ) |

STATE OF NEW JERSEY

               ss.:

COUNTY OF UNION

      MICHAEL CONLEY, being duly sworn, deposes and says

      1.   I am the Executive Director for U.S. Managed Markets, Trade Corporate Accounts, and Customer Service for Novartis Pharmaceuticals Corporation ("NPC"), a defendant in these actions. I have held this position at NPC since approximately March 2000. My responsibilities include communicating the pricing for NPC's pharmaceutical products to third-party publishers.

      2.   I submit this affidavit in support of NPC's motions for summary judgment in *State of Montana v. Abbott Laboratories* and *State of Nevada v. American Home Products*. In particular, I explain that NPC develops and sells only Brand Name prescription drugs; describe NPC's customers and sales practices; explain that for the vast majority of NPC drugs, Wholesale Acquisition Cost ("WAC") is equal to Average Wholesale Price ("AWP") minus 16.66 percent; and explain that NPC accurately described what its AWP represented when NPC reported AWP.

3.   I have personal knowledge or have made inquiries with respect to the facts set forth in this affidavit.  I would be competent to testify with regard to the facts stated in this affidavit if called upon to do so.

4.   I understand that the NPC drugs at issue in these cases are Aredia; Clozaril; Combipatch; Comtan; Diovan; Diovan HCT; Elidel; Estraderm; Exelon; Famvir; Femara; Focalin; Lamisil; Lamprene; Lescol; Lescol XL; Lotensin; Lotensin HCT; Lotrel; Miacalcin Injection; Mialcalcin SPR; Parlodel; Rescula; Ritalin; Ritalin LA; Starlix; Tegretol; Tegretol XR; Trileptal; Vivelle; Vivelle-DOT; Voltaren Opthalmic; Zaditor; and Zelnorm.

## A.   NPC's Products and Customers

5.   NPC is a Delaware corporation with its principal place of business in East Hanover, New Jersey, that was formed by merger of Sandoz and Ciba-Geigy effective January 1, 1997.

6.   NPC develops, distributes, and markets Brand Name prescription drugs only; it does not market and sell generic drugs.

7.   With respect to the drugs at issue here, the following are only self-administered: Clozaril; Combipatch; Comtan; Diovan; Diovan HCT; Elidel; Estraderm; Exelon; Famvir; Femara; Focalin; Lamisil; Lamprene; Lescol; Lescol XL; Lotensin; Lotensin HCT; Lotrel; Mialcalcin SPR; Parlodel; Rescula; Ritalin; Ritalin LA; Starlix; Tegretol; Tegretol XR; Trileptal; Vivelle; Vivelle-DOT; Voltaren Opthalmic; Zaditor; and Zelnorm.

8.   NPC delivers the vast majority of its prescription pharmaceuticals to, and is paid by, wholesalers and retail pharmacy chains with ten or more stores and a warehouse that provides wholesaler-type services to the chain ("warehousing retail chains").

9.   NPC generally sells to wholesalers and warehousing retail chains at WAC, minus a two percent discount for prompt payment of invoices.

10. Certain entities, such as hospitals and pharmacy benefit managers ("PBMs"), can influence patients' preferences and/or doctors' prescribing decisions through their choice of which prescription drugs they place on their formularies of preferred drugs. To have its drugs placed on formularies, NPC typically uses either contracted discount prices or contracted rebates, depending on whether the entity actually takes possession of the drugs.

11. For entities that purchase and take possession of drugs, such as hospitals, NPC may negotiate a contract price with the entity – typically at a discount to WAC – at which the entity may purchase the NPC drug from a wholesaler. When the wholesaler delivers the NPC product to the entity at the price that was negotiated between NPC and the purchasing entity, NPC provides the wholesaler with what is called a "chargeback."

12. The chargeback reimburses the wholesaler for having sold the product at below its own cost. It is equal to the difference between the price at which the wholesaler purchased the drug from NPC (*i.e.*, typically WAC) and the lower price at which the wholesaler delivered the drug.

13. Other entities, such as PBMs, health maintenance organizations, and state Medicaid agencies that have preferred drug lists, typically do not take possession of NPC drugs, but these entities reimburse doctors and pharmacies for administering or dispensing NPC drugs to their respective beneficiaries. To obtain or maintain a position on such an entity's drug formulary, NPC may pay the entity a contractual rebate that ultimately lowers that entity's net cost for drugs.

B. **Background on NPC's Reporting of Pricing Information**

14. NPC regularly communicates its pricing information to wholesalers, warehousing retail chains, and third-party publishers including First DataBank. Notice of NPC's introduction of new products or price adjustments to existing products is communicated in a

document called a "Broadcast Fax." A Broadcast Fax is in letter form and includes the National Drug Code ("NDC") number, product description, "AWP" or "AWP Price" (also known as "average wholesale price" or "AWP"), and "Wholesaler Price" or "Cost Price to Wholesaler" (*i.e.*, WAC) for each product and the effective date of the prices.

15. In or around 1997, NPC began including on each Broadcast Fax that contained AWP data a disclosure related to AWP (the "AWP disclosure"). Although the exact wording has changed slightly over the years, the central theme remains the same. Each AWP disclosure expressly provides that AWP is not intended to represent an actual price charged by NPC to any customer. By way of example, the January 17, 2002, version (a true and correct copy of which is attached hereto as Exhibit 1) states:

> As used in this letter, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

16. Since on or about March 2000, the Broadcast Faxes have been sent over my signature. True and correct copies of Broadcast Faxes announcing price changes and dated January 31, 1997, July 10, 1997, January 1, 1998, October 26, 1998, July 1, 1999, October 15, 1999, March 27, 2000, July 5, 2000, October 19, 2000, January 4, 2001, March 8, 2001, May 21, 2001, June 7, 2001, July 5, 2001, September 10, 2001, January 17, 2002, February 7, 2002, March 7, 2002, April 17, 2002, May 9, 2002, May 23, 2002, June 6, 2002, July 11, 2002, August 21, 2002, January 6, 2003, February 26, 2003, March 5, 2003, and March 13, 2003, are attached hereto as Exhibits 2-29 respectively.

## C.  AWPs Reported by NPC

17.  As the attached Broadcast Faxes reflect, for the period January 31, 1997, through June 4, 2003, for all but four of the drugs at issue here, the AWP that NPC reported to third-party publishers was 120 percent of the WAC (*i.e.*, WAC plus 20 percent), which, put differently, means that the WAC was equal to AWP minus 16.66 percent. For Diovan, Diovan HCT, Famvir, and Zaditor, the AWP that NPC reported to third-party publishers was 125 percent of the WAC (*i.e.*, WAC plus 25 percent), which, put differently, means that the WAC was equal to AWP minus 20 percent.

18.  I understand that Plaintiffs in these cases have claimed that NPC uniformly increased the difference between the WAC and AWP of certain drugs at issue here in late 2000 and 2001. (State of Montana Second Amended Complaint at ¶ 501; State of Nevada Amended Complaint at ¶ 322). As the attached Broadcast Faxes reflect, for the period March 27, 2000, through June 4, 2003, the ratio between the WAC and the AWP that NPC reported to third-party publishers for each of the drugs at issue here remained constant.

## D.  AWPs Published by First DataBank

19.  NPC regularly subscribes to certain third-party publication sources, including AnalySource, an on-line pricing database that reports the National Drug Data File published by First DataBank.

20.  Using the AnalySource database, I compared the WAC and AWP for the drugs at issue here that NPC reported in its Broadcast Faxes to First DataBank with the WAC and AWP for the same drugs at issue that First DataBank published for the period March 27, 2000, through June 4, 2003 (a period that includes the late 2000 and 2001 period during which Plaintiffs claim that NPC uniformly increased the ratio between the WAC and AWP that NPC reported for certain NPC drugs at issue).

21.   For the period March 27, 2000, through January 17, 2002, the WAC and AWP published by First DataBank for all of the drugs at issue were identical to the WAC and AWP reported to First DataBank by NPC.   In other words, both the First DataBank data that Plaintiffs cite and the Broadcast Faxes themselves show that NPC did not uniformly increase the ratio between the WAC and AWP that NPC reported for certain NPC drugs at issue during the late 2000 and 2001 period.

22.   As previously noted, NPC issues a Broadcast Fax when it changes the price of a drug.   When NPC increased the price of a drug, the difference between the WAC and AWP that NPC reported for that drug remained constant.   Beginning on January 18, 2002, First DataBank unilaterally changed the markup factor it used to calculate AWPs for NPC drugs to 25 percent, which had the effect of making First DataBank's reported AWPs higher than NPC's reported AWPs for all NPC drugs at issue here other than Diovan, Diovan HCT, Famvir, and Zaditor.

X _____
Michael Conley

Subscribed and sworn to before me
this **2nd** day of **Feb**, 2007

_____
Notary Public

**CARMELA YAUCH**
A NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Jan. 3, 2009

# EXHIBIT 1

**Novartis Pharmaceuticals Corporation**
59 Route 10
East Hanover, NJ 07936-1080

Tel   973 781 8300

 **NOVARTIS**

January 17, 2002

To:  Third Party Journals

### NOTICE OF PRICE ADJUSTMENT

Effective  January  17,  2002,  at  5:00  p.m. eastern  time, certain  products  in  the  Novartis Pharmaceuticals Corporation product line had price adjustments. The revised prices are attached.

*As used in this letter, the term "AWP" or "Average Wholesale Price" constitutes a reference for each Novartis product, set as a percentage above the price for which each product is offered generally to wholesalers.  Notwithstanding, the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Please  use  the  above  information  to  update  your  system.   Should  you  have  any  questions,  please contact Diane Staub at 973-781-7726.

Sincerely,

Michael Conley
Executive Director,
Customer Service and Corporate Accounts

MAC/DMU
12d02

Confidential

| NOVARTIS PRODUCTS INCREASED | | | |
|---|---|---|---|
| NDC # | | AWP Price | Wholesaler Price |
| 0078-0349-05 | CAFERGOT® tablets 100's | 106.86 | 85.49 |
| 0078-0033-02 | CAFERGOT® suppositories 12's | 79.40 | 66.17 |
| 0028-0151-01 | CATAFLAM® tablets 50mg 100's | 221.16 | 184.30 |
| 0078-0126-05 | CLOZARIL® tablets 25mg 100's | 146.77 | 122.31 |
| 0078-0126-06 | CLOZARIL® tablets 25mg 100's (Unit Dose) | 146.77 | 122.31 |
| 0078-0127-05 | CLOZARIL® tablets 100mg 100's | 380.27 | 316.89 |
| 0078-0127-06 | CLOZARIL® tablets 100mg 100's (Unit Dose) | 380.27 | 316.89 |
| 0078-0377-45 | COMBIPATCH® 0.05/0.14mg/day 3 x 8 | 104.33 | 86.94 |
| 0078-0378-45 | COMBIPATCH® 0.05/0.25mg/day 3 X 8 | 106.94 | 89.02 |
| 0078-0179-05 | LAMISIL® oral tablets, equivalent to 250mg base, 100's | 868.16 | 723.47 |
| 0078-0179-15 | LAMISIL® oral tablets, equivalent to 250mg base, 30's | 260.51 | 217.10 |
| 0078-0328-82 | LAMISIL® 30mL/1% Solution | 78.15 | 65.12 |
| 0078-0180-03 | SANDOSTATIN® ampuls 50mcg 20's | 170.75 | 142.29 |
| 0078-0181-03 | SANDOSTATIN® ampuls 100mcg 20's | 331.19 | 275.99 |
| 0078-0182-03 | SANDOSTATIN® ampuls 500mcg 20's | 1,597.38 | 1,331.15 |
| 0078-0183-25 | SANDOSTATIN® multi-dose vials 200mcg/mL, 5mL | 170.72 | 142.26 |
| 0078-0184-25 | SANDOSTATIN® multi-dose vials 1000mcg/mL, 5mL | 840.01 | 700.01 |
| 0078-0340-84 | SANDOSTATIN LAR® Depot 10mg | 1,535.22 | 1,228.18 |
| 0078-0341-84 | SANDOSTATIN LAR® Depot 20mg | 1,763.17 | 1,410.54 |
| 0078-0342-84 | SANDOSTATIN LAR® Depot 30mg | 2,415.66 | 1,931.95 |
| 0078-0351-05 | STARLIX® tablets 60mg 100's | 96.10 | 80.08 |
| 0078-0352-05 | STARLIX® tablets 120mg 100's | 99.84 | 83.20 |
| 0078-0336-05 | TRILEPTAL® tablets 150mg 100's | 96.21 | 80.18 |
| 0078-0337-05 | TRILEPTAL® tablets 300mg 100's | 175.70 | 146.42 |
| 0078-0338-05 | TRILEPTAL® tablets 600mg 100's | 322.94 | 269.11 |
| 0078-0336-06 | TRILEPTAL® tablets 150mg 100's (Unit Dose) | 101.02 | 84.18 |
| 0078-0337-06 | TRILEPTAL® tablets 300mg 100's (Unit Dose) | 184.49 | 153.73 |
| 0078-0338-06 | TRILEPTAL® tablets 600mg 100's (Unit Dose) | 339.09 | 282.56 |

Confidential

# EXHIBIT 2

Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel   201 503 8300

 NOVARTIS

January 31, 1997

**TO:  THIRD PARTY JOURNAL**

Enclosed is a copy of the Novartis Pharmacy Price List (Sandoz Product Line ONLY) which became effective on Friday, January 31, 1997, at 9:00pm eastern time.

As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers.  Notwithstanding, the inclusion of the term price, in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Please use the enclosed information to update your system.  Should you have any questions, please don't hesitate to contact me at (201)503-8527.

Sincerely,

Kathleen M. Duffy
Distribution and Customer Service

KMD:pjo

File:  p:\wordata\launch\journltr.doc

Confidential

NPC0043585

# Novartis Pharmaceuticals Corporation
## (Formerly Sandoz Pharmaceuticals Corp.)

## PHARMACY PRICE LIST

*NOTICE OF PRICE ADJUSTMENTS FOR THE SANDOZ PRODUCT LINE ONLY*

*Pricing shown effective **January 31, 1997 at 9:00pm eastern time**,*
*and is subject to change without notice.*

\* Please note that, as used in this submission, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding the inclusion of the term price, in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

| Product & Description | NDC Number | AWP * |
|---|---|---|
| **BELLERGAL-S®** tablets 100's | 0078-0031-05 | $105.12 |
| **CAFERGOT®** suppositories §§ 12's <br>(ergotamine tartrate & caffeine), USP | 0078-0033-02 | 54.60 |
| **CLOZARIL®** 25mg tablets 100's <br>(clozapine) | 0078-0126-05 | 135.96 |
| **CLOZARIL®** 25mg tablets † 100's | 0078-0126-06 | 135.96 |
| **CLOZARIL®** 100mg tablets 100's | 0078-0127-05 | 352.26 |
| **CLOZARIL®** 100mg tablets † 100's | 0078-0127-06 | 352.26 |
| **D.H.E. 45®** ampuls 1mg (1mL ampul) † 10's <br>(dihydroergotamine mesylate) injection, USP | 0078-0041-01 | 118.32 |
| **DYNACIRC®** 2.5mg capsules 100's <br>(isradipine) | 0078-0226-05 | 63.00 |
| **DYNACIRC®** 2.5mg capsules 60's | 0078-0226-44 | 38.76 |
| **DYNACIRC®** 5mg capsules 100's | 0078-0227-05 | 92.46 |
| **DYNACIRC®** 5mg capsules 60's | 0078-0227-44 | 56.46 |
| **DYNACIRC CR®** 5mg tablets 30's | 0078-0235-15 | 33.48 |

Confidential

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz PharmaceuticalsCorportion)*
*Pricing shown effective January 31, 1997 at 9:00PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | AWP * |
|---|---|---|
| DYNACIRC CR® 5mg tablets 100's | 0078-0235-05 | 109.20 |
| DYNACIRC CR® 10mg tablets 30's | 0078-0236-15 | 53.22 |
| DYNACIRC CR® 10mg tablets 100's | 0078-0236-05 | 174.00 |
| FIORICET® tablets 100's | 0078-0084-05 | 55.08 |
| FIORICET® tablets † 100's | 0078-0084-06 | 60.24 |
| FIORICET® tablets 500's | 0078-0084-08 | 263.04 |
| FIORICET® w/Cod. CIII 30mg capsules, 100's | 0078-0243-05 | 115.44 |
| FIORINAL® CIII capsules 100's | 0078-0103-05 | 55.08 |
| FIORINAL® CIII capsules 500's | 0078-0103-08 | 263.04 |
| FIORINAL® CIII capsules †† 25's | 0078-0103-13 | 19.92 |
| FIORINAL® CIII tablets 100's | 0078-0104-05 | 55.08 |
| FIORINAL® CIII tablets † 100's | 0078-0104-06 | 60.24 |
| FIORINAL® CIII tablets 1000's | 0078-0104-09 | 514.26 |
| FIORINAL® w/Cod. CIII 30mg capsules 100's | 0078-0107-05 | 115.44 |
| FIORINAL® w/Cod. CIII 30mg capsules †† 25's | 0078-0107-13 | 36.24 |
| HYDERGINE®LC liquid capsules 1mg 100's (ergoloid mesylates) | 0078-0101-05 | 83.46 |
| HYDERGINE®LC liquid capsules 1mg † 100's | 0078-0101-06 | 88.56 |
| HYDERGINE®LC liquid capsules 1mg 500's | 0078-0101-08 | 406.80 |
| HYDERGINE® liquid 1mg/mL 100mL | 0078-0100-36 | 65.28 |
| HYDERGINE® oral tablets 1mg 100's | 0078-0070-05 | 79.32 |
| HYDERGINE® oral tablets 1mg † 100's | 0078-0070-06 | 81.96 |
| HYDERGINE® oral tablets 1mg 500's | 0078-0070-08 | 378.60 |
| KLORVESS® effervescent granules 30's | 0078-0205-15 | 23.52 |
| KLORVESS® liquid 10% pint bottle 16 oz. (potassium chloride, USP) oral solution | 0078-0207-33 | 24.78 |

Page 2

Confidential

NPC0043587

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz PharmaceuticalsCorportion)*
*Pricing shown effective January 31, 1997 at 9:00PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | AWP * |
|---|---|---|
| LAMISIL® cream 1% 15gm tube <br> (terbinafine HCl cream) | 0078-0170-40 | 28.38 |
| LAMISIL® cream 1% 30gm tube | 0078-0170-46 | 50.82 |
| LAMISIL® tablets, equivalent to 250mg base, 30's <br> (terbinafine HCl tablets) | 0078-0179-15 | 186.60 |
| LAMISIL® tablets, equivalent to 250mg base, 100's | 0078-0179-05 | 621.84 |
| LESCOL® capsules, 20mg 30's <br> (fluvastatin sodium) | 0078-0176-15 | 36.60 |
| LESCOL® capsules, 20mg 100's | 0078-0176-05 | 121.80 |
| LESCOL® capsules, 40mg 30's | 0078-0234-15 | 40.92 |
| LESCOL® capsules, 40mg 100's | 0078-0234-05 | 136.20 |
| MELLARIL® concentrate 30mg/mL, 4oz. bottle <br> (thioridazine HCl) | 0078-0001-31 | 35.52 |
| MELLARIL® concentrate 100mg/mL, 4oz. bottle | 0078-0009-31 | 92.70 |
| MELLARIL-S® suspension 25mg/5mL pint bottle | 0078-0068-33 | 55.86 |
| MELLARIL-S® suspension 100mg/5mL pint bottle | 0078-0069-33 | 114.84 |
| MELLARIL® tablets 10mg 100's | 0078-0002-05 | 32.88 |
| MELLARIL® tablets 10mg † 100's | 0078-0002-06 | 35.34 |
| MELLARIL® tablets 10mg 1000's | 0078-0002-09 | 315.96 |
| MELLARIL® tablets 15mg 100's | 0078-0008-05 | 38.76 |
| MELLARIL® tablets 25mg 100's | 0078-0003-05 | 46.26 |
| MELLARIL® tablets 25mg † 100's | 0078-0003-06 | 49.14 |
| MELLARIL® tablets 25mg 1000's | 0078-0003-09 | 444.12 |
| MELLARIL® tablets 50mg 100's | 0078-0004-05 | 56.16 |
| MELLARIL® tablets 50mg † 100's | 0078-0004-06 | 58.44 |
| MELLARIL® tablets 50mg 1000's | 0078-0004-09 | 543.00 |

Page 3

Confidential

NPC0043588

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz PharmaceuticalsCorportion)*
*Pricing shown effective January 31, 1997 at 9:00PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | AWP * |
|---|---|---|
| MELLARIL® tablets 100mg 100's | 0078-0005-05 | 65.94 |
| MELLARIL® tablets 100mg † 100's | 0078-0005-06 | 68.28 |
| MELLARIL® tablets 100mg 1000's | 0078-0005-09 | 641.46 |
| MELLARIL® tablets 150mg 100's | 0078-0006-05 | 86.76 |
| MELLARIL® tablets 200mg 100's | 0078-0007-05 | 98.82 |
| MELLARIL® tablets 200mg † 100's | 0078-0007-06 | 101.34 |
| MESANTOIN® tablets 100mg 100's<br>(mephenytoin) tablets, USP | 0078-0052-05 | 31.14 |
| METHERGINE® ampuls 1mL (0.2mg) † 20's<br>(methylergonovine maleate) | 0078-0053-03 | 63.48 |
| METHERGINE® ampuls 1mL (0.2mg) † 50's | 0078-0053-04 | 152.64 |
| METHERGINE® tablets 0.2mg 100's | 0078-0054-05 | 57.54 |
| METHERGINE® tablets 0.2mg † 100's | 0078-0054-06 | 60.30 |
| METHERGINE® tablets 0.2mg 1000's | 0078-0054-09 | 560.04 |
| MIACALCIN® multi-dose vials, 2mL<br>(calcitonin-salmon) | 0078-0149-23 | 31.08 |
| MIACALCIN® Nasal Spray (2) 2mL | 0078-0311-90 | 51.84 |
| NEO-CALGLUCON® syrup 1.8g/5mL pt btl (OTC)<br>(calcium glubionate) Syrup, USP | 0078-0056-33 | 26.34 |
| NEORAL® soft gelatin capsules 25mg † 30's<br>(cyclosporine capsules for microemulsion) | 0078-0246-15 | 41.88 |
| NEORAL® soft gelatin capsules 100mg † 30's | 0078-0248-15 | 167.34 |
| NEORAL® oral solution 50mL bottle<br>(cyclosporine oral solution for microemulsion) | 0078-0274-22 | 290.64 |
| PAMELOR® capsules 10mg 100's<br>(nortriptyline HCl) | 0078-0086-05 | 52.56 |
| PAMELOR® capsules 10mg † 100's | 0078-0086-06 | 58.02 |
| PAMELOR® capsules 25mg 100's | 0078-0087-05 | 104.88 |
| PAMELOR® capsules 25mg † 100's | 0078-0087-06 | 110.16 |

Confidential

NPC0043589

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz PharmaceuticalsCorportion)*
*Pricing shown effective January 31, 1997 at 9:00PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | AWP * |
|---|---|---|
| PAMELOR® capsules 25mg 500's | 0078-0087-08 | 512.76 |
| PAMELOR® capsules 50mg 100's | 0078-0078-05 | 197.64 |
| PAMELOR® capsules 50mg † 100's | 0078-0078-06 | 202.68 |
| PAMELOR® capsules 75mg 100's | 0078-0079-05 | 301.26 |
| PAMELOR® solution 10mg/5mL pint bottle | 0078-0016-33 | 60.30 |
| PARLODEL® capsules 5mg 30's (bromocriptine mesylate) | 0078-0102-15 | 84.72 |
| PARLODEL® capsules 5mg 100's | 0078-0102-05 | 267.54 |
| PARLODEL® SnapTabs® 2.5mg 30's | 0078-0017-15 | 52.74 |
| PARLODEL® SnapTabs® 2.5mg 100's | 0078-0017-05 | 175.32 |
| RESTORIL® CIV capsules 7.5mg 100's (temazepam) Capsules, USP | 0078-0140-05 | 67.08 |
| RESTORIL® CIV capsules 7.5mg † 100's | 0078-0140-06 | 69.00 |
| RESTORIL® CIV capsules 15mg 100's | 0078-0098-05 | 75.00 |
| RESTORIL® CIV capsules 15mg † 100's | 0078-0098-06 | 76.92 |
| RESTORIL® CIV capsules 15mg 500's | 0078-0098-08 | 351.12 |
| RESTORIL® CIV capsules 30mg 100's | 0078-0099-05 | 83.88 |
| RESTORIL® CIV capsules 30mg † 100's | 0078-0099-06 | 85.68 |
| RESTORIL® CIV capsules 30mg 500's | 0078-0099-08 | 406.56 |
| SANDIMMUNE® IV ampuls 10's (cyclosporine, USP) | 0078-0109-01 | 275.10 |
| SANDIMMUNE® oral solution 50mL bottle | 0078-0110-22 | 308.40 |
| SANDIMMUNE® soft gelatin capsules 25mg † 30's | 0078-0240-15 | 46.38 |
| SANDIMMUNE® soft gelatin capsules 50mg † 30's | 0078-0242-15 | 92.64 |
| SANDIMMUNE® soft gelatin capsules 100mg † 30's | 0078-0241-15 | 185.16 |
| SANDOGLOBULIN® I.V. 1 gram vial Immune Globulin Intravenous (Human) | 0078-0120-94 | 70.02 |

Confidential

NPC0043590

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz PharmaceuticalsCorportion)*
*Pricing shown effective January 31, 1997 at 9:00PM  eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | AWP * |
|---|---|---|
| SANDOGLOBULIN® I.V. 3 gram vial | 0078-0122-95 | 133.20 |
| SANDOGLOBULIN® I.V. 6 gram vial | 0078-0124-96 | 252.00 |
| SANDOGLOBULIN® I.V. 12 gram vial | 0078-0244-93 | 504.00 |
| SANDOGLOBULIN® 3 gram vials, ➢ 10's | 0078-0122-19 | 1,305.00 |
| SANDOGLOBULIN® 6 gram vials, ➢ 10's | 0078-0124-19 | 2,484.00 |
| SANDOGLOBULIN® 12 gram vials, ➢ 10's | 0078-0244-19 | 4,956.00 |
| SANDOSTATIN® ampuls 50mcg 20's<br>(octreotide acetate) Injection | 0078-0180-03 | 107.28 |
| SANDOSTATIN® ampuls 50mcg 50's | 0078-0180-04 | 265.32 |
| SANDOSTATIN® ampuls 100mcg 20's | 0078-0181-03 | 204.12 |
| SANDOSTATIN® ampuls 100mcg 50's | 0078-0181-04 | 504.90 |
| SANDOSTATIN® ampuls 500mcg 20's | 0078-0182-03 | 951.00 |
| SANDOSTATIN® ampuls 500mcg 50's | 0078-0182-04 | 2,353.32 |
| SANDOSTATIN® multi-dose vials 200mcg/mL, 5mL | 0078-0183-25 | 105.72 |
| SANDOSTATIN® multi-dose vials 1000mcg/mL, 5mL | 0078-0184-25 | 520.20 |
| SANOREX® CIV tablets 1mg 100's<br>(mazindol) | 0078-0071-05 | 138.48 |
| SANOREX® CIV tablets 2mg 100's | 0078-0066-05 | 219.72 |
| SANSERT® tablets 2mg 100's<br>(methysergide maleate) | 0078-0058-05 | 189.24 |
| SYNTOCINON® ampuls 1mL † 50's<br>(oxytocin) Injection, USP | 0078-0060-04 | 157.08 |
| TAVIST® syrup .67mg/5mL 4 oz. bottle<br>(clemastine fumarate) | 0078-0222-31 | 26.22 |
| TAVIST® tablets 2.68mg 100's | 0078-0072-05 | 120.96 |
| VISKEN® tablets 5mg 100's<br>(pindolol) | 0078-0111-05 | 88.62 |
| VISKEN® tablets 10mg 100's | 0078-0073-05 | 117.36 |

Page 6

Confidential

NPC0043591

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz PharmaceuticalsCorportion)*
*Pricing shown effective January 31, 1997 at 9:00PM eastern time, and is subject to change without notice.*

---

LEGEND:

† **SandoPak®** (unit-dose) packages are packages of individually blister-sealed ampuls, capsules or tablets;
   - as 100's: 2 x 5 strips or 1 x 10 strips, 10 blisters per strip; ampuls of 20 or 50, 5 blisters per strip;
   - as 30's: three blister cards of 10 capsules.
†† **ControlPak®** unit-dose tamper-resistant package of 25 capsules:
   - as continuous rolls of blisters, reverse-numbered.
§§ **SigPak®** (dispensing unit) packages are unit-of-use packages and containers.
➤ **Bulk Pak** contains 1000 packets or tablets or 10 ampuls, bottles or vials.

        CIII – Schedule III Controlled Substance          CIV – Schedule IV Controlled Substance

---

Novartis Pharmaceuticals Corporation
Distribution & Customer Service Department
East Hanover, New Jersey 07936-1080
1 800 526-0175

Confidential

NPC0043592

# EXHIBIT 3

Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel  201 503 8300

# ⑤ NOVARTIS

July 10, 1997

**TO: THIRD PARTY JOURNAL**

### *NOTICE OF PRICE ADJUSTMENT*

Enclosed is a copy of the Novartis Pharmaceuticals Corporation Price List which became effective on Thursday, July 10, 1997, at 4:30 pm eastern time.

As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term price, in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Please use the enclosed information to update your system. Should you have any questions, please don't hestitate to contact me at (201) 503-8527.

Sincerely,

Kathleen M. Duffy
Executive Director
Distribution and Customer Service

KMD:bah

Confidential

# Novartis Pharmaceuticals Corporation
# (Formerly Sandoz Pharmaceuticals and Ciba-Geigy Corporation)

## PRICE LIST

**NOTICE OF PRICE ADJUSTMENTS FOR THE NOVARTIS PRODUCT LINE**

*Pricing shown effective July 10, 1997 at 4:30 p.m. eastern time and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| ACTIGALL® capsules 300mg 100's | 57267-153-30 | $196.40 | $235.68 |
| ANAFRANIL® capsules 25mg 100's | 58887-115-30 | • $73.75 | • $88.50 |
| ANAFRANIL® capsules 25mg 100's (Unit Dose) | 58887-115-32 | • $76.85 | • $92.22 |
| ANAFRANIL® capsules 50mg 100's | 58887-116-30 | • $99.40 | • $119.28 |
| ANAFRANIL® capsules 50mg 100's (Unit Dose) | 58887-116-32 | • $103.10 | • $123.72 |
| ANAFRANIL® capsules 75mg 100's | 58887-117-30 | • $130.85 | • $157.02 |
| IAFRANIL® capsules 75mg 100's (Unit Dose) | 58887-117-32 | • $136.80 | • $164.16 |
| ANTURANE® tablets 100mg 100's | 0083-0041-30 | $32.20 | $38.64 |
| ANTURANE® capsules 200mg 100's | 0083-0168-30 | $51.85 | $62.22 |
| APRESAZIDE® capsules 25/25mg 100's | 0083-0139-30 | $37.05 | $44.46 |
| APRESAZIDE® capsules 50/50mg 100's | 0083-0149-30 | $55.35 | $66.42 |
| APRESAZIDE® capsules 100/50 mg 100's | 0083-0159-30 | $67.45 | $80.94 |
| APRESOLINE® hydrochloride tablets 10mg 100's | 0083-0037-30 | $19.50 | $23.40 |
| APRESOLINE® hydrochloride tablets 25mg 100's | 0083-0039-30 | $27.85 | $33.42 |
| APRESOLINE® hydrochloride tablets 50mg 100's | 0083-0073-30 | $41.55 | $49.86 |
| APRESOLINE® hydrochloride tablets 100mg 100's | 0083-0101-30 | $58.45 | $70.14 |
| AREDIA® vials 30/470mg 4's | 0083-2601-04 | $690.85 | $829.02 |
| AREDIA® vials 60/400mg 1 | 0083-2606-01 | $340.45 | $408.54 |
| AREDIA® vials 90/375mg 1 | 0083-2609-01 | • $498.20 | • $597.84 |
| BELLERGAL-S® tablets 100's | 0078-0031-05 | • $87.60 | • $105.12 |
| BRETHAIRE® 7.5mL complete unit | 0028-5557-88 | $19.65 | $23.58 |

**• PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 1

Confidential

NPC0043574

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| BRETHAIRE® 7.5mL refill | 0028-5557-87 | $17.40 | $20.88 |
| BRETHANCER® spacer-inhaler complete unit | 0028-5567-01 | $10.55 | $12.66 |
| BRETHINE® ampuls 1mg/mL 10's | 0028-7507-23 | $17.60 | $21.12 |
| BRETHINE® ampuls 1mg/mL 100's | 0028-7507-01 | $140.05 | $168.06 |
| BRETHINE® tablets 2.5mg 100's | 0028-0072-01 | $24.05 | $28.86 |
| BRETHINE® tablets 2.5mg 1000's | 0028-0072-10 | $226.95 | $272.34 |
| BRETHINE® tablets 2.5mg 100's (Unit Dose) | 0028-0072-61 | $26.45 | $31.74 |
| BRETHINE® tablets 2.5mg Gy-Pak 100's (12 x 100) | 0028-0072-65 | $289.70 | $347.64 |
| BRETHINE® tablets 5mg 100's | 0028-0105-01 | $34.60 | $41.52 |
| BRETHINE® tablets 5mg 1000's | 0028-0105-10 | $327.20 | $392.64 |
| BRETHINE® tablets 5mg 100's (Unit Dose) | 0028-0105-61 | $37.00 | $44.40 |
| BRETHINE® tablets 5mg Gy-Pak 100's (12 x 100) | 0028-0105-65 | $416.85 | $500.22 |
| CAFERGOT® suppositories §§ 12's | 0078-0033-02 | • $45.50 | • $54.60 |
| CATAFLAM® tablets 50mg 100's | 0028-0151-01 | • $129.15 | • $154.98 |
| CATAFLAM® tablets 50mg 100's (Unit Dose) | 0028-0151-61 | • $138.20 | • $165.84 |
| CLOZARIL® tablets 25mg 100's | 0078-0126-05 | • $113.30 | • $135.96 |
| CLOZARIL® tablets 25mg † 100's | 0078-0126-06 | • $113.30 | • $135.96 |
| CLOZARIL® tablets 100mg 100's | 0078-0127-05 | • $293.55 | • $352.26 |
| CLOZARIL® tablets 100mg † 100's | 0078-0127-06 | • $293.55 | • $352.26 |
| CYTADREN® tablets 250mg 100's | 0083-0024-30 | $97.80 | $117.36 |
| DESFERAL® vials 500mg 4's | 0083-3801-04 | $37.30 | $44.76 |
| D.H.E. 45® ampuls 1mL(1mg) † 10's | 0078-0041-01 | • $98.60 | • $118.32 |
| DIOVAN™ capsules 80mg 100's | 0083-4000-01 | $93.60 | $112.32 |
| DIOVAN™ capsules 80mg 100's (Unit Dose) | 0083-4000-61 | $93.60 | $112.32 |
| DIOVAN™ capsules 160mg 100's | 0083-4001-01 | $93.60 | $112.32 |
| DIOVAN™ capsules 160mg 100's (Unit Dose) | 0083-4001-61 | $93.60 | $112.32 |
| DYNACIRC® capsules 2.5mg 100's | 0078-0226-05 | • $52.50 | • $63.00 |

**• PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 2

Confidential

NPC0043575

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| DYNACIRC® capsules 2.5mg 60's | 0078-0226-44 | • $32.30 | • $38.76 |
| DYNACIRC® capsules 5mg 100's | 0078-0227-05 | • $77.05 | • $92.46 |
| DYNACIRC® capsules 5mg 60's | 0078-0227-44 | • $47.05 | • $56.46 |
| DYNACIRC CR® tablets 5mg 30's | 0078-0235-15 | • $27.90 | • $33.48 |
| DYNACIRC CR® tablets 5mg 100's | 0078-0235-05 | • $91.00 | • $109.20 |
| DYNACIRC CR® tablets 10mg 30's | 0078-0236-15 | • $44.35 | • $53.22 |
| DYNACIRC CR® tablets 10mg 100's | 0078-0236-05 | • $145.00 | • $174.00 |
| ESIDRIX® tablets 25mg 100's | 0083-0022-30 | $11.30 | $13.56 |
| ESIDRIX® tablets 50mg 100's | 0083-0046-30 | $17.85 | $21.42 |
| ESTRADERM® system 0.05 mg. (1 x 24) | 0083-2310-24 | $49.15 | $58.98 |
| ESTRADERM® system 0.05mg (6 x 8) | 0083-2310-62 | $101.30 | $121.56 |
| ESTRADERM® system 0.1mg (1 x 24) | 0083-2320-24 | $53.60 | $64.32 |
| ESTRADERM® system 0.1mg (6 x 8) | 0083-2320-62 | $110.45 | $132.54 |
| FIORICET® tablets 100's | 0078-0084-05 | • $45.90 | • $55.08 |
| FIORICET® tablets † 100's | 0078-0084-06 | • $50.20 | • $60.24 |
| FIORICET® tablets 500's | 0078-0084-08 | • $219.20 | • $263.04 |
| FIORICET® w/Cod. CIII capsules 30mg 100's | 0078-0243-05 | • $96.20 | • $115.44 |
| FIORINAL® CIII capsules 100's | 0078-0103-05 | • $45.90 | • $55.08 |
| FIORINAL® CIII capsules 500's | 0078-0103-08 | • $219.20 | • $263.04 |
| FIORINAL® CIII capsules †† 25's | 0078-0103-13 | • $16.60 | • $19.92 |
| FIORINAL® CIII tablets 100's | 0078-0104-05 | • $45.90 | • $55.08 |
| FIORINAL® CIII tablets † 100's | 0078-0104-06 | • $50.20 | • $60.24 |
| FIORINAL® CIII tablets 1000's | 0078-0104-09 | • $428.55 | • $514.26 |
| FIORINAL® w/Cod. CIII 30mg capsules 100's | 0078-0107-05 | • $96.20 | • $115.44 |
| FIORINAL® w/Cod. CIII 30mg capsules †† 25's | 0078-0107-13 | • $30.20 | • $36.24 |
| HYDERGINE®LC liquid capsules 1mg 100's | 0078-0101-05 | • $69.55 | • $83.46 |

**• PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| HYDERGINE®LC liquid capsules 1mg † 100's | 0078-0101-06 | • $73.80 | • $88.56 |
| HYDERGINE®LC liquid capsules 1mg 500's | 0078-0101-08 | • $339.00 | • $406.80 |
| HYDERGINE® liquid 1mg/mL 100mL | 0078-0100-36 | • $54.40 | • $65.28 |
| HYDERGINE® oral tablets 1mg 100's | 0078-0070-05 | • $66.10 | • $79.32 |
| HYDERGINE® oral tablets 1mg † 100's | 0078-0070-06 | • $68.30 | • $81.96 |
| HYDERGINE® oral tablets 1mg 500's | 0078-0070-08 | • $315.50 | • $378.60 |
| ISMELIN® sulfate tablets 10mg 100's | 0083-0049-30 | $47.00 | $56.40 |
| ISMELIN® sulfate tablets 25mg 100's | 0083-0103-30 | $76.80 | $92.16 |
| KLORVESS® effervescent granules 30's | 0078-0205-15 | • $19.60 | • $23.52 |
| KLORVESS® liquid 10% pint bottle | 0078-0207-33 | • $20.65 | • $24.78 |
| LAMISIL® cream 1% 15gm tube | 0078-0170-40 | • $23.65 | • $28.38 |
| LAMISIL® cream 1% 30gm tube | 0078-0170-46 | • $42.35 | • $50.82 |
| LAMISIL® oral tablets, equivalent to 250mg base, 30's | 0078-0179-15 | • $155.50 | • $186.60 |
| LAMISIL® oral tablets, equivalent to 250mg base, 100's | 0078-0179-05 | • $518.20 | • $621.84 |
| LAMPRENE® capsules 50mg 100's | 0028-0108-01 | $12.20 | $14.64 |
| LESCOL® capsules 20mg 30's | 0078-0176-15 | • $30.50 | • $36.60 |
| LESCOL® capsules 20mg 100's | 0078-0176-05 | • $101.50 | • $121.80 |
| LESCOL® capsules 40mg 30's | 0078-0234-15 | • $34.10 | • $40.92 |
| LESCOL® capsules 40mg 100's | 0078-0234-05 | • $113.50 | • $136.20 |
| LIORESAL® tablets 10mg 100's | 0028-0023-01 | $46.35 | $55.62 |
| LIORESAL® tablets 10mg 100's (Unit Dose) | 0028-0023-61 | $49.05 | $58.86 |
| LIORESAL® tablets 20mg 100's | 0028-0033-01 | $84.85 | $101.82 |
| LIORESAL® tablets 20mg 100's (Unit Dose) | 0028-0033-61 | $87.85 | $105.42 |
| LOPRESSOR® ampuls 5mg/5mL 12's | 0028-4201-33 | • $63.55 | • $76.26 |
| LOPRESSOR® tablets 50mg 100's | 0028-0051-01 | • $49.75 | • $59.70 |
| LOPRESSOR® tablets 50mg 1000's | 0028-0051-10 | • $492.00 | • $590.40 |

## • PRODUCTS NOT EFFECTED BY PRICE INCREASE.

Page 4

NPC0043577

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| LOPRESSOR® tablets 50mg 100's (Unit Dose) | 0028-0051-61 | • $54.00 | • $64.80 |
| LOPRESSOR® tablets 50mg Gy-Pak 100's (12x100) | 0028-0051-65 | • $598.75 | • $718.50 |
| LOPRESSOR® tablets 100mg 100's | 0028-0071-01 | • $74.70 | • $89.64 |
| LOPRESSOR® tablets 100mg 1000's | 0028-0071-10 | • $739.35 | • $887.22 |
| LOPRESSOR® tablets 100mg 100's (Unit Dose) | 0028-0071-61 | • $78.40 | • $94.08 |
| LOPRESSOR® tablets 100mg Gy-Pak 100's (12x100) | 0028-0071-65 | • $898.40 | • $1,078.08 |
| LOPRESSOR HCT® tablets 50/25mg 100's | 0028-0035-01 | • $57.05 | • $68.46 |
| LOPRESSOR HCT® tablets 100/25mg 100's | 0028-0053-01 | • $89.15 | • $106.98 |
| LOPRESSOR HCT® tablets 100/50mg 100's | 0028-0073-01 | • $94.55 | • $113.46 |
| LOTENSIN® tablets 5mg 100's | 0083-0059-30 | $60.20 | $72.24 |
| LOTENSIN® tablets 5mg 100's (Unit Dose) | 0083-0059-32 | $60.20 | $72.24 |
| LOTENSIN® tablets 10mg 100's | 0083-0063-30 | $60.20 | $72.24 |
| LOTENSIN® tablets 10mg 100's (Unit Dose) | 0083-0063-32 | $60.20 | $72.24 |
| LOTENSIN® tablets 20mg 100's | 0083-0079-30 | $60.20 | $72.24 |
| LOTENSIN® tablets 20mg 100's (Unit Dose) | 0083-0079-32 | $60.20 | $72.24 |
| LOTENSIN® tablets 40mg 100's | 0083-0094-30 | $60.20 | $72.24 |
| LOTENSIN® tablets 40mg 100's (Unit Dose) | 0083-0094-32 | $60.20 | $72.24 |
| LOTENSIN HCT® tablets 5mg/6.25mg 100's | 0083-0057-30 | $60.20 | $72.24 |
| LOTENSIN HCT® tablets 10mg/12.5mg 100's | 0083-0072-30 | $60.20 | $72.24 |
| LOTENSIN HCT® tablets 20mg/12.5mg 100's | 0083-0074-30 | $60.20 | $72.24 |
| LOTENSIN HCT® tablets 20mg/25mg 100's | 0083-0075-30 | $60.20 | $72.24 |
| LOTREL® capsules 2.5mg/10mg 100's | 0083-2255-30 | $118.00 | $141.60 |
| LOTREL® capsules 5mg/10mg 100's | 0083-2260-30 | $118.00 | $141.60 |
| LOTREL® capsules 5mg/20mg 100's | 0083-2265-30 | $123.85 | $148.62 |
| LUDIOMIL® tablets 25mg 100's | 0083-0110-30 | $42.35 | $50.82 |
| LUDIOMIL® tablets 50mg 100's | 0083-0026-30 | $62.70 | $75.24 |
| LUDIOMIL® tablets 75mg 100's | 0083-0135-30 | $86.05 | $103.26 |

**• PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| MELLARIL® concentrate 30mg/mL, 4oz. bottle | 0078-0001-31 | $29.60 | $35.52 |
| MELLARIL® concentrate 100mg/mL, 4oz. bottle | 0078-0009-31 | $77.25 | $92.70 |
| MELLARIL-S® suspension 25mg/5mL pint bottle | 0078-0068-33 | $46.55 | $55.86 |
| MELLARIL-S® suspension 100mg/5mL pint bottle | 0078-0069-33 | $95.70 | $114.84 |
| MELLARIL® tablets 10mg 100's | 0078-0002-05 | $27.40 | $32.88 |
| MELLARIL® tablets 10mg † 100's | 0078-0002-06 | $29.45 | $35.34 |
| MELLARIL® tablets 10mg 1000's | 0078-0002-09 | $263.30 | $315.96 |
| MELLARIL® tablets 15mg 100's | 0078-0008-05 | $32.30 | $38.76 |
| MELLARIL® tablets 25mg 100's | 0078-0003-05 | $38.55 | $46.26 |
| MELLARIL® tablets 25mg † 100's | 0078-0003-06 | $40.95 | $49.14 |
| MELLARIL® tablets 25mg 1000's | 0078-0003-09 | $370.10 | $444.12 |
| MELLARIL® tablets 50mg 100's | 0078-0004-05 | $46.80 | $56.16 |
| MELLARIL® tablets 50mg † 100's | 0078-0004-06 | $48.70 | $58.44 |
| MELLARIL® tablets 50mg 1000's | 0078-0004-09 | $452.50 | $543.00 |
| MELLARIL® tablets 100mg 100's | 0078-0005-05 | $54.95 | $65.94 |
| MELLARIL® tablets 100mg † 100's | 0078-0005-06 | $56.90 | $68.28 |
| MELLARIL® tablets 100mg 1000's | 0078-0005-09 | $534.55 | $641.46 |
| MELLARIL® tablets 150mg 100's | 0078-0006-05 | $72.30 | $86.76 |
| MELLARIL® tablets 200mg 100's | 0078-0007-05 | $82.35 | $98.82 |
| MELLARIL® tablets 200mg † 100's | 0078-0007-06 | $84.45 | $101.34 |
| MESANTOIN® tablets 100mg 100's | 0078-0052-05 | $25.95 | $31.14 |
| METHERGINE® ampuls 1mL (0.2mg) † 20's | 0078-0053-03 | $52.90 | $63.48 |
| METHERGINE® ampuls 1mL (0.2mg) † 50's | 0078-0053-04 | $127.20 | $152.64 |
| METHERGINE® tablets 0.2mg 100's | 0078-0054-05 | $47.95 | $57.54 |
| METHERGINE® tablets 0.2mg † 100's | 0078-0054-06 | $50.25 | $60.30 |
| METHERGINE® tablets 0.2mg 1000's | 0078-0054-09 | $466.70 | $560.04 |

**• PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 6

Confidential

NPC0043579

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| METOPIRONE capsules 250mg 18's | 0083-0133-11 | • $38.42 | • $46.10 |
| MIACALCIN® 200 I.U./mL multi-dose vials, 2mL | 0078-0149-23 | • $25.90 | • $31.08 |
| MIACALCIN® nasal spray (2) 2mL | 0078-0311-90 | • $43.20 | • $51.84 |
| NEO-CALGLUCON® syrup 1.8g/5mL pint bottle (OTC) | 0078-0056-33 | • $21.95 | • $26.34 |
| NEORAL® soft gelatin capsules 25mg † 30's | 0078-0246-15 | • $34.90 | • $41.88 |
| NEORAL® soft gelatin capsules 100mg † 30's | 0078-0248-15 | • $139.45 | • $167.34 |
| NEORAL® oral solution 50mL bottle | 0078-0274-22 | • $242.20 | • $290.64 |
| PAMELOR® capsules 10mg 100's | 0078-0086-05 | • $43.80 | • $52.56 |
| PAMELOR® capsules 10mg † 100's | 0078-0086-06 | • $48.35 | • $58.02 |
| PAMELOR® capsules 25mg 100's | 0078-0087-05 | • $87.40 | • $104.88 |
| PAMELOR® capsules 25mg † 100's | 0078-0087-06 | • $91.80 | • $110.16 |
| PAMELOR® capsules 25mg 500's | 0078-0087-08 | • $427.30 | • $512.76 |
| PAMELOR® capsules 50mg 100's | 0078-0078-05 | • $164.70 | • $197.64 |
| PAMELOR® capsules 50mg † 100's | 0078-0078-06 | • $168.90 | • $202.68 |
| PAMELOR® capsules 75mg 100's | 0078-0079-05 | • $251.05 | • $301.26 |
| PAMELOR® solution 10mg/5mL pint bottle | 0078-0016-33 | • $50.25 | • $60.30 |
| PARLODEL® capsules 5mg 30's | 0078-0102-15 | • $70.60 | • $84.72 |
| PARLODEL® capsules 5mg 100's | 0078-0102-05 | • $222.95 | • $267.54 |
| PARLODEL Snaptabs® 2.5mg 30's | 0078-0017-15 | • $43.95 | • $52.74 |
| PARLODEL Snaptabs® 2.5mg 100's | 0078-0017-05 | • $146.10 | • $175.32 |
| PBZ® tablets 25mg 100's | 0028-0111-01 | $13.40 | $16.08 |
| PBZ® tablets 50mg 100's | 0028-0117-01 | $20.35 | $24.42 |
| PBZ-SR® extended release tablets 100mg 100's | 0028-0048-01 | $33.45 | $40.14 |
| PRISCOLINE® hydrochloride ampuls injection 100mg/4mL 4's | 0083-6733-04 | $44.90 | $53.88 |
| REGITINE® vials packages of 2 | 0083-6830-02 | • $50.71 | • $60.85 |
| RESTORIL® CIV capsules 7.5mg 100's | 0078-0140-05 | • $55.90 | • $67.08 |

**• PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Page 7

Confidential

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| RESTORIL® CIV capsules 7.5mg † 100's | 0078-0140-06 | $57.50 | $69.00 |
| RESTORIL® CIV capsules 15mg 100's | 0078-0098-05 | $62.50 | $75.00 |
| RESTORIL® CIV capsules 15mg † 100's | 0078-0098-06 | $64.10 | $76.92 |
| RESTORIL® CIV capsules 15mg 500's | 0078-0098-08 | $292.60 | $351.12 |
| RESTORIL® CIV capsules 30mg 100's | 0078-0099-05 | $69.90 | $83.88 |
| RESTORIL® CIV capsules 30mg † 100's | 0078-0099-06 | $71.40 | $85.68 |
| RESTORIL® CIV capsules 30mg 500's | 0078-0099-08 | $338.80 | $406.56 |
| RIMACTANE® capsules 300mg 100's | 0083-0154-30 | $150.70 | $180.84 |
| RITALIN® hydrochloride CII tablets 5mg 100's | 0083-0007-30 | $29.95 | $35.94 |
| RITALIN® hydrochloride CII tablets 10mg 100's | 0083-0003-30 | $42.70 | $51.24 |
| RITALIN® hydrochloride CII tablets 20mg 100's | 0083-0034-30 | $61.40 | $73.68 |
| RITALIN-SR® CII sustained-release tablets 20mg 100's | 0083-0016-30 | $94.00 | $112.80 |
| SANDIMMUNE® 5mL(250mg) ampuls 10's | 0078-0109-01 | $229.25 | $275.10 |
| SANDIMMUNE® oral solution 50mL bottle | 0078-0110-22 | $257.00 | $308.40 |
| SANDIMMUNE® soft gelatin capsules 25mg † 30's | 0078-0240-15 | $38.65 | $46.38 |
| SANDIMMUNE® soft gelatin capsules 100mg † 30's | 0078-0241-15 | $154.30 | $185.16 |
| SANDOGLOBULIN® IV 1gm | 0078-0120-94 | $58.35 | $70.02 |
| SANDOGLOBULIN® IV 3gm | 0078-0122-95 | $111.00 | $133.20 |
| SANDOGLOBULIN® IV 6gm | 0078-0124-96 | $210.00 | $252.00 |
| SANDOGLOBULIN® IV 12gm | 0078-0244-93 | $420.00 | $504.00 |
| SANDOGLOBULIN® 3gm vials ➤ 10's | 0078-0122-19 | $1,087.50 | $1,305.00 |
| SANDOGLOBULIN® 6gm vials ➤ 10's | 0078-0124-19 | $2,070.00 | $2,484.00 |
| SANDOGLOBULIN® 12gm vials ➤ 10's | 0078-0244-19 | $4,130.00 | $4,956.00 |
| SANDOSTATIN® ampuls 50mcg 20's | 0078-0180-03 | $89.40 | $107.28 |
| SANDOSTATIN® ampuls 50mcg 50's | 0078-0180-04 | $221.10 | $265.32 |
| SANDOSTATIN® ampuls 100mcg 20's | 0078-0181-03 | $170.10 | $204.12 |

## • PRODUCTS NOT EFFECTED BY PRICE INCREASE.

Page 8

NPC0043581

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM  eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| SANDOSTATIN® ampuls 100mcg 50's | 0078-0181-04 | • $420.75 | • $504.90 |
| SANDOSTATIN® ampuls 500mcg 20's | 0078-0182-03 | • $792.50 | • $951.00 |
| SANDOSTATIN® ampuls 500mcg 50's | 0078-0182-04 | • $1,961.10 | • $2,353.32 |
| SANDOSTATIN® multi-dose vials 200mcg/mL, 5mL | 0078-0183-25 | • $88.10 | • $105.72 |
| SANDOSTATIN® multi-dose vials 1000mcg/mL, 5mL | 0078-0184-25 | • $433.50 | • $520.20 |
| SANOREX® CIV tablets 1mg 100's | 0078-0071-05 | • $115.40 | • $138.48 |
| SANOREX® CIV tablets 2mg 100's | 0078-0066-05 | • $183.10 | • $219.72 |
| SANSERT® tablets 2mg 100's | 0078-0058-05 | • $157.70 | • $189.24 |
| SER-AP-ES® tablets 100's | 0083-0071-30 | $46.40 | $55.68 |
| SER-AP-ES® tablets 1000's | 0083-0071-40 | $459.00 | $550.80 |
| SLOW-K® tablets 600mg 100's | 57267-165-30 | $15.90 | $19.08 |
| SLOW-K® tablets 600mg 1000's | 57267-165-40 | $157.25 | $188.70 |
| SLOW-K® tablets 600mg Consumer Packs (12 x 100) | 57267-165-65 | $192.55 | $231.06 |
| SYNTOCINON® Injection ampuls 1mL † 50's | 0078-0060-04 | • $130.90 | • $157.08 |
| TAVIST® tablets 2.68mg 100's | 0078-0072-05 | • $100.80 | • $120.96 |
| TEGRETOL® chewable 100's tablets 100mg 100's | 0083-0052-30 | $17.40 | $20.88 |
| TEGRETOL® chewable tablets 100mg 100's (Unit Dose) | 0083-0052-32 | $19.55 | $23.46 |
| TEGRETOL® suspension 450mL | 0083-0019-76 | $21.35 | $25.62 |
| TEGRETOL® tablets 200mg 100's | 0083-0027-30 | $33.15 | $39.78 |
| TEGRETOL® tablets 200mg 100's (Unit Dose) | 0083-0027-32 | $35.45 | $42.54 |
| TEGRETOL® tablets 200mg 1000's | 0083-0027-40 | $327.65 | $393.18 |
| TEGRETOL-XR® tablets 100mg 100's | 0083-0061-30 | • $16.60 | • $19.92 |
| TEGRETOL-XR® tablets 100mg 100's (Unit Dose) | 0083-0061-32 | • $17.75 | • $21.30 |
| TEGRETOL-XR® tablets 200mg 100's | 0083-0062-30 | • $33.15 | • $39.78 |
| TEGRETOL-XR® 200mg 100's (Unit Dose) | 0083-0062-32 | • $35.45 | • $42.54 |
| TEGRETOL-XR® tablets 400mg 100's | 0083-0060-30 | • $66.25 | • $79.50 |
| TEGRETOL-XR® tablets 400mg 100's (Unit Dose) | 0083-0060-32 | • $70.90 | • $85.08 |

## • PRODUCTS NOT EFFECTED BY PRICE INCREASE.

Confidential

NPC0043582

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| TOFRANIL® tablets 10mg 100's | 0028-0032-01 | $24.60 | $29.52 |
| TOFRANIL® tablets 25mg 100's | 0028-0140-01 | $41.10 | $49.32 |
| TOFRANIL® tablets 50mg 100's | 0028-0136-01 | $69.80 | $83.76 |
| TOFRANIL-PM® capsules 75mg 30's | 0028-0020-26 | $29.95 | $35.94 |
| TOFRANIL-PM® capsules 75mg 100's | 0028-0020-01 | $97.60 | $117.12 |
| TOFRANIL-PM® capsules 100mg 100's | 0028-0040-01 | $128.35 | $154.02 |
| TOFRANIL-PM® capsules 100mg 30's | 0028-0040-26 | $39.35 | $47.22 |
| TOFRANIL-PM® tablets 125mg 30's | 0028-0045-26 | $48.90 | $58.68 |
| TOFRANIL-PM® capsules 125mg 100's | 0028-0045-01 | $160.05 | $192.06 |
| TOFRANIL-PM® capsules 150mg 30's | 0028-0022-26 | $55.90 | $67.08 |
| TOFRANIL-PM® capsules 150mg 100's | 0028-0022-01 | $182.40 | $218.88 |
| TRANSDERM-NITRO® 0.4mg/hr. 30's** | 57267-910-42 | • $46.92 | • $56.30 |
| TRANSDERM-NITRO® 0.1mg/hr. 30's | 57267-902-26 | • $40.11 | • $48.13 |
| RANSDERM-NITRO® 0.2mg/hr. 30's | 57267-905-26 | • $41.06 | • $49.27 |
| TRANSDERM-NITRO® 0.4mg/hr. 30's | 57267-910-26 | • $46.92 | • $56.30 |
| TRANSDERM-NITRO® 0.6mg/hr. 30's | 57267-915-26 | • $51.71 | • $62.05 |
| VISKEN® tablets 5mg 100's | 0078-0111-05 | • $73.85 | • $88.62 |
| VISKEN® tablets 10mg 100's | 0078-0073-05 | • $97.80 | • $117.36 |
| VIVELLE™ 0.0375 mg/day (1x24) | 0083-2325-25 | • $48.05 | • $57.66 |
| VIVELLE™ 0.0375mg/day (6 x 8) | 0083-2325-62 | • $99.04 | • $118.85 |
| VIVELLE™ 0.05 mg/day (6 x 8) | 0083-2326-62 | • $101.06 | • $121.27 |
| VIVELLE™ 0.05mg/day (1 x 24) | 0083-2326-25 | • $49.03 | • $58.84 |
| VIVELLE™ 0.075 mg/day (1 x 24) | 0083-2327-25 | • $50.02 | • $60.02 |
| VIVELLE™ 0.075 mg/day (6 x 8) | 0083-2327-62 | • $103.11 | • $123.73 |
| VIVELLE™ 0.1mg/day (1 x 24) | 0083-2328-25 | • $51.01 | • $61.21 |
| VIVELLE™ 0.1mg/day (6 x 8) | 0083-2328-62 | • $105.15 | • $126.18 |
| VOLTAREN® tablets 25mg 100's | 0028-0258-01 | • $47.20 | • $56.64 |

## • PRODUCTS NOT EFFECTED BY PRICE INCREASE.

Page 10

NPC0043583

*Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936-1080*
*(formerly Sandoz Pharmaceuticals & Ciba-Geigy Corporation)*
*Pricing shown effective July 10, 1997 at 4:30PM eastern time, and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| VOLTAREN ® tablets 25mg 100's (Unit Dose) | 0028-0258-61 | • $50.45 | • $60.54 |
| VOLTAREN ® tablets 25mg 60's | 0028-0258-60 | • $28.30 | • $33.96 |
| VOLTAREN ® tablets 50mg 100's | 0028-0262-01 | • $91.70 | • $110.04 |
| VOLTAREN ® tablets 50mg 100's (Unit Dose) | 0028-0262-61 | • $98.10 | • $117.72 |
| VOLTAREN ® tablets 50mg 60's | 0028-0262-60 | • $55.00 | • $66.00 |
| VOLTAREN ® tablets 50mg 1000's | 0028-0262-10 | • $900.95 | • $1,081.14 |
| VOLTAREN ® tablets 75mg 100's | 0028-0264-01 | • $111.05 | • $133.26 |
| VOLTAREN ® tablets 75mg 100's (Unit Dose) | 0028-0264-61 | • $118.80 | • $142.56 |
| VOLTAREN ® tablets 75mg 60's | 0028-0264-60 | • $66.65 | • $79.98 |
| VOLTAREN ®  75mg 1000's | 0028-0264-10 | • $1,091.15 | • $1,309.38 |
| VOLTAREN-XR® tablets 100mg 100's | 0028-0205-01 | $211.05 | $253.26 |
| VOLTAREN-XR® tablets 100mg 100's (Unit Dose) | 0028-0205-61 | $212.70 | $255.24 |

LEGEND:
† SandoPak® (unit-dose) packages are packages of individually blister-sealed ampuls, capsules or tablets;
  - as 100's: 2 x 5 strips or 1 x 10 strips, 10 blisters per strip; ampuls of 20 or 50, 5 blisters per strip;
  - as 30's: three blister cards of 10 capsules.
†† ControlPak® unit-dose tamper-resistant package of 25 capsules:
  - as continuous rolls of blisters, reverse-numbered.
§§ SigPak® (dispensing unit) packages are unit-of-use packages and containers.
➤ Bulk Pak contains 1000 packets or tablets or 10 ampuls, bottles or vials.
        CII - Schedule II  Controlled Substance - DEA 222 Form Required
        CIII - Schedule III Controlled Substance      CIV - Schedule IV Controlled Substance
** Institutional Use Only

Novartis Pharmaceuticals Corporation
Distribution & Customer Service Department
East Hanover, New Jersey 07936-1080
1-800-526-0175

**• PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Confidential

# EXHIBIT 4

Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel   973 503 8300

ს NOVARTIS

January 1, 1998

TO: THIRD PARTY JOURNAL

*NOTICE OF PRICE ADJUSTMENT*

Enclosed is a copy of the Novartis Pharmaceuticals Corporation Price List which became effective on Thursday, January 1, 1998 at 12:00 a.m. eastern time.

As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding, the inclusion of the term price, in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Please use the enclosed information to update your system. Should you have any questions, please contact Barbara Hasbrouck at 973-503-7982.

Sincerely,

Kathleen M. Duffy
Executive Director
Distribution and Customer Service

KMD:bah

61d97

NPC0043561

# Novartis Pharmaceuticals Corporation

## PRICE LIST

*NOTICE OF PRICE ADJUSTMENTS FOR THE NOVARTIS PRODUCT LINE*

*Pricing shown effective **January 1, 1998 at 12:00 a.m. eastern time** and is subject to change without notice.*

| Product & Description | NDC Number | Cost Price to Wholesaler | AWP |
|---|---|---|---|
| ACTIGALL® capsules 300mg 100's | 57267-153-30 | $209.95 | $251.94 |
| ANAFRANIL® capsules 25mg 100's | 58887-115-30 | $78.84 | $94.61 |
| ANAFRANIL® capsules 25mg 100's (Unit Dose) | 58887-115-32 | $82.15 | $98.58 |
| ANAFRANIL® capsules 50mg 100's | 58887-116-30 | $106.26 | $127.51 |
| ANAFRANIL® capsules 50mg 100's (Unit Dose) | 58887-116-32 | $110.21 | $132.26 |
| ANAFRANIL® capsules 75mg 100's | 58887-117-30 | $139.88 | $167.85 |
| ANAFRANIL® capsules 75mg 100's (Unit Dose) | 58887-117-32 | $146.24 | $175.49 |
| ANTURANE® tablets 100mg 100's | 0083-0041-30 | $34.42 | $41.31 |
| ANTURANE® capsules 200mg 100's | 0083-0168-30 | $55.43 | $66.51 |
| APRESAZIDE® capsules 25/25mg 100's | 0083-0139-30 | $39.61 | $47.53 |
| APRESAZIDE® capsules 50/50mg 100's | 0083-0149-30 | $59.17 | $71.00 |
| APRESOLINE® hydrochloride tablets 10mg 100's | 0083-0037-30 | $20.85 | $25.01 |
| APRESOLINE® hydrochloride tablets 25mg 100's | 0083-0039-30 | $29.77 | $35.73 |
| APRESOLINE® hydrochloride tablets 50mg 100's | 0083-0073-30 | $44.42 | $53.30 |
| APRESOLINE® hydrochloride tablets 100mg 100's | 0083-0101-30 | $62.48 | $74.98 |
| AREDIA® vials 30/470mg 4's | 0083-2601-04 | $727.47 | $872.96 |
| AREDIA® vials 60/400mg 1 | 0083-2606-01 | $357.47 | $428.97 |
| AREDIA® vials 90/375mg 1 | 0083-2609-01 | $518.13 | $621.75 |
| BELLERGAL-S® tablets 100's | 0078-0031-05 | $93.64 | $112.37 |
| BRETHAIRE® 7.5mL complete unit | 0028-5557-88 | $21.01 | $25.21 |

**• PRODUCTS NOT EFFECTED BY PRICE INCREASE.**

Confidential

NPC0043562