# EXHIBIT 6

## TO AFFIDAVIT OF SAMUEL N. LONERGAN

## FILED UNDER SEAL