# EXHIBIT 7

## TO AFFIDAVIT OF
## SAMUEL N. LONERGAN

## FILED UNDER SEAL