UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

THIS DOCUMENT RELATES TO:

*State of Montana v. Abbott Labs., Inc., et al.*,
    Cause No. CV-02-09-H-DWM (D. Mont.),

DECLARATION OF JENIPHR BRECKENRIDGE IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

I, Jeniphr Breckenridge, declare:

1.      I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle, Washington, office, and I am counsel for the States of Montana in the above-captioned matter.

Attached hereto are true and correct copies of the following exhibits:

| Ex. 1 | Declaration of Raymond S. Hartman, Calculation of Damages and Penalties for the State of Montana dated June 13, 2006. |
|---|---|
| Ex. 2 | Supplementary Declaration of Raymond S. Hartman, Calculation of Damages and Penalties for the State of Montana dated June 20, 2006. |
| Ex. 3 | Deposition of John Chappuis dated April 21, 2006 (excerpts only). |
| Ex. 4 | Deposition of Nancy Ellery dated April 11, 2006 (excerpts only). |
| Ex. 5 | Deposition of Jeff Buska Volume II dated December 14, 2005, (excerpts only). |

- 2 -

| Ex. 6 | Deposition of Dorothy Poulsen dated February 22, 2006 (excerpts only). |
|---|---|
| Ex. 7 | Deposition of Daniel Wade Peterson dated December 15, 2005 (excerpts only). |
| Ex. 8 | Deposition of Shannon E. Marr dated March 29, 2006 (excerpts only). |
| Ex. 9 | Deposition of Jeffrey E. Ireland dated April 10, 2006 (excerpts only). |
| Ex. 10 | Deposition of Denise Brunett dated June 16, 2006 (excerpts only). |
| Ex. 11 | Deposition of Terry Krantz dated March 17, 2006 (excerpts only). |
| Ex. 12 | Deposition of Duane Preshinger dated April 20, 2006 (excerpts only). |
| Ex. 13 | Deposition of Patricia K. Morgan dated January 11, 2005 (excerpts only). |
| Ex. 14 | Montana Statutes and Montana Admin. Code Sections. |

I swear under penalty of perjury under the laws of the United States of America and the State of Montana that the foregoing is true and correct.

      /s/ Jeniphr Breckenridge
Jeniphr Breckenridge
HAGENS BERMAN SOBOL SHAPIRO
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

March 22, 2007, Seattle, Washington
Date and Place of Execution

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, DECLARATION OF JENIPHR A.E. BRECKENRIDGE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMEN to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 22, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

      By      **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      (206) 623-7292

- 4 -