**BRECKENRIDGE DECL. EXHIBIT 2**

Calculation of Damages and Penalties for the State of Montana

Supplementary Declaration of
Raymond S. Hartman

## I.      Introduction and Overview

1.      My name is Raymond S. Hartman.

2.      I have been asked by Counsel to perform a sensitivity analysis to supplement my June 13, 2006 Declaration. The sensitivity analysis allows for the possible effects of data rounding and certain data imprecision when calculating penalties arising from the comparison of Montana Medicaid claims data to statutorily set discounts off AWP. I report the results of this recalculation in Table 7a of this Supplementary Declaration. Table 7a takes Table 7 of my June 13, 2006 Declaration as its point of departure. For ease of exposition, both tables are presented here.

## II.     The Recalculation of Damages and Recovery of Penalties for False Claims and Deceptive Practices

3.      While the assumptions regarding thresholds for the EAC in Tables 3 through 5 of my June 13, 2006 Declaration are reasonable, they are assumptions. In Table 7, I presented supplemental calculations for the number of false and deceptive claims making no assumption regarding EAC. Instead, I counted the number of claims for each type of drug (single-source self-administered, multi-source self-administered and physician-administered) the allowed amount for which exceeded that amount allowed under the Medicaid statute; i.e., AA > AWP – 10% and AA > AWP – 15% for the relevant periods of time. Again, I conducted this analysis only for the claims for which I did not have ASPs and therefore had made (in Tables 3-5) assumptions about the thresholds for EAC.

4.      In Table 7 of the June 13, 2006 Declaration, I reported the results of the analysis using a strict application of the statutory language. Specifically, if the allowed amount AA is > AWP – 10% and AA > AWP – 15% for the relevant periods of time, I found the claim false and subject to deceptive practices. Using this criterion for the relevant claims (2.42 million in total), I found 388,628 claims for single-source innovator drugs and 16,280 claims for multi-source drugs exceeded the amount allowed by statute. The total is 404,908. When I included those claims for which I could make a determination by ASP rather than the statutorily-calculated amount, an additional 16,518 claims for single-source innovator drugs and 87,312 claims for multi-source drugs were determined to be false and subject to deceptive trade practices. The total number of claims that were false and subject to deceptive trade practices was 508,738; the total amount of penalties for these claims is $1.53 billion.

5.      The analysis in Table 7 relied upon calculated measures of AWP thresholds and allowed amounts, calculations based upon FDB AWPs which are reported by extended units. Since the allowed amounts on the claims and the AWP thresholds must be expressed in comparable units, rounding to the nearest penny is required for both

components of the comparison. Furthermore, there may be some slight imprecision in the numbers reported. As a result, strict interpretation of the statutory thresholds may suggest an incorrect number of claims as being false and subject to deceptive trade practices. Table 7a provides additional calculations as sensitivity analysis for this possibility.

While I do not analyze systematically the direction of the effect of the rounding and other data issues, I do introduce a calculation that should provide a conservative correction for these data issues. Specifically, I allow for an extra percentage point in the statutory threshold using AWP; that is, if the allowed amount AA is > AWP − 9% and AA > AWP − 14% for the relevant periods of time, I find the claim false and subject to deceptive trade practices.

Using these criteria for those claims (again 2.42 million in total) for which I use these more liberal (to Defendants) thresholds, I find that 8,527 claims for single-source innovator drugs and 922 claims for multi-source drugs exceed the threshold. The total is 9,449. When I include those claims for which I can make a determination based on ASP rather than the statutorily-calculated amount, the additional number of claims does not change; 16,518 claims for single-source innovator drugs and 87,312 claims for multi-source drugs are determined to be false and subject to deceptive trade practices. In this case, the total number of claims that are false and subject to deceptive trade practices is 113,279; the total amount of penalties for these claims is $340 million.

I declare that this declaration is true and correct.

June 20, 2006

## Table 7: Deceptive Trade and False Claims Penalties - Innovator and Multi-Source Drugs (Statute Change)

| | Total # of Claims | Analysis Using ASP | | | Analysis Using AWP Statute | | | Innovator Penalties (ASP and Statute Change in July 2002 from AWP - 15% to AWP - 15%) | | | Multi-Source Penalties (ASP and Statute Change in July 2002 from AWP - 15% to AWP - 15%) | | | Total Statute Penalties |
| | | # of Claims Used in ASP Analysis (Innovator) | # of Fraudulent Claims (Innovator) | # of Fraudulent Claims (Multi-Source) | # of Claims Used in AWP Analysis | # of Innovator Fraudulent Claims Based on Statute (10%-15%) | # of Multi-Source Fraudulent Claims Based on Statute (10%-15%) | Deceptive Trade False Claim ($1000/claim) | False Claim ($2000/claim) | Total Penalties | Deceptive Trade False Claim ($1000/claim) | False Claim ($2000/claim) | Total Penalties | Total Penalties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbott | 59,602 | 0 | 0 | 0 | 59,602 | 1,327 | 1,500 | $1,327,000 | $2,654,000 | $3,981,000 | $1,500,000 | $3,000,000 | $4,500,000 | $8,481,000 |
| Amgen | 7,037 | 0 | 0 | 0 | 7,037 | 1,129 | 35 | $1,129,000 | $2,258,000 | $3,387,000 | $35,000 | $70,000 | $105,000 | $3,492,000 |
| AstraZeneca | 224,628 | 5,316 | 5,117 | 0 | 219,312 | 25,284 | 0 | $30,401,000 | $60,802,000 | $91,203,000 | $0 | $0 | $0 | $91,203,000 |
| Aventis Group | 132,015 | 161 | 157 | 0 | 131,854 | 29,388 | 0 | $29,525,000 | $59,050,000 | $88,575,000 | $0 | $0 | $0 | $88,575,000 |
| Baxter | 5,644 | 0 | 0 | 0 | 5,644 | 54 | 1,134 | $54,000 | $108,000 | $162,000 | $1,134,000 | $2,268,000 | $3,402,000 | $3,564,000 |
| Bayer | 47,582 | 0 | 0 | 0 | 47,582 | 10,685 | 0 | $10,685,000 | $21,370,000 | $32,055,000 | $0 | $0 | $0 | $32,055,000 |
| Boehringer Group | 15 | 0 | 0 | 0 | 15 | 0 | 1 | $0 | $0 | $0 | $1,000 | $2,000 | $3,000 | $3,000 |
| Braun | 3,320 | 0 | 0 | 0 | 3,320 | 0 | 852 | $0 | $0 | $0 | $852,000 | $1,704,000 | $2,556,000 | $2,556,000 |
| BMS Group | 330,533 | 945 | 626 | 0 | 329,888 | 69,762 | 0 | $70,388,000 | $140,776,000 | $211,164,000 | $0 | $0 | $0 | $211,164,000 |
| Dey | 51,373 | 0 | 0 | 0 | 51,373 | 0 | 8,892 | $0 | $0 | $0 | $8,892,000 | $17,784,000 | $26,676,000 | $26,676,000 |
| Fujisawa Group | 1,535 | 0 | 0 | 0 | 1,535 | 0 | 3 | $0 | $0 | $0 | $3,000 | $6,000 | $9,000 | $9,000 |
| Immunex | 46 | 0 | 0 | 0 | 46 | 16 | 285 | $16,000 | $32,000 | $48,000 | $285,000 | $570,000 | $855,000 | $903,000 |
| Johnson & Johnson | 352,973 | 1,879 | 997 | 836 | 351,094 | 66,134 | 667 | $67,131,000 | $134,262,000 | $201,393,000 | $1,503,000 | $3,006,000 | $4,509,000 | $205,902,000 |
| Novartis | 248,835 | 0 | 0 | 0 | 248,835 | 59,344 | 284 | $59,344,000 | $118,688,000 | $178,032,000 | $284,000 | $568,000 | $852,000 | $178,884,000 |
| Pfizer | 655,962 | 0 | 0 | 0 | 655,962 | 88,598 | 81 | $88,598,000 | $177,196,000 | $265,794,000 | $81,000 | $162,000 | $243,000 | $266,037,000 |
| Pharmacia Group | 40,181 | 20 | 12 | 5 | 40,161 | 5,912 | 6 | $5,924,000 | $11,848,000 | $17,772,000 | $11,000 | $22,000 | $33,000 | $17,805,000 |
| Schering-Plough Group | 242,263 | 96,886 | 9,609 | 86,471 | 145,377 | 18,061 | 2,533 | $27,670,000 | $55,340,000 | $83,010,000 | $89,004,000 | $178,008,000 | $267,012,000 | $350,022,000 |
| Sicor Group | 5 | 0 | 0 | 0 | 5 | 5 | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| TAP | 78,278 | 0 | 0 | 0 | 78,278 | 12,669 | 0 | $12,669,000 | $25,338,000 | $38,007,000 | $0 | $0 | $0 | $38,007,000 |
| Watson | 41,361 | 0 | 0 | 0 | 41,361 | 0 | 252 | $0 | $0 | $0 | $252,000 | $504,000 | $756,000 | $756,000 |
| Total-All Defendants | 2,523,188 | 104,907 | 16,518 | 87,312 | 2,418,261 | 388,528 | 16,280 | $405,146,000 | $810,292,000 | $1,215,438,000 | $103,592,000 | $207,184,000 | $310,776,000 | $1,526,214,000 |

Notes:
1. Tables 3, 4 and 5.
2. Tables 3 and 5.
3. Table 4.
4. Tables 3, 4 and 5.
5. Table 3. These Totals also include the number of fraudulent claims calculated from the Medical claims data, based on the same statutory thresholds.
6. Table 4.

Contains Confidential Information Subject to Court Order

## Table 7a: Deceptive Trade and False Claims Penalties - Innovator and Multi-Source Drugs
### (Adjusting for Rounding and Data Issues - Assume Statute Allows AWP - 9% and AWP - 14%)

| | Total # of Claims | Analysis Using ASP | | | Analysis Using AWP Statute | | | Innovator Penalties (ASP and Statute Change in July 2002 from AWP - 9% to AWP - 14%) | | | Multi-Source Penalties (ASP and Statute Change in July 2002 from AWP - 9% to AWP - 14%) | | | Total Statute Penalties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # of Claims Used in Analysis[1] | # of Fraudulent Claims (Innovator)[2] | # of Fraudulent Claims (Multi-Source)[3] | # of Claims Used in AWP Statute Analysis[4] | # of Innovator Fraudulent Claims Based on Statute (9%-14%)[5] | # of Multi-Source Fraudulent Claims Based on Statute (9%-14%)[6] | Deceptive Trade ($1000/claim) | False Claim ($2000/claim) | Total Penalties | Deceptive Trade ($1000/claim) | False Claim ($2000/claim) | Total Penalties | Total Penalties |
| Abbott | 56,602 | 0 | 0 | 0 | 56,602 | 115 | 202 | $115,000 | $230,000 | $345,000 | $202,000 | $404,000 | $606,000 | $951,000 |
| Amgen | 7,037 | 0 | 0 | 0 | 7,037 | 12 | 0 | $12,000 | $24,000 | $36,000 | $0 | $0 | $0 | $36,000 |
| AstraZeneca | 224,628 | 5,316 | 5,117 | 0 | 219,312 | 934 | 0 | $6,051,000 | $12,102,000 | $18,153,000 | $0 | $0 | $0 | $18,153,000 |
| Aventis Group | 132,015 | 161 | 157 | 0 | 131,854 | 1,552 | 0 | $1,709,000 | $3,418,000 | $5,127,000 | $0 | $0 | $0 | $5,127,000 |
| Baxter | 5,644 | 0 | 0 | 0 | 5,644 | 0 | 272 | $0 | $0 | $0 | $272,000 | $544,000 | $816,000 | $816,000 |
| Bayer | 47,582 | 0 | 0 | 0 | 47,582 | 29 | 0 | $29,000 | $58,000 | $87,000 | $0 | $0 | $0 | $87,000 |
| Boehringer Group | 15 | 0 | 0 | 0 | 15 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Braun | 3,320 | 0 | 0 | 0 | 3,320 | 0 | 58 | $0 | $0 | $0 | $58,000 | $116,000 | $174,000 | $174,000 |
| BMS Group | 330,533 | 645 | 626 | 0 | 329,888 | 360 | 14 | $986,000 | $1,972,000 | $2,958,000 | $14,000 | $28,000 | $42,000 | $3,000,000 |
| Dey | 51,373 | 0 | 0 | 0 | 51,373 | 0 | 3 | $0 | $0 | $0 | $3,000 | $6,000 | $9,000 | $9,000 |
| Fujisawa Group | 1,535 | 0 | 0 | 0 | 1,535 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Immunex | 1,725 | 1,679 | 997 | 838 | 46 | 11 | 193 | $11,000 | $22,000 | $33,000 | $1,029,000 | $2,058,000 | $3,087,000 | $3,120,000 |
| Johnson & Johnson | 352,873 | 0 | 0 | 0 | 351,094 | 1,455 | 0 | $2,452,000 | $4,904,000 | $7,356,000 | $0 | $0 | $0 | $7,356,000 |
| Novartis | 248,835 | 0 | 0 | 0 | 248,835 | 41 | 0 | $41,000 | $82,000 | $123,000 | $0 | $0 | $0 | $123,000 |
| Pfizer | 655,962 | 0 | 0 | 0 | 655,962 | 3,998 | 0 | $3,998,000 | $7,996,000 | $11,994,000 | $0 | $0 | $0 | $11,994,000 |
| Pharmacia Group | 40,181 | 20 | 12 | 0 | 40,161 | 11 | 0 | $23,000 | $46,000 | $69,000 | $0 | $0 | $0 | $69,000 |
| Schering-Plough Group | 242,263 | 98,888 | 9,509 | 86,471 | 145,377 | 6 | 0 | $9,615,000 | $19,230,000 | $28,845,000 | $86,471,000 | $172,942,000 | $259,413,000 | $288,258,000 |
| Sicor Group | 5 | 0 | 0 | 0 | 5 | 3 | 0 | $5,000 | $10,000 | $15,000 | $0 | $0 | $0 | $15,000 |
| TAP | 78,278 | 0 | 0 | 0 | 78,278 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Watson | 41,361 | 0 | 0 | 0 | 41,361 | 0 | 183 | $0 | $0 | $0 | $183,000 | $366,000 | $549,000 | $549,000 |
| Total-All Defendants | 2,523,188 | 104,907 | 16,518 | 87,312 | 2,418,281 | 8,527 | 922 | $25,045,000 | $50,090,000 | $75,135,000 | $88,234,000 | $176,468,000 | $264,702,000 | $339,837,000 |

Notes:
1. Tables 3, 4 and 5.
2. Tables 3 and 5.
3. Table 4.
4. Tables 3, 4 and 5.
5. Table 3.
6. Table 4.

These Totals also include the number of fraudulent claims calculated from the Medical claims data, based on the same statutory thresholds.

Contains Confidential Information Subject to Court Order