**BRECKENRIDGE DECL. EXHIBIT 3**

1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---oOo---

**ORIGINAL**

| | |
|---|---|
| In re: PHARMACEUTICAL, | MDL DOCKET NO. |
| INDUSTRY AVERAGE WHOLESALE | CIVIL ACTION |
| PRICE LITIGATION | 01CV12257-PBS |

THIS DOCUMENT RELATES TO:

ALL ACTIONS

HIGHLY CONFIDENTIAL

DEPOSITION OF JOHN CHAPPUIS

Taken at:

Law offices of

Gough, Shanahan, Johnson & Waterman

33 South Last Chance Gulch

Helena, Montana

April 21, 2006

8:50 a.m.

1  digit growth, so it was one of the drivers in terms of
2  growth and overall cost.
3          MS. SMITH-KLOCEK:  At this time if the
4  minutes from the health coalition meetings have not
5  already been produced, I would ask that they be
6  produced.
7          MS. BOVINGDON:  I have written that down
8  already, and we'll look for them.
9          MS. SMITH-KLOCEK:  Thank you.
10         MS. BOVINGDON:  Yes.
11     Q.  (By Ms. Smith-Klocek) Have you had
12  communications with non-Medicaid agencies related to
13  pharmacy issues?
14     A.  I can't recall any personal discussions
15  that I participated in with non-Medicaid agencies.
16     Q.  Do you recall having any communications
17  with, for example, the bureau of prisons or employee
18  benefits or the state institutions regarding
19  prescription drug coverage?
20     A.  I have heard concerns expressed in
21  relation to one of our contracts at the state
22  institutions.  We use the McKesson Corporation for

John Chappuis    HIGHLY CONFIDENTIAL    April 21, 2006
Helena, MT

82

1  otherwise?

2    A.    It would be helpful if you would reflect
3  them as the Department of Corrections.

4    Q.    I'm sorry, with the Department of
5  Corrections.

6    A.    And the answer is:  I cannot recall any
7  other conversations or any conversations that dealt
8  with that issue.

9    Q.    I'd like to discuss your role in changes
10 to the Medicaid drug reimbursement rates for
11 pharmaceutical drugs.  In 1997, did you have any role
12 in changes to the reimbursement rate for outpatient
13 drugs under the Montana Medicaid program?

14   A.    I cannot remember being part of any
15 discussion related to that.  My only role would have
16 been in monitoring the budget with pharmacy at that
17 time.

18   Q.    In your role of monitoring the budget,
19 would you have participated or attended any public
20 hearings regarding rule changes to reimbursement rates
21 for pharmaceutical drugs?

22   A.    Not that I can recall.

Henderson Legal Services
(202) 220-4158

1    Federal Government that relate to AWP.

2         As I recall, and I did review this document

3    again as I mentioned, the options were somewhere

4    between 10 and 21-point-something percent.  Jeff felt

5    that 15 percent was the best way to go because those

6    ranges were between 10 percent and 21-something

7    percent nationally.  He felt in Montana, it was his

8    judgment to start with the 15 percent.

9         So we made a decision and discussed that with

10   our director, Gail Gray, and then went forward, or at

11   least we would have eventually discussed it with Gail

12   Gray and then with the budget office.  So we made that

13   recommendation. The budget office is OBPP, that I

14   mentioned earlier, Office of Budget and program

15   Planning.

16        Q.   Was the reason for the change from AWP

17   minus 10 -- I'm sorry.  Was the reason for the change

18   in reimbursement primarily to reduce costs to the

19   budget?

20        A.   I'm not sure of Jeff's reasoning on that.

21   Certainly, I was looking for options to reduce costs,

22   but legitimately, not just so reduce costs.  Anytime