Note

**BRECKENRIDGE DECL. EXHIBIT 9**

1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---OoO---

--------------------------------X

In re: PHARMACEUTICAL            )   MDL DOCKET NO.

INDUSTRY AVERAGE WHOLESALE       )   CIVIL ACTION

PRICE LITIGATION                 )   01CV12257-PBS

--------------------------------X

THIS DOCUMENT RELATES TO:        )

ALL ACTIONS                      )

--------------------------------X

Taken at 33 South Last Chance Gulch

Helena, Montana

Monday, April 10, 2006 - 3:00 p.m.


D E P O S I T I O N

OF

JEFFREY E. IRELAND


Reported by Mary R. Sullivan, RPR, RMR, Freelance Court Reporter and Notary Public, State of Montana, residing in Missoula, Montana.

**Page 86**

1  this final report.
2  A. I don't.
3  Q. Before the letter of April 4th, 1996 went
4  out, do you recall any discussions that you
5  participated with anyone of the other cc recipients
6  relative to how the Medicaid disbursing fee was
7  constructed, whether it was below the cost to
8  disburse and the like? Do you have a memory of
9  talking about that subject with anyone?
10     MS. BRECKENRIDGE: Objection, foundation
11  and form.
12     Q. (By Mr. Waterman) You can answer.
13     A. With regard specifically to this study?
14     Q. With regard--actually what I'm looking at
15  now is the April 4th letter.
16     A. Right.
17     Q. It has some comments from Dr. Blouke up.
18     A. Right.
19     Q. You said the group--
20     A. Specifically the dispensing fee.
21     Q. Yeah, right, right.
22     A. I don't remember that.

**Page 87**

1  Q. And you didn't participate with any group
2  that met to talk about the draft report that--from
3  the OIG? I think we've established that already.
4  A. Right, not that I can remember.
5  Q. If you'll go to the third page, it's Bates
6  stamp MT 019233. The very top, it says, "We are
7  recommending that the Montana Department of Public
8  Health and Human Services consider the results of
9  this review as a factor in any future changes to
10  pharmacy reimbursement Medicaid drugs." Do you
11  remember receiving the OIC report, two copies of
12  which are actually attached to this letter Exhibit
13  Ireland 006 by the transmittal of July 11, 1996. Do
14  you remember receiving that so that you could take
15  the results of this report into consideration of any
16  future changes to pharmaceutical reimbursement for
17  Medicaid drugs?
18     A. I don't remember receiving the report.
19     Q. Or talking to anybody about it, I take it.
20     A. No, I don't.
21     Q. Or receiving any directives from anyone
22  above you relative to these conclusions or

**Page 88**

1  recommendations.
2  A. I don't remember receiving any directions
3  that would have been a result from this.
4  Q. Aside from this OIC report, are you
5  familiar--do you--strike that. Aside from this OIC
6  report, do you remember receiving any other OIC
7  reports that are--that covered this subject matter?
8  That is, the pharmacy reimbursement?
9  A. I don't remember anything else that--
10  although it was possible. Trying to remember back,
11  I don't remember anything specifically.
12  Q. Do you have any data or any reason to
13  doubt the accuracy of the final report that's
14  enclosed in Exhibit Ireland 006?
15  A. Given the fact that it was conducted by
16  the Office of Inspector General, I wouldn't have any
17  reason to doubt that their information wasn't
18  correct.
19  Q. Do you know whether or not the State
20  conducted its own survey of acquisition costs at or
21  about the time that this report was prepared?
22  A. If we did, I don't remember doing so.

**Page 89**

1  Q. Do you remember seeing any other studies,
2  not necessarily prepared by the State, but any other
3  entity or organization relative to sort of a counter
4  study or to respond to the OIC report?
5  A. No, I don't.
6  Q. When the OIC--do you remember any
7  controversy over the OIC report when it was issued
8  in 1996?
9  A. No, I don't.
10  Q. Would it be fair to say that in light of
11  the fact that this was done by the OIC, that that
12  was the most reliable source of data recording
13  acquisition costs of Montana Medicaid providers?
14     MS. BRECKENRIDGE: Objection.
15     Q. (By Mr. Waterman) You can answer.
16     A. Personally I think that even though there
17  was credibility with it, there would have not been
18  likely an assumption that this was the most accurate
19  or the only accurate information. It would have
20  been viewed as a piece of information that could
21  have been used by the State to help them to
22  determine a decision that they made or may not make

**Page 90**

1  as they move forward.
2     Q. Besides the OIC report, what other sources
3  of data would have existed that you would have
4  turned to to develop information about acquisition
5  costs with Montana Medicaid providers?
6        MS. BRECKENRIDGE: Objection.
7     Q. (By Mr. Waterman) You can answer.
8     A. I suppose information that would have been
9  within our own state, information that we would have
10 been able to possibly gain from pharmacies if we
11 would have done a survey ourselves. Information
12 that may have been published in publications such as
13 Medispan, Red Book, those type of things, as
14 examples.
15    Q. Do you know whether or not there was such
16 information from within the state that you looked at
17 in the ordinary course of carrying out your
18 functions as a PPM during the period of time you
19 filled that capacity?
20    A. Yes.
21    Q. And what were those sources of data?
22    A. When a pharmacy submitted a bill to the

**Page 91**

1  Medicaid program, it was a request that they submit
2  it using the prices that they would typically charge
3  for any regular paying customer. That allowed us to
4  make a determinination periodically of the
5  reimbursement differences between what was actually
6  being charged versus what we were reimbursing, so
7  our own internal data may have been something that
8  could have been used as a resource.
9     Q. Did you ever collect that data in a
10 comprehensive survey of any type?
11    A. Not in the sense of a survey, but that
12 information was periodically reviewed as a way of
13 monitoring the effectiveness of the program.
14    Q. And when you say "was periodically
15 reviewed", what that--what I hear you saying is that
16 it would have been looked at and then reduced to
17 some form of a report to someone, one of your
18 supervisors?
19    A. Not necessarily.
20    Q. Okay.
21    A. The information may have been reviewed
22 specifically at the program level. It could have

**Page 92**

1  been a report that was generated from the MMIS
2  system, it could have been a request specifically
3  for a report through Consultec, who was the fiscal
4  intermediary, but it wouldn't have necessarily been
5  reduced to anything other than what was generated as
6  the, you know, the initial summary data.
7     Q. Okay. If the summary data had been
8  gathered, who would have gathered that? You or
9  someone under your direction?
10    A. Yes. It could have been gathered by my
11 supervisor, it could have been gathered by someone
12 else in the directorate, so it wouldn't have been
13 limited to just the program manager.
14    Q. Would--do you recall ever gathering such
15 data?
16    A. Yes, I do.
17    Q. And what was the purpose of doing that?
18    A. The purpose would have been to potentially
19 substantiate a claim from a pharmacist that our
20 reimbursement was below what they were actually able
21 to purchase a drug for. I would have run a report
22 to help me determine if this was an isolated

**Page 93**

1  instance or if this was, you know, a bigger issue,
2  so that would have been an example of when I would
3  have requested one of the reports or run one myself.
4     Q. From the times when you ran those reports,
5  did you draw any conclusions about the difference
6  between the AWP and the acquisition costs for
7  Montana Medicaid providers?
8     A. Yes.
9     Q. What did you--what conclusions did you
10 draw?
11    A. In some instances, the conclusion that I
12 drew was that because a particular size of a
13 pharmacy and not being able to purchase in bulk
14 supplies, their cost is higher, but overall, the
15 reimbursement that we made was adequate. In other
16 instances, we determined that the average wholesale
17 price that we paid was just not sufficient to
18 reimburse, and in those instances, there were
19 sometimes where I'd work with the manufacturer
20 themselves and find that the average wholesale price
21 hadn't been updated correctly, so that would be the
22 conclusions either to confirm what it was that I was