**BRECKENRIDGE DECL. EXHIBIT 10**

Page 1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---oOo---

In Re: PHARMACEUTICAL           MDL DOCKET NO.

INDUSTRY AVERAGE WHOLESALE      CIVIL ACTION

PRICE LITIGATION                01CV12257-PBS

THIS DOCUMENT RELATES TO:

ALL ACTIONS


Taken at 33 South Last Chance Gulch

Helena, Montana

Friday, June 16, 2006 - 9:05 a.m.


TELEPHONE DEPOSITION

OF

DENISE BRUNETT


Reported by Mary R. Sullivan, RPR, RMR, Freelance Court Reporter, Notary Public, residing in Missoula, Montana.

1   Q.   Well, and maybe--maybe this is the
2   appropriate time to do this, then.  Because one sort
3   of general piece of information that I was hoping to
4   get from you today is the methodology that's been
5   used by Montana Medicaid for physician administered
6   drugs, and so I'm wondering if you can tell me--and
7   some of this would have to be sort of historical
8   knowledge that you might have gained during the
9   course of your time there, but methodologies that
10  were in place before you worked there, but to the
11  extent you know, if you could tell me, starting in
12  1991, what the methodology or reimbursement
13  methodology is that Montana Medicaid uses for
14  physician administered drugs and how that
15  methodology has changed over time.
16  A.   As I stated before, my employment with
17  Medicaid began in September of 2001, and so at that
18  point--that's the point in time I can tell you
19  factually what I--what I know about physician
20  injectable reimbursement, so if you'd like me to
21  answer that, I can, but anything prior to that I--I
22  can't tell you that I know.

Page 45

1    Q.    Well, if you reviewed any documents that
2    indicated what the reimbursement methodology was, if
3    you had conversations with other Medicaid employees
4    regarding the prior methodology or different
5    methodology, anything of that nature.
6    A.    I did have conversations with the--what
7    would be my predecessor and his claim manager.  His
8    name was Randy Bowsher, her name is Fran O'Hara,
9    because when I started my employment, I had realized
10   that the injectable--physician injectables had not
11   been updated as a whole in a number of years, and so
12   I'd called both of them to gain an understanding of,
13   you know, how was I going to tackle that beast and
14   what--what--how had they worked with it, and it was
15   a complaint-driven price update system is what they
16   had done.
17   Q.    What--what do you mean by complaint
18   driven? I think I understand what you mean, but I
19   want to make sure, complaint-driven price update
20   system.
21   A.    If a provider had called in saying, you
22   know, I'm wanting to do J-9999 but you only pay me

Page 86

1  programs you communicated with on this subject?
2       A.   No.
3       Q.   Do you recall what information you
4  received from those states?
5       A.   No.
6       Q.   Do you recall whether any of the
7  information you received discussed alternative
8  methodologies to AWP?
9       A.   An internal discussion--I'm sorry.
10      Q.   I'm sorry, yeah, I--I didn't enunciate
11 clearly, probably.  Whether any of the information
12 that you received discussed alternative
13 methodologies to AWP.
14      A.   Yes.
15      Q.   Okay.  And what were those methodologies,
16 if you can recall.
17      A.   I can recall one for sure that was just
18 paying a percentage of charge.
19      Q.   And this was a methodology that was in
20 place in some other state's Medicaid program?
21      A.   I didn't say that.
22      Q.   Okay.  Do you recall what--which--which

Page 87

1  payor or even sort of category of payor was using
2  this percentage of charge methodology?
3      A.   I recall it as my own idea, not other
4  payor's idea.
5      Q.   And I mean, I mean this in a very genuine
6  way, I mean, how did you come up with that idea?
7      A.   Brainstorming.
8      Q.   Okay.  Was there any information that you
9  looked at aside from these communications to sort of
10 generate that idea?
11     A.   No, it--it--no, it--it--it's linked to the
12 by-report methodology, so it's not--remember how I
13 told you the whole 60 percent scenario?
14     Q.   Uh-huh.
15     A.   That's a methodology that's applied on a
16 rare occasion.
17     Q.   Okay.
18     A.   And I was thinking--the brainstorming was
19 should we apply it here.
20     Q.   Okay.  And did you pursue the use of that
21 methodology in terms of discussing it with your
22 superiors or other people at Medicaid?

```
 1      A.    I never had a formal document or anything,
 2   but I would say that the majority of the injectables
 3   that I looked at had been updated and priced since
 4   1991.
 5      Q.    Okay.
 6      A.    More than once.
 7      Q.    Okay.  But it might vary as to when--
 8      A.    Uh-huh.
 9      Q.    --that last pricing update occurred?
10      A.    Yes.
11      Q.    Okay.  Did you--do you recall any
12   instances where you were checking on a particular
13   drug and it turned out that it was, in fact, 1991
14   that the last update had occurred?
15      A.    I don't remember right now.  I can't think
16   of any.
17      Q.    Let me just ask generally why--why you
18   prepared this document.  Was it at someone's request
19   or--
20      A.    Yes.
21      Q.    Okay.  And whose request?
22      A.    Mary Angela's.
```