**BRECKENRIDGE DECL. EXHIBIT 11**

1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---

**ORIGINAL**

IN RE: PHARMACEUTICAL )
INDUSTRY AVERAGE )
WHOLESALE PRICE )
LITIGATION, ) Civil Action 01CV12257PBS
)

---

DEPOSITION UPON ORAL EXAMINATION OF

TERRY KRANTZ

---

8:30 a.m.

March 17, 2006

GOUGH SHANAHAN JOHNSON & WATERMAN

33 South Last Chance Gulch

Helena, Montana 59601


REPORTED BY:   Judith A. Robinson, CCR #2171

Terry Krantz                                                March 17, 2006
                              Helena, MT

                                                                    9

1    Q.   In the event Ms. Breckenridge objects, on
2 behalf of the State of Montana, my instruction would
3 be the same, in that I ask you to answer the
4 question posed, even if there is an objection.
5         Do you understand the process?
6    A.   Yes.
7    Q.   Please describe for me your education
8 after high school.
9    **A.   I attended Montana State University and**
10 **obtained a Bachelor of Science degree in business**
11 **with an accounting option.**
12   Q.   When did you obtain that degree?
13   **A.   I attended college from 1975 through 1979.**
14 **I believe it was December of '79.**
15   Q.   Do you have any postgraduate education,
16 post Bachelor's?
17   **A.   No.**
18   Q.   Would you describe for me briefly the jobs
19 you've held since you've graduated from Montana
20 State in 1979?
21   **A.   Sure.  In 1980 I went to work for the**
22 **State of Montana with the Department of Labor &**

                                                                       10

1   Industries as an accountant. I worked there for
2   approximately 2 years. Then I went to work for the
3   Department of Social & Rehabilitation Services as an
4   auditor.
5           After working as an auditor for several
6   years, I took a position with the Medicaid program
7   and worked as a hospital program officer. In about
8   1989 or 1990, I went to work as a supervisor for the
9   acute services section for Medicare. For the next
10  approximately 7 years, I worked as a supervisor for
11  Medicare in various capacities in both the acute
12  services and health maintenance sections.
13          In 1997 I moved to a position with the
14  special supplemental nutrition program for women,
15  infants and children and I was the State WICK
16  director until 2001.
17          In 2001, I took a position as bureau chief
18  of the communicable disease control prevention
19  bureau, also with the department of then Public
20  Health & Human Services. There was a reorganization,
21  changing the name from Social & Rehabilitation
22  Services to Public Health & Human Services.

Terry Krantz                                                March 17, 2006
                          Helena, MT

                                                                        11

1        In January of 2005, I resigned from State
2   government and went to work for Affiliated Computer
3   Services and that is my present position.
4        Q.   Just to recap, you worked for the State of
5   Montana in one capacity or another from 1980 to
6   2005?
7        A.   That's correct.
8        Q.   Do you recall, when was your first
9   position within Montana Medicaid?
10       A.   The position would have been the human
11  services program officer.  It was probably about 4
12  years.  But I don't recall the exact date.
13       Q.   I'm sorry.  I thought you said your first
14  job within Medicaid was as a hospital program
15  officer.
16       A.   Yes.
17       Q.   And I'm trying to find out if you remember
18  what the start date was.
19       A.   I don't remember the start date.
20       Q.   But it was sometime between 1982 and 1989?
21       A.   Yes.
22       Q.   At one point I heard you say that you were

1  of acquisition costs without a discount off of AWP
2  being applied.
3  BY MS. O'SULLIVAN:
4      Q.   Going back to Exhibit Krantz 006 for just
5  a minute.  The final report of the OIG relating to
6  Montana Medicaid from 1996.
7           I believe you testified that you saw --
8  you saw that report before; correct?
9      A.   The Exhibit Krantz 006 report?
10     Q.   Yes.
11     A.   Yes.
12     Q.   Do you remember who else in Montana
13 Medicaid received that final report?
14     A.   I guess I have to assume that all the
15 people that are listed on the report as being CC'd.
16 I don't specifically recall who would have received
17 it but I think we discussed the general routing
18 practices.
19     Q.   It would be your assumption that Nancy
20 Ellery and Mary Dalton and Jeff Ireland would have
21 also received a copy of the final report?
22     A.   Yes.

Terry Krantz                                          March 17, 2006
                        Helena, MT

                                                                  60

1    Q.    As well as the director of DPHHS, Peter
2    Blouke?
3    A.    Yes.
4    Q.    Do you recall any discussions you had with
5    any of those individuals about what Montana Medicaid
6    should do, if anything, in response to that report?
7    A.    No.
8    Q.    Have you ever seen a report like Exhibit
9    Krantz 006 for any states other than Montana?
10   A.    **I don't recall seeing any of the other**
11   **reports.**
12   Q.    You were aware they existed?
13   A.    **I assume they existed.  Because there were**
14   **11 states involved in the study.**
15   Q.    Just a few questions before we take a
16   break.
17         At Montana state, did you ever take any
18   courses in pharmacy?
19   A.    No.
20   Q.    After you graduated, did you ever take any
21   courses in pharmacy?
22   A.    No.