**BRECKENRIDGE DECL. EXHIBIT 12**

```
                                                                    1

                    THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF MASSACHUSETTS

                               ---oOo---

        ------------------------------X

        In re:  PHARMACEUTICAL,       )      MDL DOCKET NO.

        INDUSTRY AVERAGE WHOLESALE    )      CIVIL ACTION

        PRICE LITIGATION              )      01CV12257-PBS

        ------------------------------)

        THIS DOCUMENT RELATES TO:     )

        ALL ACTIONS                   )        CERTIFIED COPY

        ------------------------------X



                    DEPOSITION OF DUANE PRESHINGER

                              Taken at:

                           Law offices of

                Gough, Shanahan, Johnson & Waterman

                     33 South Last Chance Gulch

                          Helena, Montana

                           April 20, 2006

                             9:00 a.m.
```

                                                              65

1   this as Exhibit Preshinger 008?

2           COURT REPORTER:  Exhibit Preshinger 007.

3           MS. SMITH-KLOCEK:  Sorry, Exhibit

4   Preshinger 007.

5           (Document marked Deposition Exhibit

6   Preshinger 007 for identification.)

7           MS. SMITH-KLOCEK:  Exhibit Preshinger 007

8   is a one-page document Bates-labeled MT 025524.

9           THE WITNESS:  (Perusing document) -- okay.

10  BY MS. SMITH-KLOCEK:

11      Q.  Is this document an e-mail from Jeff Buska

12  forwarding an e-mail from Peter Wolfgram to Dan

13  Peterson, Dawn Sliva --

14      A.  Sliva.

15      Q.  -- Geralyn Driscoll, and cc'ing you, Duane

16  Preshinger?

17      A.  Yes.

18      Q.  Is this e-mail that's being forwarded an

19  example of a provider comment in opposition to the

20  AWP minus 25 proposal for generic reimbursement?

21      A.  It is one of the comments, yes.

22          MS. SMITH-KLOCEK:  And one more, now we're