**BRECKENRIDGE DECL. EXHIBIT 13**

Patricia Kay Morgan        Highly Confidential              January 11, 2005
                            New York, NY

```
                                                                    1
 1        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2             IN THE UNITED STATES DISTRICT COURT
 3              FOR THE DISTRICT OF MASSACHUSETTS
 4   ------------------------------x
 5   In Re: PHARMACEUTICAL             )
                                       )
 6   INDUSTRY AVERAGE WHOLESALE        ) MDL No. 1456
                                       )
 7   PRICE LITIGATION                  ) CIVIL ACTION NO.
                                       )  01-CV-12257-PBS
 8                                     )
     ------------------------------)
 9   THIS DOCUMENT RELATES TO          )
     ALL ACTIONS                       )
10   ------------------------------x
11     IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
12            IN AND FOR THE COUNTY OF MARICOPA
13   ---------------------------------
     ROBERT J. SWANSTON, Individually and )
14   on behalf of himself and all others  )
     Similarly situated,                  )
15                                        )
                         Plaintiff,       )  Case No.
16   v.                                   )  CV2002-004988
                                          )
17   TAP PHARMACEUTICAL PRODUCTS,         )  Vol. 1
     INC., et al.,                        )
18                                        )
                         Defendants.      )
19   ---------------------------------
20
         VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN
21                    New York, New York
                 Tuesday, January 11, 2005
22
```

Henderson Legal Services
(202) 220-4158

Page 38

1  to the database -- and there are things such as
2  repackagers or private label items that do not go
3  through the wholesaler, so you cannot perform a
4  survey on those items, and so those items would
5  be populated in the SWP field but the number
6  would also go into the Blue Book field.
7       Q.   When you say the number would go into
8  the Blue Book field, does it go into some sort of
9  algorithm or computer that calculates an average
10 based on these inputs?
11      MR. KERN:  I object to the question
12      as vague and ambiguous.  If you're referring
13      to the aforementioned repackagers and
14      relabelers only.
15      Q.   Actually I'm referring to all of the
16 data that you collect.  Okay, the various prices
17 from wholesalers or repackagers that you just
18 described.  These are different data points
19 coming from different people; is that correct?
20      MR. SOBOL:  Objection to form.
21      A.   That's correct.  But we don't average
22 any of that information, or any of that data.

Page 39

1       Q.   So what do you do with it?
2       A.   The data is entered into the database
3  using editor cards, and it populates the fields
4  on the database based on the tables that have
5  been set up.
6       Q.   What are the tables?
7       A.   When you're populating a database, a
8  lot of the things are driven by a table that says
9  what's going to happen with the data.
10      Q.   I see.  I think you have in the past
11 referred to AWP as, quote, a "benchmark" price.
12 Is that a phrase with which you're familiar?
13      A.   Yes, sir.
14      Q.   What do you mean by that?
15      A.   When I say benchmark, it's something
16 that people are used to using from which they
17 make their determinations on how to use the data.
18 So it's like, it's a reference that can be used
19 for whatever use you want to use it for.
20      Q.   It is by definition in your terms an
21 average; is that correct?
22      A.   That's correct.

Page 40

1       Q.   So you wouldn't expect that it's
2  necessarily the price at which any individual is
3  actually charging or paying for the product?
4       A.   I have no knowledge of what anybody
5  pays for product.
6       MR. MORGENSTERN:  Would you mark this
7       Exhibit Morgan 004, please.
8       (Exhibit Morgan 004, for
9       identification, Bates-numbered FDB-AWP
10      28850-52, publication sent to customers in
11      1991.)
12 BY MR. MORGENSTERN:
13      Q.   I've shown you what has been marked
14 as Exhibit Morgan 004 for identification, Ms. Morgan.
15 Have you ever seen this before?
16      A.   Yes, sir, I have.
17      Q.   What is it?
18      A.   It is an article -- or actually it's
19 a publication that went out to your customers in
20 1991.
21      Q.   Was this part of a regular --
22 regularly published series of publications by

Page 41

1  this name?
2       A.   Since it preceded me, I really cannot
3  testify to that.
4       Q.   Did they exist when you joined the
5  company?
6       A.   Not in this form.
7       MR. HAWLEY:  Can we go off the record
8       for just a second?
9       MR. MORGENSTERN:  Sure.
10      (Discussion off the record.)
11      (Exhibit Morgan 005, for
12      identification, editorial from Price Alert.)
13      Q.   Ms. Morgan, I've given you what has
14 been marked as Exhibit Morgan 005 for
15 identification.  Can you tell me whether you've
16 seen that before?
17      A.   I'm sorry, I think it's marked 6.
18      Q.   6?  I'm glad you're paying attention.
19 Thank you.
20      A.   Okay, now I have 5.
21      Q.   Have you seen this before?
22      A.   Yes, I have.