**BUSKA DECL. EXHIBIT A**

## Dey Spreads

| NDC | Abbreviated Name | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 49502069203 | ACCUNEB 0.63MG 3ML 25S | | | | | | | | | | | 31.7% | 29.2% | | |
| 49502069303 | ACCUNEB 1.25MG 3ML 25S | | | | | | | | | | | 31.7% | 33.9% | 44.5% | |
| 49502018110 | ACETYLCYSTEINE 10% 10 M | 269.5% | 275.0% | 261.6% | 259.6% | | | | | | | | | 51.3% | |
| 49502018130 | ACETYLCYSTEINE 10% 30 M | 394.0% | 377.2% | 309.9% | 314.9% | 279.7% | 293.5% | 290.3% | 334.1% | 478.4% | 801.9% | 215.6% | 225.1% | | |
| 49502018104 | ACETYLCYSTEINE 10% 4 ML | 262.6% | 298.8% | 248.1% | 270.5% | 360.2% | 341.8% | 460.4% | 605.6% | 738.7% | 444.9% | 376.8% | 391.3% | | |
| 49502018210 | ACETYLCYSTEINE 20% 10 M | 273.0% | 321.6% | 318.1% | 307.9% | 270.3% | 279.8% | 320.5% | 386.4% | 482.0% | | | | | |
| 49502018200 | ACETYLCYSTEINE 20% 100 | 273.2% | 132.0% | 219.8% | 330.3% | 487.8% | 340.0% | 316.5% | 490.7% | | | | | | |
| 49502018230 | ACETYLCYSTEINE 20% 30 M | 455.6% | 432.6% | 115.2% | 183.1% | 104.6% | 209.1% | 228.7% | 255.7% | 269.9% | | | | | |
| 49502018204 | ACETYLCYSTEINE 20% 4 ML | 340.2% | 416.0% | 325.4% | 378.3% | 383.2% | 450.1% | 556.0% | 744.1% | 643.9% | 144.7% | 185.4% | | | |
| 49502030317 | ALBUTEROL INHAL AEROSOL | | | 327.3% | 330.8% | 346.2% | 343.0% | 436.2% | 497.0% | 655.0% | 433.0% | 363.6% | 391.4% | | |
| 49502033317 | ALBUTEROL INHAL AEROSOL | | | | | | 248.2% | 496.2% | 954.1% | 1138.4% | | | | | |
| 49502030327 | ALBUTEROL MDI, REFILL | | | | | | | 661.0% | | | 308.4% | 508.9% | | | |
| 49502033327 | ALBUTEROL MDI, REFILL | | | | | | | 435.9% | 533.7% | 814.3% | | | | | |
| 49502069703 | ALBUTEROL SULF 0.083% 3 | | 133.3% | 137.3% | 177.0% | 215.8% | 256.6% | 324.3% | 475.1% | 650.1% | 812.7% | 808.1% | 922.1% | | |
| 49502069733 | ALBUTEROL SULF 0.083% 3 | | | | 211.2% | 244.7% | 278.9% | 325.6% | 480.6% | 586.1% | 792.1% | 813.3% | 924.7% | | |
| 49502069760 | ALBUTEROL SULF 0.083% 3 | | | 188.4% | 212.3% | 250.8% | 280.9% | 326.3% | 432.6% | 593.5% | 824.0% | 864.8% | 940.0% | | |
| 49502010501 | ALBUTEROL SULF 0.5% 20 | | | | | | | | | 311.7% | | 506.3% | 707.4% | | |
| 49502019620 | ALBUTEROL SULF 0.5% 20 | | | | | | 231.8% | 264.6% | 334.2% | 944.5% | 349.4% | | | | |
| 49502079516 | ALBUTEROL SYRUP 2MG/5ML | | | | | 175.8% | 473.1% | | | | | | | | |
| 49502068912 | CROMOLYN SOD 20MG/2ML 1 | | | | 58.8% | 72.5% | 80.4% | 128.6% | 187.0% | 306.5% | 511.3% | 452.5% | 491.3% | 943.0% | |
| 49502068861 | CROMOLYN SOD 20MG/2ML 5 | | | | | | | 174.4% | | | | | | 359.7% | |
| 49502068902 | CROMOLYN SOD 20MG/2ML 6 | | | | | | | | | | | | | 495.3% | |
| 49502068900 | CROMOLYN SOD 20MG/2ML S | | | | 44.1% | 54.0% | 73.6% | 129.0% | 179.3% | 193.3% | 326.5% | 505.7% | 475.7% | 467.2% | |
| 49502067230 | DUONEB 30'S | | | | | | | | | | | 35.6% | 49.3% | 62.1% | |
| 49502067260 | DUONEB 60'S | | | | | | | | | | | 33.0% | 81.7% | 138.4% | |
| 49502068500 | IPRATROPIUM BR .02% 2.5 | | | | | | | 142.1% | 203.3% | 271.3% | 416.4% | 585.5% | 615.8% | 1032.0% | 17871.7% |
| 49502068503 | IPRATROPIUM BR .02% 2.5 | | | | | | | 139.7% | 207.2% | 253.3% | 355.4% | 708.6% | 828.1% | 1009.8% | 1104.4% |
| 49502068533 | IPRATROPIUM BR .02% 2.5 | | | | | | | 135.8% | 196.4% | 252.9% | 343.4% | 544.7% | 845.5% | 941.5% | 1188.0% |
| 49502068560 | IPRATROPIUM NASAL 0.03% | | | | | | | | | | | | | 193.6% | 190.1% |
| 49502078630 | IPRATROPIUM NASAL 0.06% | | | | | | | | | | | | | 202.2% | 233.3% |
| 49502078615 | IPRATROPIUM.02% 2.5ML 5 | | | | | | | | | | | | | | 1328.6% |
| 49502068524 | IPRATROPIUM.02% 2.5ML 5 | | | | | | | | | | | | | | 1318.0% |
| 49502068529 | IPRATROPIUM.02% 2.5ML 5 | | | | | | | | | | | | | | 1302.0% |
| 49502068561 | IPRATROPIUM.02% 2.5ML 5 | | | | | | | | | | | | | | |
| 49502067803 | METAPROTERENOL 0.4% 2.5 | 165.2% | 273.5% | 329.3% | 349.1% | 376.7% | 373.1% | 370.3% | 398.8% | 407.3% | 421.5% | 375.5% | 310.2% | 316.1% | 315.7% |
| 49502067824 | METAPROTERENOL 0.4% 5PK | | | | | | | | | | | | | | |
| 49502067603 | METAPROTERENOL 0.6% 2.5 | 204.4% | 271.5% | 324.4% | 320.6% | 345.8% | 355.2% | 363.6% | 402.1% | 416.7% | 414.9% | 378.8% | 322.4% | 314.2% | 294.3% |
| 49502067624 | METAPROTERENOL 0.6% 5PK | | | | | | | | | | | | | | 321.4% |
| 49502005511 | METAPROTERENOL 5% 0.3 M | 57.7% | 78.6% | | | | | | | | | | | | 282.4% |
| 49502005530 | METAPROTERENOL 5% 0.3 M | | | | | | | | | | | | | | |
| 49502015530 | METAPROTERENOL 5% 30ML | 161.1% | 165.5% | 168.2% | | | | | | | | | | | |

Privileged and Confidential:
Attorney/Client Work Product