**BUSKA DECL. EXHIBIT B**

## Attachment G.1.c: AstraZeneca Annual Spreads

| NDC | Drug | Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0031009B036 | Zoladex | Zoladex 3.6mg 1x1EA Depot | 25.00% | 25.03% | 20.89% | 32.40% | 46.72% | 49.92% | 69.89% | 136.31% | 151.56% | 134.60% | 149.71% | 141.49% | | |
| 0031009B130 | Zoladex | Zoladex 10.8mg 1x1EA Depot | | | | | | 51.82% | 79.93% | 154.59% | 169.31% | 162.18% | 161.72% | 162.13% | | |

Direct Testimony of Raymond S. Hartman