**BUSKA DECL. EXHIBIT D**

## Attachment G.3.c: Johnson & Johnson Annual Spreads

| NDC | Drug | Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00062740003 | Procrit | PROCRIT 4000U/ML AMG | 22.6% | 23.7% | 21.8% | | | | | | | | | | |
| 00062740103 | Procrit | PROCRIT 10000U/ML AMG | 22.6% | 23.0% | 22.8% | | | | | | | | | | |
| 00062740201 | Procrit | PROCRIT 2000U/ML AMG | 24.4% | 24.9% | 22.3% | | | | | | | | | | |
| 00062740401 | Procrit | PROCRIT 2000U/ML AMG | 21.0% | 25.2% | 21.4% | | | | | | | | | | |
| 00062740501 | Procrit | PROCRIT 3000U/ML AMG | | | 20.5% | 22.4% | 21.6% | 21.6% | | | | | | | |
| 59676030201 | Procrit | PROCRIT 2000 U/ML 6'S | | | | 21.4% | 20.0% | 25.2% | 21.5% | | 22.8% | 20.1% | 21.0% | 18.8% | 17.6% |
| 59676030202 | Procrit | PROCRIT 2000 U/ML . INSTITUTIO | | | | 22.7% | 22.1% | 22.1% | 21.7% | | 24.7% | 18.0% | 24.1% | 27.6% | 21.8% |
| 59676030301 | Procrit | PROCRIT 3000 U/ML 6'S | | | | 22.5% | 21.6% | 24.4% | 21.2% | | 22.1% | 20.9% | 21.4% | 20.5% | 18.6% |
| 59676030302 | Procrit | PROCRIT 3000 U/ML 25'S | | | | 23.4% | 23.4% | 21.7% | 22.5% | | 22.6% | 19.3% | 22.9% | 20.0% | 20.6% |
| 59676030401 | Procrit | PROCRIT 4000 U/ML 6'S | | | | 22.5% | 24.2% | 25.3% | 26.6% | | 23.2% | 20.9% | 21.5% | 21.5% | 19.1% |
| 59676030402 | Procrit | PROCRIT 4000 U/ML 25'S | | | | 23.4% | 21.6% | 22.1% | | | 22.6% | 19.4% | 20.9% | 21.1% | 21.1% |
| 59676031001 | Procrit | PROCRIT 10000 U/ML 6'S | | | | 22.5% | 22.3% | 24.2% | 22.5% | | 21.5% | 22.7% | 22.9% | 22.0% | 20.7% |
| 59676031002 | Procrit | PROCRIT 10000 U/ML 25'S | | | | 24.4% | 20.5% | 23.4% | | | 23.6% | 21.5% | 22.0% | 21.4% | 24.4% |
| 59676031201 | Procrit | PROCRIT 10,000 U/ML - MULTIDOS | | | | | | | 25.4% | 28.6% | 25.6% | 22.3% | 24.6% | 23.5% | 24.3% |
| 59676032001 | Procrit | PROCRIT 20,000 U/ML - 1ML | | | | | | | | | 25.0% | 24.6% | 23.5% | 23.7% | 28.0% |
| 59676034001 | Procrit | PROCRIT 40000 U/ML 4'S | | | | | | | | | 25.5% | 26.2% | 24.8% | 24.6% | 26.0% |
| 57894003001 | Remicade | C168J REMICADE 1PCK US PD | | | | | | | | | 32.1% | 28.5% | 31.8% | 29.5% | 30.0% |

Direct Testimony of Raymond S. Hartman