**BUSKA DECL. EXHIBIT H**

## Pfizer Spreads

| NDC | Abbreviated Name | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|
| 00013108691 | ADRIAMYCIN RDF 10MG PDI INJ | 1168.2% | 706.9% | 639.0% | 491.7% | 476.3% | 238.5% | |
| 00013109691 | ADRIAMYCIN RDF 20MG PDI INJ | | | | 438.4% | 296.6% | 212.5% | |
| 00013110879 | ADRIAMYCIN RDF 50MG PDI INJ | 680.5% | 680.6% | 480.1% | 656.4% | 821.3% | 244.5% | |
| 00013111683 | ADRIAMYCIN RDF 150MG PDI INJ | 471.0% | 401.8% | 511.8% | 1028.7% | 742.2% | 196.9% | |
| 00013113891 | ADRIAMYCIN PFS 2MG/ML IJ INJ | 1034.4% | 1075.6% | 421.1% | 840.7% | 695.2% | 217.4% | |
| 00013114891 | ADRIAMYCIN PFS 10ML IJ INJ | 1336.5% | 1051.5% | 398.9% | 522.6% | 808.2% | 298.1% | |
| 00013115679 | ADRIAMYCIN PFS 25ML IJ INJ | 766.1% | 691.3% | 505.5% | 626.4% | 890.8% | 171.2% | |
| 00013116883 | ADRIAMYCIN PFS 2MG/ML IJ INJ | 612.1% | 505.3% | 456.9% | 592.0% | 785.2% | 168.0% | |
| 00013117687 | ADRIAMYCIN PFS 37.5ML IJ INJ | 2144.4% | 1037.0% | 465.8% | 681.7% | 295.5% | 193.6% | |
| 00013103891 | ADRUCIL 50MG/ML IJ INJ | 482.4% | 183.2% | 114.0% | 166.2% | 43.2% | | 41.1% |
| 00013104694 | ADRUCIL 50ML IJ INJ | 687.3% | 371.0% | 122.3% | 137.4% | 105.7% | 50.9% | 45.7% |
| 00013105694 | ADRUCIL 100ML IJ INJ | 341.7% | 162.6% | 152.2% | 211.7% | 114.7% | 166.0% | 101.9% |
| 00013181878 | BLEOMYCIN SULFATE 15U PDI INJ | 193.4% | 239.1% | 89.9% | 51.0% | 152.3% | 55.8% | |
| 00013183886 | BLEOMYCIN SULFATE 30U PDI INJ | 39.5% | 158.4% | | | 32.6% | | |
| 00009090211 | CLEOCIN PHOSPHATE 150MG/ML SOL INJ | | | | | 61.8% | 58.7% | 33.5% |
| 00009090218 | CLEOCIN PHOSPHATE 150MG/ML SOL INJ | 688.6% | 449.1% | 285.0% | 247.2% | 44.8% | 33.4% | |
| 00009337602 | CLEOCIN PHOSPHATE 600MG/50ML SOL INJ | 58.3% | 43.8% | 70.6% | 56.6% | 43.8% | 31.3% | |
| 00009338202 | CLEOCIN PHOSPHATE 900MG/60ML SOL INJ | | | 65.5% | 69.0% | 88.8% | 60.6% | 36.0% |
| 00009344703 | CLEOCIN PHOSPHATE 150MG/ML SOL INJ | 485.7% | 413.9% | 249.7% | 222.9% | 129.0% | 99.8% | 117.5% |
| 00009037301 | CYTOSAR-U 100MG PDI INJ | 102.7% | 112.4% | 183.2% | 211.2% | 147.1% | 83.2% | 68.7% |
| 00009047301 | CYTOSAR-U 500MG PDI INJ | 207.8% | 164.8% | 258.3% | 248.5% | 126.9% | 154.4% | 67.8% |
| 00009329601 | CYTOSAR-U 1GM PDI INJ | 205.3% | 130.0% | 142.0% | 70.4% | 179.6% | 28.7% | 122.7% |
| 00009329601 | CYTOSAR-U 2GM PDI INJ | 180.5% | 157.5% | 192.2% | 222.8% | 133.4% | 27.3% | |
| 00009034702 | DEPO-TESTOSTERONE 100MG/ML OIL VIAL | 120.6% | 135.4% | 140.8% | 64.8% | 22.8% | 27.1% | |
| 00009041701 | DEPO-TESTOSTERONE 200MG/ML OIL VIAL | 46.0% | 59.3% | 45.9% | 36.0% | 22.3% | 65.5% | 34.5% |
| 00009041702 | DEPO-TESTOSTERONE 200MG/ML OIL/VIAL | 123.2% | 140.6% | 142.9% | 72.8% | 70.4% | 132.2% | 63.7% |
| 00013560693 | NEOSAR 100MG PDI INJ | 150.9% | 161.9% | 65.2% | 77.5% | 122.1% | 193.6% | |
| 00013561893 | NEOSAR 200MG PDI INJ | 370.0% | 304.7% | 150.8% | 142.9% | 175.3% | 170.8% | 165.2% |
| 00013562693 | NEOSAR 500MG PDI INJ | 263.6% | 500.0% | 263.3% | 197.2% | 252.5% | 260.6% | 243.7% |
| 00013563870 | NEOSAR 1GM PDI INJ | 677.5% | 674.6% | 299.5% | 392.7% | 202.0% | 34.9% | 1.0% |
| 00013564670 | NEOSAR 2GM PDI INJ | 690.0% | 615.4% | 333.2% | 371.7% | 54.2% | 35.7% | |
| 00009082501 | SOLU-CORTEF 100MG PWD FOR SOL INJ | 342.4% | 315.1% | 258.3% | 220.3% | 42.7% | 34.0% | 4.0% |
| 00009090013 | SOLU-CORTEF 100MG PWD FOR SOL INJ | 263.8% | 259.8% | 224.5% | 199.2% | 50.0% | 36.2% | 5.7% |
| 00009090020 | SOLU-CORTEF 100MG PWD FOR SOL INJ | 342.9% | 310.5% | 277.0% | 232.1% | 50.5% | 33.4% | 19.3% |
| 00009090908 | SOLU-CORTEF 250MG PWD FOR SOL INJ | 301.8% | 324.1% | 295.4% | 358.1% | 53.9% | 26.7% | |
| 00009090916 | SOLU-CORTEF 250MG PWD FOR SOL INJ | 595.6% | 578.1% | 567.2% | 419.3% | 84.5% | 24.1% | 23.9% |
| 00009091205 | SOLU-CORTEF 500MG PWD FOR SOL INJ | 353.8% | 284.3% | 403.2% | 354.6% | 68.2% | 84.6% | |
| 00009092003 | SOLU-CORTEF 1GM PWD FOR SOL INJ | 196.0% | 306.9% | 326.9% | 259.8% | 47.3% | 40.0% | |
| 00009091312 | SOLU-MEDROL 40MG PDI INJ | | 130.6% | 107.3% | 85.9% | 49.9% | 172.5% | 5.7% |
| 00009011319 | SOLU-MEDROL 40MG PWD FOR SOL INJ | 164.1% | 187.2% | 178.0% | 118.7% | 62.3% | 52.2% | |
| 00009011009 | SOLU-MEDROL 125MG PDI INJ | | 301.5% | 267.9% | 234.1% | 49.4% | 33.2% | |
| 00009019016 | SOLU-MEDROL 125MG PWD FOR SOL INJ | 381.0% | 409.6% | 451.1% | 273.7% | 69.9% | 44.8% | |
| 00009068801 | SOLU-MEDROL 1GM PWD FOR SOL INJ | 392.5% | 432.5% | 415.8% | 295.3% | 54.6% | 32.0% | 31.8% |
| 00009075001 | SOLU-MEDROL 500MG PWD FOR SOL INJ | 382.1% | 394.9% | 460.3% | 316.9% | 57.3% | 36.1% | 7.0% |
| 00009076502 | SOLU-MEDROL 500MG PWD FOR SOL INJ | 378.1% | 404.1% | 358.6% | 290.6% | 54.6% | 30.4% | |
| 00009079601 | SOLU-MEDROL 2GM PWD FOR SOL INJ | 408.8% | 436.0% | 434.8% | 303.9% | 54.4% | 150.0% | |
| 00009339901 | SOLU-MEDROL 1GM PWD FOR SOL INJ | 361.2% | 387.9% | 426.0% | 272.4% | 667.3% | 965.2% | |
| 00013733691 | TOPOSAR 1GM IJ INJ | 1112.9% | 1482.9% | 746.7% | 522.3% | 88.5% | | |
| 00013734694 | TOPOSAR 10ML IJ INJ | 484.7% | 816.6% | | 97.8% | | | |
| 00013735688 | TOPOSAR 20MG/ML IJ INJ | 634.0% | 953.0% | | 274.4% | 150.0% | | 35.4% |
| 00013745686 | VINCASAR PFS 1MG/ML IJ INJ | 890.5% | 1041.7% | 257.8% | 316.9% | 158.6% | 84.4% | 73.5% |
| 00013746686 | VINCASAR PFS 2ML IJ INJ | 885.0% | 1212.0% | 529.8% | 616.2% | 421.2% | 112.1% | 27.0% |
| 00069315014 | ZITHROMAX 500MG PWD FOR SOL INJ | | | | | | 31.5% | 36.9% |
| 00069310083 | ZITHROMAX 500MG PWD FOR SOL INJ | 28.6% | 26.0% | 28.4% | 28.2% | 30.4% | 28.0% | |

Privileged and Confidential
Attorney/Client Work Product

**Pfizer Net Sales Dollars**

| NDC | Abbreviated Name | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 00013108691 | ADRIAMYCIN RDF 10MG PDI INJ | 108,214 | 125,404 | 323,627 | 310,813 | 296,668 | 182,475 | 2,034 | 1,349,265 |
| 00013108691 | ADRIAMYCIN RDF 20MG PDI INJ | 81,142 | 104,629 | 120,639 | 99,255 | 49,674 | 27,637 | 0 | 482,976 |
| 00013110679 | ADRIAMYCIN RDF 50MG PDI INJ | 1,328,317 | 1,062,382 | 2,944,206 | 1,811,281 | 1,187,731 | 734,799 | 6,081 | 9,074,797 |
| 00013111883 | ADRIAMYCIN RDF 150MG PDI INJ | 1,173,124 | 709,054 | 1,687,083 | 1,132,269 | 503,075 | 745,855 | 7,569 | 5,958,010 |
| 00013113691 | ADRIAMYCIN PFS 2MG/ML IJ INJ | 189,879 | 203,159 | 1,121,824 | 821,739 | 483,463 | 28,251 | 3,107 | 2,849,422 |
| 00013114691 | ADRIAMYCIN PFS 10ML IJ INJ | 209,737 | 255,153 | 1,100,694 | 846,955 | 552,518 | 18,955 | 8,933 | 2,992,945 |
| 00013115679 | ADRIAMYCIN PFS 25ML IJ INJ | 2,353,152 | 2,388,296 | 8,480,292 | 6,365,167 | 3,046,073 | 127,626 | 5,804 | 22,766,409 |
| 00013118683 | ADRIAMYCIN PFS 2MG/ML IJ INJ | 9,498,024 | 7,397,945 | 13,681,528 | 8,358,803 | 6,822,477 | 100,538 | 10,278 | 46,069,694 |
| 00013117687 | ADRIAMYCIN PFS 37.5ML IJ INJ | 84,873 | 112,522 | 345,590 | 239,983 | 245,563 | 315,252 | 1,851 | 1,344,834 |
| 00013103691 | ADRIAMYCIN PFS 2MG/ML IJ INJ | 1,077,116 | 1,525,622 | 4,345,894 | 2,786,625 | 1,987,349 | 2,067,390 | 627,866 | 14,418,063 |
| 00013104694 | ADRUCIL 50ML IJ INJ | 102,223 | 144,263 | 662,892 | 492,978 | 418,677 | 315,076 | 144,024 | 2,280,133 |
| 00013105694 | ADRUCIL 100ML IJ INJ | 1,070,358 | 1,815,934 | 3,737,235 | 2,640,135 | 2,557,364 | 3,066,421 | 727,038 | 15,634,506 |
| 00013161678 | BLEOMYCIN SULFATE 15U PDI INJ | 2,284,605 | 1,959,859 | 1,382,400 | 297,342 | 39,877 | 12,869 | 0 | 5,988,953 |
| 00013163866 | BLEOMYCIN SULFATE 30U PDI INJ | 561,847 | 1,069,263 | 42,488 | 15,062 | 0 | 0 | 0 | 1,688,460 |
| 00060090211 | CLEOCIN PHOSPHATE 150MG/ML SOL INJ | 33,189 | 7,413 | 1,527 | 1,074 | 485 | 0 | -29 | 43,660 |
| 00060090218 | CLEOCIN PHOSPHATE 150MG/ML SOL INJ | 6,284,942 | 10,661,495 | 10,818,182 | 11,648,238 | 8,592,774 | 10,153,465 | 7,703,210 | 65,862,276 |
| 00069337502 | CLEOCIN PHOSPHATE 600MG/50ML SOL INJ | 8,137,251 | 10,244,975 | 17,562,381 | 20,277,932 | 24,142,066 | 23,620,104 | 20,163,357 | 124,148,066 |
| 00069338202 | CLEOCIN PHOSPHATE 900MG/50ML SOL INJ | 5,370,231 | 8,010,090 | 14,774,705 | 16,928,305 | 18,194,654 | 19,665,970 | 17,297,147 | 100,241,102 |
| 00069344703 | CLEOCIN PHOSPHATE 150MG/ML SOL INJ | 1,246,314 | 2,318,923 | 2,349,166 | 2,957,668 | 2,145,228 | 2,548,084 | 2,926,089 | 16,491,472 |
| 00069037301 | CYTOSAR-U 100MG PDI INJ | 417,156 | 438,289 | 357,477 | 145,409 | 166,141 | 117,136 | 27,315 | 1,668,924 |
| 00060047301 | CYTOSAR-U 500MG PDI INJ | 624,163 | 724,932 | 528,173 | 420,946 | 322,776 | 264,617 | 177,020 | 3,062,617 |
| 00069328501 | CYTOSAR-U 1GM PDI INJ | 1,446,809 | 1,741,799 | 1,578,888 | 1,251,668 | 608,259 | 504,111 | 409,287 | 7,538,831 |
| 00069329601 | CYTOSAR-U 2GM PDI INJ | 5,831,236 | 5,220,832 | 4,766,013 | 2,842,193 | 2,050,290 | 1,552,752 | 352,577 | 22,215,892 |
| 00009347702 | DEPO-TESTOSTERONE 100MG/ML OIL VIAL | 290,820 | 561,954 | 1,266,122 | 1,267,297 | 1,526,971 | 2,425,703 | 1,230,612 | 8,569,477 |
| 00009041701 | DEPO-TESTOSTERONE 200MG/ML OIL VIAL | 1,086,448 | 1,700,692 | 3,482,767 | 2,962,980 | 3,365,422 | 3,276,407 | 5,338,125 | 21,212,841 |
| 00009041702 | DEPO-TESTOSTERONE 200MG/ML OIL/VIAL | 2,277,604 | 2,833,597 | 13,220,503 | 17,010,062 | 20,901,057 | 21,350,227 | 22,164,858 | 99,757,907 |
| 00013560893 | NEOSAR 100MG PDI INJ | 80,674 | 108,592 | 76,896 | 98,151 | 124,434 | 62,824 | 2,243 | 553,813 |
| 00013561693 | NEOSAR 200MG PDI INJ | 172,817 | 88,095 | 234,119 | 184,713 | 229,320 | 157,440 | 3,700 | 1,070,204 |
| 00013562663 | NEOSAR 500MG PDI INJ | 514,834 | 522,738 | 888,800 | 788,206 | 763,682 | 707,909 | 5,405 | 4,191,474 |
| 00013563670 | NEOSAR 1GM PDI INJ | 807,544 | 478,337 | 1,844,662 | 1,508,368 | 1,498,104 | 1,589,123 | 10,007 | 7,724,146 |
| 00013564670 | NEOSAR 2GM PDI INJ | 494,394 | 479,320 | 1,890,893 | 1,205,724 | 1,207,635 | 1,417,010 | 449,026 | 6,944,001 |
| 00009082501 | SOLU-CORTEF 100MG PWD FOR SOL INJ | 395,219 | 474,697 | 533,059 | 389,630 | 433,296 | 678,606 | 1,065,817 | 3,970,124 |
| 00009082601 | SOLU-CORTEF 100MG PWD FOR SOL INJ | 586,135 | 611,712 | 628,152 | 836,882 | 709,127 | 700,234 | 1,107,834 | 5,180,076 |
| 00009090020 | SOLU-CORTEF 100MG PWD FOR SOL INJ | 2,286,986 | 2,922,167 | 3,382,608 | 4,881,771 | 3,769,099 | 3,134,349 | 4,172,666 | 25,051,647 |
| 00009090908 | SOLU-CORTEF 250MG PWD FOR SOL INJ | 286,403 | 227,880 | 275,194 | 232,825 | 127,217 | 202,756 | 646,874 | 1,981,148 |
| 00009090918 | SOLU-CORTEF 250MG PWD FOR SOL INJ | 398,121 | 506,871 | 471,574 | 782,266 | 438,300 | 595,964 | 957,679 | 4,150,773 |
| 00009091205 | SOLU-CORTEF 500MG PWD FOR SOL INJ | 279,523 | 384,961 | 288,568 | 363,536 | 200,842 | 778,192 | 827,773 | 3,123,414 |
| 00009092003 | SOLU-CORTEF 1GM PWD FOR SOL INJ | 332,664 | 223,304 | 245,680 | 369,969 | 159,966 | 255,361 | 796,652 | 2,383,598 |
| 00009011312 | SOLU-MEDROL 40MG PDI INJ | 1,046,719 | 1,262,204 | 856,173 | 1,880,298 | 1,563,319 | 27,432 | 31,380 | 6,667,526 |
| 00009011319 | SOLU-MEDROL 40MG PWD FOR SOL INJ | 8,718,415 | 12,738,438 | 15,950,038 | 10,400,905 | 14,993,943 | 12,099,840 | 8,540,012 | 83,441,690 |
| 00009019009 | SOLU-MEDROL 125MG PDI INJ | 2,355,448 | 2,236,001 | 2,803,415 | 3,175,439 | 2,286,008 | 38,266 | 19,183 | 12,913,759 |
| 00009018016 | SOLU-MEDROL 125MG PWD FOR SOL INJ | 16,968,400 | 24,742,834 | 27,541,240 | 23,168,213 | 32,376,136 | 18,523,927 | 35,324,290 | 178,637,040 |
| 00009069991 | SOLU-MEDROL 1GM PWD FOR SOL INJ | 2,936,059 | 2,543,549 | 3,279,541 | 5,366,691 | 4,057,588 | 5,105,951 | 9,175,733 | 32,465,109 |
| 00009075801 | SOLU-MEDROL 500MG PWD FOR SOL INJ | 937,444 | 1,655,710 | 2,094,381 | 2,749,529 | 1,749,958 | 3,257,145 | 6,912,227 | 19,356,395 |
| 00009076502 | SOLU-MEDROL 500MG PWD FOR SOL INJ | 265,430 | 530,175 | 741,204 | 1,501,520 | 1,155,506 | 1,422,211 | 1,462,215 | 7,078,261 |
| 00009078601 | SOLU-MEDROL 2GM PWD FOR SOL INJ | 626,367 | 891,423 | 1,241,940 | 1,577,054 | 1,744,100 | 2,441,991 | 4,032,215 | 12,554,018 |
| 00009088801 | SOLU-MEDROL 1GM PWD FOR SOL INJ | 3,978,053 | 6,134,817 | 6,574,452 | 8,503,006 | 7,837,000 | 8,544,342 | 7,042,435 | 48,615,103 |
| 00013733691 | TOPOSAR 20MG/ML IJ INJ | 215,037 | 89,072 | 7,075 | 9,132 | 17,159 | 3,784 | 0 | 341,259 |
| 00013734694 | TOPOSAR 10ML IJ INJ | 158,835 | 25,514 | 14,555 | 13,869 | 8,311 | 30 | 0 | 221,114 |
| 00013735688 | TOPOSAR 25ML IJ INJ | 424,227 | 158,232 | 16,149 | 14,576 | 10,769 | 0 | 0 | 623,943 |
| 00013745688 | VINCASAR PFS 1MG/ML IJ INJ | 243,128 | 286,419 | 1,651,902 | 812,693 | 960,528 | 582,640 | 234,632 | 4,771,942 |
| 00013746688 | VINCASAR PFS 2ML IJ INJ | 871,238 | 699,261 | 3,502,595 | 2,733,004 | 2,428,467 | 1,464,083 | 399,489 | 12,096,137 |
| 00069315014 | ZITHROMAX 500MG PWD FOR SOL INJ | 0 | 0 | 0 | 0 | 0 | 1,899,633 | 5,370,870 | 7,270,502 |
| 00069315083 | ZITHROMAX 500MG PWD FOR SOL INJ | 536,885 | 24,653,826 | 38,187,196 | 44,484,619 | 44,105,398 | 53,175,733 | 58,363,889 | 263,507,556 |

Privileged and Confidential:
Attorney/Client Work Product