UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: *State of Montana v. Abbott Labs., Inc., et al.*, Cause No. CV-02-09-H-DWM (D. Mont.) | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**DECLARATION OF JOHN CHAPPUIS IN SUPPORT OF THE STATE OF MONTANA'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

I, John Chappuis, under the penalty of perjury, hereby declare as follows:

1. I am above the age of 18 years and I am otherwise competent to make this declaration. The following is based on my personal knowledge.

2. In February 2006, I gave deposition testimony in this case. This declaration supplements my deposition testimony.

**A.  Educational and Professional Background**

3. I attended Clemson University in South Carolina from 1969-1972. I then went into the Air Force for four years. After the Air Force, I received my Bachelor's degree from the Northern Michigan University in accounting. I currently hold a CPA maintenance license in the State of Montana.

4. I began working for the State of Montana on February 28, 1980 as an auditor for the Audit Bureau in the Audit Program Compliance Division auditing nursing homes related to the Medicaid program for reimbursement rates. After approximately one year the department

was reorganized and I was moved to the Medicaid Financing Bureau. I have worked in various positions with the Montana Medicaid program from that time to the present.

5.      Since August 2001 I have held the position of deputy director of the Department of Public Health and Human Services ("DPHHS"). In 2003, I became the Medicaid director in addition to Deputy Director of DPHHS. As a result of this added title, the Administrators of five departments began reporting to me. Those five divisions were the Disability Services Division, Health Policy and Services Division, Addictive and Mental Disorders Division, Senior and Long-Term Care Division, and Fiscal Services Division. The Division of Health Policy and Services has been reorganized and is now known as Health Resources Division and maintains the Medicaid portion that was part of its predecessor division.

6.      I currently report to Joan Miles, the Department Director.

**B.     Montana Medicaid**

7.      Montana has one of the smallest populations of the fifty states and its Medicaid program reflects its population. Montana Medicaid is a relatively small program by national Medicaid standards.

8.      This small size is reflected in the program's staffing. Montana Medicaid has always been leanly staffed.

9.      The pharmacy portion of the Montana program represents a significant portion of the Medicaid budget. In 2005, the total Medicaid budget was approximately $675 million and the pharmacy budget was approximately $105 million.

10.     Despite its large size, at most relevant times the pharmacy program was in the hands of one staff member for self-administered drugs and one staff member for physician-

administered drugs. The pharmacy costs listed in paragraph nine do not include the Medicaid costs of the physician-administered drugs.

11. The Montana Medicaid program is subject to the same pressures as other states' Medicaid programs, including the tension between the demand for services and a limited budget.

12. After September 11, 2001, this demand became particularly acute when the nation's economy faltered and resulted in an increased demand for Medicaid benefits. In Montana, as in other states, the escalating demands included an increase in the demand for pharmacy services.

13. At the same time, Montana Medicaid experienced downward pressure on the state component of its budget. Staffing did not increase.

I swear under penalty of perjury under the laws of the State of Montana and the United States of America that the foregoing is true and correct.

_____
John Chappuis

3/21/07  Helena, MT
_____
Date and Place of Execution

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF JOHN CHAPPUIS IN SUPPORT OF THE STATE OF MONTANA'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 22, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By _____/s/ Steve W. Berman_____
    Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292