# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| *State of Montana v. Abbott Labs., Inc., et al.,* Cause No. CV-02-09-H-DWM (D. Mont.) | Judge Patti B. Saris |

**DECLARATION OF BETTY DEVANEY IN SUPPORT OF STATE OF MONTANA'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

I, Betty DeVaney, under the penalty of perjury, hereby declare as follows:

1.      I am above the age of 18 years and I am otherwise competent to make this statement.  This statement is based on my personal knowledge.

2.      I am currently employed by the State of Montana as Human Services Specialist.  I have held this position since June 1992.  Prior to this position, I was employed by the State of Montana as a claims processing auditor for Medicaid.  In total, I have been employed by the State of Montana for 20 years; all of those years have been with Montana Medicaid.

3.      My current job responsibilities include the Montana Medicaid rebate program from claims going into system to invoicing, the accounting for all the rebate programs, dispute resolution with the manufacturers.  This program is based on the Omnibus Budget Reconciliation Act of 1990 ("OBRA 90") which requires that drug manufacturers whose drugs are reimbursed by State Medicaid programs agree to provide a rebate to State Medicaid programs for all drugs reimbursed under that State's program.  My department operates independently of the rest of the Medicaid program, including the pharmacy program and the physician services program with the

exception of the fact that if problems are identified in the performance of my duties that affect

the pharmacy program, I advise the pharmacy program of observations of problems identified.

We do not otherwise communicate information to the Medicaid programs.  There is no reason to

because of the way the rebate system works for all states. I describe that below.

4.      I am familiar with OBRA 90 as a result of my years of experience administering

the Montana Medicaid rebate program.

5.      The way the Medicaid drug rebate program works is that we provide drug

reimbursement data for our state Medicaid program to CMS.  The drug manufacturers provide

their drug pricing data for the same drugs to CMS.  CMS takes that information and calculates

the Unit Rebate Amount ("URA").  Quarterly CMS provides the State with a tape of the URA's

for each drug.  The State then takes the URA and multiplies times the utilization of the drug for

the relevant time period to come up with the rebate owed.

6.      Drug manufacturers report their pricing data directly to CMS.  This is not the

same source as for the Medicaid drug pricing system.

7.      CMS, not the state, calculates the rate to be paid to the state based on a

mathematical formula that includes Direct Price ("DP") or Average Manufacturers' Price

("AMP").  The State does not get the AMP or Direct Price from the manufacturers.

8.      The states do not receive the manufacturers' pricing data on a regular basis and

not all drug manufacturers provide the information.  Further, we do not use this information

because we obtain our drug pricing from ACS who receives it from First DataBank.

9.      In fact, at the drug manufacturers'' insistence, OBRA 90 contains a provision that

all manufacturer drug pricing data must be treated as highly confidential.  We are not allowed

even to discuss generally a particular manufacturer's rebates with anyone other than CMS or the manufacturer even in the context of dispute resolution.

10.     I have been asked if we could determine manufacturer pricing from the data we receive from CMS. I had never thought about this. And to my knowledge, neither has anyone else at Montana Medicaid. There has never been any need to do so. However, my answer is that if the State wanted to determine manufacturer pricing, by knowing the formula and the URA, the State could probably "reverse engineer" the rebate formula to arrive at the AMP.

I swear under penalty of perjury under the laws of the State of Montana and the United States of America that the foregoing is true and correct.

_____
Betty DeVaney

3/21/07     DPHHS
Cogswell Building - Helena, Montana
Date and Place of Execution

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF BETTY DEVANEY IN SUPPORT OF THE STATE OF MONTANA'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 22, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By_____/s/ Steve W. Berman_____
    Steve W. Berman
    **HAGENS BERMAN SOBOL SHAPIRO LLP**
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    (206) 623-7292