UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| *State of Nevada v. American Home Products, et al.,* CA No. 02-CV-12086-PBS (Nevada II) | Judge Patti B. Saris |

DECLARATION OF JENIPHR A.E. BRECKENRIDGE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

I, Jeniphr Breckenridge, declare:

1.  I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle, Washington, office, and I am counsel for the State of Nevada in the above-captioned matter.

Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| Ex. 1 | Declaration of Raymond S. Hartman, Calculation of Damages and Penalties for the State of Montana dated June 13, 2006. |
| Ex. 2 | Supplementary Declaration of Raymond S. Hartman, Calculation of Damages and Penalties for the State of Montana dated June 19, 2006. |
| Ex. 3 | Nevada Division of Health Care Financing and Policy, Medicaid Services Manual re Prescribed Drugs. |
| Ex. 4 | Depositions of Charles Duarte Vol. I dated November 15, 2005, Volume II dated November 16, 2006, Volume III dated March 22, 2006, and Volume IV dated March 23, 2006 and Volume V dated January 10, 2007 (excerpts only). |
| Ex. 5 | Depositions of Coleen Lawrence Volume 1 dated August 15, 2005, Volume 2 dated August 16, 2005, and Volume III dated March 23, 2006 (excerpts only). |

001534-13 159751 V1

| | |
|---|---|
| Ex. 6 | Deposition of Keith W. MacDonald dated March 24, 2006 (excerpts only). |
| Ex. 7 | Deposition of Laurie Squartsoff dated March 6, 2006 (excerpts only). |
| Ex. 8 | Deposition of Michael J. Willden dated January 10, 2007 (excerpts only). |
| Ex. 9 | Montana Statutes and Montana Admin. Code Sections. |

I swear under penalty of perjury under the laws of the United States of America and the State of Nevada that the foregoing is true and correct.

      /s/ Jeniphr Breckenridge
Jeniphr A.E. Breckenridge
HAGENS BERMAN SOBOL SHAPIRO
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

March 22, 2007, Seattle, Washington
Date and Place of Execution

001534-13  159751 V1

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **STATE OF NEVADA'S RESPONSE TO STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 22, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

001534-13 159751 V1