**BRECKENRIDGE DECL. EXHIBIT 2**

# Calculation of Damages and Penalties for the State of Nevada

## Supplementary Declaration of
## Raymond S. Hartman

### I. Introduction and Overview

1. My name is Raymond S. Hartman.

2. As stated in my June 13, 2006 Declaration (at ¶ 37), my calculation of overcharge damages and penalties for the State of Nevada was based upon Nevada Medicaid claims data, which I had understood were net of the dispensing fee related to each claim. Several hours prior to serving that Declaration, I was informed that the Nevada Medicaid claims data were not net of the related dispensing fee. I have since recalculated and reanalyzed the Nevada Medicaid claims data, incorporating a correction for the dispensing fee. The results of this recalculation and reanalysis are found in Tables 1 through 5 of this Supplementary Declaration.

### II. The Recalculation of Damages and Recovery of Penalties for False Claims and Deceptive Practices

3. Tables 1-3 summarize my recalculations of overcharge damages and the measures of recovery for false claims and deceptive practices, making use of the same methodologies presented in my June 13, 2006 Declaration.

   a) Table 1 presents selected recalculated overcharge damages, subject to the same caveats found in that Declaration.

   b) Table 2 summarizes my reanalysis of claims data for single-source self-administered drugs, for the same two thresholds: AA > AWP – 16.6% and AA > AWP – 20%.

   c) Table 3 summarizes my reanalysis of claims data for multi-source self-administered drugs, for the same two thresholds: AWP – 20% and AWP – 66%.

4. To summarize the results of these Tables, I find (and where appropriate report in Table 4):

   a) The measure of aggregate overcharge damages in Table 1 is $897,139.

   b) The number of claims that are false and subject to deceptive trade practices is substantial under widely different bounds for reasonable thresholds of calculating the EAC relative to the reported AWP.

      - In Table 2, the total number of such claims for single-source self-administered drugs ranges from 5 (for Watson) to 343,476 (for Pfizer) across Defendants. Since the penalty for deceptive and false practices is $7,500 in total, the amount of the recovery for that penalty is substantial, ranging from $37,500 (for Watson) to $2.6 billion (for Pfizer) across Defendants. The number of false and deceptive claims based upon the AWP thresholds and summed over

all Defendants ranges from 1.24 to 1.28 million. The total recovery for this class of drugs for this Period ranges from $9.4 to $9.7 billion.

- In Table 3, the total number of such claims for multi-source self-administered drugs ranges from 1 (for Fujisawa Group) to 77,639 (for Schering-Plough) across Defendants. The related amount of the recovery ranges from $7,500 (for Fujisawa Group) to $582 million (for Schering-Plough) across Defendants. The number of false and deceptive claims based upon the AWP thresholds and summed over all Defendants ranges from 28,042 to 68,675. The total recovery for this class of drugs for this Period ranges from $711 million to $1.02 billion, depending on the threshold.

- In Table 4, the range of penalties based upon the bounds of the thresholds is $10.1 billion to $10.7 billion.

5.  While the assumptions regarding thresholds for EAC in Tables 2 and 3 are reasonable, they are assumptions. In Table 5, I present supplemental calculations for the number of false and deceptive claims making no assumption regarding EAC. Instead, I count the number of claims for each type of drug (single-source self-administered, multi-source self-administered and physician-administered) the allowed amount for which exceeds that amount allowed under the Medicaid statute; i.e., AA > AWP − 10% and AA > AWP − 15% for the relevant periods of time. Again, I conduct this analysis only for the claims for which I do not have ASPs and therefore have made assumptions about the thresholds for EAC.

6.  In Table 5a, I conduct the analysis using strict application of the statute. Specifically, if the allowed amount AA is > AWP − 10% and AA > AWP − 15% for the relevant periods of time, I find the claim false and subject to deceptive trade practices.

For those claims (1.45 million in total) for which I use the statute, I find that 134,510 claims for single-source innovator drugs and 6,107 claims for multi-source drugs are in excess of the amount allowed by statute. The total is 140,617. When I include those claims for which I can make a determination by ASPs rather than the statutorily-calculated amount, an additional 7,224 claims for single-source innovator drugs and 66,777 claims for multi-source drugs are determined to be false claims and subject to deceptive trade practices. The total number of claims that are false and subject to deceptive trade practices is 214,618; the total amount of penalties for these claims is $1.61 billion.

7.  The analysis in Table 5a relies upon calculated measures of AWP thresholds and allowed amounts. The calculations arise from the fact that the FDB AWPs are based upon extended units. Since the allowed amounts on the claims and the AWP thresholds must be expressed in comparable units, rounding to the nearest penny is required for both components of the comparison. Furthermore, there may be some slight imprecision in the numbers reported. As a result, strict interpretation of the statutory thresholds may suggest an incorrect number of claims as being false or subject to deceptive trade practices. Table 5b provides additional calculations as sensitivity analysis for this possibility.

While I do not analyze systematically the direction of the effect of the rounding and other data issues, I do introduce a calculation that should provide a conservative correction for these data issues. Specifically, I allow for an extra percentage point in the statutory threshold using AWP; that is, if the allowed amount AA is > AWP − 9% and AA > AWP − 14% for the relevant periods of time, I find the claim false and subject to deceptive trade practices.

For those claims (again 1.45 million in total) for which I use these more liberal (to Defendants) thresholds, I find that 34,967 claims for single-source innovator drugs and 2,380 claims for multi-source drugs exceed the threshold. This total is 37,347. When I include those claims for which I can make a determination based on ASPs rather than the statutorily-calculated amount, the additional number of claims does not change; 7,224 claims for single-source innovator drugs and 66,777 claims for multi-source drugs are determined to be false claims and subject to deceptive trade practices. In this case, the total number of claims that are false and subject to deceptive trade practices is 111,348; the total amount of penalties for these claims is $835 million.

I declare that this declaration is true and correct.

*[signature]*

June 19, 2006

## Table 1: Calculation of Overcharge Damages for Selected Drugs Reimbursed Based on NDCs

| State Complaint | | |
|---|---|---|
| Defendant | Drug | Total by Drug |
| AstraZeneca | PULMICORT | 23,123 |
| | ZOLADEX | 5,272 |
| **AstraZeneca Total** | | **$28,395** |
| Aventis | ANZEMET | 4,035 |
| | TAXOTERE | 0 |
| **Aventis Total** | | **$4,035** |
| Johnson & Johnson Group | PROCRIT | 35,053 |
| | REMICADE | 0 |
| **Johnson & Johnson Group Total** | | **$35,053** |
| Schering-Plough Group | INTRON A | 4,439 |
| | PERPHENAZINE | 4,189 |
| | PROVENTIL | 11,877 |
| | TEMODAR | 7,031 |
| Warrick Pharmaceuticals | ALBUTEROL | 796,332 |
| **Schering-Plough Group Total** | | **$823,867** |
| **Total Overcharges for State Complaint** | | **$891,351** |
| Federal Complaint | | |
| BMS Group | BLENOXANE | |
| | CYTOXAN | 2,543 |
| | PARAPLATIN | |
| | TAXOL | |
| | VEPESID | 3,245 |
| **BMS Group Total** | | **$5,788** |
| Pharmacia | ADRIAMYCIN | 0 |
| | AMPHOCIN | 0 |
| | NEOSAR | 0 |
| **Pharmacia Total** | | **$0** |
| **Total Overcharges for Federal Complaint** | | **$5,788** |
| **Total Overcharges for State and Federal Complaint (Combined)** | | **$897,139** |

Contains Confidential Information Subject to Court Order

Table 2: Deceptive Trade and False Claims Penalties - Single-Source Drugs

| | Total # of Claims | Analysis Using ASP | | Analysis Using AWP Thresholds[1] | | | Penalties (ASP and (AWP - 16.8%)) | | | Penalties (ASP and (AWP - 20.0%)) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # of Claims Used in ASP Analysis | # of Fraudulent Claims | # of Claims Used in AWP Threshold Analysis | # of Fraudulent Claims Based on (AWP-16.6%) | # of Fraudulent Claims Based on (AWP-20.0%) | Deceptive Trade ($2500/claim) | False Claim ($5000/claim) | Total Penalties | Deceptive Trade ($2500/claim) | False Claim ($5000/claim) | Total Penalties |
| **State Complaint** | | | | | | | | | | | | |
| Amgen | 2,288 | 0 | 0 | 2,288 | 1,977 | 2,101 | $4,942,500 | $9,885,000 | $14,827,500 | $5,252,500 | $10,505,000 | $15,757,500 |
| AstraZeneca | 125,316 | 3,498 | 3,317 | 121,818 | 114,400 | 119,836 | $294,292,500 | $588,585,000 | $882,877,500 | $307,882,500 | $615,765,000 | $923,647,500 |
| Aventis Group | 72,275 | 12 | 12 | 72,263 | 66,758 | 68,922 | $166,925,000 | $333,850,000 | $500,775,000 | $172,335,000 | $344,670,000 | $517,005,000 |
| Boehinger Group | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Braun | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Fujisawa Group | 478 | 0 | 0 | 478 | 395 | 409 | $987,500 | $1,975,000 | $2,962,500 | $1,022,500 | $2,045,000 | $3,067,500 |
| Immunex | 59 | 0 | 0 | 59 | 13 | 13 | $32,500 | $65,000 | $97,500 | $32,500 | $65,000 | $97,500 |
| Johnson & Johnson | 232,279 | 357 | 324 | 231,922 | 212,432 | 218,850 | $531,890,000 | $1,063,780,000 | $1,595,670,000 | $547,935,000 | $1,095,870,000 | $1,643,805,000 |
| Novartis | 123,762 | 0 | 0 | 123,762 | 112,406 | 115,787 | $281,015,000 | $562,030,000 | $843,045,000 | $289,467,500 | $578,935,000 | $868,402,500 |
| Pfizer | 370,172 | 0 | 0 | 370,172 | 332,956 | 343,476 | $832,390,000 | $1,664,780,000 | $2,497,170,000 | $858,690,000 | $1,717,380,000 | $2,576,070,000 |
| Schering-Plough Group | 119,764 | 3,307 | 3,179 | 116,457 | 102,862 | 108,218 | $265,102,500 | $530,205,000 | $795,307,500 | $278,492,500 | $556,985,000 | $835,477,500 |
| Sicor Group | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Watson | 5 | 0 | 0 | 5 | 5 | 5 | $12,500 | $25,000 | $37,500 | $12,500 | $25,000 | $37,500 |
| **Total State Complaint** | 1,046,398 | 7,174 | 6,832 | 1,039,224 | 944,204 | 977,617 | $2,377,590,000 | $4,755,180,000 | $7,132,770,000 | $2,461,122,500 | $4,922,245,000 | $7,383,367,500 |
| **Federal Complaint** | | | | | | | | | | | | |
| Abbott | 18,865 | 0 | 0 | 18,865 | 13,408 | 13,919 | $33,520,000 | $67,040,000 | $100,560,000 | $34,797,500 | $69,595,000 | $104,392,500 |
| Baxter | 296 | 0 | 0 | 296 | 71 | 71 | $177,500 | $355,000 | $532,500 | $177,500 | $355,000 | $532,500 |
| BMS Group | 192,141 | 435 | 392 | 191,706 | 175,457 | 179,320 | $439,622,500 | $879,245,000 | $1,318,867,500 | $449,280,000 | $898,560,000 | $1,347,840,000 |
| Dey | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Pharmacia Group | 45,075 | 0 | 0 | 45,075 | 41,630 | 44,091 | $104,075,000 | $208,150,000 | $312,225,000 | $110,227,500 | $220,455,000 | $330,682,500 |
| TAP | 30,049 | 0 | 0 | 30,049 | 29,117 | 29,558 | $72,792,500 | $145,585,000 | $218,377,500 | $73,895,000 | $147,790,000 | $221,685,000 |
| **Total Federal Complaint** | 286,426 | 435 | 392 | 285,991 | 259,683 | 266,959 | $650,187,500 | $1,300,375,000 | $1,950,562,500 | $668,377,500 | $1,336,755,000 | $2,005,132,500 |
| **Bayer Complaint** | | | | | | | | | | | | |
| Bayer | 37,823 | 0 | 0 | 37,823 | 36,237 | 37,219 | $90,592,500 | $181,185,000 | $271,777,500 | $93,047,500 | $186,095,000 | $279,142,500 |
| **Total Bayer Complaint** | 37,823 | 0 | 0 | 37,823 | 36,237 | 37,219 | $90,592,500 | $181,185,000 | $271,777,500 | $93,047,500 | $186,095,000 | $279,142,500 |
| **Total-All Defendants** | 1,370,647 | 7,609 | 7,224 | 1,363,038 | 1,240,124 | 1,281,795 | $3,118,370,000 | $6,236,740,000 | $9,355,110,000 | $3,222,547,500 | $6,445,095,000 | $9,667,642,500 |

Notes:
1. Total Number of claims used in the AWP threshold analysis will not equal the sum of fraudulent claims found using the different AWP thresholds.

## Table 3: Deceptive Trade and False Claims Penalties - Multi-Source Drugs

| | Total # of Claims | Analysis Using ASP | | Analysis Using AWP Thresholds [1] | | | Penalties (ASP and (AWP - 20.0%)) | | | Penalties (ASP and (AWP - 66.0%)) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # of Claims Used in ASP Analysis | # of Fraudulent Claims | # of Claims Used in AWP Threshold Analysis | # of Fraudulent Claims Based on (AWP - 20.0%) | # of Fraudulent Claims Based on (AWP - 66.0%) | Deceptive Trade ($2500/claim) | False Claim ($5000/claim) | Total Penalties | Deceptive Trade ($2500/claim) | False Claim ($5000/claim) | Total Penalties |
| **State Complaint** | | | | | | | | | | | | |
| Amgen | 122 | 0 | 0 | 122 | 100 | 121 | $250,000 | $500,000 | $750,000 | $302,500 | $605,000 | $907,500 |
| AstraZeneca | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Aventis Group | 11 | 0 | 0 | 11 | 0 | 6 | $0 | $0 | $0 | $15,000 | $30,000 | $45,000 |
| Boehinger Group | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Braun | 2,582 | 0 | 0 | 2,582 | 739 | 1,967 | $1,847,500 | $3,695,000 | $5,542,500 | $4,917,500 | $9,835,000 | $14,752,500 |
| Fujisawa Group | 7 | 0 | 0 | 7 | 0 | 1 | $0 | $0 | $0 | $2,500 | $5,000 | $7,500 |
| Immunex | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Johnson & Johnson | 3,614 | 1,010 | 829 | 2,604 | 2,430 | 2,595 | $8,147,500 | $16,295,000 | $24,442,500 | $8,560,000 | $17,120,000 | $25,680,000 |
| Novartis | 7,549 | 0 | 0 | 7,549 | 4,697 | 5,900 | $11,742,500 | $23,485,000 | $35,227,500 | $14,750,000 | $29,500,000 | $44,250,000 |
| Pfizer | 852 | 0 | 0 | 852 | 712 | 843 | $1,780,000 | $3,560,000 | $5,340,000 | $2,107,500 | $4,215,000 | $6,322,500 |
| Schering-Plough Group | 81,345 | 69,297 | 65,948 | 12,048 | 2,271 | 11,691 | $170,547,500 | $341,095,000 | $511,642,500 | $194,097,500 | $388,195,000 | $582,292,500 |
| Sicor Group | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Watson | 22,841 | 0 | 0 | 22,841 | 2,204 | 16,359 | $5,510,000 | $11,020,000 | $16,530,000 | $40,897,500 | $81,795,000 | $122,692,500 |
| **Total State Complaint** | 118,923 | 70,307 | 66,777 | 48,616 | 13,153 | 39,483 | $199,825,000 | $399,650,000 | $599,475,000 | $265,650,000 | $531,300,000 | $796,950,000 |
| **Federal Complaint** | | | | | | | | | | | | |
| Abbott | 7,997 | 0 | 0 | 7,997 | 5,639 | 7,197 | $14,097,500 | $28,195,000 | $42,292,500 | $17,992,500 | $35,985,000 | $53,977,500 |
| Baxter | 3,323 | 0 | 0 | 3,323 | 298 | 1,379 | $745,000 | $1,490,000 | $2,235,000 | $3,447,500 | $6,895,000 | $10,342,500 |
| BMS Group | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Dey | 27,650 | 0 | 0 | 27,650 | 8,951 | 20,613 | $22,377,500 | $44,755,000 | $67,132,500 | $51,532,500 | $103,065,000 | $154,597,500 |
| Pharmacia Group | 23 | 6 | 0 | 17 | 1 | 3 | $2,500 | $5,000 | $7,500 | $7,500 | $15,000 | $22,500 |
| TAP | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Federal Complaint** | 38,993 | 6 | 0 | 38,987 | 14,889 | 29,192 | $37,222,500 | $74,445,000 | $111,667,500 | $72,980,000 | $145,960,000 | $218,940,000 |
| **Bayer Complaint** | | | | | | | | | | | | |
| Bayer | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Bayer Complaint** | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total-All Defendants** | 157,916 | 70,313 | 66,777 | 87,603 | 28,042 | 68,675 | $237,047,500 | $474,095,000 | $711,142,500 | $338,630,000 | $677,260,000 | $1,015,890,000 |

Notes:
1. Total Number of claims used in the AWP threshold analysis will not equal the sum of fraudulent claims found using the different AWP thresholds.

Supplementary Declaration of Raymond S. Hartman

Contains Confidential Information Subject to Court Order

Table 4: Summary of Overcharge Damages and Penalties by Defendant and Total

| | All Overcharges[1] | Penalties - Based on Yardstick Threshold Bounds[2] | |
|---|---|---|---|
| | | Lower Bound | Upper Bound |
| **State Complaint** | | | |
| Amgen | $0 | $15,577,500 | $16,665,000 |
| AstraZeneca | $28,395 | $882,877,500 | $923,647,500 |
| Aventis Group | $4,035 | $500,775,000 | $517,050,000 |
| Boehringer Group | $0 | $0 | $0 |
| Braun | $0 | $5,542,500 | $14,752,500 |
| Fujisawa Group | $0 | $2,962,500 | $3,075,000 |
| Immunex | $0 | $97,500 | $97,500 |
| Johnson & Johnson | $35,053 | $1,620,112,500 | $1,669,485,000 |
| Novartis | $0 | $878,272,500 | $912,652,500 |
| Pfizer | $0 | $2,502,510,000 | $2,582,392,500 |
| Schering-Plough Group | $823,867 | $1,306,950,000 | $1,417,770,000 |
| Sicor Group | $0 | $0 | $0 |
| Watson | $0 | $16,567,500 | $122,730,000 |
| **Total State Complaint** | $891,351 | $7,732,245,000 | $8,180,317,500 |
| **Federal Complaint** | | | |
| Abbott | $0 | $142,852,500 | $158,370,000 |
| Baxter | $0 | $2,767,500 | $10,875,000 |
| BMS Group | $5,788 | $1,318,867,500 | $1,347,840,000 |
| Dey | $0 | $67,132,500 | $154,597,500 |
| Pharmacia Group | $0 | $312,232,500 | $330,705,000 |
| TAP | $0 | $218,377,500 | $221,685,000 |
| **Total Federal Complaint** | $5,788 | $2,062,230,000 | $2,224,072,500 |
| **Bayer Complaint** | | | |
| Bayer | $0 | $271,777,500 | $279,142,500 |
| **Total Bayer Complaint** | $0 | $271,777,500 | $279,142,500 |
| **Total-All Defendants** | $897,139 | $10,066,252,500 | $10,683,532,500 |

Notes:
1. Table 1.
2. Tables 2 and 3.

Table 5a: Deceptive Trade and False Claims Penalties - Innovator and Multi-Source Drugs (Statute Change)

| | Total # of Claims | Analysis Using ASP | | | Analysis Using AWP Statute | | | Innovator Penalties (ASP and Statute Change in August 2002 from AWP - 10% to AWP - 15%) | | | Multi-Source Penalties (ASP and Statute Change in August 2002 from AWP - 10% to AWP - 15%) | | | Total Statute Penalties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # of Claims Used in ASP Analysis[1] | # of Fraudulent Claims (Innovator)[2] | # of Fraudulent Claims (Multi-Source)[3] | # of Claims Used in AWP Threshold Analysis[4] | # of Innovator Fraudulent Claims Based on Statute (10%-15%)[5] | # of Multi-Source Fraudulent Claims Based on Statute (10%-15%)[6] | Deceptive Trade ($2500/claim) | False Claim ($5000/claim) | Total Penalties | Deceptive Trade ($2500/claim) | False Claim ($5000/claim) | Total Penalties | |
| **State Complaint** | | | | | | | | | | | | | | |
| Amgen | 2,410 | 0 | 0 | 0 | 2,410 | 542 | 10 | $1,355,000 | $2,710,000 | $4,065,000 | $25,000 | $50,000 | $75,000 | $4,140,000 |
| AstraZeneca | 125,316 | 3,498 | 3,317 | 0 | 121,818 | 8,556 | 0 | $29,682,500 | $59,365,000 | $89,047,500 | $0 | $0 | $0 | $89,047,500 |
| Aventis Group | 72,286 | 12 | 12 | 0 | 72,274 | 13,900 | 0 | $34,780,000 | $69,560,000 | $104,340,000 | $0 | $0 | $0 | $104,340,000 |
| Boehringer Group | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Braun | 2,582 | 0 | 0 | 0 | 2,582 | 0 | 536 | $0 | $0 | $0 | $1,340,000 | $2,680,000 | $4,020,000 | $4,020,000 |
| Fujisawa Group | 485 | 0 | 0 | 0 | 485 | 96 | 0 | $240,000 | $480,000 | $720,000 | $0 | $0 | $0 | $720,000 |
| Immunex | 59 | 0 | 0 | 0 | 59 | 7 | 0 | $17,500 | $35,000 | $52,500 | $0 | $0 | $0 | $52,500 |
| Johnson & Johnson | 235,893 | 1,367 | 324 | 829 | 234,526 | 21,825 | 425 | $55,372,500 | $110,745,000 | $166,117,500 | $3,135,000 | $6,270,000 | $9,405,000 | $175,522,500 |
| Novartis | 131,311 | 0 | 0 | 0 | 131,311 | 10,395 | 276 | $25,987,500 | $51,975,000 | $77,962,500 | $690,000 | $1,380,000 | $2,070,000 | $80,032,500 |
| Pfizer | 371,024 | 0 | 0 | 0 | 371,024 | 35,990 | 30 | $89,975,000 | $179,950,000 | $269,925,000 | $75,000 | $150,000 | $225,000 | $270,150,000 |
| Schering-Plough Group | 201,109 | 72,604 | 3,179 | 65,948 | 128,505 | 10,176 | 446 | $33,387,500 | $66,775,000 | $100,162,500 | $165,985,000 | $331,970,000 | $497,955,000 | $598,117,500 |
| Sicor Group | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Watson | 22,846 | 0 | 0 | 0 | 22,846 | 0 | 623 | $0 | $0 | $0 | $1,557,500 | $3,115,000 | $4,672,500 | $4,672,500 |
| **Total State Complaint** | 1,165,321 | 77,481 | 6,832 | 66,777 | 1,087,840 | 101,487 | 2,346 | $270,797,500 | $541,595,000 | $812,392,500 | $172,807,500 | $345,615,000 | $518,422,500 | $1,330,815,000 |
| **Federal Complaint** | | | | | | | | | | | | | | |
| Abbott | 26,862 | 0 | 0 | 0 | 26,862 | 2,954 | 1,037 | $7,385,000 | $14,770,000 | $22,155,000 | $2,592,500 | $5,185,000 | $7,777,500 | $29,932,500 |
| Baxter | 3,619 | 0 | 0 | 0 | 3,619 | 55 | 185 | $137,500 | $275,000 | $412,500 | $462,500 | $925,000 | $1,387,500 | $1,800,000 |
| BMS Group | 192,141 | 435 | 392 | 0 | 191,706 | 18,325 | 0 | $46,792,500 | $93,585,000 | $140,377,500 | $0 | $0 | $0 | $140,377,500 |
| Dey | 27,650 | 0 | 0 | 0 | 27,650 | 0 | 2,539 | $0 | $0 | $0 | $6,347,500 | $12,695,000 | $19,042,500 | $19,042,500 |
| Pharmacia Group | 45,098 | 6 | 0 | 0 | 45,092 | 4,802 | 0 | $12,005,000 | $24,010,000 | $36,015,000 | $0 | $0 | $0 | $36,015,000 |
| TAP | 30,049 | 0 | 0 | 0 | 30,049 | 1,657 | 0 | $4,142,500 | $8,285,000 | $12,427,500 | $0 | $0 | $0 | $12,427,500 |
| **Total Federal Complaint** | 325,419 | 441 | 392 | 0 | 324,978 | 27,793 | 3,761 | $70,462,500 | $140,925,000 | $211,387,500 | $9,402,500 | $18,805,000 | $28,207,500 | $239,595,000 |
| **Bayer Complaint** | | | | | | | | | | | | | | |
| Bayer | 37,823 | 0 | 0 | 0 | 37,823 | 5,230 | 0 | $13,075,000 | $26,150,000 | $39,225,000 | $0 | $0 | $0 | $39,225,000 |
| **Total Bayer Complaint** | 37,823 | 0 | 0 | 0 | 37,823 | 5,230 | 0 | $13,075,000 | $26,150,000 | $39,225,000 | $0 | $0 | $0 | $39,225,000 |
| **Total-All Defendants** | 1,528,563 | 77,922 | 7,224 | 66,777 | 1,450,641 | 134,510 | 6,107 | $354,335,000 | $708,670,000 | $1,063,005,000 | $182,210,000 | $364,420,000 | $546,630,000 | $1,609,635,000 |

Notes:
1. Tables 2 and 3.
2. Table 2.
3. Table 3.
4. Tables 2 and 3.
5. Table 2.
6. Table 3.

Supplementary Declaration of Raymond S. Hartman

Contains Confidential Information Subject to Court Order

**Table 5b: Deceptive Trade and False Claims Penalties - Innovator and Multi-Source Drugs**
**(Adjusting for Rounding and Data Issues - Assume Statute Allows AWP - 9% and AWP - 14%)**

| | Total # of Claims | Analysis Using ASP | | | Analysis Using AWP Statute | | | Innovator Penalties (ASP and Statute Change in August 2002 from AWP - 9% and Statute - 14%) | | | Multi-Source Penalties (ASP and Statute Change in August 2002 from AWP - 9% to AWP - 14%) | | | Total Statute Penalties |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # of Claims Used in ASP Analysis[1] | # of Fraudulent Claims (Innovator)[2] | # of Fraudulent Claims (Multi-Source)[3] | # of Claims Used in AWP Threshold Analysis[4] | # of Innovator Fraudulent Claims Based on Statute (9%-14%)[5] | # of Multi-Source Fraudulent Claims Based on Statute (9%-14%)[6] | Deceptive Trade ($2500/claim) | False Claim ($5000/claim) | Total Penalties | Deceptive Trade ($2500/claim) | False Claim ($5000/claim) | Total Penalties | Total Penalties |
| **State Complaint** | | | | | | | | | | | | | | |
| Amgen | 2,410 | 0 | 0 | 0 | 2,410 | 9 | 0 | $22,500 | $45,000 | $67,500 | $0 | $0 | $0 | $67,500 |
| AstraZeneca | 125,316 | 3,498 | 3,317 | 0 | 121,818 | 1,070 | 0 | $10,967,500 | $21,935,000 | $32,902,500 | $0 | $0 | $0 | $32,902,500 |
| Aventis Group | 72,286 | 12 | 12 | 0 | 72,274 | 3,022 | 0 | $7,585,000 | $15,170,000 | $22,755,000 | $0 | $0 | $0 | $22,755,000 |
| Boehringer Group | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Braun | 2,582 | 0 | 0 | 0 | 2,582 | 0 | 475 | $0 | $0 | $0 | $1,187,500 | $2,375,000 | $3,562,500 | $3,562,500 |
| Fujisawa Group | 485 | 0 | 0 | 0 | 485 | 4 | 0 | $10,000 | $20,000 | $30,000 | $0 | $0 | $0 | $30,000 |
| Immunex | 59 | 0 | 0 | 0 | 59 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Johnson & Johnson | 235,893 | 1,367 | 324 | 0 | 234,526 | 4,936 | 163 | $13,150,000 | $26,300,000 | $39,450,000 | $2,480,000 | $4,960,000 | $7,440,000 | $46,890,000 |
| Novartis | 131,311 | 0 | 0 | 0 | 131,311 | 1,143 | 20 | $2,857,500 | $5,715,000 | $8,572,500 | $50,000 | $100,000 | $150,000 | $8,722,500 |
| Pfizer | 371,024 | 0 | 0 | 0 | 371,024 | 9,591 | 3 | $23,977,500 | $47,955,000 | $71,932,500 | $7,500 | $15,000 | $22,500 | $71,955,000 |
| Schering-Plough Group | 201,109 | 72,604 | 3,179 | 65,948 | 128,505 | 4,423 | 88 | $19,005,000 | $38,010,000 | $57,015,000 | $165,090,000 | $330,180,000 | $495,270,000 | $552,285,000 |
| Sicor Group | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Watson | 22,846 | 0 | 0 | 0 | 22,846 | 0 | 518 | $0 | $0 | $0 | $1,295,000 | $2,590,000 | $3,885,000 | $3,885,000 |
| **Total State Complaint** | 1,165,321 | 77,481 | 6,832 | 66,777 | 1,087,840 | 24,198 | 1,267 | $77,575,000 | $155,150,000 | $232,725,000 | $170,110,000 | $340,220,000 | $510,330,000 | $743,055,000 |
| **Federal Complaint** | | | | | | | | | | | | | | |
| Abbott | 26,862 | 0 | 0 | 0 | 26,862 | 2,127 | 802 | $5,317,500 | $10,635,000 | $15,952,500 | $2,005,000 | $4,010,000 | $6,015,000 | $21,967,500 |
| Baxter | 3,619 | 0 | 0 | 0 | 3,619 | 13 | 158 | $32,500 | $65,000 | $97,500 | $395,000 | $790,000 | $1,185,000 | $1,282,500 |
| BMS Group | 192,141 | 435 | 435 | 392 | 191,706 | 6,944 | 0 | $18,340,000 | $36,680,000 | $55,020,000 | $0 | $0 | $0 | $55,020,000 |
| Dey | 27,650 | 0 | 0 | 0 | 27,650 | 0 | 153 | $0 | $0 | $0 | $382,500 | $765,000 | $1,147,500 | $1,147,500 |
| Pharmacia Group | 45,098 | 6 | 0 | 0 | 45,092 | 541 | 0 | $1,352,500 | $2,705,000 | $4,057,500 | $0 | $0 | $0 | $4,057,500 |
| TAP | 30,049 | 0 | 0 | 0 | 30,049 | 3 | 0 | $7,500 | $15,000 | $22,500 | $0 | $0 | $0 | $22,500 |
| **Total Federal Complaint** | 325,419 | 441 | 392 | 392 | 324,978 | 9,628 | 1,113 | $25,050,000 | $50,100,000 | $75,150,000 | $2,782,500 | $5,565,000 | $8,347,500 | $83,497,500 |
| **Bayer Complaint** | | | | | | | | | | | | | | |
| Bayer | 37,823 | 0 | 0 | 0 | 37,823 | 1,141 | 0 | $2,852,500 | $5,705,000 | $8,557,500 | $0 | $0 | $0 | $8,557,500 |
| **Total Bayer Complaint** | 37,823 | 0 | 0 | 0 | 37,823 | 1,141 | 0 | $2,852,500 | $5,705,000 | $8,557,500 | $0 | $0 | $0 | $8,557,500 |
| **Total-All Defendants** | 1,528,563 | 77,922 | 7,224 | 66,777 | 1,450,641 | 34,967 | 2,380 | $105,477,500 | $210,955,000 | $316,432,500 | $172,892,500 | $345,785,000 | $518,677,500 | $835,110,000 |

Notes:
1. Tables 2 and 3.
2. Table 2.
3. Table 3.
4. Tables 2 and 3.
5. Table 2.
6. Table 3.

Supplementary Declaration of Raymond S. Hartman

Contains Confidential Information Subject to Court Order