**BRECKENRIDGE DECL. EXHIBIT 8**

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

-oOo-

In re: PHARMACEUTICAL                MDL DOCKET NO.

INDUSTRY AVERAGE

WHOLESALE PRICE LITIGATION.          CIVIL ACTION

                                     01CV12257-PBS


THIS DOCUMENT RELATES TO:

ALL ACTIONS.




DEPOSITION OF

MICHAEL J. WILLDEN

January 10, 2007

Carson City, Nevada


CERTIFIED
COPY


REPORTED BY: CONSTANCE S. EISENBERG, NV CCR #142, RMR

**Page 82**

1  A. Yes. I mean, that comes from, again, when
2  I go to things like APSHA or the Florida training or
3  the governor's drug summit that we put on. There's
4  presenters and group workshops and things like that
5  that we'll go through all the kinds of things that
6  go in, and Medicaid, as I've indicated, from AWP
7  minus something to fill fees to multistate
8  purchasing to the OBRA rebates to supplemental
9  rebates, you know, to everything that has to do with
10 pharmacy.
11     And so I would say I had a general
12 knowledge of states making — this is what we do in
13 whatever state.
14  Q. And when did you first become aware that
15 other states had different discounts off of AWP?
16  A. When did I first become aware?
17  Q. Yes.
18  A. I would have said sometime in 2001, again,
19 after I became the director.
20     I'm sure Chuck Duarte or somebody gave me
21 a 101 on Medicaid drug pricing, along with a lot of
22 other, you know, Medicaid financing issues.

**Page 83**

1  Q. And is it your understanding that AWP is a
2  calculated number?
3  A. I don't know that I have an understanding.
4  I just assume average wholesale price, average, to
5  me, means some arithmetic. I don't know how it's
6  calculated. I only assume from the term average that
7  there's some arithmetic computation.
8     MR. LITOW: I'd like to ask the court
9  reporter to mark as Exhibit Willden 002, a document
10 bearing the Bates numbers CCCN 52.
11     (Exhibit Willden 002 marked for
12 identification)
13 BY MR. LITOW:
14  Q. Mr. Willden, can you just take a moment
15 and review this document.
16     Mr. Willden, do you know what the
17 reimbursement rate change this document is referring
18 to?
19  A. I think it's — well, I can't be specific,
20 but, yes, around this time, we had changed from one
21 reimbursement method, and I'm not going to be able
22 to say the alphabet soup, in Medicaid to another

**Page 84**

1  reimbursement method for some of our provider
2  groups.
3     And at this time, there were a number of
4  position groups that were lobbying the governor's
5  office, myself, Mr. Duarte, and I assume others,
6  that the change we made on some of the codes was
7  making it so they were not going to be able to
8  participate in the Medicaid program. Their costs
9  weren't being met, as I recall them coming to the
10 governor's office and talking to us.
11     So we — what makes me recall that is they
12 wanted to go back to prior to the May — you know,
13 the May rate pursuant to the second paragraph, and
14 so we had several meetings in the governor's office,
15 myself, Chuck Duarte, governor's staff, and talked
16 about that and agreed to change the value or the —
17 what we would pay for some procedure codes.
18  Q. So you —
19  A. And if I recall correctly, they were
20 related to some of the pediatric codes.
21  Q. So as a result of concerns expressed by
22 certain providers about a prior rate change reducing

**Page 85**

1  reimbursement, you — there was — you changed the
2  rate back and increased it again; is that correct?
3  A. That's correct.
4     We changed from one coding system to
5  another. They were getting paid less, based on that
6  coding system. They wanted to have it changed back
7  to where they got at least paid like they were prior
8  to May 2003.
9     So Chuck and his staff calculated what
10 we'd have to change the code to, and we discussed
11 that in the governor's office, and a decision was
12 made to go ahead and change the coding so we
13 wouldn't have access problems.
14  Q. If I could direct your attention to the
15 second paragraph in the sentence that states, I
16 understand the impact this could have on access to
17 care for children.
18     Do you see that?
19  A. Yeah.
20  Q. What — what is the impact to access to
21 care for children that's being referred to here?
22     MS. BRECKENRIDGE: Objection.