**DUARTE DECL. EXHIBIT E**

## Attachment G.4.c: Schering-Plough Annual Spreads

| NDC | Drug | Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59930151504 | Albuterol | ALBUTEROL INHALATION SOLUTION | | | 107.4% | 103.3% | 113.1% | 147.6% | 210.7% | 250.7% | 297.7% | 360.8% | 403.3% | 420.9% | | |
| 59930164702 | Albuterol | ALBUTEROL INHALATION SOLUTION | | | | | | | | | | | | 422.0% | 477.2% | 524.2% |
| 59930150006 | Albuterol | ALBUTEROL SULFATE INHAL. SOL. | | | 142.0% | 139.5% | 161.3% | 180.6% | 302.1% | 331.4% | 322.9% | 451.0% | 516.6% | 580.6% | | |
| 59930150008 | Albuterol | ALBUTEROL SULFATE INHAL. SOL. | | | 121.3% | 135.3% | 166.9% | 247.1% | 321.0% | 370.2% | 409.1% | 520.7% | 548.2% | 651.4% | | |
| 59930151701 | Albuterol | ALBUTEROL SULFATE SOLUTION | | | | | | | | | | | | 698.9% | 867.3% | 1052.8% |
| 59930151702 | Albuterol | ALBUTEROL SULFATE SOLUTION | | | | | | | | | | | | 172.3% | 230.3% | |
| 59930155020 | Albuterol | ALBUTEROL SULFATE SOLUTION | | | 241.8% | | | | | | | | | | | |
| 00085123501 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | 22.7% | 21.2% | 23.9% | 31.2% | 31.3% | 32.6% | 45.2% |
| 00085124201 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | 21.4% | 24.3% | 25.4% | 37.0% | 31.1% | 26.1% | |
| 00085125401 | Intron | INTRON A FOR INJ MULTIDOSE PEN | | | | | | | | 24.1% | 21.4% | 23.6% | 27.1% | 26.0% | 29.5% | 36.6% |
| 00085116801 | Intron | INTRON A INJ 18MIU HSA FREE | | | | | | | 23.1% | 31.1% | 22.9% | 25.7% | 35.8% | 24.4% | 27.9% | 132.2% |
| 00085113301 | Intron | INTRON A INJ 25MIU HSA FREE | | | | | | | 22.3% | 28.2% | 22.0% | 26.6% | 32.7% | 26.7% | 31.2% | 61.1% |
| 00085118401 | Intron | INTRON A INJ 3MIU HSA FREE | | | | | | | 20.9% | 19.3% | 16.5% | | | | | |
| 00085118402 | Intron | INTRON A INJ 3MIU HSA FREE | | | | | | | 20.5% | 19.0% | 16.1% | 31.6% | 24.9% | 48.6% | | |
| 00085119101 | Intron | INTRON A INJ 5MIU HSA FREE | | | | | | | 20.5% | 20.1% | 15.3% | | | | | |
| 00085119102 | Intron | INTRON A INJ 5MIU HSA FREE | | | | | | | 20.5% | 21.9% | 15.8% | 30.8% | 24.6% | | | |
| 00085117901 | Intron | INTRON A INJ PAK10MIU HSA FREE | | | | | | | 20.6% | 21.6% | 19.5% | | | | | |
| 00085117902 | Intron | INTRON A INJ PAK10MIU HSA FREE | | | | | | | 21.0% | 24.3% | 20.0% | 24.7% | 34.0% | 27.7% | 29.5% | |
| 00085057102 | Intron | INTRON A INJECTABLE 10MILLN IU | 33.4% | 34.8% | 27.6% | 25.2% | 23.4% | 22.6% | 21.5% | 28.3% | 22.0% | 28.0% | 28.7% | 23.3% | 27.9% | |
| 00085057106 | Intron | INTRON A INJECTABLE 10MILLN IU | | 37.3% | 37.9% | 32.3% | 24.8% | 17.2% | 26.8% | | | | | | | |
| 00085111001 | Intron | INTRON A INJECTABLE 18MILLN IU | | | | | 20.0% | 21.4% | 24.3% | | | | | | | |
| 00085028502 | Intron | INTRON A INJECTABLE 25MILLN IU | 39.7% | 47.3% | 36.1% | 25.9% | 17.4% | 17.0% | 20.7% | 28.3% | 25.7% | 26.1% | 36.6% | 26.3% | 31.0% | 53.8% |
| 00085064703 | Intron | INTRON A INJECTABLE 3MILLN IU | 18.9% | 21.5% | 21.2% | 20.3% | 15.8% | 17.1% | 12.3% | 19.7% | 25.6% | 20.8% | 29.6% | 31.4% | | |
| 00085064704 | Intron | INTRON A INJECTABLE 3MILLN IU | 16.9% | 21.9% | 22.0% | 21.9% | 15.8% | 17.4% | 19.3% | 19.3% | 20.4% | | | | | |
| 00085064705 | Intron | INTRON A INJECTABLE 3MILLN IU | 23.3% | 36.1% | 31.4% | 28.0% | 21.0% | 17.8% | 14.8% | | | | | | | |
| 00085012002 | Intron | INTRON A INJECTABLE 5 MILLN IU | 44.0% | 21.7% | 22.0% | 20.4% | 16.2% | 17.4% | 13.5% | | | 18.5% | 64.1% | | | |
| 00085012003 | Intron | INTRON A INJECTABLE 5 MILLN IU | 50.4% | 36.6% | 29.9% | 27.3% | 17.7% | 17.4% | 12.3% | 20.1% | 16.6% | 19.0% | 22.6% | 28.2% | | |
| 00085012004 | Intron | INTRON A INJECTABLE 5 MILLN IU | | 40.3% | 31.4% | 30.3% | 23.6% | 20.2% | | | | | | | | |
| 00085012005 | Intron | INTRON A INJECTABLE 5 MILLN IU | | | | | | 30.2% | | | | | | | | |
| 00085053901 | Intron | INTRON A INJECTABLE 50MILLN IU | 29.8% | 41.6% | 32.7% | 28.0% | 22.3% | 21.6% | 14.5% | 29.2% | 26.5% | 27.2% | 34.0% | 27.5% | 34.7% | 35.8% |
| 00085068901 | Intron | INTRON A INJECTION 18 MIU | | 40.2% | 29.5% | 27.1% | 21.2% | 31.7% | 24.0% | | | | | | | |
| 00085092301 | Intron | INTRON A SOL FOR INJ 10 MILLI | | | 24.9% | 20.6% | 130.5% | 16.6% | 16.1% | | | | | | | |
| 00085076901 | Intron | INTRON A SOL FOR INJ. 25MILLN | | | 20.0% | 19.9% | 14.9% | 16.7% | 33.9% | | | | | | | |
| 00085095301 | Intron | INTRON A SOLUTION 18MIU 3ML | | | | | 22.3% | 16.8% | 20.6% | | | | | | | |
| 59930160001 | Perphenazine | PERPHENAZINE | | | | 131.0% | 173.8% | 286.9% | 332.8% | 338.6% | 281.4% | 311.1% | | | | |
| 59930160002 | Perphenazine | PERPHENAZINE | | | | | | | | | | | | | | |
| 59930161001 | Perphenazine | PERPHENAZINE 16MG | | | | 116.0% | 143.3% | 260.3% | 289.2% | 302.8% | 259.2% | 333.5% | | | | |
| 59930160501 | Perphenazine | PERPHENAZINE 8MG | | | | 122.6% | 146.7% | 281.5% | 382.5% | 376.3% | 302.9% | 321.6% | | | | |
| 59930160502 | Perphenazine | PERPHENAZINE 8MG | | | | | | | | | | | | | | |
| 59930160301 | Perphenazine | PERPHENAZINE TABLETS | | | | 128.9% | 157.0% | 313.1% | 357.5% | 371.1% | 294.3% | 350.5% | | | | |
| 59930160302 | Perphenazine | PERPHENAZINE TABLETS | | | | | | | | | | | | | | |
| 00085133601 | Proventil | PROVENTIL INHALATION SOLUTION | | | | | | | | | | | | | | |
| 00085020901 | Proventil | PROVENTIL SOLUTION .083MG/ML | 18.0% | 39.4% | 53.8% | 29.6% | 33.9% | 35.8% | 32.5% | 24.2% | 26.5% | 25.1% | 38.9% | | 23.7% | 20.8% |
| 00085180601 | Proventil | PROVENTIL SOLUTION .083MG/ML | | | | | | | | | | | | 20.0% | 77.0% | 1169.7% |
| 00085020802 | Proventil | PROVENTIL SOLUTION 5MG/ML | 16.5% | 34.1% | 59.4% | 30.3% | 41.2% | 42.8% | 51.5% | 21.7% | | | | 188.5% | | |
| 00085125901 | Temodar | TEMODAR 100MG | | | | | | | | | 17.2% | 19.9% | 25.5% | 27.4% | 22.7% | 24.9% |
| 00085125902 | Temodar | TEMODAR 100MG | | | | | | | | | 20.3% | 20.3% | 21.3% | 24.5% | 29.3% | 34.8% |
| 00085124401 | Temodar | TEMODAR 20MG | | | | | | | | | 20.0% | 19.9% | 25.4% | 22.8% | 23.5% | 31.7% |
| 00085124402 | Temodar | TEMODAR 20MG | | | | | | | | | 20.5% | 20.1% | 20.9% | 26.3% | 27.9% | 35.0% |
| 00085125201 | Temodar | TEMODAR 250MG | | | | | | | | | 20.0% | 19.8% | 25.6% | 26.3% | 22.5% | 25.6% |
| | | | | | | | | | | | 20.1% | 20.1% | 21.7% | 21.8% | | |

Direct Testimony of Raymond S. Hartman

Attachment G.4.c: Schering-Plough Annual Spreads

| NDC | Drug | Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004Q1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00085125202 | Temodar | TEMODAR 250MG | | | | | | | | | 20.0% | 20.7% | 34.6% | 33.2% | 48.9% | |
| 00085124801 | Temodar | TEMODAR 5MG | | | | | | | | | 20.1% | 20.0% | 21.7% | 21.5% | 26.6% | 23.8% |
| 00085124802 | Temodar | TEMODAR 5MG | | | | | | | | | 20.0% | 19.8% | 24.5% | 28.3% | 30.1% | 35.6% |

Direct Testimony of Raymond S. Hartman