**DUARTE DECL. EXHIBIT F**

**Aventis Spreads**

| NDC | Abbreviated Name | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00075800120 | TAXOTERE 20MG/0.5ML VIAL 0.5 ML | | | | | | | 33.0% | 29.8% | 30.7% | 30.8% | 35.1% | | | | |
| 00075800180 | TAXOTERE 80MG/2ML VIAL 2 ML | | | | | | | 30.1% | 28.8% | 30.5% | 30.0% | 33.4% | | | | |
| 00088120205 | ANZEMET 50MG TABLET 5 CNT | | | | | | | | | 22.4% | 37.6% | 24.4% | | | | |
| 00088120229 | ANZEMET 50MG TABLET 5 CNT | | | | | | | | | 25.0% | 33.5% | 24.2% | | | | |
| 00088120243 | ANZEMET 50MG TABLET 10 CNT | | | | | | | | | | | | | | | |
| 00088120305 | ANZEMET 100MG TABLET 5 CNT | | | | | | | | 28.2% | 22.7% | 30.5% | 35.5% | | | | |
| 00088120329 | ANZEMET 100MG TABLET 5 CNT | | | | | | | | 96.4% | 23.5% | 33.0% | 44.7% | | | | |
| 00088120343 | ANZEMET 100MG TABLET 10 CNT | | | | | | | | 46.3% | 30.7% | 40.4% | 49.7% | | | | |
| 00088120632 | ANZEMET 20MG/ML VIAL 5 ML | | | | | | | | 123.7% | 123.2% | 137.2% | 130.1% | | | | |

**Aventis Net Sales Dollars**

| NDC | Abbreviated Name | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00075800120 | TAXOTERE 20MG/0.5ML VIAL 0.5 ML | | | | | | | 10,311,535 | 37,397,878 | 72,650,076 | 111,472,456 | 224,816,254 | | | | |
| 00075800180 | TAXOTERE 80MG/2ML VIAL 2 ML | | | | | | | 48,112,734 | 143,863,889 | 187,552,562 | 258,233,502 | 420,487,405 | | | | |
| 00088120205 | ANZEMET 50MG TABLET 5 CNT | | | | | | | 0 | -26,788 | 510,175 | 918,585 | 737,556 | | | | |
| 00088120229 | ANZEMET 50MG TABLET 5 CNT | | | | | | | 0 | -47,800 | 159,194 | 441,215 | 357,298 | | | | |
| 00088120243 | ANZEMET 50MG TABLET 10 CNT | | | | | | | 0 | 97,940 | 414,991 | 734,813 | 1,140,513 | | | | |
| 00088120305 | ANZEMET 100MG TABLET 5 CNT | | | | | | | 0 | 3,027,221 | 8,159,641 | 14,947,729 | 25,037,735 | | | | |
| 00088120329 | ANZEMET 100MG TABLET 5 CNT | | | | | | | 0 | 1,828,963 | 4,969,986 | 8,744,578 | 12,302,165 | | | | |
| 00088120343 | ANZEMET 100MG TABLET 10 CNT | | | | | | | 0 | 1,077,450 | 4,061,804 | 8,021,498 | 18,402,522 | | | | |
| 00088120632 | ANZEMET 20MG/ML VIAL 5 ML | | | | | | | 0 | 40,076,804 | 85,316,586 | 141,202,509 | 228,931,636 | | | | |

DRAFT 3/8/2007

Privileged and Confidential: Attorney/Client Work Product