**DUARTE DECL. EXHIBIT G**

## Immunex Spreads

| NDC | Abbreviated Name | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|---|
| 58406061013 | AMICAR INJ | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 58406061281 | AMICAR INJ | 49.3% | 49.5% | 55.4% | 30.1% | 0.0% | 0.0% |
| 58406061381 | AMICAR ORAL | 0.0% | 0.0% | 0.0% | 18.2% | 0.0% | 0.0% |
| 58406061012 | AMICAR INJ | 207.3% | 214.1% | 406.1% | 323.9% | 0.0% | 0.0% |
| 58406061190 | AMICAR ORAL | 15.1% | 18.2% | 1.9% | 0.0% | 0.0% | 0.0% |
| 58406042534 | ENBREL | 0.0% | 0.0% | 31.5% | 30.5% | 27.7% | 31.5% |
| 58406062105 | LEUCOVORIN CALCIUM INJ | 33.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 58406062206 | LEUCOVORIN CALCIUM INJ | 118.7% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 58406062307 | LEUCOVORIN CALCIUM INJ | 872.8% | 1456.4% | 1666.4% | 1129.2% | 0.0% | 0.0% |
| 58406062462 | LEUCOVORIN CALCIUM ORAL | 75.2% | 39.8% | 8.1% | | | |
| 58406062467 | LEUCOVORIN CALCIUM ORAL | 179.1% | 138.8% | 172.5% | 127.5% | | |
| 58406062674 | LEUCOVORIN CALCIUM ORAL | 40.6% | 86.1% | 101.2% | 94.8% | | |
| 58406000135 | LEUKINE | 7.7% | | | | | |
| 58406000233 | LEUKINE | 2.3% | | | | | |
| 58406005030 | LEUKINE | 52.8% | 1.7% | 3.1% | 2.6% | 2.6% | 2.4% |
| 0205453434 | LEVOPROME | 62.3% | 76.4% | 99.9% | 80.2% | 98.5% | 88.8% |
| 58406068315 | METHOTREXATE | | 43.8% | | | | |
| 58406067101 | METHOTREXATE | | 14.7% | 11.8% | 9.0% | | |
| 58406067105 | METHOTREXATE | 1.8% | 1.0% | 1.2% | 0.8% | | |
| 58406068114 | METHOTREXATE | 108.6% | 97.9% | 84.6% | 63.7% | | |
| 58406068117 | METHOTREXATE | 29.6% | 25.6% | 24.0% | 17.6% | | |
| 58406068312 | METHOTREXATE | 29.6% | 34.6% | 31.9% | 21.9% | | |
| 58406068316 | METHOTREXATE | 8.7% | 7.6% | 1.7% | | | |
| 58406068318 | METHOTREXATE | 22.5% | 18.3% | 13.2% | 10.1% | | |
| 58406064003 | NOVANTRONE | 6.6% | 5.2% | 3.4% | 3.0% | | |
| 58406064005 | NOVANTRONE | 35.8% | 40.7% | 42.7% | 27.8% | 29.4% | 29.4% |
| 58406064007 | NOVANTRONE | 7.2% | 7.6% | 9.3% | 6.5% | 8.0% | 8.8% |
| 58406066131 | THIOPLEX | 4.9% | 4.9% | 7.1% | 4.6% | 4.3% | 5.1% |
| 58406066236 | THIOPLEX | 57.2% | 55.2% | 51.9% | 67.4% | 48.4% | |

## Immunex Net Sales Dollars

| NDC | Abbreviated Name | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | Total |
|---|---|---|---|---|---|---|---|---|
| 58406061013 | AMICAR INJ | 842 | | | | | | 942 |
| 58406061281 | AMICAR ORAL | 4,022,849 | 5,152,612 | 4,784,208 | 2,896,856 | | | 18,856,525 |
| 58406061381 | AMICAR ORAL | | | | 1,368,394 | | | 1,368,394 |
| 58406061012 | AMICAR INJ | 213,724 | 147,974 | 70,488 | 90,115 | | | 522,301 |
| 58406061190 | AMICAR ORAL | 1,170,905 | 1,774,134 | 128,824 | | | | 3,073,862 |
| 58406042534 | ENBREL | | 12,695,803 | 365,145,119 | 648,818,888 | 750,976,541 | 424,420,449 | 2,202,056,799 |
| 58406062105 | LEUCOVORIN CALCIUM INJ | 195,858 | | | | | | 195,858 |
| 58406062206 | LEUCOVORIN CALCIUM INJ | 673,483 | 3,153 | | | | | 676,636 |
| 58406062307 | LEUCOVORIN CALCIUM INJ | 6,898,891 | 4,007,386 | 4,204,032 | 3,438,932 | | | 18,549,242 |
| 58406062462 | LEUCOVORIN CALCIUM ORAL | 106,122 | 45,538 | 2,910 | | | | 154,569 |
| 58406062467 | LEUCOVORIN CALCIUM ORAL | 253,417 | 178,586 | 127,292 | 63,318 | | | 622,613 |
| 58406062674 | LEUCOVORIN CALCIUM ORAL | 108,103 | 181,293 | 106,295 | 78,557 | | | 474,247 |
| 58406000135 | LEUKINE | 7,318,245 | | | | | | 7,318,245 |
| 58406000233 | LEUKINE | 2,869,806 | 763,823 | 3,106,839 | 3,678,809 | 4,314,235 | 2,799,286 | 17,552,797 |
| 58406005030 | LEUKINE | 42,641,644 | 24,678,914 | 65,992,634 | 84,602,273 | 104,129,424 | 60,612,434 | 382,657,323 |
| 0205453434 | LEVOPROME | 104,544 | 58,213 | | | | | 162,756 |
| 58406068315 | METHOTREXATE | 500,745 | 513,182 | 470,821 | 558,534 | | | 2,043,282 |
| 58406067101 | METHOTREXATE | 68,144 | 108,678 | 109,914 | 118,888 | | | 406,624 |
| 58406067105 | METHOTREXATE | 2,404,867 | 2,632,020 | 3,162,160 | 3,869,189 | | | 12,068,226 |
| 58406068114 | METHOTREXATE | 880,942 | 1,238,881 | 1,232,165 | 1,171,460 | | | 4,523,448 |
| 58406068117 | METHOTREXATE | 703,209 | 832,293 | 935,907 | 750,749 | | | 3,222,158 |
| 58406068312 | METHOTREXATE | 118,846 | 124,888 | 29,631 | | | | 273,365 |
| 58406068316 | METHOTREXATE | 341,472 | 341,082 | 275,606 | 346,038 | | | 1,304,198 |
| 58406068318 | METHOTREXATE | 134,532 | 169,297 | 127,678 | 131,022 | | | 562,529 |
| 58406064003 | NOVANTRONE | 38,860,196 | 37,332,618 | 32,614,713 | 43,183,490 | 50,270,262 | 28,088,188 | 230,349,466 |
| 58406064005 | NOVANTRONE | 7,254,200 | 6,909,745 | 6,928,751 | 10,132,936 | 13,356,008 | 8,542,397 | 53,124,037 |
| 58406064007 | NOVANTRONE | 6,533,848 | 4,688,077 | 4,969,534 | 6,582,197 | 7,604,502 | 5,273,279 | 34,561,436 |
| 58406066131 | THIOPLEX | 22,354,155 | 24,895,545 | 17,739,409 | 10,924,428 | 6,302,627 | | 82,206,163 |
| 58406066236 | THIOPLEX | | | | | 731,800 | 1,360,510 | 2,092,310 |
| | | | | | | | 58.2% | |

Privileged and Confidential: Attorney/Client Work Product