**LAWRENCE DECL. EXHIBIT 1**

Page 396

```
 1   talking about the term average wholesale price or
 2   AWP. Do you recall that?
 3       A.  Yes.
 4       Q.  And you're familiar with that term,
 5   correct?
 6       A.  Correct.
 7       Q.  And what's your understanding of what AWP
 8   is?
 9       A.  Well, by the semantics of the name,
10   average wholesale price, I would assume that it is
11   the wholesale price that is given for the drugs.
12       Q.  And when you say you assume it's the
13   wholesale price for drugs, are you assuming that
14   it's the price at which wholesalers purchase the
15   drugs or the price at which they sell the drugs to,
16   you know, pharmacies, for example?
17       A.  Can you repeat the question.
18       Q.  Sure. You said that you assume that
19   average wholesale price was an average wholesaler
20   price. And my question to you is that the price at
21   which the wholesalers purchase the drugs or is it a
22   price at which pharmacies for example purchase drugs
```

Page 397

```
 1   from the wholesaler?
 2       A.  It's the wholesale price of the drug. So
 3   whichever way is going to process, whether it's
 4   giving or taking on the drug, it is the price of
 5   that drug.
 6       Q.  When you say you would assume that that's
 7   what it means, I mean, do you have any reason to
 8   believe that in practice that it is not that?
 9       A.  Well, from our different pricing
10   initiatives that we've had to implement over time,
11   average wholesale price, we try to estimate what
12   that is because we do not know what the actual price
13   is. We're not privy are to that information. So
14   without validation, I would not know that actual
15   price.
16       Q.  When you refer to pricing initiatives,
17   what are you referring to?
18       A.  Items such as MAC pricing, initiatives on
19   generic multisource drugs or utilizing the
20   supplemental rebate programs and utilizing OBRA
21   rebates.
22       Q.  And how does use of those pricing
```

Page 398

```
 1   initiatives help you -- by you, I mean the Medicaid
 2   Department, sorry, determine the wholesale price of
 3   the drug? Is that what you -- is that what you
 4   testified?
 5       A.  Actually, what we're testifying is that we
 6   are required to use EAC estimated acquisition costs,
 7   for the pricing reimbursement methodology of a drug.
 8           In order to do that, we utilize AWP minus
 9   fifteen percent. However, we have had to initiate
10   other pricing initiatives to try to come closer to
11   EAC, because obviously by allowing those other
12   initiatives to occur, it implies that we are still
13   not at estimated acquisition cost.
14       Q.  Okay. So your understanding is that AWP
15   minus fifteen percent is not actually estimated
16   acquisition cost; is that correct?
17       A.  It is our estimation of what EAC is;
18   however, since we do not have information of what
19   the actual AWP is, it is always going to be an
20   estimation.
21       Q.  And is it your understanding AWP minus
22   fifteen percent is a good representative of the
```

Page 399

```
 1   average acquisition cost?
 2       A.  It is what our current estimate is.
 3   Unfortunately, like I said, I do not have validation
 4   of what true AWP is.
 5       Q.  And is it your understanding is that AWP
 6   is a number that can be calculated by someone?
 7       A.  Well, by the basis of the name, average
 8   wholesale price, I'm assuming there is a definition
 9   of it. OBRA 90 has definitions of what the pricing
10   methodologies are, and they rely on information
11   that's given from the drug manufacturers.
12       Q.  And is it your understanding that OBRA 90
13   defines AWP?
14       A.  I'd have to relook at it. It defines best
15   price, and I'd have to look at it again to see if it
16   defines actual specifics of AWP.
17       Q.  And what's your understanding of what best
18   price is?
19       A.  What's listed out in the federal
20   regulations.
21       Q.  And do you know what that is?
22       A.  I never assume what the federal
```

**Page 400**

1  regulations are. I always go back and quote them
2  directly.
3      Q. And how does the State use best price?
4      A. In accordance with section nineteen
5  twenty-seven of the Social Security Act.
6      Q. What does section nineteen twenty-seven of
7  the Social Security Act cover?
8      A. The OBRA rebates and the pharmacy
9  regulations for Nevada -- or for Medicaid in itself.
10     Q. Is it your understanding that AWP is
11 related to the cost -- actual cost at which
12 pharmacies purchase drugs?
13     A. It's my understanding that AWP is an
14 average wholesale price for those drugs.
15     Q. If AWP is the average price at which
16 pharmacies are purchasing drugs, why would the State
17 discount fifteen percent off of that?
18     A. If --
19        MS. BRECKENRIDGE: Objection. Go ahead.
20        THE WITNESS: It's the average wholesale
21 price. We don't have the specific information as to
22 what the actual acquisition cost is and we have to

**Page 401**

1  have the acquisition cost of the drug. That is our
2  regulations.
3  BY MR. LITOW:
4      Q. Do you ask the pharmacies to provide the
5  acquisition cost for their drugs?
6      A. No, we do not right now. We do during a
7  MAC appeal.
8      Q. And why don't you ask them for the
9  acquisition cost?
10     A. Because we use a standardized pricing
11 methodology that's given through First Data Bank and
12 with the regulations of how that information's
13 supposed to be sent to First Data Bank.
14     Q. When you say standard pricing methodology,
15 who decides that pricing methodology?
16     A. The pricing methodology or how we obtain
17 that pricing methodology?
18     Q. The pricing methodology itself.
19     A. It's average wholesale price minus fifteen
20 percent. It was determined through a public hearing
21 process.
22     Q. Is it your understanding that pharmacies

**Page 402**

1  generally purchase drugs at average wholesale price?
2      A. I do not know what they are purchasing the
3  price of the drugs at. That's why we have a problem
4  trying to understand what EAC is.
5      Q. But is Medicaid's program best estimate
6  that pharmacies purchase drugs at AWP minus fifteen
7  percent?
8      A. That was an estimation of --
9        MS. BRECKENRIDGE: Objection.
10 BY MR. LITOW:
11     Q. Go ahead.
12     A. That was an estimation of how they closest
13 to EAC because of what other national standards are
14 happening throughout other states. But we also know
15 that with our other programs, we have had to
16 implement other pharmacy initiatives.
17     Q. You say you had to implement them. What
18 do you mean you had to implement them?
19     A. Because being stewards of taxpayer dollars
20 --
21        MS. BRECKENRIDGE: You have to slow down.
22        THE WITNESS: Can you repeat the question,

**Page 403**

1  please?
2        MR. LITOW: Sure. Can you read back the
3  question, please.
4            (Previous question read back by
5  reporter.)
6        THE WITNESS: Our pharmacy expenditures
7  were increasing as they are nationally, so we had
8  implemented multiple programs at one time with
9  pharmacy to try to decrease the rate of increase of
10 the trend of pharmacy expenditures.
11     Q. Are you aware there's sometimes a
12 difference between the average wholesale price -- or
13 AWP and the price at which pharmacies purchase
14 drugs?
15     A. I am aware of that. I don't know what the
16 actual cost of what they purchase the drugs, but I
17 do know from common sense that they are able to
18 negotiate the price of their drugs, and we do not
19 have the resources to do an acquisition study for
20 every drug that is delivered in the state of Nevada.
21     Q. And for how long have you been aware of
22 this difference between the AWP and the price at

| Coleen Lawrence, Vol. III | March 23, 2006 |
|---|---|
| Carson City, NV | |

6 (Pages 408 to 411)

**408**

1  fee, they had just requested -- assured that we
2  would not touch the dispensing fee because that's
3  the actual cost of their service, not the actual
4  cost of their drug.
5       So when we went out and did our public
6  forum for that, we did the AWP minus fifteen. And
7  since then, we have not had any providers that we
8  know that have left the market or decided not to
9  participate.
10      In addition to that, we have done other
11 initiatives, such as our MAC program and
12 supplemental rebate programs, and providers have not
13 stopped taking Nevada Medicaid due to it.
14      Q.  I'm sorry, maybe you didn't understand the
15 question.  My question was, what steps has the
16 Medicaid program taken to determine the price -- the
17 actual price at which pharmacies are purchasing
18 drugs?
19      A.  What we utilized was the survey that you
20 had during my last deposition as an exhibit from
21 Myers and Stauffer.
22      And then like any other type of provider

**409**

1  rate-setting methodology, we go out in a public
2  forum and say this is what the rates are going to
3  be.
4       And if there's any feedback at that time
5  that is negative or if it seems like there being an
6  access to care issue, then we have to reconsider the
7  rates.
8       When we had our public forum, that didn't
9  occur.  So those were the steps, because our job is
10 to make sure there's access to services.
11      Q.  So based on that, the Medicaid program's
12 understanding is that average wholesale price minus
13 fifteen percent is a -- apparently a good
14 representative of the actual acquisition cost of
15 drugs to pharmacies; is that correct?
16      A.  No, that's not what I said.  I would say
17 that it did not impede access to care by lowering
18 the rate to AWP minus fifteen percent.
19      Q.  I mean, is the Medicaid program's goal in
20 setting an EAC to find a rate that doesn't impede
21 access to care or is it to find what it estimates to
22 be the acquisition cost of drugs?

**410**

1       A.  You do the estimated acquisition cost of
2  drugs, but they're not say lows.  They have to work
3  together.
4       You have estimated acquisition costs,
5  because it should not be a cost to the taxpayers to
6  pay a profit for the actual ingredient cost of the
7  drug.
8       So if they are -- if we establish EAC and
9  we -- say we miss it and it's below their actual
10 acquisition cost, then the pharmacies cannot afford
11 to stay in business and provide that drug at a cost
12 to them.  So if that was to occur, then there would
13 be an access to care issue.
14      Q.  So based upon the State's review of when
15 it was -- strike that.  So the State's under --
16 State Medicaid program's understanding is that
17 average wholesale price minus fifteen percent is the
18 -- the best reimbursement rate it can offer without
19 creating an access to care issue; is that correct?
20      A.  No, that was a point in time when we had
21 tried AWP minus fifteen; however, other initiatives
22 since then have demonstrated that we are still not

**411**

1  at EAC, so we implemented other measures.
2       Q.  So if the State had reimbursed just the
3  AWP without -- you know, minus an amount of
4  discount, would there be access to care issue there?
5       MS. BRECKENRIDGE:  Objection.
6       THE WITNESS:  My logic would tell me if we
7  are offering an AWP minus fifteen and there's not an
8  access, if we paid more money for the service, there
9  would not be access issue.
10 BY MR. LITOW:
11      Q.  What if the State were to reimburse AWP
12 minus twenty-five percent; would there be an access
13 issue?
14      MS. BRECKENRIDGE:  Objection.
15      THE WITNESS:  I do not know.  We have not
16 changed our policies to AWP minus twenty-five
17 percent or held public forums on it.
18 BY MR. LITOW:
19      Q.  You talked about the change from AWP minus
20 ten percent to AWP minus fifteen percent.  Where did
21 that idea generate?  Let me phrase it a different
22 way.  Where did the idea of changing the