# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ALL ACTIONS ) ) | **No. MDL Docket No. 1456** <br><br> **CIVIL ACTION: 1:01-CV-12257-PBS** <br><br> **Judge Patti B. Saris** |

## NOTICE OF WITHDRAWAL OF APPEARANCES OF PAULA A. WILLIS AND JOSHUA R. HELLER

Pursuant to Local Rule of Civil Procedure 83.5.2(c), please withdraw the appearances of Joshua R. Heller and Paula A. Willis as former Assistant Attorneys General for Plaintiff State of Florida, Office of the Attorney General, Department of Legal Affairs in this action and all related actions. Mr. Heller and Ms. Willis were previously admitted *pro hac vice* as attorneys for the State of Florida. Mr. Heller and Ms. Willis are no longer assigned to this case.

In support of this Notice, the State of Florida states that the appearances of other attorneys listed below remain in effect and are not affected by the withdrawal of Mr. Heller and Ms. Willis. Respectfully Submitted, on this 23rd Day of March, 2007.

                                                BILL MCCOLLUM
                                                ATTORNEY GENERAL

By:   /s/ Mary S. Miller
         MARY S. MILLER
         Florida Bar No. 0780420
         Assistant Attorney General
         Office of the Attorney General
         Medicaid Fraud Control Unit
         PL-01 The Capitol
         Tallahassee, Florida 32399-1050
         Telephone: 850-414-3600
         Facsimile: 850-487-9475

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of March, 2007, copies of the foregoing Notice of Withdrawal of Appearances of Joshua R. Heller and Paula A. Willis were served on all counsel of record via ECF and LEXIS/NEXIS File and Serve.

/s/ Mary S. Miller

Attorney