- 1 -

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

## PLAINTIFFS' OMNIBUS MOTION *IN LIMINE*

Plaintiffs respectfully move this Court for an order *in limine*:

(1) precluding introduction of evidence regarding the government's purported "knowledge";

(2) precluding introduction of evidence regarding purported "knowledge" of third party payors;

(3) precluding AstraZeneca from calling Stanley Weintraub at trial;

(4) excluding evidence regarding AstraZeneca's "meeting competition" defense;

(5) precluding evidence regarding the efficacy of Zoladex;

(6) precluding introduction of evidence regarding AMP and IMS data;

(7) precluding introduction of evidence regarding AstraZeneca's Managed Acquisition Program; and

(8) precluding introduction of evidence regarding AstraZeneca's Patient Assistance Program.

Each of the foregoing is supported by a separate memorandum of law.

- 1 -

DATED:  March 23, 2007                    By    /s/ **Steve W. Berman**
                                                      Thomas M. Sobol (BBO#471770)
                                                     Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

001534-16 160556 V1

- 3 -

        Marc H. Edelson
        Allan Hoffman
        Edelson & Associates LLC
        45 West Court Street
        Doylestown, PA  18901
        Telephone: (215) 230-8043
        Facsimile: (215) 230-8735

        Donald E. Haviland, Jr.
        The Haviland Law Firm, LLC
        740 S. Third Street
        Third Floor
        Philadelphia, PA  19147
        Facsimile:  (215) 609-4661
        Telephone:  (215) 392-4400

        **CO-LEAD COUNSEL FOR**
        **PLAINTIFFS**

- 3 -

- 4 -

## CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

Docket No. MDL 1456

  I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on March 23, 2007, I caused copies of **PLAINTIFFS' OMNIBUS MOTION *IN LIMINE*** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                /s/ Steve W. Berman
                Steve W. Berman

001534-16 160556 V1