# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) ) Civil Action No. 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO | ) ) |
| *State of Montana v. Abbott Labs., Inc., et al.*, 02-CV-12084-PBS | ) Judge Patti B. Saris ) ) ) |

## DEFENDANT AVENTIS PHARMACEUTICALS INC.'S INDIVIDUAL OPPOSITION TO THE STATE OF MONTANA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST CERTAIN DEFENDANTS

Defendant Aventis Pharmaceuticals Inc. ("Aventis") submits its individual opposition to the State's Motion for Partial Summary Judgment. Montana's Motion should be denied for all the reasons stated in the Joint Opposition Brief, which Aventis joins in fully. As to Aventis, plaintiff's motion fails because it does not rely upon any evidence that would entitle Montana to partial summary judgment against Aventis. As noted in Aventis's Response to Montana's Rule 56.1 Statement, filed contemporaneously herewith, Montana's purported "undisputed facts" are unsupported by the factual record. Specifically, Montana provides no evidence that Aventis controlled the AWPs published by First DataBank. The absence of such evidence is fatal to Montana's Medicaid fraud claim.

As more fully explained in Aventis's Response to Montana's Rule 56.1 Statement, Montana relies on a single Aventis document to establish its claim that Defendant Aventis caused AWPs to be published – Paragraph 6 of Aventis's Answer to Montana's Second Amended Complaint. However, the cited document states only that *at one time*, Aventis

2

provided pricing information to various compendia which *may have considered* that information when publishing AWP. This statement in Aventis's Answer in no way establishes that Aventis "caused" AWPs to be published.

The evidence regarding First DataBank, which Montana did not submit, disproves the assertion that Aventis controlled First DataBank's AWP. Patricia Kay Morgan, Manager of Product Knowledge-Based Services with First DataBank, testified that First DataBank set AWPs, relying on surveys it conducted of wholesalers, rather than on information from the manufacturers. *See* Ex. 1 to Defendants' Statement of Undisputed Material Facts In Support of Defendants' Motion for Summary Judgment (Morgan Dep. 26:11-27:6; 36:3-19;111:4-8)

Accordingly, for the reasons stated above and those set forth in Defendants' Joint Opposition Brief, which Aventis incorporates by reference[1], the Court should deny Montana's motion as to Aventis.

---

[1] *See* Memorandum in Support of Defendants' Joint Opposition to the State of Montana's Motion for Partial Summary Judgment Against Certain Defendants, filed on March 22, 2007.

2377953v2

Dated: March 22, 2007

        AVENTIS PHARMACEUTICALS INC.

        By its attorneys:

        /s/ Joseph G. Matye
        Michael L. Koon, Esq.
        Joseph G. Matye, Esq.
        Brian G. Fedotin
        Admitted *pro hac vice*
        SHOOK HARDY & BACON L.L.P
        2555 Grand Blvd.
        Kansas City, Missouri 64108-2613
        Telephone:  (816) 474-6550
        Facsimile:  (816) 421-5547

        Michael DeMarco (BBO# 119960)
        KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
        State Street Financial Center
        One Lincoln Street
        Boston, MA  02111-2950
        Telephone: 617-261-3100

        ATTORNEYS FOR DEFENDANT AVENTIS PHARMACEUTICALS INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2007, copies of the foregoing Defendant Aventis Pharmaceuticals Inc.'s Individual Opposition to the State of Montana's Motion for Partial Summary Judgment Against Certain Defendants were served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                        /s/ Joseph G. Matye

2377953v2