UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____  )
                                 )
IN RE PHARMACEUTICAL INDUSTRY    )   MDL NO. 1456
AVERAGE WHOLESALE PRICE          )
LITIGATION                       )   CIVIL ACTION NO. 01-CV-12257-PBS
_____  )
                                 )   Hon. Patti B. Saris
                                 )
THIS DOCUMENT RELATES TO         )
CLASS 1 JURY TRIAL               )
_____  )
```

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S MOTION IN LIMINE TO EXCLUDE EVIDENCE NOT PERTAINING TO CLAIMS OF CLASS REPRESENTATIVES MR. HOWE AND MR. TOWNSEND**

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca"), by its undersigned counsel, moves this Court pursuant to Federal Rules of Evidence 402 and 403 and Federal Rule of Civil Procedure 23, for an Order excluding from evidence at the Class 1 trial documents and testimony not pertaining to the two class representatives and any comment or argument by counsel relating thereto.

1. Plaintiffs' pretrial disclosures demonstrate that Plaintiffs intend to proffer as evidence at trial documents, witnesses and deposition designations relating to absent class members.

2. Mr. Howe and Mr. Townsend have been certified under Federal Rule of Civil Procedure 23 as adequate and typical representatives of absent class members. Once the Rule 23 requirements are satisfied, proof of the class representatives' claims suffices to prove the claims of the absent class members.

3. All potential class members who have not opted out of this litigation have agreed to have their claims adjudicated by these class representatives

4. Plaintiffs are not permitted to cherry-pick evidence from absent class members in order to litigate a composite case that is stronger than any individual action would be.

5. Evidence pertaining to absent class members would be unfairly prejudicial because AstraZeneca has not had an opportunity to conduct discovery with respect to such absent class members.

WHEREFORE Defendant AstraZeneca respectfully requests that this Court enter an Order excluding documents and testimony not pertaining to the claims of class representatives Mr. Howe and Mr. Townsend, and grant all other relief that this Court deems just and appropriate.

Dated: Boston, Massachusetts
March 23, 2007

Respectfully Submitted,

By:  /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: (617) 832-1000

D. Scott Wise
Michael S. Flynn
Kimberley Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I certify that counsel for AstraZeneca Pharmacuticals LP conferred with counsel for Platiniffs pursuant to L.R. 7.1 prior to filing this motion and Plaintiffs did not consent to the motion.

                                            /s/ Katherine B. Schmeckpeper
                                              Katherine B. Schmeckpeper

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on March 23, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                        By: /s/ Katherine B. Schmeckpeper
                                               Katherine B. Schmeckpeper