# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> CLASS 1 JURY TRIAL (ASTRAZENECA) | |

## DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S MOTION IN LIMINE TO PRECLUDE ADMISSION OF DOCUMENTS AND TESTIMONY OF OTHER PHARMACEUTICAL COMPANIES

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca"), by its undersigned counsel, respectfully moves this Court pursuant to Rule 103 of the Federal Rules of Evidence for an order excluding from evidence at trial documents and testimony of other pharmaceutical companies.

As grounds for the foregoing, Defendant AstraZeneca states as follows:

1. Plaintiffs' pre-trial disclosures demonstrate that the Plaintiffs intend to proffer as evidence at trial numerous documents and deposition testimony of other pharmaceutical companies.

2. Documents of other pharmaceutical companies and testimony taken in litigation to which AstraZeneca was not a party of current and former employees of other pharmaceutical companies should not be admitted into evidence in the Class 1 claims set for trial because: (1) they are irrelevant to the claims against AstraZeneca; (2) they are inadmissible hearsay; and (3) their risk of unfair prejudice substantially outweighs their arguable, minimal probative value.

3. Testimony taken in litigation to which AstraZeneca was not a party of current and former TAP employees, moreover, does not meet the criteria for the hearsay exception for

former testimony of unavailable witnesses. AstraZeneca did not have the opportunity or similar motive to develop the testimony of these deponents at their depositions.

WHEREFORE Defendant AstraZeneca respectfully requests that this Court enter an Order excluding the documents and testimony of other pharmaceutical companies, and grant all other relief that this Court deems just and appropriate.

Dated: Boston, Massachusetts
March 23, 2007

Respectfully Submitted,

By:  /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: (617) 832-1000

D. Scott Wise
Michael S. Flynn
Kimberley Harris
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I certify that counsel for AstraZeneca Pharmacuticals LP conferred with counsel for Platiniffs pursuant to L.R. 7.1 prior to filing this motion and Plaintiffs did not consent to the motion.

        /s/ Katherine B. Schmeckpeper
        Katherine B. Schmeckpeper

## CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the foregoing was delivered on March 23, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

        /s/ Katherine B. Schmeckpeper
        Katherine B. Schmeckpeper