UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO ) CLASS 1 JURY TRIAL ) ) | MDL NO. 1456 <br><br> CIVIL ACTION NO. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |

**DECLARATION OF KATHERINE B. SCHMECKPEPER IN SUPPORT OF DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO GUILTY PLEAS, CIVIL SETTLEMENT AND SAMPLING ACTIVITY**

I, Katherine B. Schmeckpeper, declare as follows:

1. I am an attorney with Foley Hoag LLP, counsel for AstraZeneca Pharmaceuticals LP in this action. I submit this declaration in support of AstraZeneca Pharmaceuticals LP's Memorandum of Law in Support of its Motion in Limine to Exclude Evidence Relating to Guilty Pleas, Civil Settlement and Sampling Activity.

2. Attached as Exhibit A is a true and correct copy of Memorandum of Plea Agreement in United States v. AstraZeneca Pharmaceuticals, LP, Criminal Action No. 03-55 (D. Del.).

3. Attached as Exhibit B is a true and correct copy of Memorandum of Plea Agreement in United States v. Saad Antoun, M.D., Criminal Action No. 02-13 (D. Del.).

4. Attached as Exhibit C is a true and correct copy of Memorandum of Plea Agreement in United States v. Robert A. Berkman, M.D., Criminal Action No. 03-45 (D. Del.).

5. Attached as Exhibit D is a true and correct copy of Memorandum of Plea Agreement in United States v. Stanley C. Hopkins, M.D., Criminal Action No. 02-127 (D. Del.).

6. Attached as Exhibit E is a true and correct copy of Civil Settlement Agreement.

- 2 -

7. Attached as Exhibit F is a true and correct copy of Corporate Integrity Agreement.

8. Attached as Exhibit G is a true and correct copy of Transcript of the Plea and Sentencing Hearing in United States v. AstraZeneca Pharmaceuticals, LP, Criminal Action No. 03-55 (D. Del.).

9. Attached as Exhibit H is a true and correct copy of the deposition of Robert C. Black, dated August 30, 2005, page 31.

10. Attached as Exhibit I is a true and correct copy of the deposition of Steve Buckanavage, dated June 8, 2005, page 151.

11. Attached as Exhibit J is a true and correct copy of the deposition of Thomas Chen, dated December 14, 2005, page 146.

12. Attached as Exhibit K is a true and correct copy of the deposition of Susan Klein-Zignoli, dated August 26, 2005, at page 143.

13. Attached as Exhibit L is a true and correct copy of the deposition of Randall Mastrangelo, dated June 29, 2005, at page 246.

14. Attached as Exhibit M is a true and correct copy of the deposition of Keith Patterson, dated June 28, 2005, at page 132.

15. Attached as Exhibit N is a true and correct copy of the deposition of Mark Reisenauer, dated December 8, 2005, at pages 78 to 79.

16. Attached as Exhibit O is a true and correct copy of the deposition testimony of Carol Ryan, dated August 25, 2005, at page 15.

17. Attached as Exhibit P is a true and correct copy of Class 2 & 3 Trial Transcript at page 82 (November 21, 2006).

- 3 -

18. Attached as Exhibit Q is a true and correct copy of Information filed in <u>United States of America v. AstraZeneca Pharmaceuticals, LP.</u>, Criminal Action No. 03-55 (D. Del.).

19. Attached as Exhibit R is a true and correct copy of Information filed by U.S. Attorney in <u>United States v. Saad Antoun, M.D.</u>, Criminal Action No. 02-13 (D. Del.).

20. Attached as Exhibit S is a true and correct copy of Information filed by U.S. Attorney in <u>United States v. Stanley C. Hopkins, M.D.</u>, Criminal Action No. 02-127 (D. Del.).

21. Attached as Exhibit T is a true and correct copy of the deposition of Robert C. Howe, dated November 16, 2005, at page 80.

22. Attached as Exhibit U are true and correct copies of documents HOWE 0055 and HOWE 0073.

23. Attached as Exhibit V is a true and correct copy of document TOWN 0046.

24. Attached as Exhibit W is a true and correct copy of the deposition of Leroy Townsend, dated November 15, 2005, at pages 70 to 71.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 23, 2007.

By: /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper

- 4 -

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered on March 23, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

      By: /s/ Katherine B. Schmeckpeper
           Katherine B. Schmeckpeper

- 4 -