# **EXHIBIT H**

Robert C. Black          HIGHLY CONFIDENTIAL          August 30, 2005
                         Greenville, South Carolina

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

**CERTIFIED COPY**

In Re:                                    )
                                          )
                                          )
PHARMACEUTICAL INDUSTRY AVERAGE           )
WHOLESALE PRICE LITIGATION                )   MDL DOCKET NO.
                                          )   CIVIL ACTION
                                          )   01CV12257-PBS
                                          )
                                          )

Videotaped Deposition of Robert C. Black

Greenville, South Carolina

August 30th, 2005

Reported by:     Laurie Bangart-Smith, RPR, CRR

                 Notary Public

Videographer:    Alan Metts

Henderson Legal Services
(202) 220-4158

Robert C. Black    HIGHLY CONFIDENTIAL    August 30, 2005
Greenville, South Carolina

31

1   lot of different forms, as I understand it. In one area
2   Zeneca provided free goods to physicians, who could then
3   turn around and bill Medicare for full AWP reimbursement.
4       A    That is absolutely not correct.
5       Q    All right. Are you familiar with the guilty
6   plea that Astrazeneca entered into with respect to the
7   provision of free samples to physicians so that this
8   could be done?
9            MR. FLYNN: Objection.
10           THE WITNESS: I am familiar with the case or
11  the decision that they entered a guilty plea, but I will
12  categorically deny that that was a corporate policy.
13  That was the result of a representative not following
14  policy. We never provided samples on a free basis in
15  order to be billed back to Medicare.
16  BY MR. WEXLER:
17      Q    Was the guilty plea, in your estimation, false?
18           MR. FLYNN: Objection as to the form.
19           THE WITNESS: I can't comment on it, because I
20  wasn't around when that guilty plea was made.
21  BY MR. WEXLER:
22      Q    Did you ever read it?

Henderson Legal Services
(202) 220-4158