# EXHIBIT I

Steve Buckanavage   HIGHLY CONFIDENTIAL            June 8, 2005
                    Wilmington, DE

```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF MASSACHUSETTS
 3
        In Re:  PHARMACEUTICAL        : MDL DOCKET NO.
 4                                    : CIVIL ACTION #
        INDUSTRY AVERAGE WHOLESALE    : 01CV12257-PBS
 5                                    :
        PRICE LITIGATION              : HIGHLY CONFIDENTIAL
 6
 7      ------------------------------------------------
        THIS DOCUMENT RELATES TO:
                                      CERTIFIED COPY
 8
        ALL ACTIONS
 9      ------------------------------------------------
10
11             Deposition of STEVE BUCKANAVAGE, taken
12      pursuant to notice at the law offices of Morris, Nichols,
13      Arsht & Tunnell, 1201 North Market Street, 18th Floor,
14      Wilmington, Delaware, beginning at 9:07 a.m., on
15      Thursday, June 8, 2005, before Julie H. Parrack,
16      Registered Merit Reporter, Certified Realtime Reporter
17      and Notary Public, there being present:
18                            - - -
19
20
21
22
```

Henderson Legal Services
(202) 220-4158

Steve Buckanavage   HIGHLY CONFIDENTIAL   June 8, 2005
Wilmington, DE

151

1  '96 when you were in the market strategy department, your
2  group.
3     A.   Okay.
4     Q.   Okay?  While you were in this group, what
5  analysis or research did you do regarding the use of free
6  samples?
7     A.   None.
8     Q.   To what extent during this time period did you
9  analyze the effect of samples on return to practice?
10    A.   None.
11    Q.   Did you ever have any discussions with anyone
12 regarding that issue?
13    A.   No.
14    Q.   Did you have any understanding about policies
15 that Zeneca had in place regarding the use of samples?
16    A.   Yes.
17    Q.   What was your understanding?
18    A.   That samples were made available for clinicians
19 to try on patients and gain some clinical experience with
20 our therapeutics, and that was a way to also get them
21 comfortable with prescribing medications.  And that's how
22 we intended to use them.

Henderson Legal Services
(202) 220-4158