# EXHIBIT J

Thomas Chen                                              December 14, 2005
                        Boston, MA

1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL DOCKET NO. 01CV12257-PBS

**CERTIFIED COPY**

*******************************

IN RE: PHARMACEUTICAL

INDUSTRY AVERAGE WHOLESALE

PRICE LITIGATION

*******************************

THIS DOCUMENT RELATES TO:

ALL ACTIONS

*******************************


VIDEOTAPED DEPOSITION of THOMAS CHEN, a witness

called on behalf of the Plaintiffs pursuant to the

Federal Rules of Civil Procedure, before Judith

McGovern Williams, Certified Shorthand Reporter,

Registered Professional Reporter, Certified Realtime

Reporter, and Notary Public in and for the

Commonwealth of Massachusetts, at the offices of

Foley Hoag, 155 Seaport Boulevard, Boston,

Massachusetts  02210, on Wednesday, December 14,

2005, commencing at 1:23 p.m.

Henderson Legal Services
(202) 220-4158

Thomas Chen                                           December 14, 2005
                         Boston, MA

                                                                    146

1    manager, did Zeneca ever engage in the provision
2    of grants connected to purchase of Zoladex?
3           MS. HARRIS:  You already asked him that
4    question and he already answered it.
5       A.  No.
6       Q.  No?
7       A.  Not to my knowledge.
8       Q.  And did Zeneca ever provide free samples
9    to physicians and encourage them to seek
10   reimbursement for them?
11      A.  Not to my knowledge.
12          MR. SIEVERT:  Okay.  Can we just take a
13   short break?
14          THE WITNESS:  Sure.
15          MS. HARRIS:  Sure.
16          THE VIDEOGRAPHER:  The time is 4:50.
17   We're off the record.
18          (Recess taken at 4:50 p.m.)
19          (Recess ended at 4:56 p.m.)
20          THE VIDEOGRAPHER:  The time is 4:57.
21   We're on the record.
22          (One-page e-mail dated April 4, 1996, to

                    Henderson Legal Services
                        (202) 220-4158