# **EXHIBIT K**

Susan Klein-Zignoli  HIGHLY CONFIDENTIAL                August 26, 2005
                     New York, NY

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------x

IN RE PHARMACEUTICAL INDUSTRY                **CERTIFIED COPY**

AVERAGE WHOLESALE PRICE LITIGATION,

------------------------------------x

                    August 26, 2005

                    1:15 p.m.


    H I G H L Y   C O N F I D E N T I A L


    Deposition of SUSAN KLEIN-ZIGNOLI,

held at the offices of Davis Polk &

Wardwell, 450 Lexington Avenue, New York,

New York before David Henry, a Certified

Shorthand Reporter and Notary Public of the

State of New York.


Henderson Legal Services
(202) 220-4158

```
 2   speaking to physicians about billing for
 3   samples?
 4       A.   When I initially started in
 5   oncology, you are referring solely to
 6   Zoladex?
 7       Q.   Yes, to Zoladex.
 8       A.   When I initially started in
 9   urology, they made it extremely clear in
10   training that physicians are not to bill
11   for samples.
12       Q.   And so when you said when you
13   first started this, this was this four and
14   a half days of training you previously
15   testified about?
16       A.   Yes.
17       Q.   Have you ever received anything
18   in writing that contained a statement of
19   that policy?
20       A.   I don't recall.  I'd have to
21   search my files and I'm not sure if I even
22   have those files any more.
```