# EXHIBIT M

Keith Patterson                                              June 28, 2005
                            Philadelphia, PA

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

VOLUME I

- - -

IN RE:  PHARMACEUTICAL          :  MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      :  MASTER FILE NO.

PRICE LITIGATION                :  01CV12257-PBS

- - -

**CERTIFIED COPY**

Videotaped deposition of KEITH

PATTERSON was taken, pursuant to notice, at

SPECTOR, ROSEMAN & KODROFF, P.C., 1818 Market

Street, 25th Floor, Philadelphia, Pennsylvania on

Tuesday June 28, 2005, beginning at 9:19 a.m.,

before M. Kathleen Muino, Professional Shorthand

Reporter, Notary Public, and Robert Blum,

Videographer, there being present:

- - -

Keith Patterson                                          June 28, 2005
                         Philadelphia, PA

                                                              132

1     encouraging the formation of buy groups to take

2     advantage of volume discounts?

3                    MR. SCHEFF:  Object to the form.

4                    THE WITNESS:  No.

5     BY MR. WEXLER:

6     Q.        Do you know who Chris Bowman (ph) is?

7     A.        I recognize the name.

8     Q.        Do you recognize what NSS stands for?

9     A.        Yes.

10    Q.        What is that?

11    A.        National Specialty Services.

12    Q.        What was the relationship between Zeneca

13    and National Specialty Services?

14    A.        They served as our distributor of Zoladex

15    to the -- to the physicians.

16    Q.        Do you recall the sales force -- members

17    of the sales force using -- giving samples to

18    physicians for which they could bill Medicare the

19    full AWP?

20    A.        Absolutely not.

21    Q.        You never heard of that happening?

22    A.        Not at Zeneca.

Henderson Legal Services
(202) 220-4158

Keith Patterson                                      June 28, 2005
                        Philadelphia, PA

128

1    A.         In much detail, no, other than it was --

2    we would put numbers forward, attempt to justify

3    them by if you want more money, you have to commit

4    to more sales, very simply.

5    Q.         And when you say it was a negotiation

6    process between us and our management, who --

7    A.         Uh-huh.

8    Q.         -- are you referring to?

9    A.         I -- I -- I would go through my immediate

10   supervisor, and in turn, they would have to go

11   through their immediate supervisor, up -- up the

12   chain of command.  How far...

13   Q.         In addition to discounts, did Zeneca use

14   other methods of increasing the spread between AWP

15   and actual acquisition costs for Zoladex during

16   the period that you were with Zeneca?

17   A.         I don't --

18              MR. SCHEFF:  Object to the form.

19              THE WITNESS:  No.

20   BY MR. WEXLER:

21   Q.         You don't recall any contract strategies

22   that were put into effect?

# EXHIBIT N

Mark Reisenauer                                        December 8, 2005
                        New York, NY

```
                                                                      1

  1    IN THE UNITED STATES DISTRICT COURT

  2    FOR THE DISTRICT OF MASSACHUSETTS

  3    CASE NO.

  4    -------------------------------*          CERTIFIED COPY

  5                                    )

  6    IN RE:  PHARMACEUTICAL INDUSTRY  )

  7            AWP LITIGATION           )

  8                                    )

  9    -------------------------------*

 10

 11                    Thursday, December 8, 2005

 12                    New York, New York

 13                    Time:  9:35 a.m.

 14

 15            Videotaped Deposition of MARK REISENAUER,

 16    taken by Plaintiffs, at the offices of David Polk &

 17    Wardwell, 450 Lexington Avenue, New York, New York,

 18    on Thursday, December 8, 2005, pursuant to Notice,

 19    as taken by and before Josephine H. Fassett, a

 20    Certified Shorthand Reporter and Notary Public of

 21    the State of New York.

 22
```

HENDERSON LEGAL SERVICES
202-220-4158

Mark Reisenauer                                    December 8, 2005
                        New York, NY

                                                              78

1    of free samples to sales representatives. Did Zeneca

2    relabel free samples that had been given to sales

3    representatives for retail sale?

4         A.   Not to my knowledge, no.

5         Q.   You just made prospective changes --

6         A.   That's correct.

7         Q.   -- to allocations to take that into

8    consideration?

9              At that time did you have any supervisory

10   responsibility over sales representatives with

11   respect to their distribution of free samples?

12        A.   No.

13        Q.   Do you know who did?

14        A.   The district manager would.

15        Q.   Anyone else?

16        A.   And then the subsequent chain of command in

17   sales management.

18        Q.   Are you familiar with the rules that exist

19   that Zeneca had at that time with respect to the

20   distribution of free samples?

21        A.   Not specifically other than I know the one

22   general rule, I mean that was echoed by both the

Mark Reisenauer                                    December 8, 2005
                        New York, NY

79

1    Sales Management Department, as was the Marketing

2    Department, was that these were for sample use only

3    and not to be used, you know, not to be billed, you

4    know, as retail products by the physician.

5        Q.   We had talked a little bit earlier about

6    your understanding of the method by which physicians

7    are reimbursed for administering Zoladex, right?

8        A.   Yes.

9        Q.   Did Zeneca -- why was reimbursement an

10   issue that you were concerned about in connection

11   with your roles in marketing Zoladex?

12       A.   Two perspectives or two reasons why:

13           One.  If there were problems on the part of

14   the customer in just obtaining reimbursement, that is

15   an impediment that, you know, an impediment to the

16   use of the drug obviously; and much like across the

17   entire industry, you know, we provided help and a

18   hotline, et cetera, for billing and coding questions

19   that may arise.  So that would be one reason why.

20           The other reason why is, as I had mentioned

21   earlier, the market that we were competing in was

22   driven by, almost exclusively by that dynamic, that