# EXHIBIT N

Mark Reisenauer                                              December 8, 2005
                              New York, NY

```
                                                                            1
 1    IN THE UNITED STATES DISTRICT COURT

 2    FOR THE DISTRICT OF MASSACHUSETTS

 3    CASE NO.

 4    ------------------------------*

 5                                  )         CERTIFIED COPY

 6    IN RE:  PHARMACEUTICAL INDUSTRY  )

 7            AWP LITIGATION           )

 8                                     )

 9    ------------------------------*

10

11                  Thursday, December 8, 2005

12                  New York, New York

13                  Time:  9:35 a.m.

14

15         Videotaped Deposition of MARK REISENAUER,

16    taken by Plaintiffs, at the offices of David Polk &

17    Wardwell, 450 Lexington Avenue, New York, New York,

18    on Thursday, December 8, 2005, pursuant to Notice,

19    as taken by and before Josephine H. Fassett, a

20    Certified Shorthand Reporter and Notary Public of

21    the State of New York.

22
```

Mark Reisenauer December 8, 2005
New York, NY

78

1  of free samples to sales representatives. Did Zeneca
2  relabel free samples that had been given to sales
3  representatives for retail sale?
4       A.   Not to my knowledge, no.
5       Q.   You just made prospective changes --
6       A.   That's correct.
7       Q.   -- to allocations to take that into
8  consideration?
9            At that time did you have any supervisory
10 responsibility over sales representatives with
11 respect to their distribution of free samples?
12      A.   No.
13      Q.   Do you know who did?
14      A.   The district manager would.
15      Q.   Anyone else?
16      A.   And then the subsequent chain of command in
17 sales management.
18      Q.   Are you familiar with the rules that exist
19 that Zeneca had at that time with respect to the
20 distribution of free samples?
21      A.   Not specifically other than I know the one
22 general rule, I mean that was echoed by both the

79

1  Sales Management Department, as was the Marketing
2  Department, was that these were for sample use only
3  and not to be used, you know, not to be billed, you
4  know, as retail products by the physician.
5      Q.   We had talked a little bit earlier about
6  your understanding of the method by which physicians
7  are reimbursed for administering Zoladex, right?
8      A.   Yes.
9      Q.   Did Zeneca -- why was reimbursement an
10 issue that you were concerned about in connection
11 with your roles in marketing Zoladex?
12     A.   Two perspectives or two reasons why:
13          One.  If there were problems on the part of
14 the customer in just obtaining reimbursement, that is
15 an impediment that, you know, an impediment to the
16 use of the drug obviously; and much like across the
17 entire industry, you know, we provided help and a
18 hotline, et cetera, for billing and coding questions
19 that may arise.  So that would be one reason why.
20          The other reason why is, as I had mentioned
21 earlier, the market that we were competing in was
22 driven by, almost exclusively by that dynamic, that