# EXHIBIT O

Carol L. Ryan    HIGHLY CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER    August 25, 2005
East Brunswick, New Jersey

1

IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

VOLUME 1

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | MASTER FILE NO. |
| PRICE LITIGATION | ) | 01CV12257-PBS |

- - - - - - - - - - - - - -

**CERTIFIED COPY**

Videotaped deposition of CAROL L. RYAN, taken by MARIA PALUMBO KROMMES, Notary Public and Certified Shorthand Reporter of the State of New Jersey, at the offices of the HILTON EAST BRUNSWICK, 3 Tower Center Boulevard, East Brunswick, New Jersey, on Thursday, August 25, 2005 at 8:15 a.m.

Henderson Legal Services
(202) 220-4158

Carol L. Ryan   HIGHLY CONFIDENTIAL - PURSUANT TO THE PROTECTIVE ORDER   August 25, 2005
East Brunswick, New Jersey

15

```
 1    reporter?
 2        A    I believe it's I-l-c-o-n-i-c-h.
 3        Q    So during that initial meeting, did you ask
 4    Mr. Ilconich if Doctor Antoun's proposal was an
 5    appropriate one?
 6        A    Yes.
 7        Q    And he said that it was?
 8        A    Correct.
 9        Q    And you testified to the grand jury that Mr.
10    Ilconich said that it was?
11        A    Uh-huh.
12        Q    Yes?
13        A    Yes, I did.  That's right, sorry.
14        Q    At this initial meeting, did you ever
15    discuss with Doctor Antoun whether he should bill for
16    those samples?
17        A    When -- no.  First of all, no.  But we -- as
18    policy, we state that no samples can ever be billed
19    for.  On every call, we make sure the physicians are
20    aware of that.
21        Q    And how do you tell physicians this at every
22    call?
```