# EXHIBIT P

**11/21/2006  Trial Transcript Day 9**

```
1     0001
2                     IN THE UNITED STATES DISTRICT COURT
3                     FOR THE DISTRICT OF MASSACHUSETTS
4
5
6         In Re:                          )
7         PHARMACEUTICAL INDUSTRY         ) CA No. 01-12257-PBS
8         AVERAGE WHOLESALE PRICE         ) MDL No. 1456
9         LITIGATION                      ) Pages 9-1 - 9-144
10
11
12                     BENCH TRIAL - DAY NINE
13                 BEFORE THE HONORABLE PATTI B. SARIS
14                   UNITED STATES DISTRICT JUDGE
15
16
17
18
19                          United States District Court
20                          1 Courthouse Way, Courtroom 19
21                          Boston, Massachusetts
22                          November 21, 2006, 9:10 a.m.
23
24
25
26
27
28
29
30                     LEE A. MARZILLI
31                 OFFICIAL COURT REPORTER
32               United States District Court
33              1 Courthouse Way, Room 3205
34                  Boston, MA  02210
35                     (617)345-6787
```

**11/21/2006  Trial Transcript Day 9**

1    that?

2    A.   I do.

3    Q.   If you'll turn with me to Page 7 and look at

4    Footnote 4 --

5              THE COURT:  Well, let me just -- have you now taken

6    into account sampling?

7              THE WITNESS:  I was asked -- I received information

8    that they were involved, there were free samples given

9    billed, which I didn't know before, and to be conservative, I

10   didn't include.

11             THE COURT:  Well, have you recalculated based on

12   samples?

13             THE WITNESS:  I have included some samples, yes.

14   In the most recent calculations, they --

15             THE COURT:  Well, how did you know how many samples

16   there were?

17             THE WITNESS:  I arbitrarily assumed half of them

18   were.  It was before I said none, and I didn't want to --

19             THE COURT:  So how did you come up with

20   50 percent?

21             THE WITNESS:  It was the best estimate I could come

22   up with.

23             THE COURT:  From where?

24             THE WITNESS:  It was a coin toss, so it was --

25             THE COURT:  So if we backed out the samples --

**11/21/2006  Trial Transcript Day 9**

```
 1    before you, your Honor, given that record, of any record for

 2    AstraZeneca, and so I think --

 3          THE COURT:  I'm not doing that, but what I will do

 4    is limit it to what they disclosed to you in a timely

 5    fashion.  So how am I going to get that?

 6          THE WITNESS:  Well, it's already been provided.

 7          MR. SOBOL:  Yes, if I may, your Honor, there are a

 8    couple of things going on here.

 9          THE COURT:  I tell you what, we'll do it

10    afterwards, because I don't want you to waste your 25 or 30

11    minutes on this.  You've made your point.  Anything new that

12    was disclosed with respect to sampling is struck on two

13    grounds:  One is it's new and undisclosed, and, second, is

14    it's a coin toss, so --

15          MR. FLYNN:  Your Honor, just for the record, I

16    understand the Court's ruling.  I have a memo of law to

17    support the motion to strike the entire testimony which I'd

18    like to submit.  I understand --

19          THE COURT:  It would have been nice to have had it

20    beforehand.  It's untimely, untimely.  But I am striking the

21    new stuff.

22          MR. FLYNN:  Okay, your Honor, I'll move on.

23          THE COURT:  And I've got to at least know what the

24    new stuff is, so you'll supplement.  I mean, this is the old

25    stuff, what they had fair notice of.
```