# <u>EXHIBIT T</u>

1

1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE DISTRICT OF MASSACHUSETTS

3

4    IN RE PHARMACEUTICAL INDUSTRY          **CERTIFIED COPY**

5    AVERAGE WHOLESALE PRICE

6    LITIGATION

7    _____    MDL No. 1456

8    THIS DOCUMENT RELATES    CIVIL ACTION: 01-CV-12257-PBS

9    TO ALL CLASS ACTIONS.    Judge Patti B. Saris

10   ---------------------------------------------------

11

12        DEPOSITION OF ROBERT A. HOWE

13        TAKEN ON BEHALF OF DEFENDANTS

14            NOVEMBER 16, 2005

15              - - -

16   BE IT REMEMBERED THAT, pursuant to the Federal Rules

17   of Civil Procedure, the deposition of ROBERT A. HOWE

18   was taken before Laurie A. Volker, Registered

19   Professional Reporter, on November 16, 2005,

20   commencing at the hour of 10:21 a.m., the proceedings

21   being reported at 66 East Sixth Avenue, Eugene,

22   Oregon.

Robert A. Howe         HIGHLY CONFIDENTIAL   November 16, 2005
Eugene, OR

80

1          A.   No.

2               MR. WILLIAMS:  Same objection.  Lack of

3     foundation, ambiguous.

4               Go ahead and answer it if you can.

5     BY MR. PELAYO:

6          Q.   Go ahead.

7          A.   No.  I didn't give it any such thought.

8          Q.   Okay.

9               Mr. Howe, I -- you've taken Lupron and then

10    Zolodex, I believe you said; right?

11         A.   Yes.

12         Q.   Was -- did you take those medications for

13    cancer?

14         A.   Yes.

15         Q.   Okay.  When were you diagnosed with cancer?

16         A.   I believe it was 2001.  Thereabouts.  In

17    that year.  2000, 2001.

18         Q.   Okay.  Prior to 2001, did you receive any

19    medical services -- let me withdraw that.

20               Prior to 2001, did Medicare pay for any

21    prescription medicines that are at issue in this case

22    on your behalf?