# EXHIBIT U

.0/04/05

PATIENT FINANCIAL HISTORY BY DT SERVICE
OREGON UROLOGY SPECIALISTS

Page   4

| cct  Date | Dep # | Name | Dr# | Procedure | | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/11/02 | | Check Payment | 3216 | | Patient | 02/11/02 | | | -4.74 |
| 02/22/02 | | Check Payment | 12202001 | | Ins #1302 | 02/22/02 | | | -49.88 |
| 03/07/02 | | Check Payment | 1152002 | | Ins #1302 | 03/07/02 | | | -219.11 |
| 03/14/02 | | Check Payment | 3240 | | Patient | 03/14/02 | | | -54.13 |
| 04/02/02 | | Check Payment | 3256 | | Patient | 04/02/02 | | | -173.96 |
| 04/16/02 | 0 | HOWE,ROBERT | 10 | 99213.F | OFFICE VISIT, SUBSEQ | | 185 | 1.00 | 49.00 |
| 04/16/02 | 0 | HOWE,ROBERT | 10 | 96400.F | INTRAMUSCULAR ADMINI | | 185 | 1.00 | 22.00 |
| 04/16/02 | 0 | HOWE,ROBERT | 10 | J9217.F | LUPRON DEPOT 7.5 MGH | | 185 | 4.00 | 2495.16 |
| 05/10/02 | | Check Payment | 180664597 | | Medi #364 | 05/10/02 | | | -1470.08 |
| 05/10/02 | | Adjustment (3) | 180664597 | | Undefined | 05/10/02 | | | -1.91 |
| 05/10/02 | | Adjustment (3) | 180664597 | | Undefined | 05/10/02 | | | -17.45 |
| 05/10/02 | | Adjustment (3) | 180664597 | | Undefined | 05/10/02 | | | -709.20 |
| 06/14/02 | | Check Payment | 4162002 | | Ins #1302 | 06/14/02 | | | -183.76 |
| 07/08/02 | | Check Payment | 3335 | | Patient | 07/08/02 | | | -183.76 |
| 08/13/02 | 0 | HOWE,ROBERT | 3 | -99214.F | OFFICE VISIT, EST PT | | 185 | 1.00 | 74.00 |
| 08/13/02 | 0 | HOWE,ROBERT | 3 | 96400.F | INTRAMUSCULAR ADMINI | | 185 | 1.00 | 22.00 |
| 08/13/02 | 0 | HOWE,ROBERT | 3 | J9217.F | LUPRON DEPOT 7.5 MGH | | 185 | 4.00 | 2495.16 |
| 09/04/02 | | Check Payment | 180835476 | | Medi #364 | 09/04/02 | | | -1491.61 |
| 09/04/02 | | Adjustment (3) | 180835476 | | Undefined | 09/04/02 | | | -17.45 |
| 09/04/02 | | Adjustment (3) | 180835476 | | Undefined | 09/04/02 | | | -709.20 |
| 10/01/02 | | Check Payment | 8132002 | | Ins #1302 | 10/01/02 | | | -186.45 |
| 11/07/02 | | Check Payment | 3441 | | Patient | 11/07/02 | | | -186.45 |
| 12/03/02 | 0 | HOWE,ROBERT | 10 | 99213.F | OFFICE VISIT, SUBSEQ | | 185 | 1.00 | 49.00 |
| 12/23/02 | | Check Payment | 180995534 | | Medi #364 | 12/23/02 | | | -37.67 |
| 12/23/02 | | Adjustment (3) | 180995534 | | Undefined | 12/23/02 | | | -1.91 |
| 01/16/03 | | Check Payment | | | Ins #1302 | 01/16/03 | | | -4.71 |
| 02/04/03 | | Check Payment | 3510 | | Patient | 02/04/03 | | | -4.71 |
| 03/04/03 | 0 | HOWE,ROBERT | 3 | 99213.F | OFFICE VISIT, SUBSEQ | | 185 | 1.00 | 49.00 |
| 03/04/03 | 0 | HOWE,ROBERT | 3 | 81002.F | URINALYSIS WITHOUT M | | 185 | 1.00 | 7.50 |
| 03/24/03 | | Check Payment | 181131473 | | Medi #364 | 03/24/03 | | | -6.76 |
| 03/24/03 | | Adjustment (3) | 181131473 | | Undefined | 03/24/03 | | | -1.15 |
| 03/24/03 | | Check Payment | 181131473 | | Medi #364 | 03/24/03 | | | -3.57 |
| 03/24/03 | | Adjustment (3) | 181131473 | | Undefined | 03/24/03 | | | -3.93 |
| 04/17/03 | | Check Payment | 03042003 | | Ins #1302 | 04/17/03 | | | -36.31 |
| 05/06/03 | | Check Payment | 3578 | | Patient | 05/06/03 | | | -4.78 |
| 06/03/03 | 0 | HOWE,ROBERT | 3 | 99213.F | OFFICE VISIT, SUBSEQ | | 185 | 1.00 | 49.00 |
| 06/03/03 | 0 | HOWE,ROBERT | 3 | 96400.F | INTRAMUSCULAR ADMINI | | 185 | 1.00 | 22.00 |
| 06/03/03 | 0 | HOWE,ROBERT | 3 | J9202.F | ZOLODEX | | 185 | 3.00 | 1339.47 |
| 06/23/03 | | Check Payment | 181272641 | | Medi #364 | 06/23/03 | | | -1127.46 |
| 06/23/03 | | Adjustment (3) | 181272641 | | Undefined | 06/23/03 | | | -1.15 |
| 07/11/03 | | Check Payment | 06032003 | | Ins #1302 | 07/11/03 | | | -140.93 |
| 08/05/03 | | Check Payment | 3635 | | Patient | 08/05/03 | | | -140.93 |
| 09/02/03 | 0 | HOWE,ROBERT | 3 | 99213.F | OFFICE VISIT, SUBSEQ | | 185 | 1.00 | 49.00 |
| 09/02/03 | 0 | HOWE,ROBERT | 3 | 96400.F | INTRAMUSCULAR AOHINI | | 185 | 1.00 | 22.00 |
| 09/02/03 | 0 | HOWE,ROBERT | 3 | J9202.F | ZOLODEX | . | 185 | 3.00 | 1339.47 |
| 09/22/03 | | Check Payment | 181409139 | | Medi #364 | 09/22/03 | | | -1127.46 |
| 09/22/03 | | Adjustment (3) | 181409139 | | Undefined | 09/22/03 | | | -1.15 |
| 10/09/03 | | Check Payment | 09022003 | | Ins #1302 | 10/09/03 | | | -140.93 |
| 11/13/03 | | Check Payment | 3712 | | Patient | 11/13/03 | | | -140.93 |
| 12/02/03 | 0 | HOWE,ROBERT | 3 | 99213.F | OFFICE VISIT, SUBSEQ | | 185 | 1.00 | 100.50 |
| 12/02/03 | 0 | HOWE,ROBERT | 3 | 96400.F | INTRAMUSCULAR ADMINI | | 185 | 1.00 | 11.50 |
| 12/02/03 | 0 | HOWE,ROBERT | 3 | J9202.F | ZOLODEX | | 185 | 3.00 | 1339.47 |
| 12/22/03 | | Check Payment | 181542371 | | Medi #364 | 12/22/03 | | | -1119.06 |
| 12/22/03 | | Adjustment (3) | 181542371 | | Undefined | 12/22/03 | | | -52.65 |
| 03/02/04 | 0 | HOWE,ROBERT | 3 | 99213.F | OFFICE VISIT, SUBSEQ | | 185 | 1.00 | 100.50 |

**HIGHLY CONFIDENTIAL**

**HOWE 0055**

Howe

| Provider | Date of Svc | Charge | Medicare Allowed | Medicare Paid | Deductibl / Coinsur | Paid Date | Claim Type | ICD-9 Dx #1 | ICD-9 Dx #2 | CPT Procedure Code |
|---|---|---|---|---|---|---|---|---|---|---|
| Peter W. Bergreen, MD | 03/02/04 | $ 100.50 | $ 60.06 | $ 40.05 | $ 10.01 | | | 185 | | 99213 (Office/outpatient visit, est) |
| | 03/02/04 | $ 11.50 | $ 11.50 | $ - | $ 11.50 | | | 185 | | 96400 (Chemotherapy, sc/im) |
| | 03/02/04 | $ 1,671.37 | $ 1,127.97 | $ 899.62 | $ 228.35 | 03/16/04 | A | 185 | | J9217 (Leuprolide acetate suspension) |
| Peter W. Bergreen, MD | 12/02/03 | $ 100.50 | $ 47.85 | $ 38.28 | $ 9.57 | | | 185 | | 99213 (Office/outpatient visit, est) |
| | 12/02/03 | $ 11.50 | $ 11.50 | $ 9.20 | $ 2.30 | | | 185 | | 96400 (Chemotherapy, sc/im) |
| | 12/02/03 | $ 1,339.47 | $ 1,339.47 | $ 1,071.58 | $ 267.89 | 12/16/03 | A | 185 | | J9217 (Leuprolide acetate suspension) |
| Peter W. Bergreen, MD | 09/02/03 | $ 49.00 | $ 47.85 | $ 38.28 | $ 9.57 | | | 185 | 788.20 | 99213 (Office/outpatient visit, est) |
| | 09/02/03 | $ 22.00 | $ 22.00 | $ 17.60 | $ 4.40 | | | 185 | 788.20 | 96400 (Chemotherapy, sc/im) |
| | 09/02/03 | $ 1,339.47 | $ 1,339.47 | $ 1,071.58 | $ 267.89 | 09/16/03 | A | 185 | 788.20 | J9202 (Goserelin acetate implant) |
| Peter W. Bergreen, MD | 06/03/03 | $ 49.00 | $ 47.85 | $ 38.28 | $ 9.57 | | | 185 | 788.20 | 99213 (Office/outpatient visit, est) |
| | 06/03/03 | $ 22.00 | $ 22.00 | $ 17.60 | $ 4.40 | | | 185 | 788.20 | 96400 (Chemotherapy, sc/im) |
| | 06/03/03 | $ 1,339.47 | $ 1,339.47 | $ 1,071.58 | $ 267.89 | 06/17/03 | A | 185 | 788.20 | J9202 (Goserelin acetate implant) |
| Peter W. Bergreen, MD | 08/13/02 | $ 74.00 | $ 74.00 | $ 59.20 | $ 14.80 | | | 185 | | 99214 (Office/outpatient visit, est) |
| | 08/13/02 | $ 22.00 | $ 4.55 | $ 3.64 | $ 0.91 | | | 185 | | 96400 (Chemotherapy, sc/im) |
| | 08/13/02 | $ 2,495.16 | $ 1,785.96 | $ 1,428.77 | $ 357.19 | 08/27/02 | A | 185 | | J9217 (Leuprolide acetate suspension) |
| Bryan A. Mehlhaff, MD | 04/16/02 | $ 49.00 | $ 47.09 | $ 37.67 | $ 9.42 | | | 185 | | 99213 (Office/outpatient visit, est) |
| | 04/16/02 | $ 22.00 | $ 4.55 | $ 3.64 | $ 0.91 | | | 185 | | 96400 (Chemotherapy, sc/im) |
| | 04/16/02 | $ 2,495.16 | $ 1,785.96 | $ 1,428.77 | $ 357.19 | 05/03/02 | A | 185 | | J9217 (Leuprolide acetate suspension) |
| Peter W. Bergreen, MD | 01/15/02 | $ 49.00 | $ 47.40 | $ - | $ 47.40 | | | 185 | | 99213 (Office/outpatient visit, est) |
| | 01/15/02 | $ 1,671.37 | $ 1,339.47 | $ 1,029.25 | $ 310.22 | | | 185 | | J9217 (Leuprolide acetate suspension) |
| | 01/15/02 | $ 22.00 | $ 4.55 | $ 3.64 | $ 0.91 | 01/29/02 | A | 185 | | 96400 (Chemotherapy, sc/im) |
| Peter W. Bergreen, MD | 12/20/01 | $ 49.00 | $ 47.40 | $ 37.92 | $ 9.48 | | | 185 | | 99213 (Office/outpatient visit, est) |
| | 12/20/01 | $ 623.79 | $ 446.49 | $ 357.19 | $ 89.30 | | | 185 | | J9217 (Leuprolide acetate suspension) |
| | 12/20/01 | $ 22.00 | $ 4.85 | $ 3.88 | $ 0.97 | 01/08/02 | A | 185 | | 96400 (Chemotherapy, sc/im) |
| Peter W. Bergreen, MD | 12/12/01 | $ 39.00 | $ 33.75 | $ 27.00 | $ 6.75 | | | 790.93 | 185 | 99212 (Office/outpatient visit, est) |
| | 12/12/01 | $ 21.50 | $ - | $ - | $ - | | | 185 | 790.93 | 90788 (Injection of antibiotic) |
| | 12/12/01 | $ 6.00 | $ 5.90 | $ 1.52 | $ 4.38 | 12/26/01 | A | 185 | 790.93 | J1580 (Garamycin gentamicin inj) |

HIGHLY CONFIDENTIAL

HOWE 0073