# EXHIBIT V

Page 1 of 2



# Medicare Summary Notice

March 12, 1997

FL-NL049478

LEROY F TOWNSEND
1031 FOREST LAKE DR
NAPLES          FL 34105

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number:

If you have questions, write or call:
Medicare Part B
P.O. Box 2360
Jacksonville, FL 32231

Local: (904) 355-3680
Toll-free: 1-800-333-7586
Tele-Device for the Deaf: 1-800-754-7820

**HELP STOP FRAUD:** Always review your Medicare Summary Notice for correct information about the items or services you received.

This is a summary of claims processed on 02/27/97.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| **EMIL R GRIECO, M.D., SUITE 101,** | | | | | | |
| 201 8TH ST S, NAPLES, FL 33940 | | | | | | |
| 01/28/97 | 1 Office/outpatient visit, est (99212) | $26.44 | $26.44 | $13.52 | $12.92 | a |
| 01/28/97 | 1 Chemotherapy, (SC)/(IM) (96400) | 5.19 | 5.19 | 4.15 | 1.04 | |
| 01/28/97 | 3 Goserelin acetate implant (J9202) | 1,500.00 | 1,231.53 | 985.22 | 246.31 | |
| | Claim Total | $1,531.63 | $1,263.16 | $1,002.89 | $260.27 | |

**Notes Section:**

a  A portion of this approved amount has been applied toward your deductible.

**Deductible Information:**

You have met the Part B deductible for 1997.

Highly Confidential

**REDACTED**

P 000293

THIS IS NOT A BILL - Keep this notice for your records.

**TOWN 0046**