# EXHIBIT W

Leroy Townsend        HIGHLY CONFIDENTIAL   November 15, 2005
Naples, FL

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS **CERTIFIED COPY**

IN RE:   PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE

PRICE LITIGATION

_____

MDL No. 1456

CIVIL ACTION:01-CV-12257-PBS

Judge Patti B. Saris

FILED UNDER SEAL

THIS DOCUMENT RELATES TO ALL CLASS ACTIONS,

DEPOSITION OF:        LEROY TOWNSEND

DATE:                 November 15, 2005

TIME:                 10:35 a.m. to 2:52 p.m.

LOCATION:             Donovan Court Reporting, Inc.

                      2315 Stanford Court, Suite 301

                      Naples, FL  34112

TAKEN BY:             Defendant

REPORTER:             Deborah A. Krotz, RPR, CRR

Leroy Townsend  HIGHLY CONFIDENTIAL  November 15, 2005
Naples, FL

70

1    Q.    Okay.  So that would mean that you did get

2    a yearly injection of Vantas in January of 2003?

3    A.    3.

4    Q.    Let's take a step back.  In roughly July of

5    1992 when you began receiving Lupron, did you discuss

6    that treatment alternative with your doctor?

7    A.    As I recall, there was no alternative.  I

8    mean it was just something that he said that was a

9    drug that would keep the PSA from climbing, he

10   understood, so ...

11   Q.    So there were no other --

12   A.    I don't know.

13   Q.    -- alternatives?

14   A.    I'm sorry.  I jumped on you again.

15   Q.    The rule goes for me, as well.  I have to

16   stop and let you finish your answer.

17   A.    Okay.  Okay.

18   Q.    So I'll try to let you finish your answer

19   before I ask another question.

20         So you don't recall discussing any other

21   treatment alternatives other than the Lupron?

22   A.    No.

Leroy Townsend        HIGHLY CONFIDENTIAL    November 15, 2005
Naples, FL

71

1    Q.    In January of '97 when you switched to

2   Zoladex, why was that?

3    A.    He never told me, and I never asked.  In

4   fact, I didn't know about it until I got the form

5   from Medicare advising me each quarter what it was,

6   and then I saw that, and I don't think I even asked

7   him about it at the time.

8    Q.    So the first time you became aware that you

9   actually had switched from Lupron to Zoladex is when

10  you received the benefit statement from Medicare?

11   A.    Yes, that's correct.

12   Q.    Did you, after you became aware that Dr.

13  Grieco had switched you from Lupron to Zoladex, did

14  you ever discuss that switch with him?

15   A.    Yes.

16   Q.    And when was that, roughly, if you recall?

17   A.    Probably a couple of months, three months

18  after it started, and his response was it was just as

19  good as Lupron or perhaps better.

20   Q.    So when he told you it was just as good,

21  what did you understand him to be referring to as far

22  as its ability to treat your prostate cancer?

Henderson Legal Services
(202) 220-4158