# G. Raymond Pironti, Jr.

19010 Cour Estates, Lutz, FL 33558      e-mail: ray-pironti@tampabay.rr.com   (813)404-2804

## Summary of Qualifications:

- A unique blend of business and information technology experience. Over thirteen years of experience in the pharmaceutical and healthcare industry focused on leveraging data and technology to deliver solutions to meet customer needs.
- High degree of interaction with major pharmaceutical companies and managed health care organizations including customer presentations with key decision-makers.
- Comprehensive knowledge of pharmaceutical managed care selling models, health management programs, and pharmacy programs with the ability to develop strategies, recommendations, analyses, selling tools, and contract designs to meet specific client/customer needs in a competitive and dynamic market environment.

## Professional Experience:

**2004 – Present**  **Self Employed - Partner/Owner in the following companies:**

**DSRP Consulting, LLC** – A Management Consulting, IT Consulting, and Analytics company Incorporated in Florida in 2004

**JJ Ellis, LLC** – A investment and real estate investment company incorporated in Florida in 2004

**Mainsail Business Solutions, LLC** – A Employee Healthcare Benefit Consulting company and licensed Insurance Agency incorporated in Florida in 2005

**11/99 – 4/04**  **Dendrite International, Inc. - Morristown, NJ**
**Director, Pharmacy Operations, 1/02 – 4/04**
- Responsible for the operations of Dendrite's data warehouse for Longitudinal Patient Data (LPD), the largest LPD data warehouse in the US, utilizing NCR's Teradata Warehouse platform. Responsibilities included the oversight and management of: all production processes, quality assurance, data mart design and production, client data hosting, environment capacity planning and stability, process change control, ISO 9000 compliant process mapping and documentation, development/implementation of new processes and applications, and the development and implementation of environmental/departmental performance metrics.
- Supervised production and operations staff; defined requirements, set priorities, and co-managed senior level development staff.
- Managed client and data supplier relationships; act as the primary technical and operational contact, including assisting sales team in proposal generation.
- Designed, negotiated, and managed service level agreements with internal and external customers.
- Provided both technical and business expertise and guidance to pharmacy consortium partners in the development and delivery of services such as compliance and persistence program measurement.
- Assisted senior management with the development of corporate strategy for Dendrite's LPD data and analytic services business.
- Continued to provide both client and internal team support in the form of business and technical expertise in the area of managed care and account based selling.

**Director, Managed Care and Account-Based Selling, 11/99 - 12/01**
- Product management responsibility for Dendrite's managed care and account-based selling sales force automation applications. Responsibilities included: developing the business case for applications/enhancements, managing the development of prototype applications, providing business expertise and intellectual property used in prototype development, development of marketing materials, proposal generation, sales support, and client presentations.
- Provided expertise and guidance to clients in adapting Dendrite's managed care and account-based solutions to meet specific needs and requirements of their organizations. This included definition of business rules, integration of legacy transaction systems, and evaluation and integration of third party data sources to deliver desired solutions.
- Product management responsibility for PharmaNet-Connect, a web portal designed specifically for pharmaceutical sales and marketing organizations. Responsibilities included: management of content

vendor relationships, business expertise and input in product design, development of marketing materials, proposal generation, sales support, and client presentations.

| | |
|---|---|
| 7/98 – 10/99 | **Consultant** |

**EDS/MCI System House - New York, NY**
- Provided expertise on the application and integration of web-based information management applications to pharmaceutical and healthcare industry customers.
- Assisted clients in understanding and applying information management solutions to meet their needs. This included advice and expertise on the integration of hardware, software, and data sources.
- Managed a team of specialists in the integration of web-based information management solutions for pharmaceutical clinical trial information.

**Capitated Disease Management Services, Inc. - Montclair, NJ**
- Provided expertise and oversight of disease management data services to clients.
- Advised pharmaceutical clients in the development of marketing and pricing strategies.
- Managed a team in the development of profitability and pricing models to assist pharmaceutical companies in contract development and negotiations.

| | |
|---|---|
| 10/90 – 12/98 | **Schering-Plough Pharmaceuticals - Kenilworth, NJ** |

**Manager, Health Care Analytics, Integrated Therapeutics Group, 8/97- 12/98**
- Primary responsibilities included: customer presentations to key decision makers, working with customers to design and implement health management programs, the design of applications for health management reporting, assisting ITG's internal medical staff in the development of disease algorithms that automate clinical interpretation of data, and vendor management.
- Developed enhancements to ITG's asthma disease algorithm, addressing sophisticated disease issues.
- Designed, developed, and implemented an application that compared summarized medical claim data, pharmacy claim data, and health risk assessment survey data to determine patient risk, care issues, and suggested intervention action plans for selected diseases.

**Manager, Health Management Operations, Integrated Therapeutics Group, 11/95 - 8/97**
- Primary operational support responsibilities included: data acquisition, data analysis, return on investment analysis, customer presentations, negotiation with key decision makers, contract design, implementation of programs, and presentation of program outcomes to customer senior management and key decision makers.
- Designed the asthma disease algorithm for identifying asthma patients and associated costs.
- Developed, designed, and implemented an application that utilized summarized patient pharmacy and medical claim data to identify patients with care issues for specific diseases.
- Developed and managed the implementation of a health management analysis for use with large employers. Presented this analysis to the senior management of a Fortune 10 company.

**Manager, Disease Management Support, 10/94 - 10/95**
- Played a key role in the design and development of health management programs for ITG in the areas of asthma, prostate cancer, hepatitis, and cardiovascular disease.
- Performed data analysis and provided recommendations for the development of contract structures.
- Additional responsibilities included field support, account presentations, and the development of reporting standards for disease management.

**Managed Care Contract Manager, 4/94 - 10/94**
- Primary responsibilities included: analysis of field proposals, market analysis to determine pricing and potential profitability, and contract design for GPOs, HMO's, PBMs, and nursing home providers.
- Provided extensive support in the development and installation of a third party pharmaceutical rebate and contract management system.

**Managed Care Markets Analyst, 6/91- 3/94**
- Designed, developed, and implemented a pharmaceutical rebate contract management system.
- Performed market analysis and assisted in the development of pricing strategies.

**Marketing Research Analyst, 10/90 - 6/91**
- Supported senior analysts and product managers by providing secondary data reports.
- Performed analytical studies and ad-hoc analyses as requested.

## Education:

**1990**  **Syracuse University, School of Management – Syracuse, N.Y.**
Bachelor of Science, Finance and Marketing (Dual Major)

## Achievements:

**1996**  *Schering-Plough Excellence Award* - For the design, development, and successful implementation of the CareMetric™ application

**1994**  *Schering-Plough Excellence Award* - For the design, development, and successful implementation of a rebate management system