## Schering MA Case Time and Expense Reimbursement

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 10/26/06 | Meeting with Hugh McNeely to discuss case information and documents, and declaration preparation | | 6 | $ 1,800.00 |
| 10/27/06 | Testimony Declaration - preparation, review, revision, pdf creation, email | | 4 | $ 1,200.00 |
| 11/15/06 | Travel from Tampa, FL to Boston, MA | | 6.5 | $ 1,950.00 |
| 11/16/06 | Trial Preparation | | 5 | $ 1,500.00 |
| 11/16/06 | Dinner | NA | | $ 64.55 |
| 11/17/06 | Cab Fare to Airport | NA | | $ 25.00 |
| 11/17/06 | Travel from Boston, MA to Tampa, FL | | 5 | $ 1,500.00 |
| 11/17/06 | Airport Parking | NA | | $ 28.00 |
| 1/26/07 | Reimbursement Declaration preparation and submission | | 1 | $ 300.00 |
| | **Total** | | | **$ 8,367.55** |

**Cab Fare Receipt**

Company Name_____

Cab #_____ Amount $ 25.00

From  Residence Inn

To  Logan Airport

Date 11/17/06    Phone_____

Driver's Name _____

Dinner — Boston
MA - case

The Blue Room
One Kendall Square
Cambridge, MA 02139
1-617-494-9034

Server: Deanna            DOB: 11/16/2006
09:26 PM                        11/16/2006
Table 20/1                         3/30029

AMEX                              3145751
Card #XXXXXXXXXXXX5006
Magnetic card present: PIRONTI GR
Approval: 569265

                Amount:          53.55

                + Tip:    11.00

                = Total:   64.55

X_____
Approval: 569265

Thank you for dining with us!
www.theblueroom.net

**Guest Copy**

REPUBLIC PARKING SYSTEM
TAMPA INTERNATIONAL AIRPORT
[illegible] PLAZA
TAMPA, FL [illegible]

DATE
11/17/06

ACCOUNT NUMBER / [illegible]    EXP
************5495

[illegible remainder of parking receipt]