# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS  Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF HUGH McNEELY

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of appearance of Hugh McNeely, formerly of Hagens Berman Sobol Shapiro LLP, as counsel for plaintiffs in this matter. All attorneys listed below will continue to appear as counsel for plaintiffs.

DATED: March 26, 2007

By   /s/ **Thomas M. Sobol**
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF HUGH McNEELY** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 26, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

By: /s/  Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700

001534-16 161061 V1