UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

CASE MANAGEMENT ORDER NO. 29
[ORDER AMENDING CASE MANAGEMENT ORDER NO. 1 AND
CONSOLIDATED ORDER RE: MOTION FOR CLASS CERTIFICATION ]

WHEREAS, on June 14, 2002, this Court entered Case Management Order No. 1 ("CMO 1") establishing, among other things, an "Organization of Plaintiffs' Counsel" at Section IV;

WHEREAS, since the entry of CMO 1, several of the law firms originally designated by the Court to act on behalf of all Plaintiffs, with responsibilities therein described, have either withdrawn as counsel for Plaintiffs in the case or have ceased to actively participate on behalf of Plaintiffs and to fulfill the responsibilities for which the Court appointed them.  These firms include two (2) firms originally designated as "Chairs of Lead Counsel Committee" under Section IV(1)(b) –  Lieff, Cabraser, Heimann & Bernstein, LLP, and Heins, Mills & Olson, P.C, – and two (2) firms originally designated as part of the "Lead Counsel Committee" under Section IV(1)(c) – Milberg Weiss Bershad Hynes & Lerach, LLP, and Cohen, Milstein, Hausfeld & Toll, P.L.L.C.;

WHEREAS, since the entry of CMO 1, two (2) of the remaining law firms originally designated by the Court to act on behalf of all Plaintiffs have changed.  These firms and changes are as follows: "Hagens Berman, LLP" has changed to "Hagens Berman Sobol Shapiro LLP"; and "Kenneth A. Wexler & Associates" has changed to "Wexler Toriseva Wallace LLP";

1

WHEREAS, since the entry of CMO 1, one attorney, Thomas M. Sobol, originally designated as both "Liason Counsel" and "Chair of Lead Counsel" as part of Lieff, Cabraser, Heimann & Bernstein, LLP, switched firms and joined "Hagens Berman Sobol Shapiro LLP";

WHEREAS, since the entry of CMO 1, one (1) new law firm has joined the Co-Lead Counsel, The Haviland Law Firm LLC, and has assumed the responsibilities of Lead Counsel on behalf of several of it clients whom the Court has appointed as named representative plaintiffs on behalf of the four (4) Subclasses of Class 1, as part of the Court's Consolidated Order Re: Motion for Class Certification, dated January 30, 2006 ("Class Certification Order").  These clients include: David and Susan Ruth Aaronsen (representatives of the GlaxoSmithKline and the BMS Group Subclasses), Joyce Howe, individually and on behalf the Estate of Robert Howe (representative of the AstraZeneca Subclass), James and Teresa Shepley[1] (representatives of the Johnson & Johnson Group Subclass); and Larry Young, individually and on behalf of the Estate of Patricia Young (representative of the Johnson & Johnson Group Subclass);

WHEREAS, on January 30, 2006, this Court entered its Class Certification Order designating, under Section III 3 and pursuant to Fed.R.Civ.Proc. 23(g), five (5) law firms to act as "Co-Lead Counsel" on behalf of the five (5) certified Subclasses of Class 1.  One firm so designated, "Kline & Specter, P.C.," has since sought to withdraw as counsel for Plaintiffs and the certified Subclasses and has ceased to actively participate on behalf on behalf of Plaintiffs and to fulfill the responsibilities for which the Court appointed the firm.  In September 2006, The Haviland Law Firm, LLC entered its appearance in the place of Kline & Specter as Co-Lead

---

[1] The Court is advised that James Shepley passed away on January 21, 2007, and thus hereby amends its January 2006 Class Certification Order to substitute Teresa Shepley alone as a named representative plaintiff of the Johnson & Johnson Group Subclass.

Counsel on behalf of Plaintiffs and the Subclasses and, since that time, has fulfilled the responsibilities to the Plaintiffs and the certified Classes for which the Court appointed Co-Lead Counsel under Rule 23(g).

NOW THEREFORE, it is hereby ORDERED by the Court that CMO 1 and the Class Certification Order are amended as follows:

1. With respect to CMO 1, Section IV, paragraph 9 is hereby amended to read as follows:

"**IV.    ORGANIZATION OF PLAINTIFFS' COUNSEL**

9. The Court designates the following firms to act on behalf of all Plaintiffs with responsibilities hereinafter described:

   a. As Liaison Counsel:

   Thomas M. Sobol, Esquire
   Hagens Berman Sobol Shapiro LLP
   1 Main Street, 4th Floor
   Cambridge, MA  02142
   Tel: (617) 482-3700
   Fax: (617) 482-3003

   b. As Chairs of Lead Counsel Committee:

   Steve Berman, Esquire
   Hagens Berman Sobol Shapiro LLP
   1301 5th Avenue, Suite 2900
   Seattle, WA  98101
   Tel: (206) 623-7292
   Fax: (206) 623-0594

   Eugene A. Spector
   Spector Roseman & Kodroff, P.C.
   1818 Market Street
   Suite 2500
   Philadelphia, PA 19103
   Tel: (215) 496-0300
   Fax: (215) 496-6611

       Donald E. Haviland, Jr., Esquire
       The Haviland Law Firm LLC
       740 South Third Street
       Third Floor
       Philadelphia, PA 19147
       Tel: (215) 609-4661
       Fax: (215) 392-4400

   c.   As Lead Counsel Committee:

   Chairs of the Lead Counsel Committee listed in paragraph 9(b) above and following:

       Marc H. Edelson, Esquire
       Hoffman & Edelson
       45 West Court Street
       Doylestown, PA 18901
       Tel: (215) 230-8043
       Fax: (215) 230-8735

       Kenneth A. Wexler, Esquire
       Wexler Toriseva Wallace LLP
       One North LaSalle Street
       Suite 2000
       Chicago, IL 60602
       Tel:  (312) 346-2222
       Fax:  (312) 346-0022 "

2.   With respect to the Court's January 2006 Class Certification Order, Section III, paragraph 3, is hereby amended to read as follows:

### "III.  Miscellaneous

3.  Pursuant to Fed. R. Civ. Proc. 23(g), the Court appoints the following firms as Co-Lead Counsel: Hagens Berman Sobol Shapiro LLP, Spector, Roseman & Kodroff, P.C., Hoffman & Edelson, Wexler Toriseva Wallace LLP, and The Haviland Law Firm LLC."

4. Further, in view of the passing of James Shepley earlier this year, paragraph 3 of the Court's January 2006 Class Certification Order is hereby amended to substitute "Theresa Shepley, individually and on behalf of the Estate of James Shepley (the Johnson & Johnson Group)" for "James and Theresa Shepley (the Johnson & Johnson Group)."

5. All other provisions of CMO 1 and the Court's January 2006 Class Certification Order shall remain in full force and effect.


Dated: _____
                                              PATTI B. SARIS
                                              United States District Judge