**CERTIFICATE OF SERVICE**

I, Donald E. Haviland, Esquire, hereby certify that on March 26, 2007, I caused the foregoing Motion for Amendment of Case Management Order No 1 and Consolidated Order Re: Motion for Class Certification to be served upon all interested counsel via Lexia Nexis File & Serve.

/s/ Donald E. Haviland
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM LLC**
740 S. Third Street
Third Floor
Philadelphia, PA 19147
(215) 609-4661 - telephone
(215) 392-4400 - facsimile
Counsel for Plaintiffs and the Class