## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| *State of Nevada v. American Home Products, et al.,* CA No. 02-CV-12086-PBS (Nevada II) | Judge Patti B. Saris |

## NOTICE OF ERRATA RE: DECLARATION OF JENIPHR BRECKENRIDGE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT

TO THE COURT, ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT pages 41 and 42 from the deposition of John Chappuis dated April 21, 2006 were omitted from Exhibit 3 (excerpted pages only) to the Declaration of Jeniphr Breckenridge in Support of Plaintiffs' Opposition to Defendants' Joint Motion for Summary filed March 22, 2007 ("Breckenridge Decl.") (Dkt. No. 3904). Also, pages 42 and 43 from the deposition of Nancy Ellery dated April 11, 2006 were omitted from Exhibit 4 (excerpted pages only) to the Breckenridge Decl.

The omitted pages from these two exhibits are attached to this Notice and Plaintiffs respectfully request the Court to insert them at Exhibits 3 and 4.

001534-13 161192 V1

By____/s/ Steve W. Berman_____          DATED:  March 26, 2007
    Steve W. Berman
    Sean R. Matt
    Jeniphr A.E. Breckenridge
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594

    Thomas M. Sobol
    Edward Notargiacomo
    HAGENS BERMAN SOBOL SHAPIRO LLP
    One Main Street, 4th Floor
    Boston, MA  02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003

    Mike McGrath
    Attorney General of Montana
    Ali Bovingdon
    Assistant Attorney General
    Justice Building
    215 North Sanders
    P.O. Box 201401
    Helena, MT  56920-1402
    (406) 444-2026

    COUNSEL FOR PLAINTIFF
    STATE OF MONTANA

001534-13 161192 V1

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **NOTICE OF ERRATA RE: DECLARATION OF JENIPHR BRECKENRIDGE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT,** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on March 26, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By_____ **/s/ Steve W. Berman**_____

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 3 -

John Chappuis          HIGHLY CONFIDENTIAL          April 21, 2006
                            Helena, MT

                                                                    41

1          Q.     In 2003, did you also become the director

2     of the Medicaid program?

3          A.     Yes.

4          Q.     What were your duties and

5     responsibilities as director of the Medicaid program?

6          A.     Supervision of the people I gave you the

7     names of; also, we are the holder of the state plan

8     for Medicaid.  We compile and maintain the forms and

9     we review policy changes.

10         Q.     Does the Acute Services Division report

11    directly to you?

12         A.     Acute Services Division, I don't know

13    what that is.

14         Q.     Does Duane Preshinger report to you?

15         A.     Oh, that's a bureau.

16         Q.     I'm sorry.

17         A.     No.  They report to their division

18    administrator.

19         Q.     Which division does Acute Services belong

20    to?

21         A.     Right now the division is called Health

22    Resources Division.

John Chappuis          HIGHLY CONFIDENTIAL          April 21, 2006
                              Helena, MT

                                                                    42

1          Q.      Does Health Resources Division report to

2     you?

3          A.      Yes, it does.  Health Resources is an

4     offshoot of Health Policy and Services.  It was

5     reorganized.  The public health component became its

6     own division.  Health Resources maintained the

7     Medicaid portion that was in health policy.

8          Q.      Who is currently the administrator of the

9     Health Resources Division?

10         A.      Mary Dalton.

11         Q.      And does Mary Dalton report directly to

12     you?

13         A.      Yes.

14         Q.      And who do you report directly to?

15         A.      Currently, I report to Joan Miles, our

16     department director.

17         Q.      Earlier you mentioned you have taken some

18     seminars and training for the State.  What seminars

19     and training have you taken since you began working

20     for the State?

21         A.      I couldn't tell you.  I can tell you that

22     it was -- I can't tell you exact titles and names and

Nancy Ellery                                          April 11, 2006

Port St. Lucie, FL

12  (Pages 42 to 45)

|  | 42 |
|---|---|
| 1 | tracking the rebates that it received? |
| 2 | **A.  Initially they did.** |
| 3 | Q.  What sort of difficulties? |
| 4 | **A.  Well, we didn't have at the time it came** |
| 5 | **into place a good system for tracking volume.  We** |
| 6 | **since developed, or the State since developed, a** |
| 7 | **software program that allowed it to audit more** |
| 8 | **carefully the volume, so disputes could be resolved** |
| 9 | **with the manufacturers over what the actual amount** |
| 10 | **of the rebate was going to be.** |
| 11 | Q.  Do you know when that software was |
| 12 | developed? |
| 13 | **A.  I don't recall.** |
| 14 | Q.  Did Montana Medicaid lose out on some |
| 15 | rebates during the time that it was having |
| 16 | difficulty tracking rebates? |
| 17 | **A.  I don't believe so.** |
| 18 | Q.  Was the Department of Health and Human |
| 19 | Services audited by the State of Montana |
| 20 | periodically? |
| 21 | **A.  Audited by who?** |
| 22 | Q.  By -- well, was it audited at all? |

|  | 43 |
|---|---|
| 1 | **A.  Yes, we did have audits.** |
| 2 | Q.  By who? |
| 3 | **A.  The federal government would audit, the** |
| 4 | **state legislative auditor would audit.  They would** |
| 5 | **pick different programs.  We had a financial audit** |
| 6 | **once a year from the legislative auditors, then they** |
| 7 | **would zero in on programs that the Audit Committee** |
| 8 | **selected for review.** |
| 9 | Q.  What sorts of issues were audited? |
| 10 | **A.  Ones I can recall are durable medical** |
| 11 | **equipment, personal care, transportation.  That's** |
| 12 | **all that I can recall.** |
| 13 | Q.  And what sorts of issues were the audits |
| 14 | designed to uncover? |
| 15 | **A.  To just determine that the regulations** |
| 16 | **were being followed and that our payments had been** |
| 17 | **done accurately.** |
| 18 | Q.  How often did the federal government audit |
| 19 | the Department of Health and Human Services? |
| 20 | **A.  Maybe every couple of years.  I don't** |
| 21 | **really recall the frequency.** |
| 22 | Q.  Do you recall any audits of the pharmacy |

|  | 44 |
|---|---|
| 1 | program? |
| 2 | **A.  Not specifically.** |
| 3 | Q.  When you were the Montana Medicaid |
| 4 | administrator, did you have any communications with |
| 5 | the legislative or the Governor's office? |
| 6 | **A.  Too often with the legislation.  There** |
| 7 | **were -- yes, we were frequently asked to present** |
| 8 | **testimony.  I was a department lobbyist for bills.** |
| 9 | **As administrator I was responsible during our budget** |
| 10 | **cycles to present to the Budget Committee.  We had** |
| 11 | **frequent interaction with legislators.** |
| 12 | Q.  Do you remember any specific testimony |
| 13 | that you provided relating to drug pricing? |
| 14 | **A.  I don't recall myself giving testimony.** |
| 15 | **When we presented to the Budget Committee, I would** |
| 16 | **do the general overview of the division, and then I** |
| 17 | **would have my bureau chiefs do the individual** |
| 18 | **programs that they were responsible for.** |
| 19 | Q.  So as part of the presentation to the |
| 20 | Budget Committee, there would be presentations about |
| 21 | the Montana Medicaid pharmacy program; is that |
| 22 | right? |

|  | 45 |
|---|---|
| 1 | **A.  That would be included.** |
| 2 | Q.  And those presentations happened how |
| 3 | often? |
| 4 | **A.  We have a biannual legislature that only** |
| 5 | **meets once every two years, so once every two years** |
| 6 | **as the budget was being prepared, we would make a** |
| 7 | **major presentation to the Budget Committee about our** |
| 8 | **programs.  I'm sure that pharmacy was discussed,** |
| 9 | **it's a very big budget item.** |
| 10 | Q.  Were those public hearings? |
| 11 | **A.  Everything.  Everything is public in** |
| 12 | **Montana.  Anything that the state government is** |
| 13 | **responsible -- you know, we have a very open law in** |
| 14 | **terms of public involvement.** |
| 15 | Q.  Did you do any lobbying while you were |
| 16 | Montana Medicaid director relating to drug pricing |
| 17 | issues? |
| 18 | **A.  Not that I recall.** |
| 19 | Q.  Did you provide testimony at any |
| 20 | legislative committees other than the Budget |
| 21 | Committee? |
| 22 | **A.  Yes.** |