UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>State of California, *ex rel* v. Ven-A-Care v.<br>Abbott Laboratories, *et al.*<br>Case No: 03-cv-11226-PBS | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>)<br>) **Judge Patti B. Saris**<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* FOR ADMISSION OF RANDAL L. GLASER BY STATE OF CALIFORNIA

The following submission for Admission *pro hac vice* is being made pursuant to the

Case Management Order No. 1 signed by the Honorable Patti B. Saris, referencing the above case,

Page 8, Section V. Admission of Attorneys, paragraph 16:

> "Each attorney not a member of the Bar of this Court who is acting as
> counsel for a Plaintiff or Defendant herein and who is in good standing
> in any district court of the United States shall be deemed admitted *pro
> hac vice* to practice before this Court in connection with this action
> upon payment of the appropriate filing fee."

Attached find Certificates of Good Standing from the United States District Court, Southern

District of California and from the California State Bar for the following California Deputy Attorney

General:    RANDAL L. GLASER
            Deputy Attorney General
            California Bureau of Medi-Cal Fraud and Elder Abuse
            1455 Frazee Road, Ste. 315
            San Diego, CA 92108
            Tel.:  (619) 688-6411
            Fax:   (619) 688-4200
            Blackberry: (619) 841-5042
            Randy.Glaser@doj.ca.gov

A check in the amount of $50.00 is being forwarded to the Clerk of the Court for the admission *pro hac vice*.

Dated: March 22, 2007.

          Respectfully submitted,

          EDMUND G. BROWN JR.
          Attorney General for the State of California

By: _____
          RANDAL L. GLASER
          Deputy Attorney General
          Bureau of Medi-Cal Fraud & Elder Abuse
          1455 Frazee Road, Ste. 315
          San Diego, CA 92108
          Tel.: (619) 688-6411
          Fax: (619) 688-4200
          Blackberry: (619) 841-841-5042
          Randy.Glaser@doj.ca.gov

          Attorneys for the Plaintiff, State of California

## CERTIFICATE OF SERVICE

I, Randal L. Glaser, hereby certify that on March 22, 2007, I caused a true and correct copy of the foregoing, **MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* FOR ADMISSION OF RANDAL L. GLASER BY STATE OF CALIFORNIA,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

RANDAL L. GLASER
Deputy Attorney General

3