

# THE STATE BAR
# OF CALIFORNIA

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

March 16, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RANDAL LEE GLASER #190334, was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA } ss.

  I, W. Samuel Hamrick, Jr., Clerk of the United States District Court for the

Southern District of California,

  DO HEREBY CERTIFY That RANDAL L GLASER was duly admitted to practice in

said Court on May 26, 2004, and is in good standing as a member of the bar of said Court

Dated at  San Diego, CA           W. SAMUEL HAMRICK, JR.

                          Clerk

on February 28, 2007      By _____ ,

                L. Odierno, Deputy Clerk