# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | ) Judge Patti B. Saris ) ) ) ) ) |

## SCHERING-PLOUGH CORPORATION'S AND WARRICK
## PHARMACEUTICALS CORPORATION'S PROPOSED FORM OF ORDER

Pursuant to the Court's Order of March 26, 2007, regarding Schering's and Warrick's Motion to Strike Certain Subject Drugs (Docket No. 2770), Schering and Warrick hereby submit a revised proposed form of order, which is attached hereto as Exhibit A.

Respectfully submitted,

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated: March 28, 2007

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                                       /s/ Eric P. Christofferson_____
                                                                       Eric P. Christofferson

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS ) ) ) ) ) ) |  |

## **[PROPOSED] ORDER**

WHEREAS, Plaintiffs reduced the number of Schering and Warrick drugs in contention at trial;

IT IS HEREBY ORDERED THAT:

(1)   The following National Drug Codes ("NDCs") relating to Intron-A® are stricken from the Table of Subject Drugs in the Court's January 30, 2006 Consolidated Order re: Class Certification ("Table of Subject Drugs"):

- 00085064705
- 00085012002
- 00085012003
- 00085012004
- 00085118402
- 00085119102
- 00085123501
- 00085124201

- 00085125401
- 00085116801
- 00085064704
- 00085118401
- 00085119101
- 00085064703
- 00085012005
- 00085095301

4

- 00085076901
- 00085092301
- 00085113301

- 00085117902
- 00085117901

    (2)    All NDCs relating to Integrilin® are stricken from the Table of Subject Drugs.

    (3)    All NDCs relating to perphenazine are stricken from the Table of Subject Drugs.

Patti B. Saris<br>
United States District Judge

Date: