# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | : | |
|---|---|---|
| In Re: Pharmaceutical Industry | : | MDL No. 1456 |
| Average Wholesale Price Litigation | : | |
| | : | Civil Action Nos.: |
| | : | |
| | : | 07 cv 10271-PBS |
| | : | 01 cv 12257-PBS |
| | : | |
| | : | |
| This filing relates to: | : | Judge Patti B. Saris |
| State of Ohio v. Dey, Inc., et al., | : | |
| Case No. 07-cv-10271 | : | |

## MOTION OF STATE OF OHIO TO LIFT STAY

Plaintiff, the State of Ohio, hereby moves the Court to lift a stay entered in this case on January 16, 2007 by Judge Sandra Beckwith of the United States District Court while the motion to transfer the case to this Court was pending before the Judicial Panel on Multidistrict Litigation. This motion is made on the basis of the Court's files herein and the Memorandum filed concurrently herewith.

Respectfully submitted,

MARC DANN,
ATTORNEY GENERAL OF OHIO

s/Robert Heuck
Stanley M. Chesley (0000852)
*Lead Counsel and Trial Attorney*
Robert Heuck II (0051283)
WAITE, SCHNEIDER, BAYLESS
   & CHESLEY CO., L.P.A.
1513 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202

1

|  |  |
|---|---|
| Phone: | (513) 621-0267 |
| Facsimile: | (513) 381-2385 |
| Email: | heuck@wsbclaw.com |

Thomas W. Breidenstein (0064299)
BARRET & WEBER, L.P.A.
500 Fourth and Walnut Centre
105 East Fourth Street
Cincinnati, OH 45202
Phone:       (513) 721-2120
Facsimile:  (513) 721-2139

James E. Swaim (007362)
*Trial Attorney*
Richard Hempfling (0029986)
FLANAGAN, LIEBERMAN, HOFFMAN
         & SWAIM
318 West Fourth Street
Dayton, OH 45402
Phone:       (937) 223-5200
Facsimile:  (937) 3335
Email:       Rhempfling@flhslaw.com

Of Counsel:
C. David Ewing (0028989)
EWING, MCMILLAN & WILLIS
429 W. Muhammad Ali Blvd., Suite 1100
Louisville, KY 40202-2347
Phone:       (502) 585-5800
Facsimile:  (502) 585-5858
Email:       geslaw@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed and served this 28th day of March 2007 via the Court's Electric Case Filing system.

           s/Robert Heuck_____
           Robert Heuck II