# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION:  01-CV-12257-PBS |
| ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, ) | |
| No. 06-CV-11337-PBS ) | |

### ABBOTT LABORATORIES, INC.'S RENEWED MOTION TO COMPEL EVIDENCE WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE

Defendant Abbott Laboratories, Inc. ("Abbott") respectfully renews its December 27, 2006 Motion to Compel Evidence Withheld Under the Deliberative Process Privilege, Docket No. 3512.  Abbott's renewed motion asks the Court to compel Plaintiff the United States of America ("United States" or "Government") to produce to Abbott all documents that have previously been withheld under an improperly asserted "deliberative process privilege."[1]  As discussed in Abbott's previous briefing (Dkt. No. 3513), the Government's assertion of fraud-based claims against Abbott negates any qualified deliberative process privilege that might have applied in this case.  There is no longer any dispute that the Government has decided to assert the qualified privilege in this case and that Abbott's motion is ripe for judicial review.  Nor can there be any legitimate dispute that the Government is using the privilege to withhold hundreds of otherwise responsive documents from Abbott, other defendants, and this Court that are central to a full and fair resolution of the Government's claims.

---

[1] On January 30, 2007, Magistrate Judge Bowler briefly heard oral argument on Abbott's motion.  Based on the Government's representation that it had not yet decided whether to assert the deliberative process privilege in this case, but would make its decision by February 9, 2007, the Court denied Abbott's motion without prejudice to renew the motion after 14 days.

In addition, Abbott's motion asks this Court to order that the Government can no longer withheld any evidence from Abbott that is responsive to Abbott's discovery requests under the deliberative process privilege.  As discussed in the accompanying memorandum, the Government has abused the deliberative process privilege in this case.  Despite repeated requests from Abbott, the Government has refused to assert the privilege in the procedurally appropriate manner.  Rather than having responsible agency officials review the documents and consider the specific need to keep these documents from Abbott, Government lawyers want to burden this Court with an ongoing *in camera* review of hundreds of documents.  Having repeatedly failed to assert the deliberative process privilege appropriately, the Government has lost whatever qualified privilege might have applied in this case.

The arguments and authority supporting these requests are set out in the accompanying memorandum.  A proposed order is attached.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, Abbott hereby requests oral argument on this Motion.

Dated:  March 28, 2007                    Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that the moving party communicated with counsel for Plaintiffs in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

/s/ David S. Torborg
David S. Torborg