# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>No. 06-CV-11337-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |

## [PROPOSED] ORDER REGARDING DELIBERATIVE PROCESS PRIVILEGE

Upon consideration of Abbott Laboratories, Inc.'s Motion to Compel Evidence Withheld Under the Deliberative Process Privilege and Abbott Laboratories, Inc.'s Renewed Motion to Compel Evidence Withheld Under the Deliberative Process Privilege, IT IS ORDERED that:

1. Within five (5) days from the date of this Order, the United States shall produce to Abbott all documents contained on the privilege logs prepared in connection with subpoenas issued by defendants to the United States Department of Health and Human Services and various Medicare carriers in MDL 1456, as well as any privilege log prepared in connection with responding to any request for production served by Abbott in this case.

2. Absent an order from the Court, in connection with the above-referenced litigation and any other litigation to which the United States is the plaintiff, the United States shall not assert the deliberative process privilege as a basis to withhold documents, refuse to answer interrogatories, or instruct a witness not to answer at any deposition.

SO ORDERED THIS ___ DAY of _____, 2007:

_____