# EXHIBIT 4



U.S. Department of Justice

Civil Division

MFH:JB:JNeal
46-18-1921

*P.O. Box 261, Ben Franklin Station*  Tel: (202) 307-0405
*Washington, D.C. 20044*  Fax: (202) 305-7797

February 26, 2007

BY ELECTRONIC TRANSMISSION

David S. Torborg, Esq.
Jones Day
51 Louisiana Ave. N.W.
Washington, DC 20001

      Re:    *U.S. ex rel Ven-A-Care of the Florida Keys v. Abbott Laboratories,* CA No. 06-11337, MDL No. 1456/No. 01-12257-PBS; *U.S. ex rel. Ven-a-Care of the Florida Keys Inc v. Dey*, MDL No. 1456/Civil Action No. 05-11084

Dear David:

    Attached please find the United States' privilege log concerning carrier documents responsive to Abbott's RFP 126. We will produce all of the non-privileged carrier documents responsive to Abbott's RFP 126 in short order.

    I look forward to discussing this log with you at our 3:00 teleconference on Wednesday, February 28.

                         Sincerely,

                         /s/ John K. Neal

                         John K. Neal
                         Trial Attorney
                         Fraud Section

cc: (with attachments)

R. Christopher Cook, Esq.
Hilary A. Ramsey, Esq.

Jones Day
51 Louisiana Ave. NW
Washington, DC 20001

Neil Merkl, Esq.
Kelley, Drye and Warren, LLP
101 Park Avenue
New York, NY 10178

Martin F. Murphy, Esq.
Foley Hoag, LLP
155 Seaport Blvd.
Boston, MA 02210-2600

**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|
| AWP901-00050008 | 12/12/1996 | E-mail | E-Mail messages Re: Vogel Letter-Zeneca w/ attached Medicare B News, Issue No. 148 w/handwritten notations. E-Mails relate to predecisional deliberations concerning reimbursement for Lurpon and Zolodex. | Imgrund, Joseph; Musculus, Robert | | Pat Mckee, Pat; Manning, Vicky; Krushinsky, Mark; Wiieski, Terri | | Moynihan, Eileen; O'Connell, Brent | DP Deliberative Process |
| AWP901-00150016 | 1/22/1997 | E-mail messages | Re: Zoldex vs Lupron w/ handwritten notation. E-mails relate to draft article concerning Zolodex and Lupron reimbursement. | Imgrund, Joseph; Bucek, Patricia | | McKee, Pat; Smith, Cynthia; Imgrund, Joseph; Lenker, Ed | | Schoener, Lynette; Bucek, Patricia | DP Deliberative Process |
| AWP901-00170018 | 1/23/1997 | Various e-mail messages | Re: Zoldex vs Lupron in reply to 1/22/1997 letter. E-mails relate to draft article concerning Zolodex and Lupron reimbursment. | Mckee, Pat | | Osman, Anita | | | DP Deliberative Process |
| AWP901-00210022 | 1/23/1997 | E-mail messages | Re: Vogel Letter - Zeneca - in reply to letter of 11/14/1996. E-Mails relate to predecisional deliberations concerning reimbursement for Lurpon and Zolodex. | Mckee, Pat | | Osman, Anita | | | DP Deliberative Process |
| AWP901-00250027 | 9/12/2000 | Letter | Draft of Letter to Member of Congress re: HCFA carriers' drug payment policy. | DeParle, Nancy-Ann Min | Administrator | Member of Congress | | | DP Deliberative Process |
| AWP901-01610169 | 4/23/1999 | Fee Schedule | Fee Schedule for Unlisted Drugs 1999 w/ handwritten notations | | | | | | DP Deliberative Process |
| AWP901-01720172 | 8/20/2002 | E-mail messages | Subj: Re: Summary of aranesp issue - attorney/client confidential w/handwritten notation | Stone, John M. | | Neville, John B. | Legal.BCBSU/TBG | | AC Attorney-Client, DP Deliberative Process |
| AWP901-01730173 | 8/20/2002 | Phone message | Message for John Neville from Anne Vickery on 8/20 w/ handwritten notes dated 8/21/02 | S. E. | | Neville, John B. | | | DP Deliberative Process, AC Attorney-Client |
| AWP901-01910192 | 3/6/2003 | E-mail messages | Subject Darbepoetin - Aranesp - pricing | Stone, John M. | | Neville, John B.; Tohill, Lora A., GOVMNT/BCBSU/TBG; Kreeck, Boyd, GOVMNT/BCBSU/TBG | Legal.BCBSU/TBG | Cannaday, Jennifer, LEGAL/BCBSU/TBG; Mitchell, John, GOVMNT/BCBSU/TBG | DP Deliberative Process, WP Work Product |
| AWP901-02020204 | XX/XX/XXXX | Spreadsheet | Darbepoetin Alfa (Aranesp) - Epoetin Alfa Comparison | | | | | | DP Deliberative Process |
| AWP901-02050208 | 4/15/2002 | E-mail | Re: Aranesp | Hackathorn, Kathy; Payne, Carolyn, Wichtia Nephrology Group | | Moore, Darrell | | Watson, Les, Price, P. | AC Attorney-Client |
| AWP901-02090212 | 10/12/2002 | E-mail message w/attached analysis | Coverage determination for pegfilgrastim (Neulasta) | Price, Patrick | | Stone, J. M. | | | WP Work Product |
| AWP901-02130222 | 5/18/1999 | Minutes | Steering Committee Conference Call Minutes. Minutes record predecisional recommendations, discussions, and the individual opinions of contractor medicial directors and HCFA staff on a variety of topics. | | | Sheridan, D. Dr.; Adamson, J., Dr.; Cox, E. Dr.; Satya-Murti, S. Dr.;Ramirez, J., Dr.; Staples, P.; Dr.; Perez, D., Dr.; Oleck, A., Dr.; Lurvey, A., Dr.; Krubsack, A., Dr,; Waldmann, G., Dr.; Alexander, J., Dr.; Marciniak, T., Dr.; Primack, A., Dr.; Feinberg, L., Dr.; Skinner, D., Scally, K.; Geyer, L.; Olshan, S; Combs, M. & Hippler, S. | | | DP Deliberative Process |
| AWP901-02230225 | 6/23/1997 | Handwritten note w/attachments | Re: last steering committee consensus concerning procrit. Contains discussion of predecisional recommendations concerning coverage of procrit. | Dr. Price | | Priscilla | | | DP Deliberative Process |

**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|
| AWP901-02260228 | XX/XX/XXXX | SPREADSHEET | Darbepoetin Alfa (Aranesp) - Epoetin Alfa Comarison | | | | | | WP Work Product |
| AWP901-02290242 | 1/3/2002 | Rough Draft | Letter re: Desialylated erythropoieton. Contains suggested changes to draft letter concerning Aranesp coverage and reimbursement. | Price, Patrick, M. D., FACS | Medicare Medical Director | Huetsch, Randy L. | Payer/Provider Relations Manager, Amgen, Inc | Stanard, Jacqui; Rhoads, Donna; Dennison, Jane; Sean; Biotch, Ortho | DP Deliberative Process |
| AWP901-02430255 | 7/19/2002 | Handwritten draft | Draft concerning Aranesp reimbursement. | | | | | | DP Deliberative Process |
| AWP901-02560304 | XX/XX/XXXX | Fax transmission and Rough Draft | Rough drafts of document concerning Aranesp reimbursement. | | | | | | DP Deliberative Process |
| AWP901-03050305 | 4/9/2002 | E-mail message w/fax transaction report dated 4/15/02 | EMail messages reflecting predecisional recommendations on Aranesp reimbursement. | Price, Patrick | | Price, L.; Niemann, R.; Schneider, Mary | | | DP Deliberative Process |
| AWP901-03060308 | 4/8/2002 | E-mail messages & Fax transaction report dated 4/15/02 | E-mail containing recommendations for policy concerning Aranesp reimbursement. | Murff, Donna; Niemann, Robert | CMS/HHS | Ernest, Cathy; Timperley, Jenny | BCBSNE | Price, P; Stamp, Gigi; Mason, Angela; McGuirk, Glenn; Richter, Henry; Price, Lana; Radke, Susan | DP Deliberative Process |
| AWP901-03090334 | 6/11/2002 | Correspondence file | Correspondence to and from Melanie Combs concerning carrier survey on Aranesp reimbursement. | | | | | | DP Deliberative Process |
| AWP901-03350341 | 6/11/1002 | Survey w/attachments Email messages re: Important Survey re: Aranesp | Melanie Combs Data Survey | Price, P., Combs, Melanie | | | | Zerbe, Annette; Gross, Bill; Berkey, Julie; Combs, M.; Murti, Satya S.; Lichter, V. | DP Deliberative Process |
| AWP901-03420344 | 4/2/2002 | Email | E-mail reflecting predecisional recommendations/opinions on Aranesp treatment. | Feinberg, Laurie | CMS HHS | Price, P.; Stanard, J.; Feinberg, J.; Bryan, M., Foster-Reily, N.; DeiCas, R. | | Zerbe, A.; Rhoads, D.; Schneider, M.; Douglas, P. | DP Deliberative Process |
| AWP901-03450354 | 4/1/2002 | Correspondence file | Kay, Terry CMS - letters re Aranesp ocverage, with recommendations and suggestions. | Patrick, P. | Medicare Medical Director | Kay, Terrence L. | | Combs, M.; Kang, Jeffrey, M.D; Stone, J., M.D.; Stanard, J.; Bryan, M. | DP Deliberative Process |
| AWP901-03640368 | 4/9/2002 | Email to and from Lana Price, CMS | E-mails reflecting predecisional deliberations on Aranesp coverage and reimbursement. | Price, Patrick. | | Murti, M.; Price, L.; Niemann, R.; Schneider, M. | | | DP Deliberative Process |
| AWP901-03700375 | 14/10/2002 | Correspondence file | Email and correspondence re: Aranesp to and from Stanard, Jacqui R. O. EMail messages reflect predecisional recommendations on Aranesp reimbursement | Price, P. | | Stone, J. | | Schneider, M. | DP Deliberative Process |
| AWP901-03760398 | 10/21/2003 | Email | Confidental: Re-Review fo E CR 2963-- Change in Coding on Medicare Claims for Aranesp and EPO 2003. E-mails commenting on draft Change in Coding on Medicare Claims for Arenasp and EPO. | Price, P. | | Richter, H. | | Nixon, I.; Zerbe, A.; Rhoads, D.; Burke, P., Brown, Linda; Shelton, Ann; Caldwell, Sharil; Moore, P.; Sheridan, David; Stone, J.; Gross, B. | DP Deliberative Process |

**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|
| AWP901-03990414 | 10/21/2003 | Email | Subject: CONFIDENTIAL: Re-Review of E CR 2963-Change in Coding on Medicare Claims for Aranesp & EPO.  E-mails commenting on draft Change in Coding on Medicare Claims for Arenasp. | Stone, J. | | Price, P. | | Richter, H.; Nixon, I.; Zerbe, A.; Rhoads, D. | DP Deliberative Process |
| AWP901-04150424 | 2/15/2001 | Draft | Edits to draft of document concerning chronic renal failure reimbursement issues (Handwritten). | | | | | | DP Deliberative Process |
| AWP901-04250466 | 10/9/2002 | Draft Policy | Medicare Part B - KS/NE/W.MO-Synthetic Erythropoietin and Non Renal Failure.  Draft policy with handwritten notations suggesting changes. | | | | | | DP Deliberative Process |
| AWP901-04670542 | 9/25/2002 | Bibliography (handwritten) | Jama Bibliography Sept. 25, 2002, Vol 228 #12 pgs 1499-1507. Draft with comments suggesting changes. | | | | | | DP Deliberative Process |
| AWP901-05430563 | 10/21/2003 | Email | Correspondence file for Richte, Henry, CMS - Subj: CONFIDENTIAL: Re-Review of E CR 2963-Change in Coding on Medicare Claims for Aranesp & EPO.   E-mails commenting on draft Change in Coding on Medicare Claims for Arenasp and EPO. | Price, P. | | Richter, H. | | Nixon, I.; Zerbe, A.; Rhoads, D.; Burke, P., Brown, Linda; Shelton, Ann; Caldwell, Sharil; Moore, P.; Streets, Brad; | DP Deliberative Process |
| AWP901-05640566 | 6/2/1999 | Correspondence | Data Lauren Geyer - Correspondence to and from Lauren Geyer re: Procrit.  E-mail contains suggestions concerning EPO and Procrit coverage and reimbursement policies. | Price, P. | | Geyer, L., HCFA | | Murti, Satya, S. | DP Deliberative Process |
| AWP901-05670568 | 6/4/1999 | Email | Procrit - Reply to E-Mail containing suggestions concerning EPO and Procrit reimbursement. | Price, Patrick | | Geyer, L., | | | DP Deliberative Process |
| AWP901-05700570 | XX/XX/1996 | Data Analysis | Data Analysis of Number of Claims (July - December 1996 Procrit) | | | | | | DP Deliberative Process |
| AWP901-05710571 | 10/10/1997 | Handwritten Notes | Handwritten Notes Re: Procrit coverage policy and whether it should change. | | | | | | DP Deliberative Process |
| AWP901-05720572 | 5/15/1998 | Email | Procrit/EPO | Price, Patrick | | Mylinda, Wilhite; Evans, Diana; Schnnneider, Mary; Satya-Murti S; Gable, Joan; Burke, Priscilla; Hainline, Barbara | | | DP Deliberative Process |
| AWP901-0573-0590 | 3/15/2001 | Email w/attachment | Steering Committee Agenda - March 2001 w/attached email & handwritten note re: Discussion Guide for LHRH.  Agenda includes predecisional suggestions/recommendations for policy changes. | Murti, Satya S. | | Haller, Marcia | | Price, P | DP Deliberative Process |
| AWP901-05930593 | 5/17/1991 | Memorandum | Carrier coverage of the Drug Filgrastim (Neupogen, a chemotherapy drug) and whether national policy was required. | Warren, Richard | | | Director, Office of Coverage Policy, BPD | | DP Deliberative Process |
| AWP902-03130319 | 5/1/2001 | Draft | Request for Information in Narrative Report MS Word Format. Draft with handwritten suggestions/recommendations. | King, Colleen, Healthnow; Eiler, Cheryl, Anthem; Douglass, Barbara, Cigna; Stone, Robin, Palmetto; | Government Benefits Administrator | | | | DP Deliberative Process |
| AWP902-03200325 | 5/1/2001 | Draft | Request for Information in Narrative Report MS Word Format. | King, Colleen, Healthnow; Eiler, Cheryl, Anthem; Douglass, Barbara, Cigna; Stone, Robin, Palmetto; Douglass, Barbara, Cigna | Government Benefits Administrator | | | | DP Deliberative Process |

**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|
| AWP902-04880488 | 6/17/1997 | Memo | CMD Steering Committee Conference Call Minutes (with Notations).  Minutes reflect predecisional deliberations of HCFA and Carrier personnel on policy issues. | | | | | | DP Deliberative Process |
| AWP902-04890499 | 10/10/2000 | Report | External Infusion Pumps (Draft of HCPCS Codes) | | | | | | DP Deliberative Process |
| AWP902-05010504 | 7/16/1999 | Policy | Draft Oral Antiemitic Drugs (Replacement for Intervanuous Antiemetics) List | | | | | | DP Deliberative Process |
| AWP902-05170522 | 1/31/2000 | Program Memorandum-Carriers | Draft Transmittal Re: New Oral Anti-Cancer Drugs Approved for Use by Medicare | HCFA | | | | | DP Deliberative Process |
| AWP902-05230527 | 7/26/1994 | Composite Draft | Medical Policy re Epoetin | | | | | | DP Deliberative Process |
| AWP902-05300531 | 10/16/1997 | Fax | Region B Suggestions - Medical Policy Change - Erythropoietin - Changes in Coverage and Documentation (Handwritten Notes suggesting changes in draft). | | | | | | DP Deliberative Process |
| AWP902-05320533 | 10/3/1997 | Fax with Attachment | Draft of Region A Medical Policy Change --Erythropoietin.  Handwritten notes suggesting changes in draft. | Bach, Debra, DMERC Region A | RN | McNab, Janice, Region B; Mekkelson, Alice, Region B; Wilhelm, Pat, Region C; Rheinecker, Mary, Region D; Majors, Elizabeth, SADMERC | | | DP Deliberative Process |
| AWP902-05340534 | 9/11/1997 | Fax | Draft of Region A Medical Policy Change of 09/10/1997 re Eythropoietin | UHC DMERC A | | Region C | | | DP Deliberative Process |
| AWP902-05350540 | 10/22/1994 | Composite Draft | Draft of Medical Policy Coverage and Payment rules re Epoetin | | | | | | DP Deliberative Process |
| AWP902-05410553 | 7/21/1993 | Email with Attachments | Medicare Contractor Regional Bulletin No. 93 -?, Update on Epoetin (with Handwritten Notes). Contains draft letters and comments/notes. | | | | | JTW, TCF, DMS, GIB, DBV | DP Deliberative Process |
| AWP902-05540558 | 10/2/1996 | Survey with Attachments | Revision to National Policy for EPO (with Handwritten Notations). Contains predecisional recommendations and suggestions for policy change. | HCFA/Medicare/ROG | | | | | DP Deliberative Process |
| AWP902-05590560 | 1/14/2004 | Draft | Epoetin and Darbepoetin - New Codes (with Notations) | | | | | | DP Deliberative Process |
| AWP902-05610565 | 6/27/2001 | Draft | Epoetin HCPCS Codes | | | | | | DP Deliberative Process |

**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|
| AWP902-05660567 | 4/9/2002 | Email | E-mail discussing draft LMRP on Epoetin language. | Oleck, Adrian, Anthem | | Warren, J, CMS; Ballantine, L, HCFA; Spalding, J, HCFA | | Collins, Nita; Brazell, Nancy; Valdivieso, Grace; Hoover, Robert, Cigna; Hughes, Paul, Tricenturion; Majors, Elizabeth, PGBA; Metzger, Paul, PGBA; Nelson, Kenneth, PGBA; Hutter, Jennifer, PGBA; Bridges, Phyllis, Tricenturion; Rheinecker, Mary, Cigna; Walker, Berta, PGBA; Souza, Sharon, Tricenturion; Craven, Charlene, PGBA | DP Deliberative Process |
| AWP902-05680569 | 4/9/2002 | Email | E-mail discussing draft LMRP on Epoetin language. | Hidlt, Renee, CMS | | Oleck, Adrian, Anthem; Spalding, Joann, CMS: Warren, John, CMS; Ballantine, Lorrie, CMS | | | DP Deliberative Process |
| AWP902-05700571 | 4/9/2002 | Email | E-mail discussing draft LMRP on Epoetin language. | Warren, John, CMS | | Oleck, Adrian, Anthem; Spalding, Joann, CMS: Warren, John, CMS; Ballantine, Lorrie, CMS | | | DP Deliberative Process |
| AWP902-05720573 | 4/25/2002 | Email | E-mail discussing draft LMRP on Epoetin language. | Oleck, Adrian, Anthem | | Collins, Nita; Brazell, Nancy; Valdivieso, Grace; Hoover, Robert, Cigna; Hughes, Paul, Tricenturion; Majors, Elizabeth, PGBA; Metzger, Paul, PGBA; Nelson, K, PGBA; Hutter, Jennifer, PGBA ; Bridges, Phyllis, Tricenturion, Rheinecker, Mary, Cigna; Walker, Berta, PGBA; Souza, Sharon, Tricenturion; Craven, Charlene, PGBA | | | DP Deliberative Process |
| AWP902-05740577 | 5/24/2002 | Draft Policy | Draft #5 Re: Epoetin HCPCS Codes | | | | | | DP Deliberative Process |
| AWP902-05780582 | 7/26/1994 | Composite Draft | Medical Policy re: Epoetin | | | | | | DP Deliberative Process |
| AWP902-05830588 | 10/22/1994 | Composite Draft | Medical Policy re: Epoetin (with Handwritten Notes) | | | | | | DP Deliberative Process |
| AWP902-05890589 | 10/25/1999 | Draft Bullentin Article | Oral Anticancer Drugs Benefit - New Drug | | | | | | DP Deliberative Process |
| AWP902-05900591 | 1/19/1994 | Memo | Re: Oral Cancer Drugs coverage policy options (Handwritten Notes reflecting opinion on policy options | Oleck, Adrian, AdminaStar Federal | | Arney, Steve, Region V | DMERC Medical Director | | DP Deliberative Process |

**CARRIER PRIVILEGED DOCUMENTS LOG**

| Document Number | Date | Type | Description | Author | Author Position | Addressee | Addressee Position | Copyee | Privileged Designation |
|---|---|---|---|---|---|---|---|---|---|
| AWP902-05980602 | 1/16/1995 | Memo with Attachments | External Infusion Pumps RMRP Comment & Review Distribution Action Item A-357-2 (with Handwritten Notes commenting upon Composite draft). | Allen, Martina | | Archibald, Ann | | | DP Deliberative Process |
| AWP902-06150617 | 6/12/1995 | Memo | Comments and suggestions concerning Infusion Pump Draft RMRP | Zone, Bob | Medical Doctor | DMERC Medical Directors | | | DP Deliberative Process |
| AWP902-06180625 | 11/18/1994 | Draft | DMERC Proposed Regional Medical Review Policy re External Infusion Pumps (with Handwritten Notes) | | | | | | DP Deliberative Process |
| AWP902-06260637 | 12/18/2003 | Subpoena with Attachments | Inspection and Copying of Documents on Schedule A, Civil Case MDL No.: 1456, Case Number: Civil Action No. 01-CV-12257PBS (D. Mass) | Hobart, Jeoffrey, Hobart, Holland & Knight | Issuing Officer | United Healthcare, Medicare Part B | Custodian of Records | | DP Deliberative Process |
| AWP902-06660666 | 1/2/2004 | Memo | Carrier Subpoenas Seeking Documents Related to Pharmaceutical Litigations | Walters, Gerald, CMS; Carson, Gregory, CMS | Director, Medicare Contractor Management Group | All Medicare Carriers and Durable Medical Equipment Regional Carriers | | All Ras; All CCMO's; Polise, Lou, CMM/MCMG; Hinson, Jeff, CMM/MCMG; Rinker, Verne, CMM/MCMG: Walters, Gerald, OFM; Bennett, Carol, OGC; Barsky, Troy, OGC; Connelly, William, OGC; Polston, Mark, OGC | AC Attorney-Client, DP Deliberative Process |
| AWP902-06670673 | 2/2/1994 | Draft | EPO Conference Minutes and Draft policy. Minutes reflect deliberations on policies concerning EPO use. | | | | | | DP Deliberative Process |
| AWP902-06740680 | 2/8/1994 | Memo with Attachments | Re: Unlabled EPO Use - Proposed Drsft Policy and Conference Minutes | Mohs, Frank, General American Life Insurance Company | | TAC Ad Hoc Committee on Unlabeled EPO Use | | | DP Deliberative Process |