# EXHIBIT 5



**U.S. Department of Justice**

Civil Division, Fraud Section

---

*601 D Street, NW*  
*Ninth Floor*  
*Washington, D.C. 20004*

*Telephone: (202) 305-9300*  
*Telecopier: (202) 616-3085*

March 12, 2007

<u>Via Electronic Transmission</u>

| | |
|---|---|
| David Torborg<br>Jones Day<br>51 Louisiana Ave., N.W.<br>Washington, DC 20001-2113 | Martin F. Murphy<br>Foley Hoag LLP<br>155 Seaport Blvd<br>Boston, MA 02210-2600 |
| Neil Merkl<br>Paul F. Doyle<br>William A. Escobar, Esq.<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 | Helen Witt<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois 60601-6636 |

Re:   *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories*  
       *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc.*  
       *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringher Ingelheim, Inc.*  
       MDL No. 1456/Civil Action No. 01-12257-PBS

Dear Counsel:

   Attached, please find a privilege log relating to the United State's on-going document production in the above-referenced cases. The documents on the log were withheld from the February 9, 2007 production by Office of Evaluations and Inspection, which is part of HHS's Office of Inspector General.

   Thank you for your attention.

Very Truly Yours,

/s/  
Justin Draycott  
Trial Attorney  
Commercial Litigation Branch

Enclosure  
cc: James Breen

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-0011 | 11/29/1995 | E-mail | E-mail discussing questions/comments about proposed edits to draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug:  Albuterol Sulfate 0.083%) | Linda Ragone, Program Analyst | Mary Beth Clarke, Program Specialist | Deliberative Process |
| HHD900-0012 | 11/30/1995 | E-mail | E-mail discussing questions/comments about proposed edits to draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug:  Albuterol Sulfate 0.083%) | Mary Beth Clarke, Program Specialist | Linda Ragone, Program Analyst | Deliberative Process |
| HHD900-0018 - HHD900-0020 | 3/15/1996 | E-mail with attachment | E-mail discussing draft cover memo to HCFA transmitting OIG reports relating to Medicare presecription drug reimbursement. | Mary Beth Clarke, Program Specialist | Linda Ragone, Program Analyst | Deliberative Process |
| HHD900-0021 - HHD900-0023 | 3/15/1996 | E-mail with attachment | E-mail discusing draft cover memo to HCFA transmitting OIG reports relating to Medicare presecription drug reimbursement. | Linda Ragone, Program Analyst | Mary Beth Clarke, Program Specialist | Deliberative Process |
| HHD900-0037 - HHD900-0044 | 9/15/1995 | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug:  Albuterol Sulfate 0.083%) | OEI Staff | | Deliberative Process |
| HHD900-0045 - HHD900-0052 | 9/15/1995 | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug:  Albuterol Sulfate 0.083%) | OEI Staff | | Deliberative Process |
| HHD900-0053 - HHD900-0062 | 11/21/1995 | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug:  Albuterol Sulfate 0.083%) | OEI Staff | | Deliberative Process |
| HHD900-0063 - HHD900-0073 | 11/29/1995 | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug:  Albuterol Sulfate 0.083%) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0074 - HHE900-0083 | 12/1/1995 | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug:  Albuterol Sulfate 0.083%) | OEI Staff | | Deliberative Process |
| HHD900-0084 - HHD900-0093 | | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug:  Albuterol Sulfate 0.083%) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0094 - HHD900-0104 | | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug:  Albuterol Sulfate 0.083%) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0105 - HHD900-0112 | | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug:  Albuterol Sulfate 0.083%) | OEI Staff | | Deliberative Process |
| HHD900-0113 - HHD900-0120 | | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug:  Albuterol Sulfate 0.083%) w/ proposed revisions | OEI Staff | | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-0121 - HHD900-0127 | | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug: Albuterol Sulfate 0.083%) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0128 - HHD900-0136 | | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug: Albuterol Sulfate 0.083%) w/ comments | OEI Staff | | Deliberative Process |
| HHD900-0137 - HHD900-0144 | | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug: Albuterol Sulfate 0.083%) w/ comments | OEI Staff | | Deliberative Process |
| HHD900-0145 - HHD900-0152 | | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug: Albuterol Sulfate 0.083%) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0154 | | Draft description of OIG report | Draft description/summary of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug: Albuterol Sulfate 0.083%) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0155 | | Draft IGNet Summary | Draft description/summary of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug: Albuterol Sulfate 0.083%) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0156 - HHD900-0157 | | Draft cover memo from OIG to HCFA | Draft of cover memo transmitting OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug: Albuterol Sulfate 0.083%) to HCFA from OIG w/ proposed revisions | June Gibbs Brown, Inspector General | Bruce C. Vladeck, Administrator- HCFA | Deliberative Process |
| HHD900-0158 - HHD900-0171 | 2/1/1995 | Draft report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug: Albuterol Sulfate 0.083%) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0177 - HHD900-0178 | 5/22/1996 | Draft cover memo from OIG to HCFA | Draft of cover memo transmitting OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug: Albuterol Sulfate 0.083%) to HCFA from OIG w/ proposed revisions | June Gibbs Brown, Inspector General | Bruce C. Vladeck, Administrator- HCFA | Deliberative Process |
| HHD900-0179 - HHD900-0197 | 5/22/1996 | Draft Report | Draft of OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug: Albuterol Sulfate 0.083%) w/ comments | OEI Staff | Bruce C. Vladeck, Administrator- HCFA | Deliberative Process |
| HHD900-0198 - HHD900-0216 | | Draft Cover Memo and Report | Draft cover memo transmitting attached OEI report 03-94-00392 (Appropriateness of Medicare Allowance for One Nebulizer Drug: Albuterol Sulfate 0.083%) to HCFA w/ proposed revisions | June Gibbs Brown, Inspector General | Bruce C. Vladeck, Administrator- HCFA | Deliberative Process |
| HHD900-0251 - HHD900-0266 | 6/2001 | Draft report | Draft of OEI report number 03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) | OEI Staff | "Copy to review team" | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-0267 - HHD900-0269 | 6/2001 | Draft Memo | Draft transmittal memo for report OEI-03-00-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments | Robert Vito, Regional Inspector General for Evaluation and Inspection | George Grob, Deputy Inspector General for Evaluation and Inspection; Debra Robinson, Director, Regional Operations; Stuart Wright, Director, Medicare and Medicaid Branch; Brian Ritchie, Technical Support Staff; Linda Frisch, Program Specialist; Barbara Hyman, Program Analyst | Deliberative Process |
| HHD900-0270 - HHD9000288 | 6/2001 | Draft Memo and report | Draft transmittal memo for report OEI-03-00-00010 (Medicaid's Use of Revised Average Wholesale Prices) and draft report w/ comments and proposed revisions | Robert Vito, Regional Inspector General for Evaluation and Inspection | George Grob, Deputy Inspector General for Evaluation and Inspection; Debra Robinson, Director, Regional Operations; Stuart Wright, Director, Medicare and Medicaid Branch; Brian Ritchie, Technical Support Staff; Linda Frisch, Program Specialist; Barbara Hyman, Program Analyst | Deliberative Process |
| HHD900-0289 - HHD900-0304 | 5/9/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0305 - HHD900-0320 | 5/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) | OEI Staff | | Deliberative Process |
| HHD900-0321 - HHD900-0336 | 4/30/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0337 - HHD900-0352 | 4/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments | OEI Staff | | Deliberative Process |
| HHD900-0353 - HHD900-0368 | 4/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments | OEI Staff | | Deliberative Process |
| HHD900-0369 - HHD900-0384 | 4/19/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0385 - HHD900-0401 | 4/19/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0402 - HHD900-0417 | 4/19/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0418 - HHD900-0433 | 4/19/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-0434 - HHD900-0449 | 4/4/2001 | Draft report with handwritten notes attached (last pg.) | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0450 - HHD900-0462 | 4/19/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0463 - HHD900-0478 | 4/17/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0479 - HHD900-0493 | 4/4/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0494 - HHD900-0508 | 4/4/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0509 - HHD900-0523 | 4/4/2001 | Draft Report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) | OEI Staff | | Deliberative Process |
| HHD900-0524 - HHD900-0538 | 4/3/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0539 - HHD900-0553 | 3/23/2001 | Draft Report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0554 - HHD900-0569 | 3/27/2001 | Draft Report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0570 | | Page from draft report | Page 10 from draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0571 - HHD900-0586 | 3/27/2001 | Draft report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0587 - HHD900-0601 | 3/23/2001 | Draft Report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-0607 - HHD900-0621 | 3/23/2001 | Draft Report | Draft of report number OEI-03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) | OEI Staff | | Deliberative Process |
| HHD900-0622 - HHD900-0637 | 3/21/2001 | Draft Report | Draft of report number OEI-03-01-00010 (Medicaid's Use of More Accurate Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0638 - HHD900-0652 | 3/13/2002 | Draft Report | Draft of report number OEI-03-01-00010 (Medicaid's Use of More Accurate Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0653 - HHD900-0668 | 3/12/2001 | Draft Report | Draft of report number OEI-03-01-00010 (Medicaid's Use of More Accurate Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0669 - HHD900-0683 | 3/12/2001 | Draft Report | Draft of report number OEI-03-01-00010 (Medicaid's Use of More Accurate Average Wholesale Prices) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-0684 - HHD900-0700 | 9/6/1996 | Draft Report | Draft of report number OEI-03-94-00391 (Questionable Medicare Payments for Nebulizer Drugs) | OEI Staff | | Deliberative Process |
| HHD900-0702 | 9/24/1996 | Notes about conference call | Notes from Conference of OIG personnel involving first draft of OEI report 03-94-00391 (Questionable Medicare Payments for Nebulizer Drugs) reflecting comments and proposed revisions | Robert Katz, Program Analyst | | Deliberative Process |
| HHD900-0703 | 9/25/1996 | E-mail | E-mail discussing revisions to OEI report 03-94-00391 (Questionable Medicare Payments for Nebulizer Drugs) | OEI Staff | | Deliberative Process |
| HHD900-0704 | 9/26/1996 | Memo | Handwritten memo regarding revisions to OEI report 03-94-00391 (Questionable Medicare Payments for Nebulizer Drugs) | Isabello Buonocore, Program Analyst | Robert Katz, Amy Sernyak, Linda Ragone | Deliberative Process |
| HHD900-0706 - HHD900-0722 | 9/30/1996 | Draft Report | Draft of OEI report 03-94-00391 (Questionable Practices Involving Nebulizer Drug Therapy) | OEI Staff | | Deliberative Process |
| HHD900-0723 - HHD900-0725 | | Appendix A | Draft of appendix A to OEI report 03-94-00391 (Questionable Practices Involving Nebulizer Drug Therapy) | OEI Staff | | Deliberative Process |
| HHD900-0726 - HHD900-0727 | | Handwritten Notes | Handwritten notes reflecting comments and proposed revisions to OEI report 03-94-00391 (Questionable Practices Involving Nebulizer Drug Therapy) | OEI Staff | | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-0729 - HHD900-0739 | | Handwritten Notes | Handwritten notes relating to exit conference relating relating to OEI report 03-94-00391(Questionable Practices Involving Nebulizer Drug Therapy) | OEI Staff | | Deliberative Process |
| HHD900-0740 - HHD900-0761 | 10/25/1996 | E-mail with attached draft report | E-mail transmitting revised draft of OEI report 03-94-00391(Questionable Practices Involving Nebulizer Drug Therapy) | Linda Ragone, Program Analyst | George Grob, Deputy Inspector General for Evaluation and Inspection; Robert Brown; Mary Beth Clark, Program Specialist; Barbara Todesco, Statistician; Robert Vito, Regional Inspector General for Evaluations and Inspection; Robert Katz, Program Analyst; Amy Sernyak, Program Analyst | Deliberative Process |
| HHD900-0762 - HHD900-0764 | 10/31/1996 | Fax with attached proposed revisions | Fax transmitting proposed revisions to executive summary for nebulizer report | Mary Beth Clarke, Program Specialist | Robert Katz, Program Analyst; Linda Ragone, Program Analyst; Rober Vito, Regional Inspector General for Evaluations and Inspection | Deliberative Process |
| HHD900-0770 - HHD900-0792 | 11/1/1996 | Draft Report | Draft of OEI Report 03-94-00391 (Questionable Practices Involving Nebulizer Drug Therapy) | OEI Staff | | Deliberative Process |
| HHD900-0796 - HHD900-0797 | 1/6/1997 | Draft of cover memo | "Advance Copy" version of memo from Bruce Vladek to June Gibbs Brown transmitting HCFA's comments on proposed report recommendations to OIG on OEI report 03-94-00391 (Questionable Practices Involving Nebulizer Drug Therapy) | Bruce C. Vladeck, Administrator-HCFA | June Gibbs Brown, Inspector General | Deliberative Process |
| HHD900-0836 - HHD900-0848 | 9/18/1996 | Legal Opinion | Legal Opinion relating to Medicare Dispensing Fees Paid to Suppliers of Prescription Drugs Used with Nebulizers | Lisa Foley, Senior Counsel, Office of the General Counsel, Inspector General Division | Robert Vito, Regional Inspector General for Evaluation and Inspection | Attorney-Client, Deliberative Process |
| HHD900-0849 - HHD900-0853 | 8/12/1996 | Draft Legal Opinion | Draft Legal Opinion relating to Medicare Dispensing Fees Paid to Suppliers of Prescription Drugs Used with Nebulizers | Lisa Foley, Senior Counsel, Office of the General Counsel, Inspector General Division | Robert Vito, Regional Inspector General for Evaluation and Inspection | Attorney-Client, Deliberative Process |
| HHD900-0854 - HHD900-0865 | 6/15/1996 | Draft Policy | DMERC Medical Draft Policy regarding nebulizers | | | Deliberative Process |
| HHD900-0866 - HHD900-0885 | 9/30/1996 | Draft report | Draft of OEI Report 03-94-00391 (Questionable Practices Involving Nebulizer Drug Therapy) | OEI Staff | | Deliberative Process |
| HHD900-0886 - HHD900-0905 | 9/30/1996 | Draft Report | Draft of OEI Report 03-94-00391 (Questionable Practices Involving Nebulizer Drug Therapy) | OEI Staff | | Deliberative Process |
| HHD900-0906 - HHD900-0915 | | Handwritten Notes | Handwritten notes from Exit Conference relating to OEI Report 03-94-00391 (Questionable Practices Involving Nebulizer Drug Therapy) | OEI Staff | | Deliberative Process |
| HHD900-0916 - HHD900-0932 | 3/1/1996 | Draft Report | Draft of OEI Report 03-94-00393 (Supplier Acquisition Costs for Albuterol Sulfate) | OEI Staff | | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-0933 | Undated (references a 3/15/96 meeting) | Memo to File | Memo summarizing 3/15/96 review team meeting relating to revisions to OEI Report 03 94-00393 (Supplier Acquisition Costs for Albuterol Sulfate) | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-0936 | 3/18/1996 | Note | Note discussing four OIG draft reports | Mary Beth Clarke, Program Specialist | Shana Olshan, HCFA, Members of Physician Fee Schedule Team; Michael F. Mangano, Acting Inspector General; George Grob, Deputy Inspector General for Evaluation and Inspection; Region 3 - OEI, HCB, George Reeb, OAS | Deliberative Process |
| HHD900-0941 - HHD900-0942 | 4/4/1996 | Memo | Comments on draft of OEI Report 03-94-00393 (Supplier Acquisition Costs for Albuterol Sulfate) | Robin Magwood, Health Insurance Specialist- HCFA | Robert Vito, Regional Inspector General for Evaluation and Inspection; Mary Beth Clarke, Program Specialist | Deliberative Process |
| HHD900-0957 - HHD900-0978 | | Draft Report | Draft of OEI Report 03-94-00393 (Supplier Acquisition Costs for Albuterol Sulfate) | OEI Staff | | Deliberative Process |
| HHD900-0979 - HHD900-0998 | 5/23/1996 | Memo transmitting draft report | Memo transmitting a draft of revised nebulizer costs report | Robert Vito, Regional Inspector General for Evaluation and Inspection | Robert Katz, Program Analyst; Mary Beth Clarke, Program Specialist | Deliberative Process |
| HHD900-0999 - HHD900-1006 | 2/1/1995 | Draft design | Draft of the design plan for OEI Report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1019 - HHD900-1023 | 2/8/1996 | E-mails | Emails within OEI and between OEI and OAS regarding a potential investigation by the US Attorney in Arkansas regarding a provider who allegedly overcharged Medicare and Medicaid for nebulizer drugs | Robert Vito, Regional Inspector General for Evaluation and Inspection | Robert Katz, Program Analyst; Amy Sernyak, Program Analyst | Law Enforcement |
| HHD900-1028 - HHD900-1045 | 3/1/1996 | Draft Report | Draft of OEI report 03-94-00393 (Supplier Acquisition Costs for Albuterol Sulfate) | OEI Staff | | Deliberative Process |
| HHD900-1046 - HHD9001061 | 4/1/2001 | Draft Report | Draft of OEI Report 03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ comments | OEI Staff | | Deliberative Process |
| HHD900-1062 - HHD900-1064 | 8/20/2001 | Fax with Attachments | Fax with Attached Comments on Draft of OEI report 03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) | Linda Frisch, Program Specialist | Robert Vito, Regional Inspector General for Evaluation and Inspection; Dave Tawes, Program Analyst | Deliberative Process |
| HHD900-1065 - HHD900-1067 | 11/16/2000 | Notes | Entrance Conference Notes on "The Effect of More Accurate AWPs on Medicaid Drug Payments" | OEI Staff | | Deliberative Process |
| HHD900-1068 - HHD900-1070 | 4/11/2001 | Email with attached notes | Email re: Review Team Meeting II Notes on Medicaid's Use of Revised AWPs reflecting comments on draft report | Stuart Wright, Director, Medicare and Medicaid Branch (OEI) | Dave Tawes, Program Analyst | Deliberative Process |
| HHD900-1072 | 6/11/2001 | Memo | Memo re: Draft of OEI report 03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) | Robert Vito, Regional Inspector General for Evaluation and Inspection | George Grob, Deputy Inspector General for Evaluation and Inspection; Debra Robinson, Director, Regional Operations; Stuart Wright, Director, Medicare and Medicaid Branch; Brian Ritchie, Technical Support Staff; Linda Frisch, Program Specialist; Barbara Hyman, Program Analyst | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-1073 | | Memo | Memo re: Draft of OEI report 03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) | Michael F. Mangano, Acting Inspector General | Thomas Scully, Administrator- CMS | Deliberative Process |
| HHD900-1074 | | Memo | Memo re: Draft of OEI report 03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) | OEI Staff | | Deliberative Process |
| HHD900-1075 - HHD900-1091 | 6/1/2001 | Draft Report | Draft of OEI Report 03-01-00010 (Medicaid's Use of Revised Aeverage Wholesale Prices) | OEI Staff | | Deliberative Process |
| HHD900-1092 - HHD900-1094 | 8/20/2001 | Memo | Memo re: Draft of OEI report 03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) w/ proposed comments and revisions | Janet Rehnquist, Inspector General | Ruben J. King-Shaw, Deputy Administrator and Chief Operating Officer- CMS | Deliberative Process |
| HHD900-1095 | 6/11/2001 | Memo | Memo re: Draft of OEI report 03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) | Robert Vito, Regional Inspector General for Evaluation and Inspection | George Grob, Deputy Inspector General for Evaluation and Inspection; Debra Robinson, Director, Regional Operations; Stuart Wright, Director, Medicare and Medicaid Branch; Brian Ritchie, Technical Support Staff; Linda Frisch, Program Specialist; Barbara Hyman, Program Analyst | Deliberative Process |
| HHD900-1096 | | Memo | Memo re: Draft of OEI report 03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) | Michael F. Mangano, Acting Inspector General | Thomas Scully, Administrator- CMS | Deliberative Process |
| HHD900-1097 | | Memo | Memo re: Draft of OEI report 03-01-00010 (Medicaid's Use of Revised Average Wholesale Prices) | OEI Staff | | Deliberative Process |
| HHD900-1098 - HHD900-1114 | 6/1/2001 | Draft Report | Draft of OEI Report 03-01-00010 (Medicaid's Use of Revised Aeverage Wholesale Prices) | OEI Staff | | Deliberative Process |
| HHD900-1115 | 11/16/2000 | Notes | Entrance Conference Notes on "The Effect of More Accurate AWPs on Medicaid Drug Payments" | OEI Staff | | Deliberative Process |
| HHD900-1122 | 5/30/2000 | Notes | Exit Conference Notes on OEI Report 03-01-00010 (The Effect of More Accurate AWPs on Medicaid Drug Payments) | OEI Staff | | Deliberative Process |
| HHD900-1130 - HHD900-1132 | | Draft Design Notes | Draft Design for OEI Report 03-01-00010 (The Effect of More Accurate AWPs on Medicaid Drug Payments) | OEI Staff | | Deliberative Process |
| HHD900-1134 - HHD900-1137 | 10/13/2000 | Draft Design Notes | Draft Design for OEI Report 03-01-00010 (The Effect of More Accurate AWPs on Medicaid Drug Payments) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1138 - HHD900-1141 | 10/13/2000 | Draft Design Notes | Draft Design for OEI Report 03-01-00010 (The Effect of More Accurate AWPs on Medicaid Drug Payments) | OEI Staff | | Deliberative Process |
| HHD900-1142 - HHD900-1145 | 10/12/2000 | Draft Design Notes | Draft Design for OEI Report 03-01-00010 (The Effect of More Accurate AWPs on Medicaid Drug Payments) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1146 - HHD900-1149 | 10/10/2000 | Draft Design Notes | Draft Design for OEI Report 03-01-00010 (The Effect of More Accurate AWPs on Medicaid Drug Payments) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1150 - HHD900-1153 | 10/10/2000 | Draft Design Notes | Draft Design for OEI Report 03-01-00010 (The Effect of More Accurate AWPs on Medicaid Drug Payments) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1154 - HHD900-1158 | 12/14/2000 | Draft Survey | Draft of "Medicaid Prescription Drug Pricing Questions" w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1159 - HHD900-1162 | 11/30/2000 | Draft Survey | Draft of "Medicaid Prescription Drug Pricing Questions" w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1163 - HHD9001170 | 11/28/2000 | Draft Survey | Draft of "Medicaid Prescription Drug Pricing Questions" w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1171 - HHD900-1176 | 11/24/2000 | Draft Survey | Draft of "Medicaid Prescription Drug Pricing Questions" w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1177 - HHD900-1182 | 11/15/2000 | Draft Survey | Draft of "Medicaid Prescription Drug Pricing Questions" | OEI Staff | | Deliberative Process |
| HHD900-1188 - HHD900-1192 | 11/7/2000 | Draft Survey | Draft of "Medicaid Prescription Drug Pricing Questions" w/ comments and proposed revisions | OEI Staff | | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-1193 - HHD900-1197 | 12/13/2000 | Fax with attached edits | Fax transmitting edits to "Medicaid Prescription Drug Pricing Questions" | Mary E. Riordan, Senior Counsel- OIG | Robert Vito, Regional Inspector General for Evaluation and Inspection; Dave Tawes, Program Analyst | Attorney-Client, Deliberative Process |
| HHD900-1198 | 11/22/2000 | Notes | Entrance Conference Notes on "The Effect of More Accurate AWPs on Medicaid Drug Payments" and survey design | OEI Staff | | Deliberative Process |
| HHD900-1199 | 11/17/2000 | Notes | Entrance Conference Notes on "The Effect of More Accurate AWPs on Medicaid Drug Payments" and survey design | OEI Staff | | Deliberative Process |
| HHD900-1205 | | Notes | Handwritten Notes | OEI Staff | | Deliberative Process |
| HHD900-1206 - HHD900-1208 | | Review Team Comments | Comments by the Review Team on the draft cover memo for OEI report 03-00-00310 (Excessive Medicare Reimbuirsement for Prescription Drugs) | Robert Vito, Regional Inspector General for Evaluation and Inspection | George Grob, Deputy Inspector General for Evaluation and Inspection; Robert Brown; Mary Beth Clarke, Program Specialist; Lisa Foley, Office of General Counsel, Inspector General Division; Stuart Wright, Director, Medicare and Medicaid Branch; Barbara Tedesco; Barbara Hyman, Program Analyst | Deliberative Process |
| HHD900-1209 - HHD900-1237 | 11/5/1997 | Draft Report | Draft of OEI report 03-00-00310 (Excessive Medicare Reimbuirsement for Prescription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1238 - HHD900-1269 | 11/24/1997 | Review Team Comments and Draft Report | Draft of OEI report 03-00-00310 (Excessive Medicare Reimbuirsement for Prescription Drugs) w/ comments and proposed revisions | OEI Staff | June Gibbs Brown, Inspector General; Nancy-Ann Min DeParle, Administrator- HCFA | Deliberative Process |
| HHD900-1270 - HHD900-1324 | 12/1/1997 | Draft Report | Draft of OEI report 03-00-00310 (Excessive Medicare Reimbuirsement for Prescription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1349 - HHD900-1373 | | Draft Report | Draft of OEI report 03-00-00310 (Excessive Medicare Reimbuirsement for Prescription Drugs) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1374 - HHD900-1399 | 12/4/1997 | Draft Report | Draft of OEI report 03-00-00310 (Excessive Medicare Reimbuirsement for Prescription Drugs) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1401 - HHD900-1402 | | Memo | Memo re: Draft of OEI report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | June Gibbs Brown, Inspector General | Deliberative Process |
| HHD900-1403 | | Memo | Memo re: Final OEI report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1404 - HHD900-1406 | | Memo | Memo re: Draft of OEI report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | June Gibbs Brown, Inspector General; Nancy-Ann Min DeParle, Administrator- HCFA | Deliberative Process |
| HHD900-1407 | | Memo | Memo re: Draft of OEI report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) w/ handwritten notes | OEI Staff | June Gibbs Brown, Inspector General; Nancy-Ann Min DeParle, Administrator- HCFA | Deliberative Process |
| HHD900-1408 | | Memo | Memo re: Draft of OEI report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1409 - HHD900-1410 | | Memo | Memo re: Draft of OEI report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | June Gibbs Brown, Inspector General; Nancy-Ann Min DeParle, Administrator- HCFA | Deliberative Process |
| HHD900-1411 - HHD900-1437 | | Draft Report | Draft of OEI report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1438 - HHD9001463 | | Draft Report | Draft of OEI report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) w/ comments and proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1467 | 1/22/1997 | Correspondence | Correspondence regarding NDC codes to be analyzed for proposed report | Linda Ragone, Program Analyst | Dave Tawes, Program Analyst; Robert Vito, Regional Inspector General for Evaluation and Inspection | Deliberative Process |
| HHD900-1469 - HHD900-1475 | 9/16/1997 | Draft Report | Draft of OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1476 - HHD900-1485 | 6/17/1997 | Draft Report | Draft of OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1486 - HHD900-1507 | 6/1/1997 | Draft Report | Draft of OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-1508 - HHD900-1509 | 6/17/1997 | Draft Report Notes | Draft Report Language Notes w/ proposed revisions | Linda Ragone, Program Analyst | | Deliberative Process |
| HHD900-1510 | 6/17/1997 | Email | Email re: New Drug Report w/ comments and proposed revisions | Robert Vito, Regional Inspector General for Evaluation and Inspection | George Grob, Deputy Inspector General for Evaluation and Inspection; Robert Brown; Mary Beth Clarke, Program Specialist; Linda Ragone, Program Analyst; Lisa Foley, Office of General Counsel, Inspector General Division; Stuart Wright, Director, Medicare and Medicaid Branch | Deliberative Process |
| HHD900-1511 | 6/17/1997 | Notes | Notes on Report Recommendation w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1512 | 6/17/1997 | Handwritten Notes | Recommendation on Wording for report recommendation | George Grob, Deputy Inspector General for Evaluation and Inspection | | Deliberative Process |
| HHD900-1513 | 6/5/1997 | Email | Email without Subject w/ proposed language of regulation | Alec Vachon, Staffer on Senate Finance Committee | George Grob, Deputy Inspector General for Evaluation and Inspection; Robert Vito, Regional Inspector General for Evaluation and Inspection | Deliberative Process |
| HHD900-1515 - HHD900-1536 | 6/19/1997 | Draft Report | Draft of OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1537 - HHD900-1558 | 6/19/1997 | Draft Report | Draft of OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1559 | 6/20/1997 | Handwritten Notes | Handwritten Notes of Review Team meeting re: proposed response to FOIA requests | OEI Staff | | Deliberative Process |
| HHD900-1560 | 6/20/1997 | Cover Memo | Cover Memo on OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) w/ proposed revisions | George Grob, Deputy Inspector General for Evaluation and Inspection; Robert Vito, Regional Inspector General for Evaluation and Inspection | Robert Brown; Mary Beth Clarke, Program Specialist; Lisa Foley, Office of General Counsel, Inspector General Division; Stuart Wright, Director, Medicare and Medicaid Branch; Barbara Tedesco; Barbara Hyman, Program Analyst | Deliberative Process |
| HHD900-1561 | | Memo | Memo on OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) w/ references to draft recommendations | OEI Staff | | Deliberative Process |
| HHD900-1562 | | Cover Memo | Cover Memo on OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) w/ references to draft recommendations | OEI Staff | June Gibbs Brown, Inspector General; Bruce C. Vladeck, Administrator- HCFA | Deliberative Process |
| HHD900-1563 - HHD9001587 | 6/20/1997 | Draft Report | Draft of OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1588 - HHD900-1615 | 6/26/1997 | Fax of Draft Report | Fax of Draft OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | Robert Vito, Regional Inspector General for Evaluation and Inspection | Lisa Foley, Office of General Counsel, Inspector General Division | Deliberative Process |
| HHD900-1617 | 6/20/1997 | Email | Email re: Drug draft report w/ comments on proposed changes | Linda Ragone, Program Analyst | Robert Brown; Mary Beth Clarke, Program Specialist; Lisa Foley, Office of General Counsel, Inspector General Division; Robert Vito, Regional Inspector General for Evaluation and Inspection | Deliberative Process |
| HHD900-1619 | | Memo | Memo re: OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) w/ references to draft recommendations | OEI Staff | | Deliberative Process |
| HHD900-1620 | | Cover Memo | Cover Memo re: OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) w/ references to draft recommendations | OEI Staff | June Gibbs Brown, Inspector General; Bruce C. Vladeck, Administrator- HCFA | Deliberative Process |
| HHD900-1621 - HHD900-1645 | 6/20/1997 | Draft Report | Draft of OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1646 | | Memo | Memo re: OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) w/ references to draft recommendations | OEI Staff | | Deliberative Process |
| HHD900-1647 - HHD900-1648 | 7/16/1997 | Cover Memo | Cover Memo on OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) w/ references to draft recommendations | June Gibbs Brown, Inspector General | Bruce C. Vladeck, Administrator- HCFA; John J. Callahan, Asst. Secretary for Management and Budget; David Garrison, Principal Deputy Assistant Secretary for Planning and Evaluation; Richard J. Tarplin, Assistant Secretary for Legislation | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-1649 - HHD900-1651 | 7/16/1997 | Cover Memo | Cover Memo on OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) w/ references to draft recommendations | June Gibbs Brown, Inspector General | Bruce C. Vladeck, Administrator- HCFA; John J. Callahan, Asst. Secretary for Management and Budget; David Garrison, Principal Deputy Assistant Secretary for Planning and Evaluation; Richard J. Tarplin, Assistant Secretary for Legislation | Deliberative Process |
| HHD900-1652 | 7/2/1997 | Cover Memo | Cover Memo on OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | George Grob, Deputy Inspector General for Evaluation and Inspection; Robert Vito, Regional Inspector General for Evaluation and Inspection | Robert Brown; Mary Beth Clarke, Program Specialist; Lisa Foley, Office of General Counsel, Inspector General Division; Stuart Wright, Director, Medicare and Medicaid Branch; Barbara Tedesco; Barbara Hyman, Program Analyst | Deliberative Process |
| HHD900-1653 - HHD900-1655 | 7/2/1997 | Cover Memo | Cover Memo and Attachments on OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | Robert Vito, Regional Inspector General for Evaluation and Inspection | George Grob, Deputy Inspector General for Evaluation and Inspection; Robert Brown; Mary Beth Clarke, Program Specialist; Lisa Foley, Office of General Counsel, Inspector General Division; Stuart Wright, Director, Medicare and Medicaid Branch; Barbara Tedesco; Barbara Hyman, Program Analyst | Deliberative Process |
| HHD900-1656 - HHD900-1680 | 7/1/1997 | Draft Report | Draft of OEI Report 03-97-00290 (Excessive Medicare Reimbursement for Precription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1681 - HHD900-1685 | | Draft Report | Draft OIG report | OEI Staff | | Deliberative Process |
| HHD900-1686 - HHD900-1690 | | Draft Report | Draft OIG report | OEI Staff | | Deliberative Process |
| HHD900-1691 - HHD900-1694 | | Draft Report | Draft OIG report | OEI Staff | | Deliberative Process |
| HHD900-1695 - HHD900-1698 | | Draft Report | Draft OIG report | OEI Staff | | Deliberative Process |
| HHD900-1699 - HHD900-1704 | 6/14/1993 | Memo | Memo re: "Request for Legal Opinion on Coverage of Outpatient Prescription Drugs Used in Conjunction with Durable Medical Equipment". | Lisa Chase, Office of General Counsel, Inspector General Division | George M. Reeb, Assistant Inspector General for Health Care Financing Audits; Lewis Morris, Deputy Associate General Counsel- OIG | Attorney-Client, Deliberative Process |
| HHD900-1705 - HHD900-1715 | 5/3/1995 | Notes | Notes Summarizing Conference Call | OEI Staff | | Deliberative Process |
| HHD900-1716 - HHD900-1722 | | Notes | Handwritten Notes and Figure Summaries | OEI Staff | | Deliberative Process |
| HHD900-1723 - HHD900-1724 | | Memo | Memo re: Draft of OAS report 06-92-00079 (Medicare Part B - Reimbursement to Providers for Drugs Used in Conjunction with Durable Medical Equipment) | June Gibbs Brown, Inspector General | Bruce C. Vladeck, Administrator- HCFA | Deliberative Process |
| HHD900-1725 | | Page of Draft Report | Pages of draft report | OEI Staff | | Deliberative Process |
| HHD900-1740 - HHD900-1743 | | Pages of Draft Report | Pages of draft report | OEI Staff | | Deliberative Process |
| HHD900-1744 - HHD900-1750 | | Pages of Draft Report | Pages of draft report and handwritten summary tables | OEI Staff | | Deliberative Process |
| HHD900-1772 - HHD900-1774 | | Pages of Draft Report | Pages of draft report | OEI Staff | | Deliberative Process |
| HHD900-1786 - HHD900-1788 | | Pages of Draft Report | Pages of draft report | OEI Staff | | Deliberative Process |
| HHD900-1789 | 4/29/1996 | Memo | Memo re: QBP Report--Possible Finding | Amy Sernyak, Program Analyst | Robert Katz, Program Analyst | Deliberative Process |
| HHD900-1793 - HHD900-1795 | | Pages of Draft Report | Pages from draft report w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1804 - HHD900- 1805 | 6/18/1996 | Contact Report | Contact Report re: Discussion with Barbara Tedesco about computing estimates of Improper Medicare Payments for nebulizer equipment billed without drugs | Amy Sernyak, Program Analyst | David Graf, Program Analyst; Robert Katz, Program Analyst; Robert Vito, Regional Inspector General for Evaluation and Inspection | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-1806 - HHD900-1807 | | Pages of Draft Report | Pages of draft report | OEI Staff | | Deliberative Process |
| HHD900-1808 | | Pages of Draft Report | Pages of draft report | OEI Staff | | Deliberative Process |
| HHD900-1809 - HHD900-1811 | 2/26/1996 | Memo | Memo re: Stratified Data Analysis replacing last Wednesday's Memo. | Karen | Amy Sernyak, Robert Vito, Robert Katz | Deliberative Process |
| HHD900-1818 | 7/30/1996 | Memo | Memo re: Revision to Section 3060.D of the Medicare Carriers Manual Concerning Reassignment-ACTION | Thomas Ault, Director, Bureau of Policy Development- HCFA | All Regional Administrators | Deliberative Process |
| HHD900-1819 - HHD900-1823 | 8/12/1996 | Memo | Legal Memo re: Medicare Dispensing Fees Paid to Suppliers of Prescription Drugs Used with Nebulizers | Lisa Foley, Office of General Counsel, Inspector General Division | Robert Vito, Regional Inspector General for Evaluation and Inspection | Attorney-Client |
| HHD900-1824 - HHD900-1825 | | Pages of Draft Report | Pages of draft report | OEI Staff | | Deliberative Process |
| HHD900-1830 - HHD900-1835 | | Memo | Memo re: Draft of Prescription Drugs in the Medicare Program w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1836 - HHD900-1837 | | Notes | Handwritten Notes re: study design | Robert Katz, Program Analyst | Debbie | Deliberative Process |
| HHD900-1838 - HHD9001842 | | Notes | Handwritten Notes re: study design | OEI Staff | | Deliberative Process |
| HHD900-1843 - HHD900-1856 | 7/11/1994 | Memo | Memo re: OAS report 06-92-00079 (Medicare Part B - Reimbursement to Providers for Drugs Used in Conjunction with Durable Medical Equipment) | June Gibbs Brown, Inspector General | Bruce C. Vladeck, Administrator- HCFA | Deliberative Process |
| HHD900-1857 - HHD900-1875 | 7/1/1994 | Draft Report | Draft of OAS Report 06-93-00008 (Medicaid Program Savings Through the Use of Therapeutically Equivalent Generic Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1876 - HHD900-1885 | | Draft Report | Draft OIG report | OEI Staff | | Deliberative Process |
| HHD900-1886 - HHD900-1888 | | Investigative File | List of open cases identified re: nebulizers | OEI Staff | | Law Enforcement |
| HHD900-1889 - HHD900-1907 | | Draft Report | Draft OIG Report | OEI Staff | | Deliberative Process |
| HHD900-1908 | 2/24/1995 | Memo | Memo re: Draft Design/Planned February Start of New Inspections for OEI report 03-94-00390 (Medicare Payments for Prescription Drugs Used with Nebulizers) | Penny Thompson, Chief, Health Care Branch- OIG | Kathleen Larson, Acting Director, Management Planning and Analysis Staff | Deliberative Process |
| HHD900-1909 - HHD900-1911 | | Notes | Summary Notes of Entrance Conference | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-1912 - HHD9001914 | | Memo | Memo re: Draft report on Nebulizers | OEI Staff | | Deliberative Process |
| HHD900-1915 - HHD900-1917 | | Notes | Notes re: Draft of Multi-Region DME Project | OEI Staff | | Deliberative Process |
| HHD900-1918 - HHD9001920 | 10/14/1994 | Memo | Notes re: Future OIG studies on Durable Medical Equipment Information | Robert Katz, Program Analyst | Penny Thompson, Chief, Health Care Branch- OIG | Deliberative Process |
| HHD900-1921 - HHD900-1923 | | Notes | Notes re: Draft report on Prescription Drugs Used with Nebulizers | OEI Staff | | Deliberative Process |
| HHD900-1924 - HHD900-1937 | 7/11/1994 | Cover Memo | Cover Memo attaching OAS report 06-92-00079 (Medicare Part B - Reimbursement to Providers for Drugs Used in Conjunction with Durable Medical Equipment) | June Gibbs Brown, Inspector General | Bruce C. Vladeck, Administrator- HCFA | Deliberative Process |
| HHD900-1938 - HHD900-1943 | 6/14/1993 | Memo | Memo re: "Request for Legal Opinion on Coverage of Outpatient Prescription Drugs Used in Conjunction with Durable Medical Equipment". | Lisa Chase, Office of General Counsel, Inspector General Division | George M. Reeb, Assistant Inspector General for Health Care Financing Audits; Lewis Morris, Deputy Associate General Counsel- OIG | Attorney-Client, Deliberative Process |
| HHD900-1947 - HHD900-1950 | | Notes | Handwritten Notes re: Entrance conference on Nebulizer drugs | OEI Staff | | Deliberative Process |
| HHD900-1951 - HHD900-1955 | | Draft Report | Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | OEI Staff | | Deliberative Process |
| HHD900-1956 - HHD900-1975 | 9/95 | Draft Report | Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | OEI Staff | | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-1976 - HHD900-1978 | | Notes | Summary of Exit Conference | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-1979 - HHD900-1985 | | Notes | Notes on Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) w/ proposed revisions | OEI Staff | | Deliberative Process |
| HHD900-1986 - HHD900-2012 | 8/21/1995 | Memo | Memo re: Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Robert Vito, Regional Inspector General for Evaluation and Inspection | George Grob, Deputy Inspector General for Evaluation and Inspection; Robert Brown; Penny Thompson, Chief, Health Care Branch- OIG; Mary Beth Clarke, Program Specialist; Barbara Hyman, | Deliberative Process |
| HHD900-2013 - HHD900-2028 | | Draft Report | Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | OEI Staff | | Deliberative Process |
| HHD900-2029 - HHD900-2047 | | Draft Report | Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | OEI Staff | | Deliberative Process |
| HHD900-2048 - HHD900-2068 | 9/8/1995 | Draft Report | Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Penny Thompson, Chief, Health Care Branch- OIG | Kathleen Larson, Acting Director, Management Planning and Analysis Staff; Lisa Foley, Office of General Counsel, Inspector General Division; Mary Beth Clark, Program Specialist; Region III | Deliberative Process |
| HHD900-2069 | 10/13/1995 | Draft Report | Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Robert Vito, Regional Inspector General for Evaluation and Inspection | George Grob, Deputy Inspector General for Evaluation and Inspection; Robert Brown; Penny Thompson, Chief, Health Care Branch- OIG; Mary Beth Clarke, Program Specialist; Barbara Hyman, Program Analyst | Deliberative Process |
| HHD900-2070 - HHD900-2072 | 10/13/1995 | Draft Report | Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Robert Vito, Regional Inspector General for Evaluation and Inspection | George Grob, Deputy Inspector General for Evaluation and Inspection; Robert Brown; Penny Thompson, Chief, Health Care Branch- OIG; Mary Beth Clarke, Program Specialist; Barbara Hyman, Program Analyst | Deliberative Process |
| HHD900-2073 - HHD900-2096 | 10/1/1995 | Draft Report | Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | OEI Staff | | Deliberative Process |
| HHD900-2097 | | Memo | Memo re: Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | OEI Staff | | Deliberative Process |
| HHD900-2098 - HHD900-2101 | 12/5/1995 | Fax Cover Sheet and Attachment | Fax cover sheet and attachment of comments from HCFA on Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Nola Shanks, HCFA | Mary Beth Clark, Program Specialist | Deliberative Process |
| HHD900-2102 - HHD900-2119 | 1/23/1996 | Fax Cover Sheet and Attachment | Fax cover sheet and attachment of comments from HCFA on Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Tony Franklin | Robert Vito, Regional Inspector General for Evaluation and Inspection | Deliberative Process |
| HHD900-2120 | | Note | Note re: Medicare drug pricing proposal and request for clarification from HCFA | OEI Staff | Mary Beth Clark, Program Specialist | Deliberative Process |
| HHD900-2121 - HHD900-2128 | | Notes | Notes on drug pricing re: 1996 HCFA proposal for Medicare Program Payment for Drugs | OEI Staff | | Deliberative Process |
| HHD900-2135 - HHD900-2141 | 5/15/1996 | Fax Cover Sheet and Attachment | Fax cover sheet and attachment of comments from HCFA on Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Winnie Walker, OIG-OEI | Linda Ragone, Program Analyst; Mary Beth Clarke, Program Specialist | Deliberative Process |
| HHD900-2142 - HHD900-2148 | 5/15/1996 | Fax Cover Sheet and Attachment | Fax cover sheet and attachment of comments from HCFA on Draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Winnie Walker, OIG-OEI | Linda Ragone, Program Analyst; Mary Beth Clarke, Program Specialist | Deliberative Process |
| HHD900-2155 - HHD900-2158 | | Memo | Memo to File re: Design methodology teleconference with Brian Ritchie on "Prescription Drugs Used In Nebulizers". | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-2159 | 2/28/1995 | Email | Email re: Dr. Zone's comments on design of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Robert Katz, Program Analyst | Robert Vito, Regional Inspector General for Evaluation and Inspection; Linda Ragone, Program Analyst; David Graf, Program Analyst | Deliberative Process |
| HHD900-2160 | 3/17/1995 | Email | Email re: DME data received by Ritchie as data source | Brian Ritchie, Technical Support Staff OEI | Robert Baiocco; Robert Katz, Program Analyst; Robert Vito, Regional Inspector General for Evaluation and Inspection; Robert Brown | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-2161 | 3/17/1995 | Email | Email re: Nebulizers- proposed codes for study | Brian Ritchie, Technical Support Staff OEI | Robert Katz, Program Analyst | Deliberative Process |
| HHD900-2162 | 4/3/1995 | Memo | Memo re: Teleconference with TSS reflecting deliberations on methodology | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-2163 - HHD900-2168 | 4/6/1995 | Email with Attachments | Email re: Nebulizers/Drugs reflecting deliberations on appropriate data collection methods | Brian Ritchie, Technical Support Staff OEI | Robert Katz, Program Analyst | Deliberative Process |
| HHD900-2169 - HHD9002172 | 4/7/1995 | Email with Attachments | Email re: Nebulizers/Drugs reflecting deliberations on appropriate data collection methods | Brian Ritchie, Technical Support Staff OEI | Robert Katz, Program Analyst | Deliberative Process |
| HHD900-2173 - HHD900-2174 | 4/14/1995 | Email with Attachments | Email re: Nebulizers/Drugs reflecting deliberations on appropriate data collection methods | Brian Ritchie, Technical Support Staff OEI | Robert Baiocco; Robert Katz, Program Analyst; Robert Vito, Regional Inspector General for Evaluation and Inspection; Robert Brown | Deliberative Process |
| HHD900-2175 - HHD900-2176 | | Notes | Summary of conference call re: sampling methodology | OEI Staff | | Deliberative Process |
| HHD900-2190 - HHD2191 | | Notes | Entrance Conference notes reflecting deliberations on study design | OEI Staff | | Deliberative Process |
| HHD900-2205 - HHD900-2234 | 2/12/1996 | Cover Memo and Attachment | Cover Memo and Attachments on draft of OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | | Robert Vito, Regional Inspector General for Evaluation and Inspection; George Grob, Deputy Inspector General for Evaluation and Inspection; Robert Brown; Penny Thompson, Chief, Health Care Branch- OIG; Mary Beth Clarke, Program Specialist; Barbara Hyman, Program Analyst | Deliberative Process |
| HHD900-2235 | 3/21/1995 | Memo | Memo re: Sharing of Nebulizer information between OAS and OEI | Linda Ragone, Program Analyst | Rob Vito, Deputy Inspector General for Evaluation and Inspection; Robert Katz, Program Analyst | Deliberative Process |
| HHD900-2237 - HHD900-2238 | | Memo | Memo re: Summary of Exit Conference for OEI report 03-94-00390 (Medicare Payments for Nebulizer Drugs) | Robert Katz, Program Analyst | File | Deliberative Process |
| HHD900-2239 - HHD900-2266 | 3/96 | Draft Report | Draft of OEI report 03-94-00392 (A Comparison of Albuterol Sulfate Prices) | OEI Staff | | Deliberative Process |
| HHD900-2274 | 5/27/1998 | Notes | Notes from Exit Conference for OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) | OEI Staff | | Deliberative Process |
| HHD900-2278 | | Notes | Handwritten Notes | OEI Staff | | Deliberative Process |
| HHD900-2312 | 11/5/1998 | Page of Draft Report | Page of draft of methodology for study by Rep. Thomas Barrett of Wisconsin | OEI Staff | | Deliberative Process |
| HHD900-2316 | 6/15/1998 | Memo from OIG to HCFA | Memo transmitting draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) to HCFA from OIG | June Gibbs Brown, Inspector General | Nancy-Ann Min DeParle, Administrator- HCFA | Deliberative Process |
| HHD900-2317 | 6/15/1998 | Memo from OIG to HCFA | Memo transmitting draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) to HCFA from OIG | June Gibbs Brown, Inspector General | Nancy-Ann Min DeParle, Administrator- HCFA | Deliberative Process |
| HHD900-2319 - HHD900-2322 | 6/15/1998 | Memo from OIG to HCFA | Memo transmitting draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) to HCFA from OIG | June Gibbs Brown, Inspector General | Nancy-Ann Min DeParle, Administrator- HCFA | Deliberative Process |
| HHD900-2324 - HHD900-2339 | 6/1998 | Draft Report | Draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) | OEI Staff | | Deliberative Process |
| HHD900-2340 - HHD900-2341 | 10/28/1998 | Memo from HCFA to OIG | Memo from HCFA to OIG providing comments on OIG report 03-97-00293 and responses to OIG recommendations | Nancy-Ann Min DeParle, Administrator- HCFA | June Gibbs Brown, Inspector General | Deliberative Process |
| HHD900-2367 - HHD900-2387 | 11/6/1998 | Draft Cover Memo and Report | Draft of cover memo and final version of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) | June Gibbs Brown, Inspector General | Nancy-Ann Min DeParle, Administrator- HCFA | Deliberative Process |
| HHD900-2388 - HHD900-2408 | 11/5/1998 | Draft Cover Memo and Report | Draft of cover memo and final version of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) | June Gibbs Brown, Inspector General | Nancy-Ann Min DeParle, Administrator- HCFA | Deliberative Process |
| HHD900-2409 - HHD900-2425 | 11/3/1998 | Draft Report | Draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) | OEI Staff | | Deliberative Process |
| HHD900-2426 | 5/6/1998 | Notes | Notes from Review Team Meeting on OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) | OEI Staff | | Deliberative Process |
| HHD900-2427 | | Handwritten Note | Note to Rob Vito w/ proposed revisions for OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) | OEI Staff | Robert Vito, Regional Inspector General for Evaluation and Inspection | Deliberative Process |

| Document Number | Date | Type | Description | Author | Distribution | Privileged Designation |
|---|---|---|---|---|---|---|
| HHD900-2428 | 11/10/1998 | Notes | Notes from Review Team Meeting on OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) | OEI Staff | | Deliberative Process |
| HHD900-2429 - HHD900-2441 | 5/6/1998 | Draft Report | Draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) with comments | OEI Staff | | Deliberative Process |
| HHD900-2442 - HHD900-2454 | 5/1/1998 | Draft Report | Draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) with comments | OEI Staff | | Deliberative Process |
| HHD900-2455 - HHD900-2467 | 5/1/1998 | Draft Report | Draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) with comments | OEI Staff | | Deliberative Process |
| HHD900-2468 - HHD900-2476 | 4/22/1998 | Draft Report | Draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) with comments | OEI Staff | | Deliberative Process |
| HHD900-2477 - HHD900-2485 | 4/21/1998 | Draft Report | Draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) with comments | OEI Staff | | Deliberative Process |
| HHD900-2486 - HHD900-2496 | 4/20/1998 | Draft Report | Draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) with comments | OEI Staff | | Deliberative Process |
| HHD900-2497 - HHD900-2506 | 4/15/1998 | Draft Report | Draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) with comments | OEI Staff | | Deliberative Process |
| HHD900-2507 - HHD900-2511 | 4/6/1998 | Draft Report | Draft of OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) with comments | OEI Staff | | Deliberative Process |
| HHD900-2512 - HHD900-2530 | 7/17/2000 | Draft Report | Draft of OEI report 03-00-00310 (Medicare Reimbursement of Prescription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-2531 - HHD900-2535 | 3/23/2000 | Inspection Design | Inspection Design for OEI report 03-00-00310 (Medicare Reimbursement of Prescription Drugs) | OEI Staff | | Deliberative Process |
| HHD900-2536 | 4/18/2000 | Notes | Entrance Conference Notes for OEI reports 03-00-00310 (Medicare Reimbursement of Prescription Drugs) and 03-00-00311 (Medicare Reimbursement of Albuterol) | OEI Staff | | Deliberative Process |