# EXHIBIT 9

Rough Transcript of Bailey & Robey Depo.txt

1

ROUGH DRAFT - UNEDITED TRANSCRIPT
1   THE VIDEOGRAPHER:   GOOD MORNING.
2   THIS IS THE VIDEOTAPE DEPOSITION OF VICKY ROBEY
3   TAKEN BY THE DEFENDANT PARTY IN THE MATTER OF IN
4   RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE
5   PRICE LITIGATION MDL NUMBER 1456, CIVIL ACTION
6   NUMBER 01-C V-12257-P B S BEFORE THE UNITED
7   STATES DISTRICT COURT FOR THE DISTRICT OF
8   MASSACHUSETTS.  THE DATE IS MARCH 20, 2007 AND
9   THIS DEPOSITION IS BEING HELD AT HOGAN AND
10  HARTSON, 111 SOUTH CALVERT STREET IN BALTIMORE,
11  MARYLAND.  THE TIME ON THE MONITOR IS 9:20 A.M.
12  MY NAME IS MICHAEL HUNLTERTON AND I AM THE
13  CERTIFIED VIDEOGRAPHER ASSOCIATED WITH THE FIRM
14  OF HENDERSON LEGAL SERVICES LOCATED AT 1015
15  FIFTEENTH STREET, NORTHWEST IN WASHINGTON, D.C.
16  THE COURT REPORTER IS CAROL ROBINSON ASSOCIATED
17  WITH THE SAME FIRM.  WILL COUNSEL ON THE
18  TELEPHONE PLEASE INTRODUCE THEMSELVES FOR THE
19  RECORD?
20          MR. HECK:   THIS IS JARED HECK.  I
21  REPRESENT THE DEFENDANT ROXANNE LABORATORIES,
22  INCORPORATED AND SEVERAL INDEPENDENT BOEHRINGER

2

ROUGH DRAFT - UNEDITED TRANSCRIPT
1   ENTITIES NAMED AS DEFENDANTS IN CASE NUMBER
2   07-01248.
3
4           MS. LIFESO:   THIS IS CATHLEEN LIFESO
5   FROM DAVIS POLK AND WARDWELL REPRESENTING

Rough Transcript of Bailey & Robey Depo.txt

```
 2    EXTENT THAT IT CALLS FOR PRIVILEGED
 3    COMMUNICATION.
 4         Q    I DON'T WANT YOU TO TALK ABOUT
 5    CONVERSATIONS WITH YOUR LAWYERS BUT HOW DID YOU
 6    COME TO THE UNDERSTANDING THAT IF THERE IS
 7    LITIGATION, ON GOING AND YOU HAVE DOCUMENTS
 8    RELATINGINGING TO THAT LITIGATION THAT ONE SHOULD
 9    PRESERVE THOSE DOCUMENTS?
10              MS. THOMAS:  OBJECTION.  <!0>
11         Q    IF YOU REMEMBER.
12         A    I MEAN, THASES JUST COMMON SENSE.
13    YOU DON'T WANT TO THROW AWAY THINGS.
14         Q    ANYTHING OTHER THAN COMMON SENSE?
15         A    PARDON ME.
16         Q    ANYTHING OTHER THAN COMMON SENSE?
17         A    NO.
18         Q    NO?  JUST SELF-APPARENT?  EVERYBODY
19    SHOULD KNOW?
20              MS. THOMAS:  OBJECTION.
21         Q    I APOLOGIZE.  LET ME MOVE ON.  I'M
22    ASKING YOU ABOUT A MEMO YOU KNOW NOTHING ABOUT
```

                                                    57
              ROUGH DRAFT - UNEDITED TRANSCRIPT
```
 1    AND I KNOW THAT'S HARD TO DO.  I'M AFRAID THIS
 2    ONE MAYBE SIMILAR BUT I DO HAVE TO FIND OUT IF
 3    YOU HAD ANY INVOLVEMENT OTHER THAN JUST RECEIVING
 4    IT, MS. ROBEY.  THERE IS A NOVEMBER 18, 2003 MEM
 5    ROW, FOR THE RECORD, IT IS DOCUMENTS 0003 THROUGH
 6    0004.  IT IS FROM AGAIN GREGORY CAR SON.
 7    DIRECTED THIS TIME NOT ONLY TO THE FISCAL
 8    INTERMEDIARIES AND OLD CARRIERS BUT TO ALL
```

Rough Transcript of Bailey & Robey Depo.txt

```
 9    MILLION DOLLARS.
10                MEDICAL EQUIPMENT REGIONAL CARRIERS
11    AND THIS ALSO HAS A SIMILAR SUBJECT.  IT IS
12    COORDINATION OF RESPONSES TO SUBPOENA 1*7S AND
13    OTHER REQUESTS FROM OUTSIDE ENTITIES REGARDING T
14    A P PHARMACEUTICAL PRODUCTS, INC. AND L O P R O
15    N, PART I-I, RESERVATION OF DOCUMENTS AND CONTACT
16    IDENTIFICATION.  AS A PRELIMINARY MATTER, WERE
17    YOU ALSO NOT INVOLVED?
18         A    CORRECT.
19         Q    IN DRAFTING THIS ONE?
20         A    CORRECT.
21         Q    BUT YOU RECEIVED IT?
22         A    YES.
```

                                                          58
```
                ROUGH DRAFT - UNEDITED TRANSCRIPT
 1         Q    IS IT FAIR TO SAY THIS DOCUMENT DOES
 2    DIRECT THE ADDRESSEES TO PRESERVE DOCUMENTS?
 3         A    YES.
 4         Q    AND IT INDICATES, AT LEAST AS OF
 5    NOVEMBER 18, 2003, THAT THE RECIPIENTS OF THE
 6    MEMORANDUM SHOULD PRESERVE DOCUMENTS THAT CONCERN
 7    T A P, L O P R O N, S O L A D E X, DRUG COMPANIES
 8    OTHER THAN T A P OR ANY OTHER DRUG REIMBURSED BY
 9    MEDICARE.?
10                MS. THOMAS:  OBJECTION.
11         Q    DID YOU HAVE ANY DOCUMENTS THAT YOU
12    PRESERVED IN RESPONSE TO THIS MEMORANDUM?
13         A    I MYSELF OR THE AGENCY?
14         Q    THAT IS A SILLY QUESTION.  YOU ARE
15    FROT A F I CARRIER OR A D M E REGION AM CARRIER,
16    ARE YOU?
```

Page 44

Rough Transcript of Bailey & Robey Depo.txt

17    A    NO.

18    Q    SO, YOU WOULDN'T PRESERVE ANYTHING IN
19 RESPONSE TO THIS.  I TAKE IT?

20    A    (SHAKING HEAD INDICATING NO).

21    Q    DID YOU HAVE ANY INVOLVEMENT WITH
22 THIS OTHER THAN RECEIVINGING IT AND PUTTING IN

                                        59

ROUGH DRAFT - UNEDITED TRANSCRIPT

1 YOUR FILE?

2    A    NO.

3    Q    IN WHAT CAPACITY DID YOU RECEIVE
4 THIS?  WHY DID IT COME TO YOU?

5    A    I AM HRAO*EUSED AS C C ON THE SECOND
6 PAGE.

7    Q    DO YOU HAVE ANY IDEA WHY YOU WOULD
8 YOU BE A C C TO THIS MEMORY TO THE CARRIER ON THE
9 F IS?

10    A    BECAUSE I'M THE AGENCIES RECORDINGS
11 OFFICER.

12    Q    SO, YOU WOULD KEEP A RECORD OF
13 DIRECTIONS TO THESE OUTSIDE ENTITIES TO PRESERVE
14 DOCUMENTS?

15    A    YES.

16    Q    TO THE BEST OF YOUR KNOWLEDGE, DID
17 THE RESIP YENTD OF THIS MEMO COMPLY WITH ITS
18 INSTRUCTIONS?

19    MS. THOMAS:  OBJECTION.

20    THE WITNESS:  I HAVE NO WAY OF
21 KNOWING.

22    BY MR. COOK:

                                        60

Rough Transcript of Bailey & Robey Depo.txt

ROUGH DRAFT - UNEDITED TRANSCRIPT

1   Q    YOU HAVEN'T HEARD THAT NOBODY DID NOT
2   COMPLY?
3   A    CORRECT.
4   Q    A DOUBLE NEGATIVE THERE.  THE NEXT
5   MEMO IS BATES NUMBERED 0005 THROUGH 0007.  FOR
6   THE RECORD, I'LL DESCRIBE IT.  IT IS DATED
7   FEBRUARY 19, 2004.  IT IS ADDRESSED TO ALL
8   CENTER AND OFFICE DIRECTORS AND REGIONAL STRAIR
9   ADMINISTRATORS.  IT IS FROM J A C Q U E L Y N,
10  WHITE, WHO APPEARS TO BE THE, OR PURPORTS TO BE
11  THE DIRECTOR, OFFICE OF STRATEGIC OPERATIONS AND
12  REGULATORY AFFAIRS.  THE SUBJECT IS DOCUMENT
13  PRESERVATION AND PRODUCTION, LIEU PRONE MARKETING
14  AND SALES PRACTICE LITIGATION AND PHARMACEUTICAL
15  INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION.  IT
16  HAS A PORTION OF THE SECOND PAGE REDACTED.  <!0>
17  MS. ROBEY, DO YOU RECOGNIZE BATES NUMBER, PAGES
18  BATES NUMBERED 5 THROUGH 7?
19  A    YES.
20  Q    WHAT IS IT?
21  A    IT'S A NOTICE THAT WAS SENT OUT TO
22  CMS CENTERS AND OFFICES ASKING THEM TO IDENTIFY A

♀

61

ROUGH DRAFT - UNEDITED TRANSCRIPT

1   PERSON WHO IS GOING TO COORDINATE THE DISCOVER
2   REQUEST.
3   Q    OTHER THAN RECEIVINGING THIS MEMO,
4   WERE YOU INVOLVED AT ALL IN THE PREPARATION OF
5   THIS MEMO?
6   A    NO, I WAS NOT.
7   Q    PRIOR TO RECEIVING THIS MEMO ON

Rough Transcript of Bailey & Robey Depo.txt

```
 8    FEBRUARY 19, 2004, ARE YOU AWARE OF ANY STEPS
 9    THAT WERE TAKEN TO PRESERVE DOCUMENTS AS
10    DESCRIBED IN THIS MEMORANDUM?
11         A    NO.
12              MS. THOMAS:  OBJECTION.
13         Q    SORRY.  WE SPOKE OVER EACH OTHER.
14    WAS THAT NO?
15         A    NO.
16         Q    THANK YOU.  AFTER RECEIVING THIS MEMO
17    IN FEBRUARY 2004, WHAT ROLE DID YOU HAVE IN THE
18    ACT IFERTDS DESCRIBED IN THIS MEMORANDUM
19    (ABILITYIVITIES)?
20              MS. MARTINEZ:  OBJECTION TO FORM.
21    <!0>
22         Q    IT WAS POORLY PHRASED.  I'LL TRY IT
```

                                                    62
                ROUGH DRAFT - UNEDITED TRANSCRIPT
```
 1    AGAIN.  MS. ROBEY, WERE YOU INVOLVED AT ALL
 2    ACTIVELY IN THE PRESERVATION OF RECORDS AS
 3    DIRECTED IN THIS MEMORANDUM?
 4         A    NO BECAUSE I DID NOT KEEP THESE
 5    RECORDS.
 6         Q    AND DID YOU YOU GATHER ANY DOCUMENTS
 7    RESPONSIVE TO THIS PARTICULAR REQUEST?
 8         A    NO.
 9              MS. MARTINEZ:  I JUST WANT STOB CLEAR
10    FOR THE RECORD THESE QUESTIONS YOU ARE ADDRESSING
11    TO VICKY ROBEY TO VICKY ROBEY, NOT VICKY ROBEY AT
12    C MS, FOR EXAMPLE, WHEN YOU ARE ASKING, DID
13    YOURSELF DISBEAR ANY DOCUMENTS, YOU ARE OBVIOUSLY
14    ASKING MS. ROBEY, NOT FOR HER TO ANSWER ON BEHALF
```

Rough Transcript of Bailey & Robey Depo.txt
15  OF ALL O CMS WITH RESPECT TO THIS.

16      Q    WHEN I AM ASKING DID YOU GORE

17  DOCUMENTINGS, I'M NOT ASKING CMS TO TESTIFY ABOUT

18  WHAT YOU AND VICKY ROBEY TO O PRESERVE.

19          MS. MARTINEZ:  SINCE THIS IS A 30 B 6

20  DEPO, I JUST WANT TO BE CLEAR ON THE RECORD <!O>

21  THAT WAS NOT THE ANSWER ON BEHALF OF CMS.

22      Q    THAT QUESTION AND ANSWER, YOU WERE

                                                    63
            ROUGH DRAFT - UNEDITED TRANSCRIPT
1   TESTIFYINGING AS VICKY ROBEY, NOT AS THE DESIGNEE

2   OF THE #- O B 6.  I SHOULD HAVE MADE THAT CLOAR.

3   BACK INTO CHARACTER, THOUGH -- DO WE HAVE A COPY

4   OF THE COMPLAINT?  GAB GAB THE ORIGINAL?

5          MR. COOK:  YES.  <!O>

6          BY MR. COOK:

7      Q    I'D LIKE TO SHOW YOU REAL QUICKLY,

8   WE'LL SET THOSE ASIDE AND COME BACK IT, I'LL MARK

9   IT AS EXHIBIT ABBOTT 70.

10                    (                EXHIBIT

11                         NO.              ,

12                                      , W

13                   MARKED FOR IDENTIFICATION.)

14          MS. MARTINEZ:  COULD IT SEE IT BEFORE

15  YOU --

16          MR. COOK:  OH, ABSOLUTELY.  IT IS A

17  COPY OF -- THAT ONE IS THICKER BECAUSE IT IS TWO

18  OF THEM.  IT IS A COPY OF THE ORIGINAL COMPLAINT

19  TIMED BY VEN-A-CARE.  IT INDICATES ON THE COVER

20  SHEET THAT VEN-A-CARE PUT ON THE DOCUMENT

21  ORIGINALLAL COMPLAINT FILED ON ABOUT JUNE 2 #-,

22  1996.  I BELIEVE THAT'S INCORRECT FOR THE RECORD.

Rough Transcript of Bailey & Robey Depo.txt

64

ROUGH DRAFT - UNEDITED TRANSCRIPT
1   THAT IT IS 1995 IN AS MUCH AS THE CIVIL CASE
2   NUMBER IS A '95 CASE NUMBER.
3           MS. MARTINEZ:  DO YOU HAVE AN EXTRA
4   COPY THAT COUNSEL FOR VEN-A-CARE COULD USE?
5           MR. COOK:  ABSOLUTELY.
6           MS. THOMAS:  THANK YOU.
7           MR. COOK:  DOES ANYBODY ELSE NEED A
8   COPY?  I WOULD LOVE TO GET RID OF THEM.
9       Q    IF YOU COULD JUST TAKE A QUICK
10  MOMENT, I RECOGNIZE THAT IS A LENGTHY DOCUMENT
11  BUT TAKE A LOOK AT IT AND TELL ME WHETHER YOU'VE
12  EVER SEEN THAT DOCUMENT BEFORE?
13          MS. THOMAS:  YOU MIGHT WANT TO
14  CLARIFY WHETHER SHE HAS EVER SEEN THIS DOCUMENT,
15  THAT MAY OR MAY NOT HAVE HAD THESE REDACTIONS.
16          MR. COOK:  OKAY.
17          THE WITNESS:  NO.  I'VE NEVER SEEN
18  THIS BEFORE.
19      Q    EITHER WITH OR WITHOUT THE
20  REDACTIONS?
21      A    NO.
22      Q    AND JUST FOR THE RECORD, ON PAGE 69,

65

ROUGH DRAFT - UNEDITED TRANSCRIPT
1   IT INDICATES THAT IT WAS SERVED ON JUNE 23 OF
2   1995.  TO THE BEST OF YOUR KNOWLEDGE, MS. ROBEY,
3   DID CMS INSTITUTE ANY DOCUMENT PRESERVATION
4   INSTRUCTION IN CONNECTION WITH THIS COMPLAINT
5   THAT WAS FILED ON JUNE 23, 1995?

```
                    Rough Transcript of Bailey & Robey Depo.txt
 6      A     NOT THAT I'M AWARE OF.
 7      Q     GOING BACK TO THE FEBRUARY 19, 2004
 8  MEMORANDUM, INCLUDED WITHIN EXHIBIT ABBOTT 69,
 9  ARE YOU AWARE OF ANY SUBSEQUENT MEMORANDA THAT
10  WERE ISSUED RELATING TO THE LITIGATION DESCRIBED
11  IN THIS FEBRUARY 19, 2004 MEMORANDUM REGARDING
12  PRESERVATION OF DOCUMENTS?
13      A     THERE WAS ONE AFTER THIS IN JANUARY
14  OF 2007, I BELIEVE.
15      Q     AND WHAT DID THAT ONE -- AGAIN, IS
16  THAT A PRIVILEGED COMMUNICATION?
17            MS. MARTINEZ:  OBJECTION TO THE
18  EXTENT IT CALLS FOR PRIVILEGED COMMUNICATION.
19  YOU MAY BE ABLE TO ASK HER IF SHE HAS INFORMATION
20  FROM ANYBODY WHO IS A NONLAWYER REGARDING THAT.
21      Q     JUST STICKING WITH THE MEMORANDUM AND
22  THEN MOVING ON TO INFORMATION FROM A NONLAWYER,

                                                    66

                ROUGH DRAFT - UNEDITED TRANSCRIPT
 1  DO YOU REMEMBER FROM WHOM THE JANUARY 2007
 2  MEMORANDUM WAS FROM?
 3      A     IT WAS FROM OUR PROGRAM AREA -- I'M
 4  TRYING TO REMEMBER THE LADY'S NAME, M A R Y B E T
 5  H, JASON, I THINK.  I'M NOT SURE ABOUT THE LAST
 6  NAME.
 7      Q     IS SHE AN ATTORNEY?
 8      A     NO.
 9      Q     WITHOUT DESCRIBING THE CONTENS OF THE
10  MEMORANDUM, CAN YOU DESCRIBE GENERALLY WHAT THE
11  NATURE OF THE DOCUMENT WAS?
12            MS. THOMAS:  OBJECTION.
13            MS. MARTINEZ:  IF YOU WOULD FOCUS
                        Page 50
```

Rough Transcript of Bailey & Robey Depo.txt

14  YOUR QUESTION WITH RESPECT, IF SHE HAS ANY
15  INFORMATION FROM A NONLAWYER REGARDING WHETHER OR
16  NOT THAT DOCUMENT INSTRUCTED ANYONE TO PRESERVE,
17  YOU MIGHT BE ABLE TO GET AN ANSWER THAT IS
18  HELPFUL.
19       Q    DO YOU HAVE ANY INFORMATION FROM A
20  PHENOMENON LAWYER THAT WOULD INDICATE WHETHER
21  THAT DOCUMENT WAS INTENDED TO PRESERVE DOCUMENTS
22  RELATING TO LITIGATION?

                                              67
             ROUGH DRAFT - UNEDITED TRANSCRIPT
1        A    YES, I DO.
2        Q    FROM WHOM DO YOU HAVE THAT
3   INFORMATION?
4        A    IT IS FROM M A R Y B E T H, I THINK
5   THE LAST NAME IS JASON.
6        Q    SHE WAS THE AUTHOR OF THE MEMORANDUM?
7        A    I BELIEVE SO, YES.
8        Q    IS THIS A CONVERSATION YOU HAD WITH
9   MS. JASON?
10       A    A CONVERSATION AS WELL AS A COPY OF
11  THE CORRESPONDENCE.
12       Q    DO YOU REMEMBER WHEN AND WHERE THIS
13  CONVERSATION TOOK PLACE, APPROXIMATELY?
14       A    I TALKED WITH HER YESTERDAY AS WELL
15  AS IN THE PAST WHERE SHE CONTACTED ME REGARDING
16  THE AGENCY'S POLICY ON RETENTION.
17       Q    AS BEST YOU CAN RECALL, WHAT DID YOU
18  SAY TO MS. JASON, WHAT DID SHE SAY TO YOU IN THE
19  EARLIER CONVERSATIONS?
20       A    I CAN'T REMEMBER.

```
                Rough Transcript of Bailey & Robey Depo.txt
        21     Q     DO YOU REMEMBER THE NATURE OF THE
        22  CONVERSATION?
```

                                                              68

```
                         ROUGH DRAFT - UNEDITED TRANSCRIPT
         1     A     IT WAS WITH REGARD TO PRESERVATION --
         2  NOT PRESERVATION BUT WHAT THE AGENCY'S POLICY WAS
         3  ON RETENTION AND THE APPROPRIATE WAY TO WORD
         4  RECORDS MANAGEMENT LANGUAGE IN NOTICE ABOUT
         5  PRESERVATION.
         6     Q     SO, SHE CALLED WITH A QUESTION?
         7     A     YES.
         8     Q     AND YOU ANSWERED HER QUESTION?
         9     A     YES.
        10     Q     A LONG CONVERSATION?  SHORT
        11  CONVERSATION?
        12     A     I DON'T REMEMBER.  IT WAS BEFORE THE
        13  HOLIDAYS.
        14     Q     SHE CALLED TO ASK YOU ABOUT HOW ONE
        15  WOULD GO ABOUT DRAFTS A DOCUMENT PRESERVATION OR
        16  A HOLD MEMORANDUM?
        17     A     SHE WANTED RECORDS MANAGEMENT
        18  LANGUAGE TO USE.  SHE -- I DID DIDN'T GIVE HER
        19  CONTENT.  I JUST TALKED WITH HER AND GAVE HER
        20  INSTRUCTIONS.
        21     Q     AND WHAT WAS YOUR UNDERSTANDING ABOUT
        22  WHY SHE WAS ASKING THIS QUESTION OF YOU?
```

                                                              69

```
                         ROUGH DRAFT - UNEDITED TRANSCRIPT
         1     A     BECAUSE SHE WAS GOING TO BE PREPARING
         2  CORRESPONDENCE THAT WAS BEING RELEASED ABOUT
         3  PRESERVATION.
         4     Q     DO YOU KNOW WHY SHE WAS GOING TO SEND
```

Rough Transcript of Bailey & Robey Depo.txt

20    Q    PRIOR TO THAT MEMORANDUM BEING
21 DISTRIBUTED, WITHOUT VOLUNTARILYING THE CONTENTS
22 OF THAT (REVEALING) OF THAT MEMORANDUM, HAD THERE

                                                                                   72

                    ROUGH DRAFT - UNEDITED TRANSCRIPT
1 EVER BEEN ANY PRIOR COMMUNICATIONS BETWEEN CMS
2 RELATING TO DOCUMENT PRESERVATIONS IN CONNECTION
3 TO THAT CASE?
4         MS. MARTINEZ:  OBJECTION TO THE
5 EXTENT THAT SHE KNOWS.
6         BY THE WITNESS:
7    Q    SURE.  TO THE EXTENT IS THAT YOU ARE
8 AWARE OF AS THE RECORDS OFFICER FOR CMS, HAD
9 THERE EVER BEEN ANY PRIOR RECORDS PRESERVATION
10 DIRECTIONS ISSUED RELATING TO THAT CASE THAT WAS
11 THE SUBJECT OF M A R Y B E T H'S MEMORANDUM?
12    A    YES.
13    Q    WHEN WAS THAT?
14    A    EARLY 2003, LATE 2004.
15    Q    SO, IT IS YOUR UNDERSTANDING THAT
16 THOSE TWO CASES WERE SOMEHOW CONNECTED?
17    A    YES.
18    Q    THE SAME CASE OR CONNECTED?
19    A    I JUST ASSOCIATED IT BECAUSE OF
20 INFORMATION THAT WAS PROVIDED IN THE SUBJECT
21 LINE.
22    Q    OKAY.

                                                                                   73

                    ROUGH DRAFT - UNEDITED TRANSCRIPT
1    A    I'M NOT AN EXPERT ON THAT.
2    Q    AND I UNDERSTAND COMPLETELY.  OTHER

```
                    Rough Transcript of Bailey & Robey Depo.txt
 3    THAN THE 2003-2004 PRIOR PRESERVATION MEMO, AND
 4    THAT IS THE ONE WE HAVE HERE AT PAGES 5 THROUGH
 5    7, CORRECT -- YES, 5 THROUGH 7.
 6         A    YES.
 7         Q    OTHER THAN THAT FEBRUARY 19, 2004
 8    COMMUNICATION, HAD THERE EVER, BEFORE THAT, BEEN
 9    ANY PRESERVATION INSTRUCTIONS ISSUED IN
10    CONNECTION WITH THAT CASE?
11              MS. THOMAS:  OBJECTION.
12              THE WITNESS:  NOT THAT I'M AWARE OF.
13              THE VIDEOGRAPHER:  THE TIME IS
14    10:34 A.M.  WE ARE GOING OFF THE RECORD WORKERS'
15    COMPENSATION CONCLUDING TAPE NUMBER ONE IN THE
16    DEPOSITION OF VICKY ROBEY IN THE MATTER OF IN RE
17    RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE
18    PRICE LITIGATION.
19              (RECESS TAKEN.)
20               CMS NOW IS THE TIME FOR ALL GOOD
21    MEN.
22              THE VIDEOGRAPHER:  THE TIME IS

                                                          74
                    ROUGH DRAFT - UNEDITED TRANSCRIPT
 1    10:48 A.M.  WE ARE GOING BACK ON THE THE
 2    RECORDING STARTING TAPE NUMBER TWO IN THE
 3    DEPOSITION OF VICKY ROBEY IN THE MATTER OF IN RE
 4    PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE
 5    LITIGATION.
 6         Q    MS. ROBEY, I'D LIKE TO HAND YOU WHAT
 7    I HAVE MARKED AS EXHIBIT ABBOTT 71 AND ASK YOU TO
 8    TAKE A LOOK AT THAT.  IT IS CAPTIONED ABBOTT
 9    LABORATORIES, INC. NOTICE OF 30 B 6 DEPOSITION OF
10    PLAINTIFF, UNITED STATES OF AMERICA.  DO YOU
                              Page 56
```

Rough Transcript of Bailey & Robey Depo.txt

```
11   OWNER SENDS YOU A COMMUNICATION?
12        A    CORRECT, BECAUSE I'M NOT -- I AM NOT
13   A PROGRAM AREA PERSON.  THEY ARE THE EXPERTS, I'M
14   NOT.
15        Q    HOW ARE THOSE COMMUNICATIONS MADE TO
16   YOU?
17        A    VERBALLY, E-MAIL.
18        Q    DO YOU KEEP A RECORD OF THOSE
19   COMMUNICATIONS?
20        A    THE E-MAILS, I WOULD.  VERBAL
21   COMMUNICATIONS, I DON'T.
22        Q    WONINGS YOU RECEIVE A VERBAL E-MAIL
```

                                                                117

                    ROUGH DRAFT - UNEDITED TRANSCRIPT
```
1    OR WRITTEN COMMUNICATION OF THIS SORT, WHAT DO
2    YOU THEN DO?
3         A    I GO INTO MY DATABASE AND I MARK THAT
4    THE RECORDINGS ARE FROZEN (RECORDS) BECAUSE THE
5    WAY MY DATABASE IS SET UP, I HAVE TO ASSIGN A
6    DISPOSAL DATE.  SO, I MARK IT OUT LIKE TEN YEARS
7    FROM THE DATE THAT THE DISPOSAL DATE ORIGINALLY
8    WAS.  THAT WAY, IN TEN YEARS, IF IT HAPPENS TO
9    COME UP AND THE CASE IS STILL ACTIVE OR THE
10   RECORDS ARE STILL FROZEN, THEN A NOTICE WOULD BE
11   GENERATED AGAIN TO THE RECORD OWNER, TELLING THEM
12   IT'S COME TIME OR BECAUSE OF THE FREEZE, CAN WE
13   LIFT THE FREEZE OR DO WE -- CAN WE DISPOSE OF
14   THEM.
15        Q    IN CONNECTION WITH THE (.
16             CAN YOU HAND ME EXHIBIT 69?  IN
17   CONNECTION WITH THE FEBRUARY 19, 2004 RECORD HOLD
```

```
                    Rough Transcript of Bailey & Robey Depo.txt
18      MEMORANDUM THAT WE LOOKED AT BEFORE AS PART OF
19      EXHIBIT 69, THIS WAS MEMORANDUM FROM JACQUELYN
20      WHITE, IF YOU'LL RECALL --
21           A      OKAY.
22           Q      DID YOU PLACE A HOLD ON ANY DOCUMENTS

                                                             118
                    ROUGH DRAFT - UNEDITED TRANSCRIPT
 1      IN THE CMS WAREHOUSE?
 2           A      NO, I DID NOT.
 3           Q      IN CONNECTION WITH THE JANUARY 2007
 4      MEMORANDUM ON THAT WAS ISSUED FOLLOWING YOUR
 5      DISCUSSION WITH M A R Y B E T H JASON, DID YOU
 6      PLACE A HOLD ON ANY DOCUMENTS IN THE CMS
 7      WAREHOUSE?
 8           A      NO.
 9                  MS. MARTINEZ:  I JUST WANT TO
10      CLARIFY, IF YOU ARE TRYING TO ASK WHETHER SHE
11      RECALLS WHETHER ANY OWNER SENT HER ANY KIND OF
12      NOTICE LIKE THAT, IS THAT WHAT YOU ARE ASKING OR
13      WHETHER SHE PERSONALLY DID.
14           Q      I AM ASKING WHETHER THE RECORDS
15      OFFICER PLACED A HOLD ON ANY DOCUMENTS?
16                  MS. MARTINEZ:  THAT SHE RECALLS.
17                  THE WITNESS:  IT WOULD BE HARD FOR ME
18      TO DO THAT BECAUSE A LOT OF TIMES IN THE SUBJECT
19      LINE THEY GIVE ME, THERE MAY NOT BE THE
20      DESCRIPTION I NEED TO BE ABLE TO APPLY SOMETHING.
21           Q      I MAY NOT HAVE BEEN CLEAR.  FOLLOWING
22      THE SEPTEMBER 2004 MEMORANDUM IN EXHIBIT ABBOTT

                                                             119
                    ROUGH DRAFT - UNEDITED TRANSCRIPT
 1      69, THAT IS THE JACQUELYN WHITE MEMORANDUM ON
                              Page 90
```

Rough Transcript of Bailey & Robey Depo.txt

```
 2    FEBRUARY 19, 2004, DID YOU RECEIVE ANY
 3    INSTRUCTIONS FROM CMS EMPLOYEES TO PLACE HOLDS ON
 4    DOCUMENTS IN THE CMS WAREHOUSE?
 5         A    NO.
 6         Q    AND SO, IS THERE ANYBODY ELSE THAT
 7    WOULD HAVE INPUT OF RECORDS HOLD INTO THE CMS
 8    DATABASE THAT YOU DESCRIBED OTHER THAN YOU?
 9         A    I HAVE A PERSON WHO IS MY BACKUP BUT
10    SHE ONLY GOES INTO THE SYSTEM TO GENERATE
11    ACCESSION NUMBERS OR TO DO THE DISPOSAL PROCESS.
12         Q    AND SO TO THE BEST OF YOUR KNOWLEDGE,
13    WERE ANY DOCUMENTS IN THE CMS WAREHOUSE HELD AND
14    PRESERVED FROM DESTRUCTION AS A RESULT OF THE
15    FEBRUARY 19, 200 H MEMORANDUM FROM JACQUELYN
16    WHITE?
17              MS. MARTINEZ:  OBJECTION TO FORM.
18              MS. THOMAS:  OBJECTION.
19              THE WITNESS:  NOT THAT I'M AWARE OF.
20         Q    WOULD YOU KNOW WHETHER DOCUMENTS WERE
21    COLLECTED FROM THE CMS WAREHOUSE FOLLOWING THE
22    FEBRUARY 19, 2004 MEMORANDUM FROM JACQUELYN
```

                                                    120
                ROUGH DRAFT - UNEDITED TRANSCRIPT

```
 1    WHITE?
 2              MS. MARTINEZ:  OBJECTION TO FORM.
 3              MS. THOMAS:  OBJECTION.
 4              THE WITNESS:  WHEN BOXES ARE
 5    REQUESTED FROM THE WAREHOUSE, THEY DON'T GIVE ME
 6    THE REASON.  THEY'RE THE RECORD OWNERS THEY NEED
 7    THE BOXES BACK TO BE ABLE TO ACCESS TEAR
 8    INFORMATION AND FILES.  THEY DON'T GIVE ME A
```