# EXHIBIT 12

Sernyak, Amy Jane										March 6, 2007
Philadelphia, PA

Page 1

```
            UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

---------------------------x

IN RE:  PHARMACEUTICAL      : MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE  : CIVIL ACTION

PRICE LITIGATION            : 01-CV-12257-PBS

           vs.              :

THIS DOCUMENT RELATES TO    :

U.S. ex rel. Ven-A-Care of  :

The Florida Keys, Inc.      :

v. Abbott Laboratories,     :

Inc., No. 06-CV-11337-PBS   :

---------------------------x
```

Video Tape Deposition of AMY JANE SERNYAK was taken

pursuant to notice at the Law Offices of Morgan

Lewis, 1701 Market Street, Philadelphia,

Pennsylvania, on Tuesday, March 6, 2007, beginning at

9:00 a.m., before Jeanne Christian, Court

Reporter-Notary Public and Michael Mullen, Video Tape

Operator, there being present.

Page 54

1  form. You can answer.
2         THE WITNESS: They could. It
3  would just depend.
4  BY MR. TORBORG:
5  Q.   And do you have copies of any e-mails you
6  may have either sent or received in connection
7  with the Albuterol reports you worked on?
8  A.   No.
9  Q.   Do you know where those are today?
10        MR. NEAL: Objection as to
11 form. You can answer.
12        THE WITNESS: I have no
13 idea. In space somewhere. I don't know. When
14 they get deleted, where do they go? I mean, if
15 I kept everything in my e-mail, my e-mail box
16 would be huge.
17 BY MR. TORBORG:
18 Q.   You were not given any direction to retain
19 e-mails?
20 A.   No.
21 Q.   Have you ever been given any direction at
22 any time to retain e-mails?

Page 55

1  A.   No.
2  Q.   Have you ever been given any direction to
3  retain any paper files?
4  A.   Only when we are in the course of a study,
5  I mean, you maintain your work papers. Is that
6  what you mean?
7  Q.   Let's take it outside of the working
8  papers, which I understand are kept for reports
9  you worked on?
10 A.   Yeah, there is like a certain --
11 Q.   A certain, I understand primary file and a
12 secondary file?
13 A.   Yes.
14 Q.   They have different sections within them;
15 correct?
16 A.   Yes.
17 Q.   Outside of that category of documents,
18 have you ever been given direction to retain
19 documents?
20 A.   No.
21 Q.   With regard to your paper files, do you
22 have your own office?

Page 56

1  A.   Um-hum.
2  Q.   And do you have an organizational way of
3  organizing your files?
4  A.   Loosely.
5  Q.   Me, too.
6         Do you have like an index of
7  the files, things like that?
8  A.   An index? No.
9  Q.   Have you had any documents sent off site?
10 A.   Of my own documents?
11 Q.   Yes.
12 A.   No.
13 Q.   So would you have your own set of working
14 papers or other documents, notes relating to the
15 reports you worked on?
16 A.   Sometimes.
17 Q.   And where are the -- any such notes that
18 you may have had that related to the 1995, 1996
19 era Albuterol reports?
20 A.   Just in my office.
21 Q.   So you still have those?
22 A.   Just a couple of things which are the

Page 57

1  things that I was going to give to John and
2  Nancy.
3  Q.   Do you -- have you ever gotten rid of
4  files you are not working on anymore?
5  A.   Sure.
6  Q.   If you are not working on a particular
7  report anymore, do you take steps to get rid of
8  the file or to keep it around?
9  A.   Well, once all of the -- once the formal
10 work papers are, you know, put together and
11 completed and the report is finalized and all of
12 that, there is no need to keep any other
13 paperwork, if it was part -- you know what I
14 mean?
15 Q.   Do you have an understanding of where OIG
16 keeps the working files for the reports?
17 A.   The work papers?
18 Q.   Yes. Is that the term we should use for
19 them, the work papers?
20 A.   If you are talking about the formal --
21 Q.   The formal --
22 A.   Yeah, the work papers, yes.

15 (Pages 54 to 57)

Page 294

1  A.  I think I met him.
2  Q.  Where did you meet him?
3  A.  I think I met him at our office. I just
4  remember him being a nice man. I don't
5  remember. It would have been a long time ago,
6  but you saying the name, I remember the name.
7  Q.  Did he come in to meet with people there?
8  A.  He must have.
9  Q.  Who introduced you to him?
10 A.  Rob, Rob Vito.
11 Q.  Do you know if you met with Mr. Vito?
12 A.  I don't know.
13 Q.  Do you know if you met with Mr. Katz?
14 A.  I don't know. I don't remember. Again,
15 this would have been like ten years ago,
16 probably.
17 Q.  Do you know where he is now?
18 A.  No, I haven't heard the name in so long,
19 just you saying it.
20 Q.  There are audit reports done from time to
21 time by a different arm of OIG that we mentioned
22 before?

Page 295

1  A.  Yes, audits.
2  Q.  Where is the central office for those?
3  Where are they done at? Do you know?
4  A.  There is regional offices for audit, too.
5  Q.  In 1996, there were a series of audits of
6  state Medicaid programs?
7  A.  Okay.
8  Q.  Did you ever have occasion to look at
9  those?
10 A.  I don't remember looking at those.
11 Q.  Who in your person -- I'm sorry.
12      Who in your office is the
13 most knowledgeable about audits?
14 A.  About audits?
15 Q.  Yes.
16 A.  In my own office?
17 Q.  In Philadelphia.
18 A.  In Philly?
19 Q.  Yes.
20 A.  I would think Rob, Rob Vito, because he
21 used to be an auditor in that office.
22 Q.  I think I am about done. Off the record

Page 296

1  for a second.
2      THE VIDEO TAPE OPERATOR: Off
3  the video, 4:06.
4      THE VIDEO TAPE OPERATOR:
5  Back on the video, 4:07.
6           - - -
7         EXAMINATION
8           - - -
9  BY MR. CHRISTOFFERSON:
10 Q.  Hi, Ms. Sernyak. My name is Eric
11 Christofferson. I am from the firm of Ropes &
12 Gray, and we represent Schering and Warrick in
13 these cases. I just had a few questions about
14 the same report, Exhibit Abbott 030 that we have been
15 talking about for quite some time today.
16      If you first turn to Roman
17 Numeral II at the beginning of the report?
18 A.  Okay.
19 Q.  And there is a summary of recommendations
20 there?
21 A.  Yes.
22 Q.  And if you look to the sentence that in

Page 297

1  part is bolded in the second paragraph there?
2  A.  Okay.
3  Q.  It says: In that report, we suggested --
4  this is referring, I should say, to the earlier
5  OIG report that I think was mentioned earlier --
6  we suggested various options and recommended
7  that -- in bold now -- HCFA should reexamine his
8  Medicare drug reimbursement methodologies with
9  the goal of reducing payments for prescription
10 drugs.
11      Did I read that correctly?
12 A.  Yes.
13 Q.  Now, just to clarify, you mentioned that
14 the recommendations for this report were
15 principally taken from the recommendations of
16 that prior report; is that correct?
17 A.  Yes, as far as I remember.
18 Q.  And what is your understanding of the term
19 reimbursement methodologies or drug
20 reimbursement methodologies in that sentence?
21 A.  The way that Medicare pays for drugs.
22 Q.  And so those would be Medicare's

75 (Pages 294 to 297)