# EXHIBIT 13

031407CH.txt
R O U G H   D R A F T
1

|  |  |
|---|---|
| 1 | THE VIDEO TAPE OPERATOR:  We |
| 2 | are now on the video record.  The following is a |
| 3 | video tape deposition.  My name is Michael |
| 4 | Mullen from Knipes-Cohen Associates, Registered |
| 09:12:08 5 | Professional Reporters, 400 Market Street, |
| 6 | Philadelphia, Pennsylvania. |
| 7 | The court reporter is Jeanne |
| 8 | Christian. |
| 9 | This deposition is in the |
| 09:12:18 10 | matter of the Pharmaceutical Industry Average |
| 11 | Wholesale Price Litigation; Civil Action Number |
| 12 | 06-CV-11337 PBS.  This deposition is taking |
| 13 | place at the offices of Morgan Lewis, 1701 |
| 14 | Market Street, Philadelphia, Pennsylvania. |
| 09:12:36 15 | Appearances today:  The |
| 16 | Attorney for the Defendant is David Torborg, |
| 17 | Esquire.  Our deponent for today is Cynthia |
| 18 | Hansford. |
| 19 | Will all other counsel |
| 09:12:48 20 | present please announce themselves for the |
| 21 | record? |
| 22 | MR. MERKL:  Neil Merkl from |
| 23 | Kelley Drye representing the Dey Companies. |
| 24 | MS. SMITH-KLOCEK:  Erica |
| 09:12:56 25 | Smith-Klocek from Morgan Lewis representing the |

♀

R O U G H   D R A F T
2

1  Pfizer Companies.

Page 1

```
                                    031407CH.txt
            9  A.    Right.
10:54:04   10  Q.    If you would take a moment to look at this
           11  report to the extent necessary to tell me if you
           12  recall your work on this project at all.
           13  A.    No, I don't.
           14  Q.    And this was a report that was published
10:54:48   15  in August of 1998, right?
           16  A.    Right.
           17  Q.    And is the reason you can't recall your
           18  work on this report the fact that it has been
           19  over 8 years since you worked on this report
10:55:00   20              MR. NEAL:    Objection as to
           21  form.    You can answer.
           22              THE WITNESS:    That's
           23  correct.
           24  BY MR. TORBORG:
10:55:08   25  Q.    And for a lot of the documents and reports
```

♀
                              R O U G H   D R A F T
                                                            69
```
            1  I have asked you about today, you haven't been
            2  able to give me much of a substantive response,
            3  right
            4              MR. NEAL:    Objection as to
10:55:16    5  form
            6              THE WITNESS:    That's correct
            7  BY MR. TORBORG:
            8  Q.    You just don't remember any conversations
            9  you may have had, what work you would have done
10:55:22   10  on the report; correct?
           11  A.    Correct.
```

031407CH.txt

12  Q.     And the reason for that is it has just
13  been a long time?
14  A.     Right
10:55:3015             MR. NEAL:   I object to the
16  form.
17  BY MR. TORBORG:
18  Q.     And you might be able to give me more
19  responsive answers had I been able to ask you
10:55:3820  about these reports 5, ten years ago
21             MR. NEAL:   Objection as to
22  form
23             THE WITNESS:   Correct.
24  BY MR. TORBORG:
10:55:4625  Q.     Let me ask you an initial question under

♀

R O U G H   D R A F T
70

1  the Romanette 3, under purpose, it says to
2  determine if the current Medicare allowables for
3  Albuterol Sulfate is reasonable.
4             Do you know who decides if the
10:56:00 5  Medicare allowances are reasonable?
6  A.     No.
7  Q.     Do you have any understanding yourself of
8  who decides whether or not the Medicare
9  allowances for Albuterol Sulfate are reasonable?
10:56:1410  A.     No.
11  Q.     Do you know what factors go into the
12  assessment of whether Medicare allowances for
13  drugs generally are reasonable?