**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' DISCLOSURES FOR CLASS 1 ASTRAZENECA TRIAL**

**I.     TRIAL WITNESSES CALLED LIVE (NOT IN ORDER OF APPEARANCE)**

**A.     Experts**

| Name and Address | Will Testify | May Testify |
|---|:---:|:---:|
| Raymond S. Hartman<br>Greylock McKinnon & Associates<br>One Memorial Drive, 14th Floor<br>Cambridge, MA  02142  (617) 871-6900 | X | |
| Meredith Rosenthal<br>Harvard School of Public Health<br>677 Huntington Avenue, Room 4, Kresge Bldg.<br>Boston, MA 02115<br>(617) 432-3418 | X | |

**B.      Other Witnesses**

Plaintiffs reserve the right to call any witnesses identified by Defendants.  Plaintiffs will

call as witnesses, pursuant to Rule 45, the officers of AstraZeneca most knowledgeable about:

   1)  The spread between AWP and acquisition cost during the period 1995-2004;

   2)  Return to practice marketing practices at AZ during the period 1994-2004;

   3)  The exchange of information between TAP and AstraZeneca between 1992 and

       1995 concerning Zoladex.

AstraZeneca should identify these witnesses by the status conference.

| | | |
|---|---|---|
| Charles Daddona<br>19 Jessica Drive<br>Merrimack, NH  03054-3569<br>(603) 424-2327 | | X |
| Betsy McSheffrey (Coldwell)<br>34 Morton Road<br>Newton Center, MA  02459-1044 | | X |
| Stuart Fullerton<br>AstraZeneca<br>1800 Concord Pike<br>Wilmington, DE 19803 | X | |
| Stanley Hopkins, M.D.<br>2419 South Seacrest Boulevard<br>Boynton Beach, Florida 33435 | | X |
| Leroy F. Townsend<br>1031 Forest Lake Drive<br>Naples, FL 34105 | X | |
| Margorie Joyce Howe (wife)<br>P.O. Box 1<br>88187 Riverview Avenue<br>Mapleton, OR  97453 | X | |
| James F. Estes<br>5495 Cedar Lane<br>Apt. 902<br>Columbia, MD 21044 | | X |

| Therese Shepley (wife)<br>1490 Clemson Road<br>Reno, NV 89502 | X | |
|---|---|---|

## II.    DESIGNATION OF WITNESSES BY DEPOSITION TESTIMONY[1]

1.    James Shepley

2.    Robert Howe

3.    Robert A. Berkman, M.D.

4.    Robert C. Black

5.    Christopher Waldo Bowman

6.    David R. Brennan

7.    Steve Bucknavage

8.    Thomas Chen

9.    Sean Coakley

10.    John R. Freeberry

11.    Stanley Hopkins

12.    Keith Patterson

13.    Mark Reisenauer

14.    Erik Schultz

15.    Steven E. Strand

16.    Carol L. Ware

17.    Douglas N. Durand

18.    Kenneth Greisman

19.    Dean Sundberg

---

[1]   The designated pages are referenced in a separate pleading.

## III.    EXHIBITS

Plaintiffs reserve the right to introduce any exhibits or portions thereof identified by

Defendants.  Plaintiffs also reserve the right to withdraw exhibits presently included in their list

based on the Court's rulings on their pending motions *in limine*.  Plaintiffs also designate all data

produced by each of the Track 1 Defendants which is being relied on by Plaintiffs' experts, as

well as the exhibits that are part of the Hartman and Rosenthal reports.

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 1 | | 6/20/03 | Memorandum of Plea Agreement in *United States v. AstraZeneca Pharmaceuticals, LP*, Criminal Action No. 03-55 (D. Del.) | |
| 2 | | | Information filed by the U.S. Attorney in *United States v. AstraZeneca Pharmaceuticals, LP*, Criminal Action No. 03-55 (D. Del.) | |
| 3 | | 6/20/03 | Transcript of the Plea and Sentencing Hearing before Honorable Joseph J. Farnan in *United States v. AstraZeneca Pharmaceuticals, LP*, Criminal Action No. 03-55 (D. Del.) | |
| 4 | BERKMAN 0204-05 | 5/19/03 | Information filed by the U.S. Attorney in *United States v. Robert A. Berkman, M.D.*, Criminal Action No. 03-45 (D. Del.) | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 5 | | 7/17/03 | Transcript of the Plea Hearing conducted by Honorable Joseph J. Farnan, Jr. in *United States v. Robert A. Berkman, M.D.*, Criminal Action No. 03-45 (D. Del.) | |
| 6 | | 4/19/04 | Examples of Zoladex labels presented as Exhibits at the Ohio State Licensing Board Hearing for Robert A. Berkman, M.D. | |
| 7 | | 9/18/04 | Information filed by the U.S. Attorney in *United States v. Saad Antoun, M.D.*, Criminal Action No. 02-13 (D. Del.) | |
| 8 | | 9/18/02 | Memorandum of Plea Agreement in *United States v. Saad Antoun, M.D.*, Criminal Action No. 02-13 (D. Del.) | |
| 9 | BERKMAN 0212-21 | 5/16/03 | Memorandum and Pleas Agreement in *United States v. Robert A. Berkman, M.D.*, Criminal Action No. 03-45 (D. Del.) | |
| 10 | HOPKINS 0122-25 | 9/18/02 | Superseding Information filed by the U.S. Attorney in *United States v. Stanley C. Hopkins, M.D.*, Criminal Action No. 02-127 (D. Del.) | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 11 | | 12/17/02 | Memorandum and Pleas Agreement in *United States v. Stanley C. Hopkins, M.D.*, Criminal Action No. 02-127 (D. Del.) | |
| 12 | | 11/6/03 | Transcript of Sentencing Hearing in *United States v. Robert A. Berkman, M.D.*, Criminal Action No. 03-45 (D. Del.) | |
| 13 | | 2/5/04 | Letter from Judge Joseph J. Farnan, Jr. to the State Medical Board of Ohio | |
| 14 | AZ0237142-163 | 11/3/95 | Memorandum from Market Strategy & Contract Operations and the Zoladex Marketing Team | |
| 15 | AZ0431807-811 | 10/19/00 | E-mail from Margaret Hammons to George Gerhart III | |
| 16 | AZ0428379-381 | 3/20/98 | Letter to Eric Kraeutler from Gregory M. Sleet | |
| 17 | AZ0465663-665 | 11/30/01 | E-mail exchange re:  Drug Topics Red Book and PDR. | |
| 18 | AZ0425759-762 | 5/20/02 | Fax & Letter to Jack C. Dodds from Virginia Gibson-Mason re: AstraZenca | |
| 19 | AZ0021762-765 | 1/23/96 | Internal memorandum from Keith Patterson to Chris Iacono | |
| 20 | AZ0237142-163 | 11/3/95 | Memorandum from Market Strategy & Contract Operations Zoladex Marketing Team to Chris Iacono. | |
| 21 | AZ0425748-758 | 4/02/02 | Memorandum from Stuart Fullerton to Glenn Englemann | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 22 | AZ0425779-784 | 01/18/02 | Fax & Letter to John C. Dodds from Virginia Gibson-Mason re: AstraZeneca | |
| 23 | AZ0425819-823 | 10/17/00 | Fax & Letter to Eric Kraeutler from Virginia Gibson-Mason re: AstraZeneca | |
| 24 | AZ0435202-212 | 5/15/01 | Fax from Judy Roberts to Carol Flanagan | |
| 25 | AZ0435213-214 | 5/18/01 | Fax to First Data Bank attaching AstraZeneca Revised Price List | |
| 26 | AZ0428379-381 | 03/20/98 | Letter to Eric Kraeutler from Virginia Gibson-Mason re: Subpoena addressed to Zeneca, Inc. | |
| 27 | AZ0080413-417 | 11/3/95 | Memorandum from Market Strategy & Contract Operations to Chris Iacono re: Zoladex Pricing and Volume Discount Strategy | |
| 28 | AZ0036643 | 4/22/96 | Memorandum from Paula Jordon to Fred Roberts re: Zoladex (goserlin acetate) Projects; Invoices dated 4/15/96 (no bates numbers) | |
| 29 | AZ0036585 | 1/29/96 | Letter from Paula Jordon | |
| 30 | AZ0465663-665 | 11/30/01 | E-mail from John Freeberry to Mark Boyer | |
| 31 | AZ0473119 | 11/27/02 | E-mail from Janet Rosenberg to Traci Kellam | |
| 32 | AZ0433750-756 | 2/27/02 | E-mail from Monique Loeffert to Debra Ann Ivey | |
| 33 | AZ0437459-460 | 1/3/99 | E-mail from Barbara Villani to Joseph Mansfield | |
| 34 | AZ0426708, 0426710-13 | 7/14/97 | E-mail from Kaylor Kowash to Rickards, Arenson and Caswell | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 35 | AZ0428299-304 | 11/24/97 | Subpoena to Zeneca, Inc. issued by Michael Little, Regional Inspector General for Investigations | |
| 36 | AZ0017129 | 7/26/96 | Memorandum from MRP to Zeneca File re: Conversation with Mark Reisenauer 7/19/96 | |
| 37 | AZ0036510-33 | 6/00/95 | Document titled "Zoladex Reimbursement Hotline Activity Report – June 1, 1995 – June 30, 1995" prepared for Zeneca Pharmaceuticals by State & Federal Associates Inc. | |
| 38 | AZ0105879-881 | | Letter from Chris Bowman to Members of the "Maricopa Urology Lithotripsy Inc." Group | |
| 39 | AZ0096359 | | Letter from Chris Bowman to Sheila | |
| 40 | AZ0464087 | 9/13/00 | E-mail from John Freeberry to Julie-Ann Tracy | |
| 41 | AZ0445640-641 | 6/29/01 | E-mail from Barnabas Desta to David Meddis | |
| 42 | AZ0407062-065 | 00/00/02 | Sales Representative Call Notes | |
| 43 | AZ0431262-71 | | AstraZeneca Pharmaceuticals Agreement | |
| 44 | AZ0237164-69 | 11/20/95 | Internal Memorandum to Chris Iacono from Keith Patterson | |
| 45 | AZ0024479-81 | 1/19/96 | Internal Memorandum to Chris Iacono from Keith Patterson | |
| 46 | AZ0011640 | 9/10/96 | September 10, 1996 letter from M. Painter to M. Reisenauer | |
| 47 | AZ0011635-36 | 4/28/97 | Letter from M. Painter to T. Arenson | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 48 | PXL01258-66 | 8/6/96 | Fax from C. Ware to M. Reisenauer | |
| 49 | HOWE0052-57 | | Patient Financial History Prepare by Oregon Urology Specialists | |
| 50 | HOWE0120 | | Billing Statement to Mr. Howe | |
| 51 | HOWE0020-21 | | Medicare Summary Notice | |
| 52 | HOWE0010 | | Cancelled Check #3995 for $118.81 Made Out to Oregon Urology Specialists | |
| 53 | TOWN500-503 | | Patient Financial History Report | |
| 54 | TOWN0001-2 | | Cancelled Checks Made Payable to Mr. Townsend's Urologist, Dr. E. Richard Grieco | |
| 55 | TOWN 0056 | | Medicare Summary Notice | |
| 56 | AZ0702243-46 | 10/16/04 | Email of Erik Schultz | |
| 57 | AZ 0044059-63 | 10/13/95 | Letter to Mark J. Harberberger from William C. Lucas | |
| 58 | ABT 48686-96 | 12/18/95 | Letter from Mark J. Harberberger to William C. Lucas | |
| 59 | ABT 48560-76 | 9/26/95 | Letter from Mark J. Harberberger at Abbott to Glenn M. Engleman at AstraZeneca | |
| 60 | | 6/4/03 | Corporate Integrity Agreement between AstraZeneca and the Office of Inspector General of the Department of Health & Human Services, signed by AstraZeneca | |
| 61 | AZ0491331-43 | 2/10/03 | CMS Account Team Kickoff Meeting | |

001534-16  161656 V1

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 62 | AZ0037011 | 4/12/95 | Internal Memorandum from Ruth Beedle re: Zoladex Profitability | |
| 63 | AZ0037036-48 | 9/5/95 | Internal Memorandum from Tom Chen to Mike Bonney re: Zoladex Sample Inventories | |
| 64 | AZ0010307-09 | 4/6/96 | Memorandum to Keith Patterson from Tom Chen re: TAP Response to Zoladex Case Quantity Discount | |
| 65 | AZ0036661 | 5/7/96 | Memorandum to Mark Reisenauer, Tom Chen from Paula Jordon re: Payer Education Mailings | |
| 66 | AZ0577665-71 | 6/24/99 | Cost and Suggested List | |
| 67 | AZ0431261-71 | 6/24/02 | Email from Nancy Jones to Holle Terkhorn re: Annual Buy Group Zoladex Contract Template | |
| 68 | AZ0461415-65 | 6/2/00 | Urology Portfolio Strategic Plan – TALT Update | |
| 69 | AZ0004616-38 | | Zoladex Strategic Summary – 1998-2002 by Keith Patterson | |
| 70 | AZ0682890-907 | 00/00/03 | Zoladex 2003 EFAR Forecast | |
| 71 | AZ0689131-37 | 12/22/03 | Email from Kathryn Jones re: Data to Support Additional Payment for Part B Drugs in 2004 | |
| 72 | AZ0426351-357 | 12/29/98 | Letter to Eric Kraeutler from Michael Little with enclosed Subpoena to Zeneca, Inc. | |
| 73 | AZ0464456 | 1/00/02 | Pricing News | |
| 74 | AZ0707711-34 | | Zoladex Market Pricing | |
| 75 | AZ0462355-56 | 4/4/00 | Email from Joan McDevitt re: Revised AZ Competitors Report | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 76 | AZ0425763-769 | 5/10/02 | Fax to Eric Kraeutler from Margaret Mackey; Letter to Recipient of Subpoena from Donald K. Stern; Subpoena to Zeneca, Inc. | |
| 77 | AZ0005740-41 | 8/21/96 | Internal Memorandum from Mark Reisenauer to Steve Strand re: Zoladex Pricing Recommendations | |
| 78 | AZ0013233-35 | 10/24/96 | Internal Memorandum from Mark Reisenauer to Keith Patterson and Steve Strand re: Zoladex Price Increase Recommendation | |
| 79 | AZ0437058-60 | | LHRH Cost Comparison | |
| 80 | AZ0437062 | | Patient on 4 10.8mg Injections | |
| 81 | AZ0422502-13 | 4/30/97 | Internal Memorandum from Product Management Team for Zoladex to Oncology Care Representatives & Area Business Specialists re: New Options for Credit Card Payments for Zoladex | |
| 82 | AZ0431073 | 1/12/99 | Draft Letter to Physician from Kulda & Heisey re: Zoladex Price Increase | |
| 83 | AZ0694210-65 | 04/00/03 | Office of Inspector General – Compliance Program Guidance for Pharmaceutical Manufacturers | |
| 84 | PTX01034 | 1/19/95 | Letter to Enid Olayan from Carol Ware | |
| 85 | PXL05552-602 | 8/20/93 | Letter to Keith Patterson from Carol Ware enclosing report on Zoladex calls | |
| 86 | PXL05638-991 | 2/23/94 | Letter to Keith Patterson from Carol Ware enclosing report on Zoladex calls | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 87 | PXL06067-594 | 2/23/96 | Letter to Keith Patterson from Carol Ware enclosing report on Zoladex injuries | |
| 88 | PXL01037 | 1/20/95 | Fax from Carol Ware to Medicare Part B Carrier | |
| 89 | AZ0036923-26 | 6/14/96 | Memo to Mike Murray from Carol Ware re: CIGNA Medicare Bulletin | |
| 90 | AZ0021569-71 | 6/17/96 | Fax to Keith Patterson & Mark Reisenaur from Carol Ware re: Colorado Medicare Part B | |
| 91 | | | Zoladex Label | |
| 92 | | | Zoladex Labeling | |
| 93 | | | Lupron Depot 4-Month (30mg) Advantages | |
| 94 | | 4/10/98 | Letter to Annual Contract Customer from Kathleen Sailer & Earl Heisey | |
| 95 | | | Zoladex Annual Contract | |
| 96 | | | Invoice | |
| 97 | AZ0487753-56 | 2/1/93 | Suggested List Prices and Marketing Policy | |
| 98 | AZ0427978-85 | 6/2/98 | U.S. Wholesale Druggists Cost and Suggest List Prices | |
| 99 | AZ0018042-44 | 11/4/96 | Internal Memorandum from Mark Reisenauer to Bob Black & Jim O'Shea re: Zoladex Price Increase Recommendation | |
| 100 | AZ0096314 | | 1-Month Depot Zoladex | |
| 101 | AZ0096386-88 | 9/26/95 | Memo to Gary Hansen from Chris Bowman re: NSS- "Purchase Groups" | |
| 102 | AZ0096255-59 | 8/29/97 | Email from Christopher Bowman re: Updated "Cheat Sheets" | |
| 103 | AZ0096293 | | Draft Letter to Ben from Chris Bowman | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 104 | AZ0428238-62 | | Zoladex Strategic Summary 1997-2001 prepared by Keith Patterson | |
| 105 | AZ0004734-55 | 4/20/95 | Zoladex Strategic Plan 1996-2000 – Draft #1 by Keith Patterson | |
| 106 | AZ0010334-37 | 1/12/95 | Memorandum to Chris Iacono from Keith Patterson re: Zoladex Pricing Strategy | |
| 107 | AZ0010297-302 | 3/1/95 | Memorandum to William Simpson from Keith Patterson re: Zoladex Pricing | |
| 108 | PXL 06595-661 | 12/27/96 | Letter to Keith Patterson from Sean Coakley & Stephanie Wagoner | |
| 109 | PXL01040 | 2/15/95 | Letter to Travelers Railroad Medicare from Sean Coakley | |
| 110 | PXl01045 | 2/23/95 | Letter to Ms. Rita Crook, North Carolina Medicare Part B from Sean Coakley | |
| 111 | PXL01111-13 | 5/2/96 | FOIA request to Kelly Gross, Blue Shield of California from Sean Coakley | |
| 112 | PXL01116 | 5/14/96 | Letter to Medicare Part B Claims Review from Sean Coakley | |
| 113 | PXL01731-34 | 7/9/96 | Letter to Laura Brooks from Sean Coakley re: Pricing for Zoladex 3.6 mg (goserelin acetate implant ) – HCPS J9202 | |
| 114 | PXL01702-11 | 8/8/96 | Letter to Irene Michel, Minnesota Medicare Part B from Sean Coakley | |
| 115 | AZ0425772-73 | 03/28/02 | Letter to John C. Dodds, Esq. From Beth Mowkow-Schnoll, ASUA | |
| 116 | AZ0419345-48 | | Medicare Review | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 117 | AZ021838 | 10/12/95 | Internal Memorandum from Thomas Chen to Keith Patterson re: Price Increase for Zoladex | |
| 118 | AZ0080407-11 | 11/20/95 | Internal Memorandum from Keith Patterson to Chris Iacono re: Zoladex Pricing | |
| 119 | AZ0376204-17 | | AstraZeneca Urology Representative Training | |
| 120 | AZ0096241-42 | 12/5/97 | Email from John Armstrong re: Zoladex Spreadsheet | |
| 121 | AZ0413687-91 | 3/7/02 | Fax to Soleil Chavoshi from John Armstrong re: Competitive Pricing | |
| 122 | AZ0423944-50 | | LHRH Cost Comparison | |
| 123 | AZ0432026-34 | 3/13/01 | Email from John Freeberry re: Change in AWP Spread | |
| 124 | AZ0449836-50 | 8/9/00 | Email from John Freeberry to Joan McDevitt Re: Redbook | |
| 125 | AZ0438780-81 | 1/17/00 | Email from Kenneth Smith re: Comparison of 3 month Zoladex & 3 month Lupron (New AWP & Pricing) | |
| 126 | AZ0016060-74 | | Proposed Zoladex Contracting Strategy | |
| 127 | AZ0044002-13 | 1/26/96 | Zoladex 3-Month 10.8mg Depot Pricing Proposal | |
| 128 | AZ0024179-90 | 00/00/95 | Zoladex Prostate Cancer 1995 Operational Plan | |
| 129 | AZ0021833 | 11/14/95 | Internal Memorandum to Keith Patterson from Chris Iacono re: Zoladex | |
| 130 | AZ0040464 | 11/4/97 | Internal Memorandum to C. J. Iacono from M. L. Rickards re: 1998 Pricing Recommendations – Prostate Cancer Portfolio | |
| 131 | AZ0000134-43 | | Zoladex Strategic Plan 1993-1997 | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 132 | AZ0097294-95 | 6/24/97 | Email from John Armstrong to Timothy Arenson re: 1998 Price Positioning | |
| 133 | AZ0095847-53 | 11/5/97 | Email from John Armstrong to Jean Ludwig, Kenneth Smith and John Wawrzonek re: Zoladex vs. Lupron Cost & Profit Comparison | |
| 134 | AZ0044713-14 | 11/3/97 | Email from Dean McAlister to Timothy Arenson re: Response: ZOLPRICE93.xls | |
| 135 | | | Call Notes | |
| 136 | AZ0010394-99 | 3/3/94 | Memorandum from Keith Patterson to W.J. O'Shea re: Zoladex Quantity Discount Recommendations | |
| 137 | PXL03686-715 | | Guide to Coverage and Reimbursement | |
| 138 | AZ0000062-85 | 6/21/94 | Draft #1 Zoladex Strategic Plan 1995-1999 | |
| 139 | AZ0427246-65 | 7/7/97 | Proposed Zoladex Contracting Strategy | |
| 140 | AZ0032538-43 | 2/17/95 | Memorandum to William Simpson from Keith Patterson re: Zoladex Pricing | |
| 141 | PXL02766-812 | | Zoladex Coverage & Reimbursement Physician's Office Guide | |
| 142 | AZ0428327-50 | | Zoladex Strategic Summary 1998-2002 | |
| 143 | AZ0017131-36 | 1/23/96 | Internal Memorandum from Keith Patterson to Chris Iacono re: Zoladex Pricing Recommendations | |
| 144 | AZ0021679-81 | 12/2/96 | Internal Memorandum from Mark Reisenauer re: Zoladex Price Increase | |
| 145 | AZ0022136-46 | 2/00/96 | US Business Review – February 1996 – Zoladex prepare by Keith Patterson | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 146 | PXL00095-96 | 7/17/96 | Memo to Keith Patterson, Mark Reisenauer, Tom Chen from Howard Tag re: Medicare Reimbursement | |
| 147 | AZ0010338-39 | 1/19/95 | Internal Memorandum from Keith Patterson to Chris Iacono re: Zoladex Pricing | |
| 148 | AZ0715813-943 | | Price Analysis | |
| 149 | AZ0463627-29 | 1/28/02 | Email from Jill Krating to Erik Schultz re: NEW PDF of Pricing News | |
| 150 | AZ0464857-59 | 3/1/02 | Email from Erik Schultz to Jill Krasting re: AWP Spread | |
| 151 | AZ0373269 | 3/17/97 | Fax to Frederick Hollon, M.D. from Jack Wawrzonek | |
| 152 | AZ0096737-38 | 12/1/97 | Fax to Jeffrey Frankel, M.D. from Jack Wawrzonek re: Zeneca Annual Zoladex Contract | |
| 153 | AZ0094769 | 9/5/97 | Email from Cathy Chakos to Kenneth Smith & John Wawrzonek re: Fay Alliance | |
| 154 | AZ0437244-47 | 3/30/99 | Email from John Wawrzonek to Todd Orsi re: Annual Contract | |
| 155 | AZ0373195 | | AstraZeneca Code of Conduct (CD) | |
| 156 | | | Video Deposition of Dr. Robert A. Berkman | |
| 157 | | 02/14/06 | Video Deposition of David Brennan | |
| 158 | | 4/4/06 | Amended Version of AstraZeneca Pharmaceuticals LP's and Zeneca, Inc.'s Responses to Plaintiff's Interrogatories and Requests for Admission in Montana | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 159 | AZ0463307 | 04/09/99 | Email from John Freeberry to David Brennan re: Current Pricing Issues | |
| 160 | AZ0048992-9023 | 01/15/91 | 1991 Zoladex Promotional Plan | |
| 161 | AZ0037020-21 | | Draft Advertisement for Zoladex | |
| 162 | AZ0008092-119 | 00/00/92 | Zoladex Medical/Marketing Operating Plan 1992 | |
| 163 | AZ0048961-8091 | 00/00/94 | Zoladex Prostate Cancer 1994 Operational Plan | |
| 164 | AZ0009978-91 | 00/00/95 | Zoladex Prostate Cancer 1995 Operational Plan | |
| 165 | AZ0004273-84 | 00/00/97 | Advanced Prostate Cancer 1997 Operational Plan for Zoladex 3.6MG and 10.8MG and Casodex | |
| 166 | AZ0033814-40 | 10/1/97 | 1998 Operational Plan for Casocex & Zoladex | |
| 167 | AZ0001598-603 | 1998 | Prostate Cancer 1998 Operational Plan for Casodex & Zoladex with Handwritten Notes | |
| 168 | AZ0427138-783 | 1999 | 1999 Operational Plan for The Prostate Cancer Portfolio – Casodex & Zoladex | |
| 169 | AZ0432467-80 | 4/29/02 | Email from Connie McDonough to Kathryn Jones re: Zoladex 2003 Product Strategic Plan | |
| 170 | AZ0008130-50 | 1992-94 | Zoladex Medical/Marketing Operational Plan | |
| 171 | AZ0008087-91 | 1994 | Zoladex Medical Marketing Operational Plan | |
| 172 | AZ0008069-86 | 1995 | Pharma Deliverables Report – Zoladex Medical Marketing Operational Plan | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 173 | AZ0024003-10 | 8/16/95 | Zoladex 3.6mg and 10.8mg Prostate Cancer 1996 Operational Plan – Draft #1 | |
| 174 | AZ0385646 | 6/25/00 | Call Notes from Dana Nevil, AZ Sales Representative | |
| 175 | PXL00955-67 | 1/13/99 | Letter from Fred Roberts to Marci Calli attaching an 1998-99 executed contract between Parexel & AstraZeneca | |
| 176 | AZ0096323 | | "An Evening With Ray Painter, M.D." | |
| 177 | AZ0237533-36 | 12/06/91 | Letter to Maureen McShane from Robert J. Shaughnessy re:  ICI Americas Inc. Response to TAP Pharmaceuticals /Abbott Laboratories Letter of October 21, 1991 | |
| 178 | ABT 48560-76 | 09/26/95 | Letter to Glenn Engelmann from Mark J. Haberberger re:  Illegal and/or Fraudulent Zeneca Marketing Activities | |
| 179 | AZ0427138-183 | 00/00/99 | 1999 Operational Plan for The Prostate Cancer Portfolio Casodex & Zoladex | |
| 180 | AZ0413739-742 | 11/28/00 | Email from Dean McAlister to Soheil Chavoshi & John Krukiel re: Provider Response: Tap Care & Cigna AZ | |
| 181 | AZ0431325-326 | 09/24/99 | Email from Maureen Gillick to Julie Doll re: Reimbursements for Zoladex vs. Lupron | |
| 182 | | 05/3/03 | *OIG Compliance Program Guidance for Pharmaceutical Manufacturers*, 68 Fed. Reg. 23731 (May 3, 2003) | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 183 | BMS/AWP/000192875-76 | 1/30/01 | Email from Janine Suscewicz re: Message from Ed Penick attaching a 1/26/01 Executive Memorandum from E. Penick to U.S. Sales & Marketing Personnel re: Media Coverage – Pharmaceutical Pricing Practices | |
| 184 | AZ0391087 | | Call Notes | |
| 185 | AZ0388709-11 | | Call Notes | |
| 186 | AZ0689806-21 | 8/21/97 | Fax from Dayne Bauman to Mary Ann Romano | |
| 187 | AZ0037018-19 | 03/22/95 | Memo to Specialty Care Representatives from Oncology Specialty Marketing Team re: New Case Quantity Discount | |
| 188 | | 06/20/03 | Press Release from the Department of Justice: "AstraZeneca Pharmaceuticals LP Pleads Guilty to Healthcare Crime; Company Agrees to Pay $355 Million to Settle Charges | |
| 189 | TOWN 0058 | 10/11/00 | Medicare Summary Notice | |
| 190 | TOWN 0060 | 04/04/01 | Medicare Summary Notice | |
| 191 | TOWN 0223 | 12/28/00 | Medicare Summary Notice | |
| 192 | TOWN 0317 | 02/06/02 | Medicare Summary Notice | |
| 193 | | | Billing Records of Mr. Townsend's urologist, Dr. Grieco | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 194 | | 3/14/02 | Testimony of Thomas A. Scully, Administrator of Centers for Medicare & Medicaid Services, on Reimbursement & Access to Prescription Drugs under Medicare Part B, Senate Finance Committee, Subcommittee on Health | |
| 195 | | 12/6/01 | Sentencing Memorandum of the United States. *United States v. TAP Pharmaceutical Products, Inc.*, No. CR-01-10354-WGY (D. Mass. Dec. 6, 2001) | |
| 196 | | 12/6/01 | *United States v. TAP Pharmaceutical Products, Inc.,* No. CR-01-10354-WGY (D. Mass. Dec. 6, 2001) – Disposition | |
| 197 | TAP 5030224-458 | | Document titled "Big Mac Attack – Coach's Playbook" | |
| 198 | | 9/28/00 | Letter from the House of Representative Committee on Ways and Means, Subcommittee on Health, to President of the Pharmaceutical Research and Manufacturers of America | |
| 199 | | 10/31/00 | Letter from Congressman Stark to Commissioner of the Food and Drug Administration | |
| 200 | | 12/6/00 | Letter from Congressman Stark to Chief Counsel to the HHS Inspector General dated December 6, 2000; and Letter to Nancy-Ann Min DeParle from Thomas Bliley | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 201 | PXL06662-725<br>PXL04626-96<br>PXL04697-763<br>PXL04764-824<br>PXL04825-90<br>PXL04891-949<br>PXL04950-5003<br>PXL05004-65<br>PXL05117-69<br>PXL07273-334<br>PXL05232-328 | | Reimbursement Hotline Monthly Reports Prepared by Parexel for 1997 | |
| 202 | PXL02832-36 | 3/92 | Zoladex Hotline & Payer Advocacy Activity Prepare for ICI Pharma by State & Federal Associates Inc. | |
| 203 | PXL045495-509 | 3/16/93 | Letter to J.R. Hildreth from Beatrice Jordean enclosing the report on calls received from by the Zoladex Hotline for February 1993 | |
| 204 | PXL01220-21 | 7/19/93 | Letter to Karen Simon, R.N. from Beatrice Jordan | |
| 205 | PXL05684-718 | 4/25/94 | Letter to Keith Patterson from Carol Ware enclosing the report received by the Zoladex Hotline for March 1994 | |
| 206 | PXL05821-46 | 8/19/94 | Letter to Keith Patterson from Carol Ware enclosing the report on calls received by the Zoladex Hotline for July 1994 | |
| 207 | PXL05997-6007 | 6/00/95 | Overview Activity June 1, 1995 – June 20, 1995 | |
| 208 | PXL00064-66; PXL01118-20; PXL01366; PXL01371; PXL01369-70; PXL01367-68; PXL01258-66 | 6/17/96 | Various Documents Regarding Grant Steffen | |
| 209 | AZ0033347-51 | 9/12/96 | Memo from Marybeth Farrell re: Legislative Policy Committee Meeting August 20, 1996 | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 210 | AZ0427483-87 | 2/13/97 | Fax to Medicare Reimbursement Team from Stephen McMillan attaching memo to Barry Caldwell from Gary Persinger | |
| 211 | AZ0019359-62 | 4/24/97 | Memo from Keith Patterson to MaryBeth Farrell re: Impact of Medicare Reimbursement Changes | |
| 212 | AZ0417794-832 | 5/13/97 | Internal Memo from MaryBeth Farrell to Legislative Policy Committee Medicare Reimbursement Committee re:  Medicare Reimbursement Team Report:  Business Impacts of Policy Changes | |
| 213 | AZ0416417-19 | 3/18/98 | Internal Memo from J. Schlicht & S. McMillan to S. Harrison re: Presentation to the Marketing Strategy and Contract Operations Group | |
| 214 | AZ0416877-99 | 1/5/99 | Memo to the Members of the Federal Health Care Legislation KIT Staff Work Group re: Materials for Tomorrow's Federal Health Care Legislation KIT Meeting | |
| 215 | AZ0424501 | | Zoladex (goserelin acetate implant) Reimbursement History | |
| 216 | AZ0416601-03 | 06/12/00 | Report to the Executive Committee on Other Federal Legislative & Regulatory Developments | |
| 217 | AZ0414607-41 | 8/00 | Pharma Pricing & Reimbursement – August 2000 Vol. 5, Number 8 | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 218 | AZ0488721-32 | 9/21/01 | Congressional Hearing Report re: "Medicare Drug Reimbursements: A Broken System for Patients and Taxpayers" | |
| 219 | AZ0683398-400 | 1/15/01 | Email chain forwarding letter from Tauzin, Bilirakis & Greenwood to Scully | |
| 220 | AZ0683856-66 | 10/3/02 | 67 Fed. Reg. 62057 (Oct. 3, 2002) with draft OIG guidelines | |
| 221 | PXL01825 | 3/15/94 | Memo from Director of Office of Payment Policy to All Associate Regional Administrators for Medicare re: Determination of Acquisition Cost of Drugs | |
| 222 | AZ0416401-02 | 10/9/00 | Letter from Alan F. Holmer to Congressman Pete Stark | |
| 223 | AZ0488687-720 | | GAO Draft Report: Medicare Payments for Covered Outpatient Drugs Exceed Providers' Cost | |
| 224 | AZ0488680-86 | 9/21/01 | Testimony of Thomas A. Scully Administrator Centers for Medicare & Medicaid Services on Medicare Payment for Drugs House Energy & Commerce Subcommittees on Oversight & Investigations and Health | |
| 225 | AZ0488615-27 | | Testimony before Subcommittees on Health & Oversight & Investigations Committee on Energy and Commerce – Hearing on Medicare Drug Reimbursement: A Broken System for Patients and Taxpayers | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 226 | AZ0488656-63 | 9/21/01 | Testimony of George F. Grob Deputy Inspector General for Evaluation and Inspections HHS Office of Inspector General | |
| 227 | PXL01215-16 | 6/23/94 | Memo to Keith Patterson from Sandy Robinson re: Medicare Carrier Survey of Drug Acquisition Prices | |
| 228 | AZ0416840 | 2/6/98 | Memo from Steve Cole Announcing a Meeting of the Medicare Committee on February 11, 1998 | |
| 229 | www.astrazeneca-us.com/content/aboutAZ/astrazeneca-our-company.asp | 3/12/07 | AstraZeneca Website "Our Company – Healthcare for People. Imaging That." | |
| 230 | | 7/26/04 | AstraZeneca's Objections and Responses to Plaintiffs' Interrogatories to the Fast Track Defendants | |
| 231 | | | Page from CMS Website "Pharmaceutical Pricing Issues – AMP/AWP" | |
| 232 | FDB-AWP-16989-96 | 7/2/01 | Fax to First DataBank from Sandra Bell re: Revised Prices | |
| 233 | WKH77797-801 | 2/13/97 | Price Change Notifications | |
| 234 | WKH02434-38 | 1/6/98 | Urgent – Price Change Information | |
| 235 | WKH02446-47 | 1/7/00 | Price Change | |
| 236 | | 12/3/06 | Reimbursement Issues with Hormonal Therapies for Prostate Cancer with M. Ray Painter from the Urology Journal Website | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 237 | AZ0052706-07 | 5/23/94 | Memo to Keith Patterson, Cyndee Davies and Dave Shoup from Sandy Robinson re:  HCFA Request for Acquisition Cost Information | |
| 238 | PXL01210-14 | 7/21/94 | Memo to Keith Patterson from Karen Wilson re: Memos from ASCO Concerning Medicare Survey of Drug Acquisition Costs | |
| 239 | TAP GB 08146 | 6/8/94 | Memo to Alan MacKenzie from Dolly Hanrahan re: Medicare Proposal | |
| 240 | TAP 5080964-68 | 4/1/97 | Administration Days – Lemon - Fax to TAP, Chad Flesher | |
| 241 | TAP 5085632-51 | | Zoladex Marketing Materials | |
| 242 | TAP00051966-74 | 8/29/97 | LHRH Proposal for Center for Urology by Zeneca Pharmaceuticals | |
| 243 | TAP 5085500-05 | 9/2/97 | Fax to Jeff from Arlene attaching Zoldadex Marketing Materials | |
| 244 | AZ0069688-701 | 5/1/96 | Zeneca Pharmaceuticals Agreement with Urology Network of Central Ohio | |
| 245 | AZ0022281-94 | | Medicare Market Segment Strategic Plan – 1997 – 2001 prepare by Rick Mann | |
| 246 | AZ0092152-67 | 7/23/93 | Prostate Cancer Situation Analysis Review prepared by Mark Reisenauer | |
| 247 | | | Howe Lupron-Zoladex History Chart with back up documents | |
| 248 | TAP 9030665-66 | 1/24/99 | Email from Betsy Coldwell to Carla Smith, Antonina McNulty, Ed Lwe, David Obrochta and Stephanie Phelps re: RTP with attached spreadsheet | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 249 | TAP 9070216-17 | 4/28/99 | Email from Antonina McNulty to Betsy Coldwell, Dan Aboud, Carie Van Tuy, William Foxx and Carla Smith re: Lupron/Zoladex Pricing Schedule with Attacment | |
| 250 | TAP 9078091-104 | 7/16/98 | Email from Kristen Sgroi to Karen Terradista re: UAOFRO.PPT with attachment | |
| 251 | TAP 9078177-79 | 1/21/99 | Email from Betsy Coldwell to Antonina McNulty re:  RTP with attachment | |
| 252 | TAP 9078184-87 | 2/3/99 | Email from Betsy Coldwell to Antonina McHuntly, David Obrochta, Stephanie Phelps, and Carla Smith re:  CYA with attachment | |
| 253 | TAP RJ 13960-67 | 9/1/99 | Email from Rita Jokiaho re: 4 Month Power Point Presentation. Another Selling idea to increase our 4 month conversion with attachment | |
| 254 | | 7/21/05 | Video Deposition of Christopher Iacono | |
| 255 | | 6/28/05 & 6/29/05 | Video Deposition of Keith Patterson (Disks 1-3 (6/28/25) & Disks 1-2 (6/29/05)) | |
| 256 | | 12/8/05 | Video Deposition of Mark Reisenauer | |
| 257 | | 12/14/05 | Video Deposition of Thomas Chen | |
| 258 | | 6/30/05 | Video Deposition of Robert Black | |
| 259 | TOWN 0037-38; TOWN 0040-41; TOWN 0046-66; TOWN 0348; TOWN 0511-12; TOWN 0515-20; TOWN 0523-38; TOWN 0575-94; TOWN 0604-93 | | Townsend Chart of Lupron/Zoladex History with back up | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 260 | ESTES 0001-05 | | Statements from Maryland Oncology Hematology PA | |
| 261 | ESTES 0006-8 | 3/6/06 | Billing Records from Maryland Oncology Hematology | |
| 262 | ESTES 0009-14 | 2/1/07 | Billing Records from Maryland Oncology PA and a letter to James Estes from Jacquelyn Kelly dated May 5, 2006 | |
| 263 | ESTES 0015-29 | | Various Medical Records for James Estes | |
| 264 | ESTES 0030 | 3/6/06 | Letter from Margaret Klein to James Estes re Payment to Maryland Oncology Hematology PA | |
| 265 | | 3/16/06 | Attachment A to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 266 | | 3/16/06 | Attachment B: Documents Cited to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 267 | | 3/16/06 | Attachment C: Medicare's Resource Based Relative Value Scale to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 268 | | 3/16/06 | Attachment D.1 Through D.3: Review of OIG and Other Industry Reports, D.4: Summary of OIG and Other Available Reports for Medicare Part B and Physician Administered Drugs to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 269 | | 3/16/06 | Attachment E.1.a: AstraZeneca Annual Average Sales Price to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 270 | | 3/16/06 | Attachment E.1.b: AstraZeneca Annual AWPs to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 271 | | 3/16/06 | Attachment E.1.c: AstraZeneca Annual Spreads to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 272 | | 3/16/06 | Attachment E.1.d: AstraZeneca Total National Net Sales to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 273 | | 3/16/06 | Attachment E.2: AstraZeneca Electronic Data Calculation Notes to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 274 | | 3/16/06 | Attachment F.1.A: Zoladex Damages for Class 1 Beneficiaries to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 275 | | 3/16/06 | Attachment F.1.b: Zoladex Damages for Class 1 Beneficiaries by State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 276 | | 3/16/06 | Attachment F.2.a: Savings on Class 1 Medicare Payments Assuming Reimbursements Based on 106% of ASP to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 277 | | 3/16/06 | Attachment F.2.b: Savings on Class 1 Medicare Payments Assuming Reimbursements Based on 106% of ASP by State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 278 | | 3/16/06 | Attachment G.1.a: Medicare Reimbursement for Zoladex and Administration Fee (With Transition Fee State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 279 | | 3/16/06 | Attachment G.1.b: Medicare Reimbursement for Zoladex and Administration Fee (Without Transition Fee) State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 280 | | 3/16/06 | Attachment G.1.c: Changes in Medicare Reimbursement for a Typical Administration of Zoladex Including Transition Fee State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 281 | | 3/16/06 | Attachment G.1.d: Changes in Medicare Reimbursement for a Typical Administration of Zoladex Without Transition Fees State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 282 | | 3/16/06 | Attachment G.2: Comparison of Direct Testimony ASPs with CMS ASPs State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | |
| 283 | | 3/16/06 | Attachment A to the Report of Dr. Meredith Rosenthal Regarding AstraZeneca and Class 1 | |
| 284 | | 3/16/06 | Attachment B to the Report of Dr. Meredith Rosenthal Regarding AstraZeneca and Class 1 | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 285 | | 3/16/06 | Exhibit 2: Distribution of Supplementary Health Insurance for the Medicare Population, 1996 Fee-For-Service Enrollees to the Amended Written Tutorial of Dr. Meredith Rosenthal to Reflect Matters Relevant to AstraZeneca and Class 1 Only | |
| 286 | 05-22-1179-81; 05-23-1767; 05-23-1769 | | Call Notes | |
| 287 | SHEPLEY 0017-27 | | Documents Identifying Zoladex Injections for Shepley | |
| 288 | MDL-OBI00042743 | 11/20/01 | Memo to Nephrology Field Sales re: Competitive Pricing | |
| 289 | MDL-CEN00104171-76 | 6/7/02 | RBS Scenario Role Play Talk Track:   Final June 7, 2002 | |
| 290 | TAP 5067796-99 | 1/26/90 | RTP comparison of Lupron vs. Zoladex, showing that Lupron yields $15.00 additional revenue over Zoladex per patient per month | |
| 291 | TAP 2018443-44 | 3/11/91 | TAP Free Goods Program | |
| 292 | TAP GB 11677-78 | 7/29/91 | Final Medicare and Medicaid "safe harbor" anti-kickback regulations become effective. | |
| 293 | TAP GB 11677-78 | 8/13/91 | Medicare and Medicaid "safe harbor" anti-kickback regulations become effective. | |
| 294 | TAP 5035891-94 | 12/02/91 | Memo from Hank Pietraszek (President, TAP) | |
| 295 | TAP 00095522-23 | 12/06/91 | MacKenzie memo to TAP field personnel | |
| 296 | TAP 00096700-14 | 9/00/92 | MacKenzie Memo | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 297 | TAP 1004729-43 | 11/30/92 | Memo from Carl Kunkleman to Don Patton and Karen Howard | |
| 298 | TAP 1057279-344 | 12/00/92 | TAP "Think Urology Facts Book" | |
| 299 | TAP 0096717-43 | 00/00/92 | Reimbursement Overview Notes | |
| 300 | TAP 1051032-38 | 3/1/93 | TAP Contingency Plan | |
| 301 | TAP 5128872-74 | 6/2/93 | Letter to Provider | |
| 302 | TAP 2018132-55 | 4/00/93 | Nationwide implementation of computerized business reviews by TAP | |
| 303 | TAP 00096172-75 | 8/30/93 | Analysis of TAP's Quantity Discount Program | |
| 304 | TAP GB 08166-73; TAP 00133338-45 | 4/26/94 | Zeneca Pharmaceuticals announces the Zoladex Access Program (ZAP) for patients with endometriosis. | |
| 305 | TAP GB 08429-34 | 5/4/94 | Fax from Abbott to Alan MacKenzie | |
| 306 | TAP00096098-103 | 5/5/94 | Fax from Dolly Hanrahan to Alan MacKenzie | |
| 307 | TAP 2016893-902 | 5/31/94 | TAP proposal for a Medicare Compassionate Care Program | |
| 308 | TAP 2047341-45 | 6/1/94 | Francesca Racette reports on 'Current Managed Care Situations in SoCal' | |
| 309 | TAP GB 08146-50 | 6/8/94 | Abbott interoffice correspondence to Alan MacKenzie | |
| 310 | TAP 00095161-70 | 6/8/94 | Letter from MacKenzie to Arthur Goetz (Lupron patient) | |
| 311 | TAP 5055606-10 | 7/10/95 | Memo from Jim Salanty to Field Sales Force | |
| 312 | TAP 5077322-23 | 7/25/94 | Daly memo to Lupron Field Sales Force | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 313 | TAP GB 08079 | 7/25/94 | Memo from Gina Borkowski to Alan MacKenzie | |
| 314 | TAP 00096052-53 | 8/19/94 | Memo | |
| 315 | TAP 1013762-76 | 11/30/94 | Bill McKenna memo to Lolli Sherry | |
| 316 | TAP 5056816-23 | 1/10/95 | Memo re: Redbook Update | |
| 317 | TAP GB 08362-63 | 3/17/95 | Memo from Jeff Stewart to Jim Salanty | |
| 318 | TAP GB 08517-27 | 6/6/95 | Regional Manager Meeting on TAPCARE Program | |
| 319 | TAP 3009488-99 | 7/01/95 | TAP Lupron Depot 7.5 Contract | |
| 320 | TAP 5084510-670 | 7/25/95 | Copy of Selling Against Zoladex Presentation | |
| 321 | TAP 2070221-36 | 9/26/95 | Copy of Letter From Haberberger to Engelmann | |
| 322 | TAP 5106724-27 | 9/00/95 | 'Think Urology' newsletter (Vol. 2, September 1995) | |
| 323 | TAP 2070220 | 10/9/95 | Letter from William C. Lucas (General Counsel, Zeneca) to Mark J. Haberberger (Senior Attorney, Abbott Laboratories) | |
| 324 | ABT 48680-85 | 10/13/95 | Letter from William C. Lucas (Counsel, Zeneca) to Mark J. Haberberger (Senior Attorney, Abbott) | |
| 325 | TAP 5034425-26 | 10/17/95 | TAP (Jim Salanty) memo to senior management | |
| 326 | ABT 48677-79 | 10/27/95 | Haberberger Letter to Lucas | |
| 327 | TAP GB 09866-78 | 11/21/95 | Memo from Carrie Nutt to Field Sales Force | |
| 328 | ABT 48551-54; ABT 48550; ABT 48547-48; ABT 48549 | 12/18/95 | Letter from Mark J. Haberberger to William C. Lucas | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 329 | TAP 2007768-91 | 00/00/95 | TAP Business Unit 1995-1999 Long Range Plan (LRP) | |
| 330 | TAP 9073175-79 | 1/16/96 | Memo from Karen Howard re 'Reimbursement Experience Program' | |
| 331 | TAP 0004346-48 | 1/19/96 | TAP Holdings, Inc., 1996-2000 Revised Long Range Plan (LRP) Business Overview/Summary | |
| 332 | TAP 5050275-81 | 1/26/96 | Zeneca Price Increase | |
| 333 | TAP 9073158-67 | 2/1/96 | Memo from Karen Howard to Don Patton et al. | |
| 334 | TAP 5032859-55 | 4/1/96 | New Hire Training Manual | |
| 335 | TAP 5035816-18 | 7/9/96 | Zoladex Sales Representative Memo | |
| 336 | TAP 00065944 | 9/23/96 | E-mail from Ed Rozanski to T.J. Sheehan and Nancee Stiver | |
| 337 | TAP-BLI 0019598-600 | 1/1/97 | Zeneca Price Increase | |
| 338 | TAP 00065904 | 1/3/97 | Call Notes of New Jersey Uro Net | |
| 339 | TAP2007403-23 | 1/17/97 | TAP Holdings long range plan (LRP) 1997-2000 | |
| 340 | TAP-BLI 0079996-80010 | 1/28/97 | TAP (R. Masterson) Reimbursement Contingency Plan | |
| 341 | TAP 9065351-52 | 2/20/97 | TAP (Tanya Gross) Report | |
| 342 | TAP 1055735-36 | 2/27/97 | Marketing Research | |
| 343 | TAP 5102031-33 | 3/00/97 | March 1997 Lupron District Managers Report from Lou Savant to Joe Luminiello | |
| 344 | TAP 5017394-406 | 3/14/97 | TAP (Robin Powers) memo to TAP management | |
| 345 | TAP2011610 | 4/00/97 | TAP Memo | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 346 | TAP 00049409-10 | 5/13/97 | Affiliated Urology Memo | |
| 347 | TAP 5080955-56 | 5/16/97 | TAP Sales Representative Report | |
| 348 | TAP 5060766-75 | 7/31/97 | Zoladex Pricing Sheet | |
| 349 | TAP 2047004-06 | 8/7/97 | TAP Holdings, Inc. LCA Update | |
| 350 | TAP 1056616-18 | 8/15/97 | TAP Holdings, Inc. Memo | |
| 351 | TAP 5041020-27 | 11/4/97 | TAP Meeting | |
| 352 | TAP 2033272-442 | 11/4/97 | TAP Holdings, Inc. 1998 Plan | |
| 353 | TAP 5059776-84 | 12/23/97 | Zoladex Pricing Sheet | |
| 354 | TAP 9015068-86 | 1/12/98 | Zeneca Program | |
| 355 | TAP 9037636-37 | 1/22/98 | Michele Versluis and Jim Salanty memo | |
| 356 | TAP 9086897-901 | 1/25/98 | TAP sales representative (Jeffrey Rowell) memo | |
| 357 | TAP 9086970-73 | 1/31/98 | DM Bill McAlpine Memo | |
| 358 | TAP-BLI 008743-57 | 2/10/98 | Zeneca Contract Document | |
| 359 | TAP 9078085-87 | 2/23/98 | DM Barbara Tolbert memo | |
| 360 | TAP 9082382-85 | 2/26/98 | DM Bill McAlpine report | |
| 361 | TAP 9055245-47 | 3/11/98 | TJ Sheehan and Jim Salanty memo | |
| 362 | TAP RJ 11692-95 | 4/00/98 | Rita Jokiaho's Monthly Activity Report for April 1998 | |
| 363 | TAP 9083316 | 6/29/98 | Michael Hughes (SGA) report | |
| 364 | TAP 9030722 | 7/15/98 | TAP Memo | |
| 365 | TAP RJ 25878-82 | 7/25/98 | TAP sales representative (Michael Ronning) memo | |
| 366 | TAP 9050596-603 | 9/04/98 | Report on Mayo Clinic | |
| 367 | TAP 1058677-79 | 00/00/98 | 1998 Marketing Plan | |
| 368 | TAP-BLI 0083129-31 | 00/00/99 | Memo from Don Patton to Tom Watkins (President, TAP) | |
| 369 | TAP RJ 11676-79 | 03/00/99 | Rita Jokiaho Monthly Activity Report for March 1999 | |
| 370 | TAP-BLI 0050998-1001 | 4/12/99 | Memo re Florida | |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 371 | TAP 9048257-61 | 7/01/99 | TAP Memo re California | |
| 372 | TAP-BLI 0006433-36 | 12/30/99 | Memo re Zoladex | |
| 373 | TAP-BLI 0082896-97 | 1/15/00 | TAP modification to its Annual Purchase Commitment Contracts (APCC) | |
| 374 | TAP 11000143-47 | 5/5/00 | Congressman Tom Bliley writes letter to Thomas Watkins (President, TAP Holdings, Inc.) | |
| 375 | TAP 11000226-28 | 6/22/00 | TAP responds to Congressman Bliley's letter | |
| 376 | | 9/28/01 | TAP Guilty Plea | |
| 377 | TAP 2018854-55 | 8/25/92 | Memo from Jeff Peterson to Field Sales Force | |
| 378 | | 10/6/05 | Letters to AstraZeneca from Hagens Berman Sobol Shapiro providing Notice pursuant to Cal. Civil Code § 1782; Georgia Code § 10-1-399; Indiana Code § 24-5-0.5-5(a); Maine Revised Statutes, Title 5, § 50-634(g); Mass. Gen. Laws Ch. 93A, § 9(3); Texas Bus. & Commercial Code § 17.505; West Virginia Code § 46A-6-106(b); and, Wyoming Statutes § 40-12-109 | |
| 379 | | 11/17/05 | Demand Letter to AstraZeneca from Hagens Berman Sobol Shapiro | |
| 380 | | 3/27/07 | Demand Letter to AstraZeneca from Hagens Berman Sobol Shapiro | |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 381 | | 3/28/07 | March 28, 2007 Addendum to the Report of Raymond Hartman: Table 1: Zoladex Damages for Medicare Beneficiaries (Consumers) Paying Coinsurance Under Private Third-Party Supplemental Insurance | |
| 382 | | 3/28/07 | March 28, 2007 Addendum to the Report of Raymond Hartman Table 2:  Zoladex Damages for Medicare Beneficiaries (Consumers) Paying Coinsurance Under Private Third-Party Supplemental Insurance by State | |

DATED:  March 28, 2007

By____/s/ Steve W. Berman_____
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

- 37 -

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on March 28, 2007, I caused copies of **PLAINTIFFS' DISCLOSURES FOR CLASS 1 ASTRAZENECA TRIAL** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.


 **/s/ Steve W. Berman**
Steve W. Berman