# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| ` THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL CLASS ACTIONS | Judge Patti B. Saris |

## PLAINTIFFS' RULE 26(a)(3) DISCLOSURES:
## DEPOSITION DESIGNATIONS OF SWORN TESTIMONY

Plaintiffs hereby designate the following depositions to be used at trial.

## I.    CONSUMER WITNESSES

**A.    Robert Howe**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 7:4-6 | |
| Plaintiffs | 26:15-16 | |
| Plaintiffs | 27:1-3 | |
| Plaintiffs | 27:6-7 | |
| Plaintiffs | 27:12-16 | |
| Plaintiffs | 27:22-29:15 | |
| Plaintiffs | 30:1-6 | |
| Plaintiffs | 31:6-15 | |
| Plaintiffs | 32:3-14 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 33:1-3 | |
| Plaintiffs | 34:10-19 | |
| Plaintiffs | 37:13-39:17 | |
| Plaintiffs | 39:20-42:6 | |
| Plaintiffs | 42:11-12 | |
| Plaintiffs | 42:16-43:3 | |
| Plaintiffs | 43:20-22 | |
| Plaintiffs | 44:1-21 | |
| Plaintiffs | 45:15-22 | |
| Plaintiffs | 48:6-17 | |
| Plaintiffs | 48:21-49:1 | |
| Plaintiffs | 52:12-54:11 | |
| Plaintiffs | 55:3-13 | |
| Plaintiffs | 56:22-57:1 | |
| Plaintiffs | 57:11-13 | |
| Plaintiffs | 57:18-58:1 | |
| Plaintiffs | 58:4-10 | |
| Plaintiffs | 58:13-59:8 | |
| Plaintiffs | 60:7-16 | |
| Plaintiffs | 61:7-13 | |
| Plaintiffs | 62:14-17 | |
| Plaintiffs | 65:14-16 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 65:20-67:4 | |
| Plaintiffs | 67:8-13 | |
| Plaintiffs | 80:15-16 | |
| Plaintiffs | 80:20-22 | |
| Plaintiffs | 81:3-4 | |
| Plaintiffs | 81:8-18 | |
| Plaintiffs | 82:15-16 | |
| Plaintiffs | 86:13-15 | |
| Plaintiffs | 86:17-21 | |
| Plaintiffs | 87:6-21 | |
| Plaintiffs | 89:19-90:12 | |
| Plaintiffs | 90:20-91:3 | |
| Plaintiffs | 91:10-15 | |
| Plaintiffs | 92:4-6 | |
| Plaintiffs | 99:11-17 | |
| Plaintiffs | 99:22-100:10 | |
| Plaintiffs | 101:13-102:12 | |
| Plaintiffs | 102:18 | |
| Plaintiffs | 102:21-103:17 | |
| Plaintiffs | 122:5-123:2 | |
| Plaintiffs | 123:9-22 | |
| Plaintiffs | 124:6-20 | |

| Offering Party | Designation Range | Objection/Counter Designation |
| --- | --- | --- |
| Plaintiffs | 125:1-5 | |
| Plaintiffs | 125:7-126:20 | |
| Plaintiffs | 131:1-8 | |
| Plaintiffs | 136:22-137:3 | |
| Plaintiffs | 137:5 | |
| Plaintiffs | 137:7 | |
| Plaintiffs | 137:10-15 | |
| Plaintiffs | 151:11-152:18 | |
| Plaintiffs | 157:13-158:5 | |
| Plaintiffs | 159:8-10 | |
| Plaintiffs | 160:5-162:2 | |
| Plaintiffs | 162:14-21 | |
| Plaintiffs | 163:13-164:4 | |
| Plaintiffs | 165:2-7 | |
| Plaintiffs | 207:15-208:3 | |
| Plaintiffs | 208:15-19 | |
| Plaintiffs | 208:22-209:1 | |
| Plaintiffs | 210:3-211:16 | |
| Plaintiffs | 211:19-212:14 | |

**B.**     **James Shepley**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 4:1-5:11 | |
| Plaintiffs | 5:20-6:9 | |
| Plaintiffs | 8:21-9:18 | |
| Plaintiffs | 11:12-12:10 | |
| Plaintiffs | 12:12-13:14 | |
| Plaintiffs | 13:21-14:20 | |
| Plaintiffs | 17:20-18:16 | |
| Plaintiffs | 18:22-20:2 | |
| Plaintiffs | 22:20-23:4 | |
| Plaintiffs | 26:7-28:4 | |
| Plaintiffs | 30:8-32:7 | |
| Plaintiffs | 33:5-20 | |
| Plaintiffs | 38:14-21 | |
| Plaintiffs | 66:1-11 | |
| Plaintiffs | 78:5-79:4 | |
| Plaintiffs | 82:21-83:18 | |

- 5 -

## II.    ASTRAZENECA EMPLOYEES OR OFFICERS OR RELATED WITNESSES

### A.    Robert A. Berkman, M.D.

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | June 15, 2005 Deposition:<br><br>12:8-10 | |
| Plaintiffs | 13:11-13 | |
| Plaintiffs | 19:22-20:3 | |
| Plaintiffs | 20:17-21 | |
| Plaintiffs | 25:16-26:6 | |
| Plaintiffs | 30:12-20 | |
| Plaintiffs | 31:16 starting with "Specifically" - 32:4 | |
| Plaintiffs | 36:21-37:13 | |
| Plaintiffs | 37:19-39:7 | |
| Plaintiffs | 40:9-15 | |
| Plaintiffs | 44:16-46:3 | |
| Plaintiffs | 48:7-14 | |
| Plaintiffs | 49:3-50:1 | |
| Plaintiffs | 51:13-20 | |
| Plaintiffs | 52:11 starting with "I" - 22 | |
| Plaintiffs | 65:1-66:3 | |
| Plaintiffs | 86:11-21 | |
| Plaintiffs | 90:1-15 | |
| Plaintiffs | 91:18-92:6 | |

- 6 -

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 92:22-93:14 | |
| Plaintiffs | 93:20-94:4 | |
| Plaintiffs | 97:1-98:11 | |
| Plaintiffs | 102:2-16 | |
| Plaintiffs | 104:20-105:21 | |
| Plaintiffs | 106:13-18 | |
| Plaintiffs | 173:5-14 | |
| Plaintiffs | 174:2-6 | |

**B.     Robert C. Black**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | August 30, 2005 Deposition: 7:7-10 | |
| Plaintiffs | 10:10 starting with "And in" - 22 | |
| Plaintiffs | 25:20-27:11 | |
| Plaintiffs | 29:12-21 | |
| Plaintiffs | 41:1-9 | |
| Plaintiffs | 42:7-43:2 | |
| Plaintiffs | 46:11-47:5 | |
| Plaintiffs | 47:19-48:15 | |
| Plaintiffs | 50:2 ending with "Black 003" | |
| Plaintiffs | 50:15-51:2 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 70:1-8 | |
| Plaintiffs | 70:17-71:11 | |
| Plaintiffs | 83:8-19 | |
| Plaintiffs | 85:14-86:8 | |

## C.    Christopher Waldo Bowman

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | October 13, 2005 Deposition:<br><br>4:7-16 | |
| Plaintiffs | 28:15-19 | |
| Plaintiffs | 37:14-22 | |
| Plaintiffs | 38:4-8 | |
| Plaintiffs | 43:12 | |
| Plaintiffs | 44:13-22 | |
| Plaintiffs | 45:17-46:2 | |
| Plaintiffs | 47:14-48:8 | |
| Plaintiffs | 51:20-52:4 | |
| Plaintiffs | 53:4-14 | |
| Plaintiffs | 57:1-10 | |
| Plaintiffs | 58:2-9 | |
| Plaintiffs | 63:17-64:14 | |
| Plaintiffs | 67:1-2 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 69:20-22 | |
| Plaintiffs | 70:12-71:2 | |
| Plaintiffs | 74:4-8 | |
| Plaintiffs | 76:21 ending with "257." | |
| Plaintiffs | 77:11-21 | |
| Plaintiffs | 83:4 | |
| Plaintiffs | 83:18-84:6 | |
| Plaintiffs | 98:22-99:7 | |
| Plaintiffs | 102:12-103:1 | |

**D.     David R. Brennan**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | February 14, 2006 Deposition: 6:13-15 | |
| Plaintiffs | 6:21-7:1 | |
| Plaintiffs | 7:9-8:3 | |
| Plaintiffs | 14:9-15:1 | |
| Plaintiffs | 15:3 starting with "Return" -18 | |
| Plaintiffs | 16:11-17:3 | |
| Plaintiffs | 17:6-13 ending with "time." | |
| Plaintiffs | 18:11 starting with "You" - 12 | |
| Plaintiffs | 18:17-19:7 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 20:22 starting with "And the difference" - 21:12 | |
| Plaintiffs | 25:7-16 | |
| Plaintiffs | 26:2-11 | |
| Plaintiffs | 27:18-28:15, 28:19-22 | |
| Plaintiffs | 29:1-17, 22 | |
| Plaintiffs | 30:1, 4-9, 12-22 | |
| Plaintiffs | 31:1-7 | |
| Plaintiffs | 33:13-18, 20-22 | |
| Plaintiffs | 34:1-4 ending with "that." | |
| Plaintiffs | 37:5-14 | |
| Plaintiffs | 38:8-16 | |
| Plaintiffs | 39:8-40:4 | |
| Plaintiffs | 44:4-7, 12-16 | |
| Plaintiffs | 49:21-22 | |
| Plaintiffs | 50:15-51:17 | |
| Plaintiffs | 55:9-56:4 | |
| Plaintiffs | 56:6-57:18 | |
| Plaintiffs | 58:1-8, 12-21 | |
| Plaintiffs | 62:16-63:4 | |
| Plaintiffs | 63:7-8, 12-16 | |
| Plaintiffs | 64:17-22 | |
| Plaintiffs | 65:5-12, 18-21 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 67:17-20 ending with "doing that." | |
| Plaintiffs | 68:12-18 ending with "issue." | |
| Plaintiffs | 70:8-20 | |
| Plaintiffs | 75:19-76:10 | |
| Plaintiffs | 86:10 starting with "Was there" - 13, 16-21 | |
| Plaintiffs | 95:6-20 | |

E.     Steve Buckanavage

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | June 8, 2005 Deposition:<br><br>6:12-13 | |
| Plaintiffs | 6:18-7:1 | |
| Plaintiffs | 103:10-13 ending with "7146" | |
| Plaintiffs | 103:19-104:4 | |
| Plaintiffs | 105:5-9 | |
| Plaintiffs | 108:1-110:2 | |
| Plaintiffs | 110:10-14 | |
| Plaintiffs | 139:9 starting with "As you know"-22 | |
| Plaintiffs | 141:12-143:1 | |
| Plaintiffs | 145:21-147:10 | |
| Plaintiffs | 148:2-3, 11-17 | |
| Plaintiffs | 159:18-160:1 | |

**F.      Thomas Chen**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | December 14, 2005 Deposition:<br><br>7:10-8:20 | |
| Plaintiffs | 64:12-65:1 | |
| Plaintiffs | 65:19-68:1 | |
| Plaintiffs | 68:14-69:12 | |
| Plaintiffs | 69:22-70:6 | |
| Plaintiffs | 70:13-71:15 | |
| Plaintiffs | 77:16-78:9 | |
| Plaintiffs | 79:5-15 | |
| Plaintiffs | 80:1-20 | |
| Plaintiffs | 83:3-84:7 | |
| Plaintiffs | 117:2-8 | |
| Plaintiffs | 117:15-17 | |
| Plaintiffs | 118:3-10 | |
| Plaintiffs | 118:20-119:4 | |
| Plaintiffs | 119:13-19 | |
| Plaintiffs | 119:22 starting with "I mean" -121:20 | |
| Plaintiffs | 125:2-126:10, 17-21 | |
| Plaintiffs | 149:19-20 | |
| Plaintiffs | 150:1-13 | |
| Plaintiffs | 151:7-14 | |

## G.    Sean Coakley

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | October 25, 2005 Deposition:<br><br>10:6-21 | |
| Plaintiffs | 23:14-17 | |
| Plaintiffs | 24:8-25:14 | |
| Plaintiffs | 26:19-27:4 | |
| Plaintiffs | 59:9-16 | |
| Plaintiffs | 60:6-10 | |
| Plaintiffs | 63:10-19 | |
| Plaintiffs | 96:1-10 | |
| Plaintiffs | 98:22-99:18 | |
| Plaintiffs | 101:6-102:4 | |
| Plaintiffs | 113:13-114:19 | |
| Plaintiffs | 116:8 | |
| Plaintiffs | 116:13-117:11 | |
| Plaintiffs | 124:7-14 | |
| Plaintiffs | 125:8 | |
| Plaintiffs | 126:4-15 | |
| Plaintiffs | 132:7-11 | |

**H.      John R. Freeberry**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | May 20, 2004 Deposition:<br><br>6:10-7:3 | |
| Plaintiffs | 99:22-100:18 | |
| Plaintiffs | 101:2-8, 13-17 | |
| Plaintiffs | 109:2-22 | |
| Plaintiffs | 167:12-168:20 | |
| Plaintiffs | 170:1-16 | |
| Plaintiffs | 172:19-173:8 | |
| Plaintiffs | 173:18-174:11 | |
| Plaintiffs | October 4, 2005 Deposition:<br><br>23:18-20 | |
| Plaintiffs | 24:1-13 | |
| Plaintiffs | 25:4-5 | |
| Plaintiffs | 25:22-27:6 | |
| Plaintiffs | 48:15-49:3 | |
| Plaintiffs | 49:16-18 | |
| Plaintiffs | 90:11-22 | |
| Plaintiffs | 114:14-20 | |
| Plaintiffs | 115:18-116:3 | |

## I.      Stanley Hopkins

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | July 15, 2005 Deposition: 6:20-22 | |
| Plaintiffs | 14:5-9 | |
| Plaintiffs | 14:19-15:3 | |
| Plaintiffs | 18:18-22 | |
| Plaintiffs | 19:3-10 | |
| Plaintiffs | 26:11-27:2 | |
| Plaintiffs | 27:5-10 | |
| Plaintiffs | 28:4-19 | |
| Plaintiffs | 30:3-9 | |
| Plaintiffs | 37:15-38:12 | |
| Plaintiffs | 39:20-41:5 | |
| Plaintiffs | 43:19-44:13 | |
| Plaintiffs | 46:7-18 | |
| Plaintiffs | 46:22-47:6 | |
| Plaintiffs | 50:6-9 | |
| Plaintiffs | 52:13-53:12 | |
| Plaintiffs | 53:19-22 | |
| Plaintiffs | 56:13-21 | |
| Plaintiffs | 57:15-20 | |
| Plaintiffs | 59:12-60:4 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 60:21-61:4 | |
| Plaintiffs | 65:4-10 | |

## J.    Keith Patterson

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | June 28, 2005 Deposition:<br><br>7:13-17 | |
| Plaintiffs | 7:22-8:1 | |
| Plaintiffs | 57:1-6 | |
| Plaintiffs | 63:14-64:13 | |
| Plaintiffs | 65:2-66:20 | |
| Plaintiffs | 67:11-21 | |
| Plaintiffs | 114:19-115:4 | |
| Plaintiffs | 115:9-21 | |
| Plaintiffs | 116:9-10 | |
| Plaintiffs | 116:12-16 | |
| Plaintiffs | 120:2-121:19 | |
| Plaintiffs | 147:13-17 | |
| Plaintiffs | 163:11-164:2 | |
| Plaintiffs | 165:2-12 | |
| Plaintiffs | 185:2-3 | |
| Plaintiffs | 185:8-10 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 187:7-16 | |
| Plaintiffs | 189:2-190:7 | |
| Plaintiffs | 216:5-217:9 | |
| Plaintiffs | 224:22-225:3 | |
| Plaintiffs | 225:19-21 | |
| Plaintiffs | 226:2-17 | |
| Plaintiffs | June 29, 2005 Deposition: 3:4, 17-22 | |
| Plaintiffs | 235:13-236:4 | |
| Plaintiffs | 240:9-21 | |
| Plaintiffs | 241:2-3, 10-13 | |
| Plaintiffs | 253:18-19 | |
| Plaintiffs | 254:2-3 | |
| Plaintiffs | 254:17-255:8 | |
| Plaintiffs | 311:15-22 | |
| Plaintiffs | 312:3-314:8 | |
| Plaintiffs | 316:17-317:15 | |

**K.      Mark Reisenauer**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | December 8, 2005 Deposition: 5:5-7 | |

- 17 -

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 9:8-12 | |
| Plaintiffs | 16:19-22 | |
| Plaintiffs | 29:22-30:8 | |
| Plaintiffs | 30:15-32:1 | |
| Plaintiffs | 32:7-33:16 | |
| Plaintiffs | 34:17-35:9 | |
| Plaintiffs | 39:1-40:13 | |
| Plaintiffs | 45:3-8 | |
| Plaintiffs | 46:8-14 | |
| Plaintiffs | 50:14-51:1 | |
| Plaintiffs | 56:2-5 | |
| Plaintiffs | 67:5-9 | |
| Plaintiffs | 68:5-10 | |
| Plaintiffs | 69:12-70:4 | |
| Plaintiffs | 70:9-22 | |
| Plaintiffs | 71:14-72:18 | |
| Plaintiffs | 73:21-74:1 | |
| Plaintiffs | 74:10-16 | |
| Plaintiffs | 93:9-20 | |
| Plaintiffs | 94:7-9 | |
| Plaintiffs | 95:22-96:6 | |
| Plaintiffs | 123:5-124:17 | |

001534-16 161769 V1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 138:20-139:16 | |

## L.      Erik Schultz

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | February 16, 2006 Deposition:<br><br>39:8-13 | |
| Plaintiffs | 51:6-22 | |
| Plaintiffs | 57:10-21 | |
| Plaintiffs | 63:11-64:5 | |
| Plaintiffs | 84:20-85:1 | |
| Plaintiffs | 87:9-11 | |
| Plaintiffs | 88:8-11 | |
| Plaintiffs | 90:13-15 | |
| Plaintiffs | 92:2 starting with "The brand" - 9 | |
| Plaintiffs | 92:14-93:5 | |
| Plaintiffs | 93:9-94:19 | |
| Plaintiffs | 94:22-95:4 | |
| Plaintiffs | 122:20-123:18 | |
| Plaintiffs | 165:20-166:10 | |
| Plaintiffs | 196:4-10 | |
| Plaintiffs | 264:20-265:6 | |
| Plaintiffs | 266:5-22 | |

**M.**     **Steve E. Strand**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | June 17, 2005 Deposition:<br><br>6:18-22 | |
| Plaintiffs | 38:17-39:10 | |
| Plaintiffs | 65:5-10 | |
| Plaintiffs | 66:4-16 | |
| Plaintiffs | 66:21-67:5 | |
| Plaintiffs | 69:11-19 | |
| Plaintiffs | 70:13-15 | |
| Plaintiffs | 70:18-71:2 | |
| Plaintiffs | 71:7-14 | |
| Plaintiffs | 144:10-22 | |

**N.**     **Carol L. Ware**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | October 25, 2005 Deposition:<br><br>17:6-7 | |
| Plaintiffs | 19:18-20:4 | |
| Plaintiffs | 31:3-20 | |
| Plaintiffs | 52:22-53:3 | |
| Plaintiffs | 75:5-14 | |
| Plaintiffs | 84:13-85:8 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 89:20-90:1 | |
| Plaintiffs | 91:1-11 | |
| Plaintiffs | 93:1-94:1 | |
| Plaintiffs | 94:8-95:16 | |
| Plaintiffs | 112:2-10 | |
| Plaintiffs | 119:5-20 | |
| Plaintiffs | 120:4-20 | |
| Plaintiffs | 121:5-9 | |
| Plaintiffs | 123:8 | |
| Plaintiffs | 124:9-125:2 | |
| Plaintiffs | 130:17-20 | |
| Plaintiffs | 139:6-7 | |

## III.     OTHER WITNESSES

### A.     Douglas N. Durand

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 279:8-288:20 | |

### B.     Kenneth Greisman (Taken in the matter captioned:  *Stetser v. TAP Pharmaceutical Products, Inc.*)

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 4:1-5:2 | |
| Plaintiffs | 5:8-20 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 6:14-16 | |
| Plaintiffs | 7:1-9:19 | |
| Plaintiffs | 10:1-11:12 | |
| Plaintiffs | 14:15-17:4 | |
| Plaintiffs | 17:10-15 | |
| Plaintiffs | 17:18-24 | |
| Plaintiffs | 18:8-19:24 | |
| Plaintiffs | 20:4-14 | |
| Plaintiffs | 21:8-12 | |
| Plaintiffs | 22:3-16 | |
| Plaintiffs | 22:19-21 | |
| Plaintiffs | 23:1-28:4 | |
| Plaintiffs | 28:7-16 | |
| Plaintiffs | 30:10-31:5 | |
| Plaintiffs | 32:5-17 | |
| Plaintiffs | 33:19-35:24 | |
| Plaintiffs | 36:19-37:11 | |
| Plaintiffs | 37:16-38:3 | |
| Plaintiffs | 38:7-39:17 | |
| Plaintiffs | 40:6-41:11 | |
| Plaintiffs | 41:13-42:4 | |
| Plaintiffs | 42:19-22 | |
| Plaintiffs | 43:14-45:20 | |
| Plaintiffs | 47:24-49:16 | |

001534-16 161769 V1

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 49:22-50:8 | |
| Plaintiffs | 50:15-51:11 | |
| Plaintiffs | 52:17-53:2 | |
| Plaintiffs | 53:11-54:2 | |
| Plaintiffs | 54:5-55:6 | |
| Plaintiffs | 56:11-21 | |
| Plaintiffs | 60:12-23 | |
| Plaintiffs | 61:6-9 | |
| Plaintiffs | 61:12-62:5 | |
| Plaintiffs | 66:20-67:11 | |

## C.    Dean Sundberg

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 33:8-35:8 | |
| Plaintiffs | 38:4-41:24 | |
| Plaintiffs | 43:23-45:8 | |
| Plaintiffs | 49:2-51:21 | |
| Plaintiffs | 52:1-53:3 | |
| Plaintiffs | 53:5-54:12 | |
| Plaintiffs | 56:18-58:16 | |
| Plaintiffs | 60:15-61:17 | |
| Plaintiffs | 61:24-62:3 | |
| Plaintiffs | 103:14-105:6 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 215:25-220:2 | |

DATED:  March 28, 2007.

By    **/s/ Steve W. Berman**
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street,3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE</u>
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on March 28, 2007, I caused copies of **PLAINTIFFS' RULE 26(a)(3) DISCLOSURES: DEPOSITION DESIGNATIONS OF SWORN TESTIMONY** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.


 **/s/ Steve W. Berman**
Steve W. Berman

001534-16  161769 V1