# EXHIBIT C

PARADE

Legal Notice

## If You Are a Medicare Part B Beneficiary or Heir of a Beneficiary Who Made, or is Obligated to Make a Co-Payment Through Medicare Part B For the Drugs,

Blenoxane *(bleomycin sulfate)*
Cytoxan *(cyclophosphamide)*
Etopophos *(etoposide phosphate)*
Paraplatin *(carboplatin)*
Procrit *(epoetin alfa)*
Remicade *(infliximab)*
Rubex *(doxorubicin hcl)*
Taxol *(paclitaxel)*
VePesid *(etoposide)*
Zoladex *(goserelin acetate)*

### A Class Action Lawsuit May Affect Your Rights

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuits are *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to people who made Medicare Part B co-payments for the drugs. The Court has certified separate Classes against each Defendant. A series of trials will determine the claims against each Defendant. An initial trial involving all Defendants began on November 6, 2006.

**What Drugs are Covered by the Litigation?**
Certain dosages of the drugs listed above made by the Defendants AstraZeneca, Bristol-Myers Squibb Group and Johnson & Johnson Group are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

**What do the Defendants say about the lawsuits?**
The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made; contend that the lawsuits and damages are precluded under the law; contend that the alleged conduct, if proved, does not violate the 44 consumer protection laws, and that many class members will not be able to prove they paid a doctor for the subject drugs.

**Am I involved in the Litigation?**
- You are a member of one or more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 or have an obligation to make such a co-payment for a Covered Drug, or you are the legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment.
- You are not included in the Classes if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment.
- You are also excluded from the Classes if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.

*The Court is not suggesting, requesting, or requiring that Medicare Part B beneficiaries who were not billed by their doctors, or who were billed but did not pay, should pay their doctors now or that they are obligated to do so under the Medicare statute.*

**What are My Rights as a Member of one or more of the Classes?**
- If you wish to remain a member of the Classes, you don't need to do anything at this time. If you don't exclude yourself, as a member of one or more of the Classes you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court-appointed Counsel will represent all members of the Classes and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- If you do not wish to participate in one or more of the Classes, you must mail a personally signed, written request to be excluded to the address below. A mail-in opt-out form is available at www.AWPlitigation.net. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by February 19, 2007. If you exclude yourself from one or more of the Classes the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

**For a Detailed Notice about the Covered Drugs and AWP Litigation**

**Call toll-free: 1-866-903-1204 (Se Habla Español)**

**or Visit: www.AWPlitigation.net**

**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC P.O. Box 24654, West Palm Beach, FL 33416**

# Intelligence**Report**®

By Lyric Wallwork Winik

[In the News]

## How Gene Patents Are Putting Your Health at Risk

A fifth of your genes belong to someone else. That's because the U.S. Patent Office has given various labs, companies and universities the rights to 20% of the genes found in everyone's DNA—with some disturbing results. Many U.S. labs won't perform certain genetic tests because of patent restrictions or fees. One company that holds a license for a gene connected with Alzheimer's has refused to let other labs work on its gene. The company that "owns" a genetic mutation for breast cancer charges up to $3,000 for a breast-cancer gene test. These alarming facts provided the background for Michael Crichton's latest novel, *Next*, in bookstores this week.

Author
Michael Crichton

**"It's OK to own a treatment, but no one should own a disease."**

"Major hepatitis C and HIV genes and various diabetes genes are all owned," Crichton, an M.D., tells us. "Researchers working on those diseases must worry about getting permission and paying high fees." During the SARS epidemic, he says, some researchers hesitated to study the virus because three groups claimed to own its genome. "It's OK to own a treatment or test for a disease, but no one should own a disease," he insists.

And that ownership has serious consequences for us. "Countries where they haven't patented genes have better genetic testing," says Lori Andrews, a law professor and gene-patent expert. "American women are going to France for breast-cancer gene testing."

Plus, Crichton says, in the race to patent genes and get rich, researchers are claiming they don't have to report deaths from genetic studies, calling them "trade secrets." Adds Andrews: "Some companies are willing to put people at risk to have an advantage."

"You don't even have control over your own tissue or blood once it's donated for research," notes Crichton. "You have more control over what happens to your photo."

What can the public do? Read consent forms at the hospital and doctor's office, and specify that you don't want your blood or tissue used for patented genetic research. And let Congress and the Patent Office know your feelings. "Gene patenting is like someone owning the alphabet and charging you each time you speak," says Andrews. To read a Genetic Bill of Rights, visit *parade.com*.

PHOTO BY COURTESY

USA WEEKEND

## If You Are a Medicare Part B Beneficiary or Heir of a Beneficiary Who Made, or Is Obligated to Make a Co-Payment Through Medicare Part B For the Drugs,

**Blenoxane** *(bleomycin sulfate)*
**Cytoxan** *(cyclophosphamide)*
**Etopophos** *(etoposide phosphate)*
**Paraplatin** *(carboplatin)*
**Procrit** *(epoetin alfa)*
**Remicade** *(infliximab)*
**Rubex** *(doxorubicin hcl)*
**Taxol** *(paclitaxel)*
**VePesid** *(etoposide)*
**Zoladex** *(goserelin acetate)*

### A Class Action Lawsuit May Affect Your Rights

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuits are *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to people who made Medicare Part B co-payments for the drugs. The Court has certified separate Classes against each Defendant. A series of trials will determine the claims against each Defendant. An initial trial involving all Defendants began on November 6, 2006.

**What Drugs are Covered by the Litigation?**
Certain dosages of the drugs listed above made by the Defendants AstraZeneca, Bristol-Myers Squibb Group and Johnson & Johnson Group are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

**What do the Defendants say about the lawsuits?**
The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made, contend that the lawsuits and damages are precluded under the law, contend that the alleged conduct, if proved, does not violate the 44 consumer protection laws, and that many class members will not be able to prove they paid a charge for the subject drugs.

**Am I Involved in the Litigation?**

- You are a member of one or more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 or have an obligation to make such a co-payment for a Covered Drug, or you are the legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment.
- You are not included in the Classes if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment.
- You are also excluded from the Classes if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.

*The Court is not suggesting, requesting, or requiring that Medicare Part B beneficiaries who were not billed for their doctors, or who were billed but did not pay, should pay those doctors now or that they are obligated to do so under the Medicare statute.*

**What are My Rights as a Member of one or more of the Classes?**

- If you wish to remain a member of the Classes, you don't need to do anything at this time. If you don't exclude yourself, as a member of one or more of the Classes you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court appointed Counsel will represent all members of the Classes and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- If you do not wish to participate in one or more of the Classes, you must mail a personally signed, written request to be excluded to the address below. A valid request form is available at www.AWPlitigation.net. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by February 19, 2007. If you exclude yourself from one or more of the Classes the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

### For a Detailed Notice about the Covered Drugs and AWP Litigation

### Call toll-free: 1-866-903-1204 (Se Habla Español)

### or Visit: www.AWPlitigation.net

Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC P.O. Box 24654, West Palm Beach, FL 33416

MoneySmart
NEED INTERIOR DESIGN HELP?
Get the look you want while keeping your costs down.

By SHARON EPPERSON

DO YOU love flipping through Pottery Barn, West Elm and other furniture catalogs, but hate the idea of looking at 300 fabric swatches for a new sofa? Or, maybe you aren't sure what furniture to put where in your L-shaped family room. In that case, you may want to hire a professional interior designer to help. If you already have saved some money for new purchases, adding the cost of expert design services doesn't have to break your budget.

■ **Get free advice.** A number of furniture chains, like Ethan Allen, and independent retailers offer free design services with a purchase. Of course, they are going to suggest their own lighting, rugs and chairs, but you don't have to buy everything they offer.

■ **Contract by the hour.** The American Society of Interior Designers (asid.org) can refer you to local members. Fabric stores, such as Calico Corners (calicocorners.com), charge a modest fee ($70) for a 1½-hour in-home consultation on furniture, window treatments and other designs. To trim costs and help the designer quickly zero in on your tastes (remember, time is money!), do some initial legwork and be ready with fabric swatches, paint colors and pictures of rooms you like. Sketch the dimensions of the room and the size of any furniture you plan to keep.

■ **Seek advice online.** For example, Interior Design Hotline (interiordesignhotline.com) charges $60 an hour for e-mail or telephone consultations. Or, you can give the company photos of a specific room and its furnishings, plus download some graph paper to submit an exact floor plan. A designer then sends back at least two proposed space layouts with suggested furnishings, artwork, plants, lighting, rugs and window ideas. You also get two or three color and material schemes, as well as at least two hours of consulting. Fees for each room run $300 and up, depending on its size.

*Sharon Epperson is the personal finance correspondent for CNBC.*

CHECK OUT SHARON'S MONEY TIPS on this week's *Laura McKenzie's Traveler*. Check lauramckenzie.com for the show's airtimes.

JET

Legal Notice Legal Notice

# If You Are a Medicare Part B Beneficiary or Heir of a Beneficiary Who Made, or is Obligated to Make a Co-Payment Through Medicare Part B For the Drugs,

***Blenoxane** (bleomycin sulfate)*
***Cytoxan** (cyclophosphamide)*
***Etopophos** (etoposide phosphate)*
***Paraplatin** (carboplatin)*
***Procrit** (epoetin alfa)*
***Remicade** (infliximab)*
***Rubex** (doxorubicin hcl)*
***Taxol** (paclitaxel)*
***VePesid** (etoposide)*
***Zoladex** (goserelin acetate)*

## A Class Action Lawsuit May Affect Your Rights

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuits are *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to people who made Medicare Part B co-payments for the drugs. The Court has certified separate Classes against each Defendant. A series of trials will determine the claims against each Defendant. An initial trial involving all Defendants began on November 6, 2006.

### What Drugs are Covered by the Litigation?

Certain dosages of the drugs listed above made by the Defendants **AstraZeneca, Bristol-Myers Squibb Group** and **Johnson & Johnson Group** are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

### What do the Defendants say about the lawsuits?

The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made; contend that the lawsuits and damages are precluded under the law; contend that the alleged conduct, if proved, does not violate the 44 consumer protection laws, and that many class members will not be able to prove they paid a doctor for the subject drugs.

### Am I Involved in the Litigation?

- You are a member of one or more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 or have an obligation to make such a co-payment for a Covered Drug, or you are the legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment.
- You are not included in the Classes if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment.
- You are also excluded from the Classes if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.

*The Court is not suggesting, requesting, or requiring that Medicare Part B beneficiaries who were not billed by their doctors, or who were billed but did not pay, should pay their doctors now or that they are obligated to do so under the Medicare statute.*

### What are My Rights as a Member of one or more of the Classes?

- **If you wish to remain a member of the Classes,** you don't need to do anything at this time. If you don't exclude yourself, as a member of one or more of the Classes you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court-appointed Counsel will represent all members of the Classes and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- **If you do not wish to participate in one or more of the Classes,** you must mail a personally signed, written request to be excluded to the address below. A mail-in opt-out form is available at www.AWPlitigation.net. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by February 19, 2007. If you exclude yourself from one or more of the Classes the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

**For a Detailed Notice about the Covered Drugs and AWP Litigation**
**Call toll-free: 1-866-903-1204 (Se Habla Español) or Visit: www.AWPlitigation.net**
**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC**
**P.O. Box 24654, West Palm Beach, FL 33416**

NATIONAL GEOGRAPHIC

Legal Notice

# If You Are a Medicare Part B Beneficiary or Heir of a Beneficiary Who Made, or is Obligated to Make a Co-Payment Through Medicare Part B For the Drugs,

**Blenoxane** *(bleomycin sulfate)*
**Cytoxan** *(cyclophosphamide)*
**Etopophos** *(etoposide phosphate)*
**Paraplatin** *(carboplatin)*
**Procrit** *(epoetin alfa)*
**Remicade** *(infliximab)*
**Rubex** *(doxorubicin hcl)*
**Taxol** *(paclitaxel)*
**VePesid** *(etoposide)*
**Zoladex** *(goserelin acetate)*

## A Class Action Lawsuit May Affect Your Rights

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuits are *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to people who made Medicare Part B co-payments for the drugs. The Court has certified separate Classes against each Defendant. A series of trials will determine the claims against each Defendant. An initial trial involving all Defendants began on November 6, 2006.

### What Drugs are Covered by the Litigation?

Certain dosages of the drugs listed above made by the Defendants **AstraZeneca, Bristol-Myers Squibb Group** and **Johnson & Johnson Group** are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

### What do the Defendants say about the lawsuits?

The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made; contend that the lawsuits and damages are precluded under the law; contend that the alleged conduct, if proved, does not violate the 44 consumer protection laws, and that many class members will not be able to prove they paid a doctor for the subject drugs.

### Am I Involved in the Litigation?

- You are a member of one or more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 or have an obligation to make such a co-payment for a Covered Drug, or you are the legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment.
- You are not included in the Classes if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment.
- You are also excluded from the Classes if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.

*The Court is not suggesting, requesting, or requiring that Medicare Part B beneficiaries who were not billed by their doctors, or who were billed but did not pay, should pay their doctors now or that they are obligated to do so under the Medicare statute.*

### What are My Rights as a Member of one or more of the Classes?

- **If you wish to remain a member of the Classes**, you don't need to do anything at this time. If you don't exclude yourself, as a member of one or more of the Classes you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court-appointed Counsel will represent all members of the Classes and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- **If you do not wish to participate in one or more of the Classes**, you must mail a personally signed, written request to be excluded to the address below. A mail-in opt-out form is available at www.AWPlitigation.net. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by February 19, 2007. If you exclude yourself from one or more of the Classes the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

## For a Detailed Notice about the Covered Drugs and AWP Litigation

**Call toll-free: 1-866-903-1204 (Se Habla Español) or Visit: www.AWPlitigation.net**

**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC**
**P.O. Box 24654, West Palm Beach, FL 33416**

# NEWSWEEK
# (12/4/06 ISSUE)

Legal Notice

# If You Are a Medicare Part B Beneficiary or Heir of a Beneficiary Who Made, or is Obligated to Make a Co-Payment Through Medicare Part B For the Drugs,

***Blenoxane*** *(bleomycin sulfate)*
***Cytoxan*** *(cyclophosphamide)*
***Etopophos*** *(etoposide phosphate)*
***Paraplatin*** *(carboplatin)*
***Procrit*** *(epoetin alfa)*
***Remicade*** *(infliximab)*
***Rubex*** *(doxorubicin hcl)*
***Taxol*** *(paclitaxel)*
***VePesid*** *(etoposide)*
***Zoladex*** *(goserelin acetate)*

## A Class Action Lawsuit May Affect Your Rights

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuits are *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to people who made Medicare Part B co-payments for the drugs. The Court has certified separate Classes against each Defendant. A series of trials will determine the claims against each Defendant. An initial trial involving all Defendants began on November 6, 2006.

### What Drugs are Covered by the Litigation?

Certain dosages of the drugs listed above made by the Defendants **AstraZeneca, Bristol-Myers Squibb Group** and **Johnson & Johnson Group** are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

### What do the Defendants say about the lawsuits?

The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made; contend that the lawsuits and damages are precluded under the law; contend that the alleged conduct, if proved, does not violate the 44 consumer protection laws, and that many class members will not be able to prove they paid a doctor for the subject drugs.

### Am I Involved in the Litigation?

- You are a member of one or more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 or have an obligation to make such a co-payment for a Covered Drug, or you are the legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment.
- You are not included in the Classes if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment.
- You are also excluded from the Classes if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.

*The Court is* ***not*** *suggesting, requesting, or requiring that Medicare Part B beneficiaries who were not billed by their doctors, or who were billed but did not pay, should pay their doctors now or that they are obligated to do so under the Medicare statute.*

### What are My Rights as a Member of one or more of the Classes?

- **If you wish to remain a member of the Classes**, you don't need to do anything at this time. If you don't exclude yourself, as a member of one or more of the Classes you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court-appointed Counsel will represent all members of the Classes and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- **If you do not wish to participate in one or more of the Classes**, you must mail a personally signed, written request to be excluded to the address below. A mail-in opt-out form is available at www.AWPlitigation.net. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by February 19, 2007. If you exclude yourself from one or more of the Classes the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

**For a Detailed Notice about the Covered Drugs and AWP Litigation**
**Call toll-free: 1-866-903-1204 (Se Habla Español) or Visit: www.AWPlitigation.net**
**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC**
**P.O. Box 24654, West Palm Beach, FL 33416**

# NEWSWEEK
# (1/15/07 ISSUE)

Legal Notice

# If You Are a Medicare Part B Beneficiary or Heir of a Beneficiary Who Made, or is Obligated to Make a Co-Payment Through Medicare Part B For the Drugs,

***Blenoxane*** *(bleomycin sulfate)*
***Cytoxan*** *(cyclophosphamide)*
***Etopophos*** *(etoposide phosphate)*
***Paraplatin*** *(carboplatin)*
***Procrit*** *(epoetin alfa)*
***Remicade*** *(infliximab)*
***Rubex*** *(doxorubicin hcl)*
***Taxol*** *(paclitaxel)*
***VePesid*** *(etoposide)*
***Zoladex*** *(goserelin acetate)*

## A Class Action Lawsuit May Affect Your Rights

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuits are *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to people who made Medicare Part B co-payments for the drugs. The Court has certified separate Classes against each Defendant. A series of trials will determine the claims against each Defendant. An initial trial involving all Defendants began on November 6, 2006.

### What Drugs are Covered by the Litigation?

Certain dosages of the drugs listed above made by the Defendants **AstraZeneca, Bristol-Myers Squibb Group** and **Johnson & Johnson Group** are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

### What do the Defendants say about the lawsuits?

The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made; contend that the lawsuits and damages are precluded under the law; contend that the alleged conduct, if proved, does not violate the 44 consumer protection laws, and that many class members will not be able to prove they paid a doctor for the subject drugs.

### Am I Involved in the Litigation?

- You are a member of one or more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 or have an obligation to make such a co-payment for a Covered Drug, or you are the legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment.
- You are not included in the Classes if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment.
- You are also excluded from the Classes if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.

*The Court is <u>not</u> suggesting, requesting, or requiring that Medicare Part B beneficiaries who were not billed by their doctors, or who were billed but did not pay, should pay their doctors now or that they are obligated to do so under the Medicare statute.*

### What are My Rights as a Member of one or more of the Classes?

- **If you wish to remain a member of the Classes**, you don't need to do anything at this time. If you don't exclude yourself, as a member of one or more of the Classes you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court-appointed Counsel will represent all members of the Classes and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- **If you do not wish to participate in one or more of the Classes**, you must mail a personally signed, written request to be excluded to the address below. A mail-in opt-out form is available at <u>www.AWPlitigation.net</u>. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by February 19, 2007. If you exclude yourself from one or more of the Classes the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

**For a Detailed Notice about the Covered Drugs and AWP Litigation**
**Call toll-free: 1-866-903-1204 (Se Habla Español) or Visit: www.AWPlitigation.net**
**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC**
**P.O. Box 24654, West Palm Beach, FL 33416**

# PEOPLE
# (12/11/06 ISSUE)

# If You Are a Medicare Part B Beneficiary or Heir of a Beneficiary Who Made, or is Obligated to Make a Co-Payment Through Medicare Part B For the Drugs,

***Blenoxane*** *(bleomycin sulfate)*
***Cytoxan*** *(cyclophosphamide)*
***Etopophos*** *(etoposide phosphate)*
***Paraplatin*** *(carboplatin)*
***Procrit*** *(epoetin alfa)*
***Remicade*** *(infliximab)*
***Rubex*** *(doxorubicin hcl)*
***Taxol*** *(paclitaxel)*
***VePesid*** *(etoposide)*
***Zoladex*** *(goserelin acetate)*

## A Class Action Lawsuit May Affect Your Rights

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuits are *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to people who made Medicare Part B co-payments for the drugs. The Court has certified separate Classes against each Defendant. A series of trials will determine the claims against each Defendant. An initial trial involving all Defendants began on November 6, 2006.

### What Drugs are Covered by the Litigation?

Certain dosages of the drugs listed above made by the Defendants **AstraZeneca, Bristol-Myers Squibb Group** and **Johnson & Johnson Group** are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

### What do the Defendants say about the lawsuits?

The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made; contend that the lawsuits and damages are precluded under the law; contend that the alleged conduct, if proved, does not violate the 44 consumer protection laws, and that many class members will not be able to prove they paid a doctor for the subject drugs.

### Am I Involved in the Litigation?

- You are a member of one or more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 or have an obligation to make such a co-payment for a Covered Drug, or you are the legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment.
- You are not included in the Classes if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment.
- You are also excluded from the Classes if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.

*The Court is __not__ suggesting, requesting, or requiring that Medicare Part B beneficiaries who were not billed by their doctors, or who were billed but did not pay, should pay their doctors now or that they are obligated to do so under the Medicare statute.*

### What are My Rights as a Member of one or more of the Classes?

- **If you wish to remain a member of the Classes**, you don't need to do anything at this time. If you don't exclude yourself, as a member of one or more of the Classes you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court-appointed Counsel will represent all members of the Classes and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- **If you do not wish to participate in one or more of the Classes**, you must mail a personally signed, written request to be excluded to the address below. A mail-in opt-out form is available at www.AWPlitigation.net. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by February 19, 2007. If you exclude yourself from one or more of the Classes the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

**For a Detailed Notice about the Covered Drugs and AWP Litigation**
**Call toll-free: 1-866-903-1204 (Se Habla Español) or Visit: www.AWPlitigation.net**
**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC**
**P.O. Box 24654, West Palm Beach, FL 33416**

# PEOPLE
# (1/15/07 ISSUE)

Legal Notice

# If You Are a Medicare Part B Beneficiary or Heir of a Beneficiary Who Made, or is Obligated to Make a Co-Payment Through Medicare Part B For the Drugs,

***Blenoxane*** *(bleomycin sulfate)*
***Cytoxan*** *(cyclophosphamide)*
***Etopophos*** *(etoposide phosphate)*
***Paraplatin*** *(carboplatin)*
***Procrit*** *(epoetin alfa)*
***Remicade*** *(infliximab)*
***Rubex*** *(doxorubicin hcl)*
***Taxol*** *(paclitaxel)*
***VePesid*** *(etoposide)*
***Zoladex*** *(goserelin acetate)*

## A Class Action Lawsuit May Affect Your Rights

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuits are *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to people who made Medicare Part B co-payments for the drugs. The Court has certified separate Classes against each Defendant. A series of trials will determine the claims against each Defendant. An initial trial involving all Defendants began on November 6, 2006.

### What Drugs are Covered by the Litigation?

Certain dosages of the drugs listed above made by the Defendants **AstraZeneca, Bristol-Myers Squibb Group** and **Johnson & Johnson Group** are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

### What do the Defendants say about the lawsuits?

The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made; contend that the lawsuits and damages are precluded under the law; contend that the alleged conduct, if proved, does not violate the 44 consumer protection laws, and that many class members will not be able to prove they paid a doctor for the subject drugs.

### Am I Involved in the Litigation?

- You are a member of one or more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 or have an obligation to make such a co-payment for a Covered Drug, or you are the legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment.
- You are not included in the Classes if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment.
- You are also excluded from the Classes if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.

*The Court is <u>not</u> suggesting, requesting, or requiring that Medicare Part B beneficiaries who were not billed by their doctors, or who were billed but did not pay, should pay their doctors now or that they are obligated to do so under the Medicare statute.*

### What are My Rights as a Member of one or more of the Classes?

- **If you wish to remain a member of the Classes**, you don't need to do anything at this time. If you don't exclude yourself, as a member of one or more of the Classes you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court-appointed Counsel will represent all members of the Classes and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- **If you do not wish to participate in one or more of the Classes**, you must mail a personally signed, written request to be excluded to the address below. A mail-in opt-out form is available at www.AWPlitigation.net. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by February 19, 2007. If you exclude yourself from one or more of the Classes the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

**For a Detailed Notice about the Covered Drugs and AWP Litigation**
**Call toll-free: 1-866-903-1204 (Se Habla Español) or Visit: www.AWPlitigation.net**
**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC**
**P.O. Box 24654, West Palm Beach, FL 33416**

# READER'S DIGEST

Legal Notice

# If You Are a Medicare Part B Beneficiary or Heir of a Beneficiary Who Made, or is Obligated to Make a Co-Payment Through Medicare Part B For the Drugs,

***Blenoxane*** *(bleomycin sulfate)*
***Cytoxan*** *(cyclophosphamide)*
***Etopophos*** *(etoposide phosphate)*
***Paraplatin*** *(carboplatin)*
***Procrit*** *(epoetin alfa)*
***Remicade*** *(infliximab)*
***Rubex*** *(doxorubicin hcl)*
***Taxol*** *(paclitaxel)*
***VePesid*** *(etoposide)*
***Zoladex*** *(goserelin acetate)*

## A Class Action Lawsuit May Affect Your Rights

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuits are *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to people who made Medicare Part B co-payments for the drugs. The Court has certified separate Classes against each Defendant. A series of trials will determine the claims against each Defendant. An initial trial involving all Defendants began on November 6, 2006.

### What Drugs are Covered by the Litigation?

Certain dosages of the drugs listed above made by the Defendants **AstraZeneca, Bristol-Myers Squibb Group** and **Johnson & Johnson Group** are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

### What do the Defendants say about the lawsuits?

The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made; contend that the lawsuits and damages are precluded under the law; contend that the alleged conduct, if proved, does not violate the 44 consumer protection laws, and that many class members will not be able to prove they paid a doctor for the subject drugs.

### Am I Involved in the Litigation?

- You are a member of one or more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 or have an obligation to make such a co-payment for a Covered Drug, or you are the legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment.
- You are not included in the Classes if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment.
- You are also excluded from the Classes if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.

*The Court is __not__ suggesting, requesting, or requiring that Medicare Part B beneficiaries who were not billed by their doctors, or who were billed but did not pay, should pay their doctors now or that they are obligated to do so under the Medicare statute.*

### What are My Rights as a Member of one or more of the Classes?

- **If you wish to remain a member of the Classes,** you don't need to do anything at this time. If you don't exclude yourself, as a member of one or more of the Classes you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court-appointed Counsel will represent all members of the Classes and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- **If you do not wish to participate in one or more of the Classes,** you must mail a personally signed, written request to be excluded to the address below. A mail-in opt-out form is available at www.AWPlitigation.net. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by February 19, 2007. If you exclude yourself from one or more of the Classes the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

**For a Detailed Notice about the Covered Drugs and AWP Litigation**
**Call toll-free: 1-866-903-1204 (Se Habla Español) or Visit: www.AWPlitigation.net**
**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC**
**P.O. Box 24654, West Palm Beach, FL 33416**

# SELECCIONES

# Si usted es Beneficiarios de la Parte B de Medicare O heredero de un Beneficiario que hizo, o tiene la obligación de hacer un co-pago a través de la Parte B de Medicare para los fármacos,

| | |
|---|---|
| ***Blenoxane*** *(sulfato de bleomicina sulfate)* | ***Remicade*** *(infliximab)* |
| ***Cytoxan*** *(ciclofosfamida)* | ***Rubex*** *(doxorubicina hcl)* |
| ***Etopophos*** *(fosfato de etopósido)* | ***Taxol*** *(paclitaxel)* |
| ***Paraplatin*** *(carboplatino)* | ***VePesid*** *(etopósido)* |
| ***Procrit*** *(epoetin alfa)* | ***Zoladex*** *(acetato de goserelina)* |

## Una Demanda Colectiva podría afectar sus derechos

Existen unas demandas colectivas pendientes en el Tribunal de Distrito de los Estados Unidos para el Distrito de Massachussets. Las demandas se llaman *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

En las demandas se alega que ciertas compañías farmacéuticas intencionalmente informaron precios mayoristas promedio (average wholesale prices – AWP) falsos e inflados para ciertos tipos de fármacos para pacientes externos. Los AWPs informados se usan para establecer precios de fármacos con receta que son pagados por Medicare y consumidores que hacen co-pagos de la Parte B de Medicare. En la demanda, se le solicita al Tribunal que otorgue indemnización monetaria a personas que hicieron co-pagos de la Parte B de Medicare por los fármacos. El Tribunal ha certificado a Clases separadas contra cada Demandado. Una serie de juicios determinará los reclamos contra cada Demandado. Un juicio inicial en que están involucrados todos los Demandados comenzó el 6 de noviembre de 2006.

**¿Qué fármacos están cubiertos por los litigios?**

Ciertas dosis de los fármacos que se indican anteriormente producidos por los Demandados **AstraZeneca, Bristol-Myers Squibb Group y Johnson & Johnson Group** son parte de la demanda ("Fármacos Cubiertos"). Para una la lista de las dosis, por fármaco, visite el sitio Web o llame o escriba como se indica más adelante.

**¿Qué dicen los Demandados acerca de las demandas?**

Los Demandados dicen que no hicieron nada malo. Los Demandados niegan que sean responsables por cualquiera de las alegaciones que se hacen en la demanda y se defenderán vigorosamente contra esas alegaciones. Los Demandados niegan las alegaciones de hechos que se hacen; alegan que las demandas y la indemnización están impedidas conforme a la ley, que la conducta alegada, si se comprueba, no viola las 44 leyes de protección del consumidor y

que muchos miembros de las clases no podrán comprobar que le pagaron a un médico por los fármacos en cuestión.

**¿Estoy envuelto en los litigios?**

- Usted es miembro de una o más de las Clases si hizo un co-pago bajo la Parte B de Medicare entre el 1° de enero de 1991 y el 1° de enero del 2005 o tiene una obligación de hacer tal co-pago por un Fármaco Cubierto o es heredero legal o sucesor legal a los derechos de un beneficiario de la Parte B de Medicare que hizo tal co-pago.
- Usted no está incluido en las Clases si fue residente de Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana o Virginia al momento en que hizo el co-pago de la Parte B de Medicare.
- Usted también queda excluido de las Clases si hizo co-pagos fijos (un co-pago que no difiere con el costo del fármaco) o si se le reembolsó por co-pagos o tiene derecho a que se le reembolsen.

*El Tribunal <u>no</u> está sugiriendo, solicitando o exigiendo que los beneficiarios de la Parte B de Medicare a quienes sus médicos no les facturaron un co-pago porcentual o a quienes se les facturara pero no pagaron deberían pagarle a sus médicos ahora o que tienen la obligación de hacerlo conforme a la ley Medicare.*

**¿Cuáles son mis derechos como Miembro de una o más de las Clases?**

- **Si quiere seguir siendo miembro de las Clases**, no tiene que hacer nada en este momento. Si no se excluye, como miembro de una o más de la Clases, quedará obligado por lo que ocurra en la demanda y no podrá demandar a los Demandados por su cuenta sobre los reclamos en la demanda. Unos Asesores Legales designados por el Tribunal representarán a todos los miembros de las Clases y le solicitarán al Tribunal que pague sus honorarios y gastos con cargo a cualquier indemnización que logren obtener para las Clases. Usted también puede contratar a su propio abogado a sus expensas para hablar o comparecer en su nombre.
- **Si no desea participar en una o más de las Clases**, debe enviar una solicitud por escrito, firmada personalmente, para excluirse, a la dirección más adelante. Un formulario que puede enviar por correo para excluirse se encuentra disponible en <u>www.AWPlitigation.net</u>. También puede solicitar que se le excluya de la demanda contra uno o más de los Demandados y seguir participando en los litigios contra los demás Demandados. La solicitud debe estar matasellada a más tardar el 19 de febrero de 2007. Si se excluye de una o más de las Clases, las demandas no lo afectarán. Eso quiere decir que no compartirá ninguna indemnización, en caso de que la haya, pero puede demandar a los Demandados acerca de los mismos reclamos.

**Para un aviso detallado sobre los Fármacos Cubiertos y los litigios AWP**

**Llame sin cargo alguno al: 1-866-903-1204**

**o visite: www.AWPlitigation.net**

**O escriba a: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC**
**P.O. Box 24654, West Palm Beach, FL 33416**

# SPORTS ILLUSTRATED

# If You Are a Medicare Part B Beneficiary or Heir of a Beneficiary Who Made, or is Obligated to Make a Co-Payment Through Medicare Part B For the Drugs,

***Blenoxane*** *(bleomycin sulfate)*
***Cytoxan*** *(cyclophosphamide)*
***Etopophos*** *(etoposide phosphate)*
***Paraplatin*** *(carboplatin)*
***Procrit*** *(epoetin alfa)*
***Remicade*** *(infliximab)*
***Rubex*** *(doxorubicin hcl)*
***Taxol*** *(paclitaxel)*
***VePesid*** *(etoposide)*
***Zoladex*** *(goserelin acetate)*

## A Class Action Lawsuit May Affect Your Rights

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuits are *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to people who made Medicare Part B co-payments for the drugs. The Court has certified separate Classes against each Defendant. A series of trials will determine the claims against each Defendant. An initial trial involving all Defendants began on November 6, 2006.

### What Drugs are Covered by the Litigation?

Certain dosages of the drugs listed above made by the Defendants **AstraZeneca, Bristol-Myers Squibb Group** and **Johnson & Johnson Group** are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

### What do the Defendants say about the lawsuits?

The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made; contend that the lawsuits and damages are precluded under the law; contend that the alleged conduct, if proved, does not violate the 44 consumer protection laws, and that many class members will not be able to prove they paid a doctor for the subject drugs.

### Am I Involved in the Litigation?

- You are a member of one or more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 or have an obligation to make such a co-payment for a Covered Drug, or you are the legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment.
- You are not included in the Classes if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment.
- You are also excluded from the Classes if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.

*The Court is not suggesting, requesting, or requiring that Medicare Part B beneficiaries who were not billed by their doctors, or who were billed but did not pay, should pay their doctors now or that they are obligated to do so under the Medicare statute.*

### What are My Rights as a Member of one or more of the Classes?

- **If you wish to remain a member of the Classes**, you don't need to do anything at this time. If you don't exclude yourself, as a member of one or more of the Classes you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court-appointed Counsel will represent all members of the Classes and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- **If you do not wish to participate in one or more of the Classes**, you must mail a personally signed, written request to be excluded to the address below. A mail-in opt-out form is available at www.AWPlitigation.net. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by February 19, 2007. If you exclude yourself from one or more of the Classes the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

**For a Detailed Notice about the Covered Drugs and AWP Litigation**
**Call toll-free: 1-866-903-1204 (Se Habla Español) or Visit: www.AWPlitigation.net**
**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC**
**P.O. Box 24654, West Palm Beach, FL 33416**

# US News & World Report (12/4/06 issue)

# If You Are a Medicare Part B Beneficiary or Heir of a Beneficiary Who Made, or is Obligated to Make a Co-Payment Through Medicare Part B For the Drugs,

***Blenoxane*** *(bleomycin sulfate)*
***Cytoxan*** *(cyclophosphamide)*
***Etopophos*** *(etoposide phosphate)*
***Paraplatin*** *(carboplatin)*
***Procrit*** *(epoetin alfa)*
***Remicade*** *(infliximab)*
***Rubex*** *(doxorubicin hcl)*
***Taxol*** *(paclitaxel)*
***VePesid*** *(etoposide)*
***Zoladex*** *(goserelin acetate)*

## A Class Action Lawsuit May Affect Your Rights

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuits are *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to people who made Medicare Part B co-payments for the drugs. The Court has certified separate Classes against each Defendant. A series of trials will determine the claims against each Defendant. An initial trial involving all Defendants began on November 6, 2006.

### What Drugs are Covered by the Litigation?

Certain dosages of the drugs listed above made by the Defendants **AstraZeneca, Bristol-Myers Squibb Group** and **Johnson & Johnson Group** are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

### What do the Defendants say about the lawsuits?

The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made; contend that the lawsuits and damages are precluded under the law; contend that the alleged conduct, if proved, does not violate the 44 consumer protection laws, and that many class members will not be able to prove they paid a doctor for the subject drugs.

### Am I Involved in the Litigation?

- You are a member of one or more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 or have an obligation to make such a co-payment for a Covered Drug, or you are the legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment.
- You are not included in the Classes if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment.
- You are also excluded from the Classes if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.

*The Court is not suggesting, requesting, or requiring that Medicare Part B beneficiaries who were not billed by their doctors, or who were billed but did not pay, should pay their doctors now or that they are obligated to do so under the Medicare statute.*

### What are My Rights as a Member of one or more of the Classes?

- **If you wish to remain a member of the Classes**, you don't need to do anything at this time. If you don't exclude yourself, as a member of one or more of the Classes you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court-appointed Counsel will represent all members of the Classes and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- **If you do not wish to participate in one or more of the Classes**, you must mail a personally signed, written request to be excluded to the address below. A mail-in opt-out form is available at www.AWPlitigation.net. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by February 19, 2007. If you exclude yourself from one or more of the Classes the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

**For a Detailed Notice about the Covered Drugs and AWP Litigation**

**Call toll-free: 1-866-903-1204 (Se Habla Español) or Visit: www.AWPlitigation.net**

**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC**

**P.O. Box 24654, West Palm Beach, FL 33416**

# US NEWS & WORLD REPORT (1/15/07 ISSUE)

Legal Notice

# If You Are a Medicare Part B Beneficiary or Heir of a Beneficiary Who Made, or is Obligated to Make a Co-Payment Through Medicare Part B For the Drugs,

***Blenoxane*** *(bleomycin sulfate)*
***Cytoxan*** *(cyclophosphamide)*
***Etopophos*** *(etoposide phosphate)*
***Paraplatin*** *(carboplatin)*
***Procrit*** *(epoetin alfa)*
***Remicade*** *(infliximab)*
***Rubex*** *(doxorubicin hcl)*
***Taxol*** *(paclitaxel)*
***VePesid*** *(etoposide)*
***Zoladex*** *(goserelin acetate)*

## A Class Action Lawsuit May Affect Your Rights

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuits are *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to people who made Medicare Part B co-payments for the drugs. The Court has certified separate Classes against each Defendant. A series of trials will determine the claims against each Defendant. An initial trial involving all Defendants began on November 6, 2006.

### What Drugs are Covered by the Litigation?

Certain dosages of the drugs listed above made by the Defendants **AstraZeneca, Bristol-Myers Squibb Group** and **Johnson & Johnson Group** are part of the lawsuit ("Covered Drugs"). For a list of the dosages, by drug, visit the Web site or call or write as indicated below.

### What do the Defendants say about the lawsuits?

The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuit and will vigorously defend against these claims. The Defendants deny the factual allegations being made; contend that the lawsuits and damages are precluded under the law; contend that the alleged conduct, if proved, does not violate the 44 consumer protection laws, and that many class members will not be able to prove they paid a doctor for the subject drugs.

### Am I Involved in the Litigation?

- You are a member of one or more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 or have an obligation to make such a co-payment for a Covered Drug, or you are the legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment.
- You are not included in the Classes if you were a resident of Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time you made the Medicare Part B co-payment.
- You are also excluded from the Classes if you made flat co-payments (a co-payment that does not differ with the cost of the drug), or you were reimbursed for co-payments or have the right to be reimbursed.

*The Court is not suggesting, requesting, or requiring that Medicare Part B beneficiaries who were not billed by their doctors, or who were billed but did not pay, should pay their doctors now or that they are obligated to do so under the Medicare statute.*

### What are My Rights as a Member of one or more of the Classes?

- **If you wish to remain a member of the Classes**, you don't need to do anything at this time. If you don't exclude yourself, as a member of one or more of the Classes you'll be bound by whatever happens in the lawsuit, and you won't be able to sue the Defendants on your own about the claims in the lawsuit. Court-appointed Counsel will represent all members of the Classes and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. You may also hire your own attorney at your own cost to speak or appear on your behalf.
- **If you do not wish to participate in one or more of the Classes**, you must mail a personally signed, written request to be excluded to the address below. A mail-in opt-out form is available at www.AWPlitigation.net. You may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be postmarked by February 19, 2007. If you exclude yourself from one or more of the Classes the lawsuits will not affect you. This means that you will not share in any recovery, if there is one, but you can sue the Defendants about the same claims.

**For a Detailed Notice about the Covered Drugs and AWP Litigation**
**Call toll-free: 1-866-903-1204 (Se Habla Español) or Visit: www.AWPlitigation.net**
**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC**
**P.O. Box 24654, West Palm Beach, FL 33416**

HR MAGAZINE

# If You Are a Third-Party Payor Based In Or With Beneficiaries In Massachusetts and You Made Reimbursements For Any of the Drugs Listed Below,

## Class Action Lawsuits May Affect Your Rights.

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts under the name *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs may be used to set prescription drug prices that are paid by insurers and other Third Party Payors ("TPPs"). The lawsuits ask the Court to award money damages to some TPPs who made reimbursements for the drugs. Defendants deny that they are responsible for any of the claims in the lawsuits. A series of trials and hearings will determine the claims in this lawsuit. An initial trial involving all Defendants will begin in November 2006.

### What Drugs are Covered by the Litigation?

Certain dosages of the following Covered Drugs made by the Defendants AstraZeneca, Bristol-Myers Squibb Group, Johnson & Johnson Group and Schering Plough Group are covered: **Albuterol Sulfate**, **Blenoxane** (bleomycin sulfate), **Cytoxan** (cyclophosphamide), **Etopophos** (etoposide phosphate), **Intron A** (interferon alfa-2b), **Paraplatin** (carboplatin), **Perphenazine**, **Procrit** (epoetin alfa), **Proventil** (albuterol sulfate), **Remicade** (infliximab), **Rubex** (doxorubicin hcl), **Taxol** (paclitaxel), **Temodar** (temozolomide), **VePesid** (etoposide) and **Zoladex** (goserelin acetate). These are referred to in this Notice as the "Covered Drugs." For a complete list of the dosages by drug visit the Web site or call or write as indicated below for a detailed Notice.

### What do the Defendants say about the Litigation?

The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuits and will vigorously defend against these claims. The Defendants deny the factual allegations being made; contend that the lawsuits and damages are precluded under the law; and that even if the alleged conduct is proven by the Plaintiffs it does not violate the law.

### Which TPPs Are Involved in the Litigation?

The Court has ruled that there are two different types of Classes for TPPs who reimbursed for Covered Drugs: a MediGap TPP Class and a Private Payor TPP Class. A TPP could be a member of one or both Classes against one or more Defendant.

- A TPP is a member of the MediGap TPP Class against one or more Defendant if it made reimbursements for all or part of its insured's 20% co-payment under Medicare Part B for Covered Drugs anytime between January 1, 1991 and January 1, 2005, or
- A TPP is a member of the Private Payor TPP Class against one or more Defendant if it reimbursed for Covered Drugs outside of Medicare Part B based on a contract that uses AWP as a reimbursement benchmark anytime between January 1, 1991 and January 30, 2006.

In order to be a member of either a MediGap TPP Class or a Private Payor TPP Class against one or more Defendant, the reimbursements must have been for a beneficiary in Massachusetts or the TPP must have its principal place of business in Massachusetts.

### What Are a TPPs' Rights as a Member of Either or Both of the Classes?

- If a TPP wishes to remain a member of either or both of the Classes, it doesn't need to do anything at this time. If it doesn't exclude itself, as a member of either Class it will be bound by whatever happens in the lawsuit against the Defendant, and it won't be able to sue the Defendant on its own about the claims in the lawsuit. Court-appointed Counsel will represent all Class Members and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. Class Members may also hire their own attorney at their own cost to speak or appear on their behalf.
- If a TPP does not wish to participate in either or both of the Classes, it must mail a signed, written request to be excluded, to the address below, indicating from which of the two types of Classes and from which Defendant Class or Classes the TPP wishes to be excluded. A TPP may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be received by October 1, 2006. If a TPP excludes itself from one or more of the Classes, it can't participate in any recovery for the Class, if there is one, but keeps its right to sue the Defendant(s) on its own.

**For a Detailed Notice Form and Further Information on the Covered Drugs and AWP**

**Call toll-free: 1 800-419-5391 or Visit: www.AWPlitigation.net**

**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC P.O. Box 24654, West Palm Beach, FL 33416**

NATIONAL UNDERWRITER
LIFE & HEALTH

Legal Notice

# If You Are a Third-Party Payor Based In Or With Beneficiaries In Massachusetts and You Made Reimbursements For Any of the Drugs Listed Below,

## Class Action Lawsuits May Affect Your Rights.

There are class action lawsuits pending in the U.S. District Court for the District of Massachusetts under the name *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs may be used to set prescription drug prices that are paid by insurers and other Third Party Payors ("TPPs"). The lawsuits ask the Court to award money damages to some TPPs who made reimbursements for the drugs. Defendants deny that they are responsible for any of the claims in the lawsuits. A series of trials and hearings will determine the claims in this lawsuit. An initial trial involving all Defendants will begin in November 2006.

**What Drugs are Covered by the Litigation?**
Certain dosages of the following Covered Drugs made by the Defendants AstraZeneca, Bristol-Myers Squibb Group, Johnson & Johnson Group and Schering Plough Group are covered: **Albuterol Sulfate, Blenoxane** (bleomycin sulfate), **Cytoxan** (cyclophosphamide), **Etopophos** (etoposide phosphate), **Intron A** (interferon alfa-2b), **Paraplatin** (carboplatin), **Perphenazine**, **Procrit** (epoetin alfa), **Proventil** (albuterol sulfate), **Remicade** (infliximab), **Rubex** (doxorubicin hcl), **Taxol** (paclitaxel), **Temodar** (temozolomide), **VePesid** (etoposide) and **Zoladex** (goserelin acetate). These are referred to in this Notice as the "Covered Drugs." For a complete list of the dosages by drug visit the Web site or call or write as indicated below for a detailed Notice.

**What do the Defendants say about the Litigation?**
The Defendants say they didn't do anything wrong. Defendants deny that they are responsible for any of the claims made in the lawsuits and will vigorously defend against these claims. The Defendants deny the factual allegations being made, contend that the lawsuits and damages are precluded under the law, and that even if the alleged conduct is proven by the Plaintiffs it does not violate the law.

**Which TPPs Are Involved in the Litigation?**
The Court has ruled that there are two different types of Classes for TPPs who reimbursed for Covered Drugs: a MediGap TPP Class and a Private Payor TPP Class. A TPP could be a member of one or both Classes against one or more Defendant.

- A TPP is a member of the MediGap TPP Class against one or more Defendant if it made reimbursements for all or part of its insured's 20% co-payment under Medicare Part B for Covered Drugs anytime between January 1, 1991 and January 1, 2005, or
- A TPP is a member of the Private Payor TPP Class against one or more Defendant if it reimbursed for Covered Drugs outside of Medicare Part B based on a contract that uses AWP as a reimbursement benchmark anytime between January 1, 1991 and January 30, 2006.

In order to be a member of either a MediGap TPP Class or a Private Payor TPP Class against one or more Defendant, the reimbursements must have been for a beneficiary in Massachusetts or the TPP must have its principal place of business in Massachusetts.

**What Are a TPPs' Rights as a Member of Either or Both of the Classes?**

- If a TPP wishes to remain a member of either or both of the Classes, it doesn't need to do anything at this time. If it doesn't exclude itself, as a member of either Class it will be bound by whatever happens in the lawsuit against the Defendant, and it won't be able to sue the Defendant on its own about the claims in the lawsuit. Court-appointed Counsel will represent all Class Members and will ask the Court to pay their fees and expenses out of any recovery they achieve for the Classes. Class Members may also hire their own attorney at their own cost to speak or appear on their behalf.
- If a TPP does not wish to participate in either or both of the Classes, it must mail a signed, written request to be excluded, to the address below, indicating from which of the two types of Classes and from which Defendant Class or Classes the TPP wishes to be excluded. A TPP may also request to be excluded from the lawsuit against one or more Defendants and remain in the litigation against the other Defendants. The request must be received by October 1, 2006. If a TPP excludes itself from one or more of the Classes, it can't participate in any recovery for the Class, if there is one, but keeps its right to sue the Defendant(s) on its own.

**For a Detailed Notice Form and Further Information on the Covered Drugs and AWP**

**Call toll-free: 1 800-419-5391 or Visit: www.AWPlitigation.net**

**Or Write: AWP Litigation Administrator, c/o Complete Claim Solutions, LLC P.O. Box 24654, West Palm Beach, FL 33416**

National Underwriter

Advertiser Index

*Advising* BOOMERS

# Aging Boomers Not Likely To Sink Share Prices: GAO

BY ALLISON BELL

THE LOOMING GENERATION SHIFT MAY CUT ANNUAL investment returns by an average of about 0.5% in coming decades.

Researchers at the U.S. Government Accountability Office make that prediction in a report on the possible effects of the retirement of the baby boomers on investment returns.

Some market forecasters have speculated that the boomers, who were born from 1946 to 1964, might cause a severe market slump once they start shifting assets into more conservative investments and converting assets into income.

But GAO researchers analyzed 13 academic simulations of what might happen when the boomers retire, and "none of the simulation-based studies concluded that the U.S. baby boom retirement will precipitate a sudden and sharp decline in asset prices," Barbara Bovbjerg and George Scott, GAO officials, write in a report summarizing the results of the analysis.

One study suggested annual returns might be about 0.37% lower than they would be without the boomer retirement effect, and another suggested the gap might be about 1%, the GAO officials write.

The officials list several factors that might buffer the investment market against the boomer retirement effect:

- Boomers plan to work longer and start drawing on retirement income later.
- Boomers are expecting to live longer and may try to keep more assets in their nest eggs.
- The few boomers who have significant investments can pay their living expenses by selling just a small portion of their investments.

## LONGEVITY

continued from page 51

income growth that exceeds the inflation rate," he argues. "Historically, the only readily available asset class to offer this was equities. There is one of the not-so-subtle benefits of the living benefit of VAs in that it allows investors to have the comfort of protection while still having potential of growth."

The real "gorilla in the closet" for retirees is health care, what with the underfunding of Medicare and the rising costs of medical care and prescriptions, he warns. Most retirees who have run into financial trouble say it was health care that derailed their retirement plan, he says.

"So, financial planning needs to consider health care as part of the portfolio," he says. "Boomers need to escalate the amount of money they're saving by an amount that will compensate for the expected jump in medical care."

Finally, it's apparent Americans aren't saving for retirement, Salsbury concludes. Advisors can help by getting boomers to see the need for saving while reducing expensive debt, such as credit cards.

# EXHIBIT D

***In re: Pharmaceutical Industry Average Wholesale Price Litigation***
**Docket No. 01-CV-12257-PBS**

*PRESS RELEASE* ** *PRESS RELEASE* ** *PRESS RELEASE*

**For Immediate Release**
December 4, 2006

**Contact:** Steve W. Berman
(206) 623-7292

# Class Action Litigation May Benefit Medicare Part B Beneficiaries Who Paid for Certain Prescription Drugs

The United States District Court for the District of Massachusetts has certified class action lawsuits on behalf of Medicare Part B beneficiaries who purchased certain dosages of particular drugs. The lawsuits are entitled *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. CV-12257-PBS.

The lawsuits claim that certain drug companies intentionally reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are used to set prescription drug prices that are paid by Medicare and consumers making Medicare Part B co-payments. The lawsuit asks the Court to award money damages to individuals who made Medicare Part B co-payments for the drugs.

The Court has decided to try the case in stages. The Court has certified a class action on behalf of consumers who purchased certain dosages of particular drugs manufactured by three of the Defendants, AstraZeneca, Bristol-Myers Squibb Group and the Johnson & Johnson Group. A trial involving the claims of consumers who made Medicare Part B co-payments for the drugs listed below is scheduled to begin on March 5, 2007.

You are a member of one of more of the Classes if you made a co-payment under Medicare Part B from January 1, 1991 to January 1, 2005 for certain dosages of the following prescription drugs:

| | |
|---|---|
| Blenoxane *(bleomycin sulfate)* | Remicade *(infliximab)* |
| Cytoxan *(cyclophosphamide)* | Rubex *(doxorubicin hcl)* |
| Etopophos *(etoposide phosphate)* | Taxol *(paclitaxel)* |
| Paraplatin *(carboplatin)* | VePesid *(etoposide)* |
| Procrit *(epoetin alfa)* | Zoladex *(goserelin acetate)* |

Also included in the Class are individuals who have an obligation to make such a co-payment, or individuals who are a legal heir of, or legal successor to the rights of a Medicare Part B beneficiary who made such a co-payment. Individuals who resided in Alabama, Alaska, Georgia, Iowa, Kentucky, Louisiana, Mississippi, Montana or Virginia at the time they made a Medicare Part B co-payment are excluded from the Class.

"Success in this trail will help Medicare Part B beneficiaries, many of whom are on a fixed income," said Co-Lead Class Counsel Steve W. Berman of Hagens Berman Sobol Shapiro LLP.

There are no financial benefits available to Class Members at this time. Class Members who wish to remain a member of the Classes do not need to do anything at this time. Class Members who wish to be excluded from the Class must send a written request to be excluded, postmarked by February 19, 2007.

For more information regarding the lawsuits and your legal rights, please visit www.AWPlitigation.net or call 1-866-903-1204.

###

# EXHIBIT E

**List of Third-Party Organizations**
**Exhibit E**

| CATEGORY | ORGANIZATION |
|---|---|
| Anti-Psychotic | Mental Health Matters |
| Arthritis | Arthritis Foundation |
| Arthritis | Arthritis Insight |
| Asthma/Smoking | American Lung Association |
| Asthma | Asthma and Allergy Foundation of America |
| Cancer | Association of Community Cancer Centers |
| Cancer | Breast Cancer Action |
| Cancer | National Breast Cancer Coalition |
| Cancer | People Against Cancer |
| Headache | American Council for Headache Education |
| Headache | National Headache Foundation |
| Heart/Hypertension | American Heart Association |
| Herpes | Herpes.ORG |
| Herpes | HOPE (Herpes outreach patient information) |
| HIV/ AIDS | AIDS Action |
| HIV/ AIDS | AIDS Memorial Quilt |
| HIV/ AIDS | AIDS.org |
| HIV/ AIDS | International AIDS Society |
| Psychotropic | Schizophrenia.com |