**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO SUPPLEMENT THE RECORD OR TAKE DISCOVERY OF THE "KA-CHING" DOCUMENT**

Centocor's Opposition to Plaintiffs' Motion asking the Court to consider recently uncovered evidence simply regurgitates its prior arguments that the Plaintiffs' case is without merit and falsely claims that the Plaintiffs are attempting to re-open discovery. Nothing in Centocor's Opposition justifies denial of Plaintiffs' limited motion.

After the Class 2 and 3 bench trial ended, Plaintiffs became aware of a document created by Centocor which provides substantial additional support for Plaintiffs' claim that Centocor aggressively marketed Remicade's AWP spread to physicians. The evidence is a Powerpoint presentation used by Centocor sales representatives to show doctors how much they could make money by infusing Remicade, ***punctuated by the "Ka-ching" sound of a cash register when the doctor's Remicade profits are revealed***.

Centocor's active marketing of the spread is an important part of Plaintiffs' case. Apparently the Court believes marketing the spread is relevant, since it questioned Centocor's John Hoffman on that subject during the trial. *See* Trial Testimony Day 5, November 14, 2006 at pages 67-68. The ***Ka-ching*** presentation is highly relevant, powerful evidence that Centocor

engaged in the spread marketing conduct Plaintiffs allege. Centocor's only response to the relevance argument is its oft-repeated claim that Plaintiffs' entire case is meritless. This argument is, at best, non-responsive.

Centocor also conjures up the fear that Plaintiffs are seeking a wholesale expansion of discovery. This is disingenuous, as Plaintiffs' Motion clearly seeks permission only to obtain a copy of the ***Ka-ching*** presentation and to take a deposition to understand how it was used. There is no wholesale expansion of discovery. The cases Centocor relies on do not address the situation where the existence of a specific piece of evidence is first uncovered after the close of discovery, but rather prohibit a wholesale re-opening of discovery.

Finally, Centocor's Opposition reveals, for the first time, that Centocor proclaims that it does not have a copy of the ***Ka-ching*** presentation.[1] Given that the former sales representatives in Minnesota are the only known source of the ***Ka-ching*** presentation, there is no good reason to prevent Plaintiffs from obtaining a copy of the presentation from them through a subpoena.

The ***Ka-ching*** presentation is relevant not just for the Claims of Classes 2 and 3, but also for the trial of the Class 1 claims against Centocor, which is not yet scheduled. It cannot be seriously disputed that the sound of the ***Ka-ching*** [2]reverberating before the jury during the yet to be scheduled Class 1 trial will be relevant and is needed to put in context the demands from glib witnesses like Mr. Hoffman that no such spread marketing conduct occurred.

---

[1] Prior to filing the instant motion Plaintiffs wrote to Centocor asking for a copy of the ***Ka-ching*** presentation. Centocor's counsel ignored that request. And, of course, numerous witnesses were deposed on the types of materials provided to doctors and none mentioned this audible sales device.

[2] The urban dictionary defines ***Ka-ching*** as: An imitation of the sound made by a cash register when someone's action will result in more money." http://www.dictionary.com. A copy of the definition is attached hereto.

Centocor has offered no valid reason why the Court should not consider the Remicade ***Ka-ching*** presentation and/or allow Plaintiffs to obtain a copy of it, therefore Plaintiffs' Motion should be granted.

DATED: March 29, 2007

By **/s/ Steve W. Berman**
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street
Third Floor
Philadelphia, PA 19147
Facsimile: (215) 609-4661
Telephone: (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of Plaintiffs' attorneys and that, on March 29, 2007, I caused copies of **PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO SUPPLEMENT THE RECORD OR TAKE DISCOVERY OF THE "KA-CHING" DOCUMENT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Steve W. Berman
Steve W. Berman

Urban Dictionary: ka-ching Page 1 of 2
Case 1:01-cv-12257-PBS Document 3967 Filed 03/29/07 Page 6 of 6

DICTIONARY

Urban Dictionary is a slang dictionary with your definitio

browse word of the day add edit book

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

JZ KA KB KC

**ka-ching** 2 sounds

## 1. ka-ching

**43** up, **6** down

An imitation of the sound made by a cash register, used when someone's action will result in mo' money; see also cha-ching

*I'm gonna cash this check: ka-ching!*

by dan Sep 28, 2004 email it

## ka-ching images

cash register

## 2. ka-ching

**22** up, **9** down

The sound a cash register makes. NY Times, 050904, in a review of Bob Woodward's book on the White House. "Plan of Attack".

*"...to say nothing of the ka-ching of cash registers."*

by John Heron May 9, 2004 email it

maria sharapova

coozy

bee's knees

l337

blond

http://www.urbandictionary.com/define.php?term=ka-ching&i=1 3/29/2007