UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 

MDL No. 1456

Master File No. 01-CV-12257-PBS

Judge Patti B. Saris

### HEINS MILLS & OLSON, P.L.C.'s RESPONSE TO MOTION FOR AMENDMENT OF CASE MANAGEMENT ORDER NO. 1 AND CONSOLIDATED ORDER RE: MOTION FOR CLASS CERTIFICATION

Heins Mills & Olson, P.L.C., one of the firms previously designated by the Court to serve on the Lead Counsel Committee as a Committee Chair on behalf of Plaintiffs, respectfully files this response to the Motion for Amendment of Case Management Order No. 1 and Consolidated Order Re: Motion for Class Certification ("Motion") filed March 26, 2007, by other counsel for Plaintiffs. The Motion requests, in part, that Heins Mills & Olson, P.L.C. no longer be designated as Chair of the Lead Counsel Committee. We respectfully request that Heins Mills & Olson, P.L.C. not be designated as a member or chair of Plaintiffs' Lead Counsel Committee in this matter. While not otherwise taking a position concerning the relief requested in the Motion, we write briefly to assist the Court by correcting certain statements made in the Motion.

The Motion asserts that "several of the law firms originally designated by the Court to act on behalf of all Plaintiffs," including Heins Mills & Olson, P.L.C., "have either withdrawn as counsel for Plaintiffs in the case or have ceased to actively

58571.1                                    1

participate on behalf of Plaintiffs and to fulfill the responsibilities for which the Court appointed them." Motion at 1. This statement is inaccurate.

Of paramount importance throughout this litigation is the efficient and effective representation of Plaintiffs and the Classes. To further that overarching purpose, this Court established the organization of Plaintiffs' counsel by designating certain firms as the Lead Counsel Committee, and among those firms, certain members as Chairs of the Lead Counsel Committee, to act on behalf of Plaintiffs. *See* Case Management Order No. 1 (Doc. No. 100, "CMO 1"), as modified by Case Management Order No. 3 (Doc. No. 136). The Committee is charged with responsibility for all major decisions and for the overall prosecution and resolution of the case on behalf of Plaintiffs' counsel. *See* CMO 1, ¶¶ 11, 12. The Court appointed Heins Mills & Olson, P.L.C., to serve as one of the chairs of the Committee.

Heins Mills & Olson, P.L.C. faithfully discharged its duties in all respects and devoted substantial resources and significant time to the development and prosecution of this litigation. Beginning as early as November 2001, Heins Mills & Olson, P.L.C. attorneys have engaged in a wide range of activities contributing to Plaintiffs' prosecution of the case. The substantial commitment of resources and work by Heins Mills & Olson, P.L.C. on behalf of Plaintiffs and the Classes has included, only by way of examples: factual investigation; development of litigation theories and claims; communications with and gathering of documents from Plaintiff Twin Cities Bakery Workers Health and Welfare Fund; drafting and editing pleadings, including portions of the complaint and subsequent amended complaints; attendance at hearings before the Court; researching, drafting and editing briefs, including at the motion to dismiss stage;

extensive party and non-party discovery; meet and confer discussions with opposing counsel regarding discovery; conducting and defending depositions; preparing third party document requests; working closely with an expert on issues involving claim theories, liability and damages; making substantial contributions to fund the prosecution of this litigation; conferencing and coordinating with co-lead counsel regarding case strategy and planning; reviewing and coding extensive documents produced by defendants; motion practice; and participating in the defense of the deposition of Plaintiffs' expert witness. At the appropriate time, we will provide documentation of the extensive work performed by Heins Mills & Olson, P.L.C. on behalf of Plaintiffs in this matter.

Beginning in October 2004 and continuing through February 2005, several divergences of opinion occurred between Heins Mills & Olson, P.L.C. and certain other members of Plaintiffs' Lead Counsel Committee. Those differences involved certain case strategy and other issues, including day-to-day management issues. Heins Mills & Olson, P.L.C. and other Committee members attempted to discuss and reconcile their differences but, regretfully, without success. Following the surfacing and lack of resolution of those differences, Heins Mills & Olson, P.L.C. continued to participate in the prosecution of the case by performing certain tasks at the request of other members of the Lead Counsel Committee, including preparation and appearances on behalf of Plaintiffs at various depositions, and review and analysis of documents.

Contrary to the assertions contained in the Motion, Heins Mills & Olson, P.L.C. has not withdrawn as counsel for Plaintiffs in this matter, and has continued to fulfill its responsibilities to the Plaintiff Classes. Heins Mills & Olson, P.L.C. has faithfully

performed its duties in working diligently on behalf of the Plaintiffs and in furtherance of the interests of the Classes.

In the interests of the effective management of the case on behalf of Plaintiffs and the Classes, Heins Mills & Olson, P.L.C. respectfully requests that the Court amend Case Management Order No. 1, Paragraph IV(9)(b) and (c) by striking Samuel D. Heins and Heins Mills & Olson, P.L.C. as a member and Chair of the Lead Counsel Committee.

Dated: March 29, 2007                            **HEINS MILLS & OLSON, P.L.C.**

                s/ David R. Woodward
Samuel D. Heins (admitted *pro hac vice*)
David R. Woodward (admitted *pro hac vice*)
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Heins Mills & Olson, P.L.C.'s Response to Motion for Amendment of Case Management Order No. 1 and Consolidated Order Re: Motion for Class Certification** was served on March 29, 2007 upon all counsel of record electronically via Lexis File and Serve.

By: /s/ David R. Woodward
HEINS MILLS & OLSON, P.L.C.
Samuel D. Heins
David R. Woodward
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692