**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | : | |
|---|---|---|
| In Re: Pharmaceutical Industry | : | MDL No. 1456 |
| Average Wholesale Price Litigation | : | |
| | : | Civil Action Nos.: |
| | : | |
| | : | 07 cv 10271-PBS |
| | : | 01 cv 12257-PBS |
| | : | |
| | : | |
| This filing relates to: | : | Judge Patti B. Saris |
| State of Ohio v. Dey, Inc., et al., | : | |
| Case No. 07-cv-10271 | : | |

**MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY**

Plaintiff the State of Ohio requests that the Court lift the stay entered in this case on January 16, 2007, so that the case may proceed.

This case was removed from state court in October 2006 by Defendant Dey, Inc., based on the spurious argument that federal jurisdiction was created by the filing of a case against Dey in another jurisdiction by the federal government. *Dey and the State of Ohio had entered a settlement agreement regarding all of Ohio's claims against Dey in July 2006, three months before Dey removed the case*. Therefore, the only claim remaining against Dey at the time it removed the case was for enforcement of the settlement agreement – a claim arising under state common law of contracts.[1] There was no colorable basis for invoking federal jurisdiction.

On November 10, 2006, the State moved to remand the case to state court. One or more of the Defendants represented to the Judicial Panel on Multidistrict Litigation that this case was a

---

[1] Under Ohio law, the settlement had the effect of extinguishing the State's claims against Dey for fraudulent representations regarding average wholesale drug prices and substituting the obligations and rights under the settlement agreement. See Folley v. Henderson, 175 F. Supp.2d 1017, 1012 n.9 (S.D. Ohio 2001).

tag-along to cases previously transferred to this Court in MDL No. 1456. The clerk of the MDL Panel therefore issued a conditional transfer order. The State filed a motion to vacate the transfer order on December 11, 2006.

On January 16, 2007, Judge Sandra Beckwith of the United States District Court for the Southern District of Ohio, the transferor court, stayed any further proceedings in the case "pending a final decision by the MDL Panel as to whether this case should be transferred to the multidistrict litigation proceeding now pending in the District of Massachusetts." A copy of the Order is attached hereto as Exhibit A.

The MDL Panel transferred the case to this Court on February 7, 2007. Judge Beckwith was notified of the transfer order on February 12, 2007. As of this date, the stay has not been lifted. The State of Ohio respectfully requests that the stay entered on January 16, 2007 be lifted at this time so that the case can proceed. The basis for the stay, the pendency of the matter before the MDL Panel, no longer exists. There is no reason for the case to remain stayed.

>Respectfully submitted,
>
>MARC DANN,
>ATTORNEY GENERAL OF OHIO
>
>s/Robert Heuck
>Stanley M. Chesley (0000852)
>*Lead Counsel and Trial Attorney*
>Robert Heuck II (0051283)
>WAITE, SCHNEIDER, BAYLESS
>    & CHESLEY CO., L.P.A.
>1513 Fourth and Vine Tower
>One West Fourth Street
>Cincinnati, OH 45202
>Phone:       (513) 621-0267
>Facsimile:   (513) 381-2385
>Email:       heuck@wsbclaw.com

        Thomas W. Breidenstein (0064299)
        BARRET & WEBER, L.P.A.
        500 Fourth and Walnut Centre
        105 East Fourth Street
        Cincinnati, OH 45202
        Phone:    (513) 721-2120
        Facsimile:    (513) 721-2139

        James E. Swaim (007362)
        *Trial Attorney*
        Richard Hempfling (0029986)
        FLANAGAN, LIEBERMAN, HOFFMAN
           & SWAIM
        318 West Fourth Street
        Dayton, OH 45402
        Phone:    (937) 223-5200
        Facsimile:    (937) 3335
        Email:    Rhempfling@flhslaw.com

Of Counsel:
C. David Ewing (0028989)
EWING, MCMILLAN & WILLIS
429 W. Muhammad Ali Blvd., Suite 1100
Louisville, KY 40202-2347
Phone:    (502) 585-5800
Facsimile:    (502) 585-5858
Email:    geslaw@msn.com

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed and served this 28th day of March 2007 via the Court's Electric Case Filing system.

        s/Robert Heuck_____
        Robert Heuck II