UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS _____ | MDL No. 1456 Civil Action No. 01-12257-PBS Judge Patti B. Saris Magistrate Judge Marianne B. Bowler |

### UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME

The United States of America, through undersigned counsel, respectfully files this Unopposed Motion to enlarge the time to respond to defendant Abbott Laboratories, Inc.'s Motion to Compel Plaintiffs to Provide an Adequate Response to Abbott's Interrogatory No. 7. The United States requests that the time to file its response be enlarged to April 13, 2007.  In support, the United States provides the following.

1. The United States' response is due March 30, 2007.  Additional time is needed due to undersigned counsel's previously scheduled matters, including days away from the district on work-related travel, as well as other court hearings and filings that were previously scheduled.

2. The undersigned Assistant U.S. Attorney spoke with Christopher Cook, Esq., counsel for defendant Abbott Laboratories Inc.  Mr. Cook indicated he did not object to this request for additional time.

1

For the above reasons, the United States respectfully requests that this motion be granted.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | /s/ Justin Draycott<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | |
| /s/ Ana Maria Martinez<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for<br> the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL 33132<br>Phone: (305) 961-9003<br>Fax: (305) 536-4101 | |

Dated: March 30, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: March 30, 2007

                                                                       /s/ Ana Maria Martinez
                                                                     Ana Maria Martinez