UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1456  Civil Action No. 01-12257-PBS  Judge Patti B. Saris  Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER**

This matter came before the Court upon the United States' Unopposed Motion for an Enlargement of Time until April 13, 2007 to file its response to Abbott Laboratories, Inc.'s Motion to Compel Plaintiffs to Provide an Adequate Response to Interrogatory No. 7.  Having reviewed the motion and the record in this case, it is hereby

**ORDERED** that the motion of the United States is granted.  The United States shall file its response by April 13, 2007.

**DONE AND ORDERED** this _____ day of _____ , 2007, in Boston, Massachusetts.

_____