UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* ) ) ) | Chief Magistrate Judge Marianne B. Bowler |
| No. 06-CV-11337-PBS | |

**[PROPOSED] ORDER**

This matter came before the Court upon Ven-A-Care of the Florida Keys, Inc.'s Joinder in the United States Motion to Enlarge Time to Respond to Abbott Laboratories, Inc.'s Motion to Compel Plaintiffs to Provide an Adequate Response to Interrogatory No. 7 . Having reviewed the motion and the record in this case, it is hereby

ORDERED that the motion of Ven-A-Care of the Florida Keys, Inc. is granted. Ven-A-Care of the Florida Keys, Inc. shall file its response by April 13, 2007.

DONE AND ORDERED this _____ day of _____ , 2007, in Boston, Massachusetts.

_____