UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ) <br> *U.S. ex rel. Ven-A-Care of the* ) <br> *Florida Keys, Inc. v. Abbott* ) <br> *Laboratories, Inc.,* ) <br> No. 06-CV-11337-PBS | Judge Patti B. Saris <br><br> Chief Magistrate Judge Marianne B. Bowler |

**VEN-A-CARE OF THE FLORIDA KEYS, INC.'S JOINDER IN UNITED STATES MOTION TO ENLARGE TIME TO RESPOND TO ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL PLAINTIFFS TO PROVIDE AN ADEQUATE RESPONSE TO INTERROGATORY NO. 7**

Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") by and through its undersigned counsel files this its Joinder in the United States Motion to Enlarge Time to Respond to Abbott Laboratories, Inc.'s Motion to Compel Plaintiffs to Provide an Adequate Response to Interrogatory No. 7 and further states as follows:

1. The Motion to Compel at issue was directed at both the United States and the Relator with respect to an interrogatory directed at both parties jointly in Abbott Laboratories, Inc.'s First Set of Interrogatories Propounded Jointly to the Plaintiffs.

2. The United States and Ven-A-Care response to Abbott's Motion to Compel is due March 30, 2007.

3. The United States has requested additional time due to previously scheduled matters, including days away from the district on work-related travel, as well as other court hearings and filings that were previously scheduled.

4. Christopher Cook, Esq., counsel for defendant Abbott, indicated he did not object to the United States' request for additional time up to April 13, 2007 to respond to Abbott's Motion to Compel. He also indicated he did not object to additional time up to April 13, 2007 for the Relator to respond to the same Motion so that both Plaintiffs could be on the same briefing schedule.

5. For the economy and convenience of all the parties and the Court, the Relator requests that it also have additional time up to and including April 13, 2007 to respond to Abbott's Motion to Compel.

For the above reasons, Ven-A-Care joins in the United States request for additional time and respectfully requests that this motion be granted.

DATED: March 30, 2007.

For the Relator,
Ven-A-Care of the Florida Keys, Inc.

  /s/   Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm
P. O. Box 297470
Pembroke Pines, FL 33029-7470
Phone: 954-874-1635
Fax: 954-874-1739
Email: jbreen@breenlaw.com
Email: alisonsimon@breenlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day, March 30, 2007, caused an electronic copy of the above to be served on all counsel of record via electronic mail service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                   /s/   Alison W. Simon
                                           Alison W. Simon