# KIRBY McINERNEY & SQUIRE, LLP

TELEPHONE:(212) 371-6600
(212) 317-2300
FACSIMILE:(212) 751-2540

IRVING MALCHMAN, OF COUNSEL

**VIA E-FILING**

March 30, 2007

Clerk of the Court
United States District Court for the District of Massachusetts
Suite 2300
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    Re:    <u>The City of New York and Captioned New York Counties (MDL 1456)
           (No. 01-CV-12257-PBS)</u>

Dear Sir or Madam:

    Per this Court's Order entered June 17, 2004 enclosed for filing in the above-captioned matters please find the April 1, 2007 status report for The City of New York and Captioned New York Counties.

    Sincerely,

    /s/ Aaron D. Hovan
    Aaron D. Hovan

Enclosures
cc: All Parties of Record

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 04-CV-06054<br><br>*County of Albany v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0425<br><br>*County of Allegany v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0236<br><br>*County of Broome v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-00456<br><br>*County of Cattaraugus v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0256<br><br>*County of Cayuga v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0423<br><br>*County of Chautauqua v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0214<br><br>*County of Chemung v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-6744<br><br>*County of Chenango v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0354<br><br>*County of Columbia v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0867<br><br>*County of Dutchess v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 05-CV-6458<br><br>*County of Essex v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0878<br><br>*County of Fulton v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0519<br><br>*County of Genesee v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-00267<br><br>*County of Greene v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0474 | **April 1, 2007**<br><br>**STATUS REPORT FOR THE CITY OF NEW YORK AND CAPTIONED NEW YORK COUNTIES** |

*County of Herkimer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00415

*County of Jefferson v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0715

*County of Lewis v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0839

*County of Madison v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0714

*County of Monroe v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-1648

*County of Niagara v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6296

*County of Oneida v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0489

*County of Onondaga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0088

*County of Ontario v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6373

*County of Orleans v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6371

*County of Putnam v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 05-CV-4748

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00422

*County of Rockland v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-7055

*County of St. Lawrence v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0479

*County of Schuyler v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6387

*County of Seneca v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6370

*County of Saratoga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0478

*County of Steuben v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6223

*County of Suffolk v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 03-CV-12257

*County of Tompkins v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0397

*County of Ulster v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 01-CV-0123

*County of Warrren v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0468

*County of Washington v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0408

*County of Wayne v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6138

*County of Westchester v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-6178

*County of Wyoming v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6379

*County of Yates v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06172

The undersigned counsel for the Captioned-plaintiffs (hereinafter referred to as the City of New York and Captioned New York Counties) hereby submit the attached status report to the Court in accordance with the Court's June 17, 2004 Procedural Order.

Date:   April 1, 2007

New York, New York

                                  KIRBY McINERNEY & SQUIRE, LLP

                                  By: /s/ Joanne M. Cicala
                                          Joanne M. Cicala
                                          Aaron D. Hovan
                                830 Third Avenue
                                New York, New York 10022
                                (212) 371-6600

                              **COUNSEL FOR CITY OF NEW YORK AND CAPTIONED NEW YORK COUNTIES**

## MDL 1456 April 1, 2007 Status Report for the City of New York and Captioned New York Counties

### Motions Concerning Consolidated Complaint

On January 5, 2006 the City of New York, the Captioned New York Counties, Nassau County and the Defendants jointly filed a motion for entry of a Case Management Order and a proposed Case Management Order. This proposed order was adopted as CMO 21 on February 2, 2006. Pursuant to CMO 21, the Defendants filed motions to dismiss on March 3, 2006. The City of New York, the Captioned New York Counties and Nassau County filed oppositions to each motion on April 17, 2006. Defendants served Replies to said motions on May 11, 2006. On May 31, 2006, The City of New York, the Captioned New York Counties and Nassau County filed sur-replies on June 2, 2006. A hearing on those motions was held on June 16, 2006.

On June 28, 2006, defendants filed a Joint Recommendation on Certification of New York State Law Questions Concerning their Motion to Dismiss (1) The Consolidated Complaint of The City of New York and Plaintiff New York Counties Other than Nassau and (2) The Second Amended Complaint of Nassau County.  On July 10, 2006, plaintiffs filed a Response To Issues Raised During The June 16, 2006 Oral Argument And To Defendant's Joint Recommendation On Certification.

On September 18, 2006 plaintiffs filed a Notice of Supplemental Authority in Further Opposition to Defendant's Motion to Dismiss. A Notice of Supplemental Authority in Further Opposition to Merck's Motion to Dismiss was also filed on November 1, 2006.

On December 11, 2006, Merck filed a Motion for Leave to File a Memorandum in Response to Plaintiffs' Notice of Supplemental Authority.

On February 9, 2007, plaintiffs filed a Second Notice of Supplemental Authority in Further Opposition to Defendant's Motion to Dismiss. A Memorandum of Supplemental Authority in Opposition to Merck's Motion for Leave was also filed on February 23, 2007.

## Certificate of Service

      I certify that on March 30, 2007 a true and correct copy of the foregoing April 1, 2007 Status Report was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

                                            /s/Aaron D. Hovan  
                                            Aaron D. Hovan