UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL Docket No. 1456<br>Civil Action No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS |  |

## MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Pamela Zorn Adams, a member of the bar of this Court and attorney for defendants Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and IVAX Corporation moves to admit attorneys Jay P. Lefkowitz, Jennifer Levy, Patrick M. Bryan, and John K.D. Crisham to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying: (a) Affidavit of Jay P. Lefkowitz, which states that he is a member in good standing of the bars of the State of New York and District of Columbia, not currently the subject of any disciplinary proceedings as a member of any bar, and familiar with the Local Rules of the United States District Court for the District of Massachusetts; (b) Affidavit of Jennifer Levy, which states that she is a member in good standing of the Bars of the State of New York and District of Columbia, not currently the subject of any disciplinary proceedings as a member of any bar, and familiar with the Local Rules of the United States District Court for the District of Massachusetts; (c) Affidavit of Patrick M. Bryan, which states that he is a member in good standing of the Bars of the State of Illinois and District of Columbia, not currently the subject of any disciplinary proceedings as a member of any bar, and familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (d) Affidavit of John K.D. Crisham, which states that he is a member in good

- 2 -

standing of the Bar of the State of Illinois, not currently the subject of any disciplinary proceedings as a member of any bar, and familiar with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and IVAX Corporation request that the Court grant this motion to admit Jay F. Lefkowitz, Jennifer Levy, Patrick M. Bryan and John K.D. Crisham *pro hac vice*.

SICOR, INC., SICOR PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and IVAX CORPORATION,

By their attorneys,

/s/ Pamela Zorn Adams
Robert J. Muldoon, Jr. (BBO# 359480)
James W. Matthews (BBO# 560560)
Pamela Zorn Adams (BBO #640800)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

DATED: April 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2007, copies of the foregoing Motion for Admission *Pro Hac Vice* were served on all counsel of record via electronic service and Lexis/Nexis File & Serve.

/s/ Pamela Zorn Adams

- 2 -

00156481.DOC /