UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL Docket No. 1456 Civil Action No. 01-CV-12257-PBS Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS ) ) ) |  |

### AFFIDAVIT OF JOHN K. D. CRISHAM IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, John K. D. Crisham, on my oath swear and depose:

1. I am a member of the law firm of Kirkland & Ellis LLP, located at 655 Fifteenth Street, Washington, DC 20005-5793, telephone (202) 879-5000.

2. I was admitted to the Bar of the State of Illinois in 2005.

3. I am in good standing in every jurisdiction where I have been admitted to practice. I am not currently suspended or disbarred in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My firm represents Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and IVAX Corporation and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under the pains and penalties of perjury this 29th day of March, 2007.

_____
John K. D. Crisham

00156477.DOC /