# MDL 1456 STATUS CHART – GOVERNMENT ENTITY CASES

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Montana v. Abbott Labs., Inc. et al.** | 02-CV-12084-PBS | Removed to D. Mont. | • December 7, 2005 – **Defendants' Emergency Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoliated Documents (re: Montana and Nevada)**<br>   o December 7, 2005 – Defendants' Motion for Expedited Briefing Schedule and Oral Argument on Defendants' Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoliated Documents<br>   o December 8, 2005 – Opposition of the States of Nevada and Montana to Defendants' Motion for Expedited Briefing Schedule and Oral Argument on Defendants' Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoliated Documents<br>   o December 12, 2005 – Defendants' Motion for Leave to File Reply Memorandum in Support of Motion Expedited Briefing Schedule and Oral Argument on Defendants' Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoliated Documents<br>   o December 15, 2005 – Opposition of the States of Nevada and Montana to Defendants' Motion for Leave to File Reply Memorandum in Support of Motion Expedited Briefing Schedule and Oral Argument on Defendants' Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoliated Documents<br>   o December 21, 2005 – Opposition of the States of Nevada and Montana to Defendants' Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoliated Documents<br>   o January 6, 2006 – Defendants' Motion for Leave to File a Reply Brief in Support of Their Emergency Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoliated Documents<br>   o January 6, 2006 – Defendants' Reply Brief in Support of Their Emergency Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoliated Documents<br>   o January 11, 2006 – Opposition of the States of Nevada and Montana to Defendants' Motion for Leave to File a Reply Brief in Support of Their Emergency Motion for an Order Holding Plaintiffs in Contempt for Preservation of Potentially Relevant Documents and for an Accounting of Spoliated Documents |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Montana v. Abbott Labs., Inc. et al. (continued)** | | | • February 8, 2007 – **Defendants' Joint Motion for Summary Judgment** (*individual motions filed by Abbott Laboratories, AstraZeneca Pharmaceuticals LP, Aventis Pharmaceuticals, Inc., Bayer Corp., BMS, Immunex Corp., Johnson & Johnson, Novartis Pharmaceuticals Corp., Pfizer& Pharmacia, Schering-Plough Corp. & Warrick Pharmaceuticals, Sicor, Inc. and TAP Pharmaceutical Prods., Inc.) (individual memorandum in support of Joint Motion filed by Fujisawa*)<br>    o  February 9, 2007 – Defendant AstraZeneca Pharmaceuticals LP's Motion for Leave to File Certain Documents Under Seal<br>    o  March 22, 2007 – Montana's Opposition to Defendants' Joint Motion for Summary Judgment<br><br>• February 8, 2007 – **The State of Montana's Motion for Partial Summary Judgment Against Certain Defendants**<br>    o  March 22, 2007 – Defendants' Joint Opposition to the State of Montana's Motion for Partial Summary Judgment Against Certain Defendants (*individual motions filed by Abbott, Pfizer, and Pharmacia; AstraZeneca; Aventis Behring, LLC.; Aventis Pharmaceuticals, Inc.; Bayer Corp; Fujisawa; Immunex Corp.; Johnson & Johnson; Novartis Pharmaceuticals Corp.; Schering-Plough Corp. & Warrick Pharmaceuticals; Sicor Inc.; TAP Pharmaceutical Prods., Inc; ZLB Behring LLC*)<br>        ▪  March 22, 2007 – Defendant AstraZeneca Pharmaceuticals LP's Motion for Leave to File Certain Documents Under Seal<br>        ▪  March 22, 2007 –Motion for Leave to File Under Seal by Novartis Pharmaceuticals Corporation<br><br>• February 8, 2007 – **Defendants' Motion that Court Suggest Transfer of the Montana and Nevada Cases to Their Federal Courts of Origin (re: Montana and Nevada)**<br>    o  February 22, 2007 – Plaintiffs' Memorandum in Opposition to Defendants' Motion Suggesting Transfer of Cases to Federal Courts of Origin |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Nevada v. American Home Products, Inc. et al ("Nevada II")** | 02-CV-12086-PBS | Removed to D. Nev. | • December 7, 2005 – **Defendants' Emergency Motion for an Order Holding Plaintiffs in Contempt, for Preservation of Potentially Relevant Documents, and for an Accounting of Spoliated Documents (re: Montana and Nevada, see entry under *Montana v. Abbott Labs., Inc. et al.*)**<br>   o July 21, 2006 – Nevada II Defendants' Joint Memorandum in Support of Defendants' Joint Motion for Redress for Spoliation of Evidence (*Nevada Only*)<br>   o August 4, 2006 – State of Nevada's Opposition to Defendants' Joint Motion for Redress for Spoliation of Evidence<br>   o August 14, 2006 – Defendants' Joint Motion for Leave to File a Reply to Nevada's Opposition to Defendants' Joint Motion for Redress for Spoliation of Evidence (reply memorandum attached)<br><br>• February 8, 2007 – **Defendants' Joint Motion for Summary Judgment**  (*individual motions filed by AstraZeneca Pharmaceuticals, Aventis Pharmaceuticals, Inc., Immunex Corp., Johnson & Johnson, Novartis Pharmaceuticals Corp., Pfizer, Inc., Schering-Plough & Warrick Pharmaceuticals and  Sicor, Inc.)  (individual memorandum in support of Joint Motion filed by Fujisawa)*<br>   o March 22, 2007 – State of Nevada's Opposition to Defendants' Joint Motion for Summary Judgment<br><br>• February 8, 2007 – **Defendants' Motion that Court Suggest Transfer of the Montana and Nevada Cases to Their Federal Courts of Origin (re: Montana and Nevada, see entry under *Montana v. Abbott Labs., Inc. et al.*)** |
| **State of Nevada v. Dey, Inc., et al., Case No. 3:06-539** | n/a | Removed to D. Nev. | • November 28, 2006 – **Final Transfer Order (33)** transferring *State of Nevada v. Dey, Inc., et al.*, D. Nev., Case No. 3:06-539**, to D. Mass.** |
| **California *ex rel.* Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs., Inc. et al.** | 03-CV-11226-PBS | Removed to C.D. Cal. | • April 11, 2006 – **Notice of Proposed Case Management Order Pursuant to the Court's March 16, 2006 Ruling**<br><br>• April 28, 2006 – **Stipulated Motion for Order Permitting Deposition of Harvey Weintraub** (former Warrick Vice President)<br><br>• July 26, 2006 – **Plaintiffs' Motion for Leave to File Supplemental Submission in Response to the Court's Request for Claims Examples** (submission attached)<br>   o August 4, 2006 – Defendants' Opposition to Plaintiffs' Motion for Leave to File Supplemental Submission in Response to the Court's Request for Claims Examples<br>   o September 12, 2006 – Plaintiffs' Supplemental Submission in Response to the Court's Request for Claims Examples<br>   o October 5, 2006 – Defendants' Unopposed Motion for Leave to File a Response to Plaintiffs' Supplemental Submission in Response to the Court's Request for Claims |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| | | | Examples (reply attached) |
| **Ven-A-Care of the Florida Keys, et al. v. Abbott Laboratories, Inc., et al., Case No. 1:06-21303** | n/a | S.D. Fla. | • July 7, 2006 – **Abbott Laboratories, Inc.'s Motion to Dismiss**<br>　o September 15, 2006 – United States' Opposition to Abbott Laboratories, Inc.'s Motion to Dismiss<br>　o September 15, 2006 – Relator's Joinder in United States' Opposition to Abbott Laboratories, Inc.'s Motion to Dismiss<br>　o October 6, 2006 – Abbott Laboratories, Inc.'s Reply Memorandum in Support of Its Motion to Dismiss<br>　o October 18, 2006 – The United States' Sur-Reply to Abbott Laboratories, Inc.'s Reply Memorandum in Support of Its Motion to Dismiss<br>　o October 23, 2006 – Relator's Joinder in the United States' Sur-Reply to Abbott Laboratories, Inc.'s Reply Memorandum in Support of Its Motion to Dismiss<br><br>• July 11, 2006 – Conditional Transfer Order (30) transferring *Ven-A-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc., et al.*, S.D. Fla., Case No. 1:06-21303, to D. Mass.<br>　o July 26, 2006 – No Notice of Opposition filed<br><br>• January 9, 2007 – **United States' Motion to Compel Abbott To Produce All Discovery Required By CMOs 5 and 10**<br>　o January 23, 2007 – Abbott Laboratories, Inc.'s Response to the United States' Motion to Compel Abbott To Produce All Discovery Purportedly Required By CMOs 5 and 10<br>　o February 9, 2007 – MDL Plaintiffs' Joinder to the United States' Motion to Compel Abbott to Produce All Discovery Required by CMOs 5 and 10<br><br>• January 12, 2007 – **United States' Motion for Protective Order Relating to Deposition of Government Counsel**<br>　o January 26, 2007 – Abbott Laboratories, Inc.'s Memorandum in Opposition to the United States' Motion for Protective Order Relating to Deposition of Government Counsel<br><br>• January 24, 2007 – Plaintiffs' "Notice to the Court of Motion Fully Briefed"<br>　o January 25, 2007 - Abbott Laboratories, Inc.'s Opposition to Plaintiffs' "Notice to the Court of Motion Fully Briefed"<br><br>• March 16, 2007 - **Abbott Laboratories, Inc.'s Motion to Compel Plaintiffs to Provide an Adequate Response to Interrogatory No. 7**<br>　o March 30, 2007 - United States' Unopposed Motion to Enlarge Time |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Ven-A-Care of the Florida Keys, et al. v. Abbott Laboratories, Inc., et al., (continued)** | | | ○  March 30, 2007 - Ven-A-Care of the Florida Keys, Inc.'s Joinder in United States Motion to Enlarge Time to Respond to Abbott Laboratories, Inc.'s Motion to Compel Plaintiff's to Provide and Adequate Response to Interrogatory No. 7<br><br>•  March 28, 2007 – **Abbott Laboratories, Inc.'s Renewed Motion to Compel Evidence Withheld Under the Deliberative Process Privileged** |
| **Ven-A-Care of the Florida Keys, et al. v. Dey, Inc., et al., Case No. 05-11084** | n/a | S.D. Fla. | •  December 22, 2006 – **Dey Defendants' Motion to Dismiss the U.S. Complaint**<br>○  February 2, 2007 – Relator's Opposition to Dey Defendants' Motion to Dismiss<br>○  February 2, 2007 – United States' Memorandum in Opposition to Dey Defendants' Motion to Dismiss the United States' Complaint<br>○  February 16, 2007 – Dey Defendants' Reply Memorandum in Further Support of Their Motion to Dismiss the United States' and Ven-A-Care's Complaints<br>○  March 2, 2007 – United States' Sur-Reply Memorandum in Opposition to Dey Defendants' Motion to Dismiss the United States' Complaint<br>○  March 2, 2007 – VAC's Sur-Reply Memorandum in Opposition to Dey's Motion to Dismiss |
| **State of Florida, et al. v. Boehringer Ingelheim Corp., et al, Case No. 4:06-476** | n/a | Removed to N.D. Fla. | •  November 28, 2006 – Final Transfer Order (33) transferring *State of Florida, et al. v. Boehringer Ingelheim Corp.*, *et al*, N.D. Fla., Case No. 4:06-476, to D. Mass.<br><br>•  January 23, 2007 – **Motion for Leave to File Notice of Supplemental Authority Relating to the Remand Motions of the States of Florida, Illinois, Mississippi, and Kentucky**<br><br>•  February 1, 2007 – Remand Hearing<br><br>•  March 6, 2007 –  Joinder in Dey, Inc.'s Notices of Removal by Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.<br>○  March 12, 2007 – Response of the States of Florida, Illinois, Mississippi, and Florida Relator Ven-A-Care of the Florida Keys to Boehringer Ingelheim Defendants' Joinder in Dey, Inc.'s Removal Notice |
| **State of Arizona ex rel. v. Abbott Labs., Case No. 2:06-45** | n/a | D. Ariz. | •  August 11, 2006 – **Plaintiff State of Arizona's Motion for Remand**<br>○  August 25, 2006 – Memorandum in Support of Defendants' Opposition to Plaintiff State of Arizona's Motion for Remand<br>○  October 24, 2006 – Order issued by Judge Patti B. Saris denying Motion to Remand to State Court<br>○  October 25, 2006 – Electronic Notice from the Court to Reopen Document #2974 Motion to Remand to State Court |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| State of Arizona ex rel. v. Abbott Labs. (continued) | | | • November 9, 2006 – **Defendant Dey, Inc.'s Supplemental Notice of Removal** (*leave to file granted on November 2, 2006*)<br>   o November 13, 2006 – Plaintiff State of Arizona's Response to Defendant Dey, Inc.'s Supplemental Notice of Removal |
| United States ex rel. Edward West v. Ortho McNeil Pharmaceutical, Inc. et al., Case No. 1:03-8239 | n/a | N.D. Ill. | • December 20, 2006 –Order of Transfer with Simultaneous Separation and Remand |
| State of Idaho v. Abbott Laboratories, Case No. 1:07-93 | n/a | D. Idaho | • March 9, 2007 – Conditional Transfer Order (36) transferring *State of Idaho v. Abbott Laboratories*, Case No. 1:07-93, to D. Mass<br>   o March 26, 2007 - Notice of opposition to proposed transfer filed |
| The People of the State of Illinois v. Abbott Labs., Case No. 1:06-5528 | n/a | Removed to N.D. Ill. | • December 14, 2006 – Order Lifting Stay of Conditional Transfer Order (33) transferring *The People of the State of Illinois v. Abbott Laboratories, et al.*, N.D. Illinois, Case No. 1:06-5528 to D. Mass.<br>   o November 27, 2006 – Notice of Opposition to proposed transfer filed<br>   o January 25, 2007 – JPML Hearing Session to Consider CTO 33 and Possible Final Transfer Order<br><br>• January 23, 2007 – **Motion for Leave to File Notice of Supplemental Authority Relating to the Remand Motions of the States of Florida, Illinois, Mississippi, and Kentucky**<br><br>• February 1, 2007 – Remand Hearing<br><br>• March 6, 2007 –  Joinder in Dey, Inc.'s Notices of Removal by Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.<br>   o March 12, 2007 – Response of the States of Florida, Illinois, Mississippi, and Florida Relator Ven-A-Care of the Florida Keys to Boehringer Ingelheim Defendants' Joinder in Dey, Inc.'s Removal Notice |
| Commonwealth of Kentucky ex rel. v. Warrick Pharmaceuticals Corp., et al., Case No. 3:06-69 | n/a | Removed to E.D. Ky. | • January 19, 2007  – Final Transfer Order (33) transferring *Commonwealth of Kentucky ex rel. v. Warrick Pharmaceuticals Corp., et al.*, E.D. Ky., Case No. 3:06-69, to D. Mass.<br><br>• January 23, 2007 – Motion for Leave to File Notice of Supplemental Authority Relating to the Remand Motions of the States of Florida, Illinois, Mississippi, and Kentucky |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **State of Mississippi v. Abbott Laboratories, Inc., et al., Case No. 3:06-566** | n/a | Removed to S.D. Miss. | • November 28, 2006 – Final Transfer Order (33) transferring *State of Mississippi v. Abbott Laboratories, Inc., et al.*, S.D. Miss., Case No. 3:06-566, to D. Mass.<br><br>• January 23, 2007 – **Motion for Leave to File Notice of Supplemental Authority Relating to the Remand Motions of the States of Florida, Illinois, Mississippi, and Kentucky**<br><br>• February 1, 2007 – Remand Hearing<br><br>• March 6, 2007 –  Joinder in Dey, Inc.'s Notices of Removal by Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.<br>　o March 12, 2007 – Response of the States of Florida, Illinois, Mississippi, and Florida Relator Ven-A-Care of the Florida Keys to Boehringer Ingelheim Defendants' Joinder in Dey, Inc.'s Removal Notice |
| **State of Ohio v. Dey, Inc., et al., Case No. 1:06-676** | n/a | Removed to S.D. Ohio | • February 7, 2007 – Final Transfer Order (33) transferring *State of Ohio v. Dey, Inc., et al.*, S.D. Ohio, Case No. 1:06-676, to D. Mass.<br><br>• March 28, 2007 – **Motion of State of Ohio to Lift Stay**<br><br>• March 6, 2007 –  Joinder in Dey, Inc.'s Notices of Removal by Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.<br><br>• March 29, 2007 – Notice of Pending Motion to Remand Case to State Court |
| **Commonwealth of Pennsylvania v. Tap Pharmaceutical Products, Case No. 2:06-4514** | n/a | Removed to E.D. Pa. | • January 24, 2007 – Final Transfer Order (33) transferring *Commonwealth of Pennsylvania, etc. v. Tap Pharmaceutical Products, Inc., et al.*, E.D. Pennsylvania, Case No. 2:06-4514 to D.Mass.<br><br>• March 6, 2007 –  Joinder in Dey, Inc.'s Notices of Removal by Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc. |
| **State of South Carolina et al. v. Abbott Laboratories, Inc., Case No. 3:06-2482** | n/a | D.S.C. | • September 25, 2006 – Conditional Transfer Order (32) transferring *State of South Carolina v. Abbott Laboratories, Inc.*, D. South Carolina, Case No 3:06-2482, to D. Mass.<br>　o November 27, 2006 - Notice of opposition to proposed transfer filed |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **State of South Carolina et al. v. Boehringer Ingelheim Roxane, Inc., et al., Case No. 3:07-665** | n/a | D.S.C. | • March 23, 2007 – Conditional Transfer Order (37) transferring *State of South Carolina et al. v. Boehringer Ingelheim Roxane, Inc., et al.,* Case No. 3:07-665, to D. Mass. |
| **State of South Carolina, et al. v. Dey, LP, Case No. 3:06-2914** | n/a | Removed to D.S.C. | • February 7, 2007 – Final Transfer Order (33) transferring *State of South Carolina, et al. v. Dey, LP,* D. South Carolina, Case No. 3:06-2914, to D. Mass. |
| **State of South Carolina, et al. v. Dey, LP, Case No. 3:06-2925** | n/a | Removed to D.S.C. | • February 7, 2007 – Final Transfer Order (33) transferring *State of South Carolina, et al. v. Dey, LP,* D. South Carolina, Case No. 3:06-2925, to D. Mass. |
| **County of Schenectady v. Abbott Laboratories, Inc., et al., CA No. 06-1239** | n/a | Removed to N.D.N.Y. | • February 7, 2007 – Final Transfer Order (33) transferring *County of Schenectady v. Abbott Laboratories, Inc.,* et al., N.D. New York, CA No. 06-1239, to D. Mass.<br><br>• March 6, 2007 –  Joinder in Dey, Inc.'s Notices of Removal by Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.<br><br>• March 20, 2007 – **Motion of Plaintiffs County of Eerie, County of Oswego, and County of Schenectady for a Hearing Regarding Their Motions to Remand** |
| **County of Oswego v. Abbott Laboratories, Inc., et al., CA No. 06-1240** | n/a | Removed to N.D.N.Y. | • February 7, 2007 – Final Transfer Order (33) transferring *County of Oswego v. Abbott Laboratories, Inc., et al.,* N.D. New York, CA No. 06-1240, to D. Mass.<br><br>• March 6, 2007 –  Joinder in Dey, Inc.'s Notices of Removal by Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.<br><br>• March 20, 2007 – **Motion of Plaintiffs County of Eerie, County of Oswego, and County of Schenectady for a Hearing Regarding Their Motions to Remand** |
| **County of Erie v. Abbott Laboratories, Inc., et al., CA No. 06-6505** | n/a | Removed to W.D.N.Y. | • February 7, 2007 – Final Transfer Order (33) transferring *The County of Erie v. Abbott Laboratories, Inc., et al.,* W.D. New York, CA No. 06-6505, to D. Mass. |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **County of Erie v. Abbott Laboratories, Inc., et al. (continued)** | | | • March 6, 2007 – Joinder in Dey, Inc.'s Notices of Removal by Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.<br><br>• March 20, 2007 – **Motion of Plaintiffs County of Eerie, County of Oswego, and County of Schenectady for a Hearing Regarding Their Motions to Remand** |
| **State of South Carolina, et al. v. Teva Pharmaceuticals USA, Inc., et al., CA No. 07-362** | n/a | D.S.C | • February 23, 2007 – Conditional Transfer Order (35) transferring *State of South Carolina, et al. v. Teva Pharmaceuticals USA, Inc., et al.*, D. South Carolina, CA No. 07-362, to D. Mass. |
| **Consolidated County Case (Civil Action No. 01-CV-12257-PBS):**<br>**City of New York** (S.D.N.Y.)<br>**County of Albany** (N.D.N.Y.)<br>**County of Allegany** (W.D.N.Y.)<br>**County of Broome** (N.D.N.Y.)<br>**County of Cattaraugus** (W.D.N.Y.)<br>**County of Cayuga** (N.D.N.Y.)<br>**County of Chautauqua** (W.D.N.Y.)<br>**County of Chemung** (W.D.N.Y.)<br>**County of Chenango** (N.D.N.Y.)<br>**County of Columbia** (N.D.N.Y.)<br>**County of Cortland** (N.D.N.Y.)<br>**County of Dutchess** (S.D.N.Y.)<br>**County of Essex** (N.D.N.Y.)<br>**County of Fulton** (N.D.N.Y.)<br>**County of Genesee** (W.D.N.Y.)<br>**County of Greene** (N.D.N.Y.)<br>**County of Herkimer** (N.D.N.Y.)<br>**County of Jefferson** (N.D.N.Y.)<br>**County of Lewis** (N.D.N.Y.)<br>**County of Madison** (N.D.N.Y.)<br>**County of Monroe** (W.D.N.Y.)<br>**County of Nassau** (E.D.N.Y.)<br>**County of Niagara** (W.D.N.Y.) | n/a | E.D.N.Y.<br>N.D.N.Y.<br>S.D.N.Y.<br>W.D.N.Y. | • March 30, 2005 –**County of Suffolk's Motion to Renew Its Second Motion to Compel the Production of Discovery From the Schering-Plough Corporation** *sub judice* (Magistrate Judge Bowler)<br>  ○ April 6, 2005 – Schering Plough's Opposition to County of Suffolk's Motion to Renew Its Second Motion to Compel the Production of Discovery<br><br>• March 3, 2006 – **Defendants' Joint Motion to Dismiss the New York Consolidated Complaint and the Nassau County Second Amended Complaint**<br>  ○ Individual Memoranda of Each Defendant in Support of Its Motion to Dismiss (1) the Consolidated Complaint of New York City and Plaintiff Counties Other than Nassau and (2) the Second Amended Complaint of Nassau County (*individual memoranda filed by Bayer Corp., Sanofi-Synthelabo, Forest Labs., Inc./Forest Pharmaceuticals, Inc., Amgen, Inc., Pfizer Defendants, TAP Pharmaceutical Prods., Inc., Biogen Idec Inc., Wyeth, Novartis Pharmaceuticals Corp., EMD, Inc., Mylan Defendants, AstraZeneca Defendants, Endo Pharmaceuticals, Roche Defendants, Boehringer Ingelheim Corp., MedImmune, Inc., Merck & Co., Inc., Sandoz Inc., Ben Venue Labs., Inc., Par Pharmaceuticals, Boehringer Ingelheim Corp.*)<br>  ○ April 17, 2006 – Plaintiffs' Opposition to Defendants' Individual Memorandum in Support of Motion to Dismiss (1) the Consolidated Complaint of New York City and Plaintiff Counties Other than Nassau and (2) the Second Amended Complaint of Nassau County<br>  ○ April 24, 2006 – Plaintiffs' Opposition to Individual Memoranda of Law in Support of Motion to Dismiss Filed by Eli Lilly & Co., Purdue Pharma LP, Chiron Corp.<br>  ○ May 8, 2006 – Defendant TAP Pharmaceutical Products Inc.'s Reply Memorandum in Support of Defendants' Joint Motion to Dismiss<br>  ○ May 11, 2006 – Joint Defendants' Reply to Plaintiffs' Opposition to Motion to Dismiss the Consolidated County Complaint and Nassau County's Second Amended Complaint<br>  ○ May 11, 2006 – Individual Reply Memoranda of Each Defendant in Further Support of Its Motion to Dismiss (1) the Consolidated Complaint of New York City and Plaintiff |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| County of Oneida (N.D.N.Y.)<br>County of Onondaga (N.D.N.Y.)<br>County of Ontario (W.D.N.Y.)<br>County of Orleans (W.D.N.Y.)<br>County of Putnam (S.D.N.Y.)<br>County of Rensselaer (N.D.N.Y.)<br>County of Rockland (S.D.N.Y.)<br>County of St. Lawrence (N.D.N.Y.)<br>County of Saratoga (N.D.N.Y.)<br>County of Schuyler (W.D.N.Y.)<br>County of Seneca (W.D.N.Y.)<br>County of Steuben (W.D.N.Y.)<br>County of Suffolk (E.D.N.Y.)<br>County of Tompkins (N.D.N.Y.)<br>County of Ulster (N.D.N.Y.),<br>County of Warren (N.D.N.Y.)<br>County of Washington (N.D.N.Y.)<br>County of Wayne (W.D.N.Y.)<br>County of Westchester (S.D.N.Y.)<br>County of Wyoming (W.D.N.Y.)<br>County of Yates (W.D.N.Y.) | | | Counties Other than Nassau and (2) the Second Amended Complaint of Nassau County (*individual memoranda filed by Forest Labs., Inc./Forest Pharmaceuticals, Inc., Amgen Inc., Aventis Pharmaceuticals, Biogen Idec Inc., Endo Pharmaceuticals Inc., Eli Lilly and Co., Wyeth, The Roche Defendants, Merck & Co., Bayer Corp., Pfizer Defendants, Sanofi-Synthelabo, Mylan Defendants, Boehringer Ingelheim, Ben Venue Labs., Inc., Purdue Pharma LP/Purdue Frederick Co./Purdue Pharma Co., AstraZeneca, EMD, Inc., Sandoz Inc., Novartis Pharmaceuticals Corp., MedImmune, Inc., Par Pharmaceuticals, Inc.*)<br>o May 31, 2006 – Plaintiffs' Emergency Motion for a Two-Day Extension of Time to File Sur-Reply Memoranda In Further Opposition to Defendants' Motions to Dismiss<br>o June 2, 2006 – Plaintiffs' Sur-Reply in Opposition to Defendants' Joint Motion to Dismiss (1) the Consolidated Complaint of the City of New York and New York Counties and (2) Nassau County's Second Amended Complaint<br>o June 2, 2006 – Plaintiffs' Joint Sur-Reply in Further Opposition to Defendants' Individual Motions to Dismiss<br>o June 27, 2006 – Bayer Corporation's Motion for Leave to File a Notice of Supplemental Authority in Support of its Motion to Dismiss the Consolidated Complaint of New York City and Plaintiff New York Counties Other than Nassau and the Second Amended Complaint of Nassau County<br>o June 27, 2006 – Bayer Corporation's Proposed Notice of Supplemental Authority in Support of its Motion to Dismiss the Consolidated Complaint of New York City and Plaintiff New York Counties Other than Nassau and the Second Amended Complaint of Nassau County<br>o June 28, 2006 – Defendants' Joint Recommendation on Certification of New York State Law Questions Concerning Their Motion to Dismiss (1) the Consolidated Complaint of the City of New York and Plaintiff New York Counties Other than Nassau and (2) the Second Amended Complaint of Nassau County<br>o July 7, 2006 – Plaintiffs' Response to Issues Raised During June 16, 2006 Oral Argument and to Defendants' Joint Recommendation on Certification<br>o September 6, 2006 – Notice of Voluntary Dismissal of Sanofi-Synthelabo, Inc.<br>o September 19, 2006 – Notice of Filing of Brief of the Attorney General of the State of New York as Amicus Curiae<br>o October 12, 2006 –Defendants' Response to the Brief of the Attorney General of the State of New York as Amicus Curiae and to Plaintiffs' Post-Oral Argument Submissions<br>o November 1, 2006 – Plaintiffs' Notice of Supplemental Authority In Further Opposition to Merck's Motion to Dismiss<br>o December 22, 2006 – Memorandum of Merck & Co., Inc., in Response to Plaintiffs' "Notice of Supplemental Authority In Opposition to Merck's Motion to Dismiss" (leave to file granted on December 20, 2006) |

| GOVERNMENT ENTITY CASES | MDL DOCKET NUMBER | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Consolidated County Case (continued)** | | | <ul><li>○ February 9, 2007 – Notice of Supplemental Authority in Further Opposition to Defendants' Motion to Dismiss the Consolidated Complaint of New York City and New York Counties Other than Nassau</li><li>○ February 23, 2007 – Captioned Plaintiffs' Memorandum in Opposition to Merck's Motion for Leave to File Memorandum in Response to Plaintiffs' "Notice of Supplemental Authority in Opposition to Merck's Motion to Dismiss"</li></ul><ul><li>July 11, 2006 – Conditional Transfer Order (30) transferring County of Ulster v. Abbott Laboratories, Inc., et al., N.D. New York, CA No. 1:06-123, to D. Mass.<ul><li>○ July 26, 2006 – No Notice of Opposition to proposed transfer filed</li></ul></li></ul><ul><li>November 28, 2006 – Final Transfer Order (33) transferring *County of Wyoming v. Abbott Laboratories, Inc., et al.*, W.D. New York, CA No. 05-673, to D. Mass.</li></ul> |

## MDL 1456 STATUS CHART – PRIVATE CLASS CASES

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action** | Master File 01-CV-12257-PBS | D. Mass. pursuant to JPML Order | • May 3, 2004 – **Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period from Defendants Abbott Laboratories, AstraZeneca, Schering Plough, Sicor and Together Rx Defendants** *sub judice* (Magistrate Judge Bowler)<br>  ○ May 17, 2004 – Certain Defendants' Notice of Opposition to Plaintiffs' Motion to Compel the Production of Certain Documents and Consent Motion for an Extension of Time<br>  ○ May 26, 2004 – Notice of Withdrawal of Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period Directed at Defendant Schering–Plough *(Note: withdrawal applies only to Schering-Plough)*<br>  ○ May 27, 2004 – Consent Motion for an Extension of Time to Oppose the Motion to Compel<br>  ○ May 27, 2004 – Opposition of the Together Rx Defendants to Plaintiffs' Motion to Compel the Production of Documents<br>  ○ May 28, 2004 – Notice of Withdrawal of Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period Directed at Defendant Abbott Laboratories *(Note: withdrawal applies only to Abbott Laboratories)*<br>  ○ June 8, 2004 – Notice of Withdrawal of Plaintiffs' Motion to Compel the Production of Documents Created During the Relevant Time Period Directed at Defendant AstraZeneca. *(Note: withdrawal applies only to AstraZeneca)*<br>  ○ June 9, 2004 – Plaintiffs' Reply Memorandum in Support of Motion to Compel the Production of Documents Created During the Relevant Time Period from the Together Rx Defendants<br>  ○ June 22, 2004 – Order granting Plaintiffs' Motion to Withdraw Motion to Compel Directed at Abbott Laboratories<br>  ○ Awaiting scheduling of hearing or ruling by Court as to Together Rx Defendants<br><br>• February 23, 2005 – **Third Party Schaller Anderson Inc.'s Objection and Motion to Quash Plaintiffs' Subpoena**<br><br>• June 14, 2005 – **Defendant Sicor Inc. and Sicor Pharmaceuticals, Inc.'s Motion for Protective Order with Memorandum in Support** *sub judice* (Magistrate Judge Bowler) |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | ○ June 28, 2005 – Plaintiffs' Response to Sicor's Motion for Protective Order<br>○ July 7, 2005 – **Motion for Leave to File Reply to Plaintiffs' Response to Sicor's Motion for Protective Order**<br><br>• November 9, 2005 – **Plaintiffs' Motion for Order Exempting Defendant Abbott Laboratories from Any Order Refusing to Extend Deadline for Track Two Discovery**<br>○ November 23, 2005 – Defendant Abbott Laboratories' Opposition to Plaintiffs' Motion for Order Exempting Defendant Abbott Laboratories from Any Order Declining to Extend Deadline for Track Two Discovery<br>○ December 1, 2005 – Plaintiffs' Letter to Magistrate Judge Bowler Requesting Postponement of Hearing until Track Two Discovery Issues Resolved<br><br>• November 28, 2005 – **Plaintiffs' Motion for Clarification of Case Management Order #16**<br>○ November 30, 2005 – Response of Defendant Watson Pharma, Inc. to Plaintiffs' "Motion for Clarification of Case Management Order #16"<br>○ November 30, 2005 – Certain Track II Defendants' Request for Expedited Hearing<br>○ December 1, 2005 – Order re: Plaintiffs' Motion for Clarification of Case Management Order #16<br>○ December 9, 2005 – Track II Defendants' Submission Regarding Discovery Schedule<br>○ December 9, 2005 – Watson Pharmaceuticals, Inc.'s Response to Court Order Regarding Discovery Schedule<br>○ December 9, 2005 – Defendants Baxter Healthcare Corporation and Baxter International Inc.'s Memorandum Regarding Track II Discovery Schedule<br>○ December 9, 2005 – Plaintiffs' Memorandum in Support of Their Proposed Track II Discovery Schedule<br>○ December 15, 2005 – Plaintiffs' Reply to Watson Pharmaceuticals, Inc.'s Response to Court Order Regarding Discovery Schedule<br>○ December 16, 2005 – Watson Pharmaceuticals, Inc.'s Motion for Leave to File Reply Memorandum in Support of Its Response to Court Order Regarding Discovery Schedule |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | • February 16, 2006 – **Dey, Inc.'s and Abbott Laboratories' Objections to the Order of Chief Magistrate Judge Bowler Issued on February 4, 2006 Pursuant to Fed. R. Civ. P. Rule 72(a)**<br>   o February 22, 2006 – Plaintiffs' Assented-to Motion for Leave to Reply to Dey, Inc.'s and Abbott Laboratories' Objections to the Order of Chief Magistrate Judge Bowler Issued on February 4, 2006 to File Such Reply Until March 8, 2006<br>   o March 8, 2006 – Plaintiffs' Opposition to Dey, Inc.'s and Abbott Laboratories' Objections to Chief Magistrate Judge Bowler's Order Denying Further Discovery of Massachusetts Health Plans<br>   o March 8, 2006 – Plaintiffs' Motion for Leave to File Plaintiffs' Opposition to Dey, Inc.'s and Abbott Laboratories' Objections to Chief Magistrate Judge Bowler's Order Denying Further Discovery of Massachusetts Health Plans<br><br>• February 21, 2006 – **UnitedHealthcare, Inc. and United HealthCare Insurance Co.'s Limited Objections to Magistrate Judge's Order Granting Defendants' Motion to Compel**<br>   o March 10, 2006 – Defendants' Response to Third Party UnitedHealthcare, Inc. and United HealthCare Insurance Company's Objections to Chief Magistrate Judge Bowler's Order Granting Defendants' Motion to Compel<br><br>• May 8, 2006 – **Plaintiffs' Motion to Certify Claims with Respect to Track 2 Defendants**<br>   o May 16, 2006 – **Plaintiffs' Motion for Leave to Join Harold Bean as a Plaintiff and a Proposed Class Representative**<br>      ▪ May 19, 2006 – Track Two Defendants' Opposition to Plaintiffs' Motion for Leave to Join Harold Bean as a Plaintiff and Class Representative<br>      ▪ May 24, 2006 – Warrick Pharmaceuticals Corp.'s Opposition to Plaintiffs' Motion for Leave to Join Harold Bean as a Plaintiff and Class Representative<br>   o May 16, 2006 – **Track Two Defendants' Motion to Strike Harold Bean as a Proposed Class Representative**<br>      ▪ May 26, 2006 – Plaintiffs' Memorandum in Opposition to Motion to Strike Harold Bean as a Proposed Class Representative |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | ○ June 15, 2006 – Defendants' Individual Memoranda of Law in Opposition to Track 2 Class Certification *(individual memorandum filed by each of the Track 2 Defendants)* (Redacted versions filed in last week of June/first week of July 2006)<br>○ July 19, 2006 – Plaintiffs' Reply Memorandum in Support of Motion to Certify Claims With Respect to Track 2 Defendants<br>○ August 4, 2006 – Track Two Proposal Concerning the Appointment of a Neutral Expert to Advise the Court on Track Two Class Certification<br>○ August 7, 2006 – Plaintiffs' Response to Track Two Proposal Concerning the Appointment of a Neutral Expert to Advise the Court on Track Two Class Certification<br>○ August 25, 2006 – Track Two Defendants' Memorandum in Opposition to Class Certification<br>○ August 25, 2006 – Track Two Defendants' Memorandum Regarding Harold Bean, in Further Opposition to Class Certification<br>○ September 5, 2006 – Plaintiff's Response to Track 2 Defendants' Memorandum Regarding Harold Bean<br>○ September 7, 2006 – Track Two Defendants' Notice of Supplemental Evidence Relevant to Class Certification<br>○ September 11, 2006 – Track Two Defendants' Supplemental Filing Regarding the Track Two Defendants' Motion for Leave to File the Rebuttal Declaration of Steven J. Young in Support of Track 2 Defendants' Opposition to Class Certification or, in the Alternative, Motion to Strike the Hartman Track 2 Dyckman Rebuttal, Hartman Track 2 Young Rebuttal and the Rosenthal Rebuttal)<br>○ September 11, 2006 – Track Two Defendants' Notice of Supplemental Authority Relevant to Class Certification<br>○ October 16, 2006 – Class Plaintiffs' Submission of the "Generics Chart" Pursuant to the Oral Request of the Court During the Class Certification Hearing in Connection with Track 2 (corrected October 17, 2006)<br>○ December 21, 2006 – Track Two Defendants' Motion to Strike the "Generics Chart" and Proposed Track Two Class Certification Order Submitted by Plaintiffs' in Support of Their Motion for Class Certification<br><br>• June 22, 2006 – **Plaintiffs' Motion to Quash May 18, 2006 Amended Notice of Deposition of Harvey Weintraub Filed by Defendant Warrick** |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | **Pharmaceuticals Corporation**<br>   o  June 22, 2006 – Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Memorandum and Exhibit 1 to the Declaration of Steve W. Berman in Support of Motion to Quash May 18, 2006 Amended Notice of Deposition of Harvey Weintraub Filed by Defendant Warrick Pharmaceuticals Corporation<br>   o  July 6, 2006 – Warrick's Memorandum in Opposition to Certain Plaintiffs' Motion to Quash May 18, 2006 Amended Notice of Deposition of Harvey Weintraub and in Support of Cross Motion for Leave to Take Deposition of Harvey Weintraub for Purposes of Preservation of Testimony<br>   o  July 20, 2006 – Plaintiffs' Memorandum in Opposition to Warrick Pharmaceuticals Corporation's Cross-Motion for Leave to Take the Deposition of Harvey Weintraub for Purposes of Preservation of Testimony<br>   o  August 3, 2006 – Warrick Pharmaceuticals Corporation's Reply Memorandum in Support of Its Cross Motion for Leave to Take the Deposition of Harvey Weintraub for Purposes of Preservation of Testimony<br><br>•  July 14, 2006 – **Track 1 Defendants' Motion to Preclude the Expert Testimony of Dr. Raymond Hartman in Connection with Class 3, or, in the Alternative, for a Daubert Hearing**<br>   o  July 31, 2006 – Schering's and Warrick's Supplemental Motion to Preclude the Testimony of Dr. Raymond Hartman<br><br>•  August 1, 2006 – **Memorandum of the Track 1 Defendants Regarding a Daubert Hearing and November Trial**<br><br>•  October 3, 2006 – **Plaintiffs' Disclosures Pursuant to the Court's Amended Pretrial Order of August 21, 2006**<br>   o  October 9, 2006 – Plaintiffs' Amended Disclosures Pursuant to the Court's Amended Pretrial Order of August 21, 2006<br>   o  October 11, 2006 – Corrected Plaintiffs' Amended Disclosures Pursuant to the Court's Amended Pretrial Order of August 21, 2006<br>   o  October 17, 2006 – Track 1 Defendants' Objections to Plaintiffs' Proposed Exhibits<br>   o  October 27, 2006 – Plaintiffs' Second Amended Disclosures Pursuant to the Court's Amended Pretrial Order of August 21, 2006 |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | <ul><li>November 2, 2006 – Plaintiffs' Supplemental Pretrial Disclosures Pursuant to the Court's Amended Pretrial Order of August 21, 2006</li><li>November 3, 2006 – Track 1 Defendants' Revised and Supplemental Objections to Plaintiffs' Supplemented Proposed Exhibits</li><li>December 5, 2006 – Plaintiffs' Supplemental Pretrial Disclosures Pursuant to the Court's Amended Pretrial Order of August 21, 2006 as to Exhibits</li><li>December 15, 2006 – Plaintiffs' Second Supplemental Pretrial Disclosures Pursuant to the Court's Amended Pretrial Order of August 21, 2006 as to Exhibits</li><li>December 18, 2006 – The BMS Defendants' Statement with Regard to Plaintiffs Exhibit 4012</li><li>December 22, 2006 – **Schering's and Warrick's Motion to Strike Portions of Plaintiffs' Exhibit 4012**</li><li>January 19, 2007 – Plaintiffs' Response and Opposition to Defendant BMS's Statement With Regard to, and Defendant Schering and Warrick's Motion to Strike Portions of, Plaintiffs' Exhibit 4012</li></ul> <ul><li>October 10, 2006 – **Track 1 Defendants' Joint Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A) – Witness List** *(individual lists filed by AstraZeneca, BMS, Johnson & Johnson, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation)*<ul><li>October 17, 2006 – Defendants Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s Amended Pretrial Disclosures</li><li>October 19, 2006 – Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Amended Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A)</li><li>October 23, 2006 – The J&J Defendants' Amended Individual Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A)</li><li>October 23, 2006 – Track 1 Defendants' Joint Amended Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A) – Amended Witness List</li><li>October 24, 2006 – Plaintiffs' Objections to Defendants Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s Amended Pretrial Disclosures</li><li>October 24, 2006 – Plaintiffs' Objections to the J&J Defendants' Amended Individual Disclosures Pursuant to Fed R. Civ. P.</li></ul></li></ul> |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | 26(a)(3)(A)<br> o October 24, 2006 – Plaintiffs' Objections to Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Amended Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A)<br> o October 25, 2006 – Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Second Amended Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A)<br> o November 3, 2006 - The J&J Defendants' Second Amended Individual Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A)<br><br>&bull; October 10, 2006 – **Track 1 Defendants' Joint Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A) – Exhibit List** *(individual lists filed by AstraZeneca, BMS, Johnson & Johnson, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation)*<br> o October 17, 2006 – Defendants Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s Amended Pretrial Disclosures<br> o October 19, 2006 – Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Amended Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A)<br> o October 23, 2006 – The J&J Defendants' Amended Individual Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A)<br> o October 24, 2006 – Track 1 Defendants' Joint Amended Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A) – Amended Exhibit List<br> o October 24, 2006 – Plaintiffs' Objections to Track 1 Defendants' Joint Exhibit List<br> o October 24, 2006 – Plaintiffs' Objections to Defendant AstraZeneca Pharmaceuticals LP's Exhibit List<br> o October 24, 2006 – Plaintiffs' Objections to Defendants Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s Amended Pretrial Disclosures<br> o October 24, 2006 – Plaintiffs' Objections to the J&J Defendants' Amended Individual Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A)<br> o October 24, 2006 – Plaintiffs' Objections to Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Amended Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A)<br> o October 25, 2006 – Schering-Plough Corporation's and Warrick |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | Pharmaceuticals Corporation's Second Amended Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A)<br> o November 2, 2006 – Track 1 Defendants' Joint Second Amended Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A)<br> o November 3, 2006 - Track 1 Defendants' Joint Supplemental Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A)<br> o November 6, 2006 - Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Supplemental Pretrial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3)(A)<br> o November 19, 2006 – Track 1 Defendants' Second Joint Supplemental Pretrial Disclosures Pursuant to Fed R. Civ. P. 26(a)(3)(A) as to Exhibits<br> o December 20, 2006 – Schering's and Warrick's Supplemental List of Trial Exhibits<br> o January 11, 2007 – Schering's and Warrick's Second Supplemental List of Trial Exhibits<br><br>• October 10, 2006 – **Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Exclude Evidence Relating to Guilty Pleas and Sampling Activity**<br> o October 16, 2006 – Plaintiffs' Opposition to Defendant AstraZeneca Pharmaceutical LP's Motion in Limine to Exclude Evidence Relating to Guilty Pleas and Sampling Activity<br> o October 18, 2006 – Defendant AstraZeneca Pharmaceuticals LP's Motion for Leave to File a Reply to Plaintiffs' Opposition to Defendant's Motion in Limine to Exclude Evidence Relating to Guilty Pleas and Sampling Activity (reply memorandum attached)<br> o October 18, 2006 – Plaintiffs' Opposition to Defendant AstraZeneca Pharmaceuticals LP's Motion for Leave to File a Reply to Plaintiffs' Opposition to Defendant's Motion in Limine to Exclude Evidence Relating to Guilty Pleas and Sampling Activity<br><br>• October 10, 2006 – **Track 1 Defendants' Motion in Limine to Exclude Plaintiffs' Exhibits Relating to the Conduct of Non-Track 1 Defendant Pharmaceutical Companies**<br> o October 16, 2006 – Plaintiffs' Opposition to the Track 1 Defendants' Motion in Limine to Exclude Plaintiffs' Exhibits Relating to the Conduct of Non-Track 1 Defendant Pharmaceutical Companies |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | • October 10, 2006 – **The BMS Defendants' Motion in Limine to Exclude All Evidence Relating to Apothecon Inc.**<br>   o October 16, 2006 – Plaintiffs' Opposition to the BMS Defendants' Motion in Limine to Exclude All Evidence Relating to Apothecon, Inc.<br><br>• October 10, 2006 – **Track 1 Defendants' Joint Offering Deposition Designations (and Plaintiffs' Objections and Counter Designations)** *(individual designations filed by AstraZeneca and BMS Defendants)*<br>   o October 24, 2006 – Plaintiffs' Objections and Counter Designations to Track 1 Defendants' Joint Amended Offering Deposition Designations *(objections filed to individual designations by AstraZeneca and BMS)*<br>   o December 5, 2006 – Track 1 Defendants' Supplemental Amended Joint Offering Deposition Designations (and Plaintiffs' Objections and Counter Designations)<br>   o December 8, 2006 – Track 1 Defendants' Second Supplemental Amended Joint Offering Deposition Designations (and Plaintiffs' Objections and Counter Designations)<br><br>• October 17, 2006 – **Plaintiffs' Deposition Designations (and Defendants' Counter Designations/Objections)**<br>   o November 9, 2006 – The J&J Defendants' Supplemental Deposition Designations to Plaintiffs' Deposition Designations<br>   o November 22, 2006 – Plaintiffs' Supplemental Deposition Designations (and Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Counter Designations/Objections)<br>   o December 11, 2006 – The J&J Defendants' Second Supplemental Deposition Designations to Plaintiffs' Deposition Designations<br>   o December 13, 2006 – Plaintiffs' and AstraZeneca Pharmaceuticals LP's Deposition Testimony Designations Related to Defendant AstraZeneca<br><br>• November 1, 2006 – **Proposed Findings of Fact**<br>   o November 1, 2006 – Plaintiffs' Combined Proposed Findings of Fact, Conclusion of Law and Trial Brief for the Phase 1 Trial Against the Track 1 Defendants<br>   o November 1, 2006 – Defendant AstraZeneca Pharmaceuticals LP's |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | Proposed Findings of Fact and Conclusions of Law<br>  ○ November 1, 2006 – Track 1 Defendants' Common Proposed Findings of Fact and Conclusions of Law<br>  ○ November 1, 2006 – The J&J Defendants' Proposed Findings of Fact and Conclusions of Law<br>  ○ November 1, 2006 – The BMS Defendants' Proposed Findings of Fact and Conclusions of Law<br>  ○ November 1, 2006 – Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Proposed Findings of Fact and Rulings of Law<br>  ○ November 6, 2006 – The J&J Defendants' Supplemental Proposed Findings of Fact<br><br>• November 2, 2006 – **Defendant Immunex Corporation's Objections to October 23, 2006 Order by Chief Magistrate Judge Bowler Regarding Immunex's Motion for Protective Order Regarding May 17, 2006, Deposition Notice**<br>  ○ November 9, 2006 – Plaintiffs' Memorandum In Response to Immunex Corporation's Objections to October 23, 2006 Order by Chief Magistrate Judge Bowler Denying Immunex's Motion for Protective Order<br><br>• November 2, 2006 – **Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion in Limine to Exclude the Testimony of Charles M. Alcorn, Beatrice E. Manning, and G. Raymond Pironti, Jr.**<br>  ○ November 5, 2006 – Plaintiffs' Opposition to Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion in Limine to Exclude the Testimony of Charles M. Alcorn, Beatrice E. Manning, and G. Raymond Pironti, Jr.<br><br>• November 3, 2006 – **Track 1 Defendants' Objections to Plaintiffs' Fact Witnesses' Trial Declarations**<br>  ○ November 5, 2006 – Plaintiffs' Response to the Track 1 Defendants' Objections to Plaintiffs' Fact Witnesses' Trial Declarations<br><br>• November 3, 2006 – **Track 1 Defendants' Proposed Stipulation Relating to Consumer Witnesses** |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | o   November 3, 2006 – Class Plaintiffs' Response to Motion to Exclude Consumers From Testifying<br><br>•   November 6, 2006 – **Track 1 Defendants' Memorandum of Law in Response to the Court's Question Regarding the Transaction Requirement in § 11 of CH. 93A**<br>  o   November 21, 2006 - Plaintiffs' Memorandum Regarding the Transaction Requirement In Gen. Laws Chapter 93A, § 11<br>  o   December 1, 2006 – Defendants' Memorandum of Law in Reply to Plaintiffs' Response Memorandum Regarding the Transaction Requirement Under Massachusetts General Laws Ch. 93A, § 11<br>  o   January 4, 2007 – Plaintiffs' Sur-Reply Opposition Regarding the Transaction Requirement In Gen. Laws Chapter 93A, § 11<br><br>•   November 6, 2006 – **Plaintiffs' Objections to the October 23, 2006 Order by Chief Magistrate Bowler Re: Amgen Inc.'s Motion for Protective Order Relating to Plaintiffs' Rule 30(b)(6) Deposition Notice Regarding Sales and Marketing**<br>  o   November 14, 2006 – Amgen Inc.'s Response to Plaintiffs' Objections to Chief Magistrate Judge Bowler's October 23, 2006 Order Granting Amgen Inc.'s Motion for Protective Order<br><br>•   November 13, 2006 – **Plaintiffs' Motion in Limine to Preclude the Introduction by the Schering-Plough Group of Evidence of ASPs for Schering-Plough and Warrick Drugs**<br>  o   November 22, 2006 – Schering's and Warrick's Opposition to Plaintiffs' Motion to Preclude the Introduction of ASPs and to Plaintiffs' Motion to Strike References to ASPs<br>  o   November 22, 2006 - Schering's and Warrick's Amended Opposition to Plaintiffs' Motion to Preclude the Introduction of ASPs and to Plaintiffs' Motion to Strike References to ASPs<br><br>•   November 13, 2006 – **Plaintiffs' Motion to Strike References by the Schering-Plough Group in Their Opening Statement to Average Sales Prices for Schering-Plough and Warrick Drugs**<br>  o   November 22, 2006 –Schering's and Warrick's Opposition to Plaintiffs' Motion to Preclude the Introduction of ASPs and to Plaintiffs' Motion to Strike References to ASPs<br>  o   November 22, 2006 - Schering's and Warrick's Amended |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | Opposition to Plaintiffs' Motion to Preclude the Introduction of ASPs and to Plaintiffs' Motion to Strike References to ASPs<br><br>• November 21, 2006 – **Schering-Plough Corporation's and Warrick Pharmaceuticals Corporation's Motion to Strike Portions of the Trial Affidavit of G. Raymond Pironti, Jr.**<br><br>• November 22, 2006 – **Track 1 Defendants' Motion to Strike Portions of the Trial Affidavit of Glenn Randle, Motion to Strike Portions of the Trial Affidavit of Sharon Faulkner**<br>  o November 27, 2006 – Plaintiffs' Combined Opposition to Track 1 Defendants' Motions to Strike Portions of the Trial Affidavits of Glenn Randle and Sharon Faulkner<br><br>• November 27, 2006 – **Plaintiffs' Memorandum Regarding Defendants'** *Per Se* **Unfair or Deceptive Acts or Practices**<br>  o December 11, 2006 – Memorandum of Law in Response to Plaintiffs' Memorandum Regarding Defendants' *Per Se* Unfair and Deceptive Practices<br>  o December 12, 2006 – The BMS Defendants' Supplemental Memorandum in Response to Plaintiffs' Memorandum Regarding *Per Se* Violations of Mass. G.L. ch. 93A<br><br>• December 15, 2006 – **Track 1 Defendants' Motion for a Fair Allocation of Time to Respond to Plaintiffs' Rebuttal Evidence**<br>  o December 15, 2006 – Plaintiffs' Response to the "Fair Allocation" of Time Motion<br><br>• December 15, 2006 – **Plaintiffs' Statement Regarding the "Kolassa Mistake"**<br>  o December 16, 2006 – Schering's and Warrick's Response to Plaintiffs' "Kolassa Confirmation"<br><br>• December 15, 2006 – **Track 1 Defendants' Memorandum of Law in Response to the Court's Questions Concerning the Implication of Evidence with Respect to Class 3 Named Representatives for the Remainder of the Class**<br>  o January 19, 2007 – Plaintiffs' Response to the Court's Questions Regarding the Appropriateness of Maintaining Class 3 |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | • December 19, 2006 – **Track 1 Defendants' Request for Admission of Trial Exhibits**<br>    o December 26, 2006 – Plaintiffs' Objections to Track 1 Defendants' December 19th Request for Admission of Trial Exhibits<br>    o January 12, 2007 – Track 1 Defendants' (1) Response to Plaintiffs' Objections to Defendants' December 19th Request for Admission of Trial Exhibits and (2) Opposition to Plaintiffs' January 4th Request for Admission of Trial Exhibits<br>    o January 19, 2007 – Plaintiffs' Supplemental Objections to Track 1 Defendants' December 19th Request for Admission of Trial Exhibits<br><br>• January 4, 2007 – **Plaintiffs' Request for Admission of Trial Exhibits**<br>    o January 12, 2007 – Track 1 Defendants' (1) Response to Plaintiffs' Objections to Defendants' December 19th Request for Admission of Trial Exhibits and (2) Opposition to Plaintiffs' January 4th Request for Admission of Trial Exhibits<br>    o January 19, 2007 – Plaintiffs' Supplemental Request for Admission of Trial Exhibits<br>    o January 26, 2007 – Track 1 Defendants' Opposition to Plaintiffs' Supplemental Request for Admission of Trial Exhibits<br>    o February 1, 2007 – Plaintiffs' Memorandum in Support of Supplemental Request for Admission of Trial Exhibits<br><br>• January 19, 2007 – **Post-Trial Proposed Findings of Fact**<br>    o January 19, 2007 - Plaintiffs' Post-Trial Proposed Findings of Fact<br>    o January 19, 2007 - The Track 1 Defendants' Proposed Common Findings of Fact<br>        ■ January 19, 2007 – **Motion for Leave to File Under Seal (*Appendix of Selected Materials Cited in the Track 1 Defendants; Proposed Common Findings of Fact*)**<br>    o January 19, 2007 - Defendant AstraZeneca Pharmaceuticals LP's Proposed Findings of Fact<br>    o January 19, 2007 - The J&J Defendants' Proposed Findings of Fact Relating to Procrit and Remicade<br>    o January 19, 2007 - Schering and Warrick's Post-Trial Proposed Findings of Fact<br>    o January 19, 2007 – The BMS Defendants' Post-Trial Proposed |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | Findings of Fact<br> o February 13, 2007 – The Track 1 Defendants' Proposed Common Findings of Fact Revised in Compliance with the Court's Order Dated February 7, 2007<br><br>• January 19, 2007 – **Post-Trial Briefs**<br> o January 19, 2007 – Plaintiffs' Post-Trial Omnibus Trial Brief<br> o January 19, 2007 - Memorandum Of Law In Support Of Track 1 Defendants' Post-Trial Motion For Judgment<br> o January 19, 2007 - The BMS Defendants' Post-Trial Memorandum In Support Of Their Request For Judgment Pursuant to Fed. R. Civ. P. 58<br> o January 19, 2007 – Memorandum Of Law In Support Of AstraZeneca Pharmaceuticals LP's Post-Trial Motion For Judgment<br> o January 19, 2007 – Schering's and Warrick's Post-Trial Brief<br> o January 19, 2007 – The Johnson & Johnson Defendants' Post-Trial Memorandum<br> o February 13, 2007 – Memorandum of Law in Support of Track 1 Defendants' Post-Trial Motion for Judgment Revised in Compliance with the Court's Order Dated February 7, 2007<br><br>• February 22, 2007 – **Plaintiffs' Objections to February 12, 2007 Order by Magistrate Judge Bowler Granting Defendant Abbott Laboratories' Motion for Protective Order and Motion to Quash Plaintiffs' Third Party Subpoenas**<br> o March 8, 2007 - Abbott Laboratories Response to Plaintiffs' Objections to February 12, 2007 Order by Magistrate Judge Bowler Granting Defendant Abbott Laboratories' Motion for Protective Order and Motion to Quash Plaintiffs' Third Party Subpoenas<br> o March 23, 2007 – Plaintiffs' Reply Brief in Support of Their Objections to February 12, 2007 Order by Magistrate Judge Bowler Granting Defendant Abbott Laboratories' Motion for Protective Order and Motion to Quash Plaintiffs' Third Party Subpoenas<br><br>• March 16, 2007 – **Defendant AstraZeneca Pharmaceutical LP's Pretrial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3)(A) – Witness List**<br><br>• March 16, 2007 – **Defendant AstraZeneca Pharmaceutical LP's Pretrial** |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3)(A) – Exhibit List<br><br>• March 16, 2007 – **Defendant AstraZeneca Pharmaceutical LP's Pretrial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3)(A) – Designations of Sworn Testimony**<br><br>• March 16, 2007 – **Plaintiffs' Disclosures for Class 1 AstraZeneca Trial**<br><br>• March 16, 2007 – **Plaintiffs' Rule 26(a)(3) Disclosures – Deposition Designations of Sworn Testimony**<br><br>• March 21, 2007 – **Notice of Supplemental Evidence Regarding the Marketing of Remicade or for Leave to Take Discovery of the "Ka-Ching" Marketing Tool**<br>   o   March 26, 2007 – Centocor's Opposition to Plaintiffs' Motion to Supplement the Record or for Leave to Take Discovery of the "Ka-Ching" Document<br>   o   March 29, 2007 – Plaintiff's Reply in Support of Motion to Supplement the Record or Take Discovery of the "Ka-Ching" Document<br><br>• March 22, 2007 – **Defendant AstraZeneca's Motion to Decertify Class I**<br><br>• March 22, 2007 - **Declaration of G. Raymond Pironti, Jr. Regarding Time Expended for Preparing Direct Testimony via Declaration and Traveling from Tampa, Florida to Boston Pursuant to Subpoena to Appear for Trial Testimony and Request for Reimbursement**<br><br>• March 23, 2007 – **Plaintiffs' Omnibus Motion in Limine**<br><br>• March 23, 2007 – **Defendant AstraZeneca Pharmaceutical LP's Motion in Limine to Exclude Evidence Relating to Guilty Pleas, Civil Settlement and Sampling Activity**<br><br>• March 23, 2007 – **Defendant AstraZeneca Pharmaceutical LP's Motion in Limine to Preclude Admission of Documents and Testimony of Other Pharmaceutical Companies** |

| PRIVATE CLASS CASES | MDL DOCKET NO. | ORIGINAL JURISDICTION | STATUS |
|---|---|---|---|
| **Master Consolidated Class Action (continued)** | | | • March 23, 2007 – **Defendant AstraZeneca Pharmaceutical LP's Motion in Limine to Exclude Testimony and Evidence Concerning Aggregate Damages**<br><br>• March 23, 2007 – **Defendant AstraZeneca Pharmaceutical LP's Motion in Limine to Exclude the 2003 Office of Inspector General Guidelines**<br><br>• March 23, 2007 – **Defendant AstraZeneca Pharmaceutical LP's Motion in Limine to Exclude Evidence Relating to Profits or Revenue of AstraZeneca Pharmaceuticals LP from the Liability Trial**<br><br>• March 23, 2007 – **Defendant AstraZeneca Pharmaceutical LP's Motion in Limine to Exclude Evidence Not Pertaining to Claims of Class Representatives Mr. Howe and Mr. Townsend**<br><br>• March 26, 2007 **– Motion for Amendment of Case Management Order No. 1 and Consolidated Order Re: Motion for Class Certification**<br>  o March 29, 2007 – Heins Mills & Olsen, P.L.C.'s Response to Motion for Amendment of Case Management Order No. 1 and Consolidated Order Re: Motion for Class Certification<br><br>• March 28, 2007 – **Plaintiffs' Rule 26(a)(3) Disclosures: Deposition Designations of Sworn Testimony**<br><br>• March 28, 2007 – **Plaintiffs' Disclosures for Class 1 AstraZeneca Trial**<br><br>• March 29, 2007 – **Plaintiffs' Motion for Approval of Further Communication with Class 1 Consumers Who Filed Requests for Exclusion**<br>  o March 29, 2007 - Plaintiffs' Motion for Leave to File Under Seal |