UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL CLASS ACTIONS | Judge Patti B. Saris |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), James Hayes, a member of the bar of this Court and attorney for defendant MedImmune, Inc., moves to admit attorney John E. Schmidtlein to the bar of this Court *pro hac vice*. In support of this Motion, the movant relies on the accompanying Affidavit of Mr. Schmidtlein, which states that he (i) is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, (ii) is not currently the subject of any disciplinary proceedings as a member of any bar, and (iii) is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, MedImmune, Inc. respectfully requests that the Court grant this motion to admit Mr. Schmidtlein *pro hac vice*.

Respectfully submitted,

/s/ James Hayes
James Hayes (BBO #  651802)
Williams & Connolly LLP
725 12th St. N.W.
Washington, DC 20005
(202) 434-5596
jhayes@wc.com

*Attorney for MedImmune, Inc.*

Dated:  April 4, 2007

## **CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the foregoing was delivered on April 3, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No.2, via LexisNexis File & Serve.

                                       By:  /s/  James Hayes