# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | Judge Patti B. Saris |

## AFFIDAVIT OF JOHN E. SCHMIDTLEIN, ESQ., IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, John E. Schmidtlein, on my oath swear and depose:

1. I am a member of the law firm of Williams & Connolly LLP, located at 725 12th St. N.W., Washington, DC 20005, telephone (202) 434-5901 (email, jschmidtlein@wc.com).

2. I was admitted to the Bar of the United States Court of Appeals for the District of Columbia Circuit on July 11, 1995. A certificate of good standing and admission from the Clerk of the Court of Appeals is attached.

3. I am in good standing in every jurisdiction where I have been admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My firm represents MedImmune, Inc. and I respectfully request admission to the Bar of this Court pro hac vice.

Signed under the pains of perjury this 4th day of April, 2007.

John E. Schmidtlein

United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

Certificate of Good Standing


I, Mark J. Langer, Clerk of the United States Court of Appeals for the District of

Columbia Circuit, certify that JOHN E. SCHMIDTLEIN was on the 11th day of July,

1995, duly admitted and qualified as an attorney and counselor of the Court of Appeals,

and is now a member of the bar of the Court of Appeals in good standing.  I further

certify that no grievances have been filed, in this Court, against this attorney since the

date of admission.



In Testimony Whereof, I have hereunto

subscribed my name and affixed the seal

of the Court, at the City of Washington,

this 17 day of January, 2007.



**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Mark L. powstanski
Deputy Clerk/CO