# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------  )
)
IN RE PHARMACEUTICAL INDUSTRY      )       MDL NO. 1456
AVERAGE WHOLESALE PRICE               )
LITIGATION                                            )       CIVIL ACTION NO. 01-CV-12257-PBS
---------------------------------------------  )
)       Hon. Patti B. Saris
THIS DOCUMENT RELATES TO            )
CLASS 1 JURY TRIAL                           )
---------------------------------------------  )

## DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S OBJECTIONS TO PLAINTIFFS' DISCLOSURES FOR CLASS 1 ASTRAZENECA TRIAL

In addition to the objections enumerated below, AstraZeneca objects to the introduction into evidence at trial of any documents or testimony that fall within the scope of the Motions in Limine filed by AstraZeneca on March 23, 2007. [1] AstraZeneca also reserves the right to supplement and/or amend these objections based on any rulings by the Court prior to trial.

---

[1] On March 23, 2007, AstraZeneca filed the following motions in limine ("MIL"):

- Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Exclude Evidence Not Pertaining to Claims of Class Representatives Mr. Howe and Mr. Townsend (Docket #s 3928, 3929);

- Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Exclude Evidence Relating to Profits or Revenue of AstraZeneca Pharmaceuticals LP From the Liability Trial (Docket #s 3930, 3931);

- Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Exclude the 2003 Office of Inspector General Guidelines (Docket #s 3932, 3933);

- Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Exclude Testimony and Evidence Concerning Aggregate Damages (Docket #s 3934, 3935);

- Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Preclude Admission of Documents and Testimony of Other Pharmaceutical Companies (Docket #s 3936, 3937); and

- Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Exclude Evidence Relating to Guilty Pleas, Civil Settlement and Sampling Activity (Docket #s 3938, 3939, 3940).

As noted below, AstraZeneca also intends to file a motion in limine relating to Plaintiffs' belated addition of Stuart Fullerton, Senior Litigation Counsel at AstraZeneca, to their witness list.

## I.     WITNESSES

AstraZeneca objects to Plaintiffs' request, purportedly pursuant to Rule 45, that AstraZeneca identify and produce the officers at AstraZeneca most knowledgeable about certain enumerated topics to testify at trial in Plaintiffs' case.  Plaintiffs have taken numerous depositions of AstraZeneca employees, including several pursuant to Rule 30(b)(6), during which they have had ample opportunity to identify those witnesses whose testimony they believe to be relevant to this trial.  Plaintiffs should not be permitted to shift the burden of preparing their case to AstraZeneca.

AstraZeneca also objects to Plaintiffs' belated and untimely inclusion of Stuart Fullerton, Senior Litigation Counsel at AstraZeneca, on their witness list.  As his title suggests, Mr. Fullerton's role at AstraZeneca is to provide legal advice to the Company in connection with pending or threatened litigation.  As such, any testimony he could provide related to Plaintiffs' claims would be privileged.  Plaintiffs are well aware of this fact; indeed, their prior attempts to depose Mr. Fullerton were rejected by Magistrate Judge Bowler.  (*See* Transcript of Hearing (May 17, 2005) at 14-15; 9/29/05 Docket Entry denying Plaintiffs' Motion to Compel and Granting AstraZeneca's Cross Motion for Protective Order.)  There are no grounds to re-visit that decision now.  Accordingly, AstraZeneca intends to file a supplemental motion in limine to preclude Plaintiffs from calling Mr. Fullerton as a witness.

## II.    EXHIBITS

AstraZeneca reserves the right to supplement and/or amend the objections asserted below relating to documents bearing "TAP" production numbers.  AstraZeneca does not have copies of these documents and has not been provided with copies by Plaintiffs.  It is AstraZeneca's understanding, upon information and belief, that AstraZeneca has been deprived of the opportunity to review these documents prior to the deadline for submission of objections because these documents were produced by TAP in connection with separate litigations relating to Lupron and are therefore subject to protective orders entered in those cases.  On that ground alone, these documents should be excluded from evidence.  In order to preserve its rights, however, AstraZeneca asserts certain objections below that are apparent from the descriptions included in Plaintiffs' disclosures.

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 1 | | 6/20/03 | Memorandum of Plea Agreement in *United States v. AstraZeneca Pharmaceuticals, LP*, Criminal Action No. 03-55 (D. Del.) | FRE 402<br>FRE 403 |
| 2 | | | Information filed by the U.S. Attorney in *United States v. AstraZeneca Pharmaceuticals, LP*, Criminal Action No. 03-55 (D. Del.) | FRE 402<br>FRE 403 |
| 3 | | 6/20/03 | Transcript of the Plea and Sentencing Hearing before Honorable Joseph J. Farnan in *United States v. AstraZeneca Pharmaceuticals, LP*, Criminal Action No. 03-55 (D. Del.) | FRE 402<br>FRE 403 |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 4 | BERKMAN 0204-05 | 5/19/03 | Information filed by the U.S. Attorney in *United States v. Robert A. Berkman, M.D.*, Criminal Action No. 03-45 (D. Del.) | FRE 402<br>FRE 403 |
| 5 | | 7/17/03 | Transcript of the Plea Hearing conducted by Honorable Joseph J. Farnan, Jr. in *United States v. Robert A. Berkman, M.D.*, Criminal Action No. 03-45 (D. Del.) | FRE 402<br>FRE 403 |
| 6 | | 4/19/04 | Examples of Zoladex labels presented as Exhibits at the Ohio State Licensing Board Hearing for Robert A. Berkman, M.D. | FRE 402<br>FRE 403 |
| 7 | | 9/18/04 | Information filed by the U.S. Attorney in *United States v. Saad Antoun, M.D.*, Criminal Action No. 02-13 (D. Del.) | FRE 402<br>FRE 403 |
| 8 | | 9/18/02 | Memorandum of Plea Agreement in *United States v. Saad Antoun, M.D.*, Criminal Action No. 02-13 (D. Del.) | FRE 402<br>FRE 403 |
| 9 | BERKMAN 0212-21 | 5/16/03 | Memorandum and Pleas Agreement in *United States v. Robert A. Berkman, M.D.*, Criminal Action No. 03-45 (D. Del.) | FRE 402<br>FRE 403 |
| 10 | HOPKINS 0122-25 | 9/18/02 | Superseding Information filed by the U.S. Attorney in *United States v. Stanley C. Hopkins, M.D.*, Criminal Action No. 02-127 (D. Del.) | FRE 402<br>FRE 403 |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 11 | | 12/17/02 | Memorandum and Pleas Agreement in *United States v. Stanley C. Hopkins, M.D.*, Criminal Action No. 02-127 (D. Del.) | FRE 402 FRE 403 |
| 12 | | 11/6/03 | Transcript of Sentencing Hearing in *United States v. Robert A. Berkman, M.D.*, Criminal Action No. 03-45 (D. Del.) | FRE 402 FRE 403 |
| 13 | | 2/5/04 | Letter from Judge Joseph J. Farnan, Jr. to the State Medical Board of Ohio | FRE 402 FRE 403 |
| 14 | AZ0237142-163 | 11/3/95 | Memorandum from Market Strategy & Contract Operations and the Zoladex Marketing Team | No Objection |
| 15 | AZ0431807-811 | 10/19/00 | E-mail from Margaret Hammons to George Gerhart III | No Objection |
| 16 | AZ0428379-381 | 3/20/98 | Letter to Eric Kraeutler from Gregory M. Sleet | FRE 402 FRE 403 |
| 17 | AZ0465663-665 | 11/30/01 | E-mail exchange re: Drug Topics Red Book and PDR. | No Objection |
| 18 | AZ0425759-762 | 5/20/02 | Fax & Letter to Jack C. Dodds from Virginia Gibson-Mason re: AstraZeneca | FRE 402 FRE 403 |
| 19 | AZ0021762-765 | 1/23/96 | Internal memorandum from Keith Patterson to Chris Iacono | No Objection |
| 20 | AZ0237142-163 | 11/3/95 | Memorandum from Market Strategy & Contract Operations Zoladex Marketing Team to Chris Iacono. | No Objection |
| 21 | AZ0425748-758 | 4/02/02 | Memorandum from Stuart Fullerton to Glenn Englemann | FRE 402 FRE 403 FRE 408 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 22 | AZ0425779-784 | 01/18/02 | Fax & Letter to John C. Dodds from Virginia Gibson-Mason re: AstraZeneca | FRE 402 FRE 403 FRE 408 |
| 23 | AZ0425819-823 | 10/17/00 | Fax & Letter to Eric Kraeutler from Virginia Gibson-Mason re: AstraZeneca | FRE 402 FRE 403 |
| 24 | AZ0435202-212 | 5/15/01 | Fax from Judy Roberts to Carol Flanagan | No Objection |
| 25 | AZ0435213-214 | 5/18/01 | Fax to First Data Bank attaching AstraZeneca Revised Price List | FRE 402 FRE 403 |
| 26 | AZ0428379-381 | 03/20/98 | Letter to Eric Kraeutler from Virginia Gibson-Mason re: Subpoena addressed to Zeneca, Inc. | FRE 402 FRE 403 |
| 27 | AZ0080413-417 | 11/3/95 | Memorandum from Market Strategy & Contract Operations to Chris Iacono re: Zoladex Pricing and Volume Discount Strategy | No Objection |
| 28 | AZ0036643 | 4/22/96 | Memorandum from Paula Jordon to Fred Roberts re: Zoladex (goserlin acetate) Projects; Invoices dated 4/15/96 (no bates numbers) | No Objection |
| 29 | AZ0036585 | 1/29/96 | Letter from Paula Jordon | No Objection |
| 30 | AZ0465663-665 | 11/30/01 | E-mail from John Freeberry to Mark Boyer | No Objection |
| 31 | AZ0473119 | 11/27/02 | E-mail from Janet Rosenberg to Traci Kellam | FRE 402 |
| 32 | AZ0433750-756 | 2/27/02 | E-mail from Monique Loeffert to Debra Ann Ivey | FRE 402 |
| 33 | AZ0437459-460 | 1/3/99 | E-mail from Barbara Villani to Joseph Mansfield | FRE 402 |
| 34 | AZ0426708, 0426710-13 | 7/14/97 | E-mail from Kaylor Kowash to Rickards, Arenson and Caswell | FRE 402 |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 35 | AZ0428299-304 | 11/24/97 | Subpoena to Zeneca, Inc. issued by Michael Little, Regional Inspector General for Investigations | FRE 402 FRE 403 |
| 36 | AZ0017129 | 7/26/96 | Memorandum from MRP to Zeneca File re: Conversation with Mark Reisenauer 7/19/96 | FRE 802 |
| 37 | AZ0036510-33 | 6/00/95 | Document titled "Zoladex Reimbursement Hotline Activity Report – June 1, 1995 – June 30, 1995" prepared for Zeneca Pharmaceuticals by State & Federal Associates Inc. | FRE 802 |
| 38 | AZ0105879-881 | | Letter from Chris Bowman to Members of the "Maricopa Urology Lithotripsy Inc." Group | FRE 402 |
| 39 | AZ0096359 | | Letter from Chris Bowman to Sheila | FRE 402 |
| 40 | AZ0464087 | 9/13/00 | E-mail from John Freeberry to Julie-Ann Tracy | No Objection |
| 41 | AZ0445640-641 | 6/29/01 | E-mail from Barnabas Desta to David Meddis | No Objection |
| 42 | AZ0407062-065 | 00/00/02 | Sales Representative Call Notes | FRE 402 |
| 43 | AZ0431262-71 | | AstraZeneca Pharmaceuticals Agreement | No Objection |
| 44 | AZ0237164-69 | 11/20/95 | Internal Memorandum to Chris Iacono from Keith Patterson | No Objection |
| 45 | AZ0024479-81 | 1/19/96 | Internal Memorandum to Chris Iacono from Keith Patterson | No Objection |
| 46 | AZ0011640 | 9/10/96 | September 10, 1996 letter from M. Painter to M. Reisenauer | FRE 802 |
| 47 | AZ0011635-36 | 4/28/97 | Letter from M. Painter to T. Arenson | FRE 802 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 48 | PXL01258-66 | 8/6/96 | Fax from C. Ware to M. Reisenauer | No Objection |
| 49 | HOWE0052-57 | | Patient Financial History Prepared by Oregon Urology Specialists | FRE 802 FRE 901 FRE 1006 |
| 50 | HOWE0120 | | Billing Statement to Mr. Howe | FRE 402 FRE 802 FRE 901 |
| 51 | HOWE0020-21 | | Medicare Summary Notice | FRE 106 FRE 402 FRE 802 FRE 901 |
| 52 | HOWE0010 | | Cancelled Check #3995 for $118.81 Made Out to Oregon Urology Specialists | FRE 402 FRE 901 |
| 53 | TOWN500-503 | | Patient Financial History Report | FRE 802 FRE 901 FRE 1006 |
| 54 | TOWN0001-2 | | Cancelled Checks Made Payable to Mr. Townsend's Urologist, Dr. E. Richard Grieco | FRE 901 |
| 55 | TOWN 0056 | | Medicare Summary Notice | FRE 106 FRE 802 FRE 901 |
| 56 | AZ0702243-46 | 10/16/04 | Email of Erik Schultz | FRE 402 |
| 57 | AZ 0044059-63 | 10/13/95 | Letter to Mark J. Harberger from William C. Lucas | FRE 402 FRE 403 |
| 58 | ABT 48686-96 | 12/18/95 | Letter from Mark J. Harberger to William C. Lucas | FRE 402 FRE 403 FRE 802 FRE 901 |
| 59 | ABT 48560-76 | 9/26/95 | Letter from Mark J. Harberger at Abbott to Glenn M. Engleman at AstraZeneca | FRE 402 FRE 403 FRE 802 FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 60 | | 6/4/03 | Corporate Integrity Agreement between AstraZeneca and the Office of Inspector General of the Department of Health & Human Services, signed by AstraZeneca | FRE 402 FRE 403 |
| 61 | AZ0491331-43 | 2/10/03 | CMS Account Team Kickoff Meeting | FRE 402 FRE 403 |
| 62 | AZ0037011 | 4/12/95 | Internal Memorandum from Ruth Beedle re: Zoladex Profitability | FRE 402 |
| 63 | AZ0037036-48 | 9/5/95 | Internal Memorandum from Tom Chen to Mike Bonney re: Zoladex Sample Inventories | FRE 402 FRE 403 |
| 64 | AZ0010307-09 | 4/6/96 | Memorandum to Keith Patterson from Tom Chen re: TAP Response to Zoladex Case Quantity Discount | No Objection |
| 65 | AZ0036661 | 5/7/96 | Memorandum to Mark Reisenauer, Tom Chen from Paula Jordon re: Payer Education Mailings | No Objection |
| 66 | AZ0577665-71 | 6/24/99 | Cost and Suggested List | No Objection |
| 67 | AZ0431261-71 | 6/24/02 | Email from Nancy Jones to Holle Terkhorn re: Annual Buy Group Zoladex Contract Template | No Objection |
| 68 | AZ0461415-65 | 6/2/00 | Urology Portfolio Strategic Plan – TALT Update | No Objection |
| 69 | AZ0004616-38 | | Zoladex Strategic Summary – 1998-2002 by Keith Patterson | No Objection |
| 70 | AZ0682890-907 | 00/00/03 | Zoladex 2003 EFAR Forecast | No Objection |
| 71 | AZ0689131-37 | 12/22/03 | Email from Kathryn Jones re: Data to Support Additional Payment for Part B Drugs in 2004 | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 72 | AZ0426351-357 | 12/29/98 | Letter to Eric Kraeutler from Michael Little with enclosed Subpoena to Zeneca, Inc. | FRE 402 FRE 403 |
| 73 | AZ0464456 | 1/00/02 | Pricing News | No Objection |
| 74 | AZ0707711-34 | | Zoladex Market Pricing | No Objection |
| 75 | AZ0462355-56 | 4/4/00 | Email from Joan McDevitt re: Revised AZ Competitors Report | No Objection |
| 76 | AZ0425763-769 | 5/10/02 | Fax to Eric Kraeutler from Margaret Mackey; Letter to Recipient of Subpoena from Donald K. Stern; Subpoena to Zeneca, Inc. | FRE 402 FRE 403 |
| 77 | AZ0005740-41 | 8/21/96 | Internal Memorandum from Mark Reisenauer to Steve Strand re: Zoladex Pricing Recommendations | No Objection |
| 78 | AZ0013233-35 | 10/24/96 | Internal Memorandum from Mark Reisenauer to Keith Patterson and Steve Strand re: Zoladex Price Increase Recommendation | No Objection |
| 79 | AZ0437058-60 | | LHRH Cost Comparison | FRE 106 FRE 402 |
| 80 | AZ0437062 | | Patient on 4 10.8mg Injections | FRE 106 FRE 402 |
| 81 | AZ0422502-13 | 4/30/97 | Internal Memorandum from Product Management Team for Zoladex to Oncology Care Representatives & Area Business Specialists re: New Options for Credit Card Payments for Zoladex | No Objection |
| 82 | AZ0431073 | 1/12/99 | Draft Letter to Physician from Kulda & Heisey re: Zoladex Price Increase | No Objection |
| 83 | AZ0694210-65 | 04/00/03 | Office of Inspector General – Compliance Program Guidance for Pharmaceutical Manufacturers | FRE 402 FRE 403 |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 84 | PTX01034 | 1/19/95 | Letter to Enid Olayan from Carol Ware | No Objection |
| 85 | PXL05552-602 | 8/20/93 | Letter to Keith Patterson from Carol Ware enclosing report on Zoladex calls | No Objection |
| 86 | PXL05638-991 | 2/23/94 | Letter to Keith Patterson from Carol Ware enclosing report on Zoladex calls | No Objection |
| 87 | PXL06067-594 | 2/23/96 | Letter to Keith Patterson from Carol Ware enclosing report on Zoladex injuries [sic] | No Objection |
| 88 | PXL01037 | 1/20/95 | Fax from Carol Ware to Medicare Part B Carrier | No Objection |
| 89 | AZ0036923-26 | 6/14/96 | Memo to Mike Murray from Carol Ware re: CIGNA Medicare Bulletin | No Objection |
| 90 | AZ0021569-71 | 6/17/96 | Fax to Keith Patterson & Mark Reisenaur from Carol Ware re: Colorado Medicare Part B | No Objection |
| 91 | | | Zoladex Label | FRE 402 FRE 403 |
| 92 | | | Zoladex Labeling | FRE 402 FRE 403 |
| 93 | | | Lupron Depot 4-Month (30mg) Advantages | FRE 402 FRE 403 FRE 901 |
| 94 | | 4/10/98 | Letter to Annual Contract Customer from Kathleen Sailer & Earl Heisey | No Objection |
| 95 | | | Zoladex Annual Contract | No Objection |
| 96 | | | Invoice | FRE 402 |
| 97 | AZ0487753-56 | 2/1/93 | Suggested List Prices and Marketing Policy | FRE 402 |
| 98 | AZ0427978-85 | 6/2/98 | U.S. Wholesale Druggists Cost and Suggest List Prices | No Objection |
| 99 | AZ0018042-44 | 11/4/96 | Internal Memorandum from Mark Reisenauer to Bob Black & Jim O'Shea re: Zoladex Price Increase Recommendation | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 100 | AZ0096314 | | 1-Month Depot Zoladex | FRE 402 |
| 101 | AZ0096386-88 | 9/26/95 | Memo to Gary Hansen from Chris Bowman re: NSS- "Purchase Groups" | FRE 402 |
| 102 | AZ0096255-59 | 8/29/97 | Email from Christopher Bowman re: Updated "Cheat Sheets" | FRE 402 |
| 103 | AZ0096293 | | Draft Letter to Ben from Chris Bowman | FRE 402 |
| 104 | AZ0428238-62 | | Zoladex Strategic Summary 1997-2001 prepared by Keith Patterson | No Objection |
| 105 | AZ0004734-55 | 4/20/95 | Zoladex Strategic Plan 1996-2000 – Draft #1 by Keith Patterson | No Objection |
| 106 | AZ0010334-37 | 1/12/95 | Memorandum to Chris Iacono from Keith Patterson re: Zoladex Pricing Strategy | No Objection |
| 107 | AZ0010297-302 | 3/1/95 | Memorandum to William Simpson from Keith Patterson re: Zoladex Pricing | No Objection |
| 108 | PXL 06595-661 | 12/27/96 | Letter to Keith Patterson from Sean Coakley & Stephanie Wagoner | No Objection |
| 109 | PXL01040 | 2/15/95 | Letter to Travelers Railroad Medicare from Sean Coakley | No Objection |
| 110 | PXl01045 | 2/23/95 | Letter to Ms. Rita Crook, North Carolina Medicare Part B from Sean Coakley | No Objection |
| 111 | PXL01111-13 | 5/2/96 | FOIA request to Kelly Gross, Blue Shield of California from Sean Coakley | No Objection |
| 112 | PXL01116 | 5/14/96 | Letter to Medicare Part B Claims Review from Sean Coakley | No Objection |
| 113 | PXL01731-34 | 7/9/96 | Letter to Laura Brooks from Sean Coakley re: Pricing for Zoladex 3.6 mg (goserelin acetate implant ) – HCPS J9202 | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 114 | PXL01702-11 | 8/8/96 | Letter to Irene Michel, Minnesota Medicare Part B from Sean Coakley | No Objection |
| 115 | AZ0425772-73 | 03/28/02 | Letter to John C. Dodds, Esq. From Beth Mowkow-Schnoll, ASUA | FRE 402 FRE 403 |
| 116 | AZ0419345-48 |  | Medicare Review | No Objection |
| 117 | AZ021838 | 10/12/95 | Internal Memorandum from Thomas Chen to Keith Patterson re: Price Increase for Zoladex | No Objection |
| 118 | AZ0080407-11 | 11/20/95 | Internal Memorandum from Keith Patterson to Chris Iacono re: Zoladex Pricing | No Objection |
| 119 | AZ0376204-17 |  | AstraZeneca Urology Representative Training | No Objection |
| 120 | AZ0096241-42 | 12/5/97 | Email from John Armstrong re: Zoladex Spreadsheet | FRE 402 |
| 121 | AZ0413687-91 | 3/7/02 | Fax to Soleil Chavoshi from John Armstrong re: Competitive Pricing | No Objection |
| 122 | AZ0423944-50 |  | LHRH Cost Comparison | FRE 402 |
| 123 | AZ0432026-34 | 3/13/01 | Email from John Freeberry re: Change in AWP Spread | No Objection |
| 124 | AZ0449836-50 | 8/9/00 | Email from John Freeberry to Joan McDevitt Re: Redbook | No Objection |
| 125 | AZ0438780-81 | 1/17/00 | Email from Kenneth Smith re: Comparison of 3 month Zoladex & 3 month Lupron (New AWP & Pricing) | FRE 402 |
| 126 | AZ0016060-74 |  | Proposed Zoladex Contracting Strategy | No Objection |
| 127 | AZ0044002-13 | 1/26/96 | Zoladex 3-Month 10.8mg Depot Pricing Proposal | No Objection |
| 128 | AZ0024179-90 | 00/00/95 | Zoladex Prostate Cancer 1995 Operational Plan | No Objection |
| 129 | AZ0021833 | 11/14/95 | Internal Memorandum to Keith Patterson from Chris Iacono re: Zoladex | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 130 | AZ0040464 | 11/4/97 | Internal Memorandum to C. J. Iacono from M. L. Rickards re: 1998 Pricing Recommendations – Prostate Cancer Portfolio | No Objection |
| 131 | AZ0000134-43 | | Zoladex Strategic Plan 1993-1997 | No Objection |
| 132 | AZ0097294-95 | 6/24/97 | Email from John Armstrong to Timothy Arenson re: 1998 Price Positioning | No Objection |
| 133 | AZ0095847-53 | 11/5/97 | Email from John Armstrong to Jean Ludwig, Kenneth Smith and John Wawrzonek re: Zoladex vs. Lupron Cost & Profit Comparison | FRE 402 |
| 134 | AZ0044713-14 | 11/3/97 | Email from Dean McAlister to Timothy Arenson re: Response: ZOLPRICE93.xls | No Objection |
| 135 | | | Call Notes | FRE 402 |
| 136 | AZ0010394-99 | 3/3/94 | Memorandum from Keith Patterson to W.J. O'Shea re: Zoladex Quantity Discount Recommendations | No Objection |
| 137 | PXL03686-715 | | Guide to Coverage and Reimbursement | No Objection |
| 138 | AZ0000062-85 | 6/21/94 | Draft #1 Zoladex Strategic Plan 1995-1999 | No Objection |
| 139 | AZ0427246-65 | 7/7/97 | Proposed Zoladex Contracting Strategy | No Objection |
| 140 | AZ0032538-43 | 2/17/95 | Memorandum to William Simpson from Keith Patterson re: Zoladex Pricing | No Objection |
| 141 | PXL02766-812 | | Zoladex Coverage & Reimbursement Physician's Office Guide | No Objection |
| 142 | AZ0428327-50 | | Zoladex Strategic Summary 1998-2002 | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 143 | AZ0017131-36 | 1/23/96 | Internal Memorandum from Keith Patterson to Chris Iacono re: Zoladex Pricing Recommendations | No Objection |
| 144 | AZ0021679-81 | 12/2/96 | Internal Memorandum from Mark Reisenauer re: Zoladex Price Increase | No Objection |
| 145 | AZ0022136-46 | 2/00/96 | US Business Review – February 1996 – Zoladex prepare by Keith Patterson | No Objection |
| 146 | PXL00095-96 | 7/17/96 | Memo to Keith Patterson, Mark Reisenauer, Tom Chen from Howard Tag re: Medicare Reimbursement | No Objection |
| 147 | AZ0010338-39 | 1/19/95 | Internal Memorandum from Keith Patterson to Chris Iacono re: Zoladex Pricing | No Objection |
| 148 | AZ0715813-943 | | Price Analysis | No Objection |
| 149 | AZ0463627-29 | 1/28/02 | Email from Jill Krating to Erik Schultz re: NEW PDF of Pricing News | No Objection |
| 150 | AZ0464857-59 | 3/1/02 | Email from Erik Schultz to Jill Krasting re: AWP Spread | No Objection |
| 151 | AZ0373269 | 3/17/97 | Fax to Frederick Hollon, M.D. from Jack Wawrzonek | FRE 402 |
| 152 | AZ0096737-38 | 12/1/97 | Fax to Jeffrey Frankel, M.D. from Jack Wawrzonek re: Zeneca Annual Zoladex Contract | FRE 402 |
| 153 | AZ0094769 | 9/5/97 | Email from Cathy Chakos to Kenneth Smith & John Wawrzonek re: Fay Alliance | FRE 402 |
| 154 | AZ0437244-47 | 3/30/99 | Email from John Wawrzonek to Todd Orsi re: Annual Contract | FRE 402 |
| 155 | AZ0373195 | | AstraZeneca Code of Conduct (CD) | No Objection |
| 156 | | | Video Deposition of Dr. Robert A. Berkman | FRE 402 FRE 403 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 157 | | 02/14/06 | Video Deposition of David Brennan | No Objection |
| 158 | | 4/4/06 | Amended Version of AstraZeneca Pharmaceuticals LP's and Zeneca, Inc.'s Responses to Plaintiff's Interrogatories and Requests for Admission in Montana | FRE 402 |
| 159 | AZ0463307 | 04/09/99 | Email from John Freeberry to David Brennan re: Current Pricing Issues | No Objection |
| 160 | AZ0048992-9023 | 01/15/91 | 1991 Zoladex Promotional Plan | No Objection |
| 161 | AZ0037020-21 | | Draft Advertisement for Zoladex | No Objection |
| 162 | AZ0008092-119 | 00/00/92 | Zoladex Medical/Marketing Operating Plan 1992 | No Objection |
| 163 | AZ0048961-8091 | 00/00/94 | Zoladex Prostate Cancer 1994 Operational Plan | No Objection |
| 164 | AZ0009978-91 | 00/00/95 | Zoladex Prostate Cancer 1995 Operational Plan | No Objection |
| 165 | AZ0004273-84 | 00/00/97 | Advanced Prostate Cancer 1997 Operational Plan for Zoladex 3.6MG and 10.8MG and Casodex | No Objection |
| 166 | AZ0033814-40 | 10/1/97 | 1998 Operational Plan for Casocex [sic] & Zoladex | No Objection |
| 167 | AZ0001598-603 | 1998 | Prostate Cancer 1998 Operational Plan for Casodex & Zoladex with Handwritten Notes | No Objection |
| 168 | AZ0427138-783 | 1999 | 1999 Operational Plan for The Prostate Cancer Portfolio – Casodex & Zoladex | No Objection |
| 169 | AZ0432467-80 | 4/29/02 | Email from Connie McDonough to Kathryn Jones re: Zoladex 2003 Product Strategic Plan | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 170 | AZ0008130-50 | 1992-94 | Zoladex Medical/Marketing Operational Plan | No Objection |
| 171 | AZ0008087-91 | 1994 | Zoladex Medical Marketing Operational Plan | No Objection |
| 172 | AZ0008069-86 | 1995 | Pharma Deliverables Report – Zoladex Medical Marketing Operational Plan | No Objection |
| 173 | AZ0024003-10 | 8/16/95 | Zoladex 3.6mg and 10.8mg Prostate Cancer 1996 Operational Plan – Draft #1 | No Objection |
| 174 | AZ0385646 | 6/25/00 | Call Notes from Dana Nevil, AZ Sales Representative | FRE 402 |
| 175 | PXL00955-67 | 1/13/99 | Letter from Fred Roberts to Marci Calli attaching an 1998-99 executed contract between Parexel & AstraZeneca | No Objection |
| 176 | AZ0096323 | | "An Evening With Ray Painter, M.D." | FRE 402 |
| 177 | AZ0237533-36 | 12/06/91 | Letter to Maureen McShane from Robert J. Shaughnessy re:  ICI Americas Inc. Response to TAP Pharmaceuticals /Abbott Laboratories Letter of October 21, 1991 | FRE 402 |
| 178 | ABT 48560-76 | 09/26/95 | Letter to Glenn Engelmann from Mark J. Haberberger re:  Illegal and/or Fraudulent Zeneca Marketing Activities | FRE 402 FRE 403 FRE 802 FRE 901 |
| 179 | AZ0427138-183 | 00/00/99 | 1999 Operational Plan for The Prostate Cancer Portfolio Casodex & Zoladex | No Objection |
| 180 | AZ0413739-742 | 11/28/00 | Email from Dean McAlister to Soheil Chavoshi & John Krukiel re: Provider Response: Tap Care & Cigna AZ | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 181 | AZ0431325-326 | 09/24/99 | Email from Maureen Gillick to Julie Doll re: Reimbursements for Zoladex vs. Lupron | No Objection |
| 182 | | 05/3/03 | *OIG Compliance Program Guidance for Pharmaceutical Manufacturers*, 68 Fed. Reg. 23731 (May 3, 2003) | FRE 402 FRE 403 |
| 183 | BMS/AWP/000192875-76 | 1/30/01 | Email from Janine Suscewicz re: Message from Ed Penick attaching a 1/26/01 Executive Memorandum from E. Penick to U.S. Sales & Marketing Personnel re: Media Coverage – Pharmaceutical Pricing Practices | FRE 402 FRE 403 FRE 802 FRE 901 |
| 184 | AZ0391087 | | Call Notes | No Objection |
| 185 | AZ0388709-11 | | Call Notes | No Objection |
| 186 | AZ0689806-21 | 8/21/97 | Fax from Dayne Bauman to Mary Ann Romano | No Objection |
| 187 | AZ0037018-19 | 03/22/95 | Memo to Specialty Care Representatives from Oncology Specialty Marketing Team re: New Case Quantity Discount | No Objection |
| 188 | | 06/20/03 | Press Release from the Department of Justice: "AstraZeneca Pharmaceuticals LP Pleads Guilty to Healthcare Crime; Company Agrees to Pay $355 Million to Settle Charges | FRE 402 FRE 403 FRE 408 |
| 189 | TOWN 0058 | 10/11/00 | Medicare Summary Notice | FRE 106 FRE 802 FRE 901 |
| 190 | TOWN 0060 | 04/04/01 | Medicare Summary Notice | FRE 106 FRE 802 FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 191 | TOWN 0223 | 12/28/00 | Medicare Summary Notice | FRE 106<br>FRE 802<br>FRE 901 |
| 192 | TOWN 0317 | 02/06/02 | Medicare Summary Notice | FRE 106<br>FRE 802<br>FRE 901 |
| 193 | | | Billing Records of Mr. Townsend's urologist, Dr. Grieco | FRE 802<br>FRE 901<br>FRE 1006 |
| 194 | | 3/14/02 | Testimony of Thomas A. Scully, Administrator of Centers for Medicare & Medicaid Services, on Reimbursement & Access to Prescription Drugs under Medicare Part B, Senate Finance Committee, Subcommittee on Health | No Objection |
| 195 | | 12/6/01 | Sentencing Memorandum of the United States. *United States v. TAP Pharmaceutical Products, Inc.*, No. CR-01-10354-WGY (D. Mass. Dec. 6, 2001) | FRE 402<br>FRE 403 |
| 196 | | 12/6/01 | *United States v. TAP Pharmaceutical Products, Inc.,* No. CR-01-10354-WGY (D. Mass. Dec. 6, 2001) – Disposition | FRE 402<br>FRE 403 |
| 197 | TAP 5030224-458 | | Document titled "Big Mac Attack – Coach's Playbook" | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 198 | | 9/28/00 | Letter from the House of Representative Committee on Ways and Means, Subcommittee on Health, to President of the Pharmaceutical Research and Manufacturers of America | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 199 | | 10/31/00 | Letter from Congressman Stark to Commissioner of the Food and Drug Administration | No Objection |
| 200 | | 12/6/00 | Letter from Congressman Stark to Chief Counsel to the HHS Inspector General dated December 6, 2000; and Letter to Nancy-Ann Min DeParle from Thomas Bliley | No Objection |
| 201 | PXL06662-725 PXL04626-96 PXL04697-763 PXL04764-824 PXL04825-90 PXL04891-949 PXL04950-5003 PXL05004-65 PXL05117-69 PXL07273-334 PXL05232-328 | | Reimbursement Hotline Monthly Reports Prepared by Parexel for 1997 | No Objection |
| 202 | PXL02832-36 | 3/92 | Zoladex Hotline & Payer Advocacy Activity Prepare for ICI Pharma by State & Federal Associates Inc. | No Objection |
| 203 | PXL045495-509 | 3/16/93 | Letter to J.R. Hildreth from Beatrice Jordan enclosing the report on calls received from by the Zoladex Hotline for February 1993 | No Objection |
| 204 | PXL01220-21 | 7/19/93 | Letter to Karen Simon, R.N. from Beatrice Jordan | No Objection |
| 205 | PXL05684-718 | 4/25/94 | Letter to Keith Patterson from Carol Ware enclosing the report received by the Zoladex Hotline for March 1994 | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 206 | PXL05821-46 | 8/19/94 | Letter to Keith Patterson from Carol Ware enclosing the report on calls received by the Zoladex Hotline for July 1994 | No Objection |
| 207 | PXL05997-6007 | 6/00/95 | Overview Activity June 1, 1995 – June 20, 1995 | No Objection |
| 208 | PXL00064-66; PXL01118-20; PXL01366; PXL01371; PXL01369-70; PXL01367-68; PXL01258-66 | 6/17/96 | Various Documents Regarding Grant Steffen | No Objection |
| 209 | AZ0033347-51 | 9/12/96 | Memo from Marybeth Farrell re: Legislative Policy Committee Meeting August 20, 1996 | No Objection |
| 210 | AZ0427483-87 | 2/13/97 | Fax to Medicare Reimbursement Team from Stephen McMillan attaching memo to Barry Caldwell from Gary Persinger | No Objection |
| 211 | AZ0019359-62 | 4/24/97 | Memo from Keith Patterson to MaryBeth Farrell re: Impact of Medicare Reimbursement Changes | No Objection |
| 212 | AZ0417794-832 | 5/13/97 | Internal Memo from MaryBeth Farrell to Legislative Policy Committee Medicare Reimbursement Committee re: Medicare Reimbursement Team Report: Business Impacts of Policy Changes | No Objection |
| 213 | AZ0416417-19 | 3/18/98 | Internal Memo from J. Schlicht & S. McMillan to S. Harrison re: Presentation to the Marketing Strategy and Contract Operations Group | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 214 | AZ0416877-99 | 1/5/99 | Memo to the Members of the Federal Health Care Legislation KIT Staff Work Group re: Materials for Tomorrow's Federal Health Care Legislation KIT Meeting | No Objection |
| 215 | AZ0424501 | | Zoladex (goserelin acetate implant) Reimbursement History | FRE 402 |
| 216 | AZ0416601-03 | 06/12/00 | Report to the Executive Committee on Other Federal Legislative & Regulatory Developments | No Objection |
| 217 | AZ0414607-41 | 8/00 | Pharma Pricing & Reimbursement – August 2000 Vol. 5, Number 8 | FRE 402 FRE 802 |
| 218 | AZ0488721-32 | 9/21/01 | Congressional Hearing Report re: "Medicare Drug Reimbursements: A Broken System for Patients and Taxpayers" | No Objection |
| 219 | AZ0683398-400 | 1/15/01 | Email chain forwarding letter from Tauzin, Bilirakis & Greenwood to Scully | No Objection |
| 220 | AZ0683856-66 | 10/3/02 | 67 Fed. Reg. 62057 (Oct. 3, 2002) with draft OIG guidelines | FRE 402 FRE 403 |
| 221 | PXL01825 | 3/15/94 | Memo from Director of Office of Payment Policy to All Associate Regional Administrators for Medicare re: Determination of Acquisition Cost of Drugs | No Objection |
| 222 | AZ0416401-02 | 10/9/00 | Letter from Alan F. Holmer to Congressman Pete Stark | No Objection |
| 223 | AZ0488687-720 | | GAO Draft Report: Medicare Payments for Covered Outpatient Drugs Exceed Providers' Cost | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 224 | AZ0488680-86 | 9/21/01 | Testimony of Thomas A. Scully Administrator Centers for Medicare & Medicaid Services on Medicare Payment for Drugs House Energy & Commerce Subcommittees on Oversight & Investigations and Health | No Objection |
| 225 | AZ0488615-27 | | Testimony before Subcommittees on Health & Oversight & Investigations Committee on Energy and Commerce – Hearing on Medicare Drug Reimbursement:  A Broken System for Patients and Taxpayers | No Objection |
| 226 | AZ0488656-63 | 9/21/01 | Testimony of George F. Grob Deputy Inspector General for Evaluation and Inspections HHS Office of Inspector General | No Objection |
| 227 | PXL01215-16 | 6/23/94 | Memo to Keith Patterson from Sandy Robinson re: Medicare Carrier Survey of Drug Acquisition Prices | No Objection |
| 228 | AZ0416840 | 2/6/98 | Memo from Steve Cole Announcing a Meeting of the Medicare Committee on February 11, 1998 | No Objection |
| 229 | www.astrazeneca-us.com/content/aboutAZ/astrazeneca-our-company.asp | 3/12/07 | AstraZeneca Website "Our Company – Healthcare for People. Imagine That." | FRE 106 |
| 230 | | 7/26/04 | AstraZeneca's Objections and Responses to Plaintiffs' Interrogatories to the Fast Track Defendants | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 231 | | | Page from CMS Website "Pharmaceutical Pricing Issues – AMP/AWP" | FRE 106 |
| 232 | FDB-AWP-16989-96 | 7/2/01 | Fax to First DataBank from Sandra Bell re: Revised Prices | FRE 402 |
| 233 | WKH77797-801 | 2/13/97 | Price Change Notifications | FRE 402 FRE 403 FRE 802 FRE 901 |
| 234 | WKH02434-38 | 1/6/98 | Urgent – Price Change Information | FRE 402 FRE 403 FRE 802 FRE 901 |
| 235 | WKH02446-47 | 1/7/00 | Price Change | FRE 402 FRE 403 FRE 802 FRE 901 |
| 236 | | 12/3/06 | Reimbursement Issues with Hormonal Therapies for Prostate Cancer with M. Ray Painter from the Urology Journal Website | No Objection |
| 237 | AZ0052706-07 | 5/23/94 | Memo to Keith Patterson, Cyndee Davies and Dave Shoup from Sandy Robinson re:  HCFA Request for Acquisition Cost Information | No Objection |
| 238 | PXL01210-14 | 7/21/94 | Memo to Keith Patterson from Karen Wilson re: Memos from ASCO Concerning Medicare Survey of Drug Acquisition Costs | No Objection |
| 239 | TAP GB 08146 | 6/8/94 | Memo to Alan MacKenzie from Dolly Hanrahan re: Medicare Proposal | FRE 402 FRE 403 FRE 802 FRE 901 |
| 240 | TAP 5080964-68 | 4/1/97 | Administration Days – Lemon - Fax to TAP, Chad Flesher | FRE 402 FRE 403 FRE 802 FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 241 | TAP 5085632-51 | | Zoladex Marketing Materials | FRE 402 <br> FRE 403 <br> FRE 802 <br> FRE 901 |
| 242 | TAP00051966-74 | 8/29/97 | LHRH Proposal for Center for Urology by Zeneca Pharmaceuticals | FRE 402 <br> FRE 403 <br> FRE 802 <br> FRE 901 |
| 243 | TAP 5085500-05 | 9/2/97 | Fax to Jeff from Arlene attaching Zoldadex Marketing Materials | FRE 402 <br> FRE 403 <br> FRE 802 <br> FRE 901 |
| 244 | AZ0069688-701 | 5/1/96 | Zeneca Pharmaceuticals Agreement with Urology Network of Central Ohio | FRE 402 |
| 245 | AZ0022281-94 | | Medicare Market Segment Strategic Plan – 1997 – 2001 prepare by Rick Mann | No Objection |
| 246 | AZ0092152-67 | 7/23/93 | Prostate Cancer Situation Analysis Review prepared by Mark Reisenauer | No Objection |
| 247 | | | Howe Lupron-Zoladex History Chart with back up documents | FRE 402 <br> FRE 802 <br> FRE 901 <br> Late Disclosure |
| 248 | TAP 9030665-66 | 1/24/99 | Email from Betsy Coldwell to Carla Smith, Antonina McNulty, Ed Lwe, David Obrochta and Stephanie Phelps re: RTP with attached spreadsheet | FRE 402 <br> FRE 403 <br> FRE 802 <br> FRE 901 |
| 249 | TAP 9070216-17 | 4/28/99 | Email from Antonina McNulty to Betsy Coldwell, Dan Aboud, Carie Van Tuy, William Foxx and Carla Smith re: Lupron/Zoladex Pricing Schedule with Attacment | FRE 402 <br> FRE 403 <br> FRE 802 <br> FRE 901 |
| 250 | TAP 9078091-104 | 7/16/98 | Email from Kristen Sgroi to Karen Terradista re: UAOFRO.PPT with attachment | FRE 402 <br> FRE 403 <br> FRE 802 <br> FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 251 | TAP 9078177-79 | 1/21/99 | Email from Betsy Coldwell to Antonina McNulty re:  RTP with attachment | FRE 402 FRE 403 FRE 802 FRE 901 |
| 252 | TAP 9078184-87 | 2/3/99 | Email from Betsy Coldwell to Antonina McHuntly, David Obrochta, Stephanie Phelps, and Carla Smith re:  CYA with attachment | FRE 402 FRE 403 FRE 802 FRE 901 |
| 253 | TAP RJ 13960-67 | 9/1/99 | Email from Rita Jokiaho re: 4 Month Power Point Presentation. Another Selling idea to increase our 4 month conversion with attachment | FRE 402 FRE 403 FRE 802 FRE 901 |
| 254 | | 7/21/05 | Video Deposition of Christopher Iacono | No Objection |
| 255 | | 6/28/05 & 6/29/05 | Video Deposition of Keith Patterson (Disks 1-3 (6/28/25) & Disks 1-2 (6/29/05)) | No Objection |
| 256 | | 12/8/05 | Video Deposition of Mark Reisenauer | No Objection |
| 257 | | 12/14/05 | Video Deposition of Thomas Chen | No Objection |
| 258 | | 6/30/05 | Video Deposition of Robert Black | No Objection |
| 259 | TOWN 0037-38; TOWN 0040-41; TOWN 0046-66; TOWN 0348; TOWN 0511-12; TOWN 0515-20; TOWN 0523-38; TOWN 0575-94; TOWN 0604-93 | | Townsend Chart of Lupron/Zoladex History with back up | FRE 106 FRE 402 FRE 802 Late Disclosure |
| 260 | ESTES 0001-05 | | Statements from Maryland Oncology Hematology PA | FRE 402 FRE 802 FRE 901 Late Disclosure |
| 261 | ESTES 0006-8 | 3/6/06 | Billing Records from Maryland Oncology Hematology | FRE 402 FRE 802 FRE 901 Late Disclosure |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 262 | ESTES 0009-14 | 2/1/07 | Billing Records from Maryland Oncology PA and a letter to James Estes from Jacquelyn Kelly dated May 5, 2006 | FRE 402 FRE 802 FRE 901 Late Disclosure |
| 263 | ESTES 0015-29 | | Various Medical Records for James Estes | FRE 402 FRE 802 FRE 901 Late Disclosure |
| 264 | ESTES 0030 | 3/6/06 | Letter from Margaret Klein to James Estes re Payment to Maryland Oncology Hematology PA | FRE 402 FRE 802 FRE 901 Late Disclosure |
| 265 | | 3/16/06 | Attachment A to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | No Objection |
| 266 | | 3/16/06 | Attachment B: Documents Cited to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | Late Disclosure |
| 267 | | 3/16/06 | Attachment C: Medicare's Resource Based Relative Value Scale to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 702 Late Disclosure |
| 268 | | 3/16/06 | Attachment D.1 Through D.3: Review of OIG and Other Industry Reports, D.4: Summary of OIG and Other Available Reports for Medicare Part B and Physician Administered Drugs to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 702 Late Disclosure |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 269 | | 3/16/06 | Attachment E.1.a: AstraZeneca Annual Average Sales Price to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 702 |
| 270 | | 3/16/06 | Attachment E.1.b: AstraZeneca Annual AWPs to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 702 |
| 271 | | 3/16/06 | Attachment E.1.c: AstraZeneca Annual Spreads to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 702 |
| 272 | | 3/16/06 | Attachment E.1.d: AstraZeneca Total National Net Sales to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 702 Late Disclosure |
| 273 | | 3/16/06 | Attachment E.2: AstraZeneca Electronic Data Calculation Notes to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 702 |
| 274 | | 3/16/06 | Attachment F.1.A: Zoladex Damages for Class 1 Beneficiaries to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 402 FRE 403 FRE 702 Late Disclosure |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 275 | | 3/16/06 | Attachment F.1.b: Zoladex Damages for Class 1 Beneficiaries by State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 402 FRE 403 FRE 702 Late Disclosure |
| 276 | | 3/16/06 | Attachment F.2.a: Savings on Class 1 Medicare Payments Assuming Reimbursements Based on 106% of ASP to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 402 FRE 403 FRE 702 Late Disclosure |
| 277 | | 3/16/06 | Attachment F.2.b: Savings on Class 1 Medicare Payments Assuming Reimbursements Based on 106% of ASP by State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 402 FRE 403 FRE 702 Late Disclosure |
| 278 | | 3/16/06 | Attachment G.1.a: Medicare Reimbursement for Zoladex and Administration Fee (With Transition Fee State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 402 FRE 403 FRE 702 Late Disclosure |
| 279 | | 3/16/06 | Attachment G.1.b: Medicare Reimbursement for Zoladex and Administration Fee (Without Transition Fee) State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 402 FRE 403 FRE 702 Late Disclosure |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 280 | | 3/16/06 | Attachment G.1.c: Changes in Medicare Reimbursement for a Typical Administration of Zoladex Including Transition Fee State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 402 FRE 403 FRE 702 Late Disclosure |
| 281 | | 3/16/06 | Attachment G.1.d: Changes in Medicare Reimbursement for a Typical Administration of Zoladex Without Transition Fees State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 402 FRE 403 FRE 702 Late Disclosure |
| 282 | | 3/16/06 | Attachment G.2: Comparison of Direct Testimony ASPs with CMS ASPs State to the Report of Raymond S. Hartman Regarding AstraZeneca With Respect to Class I | FRE 402 FRE 403 FRE 702 Late Disclosure |
| 283 | | 3/16/06 | Attachment A to the Report of Dr. Meredith Rosenthal Regarding AstraZeneca and Class 1 | No Objection |
| 284 | | 3/16/06 | Attachment B to the Report of Dr. Meredith Rosenthal Regarding AstraZeneca and Class 1 | Late Disclosure |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 285 | | 3/16/06 | Exhibit 2: Distribution of Supplementary Health Insurance for the Medicare Population, 1996 Fee-For-Service Enrollees to the Amended Written Tutorial of Dr. Meredith Rosenthal to Reflect Matters Relevant to AstraZeneca and Class 1 Only | Late Disclosure |
| 286 | 05-22-1179-81; 05-23-1767; 05-23-1769 | | Call Notes | No Objection |
| 287 | SHEPLEY 0017-27 | | Documents Identifying Zoladex Injections for Shepley | FRE 402 FRE 802 FRE 901 |
| 288 | MDL-OBI00042743 | 11/20/01 | Memo to Nephrology Field Sales re: Competitive Pricing | FRE 402 FRE 403 FRE 802 FRE 901 |
| 289 | MDL-CEN00104171-76 | 6/7/02 | RBS Scenario Role Play Talk Track:  Final June 7, 2002 | FRE 402 FRE 403 FRE 802 FRE 901 |
| 290 | TAP 5067796-99 | 1/26/90 | RTP comparison of Lupron vs. Zoladex, showing that Lupron yields $15.00 additional revenue over Zoladex per patient per month | FRE 402 FRE 403 FRE 802 FRE 901 |
| 291 | TAP 2018443-44 | 3/11/91 | TAP Free Goods Program | FRE 402 FRE 403 FRE 802 FRE 901 |
| 292 | TAP GB 11677-78 | 7/29/91 | Final Medicare and Medicaid "safe harbor" anti-kickback regulations become effective. | FRE 402 FRE 403 FRE 802 FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 293 | TAP GB 11677-78 | 8/13/91 | Medicare and Medicaid "safe harbor" anti-kickback regulations become effective. | FRE 402 FRE 403 FRE 802 FRE 901 |
| 294 | TAP 5035891-94 | 12/02/91 | Memo from Hank Pietraszek (President, TAP) | FRE 402 FRE 403 FRE 802 FRE 901 |
| 295 | TAP 00095522-23 | 12/06/91 | MacKenzie memo to TAP field personnel | FRE 402 FRE 403 FRE 802 FRE 901 |
| 296 | TAP 00096700-14 | 9/00/92 | MacKenzie Memo | FRE 402 FRE 403 FRE 802 FRE 901 |
| 297 | TAP 1004729-43 | 11/30/92 | Memo from Carl Kunkleman to Don Patton and Karen Howard | FRE 402 FRE 403 FRE 802 FRE 901 |
| 298 | TAP 1057279-344 | 12/00/92 | TAP "Think Urology Facts Book" | FRE 402 FRE 403 FRE 802 FRE 901 |
| 299 | TAP 0096717-43 | 00/00/92 | Reimbursement Overview Notes | FRE 402 FRE 403 FRE 802 FRE 901 |
| 300 | TAP 1051032-38 | 3/1/93 | TAP Contingency Plan | FRE 402 FRE 403 FRE 802 FRE 901 |
| 301 | TAP 5128872-74 | 6/2/93 | Letter to Provider | FRE 402 FRE 403 FRE 802 FRE 901 |
| 302 | TAP 2018132-55 | 4/00/93 | Nationwide implementation of computerized business reviews by TAP | FRE 402 FRE 403 FRE 802 FRE 901 |
| 303 | TAP 00096172-75 | 8/30/93 | Analysis of TAP's Quantity Discount Program | FRE 402 FRE 403 FRE 802 FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 304 | TAP GB 08166-73; TAP 00133338-45 | 4/26/94 | Zeneca Pharmaceuticals announces the Zoladex Access Program (ZAP) for patients with endometriosis. | FRE 402 FRE 403 FRE 802 FRE 901 |
| 305 | TAP GB 08429-34 | 5/4/94 | Fax from Abbott to Alan MacKenzie | FRE 402 FRE 403 FRE 802 FRE 901 |
| 306 | TAP00096098-103 | 5/5/94 | Fax from Dolly Hanrahan to Alan MacKenzie | FRE 402 FRE 403 FRE 802 FRE 901 |
| 307 | TAP 2016893-902 | 5/31/94 | TAP proposal for a Medicare Compassionate Care Program | FRE 402 FRE 403 FRE 802 FRE 901 |
| 308 | TAP 2047341-45 | 6/1/94 | Francesca Racette reports on 'Current Managed Care Situations in SoCal' | FRE 402 FRE 403 FRE 802 FRE 901 |
| 309 | TAP GB 08146-50 | 6/8/94 | Abbott interoffice correspondence to Alan MacKenzie | FRE 402 FRE 403 FRE 802 FRE 901 |
| 310 | TAP 00095161-70 | 6/8/94 | Letter from MacKenzie to Arthur Goetz (Lupron patient) | FRE 402 FRE 403 FRE 802 FRE 901 |
| 311 | TAP 5055606-10 | 7/10/95 | Memo from Jim Salanty to Field Sales Force | FRE 402 FRE 403 FRE 802 FRE 901 |
| 312 | TAP 5077322-23 | 7/25/94 | Daly memo to Lupron Field Sales Force | FRE 402 FRE 403 FRE 802 FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 313 | TAP GB 08079 | 7/25/94 | Memo from Gina Borkowski to Alan MacKenzie | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 314 | TAP 00096052-53 | 8/19/94 | Memo | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 315 | TAP 1013762-76 | 11/30/94 | Bill McKenna memo to Lolli Sherry | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 316 | TAP 5056816-23 | 1/10/95 | Memo re: Redbook Update | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 317 | TAP GB 08362-63 | 3/17/95 | Memo from Jeff Stewart to Jim Salanty | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 318 | TAP GB 08517-27 | 6/6/95 | Regional Manager Meeting on TAPCARE Program | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 319 | TAP 3009488-99 | 7/01/95 | TAP Lupron Depot 7.5 Contract | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 320 | TAP 5084510-670 | 7/25/95 | Copy of Selling Against Zoladex Presentation | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 321 | TAP 2070221-36 | 9/26/95 | Copy of Letter From Haberberger to Engelmann | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 322 | TAP 5106724-27 | 9/00/95 | 'Think Urology' newsletter (Vol. 2, September 1995) | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 323 | TAP 2070220 | 10/9/95 | Letter from William C. Lucas (General Counsel, Zeneca) to Mark J. Haberberger (Senior Attorney, Abbott Laboratories) | FRE 402 FRE 403 |
| 324 | ABT 48680-85 | 10/13/95 | Letter from William C. Lucas (Counsel, Zeneca) to Mark J. Haberberger (Senior Attorney, Abbott) | FRE 402 FRE 403 |
| 325 | TAP 5034425-26 | 10/17/95 | TAP (Jim Salanty) memo to senior management | FRE 402 FRE 403 FRE 802 FRE 901 |
| 326 | ABT 48677-79 | 10/27/95 | Haberberger Letter to Lucas | FRE 402 FRE 403 FRE 802 FRE 901 |
| 327 | TAP GB 09866-78 | 11/21/95 | Memo from Carrie Nutt to Field Sales Force | FRE 402 FRE 403 FRE 802 FRE 901 |
| 328 | ABT 48551-54; ABT 48550; ABT 48547-48; ABT 48549 | 12/18/95 | Letter from Mark J. Haberberger to William C. Lucas | FRE 402 FRE 403 FRE 802 FRE 901 |
| 329 | TAP 2007768-91 | 00/00/95 | TAP Business Unit 1995-1999 Long Range Plan (LRP) | FRE 402 FRE 403 FRE 802 FRE 901 |
| 330 | TAP 9073175-79 | 1/16/96 | Memo from Karen Howard re 'Reimbursement Experience Program' | FRE 402 FRE 403 FRE 802 FRE 901 |
| 331 | TAP 0004346-48 | 1/19/96 | TAP Holdings, Inc., 1996-2000 Revised Long Range Plan (LRP) Business Overview/Summary | FRE 402 FRE 403 FRE 802 FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 332 | TAP 5050275-81 | 1/26/96 | Zeneca Price Increase | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 333 | TAP 9073158-67 | 2/1/96 | Memo from Karen Howard to Don Patton et al. | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 334 | TAP 5032859-55 | 4/1/96 | New Hire Training Manual | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 335 | TAP 5035816-18 | 7/9/96 | Zoladex Sales Representative Memo | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 336 | TAP 00065944 | 9/23/96 | E-mail from Ed Rozanski to T.J. Sheehan and Nancee Stiver | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 337 | TAP-BLI 0019598-600 | 1/1/97 | Zeneca Price Increase | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 338 | TAP 00065904 | 1/3/97 | Call Notes of New Jersey Uro Net | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 339 | TAP2007403-23 | 1/17/97 | TAP Holdings long range plan (LRP) 1997-2000 | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 340 | TAP-BLI 0079996-80010 | 1/28/97 | TAP (R. Masterson) Reimbursement Contingency Plan | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 341 | TAP 9065351-52 | 2/20/97 | TAP (Tanya Gross) Report | FRE 402 FRE 403 FRE 802 FRE 901 |
| 342 | TAP 1055735-36 | 2/27/97 | Marketing Research | FRE 402 FRE 403 FRE 802 FRE 901 |
| 343 | TAP 5102031-33 | 3/00/97 | March 1997 Lupron District Managers Report from Lou Savant to Joe Luminiello | FRE 402 FRE 403 FRE 802 FRE 901 |
| 344 | TAP 5017394-406 | 3/14/97 | TAP (Robin Powers) memo to TAP management | FRE 402 FRE 403 FRE 802 FRE 901 |
| 345 | TAP2011610 | 4/00/97 | TAP Memo | FRE 402 FRE 403 FRE 802 FRE 901 |
| 346 | TAP 00049409-10 | 5/13/97 | Affiliated Urology Memo | FRE 402 FRE 403 FRE 802 FRE 901 |
| 347 | TAP 5080955-56 | 5/16/97 | TAP Sales Representative Report | FRE 402 FRE 403 FRE 802 FRE 901 |
| 348 | TAP 5060766-75 | 7/31/97 | Zoladex Pricing Sheet | FRE 402 FRE 403 FRE 802 FRE 901 |
| 349 | TAP 2047004-06 | 8/7/97 | TAP Holdings, Inc. LCA Update | FRE 402 FRE 403 FRE 802 FRE 901 |
| 350 | TAP 1056616-18 | 8/15/97 | TAP Holdings, Inc. Memo | FRE 402 FRE 403 FRE 802 FRE 901 |
| 351 | TAP 5041020-27 | 11/4/97 | TAP Meeting | FRE 402 FRE 403 FRE 802 FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|
| 352 | TAP 2033272-442 | 11/4/97 | TAP Holdings, Inc. 1998 Plan | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 353 | TAP 5059776-84 | 12/23/97 | Zoladex Pricing Sheet | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 354 | TAP 9015068-86 | 1/12/98 | Zeneca Program | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 355 | TAP 9037636-37 | 1/22/98 | Michele Versluis and Jim Salanty memo | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 356 | TAP 9086897-901 | 1/25/98 | TAP sales representative (Jeffrey Rowell) memo | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 357 | TAP 9086970-73 | 1/31/98 | DM Bill McAlpine Memo | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 358 | TAP-BLI 008743-57 | 2/10/98 | Zeneca Contract Document | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 359 | TAP 9078085-87 | 2/23/98 | DM Barbara Tolbert memo | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 360 | TAP 9082382-85 | 2/26/98 | DM Bill McAlpine report | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 361 | TAP 9055245-47 | 3/11/98 | TJ Sheehan and Jim Salanty memo | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 362 | TAP RJ 11692-95 | 4/00/98 | Rita Jokiaho's Monthly Activity Report for April 1998 | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 363 | TAP 9083316 | 6/29/98 | Michael Hughes (SGA) report | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 364 | TAP 9030722 | 7/15/98 | TAP Memo | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 365 | TAP RJ 25878-82 | 7/25/98 | TAP sales representative (Michael Ronning) memo | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 366 | TAP 9050596-603 | 9/04/98 | Report on Mayo Clinic | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 367 | TAP 1058677-79 | 00/00/98 | 1998 Marketing Plan | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 368 | TAP-BLI 0083129-31 | 00/00/99 | Memo from Don Patton to Tom Watkins (President, TAP) | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 369 | TAP RJ 11676-79 | 03/00/99 | Rita Jokiaho Monthly Activity Report for March 1999 | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 370 | TAP-BLI 0050998-1001 | 4/12/99 | Memo re Florida | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 371 | TAP 9048257-61 | 7/01/99 | TAP Memo re California | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 372 | TAP-BLI 0006433-36 | 12/30/99 | Memo re Zoladex | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 373 | TAP-BLI 0082896-97 | 1/15/00 | TAP modification to its Annual Purchase Commitment Contracts (APCC) | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 374 | TAP 11000143-47 | 5/5/00 | Congressman Tom Bliley writes letter to Thomas Watkins (President, TAP Holdings, Inc.) | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 375 | TAP 11000226-28 | 6/22/00 | TAP responds to Congressman Bliley's letter | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 376 | | 9/28/01 | TAP Guilty Plea | FRE 402<br>FRE 403 |
| 377 | TAP 2018854-55 | 8/25/92 | Memo from Jeff Peterson to Field Sales Force | FRE 402<br>FRE 403<br>FRE 802<br>FRE 901 |
| 378 | | 10/6/05 | Letters to AstraZeneca from Hagens Berman Sobol Shapiro providing Notice pursuant to Cal. Civil Code § 1782; Georgia Code § 10-1-399; Indiana Code § 24-5-0.5-5(a); Maine Revised Statutes, Title 5, § 50-634(g); Mass. Gen. Laws Ch. 93A, § 9(3); Texas Bus. & Commercial Code § 17.505; West Virginia Code § 46A-6-106(b); and, Wyoming Statutes § 40-12-109 | No Objection |
| 379 | | 11/17/05 | Demand Letter to AstraZeneca from Hagens Berman Sobol Shapiro | No Objection |
| 380 | | 3/27/07 | Demand Letter to AstraZeneca from Hagens Berman Sobol Shapiro | No Objection |

| Ex. | Prod. No. | Date | Description | Objections |
|-----|-----------|------|-------------|------------|
| 381 | | 3/28/07 | March 28, 2007 Addendum to the Report of Raymond Hartman: Table 1: Zoladex Damages for Medicare Beneficiaries (Consumers) Paying Coinsurance Under Private Third-Party Supplemental Insurance | FRE 402 FRE 403 FRE 702 Late Disclosure |
| 382 | | 3/28/07 | March 28, 2007 Addendum to the Report of Raymond Hartman Table 2: Zoladex Damages for Medicare Beneficiaries (Consumers) Paying Coinsurance Under Private Third-Party Supplemental Insurance by State | FRE 402 FRE 403 FRE 702 Late Disclosure |

Respectfully submitted,

By:   /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Mass. 02210

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, N.Y. 10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: April 4, 2007

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered on April 4, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By:    /s/ Katherine B. Schmeckpeper
       Katherine B. Schmeckpeper (BBO# 663200)