# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL CLASS ACTIONS | Judge Patti B. Saris |

## DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S OJECTIONS AND COUNTER DESIGNATIONS TO PLAINTIFFS' RULE 26(a)(3) DISCLOSURES: DEPOSITION DESIGNATIONS OF SWORN TESTIMONY

Defendant AstraZeneca Pharmaceuticals LP hereby submits its objections and counter designations to Plaintiffs deposition designations.  In addition to the objections enumerated below, AstraZeneca objects to the introduction into evidence at trial of any documents or testimony that fall within the scope of the Motions in Limine filed by AstraZeneca on March 23, 2007. [1]

---

[1] On March 23, 2007, AstraZeneca filed the following motions in limine ("MIL"):

- Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Exclude Evidence Not Pertaining to Claims of Class Representatives Mr. Howe and Mr. Townsend (Docket #s 3928, 3929);

- Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Exclude Evidence Relating to Profits or Revenue of AstraZeneca Pharmaceuticals LP From the Liability Trial (Docket #s 3930, 3931);

- Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Exclude the 2003 Office of Inspector General Guidelines (Docket #s 3932, 3933);

- Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Exclude Testimony and Evidence Concerning Aggregate Damages (Docket #s 3934, 3935);

- Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Preclude Admission of Documents and Testimony of Other Pharmaceutical Companies (Docket #s 3936, 3937); and

- Defendant AstraZeneca Pharmaceuticals LP's Motion in Limine to Exclude Evidence Relating to Guilty Pleas, Civil Settlement and Sampling Activity (Docket #s 3938, 3939, 3940).

- 1 -

# I.   CONSUMER WITNESSES

## A.   Bob Howe

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 7:4-6 | None |
| Plaintiffs | 26:15-16 | Answer missing |
| Plaintiffs | 27:1-3 | Question missing |
| Plaintiffs | 27:6-7 | Answer missing |
| Plaintiffs | 27:12-16 | Question missing |
| Plaintiffs | 27:22-29:15 | None |
| Plaintiffs | 30:1-6 | None |
| Plaintiffs | 31:6-15 | 402 (31:12-15) |
| Plaintiffs | 32:3-14 | None |
| Plaintiffs | 33:1-3 | None |
| Plaintiffs | 34:10-19 | None |
| Plaintiffs | 37:13-39:17 | Answer missing (39:17) |
| Plaintiffs | 39:20-42:6 | None |
| Plaintiffs | 42:11-12 | Answer missing |
| Plaintiffs | 42:16-43:3 | Question missing |
| Plaintiffs | 43:20-22 | None |
| Plaintiffs | 44:1-21 | None |

---

AstraZeneca also intends to file a motion in limine relating to Plaintiffs' belated addition of Stuart Fullerton, Senior Litigation Counsel at AstraZeneca, to their witness list.

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 45:15-22 | None |
| Plaintiffs | 48:6-17 | None |
| Plaintiffs | 48:21-49:1 | None |
| Plaintiffs | 52:12-54:11 | None |
| Plaintiffs | 55:3-13 | None |
| Plaintiffs | 56:22-57:1 | Answer missing |
| Plaintiffs | 57:11-13 | Answer missing |
| Plaintiffs | 57:18-58:1 | Question missing (57:18) Answer missing (57:21-58:1) |
| Plaintiffs | 58:4-10 | None |
| Plaintiffs | 58:13-59:8 | None |
| Plaintiffs | 60:7-16 | None |
| Plaintiffs | 61:7-13 | None |
| Plaintiffs | 62:14-17 | None |
| Plaintiffs | 65:14-16 | None |
| Plaintiffs | 65:20-67:4 | Answer missing |
| Plaintiffs | 67:8-13 | Question missing **67:15-18; 67:21-68:14** |
| Plaintiffs | 80:15-16 | None |
| Plaintiffs | 80:20-22 | Answer missing |
| Plaintiffs | 81:3-4 | Question missing |
| Plaintiffs | 81:8-18 | None |
| Plaintiffs | 82:15-16 | Answer missing |
| Plaintiffs | 86:13-15 | Answer missing |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 86:17-21 | Question missing (86:17) |
| Plaintiffs | 87:6-21 | None |
| Plaintiffs | 89:19-90:12 | None |
| Plaintiffs | 90:20-91:3 | Answer missing (91:2-3) |
| Plaintiffs | 91:10-15 | Question missing (92:10-12) |
| Plaintiffs | 92:4-6 | None |
| Plaintiffs | 99:11-17 | Answer missing (99:16-17) |
| Plaintiffs | 99:22-100:10 | Question missing (99:22-100:5)<br><br>**100:12-15; 100:21-101:6; 101:7-8, 11; 172:2-3, 10; 172:12-13, 173:1** |
| Plaintiffs | 101:13-102:12 | **133:21-134:11; 134:12-14, 17** |
| Plaintiffs | 102:18 | Answer missing |
| Plaintiffs | 102:21-103:17 | Question missing (102:21-22) |
| Plaintiffs | 122:5-123:2 | Answer missing (122:22-123:1) |
| Plaintiffs | 123:9-22 | None |
| Plaintiffs | 124:6-20 | Question missing (124:6-7) |
| Plaintiffs | 125:1-5 | Question missing (125:1)<br>Answer missing (125:3-9) |
| Plaintiffs | 125:7-126:20 | Question missing (125:7-8) |
| Plaintiffs | 131:1-8 | **131:9-11, 14; 132:3-4, 7** |
| Plaintiffs | 136:22-137:3 | Answer missing (137:2-3) |
| Plaintiffs | 137:5 | Question missing |
| Plaintiffs | 137:7 | 402<br>Answer missing |
| Plaintiffs | 137:10-15 | 402<br>Question missing (137:10) |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 151:11-152:18 | None |
| Plaintiffs | 157:13-158:5 | None |
| Plaintiffs | 159:8-10 | None |
| Plaintiffs | 160:5-162:2 | None |
| Plaintiffs | 162:14-21 | None |
| Plaintiffs | 163:13-164:4 | None |
| Plaintiffs | 165:2-7 | None |
| Plaintiffs | 207:15-208:3 | Answer missing (208:1-3)<br><br>**172:2-3, 10; 172:12-13; 173:1** |
| Plaintiffs | 208:15-19 | Question missing (208:15)<br>Answer missing (208:17-19)<br><br>**172:2-3, 10; 172:12-13; 173:1** |
| Plaintiffs | 208:22-209:1 | Question missing |
| Plaintiffs | 210:3-211:16 | Answer missing (211:15-16) |
| Plaintiffs | 211:19-212:14 | Question missing (211:19-20) |

**B.     James Shepley**

<u>General Objection</u>

AstraZeneca objects to all testimony by James Shepley on the grounds of Fed. R. Evid. 402 and Fed. R. Civ. Pro. 23, as Mr. Shepley is not a class representative for Plaintiffs.

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 4:1-5:11 | 402, FRCP 23 |
| Plaintiffs | 5:20-6:9 | 402 (prior involvement in litigation irrelevant)<br>402 (absent class member), FRCP 23 |
| Plaintiffs | 8:21-9:18 | 402, FRCP 23 |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 11:12-12:10 | 402, FRCP 23 |
| Plaintiffs | 12:12-13:14 | 402, FRCP 23 |
| Plaintiffs | 13:21-14:20 | 402, FRCP 23 |
| Plaintiffs | 17:20-18:16 | 402, FRCP 23 |
| Plaintiffs | 18:22-20:2 | 402, FRCP 23 |
| Plaintiffs | 22:20-23:4 | 402, FRCP 23 |
| Plaintiffs | 26:7-28:4 | Missing question (26:7); 402 (27:14-17) (wanting break); 402 (absent class member); FRCP 23<br><br>**28:8-9, 13; 28:15-20; 29:8-17; 68:19-69:13; 69:15-70:3; 70:5-14; 77:19-78:4; 80:3-7** |
| Plaintiffs | 30:8-32:7 | 402, FRCP 23 |
| Plaintiffs | 33:5-20 | 402, FRCP 23 |
| Plaintiffs | 38:14-21 | 402, FRCP 23<br><br>**38:22-39:8** |
| Plaintiffs | 66:1-11 | 402, FRCP 23<br><br>**66:12-13, 15; 66:17-67:6** |
| Plaintiffs | 78:5-79:4 | 402 (Lupron over charges); missing answer (78:22-79:4); 402 (absent class member); FRCP 23<br><br>**79:10-16** |
| Plaintiffs | 82:21-83:18 | 402, FRCP 23<br><br>**84:19-85:2; 85:9-11, 13; 85:15-16, 18; 85:20-86:5; 86:6-7, 10-11; 86:16-87:2; 87:5-7** |

## II.    ASTRAZENECA EMPLOYEES OR OFFICERS OR RELATED WITNESSES

### A.    Robert A. Berkman, M.D.

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | June 15, 2005 Deposition:<br><br>12:8-10 | None |
| Plaintiffs | 13:11-13 | None |
| Plaintiffs | 19:22-20:3 | 402, 403 |
| Plaintiffs | 20:17-21 | 402, 403 |
| Plaintiffs | 25:16-26:6 | 402, 403<br><br>**152:11 (beginning with "could") -153:18** |
| Plaintiffs | 30:12-20 | None |
| Plaintiffs | 31:16 starting with "Specifically" - 32:4 | 402, 403<br><br>**152:11 (beginning with "could") -153:18** |
| Plaintiffs | 36:21-37:13 | 402, 403<br><br>**34:9-16** |
| Plaintiffs | 37:19-39:7 | 402, 403<br><br>**34:9-16; 152:11 (beginning with "could") -153:18** |
| Plaintiffs | 40:9-15 | 402, 403<br><br>**40:16-20; 152:11 (beginning with "could") -153:18** |
| Plaintiffs | 44:16-46:3 | 402, 403<br><br>**34:9-16** |
| Plaintiffs | 48:7-14 | None |
| Plaintiffs | 49:3-50:1 | **41:15-42:11; 129:5-7, 9-12; 148:17-150:18** |
| Plaintiffs | 51:13-20 | Leading question; compound question |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 52:11 starting with "I" - 22 | Missing question<br><br>**160:20-162:12; 168:11-21; 169:14-21; 172:1-173:4; 173:15-174:1; 175:4-176:4** |
| Plaintiffs | 65:1-66:3 | Leading question<br><br>**160:20-162:12; 168:11-21; 169:14-21; 172:1-173:4; 173:15-174:1; 175:4-176:4** |
| Plaintiffs | 86:11-21 | None |
| Plaintiffs | 90:1-15 | **103:8-104:4** |
| Plaintiffs | 91:18-92:6 | None |
| Plaintiffs | 92:22-93:14 | **93:15-19; 103:8-104:4** |
| Plaintiffs | 93:20-94:4 | **103:8-104:4** |
| Plaintiffs | 97:1-98:11 | 402, 403<br><br>**103:8-104:4; 129:5-7, 9-12; 146:14-147:14** |
| Plaintiffs | 102:2-16 | 402, 403<br><br>**152:11 (Beginning with "could") -153:18** |
| Plaintiffs | 104:20-105:21 | **105:22 - 106:12** |
| Plaintiffs | 106:13-18 | None |
| Plaintiffs | 173:5-14 | **172:1-173:4; 173:15-174:1; 175:4-176:4** |
| Plaintiffs | 174:2-6 | **172:1-173:4; 173:15-174:1; 175:4-176:4** |

**B.     Robert C. Black**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | August 30, 2005 Deposition:<br><br>7:7-10 | None |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 10:10 starting with "And in" - 22 | None |
| Plaintiffs | 25:20-27:11 | None |
| Plaintiffs | 29:12-21 | **29:22-30:2, 4-7** |
| Plaintiffs | 41:1-9 | **41:10-12** |
| Plaintiffs | 42:7-43:2 | None |
| Plaintiffs | 46:11-47:5 | None |
| Plaintiffs | 47:19-48:15 | None |
| Plaintiffs | 50:2 ending with "Black 003" | **50:2-7** |
| Plaintiffs | 50:15-51:2 | **51:3-8** |
| Plaintiffs | 70:1-8 | **71:14-72:4** |
| Plaintiffs | 70:17-71:11 | **71:14-72:4; 73:5-8, 10-19** |
| Plaintiffs | 83:8-19 | None |
| Plaintiffs | 85:14-86:8 | Leading question, vague question<br><br>**73:5-8, 10-19; 86:14-87:1** |

## C.     Christopher Waldo Bowman

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | October 13, 2005 Deposition:<br><br>4:7-16 | None |
| Plaintiffs | 28:15-19 | **23:14-24:5; 27:10-28:10** |
| Plaintiffs | 37:14-22 | **38:9-39:7; 40:3-8, 10-15; 131:6-14** |
| Plaintiffs | 38:4-8 | None |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 43:12 | **11:12-12:9** |
| Plaintiffs | 44:13-22 | None |
| Plaintiffs | 45:17-46:2 | **45:14-16** |
| Plaintiffs | 47:14-48:8 | None |
| Plaintiffs | 51:20-52:4 | **63:12-16** |
| Plaintiffs | 53:4-14 | None |
| Plaintiffs | 57:1-10 | None |
| Plaintiffs | 58:2-9 | None |
| Plaintiffs | 63:17-64:14 | None |
| Plaintiffs | 67:1-2 | None |
| Plaintiffs | 69:20-22 | None |
| Plaintiffs | 70:12-71:2 | **72:16-73:2** |
| Plaintiffs | 74:4-8 | None |
| Plaintiffs | 76:21 ending with "257." | **76:8-16; 79:3-6** |
| Plaintiffs | 77:11-21 | **79:3-6** |
| Plaintiffs | 83:4 | None |
| Plaintiffs | 83:18-84:6 | **84:20-85:19** |
| Plaintiffs | 98:22-99:7 | **98:13-21; 99:8-10** |
| Plaintiffs | 102:12-103:1 | 402 (TAP investigation) **98-13-21; 99:8-10** |

### D.     David R. Brennan

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | February 14, 2006 Deposition:<br><br>6:13-15 | None |
| Plaintiffs | 6:21-7:1 | **7:2-3** |
| Plaintiffs | 7:9-8:3 | None |
| Plaintiffs | 14:9-15:1 | None |
| Plaintiffs | 15:3 starting with "Return" -18 | None |
| Plaintiffs | 16:11-17:3 | Leading question<br><br>**15:19-16:10; 17:4-5** |
| Plaintiffs | 17:6-13 ending with "time." | Leading question<br><br>**17:4-5; 17:14-18:10** |
| Plaintiffs | 18:11 starting with "You" - 12 | Leading question, mischaracterizes witness's testimony<br><br>**18:13-15** |
| Plaintiffs | 18:17-19:7 | Leading question, mischaracterizes witness's testimony |
| Plaintiffs | 20:22 starting with "And the difference" - 21:12 | None |
| Plaintiffs | 25:7-16 | None |
| Plaintiffs | 26:2-11 | None |
| Plaintiffs | 27:18-28:15, 28:19-22 | Vague question<br><br>**28:16-18** |
| Plaintiffs | 29:1-17, 22 | Question missing (29:1-5), Partial Question (29:22), Answer missing (29:22) |
| Plaintiffs | 30:1, 4-9, 12-22 | Partial question (30:1); Lacks foundation<br><br>**30:2-3; 30:10-11** |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 31:1-7 | Question missing (31:1-3); Partial answer (31:1-3)<br><br>**33:5-12** |
| Plaintiffs | 33:13-18, 20-22 | Calls for legal conclusion, partial answer (33:20-22)<br><br>**33:19** |
| Plaintiffs | 34:1-4 ending with "that." | Question missing, partial answer |
| Plaintiffs | 37:5-14 | None |
| Plaintiffs | 38:8-16 | **38:17-19** |
| Plaintiffs | 39:8-40:4 | **40:16-20** |
| Plaintiffs | 44:4-7, 12-16 | Lacks foundation<br><br>**44:8-11; 44:18-45:12** |
| Plaintiffs | 49:21-22 | **52:13-15** |
| Plaintiffs | 50:15-51:17 | **52:13-15** |
| Plaintiffs | 55:9-56:4 | Lacks foundation; Answer missing (56:2-4)<br><br>**54:10-55:5; 56:5; 57:19-22** |
| Plaintiffs | 56:6-57:18 | Lacks foundation; Question missing (56:6-20)<br><br>**54:10-55:5; 56:5; 57:19-22** |
| Plaintiffs | 58:1-8, 12-21 | Lacks foundation |
| Plaintiffs | 62:16-63:4 | None |
| Plaintiffs | 63:7-8, 12-16 | None |
| Plaintiffs | 64:17-22 | None |
| Plaintiffs | 65:5-12, 18-21 | None |
| Plaintiffs | 67:17-20 ending with "doing that." | **48:20-49:5; 67:8-16; 67:20-68:18** |
| Plaintiffs | 68:12-18 ending with "issue." | 68:18-69:18 |
| Plaintiffs | 70:8-20 | 402, 403 |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 75:19-76:10 | 402, 403<br><br>**77:3-14** |
| Plaintiffs | 86:10 starting with "Was there" - 13, 16-21 | 402, 403, lacks foundation<br><br>**86:14-15** |
| Plaintiffs | 95:6-20 | 402, 403 |

## E.    Steve Buckanavage

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | June 8, 2005 Deposition:<br><br>6:12-13 | None |
| Plaintiffs | 6:18-7:1 | None |
| Plaintiffs | 103:10-13 ending with "7146" | None |
| Plaintiffs | 103:19-104:4 | None |
| Plaintiffs | 105:5-9 | None |
| Plaintiffs | 108:1-110:2 | Assumes fact not in evidence, leading question<br><br>**64:10-65:1; 76:5-21; 115:4-116:5; 123:9-124:8; 132:2-133:18; 192:15-193:7** |
| Plaintiffs | 110:10-14 | **110:15-111:12** |
| Plaintiffs | 139:9 starting with "As you know"-22 | Vague and ambiguous question; mischaracterizes witness's testimony, leading question<br><br>**140:1-7** |
| Plaintiffs | 141:12-143:1 | Mischaracterizes witness's testimony, leading question, lack of foundation, assumes fact not in evidence. |
| Plaintiffs | 145:21-147:10 | Assumes fact not in evidence, leading question. |
| Plaintiffs | 148:2-3, 11-17 | **147:11-16; 148:18-149:17** |

- 13 -

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 159:18-160:1 | None |

### F.   Thomas Chen

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | December 14, 2005 Deposition: 7:10-8:20 | 402 (7:15-8:20) |
| Plaintiffs | 64:12-65:1 | **39:10-16** |
| Plaintiffs | 65:19-68:1 | Mischaracterizes witness's testimony. |
| Plaintiffs | 68:14-69:12 | None |
| Plaintiffs | 69:22-70:6 | **74:9-75:4** |
| Plaintiffs | 70:13-71:15 | None |
| Plaintiffs | 77:16-78:9 | **81:10-82:2** |
| Plaintiffs | 79:5-15 | None |
| Plaintiffs | 80:1-20 | **81:10-82:2** |
| Plaintiffs | 83:3-84:7 | **84:8-14** |
| Plaintiffs | 117:2-8 | **117:9** |
| Plaintiffs | 117:15-17 | None |
| Plaintiffs | 118:3-10 | None |
| Plaintiffs | 118:20-119:4 | None |
| Plaintiffs | 119:13-19 | None |
| Plaintiffs | 119:22 starting with "I mean" -121:20 | **74:9-75:4** |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 125:2-126:10, 17-21 | Leading question, mischaracterizes witness's testimony<br><br>**74:9-75:4** |
| Plaintiffs | 149:19-20 | None |
| Plaintiffs | 150:1-13 | None |
| Plaintiffs | 151:7-14 | None |

## G.    Sean Coakley

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | October 25, 2005 Deposition:<br><br>10:6-21 | None |
| Plaintiffs | 23:14-17 | 402 |
| Plaintiffs | 24:8-25:14 | 402 |
| Plaintiffs | 26:19-27:4 | 402 |
| Plaintiffs | 59:9-16 | None |
| Plaintiffs | 60:6-10 | None |
| Plaintiffs | 63:10-19 | Lack of foundation (63:15-19) |
| Plaintiffs | 96:1-10 | None |
| Plaintiffs | 98:22-99:18 | **99:19-100:1** |
| Plaintiffs | 101:6-102:4 | None |
| Plaintiffs | 113:13-114:19 | None |
| Plaintiffs | 116:8 | None |
| Plaintiffs | 116:13-117:11 | None |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 124:7-14 | Vague and ambiguous question<br>**125:1-3** |
| Plaintiffs | 125:8 | **125:9-18** |
| Plaintiffs | 126:4-15 | None |
| Plaintiffs | 132:7-11 | **133:13-20** |

## H.    John R. Freeberry

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | May 20, 2004 Deposition:<br><br>6:10-7:3 | None |
| Plaintiffs | 99:22-100:18 | May 20, 2004 Deposition<br>**100:19-22** |
| Plaintiffs | 101:2-8, 13-17 | 402, 403 (101:13-17) |
| Plaintiffs | 109:2-22 | None |
| Plaintiffs | 167:12-168:20 | May 20, 2004 Deposition<br>**227:21-228:14** |
| Plaintiffs | 170:1-16 | None |
| Plaintiffs | 172:19-173:8 | None |
| Plaintiffs | 173:18-174:11 | May 20, 2004 Deposition<br>**175:5-176:6** |
| Plaintiffs | October 4, 2005 Deposition:<br><br>23:18-20 | None |
| Plaintiffs | 24:1-13 | May 20, 2004 Deposition<br>**178:14-179:14; 204:10-21;<br>206:1-16** |
| Plaintiffs | 25:4-5 | Missing answer |
| Plaintiffs | 25:22-27:6 | Missing question<br>May 20, 2004 Deposition<br>**178:14-179:14; 204:10-21;<br>206:1-16** |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 48:15-49:3 | None |
| Plaintiffs | 49:16-18 | Mischaracterizes witness' testimony<br><br>October 4, 2005 Deposition<br>**49:4-15; 49:19-51:1** |
| Plaintiffs | 90:11-22 | None |
| Plaintiffs | 114:14-20 | None |
| Plaintiffs | 115:18-116:3 | October 4, 2005 Deposition<br>**116:4-16** |

## I.      Stanley Hopkins

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | July 15, 2005 Deposition:<br><br>6:20-22 | None |
| Plaintiffs | 14:5-9 | None |
| Plaintiffs | 14:19-15:3 | None |
| Plaintiffs | 18:18-22 | None |
| Plaintiffs | 19:3-10 | None |
| Plaintiffs | 26:11-27:2 | 402, 403<br><br>**41:6-14; 71:2-16; 78:10-13** |
| Plaintiffs | 27:5-10 | 402, 403<br><br>**41:6-14; 71:2-16; 78:10-13** |
| Plaintiffs | 28:4-19 | 402, 403<br><br>**41:6-14; 71:2-16; 78:10-13** |
| Plaintiffs | 30:3-9 | 402, 403<br><br>**41:6-14; 71:2-16; 78:10-13** |
| Plaintiffs | 37:15-38:12 | Leading question; assumes fact not in evidence (37:19-38:3)<br><br>**37:8-14; 88:10-89:4** |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 39:20-41:5 | 402, 403<br><br>**41:6-14; 71:2-16; 78:10-13** |
| Plaintiffs | 43:19-44:13 | 402, 403 (43:19-44:1)<br><br>**41:6-14; 71:2-16; 78:10-13** |
| Plaintiffs | 46:7-18 | Vague Question; Compound Question<br><br>**72:8-73:4; 72:22-75:4; 75:15-76:4** |
| Plaintiffs | 46:22-47:6 | None |
| Plaintiffs | 50:6-9 | None |
| Plaintiffs | 52:13-53:12 | None |
| Plaintiffs | 53:19-22 | None |
| Plaintiffs | 56:13-21 | **72:8-73:4** |
| Plaintiffs | 57:15-20 | 402, 403<br><br>**41:6-24; 71:2-16; 78:10-13** |
| Plaintiffs | 59:12-60:4 | 402, 403<br><br>**71:2-16** |
| Plaintiffs | 60:21-61:4 | 402, 403<br><br>**71:2-16** |
| Plaintiffs | 65:4-10 | **72:8-16; 74:22-75:4; 75:15-76:4** |

**J.      Keith Patterson**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | June 28, 2005 Deposition:<br><br>7:13-17 | None |
| Plaintiffs | 7:22-8:1 | None |
| Plaintiffs | 57:1-6 | None |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 63:14-64:13 | **60:16-61:9** |
| Plaintiffs | 65:2-66:20 | Leading question (65:18-66:3) |
| Plaintiffs | 67:11-21 | Lack of foundation |
| Plaintiffs | 114:19-115:4 | None |
| Plaintiffs | 115:9-21 | None |
| Plaintiffs | 116:9-10 | Missing question |
| Plaintiffs | 116:12-16 | None |
| Plaintiffs | 120:2-121:19 | None |
| Plaintiffs | 147:13-17 | None |
| Plaintiffs | 163:11-164:2 | None |
| Plaintiffs | 165:2-12 | None |
| Plaintiffs | 185:2-3 | **185:6** |
| Plaintiffs | 185:8-10 | **185:6** |
| Plaintiffs | 187:7-16 | None |
| Plaintiffs | 189:2-190:7 | **194:10-14; 194:22-195:1; 195:22-196:18** |
| Plaintiffs | 216:5-217:9 | None |
| Plaintiffs | 224:22-225:3 | None |
| Plaintiffs | 225:19-21 | **225:17-18** |
| Plaintiffs | 226:2-17 | **225:22-226:1** |
| Plaintiffs | June 29, 2005 Deposition: 3:4, 17-22 | Page doesn't exist |
| Plaintiffs | 235:13-236:4 | Missing answer (235:21-236:4) Leading question (235:21-236:4) |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 240:9-21 | **239:10-240:8** |
| Plaintiffs | 241:2-3, 10-13 | None |
| Plaintiffs | 253:18-19 | None |
| Plaintiffs | 254:2-3 | None |
| Plaintiffs | 254:17-255:8 | **257:22-258:6** |
| Plaintiffs | 311:15-22 | 402 |
| Plaintiffs | 312:3-314:8 | 402 |
| Plaintiffs | 316:17-317:15 | 402 |

### K.    Mark Reisenauer

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | December 8, 2005 Deposition:<br><br>5:5-7 | None |
| Plaintiffs | 9:8-12 | None |
| Plaintiffs | 16:19-22 | **16:13-18; 17:10-15** |
| Plaintiffs | 29:22-30:8 | None |
| Plaintiffs | 30:15-32:1 | None |
| Plaintiffs | 32:7-33:16 | **33:17-34:16** |
| Plaintiffs | 34:17-35:9 | None |
| Plaintiffs | 39:1-40:13 | None |
| Plaintiffs | 45:3-8 | None |
| Plaintiffs | 46:8-14 | None |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 50:14-51:1 | **51:2-52:1** |
| Plaintiffs | 56:2-5 | None |
| Plaintiffs | 67:5-9 | **66:17-67:4; 67:19-68:4; 68:21-69:11** |
| Plaintiffs | 68:5-10 | None |
| Plaintiffs | 69:12-70:4 | **68:21-69:11** |
| Plaintiffs | 70:9-22 | None |
| Plaintiffs | 71:14-72:18 | None |
| Plaintiffs | 73:21-74:1 | None |
| Plaintiffs | 74:10-16 | 402, 403 (74:13-16) <br><br> **78:18-79:4** |
| Plaintiffs | 93:9-20 | None |
| Plaintiffs | 94:7-9 | None |
| Plaintiffs | 95:22-96:6 | None |
| Plaintiffs | 123:5-124:17 | None |
| Plaintiffs | 138:20-139:16 | **139:18-22** |

### L.   Erik Schultz

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | February 16, 2006 Deposition: <br><br> 39:8-13 | **43:20-45:7** |
| Plaintiffs | 51:6-22 | None |
| Plaintiffs | 57:10-21 | **57:22-58:5** |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 63:11-64:5 | Lack of foundation, vague and ambiguous<br><br>**44:15-45:7** |
| Plaintiffs | 84:20-85:1 | 402, 403 |
| Plaintiffs | 87:9-11 | 402, 403 |
| Plaintiffs | 88:8-11 | 402, 403 |
| Plaintiffs | 90:13-15 | 402, 403, vague and ambiguous; missing answer |
| Plaintiffs | 92:2 starting with "The brand" - 9 | 402, 403, missing question |
| Plaintiffs | 92:14-93:5 | 402, 403 |
| Plaintiffs | 93:9-94:19 | 402, 403 |
| Plaintiffs | 94:22-95:4 | **95:10-20; 304:6-10** |
| Plaintiffs | 122:20-123:18 | None |
| Plaintiffs | 165:20-166:10 | None |
| Plaintiffs | 196:4-10 | None |
| Plaintiffs | 264:20-265:6 | None |
| Plaintiffs | 266:5-22 | None |

## M.    Steve E. Strand

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | June 17, 2005 Deposition:<br><br>6:18-22 | None |
| Plaintiffs | 38:17-39:10 | None |
| Plaintiffs | 65:5-10 | None |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 66:4-16 | None |
| Plaintiffs | 66:21-67:5 | None |
| Plaintiffs | 69:11-19 | None |
| Plaintiffs | 70:13-15 | Leading question<br><br>**69:20-70:12; 70:16-17; 71:3-6** |
| Plaintiffs | 70:18-71:2 | Leading question<br><br>**69:20-70:12; 70:16-17; 71:3-6** |
| Plaintiffs | 71:7-14 | None |
| Plaintiffs | 144:10-22 | None |

## N.    Carol L. Ware

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | October 25, 2005 Deposition:<br><br>17:6-7 | **16:21-19:3; 20:5-21:4** |
| Plaintiffs | 19:18-20:4 | **19:4-17; 81:21-82:16** |
| Plaintiffs | 31:3-20 | **30:10-31:2** |
| Plaintiffs | 52:22-53:3 | None |
| Plaintiffs | 75:5-14 | None |
| Plaintiffs | 84:13-85:8 | None |
| Plaintiffs | 89:20-90:1 | None |
| Plaintiffs | 91:1-11 | None |
| Plaintiffs | 93:1-94:1 | None |
| Plaintiffs | 94:8-95:16 | None |
| Plaintiffs | 112:2-10 | None |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 119:5-20 | None |
| Plaintiffs | 120:4-20 | **120:21-121:4** |
| Plaintiffs | 121:5-9 | **121:10-13** |
| Plaintiffs | 123:8 | None |
| Plaintiffs | 124:9-125:2 | None |
| Plaintiffs | 130:17-20 | Lack of Foundation, Lack of Personal Knowledge, Vague & Ambiguous Question<br><br>**130:8-16** |
| Plaintiffs | 139:6-7 | Missing Question |

# III.   OTHER WITNESSES

## A.   Douglas N. Durand

<u>General Objection</u>

AstraZeneca objects to this witness's testimony on the grounds that Plaintiffs did not disclose the proceeding in which the deposition was taken.  AstraZeneca further objects to this witness's testimony on the grounds that AstraZeneca was not a party to the proceeding in which Mr. Durand testified and did not have an opportunity to cross examine him.  Additionally, Plaintiffs have not served AstraZeneca with the transcript for this witness's testimony and AstraZeneca reserves the right to further object to and counter designate the testimony at such time as Plaintiffs serve AstraZeneca with the transcript.

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 279:8-288:20 | |

## B.   Kenneth Greisman (Taken in the matter captioned:  *Stetser v. TAP Pharmaceutical Products, Inc.*)

<u>General Objection</u>

AstraZeneca objects to this witness's testimony on the grounds that AstraZeneca was not a party to the proceeding in which Mr. Greisman testified and did not have an opportunity to cross examine him.  Additionally, Plaintiffs have not served AstraZeneca with the transcript for this witness's testimony and AstraZeneca reserves the right to further object to and counter designate the testimony at such time as Plaintiffs serve AstraZeneca with the transcript.

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 4:1-5:2 | |
| Plaintiffs | 5:8-20 | |
| Plaintiffs | 6:14-16 | |
| Plaintiffs | 7:1-9:19 | |
| Plaintiffs | 10:1-11:12 | |
| Plaintiffs | 14:15-17:4 | |
| Plaintiffs | 17:10-15 | |

001534-16  130716 V2

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 17:18-24 | |
| Plaintiffs | 18:8-19:24 | |
| Plaintiffs | 20:4-14 | |
| Plaintiffs | 21:8-12 | |
| Plaintiffs | 22:3-16 | |
| Plaintiffs | 22:19-21 | |
| Plaintiffs | 23:1-28:4 | |
| Plaintiffs | 28:7-16 | |
| Plaintiffs | 30:10-31:5 | |
| Plaintiffs | 32:5-17 | |
| Plaintiffs | 33:19-35:24 | |
| Plaintiffs | 36:19-37:11 | |
| Plaintiffs | 37:16-38:3 | |
| Plaintiffs | 38:7-39:17 | |
| Plaintiffs | 40:6-41:11 | |
| Plaintiffs | 41:13-42:4 | |
| Plaintiffs | 42:19-22 | |
| Plaintiffs | 43:14-45:20 | |
| Plaintiffs | 47:24-49:16 | |
| Plaintiffs | 49:22-50:8 | |
| Plaintiffs | 50:15-51:11 | |
| Plaintiffs | 52:17-53:2 | |
| Plaintiffs | 53:11-54:2 | |
| Plaintiffs | 54:5-55:6 | |

001534-16  130716 V2

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 56:11-21 | |
| Plaintiffs | 60:12-23 | |
| Plaintiffs | 61:6-9 | |
| Plaintiffs | 61:12-62:5 | |
| Plaintiffs | 66:20-67:11 | |

## C.    Dean Sundberg

<u>General Objection</u>

     AstraZeneca objects to this witness's testimony on the grounds that Plaintiffs did not disclose the proceeding in which the deposition was taken.  AstraZeneca further objects to this witness's testimony on the grounds that AstraZeneca was not a party to the proceeding in which Mr. Sundberg testified and did not have an opportunity to cross examine him.  Additionally, Plaintiffs have not served AstraZeneca with the transcript for this witness's testimony and AstraZeneca reserves the right to further object to and counter designate the testimony at such time as Plaintiffs serve AstraZeneca with the transcript.

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 33:8-35:8 | |
| Plaintiffs | 38:4-41:24 | |
| Plaintiffs | 43:23-45:8 | |
| Plaintiffs | 49:2-51:21 | |
| Plaintiffs | 52:1-53:3 | |
| Plaintiffs | 53:5-54:12 | |
| Plaintiffs | 56:18-58:16 | |
| Plaintiffs | 60:15-61:17 | |
| Plaintiffs | 61:24-62:3 | |
| Plaintiffs | 103:14-105:6 | |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Plaintiffs | 215:25-220:2 | |

Respectfully submitted,

By:  /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO# 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: April 4, 2007

001534-16  130716 V2

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was delivered on April 4, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.


By: <u>/s/ Katherine B. Schmeckpeper          </u>
       Katherine B. Schmeckpeper

001534-16  130716 V2