# **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 4th day of April, 2007 caused to be served a true and correct copy of Response of Plaintiffs County of Erie, County of Osewgo, and County of Schenectady to Boehringer Ingelheim Defendants' Joinder in Dey Inc.'s Removal Notices via the CM/ECF system.

      By:     /s/ Paul J. Pennock  
                Paul J. Pennock  
                WEITZ & LUXENBERG, P.C.  
                180 Maiden Lane  
                New York, NY 10038  
                Phone: (212) 558-5500  
                Fax: (212) 344-5461