# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## PLAINTIFFS' OBJECTIONS TO DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)(A) & DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S EXHIBIT LIST

## INDEX TO OBJECTIONS

| | |
|---|---|
| 402-403 TPP | Objected to on basis document relates to TPP knowledge which is not relevant and would be prejudicial to a trial involving Medicare beneficiaries.  These documents are not relevant given the absence of one iota of evidence linking TPP knowledge to a Part B class member. |
| 402-403 GVT | Objected to on basis government knowledge is not relevant to any element of a consumer deception and unfair practices claim for cancer patients.  The legal issue is whether the publication of an AWP that was not an AWP as intended by Congress, or was the subject of manipulation by AstraZeneca, had the capacity to deceive cancer patients making a co-payment.  It clearly did and the government's knowledge is not relevant. |
| 402-403 TAP | The AZ defense, we did it because TAP did it is not relevant.  No case holds that it's a defense to deceive people because others did so.  If two of your children came home and admitted to stealing, one stole 5 candy bars and the other 2, would you say the one who stole 2 was not breaking the law.  The later "benefited" to store owner because he/she stole less?  This is the equivalent of AstraZeneca's argument and documents relating to this purported defense are not relevant. |
| 402-403 PK | Public knowledge.  There is not one iota of evidence linking any cancer patient/Part B payor with any news reports of this controversy.  The documents are not relevant. |

| 402-403 AZ | Attempt by AstraZeneca to introduce its "good conduct" in general. These documents are not relevant. |
| 402-403 E | Goes mainly to efficacy of Zoladex which is not at issue. |
| 402-403 MAP | Goes to MAP program which is not relevant to issues in the cancer patient case. Whether AstraZeneca's MAP program gave TPPs knowledge is not relevant to consumer knowledge. |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1000 | 3/1/96 | AZ0073332-AZ0073342 | Agreement between Harvard Pilgrim Health Care and Zeneca Pharmaceuticals | FRE 901, 402/403 TPP |
| 1001 | 6/1/98 | AZ0609436-AZ0609444 | Amendment to Agreement between Harvard Pilgrim Health Care and Zeneca Pharmaceuticals, with Document Transmittal cover sheet | FRE 901, 402/403 TPP |
| 1002 | 5/8/95 | AZ0108966-AZ0108976 | Correspondence between Zeneca Pharmaceuticals and Tufts Associated Health Plan regarding Zoladex | FRE 901, 402/403 TPP |
| 1003 | 5/2/96 | AZ0108983-AZ0108987 | Correspondence between Zeneca Pharmaceuticals and Tufts Associated Health Plan regarding best pricing for the LHRH market | FRE 901, 402/403 TPP |
| 1004 | 2/19/97 | AZ0108956-AZ0108965 | Correspondence between Maureen Gillick and Tufts Health Plan regarding Zoladex MAP Contract - Revised February 19, 1997 | FRE 901, 402/403 TPP |
| 1005 | | AZ0716203 | Compact disc of Materials Produced in Connection with 3/22/06 Declaration of Professor John P. Gould (including IMS data) | FRE 402, 403, 802 |
| 1006 | 11/98 | AZ0716203 | Department of Health and Human Services, Office of Inspector General, "Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs" | FRE 402/403 GVT |
| 1007 | 1/04 | AZ0716203 | Department of Health and Human Services, Office of Inspector General, "Medicare Reimbursement for Lupron" | FRE 402/403 GVT |
| 1008 | | AZ0682114 | Compact disc containing Zoladex Transactional Data | |
| 1009 | | AZ0716211 | Compact disc containing Average Manufacturer's Price Data for Zoladex (1991-2003) | FRE 402/403 GVT |
| 1010 | 10/28/97 | AZ0108996-AZ0109005 | Zoladex Cost Proposal to HMO Blue/Medical West Associates | FRE 402/403 TPP |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1011 | 8/3/95 | AZ0070469-AZ0070472 | Amendment to Agreement Between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals | FRE 402/403 TPP |
| 1012 | 3/27/96 | AZ0070443-AZ0070454 | Amendment to Agreement between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals | FRE 402/403 TPP |
| 1013 | 7/1/97 | AZ0070441-AZ0070442 | Amendment to Agreement between Blue Cross Blue Shield of Massachusetts/Medical West Community Health Plan, Inc. and Zeneca Pharmaceuticals | FRE 402/403 TPP |
| 1014 | 7/10/92 | AZ0226955-AZ0226957 | Press release entitled "ICI Pharmaceuticals Group Receives 1992 AUA Health Science Award" | FRE 402/403 AZ |
| 1015 | 3/1/95 | AZ0010297-AZ0010302 | Memorandum from Keith Patterson to William Simpson regarding Zoladex Pricing | |
| 1016 | Undated | AZ0229413-AZ0229501 | Correspondence from Bob Black to new employees attaching ICI Pharmaceuticals Policies for Salaried Employees | FRE 402/403 AZ, and incomplete |
| 1017 | 7/12/94 | AZ0025211 | Internal memorandum from Alvin Koretsky to Distribution List regarding 11 July US Healthcare | FRE 402/403 TPP |
| 1018 | 10/10/95 | AZ0108187-AZ0108188 | Email from Steve Crane to assorted Zeneca employees regarding Zoladex IPA Rebate Chart - Clarification | FRE 402/403 MAP |
| 1019 | 5/6/96 | AZ0014251-AZ0014256 | Managed Acquisition Program NAM/CAD Questions and Answers | FRE 402/403 MAP |
| 1020 | 7/18/96 | AZ0108858-AZ0108881 | Email from Winnie O'Neill to assorted Zeneca employees attaching documents related to Zoladex MAP Program Rollout | FRE 402/403 MAP |
| 1021 | 1997 | AZ0073398-AZ0073408 | Zeneca Pharmaceuticals Managed Acquisition Program Agreement/Amendment between QualMed Plans for Health and Zeneca Pharmaceuticals | FRE 402/403 MAP |
| 1022 | 10/23/97 | AZ0073293-AZ0073302 | Zeneca Pharmaceuticals Managed Acquisition Program Agreement between Greater Newport Physicians IPA and Zeneca Pharmaceuticals | FRE 402/403 MAP |
| 1023 | 10/1/96 | AZ0081024-AZ0081039 | Presentation entitled "Zoladex Managed Acquisition Program Available for Contracting October 1, 1996" | FRE 402/403 MAP |
| 1024 | 2/6/96 | AZ0104031-AZ0104032 | Email from Steve Crane to assorted Zeneca employees regarding Zoladex Price Savings Spreadsheet | FRE 402/403 MAP |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1025 | Undated | AZ0396061-AZ0396062 | Call Notes | FRE 901, 802, Incomplete FRE 402/403 TPP |
| 1026 | 04/21/92 | AZ0049324-AZ0049326 | Internal Memorandum from Business Planning regarding Key Market Issues for Product Forecasts - 1992 Strategic Plan | |
| 1027 | 10/26/92 | AZ0045862-AZ0045882 | Agenda from 1993 Promotional Plan Zoladex Meeting at ICI Pharmaceuticals in Wilmington, Delaware | |
| 1028 | 04/13/94 | AZ0009389-AZ0009401 | Executive Summary prepared by L.M. Cantwell regarding Prostate Cancer Situation Analysis | Incomplete; FRE 802 |
| 1029 | 09/10/03 | AZ0468160-AZ0468167 | Email from Stephen Buckanavage to Erik Schultz and Gregory T. Mayes attaching spreadsheets, regarding Competitive Pricing Scenarios | This document is labeled A/C.  AZ can't pick and choose which A/C document to use. |
| 1030 | Undated | AZ0108567-AZ0108576 | Zoladex MAP Program Presentation | FRE 402/403 TPP |
| 1031 | 01/19/96 | AZ0024479-AZ0024481 | Internal Memorandum from Keith Patterson to Chris Iacono with copies to Steve Strand, Sarah Harrison, Tom Chen, Paul Feirstein, and Steve Buckanavage regarding Zoladex Pricing Strategy - Revised View | FRE 402/403 TPP |
| 1032 | 11/03/95 | AZ0237142-AZ0237163 | Memorandum from Market Strategy and Contract Operations/Zoladex Marketing Team to Chris Iacono with copies to Richard Greenhill, Sarah Harrison, Steve Strand, Bill Simpson, and Keith Patterson attaching a Zoladex Pricing and Volume Discount Strategy | FRE 402/403 TPP Duplicative of Plaintiff Exhibit |
| 1033 | 03/24/94 | AZ0031266-AZ0031271 | Cost Comparison Detailer | FRE 901, 802 |
| 1034 | Undated | AZ0010343-AZ0010344 | Zoladex Advertisement | FRE 402/403 TPP |
| 1035 | 01/30/96 | AZ0036916 | Letter from Paula E. Jordan to Beth Rader listing pricing information for Zoladex 3.6 mg and 10.8 mg depot information | |
| 1036 | 01/30/96 | AZ0036917 | Letter from Paula E. Jordan to Enid Olayan listing pricing information for Zoladex 3.6 mg and 10.8 mg depot information | |
| 1037 | Undated | AZ0422597-AZ0422620 | "The Z File" Presentation | FRE 901, 802, 402/403 |
| 1038 | 10/29/97 | AZ0428351-AZ0428365 | Pricing Document | FRE 402/403 MAP as to pages 355, 357, etc. |
| 1039 | Undated | AZ0055471 | Zoladex Advertisement | |
| 1040 | 09/10/03 | AZ0682890-AZ0682907 | Executive Summary regarding Zoladex 2003 FFAR Forecast; Status | |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1041 | 07/11/96 | PXL01371 | Memorandum from Grant E. Steffen to all the Physicians who wrote in about Lupron regarding AWP vs AC | FRE 402/403 GVT |
| 1042 | 07/25/96 | PXL01367-PXL01368 | Letter from Darlene Debus to Grant Steffen with copies to Jay Swope regarding 07/11/96 letter to all the physicians who wrote in about Lupron | FRE 402/403 GVT |
| 1043 | 12/02/96 | AZ0021679-AZ0021681 | Internal Memorandum from Mark Reisenauer to Mike Broach, Tere Fresconi, Dick Hedinger, Earl Heisey, Chris Iacono, Bill Simpson, Steve Strand, and Lee Termini regarding Zoladex Price Increase | |
| 1044 | 12/10/97 | RB01073-RB01075 | Fax to Roni Lane at Redbook | |
| 1045 | 01/26/96 | RB01060-RB01062 | Fax to Lisa Britt at Redbook | |
| 1046 | 01/30/96 | RB01063 | Letter from Paula E. Jordan to Enid Olayan listing information for Zoladex 3.6 mg and 10.8 mg | |
| 1047 | 01/26/96 | RB01056-RB01058 | Fax to Lisa Britt at Redbook | |
| 1048 | | AZ0238234 | Compact disc labeled Invoice History 1991-1997 | |
| 1049 | 6/16/94 | AWP054-0014-AWP054-0016 | Correspondence from Medicare Part B to Health Care Financing Administration, Division of Medicare, Carrier Operations Branch | FRE 402/403 GVT |
| 1050 | 5/23/96 | AWP032-0106-AWP032-0109 | Memorandum from Grant Steffen to Staff regarding Zoladex, A New Form | FRE 402/403 GVT |
| 1051 | 6/28/96 | AWP019-1545-AWP019-1564 | Medicare Part B News | FRE 402/403 GVT |
| 1052 | 12/6/96 | AWP051-1520-AWP051-1521 | Document entitled "Reimbursement for LHRH antagonists" | FRE 901, 802, 402/403 GVT Incomplete |
| 1053 | 8/5/96 | HHC014-0172-HHC014-0176 | Correspondence from Grant Steffen to Health Care Financing Administration regarding Acquisition Costs vs Average Wholesale Price | FRE 402/403 GVT |
| 1054 | 1/26/96 | HHC015-1652 | Correspondence from Zeneca to physicians regarding increase in published list price for Zoladex | |
| 1055 | 12/9/96 | AWP041-0521-AWP041-0522 | Correspondence from Zeneca to Medical Director, Blue Shield of Western New York, Upstate Medicare Part B | FRE 402/403 GVT |
| 1056 | 11/14/97 | AZ0070755 -AZ0070756 | Contract extension between Zeneca Pharmaceuticals and CIGNA Healthcare Plans for 12/1/97 to 12/31/97 | FRE 402/403 TPP |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1057 | 10/30/96 | AZ0070759 - AZ0070760 | Contract between Zeneca Pharmaceuticals and CIGNA Healthcare Plans for 11/1/96 to 10/31/97 | FRE 402/403 TPP |
| 1058 | 8/22/95 | AZ0070770 - AZ0070778 | Contract between Zeneca Pharmaceuticals and CIGNA Healthcare Plans for 8/1/95 to 6/30/96 | FRE 402/403 TPP |
| 1059 | 4/10/97 | AZ0073371 - AZ0073380 | Zeneca Pharmaceuticals Managed Acquisition Program Agreement | FRE 402/403 MAP |
| 1060 | 1/30/97 | AZ0073398 - AZ0073399 | Zeneca Pharmaceuticals Managed Acquisition Program Agreement – Amendment #1 | FRE 402/403 MAP |
| 1061 | 5/11/98 | MON 0003188 - MON 0003188 | Document entitled "Second Quarter Update to the 1998 DME Fee Schedule" | FRE 901, 802 |
| 1062 | 6/10/03 | | Document entitled "J-Code Tutorial" | FRE 901, 802 |
| 1063 | 2/7/67 | | Final Report of the Task Force on Prescription Drugs: Prescription Drugs Under Medicare, Phillip R. Lee, M.D., Assistant Secretary for Health and Scientific Affairs, Department of Health, Education and Welfare | FRE 402/403 GVT |
| 1064 | 12/13/77 | | HCFA Action Transmittal No. 77-113 in Medicare and Medicaid Guide, 28, 714, Department of Health and Human Services, Health Care Financing Administration | FRE 402/403 GVT Incomplete |
| 1065 | 12/31/80 | | Programs to Control Prescription Drug Costs Under Medicaid and Medicare Could be Strengthened (HRD-81-36), Comptroller General | FRE 402/403 GVT |
| 1066 | 1984 | | Changes to the Medicaid Prescription Drug Program Could Save Millions, OIG, Office of Audit | FRE 402/403 GVT |
| 1067 | 9/1/84 | | HCFA Action Transmittal No. 84-12 in Medicare and Medicaid Guide, ¶ 34, 157, Department of Health and Human Services, Health Care Financing Administration | FRE 402/403 GVT |
| 1068 | 7/31/87 | | Medicare and Medicaid Programs; Limits on Payments for Drugs, 52 Fed. Reg. 28,648 (July 31, 1987) | FRE 402/403 GVT |
| 1069 | 7/31/89 | | The High Cost of Prescription Drugs, 135 Congressional Record S. 9058 -Vol. 135 No. 105 | FRE 402/403 GVT |
| 1070 | 8/89 | | Prescription Drug Prices: Are We Getting Our Money's Worth?, Majority Staff Report of the Special Committee on Aging, United States Senate, S. Rep. 101-49 | FRE 402/403 GVT |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1071 | 10/3/89 | | Use of Average Wholesale Prices in Reimbursing Pharmacies Participating in Medicaid and the Medicare Prescription Drug Program, Office of Inspector General | FRE 402/403 GVT |
| 1072 | 10/1/90 | | Letter from Gail Wilensky, HCFA Administrator, to Sen. Lloyd Bentsen, Chairman, U.S. Committee on Finance | FRE 402/403 GVT |
| 1073 | 6/5/91 | | Medicare Program: Fee Schedule for Physicians' Services, Proposed Rules, 56 Fed. Reg. 25792 (June 5, 1991) | FRE 402/403 GVT |
| 1074 | 11/25/91 | | Medicare Program: Fee Schedule for Physicians' Services, Final Rule, 56 Fed. Reg. 59502 (Nov. 25, 1991) | FRE 402/403 GVT |
| 1075 | 11/6/92 | | Physicians' Costs for Chemotherapy Drugs, OIG, Department of Health and Human Services | FRE 402/403 GVT |
| 1076 | 3/15/94 | | Memorandum re: Determination of Acquisition Cost of Drugs from Director of Office Payment Policy to All Associate Regional Administrators for Medicare, Charles Booth, Director, Office Payment Policy, Department of Health and Human Services | FRE 402/403 GVT |
| 1077 | 7/27/94 | AWP011-0868 – AWP011-0868 | Letter from James Throne, Health Insurance Specialist, Service & Operations Branch I, Division of Medicare, to All Carriers re: Pricing for 14 Drug Codes | FRE 402/403 GVT |
| 1078 | 8/8/94 | HHC902-0173 – HHC902-0173 | Memorandum re: Estimated Acquisition Cost Drug Survey from Director Office of Payment Policy to All Associate Regional Administrators for Medicare, Charles Booth, Director, Office Payment Policy Department of Health and Human Services | FRE 402/403 GVT |
| 1079 | 8/12/94 | AWP032-0035 | Memorandum re: (Drugs) Estimated Acquisition Cost Drug Survey to All Part B Carriers, Jill Merrill, Health Insurance Specialist, Medicare Operations Branch, Healthcare Financing Administration | FRE 402/403 GVT |
| 1080 | 5/96 | | Appropriateness of Medicare Prescription Drug Allowance, OIG, Department of Health and Human Services | FRE 402/403 GVT |
| 1081 | 8/5/96 | HHC014-0172 – HHC014-0176 | Letter re: Acquisition Costs vs. Average Wholesale Price from Grant E. Steffen, Blue Cross Blue Shield of North Dakota, Medicare Part B of Colorado, to Jill Merrill, Medicare Program, Health Care Financing Administration | FRE 402/403 GVT |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1082 | 2/2/97; 2/13/97; 3/4/97; 3/5/97 | | President's Fiscal Year 1998 Budget Proposal for Medicare, Medicaid and Welfare, Hearings Before the Committee on Finance, United States Senate, 150th Congress, First Session | FRE 402/403 GVT |
| 1083 | 12/13/97 | | Remarks by the President In Radio Address to the Nation, Office of the Press Secretary (Westlaw) | FRE 402/403 GVT |
| 1084 | 1/98 | | Program Memorandum Intermediaries/Carriers re: Implementation of the New Payment Limit for Drugs and Biologicals, Department of Health and Human Services, Health Care Financing Administration | FRE 0402/403 GVT |
| 1085 | 1/26/98 | HHC001-0363 – HHC001-0366 | Letter from Nancy-Ann Min DeParle, Administrator, to the Honorable Fortney Pete Stark | FRE 402/403 GVT |
| 1086 | 1999 | | Report to Congress: The Average Wholesale Price for Drugs Covered Under Medicare, Donna E. Shalala, Secretary, Department of Health and Human Services | FRE 402/403 GVT |
| 1087 | 5/24/00 | | Letter from House Representative Cliff Stearns, United States Representative, to Donna Shalala, Secretary, Department of Health and Human Services | FRE 402/403 GVT |
| 1088 | 5/31/00 | | Letter from Donna Shalala, Secretary, Department of Health and Human Services, to Representative Tom Bliley, Chairman, Commerce Committee | FRE 402/403 GVT |
| 1089 | 7/14/00 | | Letter from various members of Congress (Rosa DeLauro, et al.) to Donna Shalala, Secretary, Department of Health and Human Services | FRE 402/403 GVT |
| 1090 | 7/28/00 | | Letter from various members of Congress (Saxby Chambliss et al.) to Donna Shalala, Secretary, Department of Health and Human Services | FRE 402/403 GVT |
| 1091 | 8/3/00 | | Letter from Senators Christopher Bond and John Ashcroft to Donna Shalala, Secretary, Department of Health and Human Services | FRE 402/403 GVT |
| 1092 | 9/5/00 | | Congressional Debate re:  Cancer Care Preservation Act, Congressional Record, Senate S8022 (J. Ashcroft speaking) | FRE 402/403 GVT |
| 1093 | 9/6/00 | | Letter from Spencer Abraham to Donna Shalala, Secretary, Department of Health and Human Services | FRE 402/403 GVT |
| 1094 | 9/8/00 | | Letter from Nancy-Ann Min DeParle, Administrator, to Members of Congress | FRE 402/403 GVT |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1095 | 9/8/00 | | Program Memorandum re:  An Additional Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program, Department of Health and Human Services, Health Care Financing Administration | FRE 402/403 GVT |
| 1096 | 10/25/00 | | Letter from Donna Shalala, Secretary, Department of Health and Human Services to Spencer Abraham | FRE 402/403 GVT |
| 1097 | 11/17/00 | | Program Memorandum: Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program, Department of Health and Human Services, Health Care Financing Administration | FRE 402/403 GVT |
| 1098 | 1/01 | | Medicare Reimbursement of Prescription Drugs, OIG, Department of Health and Human Services | FRE 402/403 GVT |
| 1099 | 5/01 | | Reform of the Medicare Payment Methods for Cancer Chemotherapy, American Society of Clinical Oncology | FRE 402/403 GVT |
| 1100 | 5/3/01 | | Program Memorandum Intermediaries/Carriers re: Implementation of Medicare, Medicaid, and SCHIP Benefits Improvement and Protection Act of 2000 (BIPA) Requirements for Payment Allowance of Drugs and Biologicals Covered by Medicare, Department of Health and Human Services, Health Care Financing Administration | FRE 402/403 GVT |
| 1101 | 9/21/01 | | Medicare Drug Reimbursements: A Broken System for Patients and Taxpayers, Joint Hearing before the Subcommittee on Health and the Subcommittee on Oversight and Investigations of the Committee on Energy and Commerce, House of Representatives, 107th Cong. 89, First Session, Serial No. 107-65 | FRE 402/403 GVT |
| 1102 | 9/21/01 | | Medicare Part B Drugs – Program Payments Should Reflect Market Prices, Statement of William Scanlon, GAO Report | FRE 402/403 GVT |
| 1103 | 10/2001 | | Medicare Physician Fee Schedule: Practice Expense Payments to Oncologists Indicate Need for Overall Refinements, GAO Report | FRE 402/403 GVT |

- 9 -

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1104 | 3/14/02 | | Testimony of Thomas Scully, HCFA Administrator, before the Subcommittee on Health Care of the Finance Committee of the U.S. Senate, 107th Cong., S.Hrg. 107-684 | FRE 402/403 GVT |
| 1105 | 6/12/02 | | Challenges Remain in Setting Payments for Medical Equipment and Supplies and Covered Drugs, GAO publication of the statement of Leslie G. Aronovitz, Director, Health Care Program Administration and Integrity Issues before the Subcommittee on Labor, Health and Human Services, Education and Related Agencies, Committee on Appropriations, U.S. Senate | FRE 402/403 GVT |
| 1106 | 10/3/02 | | Medicare Payments for Currently Covered Prescription Drugs Hearing Before the Subcommittee on Health of the Committee on Ways and Means, House of Representatives, Committee on Ways and Means, 107th Congress, Second Session, Serial No. 107-84 | FRE 402/403 GVT |
| 1107 | 1/2/03 | | Report on the Legislative and Oversight Activities of the Committee on Ways and Means, H.R. Rep. No. 107-801 (2003) | FRE 402/403 GVT |
| 1108 | 8/03 | | Physician-Administered Drugs: Distribution and Payment Issues in the Private Sector, Medpac study conducted by NORC at the University of Chicago and Georgetown University | FRE 402/403 GVT |
| 1109 | 6/2/04 | ABC(AWP)0019 60 – ABC(AWP) 001962 | Confidential (Exhibit A) – First DataBank Drug Price Policy (Draft) | FRE 402/403 GVT |
| 1110 | 11/99 | NHIC-BCBSMA 006617 – NHIC-BCBSMA 006617 | Medicare B Bulletin, section regarding Drug Allowances | |
| 1111 | 6/24/97 | | Balanced Budget Act of 1997, § 4616, Report of the Committee on the Budget, House of Representatives to Accompany H.R. 2015 | FRE 0402/403 GVT |
| 1112 | 12/13/97 | | President Clinton, Weekly Address to the Nation 12/13/97 | FRE 402/403 GVT |
| 1113 | 10/1/99 | | "Payment for Drugs and Biologicals that are not Paid on a Cost Perspective," October 1, 1999 42 CFR 405.17 | FRE 402/403 GVT |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1114 | 2001 | | "Critical Condition: Physician Practices and the Future of Massachusetts Health Care," Massachusetts Medical Society, 2001 | FRE 402/403 GVT |
| 1115 | 7/14/02 | | *St. Petersburg Times (Florida)*, "Medicare Markup for Drugs:  10,000%," July 14, 2002 | FRE 402/403 PK |
| 1116 | 1/6/97 | | The Pink Sheet, "Medicare Coverage of Outpatient Dialysis, Transplant and Cancer Drugs Would Be Tied to Actual Cost Rather than AWP Under Language Expected in Clinton '98 Budget," January 6, 1997 | FRE 402/403 GVT |
| 1117 | 9/22/01 | | The Seattle Times, "Medicare Drug Pricing Faces Congressional Fix; Many HMOs Trimming Their Program Coverage," September 22, 2001 | FRE 402/403 PK |
| 1118 | 5/01 | | von Oehsen, William H., Pharmaceutical Discounts Under Federal Law:  State Program Opportunities, Public Health Institute, May 2001 | FRE 402/403 PK |
| 1119 | 4/1/02 | | Markian Hawryluk, "Medicare drug pricing fix could threaten physician pay," *AMNews*, April 1, 2002 at Amednews.com | FRE 402/403 PK |
| 1120 | 2005 | | Scionti, Stephen M. MD, "Medicare Reform-A Major Economic Impact on Private Urological Practice", Business Briefing: US Kidney & Urological Disease 2005 | FRE 402/403 PK |
| 1121 | 1/5/00 | | Letter to Karen Ford Manza, Regional Director, Managed Care from Keane Chan from Trigon re: Trigon Service Agreements | FRE 402/403 TPP |
| 1122 | | | Balanced Budget Act of 1997, H.R. Rep. No. 217 105th Congress, 1st Session | FRE 402/403 GVT |
| 1123 | 6/17/05 | | Center for Medicare and Medicaid Services, "History of the Medicaid Drug Rebate Program" | FRE 402/403 GVT |
| 1124 | 8/31/01 | | Congressional Research Service, Memo from Thomas Nicola (CRS) to the House Committee on Energy and Commerce regarding Regulatory and Legislative History of Medicare Drug Reimbursement Based on Average Wholesale Price, August 31, 2001 | FRE 402/403 GVT |
| 1125 | 8/9/99 | | Congressional Research Service, Report to Congress:  Outpatient Prescription Drugs: Acquisition and Reimbursement Policies under Selected Federal Programs, August 9, 1999 | FRE 402/403 GVT |

- 11 -

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1126 | 1999 | | Discretionary Spending Offsets Act for Fiscal Year 2000, H.R. 3085, 106th Cong. § 716, 1999 | FRE 402/403 GVT |
| 1127 | 1999 | | Fiscal Responsibility Act of 1999, S. 1959, 106th Cong. § 124, 1999 | FRE 402/403 GVT |
| 1128 | 1960-2004 | | National Health Expenditures by Type of Services and Source of Funds: Calendar Year | FRE 402/403 GVT |
| 1129 | 8/15/75 | | 40 Fed. Reg. 34515, "Social and Rehabilitation Service (Assistance Programs), Department of Health, Education, and Welfare Part 250-Administration of Medical Assistance Programs" | FRE 402/403 GVT |
| 1130 | 1996-1999 | | Medicare Beneficiaries Enrolled by Census Region, Division and State | FRE 402/403 GVT |
| 1131 | 1986 | | Health Care Financing Administration, "EAC Survey Report of California Medi-Cal," EAC Patrol Initiative, 1986 | FRE 402/403 GVT |
| 1132 | 7/25/00 | | Testimony of Robert B. Betz, Ph.D. Department of Veterans' Affairs Pharmaceutical Procurement Initiative-Adding Federal Employee Health Benefit Plan Participants to the Federal Supply Schedule Drug Pricing Program Committee on Veterans' Affairs Subcommittee on Health U.S. House of Representatives | FRE 402/403 GVT |
| 1133 | 7/01 | | Medicare Enrollment—All Beneficiaries as of July, 2001 | FRE 402/403 GVT |
| 1134 | 7/02 | | Medicare Enrollment—All Beneficiaries as of July 2002 | FRE 402/403 GVT |
| 1135 | 2003 | | Medicare Part B Physician/Supplier National Data- Calendar Year 2003 - Expenditures and Services by Specialty | FRE 402/403 GVT |
| 1136 | 2003 | | Medicare Enrollment: National Trends-Supplementary Medical Insurance 1966-2003 | FRE 402/403 GVT |
| 1137 | 1/16/03 | | MedPAC, "Exploring Alternatives to AWP-Pricing for Medicare-Covered Drugs" | FRE 901, 402/403 |
| 1138 | 6/13/00 | | Hearing Before the Committee on Ways and Means, Legislation to Cover Prescription Drugs Under Medicare, 106th Congress, June 13, 2000 | FRE 901, 402/403 GVT |
| 1139 | 7/1/99 - 2003 | | Medicare Beneficiaries Enrolled by State as of July 1, 1999-2003 | FRE 901, 402/403 |
| 1140 | 7/03 | | Medicare Enrollment—All Beneficiaries as of July, 2003 | FRE 901, 402/403 |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1141 | 11/13/87 | | Letter from Don M. Newman, then-Under Secretary, HHS to Charles M. West, Executive Vice President, National Association of Retail Druggists, November 13, 1987 | FRE 402/403 |
| 1142 | 02/02/95 | | Letter from Frank Camozzi (HCFA) to Celeste Brose (Blue Shield CA), February 2, 1995 | FRE 402/403 |
| 1143 | 05/16/89 | | Letter from Louis W. Sullivan, then-Secretary, HHS to Charles West, Executive Vice President, NARD, May 16, 1989 | FRE 402/403 GVT |
| 1144 | Oct. – Nov. 2000 | | Letter from Nancy-Ann DeParle (HCFA) to June Gibbs Brown (OIG), OIG Draft Reports: Medicare Reimbursement of End Stage Renal Disease Drugs and Medicare Reimbursement for Albuterol, June 13, 2000 | FRE 402/403 GVT |
| 1145 | 05/05/00 | | Letter from Tom Bliley (Committee on Commerce) to Donna E. Shalala (HHS) regarding Examination of the Prices that Medicare Pays for the Limited Number of Medicare-Covered Outpatient Drugs, May 5, 2000 | FRE 402/403 GVT |
| 1146 | 1997 | | Medicare and Medicaid Beneficiary Protection Act of 1997, H.R. 2632, 105th Cong. § 206, 1997 | FRE 402/403 GVT |
| 1147 | 1999 | | Medicare Fraud and Reimbursement Reform Act of 1999, H.R. 2229, 106th Cong. § 2, 1999 | FRE 402/403 GVT |
| 1148 | 02/28/03 | | Medicare Payment Advisory Commission, Medicare Report to Senate Committee on Finance Staff, Payment System for Prescription Drugs Covered under Part B, February 28, 2003 | FRE 402/403 GVT |
| 1149 | 06/25/03 | | Medicare Prescription Drug and Modernization Act of 2003, 108th Congress, Report by Mr. Tauzin, June 25, 2003 | FRE 402/403 GVT |
| 1150 | 1998 | | Medicare Prescription Drug Coverage Act of 1998, H.R. 4753, 105th Cong.§ 78, 1998 | FRE 402/403 GVT |
| 1151 | 2006 | | Medicare Prescription Drug, Improvement, and Modernization Act of 2003, 42 U.S.C. § 1395, 2006 | FRE 402/403 GVT |
| 1152 | 1987-2004 | | U.S. Census Bureau, Health Insurance Data, Historical Health Insurance Tables. Table HI-4. Health Insurance Coverage Status and Type of Coverage by State.  All People: 1987 to 2004 | FRE 402/403 GVT |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1153 | 2/27/03 | | CMS, "Medicare Physician Fee Schedule for 2003," February 27, 2003, Fact Sheet | FRE 402/403 GVT |
| 1154 | 7/15/03 | | ASCO, "New Survey Shows Medicare Bills Would Force 53% of Cancer Physicians to Limit Care for Seniors," July 15, 2003 | FRE 402/403 GVT |
| 1155 | 1998 | | Medicare Waste Tax Reduction Act of 1998, S. 2335, 105th Cong. § 6, 1998 | FRE 402/403 GVT |
| 1156 | 1999 | | Medicare Waste Tax Reduction Act of 1999, S. 1451, 106th Cong. § 4, 1999 | FRE 402/403 GVT |
| 1157 | 08/06/68 | | Memorandum from Irwin Wolkstein, Assistant Director Division of Policy and Standards, HEW, to Joseph Higgins, Drug Task Force, et al., August 6, 1968 | FRE 402/403 GVT |
| 1158 | 1990 | | Omnibus Budget Reconciliation Act of 1990, H.R. 5835, 101st Congress § 4401 (codified as 42 USCA § 1396s), 1990 | FRE 402/403 GVT |
| 1159 | | | Pharmacy Benefits Management, Strategic Healthcare Group, U.S. Department of Veterans Affairs, Drug and Pharmaceutical Prices | FRE 402/403 GVT |
| 1160 | 1997 | | President's Fiscal Year 1998 Budget Proposal for Medicare, Medicaid, and Welfare: Hearings before the Committee on Finance, U.S. Senate, 105th Congress. 85, 1997 | FRE 402/403 GVT |
| 1161 | 06/08/94 | | Regional Carrier Letter No. 94-19, "Determination of Cost of Drugs – Action," from M.J. Christenberry, Associate Regional Administrator, Division of Medicare, HCFA Regional Office VI, June 8, 1994 | FRE 402/403 GVT |
| 1162 | 06/02/87 | | Statement of Michael Zimmerman, Issues Related to Possible Coverage of Outpatient Prescription Drugs Under Medicare, GAO, GAO/T-HRD-87-15, June 2, 1987 | FRE 402/403 GVT |
| 1163 | 09/05/00 | | Statements on Introduced Bills and Joint Resolutions, by Mr. Ashcroft (for himself, Mr. Hagel, and Mr. Abraham), Statement regarding S. 3003 the Cancer Care Preservation Act, Congressional Record – Senate, September 5, 2000, S8022-8023 | FRE 402/403 GVT |
| 1164 | 1998 | | Stop Medicare Overpayment Act of 1998, H.R. 3139, 105th Cong. § 2, 1998 | FRE 402/403 GVT |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1165 | 9/99 | AWP034-0044 – AWP034-0045 | Program Memorandum Intermediaries/Carriers re: Implementation of the New Payment Limit for Drugs and Biologicals, Department of Health and Human Services, Health Care Financing Administration | FRE 402/403 GVT |
| 1166 | 11/68 | | U.S. Department of Health, Education, and Welfare, Task Force on Prescription Drugs, Background Papers, The Drug Makers and the Drug Distributors, December 1968 | FRE 402/403 GVT |
| 1167 | | | Academy of Managed Care Pharmacy, "A Guide to Understanding Common Prescription Drug Pricing Terms" | FRE 402/403 GVT |
| 1168 | 4/97 | | Office of Inspector General, Medicaid Pharmacy Actual Acquisition Cost of Prescription Drug Products for Brand Name Drugs, A-06-96-00030, April 1997 | FRE 402/403 GVT |
| 1169 | 9/01 | | Office of Inspector General, Medicaid's Use of Revised Average Wholesale Prices, OEI-03-00010, September 2001 | FRE 402/403 GVT |
| 1170 | 2/99 | | General Accounting Office, *Medicare Physician Payments:  Need to Refine Practice Expense Values During Transition and Long Term,* GAO/HHS-99-30, February 1999 | |
| 1171 | | | 39 Fed. Reg. 40303-4 | |
| 1172 | | | Ball, Robert, *Social Security Amendments of 1972:  Summary and Legislative History* | |
| 1173 | | | 40 Fed. Reg. 32283-303 | |
| 1174 | 2/26/96 | | *Barron's*, "Painful Profits:  Cancer-treatment Firms May Soon See Their Plump Margins Slashed," February 26, 1996 | FRE 402/403 PK |
| 1175 | 6/26/03 | | Barrueta, Anthony, Senior Counsel for the Kaiser Foundation Health Plan, FTC/DOJ Joint Hearings, Health Care and Competition Law and Policy, Pharmacy Benefit Management Companies, June 26, 2003 | FRE 402/403 GVT |
| 1176 | | | 42 CFR § 405.517, 2001 | FRE 402/403 GVT |
| 1177 | | | 56 Fed. Reg. 25792-800 | FRE 402/403 GVT |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1178 | 6/3/04 | | Bryant, Jim, "Taking Charge of Specialty Drug Costs," *Managed Healthcare Industry Forum on Pharmacy Benefits*, June 3, 2004 | FRE 402/403 PK |
| 1179 | | | 56 Fed. Reg. 59502, 59524-5, 59621 | FRE 402/403 PK |
| 1180 | 3/97 | | *Cancer Economics, A Supplement to the Cancer Letter*, "Administration Proposes Cut Of Markup On Outpatient Drugs," and "Insurers are Eliminating Markup On Cancer Drugs, Official Says," March 1997 | FRE 402/403 PK |
| 1181 | 12/14/97 | | *Chicago Tribune*, "Clinton Wants Stricter Curbs on Doctor Charges for Drugs," December 14, 1997 | FRE 402/403 PK |
| 1182 | 6/5/00 | | Conlan, Michael F., "AWP Under Fire Again at Federal and State Levels," *Drug Topics*, Vol. 144, No. 11, June 5, 2000 | FRE 402/403 PK |
| 1183 | 12/11/89 | | Conlan, Michael F., "AWP Use For Medicaid Plans Comes Under New Attack," *Drug Topics*, December 11, 1989 | FRE 402/403 PK |
| 1184 | | | 63 Fed. Reg. 47552-54 | FRE 402/403 GVT |
| 1185 | | | 65 Fed. Reg. 18434 | FRE 402/403 GVT |
| 1186 | 9/21/01 | | Dembner, Alice, "Medicare Waste Raises Cost of Drugs by $1B; Congress to Hear Report on Overpayment Excess," *The Boston Globe*, September 21, 2001 | FRE 402/403 PK |
| 1187 | | | 69 Fed. Reg. 1084-1090 | |
| 1188 | 8/3/94 | | Dillon, Michael J., "Drug Pricing: One Size Fits None," *Journal of Commerce*, August 3, 1994 | |
| 1189 | | | 70 Fed. Reg. 32294 | |
| 1190 | 10/29/03 | | *Drug Industry Daily*, "CMS Delaying Final Rule as Congress Debates AWP," October 29, 2003 | FRE 402/403 PK |
| 1191 | 8/11/99 | | Enthoven, Alain, "Discounts: A Healthy Dose of Competition," *The Washington Post*, August 11, 1999 | FRE 402/403 PK |
| 1192 | 11/5/03 | | *Generic Line*, "AWP Methodology Final Rule Delayed by Medicare Debate," November 5, 2003 | FRE 402/403 GVT |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1193 | 6/13/00 | | Testimony of Nancy-Ann Min DeParle, Hearing Before the Committee on Ways and Means, House of Representatives, 106th Congress, Second Session, Regarding Legislation to Cover Prescription Drugs Under Medicare, June 13, 2000 | FRE 402/403 GVT |
| 1194 | 10/02 | | Gray, Tom, "Construction Ahead," *Home Care*, October 2002 | FRE 402/403 PK |
| 1195 | 12/7/04 | | Written Testimony of Edward H. Stratemeier, Esq. (Aventis), Before the Subcommittee on Oversight and Investigation Committee on Energy and Commerce on AWP-Based Reimbursement for Prescription Drugs by Medicaid, December 7, 2004 | FRE 402/403 GVT, FRE 802 |
| 1196 | 3/85 | HHC011-0792-0793 – HHC011-0792-0794 | Letter from Bill McCutchen, Acting Regional Administrator, Health Care Financing Administration, to Sandra L. Robinson, Secretary and State Health Officer, Louisiana Department of Health and Human Services, March 1985 | FRE 402/403 GVT, FRE 802 |
| 1197 | 7/25/96 | HHC908-1217 – HHC908-1218 | Letter from Darlene Debus, Manager, Colorado State Team, HCFA, Region VIII, to Grant Steffen, M.D., Blue Cross Blue Shield of North Dakota, July 25, 1996 | FRE 402/403 TPP, FRE 802 |
| 1198 | 9/14/00 | AWP041-0943 – AWP041-0946 | Letter from Nancy-Ann Min DeParle, Administrator, Health Care Financing Administration, to Medicare Fiscal Intermediaries and Carriers, September 14, 2000 | FRE 402/403 GVT |
| 1199 | 10/2/96 | HHC003-0479 – HHC003-0484 | Letter from Zachary T. Bentley & T. Mark Jones, Ven-A-Care of the Florida Keys, Inc. to Bruce Vladeck, then-Administrator, HCFA, October 2, 1996 | FRE 402/403 GVT |
| 1200 | 8/12/94 | AWP032-0035 – AWP032-0035 | Memorandum from Jill B. Merrill, Health Insurance Specialist, Medicare Operations Branch, HCFA, to All Part B Carriers, August 12, 1994 | |
| 1201 | 7/17/89 | | Henson, Maria, "Pryor Going after Lower Drug Prices," *Arkansas Democrat-Gazette*, July 17, 1989 | FRE 402/403 PK |
| 1202 | 10/25/05 | | Ho, Sam, *Specialty Pharmacy Third Party Payer Perspective*, PacifiCare, October 25, 2005 | FRE 402/403 PK & TPP |
| 1203 | 4/17/03 | | Iglehart, John K., "Medicare and Drug Pricing," Health Policy Report, *New England Journal of Medicine* 348;16, April 17, 2003 | FRE 402/403 PK |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1204 | 2/7/69 | | *Journal of Research in Pharmaceutical Economics, Volume 10 Numbers 2/3*, "Task Force on Prescription Drugs-Final Report," February 7, 1969, reproduced in "Prescription Drugs under Medicare: The Legacy of the Task Force on Prescription Drugs, Part 1" | FRE 402/403 PK |
| 1205 | 6/19/05 | | Conlan, Michael, F. "Revamped AWPs for Medicare and Medicaid criticized; Brief Article," *Drug Topics*, No. 12, Vol. 144:28, June 19, 2005 | FRE 402/403 PK |
| 1206 | 7/92 | | GAO Report to the Chairman, Committee on Finance, U.S. Senate, Medicare: Reimbursement Policies Can Influence the Setting and Cost of Chemotherapy, GAO/PEMD-92-28 (July 1992) | FRE 402/403 GVT |
| 1207 | 11/2/98 | | Medicare Program; Revisions to Payment Policies and Adjustments to the Relative Value Units under the Physician Fee Schedule for Calendar Year 1999; Final Rule and Notice, 63 Fed. Reg. 58,813 (Nov. 2, 1998) | FRE 402/403 GVT |
| 1208 | Spring 1989 | | Kreling, David H., "Assessing Potential Prescription Reimbursement Changes: Estimated Acquisition Costs in Wisconsin," *Health Care Financing Review*, Spring 1989 | FRE 402/403 PK |
| 1209 | 12/7/04 | | Community Oncology Alliance, *A Letter to Mark B. McClellan*, December 7, 2004 | FRE 402/403 PK |
| 1210 | 9/20/01 | | Marx, Claude R., "Medicare Pays $1.9 Billion More Than Needed For Drugs, Audit Says," *The Associated Press*, September 20, 2001 | FRE 402/403 PK |
| 1211 | 3/05 | | Danzon, Patricia, Gail Wilensky and Kathleen Means, "Alternative Strategies for Medicare Payment of Outpatient Prescription Drugs—Part B and Beyond," *American Journal of Managed Care*, Vol. 2, No. 3, March 2005 | FRE 402/403 PK |
| 1212 | 2002 | | Medicare Current Beneficiary Survey, *The Characteristics and Perceptions of the Medicare Population*, 2002 | FRE 402/403 PK |
| 1213 | 7/5/87 | | Miller, John Winn, "Drug Industry Overcharging Medicaid Prescriptions Costs Taxpayers Millions of Extra Dollars," *Lexington Herald-Leader*, July 5, 1987 | FRE 402/403 GVT, PK |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1214 | 9/04 | | Halcombe, Dawn G., "The Evolution of Community Oncology Care and its Threatened Extinction Due to Federal Private Payment Reform," *American College of Medical Practice Executives Paper* (Medical Group Management Association Article Archive) September 2004 | FRE 402/403 GVT, PK, FRE 802 |
| 1215 | 3/11/04 | | Harris, Gardiner, "Among Cancer Doctors, A Medicare Revolt," *The New York Times*, March 11, 2004 | FRE 402/403 GVT, PK, FRE 802 |
| 1216 | 3/02 | | Herzlinger, Regina, *Cancer Care in America:  Description and Implications of Outpatient Community-Based Cancer Care*, Boston Healthcare Associates, March 2002 | |
| 1217 | 2/01 | | Hoffman, William, "A Look at the Trends in Physician Pay – While Overall Pay Remains Flat, Doctor-Employees May Face Trouble," *American College of Physicians, from ACP-ASIM Observer*, February 2001 | FRE 402/403, 802 |
| 1218 | 1/96 | | Congressional Budget Office, How the Medicaid Rebate on Prescription Drugs Affects Pricing in the Pharmaceutical Industry, January 1996 | FRE 402/403 GVT |
| 1219 | 12/8/04 | | Kleinke, J.D., "Re-Naming and Re-Gaming:  Medicare's Doomed Attempt to Reform Reimbursement for Injectable Drugs," *Health Affairs*, December 8, 2004 | FRE 802 PK |
| 1220 | 6/99 | | McCann, Barton A., Julia A. James, *The Impact of Medicare Payment Policies on Patient Access to Quality Cancer Care*, June 1999 | FRE 802 PK |
| 1221 | 5/21/02 | | O'Sullivan, Jennifer, *Medicare:  Payments for Covered Prescription Drugs*, Congressional Research Service, Report for Congress, May 21, 2002 | FRE 802 GVT |
| 1222 | 2003 | | Oncology Nursing Society, *Reimbursement vs. Reality:  A Discussion Paper on Medicare Payments for Cancer Treatment*, 2003 | FRE 802 PK |
| 1223 | | | Palmetto GBA, *Standardizing Prices for Medicare Covered Drugs,* Palmetto GBA | FRE 802 PK |
| 1224 | 8/6/00 | | Pear, Robert, "Administration Plans Cuts in Some Drug Payments," *New York Times*, August 6, 2000 | FRE 802 PK |
| 1225 | 8/6/03 | | Pear, Robert "Cancer Drugs Face Funds Cut in a Bush Plan," *The New York Times*, August 6, 2003 | FRE 802 PK |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1226 | 3/6/89 | | Rankin, Ken, "Retail Rx Fears Medicaid Double Cross – Medicaid Average Wholesale Price Reimbursement System – Column," *Drug Store News*, March 6, 1989 | FRE 802 PK |
| 1227 | 11/20/90 | | Reynolds, Maura, "Medicaid Savings," *Los Angeles Times*, November 20, 1990, Part A | FRE 802 PK |
| 1228 | 1/2/97 | | Rich, Spencer, "Battling the High Prices of Medicare Pays for Drugs," *The Washington Post*, January 2, 1997, Section A | FRE 802 PK |
| 1229 | 1986 | | Robinson, Bill, "Medicaid at 20:  Still Awkward and Troubled," *Drug Topics*, Vol. 130, 1986 | FRE 802 PK |
| 1230 | 2/24/89 | | Sanger, Elizabeth, "No Rx for Plans; Drug Plans Draw Pharmacists' Ire," *Newsday* (New York), February 24, 1989 | FRE 802 PK |
| 1231 | 11/04 | | The Florida Senate, Review of Medicaid Prescription Drug Pricing, Interim Project Report 2005-141, November 2004 | FRE 802 PK |
| 1232 | 2000 | | Social Security Bulletin, *Annual Statistical Supplement*, 2000 | FRE 402/403 |
| 1233 | 12/13/97 | | CD containing Address to the Nation, 12/13/97 | FRE 402/403 GVT |
| 1234 | 1/98-2/98 | | Pennebaker, George, "The Rest of the AWP Story," Contemporary Pharmacy Management, January-February 1998 | FRE 802 PK |
| 1235 | 10/3/89 | | Management Advisory Report from Richard Kusserow, Inspector General, to Louis B. Hays, Acting Administrator, Health Care Financing Administration, A-06-40216, re: Use of Average Wholesale Prices in Reimbursing Pharmacies participating in Medicaid and the Medicare Prescription Drug Program, October 3, 1989 | FRE 402/403 GVT |
| 1236 | | | 63 Fed. Reg. 58813-4.49 | FRE 402/403 GVT |
| 1237 | 2/1/01 | AZ0436354-AZ0436355 | Email from Alton Wallace Jr. to Patrick L. Frye attaching Zoladex pricing letter | |
| 1238 | 2/27/01 | AZ0436356-AZ0436408 | Email from Alton Wallace Jr. to Patrick L. Frye attaching Zoladex contract information | |
| 1239 | 2002 | AZ043197-AZ0434209 | Zoladex patient education document | |
| 1240 | 2002 | AZ0411941-AZ0411944 | Document entitled *A Case Report in Prostate Cancer* | FRE 402/403 AZ |
| 1241 | 2001 | AZ0425634-AZ0425635 | Zoladex professional information brochure | FRE 402/403 AZ, E |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1242 | 2002 | AZ0413342-AZ0413349 | Zoladex Brochure | FRE 402/403 AZ, E |
| 1243 | 2001 | AZ0412352-AZ0412353 | Zoladex Brochure | FRE 402/403 AZ, E |
| 1244 | 6/4/01 | AZ0715061-AZ0715122 | Internal regulatory affairs presentation | FRE 402/403 AZ |
| 1245 | 1/02 | BCBSMA-AWP-10002 – BCBSMA-AWP-10005 | POS Outcomes newsletter | FRE 402/403 AZ |
| 1246 | 6/17/1996 | AZ0021569-AZ0021571 | Memorandum from Carol Ware to Keith Patterson and Mark Reisenaur attaching correspondence regarding Colorado Medicare Part B | |
| 1247 | 12/97 | | Department of Health and Human Services, Office of Inspector General, "Excessive Medicare Payments for Prescription Drugs" | FRE 402/403 GVT |
| 1248 | 8/00 | | United States General Accounting Office, "Prescription Drugs: Expanding Access to Federal Prices Could Cause Other Price Changes" | FRE 402/403 GVT |
| 1249 | 6/1997 | | United States General Accounting Office, "Drugs Prices: Effects of Opening Federal Supply Schedule for Pharmaceuticals Are Uncertain" | FRE 402/403 GVT |
| 1250 | 5/20/1998 | AZ0714865-AZ0714867 | Internal Memorandum from Gene H. Zaiser to all field sales personnel regarding guidelines on the provision of gifts, entertainment, educational grants, and durable free goods policy to customers | FRE 402/403 AZ |
| 1251 | 1/16/02 | AZ0425788-AZ0425810 | Leroy Townsend Class Action Complaint | |
| 1252 | 10/01 | UHC-HT 00014 – UHC-HT 00033 | Exhibit 2 PHO Provider Participation Addendum | FRE 402/403 TPP |
| 1253 | 7/14/97 | AZ0068728-AZ0068736 | Agreement between Northwest Zoladex Purchasing Group and Zeneca Pharmaceuticals | FRE 402/403 TPP |
| 1254 | NA | AZ0238234 | Zeneca Pharmaceuticals internal acceptance of order and invoice # (contained on CD) | FRE 402/403 TPP |
| 1255 | 11/28/05 | HOWE 0070-HOWE 0074 | Fax from John Noel of Noridian Administrative Services to Donald Haviland, Jr. | FRE 802 |
| 1256 | 6/23/94 | PXL01215-PXL01216 | Memorandum from Sandy Robinson to Keith Patterson regarding Medicare carrier survey of drug acquisition prices | FRE 402/403 AZ |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1257 | 10/12/93 | AZ0011099 | Correspondence from Rael Nidess to Zeneca Inc. regarding discount structure | FRE 402/403 |
| 1258 | 12/19/01 | AZ0439419-AZ0439462 | Email from George Draper to Jennifer L. Judy attaching the Zoladex contracting guide | |
| 1259 | 4/9/97 | AZ0108104 | Email from Randall C. Mastrangelo to John C. Armstrong, Jean L. Ludwig, Kenneth J. Smith, John L. Wawrzonek regarding South Carolina Medicare | FRE 802 |
| 1260 | 10/10/97 | AZ0413223-AZ0413227 | Fax of document entitled *Virginia Medicare Part B Local Medical Review Policy for Luteinizing Hormone-Releasing Hormone Analogs for the Treatment of Malignant Neoplasm of the Prostate* | FRE 802, 402/403 |
| 1261 | 7/01 | | Department of Health and Human Services, Office of Inspector General, "Cost Containment of Medicaid HIV/AIDS Drug Expenditures" | FRE 402/403 GVT |
| 1262 | 10/27/99 | AZ0431476-AZ0431515 | Email from Julie Doll to sales managers attaching Zoladex presentation | |
| 1263 | 2/15/99 | AZ0438902-AZ0438913 | Email from Joseph Mansfield attaching physician acquisition cost and Medicare documents | |
| 1264 | 5/29/99 | AZ0438980-AZ0438981 | Email from Julie Doll regarding Aetna US Healthcare/Zoladex update | FRE 402/403 TPP |
| 1265 | 12/28/00 | TOWN 0223-TOWN 0224 | CMS Medicare Summary Notice sent to Leroy F. Townsend | |
| 1266 | NA | AZ20238234 | Zeneca Pharmaceuticals internal acceptance of order and invoice | |
| 1267 | 7/14/97 | AZ0067851-AZ0067870 | Agreement between Bay Area Partners/DBA Bay Area Renal Stone Center and Zeneca Pharmaceuticals | |
| 1268 | 2/7/04 | | Blue Cross Blue Shield of Massachusetts, "Analysis of CMS Average Wholesale Price Reform Reimbursement for Part B Drugs" | FRE 402/403 TPP |
| 1269 | 6/24/02 | AZ0431261-AZ0431271 | Email from Nancy Jones to Holle Terkhorn attaching the Zoladex Buy Group Annual Contract Template | |
| 1270 | Undated | AZ0222915-AZ022926 | Article entitled *Use of the Nonsteroidal Anti-androgen Casodex in Advanced Prostatic Carcinoma* | FRE 402/403 E |
| 1271 | Undated | AZ0100886-AZ0100899 | First National ROAM Meeting presentation slides | FRE 402/403 E |
| 1272 | 1/13/97 | AZ0100979-AZ0100981 | Correspondence from Carrie L. Maglich to David L. Cincs regarding UROCARE | FRE 402/403 MAP |
| 1273 | 1/30/97 | AZ0100982-AZ0100990 | Agreement between QualMed Plans for Health and Zeneca Pharmaceuticals | FRE 402/403 MAP |
| 1274 | Undated | AZ0000203-AZ0000212 | Zoladex Strategic Plan 1991-1995 | |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1275 | 8/3/93 | AZ0000092-AZ0000112 | Zoladex Strategic Plan 1994-1997 | |
| 1276 | 4/13/94 | AZ0009389-AZ0009401 | Document entitled *Prostate Cancer Situation Analysis* | |
| 1277 | 9/3/02 | AZ0411957-AZ0411958 | Internal AstraZeneca strategic promotional merchandising document | |
| 1278 | 1/2/04 | HOWE0014-HOWE0015 | Medicare Summary Notice for Robert A. Howe | |
| 1279 | Undated | AZ0003508-AZ0003510 | IMS Document entitled *LHRH Market Sales By Channel For Past Five Years* | FRE 901, 802 Incomplete document |
| 1280 | 6/98 | AZ0716123-AZ0716136 | The Journal of Urology, *Combined Orchiectomy and External Radiotherapy Versus Radiotherapy Alone for Nonmetastatic Prostate Cancer With or Without Pelvic Lymph Node Involvement: A Prospective Randomized Study* | FRE 402/403 E |
| 1281 | 3/22/06 | | Expert Report of Mack Roach III, M.D., FACR, Regarding The Role of Zoladex in the Management of Prostate Cancer | FRE 402/403 E, FRE 802 |
| 1282 | 2000 | | International Journal of Radiation Oncology, *Predicting Long-Term Survival and the Need for Hormonal Therapy: A Meta-Analysis of ROTG Prostate Cancer Trials* | FRE 402/403 E |
| 1283 | 3/26/97 | AZ0108518 | Email from John Toth to Cyndee Davies and John Beten regarding a HealthAmerica update | FRE 402/403 E |
| 1284 | 2/13/96 | AZ0109146 | Email from Carrie Maglich to Richard Cioll, Julie Doll, Robert Anderson, Constantine Apostolakos and Michael Broach regarding Sentara/Optima | FRE 402/403 TPP |
| 1285 | 4/1995 | AZ0716137-AZ0716144 | Urology, *Androgen Deprivation with Radiation Therapy Compared with Radiation Therapy Alone for Locally Advanced Prostatic Carcinoma: A Randomized Comparative Trial of the Radiation Therapy Oncology Group* | FRE 402/403 E |
| 1286 | 8/13/05 | AZ0716145-AZ0716151 | The Lancet, *Postoperative Radiotherapy After Radical Prostatectomy: A Randomized Controlled Trial(EORTC Trial 22911)* | FRE 402/403 E |
| 1287 | 5/15/03 | AZ0716152-AZ0716159 | Journal of Clinical Oncology, *Phase III Trial Comparing Whole-Pelvic Versus Prostate-Only Radiotherapy and Neoadjuvant Versus Adjuvant Combined Androgen Suppression: Radiation Therapy Oncology Group 9413* | FRE 402/403 E |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1288 | 11/1/03 | AZ0716160-AZ0716166 | Journal of Clinical Oncology, *Phase III Trial of Long-Term Adjuvant Androgen Deprivation After Neoadjuvant Hormonal Cytoreduction and Radiotherapy in Locally Advanced Carcinoma of the Prostate: The Radiation Therapy Oncology Group Protocol 92-02* | FRE 402/403 E |
| 1289 | 3/04 | AZ0716167-AZ0716170 | The Journal of Urology, *The Efficacy and Sequencing of a Short Course of Androgen Suppression on Freedom From Biochemical Failure When Administered with Radiation Therapy for T2-T3 Prostate Cancer* | FRE 402/403 E |
| 1290 | 8/18/04 | AZ0716171-AZ0716177 | JAMA, *6-Month Androgen Suppression Plus Radiation Therapy vs Radiation Therapy Alone for Patients with Clinically Localized Prostate Cancer* | FRE 402/403 E |
| 1291 | 2004 | AZ0716178-AZ0716186 | International Journal of Radiation Oncology, *Report of a Multicenter Canadian Phase III Randomized Trial of 3 Months VS. 8 Months Neoadjuvant Androgen Deprivation Before Standard-Dose Radiotherapy for Clinically Localized Prostate Cancer* | FRE 402/403 E |
| 1292 | 2005 | AZ0716187-AZ0716192 | International Journal of Radiation Oncology, *Androgen Suppression Adjuvant to Definitive Radiotherapy in Prostate Carcinoma – Long-Term Results of Phase III RTOG 85-31* | FRE 402/403 E |
| 1293 | 10/6/05 | AZ0716193-AZ0716202 | The Lancet, *Short-term Androgen Deprivation and Radiotherapy for Locally Advanced Prostate Cancer: Results from the Trans-Tasman Radiation Oncology Group 96.01 Randomised Controlled Trial* Published online at http://oncology.thelancet.com | FRE 402/403 E |
| 1294 | 6/21/94 | AZ0008783-AZ0008784 | Internal Memorandum from Michael C. Tilton regarding IPA Zoladex accounts | FRE 402/403 TPP, FRE 402/403 MAP |
| 1295 | 11/98 | | Department of Health and Human Services, Office of Inspector General, "Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs" | FRE 402/403 GVT |
| 1296 | 11/12/91 | AZ0049482-AZ0049508 | 1992 Zoladex Promotional Plan | |
| 1297 | 12/11/97 | AZ0080751-AZ0080752 | Email from Julie Tracy to Donald Blum and Michael Diggin regarding Harvard Pilgrim Health Care Zoladex Contract | FRE 402/403 TPP |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1298 | 11/7/97 | AZ0068154-AZ0068171 | Zeneca Pharmaceuticals Agreement between LHRH Inc. and Zeneca Pharmaceuticals, with cover sheet of label reading "Signed Agreement (Urology) LHRH Inc. Manhasset, NY" | |
| 1299 | 2/17/99 | AZ0609432-AZ0609435 | Amendment to Agreement between Harvard Pilgrim Health Care and Zeneca Pharmaceuticals, with Document Transmittal cover sheet | FRE 402/403 TPP, also not relevant to Zoladex |
| 1300 | 1/3/97 | AZ0108979 | Email from Maureen Gillick to David Ilconich, Linda Palczuk, Donald Wildrick, Jodi Mudgett, Richard Deyoung, and Mike Boas regarding Tufts-Zoladex Bill to Ship to - update | FRE 402/403 TPP, FRE 402/403 MAP |
| 1301 | 01/15/91 | AZ0048992-AZ0049023 | 1991 Zoladex Promotional Plan | |
| 1302 | Undated | AZ0000203-AZ0000212 | Zoladex Strategic Plan 1991-1995 | |
| 1303 | 8/6/96 | PXL01258-PXLl01265 | Fax from Carol Ware to Keith Patterson and Mark Reisenauer regarding AWP and AC | |
| 1304 | 11/27/74 | | Federal Register, "Reimbursement of Drug Cost- Medical Assistance Program | |
| 1305 | 3/22/06 | | Merits Report and Declaration of John P. Gould, Ph.D. | FRE 802 |
| 1306 | | | CD of Materials Produced in Connection with 3/22/06 Declaration of Professor John P. Gould (including IMS data) | FRE 402/403 IMS data is not relevant |
| 1307 | 3/21/06 | | Merits Report and Declaration of Eric M. Gaier, Ph.D. (March 21, 2006) | FRE 802, 402/403 |
| 1308 | 3/22/06 | | Merits Report and Declaration of Fiona Scott Morton, Ph.D. (March 22, 2006) | FRE 802, 402/403 |
| 1309 | 3/22/06 | | Merits Report and Declaration of Gregory K. Bell, Ph.D. (March 22, 2006) | FRE 802, 402/403 |
| 1310 | | | Supporting Data Produced in Connection with 3/21/06 Merits Report and Declaration of Eric M. Gaier, Ph.D. | FRE 802, 402/403 |
| 1311 | 11/10/06 | | Direct Testimony Declaration of Professor John P. Gould | FRE 802, 402/403 |
| 1312 | 11/10/06 | | Affidavit of Eric M. Gaier, Ph.D. Submitted as Direct Testimony in Case-in-Chief of Track 1 Defendants in the Trial of Class 2 and Class 3 Claims | FRE 802, 402/403 |
| 1313 | 11/26/06 | | Affidavit of Gregory K. Bell, Ph.D., Submitted as Direct Testimony on Behalf of Track 1 Defendants | FRE 802, 402/403 |
| 1314 | | | IMS Market Share Data Produced on December 1, 2006 | FRE 802, 402/403 |

| TRIAL EX. NO. | DATE | BATES RANGE | DOCUMENT TITLE/ DESCRIPTION | OBJECTION |
|---|---|---|---|---|
| 1315 | | | Supporting Data Produced in Connection with 3/22/06 Merits Report and Declaration of Fiona M. Scott Morton, Ph.D. | FRE 802, 402/403 |
| 1316 | 6/10/1996 | | Barron's, *Hooked on Drugs – Why do insurers pay such outrageous prices for pharmaceuticals?* | FRE 402/403 GVT |
| 1317 | 1/31/96 | AZ0109433-AZ0100629 | Internal Memorandum from Zoladex Marketing Team Regarding Revised Zoladex Physician Price Sheet | |
| 1318 | 7/6/93 | AZ0048182-AZ0048183 | Letter from J.R. Hildreth | |
| 1319 | 1/19/95 | AZ0097542 | Internal Memorandum Regarding Zoladex Price Increase | |
| 1320 | 1/9/96 | AZ0108933-AZ01083936 | Internal Memorandum Regarding New Zoladex Volume Discounts and Price Increase | |

DATED:  April 4, 2007

By____**/s/ Steve W. Berman**_____
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Allan Hoffman
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

001534-16  161788 V1

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on April 4, 2007, I caused copies of **PLAINTIFFS' OBJECTIONS TO DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. 26(a)(3)(A) & DEFENDANT ASTRAZENECA PHARMACEUTICAL LP'S EXHIBIT LIST** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.


  **/s/ Steve W. Berman**
  Steve W. Berman