**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S DESIGNATIONS OF SWORN TESTIMONY**

Plaintiffs, by their undersigned counsel, hereby submit the following Objections and Counter-Designations to Defendant AstraZeneca Pharmaceuticals LP's Designations of Sworn Testimony.

**1. Michael Baca**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | October 8, 2004 Deposition: 4:1-3 | None. |
| Defendant | 13:20-22 | None. |
| Defendant | 15:22-16:9 | None. |
| Defendant | 102:15-22 | Objections. Fed. R. Evid. 402; Fed. R. Evid. 403.[*]<br><br>Counter-Designations: *Id.* at 26:18-20; 42:2-22. |

[*] Plaintiffs incorporate by reference the arguments set forth in their Memorandum of Law in Support of Their Motion in Limine to Preclude Evidence Regarding Purported "Knowledge" of Third Party Payors [Dkt. No. 3919], filed March 23, 2007.

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 184:18-185:1 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.* |

**2. Robert C. Black**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | August 30, 2005 Deposition: 6:9-12 | None. |
| Defendant | 10:10 (beginning with "And in") – 10:12 | None. |
| Defendant | 22:6-18 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.**<br><br>Counter-designations. *Id.* at 22:19-23:2 (through "spread"); 26:2-14 (through "Practice"). |
| Defendant | 84:6-85:5 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.**<br><br>Counter-designations. *Id.* at 89:19-90:3. |

**3. Eric Cannon**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | September 13, 2004 Deposition: 7:5-7 | None. |
| Defendant | 7:11-14 | None. |
| Defendant | 8:22-9:2 | None. |
| Defendant | 51:22 (beginning with "You mentioned") -52:18 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.* |

** Plaintiffs incorporate by reference the arguments made in their Memorandum in Support of their Motion in Limine to Preclude Evidence Regarding AstraZeneca's Meeting Competition Defense [Dkt. No. 3921], filed on March 23, 2007.

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 53:17-54:4 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.* <br><br> Counter-designations. *Id.* at 54:5-9. |
| Defendant | 147:4-7 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.* <br><br> Counter-designations. *Id.* at 147:4-7. |
| Defendant | 152:19-153:16 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.* |

**4. Sheila Cizauskas**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | March 10, 2006 Deposition: 8:6-9 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | 9:5-8 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | 123:22-124:4 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). Fed. R. Evid. 402, Fed. R. Evid. 403.* |
| Defendant | 125:14-126:16 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). Fed. R. Evid. 402, Fed. R. Evid. 403.* |
| Defendant | 183:12-18 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). Fed. R. Evid. 402, Fed. R. Evid. 403.* |

**5. James Fanale**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | June 9, 2006 Deposition: 7:7-12 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | 20:22–21:12 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | 120:19–121:11 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). Fed. R. Evid. 402, Fed. R. Evid. 403.* <br><br> Counter-Designations: *Id.* at 121:12-122:5. |

**6. William Fleming**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | January 11, 2005 Deposition: 4:1-3 | None. |
| Defendant | 12:6-12:10 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.* <br><br> Counter-designations. *Id.* at 12:2-5. |
| Defendant | 18:20-19:8 | None. |
| Defendant | 92:7-93:9 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.* |

**7. Marjorie Joyce Howe**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | March 31, 2006 Deposition: 8:4-6 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 111:4-15 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |
| Defendant | 158:5-160:19 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). |

**8. Robert A. Howe**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | November 16, 2005 Deposition: 6:14-16 | None. |
| Defendant | 17:1-20 | None. |
| Defendant | 61:7-13 | None. |
| Defendant | 87:12-17 | None. |
| Defendant | 90:9-12 | None. |
| Defendant | 93:18-94:8 | None. |
| Defendant | 122:9 (beginning with "And what is...")-122:12 | Objection: Fed R. Evid. 402, 403 (lacks foundation).<br><br>Counter-designation: 87:6-17; 89:19-97:12. |
| Defendant | 124:3-125:12 | None. |
| Defendant | 132:11-14 | Objection: Fed. R. Evid. 402, 403, 701, 702 (asks for lay legal opinion).<br><br>Counter-designation: None. |
| Defendant | 134:2-11 | None. |
| Defendant | 136:22-137:5 | None. |
| Defendant | 172:2-3 | Objection: Fed. R. Evid. 402, 403 (foundation, relevance, cumulative).<br><br>Counter-designation: None. |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 172:10-13 | Objection: Fed. R. Evid. 402, 403 (foundation, relevance, cumulative).<br><br>Counter-designation: None. |
| Defendant | 173:1 | Objection: Fed. R. Evid. 402, 403 (foundation, relevance, cumulative).<br><br>Counter-designation: None. |
| Defendant | 207:6-19 | None. |

**9. Margaret Johnson, R. Ph.**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | September 22, 2004 Deposition: 6:1-6 | None. |
| Defendant | 7:16-19 | None. |
| Defendant | 24:19-22 | None. |
| Defendant | 27:15-19 | None. |
| Defendant | 27:22-28:4 | None. |
| Defendant | 28:20-29:4 | Objections. Fed. R. Civ. Evid. 402.<br><br>Counter-designations. None. |
| Defendant | 30:22-31:19 | Objections. Fed. R. Civ. P. 402.<br><br>Counter-designations. None. |
| Defendant | 34:7-21 | None. |

**10. John Killion**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | January 6, 2006 Deposition: 6:3-5 | None. |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 122:1-22 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). Fed. R. Evid. 402, Fed. R. Evid. 403.* |
| Defendant | 136:20-137:5 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). Fed. R. Evid. 402, Fed. R. Evid. 403.*<br><br>Counter-designations. *Id.* at 137:18-22. |
| Defendant | 138:7-139:5 | Objections. Fed. R. Evid. 801. Witness is not unavailable as defined by Fed. R. Evid. 804(a). Fed. R. Evid. 402, Fed. R. Evid. 403.* |

**11. Dale Kramer**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | July 23, 2004 Deposition: 5:4-7 | None. |
| Defendant | 5:15-20 | None. |
| Defendant | 11:8-19 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.*<br><br>Counter-designations. *Id.* at 13:9, 12-13, and 15-21. |
| Defendant | 12:6-19 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.*<br><br>Counter-designations. *Id.* at 13:9, 12-13, and 15-21. |
| Defendant | 14:3-7 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.*<br><br>Counter-designations. *Id.* at 13:9, 12-13, and 15-21. |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 14:11-17 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.* <br><br> Counter-designations. *Id.* at 13:9, 12-13, and 15-21. |
| Defendant | 15:9-14 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.* <br><br> Counter-designations. *Id.* at 13:9, 12-13, and 15-21. |

**12. Alan Milbauer**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 11/28/2006, Day 11 Trial Testimony: 6:22-24[1] | None |
| Defendant | 7:9-15:24 | Objections. For 9:22-10:14: Fed. R. Evid. 402, 403.*** <br><br> Counter-designations. *Id.* at 15:25-16:4. |
| Defendant | 16:5-17:25 | Counter-designations: *Id.* at 18:1-8; 30:9-31:19; 32:7-36:16. |
| Defendant | 18:9-22:10 | Objections: For 21:6-22:10: Fed. R. Evid. 402, 403.**** <br><br> Counter-designations. *Id.* at 36:17-41:10. |
| Defendant | 23:2-6 | Counter-designations: *Id.* at 22:11-23:1 and 23:7-25:2. |
| Defendant | 25:3-6 | None. |

[1] Original designation was 5:22-24. Plaintiffs' counsel has conferred with counsel for AstraZeneca and confirmed that the correct designation was meant to be 6:22-24.

*** Plaintiffs incorporate the arguments made in their Memorandum in Support of Their Motion in Limine to Preclude Evidence Regarding AstraZeneca's Patient Assistance Program ("PAP") [Dkt. No. 3925], filed on March 23, 2007.

**** Plaintiffs incorporate by reference the arguments set forth in their Memorandum in Support of Their Motion in Limine to Preclude Evidence Regarding the Managed Acquisition Program ("MAP"), Dkt. No. 3924, filed on March 23, 2007.

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 25:8-26:14 | Objections: Fed. R. Evid. 402, 403.<br><br>Counter-designations. *Id.* at 26:16-28:16. |
| Defendant | 28:17-29:13 | Objections. No question pending. |

**13. Patricia Kay Morgan**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | January 11, 2005 Deposition: 22:20-23:1 | None. |
| Defendant | 26:11-27:6 | None. |
| Defendant | 32:17-34:18 | None. |
| Defendant | 36:3-19 | None. |
| Defendant | 47:8-20 | Objections. Fed. R. Evid. 402.<br><br>Counter-designations. Deposition of John R. Freeberry (May 20, 2004), at 114:14-116:6. |

**14. Carol Sidwell**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | September 17, 2004 Deposition: 6:5-6 | None. |
| Defendant | 6:9-13 | None. |
| Defendant | 8:17-10:10 | None. |
| Defendant | 34:4-16 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.[*] |
| Defendant | 40:2-8 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.[*] |
| Defendant | 64:7-16 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.[*] |

**15. Kevin Slavik**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | September 14, 2004 Deposition: 5:2-5 | None. |
| Defendant | 7:4-7 | None. |
| Defendant | 44:14-21 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.* <br><br> Counter-designations. *Id.* at 43:6-44:13 and 45:16-22. |
| Defendant | 74:4-13 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.* <br><br> Counter-designations. *Id.* at 74:14-18. |

**16. Steven Thomas**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | April 5, 2005 Deposition: 5:8-10 | None. |
| Defendant | 5:13-18 | None. |
| Defendant | 15:4-14 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.***** |
| Defendant | 38:16-39:1 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.***** <br><br> Counter-designations. *Id.* at 33:20-34:4. |
| Defendant | 39:15-40:4 | Objections. Fed. R. Evid. 602, Fed. R. Evid. 402, Fed. R. Evid. 403.*** |

***** Plaintiffs incorporate by reference the arguments made in their Memorandum in Support of Their Motion in Limine to Preclude the Introduction of Evidence Regarding the Government's Purported "Knowledge" [Dkt. No. 3918], filed on March 23, 2007.

**17. Leroy Townsend**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | November 15, 2005 Deposition: 4:1-3 | None. |
| Defendant | 26:18-27:2 | Counter-designations. *Id.* at 34:11-35:2. |
| Defendant | 38:11-16 | Counter-designations. *Id.* at 34:11-35:2. |
| Defendant | 58:17-20 | Objections. Fed. R. Evid. 402, 403. |
| Defendant | 59:4-6 | Objections. Fed. R. Evid. 402, 403. |
| Defendant | 59:10-17 | Objections. Fed. R. Evid. 402, 403. |
| Defendant | 71:12-19 | Objections. Fed. R. Evid. 801. |
| Defendant | 72:3-17 | Objections. Fed. R. Evid. 801. |
| Defendant | 75:7-9 | Objections. Fed. R. Evid. 402, 403.<br><br>Counter-designations. *Id.* at 75:10-13. |
| Defendant | 77:20-78:2 | Objections. Fed. R. Evid. 402, 403. |
| Defendant | 79:14-16 | Objections. Fed. R. Evid. 402, 403. |
| Defendant | 82:10-12 | Objections. Fed. R. Evid. 402, 403, 801. |
| Defendant | 82:21-83:2 | Objections. Fed. R. Evid. 402, 403. |
| Defendant | 83:9-13 | Objections. Fed. R. Evid. 402, 403. |
| Defendant | 85:5-8 | Objections. Fed. R. Evid. 402, 403, 602. |
| Defendant | 85:11-15 | Objections. Fed. R. Evid. 402, 403, 602. |
| Defendant | 158:18-159:4 | Objections. Fed. R. Evid. 402, 403, 602. |
| Defendant | 172:10-173:4 | Objections. Fed. R. Evid. 402, 403. |
| Defendant | 173:12-174:4 | Objections. Fed. R. Evid. 402, 403. |

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | 176:14-177:16 | Objections. Incomplete question; misleading and confusing.<br><br>Counter-designations. *Id.* at 176:2-13. |

**18. Carol Ware**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | October 25, 2005 Deposition: 10:1-4 | None. |
| Defendant | 16:21-17:7 | None. |
| Defendant | 119:5 (starting with "Do") - 120:8 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.[*****]<br><br>Counter-designations. *Id.* at 120:9-20 and 121:5-9. |
| Defendant | 123:8-123:22 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.[*****]<br><br>Counter-designations. *Id.* at 124:15-20; 130:17-18 and 20. |

**19. Scott Wert**

| Offering Party | Designation Range | Objection/Counter Designation |
|---|---|---|
| Defendant | February 1, 2006 Deposition: 5:3-5 | None. |
| Defendant | 6:22-7:3 | None. |
| Defendant | 36:19-37:3 | Objections. Fed. R. Evid. 402, Fed. R. Evid. 403.[*]<br><br>Counter-designations. *Id.* at 24:12-17; 33:17-22. |

DATED: April 4, 2007

By **/s/ Steve W. Berman**

Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street
Third Floor
Philadelphia, PA 19147
Facsimile: (215) 609-4661
Telephone: (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on April 4, 2007, I caused copies of **PLAINTIFFS' OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S DESIGNATIONS OF SWORN TESTIMONY** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

/s/ Steve W. Berman
Steve W. Berman