UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

## UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT ABBOTT LABORATORIES, INC.'S RENEWED MOTION TO COMPEL EVIDENCE WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE

The United States hereby moves this court to extend by nine days (from April 11 to April 20, 2007) the date by which it must respond to Defendant Abbott Laboratories, Inc.'s (Abbott's) Renewed Motion to Compel Documents Withheld Under the Deliberative Process Privilege. Counsel for Abbott has stated that Abbott does not oppose the United States' request.

In support of the instant motion, the United States submits Abbott's Motion, filed on March 28, raises broad arguments about the scope of the deliberative process privilege, a significant and "ancient privilege [that] is predicated on the recognition that the quality of administrative decision making would be undermined if agencies were forced to operate in a fishbowl." Dow Jones & Co., Inc. v. Department of Justice, 917 F.2d 571, 573 (D.C. Cir. 1990) (internal quotation marks and citation omitted).  Abbott has argued, *inter alia*, that the privilege cannot be invoked by the United States in the instant case.  A substantive response to this broad

argument requires close consultation with senior officials from the relevant agencies, such a response cannot be effected by the April 11 deadline.

For the foregoing reasons, the United States respectfully moves this Court that for a nine-day extension of time to respond to Abbott's Renewed Motion to Compel Documents Withheld Under the Deliberative Process Privilege.

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |

/s/ George B. Henderson, II
George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
(617) 748-3398
(617) 748-3272


R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

/s/ John K. Neal
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
John K. Neal
Rebecca A. Ford
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-0405


Dated: April 5, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above "UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT ABBOTT LABORATORIES, INC.'S RENEWED MOTION TO COMPEL EVIDENCE WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: April 5, 2007
                                         /s/ John K. Neal
                                                       John K. Neal