**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**CLASS COUNSELS' RESPONSE TO MOTION FOR AMENDMENT OF CASE MANAGEMENT ORDER NO. 1 AND CONSOLIDATED ORDER RE: MOTION FOR CLASS CERTIFICATION**

Though Class Counsel welcomes the participation of Mr. Haviland and his firm, we do not agree that he should be elevated to a chair position, which is what his motion does.  It thus, moves him in position ahead of Wexler Toriseva Wallace LLP and Hoffman & Edelson.  These two firms diligently have been working this case from the day it was filed.

By way of history, after current lead counsel had spent years and millions of dollars fighting this case on behalf of all classes, we agreed to add Kline & Specter as co-lead to bring their case within the umbrella of the MDL.  This was not a special chair but as a co-lead, equal to all of the other co-lead firms.  Kline & Specter also agreed to and did for a while pay the same funding assessments of other firms.  Thereafter, Kline & Specter withdrew.

Mr. Haviland has not offered to fund the case at the same level as co-lead and has not spent the years each firm has in gathering evidence from the millions of documents and hundreds of witnesses that have been the subject of discovery.  Though Mr. Haviland's participation is valuable, his clients can serve as class representatives without his elevation to a "chair position"

above that of the others.  And there is certainly nothing to support his self-proclaimed "consumer" advocacy above that of current counsel.

Resectfully Submitted,

DATED:  April 5, 2007                By    /s/ **Steve W. Berman**
                                       Thomas M. Sobol (BBO#471770)
                                       Edward Notargiacomo (BBO#567636)
                                       Hagens Berman Sobol Shapiro LLP
                                       One Main Street, 4th Floor
                                       Cambridge, MA  02142
                                       Telephone: (617) 482-3700
                                       Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street
Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 3 -

- 4 -

## CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on April 5, 2007, I caused copies of **CLASS COUNSELS' RESPONSE TO MOTION FOR AMENDMENT OF CASE MANAGEMENT ORDER NO. 1 AND CONSOLIDATED ORDER RE: MOTION FOR CLASS CERTIFICATION** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                                       /s/ Steve W. Berman
                                                                       Steve W. Berman