UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>) MDL No. 1456<br>) |
| THIS DOCUMENT RELATES TO: | ) Master File No. 01-CV-12257-PBS<br>) |
| *State of Nevada v. American Home Prods. Corp., et al.,*<br>D. Nev. Cause No. CV-N-02-0202-ECR | ) Judge Patti B. Saris<br>)<br>) |

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP's
MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") respectfully moves this Court for leave to file under seal the Confidential Declaration of James J. Duffy in Support of Defendant AstraZeneca Pharmaceuticals LP's Individual Rule 56.1 Response to the Additional Facts Relied Upon by the State of Nevada in Response to Defendants' Motion for Summary Judgment (the "Confidential Nevada Duffy Declaration"). As grounds for this Motion, AstraZeneca states:

1. On April 5, 2007, AstraZeneca will file a response addressing additional facts relied upon by the State of Nevada in its response to Defendants' motion for summary judgment ("AstraZeneca Response to Nevada's Additional Facts").

2. AstraZeneca's Response to Nevada's Additional Facts references the Confidential Nevada Duffy Declaration, which attaches various documents as exhibits.

3. Pursuant to the Protective Order entered by this Court on December 13, 2002 (the "Protective Order"), the parties in the above-captioned case and non-party witnesses have designated numerous documents and other information produced in the litigation as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." Pursuant to Paragraph 15 of the

Protective Order, any document or pleading containing materials designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" shall be filed under seal.

4. Because the exhibits to the Confidential Nevada Duffy Declaration have been designated as "HIGHLY CONFIDENTIAL," AstraZeneca seeks to file under seal the Confidential Nevada Duffy Declaration.

WHEREFORE, AstraZeneca respectfully requests that its motion for leave to file the aforementioned submission under seal be GRANTED.

Dated:   April 5, 2007

                          Respectfully Submitted,

                     By:   /s/ Katherine B. Schmeckpeper

                         Nicholas C. Theodorou (BBO # 496730)
                         Katherine B. Schmeckpeper (BBO #663200)
                         FOLEY HOAG LLP
                         155 Seaport Blvd.
                         Boston, Massachusetts  02210
                         Telephone:  (617) 832-1000

                         D. Scott Wise (admitted *pro hac vice*)
                         Michael S. Flynn (admitted *pro hac vice*)
                         James J. Duffy (admitted *pro hac vice*)
                         DAVIS POLK & WARDWELL
                         450 Lexington Avenue
                         New York, New York  10017
                         Telephone:  (212) 450-4000
                         Facsimile:   (212)-450-3800

                         *Attorneys for Defendant AstraZeneca*
                         *Pharmaceuticals LP*

**CERTIFICATION PURSUANT TO L.R. 7.1**

I certify that counsel for AstraZeneca Pharmaceuticals LP conferred with counsel for Plaintiffs pursuant to L.R. 7.1 prior to filing this motion and Plaintiffs did not consent to the motion.

    /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper

**CERTIFICATE OF SERVICE**

I, Katherine B. Schmeckpeper, hereby certify that a true copy of the foregoing document was served upon all counsel of record in the Montana action electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this fifth day of April, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

/s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper

3