UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Master File No. 01-CV-12257-PBS |
| ) | |
| *State of Nevada v. American Home Prods. Corp., et al.,* ) ) | Judge Patti B. Saris |
| D. Nev. Cause No. CV-N-02-0202-ECR ) | |

### DEFENDANT ASTRAZENECA PHARMACEUTICALS LP's
### NOTICE OF FILING UNDER SEAL

To:   All Counsel of Record

Please take notice that on April 5, 2007, counsel for Defendant AstraZenca Pharmaceuticals LP caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following document:

> Confidential Declaration of James J. Duffy in Support of Defendant AstraZeneca Pharmaceuticals LP's Individual Rule 56.1 Response to the Additional Facts Relied Upon By the State of Nevada in Response to Defendants' Motion for Summary Judgment, with attached exhibits.

Dated:   April 5, 2007

                    Respectfully Submitted,

                    By:   /s/ Katherine B. Schmeckpeper

                    Nicholas C. Theodorou (BBO # 496730)
                    Katherine B. Schmeckpeper (BBO #663200)
                    FOLEY HOAG LLP
                    155 Seaport Blvd.
                    Boston, Massachusetts  02210
                    Tel:  (617) 832-1000

D. Scott Wise (admitted *pro hac vice*)
Michael S. Flynn (admitted *pro hac vice*)
James J. Duffy (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4000
Facsimile:   (212)-450-3800

*Attorneys for Defendant AstraZeneca Pharmaceuticals LP*

**CERTIFICATE OF SERVICE**

I, Katherine B. Schmeckpeper, hereby certify that a true copy of the foregoing document was served upon all counsel of record in the Nevada action electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 5th day of April, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　/s/ Katherine B. Schmeckpeper
　　　　　　　　　　　　　　　　　　　　　Katherine B. Schmeckpeper