UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *State of Montana v. Abbott Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Judge Patti B. Saris |

**DECLARATION OF KATHLEEN M. O'SULLIVAN IN SUPPORT OF DEFENDANTS' JOINT MOTION TO STRIKE DECLARATION OF DOROTHY POULSEN**

I, Kathleen M. O'Sullivan duly declare as follows:

1. Attached to this declaration as Exhibit 1 is a true and correct copy of relevant excerpts from the February 22, 2006, deposition of Dorothy Poulsen, former Montana Medicaid Pharmacy Program Officer.

2. Attached to this declaration as Exhibit 2 is a true and correct copy of the change sheet indicating Ms. Poulsen's changes and/or corrections to the transcript of her February 22, 2006, deposition.

3. Attached to this declaration as Exhibit 3 is a true and correct copy of a February 28, 2000, Letter from Poulsen to Patrick Lupinetti, Office of the Attorney General of New York, Medicaid Fraud Control Unit, responding to Lupinetti's letter of February 16, 2000. The letter was produced by third party National Association of Medicaid Fraud Control Units on February 8, 2007.

06735-0059/LEGAL13140346.1

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct based on personal knowledge.

Executed this 5th day of April, 2007.

                                          /s/ *Kathleen M. O'Sullivan*
                                         Kathleen M. O'Sullivan

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of April, 2007, a true and accurate copy of the Declaration of Kathleen M. O'Sullivan in Support of Defendants' Joint Motion to Strike Declaration of Dorothy Poulsen was served via the Lexis-Nexis Filing System.

DATED: April 5, 2007.

                                             */s/ Kathleen M. O'Sullivan*
                                             Kathleen M. O'Sullivan