UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. American Home Prods. Corp., et al.,*<br>D. Nev. Cause No. CV-N-02-0202-ECR | Judge Patti B. Saris |

**DEFENDANT IMMUNEX CORPORATION'S RESPONSE TO THE STATE OF NEVADA'S ADDITONAL FACTS RELIED UPON BY NEVADA IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, Defendant Immunex Corporation ("Immunex") submits this response to the State of Nevada's Additional Facts Relied Upon by Nevada in Response to Defendants' Motion for Summary Judgment ("State's Additional Facts") (Docket No. 3909). The principal allegations of the State and material cited in support thereof are found at the State's Additional Facts ¶¶ 137 to 144. The allegations in these paragraphs of the State's Additional Facts correspond to facts already alleged and materials already submitted by the State of Montana in its L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment Against Certain Defendants ("State of Montana 56.1 Stmt.") (Docket No. 3737), which was filed in the Montana action.[1] Only two of these paragraphs contain allegations regarding Immunex. Those paragraphs in the State's Additional Facts, and the

---

[1] The State's Additional Facts actually refers to "Facts Relied Upon by Montana." *See* State's Additional Facts at 16.

corresponding paragraphs with the same allegations from the State of Montana 56.1 Stmt., are identified for the Court's convenience in the table below

| STATE'S ADDITIONAL FACTS (DOCKET NO. 3909) | STATE OF MONTANA 56.1 STMT. (DOCKET NO. 3737) |
|---|---|
| ¶ 138 | ¶ 3, footnote 6 |
| ¶ 142 | ¶ 4, footnote 4 |

These alleged facts regarding Immunex have already been responded to in Immunex's Opposition re: Motion for Partial Summary Judgment Against Certain Defendants (Docket No. 3889), and its Supplemental Statement of Undisputed Material Facts in Support of Response by Immunex Corp. to Opposition to Motion (Docket No. 3894).  Immunex incorporates by reference those filings here in response to the State's Additional Facts.  Immunex further incorporates by reference, and joins in full, Defendants' Joint 56.1 Reply to Additional Facts Relied Upon by Nevada in Response to Defendants' Motion For Summary Judgment, filed today.

DATED this 5th day of April, 2007.

>PERKINS COIE LLP
>
>By: /s/ *Kathleen M. O'Sullivan*
>David J. Burman
>Kathleen M. O'Sullivan
>Charles C. Sipos
>1201 Third Avenue, Suite 4800
>Seattle, WA  98101-3099
>Telephone:  206-359-8000
>Fax:  206-359-9000
>Email:  DBurman@perkinscoie.com
>E-mail:  KOSullivan@perkinscoie.com
>E-mail:  CSipos@perkinscoie.com

                Thomas J. Sartory, BBO #442500
                **GOULSTON & STORRS, P.C.**
                400 Atlantic Avenue
                Boston, MA  02110-3333
                Telephone: (617) 482-1776
                Email: tsartory@goulstonstorrs.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of April, 2007, a true and accurate copy of Defendant Immunex Corporation's Response to the State of Nevada's Additional Facts was mailed, postage prepaid, and served via the Lexis-Nexis Filing System.

DATED:  April 5, 2007.

                                            *Kathleen M. O'Sullivan*