# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
|  | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Montana v. Abbott Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM |  |

### SUPPLEMENTAL DECLARATION OF KATHLEEN M. O'SULLIVAN IN SUPPORT OF DEFENDANTS' JOINT SUMMARY JUDGMENT REPLY

I, Kathleen M. O'Sullivan duly declare as follows:

1. Attached to this declaration as Exhibit 1 is a true and correct copy of relevant excerpts from Plaintiff's Complaint filed in this action on February 25, 2002.

2. Attached to this declaration as Exhibit 2 is a true and correct copy of relevant excerpts from the April 20, 2006, deposition of Duane Preshinger, Montana Medicaid Acute Services Bureau Chief.

3. Attached to this declaration as Exhibit 3 is a true and correct copy of relevant excerpts from the April 10, 2006, deposition of Jeffrey E. Ireland, former Section Supervisor, Managed Care, Montana Department of Public Health and Human Services.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct based on personal knowledge.

Executed this 5th day of April, 2007.

                                    /s/ *Kathleen M. O'Sullivan*
                                    Kathleen M. O'Sullivan

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2007, a true and accurate copy of the Supplemental Declaration of Kathleen M. O'Sullivan in Support of Defendants' Joint Summary Judgment Reply was served via the Lexis-Nexis Filing System.

DATED:  April 5, 2007.

                                              */s/ Kathleen M. O'Sullivan*
                                              Kathleen M. O'Sullivan