# Exhibit 1

1  MIKE McGRATH
   Montana Attorney General
2  KATHY SEELEY
   Assistant Attorney General
3  Justice Building
   215 North Sanders
4  P.O. Box 201401
   Helena, MT 59620-1401
5  (406) 444-2026
6
   COUNSEL FOR PLAINTIFF
7  [Additional counsel appear on signature page]

8      IN THE FIRST JUDICIAL DISTRICT COURT, LEWIS AND CLARK COUNTY

RECEIVED
APR 0 8 2002
GOUGH SHANAHAN
JOHNSON & WATERMAN

| | |
|---|---|
| THE STATE OF MONTANA *ex rel.*, MIKE McGRATH, Attorney General, | DV-2002-155 |
| Plaintiff, | Cause No.: _____ |
| v. | **COMPLAINT FOR INJUNCTIVE RELIEF, DAMAGES, RESTITUTION, DISGORGEMENT, PENALTIES AND OTHER RELIEF AND DEMAND FOR JURY TRIAL** |
| ABBOTT LABORATORIES, INC.; AMERICAN HOME PRODUCTS CORPORATION; AMGEN INC.; ASTRAZENECA; AVENTIS PHARMA; CHIRON; BAXTER PHARMACEUTICAL PRODUCTS, INC.; BRISTOL-MYERS SQUIBB COMPANY; DEY, INC.; SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE CORPORATION; PHARMACIA CORPORATION; HOECHST MARION ROUSSEL, INC.; IMMUNEX CORPORATION; ELI LILLY AND COMPANY; SCHERING-PLOUGH CORP.; PHARMACIA & UPJOHN COMPANY; SMITHKLINE BEECHAM CORPORATION; WARRICK PHARMACEUTICALS CORPORATION and DOES 1-100; DOES 101-125; DOES 126-150 and DOES 151-200, | |
| Defendants. | |

COMPLAINT FOR INJUNCTIVE RELIEF
AND DEMAND FOR JURY TRIAL

9. Specifically, Defendants' AWP Scheme involves the reporting by each Defendant of inflated Average Wholesale Prices. The fraudulent reporting of Average Wholesale Prices has the effect of materially misrepresenting the actual prices paid to Defendants by physicians and pharmacies for prescription drugs.

10. Plaintiff alleges upon information and belief that, in many instances, the purported AWP reported by the Defendant pharmaceutical manufacturers bears little or no relationship to the prices actually paid by physicians or pharmacies.

11. In addition, while federal Medicaid law requires the Defendants to provide quarterly rebates to the State of Montana if they charge the State more than the lowest or "best price" offered to any commercial customer, the Defendants routinely failed to do so as a direct result of the AWP Scheme.

12. As a result of the fraudulent and illegal manipulation of AWP for certain drugs by the Defendant pharmaceutical manufacturers, they and the other manufacturers have reaped tens of millions of dollars in illegal profits at the expense of American governmental payors and consumers, including the State of Montana, and Patients who are residents of the State of Montana. In particular, the elderly who are on Medicare bear the burden of this scheme as they make payments or co-payments based on the fictitious AWP charges.

### B. The Damages Caused By Defendants' Illegal Conduct

13. The intended and foreseeable consequences of the Defendants' scheme are several and far reaching, including but not limited to increased drug costs to the State of Montana and its agencies, and increased drug costs to Patients who are Montana residents.

#### 1. Damages to the State of Montana

14. One of the foreseeable and intended consequences of Defendants' conduct has been to unjustly enrich the Defendants at the expense of Montana's health care system, the state health care authority, and ultimately, all Montana residents and taxpayers.

COMPLAINT FOR INJUNCTIVE RELIEF
AND DEMAND FOR JURY TRIAL

C. That the Court order such other and further relief as the Court deems just, necessary and appropriate.

DATED this 25th day of February, 2002.

COUNSEL FOR PLAINTIFF
STATE OF MONTANA

By: /s/ Mike McGrath
MIKE McGRATH
Attorney General

MIKE McGRATH
Montana Attorney General
KATHY SEELEY
Assistant Attorney General
Justice Building
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401

JOSEPH P. MAZUREK
CROWLEY, HAUGHEY, HANSON,
   TOOLE & DIETRICH PLLP
100 North Park Avenue, Suite 300
P.O. Box 797
Helena, MT 59601-6263
(406) 449-4165

HAGENS BERMAN LLP
STEVE W. BERMAN
SEAN R. MATT
ANDREW M. VOLK
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

THE CAREY LAW FIRM
ROBERT B. CAREY
2301 E. Pikes Peak
Colorado Springs, CO 80909
(719) 635-7131

Special Assistant Attorneys General
   on Behalf of Plaintiff

# Exhibit 2

0001

| | |
|---|---|
| 1 | THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE DISTRICT OF MASSACHUSETTS |
| 3 | ---oOo--- |
| 4 | ---------------------------X |
| 5 | In re: PHARMACEUTICAL, )   MDL DOCKET NO. |
| 6 | INDUSTRY AVERAGE WHOLESALE )   CIVIL ACTION |
| 7 | PRICE LITIGATION          )   01CV12257-PBS |
| 8 | ---------------------------) |
| 9 | THIS DOCUMENT RELATES TO: ) |
| 10 | ALL ACTIONS               ) |
| 11 | ---------------------------X |
| 12 | |
| 13 | DEPOSITION OF DUANE PRESHINGER |
| 14 | Taken at: |
| 15 | Law offices of |
| 16 | Gough, Shanahan, Johnson & Waterman |
| 17 | 33 South Last Chance Gulch |
| 18 | Helena, Montana |
| 19 | April 20, 2006 |
| 20 | 9:00 a.m. |
| 21 | |
| 22 | |

4/20/2006 PRESHINGER, Duane V.1

1  but if that was your general understanding, is what
2  my question was. Were you able to respond to that
3  question?
4      MS. BRECKENRIDGE: I think you need to
5  repeat the question.
6      Q. (By Ms. Smith-Klocek) Let me break it
7  apart a little bit. Is it your understanding that
8  the AWP minus 19.71 percent finding by the OIG is
9  for brand name drugs?
10     A. Yes.
11     Q. Is it your understanding that the AWP
12  minus 65.37 percent finding of the OIG is the actual
13  acquisition cost of generic drugs in Montana?
14     A. Yes.
15     MS. BRECKENRIDGE: Objection; that is not
16  what it is.
17     Q. (By Ms. Smith-Klocek) I'm sorry. If we go
18  to the previous paragraph, at end of the paragraph
19  where it says, "Additionally, the OIG studied actual
20  acquisition costs in Montana and found that the
21  overall estimate of the discount below AWP on
22  invoice prices was 19.71% for brand name drugs and

# Exhibit 3

4/10/2006 IRELAND, Jeffrey E. V.1

1    THE UNITED STATES DISTRICT COURT
2    FOR THE DISTRICT OF MASSACHUSETTS
3            ---OoO---
4    ------------------------------X
5    In re: PHARMACEUTICAL        )   MDL DOCKET NO.
6    INDUSTRY AVERAGE WHOLESALE   )   CIVIL ACTION
7    PRICE LITIGATION             )   01CV12257-PBS
8    ------------------------------X
9    THIS DOCUMENT RELATES TO:    )
10   ALL ACTIONS                  )
11   ------------------------------X
12        Taken at 33 South Last Chance Gulch
13             Helena, Montana
14        Monday, April 10, 2006 - 3:00 p.m.
15
16              D E P O S I T I O N
17                    OF
18              JEFFREY E. IRELAND
19
20   Reported by Mary R. Sullivan, RPR, RMR, Freelance
21   Court Reporter and Notary Public, State of Montana,
22   residing in Missoula, Montana.

1

4/10/2006 IRELAND, Jeffrey E. V.1

1  recommendations.
2      A.  I don't remember receiving any directions
3  that would have been a result from this.
4      Q.  Aside from this OIC report, are you
5  familiar--do you--strike that.  Aside from this OIC
6  report, do you remember receiving any other OIC
7  reports that are--that covered this subject matter?
8  That is, the pharmacy reimbursement?
9      A.  I don't remember anything else that--
10 although it was possible.  Trying to remember back,
11 I don't remember anything specifically.
12     Q.  Do you have any data or any reason to
13 doubt the accuracy of the final report that's
14 enclosed in Exhibit Ireland 006?
15     A.  Given the fact that it was conducted by
16 the Office of Inspector General, I wouldn't have any
17 reason to doubt that their information wasn't
18 correct.
19     Q.  Do you know whether or not the State
20 conducted its own survey of acquisition costs at or
21 about the time that this report was prepared?
22     A.  If we did, I don't remember doing so.