UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Montana v. Abbott Labs Inc., et al.,* D. Mont. Cause No. CV-02-09-H-DWM | |

**DEFENDANTS ABBOTT LABORATORIES' JOINDER IN DEFENDANTS' JOINT RESPONSE TO THE STATE OF MONTANA'S ADDITIONAL FACTS RELIED UPON IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendant Abbott Laboratories ("Abbott") joins in Defendants' Joint Response to the State of Montana's Additional Facts Relied Upon in Response to Defendants' Motion for Summary Judgment. (Docket No. 4004.) Abbott also incorporates by reference its Joinder in the Joint Response to Montana's Statement of Undisputed Facts in Support of its Motion for Partial Summary Judgment and Individual Supplemental Statement of Undisputed Facts. (Docket No. 3874.) In addition, Abbott responds individually as follows:

144.   Montana Medicaid had no knowledge of the magnitude of the spreads between acquisition cost and AWP until after this lawsuit was filed. Buska Decl. ¶¶ 19-29

**RESPONSE:** Denied. The documents relied on in the cited Declaration are not regarding, referencing, or in any way related to Abbott. In addition, as described in Abbott's Statement of Undisputed Facts in Support of its Motion for Summary Judgment (Docket No.

3785), before it filed this lawsuit, the vast majority of Abbott's Subject Drugs were not in fact reimbursed by Montana based on AWP.

Dated:  April 5, 2007                                              Respectfully submitted,

                                                                  /s/ Toni-Ann Citera
Toni-Ann Citera
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

James R. Daly
Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

**Counsel for Defendant
Abbott Laboratories**

2

CHI-1582161v2

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2007, I caused a true and correct copy of the foregoing **Defendant Abbott Laboratories, Inc.'s Joinder in Defendants' Joint Response to the State of Montana's Additional Facts Relied Upon in Response to Defendants' Motion for Summary Judgment** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 in MDL No. 1456, a copy to LexisNexis File and Serve for Posting and notification to all parties..

    __/s/ Toni A. Citera_

    Toni A. Citera

CHI-1582161v2