UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL NO. 1456

Civil Action No. 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

*State of Montana v. Abbott Labs Inc., et al.,*
D. Mont. Cause No. CV-02-09-H-DWM

### DEFENDANT TAP PHARMACEUTICAL PRODUCTS INC.'S JOINDER IN DEFENDANTS' JOINT RESPONSE TO THE STATE OF MONTANA'S ADDITIONAL FACTS RELIED UPON IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendant TAP Pharmaceutical Products Inc.'s ("TAP") joins in Defendants' Joint Response to the State of Montana's Additional Facts Relied Upon in Response to Defendants' Motion for Summary Judgment.  (Docket No. 4004.)  TAP also incorporates by reference its Joinder in the Joint Response to Montana's Statement of Undisputed Facts in Support of its Motion for Partial Summary Judgment and Individual Supplemental Statement of Undisputed Facts.  (Docket No. 3871.)  In addition, TAP responds individually as follows:

144.  Montana Medicaid had no knowledge of the magnitude of the spreads between acquisition cost and AWP until after this lawsuit was filed.  Buska Decl. ¶¶ 19-29

**RESPONSE:**  Denied.  The documents relied on in the cited Declaration are not regarding, referencing, or in any way related to TAP.

1

| | |
|---|---|
| Dated:  April 5, 2007 | Respectfully submitted,<br><br> /s/ Toni-Ann Citera<br>Toni-Ann Citera<br>JONES DAY<br>222 East 41st Street<br>New York, New York 10017<br>Telephone:  (212) 326-3939<br>Facsimile:  (212) 755-7306<br><br>James R. Daly<br>Tina M. Tabacchi<br>JONES DAY<br>77 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone:  (312) 782-3939<br>Facsimile:  (312) 782-8585<br><br>**Counsel for Defendant**<br>**TAP Pharmaceutical Products Inc.** |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2007, I caused a true and correct copy of the foregoing **Defendant TAP Pharmaceutical Product Inc's Joinder in Defendants' Joint Response to the State of Montana's Additional Facts Relied Upon in Response to Defendants' Motion for Summary Judgment** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2 in MDL No. 1456, a copy to LexisNexis File and Serve for Posting and notification to all parties..

                                              __/s/ Toni A. Citera_

                                              Toni A. Citera

CHI-1582522v1