## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
|  | MDL No. 1456 |
|  | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *State of Arizona v. Abbott Labs Inc., et al.*, 06-CV-11069-PBS | ) ) ) ) |
|  | Judge Patti B. Saris |
|  | Magistrate Judge Marianne B. Bowler |

### WARRICK PHARMACEUTICALS CORPORATION'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER RELATING TO THE RENEWED MOTION FOR LEAVE TO TAKE THE DEPOSITION OF HARVEY WEINTRAUB FOR PURPOSES OF DISCOVERY

Defendant Warrick Pharmaceuticals Corporation ("Warrick") respectfully requests that the Court reconsider its March 26, 2007 Electronic Order denying Warrick's Renewed Motion for Leave to Take the Deposition of Harvey Weintraub for Purposes of Discovery in the above-captioned action, for the reasons set forth in the accompanying memorandum.

By attorneys,

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*

Dated:  April 5, 2007

## **CERTIFICATE OF CONFERRAL**

I hereby certify that counsel for Schering and Warrick attempted to confer with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues set forth herein, but did not hear back from counsel for Plaintiffs prior to the time of filing.

/s/ Adam Wright
Adam Wright

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.


/s/ Adam Wright
Adam Wright