# EXHIBIT A

```
CONNECTICUT, STATE          VS.
DEY, INC.                   TTD-CV-03-0083296S(X07)

ORDER 08/11/06

#258/PLAINTIFF'S OBJECTIONS TO NOTICE OF
DEPOSITION OF HARVEY WEINTRAUB...DATED
04/25/06: OVERRULED.

#262/PLAINTIFF'S OBJECTION TO RE-NOTICE OF
DEPOSITION OF HARVEY WEINTRAUB...DATED
05/10/06: OVERRULED.

PER SFERRAZZA, J.
FLORA PIZZOFERRATO, ESQ.
COURT OFFICER - COMPLEX LITIGATION - TOLLAND
NOTICE SENT TO ALL PARTIES OF RECORD:
08/11/06.

                              ANDREW P GAILLARD
                              HOWARD, LLP
                              ONE CANTERBURY GREEN
SUPERIOR COURT
69 BROOKLYN STREET
ROCKVILLE, CONNECTICUT   06066   STAMFORD        CT 06901


DATED: AUG 11, 2006
TTD
```