# EXHIBIT 3

Page 1

1       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
2            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
3
4       ------------------------------x
        In Re: PHARMACEUTICAL          )
5       INDUSTRY AVERAGE WHOLESALE     ) MDL No. 1456
        PRICE LITIGATION               ) CIVIL ACTION NO.
6                                      )   01-CV-12257-PBS
        ------------------------------)
7       THIS DOCUMENT RELATES TO       )
        ALL ACTIONS                    )
8       ------------------------------x
9
10          30(b)(6) DEPOSITION OF WILLIAM PARKS
11                   New York, New York
12                 Monday, August 2, 2004
13                       9:30 a.m.
14          30(b)(6) deposition of Janssen
15      Pharmaceutica Inc., by WILLIAM PARKS, held
16      at the offices of Patterson, Belknap, Webb &
17      Tyler LLP, 1133 Avenue of the Americas, New
18      York, New York, pursuant to Notice, before
19      Frank J. Bas, a Registered Professional
20      Reporter and Notary Public of the State of
21      New York.
22

Page 70

1   A.   Yes.
2   Q.   They correct their databases to
3   reflect your new WAC, right?
4   A.   Mm-hmm.
5   Q.   And then they also publish an AWP for
6   the drug, right?
7   A.   I'm not familiar with Blue Book, but
8   I do know Red Book does, as well as Medaspan has
9   a database that also includes an AWP.
10  Q.   Is that AWP -- the AWP they have, is
11  that different than the suggested AWP?
12  A.   When you say "they," it depends on
13  the publication.
14  Q.   Okay, well, any publication.  Have
15  there been occasions where what you say is the
16  suggested AWP is different than what is the
17  published AWP?
18  A.   I'm sorry, can you repeat that?
19  Q.   Sure.  If I look in Red Book I'll see
20  a column that says AWP, right?
21  A.   Yes.
22  Q.   The same thing in First Data Bank,

Page 71

1   right?
2   A.   Mm-hmm.
3   Q.   Okay.  That column that says AWP, is
4   that the same number as the suggested AWP?
5   A.   In Red Book it is.
6   Q.   Okay.
7   A.   And First Data Bank it is not.
8   Q.   As to First Data Bank, has that
9   always been the case, that the number at First
10  Data Bank was different than the suggested AWP?
11  A.   No.
12  Q.   When did that change?  Let me back
13  up.  So for some period of time the suggested AWP
14  would be the same number as the AWP listed in
15  First Data Bank, right?
16  A.   That's correct.
17  Q.   Okay.  When did that not -- when did
18  that not be the same number?  That's a bad way to
19  say it, but you know what I'm asking.
20  A.   I believe it was 2002.  March of
21  2002.
22  Q.   What happened then?

Page 72

1   A.   March or April.  It could have been
2   April.  What happened then, Red Book continued to
3   publish our suggested AWP, and First Data Bank in
4   one of their sources called Price Alert,
5   published a different AWP than our suggested AWP.
6   Q.   Higher or lower?
7   A.   Higher.
8   Q.   Is this a situation that in Price
9   Alert they started to publish an AWP that was
10  25 percent higher than your WAC as opposed to the
11  20 percent it used to be?
12  A.   That's correct.
13  Q.   First Data Bank's other publication
14  is NDDF, is that right?
15  A.   I'm not familiar with it.
16  Q.   You said in Price Alert.
17  A.   Yes.
18  Q.   So they have some other publications?
19  A.   I don't know.  That's the one that
20  I've always referenced, though.  It's the one
21  that seems to be the most widely used by retail
22  and other third-party payers.

Page 73

1   Q.   So when you said in one of their
2   publications, it's not that you were aware of
3   another publication where they didn't change that
4   WAC-to-AWP ratio?
5   A.   They have an on-line source called
6   AnalySource, which also has AWP and wholesale
7   acquisition cost.
8   Q.   When the WAC-to-AWP ratio changed in
9   Price Alert, did it also change in the on-line
10  source?
11  A.   From First Data Bank, yes.
12  Q.   I'm only asking you this question
13  because when you say, I noticed that it changed
14  in one of their publications, it makes me think
15  that you saw another publication where it didn't
16  change.
17  A.   And I don't know.
18  Q.   Okay.
19  A.   I just know of one publication,
20  that's correct.
21  Q.   Did you do any investigation or
22  inquiry to see what caused them to change the

Page 82

1  wholesaler expresses an AWP higher than what you
2  suggested?
3  A.  I hadn't seen it until that time.
4  Q.  Now, after that time did you go out
5  and look at the wholesalers and see if you could
6  find examples of wholesalers suggesting an AWP --
7  stating an AWP higher than what you had
8  suggested?
9  A.  Not really, no.  Again, AWP does not
10 affect our product line, ambient oral market.
11 The only number that's important to me is the
12 wholesale acquisition cost.
13 Q.  I understand that.  I'm just asking
14 you, have you ever, either before or after you
15 talked to Kay Morgan, seen an example of where
16 the wholesalers, or any of your direct customers,
17 were stating an AWP higher than the suggested AWP
18 provided by you?
19 A.  Well, I don't see any of their
20 publications, so I have not seen where they
21 either promote or have a price list that has the
22 AWP on it.  I don't know.  I just am unaware of

Page 83

1  how the wholesalers market their services and
2  sell their product out to the end user.  Other
3  than what I read in the pink sheets and things
4  like that.
5  Q.  By the way, this change by First Data
6  Bank of the, what I'm going to call the ratio
7  between WAC and AWP, this applied to just certain
8  products or to all J&J products?
9  A.  I can speak to these five.  It
10 applied to those five that we had a suggested
11 AWP, and then First Data Bank moved it up to a
12 higher AWP.  Again, based upon what they use as a
13 survey, or claim they used as a survey.
14 Q.  When did they move it up?  Did they
15 move all of these up in one day?
16 A.  We had a price action during this
17 time, and when they recalibrated the acquisition
18 cost to the new communication that I sent out,
19 evidently they recalibrated the AWP at that time.
20 Q.  So it happened when you changed the
21 price?
22 A.  Yes.

Page 84

1  Q.  By the way, you changed the price of
2  all five of these products at the same time?
3  A.  No.
4  Q.  Typically at Janssen, would many
5  products change at the same time, or would it be
6  an individual decision of what product to change
7  price, when?
8  A.  Since '91 it's kind of varied.  Some
9  products would go together, others wouldn't.  And
10 in this particular case four of the products had
11 a price change, one did not.
12 Q.  Are you aware that this change in the
13 ratio between WAC and AWP happened to other
14 products at J&J at this time?
15 A.  Yes.
16 Q.  Is it fair to say that you were J&J's
17 contact person with Kay Morgan over there?
18 A.  There were other people that had
19 contacted Kay, but she prefers to work with one
20 J&J contact.
21 Q.  And that was you?
22 A.  Yes.

Page 85

1  Q.  And, in fact, you sent some e-mails
2  throughout -- beyond Janssen, discussing your
3  communications with Kay Morgan?
4  A.  Yes.
5  Q.  Other than those e-mails, was there
6  any other discussion or meeting at J&J about this
7  change by First Data Bank?
8  A.  Not that I'm aware of.
9  Q.  Any further follow-up on the part of
10 J&J, meaning a letter to First Data Bank, or
11 anything like that?
12 A.  Not that I was aware of.  So if any
13 communication was sent over, I'm not aware of it.
14 Q.  Are you still the contact person with
15 Kay Morgan over there?
16 A.  Yes.  In fact, most -- she'll
17 recommend other people to call me if they have
18 questions.  But I can't say, again, that not
19 everyone -- not other people within J&J are
20 calling there.  But she prefers to deal with just
21 one.  You can imagine how many phone calls she
22 might have received.

Page 86

1  Q.  I can imagine. Prior to this change
2  by First Data Bank, did they give you any notice
3  or warning that this was going to happen?
4  A.  No.
5  Q.  So how did you discover it? When you
6  looked in a First Data Bank report or Price Alert
7  and saw it?
8  A.  Yes. At least I think. Let me
9  rephrase that. I think that that's what the
10 trigger was. I don't know if someone called me
11 and said it appears to be different, based on the
12 conversations that they had with someone else.
13 But my general understanding was that it was at
14 that time.
15 Q.  Okay.
16     MR. MACORETTA: You know what? We've
17 been going for a little bit. Let's just
18 take a break here for a couple of minutes.
19     MR. SCHAU: Sure.
20     (Recess.)
21
22 BY MR. MACORETTA:

Page 87

1  Q.  Mr. Parks, the suggested AWP, why do
2  you even provide that number?
3  A.  It's just always there. And when I
4  came in to trade sales, there was an AWP on the
5  form, and we just continued to include it. It's
6  a good question.
7  Q.  Thank you. What form are you talking
8  about, when you say "on the form"?
9  A.  There was a typical price change
10 notification form that my predecessor had used,
11 and we just continued to use that.
12 Q.  Did you ever ask that question to
13 anybody: Why are we even stating this number,
14 suggested AWP?
15 A.  No.
16 Q.  Let me show you what we're going to
17 mark as Exhibit Parks 003.
18     (Exhibit Parks 003 for
19     identification, document Bates-numbered
20     MDL-JAN00002915 through 2916, urgent price
21     change notification, March 8, 2002.)
22     MR. SCHAU: I just noticed, I

Page 88

1  probably should have mentioned this earlier,
2  but the fact that this is a highly
3  confidential document reminds me that at
4  least for the moment I would like to
5  designate the entire transcript highly
6  confidential under the terms of the
7  protective order, and if there are sections
8  that you have problems with on that, we can
9  address them later on.
10     MR. MACORETTA: That's fine. I'm not
11 sure this would go under the definition of
12 highly confidential, but we'll deal with
13 that when we get there.
14     MR. SCHAU: I understand.
15 BY MR. MACORETTA:
16 Q.  Mr. Parks, this is you on the front
17 page, right?
18 A.  That's correct.
19 Q.  Okay. Page 2, is this typically the
20 form of price list that you send out to people?
21 A.  Yeah. There may be slight
22 modifications from time to time, but

Page 89

1  predominantly this is the format that we've been
2  sending it out in.
3  Q.  And the Direct Distributor Price,
4  that's the WAC?
5  A.  That's correct.
6  Q.  Is that a common term you use at
7  Janssen, Direct Distributor Price?
8  A.  Again, it was on the form.
9  (Nodding.)
10 Q.  By the way, when I look at this, at
11 the bottom for Aciphex it says it's co-marketed
12 by Eisai, is that how you say that?
13 A.  Yes.
14 Q.  Eisai and Janssen? Is that in the
15 United States, it's co-marketed by Eisai?
16 A.  It is in the United States, yes, and
17 I believe it -- there's different relationships
18 throughout the world.
19 Q.  I just want to talk to you about the
20 United States. What does Eisai do to market
21 Aciphex in the United States?
22 A.  I'm sorry. They're the manufacturer

# EXHIBIT 4

Page 30

1  expectations were. We've been through that in --
2  for days.
3      And, you know, to just to pull a question
4  out of -- out of thousands of pages of transcript,
5  I -- I'd want to think about how I'm responding to
6  these in the context of that entire report and that
7  entire record. And I -- I feel reluctant to just
8  respond de novo to a question that's pulled out of
9  an earlier matter.
10     Q.  What I want to do is show you your
11  December 15, 2005 --
12     A.  Abbreviated version.
13     Q.  -- report in the class action. It's
14  entitled, "Declaration of Raymond S. Hartman in
15  Support of Plaintiffs' Claims of Liability and
16  Calculation of Damages." I don't think there's any
17  need to mark that as an exhibit here, but I want to
18  direct your attention to Paragraph 21.
19     A.  And as I'm attempting to respond
20  accurately and in an informed way, I'm kind of
21  quickly looking at what went before. Did you say
22  Paragraph 21 or Page 21?

Page 31

1      Q.  Paragraph 21.
2      A.  (Witness reviews document.) Okay. So I'm
3  at Paragraph 21. Your question?
4      Q.  Just directing your attention to Paragraph
5  21.
6      A.  Right.
7      Q.  Do you have it?
8      A.  I do.
9      Q.  And what you do in Paragraph 21 is you
10  quote from the Court's August 2005 opinion in which
11  the Court describes your methodology. And you say
12  at the bottom of the page that we're looking at
13  here, it's Page 14, "She concludes --" she,
14  referring to the Court, "-- Hartman terms his
15  overall approach the yardstick method because he
16  intends to determine what the market reasonably
17  expected the spread to be on average." Is that
18  what you did in the class actions?
19     A.  As for a yardstick for determination of --
20  of liability, that's what I did, yes.
21     Q.  And the yardstick that you used was 30
22  percent, correct?

Page 32

1      A.  That's correct.
2      Q.  And that -- you used that 30 percent
3  yardstick because that's what you determined the
4  market expectation to be, correct?
5      A.  I used that 30 percent because I reviewed
6  a set of comparator drugs. I reviewed a set of the
7  -- the information that is discussed in Paragraph
8  21, and I found the 30 percent to be a conservative
9  bound for an expectation for a drug that was not
10  subject to the -- the exploitation of spread for
11  spread competition or to move market share.
12     Q.  And that expectation would apply to the
13  Medicaid agencies as well as the rest of the
14  marketplace, is that correct?
15     A.  This expectation and this understanding
16  was a -- a general statement for the market as a
17  whole.
18     Q.  And that would include Medicaid, correct?
19     A.  It -- it includes all market participants.
20     Q.  Including Medicaid, correct?
21     A.  That's right.
22     Q.  Have you read any of the depositions in

Page 33

1  the Montana and Nevada case?
2      A.  I think my staff has. I think I've asked
3  them to, but I can't recall at the moment.
4      Q.  You personally have not done so?
5      A.  Can I -- can I ask one -- one -- are we
6  done with this?
7      Q.  Yes.
8      A.  Can I -- okay. Can I just get this out of
9  the way. I have rubber bands around my hands, and
10  I just want to kind of give this back to you. I
11  can't recall whether I did or not. I -- if there
12  were cases where I wanted to see the discussion of
13  a particular topic, I would ask my staff to review
14  discovery materials. And if there -- and I will
15  generally ask is there deposition testimony that --
16  that goes to this issue. But I can't recall what
17  was -- or what I saw. If I relied on it, it would
18  appear in the notes.
19     Q.  So is it fair to say that you can't
20  identify any particular depositions that you have
21  read in connection with the Montana and Nevada
22  cases?