UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL NO. 1456 MASTER FILE NO. 01-CV-12257-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Hon. Patti B. Saris |
| | ) | |
| *State of Nevada v. American Home Prods. Corp., et al.,* D. Nev. Cause No. CV-N-02-0202-ECR | ) ) ) | |

**DECLARATION OF JAMES J. DUFFY IN SUPPORT OF DEFENDANT
ASTRAZENECA PHARMACEUTICALS LP'S INDIVIDUAL RULE 56.1 RESPONSE
TO THE ADDITIONAL FACTS RELIED UPON BY THE STATE OF NEVADA
<u>IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT</u>**

I, James J. Duffy, declare the following:

1.      I am an associate of the law firm of Davis Polk & Wardwell, attorneys for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-referenced action. I submit this declaration in support of AstraZeneca's individual Rule 56.1 response to the additional facts relied upon by the State of Nevada in response to Defendants' motion for summary judgment.

2.      Attached hereto as Exhibit 1 is a true and correct excerpted copy of the transcript from day nine of the bench trial in *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, dated November 21, 2006, pages 76-84.

I swear under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Dated: New York, New York
April 5, 2007

By: /s/ James J. Duffy
James J. Duffy (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4000

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2007, I caused a true and correct copy of the foregoing, Declaration of James J. Duffy in Support of Defendant AstraZeneca Pharmaceuticals LP's Individual Rule 56.1 Response to the Additional Facts Relied Upon by the State of Nevada in Response to Defendants' Motion for Summary Judgment, to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

/s/ Katherine B. Schmeckpeper