UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | ) ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | Judge Patti B. Saris |
| STATE OF NEVADA V. AMERICAN HOME PRODUCTS, ET AL., CA NO. 02-CV-12086-PBS (Nevada II) | ) ) ) ) ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

**DEFENDANTS' JOINT MOTION TO STRIKE THE DECLARATIONS OF CHARLES DUARTE AND COLEEN LAWRENCE SUBMITTED IN SUPPORT OF STATE OF NEVADA'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

For the reasons set forth in the accompanying memorandum of law and supporting materials, the Court should strike the incompetent portions of the declarations of Charles Duarte and Coleen Lawrence. The specific material that should be stricken is set forth in Attachment A (relating to the Duarte declaration) and Attachment B (relating to the Lawrence declaration).

As those attachments reveal, once the offending material is stricken from the Duarte and Lawrence declarations, what remains is little more than background information regarding the declarants and Nevada Medicaid, none of which counters the Defendants' arguments for summary judgment.

1

*Respectfully submitted,*

/s/ Carisa A. Klemeyer
Steven A. Kaufman (BBO # 262230)
Brien T. O'Connor (BBO# 546767)
Christopher R. Dillon (BBO# 640896)
Carisa A. Klemeyer (BBO# 655045)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

*Attorneys for Schering-Plough Corporation & Warrick Pharmaceuticals Corporation on behalf of the Defendants in Nevada I and Nevada II*

Dated: April 5, 2007

## CERTIFICATE OF COMPLIANCE WITH LR 7.1

I hereby certify that counsel for Schering-Plough Corporation and Warrick Pharmaceuticals Corporation conferred with counsel for Plaintiff State of Nevada on April 5, 2007, in a good faith effort to resolve or narrow the issues set forth herein, and counsel to the State of Nevada indicated that the State of Nevada does not assent to this motion.

/s/ Carisa A. Klemeyer
Carisa A. Klemeyer

## CERTIFICATE OF SERVICE

I, Carisa A. Klemeyer, hereby certify that a true copy of the foregoing document was served upon all counsel of record in Nevada I and Nevada II electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 5th day of April, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

/s/ Carisa A. Klemeyer
Carisa A. Klemeyer