UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY )<br>AVERAGE WHOLESALE PRICE )<br>LITIGATION )<br><br>_____ )<br><br>THIS DOCUMENT RELATES TO: )<br><br>*State of Nevada* v. *American Home Prods.* )<br>*Corp.*, *et al.*, )<br>D. Nev. Cause No. CV-N-02-0202-ECR ) | Civil Action No. MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |

**DECLARATION OF CARISA A. KLEMEYER DATED APRIL 5, 2007**

I, the undersigned Carisa A. Klemeyer, submit this Declaration.  I have personal knowledge of the following facts.

1.      I am an attorney at the law firm of Ropes & Gray LLP, counsel to Defendants Schering-Plough Corporation and Warrick Pharmaceuticals Corporation.

2.      Attached hereto at Tab 102 is a true and correct copy of excerpts from the Deposition of Patricia K. Morgan.

3.      Attached hereto at Tab 103 is a true and correct copy of excerpts from the Deposition of Coleen Lawrence, Volume IV.

4.      Attached hereto at Tab 104 is a true and correct copy of Lawrence Dep. Vol. IV Ex. 1.

5.      Attached hereto at Tab 105 is a true and correct copy of Lawrence Dep. Vol. IV Ex. 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Carisa A. Klemeyer
Carisa A. Klemeyer

Dated:  April 5, 2007