# Tab 102

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------x
In Re: PHARMACEUTICAL           )
                                )
INDUSTRY AVERAGE WHOLESALE      ) MDL No. 1456
                                )
PRICE LITIGATION                ) CIVIL ACTION NO.
                                )   01-CV-12257-PBS
                                )
------------------------------  )
THIS DOCUMENT RELATES TO        )
ALL ACTIONS                     )
------------------------------x

IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

--------------------------------------
ROBERT J. SWANSTON, Individually and )
on behalf of himself and all others  )
Similarly situated,                  )
                                     )
              Plaintiff,             )   Case No.
v.                                   )   CV2002-004988
                                     )
TAP PHARMACEUTICAL PRODUCTS,         )   Vol. 1
INC., et al.,                        )
                                     )
              Defendants.            )
--------------------------------------


     VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN
              New York, New York
           Tuesday, January 11, 2005

Patricia Kay Morgan  Highly Confidential        January 11, 2005
                     New York, NY

Page 25

1     to strike rambling responses.  That's all.
2             MR. MORGENSTERN:  No.
3     EXAMINATION BY
4     MR. MORGENSTERN:
5         Q.     Okay.  Ms. Morgan, my name is Saul
6     Morgenstern, I represent Novartis Pharmaceuticals
7     in this action.  And I'll be asking you some
8     questions this morning followed by one or two of
9     the other defendants' lawyers.  And we've tried
10    to organize ourselves so that we will not take
11    too much of your time.
12            MR. MORGENSTERN:  And as I mentioned
13        in my letter earlier to you, Mr. Schulz,
14        that we will try to reserve some of that
15        time and then turn the witness over to the
16        plaintiffs so that if there are any
17        follow-up questions we have after their
18        examination, we'll have some time to do
19        that.
20            MR. SCHULZ:  And we have no objection
21        to that as long as everyone else has agreed
22        and as long as any redirect is, you know,

Patricia Kay Morgan    Highly Confidential          January 11, 2005
                       New York, NY

Page 26

1   kept within the scope of the cross. As you
2   can see.
3           The other point I would just like to
4   make at the outset too is that Judge Saris
5   has instructed everyone not to repeat
6   information that's already been disclosed in
7   the Texas transcript and we'll expect you to
8   abide by that.
9           MR. MORGENSTERN: We're going to try.
10  BY MR. MORGENSTERN:
11      Q.   Okay, Ms. Morgan, what is your
12  current position?
13      A.   I'm the manager of product
14  knowledge-based services with First Data Bank.
15      Q.   And have you held that position since
16  joining First Data Bank?
17      A.   Yes, sir, I have.
18      Q.   And what are your responsibilities in
19  that position?
20      A.   I'm responsible for adding the
21  product level information to the database.
22      Q.   What does that mean, product level

1  information?

2  A. The information that relates to the
3  product itself. The NDC number; the product
4  name; the Rx OTC categories.

5  Q. When did you join First Data Bank?

6  A. April 1, 1999.

7  MR. MORGENSTERN: Can you mark this
8  Exhibit Morgan 001 for identification, please.

9  (Exhibit Morgan 001 for
10  identification, background summary of
11  Patricia Kay Morgan, two pages.)

12  Q. Ms. Morgan, I would like to give you
13  what we've marked as Exhibit Morgan 001 for
14  identification, that's Tab 1 in your binder.

15  MR. SOBOL: Do you have copies, Saul?

16  A. Yes. To try and save some time,
17  we've created this little summary of your
18  background based on prior testimony that we've
19  read, and I wonder if you could take a quick look
20  at it and tell us whether we've accurately
21  summarized your background, leading up to your
22  joining First Data Bank.

Patricia Kay Morgan    Highly Confidential        January 11, 2005
                      New York, NY

Page 28

1                (Witness reviews document.)
2        A.      The sequence of the job
3    responsibilities is a little out of sync, but
4    okay.
5        Q.      Okay.  Thanks very much.
6                MR. MORGENSTERN:  Would you mark this
7    as Exhibit Morgan 002 for identification, please.
8                (Exhibit Morgan 002 for identification,
9        document Bates-stamped FDB-AWP 028372-77,
10       entitled Profiles of First Date Bank.)
11   BY MR. MORGENSTERN:
12       Q.      I show you what has been marked as
13   Exhibit Morgan 002 for identification and ask you
14   whether you've ever seen that before, please?
15       A.      No, I have not.
16       Q.      Does First Data Bank publish
17   documents like this called Profiles of First Data
18   Bank?
19               MR. SCHULZ:  Today?
20               MR. MORGENSTERN:  Today.
21       A.      This is not within my area, so I
22   couldn't testify as to whether we published

Patricia Kay Morgan    Highly Confidential    January 11, 2005
New York, NY

Page 35

1       foundation.  If you know.
2           A.   We request the published price from
3   the manufacturer to the wholesaler.
4           Q.   Great.  You said there's a direct
5   price field?
6           A.   Correct.
7           Q.   What does that correspond to?
8           A.   Direct price is for those companies
9   that sell direct.  In addition to selling through
10  wholesalers, or for those that only sell direct
11  and do not sell through wholesalers.
12          Q.   And where does the information for
13  that field come from?
14          A.   It again is defined as the published
15  direct price from the manufacturer to
16  non-wholesale customers.
17          Q.   So you get it from manufacturer price
18  lists?
19          A.   Correct.
20          Q.   Calculated WP, what does that refer
21  to?
22          A.   It was a field that was in existence

1  before I arrived.  For all purposes now it
2  matches our Blue Book field.
3       Q.    Okay.  SWP, what does that refer to?
4       A.    It's the suggested wholesale price,
5  and it's populated if the manufacturer suggests
6  an AWP.
7       Q.    Some manufacturers include an AWP on
8  their price lists; is that correct?
9       A.    A suggested AWP, yes.
10      Q.    And that's where you put that into
11 what you call the SWP field?
12      A.    That's correct.
13      Q.    What is Blue Book price?
14      A.    Blue Book is what's become synonymous
15 with AWP to many of our customers, so it is the
16 average wholesale price, so it's the price that
17 includes the markup after our wholesaler survey,
18 if the product's available through the
19 wholesaler.
20      Q.    And what's the federal upper limit
21 price?
22      A.    That is a number we populate that's

Patricia Kay Morgan    Highly Confidential    January 11, 2005
New York, NY

Page 37

1   supplied by CMS for multisource products.
2       Q.   You get that directly from the
3   government?
4       A.   That's correct.
5       Q.   And the Medicare AWP?
6       A.   I'm sorry, it's Medicaid.
7       Q.   Or Medicaid, sorry.
8       A.   AWP.  That again is prices that were
9   provided to us by the Department of Justice.
10      Q.   Now, in Exhibit Morgan 003, if you take a
11  look at the fourth full paragraph, the last sentence
12  says, "We also consider the manufacturer's
13  suggested wholesale price in our determination."
14           Does that refer to your determination
15  of Blue Book AWP?
16      A.   Yes, sir.
17      Q.   How is the manufacturer's suggested
18  wholesale price considered in that determination?
19  What role does it play?
20      A.   Well, there are some manufacturers,
21  and we use the term manufacturers quite loosely,
22  we're actually talking about any supplier of data

Patricia Kay Morgan   Highly Confidential         January 11, 2005
                       New York, NY

Page 110

1       A.    Correct.

2       Q.    And that is consistent with the
3  AstraZeneca price announcement in Exhibit Morgan 023.
4  Correct?

5       A.    Correct.

6       Q.    That number is not in plaintiffs'
7  chart for Prilosec?

8       A.    Correct.

9       Q.    Now, if you go three lines up from
10 there in Exhibit Morgan 010, for Prilosec you have,
11 there's a column labeled BB PKG, that is the
12 First Data Bank Blue Book AWP, correct?

13      A.    Correct.

14      Q.    And that number for that date of
15 January 2002, $6,621.67, correct?

16      A.    Correct.

17      Q.    And that corresponds to the AWP after
18 alliance number provided in paragraph 591 of
19 Exhibit Morgan 018 for Prilosec; is that correct?

20      A.    That's correct.

21      Q.    But that number does not appear
22 anywhere on the, for Prilosec anywhere on the

Patricia Kay Morgan  Highly Confidential        January 11, 2005
New York, NY

Page 111

1   AstraZeneca price list marked Exhibit Morgan 023.
2   Correct?
3       A.   That's correct.
4       Q.   So unlike 2001 the AWP -- the Blue
5   Book AWP for First Data Bank was different from
6   the suggested AWP for AstraZeneca's Prilosec.  Is
7   that correct?
8       A.   That's correct.
9       Q.   And why was that?
10          MR. SOBOL:  Objection to form.
11      Q.   What accounted for the change from --
12          MR. KERN:  Don't speculate.  Lacks
13      foundation.  Go ahead.
14      Q.   -- the 20 percent -- assuming the
15  plaintiffs' chart is correct, the markup,
16  reported markup in the First Data Bank database
17  was 20 percent for 2001 but 25 percent in 2002?
18      A.   I did not investigate this one, so I
19  have no reason to know why it changed.
20      Q.   Did anybody at AstraZeneca tell you
21  to change it?
22      A.   No, they did not.

Henderson Legal Services
(202) 220-4158

74b65e95-d49e-4f07-ade8-2e8c250ec1e0

1   Q.   Do you have any reason to believe
2   that it was changed for any reason other than
3   your usual practice of surveying wholesalers and
4   populating your database?
5           MR. SOBOL:  Objection to form.
6   A.   I have no reason to believe that it
7   would change otherwise.
8   Q.   I would like to turn to the entries
9   on the plaintiffs' chart in paragraph 591 for
10  Aventis.  It's the third entry for Allegra 60 mg.
11  100s.
12          In -- and I believe the entries for
13  Allegra on our extract from the First Data Bank
14  database are on page 1 and 2.  Looking at
15  Exhibit Morgan 010, the -- seven lines up from the
16  bottom, the entry for Allegra 60MG tablets 100
17  count, it says WHN package.  That would be in the
18  First Data Bank database the Aventis WAC; is that
19  correct?
20  A.   Correct.
21  Q.   And that is listed in that column as
22  $98.63.  Is that correct?