# Tab 104

Nevada Medicaid Pharmacy- this is an optional program under the Nevada Medicaid state plan. Once the decision was made to have pharmacy benefits there came several regulations that manage the program. If the state decided to have pharmacy benefits, they must participate in the DUR board. They also would have the option of participating in the drug rebate program (Nevada chose to). Nevada Medicaid has a "open formulary", meaning we 1) cover all FDA approved drugs unless they are on our exclusionary list (see the chapter i.e. weight control, experimental), 2) the manufacturer participates in the drug rebate program (if not the drug must be rated a 1-A or 1-AA by FDA), and the drug does not fall on the FDA DESI list (meaning there is another drug more effective.

Pharmacy reimbursement
The reimbursement of drugs is through the National Drug Code (NDC) number that is maintained through First Data Bank. The current reimbursement is AWP-10% plus a handling fee of $4.76 per prescription. With all of the recent changes in medicaid across the nation everyone is looking on cost savings through the pharmacy program. Pharmaceuticals across the board are increasing in costs. One item we will be exploring is raising the 10%. Office of the Inspector General did a study that shows the allowed mark up from pharmaceuticals. This is a highly controversial study from manufacturers. There are several positions on this paper with the end conclusion being that their study may not have been valid. They projected a 21% mark up. Even though we do not want to go to that extreme it will be beneficial for us to look at a minimal increase. The way we can assist providers is to increase the percentage but to also increase the handling fee. The handling fee is what pays the administrative costs a pharmacy must incur with filling these prescriptions. This is a highly controversial area with some big ticket players.

Unit Dose Drugs
Unit dose is when a nursing facility has a blister pack of drug they can return the unused portion back to the pharmacy and the pharmacy can receive a credit for it. They send a reconciliation invoice to anthem and they settle it with their accounts. The current debate on this is, we cover unit dose for blister packs (individually marked sections) the Nursing Facility Association has brought it to the State Board of Pharmacy that they would like the capability of getting unit dose returns on bingo cards (printed only once on the card not individually). They say this would be a large cost savings to the nursing facilities. The first step is the Board of Pharmacy needs to decide if this is legitimate. It has been brought to Chuck's attention and we need to discuss it further, but I believe as long as the Board of Pharmacy agrees to it, we probably wont disagree with it. It needs some more research. Other states are doing it.

ADURS
There is a website that once you get settled I will have you join in on. It is for the ADURS and it is very helpful because there are other Medicaid States that exchange information on their policies. Great resource for you.



Δ π EXHIBIT __1__
Deponent_____
Date_____ Rptr._____
WWW.DEPOBOOK.COM

DUR Board

Drug Utilization Review Board is a federally mandated board through the Code of Federal Regulations 456.700-456.725 and the Medicaid Drug Amendments contained in the Omnibus Budget Reconciliation Act of 1990 (Public Law 101-508). Nevada Medicaid has contracted with Health Information Designs (HID) to provide retrospective DUR for recipients receiving pharmaceuticals. HID contact is Steve Espy, RPh. Currently the members for the Board are Dave England, RPh, Dr. Steve Parker, Dr. Joseph Johnson, and Lori Winchell, PA. The board meets on a quarterly basis teleconferencing the southern and northern parts of Nevada. A statement was made that the DUR board did not feel they were very active within the last year. This will soon change. There are several areas that we will begin focussing on with the DUR. Each quarter we receive information from claims data that trends the costs and utilization with pharmaceuticals. By looking at the last few reports it was apparent that the criteria was unclear. With Steve Espy we will present to the DUR board criteria that will focus on disease management (i.e. asthma) and utilization of narcotics (oxycontin).

Drug Rebate

The Omnibus Budget Reconciliation Act of 1990 (OBRA '90) established the federal Medicaid drug rebate program. The Drug Rebate Program gives state Medicaid programs the opportunity to receive rebates on reimbursed drugs so that Medicaid would have similar access to prices paid by other large purchasers.

Pharmaceutical manufacturers must sign an agreement with the Secretary of the U.S. Department of Health and Human Services (HHS) offering the states rebates as a condition for Medicaid reimbursement of their products. If a manufacturer chooses not to enter into the rebate agreement, states do not receive federal Medicaid financial participation for that manufacturer's drugs.

The rebate process consists of manufacturers submitting their pricing data to Center for Medicare and Medicaid Services (CMS) within 30 days of the end of each quarter. CMS then compiles the pricing data onto a magnetic tape and distributes it to the states. The states use the magnetic tape data to generate quarterly rebate invoices to manufacturers. The State has 38 days after the receipt of the magnetic tape to generate rebate invoices and mail them to the manufacturers.

Disputes occur when a manufacturer and a state Medicaid pharmacy program have disagreements about state utilization data. The Dispute Resolution Process involves a period for both parties to seek resolution of dispute through exchange of information and informal negotiations. Data inconsistencies, unit types, units dispensed matches amount paid, NDC numbers match manufacturer NDC numbers and incorrect decimal position cause a majority of disputes. Copies of pharmacy billing invoices from Anthem Blue Cross/blue Shield, calls to pharmacists and other research helps resolve disputed drugs.

Nevada Medicaid perceives to have, within one year, a Medicaid Management Information System (MMIS) that includes Point of Sale (POS) for the pharmacy program. In lieu of the development of this system, Nevada Medicaid currently is not participating in any

reconciliation/dispute resolutions. The contractor has three options of bidding on this Drug Rebate RFP; 1) Retrospective reconciliation/dispute processing, 2) Current reconciliation/dispute processing, and 3) Current and retrospective reconciliation/dispute processing with the ability to modify the contract for the implementation of the POS.

In the past the duties of the drug rebate program have fluctuated back and forth between the accounting and pharmacy departments. Since June of this year it has been located with the accounting department by their request. Unfortunately, this occurred at the same time there was considerable transition with the program staff. Due to the cumbersome manual process of bookkeeping and the lack of knowledge on the accounting staff the drug rebate program has been in auto pilot. Meaning there has been no reconciliation or disputes with the manufacturers. Whatever we invoice to the manufacturer to pay we expect that amount. They have the right to pay what they feel is appropriate, but at this time we are not actively working on it with them. Before June, the program was maintained by one person who would manually reconcile invoices off of green-bar reports with no automated functions. This process led an average of anywhere from 9-15% of rebates collected from total drug expenditures. The national average is 20%. This desripency would be the number one cause with the lack of staff in house, that we are contracting this part of the program to a qualified vendor. We are currently in the process of constructing a Request For Proposal (RFP) for the vendors to bid on. The drug rebate program began back in 1991, the downfall for Medicaid is disputes can occur anytime from 1991 to present. Until congress passes legislation that prevents this, we should have the capabilities to conduct retrospective review on the claims and history. We don't have the capability at this time since it was mainly processed through manual paperwork. Part of the bidding process is to allow vendors to bid on retro work. Since we were so low on our reconciliation collection in the past the hope would be there is some untapped funding out there.

Inpatient services
Currently, there is a rate study in effect for the state with an accounting firm named Meyers & Stoffer, LLC. They are reviewing several areas of rates, one being the hospitals. Hospitals are paid on a 6 tiered level of reimbursement by the number of days the patient is in the hospital. See below

| COST CENTER CODE | Definition | Rate from 10/01/01 |
|---|---|---|
| Medical/Surgical | | |
| X03505 | 1-5 days | $ 3,640.00 |
| X03510 | 6-10 days | $ 9,095.00 |
| X03515 | 11-15 days | $17,635.00 |
| X03520 | 16-20 days | $24,170.00 |
| X03525 | 21-25 days | $51,720.00 |
| X03501 | Per Diem (after 25th day) | $ 1,005.00 |
| X03526 | Intermediate | $ 180.00 |
| X03527 | Skilled | $ 250.00 |
| Maternity | | |
| X03303 | 1-3 days | $ 2,195.00 |
| X03304 | 4+ days | $ 5,700.00 |
| X03326 | Intermediate | $ 180.00 |
| X03327 | Skilled | $ 250.00 |
| Newborn | | |
| X03003 | 1-3 days | $ 440.00 |
| X03004 | 4+ days | $ 2,770.00 |

| | X03026 | Intermediate | $ 180.00 |
| --- | --- | --- | --- |
| | X03027 | Skilled | $ 250.00 |
| | *NeoNatal | | |
| | X03201 | Per Diem | $ 1960.00 |
| | X03226 | Intermediate | $ 180.00 |
| | X03227 | Skilled | $ 250.00 |
| Psych/Sub-Abuse Per Diem Rate | | | |
| | X06052 | Day (psychiatric) | $ 460.00 |
| | X06020 | Day (substance abuse/detox) | $ 460.00 |
| | X06021 | Day (substance abuse treatment) | $ 460.00 |
| | X06026 | Intermediate | $ 180.00 |
| | X06027 | Skilled | $ 250.00 |

Nevada Medicaid has the highest beddays/1000 in the nation. This is a national statistic that compares the hospital utilization trend to the population. The national average is anywhere from 300-400 Nevada Medicaid is at 1900. OUCH! There are several factors that play into this increase, some which we can have a direct impact on. 1) there is a considerable amount of time it takes for a patient to qualify for Medicaid once they have been admitted into the hospital, 2) the reimbursement system gives an incentive to keep the patient in at a longer time span, 3) there is no disease management within the Medicaid system. The industry likes to say that Nevada has a much sicker population and that needs to be accounted. (its true). Our department can have a direct impact on introducing disease management into our program services. If you were to look at the Diagnostic Related Codes (DRG) or diagnosis of the individuals in the hospitals we are above average (to an extreme) with chronic conditions that can be controlled with disease management. Biggest example would be asthma, CHF, COPD. Meyers & Stoffer has been hired to address the reimbursement structure. At this time it is still in negotiations with the hospitals but they would be happy staying with the same system just increasing the money.

The only operational process that we currently have that involves the hospitals is writing out of state rate negotiations. This is in a word template that pretty much all you do is fill in the blanks with the diagnosis, estimated procedures, estimated length of stay, and the rest of the contract is in a template.

Meyers & Stoffer, LLC

Meyers & Stoffer, LLC was hired to review our rate methodologies and rates for dme, hospitals, long-term care facilities, and ambulatory surgery centers. They were hired due to the passing of a legislative bill this July. With this legislative session a bill was passed that contained monies that would be divided into the different categories to give a rate increase. There are other provider types involved in this bill than the ones mentioned above, but with M&S they are only concerned with these ones. The current status on this is in October 2001 an inflationary rate increase (we kept the current methodology just increased the rate) was given to hospitals and nursing facilities. January 1, 2002 new methodologies will be implemented for LTC facilities. July 2002, new rates and methodologies will be proposed for dme providers and possibly hospitals. Ambulatory Surgical Centers (ASC's) are currently being paid very well, in July 2002 they wont increase their rates but will adjust their methodology so there will exist more level playing fields. At this time, free-standing (not within a hospital) is paid different than hospital based facilities. Hospitals being your main

area in this rate study is still negotiating things with the industry. At first, it was believed they wanted to move to a DRG system for reimbursement. This will be the ideal methodology once our new MMIS is in place. In the interim we asked DoIT what their projected price in hours would be to convert are current system and they said 1000. Kind of expensive. So then we looked at a per diem rate (hospitals don't want this and now we are not favoring it). What has been decided (within the state) is we will keep the current methodology until we can bring up MMIS, and have to negotiate a rate increase probably in July 2002 for the hospitals.

Daily operations
The daily operations of this department would be talking with providers (pharmacies, hospitals, physician's offices) usually reviewing how to interpret the policies. The other main callers are drug manufacturer's wanting to see if their drug is on the formulary. You would need their ndc number to look in to the system (if they don't have that unless you know it is a type of med we don't cover you really cant help them). The number would have to pull up the info in our system. If it does than you can tell them then or have them send you some product info. If it doesn't pull up anything in our system tell them it needs to be registered with First Data Bank. They are contracted to manage the AWP for are formulary. They give us monthly updates and they are usually in our system between the 5th and 15th of each month.

Every Thursday or Friday you will receive the NDC Exception List, this is the list that has the codes that are pending. This is the one weekly operation that you have of going through the list and coding them appropriately. Until they are coded, the pharmacies will not be reimbursed. The volume of the report fluctuates, but if done on a weekly basis is very manageable.

Clearance
Whenever documentation needs to go out to a provider such as a policy, it has to go through the clearance meetings. This is where other departments have a time to put input into your documentation. Currently, all of the chapters for Medicaid (I think 36) are going through revisions and will have to go through clearance. There is a pretty tight schedule as to when they must appear. As you read below, keep in mind all the chapters have to go through the MCAC/CRAS also.

MCAC/CRAS
Medical Care Advisory Committee, is a federally mandated committee that is formed of 9 members (medical disciplines and one recipient) that is a public forum, that gives its recommendations to the administrator of DHCFP (Chuck) as to if a policy should be covered. The Clinical Review Advisory Committee (CRAS) is a sub-committee of the MCAC made of several professional disciplines that look at the policy in their expertise and give their recommendations to the MCAC. There are CRAS liasons (medicaid employees) that are assigned to facilitate the CRAS meeting. Currently, I am for pharmacy but eventually you will be. This is still a new process, so the bugs are being worked out. The liason is suppose to be only technical support for the CRAS, meaning if any of the members have a question on the interpretation of the policy you would help.

In the end, I know this is a lot of information that seems very overwhelming! I promise once you get settled it will all start to make sense. Just sit back and put your seat belt on because we are going for quite a ride. Lots of positive changes that could happen quite quickly. You will be very excited to be involved in a program that will be progressing for the better for the recipients, providers and our state. Please don't hesitate to ask questions. I am very appreciative that you decided to join us.

Our new motto for this area is "opportunities for excellence".