UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> Civil Action No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| *State of Montana v. Abbott Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM | |

**ERRATA TO DEFENDANTS' JOINT RESPONSE TO THE STATE OF MONTANA'S ADDITONAL FACTS RELIED UPON BY MONTANA IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants hereby submit this errata to correct an omission in Defendants' Joint Response to the State of Montana's Additional Facts Relied Upon by Montana in Response to Defendants' Motion for Summary Judgment (Docket No. 4004).  On page 2, footnote 1 of that submission, Defendants identified filings by individual Defendants in response to the State of Montana's Motion for Partial Summary Judgment Against Certain Defendants (Docket No. 3731) and the State's L.R. 56.1 Statement of Undisputed Material Facts in Support of Motion for Partial Summary Judgment Against Certain Defendants (Docket No. 3737).  Two filings submitted by Defendant Aventis Pharmaceuticals, Inc. were inadvertently omitted from that footnote: Defendant Aventis Pharmaceuticals, Inc.'s Individual Opposition to the State of Montana's Motion for Partial Summary Judgment Against Certain Defendants (Docket No. 3926) and Defendant Aventis Pharmaceuticals, Inc.'s Response to the State of Montana's L.R. 56.1 Statement of Undisputed Material Facts (Docket No. 3927).  Through submission of this errata Defendants incorporate by reference those two filings.

DATED this 5th day of April, 2007.

        **PERKINS COIE LLP**
        **ON BEHALF OF ALL DEFENDANTS**

        By: /s/ *Kathleen M. O'Sullivan*
        David J. Burman, WSBA # 10611
        Kathleen M. O'Sullivan, WSBA # 27850
        Charles C. Sipos, WSBA # 32825
        1201 Third Avenue, Suite 4800
        Seattle, WA  98101-3099
        Telephone:  206-359-8000
        Fax:  206-359-9000
        Email:  DBurman@perkinscoie.com
        E-mail:  KOSullivan@perkinscoie.com
        E-mail:  CSipos@perkinscoie.com

        Thomas J. Sartory, BBO #442500
        **GOULSTON & STORRS, P.C.**
        400 Atlantic Avenue
        Boston, MA  02110-3333
        Telephone: (617) 482-1776
        Email: tsartory@goulstonstorrs.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of April, 2007, a true and accurate copy of Errata to Defendants' Joint Response to the State of Montana's Additional Facts was mailed, postage prepaid, and served via the Lexis-Nexis Filing System:

DATED:  April 5, 2007.

                                     *Kathleen M. O'Sullivan*