UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL CLASS ACTIONS | Judge Patti B. Saris |

**PLAINTIFFS' SUPPLEMENTAL DESIGNATIONS OF SWORN TESTIMONY**

Plaintiffs hereby supplement their designations with the following testimony from the Class 2 and 3 trial.

    A.    **Robert Black**

| Plaintiffs | Direct Testimony Declaration dated November 9, 2006 (Dkt. No. 3342), ¶ 18 | |
|---|---|---|

    B.    **Stephen R. Buckanavage**

| Plaintiffs | Direct Testimony Declaration dated November 9, 2006 (Dkt. No. 3342), ¶ 8 | |
|---|---|---|
| Plaintiffs | Trial Testimony Day 5 (Nov. 14, 2006): 5:4-10 | |
| Plaintiffs | 6:24-30:14 | |
| Plaintiffs | 33:19-34:9 | |
| Plaintiffs | 36:11-36:18 | |
| Plaintiffs | 40:20-23 | |

- 2 -

| Plaintiffs | 44:22-45:6 | |
|---|---|---|
| Plaintiffs | 50:3-10 | |
| Plaintiffs | 51:2-25 | |

### C.   Alan Milbauer

| Plaintiffs | Direct Testimony Declaration dated November 9, 2006 (Dkt. No. 3342), ¶¶ 30, 31, 32 | |
|---|---|---|

### D.   Julie-Ann Tracy

| Plaintiffs | Trial Testimony Day 13 (Dec. 4, 2006) 36:14-39:7 | |
|---|---|---|
| Plaintiffs | 51:3-9 | |

DATED:  April 5, 2007          By    /s/ Steve W. Berman
                                                   Thomas M. Sobol (BBO#471770)
                                                   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm
740 S. Third Street,3rd Floor
Philadelphia, PA  19147
Facsimile:  (215) 392-4400
Telephone:  (215) 609-4661

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

- 5 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of Plaintiffs' attorneys and that, on April 5, 2007, I caused copies of **PLAINTIFFS' SUPPLEMENTAL DESIGNATIONS OF SWORN TESTIMONY** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.


       **/s/ Steve W. Berman**
      Steve W. Berman

- 5 -

001534-16 163835 V1