# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. Abbott Labs., Inc., et al.,* C.A. No. 02-00260-ECR (Nevada I)<br><br>*State of Nevada v. American Home Products, et al.,* C.A. No. 02-12086-PBS (Nevada II) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Judge Patti B. Saris |

**DECLARATION OF MICHAEL DOSS
IN SUPPORT OF BAYER'S MOTION FOR CLARIFICATION**

I, Michael Doss, hereby declare and state as follows:

1. I am an attorney admitted to practice in the State of Illinois and am a partner with the law firm of Sidley Austin LLP. I have been admitted *pro hac vice* to practice before this Court in the above-captioned action as one of the counsel for defendant Bayer Corporation ("Bayer"), which is named as a defendant in Nevada I (*State of Nevada v. Abbott Labs.*, Inc., et al., C.A. No. 02-00260-ECR). I submit this declaration in connection with Bayer's Motion for Clarification. I have knowledge of the facts stated below based on my personal knowledge and my review of discovery materials in this proceeding.

2. Attached hereto as Exhibits 1 and 2 are true and correct copies of Bayer's average sale price ("ASP") reports for the second and third quarters of 2001, together with U.S. Postal Service certified return receipts confirming delivery of the reports to Nevada. These ASP reports have been produced in discovery by Bayer in Nevada I. As reflected by these documents,

the ASP report for the second quarter of 2001 was sent to Nevada Medicaid via certified mail on August 15, 2001, and the ASP report for the third quarter of 2001 was sent to Nevada Medicaid on October 30, 2001.

3. As reflected by Bayer's discovery production in Nevada I, Bayer continued producing ASP reports to Nevada Medicaid every quarter for a period of five years after the first ASP report dated August 15, 2001. All of these ASP reports have been produced in discovery in Nevada I.

4. Although Plaintiff State of Nevada did not produce copies of all the Bayer ASP reports in its document production in this action, there has been no dispute that Nevada Medicaid began receiving the Bayer ASP reports in August 2001.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on April 6, 2007 at Chicago, Illinois.

                                                                  /s/ Michael Doss
                                                                   Michael Doss

# Exhibit 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Pharmacy Director
   Nevada Medicaid Office
   Capital Complex
   2527 N. Carson Street
   Carson City, Nevada  89710

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): NEVADA STATE WELFARE
   2527 N. Carson St.
   Carson City, NV 89706-0113

B. Date of Delivery:

C. Signature: X
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7001 0360 0004 3265 6117

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 0360 0004 3265 6117

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Pharmacy Director
Street or PO: Nevada Medicaid Office
             Capital Complex
             2527 N. Carson Street
City: Carson City, Nevada  89710

BAY-NV000001
Highly Confidential



Paul R. Berry
Vice President
Assistant General Counsel
and Assistant Secretary

August 15, 2001

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada  89710

Re:   Report of Average Sale Price

To Whom It May Concern:

In conformance with the terms of the State Settlement Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the State of Nevada Bayer submits herewith the following:

1.  Report of Average Sale Price for the second quarter of 2001 (Section III(D)(2)(b)).

2.  A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Corporation Pharmaceutical Division.

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any questions.

Very truly yours,

*Paul R. Berry*
Paul R. Berry

ep
Enclosures

asp_ltr_to_states.doc

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

BAY-NV000002
Highly Confidential

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs of the state indicated below and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with and used in the administration of the State Medicaid programs identified below.

State Medicaid Programs:

Nevada


*Kevin A. Kuehm* (signature)

Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division

8-15-2001
Date

certification_state.doc

BAY-NV000003
Highly Confidential

Division: Pharmaceutical  
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02  
Average Sales Price Quarterly Report

1 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-2521-06 | 252110 | PRAZIQUANTEL | 9.711347 |
| 00026-2613-01 | 261320 | DOME-PASTE BANDAGE 3" | 12.243365 |
| 00026-2614-01 | 261440 | DOME-PASTE BANDAGE 4" | 13.445070 |
| 00026-2855-48 | 285530 | NIMODIPINE | 5.550829 |
| 00026-2855-70 | 285540 | NIMODIPINE CAPS UNIT DOSE PKG/30 | 5.852489 |
| 00026-2861-51 | 286110 | ACARBOSE TABLET 50MG BOTTLE OF 100 | 0.439264 |
| 00026-2861-48 | 286120 | ACARBOSE TABLET 50MG UD BOTTLE OF 100 | 0.449046 |
| 00026-2862-51 | 286210 | ACARBOSE TABLET 100MG BOTTLE OF 100 | 0.552643 |
| 00026-2863-51 | 286310 | PRECOSE 25MG | 0.433856 |
| 00026-2883-51 | 288310 | BAYCOL .2MG TABLETS | 1.214459 |
| 00026-2883-86 | 288350 | BAYCOL .2MG BTL. 90 | 1.135898 |
| 00026-2884-51 | 288410 | BAYCOL .3MG TABLETS | 1.470879 |
| 00026-2884-86 | 288450 | BAYCOL .3MG BTL. 90 | 1.138329 |
| 00026-2885-51 | 288510 | BAYCOL .4MG BTL. 100 | 1.351661 |
| 00026-2885-69 | 288540 | BAYCOL .4MG BTL. 30 | 1.160877 |
| 00026-2885-86 | 288550 | BAYCOL .4MG BTL. 90 | 1.153005 |
| 00026-2885-*9 | 288599 | BAYCOL .4MG DRUM | 0.593236 |
| 00026-2886-69 | 288640 | BAYCOL .8MG BTL. 30 | 1.731919 |
| 00026-2886-86 | 288650 | BAYCOL .8MG BTL. 90 | 1.657375 |
| 00026-3091-61 | 309110 | CLOTRIMAZOLE CREAM 1%-15GM | 0.597348 |
| 00026-3091-59 | 309126 | CLOTRIMAZOLE CREAM 1%-30GM | 0.528117 |
| 00026-3091-67 | 309186 | CLOTRIMAZOLE CREAM 90G(2X45G) TUBES | 0.272386 |
| 00026-8151-20 | 815140 | DACARBAZINE 200MG 20ML VIAL | 0.108165 |
| 00026-8161-15 | 816130 | MITHRACIN 2500 | 0.078080 |
| 00026-8196-36 | 819520 | APROTININ INJECTION | 1.756532 |
| 00026-8197-63 | 819530 | APROTININ INJECTION | 1.772471 |
| 00026-8511-06 | 851140 | CIPRO CYCTITIS PACK | 2.264985 |
| 00026-8512-51 | 851210 | CIPROFLOXACIN HCL 250MG BOTTLE/100 | 3.091326 |
| 00026-8512-48 | 851220 | CIPROFLOXACIN HCL 250MG 100'S UD | 2.986269 |
| 00026-8513-51 | 851310 | CIPROFLOXACIN HCL 500MG BOTTLE/100 | 3.065774 |
| 00026-8513-48 | 851320 | CIPROFLOXACIN HCL 500MG 100'S UD | 3.283912 |
| 00026-8514-48 | 851420 | CIPROFLOXACIN HCL 750MG 100'S UD | 3.431180 |

Run Date & Time 7/26/2001   1:50:40PM

BAY-NV000004  
Highly Confidential

Division: Pharmaceutical  
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02  
Average Sales Price Quarterly Report

1 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-0372-30 | 37230 | KOGENATE FS 500 IU | 1.107396 |
| 00026-0372-50 | 37250 | KOGENATE FS 1000 IU | 1.105592 |
| 00026-0601-30 | 60130 | ALPHA-1 PI, 1/2 GRAM | 0.205988 |
| 00026-0601-35 | 60135 | ALPHA-1 PI, 1 GRAM | 0.212649 |
| 00026-0613-20 | 61320 | PLASMANATE, 50 ML W/O SET | 0.280481 |
| 00026-0613-25 | 61325 | PLASMANATE, 250 ML W/SET | 0.136510 |
| 00026-0618-02 | 61802 | BAYRAB | 59.764939 |
| 00026-0618-10 | 61810 | BAYRAB | 56.866346 |
| 00026-0631-01 | 63101 | BAYRHO-D | 72.109782 |
| 00026-0631-02 | 63102 | BAYRHO-D FULL DOSE 1ML SYRINGE W/SAFETY | 72.232355 |
| 00026-0631-05 | 63105 | BAYRHO-D | 146.118393 |
| 00026-0634-01 | 63401 | BAYTET | 82.294497 |
| 00026-0635-04 | 63504 | BAYGAM 2.0 ML, VIAL SINGLE | 10.550866 |
| 00026-0635-12 | 63512 | BAYGAM 10.0 ML, VIAL | 8.289432 |
| 00026-0636-00 | 63600 | BAYHEPB | 109.508612 |
| 00026-0636-01 | 63601 | BAYHEPB | 101.556344 |
| 00026-0636-05 | 63605 | BAYHEPB | 99.458285 |
| 00026-0648-12 | 64812 | GAMIMUNE-N 10% 10ML | 5.648889 |
| 00026-0648-15 | 64815 | GAMIMUNE-N 10% 25ML | 4.680139 |
| 00026-0648-20 | 64820 | GAMIMUNE-N 10% 50ML | 5.676945 |
| 00026-0648-24 | 64824 | GAMIMUNE-N 10% 200ML | 5.726833 |
| 00026-0648-71 | 64871 | GAMIMUNE-N 10% 100ML | 5.759313 |
| 00026-0665-20 | 66520 | KOATE DVI 250 IU | 0.755301 |
| 00026-0665-30 | 66530 | KOATE DVI 500 IU | 0.651659 |
| 00026-0665-50 | 66550 | KOATE DVI 1000 IU | 0.542984 |
| 00026-0670-20 | 67020 | KOGENATE, RECOMBINANT FACTOR 250 | 0.000000 |
| 00026-0670-30 | 67030 | KOGENATE, RECOMBINANT FACTOR 500 | 0.814491 |
| 00026-0670-50 | 67050 | KOGENATE, RECOMBINANT FACTOR 1000 | 0.859804 |
| 00026-0684-16 | 68416 | ALBUMIN 25%, 20 ML | 0.655652 |
| 00026-0684-20 | 68420 | ALBUMIN 25%, 50 ML | 0.706131 |
| 00026-0684-71 | 68471 | ALBUMIN 25%, 100 ML | 0.707820 |
| 00026-0685-20 | 68520 | ALBUMIN 5%, 50 ML | 0.262352 |

Run Date & Time 7/26/2001   1:52:18PM

BAY-NV000006  
Highly Confidential

Division: Pharmaceutical  
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02  
Average Sales Price Quarterly Report

2 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-0685-25 | 68525 | ALBUMIN 5%, 250 ML | 0.454229 |

BAY-NV000007  
Highly Confidential

# Exhibit 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Pharmacy Director
    Nevada Medicaid Office
    Capital Complex
    2527 N. Carson Street
    Carson City, Nevada  89710

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  NEVADA STATE WELFARE
   B. Date of Delivery

C. Signature  2527 N. Carson St.
   X  Carson City, NV 89706-01
   ☑ Agent
   ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)

   7001 0360 0004 3265 7084

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here

Sent: Pharmacy Director
Street or PO: Nevada Medicaid Office
              Capital Complex
              2527 N. Carson Street
City: Carson City, Nevada  89710

7001 0360 0004 3265 7084

PS Form 3800, January 2001    See Reverse for Instructions

BAY-NV000016
Highly Confidential



Paul R. Berry
Vice President
Assistant General Counsel
and Assistant Secretary

October 30, 2001

Ms. Christine Saxonis
Civil Recoveries Branch
Compliance Unit Certification
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C.  20201

Mr. Joseph Palermo
First DataBank Inc.
1111 Bayhill Drive
San Bruno, CA  94066

Re:   Report of Average Sale Price – 3rd **Quarter**

In conformance with: (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"); and (b) the State Settlement Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the forty-five states specified on attachment hereto, Bayer submits the following:

1.   Report of Average Sale Price for the third quarter of 2001 (Section III(D)(2)(b)).  This information is also included on the enclosed diskette.

2.   A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Corporation Pharmaceutical Division.

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc:  Attached List

asp_letter_3rdqtr.doc

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

BAY-NV000017
Highly Confidential

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with and used in the administration of the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.


_____
Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division


_____
Date

certification_state2.doc

BAY-NV000018
Highly Confidential

Case 1:01-cv-12257-PBS   Document 4030-2   Filed 04/06/07   Page 15 of 19

# Bayer Corporation
## Average Sales Price Report
## Q3, 2001

| NDC | Product | Product Name | Average Sales Price | Report Quarter |
|---|---|---|---:|---:|
| 00026-0372-50 | 37250 | KOGENATE FS 1000 IU | 1.094441 | 200103 |
| 00026-0601-35 | 60135 | ALPHA-1 PI, 1 GRAM | 0.212403 | 200103 |
| 00026-0603-20 | 60320 | THROMBATE III @ 500 IU PER VIAL | 0.757452 | 200103 |
| 00026-0613-20 | 61320 | PLASMANATE, 50 ML W/O SET | 0.240328 | 200103 |
| 00026-0613-25 | 61325 | PLASMANATE, 250 ML W/SET | 0.129084 | 200103 |
| 00026-0618-02 | 61802 | BAYRAB | 61.433053 | 200103 |
| 00026-0618-10 | 61810 | BAYRAB | 55.205284 | 200103 |
| 00026-0631-01 | 63101 | BAYRHO-D | 111.299742 | 200103 |
| 00026-0631-02 | 63102 | RAYRHO-D FULL DOSE 1ML SYRINGE W/SAFETY | 73.760399 | 200103 |
| 00026-0631-05 | 63105 | BAYRHO-D | 208.919788 | 200103 |
| 00026-0634-01 | 63401 | BAYTET | 71.691465 | 200103 |
| 00026-0634-02 | 63402 | BAYTET 1ML SYRINGE W/SAFETY | 84.649150 | 200103 |
| 00026-0635-04 | 63504 | BAYGAM 2.0 ML, VIAL SINGLE | 10.522844 | 200103 |
| 00026-0635-12 | 63512 | BAYGAM 10.0 ML, VIAL | 8.325225 | 200103 |
| 00026-0636-00 | 63600 | BAYHEPB | 106.103974 | 200103 |
| 00026-0636-01 | 63601 | BAYHEPB | 108.293315 | 200103 |
| 00026-0636-02 | 63602 | BAYHEP 1 ML SYRINGE W/SAFETY | 113.680098 | 200103 |
| 00026-0636-03 | 63603 | BAYHEP .5 ML NEONATAL SYRINGE W/SAFETY | 108.252412 | 200103 |
| 00026-0636-05 | 63605 | BAYHEPB | 96.365105 | 200103 |
| 00026-0648-12 | 64812 | GAMIMUNE-N 10% 10ML | 5.618502 | 200103 |
| 00026-0648-15 | 64815 | GAMIMUNE-N 10% 25ML | 5.156240 | 200103 |
| 00026-0648-20 | 64820 | GAMIMUNE-N 10% 50ML | 5.698020 | 200103 |
| 00026-0648-24 | 64824 | GAMIMUNE-N 10% 200ML | 5.716700 | 200103 |
| 00026-0648-71 | 64871 | GAMIMUNE-N 10% 100ML | 5.719596 | 200103 |
| 00026-0665-20 | 66520 | KOATE DVI 250 IU | 0.578116 | 200103 |
| 00026-0665-30 | 66530 | KOATE DVI 500 IU | 0.598430 | 200103 |
| 00026-0665-50 | 66550 | KOATE DVI 1000 IU | 0.544952 | 200103 |
| 00026-0670-20 | 67020 | KOGENATE, RECOMBINANT FACTOR 250 | 0.858088 | 200103 |
| 00026-0670-30 | 67030 | KOGENATE, RECOMBINANT FACTOR 500 | 0.000000 | 200103 |
| 00026-0670-50 | 67050 | KOGENATE, RECOMBINANT FACTOR 1000 | 0.000000 | 200103 |
| 00026-0684-16 | 68416 | ALBUMIN 25%, 20 ML | 0.602338 | 200103 |
| 00026-0684-20 | 68420 | ALBUMIN 25%, 50 ML | 0.631972 | 200103 |
| 00026-0684-71 | 68471 | ALBUMIN 25%, 100 ML | 0.632908 | 200103 |
| 00026-0685-20 | 68520 | ALBUMIN 5%, 50 ML | 0.240639 | 200103 |
| 00026-0685-25 | 68525 | ALBUMIN 5%, 250 ML | 0.225630 | 200103 |

BAY-NV000019
Highly Confidential

| NDC | Product | Average Sales Price | Report Quarter |
|---|---|---|---|
| 00026252106 | BILTRICIDE 600 MG TABLETS 6'S | 9.707812 | 200103 |
| 00026261301 | DOME PASTE BANDAGE 3" | 12.254744 | 200103 |
| 00026261401 | DOME PASTE BANDAGE 4" | 13.419267 | 200103 |
| 00026285548 | NIMOTOP CAPSULES 30MG 100'S UD | 5.608756 | 200103 |
| 00026285570 | NIMOTOP CAPSULES 30MG 30'S UD | 5.882158 | 200103 |
| 00026286148 | PRECOSE 50MG 100'S UNIT DOSE | 0.466912 | 200103 |
| 00026286151 | PRECOSE 50MG BOTTLES OF 100'S | 0.457414 | 200103 |
| 00026286251 | PRECOSE 100MG BOTTLES OF 100'S | 0.589687 | 200103 |
| 00026286351 | PRECOSE 25MG 100'S | 0.456882 | 200103 |
| 00026288351 | BAYCOL .2 MG 100'S | 0.902510 | 200103 |
| 00026288386 | BAYCOL 0.2 MG 90'S BOTTLES | 1.095020 | 200103 |
| 00026288451 | BAYCOL 0.3MG 100'S | 0.879509 | 200103 |
| 00026288486 | BAYCOL 0.3 MG 90'S BOTTLES | 1.121878 | 200103 |
| 000262885*9 | BAYCOL 0.4MG DRUM | 0.584681 | 200103 |
| 00026288551 | BAYCOL 0.4MG BOTTLES OF 100 | 1.076128 | 200103 |
| 00026288569 | BAYCOL 0.4MG BOTTLES OF 30 | 1.143261 | 200103 |
| 00026288586 | BAYCOL 0.4 MG BOTTLES OF 90 | 1.143284 | 200103 |
| 00026288669 | BAYCOL 0.8 MG 30'S BOTTLES | 1.706853 | 200103 |
| 00026288686 | BAYCOL 0.8 MG 90'S BOTTLES | 1.650284 | 200103 |
| 00026309159 | MYCELEX 1% CREAM 30 GM | 0.529590 | 200103 |
| 00026309161 | MYCELEX 1%CREAM 15 GM | 0.604414 | 200103 |
| 00026309167 | MYCELEX CREAM 90G(2X45G) TUBES | 0.213342 | 200103 |
| 00026815120 | DTIC-DOME 200MG 20ML VIAL 12'S | 0.107986 | 200103 |
| 00026816115 | MITHRACIN 2500 MCG | 0.054489 | 200103 |
| 00026819636 | TRASYLOL 100ML VIALS 6'S | 1.755348 | 200103 |
| 00026819763 | TRASYLOL 200ML VIALS 6'S | 1.764764 | 200103 |
| 00026851106 | CIPRO 100 MG UNIT DOSE 6'S | 2.347855 | 200103 |
| 00026851248 | CIPRO 250 MG 100'S UNIT DOSE | 2.960114 | 200103 |
| 00026851251 | CIPRO 250 MG BOTTLES OF 100'S | 3.152173 | 200103 |
| 00026851348 | CIPRO 500 MG 100'S UNIT DOSE | 3.604024 | 200103 |
| 00026851351 | CIPRO 500 MG BOTTLES OF 100'S | 3.692377 | 200103 |
| 00026851448 | CIPRO 750 MG 100'S UNIT DOSE | 3.382389 | 200103 |
| 00026851450 | CIPRO 750 MG BOTTLE OF 50'S | 3.691512 | 200103 |
| 00026852736 | CIPRO IV 200MG 24 BAGS BAXTER | 0.086004 | 200103 |
| 00026852763 | CIPRO IV 400MG 24 BAGS BAXTER | 0.080429 | 200103 |
| 00026855136 | CIPRO ORAL SUSPENSION 5% 100ML | 1.547838 | 200103 |
| 00026855236 | CIPRO IV 200MG 24 BAGS ABBOTT | 0.082565 | 200103 |
| 00026855336 | CIPRO ORAL SUSPENSION 10% 100ML | 0.714049 | 200103 |
| 00026855463 | CIPRO IV 400MG 24 BAGS ABBOTT | 0.085508 | 200103 |
| 00026856220 | CIPRO IV 200MG 1% 10X20ML VIAL'S | 0.394256 | 200103 |
| 00026856464 | CIPRO IV 400MG 1% 10X40ML VIALS | 0.460910 | 200103 |
| 00026856665 | CIPRO IV BULK PKG 6X120ML VIALS | 0.337384 | 200103 |
| 00026858141 | AVELOX ABC PACK (5 TABLETS PER) | 5.804195 | 200103 |
| 00026858169 | AVELOX BOTTLE OF 30 TABLETS | 5.820435 | 200103 |
| 00026884148 | ADALAT CC 30 MG UNIT DOSE 100'S | 0.958647 | 200103 |
| 00026884151 | ADALAT CC 30MG BOTTLE OF 100'S | 0.844728 | 200103 |
| 00026884154 | ADALAT CC 30MG 1000S | 0.912700 | 200103 |
| 00026884172 | ADALAT CC 30MG 5000S | 0.928866 | 200103 |
| 00026885148 | ADALAT CC 60MG UNIT DOSE 100'S | 1.633984 | 200103 |
| 00026885151 | ADALAT CC 60MG BOTTLE OF 100'S | 1.410663 | 200103 |
| 00026885154 | ADALAT CC 60 MG 1000S | 1.638417 | 200103 |

BAY-NV000020
Highly Confidential

| NDC | Product | Average Sales Price | Report Quarter |
|---|---|---:|---:|
| 00026885172 | ADALAT CC 60MG 5000S | 1.656547 | 200103 |
| 00026886148 | ADALAT CC 90 MG UNIT DOSE 100'S | 1.912560 | 200103 |
| 00026886151 | ADALAT CC 90MG BOTTLE OF 100'S | 1.744938 | 200103 |
| 00026971101 | VIADUR KIT WITH IMPLANT | 2573.711364 | 200103 |

BAY-NV000021
Highly Confidential

Revised 10/17/01

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California  95814

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana  70806

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada  89710

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico  87504-2348

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida  32308

Pharmacy Director
Department of Public Aid
Pharmacy & Ancillary Service
1812 Cog Mill Court
Springfield, Illinois  62704

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York  12210-2806

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv.
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30338

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

BAY-NV000022
Highly Confidential

Pharmacy Director
Pharmacy Services Unit
30 East Broad Street
31st Floor
Columbus, Ohio  43266-0423

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma  73105

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon  97310

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania  17105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island  02920

Pharmacy Director
Department of Health & Human Services
1801 Main Street, Suite 1226
Columbia, South Carolina  29201

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota  57501-2291

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas  78756-3174

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah  84114-6741

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont  05676

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia  23219

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington  98504-5506

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia  25301

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin  53701-0309

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming  82002

BAY-NV000023
Highly Confidential