# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL No. 1456 |
|  | ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | ) ) ) ) |

**TRIAL OF CLASS 1 CLAIMS**

## DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S PROPOSED CLASS 1 JURY INSTRUCTIONS AND MOTION TO EXCLUDE SEVERAL STATES FROM THE CLASS 1 TRIAL

In accordance with the Court's instructions at the March 26, 2007 status conference, Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby moves to exclude the following jurisdictions from the Class 1 Trial for the reasons set forth in the accompanying Memorandum of Law: Arizona, Arkansas, Colorado, Connecticut, Delaware, Hawaii, Illinois, Indiana, Kansas, Maryland, Michigan, Minnesota, Nevada, New Hampshire, New Jersey, New Mexico, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, South Carolina, South Dakota, Tennessee, Texas, Utah, Washington, West Virginia, Wisconsin, Wyoming, and the District of Columbia, in addition to one of the two California statutes under which the class was certified, Cal. Civ. Code. § 1770.

This motion is an attempt to comply with the Court's directives without prejudice to AstraZeneca's pending motion for decertification. It has been, and continues to be, AstraZeneca's position that the Court may not hold a trial in a multi-state class action unless Plaintiffs meet their burden, if they can, and present the Court with a trial plan and jury instructions that respect the variations in the state law. Even after the states identified by

AstraZeneca are excluded from the litigation, Plaintiffs are still required to show the Court that the case can be litigated under the laws of the remaining states without violating Erie v. Tompkins, the Rules Enabling Act, the Seventh Amendment and the Due Process Clause. Unless Plaintiffs satisfy their burden, the Court must decertify the class.

Respectfully submitted,

By: /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael B. Keating (BBO # 263360)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  022110

D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: April 6, 2007

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered on April 6, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                              By: /s/ Katherine B. Schmeckpeper
                                   Katherine B. Schmeckpeper