# EXHIBIT 3

# EXHIBIT 3
# LIST OF STATES TO BE EXCLUDED

**No Class Action Permitted**
South Carolina
Tennessee

**Predetermination Required**
Ohio
Utah

**Reliance Required**
Arizona
Colorado
District of Columbia
Indiana
Kansas
Maine
Maryland
Minnesota
Ohio
Oregon
Pennsylvania
South Dakota
Texas
Washington
Wisconsin

**Proximate Causation Required**
Connecticut
Delaware
Illinois
New Jersey
North Carolina
South Carolina

**Transaction Required**
Arkansas
California (Cal. Civ. Code § 1770)[1]
Delaware
Hawaii
Indiana

---

[1] California was certified under two separate statutes.

Kansas
Michigan
Nevada
New Mexico
Ohio
Oklahoma
Pennsylvania
Texas
West Virginia
Wyoming

**Exclusive and Inapplicable Definitions of Deceptive Conduct**
California (Cal. Civ. Code § 1770)[2]
Colorado
Indiana
New Hampshire
Oregon
Texas
Utah

**Exemption**
Michigan

---

[2] Id.