# EXHIBIT A

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ROBERT J. SWANSTON, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TAP PHARMACEUTICAL PRODUCTS, INC.; et al.,<br><br>Defendants. | CV2002-004988<br><br>**ORDER DESIGNATING CASE AS COORDINATED STATE COURT CASE**<br><br>(Assigned to the Honorable Rebecca A. Albrecht) |

Certain Defendants having filing a Motion to Designate the Case as a Coordinated State Court Case, the Court having read all responsive briefing, and for good cause appearing,

**IT IS HEREBY ORDERED** designating this case as a Coordinated State Court Case pursuant to Case Management Order No. 9 ("CMO 9) in *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL 1456 (D. Mass.) (hereafter, "MDL 1456"). Accordingly, the Court orders the following:

(a) The parties will make good faith efforts to coordinate discovery in this case with the discovery that is and will be occurring in MDL 1456.

(b) Counsel in this case shall be entitled to participate fully in any or all discovery activities in MDL 1456 in the same manner as counsel in any of the included actions in MDL 1456, subject to the orders and rules governing the MDL proceedings (including

- 1 -

509939v1

appearing before the MDL Court to address discovery-related matters in that proceeding).

(c) Any discovery generated in the MDL 1456 proceeding will be fully available for use in this case to the extent permitted by this Court under the laws and rules of this jurisdiction and any applicable confidentiality or protective orders entered in this case, and any discovery generated in this case will be fully available for use in the MDL 1456 proceeding, subject to any applicable confidentiality or protective orders entered in the MDL proceeding.

(d) To avoid duplicative depositions of any person or party, Plaintiffs' Counsel will be responsible for keeping Plaintiffs' Liaison Counsel in MDL 1456 fully apprised of the scheduling of any depositions in this case, as the Court in MDL 1456 has asked Plaintiffs' Liaison Counsel in MDL 1456 to reciprocate. If for any reason a defendant knows or has reason to believe that Plaintiffs' Counsel are unaware of a deposition going forward in any case that is not a Coordinated State Court Case, it shall inform Plaintiffs' Counsel in this action of that deposition with enough notice to allow them or other counsel to attend.

DATED this _22_ day of __November__, 2004.

/s/ Rebecca A. Albrecht
THE HONORABLE REBECCA A. ALBRECHT
Judge, Superior Court of Arizona, Maricopa County