# EXHIBIT C

Page 1

STATE OF NORTH CAROLINA IN THE GENERAL COURT

NEW HANOVER COUNTY OF JUSTICE

SUPERIOR COURT DIVISION

HARRY E. STETSER, DALE E. NELSON )
and MICHAEL deMONTBRUN, )
individually and on behalf of )
themselves and all others )
similarly situated, )
    Plaintiffs, )
 )
vs. ) No. 1-CV-5268
 )
TAP PHARMACEUTICAL PRODUCTS, INC.;)
ABBOTT LABORATORIES; TAKEDA )
CHEMICAL INDUSTRIES, LTD.; )
JOHNSON & JOHNSON; ETHICON )
ENDO-SURGERY, INC.; INDIGO LASER )
CORPORATION; DAVID JETT; )
CHRISTOPHER COLEMAN; SCOTT )
HIDALDGO; and EDDY JAMES HACK, )
    Defendants. )

    The videographic discovery deposition of DEAN SUNDBERG, taken in the above-entitled cause, before GINA M. LUORDO, C.S.R. and a Notary Public of Cook County, Illinois, on the 11th day of November, 2003, at the hour of 9:40 a.m., at 525 West Monroe Drive, Chicago, Illinois, pursuant to Subpoena.

REPORTED BY:   GINA M. LUORDO, CSR, RPR
LICENSE NO.:   084-004143

```
                                   Page 2                                              Page 4
 1  APPEARANCES:                                  1  APPEARANCES (continued):
 2     KLINE & SPECTER,                           2
 3     BY: MR. DONALD E. HAVILAND, JR.            3  Also Present: Mr. Robert M. Foote
 4        MR. DEVON SNELL                         4               Foote Meyers Mielke &
 5     The Nineteenth Floor                       5               Flowers
 6     1525 Locust Street                         6               David Franklin - Videographer
 7     Philadelphia, Pennsylvania 19102           7
 8     (215) 772-1000                             8
 9        Representing the Plaintiffs;            9
10                                               10
11     JONES DAY,                                11
12     BY: MS. LEE ANN RUSSO                     12
13     77 West Wacker Drive, Suite 3500          13
14     Chicago, Illinois 60601                   14
15     (312) 782-3939                            15
16        Representing TAP Pharmaceuticals;      16
17                                               17
18     JENNER & BLOCK,                           18
19     BY: MR. ANTHONY C. PORCELLI               19
20     One IBM Plaza                             20
21     Chicago, Illinois 60611-7603              21
22     (312) 923-2613                            22
23        Representing Takeda Chemical           23
24        Industries;                            24
25                                               25
```

```
                                   Page 3                                              Page 5
 1  APPEARANCES (continued):                      1             I N D E X
 2                                                2  WITNESS                    EXAMINATION
 3     McDERMOTT, WILL & EMERY,                   3  DEAN SUNDBERG
 4     BY: MR. JOSHUA BUCHMAN                     4     By Mr. Haviland             10
 5     227 West Monroe Street                     5
 6     Chicago, Illinois 60606-5096               6
 7     (312) 984-7700                             7          E X H I B I T S
 8        Representing Abbott Laboratories;       8  NUMBER                     MARKED FOR ID
 9                                                9  SUNDBERG Deposition Exhibit
10     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP,10     No. 1                       68
11     BY: MR. JOSEPH R. SAVERI                  11     No. 2                      116
12     275 Battery Street, 30th Floor            12     No. 3                      125
13     San Francisco, California 94111           13     No. 4                      146
14     (415) 956-1000                            14     No. 5                      155
15        Representing the Plaintiffs in the     15     No. 6                      170
16        MDL Litigation and the California      16     No. 7                      174
17        Coordinated Proceedings;               17     No. 8                      187
18                                               18     No. 9                      189
19     KATTEN MUCHIN ZAVIS ROSENMAN,             19     No. 10                     199
20     BY: MR. SHELDON T. ZENNER                 20     No. 11                     200
21     525 West Monroe Street, Suite 1600        21     No. 12                     206
22     Chicago, Illinois 60661                   22     No. 13                     212
23     (312) 902-5200                            23     No. 14                     213
24        Representing the Deponent.             24     No. 15                     220
25                                               25
```

Page 6

1  THE VIDEOGRAPHER: My name is David Franklin,
2  certified legal video specialist with McCorkle
3  Court Reporters, Incorporated, located at 200 North
4  LaSalle Street, Suite 300, Chicago, Illinois,
5  60601. I'm the camera operator on November 11,
6  2003 for the videotaping of the deposition of Dean
7  Sundberg being taken at 525 West Monroe Street,
8  Chicago, Illinois at the time of 9:40 in the matter
9  of Stetser, et al., plaintiffs, versus TAP
10 Pharmaceutical Products, Inc., et al., defendants,
11 filed in the General Court of Justice, Superior
12 Court Division, State of North Carolina, Case
13 Number 1-CV-5268.
14     This deposition is being taken on behalf
15 of the plaintiff. Will counsel please identify
16 themselves for the record.
17     MR. HAVILAND: This is Don Haviland, Kline &
18 Specter, counsel for plaintiffs in the class.
19     MR. SNELL: Devon Snell, Kline & Specter,
20 counsel for the plaintiffs in the class.
21     MR. SAVERI: Joseph Saveri, Lieff, Cabraser,
22 Heimann & Bernstein on behalf of the MDL plaintiffs
23 and the plaintiffs in the California coordinated
24 proceedings.
25     MR. ZENNER: Sheldon Zenner and Steven /TKEL

Page 7

1  lear of Katten Muchin Zavis Rosenman. We represent
2  Mr. Sundberg.
3      MS. RUSSO: Lee Ann Russo on behalf of TAP
4  Pharmaceutical Products, Inc., and to the extent
5  it's a defendant in any of the relevant cases, TAP
6  Pharmaceuticals, Inc.
7      MR. PORCELLI: Tony Porcelli from Jenner &
8  Block on behalf of Takeda Chemical Industries,
9  Limited, and to the extent it's relevant, also on
10 behalf Takeda America Holdings, Inc.
11     MR. BUCHMAN: Josh Buchman on behalf of Abbott
12 Laboratories.
13     (Witness sworn.)
14     MS. RUSSO: Okay. The usual stipulations with
15 regard to objections, an objection by one defendant
16 is an objection by all. Is that agreed?
17     MR. HAVILAND: Agreeable to us.
18     MS. RUSSO: Also, it is TAP's position that
19 this deposition is being taken for purposes not
20 only of the Stetser case but the Walker case, the
21 Swanston case, the International Union of Operating
22 Engineers Case and then, of course, for the MDL
23 case and California cases and coordinated state
24 court cases.
25     MR. PORCELLI: Don, before you start, on behalf

Page 8

1  of Takeda Chemical Industries, our appearance here,
2  presence here today is not meant to be a waiver of
3  any of the jurisdictional arguments that Takeda has
4  in the Walker case, the Stetser case, the Swanston
5  case and the International Union of Operating
6  Engineers case. In addition, it is not meant to be
7  a waiver of the stay that is in place in the
8  Stetser case.
9      With respect to the Ferris action in
10 California, Takeda Chemical Industries and Takeda
11 America Holdings have filed motions to quash for
12 lack of personal jurisdiction and have appeared
13 specially. The presence here today at this
14 deposition is not meant to waive or compromise
15 those motions or the special appearances in that
16 matter.
17     MR. HAVILAND: Josh, anything?
18     MR. BUCHMAN: No.
19     MR. SAVERI: Don, before you start since we're
20 making speeches, with respect to the Ferris case, I
21 think whatever the law is in California is the law
22 in California. So you can state whatever position
23 you want for the record, but whatever the law is
24 the law is.
25     MR. HAVILAND: And as to all comments by

Page 9

1  defense counsel, our silence on any or all issues
2  is not meant to be construed as any agreement with
3  any of the positions stated with respect to the
4  position of counsel for TAP that the case -- this
5  deposition is being taken in the four referenced
6  cases in which yours truly is counsel of record.
7  With respect to the International Union of
8  Operating Engineers case, that case is presently
9  stayed. Counsel is aware of that, and their
10 position is contrary to the stay.
11     With respect to the Stetser, Walker and
12 Swanston cases, counsel is also aware that the
13 protective orders in those cases govern this
14 deposition and have to abide by them accordingly,
15 and our position has been clearly stated in prior
16 correspondence, so I won't repeat it here.
17     And as for Takeda's position, invoking a
18 stay in one case and then honoring a stay in
19 another case is inconsistent, and that will bear
20 out as the case proceeds. If there's no further
21 ado, I would like to begin the deposition.
22     MS. RUSSO: And we've stated our position in
23 writing as well.
24
25