# APPENDIX B

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL CLASS ACTIONS | Judge Patti B. Saris |
| **Trial of Claims Against AstraZeneca** | |

## <u>PLAINTIFFS' PROPOSED VERDICT FORM FOR ASTRAZENECA TRIAL</u>

### I.      DETERMINING ELEMENTS 1 AND 3

The questions set forth in this Section relate to the first and third elements that Plaintiffs must prove (as explained to you in ***Instruction No. 3.03***).  The questions that follow pertain to whether the Defendant engaged in prohibited business activities (the first element) and, if so, whether those activities caused any financial injury to Plaintiffs and the Class members (the third element).

**1.      Unfair Acts or Practices**

1(a)      Did Defendant AstraZeneca commit unfair acts or practices?[1]

Yes ☐                    No ☐

1(a)(I)  With respect to Plaintiffs in Wyoming, did Defendant AstraZeneca engage in such conduct knowingly?[2]

Yes ☐                    No ☐

---

[1] You must review ***Instruction No. 4.01*** in order to answer this question.  This question pertains to class members in the following states: CT, FL, HI, MD, MA, NH, OK, RI, SC, TN, VT, WA, WV, and WY.

[2] You must review ***Instruction No. 4.08*** in order to answer this question.

1(b)    Did Defendant AstraZeneca commit unfair acts or practices with respect to Plaintiffs in Missouri?[3]

Yes ☐                         No ☐

1(c)    Did Defendant AstraZeneca's unfair acts or practices cause any financial injury to Plaintiffs and the Class?[4]

Yes ☐                         No ☐

**2.        Deceptive Acts or Practices**

2(a)    Did Defendant AstraZeneca commit deceptive acts or practices?[5]

Yes ☐                         No ☐

2(a)(I)  With respect to Plaintiffs in Wyoming, did Defendant AstraZeneca engage in such conduct knowingly?[6]

Yes ☐                         No ☐

2(b)    Did Defendant AstraZeneca commit deceptive acts or practices with respect to Plaintiffs in Connecticut?[7]

Yes ☐                         No ☐

2(c)    Did Defendant AstraZeneca commit deceptive acts or practices with respect to Plaintiffs in New York?[8]

Yes ☐                         No ☐

---

[3] You must review ***Instruction No. 4.01*** in order to answer this question.

[4] You must review ***Instruction No. 5.01*** in order to answer this question.

[5] You must review ***Instruction No. 4.02*** in order to answer this question.  This question pertains to class members in the following states:  AR, FL, HI, ID, KS, MD, MA, MO, NH, ND, OK, RI, SC, TN, VT, WA, WV, and WY.

[6] You must review ***Instruction No. 4.08*** in order to answer this question.

[7] You must review ***Instruction No. 4.02*** in order to answer this question.

[8] You must review ***Instruction No. 4.02*** in order to answer this question.

2(d)    Did Defendant AstraZeneca's deceptive acts or practices cause any financial injury to Plaintiffs and the Class?[9]

Yes ☐                     No ☐


**3.      Unconscionable Acts or Practices**

3(a)    Did Defendant AstraZeneca commit unconscionable acts or practices with respect to Plaintiffs in Arkansas?[10]

Yes ☐                     No ☐


3(b)    Did Defendant AstraZeneca commit unconscionable acts or practices with respect to Plaintiffs in Idaho?[11]

Yes ☐                     No ☐


3(c)    Did Defendant AstraZeneca commit unconscionable acts or practices with respect to Plaintiffs in New Jersey?[12]

Yes ☐                     No ☐


3(d)    Did Defendant AstraZeneca commit unconscionable acts or practices with respect to Plaintiffs in New Mexico?[13]

Yes ☐                     No ☐


3(e)    Did Defendant AstraZeneca commit unconscionable acts or practices with respect to Plaintiffs in Texas?[14]

Yes ☐                     No ☐

---

[9] You must review ***Instruction No. 5.01*** in order to answer this question.

[10] You must review ***Instruction No. 4.03*** in order to answer this question.

[11] You must review ***Instruction No. 4.03*** in order to answer this question.

[12] You must review ***Instruction No. 4.03*** in order to answer this question.

[13] You must review ***Instruction No. 4.03*** in order to answer this question.

[14] You must review ***Instruction No. 4.03*** in order to answer this question.

3(f)    Did Defendant AstraZeneca's unconscionable acts or practices cause any financial injury to Plaintiffs and the Class?[15]

Yes ☐        No ☐

**4.    Misrepresentations or Omissions Generally**

4(a)    Did Defendant AstraZeneca engage in deception, a deceptive act or practice, fraud, false pretense, make a misrepresentation, or conceal, suppress or omit a material fact?[16]

Yes ☐        No ☐

4(a)(I)  With respect to Plaintiffs in Kansas, did Defendant AstraZeneca engage in such conduct willfully?[17]

Yes ☐        No ☐

4(a)(II) With respect to Plaintiffs in South Dakota, did Defendant AstraZeneca engage in such conduct knowingly and intentionally?[18]

Yes ☐        No ☐

4(b)    With respect to Plaintiffs in Arkansas, did Defendant AstraZeneca engage in deception, a deceptive act or practice, fraud, false pretense, or conceal, suppress or omit a material fact?[19]

Yes ☐        No ☐

4(c)    With respect to Plaintiffs in Minnesota and North Dakota, did Defendant AstraZeneca engage in deception, a deceptive act or practice, fraud, false pretense, or make a misrepresentation?[20]

---

[15] You must review ***Instruction No. 5.01*** in order to answer this question.

[16] You must review ***Instruction No. 4.041*** in order to answer this question. This question pertains to class members in the following states: AZ, DE, KS, MO, NJ, SD and WV.

[17] You must review ***Instruction No. 4.08*** in order to answer this question.

[18] You must review ***Instruction No. 4.08*** in order to answer this question.

[19] You must review ***Instruction No. 4.041*** in order to answer this question.

[20] You must review ***Instruction No. 4.041*** in order to answer this question.

Yes ☐          No ☐

4(e)     With respect to Plaintiffs in Pennsylvania, did Defendant AstraZeneca engage in fraud or misrepresentation of material fact, and did Defendant AstraZeneca intend to mislead others?[21]

Yes ☐          No ☐

4(e)     With respect to Plaintiffs in Arizona, Arkansas, Delaware, New Jersey, and West Virginia, did Defendant AstraZeneca intend that others would rely upon a concealment, suppression or omission of fact?[22]

Yes ☐          No ☐

4(f)     With respect to Plaintiffs in Minnesota, did Defendant AstraZeneca intend that others would rely upon a fraud, false pretense, false promise, misrepresentation, misleading statement or deceptive practice?[23]

Yes ☐          No ☐

4(g)     With respect to Plaintiffs in North Dakota, did Defendant AstraZeneca intend that others would rely upon a deceptive act or practice, fraud, false pretense, false promise or misrepresentation?[24]

Yes ☐          No ☐

4(h)     Did Defendant AstraZeneca's actions as found by you above in questions 4(a) through 4(g) cause any financial injury to plaintiffs and the class?[25]

Yes ☐          No ☐

---

[21] You must review ***Instruction Nos. 4.041 and 4.08*** in order to answer this question.

[22] You must review ***Instruction No. 4.07*** in order to answer this question.

[23] You must review ***Instruction No. 4.07*** in order to answer this question.

[24] You must review ***Instruction No. 4.07*** in order to answer this question.

[25] You must review ***Instruction No. 5.01*** in order to answer this question.

**5.    Misrepresentations Regarding Price**

5(a)    Did Defendant AstraZeneca make a false or misleading statement of fact concerning the price of Zoladex?[26]

Yes ☐        No ☐

5(a)(I)  With respect to Plaintiffs in New Mexico, Oklahoma and Wyoming, did Defendant AstraZeneca engage in such conduct knowingly or with reason to know?[27]

Yes ☐        No ☐

5(a)(II) With respect to Plaintiffs in Oregon, did Defendant AstraZeneca engage in such conduct willfully?[28]

Yes ☐        No ☐

5(b)    Did Defendant AstraZeneca make a false or misleading statement of fact concerning the reasons for, existence of, or amounts of price reductions for Zoladex?[29]

Yes ☐        No ☐

5(b)(I)  With respect to Plaintiffs in Kansas, New Mexico and Wyoming, did Defendant AstraZeneca engage in such conduct knowingly or with reason to know?[30]

Yes ☐        No ☐

5(c)    With respect to Plaintiffs in Indiana, did Defendant AstraZeneca represent that a specific price advantage exists when AstraZeneca knew or should reasonably have known that no such price advantage existed?[31]

Yes ☐        No ☐

---

[26] You must review ***Instruction No. 4.042*** in order to answer this question.  This question pertains to class members in the following states:  CO, NV, NM, OK, OR, and WY.

[27] You must review ***Instruction No. 4.08*** in order to answer this question.

[28] You must review ***Instruction No. 4.08*** in order to answer this question.

[29] You must review ***Instruction No. 4.042*** in order to answer this question.  This question pertains to class members in the following states:  CA, DC, ID, KS, MI, NM, OK, PA, RI, TN, TX, WV and WY.

[30] You must review ***Instruction No. 4.08*** in order to answer this question.

[31] You must review ***Instruction No. 4.042*** in order to answer this question.

5(d)   Did Defendant AstraZeneca's actions as found by you above in questions 5(a) through 5(c) cause any financial injury to plaintiffs and the class?[32]

Yes ☐                    No ☐

## 6.   Misrepresentations of Characteristics

6(a)   Did Defendant AstraZeneca represent that Zoladex had characteristics which it did not have?[33]

Yes ☐                    No ☐

6(a)(I)  Was AstraZeneca's false representation in this regard made knowingly?[34]

Yes ☐                    No ☐

6(a)(II) With respect to Plaintiffs in Oregon, did Defendant AstraZeneca engage in such conduct willfully?[35]

Yes ☐                    No ☐

6(b)   Did defendant AstraZeneca's representation in as you found in question 6(a) cause any financial injury to plaintiffs and the class?[36]

Yes ☐                    No ☐

## 7.   Misrepresentations of Standards

7(a)   Did Defendant AstraZeneca represent that Zoladex was of a particular standard when it was of another?[37]

---

[32] You must review **Instruction No. 5.01** in order to answer this question.

[33] You must review **Instruction No. 4.043** in order to answer this question.  This question pertains to class members in the following states:  CA, CO, DC, IN, MI, NV, OR, and PA.

[34] You must review **Instruction Nos. 4.043 and 4.08** in order to answer this question.  This section pertains to class members in the following states:  CO, IN and NV.

[35] You must review **Instruction No. 4.08** in order to answer this question.

[36] You must review **Instruction No. 5.01** in order to answer this question.

[37] You must review **Instruction No. 4.044** in order to answer this question.  This section pertains to class members in the following states:  CA, CO, DC, IN, MI, NV, OR, and PA.

- 7 -

Yes ☐                    No ☐

   7(a)(I)  Did AstraZeneca know or reasonably should have known that Zoladex was of another standard?[38]

Yes ☐                    No ☐

   7(a)(II) With respect to Plaintiffs in Oregon, did Defendant AstraZeneca engage in such conduct willfully?[39]

Yes ☐                    No ☐

7(b)   If so, did Defendant AstraZeneca's representation as you found in question 7(a) cause any financial injury to plaintiffs and the class?[40]

Yes ☐                    No ☐

## 8.   Misrepresentation under the Nevada Statutes

8(a)   Did Defendant AstraZeneca knowingly fail to disclose a material fact or make a false representation?[41]

Yes ☐                    No ☐

8(b)   If so, did Defendant AstraZeneca's failure to disclose a material fact or its false representation cause any financial injury to plaintiffs and the class?[42]

Yes ☐                    No ☐

## 9.   Misrepresentation under the New Mexico Statute

---

[38] You must review ***Instruction Nos. 4.044 and 4.08*** in order to answer this question.  This section pertains to class members in the following states:  CO, IN and NV.

[39] You must review ***Instruction No. 4.08*** in order to answer this question.

[40] You must review ***Instruction No. 5.01*** in order to answer this question.

[41] You must review ***Instruction Nos. 4.045 and 4.08*** in order to answer this question.

[42] You must review ***Instruction No. 5.01*** in order to answer this question.

9(a)    Did Defendant AstraZeneca knowingly make a false or misleading statement and did that statement tend deceive or mislead or actually deceived or misled any person?[43]

Yes ☐                    No ☐

9(b)    If so, did Defendant AstraZeneca's actions in this regard cause any financial injury to plaintiffs and the class?[44]

Yes ☐                    No ☐

**10.    Misrepresentation under the District of Columbia Statute**

10(a)   Did Defendant AstraZeneca either (i) make a misrepresentation as to a material fact which has a tendency to mislead or (ii) fail to state a material fact if such failure tends to mislead?[45]

Yes ☐                    No ☐

10(b)   If so, did Defendant AstraZeneca's actions in this regard cause any financial injury to plaintiffs and the class?[46]

Yes ☐                    No ☐

**11.    Misrepresentation under the Michigan Statute**

11(a)   Did Defendant AstraZeneca fail to reveal a material fact, the omission of which tends to mislead or deceive the consumer, and which fact could not reasonably be known by the consumer?[47]

Yes ☐                    No ☐

---

[43] You must review ***Instruction Nos. 4.046 and 4.08*** in order to answer this question.

[44] You must review ***Instruction No. 5.01*** in order to answer this question.

[45] You must review ***Instruction No. 4.047*** in order to answer this question.

[46] You must review ***Instruction No. 5.01*** in order to answer this question.

[47] You must review ***Instruction No. 4.048*** in order to answer this question.

001534-16 159485 V1

11(b)   Did Defendant AstraZeneca making a representation of fact or statement of fact material to the transaction such that a person reasonably believes the represented or suggested state of affairs to be other than it actually is?[48]

Yes ☐          No ☐

11(c)   Did Defendant AstraZeneca fail to reveal facts that are material to the transaction in light of representations of fact made in a positive manner?[49]

Yes ☐          No ☐

11(d)   If so, did Defendant AstraZeneca's actions as found by you in response to questions 11(a) through 11(c) cause any financial injury to plaintiffs and the class?[50]

Yes ☐          No ☐

## 12.   False Advertising

12(a)   Did Defendant AstraZeneca advertise goods with intent not to sell them as advertised?[51]

Yes ☐          No ☐

12(a)(I) With respect to Plaintiffs in Oregon, did Defendant AstraZeneca engage in such conduct willfully?[52]

Yes ☐          No ☐

12(a)(II) With respect to Plaintiffs in Wyoming, did Defendant AstraZeneca engage in such conduct knowingly?[53]

Yes ☐          No ☐

---

[48] You must review *Instruction No. 4.048* in order to answer this question.

[49] You must review *Instruction No. 4.048* in order to answer this question.

[50] You must review *Instruction No. 5.01* in order to answer this question.

[51] You must review *Instruction No. 4.05* in order to answer this question.  This question pertains to class members in the following states:  CA, NV, OR, PA, RI, TX, and WY.

[52] You must review *Instruction No. 4.08* in order to answer this question.

[53] You must review *Instruction No. 4.08* in order to answer this question.

12(b)   If so, did Defendant AstraZeneca's actions in this regard cause any financial injury to plaintiffs and the class?[54]

                    Yes ☐              No ☐


12(c)   Did Defendant AstraZeneca make representations or statements of fact contained in the advertising which were untrue, deceptive or misleading?[55]

                    Yes ☐              No ☐


       12(c)(I)With respect to Plaintiffs in Wisconsin, did Defendant AstraZeneca intend to sell Zoladex?[56]

                    Yes ☐              No ☐

12(d)   If so, did Defendant AstraZeneca's actions in this regard cause any financial injury to plaintiffs and the class?[57]

                    Yes ☐              No ☐


**13.**   **Public Interest**

13(a)   With respect to Plaintiffs in Colorado, did Defendant AstraZeneca's acts or practices significantly impact the public?[58]

                    Yes ☐              No ☐


13(b)   With respect to Plaintiffs in South Carolina, did Defendant AstraZeneca's acts or practices impact the public?[59]

                    Yes ☐              No ☐

---

[54] You must review ***Instruction No. 5.01*** in order to answer this question.

[55] You must review ***Instruction No. 4.05*** in order to answer this question.  This question pertains to class members in the following states:  MN, WV, and WI.

[56] You must review ***Instruction No. 4.05*** in order to answer this question.

[57] You must review ***Instruction No. 5.01*** in order to answer this question.

[58] You must review ***Instruction No. 4.06*** in order to answer this question.

[59] You must review ***Instruction No. 4.06*** in order to answer this question.

13(c)   With respect to Plaintiffs in Washington and West Virginia, did Defendant AstraZeneca's acts or practices affect the public interest?[60]

Yes ☐              No ☐

**14.     Statute of Limitations**

Please refer to ***Instruction 7.01*** before answer the questions that follow:

14      With respect to Plaintiffs in Arizona, were Plaintiffs' claims timely filed?[61]

Yes ☐              No ☐

15      With respect to Plaintiffs in Arkansas, were Plaintiffs' claims timely filed?[62]

Yes ☐              No ☐

16      With respect to Plaintiffs in California, were Plaintiffs' claims timely filed?[63]

Yes ☐              No ☐

17      With respect to Plaintiffs in Colorado, were Plaintiffs' claims timely filed?[64]

Yes ☐              No ☐

18      With respect to Plaintiffs in Connecticut, were Plaintiffs' claims timely filed?[65]

Yes ☐              No ☐

19      With respect to Plaintiffs in Delaware, were Plaintiffs' claims timely filed?[66]

---

[60] You must review ***Instruction No. 4.06*** in order to answer this question.

[61] You must review ***Instruction No. 7.02*** in order to answer this question.

[62] You must review ***Instruction No. 7.03*** in order to answer this question.

[63] You must review ***Instruction No. 7.04*** in order to answer this question.

[64] You must review ***Instruction No. 7.05*** in order to answer this question.

[65] You must review ***Instruction No. 7.06*** in order to answer this question.

[66] You must review ***Instruction No. 7.07*** in order to answer this question.

Yes ☐                    No ☐

20      With respect to Plaintiffs in the District of Columbia, were Plaintiffs' claims timely filed?[67]

Yes ☐                    No ☐

21      With respect to Plaintiffs in Florida, were Plaintiffs' claims timely filed?[68]

Yes ☐                    No ☐

22      With respect to Plaintiffs in Hawaii, were Plaintiffs' claims timely filed?[69]

Yes ☐                    No ☐

23      With respect to Plaintiffs in Idaho, were Plaintiffs' claims timely filed?[70]

Yes ☐                    No ☐

24      With respect to Plaintiffs in Indiana, were Plaintiffs' claims timely filed?[71]

Yes ☐                    No ☐

25      With respect to Plaintiffs in Kansas, were Plaintiffs' claims timely filed?[72]

Yes ☐                    No ☐

26      With respect to Plaintiffs in Maryland, were Plaintiffs' claims timely filed?[73]

---

[67] You must review ***Instruction No. 7.08*** in order to answer this question.

[68] You must review ***Instruction No. 7.09*** in order to answer this question.

[69] You must review ***Instruction No. 7.10*** in order to answer this question.

[70] You must review ***Instruction No. 7.11*** in order to answer this question.

[71] You must review ***Instruction No. 7.12*** in order to answer this question.

[72] You must review ***Instruction No. 7.13*** in order to answer this question.

[73] You must review ***Instruction No. 7.14*** in order to answer this question.

Yes ☐            No ☐

27      With respect to Plaintiffs in Massachusetts, were Plaintiffs' claims timely filed?[74]

Yes ☐            No ☐

28      With respect to Plaintiffs in Michigan, were Plaintiffs' claims timely filed?[75]

Yes ☐            No ☐

29      With respect to Plaintiffs in Minnesota, were Plaintiffs' claims timely filed?[76]

Yes ☐            No ☐

30      With respect to Plaintiffs in Missouri, were Plaintiffs' claims timely filed?[77]

Yes ☐            No ☐

31      With respect to Plaintiffs in Nevada, were Plaintiffs' claims timely filed?[78]

Yes ☐            No ☐

32      With respect to Plaintiffs in New Hampshire, were Plaintiffs' claims timely filed?[79]

Yes ☐            No ☐

33      With respect to Plaintiffs in New Jersey, were Plaintiffs' claims timely filed?[80]

---

[74] You must review ***Instruction No. 7.15*** in order to answer this question.

[75] You must review ***Instruction No. 7.16*** in order to answer this question.

[76] You must review ***Instruction No. 7.17*** in order to answer this question.

[77] You must review ***Instruction No. 7.18*** in order to answer this question.

[78] You must review ***Instruction No. 7.19*** in order to answer this question.

[79] You must review ***Instruction No. 7.20*** in order to answer this question.

[80] You must review ***Instruction No. 7.21*** in order to answer this question.

Yes ☐          No ☐

34      With respect to Plaintiffs in New Mexico, were Plaintiffs' claims timely filed?[81]

Yes ☐          No ☐

35      With respect to Plaintiffs in New York, were Plaintiffs' claims timely filed?[82]

Yes ☐          No ☐

36      With respect to Plaintiffs in North Carolina, were Plaintiffs' claims timely filed?[83]

Yes ☐          No ☐

37      With respect to Plaintiffs in North Dakota, were Plaintiffs' claims timely filed?[84]

Yes ☐          No ☐

38      With respect to Plaintiffs in Oklahoma, were Plaintiffs' claims timely filed?[85]

Yes ☐          No ☐

39      With respect to Plaintiffs in Oregon, were Plaintiffs' claims timely filed?[86]

Yes ☐          No ☐

40      With respect to Plaintiffs in Pennsylvania, were Plaintiffs' claims timely filed?[87]

---

[81] You must review ***Instruction No. 7.22*** in order to answer this question.

[82] You must review ***Instruction No. 7.23*** in order to answer this question.

[83] You must review ***Instruction No. 7.24*** in order to answer this question.

[84] You must review ***Instruction No. 7.25*** in order to answer this question.

[85] You must review ***Instruction No. 7.26*** in order to answer this question.

[86] You must review ***Instruction No. 7.27*** in order to answer this question.

[87] You must review ***Instruction No. 7.28*** in order to answer this question.

001534-16 159485 V1

Yes ☐                    No ☐

41    With respect to Plaintiffs in Rhode Island, were Plaintiffs' claims timely filed?[88]

Yes ☐                    No ☐

42    With respect to Plaintiffs in South Carolina, were Plaintiffs' claims timely filed?[89]

Yes ☐                    No ☐

43    With respect to Plaintiffs in South Dakota, were Plaintiffs' claims timely filed?[90]

Yes ☐                    No ☐

44    With respect to Plaintiffs in Tennessee, were Plaintiffs' claims timely filed?[91]

Yes ☐                    No ☐

45    With respect to Plaintiffs in Texas, were Plaintiffs' claims timely filed?[92]

Yes ☐                    No ☐

46    With respect to Plaintiffs in Vermont, were Plaintiffs' claims timely filed?[93]

Yes ☐                    No ☐

47    With respect to Plaintiffs in Washington, were Plaintiffs' claims timely filed?[94]

---

[88] You must review **Instruction No. 7.29** in order to answer this question.

[89] You must review **Instruction No. 7.30** in order to answer this question.

[90] You must review **Instruction No. 7.31** in order to answer this question.

[91] You must review **Instruction No. 7.32** in order to answer this question.

[92] You must review **Instruction No. 7.33** in order to answer this question.

[93] You must review **Instruction No. 7.34** in order to answer this question.

[94] You must review **Instruction No. 7.35** in order to answer this question.

Yes ☐                No ☐

48    With respect to Plaintiffs in West Virginia, were Plaintiffs' claims timely filed?[95]

Yes ☐                No ☐

49    With respect to Plaintiffs in Wisconsin, were Plaintiffs' claims timely filed?[96]

Yes ☐                No ☐

50    With respect to Plaintiffs in Wyoming, were Plaintiffs' claims timely filed?[97]

Yes ☐                No ☐

---

[95] You must review ***Instruction No. 7.36*** in order to answer this question.

[96] You must review ***Instruction No. 7.37*** in order to answer this question.

[97] You must review ***Instruction No. 7.38*** in order to answer this question.

001534-16  159485 V1

## II.    DAMAGES (DETERMINING ELEMENT 2)

**1.    Compensatory Damages**

<u>Arizona</u>

1(a)    Have you answered <u>all</u> of the following questions from Part I above in the affirmative: 4(a), 4(e), 4(h) and 14?

Yes ☐            No ☐

       If you answered "yes," you should now answer Question 1(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Arizona, and you should move onto Question No. 2(a) below.

1(b)    Do you find that Plaintiffs in Arizona suffered damage as a result of relying on the challenged acts or practices?[98]

Yes ☐            No ☐

       If you answered "yes," you may consider awarding damages to Plaintiffs in Arizona, and you should now answer Question 1(c) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Arizona, and you should move onto Question No. 2(a) below.

1(c)    Have Plaintiffs proved aggregate damages for Plaintiffs in Arizona?[99]

Yes ☐            No ☐

       If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Arizona in the amount of $_____.  (If you answered "no," do not complete the blank.)

<u>Arkansas</u>

2(a)    Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:    2(a), 2(d) and 15;
                            3(a), 3(f) and 15;
                            4(b), 4(e), 4(h) and 15?[100]

---

[98] You must review **_Instruction No. 6.02_** in order to answer this question.

[99] You must review **_Instruction No. 6.01_** in order to answer this question.

[100] Please note carefully:  Sets of questions are separated by a semi-colon.  When you are asked whether you answered at least one of the following sets of question in the affirmative, you are being asked if you answered <u>each question</u> within the set in the affirmative.  So, for example, in the first set just given, if you answered "yes" to both Questions 2(a) and 2(d), you have

Yes ☐                    No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Arkansas, and you should now answer Question 2(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Arkansas, and you should move onto Question No. 3(a) below.

2(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Arkansas?[101]

Yes ☐                    No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Arkansas in the amount of $_____.  (If you answered "no," do not complete the blank.)

## California

3(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:     5(b), 5(d) and 16;
                                                              6(a), 6(b) and 16;
                                                              7(a), 7(b) and 16;
                                                              12(a), 12(b) and 16?

Yes ☐                    No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in California, and you should now answer Question 3(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in California, and you should move onto Question No. 4(a) below.

3(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in California?[102]

Yes ☐                    No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in California in the amount of $_____.  (If you answered "no," do not complete the blank.)

## Colorado

_____

answered that particular <u>set</u> in the affirmative.  If you answered either Question 2(a) or 2(d) in the negative – or both – then you have not answered that particular set in the affirmative.

[101] You must review ***Instruction No. 6.01*** in order to answer this question.

[102] You must review ***Instruction No. 6.01*** in order to answer this question.

- 19 -

4(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:   5(a), 5(d), 13(a) and 17;

6(a), 6(a)(I), 6(b), 13(a) and 17;

7(a), 7(a)(I), 7(b), 13(a) and 17?

Yes ☐          No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Colorado, and you should now answer Question 2(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Colorado, and you should move onto Question No. 5(a) below.

4(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Colorado?[103]

Yes ☐          No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Colorado in the amount of \$_____.  (If you answered "no," do not complete the blank.)

**<u>Connecticut</u>**

5(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:   1(a), 1(c) and 18;

2(b), 2(d) and 18?

Yes ☐          No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Connecticut, and you should now answer Question 5(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Connecticut, and you should move onto Question No. 6(a) below.

5(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Connecticut?[104]

Yes ☐          No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Connecticut in the amount of \$_____.  (If you answered "no," do not complete the blank.)

---

[103] You must review ***Instruction No. 6.01*** in order to answer this question.

[104] You must review ***Instruction No. 6.01*** in order to answer this question.

**Delaware**

6(a)   Have you answered <u>all</u> of the following questions from Part I above in the affirmative: 4(a), 4(e), 4(h) and 19?

Yes ☐            No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Delaware, and you should now answer Question 6(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Delaware, and you should move onto Question No. 7(a) below.

6(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Delaware?[105]

Yes ☐            No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Delaware in the amount of $_____.  (If you answered "no," do not complete the blank.)

**District of Columbia**

7(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:     5(b), 5(d) and 20;
6(a), 6(b) and 20;
7(a), 7(b) and 20;
10(a), 10(b) and 20?

Yes ☐            No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in the District of Columbia, and you should now answer Question 7(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in the District of Columbia, and you should move onto Question No. 8(a) below.

7(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in the District of Columbia?[106]

Yes ☐            No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in the District of Columbia in the amount of $_____.  (If you answered "no," do not complete the blank.)

---

[105] You must review ***Instruction No. 6.01*** in order to answer this question.

[106] You must review ***Instruction No. 6.01*** in order to answer this question.

001534-16 159485 V1

**<u>Florida</u>**

8(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the
       affirmative:   1(a), 1(c) and 21;
                      2(a), 2(d) and 21?

                      Yes ☐              No ☐

       If you answered "yes," you may consider awarding damages to Plaintiffs in Florida, and
       you should now answer Question 8(b) below.  If you answered "no," then Defendant is
       not liable for damages to Plaintiffs in Florida, and you should move onto Question No.
       9(a) below.

8(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Florida?[107]

                      Yes ☐              No ☐

       If you answered "yes," complete the following blank:  The Jury finds actual damages for
       Plaintiffs in Florida in the amount of $_____.  (If you answered "no,"
       do not complete the blank.)

**<u>Hawaii</u>**

9(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the
       affirmative:   1(a), 1(c) and 22;
                      2(a), 2(d) and 22?

                      Yes ☐              No ☐

       If you answered "yes," you may consider awarding damages to Plaintiffs in Hawaii, and
       you should now answer Question 9(b) below.  If you answered "no," then Defendant is
       not liable for damages to Plaintiffs in Hawaii, and you should move onto Question No.
       10(a) below.

9(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Hawaii?[108]

                      Yes ☐              No ☐

       If you answered "yes," complete the following blank:  The Jury finds actual damages for
       Plaintiffs in Hawaii in the amount of $_____.  (If you answered "no,"
       do not complete the blank.)

---

[107] You must review ***Instruction No. 6.01*** in order to answer this question.

[108] You must review ***Instruction No. 6.01*** in order to answer this question.

**Idaho**

10(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:   2(a), 2(d) and 23;
  3(b), 3(f) and 23;
  5(b), 5(d) and 23?

Yes ☐          No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Idaho, and you should now answer Question 10(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Idaho, and you should move onto Question No. 11(a) below.

10(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Idaho?[109]

Yes ☐          No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Idaho in the amount of $_____.  (If you answered "no," do not complete the blank.)

**Indiana**

11(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:   5(c), 5(d) and 24;
  6(a), 6(a)(I), 6(b) and 24;
  7(a), 7(a)(I), 7(b) and 24?

Yes ☐          No ☐

If you answered "yes," you should now answer Question 1(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Indiana, and you should move onto Question No. 12(a) below.

11(b)   Do you find that Plaintiffs in Indiana suffered damage as a result of relying on the challenged acts or practices?[110]

Yes ☐          No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Indiana, and you should now answer Question 11(c) below.  If you answered "no," then Defendant is

---

[109] You must review ***Instruction No. 6.01*** in order to answer this question.

[110] You must review ***Instruction No. 6.02*** in order to answer this question.

not liable for damages to Plaintiffs in Indiana, and you should move onto Question No. 12(a) below.

11(c)   Have Plaintiffs proved aggregate damages for Plaintiffs in Indiana?[111]

Yes ☐              No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Indiana in the amount of $_____.  (If you answered "no," do not complete the blank.)

## Kansas

12(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:     2(a), 2(d) and 25;
                                                          4(a), 4(a)(I), 4(h) and 25;
                                                          5(b), 5(b)(I), 5(d) and 25?

Yes ☐              No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Kansas, and you should now answer Question 12(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Kansas, and you should move onto Question No. 13(a) below.

12(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Kansas?[112]

Yes ☐              No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Kansas in the amount of $_____.  (If you answered "no," do not complete the blank.)

## Maryland

13(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:     1(a), 1(c) and 26;
                                                          2(a), 2(d) and 26?

Yes ☐              No ☐

---

[111] You must review **Instruction No. 6.01** in order to answer this question.

[112] You must review **Instruction No. 6.01** in order to answer this question.

If you answered "yes," you may consider awarding damages to Plaintiffs in Maryland, and you should now answer Question 13(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Maryland, and you should move onto Question No. 14(a) below.

13(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Maryland?[113]

Yes ☐                No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Maryland in the amount of $_____.  (If you answered "no," do not complete the blank.)

## Massachusetts

14(a)   Have you answered at least one of the following sets of questions from Part I above in the
affirmative:     1(a), 1(c) and 27;
                 2(a), 2(d) and 27?

Yes ☐                No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Massachusetts, and you should now answer Question 14(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Massachusetts, and you should move onto Question No. 14(a) below.

14(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Massachusetts?[114]

Yes ☐                No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Massachusetts in the amount of $_____.  (If you answered "no," do not complete the blank.)

## Michigan

15(a)   Have you answered at least one of the following sets of questions from Part I above in the
affirmative:     5(b), 5(d) and 28;
                 6(a), 6(b) and 28;
                 7(a), 7(b) and 28;
                 11(a), 11(d) and 28;
                 11(b), 11(d) and 28;
                 11(c), 11(d) and 28?

---

[113] You must review **Instruction No. 6.01** in order to answer this question.

[114] You must review **Instruction No. 6.01** in order to answer this question.

Yes ☐                    No ☐

If you answered "yes," you should now answer Question 15(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Michigan, and you should move onto Question No. 16(a) below.

15(b)   Do you find that a reasonable person in Michigan would have relied on the challenged acts or practices?[115]

Yes ☐                    No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Michigan, and you should now answer Question 15(c) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Michigan, and you should move onto Question No. 16(a) below.

15(c)   Have Plaintiffs proved aggregate damages for Plaintiffs in Michigan?[116]

Yes ☐                    No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Michigan in the amount of $_____.  (If you answered "no," do not complete the blank.)

**<u>Minnesota</u>**

16(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:     4(c), 4(f), 4(h) and 29;
                                        12(c) and 12(d)?

Yes ☐                    No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Minnesota, and you should now answer Question 16(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Minnesota, and you should move onto Question No. 17(a) below.

16(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Minnesota?[117]

Yes ☐                    No ☐

---

[115] You must review ***Instruction No. 6.02*** in order to answer this question.

[116] You must review ***Instruction No. 6.01*** in order to answer this question.

[117] You must review ***Instruction No. 6.01*** in order to answer this question.

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Minnesota in the amount of $_____.  (If you answered "no," do not complete the blank.)

## Missouri

17(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:   1(b), 1(c) and 30;
2(a), 2(d) and 30;
4(a), 4(h) and 30?

Yes ☐               No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Missouri, and you should now answer Question 17(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Missouri, and you should move onto Question No. 18(a) below.

17(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Missouri?[118]

Yes ☐               No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Missouri in the amount of $_____.  (If you answered "no," do not complete the blank.)

## Nevada

18(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:   5(a), 5(d) and 31;
6(a), 6(a)(I), 6(b) and 31;
7(a), 7(a)(I), 7(b) and 31;
8(a), 8(b) and 31;
12(a), 12(b) and 31?

Yes ☐               No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Nevada, and you should now answer Question 18(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Nevada, and you should move onto Question No. 19(a) below.

18(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Nevada?[119]

---

[118] You must review ***Instruction No. 6.01*** in order to answer this question.

Yes ☐                    No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Nevada in the amount of $_____.  (If you answered "no," do not complete the blank.)

## New Hampshire

19(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:     1(a), 1(c) and 32;
                            2(a), 2(d) and 32?

Yes ☐                    No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in New Hampshire, and you should now answer Question 19(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in New Hampshire, and you should move onto Question No. 20(a) below.

19(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in New Hampshire?[120]

Yes ☐                    No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in New Hampshire in the amount of $_____.  (If you answered "no," do not complete the blank.)

## New Jersey

20(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:     3(c), 3(f) and 33;
                            4(a), 4(c), 4(h) and 33?

Yes ☐                    No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in New Jersey, and you should now answer Question 20(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in New Jersey, and you should move onto Question No. 21(a) below.

20(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in New Jersey?[121]

---

[119] You must review **Instruction No. 6.01** in order to answer this question.

[120] You must review **Instruction No. 6.01** in order to answer this question.

[121] You must review **Instruction No. 6.01** in order to answer this question.

- 28 -

Yes ☐        No ☐

If you answered "yes," complete the following blank: The Jury finds actual damages for Plaintiffs in New Jersey in the amount of $_____. (If you answered "no," do not complete the blank.)

## New Mexico

21(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:    3(d), 3(f) and 34;
                          5(a), 5(a)(I), 5(d) and 34;
                          5(b), 5(b)(I), 5(d) and 34?

Yes ☐        No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in New Mexico, and you should now answer Question 21(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in New Mexico, and you should move onto Question No. 22(a) below.

21(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in New Mexico?[122]

Yes ☐        No ☐

If you answered "yes," complete the following blank: The Jury finds actual damages for Plaintiffs in New Mexico in the amount of $_____. (If you answered "no," do not complete the blank.)

## New York

22(a)   Have you answered <u>all</u> of the following questions from Part I above in the affirmative: 2(c), 2(d) and 35?

Yes ☐        No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in New York, and you should now answer Question 22(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in New York, and you should move onto Question No. 23(a) below.

22(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in New York?[123]

---

[122] You must review ***Instruction No. 6.01*** in order to answer this question.

[123] You must review ***Instruction No. 6.01*** in order to answer this question.

Yes ☐            No ☐

If you answered "yes," complete the following blank: The Jury finds actual damages for Plaintiffs in New York in the amount of $_____. (If you answered "no," do not complete the blank.)

**North Carolina**

23(a)   The Court has already found that Defendant has engaged in a prohibited business activity under North Carolina law.  Have you answered Question 36 from Part I above in the affirmative?

Yes ☐            No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in North Carolina, and you should now answer Question 23(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in North Carolina, and you should move onto Question No. 24(a) below.

23(b)   Do you find that Defendant's actions have caused damage to Plaintiffs in North Carolina?[124]

Yes ☐            No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in North Carolina, and you should now answer Question 23(c) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in North Carolina, and you should move onto Question No. 24(a) below.

23(c)   Have Plaintiffs proved aggregate damages for Plaintiffs in North Carolina?[125]

Yes ☐            No ☐

If you answered "yes," complete the following blank: The Jury finds actual damages for Plaintiffs in North Carolina in the amount of $_____. (If you answered "no," do not complete the blank.)

**North Dakota**

24(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:     2(a), 2(d) and 37;
                                                                         4(c), 4(g), 4(h) and 37?

---

[124] You must review ***Instruction No. 5.01*** in order to answer this question.

[125] You must review ***Instruction No. 6.01*** in order to answer this question.

Yes ☐            No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in North Dakota, and you should now answer Question 24(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in North Dakota, and you should move onto Question No. 25(a) below.

24(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in North Dakota?[126]

Yes ☐            No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in North Dakota in the amount of $_____.  (If you answered "no," do not complete the blank.)

## Oklahoma

25(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:    1(a), 1(c) and 38;
                                                   2(a), 2(d) and 38;
                                                   5(a), 5(a)(I), 5(d) and 38;
                                                   5(b), 5(d) and 38?

Yes ☐            No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Oklahoma, and you should now answer Question 25(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Oklahoma, and you should move onto Question No. 26(a) below.

25(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Oklahoma?[127]

Yes ☐            No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Oklahoma in the amount of $_____.  (If you answered "no," do not complete the blank.)

## Oregon

26(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:    5(a), 5(a)(II), 5(d) and 39;
                                                   6(a), 6(a)(II), 6(b) and 39;

---

[126] You must review **Instruction No. 6.01** in order to answer this question.

[127] You must review **Instruction No. 6.01** in order to answer this question.

7(a), 7(a)(II), 7(b) and 39;
12(a), 12(a)(I), 12(b) and 39?

Yes ☐          No ☐

If you answered "yes," you should now answer Question 26(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Oregon, and you should move onto Question No. 27(a) below.

26(b)   Do you find that Plaintiffs in Oregon suffered damage as a result of relying on the challenged acts or practices?[128]

Yes ☐          No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Oregon, and you should now answer Question 26(c) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Oregon, and you should move onto Question No. 27(a) below.

26(c)   Have Plaintiffs proved aggregate damages for Plaintiffs in Oregon?[129]

Yes ☐          No ☐

If you answered "yes," complete the following blank: The Jury finds actual damages for Plaintiffs in Oregon in the amount of $_____.  (If you answered "no," do not complete the blank.)

**<u>Pennsylvania</u>**

27(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:      4(e), 4(h) and 40;
                                    5(b), 5(d) and 40;
                                    6(a), 6(b) and 40;
                                    7(a), 7(b) and 40;
                                    12(a), 12(b) and 40?

Yes ☐          No ☐

If you answered "yes," you should now answer Question 27(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Pennsylvania, and you should move onto Question No. 28(a) below.

_____

[128] You must review ***Instruction No. 6.02*** in order to answer this question.

[129] You must review ***Instruction No. 6.01*** in order to answer this question.

27(b)   Do you find that Plaintiffs in Pennsylvania suffered damage as a result of relying on the challenged acts or practices?[130]

Yes ☐          No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Pennsylvania, and you should now answer Question 27(c) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Pennsylvania, and you should move onto Question No. 28(a) below.

27(c)   Have Plaintiffs proved aggregate damages for Plaintiffs in Pennsylvania?[131]

Yes ☐          No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Pennsylvania in the amount of $_____.  (If you answered "no," do not complete the blank.)

**Rhode Island**

28(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:     1(a), 1(c) and 41;
                                    2(a), 2(d) and 41;
                                    5(b), 5(d) and 41;
                                    12(a), 12(b) and 41?

Yes ☐          No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Rhode Island, and you should now answer Question 28(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Rhode Island, and you should move onto Question No. 29(a) below.

28(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Rhode Island?[132]

Yes ☐          No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Rhode Island in the amount of $_____.  (If you answered "no," do not complete the blank.)

---

[130] You must review ***Instruction No. 6.02*** in order to answer this question.

[131] You must review ***Instruction No. 6.01*** in order to answer this question.

[132] You must review ***Instruction No. 6.01*** in order to answer this question.

**South Carolina**

29(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:     1(a), 1(c), 13(b) and 42;
2(a), 2(d), 13(b) and 42?

Yes ☐                   No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in South Carolina, and you should now answer Question 29(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in South Carolina, and you should move onto Question No. 30(a) below.

29(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in South Carolina?[133]

Yes ☐                   No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in South Carolina in the amount of $_____.  (If you answered "no," do not complete the blank.)


**South Dakota**

30(a)   Have you answered <u>all</u> of the following questions from Part I above in the affirmative: 4(a), 4(a)(II), 4(h) and 43?

Yes ☐                   No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in South Dakota, and you should now answer Question 30(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in South Dakota, and you should move onto Question No. 31(a) below.

30(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in South Dakota?[134]

Yes ☐                   No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in South Dakota in the amount of $_____.  (If you answered "no," do not complete the blank.)

---

[133] You must review ***Instruction No. 6.01*** in order to answer this question.

[134] You must review ***Instruction No. 6.01*** in order to answer this question.

**Tennessee**

31(a)    Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:    1(a), 1(c) and 44;
2(a), 2(d) and 44;
5(b), 5(d) and 44?

Yes ☐              No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Tennessee, and you should now answer Question 31(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Tennessee, and you should move onto Question No. 32(a) below.

31(b)    Have Plaintiffs proved aggregate damages for Plaintiffs in Tennessee?[135]

Yes ☐              No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Tennessee in the amount of $_____.  (If you answered "no," do not complete the blank.)

**Texas**

32(a)    Have you answered <u>all</u> of the following questions from Part I above in the affirmative: 3(e), 3(f) and 45?

Yes ☐              No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Texas, and you should skip Question 32(b) and now answer Question 32(d) below.  If you answered "no," then answer Question 32(b) next.

32(b)    Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:    5(b), 5(d) and 45;
12(a), 12(b) and 45?

Yes ☐              No ☐

If you answered "yes," you should now answer Question 32(c) below.  If you answered "no" to this question and to Question 32(a), then Defendant is not liable for damages to Plaintiffs in Texas, and you should move onto Question No. 33(a) below.

---

[135] You must review ***Instruction No. 6.01*** in order to answer this question.

32(c)   Do you find that Plaintiffs in Texas suffered damage as a result of relying on the false advertising or the misrepresentations of price?[136]

Yes ☐            No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Texas, and you should now answer Question 32(d) below.  If you answered "no" to this question and to Question 32(a), then Defendant is not liable for damages to Plaintiffs in Texas, and you should move onto Question No. 33(a) below.

32(d)   Have Plaintiffs proved aggregate damages for Plaintiffs in Texas?[137]

Yes ☐            No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Texas in the amount of $_____.  (If you answered "no," do not complete the blank.)

## Vermont

33(a)   Have you answered at least one of the following sets of questions from Part I above in the affirmative:     1(a), 1(c) and 46;
2(a), 2(d) and 46?

Yes ☐            No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Vermont, and you should now answer Question 33(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Vermont, and you should move onto Question No. 34(a) below.

33(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Vermont?[138]

Yes ☐            No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Vermont in the amount of $_____.  (If you answered "no," do not complete the blank.)

## Washington

---

[136] You must review **Instruction No. 6.02** in order to answer this question.

[137] You must review **Instruction No. 6.01** in order to answer this question.

[138] You must review **Instruction No. 6.01** in order to answer this question.

34(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:   1(a), 1(c), 13(c) and 47;
2(a), 2(d), 13(c) and 47?

Yes ☐            No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Washington, and you should now answer Question 34(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Washington, and you should move onto Question No. 35(a) below.

34(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Washington?[139]

Yes ☐            No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Washington in the amount of $_____.  (If you answered "no," do not complete the blank.)

## West Virginia

35(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:   1(a), 1(c), 13(c) and 48;
2(a), 2(d), 13(c) and 48;
4(a), 4(e) 4(h), 13(c) and 48;
5(b), 5(d), 13(c) and 48;
12(c), 12(d), 13(c) and 48?

Yes ☐            No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in West Virginia, and you should now answer Question 35(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in West Virginia, and you should move onto Question No. 36(a) below.

35(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in West Virginia?[140]

Yes ☐            No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in West Virginia in the amount of $_____.  (If you answered "no," do not complete the blank.)

---

[139] You must review ***Instruction No. 6.01*** in order to answer this question.

[140] You must review ***Instruction No. 6.01*** in order to answer this question.

## Wisconsin

36(a)   Have you answered <u>all</u> of the following questions from Part I above in the affirmative: 12(c), 12(c)(I), 12(d) and 49?

Yes ☐          No ☐

If you answered "yes," you should now answer Question 36(b) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Wisconsin, and you should move onto Question No. 37(a) below.

36(b)   Do you find that Plaintiffs in Wisconsin suffered damage as a result of relying on the challenged acts or practices?[141]

Yes ☐          No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Wisconsin, and you should now answer Question 36(c) below.  If you answered "no," then Defendant is not liable for damages to Plaintiffs in Wisconsin, and you should move onto Question No. 37(a) below.

36(c)   Have Plaintiffs proved aggregate damages for Plaintiffs in Wisconsin?[142]

Yes ☐          No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Wisconsin in the amount of $_____.  (If you answered "no," do not complete the blank.)

## Wyoming

37(a)   Have you answered <u>at least one</u> of the following <u>sets</u> of questions from Part I above in the affirmative:     1(a), 1(a)(I), 1(c) and 50;
2(a), 2(a)(I), 2(d) and 50;
5(a), 5(a)(I), 5(d) and 50;
5(b), 5(b)(I), 5(d) and 50;
12(a), 12(a)(II), 12(b) and 50?

Yes ☐          No ☐

If you answered "yes," you may consider awarding damages to Plaintiffs in Wyoming, and you should now answer Question 37(b) below.  If you answered "no," then

---

[141] You must review **Instruction No. 6.02** in order to answer this question.

[142] You must review **Instruction No. 6.01** in order to answer this question.

Defendant is not liable for damages to Plaintiffs in Wyoming, and you should move onto Question No. 38 below.

37(b)   Have Plaintiffs proved aggregate damages for Plaintiffs in Wyoming?[143]

Yes ☐          No ☐

If you answered "yes," complete the following blank:  The Jury finds actual damages for Plaintiffs in Wyoming in the amount of $_____.  (If you answered "no," do not complete the blank.)

**2.      Enhanced Damages**

38      Do you award enhanced damages for Plaintiffs in <u>California</u>?[144]

Yes ☐          No ☐

If you answered "yes," complete the following:  The Jury awards $_____ in enhanced damages for Plaintiffs in California.  (If you answered "no," do not complete the blank.)

39      Did you award compensatory damages for Plaintiffs in <u>Hawaii</u>?[145]

Yes ☐          No ☐

If you answered "yes," you must multiply that damage award by three and complete the following blank:  The Jury awards $_____ in enhanced damages for Plaintiffs in Hawaii.  (If you answered "no," do not complete the blank.)

40      Do you award enhanced damages for Plaintiffs in <u>Texas</u>?[146]

Yes ☐          No ☐

If you answered "yes," complete the following:  The Jury awards $_____ in enhanced damages for Plaintiffs in Texas.  (If you answered "no," do not complete the blank.)

---

[143] You must review ***Instruction No. 6.01*** in order to answer this question.

[144] You must review ***Instruction No. 6.03*** in order to answer this question.

[145] You must review ***Instruction No. 6.03*** in order to answer this question.

[146] You must review ***Instruction No. 6.03*** in order to answer this question.

**3.    Punitive Damages**

41     If you awarded compensatory damages for Plaintiffs in <u>Arizona</u>, you may also award punitive damages.  Do you award punitive damages for Plaintiffs in Arizona?[147]

Yes ☐               No ☐

If you answered "yes," complete the following:  The Jury awards $_____ in punitive damages for Plaintiffs in Arizona.  (If you answered "no," do not complete the blank.)

42     If you awarded compensatory damages for Plaintiffs in <u>California</u>, you may also award punitive damages.  Do you award punitive damages for Plaintiffs in California?[148]

Yes ☐               No ☐

If you answered "yes," complete the following:  The Jury awards $_____ in punitive damages for Plaintiffs in California.  (If you answered "no," do not complete the blank.)

43     If you awarded compensatory damages for Plaintiffs in <u>Delaware</u>, you may also award punitive damages.  Do you award punitive damages for Plaintiffs in Delaware?[149]

Yes ☐               No ☐

If you answered "yes," complete the following:  The Jury awards $_____ in punitive damages for Plaintiffs in Delaware.  (If you answered "no," do not complete the blank.)

44     If you awarded compensatory damages for Plaintiffs in the <u>District of Columbia</u>, you may also award punitive damages.  Do you award punitive damages for Plaintiffs in the District of Columbia?[150]

Yes ☐               No ☐

---

[147] You must review ***Instruction No. 6.04*** in order to answer this question.

[148] You must review ***Instruction No. 6.04*** in order to answer this question.

[149] You must review ***Instruction No. 6.04*** in order to answer this question.

[150] You must review ***Instruction No. 6.04*** in order to answer this question.

If you answered "yes," complete the following:  The Jury awards $_____ in punitive damages for Plaintiffs in the District of Columbia.  (If you answered "no," do not complete the blank.)

45     If you awarded compensatory damages for Plaintiffs in <u>Minnesota</u>, you may also award punitive damages.  Do you award punitive damages for Plaintiffs in Minnesota?[151]

                       Yes ☐                    No ☐

If you answered "yes," complete the following:  The Jury awards $_____ in punitive damages for Plaintiffs in Minnesota.  (If you answered "no," do not complete the blank.)

46     If you awarded compensatory damages for Plaintiffs in <u>Nevada</u>, you may also award punitive damages.  Do you award punitive damages for Plaintiffs in Nevada?[152]

                       Yes ☐                    No ☐

If you answered "yes," complete the following:  The Jury awards $_____ in punitive damages for Plaintiffs in Nevada.  (If you answered "no," do not complete the blank.)

47     If you awarded compensatory damages for Plaintiffs in <u>Oregon</u>, you may also award punitive damages.  Do you award punitive damages for Plaintiffs in Oregon?[153]

                       Yes ☐                    No ☐

If you answered "yes," complete the following:  The Jury awards $_____ in punitive damages for Plaintiffs in Oregon.  (If you answered "no," do not complete the blank.)

48     If you found Defendant liable to Plaintiffs in <u>Pennsylvania</u>, you may also award punitive damages.  Do you award punitive damages for Plaintiffs in Pennsylvania?[154]

                       Yes ☐                    No ☐

---

[151] You must review ***Instruction No. 6.04*** in order to answer this question.

[152] You must review ***Instruction No. 6.04*** in order to answer this question.

[153] You must review ***Instruction No. 6.04*** in order to answer this question.

[154] You must review ***Instruction No. 6.04*** in order to answer this question.

If you answered "yes," complete the following:  The Jury awards $_____ in punitive damages for Plaintiffs in Pennsylvania.  (If you answered "no," do not complete the blank.)

001534-16  159485 V1