UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>CLASS 1 JURY TRIAL (ASTRAZENECA) | CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS PLAINTIFFS' MOTION TO STRIKE CERTAIN
<u>ASTRAZENECA TRIAL WITNESSES</u>**

Class Plaintiffs move to strike the following witnesses identified on AstraZeneca's Rule 26(a)(3)(A) disclosure filed on March 16, 2007 (Dkt. No. 3852).

**1.    Barrington Furr, Christine McHenry**

These are both listed as "may call witnesses."  During the class period AstraZeneca employed thousands of people who were involved with the marketing and sale of Zoladex®.  During the discovery process the parties worked to limit discovery and to search the files of those employees likely to have relevant documents.

During the course of this litigation AstraZeneca did not search the files of these witnesses.  They are not listed on any source list provided by AstraZeneca to Plaintiffs.  Now, suddenly, they are deemed to be so relevant that out of hundreds of possible witnesses, AZ has selected them as one of twelve "may call" witnesses.  The Court should not allow AstraZeneca to have hidden these witnesses, whose files were not produced, and then spring them forward on the eve of trail.  They should be stricken.

- 1 -

## 2. Richard Fante

Like Mr. Furr and Ms. McHenry, Richard Fante's name likewise does not appear on any AstraZeneca Source Lists provided to Plaintiffs.  While his name does appear on call notes of visits to pharmacy benefit managers ("PBMs"), Plaintiffs specifically requested those call notes; they were not otherwise part of AZ's production that AZ itself deemed to be relevant to this case.  Moreover, those call notes were produced when self-administered drugs were still part of this case.  As this Court knows, Zoladex® is not a self-administered drug.  For these additional reasons, Richard Fante should be stricken from AZ's witness list.

DATED:  April 9, 2007

By  /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street
Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF COMPLIANCE

The parties have conferred and not been able to resolve this motion.  *See* attached letter.

 

Steve W. Berman

- 5 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of Plaintiffs' attorneys and that, on April 9, 2007, I caused copies of **CLASS PLAINTIFFS' MOTION TO STRIKE CERTAIN ASTRAZENECA TRIAL WITNESSES** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

    /s/ Steve W. Berman
Steve W. Berman