UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of James V. Hayes of Williams & Connolly LLP as counsel for MedImmune, Inc. in connection with the above-captioned matter.

    Respectfully submitted,

    /s/ James V. Hayes_____
    James Hayes (BBO # 651802)
    Williams & Connolly LLP
    725 12th St. N.W.
    Washington, DC 20005
    (202) 434-5596
    jhayes@wc.com

    *Attorney for MedImmune, Inc.*

Dated:  April 6, 2007

1

## **CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing was delivered on April 6, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No.2, via LexisNexis File & Serve.

            By: /s/  James V. Hayes