UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Arizona v. Abbott Labs., et al.*, Civil Action: 06-CV-11069-PBS | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANN UGLIETTA

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, an attorney licensed to practice law in the Commonwealth of Massachusetts and in the United States District Court for the District of Massachusetts, respectfully moves that Ann Uglietta be admitted to practice before this Honorable Court for purposes of the above-noted case. Ann Uglietta is licensed to practice law in Arizona.

According to the attached Certificate of Good Standing of Ann Uglietta:

1. She is a member of the Bar in good standing in the jurisdiction in which she has been admitted to practice.

2. There are no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction.

3. She is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

- 1 -

- 2 -

WHEREFORE, I move that Ann Uglietta be admitted this 9th day of April, 2007.

By     /s/ **Thomas M. Sobol**
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

## CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing, **MOTION FOR ADMISSION *PRO HAC VICE* OF ANN UGLIETTA** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 9, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By   **/s/ Thomas M. Sobol**
Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**