UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| *State of Arizona v. Abbott Labs., et al.*, Civil Action: 06-CV-11069-PBS | ) ) ) |

MDL No. 1456

CIVIL ACTION: 01-CV-12257-PBS

Judge Patti B. Saris

### AFFIDAVIT OF ANN UGLIETTA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ann Uglietta, on my oath swear and depose:

1. I am an Assistant Attorney General for the State of Arizona, Consumer Protection and Advocacy Section, 1275 West Washington, Phoenix, AZ 85007-2926.

2. I am a member of the Bar of the State of Arizona. A Certificate of Good Standing is attached.

3. I am in good standing in every jurisdiction where I have been admitted to practice. No disciplinary proceedings are pending against me in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 5th day of April, 2007.

_____
Ann Uglietta

- 1 -

001534-14 163439 V1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing, **AFFIDAVIT OF ANN UGLIETTA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 9, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By    /s/ **Thomas M. Sobol**
Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **ANN THOMPSON UGLIETTA,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on July 10, 1991, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 15th day of March 2007.

Lauren E. Eiler
Disciplinary Clerk