UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris Magistrate Judge Marianne B. Bowler |

### UNITED STATES' SECOND MOTION TO COMPEL ABBOTT LABORATORIES TO PRODUCE DOCUMENTS

The United States of America, through its undersigned counsel, respectfully submits this Motion to Compel Abbott to Produce Documents. The discovery sought includes: (1) Average Manufacturer's Price data; (2) Alternate Site sales force compensation and employment review documents; (3) TAP settlement impact documents; (4) all responsive Vancomycin documents; and (5) all responsive Alternate Site customer documents. The discovery is relevant, or reasonably calculated to lead to the discovery of admissible evidence, and is not unduly burdensome for Abbott to produce. The reasons for the Motion are more fully stated in the accompanying Memorandum of Law.

Relator Ven-A-Care consents to and joins in this Motion.

Respectfully submitted,

| | |
|---|---|
| For the United States of America, | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley<br>U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Renée Brooker<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF<br>FLORIDA | |

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9003
Fax: (305) 536-4101

For the relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com

Dated: April 9, 2007

## CERTIFICATION

The undersigned counsel certifies pursuant to LR 7.1(a)(2) that she and the Relator's counsel, James J. Breen, have conferred with counsel for the Defendant Abbott Laboratories, Inc. on the issues raised in this motion and have not been able to reach agreement.

Dated: April 9, 2007

/s/ Renée Brooker
Renée Brooker

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **United States' Second Motion to Compel Abbott to Produce Documents** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: April 9, 2007

/s/ Rebecca A. Ford