UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti B. Saris ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) ) |

**PROPOSED ORDER**

Upon consideration of the United States' Second Motion to Compel Abbott Laboratories to Produce Documents, and Memorandum in Support, and Abbott Laboratories, Inc.'s ("Abbott") opposition thereto, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that within five (5) business days of entry of this Order, Abbott shall produce the following categories of documents: (1) Average Manufacturer's Price data; (2) Alternate Site sales force compensation and employment review documents; (3) TAP settlement impact documents; (4) all responsive Vancomycin documents; and (5) all responsive Alternate Site customer documents.

IT IS FURTHER ORDERED that the Protective Order entered in this proceeding shall govern this production.

This _____ day of _____, 2007.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE