UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL Docket No. 1456<br>Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CONSOLIDATED ACTIONS | Hon. Patti B. Saris |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), Defendants Sicor, Inc., Sicor Pharmaceuticals, Inc. (collectively, "Sicor"), Teva Pharmaceuticals USA, Inc. ("Teva"), and IVAX Corporation ("IVAX") request that the Court permit Christopher E. Prince, JonMarc P. Buffa, and Vona S. Ekpebe, of Sonnenschein Nath & Rosenthal LLP, to withdraw their appearances as counsel for Sicor, Teva and IVAX in this action.  Mr. Prince, Mr. Buffa, and Ms. Ekpebe were previously admitted *pro hac vice* as counsel for Sicor, Teva and IVAX.

In addition, pursuant to Local Rule 83.5.2(c), defendant Sicor requests that the Court permit Geoffrey J. Repo and Mark A. Flessner, of Sonnenschein Nath & Rosenthal LLP, to withdraw their appearances as counsel for Sicor in this action.  Mr. Repo and Mr. Flessner were previously admitted *pro hac vice* as counsel for Sicor.

In support of this motion, Sicor, Teva and IVAX state that the appearance of all attorneys listed below remain in effect and are not affected by this withdrawal.  In addition, Jay P. Lefkowitz, Jennifer G. Levy, Patrick M. Bryan, and John K.D. Crisham, of Kirkland & Ellis LLP, have entered an appearance on behalf of Sicor, Teva and IVAX in this matter.

WHEREFORE, Sicor, Inc., Sicor Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc. and IVAX Corporation request that the Court allow this Motion for Withdrawal of Appearance.

SICOR, INC., SICOR PHARMACEUTICALS,
INC., TEVA PHARMACEUTICALS USA, INC.,
and IVAX CORPORATION,

By their attorneys,

/s/ Pamela Zorn Adams
Robert J. Muldoon, Jr. (BBO# 359480)
James W. Matthews (BBO# 560560)
Pamela Zorn Adams (BBO #640800)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated:  April 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, copies of the foregoing Motion for Withdrawal of
Attorney were served on all counsel of record via electronic service and Lexis/Nexis File &
Serve.

/s/ Pamela Zorn Adams