UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 01-12257-PBS<br>)<br>) Judge Patti B. Saris<br>) |
| THIS DOCUMENT RELATES TO:<br>*City of New York, et al. v.*<br>*Abbott Laboratories, et al.*<br>Civil Action No. 04-cv-06054 et al. | )<br>)<br>)<br>) Magistrate Judge Marianne Bowler<br>)<br>)<br>) |

## CROSS-NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the City of New York and all New York Counties in MDL 1456 represented by Kirby McInerney & Squire LLP hereby cross-notice the depositions of Linda Ragone, Charles Booth, David Tawes, Thomas Scully, Bruce Vladeck, Lisa Foley Stand, and Nancy-Ann Min DeParle in the above-captioned case, which is part of the MDL 1456. These depositions have been noticed in *United States ex rel. Ven-A-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*, No. 03-cv-11226-PBS, a matter that is currently a part of MDL 1456.

The depositions will take place before a notary public, or any other officer authorized to administer oaths. The depositions will be taken upon cross-examination. The depositions will be recorded by stenographic and/or sound and visual means. The depositions are being taken for the purpose of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Procedure.

A copy of the deposition notices originally served by Abbott are annexed hereto.

| **Deponent** | **Date/Time** | **Location** |
| --- | --- | --- |
| Linda Ragone | April 17 & 18, 2007 at 9:00 a.m. | Morgan Lewis<br>1701 Market Street<br>Philadelphia, PA  19103 |
| Charles Booth | April 23, 2007 at 9:00 a.m. | Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. |
| David Tawes | April 24 & 25, 2007 at 9:00 a.m. | Morgan Lewis<br>1701 Market Street<br>Philadelphia, PA  19103 |
| Thomas Scully | May 4, 2007 at 9:00 a.m. | Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. |
| Bruce Vladeck | May 4, 2007 at 8:30 a.m. | Jones Day<br>222 East 41st Street<br>New York, NY  10017 |
| Lisa Foley Stand | May 10, 20007 at 9:00 a.m. | Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. |
| Nancy-Ann Min DeParle | May 18. 2007 at 9:00 a.m. | Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. |

Dated:  April 10, 2007

Respectfully submitted,

   /s/     Joanne M. Cicala
James P. Carroll
Aaron D. Hovan
Kirby McInerney & Squire LLP
830 Third Avenue
New York, NY  10022
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540

Attorneys for Plaintiffs
The City of New York, *et al.*

## CERTIFICATE OF SERVICE

I, Aaron D. Hovan, hereby certify that I caused a true and correct copy of the foregoing, Cross-Notice of Depositions, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: April 10, 2007

/s/ Aaron D. Hovan
Kirby McInerney & Squire, LLP