UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. American Home Products, et al.*,<br>     CA No. 02-CV-12086-PBS (Nevada II), and<br><br>*State of Montana v. Abbott Labs., Inc., et al.*,<br>     Cause No. CV-02-09-H-DWM (D. Mont.) | CIVIL ACTION:  01-CV-12257-PBS |

**STATE OF MONTANA AND NEVADA'S MOTION FOR ADDITIONAL TIME TO
RESPOND TO CERTAIN DEFENDANTS' MOTIONS**

The States of Montana and Nevada ("States"), by their undersigned counsel, respectfully request that the Court extend to April 26, 2007 the time for the States to respond to Defendants' individual motions for summary judgment, related pleadings and motions currently scheduled for response by April 19, 2007.  The States acknowledge that this is their second request for additional time.  The first request was submitted by Montana's and Nevada's Unopposed Motion for Extension of Time for Responding to Defendants' Motions for Summary Judgment (Dkt. No. 3864) and was granted on March 23, 2007.  The States submit that the current request for additional time is made in good faith and is warranted by the extraordinary volume of motions and supporting materials filed by the Defendants since February 8, 2007, detailed below.  The States further submit that given the exigency of the situation and the delays inherent in coordinating with the complete defendant groups for the two cases, they have not approached the Defendants about the additional extension of time.

001534-15 164473 V1

As particular grounds for their request, the States submit the following:

1. On February 8, 2007, Defendants filed 21 motions for summary judgment in the two cases. The motions included Defendants' Joint Motion for Summary Judgment in the Nevada II case, Defendants' Joint Motion for Summary Judgment in the Montana case, and 19 additional motions by individual defendants. Each of the 21 motions was accompanied by a Local Rule 56.1 statement of undisputed material fact with exhibits. Every motion included at least one additional affidavit constituting expert opinion or additional facts in support of the motion.

2. On the same date, Defendants submitted their expert reports for the first time. Both joint expert reports and defendant-specific reports were filed. In total, at least 14 expert reports were filed on February 8, 2007.

3. An Order dated December 12, 2006 set March 22, 2007 as the response date for all summary judgments, April 5, 2007 as the date for summary judgment replies; and April 12, 2007 as the date for summary judgment sur-replies.

4. The States sought relief from the schedule for the individual motions for summary judgment and related pleadings by extending the response date to April 19, 2007. The reasons for the extension were set forth in the motion filed on March 20, 2007 (Dkt. No. 3864). At the time the motion was filed, the States held the good faith belief that they could meet the schedule.

5. Relief was granted. The Court entered an Order extending the response date to April 19, 2007, with the deadlines for summary judgment replies and sur-replies extended to May 3, 2007 and May 10, 2007 respectively.

6. Since that time, Defendants have filed numerous pleadings requiring a response.

7. The States responded to Defendants' joint motions for summary judgment on March 22, 2007.

8. On April 6, 2007, Bayer Corporation moved for clarification of the March 26, 2007 Order (Dkt. No. 4030). Nevada's response to Bayer's motion is currently due on April 20, 2006.

9. On April 5, 2007, Defendants collectively filed replies in support of its joint motions for summary judgment and Individual Defendants also responded separately to the States' fact submissions. The States' sur-replies are currently due on April 12, 2007.

10. Also on April 5, 2007, Defendants filed their Joint Motion to Strike the Declaration of Dorothy Poulsen Submitted in Support of State of Montana's Opposition to Defendants' Joint Motion for Summary Judgment (Dkt. No. 3997) in the Montana case. The motion is 10 pages in length plus declaration and exhibits. The State's response is currently due on April 19, 2007.

11. Also on April 5, 2007, Defendants filed their Joint Motion to Strike the Declarations of Charles Duarte and Coleen Lawrence Submitted in Support of State of Nevada's Opposition to Defendants' Joint Motion for Summary Judgment (Dkt. No. 4022) in the Nevada case. The motion is 10 pages in length plus declaration and exhibits. The State's response is currently due on April 19, 2007.

12. The volume of pleadings submitted by Defendants in the past seventy-five days and the volume of pleadings required to respond are extraordinary even by the standards of this case. Not only is the legal work required to respond to the Defendants' outstanding submissions immense, case paralegals inform the States' lawyers that the technical and staffing requirements to prepare and file all materials on April 19, 2007 are unusually high – even if the effort starts on April 18, 2007.

13. In addition, on March 14, 2007 Magistrate Bowler submitted her Report & Recommendation Re: Defendants' Joint Motion for Redress for Spoliation of Evidence (Dkt. No. 3843) in Nevada I and II. The parties' objections were due on March 25, 2007. Nevada prepared and submitted objections. On March 26, 2007, the Court entered an order adopting and modifying the Magistrate's recommendations with certain modifications; the Order invited Nevada to move for reconsideration on one of the findings. Nevada intends to file a motion for reconsideration.

14. Because of these extraordinary demands, the States respectfully ask the Court to enter an order giving the State until April 26, 2007 to respond to the individual motions for summary judgment and related pleadings and extending the dates for summary judgment replies and sur-replies to May 10, 2007 and May 17, 2007 respectively.

DATED: April 12, 2007

By    /s/ Jeniphr Breckenridge
   Steve W. Berman
   Sean R. Matt
   Jeniphr A.E. Breckenridge
   HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
   Telephone: (206) 623-7292
   Facsimile: (206) 623-0594

Thomas M. Sobol
Edward Notargiacomo
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Boston, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

COUNSEL FOR PLAINTIFFS
STATE OF MONTANA AND STATE OF NEVADA

Catherine Cortez Masto
Attorney General of the State of Nevada
L. Timothy Terry
Deputy Attorney General
100 N. Carson Street
Carson City,  NV 89701-4714

COUNSEL FOR PLAINTIFF
STATE OF NEVADA

Mike McGrath
Attorney General of Montana
Ali Bovingdon
Assistant Attorney General
Justice Building
215 North Sanders
P.O. Box 201401
Helena, MT  56920-1402
(406) 444-2026

COUNSEL FOR PLAINTIFF
STATE OF MONTANA

## **CERTIFICATE OF SERVICE**

Docket No. MDL 1456

      I, Jeniphr Breckenridge, hereby certify that I am one of plaintiffs' attorneys and that, on April 12, 2007, I caused copies of **STATE OF MONTANA AND NEVADA'S MOTION FOR ADDITIONAL TIME TO RESPOND TO CERTAIN DEFENDANTS' MOTIONS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

      /s/ Jeniphr Breckenridge
      Jeniphr Breckenridge

001534-15  164473 V1