UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 ) ) ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) Judge Patti B. Saris ) ) Chief Magistrate Judge ) Marianne B. Bowler ) |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2(c), I, Daniel P. Christmas, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, Daniel P. Christmas, am an attorney practicing at Ropes & Gray LLP, representing Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") in the above-captioned matter.

2. I will be leaving Ropes & Gray LLP as of April 13, 2007 and will no longer be able to represent Schering and Warrick.

3. Schering and Warrick continue to be represented by other attorneys at Ropes & Gray LLP.

WHEREFORE, I, Daniel P. Christmas, respectfully move this Court for leave to withdraw from the above-captioned matter.

Respectfully submitted,

_____
Daniel P. Christmas (BBO#660489)

Dated: April 13, 2007

10488876_1

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2007, I caused a true and correct copy of the foregoing MOTION FOR LEAVE TO WITHDRAW to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

_____
Daniel P. Christmas