UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br>_____ <br><br>**THIS DOCUMENT RELATES TO:** <br><br>*United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* <br>CIVIL ACTION NO. 06-CV-1337-PBS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |

### AGREED MOTION TO EXTEND TIME PRUSUANT TO PARAGRAPH 7 OF CASE MANAGEMENT ORDER NO 29

Comes now, the Relator, Ven-a-Care of the Florida Keys, Inc., by and through its undersigned counsel and files this, its Agreed Motion to Extend Time Pursuant to Paragraph 7 of Case Management Order No. 29, and states as follows:

1. This court recently entered Case Management Order No. 29 governing *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-CV-1337-PBS, and provided at paragraph 7 for the Relator to file a Motion to Compel directed at documents produced by Abbott to certain states in similar actions. The court required that the parties engage in a specific meet and confer process.

2. Counsel has participated in the meet and confer process directed by the court; however, this has taken longer than initially anticipated. The Relator is in the process of preparing the Motion to Compel contemplated by paragraph 7 of

      Case Management Order No. 29 in a manner intended to minimize the amount of time that the Court must devote to resolving this issue.

3. The undersigned has conferred with counsel for Abbott Laboratories, Jim Daly, and Abbott agrees to the relief requested herein.

4. The undersigned contemplates that it will take up to an additional two weeks to prepare the Motion to Compel contemplated by paragraph 7 of Case Management Order No. 29.

Wherefore, Ven-a-Care of the Florida Keys, Inc., respectfully requests:

1. That the time for filing the Motion to Compel pursuant to paragraph 7 of Case Management Order No. 29 be extended up to and including April 24, 2007.

2. That the time for the filing of the Defendant's response to the Relator's Motion to Compel shall be extended up to seven calendar days following service of the Motion to Compel.

3. That the Court enter the Proposed Order attached hereto as Exhibit A.

Respectfully submitted.

                                                                    For the Relator, Ven-a-Care of the Florida Keys, Inc.,

Dated: April 13, 2007                 /s/ Alison W. Simon

                                                   James. J. Breen
                                                   Alison W. Simon
                                                   The Breen Law Firm
                                                   3350 S.W. 148th Avenue
                                                   Suite 110
                                                 Miramar, FL 33027
                                                 Tel: (954) 874-1635
                                                 Fax: (954) 874-1705
                                                 Email: jbreen@breenlaw.com
                                                 Sherrie R. Savett
                                                 Susan Schneider Thomas

Gary L. Azorsky
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Jonathan Shapiro
Stern, Shapiro, Weissberg & Grain LLP
90 Canal Street
Boston, MA 02114-5800
Tel: (617) 742-5800
Fax: (617) 742-5858

**CERTIFICATE OF SERVICE**

I, Alison W. Simon, hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on April 13, 2007, a copy to Lexis Nexis for posting and notification to all parties.

/s/ Alison W. Simon_____