**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) _____ ) ) **THIS DOCUMENT RELATES TO:** ) ) *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06-CV-1337-PBS ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris Magistrate Judge Marianne B. Bowler |

**PROPOSED ORDER**

Upon consideration of the Relator's Agreed Motion to Extend Time Pursuant to Paragraph 7 of Case Management Order No. 29, it is hereby ORDERED that the Motion is GRANTED as follows:

1. That the time for filing the Motion to Compel pursuant to paragraph 7 of Case Management Order No. 29 be extended up to and including April 24, 2007.

2. That the time for the filing of the Defendants response to the Relator's Motion to Compel shall be extended up to seven days following service of the Motion to Compel.

This day _____ of _____, 2007

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE