# EXHIBIT 7

Page 1

NO. D-1-GV-04-001286

| | |
|---|---|
| THE STATE OF TEXAS ) | IN THE DISTRICT COURT |
| ex rel. ) | |
|    VEN-A-CARE OF THE ) | |
|    FLORIDA KEYS, INC., ) | |
|       Plaintiffs, ) | |
| VS. ) | TRAVIS COUNTY, TEXAS |
| ABBOTT LABORATORIES INC., ) | |
| ABBOTT LABORATORIES, and ) | |
| HOSPIRA, INC., ) | |
|       Defendant(s). ) | 201ST JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL ) | |
| INDUSTRY AVERAGE WHOLESALE ) | MDL No. 1456 |
| PRICE LITIGATION ) | Civil Action No. |
| ) |    01-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| United States of America, ) | Hon. Patti Saris |
| ex rel. Ven-a-Care of the ) | |
| Florida Keys, Inc., v. ) | |
| Abbott Laboratories, Inc., ) | |
| and Hospira, Inc. ) | |
| CIVIL ACTION NO. 06-11337-PBS ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
STEVE KIPPERMAN
March 7, 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1    Q.   (BY MR. WINTER)  Say that again.
2    A.   All I can assume is from the year-end date
3 here, that it's looking at something to assure that we
4 make the sales figures for the year.
5    Q.   That the field sales staff are -- are hitting
6 their number that's projected for them --
7         MS. TABACCHI:  Object to the form.
8    Q.   (BY MR. WINTER)  -- is that what you're
9 saying?
10   A.   Yeah.  Possibly.
11   Q.   Mr. Kipperman, do you know what the
12 reimbursement spread is?
13        MS. TABACCHI:  Object to the form.
14   A.   Explain more, please.
15   Q.   (BY MR. WINTER)  Do you understand -- do you
16 have an understanding what the phrase "reimbursement
17 spread" means?
18        MS. TABACCHI:  Object to the form.
19   A.   My understanding of spread is difference
20 between AWP and what a customer would pay for a
21 product.
22   Q.   (BY MR. WINTER)  And what the customer will
23 pay for the product?  Okay.  And you understood, and
24 from your experience working with Abbott in the early
25 1990s as the Alternate Site contract manager and then