# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) |

MDL No. 1456

CIVIL ACTION:  01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

*State of Arizona v. Abbott Labs., et al.*,
Civil Action:  06-CV-11069-PBS

## MOTION FOR ADMISSION *PRO HAC VICE* OF NANCY M. BONNELL


Pursuant to Local Rule 83.5.3 of the United States District Court for the District of

Massachusetts, the undersigned, an attorney licensed to practice law in the Commonwealth of

Massachusetts and in the United States District Court for the District of Massachusetts,

respectfully moves that Nancy M. Bonnell be admitted to practice before this Honorable Court

for purposes of the above-noted case.  Nancy M. Bonnell is licensed to practice law in Arizona.

According to the attached Certificate of Good Standing of Nancy M. Bonnell:

1.      She is a member of the Bar in good standing in the jurisdiction in which she has

been admitted to practice.

2.      There are no disciplinary proceedings pending against her as a member of the Bar

in any jurisdiction.

3.      She is familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

- 1 -

WHEREFORE, I move that Nancy M. Bonnell be admitted this 16th day of April, 2007.


By____/s/ Thomas M. Sobol_____
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

## CERTIFICATE OF SERVICE

I hereby certify that I, Thomas M. Sobol, an attorney, caused a true and correct copy of the foregoing, **MOTION FOR ADMISSION *PRO HAC VICE* OF NANCY M. BONNELL** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 16, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By  **/s/ Thomas M. Sobol**
　Thomas M. Sobol (BBO#471770)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
**LIAISON COUNSEL**

- 3 -