UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)     MDL No. 1456<br>)     Civil Action No. 01-12257-PBS<br>) |
| **THIS DOCUMENT RELATES TO:** | )     Hon. Patti B. Saris<br>) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*,<br>CIVIL ACTION NO. 06–CV-11337-PBS | )     Magistrate Judge Marianne B. Bowler<br>)<br>)<br>) |

**PROPOSED ORDER**

Upon consideration of the United States' Motion For Leave to File Under Seal Exhibits 5, 6 and 8 to its Memorandum in Support of its Motion to Compel Abbott Laboratories to Respond to the United States' First Set of Interrogatories, due to the designations of those Exhibits by Abbott as Confidential and Highly Confidential, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Exhibits 5, 6 and 8 to the United States' Memorandum in Support of its Motion to Compel Abbott Laboratories to Respond to the United States' First Set of Interrogatories shall remain under seal pursuant to the Protective Order governing this matter.

This _____ day of _____, 2007.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE