UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: *State of Nevada v. American Home Products, et al.*, CA No. 02-CV-12086-PBS (Nevada II), and *State of Montana v. Abbott Labs., Inc., et al.*, Cause No. CV-02-09-H-DWM (D. Mont.) | CIVIL ACTION: 01-CV-12257-PBS |

## NEVADA AND MONTANA'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS' MOTIONS TO STRIKE

The States of Montana and Nevada ("States"), by their undersigned counsel, respectfully request that the Court extend to April 26, 2007 the time for the States to respond to Defendants' motions to strike certain declarations the States submitted in support of their oppositions to the Defendants' joint motions for summary judgment.[1] The motions were filed on April 5, 2007. The current date for response is April 19, 2007. The States have not previously requested an extension of the response time to respond to these motions. The extended date requested is the same date the States have requested for the filing of their oppositions to Defendants' individual motions for summary judgment.[2]

The reasons for this request are the same as those the States requested in connection with their motion for additional time to respond to Defendants' individual motions for summary judgment and are set forth more fully therein. In summary, the States request relief from the

---

[1] The two motions are Defendants' joint motions to strike the declarations of Charles Duarte and Coleen Lawrence (Dkt. No. 4022) in the Nevada case and to strike the declaration of Dorothy Poulsen (Dkt. No. 3997) in the Montana case.

[2] *See* State of Montana and Nevada's [sic] Motion for Additional Time To Respond To Certain Defendants' Motions (Dkt. No. 4054).

schedule due to the extraordinary volume of pleadings requiring response within a short period of time. Simultaneously counsel for the States have been preparing for the upcoming trial in the class case.

Given the timing of the situation and the delays inherent in coordinating with the full defendant groups for the two cases, the States have not approached the Defendants about the additional extension of time.

.

DATED: April 17, 2007


By   /s/ Jeniphr Breckenridge
   Steve W. Berman
   Sean R. Matt
   Jeniphr A.E. Breckenridge
   HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
   Seattle, WA  98101
   Telephone: (206) 623-7292
   Facsimile: (206) 623-0594

   Thomas M. Sobol
   Edward Notargiacomo
   HAGENS BERMAN SOBOL SHAPIRO LLP
   One Main Street, 4th Floor
   Boston, MA  02142
   Telephone: (617) 482-3700
   Facsimile: (617) 482-3003

   COUNSEL FOR PLAINTIFFS
   STATE OF MONTANA AND STATE OF NEVADA

   Catherine Cortez Masto
   Attorney General of the State of Nevada
   L. Timothy Terry
   Deputy Attorney General
   100 N. Carson Street
   Carson City, NV 89701-4714

   COUNSEL FOR PLAINTIFF
   STATE OF NEVADA

Mike McGrath
Attorney General of Montana
Ali Bovingdon
Assistant Attorney General
Justice Building
215 North Sanders
P.O. Box 201401
Helena, MT  56920-1402
(406) 444-2026

COUNSEL FOR PLAINTIFF
STATE OF MONTANA

001534-15 165555 V1

**CERTIFICATE OF SERVICE**

Docket No. MDL 1456

      I, Jeniphr Breckenridge, hereby certify that I am one of plaintiffs' attorneys and that, on April 17, 2007, I caused a true and correct copy of the foregoing, **NEVADA AND MONTANA'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS' MOTION TO STRIKE,** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for Posting and notification to all parties.

                                              /s/ Jeniphr Breckenridge
                                              Jeniphr Breckenridge