UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | |
| ) | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: ) | CIVIL ACTION |
| ) | NO. 01-12257-PBS |
| State of Mississippi v. Abbott Laboratories, Inc., et al. Civil Action No. G2005-2021 ) ) ) ) | |
| People of the State of Illinois v. Abbott Laboratories, et al. Case No. 05 CH 2474 ) ) ) ) | |

NOTICE OF STIPULATION CONCERNING THE USE OF DOCUMENTS AND
DATA PRODUCED BY SMITHKLINE BEECHAM CORPORATION, D/B/A
GLAXOSMITHKLINE

Please take notice that the stipulation, attached hereto as Exhibit A and entitled

"Stipulation Concerning The Use of Documents and Data Produced by SmithKline

Beecham Corporation, d/b/a GlaxoSmithKline, to the State of Wisconsin for Use in the

Alabama, Alaska, Hawaii, Illinois, Kentucky, Mississippi, and Wisconsin Pharmaceutical

Pricing Actions" was agreed to and signed on April 13, 2007 by, *inter alia,* Plaintiffs, the

States of Mississippi and Illinois, and, Defendant, SmithKline Beecham Corporation,

d/b/a GlaxoSmithKline.

Dated this 17th day of April, 2007.

Respectfully submitted,

By: _____
Brian K. French
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tele: (617) 523-2700
Fax: (617) 523-6850

Frederick G. Herold
DECHERT, LLP
1117 California Avenue
Palo Alto, CA 94022
Tele: (650) 813-4800
Fax: (650) 813-4848

Mark H. Lynch
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, D.C. 20044-7566
Tele: (202) 662-6000
Fax: (202) 662-6291

*Counsel for Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*

## **Exhibit A**

12726279.1.LITIGATION

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 17th day of April 2007, caused a true and correct copy of the foregoing to be served electronically by transmission to LexisNexis file and serve.

_____
Brian K. French