UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>    Cause No. CV-02-09-H-DWM (D. Ariz.) | |

**STATE OF ARIZONA'S OPPOSITION TO WARRICK PHARMACEUTICAL'S MOTION FOR RECONSIDERATION OF THE ORDER REGARDING THE DEPOSITION OF HARVEY WEINTRAUB**

Warrick's motion raises no new issues not already rejected by the Court twice before.

In a previous episode the Court previously denied Warrick's request to force Arizona to participate at a deposition of Mr. Weintraub. The purported grounds that Warrick wished to depose its own witness was "ill health." However, the Court saw at trial a spry Mr. Weintraub. He was in fact quite a healthy and feisty gentleman who showed no health problems during the give and take of testifying. So health is not a real issue.

Further burden is not an issue. He was deposed by numerous states creating a five volume deposition whose complexity is virtually useless to use at a trial. Those states will not have to redepose Mr. Weintraub.

The State of Arizona's complaint has not even been put at issue nor has the State had an opportunity to learn what new defenses Schering may assert. Given the above, it is premature to force the State to take this deposition now, or respond to a Warrick

- 2 -

deposition of its own paid consultant, or to be bound to the results of the prior deposition to which it did not attend.[1]

DATED:  April 18, 2007.

By    /s/ Steve W. Berman
   Steve W. Berman
   Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

**LIAISON COUNSEL**

---

[1] The Hagens Berman lawyer in attendance was not a designated special assistant for Arizona.

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **STATE OF ARIZONA'S OPPOSITION TO WARRICK PHARMACEUTICAL'S MOTION FOR RECONSIDERATION OF THE ORDER REGARDING THE DEPOSITION OF HARVEY WEINTRAUB** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 18, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By    /s/ **Steve W. Berman**
      Steve W. Berman
      Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

**LIAISON COUNSEL**

- 3 -