UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *State of Montana* v. *Abbott Labs., Inc.*, *et al.*, D. Mont. Cause No. CV-02-09-H-DWM <br><br> AND <br><br> *State of Nevada* v. *American Home Prods. Corp.*, *et al.*, D. Nev. Cause No. CV-N-02-0202-ECR | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Judge Patti B. Saris <br><br> Chief Magistrate Judge Marianne B. Bowler |

### DEFENDANTS' OPPOSITION TO NEVADA AND MONTANA'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS' MOTIONS TO STRIKE

In the past month, the States of Montana and Nevada ("the States") have filed three motions to extend their time to respond to pleadings relating to summary judgment. The latest seeks to extend to April 26th, the eve of the May 1st hearing on summary judgment, their response to Defendants' motions to strike declarations they submitted in opposition to summary judgment. To spring an opposition on Defendants on the eve of argument would disserve the interests of justice and should be denied.

1. Defendants timely filed joint and individual motions for summary judgment on February 8, 2007. The States' oppositions were due March 22, 2007.

2. On March 20, the States filed a motion, which Defendants agreed not to oppose, to extend their time to respond to Defendants' individual motions for summary judgment and related pleadings until April 19, 2007 (with the deadlines for summary judgment replies and sur-

1

replies extended to May 3, 2007 and May 10, 2007 respectively) (Dkt. No. 3864).  The motion was granted on March 23, 2007.

  3. On March 22, 2007, the States timely filed their oppositions to Defendants' joint motions for summary judgment.  In support of their oppositions, the States filed, among other documents, the declaration of Dorothy Poulsen in the Montana case and the declarations of Charles Duarte and Coleen Lawrence in the Nevada case.

  4. On April 5, 2007, Defendants timely filed replies in support of their joint motions for summary judgment.  Along with their replies, Defendants filed a joint motion to strike the declaration of Dorothy Poulsen submitted in support of Montana's opposition (Dkt. No. 3997), and a joint motion to strike the declarations of Charles Duarte and Coleen Lawrence submitted in support of Nevada's opposition (Dkt. No. 4022).  The States' responses are due on April 19, 2007, about two weeks before the May 1st hearing on summary judgment.

  5. On April 12, the States filed a motion to further extend their time to respond to Defendants' individual motions for summary judgment and related pleadings until April 26, 2007.  (Dkt. No. 4054).  The States admittedly did not consult with Defendants in advance as they were required to have done under Local Rule 7.1.  Nevertheless, as the hearing on the individual motions for summary judgment had already been postponed past May 1st, Defendants did not oppose the motion.  The States asserted in support of this motion that they needed to prepare responses to numerous pleadings filed by Defendants, including sur-replies due on April 12, 2007 (which the States did not file) and responses to Defendants' motions to strike.

  6. Now, on April 17, 2007, the States have moved to extend to April 26 their time to respond to Defendants' motions to strike. (Dkt. No. 4065-1).  Once again, the States admit that they did not comply with Local Rule 7.1.  They assert in support of this latest motion the same

grounds they had asserted in support of the one before. This time, however, the delay they request will impair the ability of the Court and Defendants to absorb and respond to the delayed submission in advance of the May 1st hearing. Four days, including only two business days, is not a reasonable time within which to require the Court and Defendants to consider whatever the States have to say.

Wherefore, the States' motion for further delay should be denied.

*Respectfully submitted,*

 /s/ Carisa A. Klemeyer
Steven A. Kaufman (BBO # 262230)
Brien T. O'Connor (BBO# 546767)
Christopher R. Dillon (BBO# 640896)
Carisa A. Klemeyer (BBO# 655045)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

*Attorneys for Schering-Plough Corporation & Warrick Pharmaceuticals Corporation*

Dated:  April 19, 2007

**CERTIFICATE OF SERVICE**

    I, Carisa A. Klemeyer, hereby certify that a true copy of the foregoing document was served upon all counsel of record electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 19th day of April, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

                                                                                 /s/ Carisa A. Klemeyer
                                                                                 Carisa A. Klemeyer