UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| _____ | ) | |
| THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | ) ) ) | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

**DEFENDANT ABBOTT LABORATORIES INC.'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Abbott Laboratories Inc. ("Abbott"), through undersigned counsel, respectfully files this unopposed motion to enlarge the time to respond to plaintiff United States of America's (i) Second Motion to Compel the Production of Documents from Abbott Laboratories ("Document MTC"); and (ii) Motion to Compel Abbott to Respond to United States' First Set of Interrogatories ("Interrogatory MTC"). Abbott requests that the time to file its responses to both motions be enlarged to May 7, 2007. In addition, Abbott requests that the time to file any motion for protective order relating to Plaintiffs' request to depose Abbott's Chief Executive Officer, Miles White, be extended until May 14, 2007. In support, Abbott provides the following:

1. Abbott's response to the Document MTC is due April 23, 2007, and its response to the Interrogatory MTC is due April 30, 2007. Additional time is needed due to Abbott's counsel's previously scheduled matters, including depositions in this case, as well as other court hearings and filings. Abbott requests leave to respond to both motions on May 7, 2007.

2. Plaintiffs have requested the deposition of Miles White, the Chief Executive Officer and Chairman of the Board of Directors of Abbott. The parties have met and conferred once about this request, and Abbott may need to file a motion for a protective order seeking to prevent this deposition. To evaluate this issue fully, however, Abbott's counsel must confer with

Mr. White.  Due to Mr. White's busy work and travel schedule, which includes the annual meeting of Abbott's shareholders next week, Abbott requests until May 14, 2007 to file any motion for protective order (which otherwise would be due on April 25, 2007).

3. Abbott's counsel has communicated with Gejaa Gobena, counsel for the United States about each of these matters.  Mr. Gobena stated that plaintiff does not object to Abbott's request for additional time.

For the above reasons, Abbott respectfully requests that this motion be granted, and that:

- Abbott's time to respond to plaintiff United States of America's (i) *Second Motion to Compel the Production of Documents from Abbott Laboratories*; and (ii) *Motion to Compel Abbott to Respond to United States' First Set of Interrogatories* be enlarged to May 7, 2007; and

- Abbott's time to file any motion for protective order relating to Plaintiffs' request to depose Abbott's CEO Miles White be enlarged to May 14, 2007.

Dated: April 19, 2007                           Respectfully submitted,

                                              ABBOTT LABORATORIES INC.

                                              By: /s/ Toni-Ann Citera

Toni-Ann Citera
JONES DAY
222 E. 41st St.
New York, New York 10017
Telephone: (212) 326-8376
Facsimile: (212) 755-7306

James R. Daly
Tina M. Tabacchi
Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

*Counsel for Abbott Laboratories Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2007, a true and correct copy of the foregoing **ABBOTT LABORATORIES INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

/s/ Toni-Ann Citera

CHI-1584750v1