UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>City of New York et al. v. Abbott Laboratories, et al.<br>Civ. Action No. 04-cv-06054, et al.<br><br>County of Nassau v. Abbott Laboratories, et al.<br>Civ. Action No. 05-cv-10179 | MDL NO. 1456<br>CIVIL ACTION NO.<br>01-12257-PBS |

## **PLAINTIFFS' UNOPPOSED MOTION FOR A STATUS CONFERENCE**

Plaintiffs, the City of New York and all New York Counties in MDL 1456, file this unopposed motion to request that a status conference in the captioned matters be scheduled at the Court's earliest convenience. Plaintiffs request this conference in order to (a) address the timing and scope of any amendments to Plaintiffs' Complaints or motions for leave to amend Plaintiffs' Complaints in the wake of the Court's April 2, 2007 Memorandum and Order; and (b) set a briefing schedule on any motions for leave to amend and/or motions to dismiss any such amended pleadings.

The parties agree that with respect to those Defendants whose motions to dismiss have been resolved, Defendants' time to answer Plaintiffs' operative complaints is stayed pending the outcome of the requested status conference or the Court's denial of this motion.

Dated: April 19, 2007.

Respectfully submitted,

**City of New York and All New York Counties in MDL 1456 except Nassau, by**

**KIRBY McINERNEY & SQUIRE, LLP**
830 Third Avenue
New York, New York 10022
(212) 371-6600

/s/ Joanne M. Cicala
Joanne M. Cicala (JC 5032)
James P. Carroll Jr. (JPC 8348)
Aaron D. Hovan (AH 3290)

**For the City of New York**

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York

John R. Low-Beer (JL 3755)
Richard J. Costa (RC 7278)
Assistant Corporation Counsels
100 Church Street, Room 3-162
New York, New York  10007
(212) 788-1007

**LORNA B. GOODMAN**
Peter J. Clines
Rachel S. Paster
Nassau County Attorney, by


**MOULTON & GANS, P.C.**

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO # 184540

55 Cleveland Road
Wellesley, MA  02481
Telephone: (781) 235-2246
Facsimile: (781) 239-0353

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**

Melvyn I. Weiss
Ross Brooks
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Special Counsel for the
County of Nassau*

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 19th day of April, 2007 she caused a true and correct copy of the Plaintiffs' Unopposed Motion for a Status Conference to be delivered to counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the honorable Patti B. Saris in MDL No. 1456.

/s/Joanne M. Cicala
Joanne M. Cicala, Esq.
Kirby McInerney & Squire
830 Third Avenue, 10 Floor
New York, NY 10022
(212) 371-6600