UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | |
| ) | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: ) | CIVIL ACTION |
| ) | NO. 01-12257-PBS |
| City of New York et al. v. Abbott Laboratories, et al. Civ. Action No. 04-CV-06054 (And Those Actions Filed By Certain Counties In the State of New York Consolidated Therewith) ) ) ) ) ) ) | |
| County of Nassau v. Abbott Laboratories, et al. Civ. Action No. 05-CV-10179 ) ) ) | |

**NOTICE OF STIPULATION CONCERNING THE USE OF DOCUMENTS AND DATA PRODUCED BY SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE**

Please take notice that the stipulation, attached hereto as Exhibit A and entitled "Stipulation Concerning The Use of Documents and Data Produced by SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, to State Attorneys General For Use in Actions Filed by Certain Counties in the State of New York" was agreed to and signed on April 18, 2007 by Plaintiffs, the City of New York, those counties in the state of New York whose actions have been consolidated with the City of New York under the Consolidated Complaints filed in the above-entitled MDL, the County of Nassau and, Defendant, SmithKline Beecham Corporation, d/b/a GlaxoSmithKline.

Dated this 19th day of April, 2007.

Respectfully submitted,

        By:     /s/ Geoffrey E. Hobart
        Geoffrey E. Hobart (BBO # 547499)
        Mark H. Lynch
        COVINGTON & BURLING LLP
        1201 Pennsylvania Avenue, N.W.
        P.O. Box 7566
        Washington, D.C.  20044-7566
        Tele: (202) 662-6000
        Fax:  (202) 662-6291

        Frederick G. Herold
        DECHERT, LLP
        1117 California Avenue
        Palo Alto, CA  94022
        Tele: (650) 813-4800
        Fax:  (650) 813-4848

        *Counsel for Defendant SmithKline Beecham*
        *Corporation, d/b/a GlaxoSmithKline*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 19th day of April 2007, caused a true and correct copy of the foregoing to be served electronically by transmission to LexisNexis file and serve.

                                 /s/ Geoffrey E. Hobart
                                Geoffrey E. Hobart