UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  )<br>)<br>)<br>)<br>) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES  )<br>)<br>)<br>)<br>)<br>) | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2(c), I, Adam Wright, hereby move for leave to withdraw from the above-captioned matter. In support of this motion, I state as follows:

1. I, Adam Wright, am an attorney practicing at Ropes & Gray LLP, representing Schering-Plough Corporation ("Schering") and Warrick Pharmaceuticals Corporation ("Warrick") in the above-captioned matter.

2. I will be leaving Ropes & Gray LLP on April 20, 2007 and will no longer be able to represent Schering and Warrick.

3. Schering and Warrick continue to be represented by other attorneys at Ropes & Gray LLP.

WHEREFORE, I, Adam Wright, respectfully move this Court for leave to withdraw from the above-captioned matter.

Respectfully submitted,

/s/ Adam Wright
Adam Wright (BBO#661283)

Dated: April 20, 2007

## CERTIFICATE OF SERVICE

  I hereby certify that on April 20, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                /s/ Adam Wright_____
                Adam Wright