# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 ) |
| | ) Civil Action No. 01-CV-12257 PBS ) |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. Bowler ) ) |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Jacob T. Elberg of Dwyer & Collora, LLP, as additional counsel on behalf of Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation in the above-captioned matter.

Dated: April 20, 2007

Respectfully Submitted,

By:  /s/ Jennifer M. Ryan
Thomas E. Dwyer (BBO No. 139660)
Jennifer M. Ryan (BBO No. 661498)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA  02210
Tel: (617) 371-1000
Fax: (617) 371-1037
tdwyer@dwyercollora.com
jryan@dwyercollora.com

Steven M. Edwards (SE 2773)
Lyndon M. Tretter (LT 4031)
Admitted *pro hac vice*
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY  10022
Tel: (212) 918- 3000

*Attorneys for Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation*

2

**CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE**

    I, Jennifer M. Ryan, hereby certify that I am one of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s attorneys and that, on April 20, 2007, I caused a copy of this motion to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

                                          /s/ Jennifer M. Ryan
                                            Jennifer M. Ryan