UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>*The Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al.* | Judge Patti B. Saris |

**ORDER AND STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFF, THE
COMMONWEALTH OF PENNSYLVANIA, AGAINST GLAXOSMITHKLINE**

It is hereby STIPULATED and AGREED by the undersigned counsel for Plaintiff Commonwealth of Pennsylvania (hereinafter "Pennsylvania") and Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GlaxoSmithKline") that all claims against GlaxoSmithKline are voluntarily dismissed with prejudice on the grounds that Pennsylvania has settled with GlaxoSmithKline. Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Pennsylvania moves for dismissal with prejudice of all claims against GlaxoSmithKline. WHEREFORE, Pennsylvania respectfully requests that the Court voluntary dismiss all claims against GlaxoSmithKline with prejudice.

Dated: 4/20/2007

THE COMMONWEALTH OF PENNSYLVANIA,

_____
Donald E. Haviland, Jr., Esquire
The Haviland Law Firm
740 South Third Street
Third Street
Philadelphia, PA 19147
Tel: (215) 609-4661
Fax: (215) 392-4400
Counsel for the Commonwealth of
Pennsylvania

SMITHKLINE BEECHAM CORPORATION D/B/A
GLAXOSMITHKLINE

Dated: 4/20/2007

_____
Frederick G. Herold, Esquire
Dechert, LLP
1117 California Avenue
Palo Alto, CA 94304
Tel: (650) 813-4930
Fax: (650) 813-4848
Counsel for SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

IT IS on this _____ day of _____, 2007, hereby,

**SO ORDERED.**

_____
U.S.D.J. PATTI B. SARIS