UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti Saris <br><br> Magistrate Judge Marianne B. Bowler |

**UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT ABBOTT LABORATORIES INC.'S RENEWED MOTION TO COMPEL IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.1(b) (4), the United States respectfully requests that it be given leave to file a 24 page Opposition to Defendant Abbott Laboratories, Inc.'s Renewed Motion to Compel Evidence Withheld Under the Deliberative Process Privilege. Counsel for Defendant Abbott Laboratories, Inc., has stated that Defendant does not object to this request. The United States hereby requests that it be given leave to file an Opposition of 24 pages.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN | PETER D. KEISLER |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

George B. Henderson, II
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

/s/ John K. Neal
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
John K. Neal
Rebecca A. Ford
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-0405
Fax: (202) 305-7797

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9003
Fax: (305) 536-4101

Dated: April 20, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the **United States Motion for Leave to File Opposition to Defendant Abbott Laboratories Inc.'s Renewed Motion to Compel in Excess of Page Limit** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                   /s/ John K. Neal

Dated: April 20, 2007                          John K. Neal