UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

## PROPOSED ORDER

Upon consideration of the United States' Motion for Leave to File an Opposition to Defendant Abbott Laboratories Inc.'s Renewed Motion to Compel in Excess of Page Limit, it is hereby ORDERED that the Motion for Leave to File a 24 page Opposition is GRANTED.

This _____ day of _____, 2007.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE