## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. American Home Products, et al.*,<br>    CA No. 02-CV-12086-PBS (Nevada II), and<br><br>*State of Montana v. Abbott Labs., Inc., et al.*,<br>    Cause No. CV-02-09-H-DWM (D. Mont.) | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### DECLARATION OF JENIPHR BRECKENRIDGE IN SUPPORT OF MONTANA AND NEVADA'S JOINT OPPOSITION TO DEFENDANTS' MOTIONS TO STRIKE THE DECLARATIONS OF DOROTHY POULSEN, CHARLES DUARTE AND <u>COLEEN LAWRENCE</u>

I, Jeniphr Breckenridge, declare:

1.      I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle, Washington, office, and I am counsel for the States of Nevada and Montana in the above-captioned matter.

2.      I am the lawyer who contacted Dorothy Poulsen on behalf of the State of Montana after we received and reviewed Defendants joint motion for summary judgment in the Montana AWP case.  I contacted Mrs. Poulsen to review Defendants' use of her testimony with her and to ask her reaction to it.  Mrs. Poulsen told me that in a number of instances, Defendants had used her testimony in ways she had not intended it.  She agreed to work with me on a declaration explaining the differences, to be filed in support of Montana's opposition to the joint motion for summary judgment.

3.      Mrs. Poulsen and I worked on the declaration together.  I interviewed her at length on March 6, 2007 on the topic.  I also spoke with her on March 8 and 16, 2007.  Mrs.

-2-

Poulsen and I also swapped drafts of the declaration. In each instance, Mrs. Poulsen gave me input on what her beliefs were and how she would explain her testimony.

4. Attached hereto are true and correct copies of the following exhibits:

| Ex. 1 | Depositions of Charles Duarte Vol. I dated November 15, 2005 (excerpts only). |
|-------|-------------------------------------------------------------------------------|
| Ex. 2 | Depositions of Coleen Lawrence Volume 1 dated August 15, 2005 (excerpts only). |

I swear under penalty of perjury under the laws of the United States of America and the States of Nevada and Montana that the foregoing is true and correct.

        /s/ Jeniphr Breckenridge
Jeniphr A.E. Breckenridge
HAGENS BERMAN SOBOL SHAPIRO
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101

April 25, 2007, Seattle, Washington
Date and Place of Execution

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF JENIPHR BRECKENRIDGE IN SUPPORT OF MONTANA AND NEVADA'S JOINT OPPOSITION TO DEFENDANTS' MOTIONS TO STRIKE THE DECLARATIONS OF DOROTHY POULSEN, CHARLES DUARTE AND COLEEN LAWRENCE** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 25, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

      By    **/s/ Jeniphr Breckenridge**
          Jeniphr Breckenridge
          **HAGENS BERMAN SOBOL SHAPIRO LLP**
          1301 Fifth Avenue, Suite 2900
          Seattle, WA  98101
          (206) 623-7292