UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO ) *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS ) ) ) | MDL NO. 1456 CIVIL ACTION: 01-CV-12257-PBS Judge Patti B. Saris Chief Magistrate Judge Marianne B. Bowler |

## ABBOTT LABORATORIES, INC.'S RENEWED MOTION TO COMPEL PRODUCTION OF *EX PARTE* FILINGS

Abbott respectfully renews its request that the Court compel the Government to produce all materials filed under seal prior to March 16, 2006, in the *qui tam* matter that became this case, subject to appropriate redactions and / or an appropriate protective order. As the Court is aware, Abbott first sought production of these materials in this Court. The Government argued that the determination should be made by the U.S. District Court for the Southern District of Florida, where the *qui tam* action originated. Judge Gold of that Court has now issued an order, reflecting his conversation with this Court, determining that the matter should, in fact, be decided by this Court.

Pursuant to that order, Abbott attaches the following pleadings filed in the U.S. District Court for the Southern District of Florida:

(1) Judge Gold's Order (attached hereto as Exhibit 1);

(2) Abbott Laboratories, Inc.'s Motion for Partial Unsealing of the Record to Allow Abbott Access to Documents Filed Under Seal, and supporting Exhibits, including all prior briefing filed in this Court before the matter was sent to Judge Gold (attached hereto as Exhibit 2);

  (3)  United States' Opposition to Abbott Laboratories, Inc.'s Motion for Partial Unsealing of the Record to Allow Abbott Access to Documents Filed Under Seal (attached hereto as Exhibit 3);

  (4)  Abbott Laboratories Inc.'s Reply in Support of its Motion for Partial Unsealing of the Record to Allow Abbott Access to Documents Filed Under Seal, and supporting Exhibits (attached hereto as Exhibit 4).

  WHEREFORE, Abbott respectfully requests that is motion be granted, and that it be permitted access to materials filed under seal by the Government in the *qui tam* that gave rise to this action, subject to appropriate redactions and / or an appropriate protective order.

Dated:  April 26, 2007        Respectfully submitted,

                /s/  Brian J. Murray
                James R. Daly
                Tina M. Tabacchi
                Brian J. Murray
                JONES DAY
                77 West Wacker Drive, Suite 3500
                Chicago, Illinois  60601
                Telephone:  (312) 782-3939
                Facsimile:   (312) 782-8585

                R. Christopher Cook
                David S. Torborg
                JONES DAY
                51 Louisiana Avenue, N.W.
                Washington, D.C.  20001-2113
                Telephone:  (202) 879-3939
                Facsimile:  (202) 626-1700

                *Counsel for Defendant Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Brian J. Murray, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S RENEWED MOTION TO COMPEL PRODUCTION OF *EX PARTE* FILINGS, and supporting memorandum and exhibits, to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 26th day of April, 2007.

                                                  /s/ Brian J. Murray
                                                  Brian J. Murray