UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Nevada v. American Home Products, et al.*, CA No. 02-CV-12086-PBS (Nevada II) | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### STATE OF NEVADA'S RESPONSE TO PFIZER'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The State of Nevada ("State") has considered Pfizer Inc.'s Motion for Partial Summary Judgment regarding the State's Best Price fraud claim. The State will not oppose Pfizer's motion. The motion – and the State's decision not to oppose it – is limited to the Best Price Claims against Pfizer's Lipitor, as set forth in Count V of Nevada's Amended Complaint. The Court previously held that Lipitor was the only Pfizer Subject Drug subject to the State's Count V Medicaid Best Price claims. *In re Pharm. Indus. Average Wholesale Price Litig.*, 321 F. Supp. 2d 187 (D. Mass. 2004). Thus, the State's Best Price claims against Pfizer are resolved.

Because the State does not oppose the motion, it is not necessary for the State to respond to the Local Rule 56.1 Statement of Undisputed Material Facts in Support of Pfizer's Motion for Partial Summary Judgment (Dkt. No. 3659). The lack of a response should not be construed as an admission by the State of any of the facts contained therein.

- 2 -

By   /s/ Steve W. Berman
    Steve W. Berman
    Sean R. Matt
    Jeniphr A.E. Breckenridge
    HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    Telephone: (206) 623-7292
    Facsimile: (206) 623-0594

    Catherine Cortez Masto
    Attorney General of the State of Nevada
    L. Timothy Terry
    Deputy Attorney General
    100 N. Carson Street
    Carson City,  NV 89701-4714

    COUNSEL FOR PLAINTIFF
    STATE OF NEVADA

DATED:  April 26, 2007

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **STATE OF NEVADA'S RESPONSE TO PFIZER'S MOTION FOR PARTIAL SUMMARY JUDGMENT,** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 26, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By      /s/ Steve W. Berman
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292