UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

On March 23, 2007, the Court granted Aventis Pharmaceuticals' Motion for Partial Summary Judgment as to Counts V and VII for failure to provide a demand under section 9 of Massachusetts General Laws Chapter 93A.  This motion was allowed "without prejudice" to plaintiffs' motion to file an amended complaint.

After the Order was entered, plaintiffs sent another demand letter to each defendant for all classes.  The history of each demand letter that has been sent is alleged in paragraphs 608-614 and 625-629 of the proposed complaint.[1]  Plaintiffs then waited 30 days and having received no response, hereby move for leave to file the amended complaint.  The amended complaint alleges that plaintiffs have satisfied all notice and demand requirements for Count V as follows:

> 608.  Plaintiffs provided notice of this litigation as follows: On January 9, 2002, to the Attorneys General of New Jersey, New York, Arizona, of Case 01-C-8828; of Case 01-CV-5427, of Case CV-N-H-01666, 01-5548, SA-01-1029; 01-4466, 01-1917, 01-CU-5790, 01-4303, 01-CU-5978, and 01-C-8827.  The foregoing are cases against Baxter, Warrick, Aventis, Sicor, Dey, Immunex, GSK, BMS, Bayer and Abbott.

---

[1] Copies of these letters are attached as Exhibits A-D.

609. In addition, on October 6, 2005, notice was sent to each Attorney General in each of the states requiring notice and where demand on a defendant is required, such demand was made on or about October 6, 2005.

610. On October 6, 2005, plaintiffs sent notice pursuant to California Civil Code § 1782; Georgia Code § 10-1-399; Indiana Code § 24-5-0.5-5(a); Maine Revised Statutes, Title 5, § 50-634(g); Massachusetts General Laws Chapter 93A, § 9(3); Texas Business & Commercial Code § 17.505; West Virginia Code § 46A-6-106(b); and Wyoming Statutes § 40-12-109 to: Schering-Plough, J&J, BMS, GSK, and AstraZeneca for all classes.

611. On October 6, 2005, plaintiffs letters to Utah AG, Illinois AG, Washington AG, Oregon AG, New Jersey AG, Missouri AG, Mississippi AG, Kansas AG, Connecticut AG, Connecticut Commissioner, Louisiana AG notifying them of the filing of the SAC.

612. On November 17, 2005, plaintiffs sent demand pursuant to Mass. Gen. Laws Ch. 93A § 9(3) to: AZ, BMS, GSK, J&J, and Schering-Plough for Classes 2 & 3 for BCBS with damage amounts.

613. On July 10, 2006, plaintiffs sent demand letters pursuant to Mass. Gen. Laws Ch. 93A § 9(3) to: Dey, Immunex, Aventis, Fujisawa, Pfizer, Pharmacia, Bayer, Baxter, Amgen, Abbott, Watson and Sicor (Track 2 Defendants) for the "putative classes as defined in plaintiffs' proposed order in the AWP Litigation" (all classes).

614. On March 27, 2007, plaintiffs sent demand letters for all classes to all defendants. Each defendant has failed to respond to the demand letter and such response was made in bad faith with reason to know that the acts complained of violated the consumer protection law of the applicable state and was an unfair and deceptive act or practice.

For Count VI, the proposed complaint alleges the same satisfaction of notice and demand requests. *See* ¶¶ 625-629.

Having satisfied the statutory requirements regarding notice and demand in each state where this is required, the motion to file the amended complaint should be granted.

In addition, the proposed complaint adds a common law fraud claim, Count X, for the consumer class to align one count with the jury instructions to be given in the first and subsequent consumer trials.

A proposed complaint is being filed with this motion.

DATED:  April 26, 2007                              By     /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street
Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 26, 2007, a copy to LexisNexis File and Serve for Posting and notification to all parties

By      **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

- 5 -

001534-16 167571 V1