**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| *State of Montana v. Abbott Labs., Inc., et al.,* Cause No. CV-02-09-H-DWM (D. Mont.), | Judge Patti B. Saris |

**DECLARATION OF JENIPHR BRECKENRIDGE IN SUPPORT OF THE STATES OF NEVADA AND MONTANA'S MEMORANDA IN OPPOSITION TO THE INDIVIDUAL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

I, Jeniphr Breckenridge, declare:

1.       I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle,

Washington, office, and I am counsel for the States of Montana in the above-captioned matter.

Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| Ex. 1 | Declaration of Raymond S. Hartman, Calculation of Damages and Penalties for the State of Montana dated June 13, 2006. |
| Ex. 2 | Supplementary Declaration of Raymond S. Hartman, Calculation of Damages and Penalties for the State of Montana dated June 20, 2006. |
| Ex. 3 | Declaration of Raymond S. Hartman, Calculation of Damages and Penalties for the State of Nevada dated June 13, 2006. |
| Ex. 4 | Supplementary Declaration of Raymond S. Hartman, Calculation of Damages and Penalties for the State of Nevada dated June 19, 2006. |
| Ex. 5 | Exhibit A to the Montana Second Amended Complaint. |
| Ex. 6 | Exhibit A to the Nevada Amended Complaint. |
| Ex. 7 | Deposition of Duane Preshinger dated April 20, 2006 (excerpted pages only). |

| Ex. 8 | Letter to Nancy Ellery and Mary Dalton from Terry Krantz dated July 24, 1992 re Direct vs Average Wholesale Pricing (MT 005440). |
|---|---|
| Ex. 9 | In the matter of the amendment of ARM 37.86.1101 and 37.86.1105, Notice of Amendment dated June 17, 2002 (MT 013531-39). |
| Ex. 10 | Fax to Karen & Kip, Corvallis Drug from Shannon Marr dated May 21, 2002 re Direct Pricing (MT 005358-59). |
| Ex. 11 | Letter to Jim Smith of the Montana State Pharmaceutical Association from Dorothy Poulsen dated April 15, 1999 (MT 005370-72). |
| Ex. 12 | Document titled *Recent Changes to the Montana Medicaid Prescription Drug Program* (MT 013843). |
| Ex. 13 | Deposition of Terry Krantz dated March 17, 2006 (excerpted pages only). |
| Ex. 14 | Document titled *Direct Pricing Impact* created by Terry Krantz August 11, 1994 (MT 005466). |
| Ex. 15 | Letter to Department of Public Health and Human Services from Deborah Saez dated November 14, 2003 re Average Sale Prices (MT 038039-47). |
| Ex. 16 | Document titled *Health Care Policy Fast Facts* (IAWP012960). |
| Ex. 17 | Interoffice Memorandum to Pricing Committee from Kathleen Stamm dated March 8, 1994 re AWP Reimbursement on Leucovorin (IAWP002694). |
| Ex. 18 | Document titled *Average Wholesale Price (AWP) & Billing Code Guide* (IAWP116111). |
| Ex. 19 | Document titled *Promotional Information Review re AWP Product Guide* by T. Davis August 26, 1993 (IAWP112178-81). |
| Ex. 20 | Letter to Don Jewler from Mary Lipinsky dated January 12, 1995 re new suggested AWPs for Immunex products (IAWP002632). |
| Ex. 21 | Letter to Roni Lane from Mary Lipinsky dated January 12, 1995 re new suggested AWPs for Immunex products (IAWP109286). |
| Ex. 22 | Document titled *Red Book Product Listing Verification* created by Mary Lipinski August 28, 1995 (IAWP021102-04). |
| Ex. 23 | Letter to Kathleen Stamm from Lisa Brandt dated January 12, 1996 re latest AWP price changes (IAWP058538-50). |

001534-15  164461 V1

| Ex. 24 | Document titled *Immunex Reimbursement Training* (IAWP086642; IAWP086652; IAWP086657). |
|--------|----------------------------------------------------------------------------------------|
| Ex. 25 | Fax to Becky Hayes, Anne K. and Mary Lipinski from Kathleen Stamm dated October 22, 1997 (IAWP080507-09). |
| Ex. 26 | Document titled *HCP/MMC Strategy Meeting: POA II – 95* (IAWP111514). |
| Ex. 27 | Document titled *Overview: Immunex Reimbursement Program* (IAWP108782-84). |
| Ex. 28 | Handwritten notes from Mary Lipinski (IAWP081840-41; IAWP085316-18). |
| Ex. 29 | Document titled *Reimbursement of Neupogen vs Leukine* (IAWP111515-17; IAWP111523; IAWP109275-76). |
| Ex. 30 | Document titled *Cost and Revenue Comparison Between GM-CSF & G-CSF* (IAWP148490-98). |
| Ex. 31 | Fax to Bart Jones from Gary Conte dated March 10, 1995 re Medicare Reimbursement Numbers for Leukine and Neupogen (IAWP111520-22). |
| Ex. 32 | Interoffice Memorandum to Paul Kersten from Dave Klaum dated May 30, 1995 re Monthly Report/May 1995 (FJ-MDL 005667-69). |
| Ex. 33 | Document titled *List Price Analysis* by Sue Lindsey dated February 19, 1996 (FJ-MDL 005072-78). |
| Ex. 34 | Interoffice Memorandum to Paul Kersten from Dave Klaum dated March 30, 1995 re March 1995 Monthly Report (FJ-MDL 005687-89). |
| Ex. 35 | Document titled *T2 Medical, Coram Healthcare Corporation, Vendor Bid Response – Fujisawa USA, Inc., Item Bid Prices with Contract Start/End Dates* dated January 10, 1995 (FJ-MDL 008131-41). |
| Ex. 36 | Interoffice Memorandum to Mark Wanda from Carol Robey dated October 5, 1993 re AWP Outside Distribution List (FJ-MDL 008346-47). |
| Ex. 37 | Letter to Fujisawa USA, Inc., Pharmaceutical Buyers, Sales Managers from Michael Schultz dated December 15, 1995 re Doxorubicin Hydrochloride for Injection, USP (FJ-MDL 013280-83). |
| Ex. 38 | Fax to Connie/MediSpan from Carol Robey dated March 10, 1997 re Latest WH, HO, AWP Price Listing (FJ-MDL 015152-59). |

| | |
|---|---|
| Ex. 39 | Document titled *Corporate Integrity Agreement Between the Office of the Inspector General of the Department of Health and Human Services and AstraZeneca Pharmaceuticals LP and AstraZeneca LP* dated June 4, 2003. |
| Ex. 40 | Deposition of Dorothy Poulsen dated February 22, 2006 (excerpted pages only). |
| Ex. 41 | Document titled *Federal Drug Price Negotiation: Implications for Medicare Part D* by Jim Hahn dated January 5, 2007. |
| Ex. 42 | Document titled *AstraZeneca Annual Spreads.* |
| Ex. 43 | Letter to Lisa, Red Book from Michael Heggie dated December 13, 1993 re information on a new Abbott product for inclusion in the 1994 Red Book (ABT AWP/MDL 044893-901). |
| Ex. 44 | Document titled *Abbott Laboratories AWP Based on Medispan Formula of List Price X 1.2* (ABT AWP/MDL 044287-316). |
| Ex. 45 | (ABT AWP/MDL 006499). |
| Ex. 46 | Email to Jerrie Cicerale from Terri Factora dated January 19, 2000 re calculation used to figure AWP for Abbott HPD products (ABT AWP/MDL 071942). |
| Ex. 47 | Email to Jerrie Cicerale from Roni Lane dated February 11, 2000 re calculation used to figure AWP for Abbott HPD products (ABT AWP/MDL 071943). |
| Ex. 48 | Email to Jerrie Cicerale from Gerald Eichhorn dated March 20, 1995 re Vancomycin list price (ABT AWP/MDL 072200). |
| Ex. 49 | Document titled *Participation Listing* (ABT AWP/MDL 006305-334). |
| Ex. 50 | Email to David Brennan and John Freeberry from Rachel Bloom-Baglin dated January 30, 2002 re AWP Spread "White Paper" (AZ0565611-14). |
| Ex. 51 | Email to David Meddis from Barnabas Desta dated June 29, 2001 re costs Seroquel (AZ0445640-41). |
| Ex. 52 | Email to Mark Boyer from John Freeberry dated November 30, 2001 re Drug Topics Red Book and PDR (AZ0465663). |

| | |
|---|---|
| Ex. 53 | Email to Traci Kellam from Janet Rosenberg dated November 27, 2002 re AWP Price for Prilosec (AZ0473119). |
| Ex. 54 | Document re WAC and AWP (AZ0463896-905). |
| Ex. 55 | Document titled *Entocort EC: A Training Program for Pharmaceutical Sales Specialists on Understanding the Entocort EC Distribution Channel* (AZ0619988-95). |
| Ex. 56 | Letter to Field Sales Force District Managers from Steve Kipperman dated May 26, 1994 re Red Book – Product Price Listing Report (Attached to letter) (ABT AWP/MDL 088162-205). |
| Ex. 57 | Deposition of John Richard Freeberry dated May 20, 2004 (excerpted pages only). |
| Ex. 58 | Deposition of Jeff Buska – Volume 3 – dated December 15, 2006 (excerpted pages only). |
| Ex. 59 | Deposition of Christopher J. Iacono – Volume 1 – dated June 9, 2005 (excerpted pages only). |
| Ex. 60 | Deposition of Carol L. Ware dated October 25, 2005 (excerpted pages only). |
| Ex. 61 | Document titled *Business to Business, A Quarterly Newsletter from Centeon's Corporate Accounts and Sales Operations* dated April 1996 (ABAWP 000846-52). |
| Ex. 62 | U.S. DOJ Press Release, *"TAP Pharmaceutical Products Inc. and Seven Others Charged With Health Care Crimes; Company Agrees to Pay $875 Million to Settle Charges"* dated October 3, 2001. |
| Ex. 63 | Letter to State Pharmacy Manager from Glenn Weiglein, Director, Contracts and Pricing, TAP dated May 15, 2006 re ASP Reporting Under TAP's Corporate Integrity Agreement (MT 037947-56). |
| Ex. 64 | Deposition of John Chappuis dated April 21, 2006 (excerpted pages only). |
| Ex. 65 | Deposition of Nancy Ellery dated April 11, 2006 (excerpted pages only). |
| Ex. 66 | Deposition of Coleen Lawrence – Volume 2 – dated August 16, 2005 (excerpted pages only). |

001534-15  164461 V1

| Ex. 67 | Deposition of Coleen Lawrence – Volume 3 – dated March 23, 2006 (excerpted pages only). |
|---|---|
| Ex. 68 | Deposition of Laurie Squartsoff dated March 6, 2006 (excerpted pages only). |
| Ex. 69 | Deposition of Charles Duarte dated January 10, 2007 (excerpted pages only). |
| Ex. 70 | Document titled *Calcijex by GCN 93140/93141 from 1/1/91-present*. |
| Ex. 71 | Deposition of Harvey Weintraub dated August 25, 2005 (excerpted pages only). |
| Ex. 72 | Deposition of Jerome Sherman dated July 7, 2005 (excerpted pages only). |
| Ex. 73 | Mailgram to Kay Morgan, First DataBank from Frank Dilascia, Schering dated December 3, 2001 re price increases for Schering products (FDB-AWP 03929-32). |
| Ex. 74 | Fax to LNA, First DataBank from Peter Kamins re price increases for Schering products (FDB-AWP 03988-90). |
| Ex. 75 | Letter to Mukesh Mehta, Redbook from Harvey Weintraub dated December 29, 1995 re Albuterol pricing (WAR0007634). |
| Ex. 76 | Letter to Beth Rader, First DataBank from Harvey Weintraub dated February 23, 1995 re Albuterol price increase (WAR0024086). |
| Ex. 77 | Letter to Customers of Schering Laboratories from Frank Dilascia re price increases for Schering products (SPF0057742). |
| Ex. 78 | Letter to Jacob Blatt, Merck-Medco from Harvey Weintraub dated November 18, 1997 re Albuterol pricing (SW0173547). |
| Ex. 79 | Letter to John Ziebell from Al Graf dated September 21, 1995 re Albuterol price increase (SPW013821). |
| Ex. 80 | Document titled *Schering Laboratories Generic Strategy* (SPW0039766-836). |
| Ex. 81 | Deposition of Denise Kaszuba dated August 18, 2005 (excerpted pages only). |

001534-15 164461 V1

| Ex. 82 | Deposition of Dianne Ihling dated August 12, 2005 (excerpted pages only). |
| --- | --- |
| Ex. 83 | Deposition of Christof Marre dated August 26, 2005 (excerpted pages only). |
| Ex. 84 | Deposition of John Akscin dated August 11, 2005 (excerpted pages only). |
| Ex. 85 | Deposition of Marsha Peterson dated April 13, 2005. |
| Ex. 86 | Deposition of Kathleen Stamm dated January 25, 2006 (excerpted pages only). |

                                                                             /s/ Jeniphr Breckenridge
                                                  Jeniphr A.E. Breckenridge
                                                  HAGENS BERMAN SOBOL SHAPIRO
                                                  1301 Fifth Avenue, Suite 2900
                                                  Seattle, WA  98101

April 26, 2007, Seattle, Washington
Date and Place of Execution

001534-15  164461 V1

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF JENIPHR BRECKENRIDGE IN SUPPORT OF THE STATE OF MONTANA'S MEMORANDA IN OPPOSITION TO INDIVIDUAL THE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT,** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 26, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By_____/s/ Steve W. Berman_____
    Steve W. Berman
    **HAGENS BERMAN SOBOL SHAPIRO LLP**
    1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
    (206) 623-7292

001534-15  164461 V1