# Exhibit 16

## ◆ HEALTH CARE POLICY FAST FACTS ◆

### WHAT HAPPENS
### WHEN WE ANNOUNCE A PRICE CHANGE
### FOR ONE OF OUR PRODUCTS?

### The Pricing Databases

A change in direct price may mean a change of the same percentage in AWP (Average Wholesale Price). Therefore, the first thing we do is report our new direct price to the three pricing databases for them to determine what, if any, changes are appropriate for their publications. Medicare and other payors use these references to pay drug claims.

✔RED BOOK ✔BLUE BOOK ✔MEDISPAN

These databases have *slightly* different definitions of AWP:

- Red Book: "The average wholesale price as we consider it here at Red Book is the price a retail hospital or pharmacy pays to purchases product from a wholesaler before the discount, if any"
- Blue Book: "AWP represents an average price which a wholesaler would charge a pharmacy for a particular product"
- MediSpan: "AWP represents the price at which the wholesaler sells a product to the pharmacy"

Because of these slightly different definitions, the databases print AWP based on different methods:

- Red Book and MediSpan set AWP based on list prices
- Blue Book surveys the wholesalers and applies the results of this survey to their AWP amount

In general, the databases need our pricing information by the 15th of each month in order to print it in the next month's update. If we turn in pricing information to Red Book after the 15th of any given month, it will not be printed until the month *after* the next month. For example:

| Date Price Change Announced | Price Change Printed in Red Book |
|---|---|
| January 15, 1995 by 1/1/X | February Issue |
| January 16, 1995 | March Issue |

So, if we announce price changes toward the latter part of the month, our customers won't realize these changes in their reimbursement for up to 45 days. If we announce price changes in the middle of the month (before the 15th), our customers only have to wait 2 weeks to realize the new reimbursement amounts. What a difference a day can make!

TMNX 012967

HIGHLY CONFIDENTIAL                                    IAWP012960

# Exhibit 17

## *INTEROFFICE MEMORANDUM*

DATE: March 8, 1994

TO:    **Pricing Committee**

FROM:   Kathleen Stamm

RE:    **AWP Reimbursement on Leucovorin**

---

In preparation for today's meeting Keith Gates asked that we assess how Leucovorin is currently being reimbursed.

### 1. Medicare carriers (Attachment 1)

Medicare carriers consistently pay based on Average Wholesale Price (AWP). As you will see in Chris Barrett's survey, each Medicare carrier defines AWP differently. In Chris's 9-carrier survey, the payment based on "Lowest" AWP ranged from $17.03 to $20.45.

A further complication is that there can be lags in pricing file updates. TransAmerica, for example, only updates its pricing file twice a year (in January, based on December RedBook, and in July, based on June RedBook).

### 2. Private carriers (Attachment 2)

The Hotline survey of private-side payers was limited in scope, but illustrates the continuing variation in method of adjudication (e.g, BC Massachusetts uses PCS for drug claims processing).Note that Empire Blue Cross (private side), Aetna, Purdential and Signa all state that there are no set allowable amounts, and that the amounts vary by benefit contract.

### 3. AWPs of current competitors (Attachment 3)

There have not been any changes in competitor prices, according to RedBook, since the comparison of AWP by package size was previously distributed.

KMS:

IMNX 003608
CONFIDENTIAL

HIGHLY CONFIDENTIAL

**Exhibit 18**

## AVERAGE WHOLESALE PRICE (AWP) & BILLING CODE GUIDE



- AWP & Billing Code Guide can be given to accounts. Order number: RE004-00-REIM.

- Handy reference for you and your accounts on Immunex product J-codes, coding units, Red Book AWPs and NDCs. Note: J-codes were recently added – last item under each product in italics.

- Most payers base their reimbursement on either Red Book or Blue Book AWP.

- If you hear that a payer is reimbursing much less than the AWP, you may want to research further. Some payers may have old AWPs in their computer systems. This is especially important to monitor when there is a price change.

- For multi-source products, such as Methotrexate and Leucovorin Calcium, different manufacturers have different AWPs (refer to ACCC Compendia-Based Drug Bulletin). In these situations, there are usually a range of payer reimbursement rates. Payers may reimburse based on the lowest AWP, mean AWP, median AWP or highest AWP (least likely).

- Although the procedure code for NOVANTRONE® has always been J9293, the billing unit has not always been 20 mg. Prior to 1/1/93, the billing unit for J9293 was 5 mg. We've found that some payers are still basing their reimbursement on 5 mg. This means that some payers are reimbursing approximately 75% less than they should be.

- The Blue Book AWP for LEUKINE® is $102, compared to the Red Book AWP of $106. Although most payers use the Red Book AWP for their LEUKINE® fee or allowable, some use the Blue Book AWP (e.g., BCBS Kansas which is the Medicare carrier for Kansas, Nebraska and E. Missouri).

P 057038

HIGHLY CONFIDENTIAL

IAWP116111

# Exhibit 19

*Re-route*

**Promotional Information Review**     Log No. *246*

**I. Initial Routing**

Title: *AWP Product Guide*

Proposed Distribution (describe): *OHCP*

Initiated by: *T. Davis*     Date: *8-26-93*     Control No. (if applicable) *5A070-00-Reir*

DATE NEEDED: *ASAP*     Review Meeting Date: *10/7/93*

**II. Committee Review**

|  |  | Initial Review | | Re-Review (if needed) | | | *Re-Rou-for 5A070-01-* |
|---|---|---|---|---|---|---|---|
| Check for Review. | Signature/Date | Apprd | Reld | Apprd | Reld | Initial/Date | |
| [√] | *SCC attached* Sales & Marketing (Date) | X | X | X | X | | |
| [√] | *ashering 10/07/93* Legal/Affairs (Date) | (X) | X | √(X) | X | *M. Feeder* | |
| [√] | *Hull Kby 10/7/93* Professional Services (Date) | (X) | X | X | X | | |
| [ ] | Clinical Affairs (Date) | X | X | X | X | | |
| [√] | *Kathleen Hitman 08-26-93* Other: (Date) | (X) | X | X | X | | |
| [√] | *Georton Griffin 8-26-93* Other: (Date) | (X) | X | X | X | | |
| [√] | *Sally Howel 10/7/93* Regulatory Affairs (Date) | (X) | X | √(X) | X | *11/5/94* | |

**III. Final Regulatory Review (Attach Committee-approved draft and five submission-quality copies of final draft)**

Disposition:   Final draft [X] approved [ ] not approved     Transmittal # *N/A*

FDA Approval required [ ] Yes [X] No     Date *1-4-94*

Blue-line [X] Approved [ ] Not approved     *A Hould* / *1-4-94*
date / initials

**IV. To be completed by Quality Assurance**

FDA Label Rev # *N/A*

[ ] APPROVED     [ ] NOT APPROVED

Customer-quality sample sent to FDA *N/A*
date

Customer-quality sample in QA files *1/6/94*
date

[ ] WITHDRAWN BY MARKETING

By: _____   Date: _____

Equivalent to approved draft [ ] Yes [ ] No

FORM #1/SOP I-007-05/Page 5 of 6

P 052400

HIGHLY CONFIDENTIAL     IAWP112178

## PROMOTIONAL PROJECT INITIATION SHEET

Date: _August 25, 1993_

Initiator: _Mary Lipinsky/RMS_

Project Name: _AWP Guide_

For POA #: _____

Description: _AWP Product Pricing Guide_

Vendor: _____

Code #: _SA010-00-REIM_

Job #: _____

Revision #: _____

P.O. #: _____

Estimated Costs: _____

Budget #: _7420.122 640_

---

What are the main objectives and how is it to be used? *(major idea/specific points to be communicated)?* _Both third-party payers and customers request this information. Objective is to provide our AWP's in an easy to access manner, upon request._

---

Target Audience: _Third party payers, customers and sales team._

---

Components of project (*i.e., carrier, disc, meetings, etc.*): _2-sided 8½ x 11_

---

Additional considerations/services (*i.e. contracts, statistical analysis, etc.*): _No analysis planned or required._

---

Distribution Route (*i.e. sales force hand-out, etc.*): _Reimbursement managers, Hotline and sales team, upon request (leave-behind)_

Physical Limitations:

Format: _____ No. of Pages: _one sheet 2-sided_ No. of Colors: _____ Quantity: _____

| Routing: | | | | | | |
|---|---|---|---|---|---|---|
| LEUKINE | SAC | CIR | RK | LK | WAL | Other |
| PDXY | LTD | CIR | RK | LK | WAL | Other |
| HYDREA | MJV | RK | TM | WAL | | Other |

Attachment #1a

cmw 9/92

P 052401

HIGHLY CONFIDENTIAL

IAWP112179

**immunex** # AVERAGE WHOLESALE PRICE (AWP) PRODUCT PRICING GUIDE

| PRODUCT DESCRIPTION | | | NDC NUMBER | AWP (Red Book) |
|---|---|---|---|---|
| AMICAR* (aminocaproic acid) Injection, USP, 250 mg/ml** | single-use vial | 20 ml | 0205-4668-37 | $ 16.24 |
| | | 96 ml | 0205-4668-73 | $ 74.04 |
| AMICAR* (aminocaproic acid) Syrup, USP, 25% Flavor: Raspberry** | bottle | 16 fl oz | 0005-4667-65 | $ 391.28 |
| AMICAR* (aminocaproic acid) Tablets, USP** | 100 tablets/bottle | 500 mg | 0005-4665-23 | $ 156.75 |
| HYDREA* (Hydroxyurea Capsules, USP)* | 100 capsules/bottle | 500 mg | 58406-501-01 | $ 131.20 |
| Leucovorin Calcium for Injection preservative-free, cryodesiccated powder** | single-use vial | 50 mg | 0205-5330-92 | $ 21.53 |
| | | 100 mg | 0205-4646-94 | $ 39.41 |
| | | 350 mg | 0205-4645-77 | $ 137.94 |
| | box of 25 vials | 50 mg | 0205-5330-19 | $ 538.13 |
| Leucovorin Calcium Tablets** | 12 tablets/bottle | 10 mg | 0005-4525-83 | PTD |
| | | 15 mg | 0005-4501-83 | $ 100.56 |
| | 24 tablets/bottle | 10 mg | 0005-4525-90 | PTD |
| | | 15 mg | 0005-4501-90 | $ 200.96 |
| | 30 tablets/bottle | 5 mg | 0005-4536-38 | $ 85.54 |
| | 100 tablets/bottle | 5 mg | 0005-4536-23 | $ 285.00 |
| | unit dose pack 10 x 5s | 5 mg | 0005-4536-40 | $ 142.56 |
| | unit dose pack 5 x 10s | 10 mg | 0005-4525-64 | PTD |
| | | 15 mg | 0005-4501-64 | $ 430.00 |
| LEUKINE* (Sargramostim) for injection | single-use vial | 250 mcg | 58406-002-01 | $ 106.00 |
| | | 500 mcg | 58406-001-01 | $ 200.00 |

continued on back

P 052402

HIGHLY CONFIDENTIAL

IAWP112180

| PRODUCT DESCRIPTION | | | NDC NUMBER | AWP (Red Book) |
|---|---|---|---|---|
| **LEVOPROME®** methotrimeprazine for intramuscular use, 20 mg/ml** | vial | 10 ml | 0205-4534-34 | $ 226.89 |
| **Methotrexate Sodium Injection** isotonic liquid, preservative-protected, 25 mg/ml** | 2 ml 10 ml | 50 mg 250 mg | 0205-4556-26 0205-5338-34 | $ 4.75 $ 20.48 |
| **Methotrexate Sodium for Injection** freeze-dried, preservative-free, low sodium** | single-use vial | 20 mg 50 mg 1 g | 0205-4654-90 0205-9337-92 0205-4653-02 | $ 2.78 $ 4.75 $ 61.44 |
| **Methotrexate LPF® Sodium** (methotrexate sodium injection), liquid, preservative-free, ready-for-use, 25 mg/ml** | single-use vial: 2 ml 4 ml 8 ml 10 ml box of 25 10 ml vials | 50 mg 100 mg 200 mg 250 mg 250 mg | 0205-5325-26 0205-5326-18 0205-5327-30 0205-5337-34 0205-5337-98 | $ 4.75 $ 8.50 $ 16.73 $ 20.48 $ 364.79 |
| **NOVANTRONE®** mitoxantrone for injection concentrate, 2 mg/ml** | multi-dose vial: 10 ml 12.5 ml 15 ml | 20 mg 25 mg 30 mg | 0205-9393-34 0205-9393-72 0205-9393-36 | $ 592.48 $ 740.58 $ 888.71 |
| **RUBEX®** (doxorubicin hydrochloride for injection, USP)* | single-use vial | 10 mg 50 mg 100 mg | 58406-511-01 58406-512-01 58406-513-01 | $ 42.06 $ 189.26 $ 378.52 |
| **Thiotepa for Injection*** | single-use vial | 15 mg | 0005-4650-91 | $ 60.46 |

\*  Formerly marketed by Bristol-Myers Squibb under the following NDC numbers:
    Hydrea 500 mg capsules – 0003-0830-50;
    Rubex single-use vial   – 10 mg 0015-3051-22; 50 mg 0015-3052-22;
                   100 mg 0015-3053-22.
\*\* Formerly marketed by Lederle Oncology.
    Currently listed under Lederle Oncology NDC number.

    PTD – Product Temporarily Deleted

©1993 Immunex Corporation, Seattle, WA 98101

SA070-00-REIM

11/93

P 052403

**HIGHLY CONFIDENTIAL**

IAWP112181

# Exhibit 20

# IMMUNEX

January 12, 1995      VIA FAX

Don Jewler
ACCC
11600 Nebel Street
Suite 201
Rockville, MD 20852

Dear Don:

Below you will find a list of new suggested Average Wholesale Prices (AWPs) for selected Immunex products, along with a new NDC for NOVANTRONE® 25 mg. all effective January 10, 1995.



| Product | NDC | New Suggested AWP |
| --- | --- | --- |

Also, please note that the following product will no longer be sold in single vials and will be available only in boxes of ten. Its AWP has been multiplied by ten and is in the table below. Each vial size has a new NDC and is now available under Immunex packaging. These changes are effective January 10, 1995.

| Product | Old NDC | New NDC | New Suggested AWP |
| --- | --- | --- | --- |
| Leucovorin Calcium for Injection, preservative-free, cryodesiccated powder | | | |
| box of 10 vials | | | |
| 50 mg | 00205-5330-92 | 58406-0621-37 | $215.30 |
| 100 mg | 00205-4646-94 | 58406-0622-35 | $394.10 |
| 350 mg | 00205-4645-77 | 58406-0623-33 | $1379.40 |

Please update your databases accordingly.   A new copy of Immunex's Average Wholesale Price Product Pricing Guide will be sent to you next week. If you have any questions, call me at (206) 389-4320.  Thank you.

Sincerely,

Mary Lipinsky
Manager, Health Care Policy

cc:    Laura Driscoll
       Silvia Chang-Haines
       Teresa Hedges
       Jim Hynes
       Kathleen Stamm

IMNX 002636
CONFIDENTIAL

**HIGHLY CONFIDENTIAL**

IAWP002632

**Exhibit 21**

Immunex Corporation

## ՈՈℿℿℿℿℿ℻℗

January 12, 1995    VIA FAX

Roni Lane
Red Book
5 Paragon Drive
Montvale, NJ 07645

Dear Roni:

Below you will find a list of new suggested Average Wholesale Prices (AWPs) for selected Immunex products, along with a new NDC for NOVANTRONE® 25 mg, all effective January 10, 1995.

| Product | NDC | New Suggested AWP |
|---|---|---|
| • LEUKINE® 250 mcg (Sargramostim) | 58406-0002-01 | $109.44 |
| • LEUKINE® 500 mcg (Sargramostim) | 58406-0001-01 | $206.00 |
| • NOVANTRONE® 20mg mitoxantrone for injection concentrate | 58406-0640-03 | $640.82 |
| • NOVANTRONE® 25mg mitoxantrone for injection concentrate | 58406-0640-05 | $801.01 |
| • NOVANTRONE® 30mg mitoxantrone for injection concentrate | 00205-9393-36 | $961.24 |
| • Thiotepa for injection | 00005-4650-91 | $66.65 |

Also, please note that the following product will no longer be sold in single vials and will be available only in boxes of ten. Its AWP has been multiplied by ten and is in the table below. Each vial size has a new NDC and is now available under Immunex packaging. These changes are effective January 10, 1995.

| Product | Old NDC | New NDC | New Suggested AWP |
|---|---|---|---|
| Leucovorin Calcium for Injection, preservative-free, cryodesiccated powder | | | |
| box of 10 vials | | | |
| 50 mg | 00205-5330-92 | 58406-0621-37 | $215.30 |
| 100 mg | 00205-4646-94 | 58406-0622-35 | $394.10 |
| 350 mg | 00205-4645-77 | 58406-0623-33 | $1379.40 |

Please update your databases accordingly. A new copy of Immunex's Average Wholesale Price Product Pricing Guide will be sent to you next week. If you have any questions, call me at (206) 389-4320. Thank you.

Sincerely,

*Mary Lipinsky*

Mary Lipinsky
Manager, Health Care Policy

cc:    Laura Driscoll
       Silvia Chang-Haines
       Teresa Hedges
       Jim Hynes
       Kathleen Stamm

51 University Street, Seattle, Washington 98101
206.587.0430, Fax 206.587.0606

P 049509

HIGHLY CONFIDENTIAL

IAWP109286

# Exhibit 22

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-7228   Fax (201) 358-7756

IMMUNEX CORPORATION
51 UNIVERSITY STREET
SEATTLE WA 98101

Please Respond By: 09/15/95
Contact Name: MARY LIPINSKY
Contact Phone: (206) 587-0430

| NDC | Description | | | | | | | |
|-----|-------------|---|---|---|---|---|---|---|
| 58406-0626-74 | LEUCOVORIN CALCIUM<br>TAB PO    15 MG<br>24s ea<br>LEUCOVORIN CALCIUM | AB | 02 | RX | 208.96 | 0.00 | .00 | .00 | 08/01/93 |
| 58406-0002-01 | LEUKINE   Vial<br>(G-D-V)<br>PDI IU    250 MCG<br>1s ea<br>SARGRAMOSTIM | | 01 | RX | 112.18 | 0.00 | 89.74 | .00 | 07/01/95 |
| 58406-0001-01 | LEUKINE   Vial<br>(G-D-V)<br>PDI IU    500 MCG<br>1s ea<br>SARGRAMOSTIM | | 01 | RX | 211.15 | 0.00 | 168.92 | .00 | 07/01/95 |
| 00205-4534-34 | LEUPRONE<br>(VIAL)<br>INJ IU<br>10 ml ea<br>METHOTRIMEPRAZINE | | 01 | RX | 226.89 | 0.00 | .00 | .00 | 08/01/93 |
| 00205-5325-26 | METHOTREXATE LPF SODIUM<br>(G.D.V) P.F.)<br>INJ IU    25 MG/ML<br>2 ml ea<br>METHOTREXATE SODIUM | AP | 02 | RX | 4.75 | 0.00 | .00 | .00 | 08/01/93 |
| 00205-5326-18 | METHOTREXATE LPF SODIUM<br>(G.D.V) P.F.)<br>INJ IU    25 MG/ML<br>4 ml ea<br>METHOTREXATE SODIUM | AP | 02 | RX | 8.50 | 0.00 | .00 | .00 | 08/01/93 |

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☒ OK with changes

Signature _____   Date 9/28/95

HIGHLY CONFIDENTIAL

IMNX 021111

IAWP021102

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1796

Please Respond By: 09/15/95
Contact Name: MARY LIPINSKY
Contact Phone: (206) 587-0430

INMUNEX CORPORATION
51 UNIVERSITY STREET
SEATTLE WA 98101

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00205-5327-30 | METHOTREXATE LPF SODIUM (S.D.V., P.F.) INJ IJ 25 MG/ML 8 ml ea METHOTREXATE SODIUM | AP | 02 RX | 14.73 | 0.00 | .00 | .00 | 08/01/93 |
| 00205-5337-34 | METHOTREXATE LPF SODIUM (S.D.V., P.F.) INJ IJ 25 MG/ML 10 ml ea METHOTREXATE SODIUM | AP | 02 RX | 28.48 | 0.00 | .00 | .00 | 08/01/93 |
| 00205-4556-26 | METHOTREXATE SODIUM (VIAL, L.P.F.) INJ IJ 25 MG/ML 2 ml ea METHOTREXATE SODIUM | AP | 02 RX | 4.75 | 0.00 | .00 | .00 | 08/01/93 |
| 00205-5536-34 | METHOTREXATE SODIUM (VIAL, L.P.F.) INJ IJ 25 MG/ML 10 ml ea METHOTREXATE SODIUM | AP | 02 RX | 28.48 | 0.00 | .00 | .00 | 08/01/93 |
| 00205-4654-90 | METHOTREXATE SODIUM (S.D.V.) PDI IJ 20 MG 1 ea METHOTREXATE SODIUM | AP | 02 RX | 2.78 | 0.00 | .00 | .00 | 08/01/93 |
| 00205-9337-92 | METHOTREXATE SODIUM (S.D.V.) PDI IJ 50 MG 1 ea METHOTREXATE SODIUM | AP | 02 RX | 4.75 | 0.00 | .00 | .00 | 08/01/93 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____  Date 6/28/55

IMNX 021112

HIGHLY CONFIDENTIAL

IAWP021103

# RED BOOK
## PRODUCT LISTING VERIFICATION

Medical Economics
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1796

IMMUNEX CORPORATION
51 UNIVERSITY STREET
SEATTLE WA 98101

Please Respond By: 09/15/95
Contact Name: MARY LIPINSKY
Contact Phone: (206) 587-8430

| | | | | | | |
|---|---|---|---|---|---|---|
| 00205-4653-02 | METHOTREXATE SODIUM (S.D.V.) PDI IJ 1 GM METHOTREXATE SODIUM | 02 RX | 61.44 | 0.00 | .00 | .00 | 08/01/93 |
| 58406-0640-03 | NOVANTRONE (M.D.V.) INJ IJ 2 MG/ML 10 ml ea MITOXANTRONE HYDROCHLORIDE | 01 RX | 640.82 | 0.00 | .00 | .00 | 01/10/95 |
| 58406-0640-05 | NOVANTRONE (M.D.V.) INJ IJ 2 MG/ML 15 ml ea MITOXANTRONE HYDROCHLORIDE | 01 RX | 891.01 | 0.00 | .00 | .00 | 01/10/95 |
| 58406-0640-07 | NOVANTRONE (M.D.V.) INJ IJ 2 MG/ML 15 ml ea MITOXANTRONE HYDROCHLORIDE | 01 RX | 961.24 | 0.00 | .00 | .00 | 01/10/95 |
| 58406-0661-02 | THIOPLEX (S.D.V.) PDI IJ 15 MG 15 ea THIOTEPA | 01 RX | 73.31 | 0.00 | .00 | .00 | 02/22/95 |
| 58406-0661-01 | THIOPLEX (S.D.V.) PDI IJ 15 MG 60 ea THIOTEPA | 01 RX | 439.89 | 0.00 | .00 | .00 | 02/22/95 |

Instructions: Please make corrections directly on this printout.
[X] OK as is   [ ] OK with changes

Signature: M. Lipinsky      Date: 9/28/95

IMNX 021113

HIGHLY CONFIDENTIAL

IAWP021104

# Exhibit 23

JAN 12 '96  10:20AM ME DATA                                    P.2



**RED BOOK**
a publication of Medical Economics Company

January 12, 1996

Kathleen Stamm
Immunex Corporation
51 University Street
Seattle, Washington
98101

Dear Kathleen:

This letter is a confirmation letter that we have received and
entered your latest AWP price changes in our system. The
price changes that were effective January 3, 1996 were
posted in our system on January 5, 1996. I have enclosed
an updated copy or your Red Book listing for your files. If
there is anything else I could help you with do not hesitate
to call.

Sincerely,

Lisa Brandt
Red Book Data Analyst

IMCA 006788

FIVE PARAGON DRIVE • MONTVALE • NEW JERSEY 07645 • 201 358-7500

C 026387

IMNX 002179
CONFIDENTIAL

HIGHLY CONFIDENTIAL                                    IAWP058538

P.3

Page 1 of 8

1/12/96

## IMMUNEX



IMCA 006789

C 026388

IMNX 002180
CONFIDENTIAL

HIGHLY CONFIDENTIAL

IAWP058539

P.4

1/12/96

# IMMUNEX

Page 2 of 8

1/12/96

---

**PRODUCT NAME:** LEUCOVORIN CALCIUM
**NDC NUMBER:** 58406062206
**PACKAGE SIZE:** 0      **FORM CODE:** 337650   **SOLID SIZE:** PDI
**GENERIC CODE DESCRIPTION:** LEUCOVORIN CALCIUM
**THERAPEUTIC CODE DESCRIPTION:** 9201010155   LEUCOVORIN CALCIUM
**ORANGE BOOK RATING:** AP

**ROA:** IJ   **UNIT DOSE:** 1 EA   **ADDITIONAL DESCRIPTION:** 0   **STRENGTH DESCRIPTION:** (P.F.)   100 MG

**AWP Pricing:** 39.4100
**DIRP Pricing:**
**SRP Pricing:**
**WAC Pricing:**

**PROD TYPE:** 02   **DEA CLASS:** RX   1/31/95

---

**PRODUCT NAME:** LEUCOVORIN CALCIUM
**NDC NUMBER:** 58406062235
**PACKAGE SIZE:** 0      **FORM CODE:** 337650   **SOLID SIZE:** PDI
**GENERIC CODE DESCRIPTION:** LEUCOVORIN CALCIUM
**THERAPEUTIC CODE DESCRIPTION:** 9201010155   LEUCOVORIN CALCIUM
**ORANGE BOOK RATING:** AP

**ROA:** IJ   **UNIT DOSE:** 10 EA   **ADDITIONAL DESCRIPTION:** 0   **STRENGTH DESCRIPTION:** (P.F.)   100 MG

**AWP Pricing:** 394.1000
**DIRP Pricing:** 0
**SRP Pricing:**
**WAC Pricing:**

**PROD TYPE:** 02   **DEA CLASS:** RX   1/1/95   6/6/94 0

---

**PRODUCT NAME:** LEUCOVORIN CALCIUM
**NDC NUMBER:** 58406062307
**PACKAGE SIZE:** 0      **FORM CODE:** 337650   **SOLID SIZE:** PDI
**GENERIC CODE DESCRIPTION:** LEUCOVORIN CALCIUM
**THERAPEUTIC CODE DESCRIPTION:** 9201010155   LEUCOVORIN CALCIUM
**ORANGE BOOK RATING:** AP

**ROA:** IJ   **UNIT DOSE:** 1 EA   **ADDITIONAL DESCRIPTION:** 0   **STRENGTH DESCRIPTION:** (P.F.)   350 MG

**AWP Pricing:** 137.9400
**DIRP Pricing:**
**SRP Pricing:**
**WAC Pricing:**

**PROD TYPE:** 02   **DEA CLASS:** RX   1/31/95

---

**PRODUCT NAME:** LEUCOVORIN CALCIUM
**NDC NUMBER:** 58406062333
**PACKAGE SIZE:** 0      **FORM CODE:** 337650   **SOLID SIZE:** PDI
**GENERIC CODE DESCRIPTION:** LEUCOVORIN CALCIUM
**THERAPEUTIC CODE DESCRIPTION:** 9201010155   LEUCOVORIN CALCIUM
**ORANGE BOOK RATING:** AP

**ROA:** IJ   **UNIT DOSE:** 10 EA   **ADDITIONAL DESCRIPTION:** 0   **STRENGTH DESCRIPTION:** (P.F.)   350 MG

**AWP Pricing:** 1379.4000
**DIRP Pricing:** 0
**SRP Pricing:**
**WAC Pricing:**

**PROD TYPE:** 02   **DEA CLASS:** RX   1/1/95   6/6/94 0

---

IMNX 002181
CONFIDENTIAL

C 026389

IMCA 006790

HIGHLY CONFIDENTIAL          IAWP058540

JAN 12 '96  10:22AM ME DATA

P.5

1/12/96

## IMMUNEX

---

**PRODUCT NAME:** LEUCOVORIN CALCIUM

| NDC NUMBER: 58406062105 | FORM CODE: PDI | ADDITIONAL DESCRIPTION: (P.F.) | PROD TYPE 02 |
|---|---|---|---|
| PACKAGE SIZE: 0 | SOLID SIZE | ROA: IJ   STRENGTH DESCRIPTION: 50 MG | DEA CLASS RX |

GENERIC CODE/DESCRIPTION: 337650   LEUCOVORIN CALCIUM
THERAPEUTIC CODE/DESCRIPTION: 9201010155   LEUCOVORIN CALCIUM
ORANGE BOOK RATING: AP

UNIT DOSE  1 EA

AWP Pricing: 21.5300   1/31/95
DIR Pricing:
SRP Pricing:
WAC Pricing:

UNIT DOSE  0

---

**PRODUCT NAME:** LEUCOVORIN CALCIUM

| NDC NUMBER: 58406062137 | FORM CODE: PDI | ADDITIONAL DESCRIPTION: (P.F.) | PROD TYPE 02 |
|---|---|---|---|
| PACKAGE SIZE: 0 | SOLID SIZE | ROA: IJ   STRENGTH DESCRIPTION: 50 MG | DEA CLASS RX |

GENERIC CODE/DESCRIPTION: 337650   LEUCOVORIN CALCIUM
THERAPEUTIC CODE/DESCRIPTION: 9201010155   LEUCOVORIN CALCIUM
ORANGE BOOK RATING: AP

UNIT DOSE  10 EA

AWP Pricing: 215.3000   1/10/95
DIR Pricing:
SRP Pricing:
WAC Pricing:   6/6/94 0

UNIT DOSE  0

---

**PRODUCT NAME:** LEUCOVORIN CALCIUM

| NDC NUMBER: 58406062668 | FORM CODE: TAB | ADDITIONAL DESCRIPTION: | PROD TYPE 02 |
|---|---|---|---|
| PACKAGE SIZE: 0 | SOLID SIZE | ROA: PO   STRENGTH DESCRIPTION: 15 MG | DEA CLASS RX |

GENERIC CODE/DESCRIPTION: 337650   LEUCOVORIN CALCIUM
THERAPEUTIC CODE/DESCRIPTION: 9201010155   LEUCOVORIN CALCIUM
ORANGE BOOK RATING: AB

UNIT DOSE  12 EA

AWP Pricing: 100.5600   8/1/93 0
DIR Pricing:
SRP Pricing:
WAC Pricing:   6/6/94 0

UNIT DOSE  0

---

**PRODUCT NAME:** LEUCOVORIN CALCIUM

| NDC NUMBER: 58406062674 | FORM CODE: TAB | ADDITIONAL DESCRIPTION: | PROD TYPE 02 |
|---|---|---|---|
| PACKAGE SIZE: 0 | SOLID SIZE | ROA: PO   STRENGTH DESCRIPTION: 15 MG | DEA CLASS RX |

GENERIC CODE/DESCRIPTION: 337650   LEUCOVORIN CALCIUM
THERAPEUTIC CODE/DESCRIPTION: 9201010155   LEUCOVORIN CALCIUM
ORANGE BOOK RATING: AB

UNIT DOSE  24 EA

AWP Pricing: 200.9600   8/1/93 0
DIR Pricing:
SRP Pricing:
WAC Pricing:   6/6/94 0

UNIT DOSE  0

---

IMNX 002182
CONFIDENTIAL

C 026390

IMCA 006791

HIGHLY CONFIDENTIAL

IAWP058541

**PRODUCT NAME:** LEUCOVORIN CALCIUM

| | | | | | | PROD TYPE | 02 |
|---|---|---|---|---|---|---|---|
| | | | | | | DEA CLASS | RX |

**NDC NUMBER:** 58406062462    **FORM CODE:** TAB    **ROA:** PO    **ADDITIONAL DESCRIPTION:**

**STRENGTH DESCRIPTION:** 5 MG

| | | | |
|---|---|---|---|
| **PACKAGE SIZE:** 0 | **SOLID SIZE** 30 EA | **UNIT DOSE** 0 | **AWP Pricing:** 85.5400 |
| | | | **DIR Pricing:** 0 |
| **GENERIC CODE/DESCRIPTION:** 337650 LEUCOVORIN CALCIUM | | | **SRP Pricing:** |
| **THERAPEUTIC CODE/DESCRIPTION:** 9201010155 LEUCOVORIN CALCIUM | | | **WAC Pricing:** |
| **ORANGE BOOK RATING** BX | | | |

PROD TYPE 02   DEA CLASS RX   8/1/93 0   6/6/94 0

---

**PRODUCT NAME:** LEUCOVORIN CALCIUM

| | | | | | | PROD TYPE | 02 |
|---|---|---|---|---|---|---|---|
| | | | | | | DEA CLASS | RX |

**NDC NUMBER:** 58406062467    **FORM CODE:** TAB    **ROA:** PO    **ADDITIONAL DESCRIPTION:**

**STRENGTH DESCRIPTION:** 5 MG

| | | | |
|---|---|---|---|
| **PACKAGE SIZE:** 0 | **SOLID SIZE** 100 EA | **UNIT DOSE** 0 | **AWP Pricing:** 285.0000 |
| | | | **DIR Pricing:** 0 |
| **GENERIC CODE/DESCRIPTION:** 337650 LEUCOVORIN CALCIUM | | | **SRP Pricing:** |
| **THERAPEUTIC CODE/DESCRIPTION:** 9201010155 LEUCOVORIN CALCIUM | | | **WAC Pricing:** |
| **ORANGE BOOK RATING** BX | | | |

8/1/93 0   6/6/94 0

---

**PRODUCT NAME:** ▇▇▇

| | | | | | | PROD TYPE | 01 |
|---|---|---|---|---|---|---|---|
| | | | | | | DEA CLASS | RX |

**NDC NUMBER:** ▇▇▇    **FORM CODE:** ▇▇▇    **ROA:** ▇▇▇    **ADDITIONAL DESCRIPTION:** ▇▇▇

**STRENGTH DESCRIPTION:** ▇▇▇

| | | | |
|---|---|---|---|
| **PACKAGE SIZE:** 0 | **SOLID SIZE** 1 EA | **UNIT DOSE** 0 | **AWP Pricing:** ▇▇▇ |
| | | | **DIR Pricing:** 0 |
| **GENERIC CODE/DESCRIPTION:** | | | **SRP Pricing:** ▇▇▇ |
| **THERAPEUTIC CODE/DESCRIPTION:** | | | **WAC Pricing:** ▇▇▇ |
| **ORANGE BOOK RATING** | | | |

1/3/96 0   6/6/94 0   1/3/96 00

---

**PRODUCT NAME:** ▇▇▇

| | | | | | | PROD TYPE | 01 |
|---|---|---|---|---|---|---|---|
| | | | | | | DEA CLASS | RX |

**NDC NUMBER:** ▇▇▇    **FORM CODE:** ▇▇▇    **ROA:** ▇▇▇    **ADDITIONAL DESCRIPTION:** ▇▇▇

**STRENGTH DESCRIPTION:** ▇▇▇

| | | | |
|---|---|---|---|
| **PACKAGE SIZE:** 0 | **SOLID SIZE** 1 EA | **UNIT DOSE** 0 | **AWP Pricing:** ▇▇▇ |
| | | | **DIR Pricing:** 0 |
| **GENERIC CODE/DESCRIPTION:** | | | **SRP Pricing:** ▇▇▇ |
| **THERAPEUTIC CODE/DESCRIPTION:** | | | **WAC Pricing:** ▇▇▇ |
| **ORANGE BOOK RATING** | | | |

1/3/96 0   6/6/94 0   1/3/96 00

IMNX 002183
CONFIDENTIAL

IMCA 006792    C 026391

HIGHLY CONFIDENTIAL    IAWP058542

Case 1:01-cv-12257-PBS   Document 4113-5   Filed 04/26/07   Page 25 of 43

JAN 12 '96  10:23AM ME DATA

P.7

# IMMUNEX

1/12/96

---

| PRODUCT NAME: | | FORM CODE: | | ROA: | ADDITIONAL DESCRIPTION: | SYRENGTH DESCRIPTION: | | PROD TYPE | 01 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DEA CLASS | RX |
| NDC NUMBER: | | SOLID SIZE | | | UNIT DOSE | 0 | | 8/1/93 0 | |
| PACKAGE SIZE: | | | | | | | AWP Pricing: | 6/6/94 0 | |
| | | | | | | | DRP Pricing: 0 | | |
| SECHIRIC CODE/DESCRIPTION: | | | | | | | SRP Pricing: | | |
| THERAPEUTIC CODE/DESCRIPTION: | | | | | | | WAC Pricing: | | |
| ORANGE BOOK RATING | | | | | | | | | |

---

| PRODUCT NAME: | METHOTREXATE LPF SODIUM | | | ROA: IJ | | (S.D.V., P.F.) | 25 MG/ML | PROD TYPE | 02 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DEA CLASS | RX |
| NDC NUMBER: | 00205532526 | FORM CODE: | INJ | | UNIT DOSE | 0 | | 8/1/93 0 | |
| PACKAGE SIZE: | 2.0000  ml | SOLID SIZE | 0 EA | | | | AWP Pricing: 4.7500 | 6/6/94 0 | |
| | | | | | | | DRP Pricing: 0 | | |
| SECHIRIC CODE/DESCRIPTION: | 372470  METHOTREXATE SODIUM | | | | | | SRP Pricing: | | |
| THERAPEUTIC CODE/DESCRIPTION: | 1001015500  METHOTREXATE | | | | | | WAC Pricing: | | |
| ORANGE BOOK RATING | AP | | | | | | | | |

---

| PRODUCT NAME: | METHOTREXATE LPF SODIUM | | | ROA: IJ | | (S.D.V., P.F.) | 25 MG/ML | PROD TYPE | 02 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DEA CLASS | RX |
| NDC NUMBER: | 00205532818 | FORM CODE: | INJ | | UNIT DOSE | 0 | | 8/1/93 0 | |
| PACKAGE SIZE: | 4.0000  ml | SOLID SIZE | 0 EA | | | | AWP Pricing: 8.5000 | 6/6/94 0 | |
| | | | | | | | DRP Pricing: 0 | | |
| GENERIC CODE/DESCRIPTION: | 372470  METHOTREXATE SODIUM | | | | | | SRP Pricing: | | |
| THERAPEUTIC CODE/DESCRIPTION: | 1001015500  METHOTREXATE | | | | | | WAC Pricing: | | |
| ORANGE BOOK RATING | AP | | | | | | | | |

---

| PRODUCT NAME: | METHOTREXATE LPF SODIUM | | | ROA: IJ | | (S.D.V., P.F.) | 25 MG/ML | PROD TYPE | 02 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DEA CLASS | RX |
| NDC NUMBER: | 00205532730 | FORM CODE: | INJ | | UNIT DOSE | 0 | | 8/1/93 0 | |
| PACKAGE SIZE: | 8.0000  ml | SOLID SIZE | 0 EA | | | | AWP Pricing: 16.7300 | 6/6/94 0 | |
| | | | | | | | DRP Pricing: 0 | | |
| GENERIC CODE/DESCRIPTION: | 372470  METHOTREXATE SODIUM | | | | | | SRP Pricing: | | |
| THERAPEUTIC CODE/DESCRIPTION: | 1001015500  METHOTREXATE | | | | | | WAC Pricing: | | |
| ORANGE BOOK RATING | AP | | | | | | | | |

---

IMNX 002184
CONFIDENTIAL

C 026392

IMCA 006793

HIGHLY CONFIDENTIAL

IAWP058543

JAN 12 '96  10:23AM ME DATA

P.8

1/12/96

# IMMUNEX

**PRODUCT NAME:** METHOTREXATE LPF SODIUM
**NDC NUMBER:** 00205533734   **FORM CODE:** INJ   **ADDITIONAL DESCRIPTION:** (S.O.V., P.F.)   **STRENGTH DESCRIPTION:** 25 MG/ML   **PROD TYPE:** 02
**PACKAGE SIZE:** 10.0000 ml   **SOLID SIZE:** 0 EA   **ROA:** IJ   **UNIT DOSE:** 0   **DEA CLASS:** RX
**GENERIC CODE/DESCRIPTION:** 372470   METHOTREXATE SODIUM   **AWP Pricing:** 20.4800   8/1/93 0
**THERAPEUTIC CODE/DESCRIPTION:** 1001015500   METHOTREXATE   **DRP Pricing:** 0   6/6/94 0
**ORANGE BOOK RATING** AP   **SRP Pricing:**
   **WAC Pricing:**

**PRODUCT NAME:** METHOTREXATE SODIUM
**NDC NUMBER:** 00205455828   **FORM CODE:** INJ   **ADDITIONAL DESCRIPTION:** (VIAL, L.P.P.)   **STRENGTH DESCRIPTION:** 25 MG/ML   **PROD TYPE:** 02
**PACKAGE SIZE:** 2.0000 ml   **SOLID SIZE:** 0 EA   **ROA:** IJ   **UNIT DOSE:** 0   **DEA CLASS:** RX
**GENERIC CODE/DESCRIPTION:** 372470   METHOTREXATE SODIUM   **AWP Pricing:** 4.7500   8/1/93 0
**THERAPEUTIC CODE/DESCRIPTION:** 1001015500   METHOTREXATE   **DRP Pricing:** 0   6/6/94 0
**ORANGE BOOK RATING** AP   **SRP Pricing:**
   **WAC Pricing:**

**PRODUCT NAME:** METHOTREXATE SODIUM
**NDC NUMBER:** 00205533834   **FORM CODE:** INJ   **ADDITIONAL DESCRIPTION:** (VIAL, L.P.P.)   **STRENGTH DESCRIPTION:** 25 MG/ML   **PROD TYPE:** 02
**PACKAGE SIZE:** 10.0000 ml   **SOLID SIZE:** 0 EA   **ROA:** IJ   **UNIT DOSE:** 0   **DEA CLASS:** RX
**GENERIC CODE/DESCRIPTION:** 372470   METHOTREXATE SODIUM   **AWP Pricing:** 20.4800   8/1/93 0
**THERAPEUTIC CODE/DESCRIPTION:** 1001015500   METHOTREXATE   **DRP Pricing:** 0   6/6/94 0
**ORANGE BOOK RATING** AP   **SRP Pricing:**
   **WAC Pricing:**

**PRODUCT NAME:** METHOTREXATE SODIUM
**NDC NUMBER:** 00205465302   **FORM CODE:** PDI   **ADDITIONAL DESCRIPTION:** (S.O.V.)   **STRENGTH DESCRIPTION:** 1 GM   **PROD TYPE:** 02
**PACKAGE SIZE:** 0   **SOLID SIZE:** 1 EA   **ROA:** IJ   **UNIT DOSE:** 0   **DEA CLASS:** RX
**GENERIC CODE/DESCRIPTION:** 372470   METHOTREXATE SODIUM   **AWP Pricing:** 61.4400   8/1/93 0
**THERAPEUTIC CODE/DESCRIPTION:** 1001015500   METHOTREXATE   **DRP Pricing:** 0   6/6/94 0
**ORANGE BOOK RATING**   **SRP Pricing:**
   **WAC Pricing:**

IMNX 0021B5
CONFIDENTIAL

C 026393

IMCA 006794

HIGHLY CONFIDENTIAL                    IAWP058544

JAN 12 '95 10:24AM ME DATA

P.9

1/12/96

# IMMUNEX



**PRODUCT NAME:** METHOTREXATE SODIUM

| | | | | |
|---|---|---|---|---|
| **NDC NUMBER:** 0020546S490 | **FORM CODE:** PDI | **ROA:** IJ | **ADDITIONAL DESCRIPTION:** | (S.O.V.) |
| **PACKAGE SIZE:** 0 | **SOLID SIZE** | 1 EA | **STRENGTH DESCRIPTION:** 20 MG | |
| **SCHEDULE CODE/DESCRIPTION:** | 372470 METHOTREXATE SODIUM | **UNIT DOSE:** 0 | **AWP Pricing:** 2.7800 | **PROD TYPE** 02 |
| **THERAPEUTIC CODE/DESCRIPTION:** | 1001016500 METHOTREXATE | | **DRP Pricing:** 0 | **DEA CLASS** RX |
| **ORANGE BOOK RATING** | | | **SRP Pricing:** | 8/1/93 0 |
| | | | **WAC Pricing:** | 6/6/94 0 |

**PRODUCT NAME:** METHOTREXATE SODIUM

| | | | | |
|---|---|---|---|---|
| **NDC NUMBER:** 0020563S3792 | **FORM CODE:** PDI | **ROA:** IJ | **ADDITIONAL DESCRIPTION:** | (S.O.V.) |
| **PACKAGE SIZE:** 0 | **SOLID SIZE** | 1 EA | **STRENGTH DESCRIPTION:** 50 MG | |
| **GENERIC CODE/DESCRIPTION:** | 372470 METHOTREXATE SODIUM | **UNIT CODE:** 0 | **AWP Pricing:** 4.7500 | **PROD TYPE** 02 |
| **THERAPEUTIC CODE/DESCRIPTION:** | 1001016500 METHOTREXATE | | **DRP Pricing:** 0 | **DEA CLASS** RX |
| **ORANGE BOOK RATING** AP | | | **SRP Pricing:** | 8/1/93 0 |
| | | | **WAC Pricing:** | 6/6/94 0 |

**PRODUCT NAME:**

| | | | | |
|---|---|---|---|---|
| **NDC NUMBER:** | **FORM CODE:** | **ROA:** | **ADDITIONAL DESCRIPTION:** | |
| **PACKAGE SIZE:** | **SOLID SIZE** | 0 EA | **STRENGTH DESCRIPTION:** | |
| **GENERIC CODE/DESCRIPTION:** | | **UNIT DOSE:** 0 | **AWP Pricing:** 0 | **PROD TYPE** 01 |
| **THERAPEUTIC CODE/DESCRIPTION:** | | | **DRP Pricing:** 0 | **DEA CLASS** RX |
| **ORANGE BOOK RATING** | | | **SRP Pricing:** | 1/3/96 0 |
| | | | **WAC Pricing:** | 6/6/94 0 |
| | | | | 1/3/96 00 |

**PRODUCT NAME:**

| | | | | |
|---|---|---|---|---|
| **NDC NUMBER:** | **FORM CODE:** | **ROA:** | **ADDITIONAL DESCRIPTION:** | |
| **PACKAGE SIZE:** | **SOLID SIZE** | 0 EA | **STRENGTH DESCRIPTION:** | |
| **GENERIC CODE/DESCRIPTION:** | | **UNIT DOSE:** 0 | **AWP Pricing:** 0 | **PROD TYPE** 01 |
| **THERAPEUTIC CODE/DESCRIPTION:** | | | **DRP Pricing:** 0 | **DEA CLASS** RX |
| **ORANGE BOOK RATING** | | | **SRP Pricing:** | 1/3/96 0 |
| | | | **WAC Pricing:** | 6/6/94 0 |
| | | | | 1/3/96 00 |

IMNX 002186
CONFIDENTIAL

IMCA 006795

C 026394

HIGHLY CONFIDENTIAL          IAWP058545

**PRODUCT NAME:** NOVANTRONE  
**NDC NUMBER:** 58406064003  
**PACKAGE SIZE:** 10.0000 ml  
**GENERIC CODE DESCRIPTION:** 0  
**THERAPEUTIC CODE DESCRIPTION:** 379240 MITOXANTRONE HYDROCHLORIDE  
**ORANGE BOOK RATING:** 1001015800 MITOXANTRONE  
**FORM CODE:** INJ  
**SOLID SIZE:**  
**ADDITIONAL DESCRIPTION:**  
**ROL: IJ** 0 EA  
**STRENGTH DESCRIPTION:** 2 MG/ML  
**UNIT DOSE:** 0  
**(M.O.V.)**  
**PROD TYPE** 01  
**DRUG CLASS** RX

| | | |
|---|---|---|
| AWP Pricing: | 679.2800 | 1/3/96 0 |
| DMP Pricing: | 0 | 66694 0 |
| DRP Pricing: | 0 | 1/1/00 0 |
| WAC Pricing: | 543.4200 | 1/3/96 00 |

**PRODUCT NAME:** THIOPLEX  
**NDC NUMBER:** 58406066131  
**PACKAGE SIZE:** 0  
**GENERIC CODE DESCRIPTION:** 626085 THIOTEPA  
**THERAPEUTIC CODE DESCRIPTION:** 1001016700 TRIETHYLENE THIO PHOSPHORAMIDE  
**ORANGE BOOK RATING:**  
**FORM CODE:** PDI  
**SOLID SIZE:**  
**ADDITIONAL DESCRIPTION:**  
**ROL: IJ** 6 EA  
**STRENGTH DESCRIPTION:** 15 MG  
**UNIT DOSE:** 0  
**(S.D.V.)**  
**PROD TYPE** 01  
**DRUG CLASS** RX

| | | |
|---|---|---|
| AWP Pricing: | 470.6800 | 1/3/96 0 |
| DMP Pricing: | | |
| DRP Pricing: | | |
| WAC Pricing: | 376.5400 | 1/3/96 00 |

**PRODUCT NAME:** THIOPLEX  
**NDC NUMBER:** 58406066102  
**PACKAGE SIZE:** 0  
**GENERIC CODE DESCRIPTION:** 626085 THIOTEPA  
**THERAPEUTIC CODE DESCRIPTION:** 1001016700 TRIETHYLENE THIO PHOSPHORAMIDE  
**ORANGE BOOK RATING:**  
**FORM CODE:** PDI  
**SOLID SIZE:**  
**ADDITIONAL DESCRIPTION:**  
**ROL: IJ** 1 EA  
**STRENGTH DESCRIPTION:** 15 MG  
**UNIT DOSE:** 0  
**(S.D.V.)**  
**PROD TYPE** 01  
**DRUG CLASS** RX

| | | |
|---|---|---|
| AWP Pricing: | 78.4500 | 1/3/96 0 |
| DMP Pricing: | 0 | 66694 0 |
| DRP Pricing: | | |
| WAC Pricing: | 62.7600 | 1/3/96 00 |

IMNX 002187
CONFIDENTIAL

IMCA 006796

C 026395

HIGHLY CONFIDENTIAL

IAWP058546

Immunex Corporation

# iMMUNEX

January 12, 1995    VIA FAX

Roni Lane
Red Book
5 Paragon Drive
Monvrale, NJ 07645

Dear Roni:

Below you will find a list of new suggested Average Wholesale Prices (AWPs) for selected Immunex products, along with a new NDC for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ all effective January 10, 1995.

| Product | NDC | New Suggested AWP |
|---------|-----|-------------------|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| | ▮▮▮▮ | ▮▮▮▮ |
| | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

Also, please note that the following product will no longer be sold in single vials and will be available only in boxes of ten. Its AWP has been multiplied by ten and is in the table below. Each vial size has a new NDC and is now available under Immunex packaging. These changes are effective January 10, 1995.

| Product | Old NDC | New NDC | New Suggested AWP |
|---------|---------|---------|-------------------|
| Leucovorin Calcium for Injection, preservative-free, cryodesiccated powder | | | |
| box of 10 vials | | | |
| 50 mg | 00205-5330-92 | 58406-0621-37 | $215.30 |
| 100 mg | 00205-4646-94 | 58406-0622-35 | $394.10 |
| 350 mg | 00205-4645-77 | 58406-0623-33 | $1379.40 |

Please update your databases accordingly.   A new copy of Immunex's Average Wholesale Price Product Pricing Guide will be sent to you next week. If you have any questions, call me at (206) 389-4320.  Thank you.

Sincerely,

*Mary Lipinsky*

Mary Lipinsky
Manager, Health Care Policy

IMCA 006797

cc:    Laura Driscoll
       Silvia Chang-Haines
       Teresa Hedges
       Jim Hynes
       Kathleen Stamm

51 University Street, Seattle, Washington 98101
206.587.0430, Fax 206.587.0606

C 026396

IMNX 002188
CONFIDENTIAL

HIGHLY CONFIDENTIAL

IAWP058547

Immunex Corporation

# IMMUNE⊃<

January 12, 1995      VIA FAX

Wyndy Jones
Medi-Span
8425 Woodfield Blvd.
Indianapolis, IN  46420

Dear Wyndy:

Below you will find a list of new suggested Average Wholesale Prices (AWPs) for selected Immunex products, along with a new NDC for ▇▇▇▇▇▇▇▇▇▇▇▇, all effective January 10, 1995.

| Product | NDC | New Suggested AWP |
|---|---|---|
| ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇ | ▇▇▇▇▇ |
| ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇ | ▇▇▇▇▇ |
| ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇ | ▇▇▇▇▇ |
| ▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇ | ▇▇▇▇▇ |

Also, please note that the following product will no longer be sold in single vials and will be available only in boxes of ten. Its AWP has been multiplied by ten and is in the table below. Each vial size has a new NDC and is now available under Immunex packaging. These changes are effective January 10, 1995.

| Product | Old NDC | New NDC | New Suggested AWP |
|---|---|---|---|
| Leucovorin Calcium for Injection, preservative-free, cryodesiccated powder | | | |
| box of 10 vials | | | |
| 50 mg | 00205-5330-92 | 58406-0621-37 | $215.30 |
| 100 mg | 00205-4646-94 | 58406-0622-35 | $394.10 |
| 350 mg | 00205-4645-77 | 58406-0623-33 | $1379.40 |

Please update your databases accordingly.   A new copy of Immunex's Average Wholesale Price Product Pricing Guide will be sent to you next week.  If you have any questions, call me at (206) 389-4320.  Thank you.

Sincerely,

*Mary Lipinsky*

Mary Lipinsky
Manager, Health Care Policy

cc:    Laura Driscoll
       Silvia Chang-Haines
       Teresa Hedges
       Jim Hynes
       Kathleen Stamm

IMCA 006798

IMNX 002189
CONFIDENTIAL

51 University Street, Seattle, Washington 98101
206.587.0430, Fax 206.587.0605

C 026397

**HIGHLY CONFIDENTIAL**                          IAWP058548

Immunex Corporation

January 12, 1995      VIA FAX

# immunex

Beth Rader
First Data Bank
1111 Bayhill Drive
Suite 350
San Bruno, CA  94066

Dear Beth:

Below you will find a list of new suggested Average Wholesale Prices (AWPs) for selected Immunex products, along with a new NDC for ▮▮▮▮▮▮▮▮▮▮▮▮, all effective January 10, 1995.

| Product | NDC | New Suggested AWP |
|---------|-----|-------------------|
| ▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮ |
| ▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | |
| ▮▮▮ | ▮▮▮▮ | |

Also, please note that the following product will no longer be sold in single vials and will be available only in boxes of ten.  Its AWP has been multiplied by ten and is in the table below. Each vial size has a new NDC and is now available under Immunex packaging. These changes are effective January 10, 1995.

| Product | Old NDC | New NDC | New Suggested AWP |
|---------|---------|---------|-------------------|
| Leucovorin Calcium for Injection, preservative-free, cryodesiccated powder | | | |
| box of 10 vials | | | |
| 50 mg | 00205-5330-92 | 58406-0621-37 | $215.30 |
| 100 mg | 00205-4646-94 | 58406-0622-35 | $394.10 |
| 350 mg | 00205-4645-77 | 58406-0623-33 | $1379.40 |

Please update your databases accordingly.   A new copy of Immunex's Average Wholesale Price Product Pricing Guide will be sent to you next week. If you have any questions, call me at (206) 389-4320.  Thank you.

**IMCA 006799**

Sincerely,

*Mary Lipinsky*

Mary Lipinsky
Manager, Health Care Policy

IMNX 002190
CONFIDENTIAL

cc:      Laura Driscoll
         Silvia Chang-Haines
         Teresa Hedges
         Jim Hynes
         Kathleen Stamm

51 University Street, Seattle, Washington 98101
206.587.0430, Fax 206.587.0606

C 026398

HIGHLY CONFIDENTIAL                    IAWP058549

Immunex Corporation

**IMMUNEX**

January 12, 1995   VIA FAX

Don Jewler
ACCC
11600 Nebel Street
Suite 201
Rockville, MD 20852

Dear Don:

Below you will find a list of new suggested Average Wholesale Prices (AWPs) for selected Immunex products, along with a new NDC for ▓▓▓▓▓▓▓▓▓▓▓ all effective January 10, 1995.



Also, please note that the following product will no longer be sold in single vials and will be available only in boxes of ten. Its AWP has been multiplied by ten and is in the table below. Each vial size has a new NDC and is now available under Immunex packaging. These changes are effective January 10, 1995.

| Product | Old NDC | New NDC | New Suggested AWP |
|---|---|---|---|
| Leucovorin Calcium for Injection, preservative-free, cryodesiccated powder | | | |
| box of 10 vials | | | |
| 50 mg | 00205-5330-92 | 58406-0621-37 | $215.30 |
| 100 mg | 00205-4646-94 | 58406-0622-35 | $394.10 |
| 350 mg | 00205-4645-77 | 58406-0623-33 | $1379.40 |

Please update your databases accordingly. A new copy of Immunex's Average Wholesale Price Product Pricing Guide will be sent to you next week. If you have any questions, call me at (206) 389-4320. Thank you.

Sincerely,

*Mary Lipinsky*

Mary Lipinsky
Manager, Health Care Policy

IMNX 002191
CONFIDENTIAL

cc:   Laura Driscoll
      Silvia Chang-Haines
      Teresa Hedges
      Jim Hynes
      Kathleen Stamm

51 University Street, Seattle, Washington 98101
206.587.0430, Fax 206.587.0606

**IMCA 006800**     C 026399

**HIGHLY CONFIDENTIAL**     IAWP058550

**Exhibit 24**

# Immunex

# Reimbursement

# Training

**Managers of Medical Economics:**
**Anne Kerner  VM: 3457**
**Mary Lipinsky  VM: 3485**
**Jamie Young  VM: 3470**

*For your information only -- do not copy or distribute*

P 026365

HIGHLY CONFIDENTIAL

IAWP086642

# Section II:  REIMBURSEMENT

11

- The primary basis third-party payers use when they consider a drug claim for payment is the benefit structure of the patient's insurance coverage plan. Assuming the coverage plan includes drugs, several factors drive the benefit administration decision.  The most important of these include:

  ⇒ Is the drug FDA approved?
  ⇒ What diagnosis was the drug used to treat?
  ⇒ Where was the drug administered (hospital, office)?
  ⇒ How was the drug administered (IV, SQ)?
  ⇒ Does the payer have a medical policy for the product?
  ⇒ Is the amount of patient benefit equal to the treatment costs?
  ⇒ Have payment limits been established on this drug?

- Many payers, including Medicare Part B, develop product specific medical policies defining exactly how much a product will be reimbursed and which uses or diagnoses will be reimbursed.

- Many offices and clinics use the Association of Community Cancer Center's (ACCC) *Compendia-Based Drug Bulletin* as a reference for determining which drug uses are supported by the clinical literature.  The uses listed in the ACCC *Compendia-Based Drug Bulletin* are most often reimbursed by payers.

- The amount a payer will reimburse for a product is called the "allowable," which is usually based on a percentage of the Average Wholesale Price (AWP).  When requesting reimbursement, the physician realizes a profit on the difference between what they paid and what the payer allows.  This margin can increase by offering volume purchase/discount agreements.

- Most payers will reimburse the lesser of the physician's charges or the payer's allowable for a service/product.  If a physician charges $50 for a service/product that has an allowable of $100, they will only get reimbursed $50.

- Payers generally develop their allowables based upon a specific percentage of AWP for the smallest vial or product size.  For example, Leukine has two vial sizes and two AWPs as a result.  Most payers take the AWP for the 250 mcg vial and calculate an allowable for the 50 mcg billing unit.

P 026375

HIGHLY CONFIDENTIAL

IAWP086652

16

## Private or Commercial Payers:

- Examples of private and commercial payers include: Aetna/U.S. Healthcare, Cigna, Blue Cross/Blue Shield plans and United HealthCare.

- For drugs administered in a physician office, most private-side payers allow AWP, plus either an administration fee or an office visit. Although most private-side payers reimburse drug products based on AWP, some are still reimbursing based on the physician's charges.

- Private-side third-party payers often base their coverage policies and payment decisions on existing local Medicare policies.

## Managed Care Organizations:

- Currently most managed care organizations are basing reimbursement on AWP. In the future, however, managed care organizations may directly supply physicians with drugs so physicians would not request reimbursement for them. Very few managed care organizations are now doing this.

P 026380

HIGHLY CONFIDENTIAL

IAWP086657

**Exhibit 25**

Immunex Corporation

# immunex

# FACSIMILE COVER PAGE

Send to: ___Becky Hayes___   Date: _10-22-97_
___Anne Keiser___
___Mary Lipinsky___

From: Kathleen Stamm

FAX #: _____

Number of Pages (including cover sheet) _2+ core(3)_

If problems occur with this transmission, please contact Leyla at (206) 587-0430, x-4234.

MESSAGE:

We discussed this information in
the Sales Training class this week,
and wanted you each to have a copy,
for your information, should it come up.

Thanks, Kathleen

15
YEARS
CREATING
THE
FUTURE       51 University Street, Seattle, Washington 98101-2936
OF MEDICINE   206.587.0430, Fax 206.587.0606 www.immunex.com

P 020231

HIGHLY CONFIDENTIAL

IAWP080507

Randy - as you requested, here are the rough numbers, based on national averages.

NOVANTRONE IN OFFICE

| BILLING CODE | | RBRVU | 1997 AVG | 1998 EST |
|---|---|---|---|---|
| LEVEL 3 VISIT | 99213 | 1.08 | 36⁵⁰ | 40⁰³ |
| | 99214 | 1.64 | 55⁸¹ | 60²⁸ |

AVG = 46⁰⁴   50⁴⁰ = AVG

[ 1997 FACTOR = $33⁸⁵ (DOD - PRIMARY CARE)
  1997 (EST) $37⁰⁶ (AMA ESTIMATE) ]

1ST HOUR INFUSION 96410 1.56 RBRVU 52⁸¹   57⁸²

THIO PLEX - BLADDER INSTILLATION
TREATMENT OF BLADDER LESION 51720  2.46 RBRVU  83⁰³   91¹²
(PLUS OFFICE VISIT, DEPENDING ON LEVEL OF SERVICE.)

— FOR YOUR INFORMATION ONLY —

K.M.R
10 - 22 - 97

immunex reimbursement hotline 1.800.321.4669

©1997 Immunex Corporation, Seattle, WA 98101
REONS-04-REM  2/97

P 020232

**HIGHLY CONFIDENTIAL**

IAWP080508

<u>for your information only</u>

# NOVANTRONE REVENUE STORY

(Based on 20 mg dose)

- **DRUG**
  - List       = $604.83
  - Red Book  = $756.04
  - Drug Revenue  $\Delta$ = $151.21 / 20 mg.

- **INFUSION (1st Hr)**  $57.37

- **OFFICE VISIT (avg)**  $47.50
  - 99213
  - 99214

| | 1 Visit Total | Baseline 3-Visit Cycle | Typical 6-Visit Cycle |
|---|---|---|---|
| • 1 PATIENT | $256.08 | $768.24 | $1,536.48 |
| • 2 / HR | $512.16 | $1,536.48 | $3,072.96 |
| • 3 / HR | $768.24 | $2,304.72 | $4,609.44 |

P 020233

**HIGHLY CONFIDENTIAL**

IAWP080509

**Exhibit 26**

HCP/MMC STRATEGY MEETING:   POA II · 95

- <u>Constant, continuing change · Immunex products</u>

  - <u>Evolving Medicare-B carrier guidelines, CSFs</u>

    - Indiana (Back to the future)

    - Arkansas

  - <u>Thiotepa/THIOPLEX transition</u>

    - Two-step 1995 price increase, payor lag

    - 6-pack purchase unit, single vial billing unit

  - <u>G/LEUKINE® pricing/reimbursement variations</u>

    *BH to pring current & Rumored GP Mcare partic*

    - <u>Migration to Immunex NDCs (58406 labeller code</u>)
      (Note:   future dates are current estimates)

      - Amicar, 4 - Aug, Oct

      - Leucovorin calcium tablets, 3 - Feb, Sept, Nov

      - Methotrexate, 9 - Aug, Sept

      - Novantrone, 1 (30 mg) - June

P 051736

HIGHLY CONFIDENTIAL

IAWP111514