# Exhibit 27

*Overview: Immunex Reimbursement Program*



**Immunex "Bottom Line"...
LEUKINE IS REIMBURSED**

- **Drug Compendia, ASCO Treat CSF's as a Class**
  - **USP Drug Information**
  - **AMA Drug Evaluations**
  - **ASCO CSF Guidelines**
    **Original (11/94)**
    **Revised (5/96)**



**Immunex "Bottom Line"...
LEUKINE IS REIMBURSED**

- **Red Book, 500 mcg = $235.58**

- **Blue Book, 500 mcg = $226.15**

*OnCare Nursing Conf., Atlanta  8/8/97*

P 049005

HIGHLY CONFIDENTIAL

IAWP108782

## Overview: Immunex Reimbursement Program



**Immunex...**
**NOVANTRONE REVENUE STORY**

- **DRUG**
  - List = $604.83
  - Red Book = $720.04
  - Drug Revenue Δ = $115.21 / 20 mg
- **INFUSION (1st HR)** $57.37
- **OFFICE VISIT (avg.)** $47.50
  - 99213
  - 99214

**Immunex...**
**NOVANTRONE REVENUE STORY**

|              | 1-Visit Total | Baseline 3-mo cycle | Typical 6-mo cycle |
|--------------|---------------|---------------------|--------------------|
| 1 PATIENT    | $220.08       | $660.24             | $1320.48           |
| 2 / HR       | $440.16       | $1320.48            | $2640.96           |
| 3 / HR       | $660.24       | $1980.72            | $3961.44           |

*OnCare SE Region Mtg., Atlanta  7/25/97*

P 049006

**HIGHLY CONFIDENTIAL**                                      IAWP108783



## Immunex...
## NOVANTRONE REVENUE STORY

- **DRUG**
  - List                = $604.83
  - Red Book            = $720.04
  - Drug Revenue    Δ = $115.21 / 20 mg
- **INFUSION (1st HR)**      $57.37
- **OFFICE VISIT (avg.)**    $47.50
  - 99213
  - 99214

## Immunex...
## NOVANTRONE REVENUE STORY

|              | 1-Visit Total | Baseline 3-mo cycle | Typical 6-mo cycle |
|--------------|---------------|---------------------|--------------------|
| ■ 1 PATIENT  | $220.08       | $660.24             | $1320.48           |
| ■ 2 / HR     | $440.16       | $1320.48            | $2640.96           |
| ■ 3 / HR     | $660.24       | $1980.72            | $3961.44           |

P 049007

HIGHLY CONFIDENTIAL

IAWP108784

# Exhibit 28

Immunex Corp. THIS DOCUMENT IS FOR REPRE-
Mary Lipinsky, Manager of Medical Education SENTATIVE EDUCATION AND SHOUL
NOT BE DUPLICATED, DISTRIBUTED
OR USED IN PROMOTION

**immunex**

LEUKINE  500 mcg  (after 1/1/2000)

AWP = 288.59

AWP - 5% = 274.16

~~284.84~~

MICARE = 80% (274.16) = 219.33

SECONDARY = 20% (274.16) = 54.83

MD Reimbursement = 274.16

PRICING:
USON     GM  $90.72
         G 300  $116.85
         G 480  $186.21

Red Book AWP 7/2000
G300 = $180.40
G480 = $287.40

| PRICE PAID | PROFIT |
|---|---|
| LIST = 230.87 | 43.29 |
| 20% DISC = 184.90 | 89.46 |
| 15% DISC = 196.24 | 77.92 |
| 10% DISC = 207.78 | 66.38 |
| (SOAP) 30% DISC = 161.61 | 112.55 |

10535 83rd Place West, Edmonds, WA 98020
Office Phone 425.771.4960, Fax 425.771.4810

P 021564

HIGHLY CONFIDENTIAL

IAWP081840

Immunex Corporation
Mary Lipinsky, Manager of Medical Economics

# immunex

(OFFICE)

NOVANTRONE 20mg (after 1/1/2000)

AWP = $939.04
AWP - 5% = $892.09 = TOTAL REIMB TO MD.

LIST = $751.23
PROFIT = $140.86
M/care 80% (892.09) = 713.67
2ndary 20% (892.09) = 178.42
                      ——————
                      $892.09

TOTAL REIMB
TO MD

May also bill 99211 @ ≈ $11 - $35
                         Midwest   Calif.

THIS DOCUMENT IS FOR REPRE-
SENTATIVE EDUCATION AND SHOULD
NOT BE DUPLICATED, DISTRIBUTED,
OR USED IN PROMOTION

P 021565

19925 48th Place West Edmonds, WA 98026
Office Phone 425.771.4960, Fax 425.771.4910

P. 3          (425) 771-4910          Mary Lipinsky          Jul 06 00 03:52P

**HIGHLY CONFIDENTIAL**                    IAWP081841

Immunex Corporation
Mary Lizzoly...
THIS DOCUMENT IS FOR REPRE-
SENTATIVE EDUCATION AND SHOULD
NOT BE DUPLICATED, DISTRIBUTED,
OR USED IN PROMOTION

LEUKINE 500 mcg

AWP = 288.59    AWP - 5% = 274.16

MICARE = 80% (274.16) = 219.33
SECONDARY - 20% (274.16) = 54.83

TOTAL $ TO MD = 274.16

| DISCOUNT | AMT. PD. | PROFIT |
|---|---|---|
| LIST | 230.87 | 43.29 |
| 10% | 207.78 | -66.38 |
| 20% | 184.70 | 89.46 |
| 35% | 150.01 | 124.09 |
| 40% | 138.52 | 135.64 |
| 45% | 126.98 | 147.18 |

USON    GM - 90.72
pricing  G300 - 116.85
        G480 - 186.21

Red Book AWP
G300 - 180.40
G480 - 281.40

20015 50th Avenue West, Edmonds, Washington 98026
Phone 425.771.4960, Fax 425.771.4810
Customer Service 1.800/IMMUNEX, Ext. 3465

P 025039

HIGHLY CONFIDENTIAL

IAWP085316

Immunex Corporation
Mary Upinsky, Manager of Medical Economics

( OFFICE )

**IMMUNEX**

NOVANTRONE  20MG (after 1/1/2002)

$AWP = \$791.04$

$AWP - 5\% = \$ 892.09 = $ TOTAL REIMB
TO MD

$LIST = \$ 751.23$

$PROFIT = \$140.86$

Medicare 80% ( 892.05) = 713.67

2ndary  20% ($892.05) = 178.42

TOTAL REIMB.  $892.09
TO MD

May also bill 96211 @ ≈ $11 - $75
Midwest Calif.

THIS DOCUMENT IS FOR REPRE-
SENTATIVE EDUCATION AND SHOULD
NOT BE DUPLICATED, DISTRIBUTED,
OR USED IN PROMOTION

10535 First Avenue Drive, Seattle, WA 98105
Office Phone 425.771.4000, Fax 425.771.4010

P 025040

HIGHLY CONFIDENTIAL

IAWP085317

Immunex Corporation
Mary Lidstein, Manager of Medical Economics

**IMMUNEX**

HOSPITAL
Novantrone

AML - HOSPITAL - DRG # 492

FIXED $ AMT FOR EACH DRG

=> CHEAPER TREATMENTS ARE GOOD

=> NOVANTRONE = $450 ($2250)
70 x 3
20 mg = $650 x 3/days = $1950
(must profitable & compared to ID4)

@ IDARUBICIN
20 mg = # 1074 x 3 = $3222
(biggest promoted & competitor)

@ DAUNARUBICIN
• easier to 70 mg = $543 x 3 = $1629
move to white

• Conservative 45 mg = $407 x 3 = $1221
(promoted)

THIS DOCUMENT IS FOR REPRE-
SENTATIVE EDUCATION AND SHOULD
NOT BE DUPLICATED, DISTRIBUTED,
OR USED IN ...

P 025041

HIGHLY CONFIDENTIAL          IAWP085318

**Exhibit 29**

# ABC INFUSION
# SERVICES

816 Middle Street, 3rd Floor • Pittsburgh, PA 15212
412/321-1400 • 800/586-1401 • FAX: 412/321-1414

### REIMBURSEMENT OF NEUPOGEN VS LEUKINE

| | Neupogen 10d therapy | | | Leukine 10d therapy | | |
|---|---|---|---|---|---|---|
| Ofc Reim. | 1.0 | 1.6 | 2.0 | 250mcg | 500mcg | 500mcg |
| ABC Cost | 1186.00 | 1889.00 | 2372.00 | 850.00 | 1600.00 | 1600.00 |
| Medicare Reimburse* | 1128.00 | 1808.00 | 2256.00 | 848.00 | 1696.00 | 1696.00 |
| | -58.00 | -81.00 | -116.00 | -2.00 | 96.00 | 96.00 |
| **HomeCare** | | | | | | |
| ABC Cost | 1186.00 | 1889.00 | 2372.00 | 850.00 | 1600.00 | 1600.00 |
| BC fee AWP+$25 | 1733.00 | 2612.00 | 3216.00 | 1344.40 | 2438.80 | 2438.80 |
| | 547.00 | 723.00 | 844.00 | 494.40 | 838.80 | 838.80 |

*Medicare Reimbursement at 80% (Copay not included)

P 051737

HIGHLY CONFIDENTIAL                                IAWP111515

## LEUKINE VS G-CSF REIMBURSEMENT
## MEDICARE B PARTICIPATING PHYSICIAN

| PRODUCT | LEUKINE 250 MCG | LEUKINE 500 MCG | G-CSF 300 MCG | G-CSF 480 MCG |
|---|---|---|---|---|
| ALL PAYOR BILLING CODE | J2820 | J2820 | J1440 | J1441 |
| BILLING UNIT | 1 | 2 | 1 | 1 |
| | | | | |
| RED BOOK AWP, 1/95 | $109.44 | $206.00 | $148.30 | $236.20 |
| MEDICARE PAYS 80% AWP (AWP * .8) | $87.55 | $164.80 | $118.64 | $188.96 |
| | | | | |
| LIST PRICE | $87.55 | $164.80 | $118.64 | $188.96 |
| LIST PAR NET (80% AWP-LIST) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | |
| BEST PRICE | $77.92 | $146.67 | $114.00 | $181.00 |
| BEST PAR NET (80% AWP-BEST) | $9.63 | $18.13 | $4.64 | $7.96 |

CONFIDENTIAL - FOR YOUR INFORMATION ONLY

P 051738

HIGHLY CONFIDENTIAL

IAWP111516

## LEUKINE VS G-CSF REIMBURSEMENT
## MEDICARE NON-PARTICIPATING PHYSICIAN

| PRODUCT | LEUKINE 250 MCG | LEUKINE 500 MCG | G-CSF 300 MCG | G-CSF 480 MCG |
|---|---|---|---|---|
| ALL PAYOR BILLING CODE | J2820 | J2820 | J1440 | J1441 |
| BILLING UNIT | 1 | 2 | 1 | 1 |
| | | | | |
| RED BOOK AWP, 1/95 | $109.44 | $206.00 | $148.30 | $236.20 |
| MEDICARE NON-PAR ALLOWABLE (AWP * .95) | $103.97 | $195.70 | $140.89 | $224.39 |
| MEDICARE LIMITING CHARGE ((AWP * .95) * 1.15) | $119.56 | $225.06 | $162.02 | $258.05 |
| MEDICARE PAYS 80% NON-PAR ALLOWABLE ((AWP * .95) * .8) | $83.17 | $156.56 | $112.71 | $179.61 |
| | | | | |
| LIST PRICE | $87.55 | $164.80 | $118.64 | $188.96 |
| LIST NON-PAR NET (80% AWP-LIST) | ($4.38) | ($8.24) | ($5.93) | ($9.45) |
| | | | | |
| BEST PRICE | $77.92 | $146.67 | $114.00 | $181.00 |
| BEST NON-PAR NET (80% AWP-BEST) | $5.25 | $9.89 | ($1.29) | ($1.49) |

CONFIDENTIAL - FOR YOUR INFORMATION ONLY

P 051739

HIGHLY CONFIDENTIAL

IAWP111517

# ABC INFUSION SERVICES

816 Middle Street, 3rd Floor • Pittsburgh, PA 15212
412/321-1400 • 800/586-1401 • FAX: 412/321-1414

## REIMBURSEMENT OF NEUPOGEN VS LEUKINE

|  | Neupogen 10d therapy | | | Leukine 10d therapy | | |
|---|---|---|---|---|---|---|
| Ofc Reim. | 1.0 | 1.6 | 2.0 | 250mcg | 500mcg | 500mcg |
| ABC Cost | 1186.00 = 1186 | 1889.00 | 2372.00 | 850.00 | 1600.00 | 1600.00 |
| Medicare Reimburse* | 1410.00 | 2260.00 | 2820.00 | 848.00 | 1696.00 | 1696.00 |
|  | 224.00 | 371.00 | 448.00 | -2.00 | 96.00 | 96.00 |
| **HomeCare** | | | | | | |
| ABC Cost | 1186.00 | 1889.00 | 2372.00 | 850.00 | 1600.00 | 1600.00 |
| BC fee AWP+$25 | 1733.00 | 2612.00 | 3216.00 | 1344.40 | 2227.60 | 2227.60 |
|  | 547.00 | 723.00 | 844.00 | 494.40 | 627.60 | 627.60 |

handwritten: .18 x 1483.00

*Medicare Reimbursement at 80% (Copay not included)

P 051745

HIGHLY CONFIDENTIAL                    IAWP111523

## LEUKINE VS G-CSF REIMBURSEMENT - PAR PHYSICIAN

| PRODUCT | LEUKINE 250 MCG | LEUKINE 500 MCG | G-CSF 300 MCG | G-CSF 480 MCG |
|---|---|---|---|---|
| ALL PAYOR BILLING CODE | J2820 | J2820 | J1440 | J1441 |
| UNIT | 250 | 500 | 300 | 480 |
| | | | | |
| RED BOOK AWP, 1/94 | $106 | $212 | $141 | $226 |
| 80% AWP (MEDICARE) | $85 | $170 | $113 | $181 |
| | | | | |
| LIST PRICE | $85 | $160 | $117 | $195 |
| LIST PAR NET (80% AWP-LIST) | ($0) | $10 | ($4) | ($14) |
| | | | | |
| BEST PRICE | $76 | $142 | $113 | $188 |
| BEST PRICE PAR NET (80% AWP-BEST) | $9 | $28 | ($0) | ($7) |

CONFIDENTIAL - FOR YOUR INFORMATION ONLY

P 049498

HIGHLY CONFIDENTIAL

IAWP109275

## LEUKINE VS G-CSF REIMBURSEMENT - NON-PAR PHYSICIAN

| PRODUCT | LEUKINE 250 MCG | LEUKINE 500 MCG | G-CSF 300 MCG | G-CSF 480 MCG |
|---|---|---|---|---|
| ALL PAYOR BILLING CODE | J2820 | J2820 | J1440 | J1441 |
| UNIT | 250 | 500 | 300 | 480 |
| | | | | |
| RED BOOK AWP, 1/94 | $106 | $212 | $141 | $226 |
| MEDICARE ALLOWABLE | $101 | $201 | $134 | $215 |
| MEDICARE LIMITING CHARGE | $116 | $232 | $164 | $247 |
| 80% AWP (MEDICARE) | $81 | $161 | $107 | $172 |
| | | | | |
| LIST PRICE | $85 | $160 | $117 | $195 |
| LIST NON-PAR NET (80% AWP-LIST) | ($4) | $1 | ($10) | ($23) |
| | | | | |
| BEST PRICE | $76 | $142 | $113 | $188 |
| BEST NON-PAR NET (80% AWP-BEST) | $5 | $19 | ($6) | ($16) |

CONFIDENTIAL - FOR YOUR INFORMATION ONLY

P 049499

HIGHLY CONFIDENTIAL

IAWP109276

# Exhibit 30

## Cost and Revenue Comparison Between
## GM-CSF & G-CSF

| | Leukine 400mcg Pt 1.6mm2 10% Disc | Neupogen Flat Dose 1.0ml | Leukine 500mcg 10% | Neupogen 1.6ml |
|---|---|---|---|---|
| Acquisition Cost | $ 135.69 | $ 125.00 | $169.61 | $ 205.00 |
| Reimbursement | $ 188.45 | $ 161.30 | $235.56 | $ 256.90 |
| Rev. Per day | $  52.76 | $  36.30 | $  65.95 | $  51.90 |
| Times 7 Days | $ 369.32 | $ 254.10 | $461.65 | $ 363.30 |

| | Leukine 400mcg Pt. 1.6mm2 15% Disc | Neupogen Flat Dose 1.0ml | Leukine 500mcg 15% | Neupogen 1.6ml |
|---|---|---|---|---|
| Acquisition Cost | $128.15 | $125.00 | $160.19 | $205.00 |
| Reimbursement | $188.45 | $161.30 | $235.56 | $256.90 |
| Rev. Per day | $ 60.30 | $ 36.30 | $ 75.37 | $ 51.90 |
| Times 7 days | $422.10 | $254.10 | $527.59 | $363.30 |

Leukine Jcode=  J        Billed in 50mcg units   =$23.55

Neupogen 300mcg  Jcode=  J        $161.30
Neupogen 480mcg  Jcode=  J        $256.90

**Regular Price of Leukine Liquid 500mcg Vial= $188.46
Available in 5 packs @ $942.30(List Price)
10% Discount = $848.07
15% Discount = $800.96**

P 088833

HIGHLY CONFIDENTIAL

IAWP148490

## Cost Comparison Between
## GM-CSF  &  G-CSF

**Example #1: Account gets a 10% Discount with Leukine.**

Cost of 500mcg- 5pack Is $907.43(1008.26*.90)
Or $181.49/Vial, Or .3630 per mcg.

Based on these above assumptions, then the Profit from use of 1 500mcg
Vials is as follows:

95% of (AWP=$235.56) is $223.78 * Medicare 80%= $179.03
95% of (AWP=$235.56) is $223.78 * Copay 20%  =   $ 44.76
Total Collected is $179.03 +$44.76= $223.78
**The Profit is $223.78-$181.49= $42.29**

**Example #2: Account Takes advantage _of NCIO_ with Leukine.**
**ONE TIME ONLY**

Cost of 500mcg- 5pack is $806.61(1008.26*.80)
Or $161.32/Vial, Or .3227 per mcg.

Based on these above assumptions, then the Profit from use of 1 500mcg
Vial is as follows:

95% of (AWP=$235.56) is $223.78 * Medicare 80%= $179.03
95% of (AWP=$235.56) is $223.78 * Copay 20% =   $ 44.76
Total Collected is $179.03 + $ 44.76= $223.78
**The Profit is $223.78- $161.32= $62.46**

The NCIO is good for your first order, up to 125 Vials of Leukine
500mcg Liquid.

P 088834

**HIGHLY CONFIDENTIAL**                    IAWP148491

**Cost Comparison Between**
**GM-CSF   & G-CSF**

**Example # 3: Account uses G-CSF 300mcg.**

Cost of G-CSF(No Contract) 300mcg is around $134.00
Or $.4467 per mcg.

Based on this above assumption, then the Profit from use of 1 300 mcg Vials
is as follows:
95% of (AWP=$161.30) is $153.24 * Medicare 80%  = $125.59
95% of (AWP=$161.30) is $153.24 * Copay  20%     = $ 30.65
Total Collected is $125.59 + $30.65= $156.24.
**The Total Profit is $156.24-$134.00=  $22.24.**

**Example # 4: Account uses G-CSF 480mcg.**

Cost of G-CSF(No Contract) 480mcg is around $214.00
Or $.4458 per mcg.

Based on this above assumption, then the Profit from use of 1 480 mcg Vials
Is as follows:
95% of (AWP=$256.90) is .$244.06 * Medicare 80% = $ 195.24
95% of (AWP=$256.90) is $244.06 * Copay  20%    = $  48.81
Total Collected is $195.24 + $48.81= 244.05
**The Profit is 244.05-$214.00= $30.05**

P. 088835

HIGHLY CONFIDENTIAL

IAWP148492

**NOT FOR DISTRIBUTION**

## GM-CSF  &  G-CSF

**Example #1: Account gets a 10% Discount with Leukine.**

> Cost of 500mcg- 5pack Is $907.43(1008.26*.90)
> Or $181.49/Vial, Or .3630 per mcg.

Based on these above assumptions, then the Profit from use of 1 500mcg
Vials is as follows:

> 95% of (AWP=$252.06) is $239.45 * Medicare 80%= $191.56
> 100% of (AWP=$252.06) is $252.06 * Copay 20% =   .$50.41

Total Collected is $191.56 +$50.41= $241.97
**The Profit is $241.97-$181.49= $60.48**

**Example #2: Account Takes advantage of _NCIO_ with Leukine.**
**ONE TIME ONLY**

> Cost of 500mcg- 5pack is $806.61(1008.26*.80)
> Or $161.32/Vial, Or .3227 per mcg.

Based on these above assumptions, then the Profit from use of 1 500mcg
Vial is as follows:

> 95% of (AWP=$252.06) is $239.45 * Medicare 80%= $191.56
> 100% of (AWP=$252.06) is $252.06 * Copay 20%=  $ 50.41

Total Collected is $191.56 + $ 50.41= $241.97
**The Profit is $241.97– $161.32= $80.65**

**The NCIO is good for your first order, up to 125 Vials of Leukine**
**500mcg Liquid.**

**The above examples reflect the price increase for Leukine in early 1998,**
**and the NEW AWP, which goes into effect in MAY 1998.**

**CONFIDENTIAL**

P 088836

**HIGHLY CONFIDENTIAL**                    **IAWP148493**

NOT FOR DISTRIBUTION

## GM-CSF   & G-CSF

**Example # 3: Account uses G-CSF 300mcg.**

Cost of G-CSF(No Contract) 300mcg is around $134.00
Or $.4467 per mcg.

Based on this above assumption, then the Profit from use of 1 300 mcg Vials
is as follows:
95% of (AWP=$161.30) is $153.24 * Medicare 80%  = $122.59
100% of (AWP=$161.30) is $161.30 * Copay 20%     = $ 32.26
Total Collected is $122.59 + $32.26= $154.85.
**The Total Profit is $154.85-$134.00= $20.85.**

**Example # 4: Account uses G-CSF 480mcg.**

Cost of G-CSF(No Contract) 480mcg is around $214.00
Or $.4458 per mcg.

Based on this above assumption, then the Profit from use of 1 480 mcg Vials
Is as follows:
95% of (AWP=$256.90) is  $244.06 * Medicare 80%  = $ 195.24
100% of (AWP=$256.90) is  $256.90 * Copay 20%   = $  51.38
Total Collected is $195.24 + $51.38= 246.62
**The Profit is 246.62-$214.00= $32.62**

**The above example reflects a March 1998 price increase of 2½%,
however it does not reflect the New AWP, which should take effect in
AUGUST 1998.**

**CONFIDENTIAL**

P 088837

# GM-CSF

**Example #1: Account gets a 15% Discount with Leukine.**

Cost of 500mcg- 5pack Is $917.01(1078.83*.85)
Or $183.40/Vial, Or .3665 per mcg.

Based on these above assumptions, then the Profit from use of 1 500mcg Vials is as follows:

95% of (AWP=$252.06) is $239.45 * Medicare 80%= $191.56
100% of (AWP=$252.06) is $252.06 * Copay 20% = $50.41

Total Collected is $191.56 + $50.41= $241.97
The Profit is $241.97-$183.40= $58.57.

**Example #2: Same Discount, however, NEW AWP(Estimates) Should go into affect on April 1, 1999.**

Cost of 500mcg- 5pack is $917.01(1078.83*.85)
Or $183.40/Vial.

Based on these above assumptions, then the Profit from use of 1 500mcg Vial is as follows:

95% of (AWP=$269.71) is $256.22 * Medicare 80%= $204.97
100% of (AWP=$269.71) is $269.71 * Copay 20%= $ 53.94

Total Collected is $204.97 + $ 53.94= $258.91
The Profit is $258.91- $183.40= $75.51

**CONFIDENTIAL**

P 088838

IAWP148495

**Example # 3:** Account uses G-CSF 300mcg.

Cost of G-CSF(No Contract) 300mcg is around $137.80
Or $.4593 per mcg.

Based on this above assumption, then the Profit from use of 1 300 mcg Vials
is as follows:
95% of (AWP=$161.30) is $153.24 * Medicare 80%  = $122.59
100% of (AWP=$161.30) is $161.30 * Copay 20%    = $ 32.26
Total Collected is $122.59 + $32.26= $154.85.
**The Total Profit is $154.85-$137.80= $17.05.**

**Example # 4:** Account uses G-CSF 480mcg.

Cost of G-CSF(No Contract) 480mcg is around $219.50
Or $.4573 per mcg.

Based on this above assumption, then the Profit from use of 1 480 mcg Vials
Is as follows:
95% of (AWP=$256.90) is  $244.06 * Medicare 80% = $ 195.24
100% of (AWP=$256.90) is  $256.90 * Copay 20%   = $  51.38
Total Collected is $195.24 + $51.38= 246.62
**The Profit is 246.62-$219.50= $27.12**


**The above example reflects a March 1999 price increase of 2½%,
however it does not reflect the New AWP, which should take effect in
July 1999.**

4

CONFIDENTIAL

P 088839

HIGHLY CONFIDENTIAL                          IAWP148496

## Cost and Revenue Comparison Between
## GM-CSF & G-CSF

New List Price   $1008.26/ 5 pk. Or $201.65

J Code for Leukine  J2820 in 50mcg Billing Units $23.55

|  | New Price | NCIO *<br>(20% Disc) |
|---|---|---|
| Leukine 500 mcg 5 pack | 907.43 | $806.61 |
| Price per Vial | 181.48 | $161.32 |
| AWP-5%(23.56-1.18) =22.38 | 223.82 | $223.82 |
| 80% of AWP | 179.06 | $179.06 |
| Profit /(Loss) | (2.42) | $17.74 |
| Collect from Pt. (.2 *235.56)= | 47.11 | $47.11 |
| Total Profit | 44.69 | $64.85 |

**\*This offer is good for up to 125 Vials of Leukine Liquid 500mcg, on your FIRST order ONLY.**

The above is all assumptions, based on reimbursement from Insurance Companies and from the patient.

P 088840

**HIGHLY CONFIDENTIAL**                    IAWP148497

**Neupogen**

300mcg Billing Unit = $161.30     J Code = J1440
480mcg Billing Unit = $256.90     J Code = J1441

|  | 300mcg | 480mcg |
|---|---|---|
| Vial Cost | 125.00 | 205.00 |
| AWP-5%(161.30-8.07) | 153.23 | |
| AWP-5%(256.90-12.85) | | 244.05 |
| 80% of AWP | 122.58 | 195.24 |
| Profit/(Loss) | (2.42) | (9.76) |
| Collect from Pt.(.2 *161.30) | 32.26 | |
| (.2 *256.90) | | 51.38 |
| **Total Profit** | 29.84 | 41.62 |

The above is assumptions based on reimbursement from insurance
companies and from the patient.

P 088841

HIGHLY CONFIDENTIAL

IAWP148498

# Exhibit 31

### Confidential Fax
# IMMUNEX CORPORATION
## FACSIMILE COVER SHEET

DATE: _March 10, 1995_

SEND TO: _Bart Jones_

SUBJECT: _AOC & Infusion_

FROM:     **Gary Conte**
          **Manager of Managed Care**
          **IMMUNEX CORPORATION**
          **Phone     (412) 934-2940**
          **Fax        (412) 934-2950**

NUMBER OF PAGES: _4_

MESSAGE:

_Bart, Attached is the medicare reimbursement numbers for Leukine and Neupogen. As you can see, we are not as profitable in this setting. These numbers are accurate._

_Gary_

P 051742

HIGHLY CONFIDENTIAL                  IAWP111520

03/10/95   18:32  FAX 4129342950          GARY CONTE        +++ KEITH              @002/004

# ABC INFUSION
# SERVICES

816 Middle Street, 3rd Floor • Pittsburgh, PA 16212
412/321-1400 • 800/586-1401 • FAX: 412/321-1414

Date: __3/_____          Time: __4:35_____

To: _____Gary Conte_____

Company: _____

From: _____Jim Dudas_____

Title: _____

Number of pages including cover sheet: ___3_____

Please call 412/321-1400 if all pages are not received.

Notes: _____

_____

_____

_____

_____

_____

_____

This facsimile contains privileged and confidential information
intended only for the use of the above recipient. If you have
received this fax in error, please immediately notify the
transmitter by telephone and return the original facsimile to the
transmitter at the above address .

P 051743

HIGHLY CONFIDENTIAL                          IAWP111521

Mary-

per your request - if you feel we have
mis-calculated please let me know.

at this point the dosing equivalents
are listed on top 18. -

Neup  1.0 = Leukine 250
      1.6 =           500.
      2.0 =           500r.

The patient to pay is not and will not
be included in any example -

    Please advise ASAP
                    Jim Sadre

P 051744

**HIGHLY CONFIDENTIAL**                              IAWP111522

# Exhibit 32

# FUJISAWA, USA
# INTEROFFICE MEMORANDUM

TO:       **PAUL KERSTEN**                           DATE: MÀY 30, 1995

FROM:     **DAVE KLAUM**

SUBJ:     **MONTHLY REPORT/ MAY 1995**

## I.    CORPORATE MARKETING UPDATE

Ed Wone and I met with Peter Bolger, and Rich Biondi at Vector/Amerinet. Our meeting was very cordial with Peter and Rich extremely interested in the various Cefizox substitution programs that we have run with other "sub-groups". Rich is trying to do this with Vector and Normet, but their relationship is not as trusting as Southern VHA and Yankee has been with their members. As proof of this, Rich Biondi was treated at Normet the same as Ellen and I were. That is, we were asked to wait outside, and be called for our appointment with the group. Very odd. Peter had to back out of the US Open offer but very much appreciated it. We spoke about the recently concluded Amerinet awards and Peter was quite puzzled with our response. I suggested that while we are in Philly for the ASHP we could sit down with Tom Shea. Peter liked this idea very much.

Ellen Rosenberg and I made a presentation to Normet, a division of Amerinet, with regard to the myriad of services and value added programs that Fujisawa offers the group. Ellen is very well known and respected by this group. The meeting went well.

Gensia has hired two very good reps for the NY NJ areas. One guy is from Bergen Brunswig in Jersey and the other came from Dupont. I had tried to hire the Dupont guy myself at one time. These guys along with Rob Goshert and Pat Walsh spoke to the Greater New York group and explained what their plans are for Gensia. They told the group that they will target Oncolitics. As you are all aware we kept the Pentam Nebupent business at Greater New York for two more years beginning July 1. This was due solely to the relationship we have with Bill Larkin.

F 13205

FJ-MDL 005667
CONFIDENTIAL

Barbara Burcke and I met with Jeff Dubitsky at NYC Health and Hospital. Confusion reigns supreme here! After keeping us waiting 1 ½ hours, Jeff told us that the relationship between NYC H&H and Greater New York is moving along. He seems very confused by this, but told us that his members can now buy off Greater New York those items that NYC H&H does not have a contract for. I told him that we would need verification of this because if any of his accounts called us we would reject them the Greater NY pricing. My guess here is that HHC will cease to exist in one year and all will be done through Greater NY. I will address this issue with Bill Larkin when I see him next.

## II.   REGION OPPORTUNITIES/UPDATE

We picked up a Cefizox conversion at another of Ellen Rosenberg's accounts. A small hospital with limited usage but every little bit.....

We also have put Cefizox on formulary at Norwalk hospital in CT. More details to follow below.

The region has been slow to take syringes back to the market. Fear, I guess. Opportunities appear slow in coming. Discussions with groups indicate little interest.

NYC EMS would like to place a one time buy for Adenocard. Pricing will be submitted on vials and syringes. Do we have a program to replace vials with syringes if the cusotmers would like? Would we consider one?

## III.   MARKETING

Kudos to the entire staff for an excellent meeting for the Scan launch! Virtually all of my reps have commented on how good the program was and how much they learned. Several have indicated that as future training is needed the same format should be followed.

I was very proud of my group. Pam tells me that we finished thrid and I felt this was quite respectable. As you are aware, my region is last in Adenocard sales and points to the fact that we have only two or three places that use Adenocard for this purpose as the reason for this. Our training performance should indocate that our lack of sales is not related to knowledge! It would have been great to win, but being prepared to sell Adenoscan will pay its own dividends. We all worked very hard!

Many thanks to Rick and Bruce for adjusting the AWP on the five gram Vanco. This should lead to more business. As I have previously reported, some companies are still using AWP for reimbursement purposes. Chartwell has been told to search for the largest spread and order accordingly. I would have liked to see us match Abbott's AWP

F 13206

FJ-MDL 005668
CONFIDENTIAL

for our complete Vanco, and Cefazolin line. I will settle for the five gram at $1 below Abbott but that means that we will still have to compete at the other end of the equation. For example, if Abbott's AWP is $163 and their contract is $30 and if our AWP is 162 we will have to be at least $29 to have the same spread.
Follow?

## IV.   NEXT MONTHS' PRIORITIES

1) ASHP. JUNE 4 ARRIVAL. MEET WITH DENNIS AND DAN FOR REVIEW.
2) CORPORATE MARKETING RESPONSIBILITIES JUNE 12-18
3) AMERINET/VECTOR MEETING JUNE 19-21
4) WORK IN THE FIELD WITH LOWE, DINGIVAN, AND CAFIERO

*NOTE: As a reminder I have planned to take 8 days vacation around the July 4 holiday, meaning I will be off from June 30 -July 16. Due to Catapolt training I may have to "work" July 6. I will let you know.

F 13207

FJ-MDL 005669
CONFIDENTIAL

**Exhibit 33**

# LIST
# PRICE
# ANALYSIS

*Sue Lindsey*
*2/19/96*

F 11042

FJ-MDL 005072
CONFIDENTIAL

# LIST PRICE FORMULAS

$X$ = FUSA List Price - Std. Cost x List Units

$Y$ = New List Price - Std. Cost x List Units

Gross Profit Variance = $Y$ - $X$

F 11043

FJ-MDL 005073
CONFIDENTIAL

# MULTISOURCE PRODUCT LINE

- ► Consist of 170 Products

- ► 160 Products experienced list price sales in 1995

# PERCENT OF INCREASES

- ► 4% increase for 144 Products

- ► 5% increase for 16 products

F 11044

FJ-MDL 005074
CONFIDENTIAL

## UPSIDE

► Incremental gross profit
  of $718,287

## DOWNSIDE

► Chargebacks, loss of
  approximately $466,000

► Loss of list price business

F 1:045

FJ-MDL 005075
CONFIDENTIAL

# LIST OF PRODUCTS
# WITH 5% INCREASE

| Product | Code | Competitors | Reason |
|---|---|---|---|
| Doxorubicin | 88305 88310 88330 | Many | Higher AWP |
| Doxycicline | 1310 | None | Exclusive product |
| Doxycicline | 16420 | None | Exclusive product |
| Fluphenazine | 27205 | Apothecon, King | # of list units, higher AWP |
| Gentamicin | 17302 | None | Exclusive product, # of list units |
| Heparin | 504505 | SoloPak | Inability to supply, # of list units |
| Heparin Lock | 1710 | None | Exclusive product |
| Heparin Sod. | 504001 | ESI, Wyeth | Inability to supply (ESI) |
| Heparin Sod. | 926201 | ESI | Inability to supply, # of list units |
| Heparin Sod. | 504201 | ESI, Upjohn | Inability to supply, # of list units |
| Heparin Sod. | 915501 | Schein | # of list units |
| Heparin Sod. | 27602 | ESI | Inability to supply |
| Lidocaine | 20805 | ESI | Inability to supply |
| Oxytocin | 91201 | Parke-Davis | Inability to supply, # of list units |
| Oxytocin | 1210 | Parke-Davis | Higher list price |
| Sod. Chloride | 918610 | Abbott, Amer. Reg. | Inability to supply, # of list units |
| Thiamine | 1302 | None | # of list units |

F 11046

FJ-MDL 005076
CONFIDENTIAL

# RECOMMENDATION

► **Target key products with a high R.O.I., and products with minimum chargeback exposure.**

## KEY PRODUCTS WITH HIGH RETURNS

| Product Code | Product | Incremental Gross Profit |
|---|---|---|
| 23710A | Cefazolin | $13,639 |
| 27205 | Fluphenazine | $293,969 |
| 915501 | Heparin Sodium | $18,189 |
| 91201 | Oxytocin | $23,848 |
| 918610 | Sodium Chloride | $23,825 |
| 28420 | Vancomycin | $23,457 |
| 295B1 | Vancomycin | $17,017 |
| | | $413,944 |

F 11047

FJ-MDL 005077
CONFIDENTIAL

# ISSUES

▶ Timing of price increase

▶ Wholesaler Notification

  ● Limited "Buy-In" Opportunity

  ● Limit Chargeback Exposure

▶ Inventory Exposure

▶ Establish new AWP's

  ● Fluphenazine
  ● Vancomycin
  ● Other ?

▶ Adenoscan AWP ($208 / $179)

▶ Adenocard Recommendation

▶ Pentamidine Recommendation

F 11048

FJ-MDL 005078
CONFIDENTIAL