# Exhibit 70

**Calcijex by GCN 93140/93141 from 1/1/91-present.**
**Querypath**

| Clm Reimb Amt | Drug Brand Name | Drug NDC | Drug Manufacturer | Drug Qty Disp | Clm DOS Calendar Yr |
|---|---|---|---|---|---|
| $610.02 | CALCIJEX 1 MCG/ML AMPUL | 00074120001 | ABBOTT HOSP | 78 | 1991 |
| $231.18 | CALCIJEX 1 MCG/ML AMPUL | 00074120001 | ABBOTT HOSP | 22 | 1992 |
| $255.76 | CALCIJEX 1 MCG/ML AMPUL | 00074120001 | ABBOTT HOSP | 108 | 1993 |
| $0.00 | CALCIJEX 1 MCG/ML AMPUL | | ABBOTT HOSP | 0 | 1994 |
| $0.00 | CALCIJEX 1 MCG/ML AMPUL | | ABBOTT HOSP | 0 | 1995 |
| $13.69 | CALCIJEX 1 MCG/ML AMPUL | 00074120001 | ABBOTT HOSP | 1 | 1996 |
| $0.00 | CALCIJEX 1 MCG/ML AMPUL | | ABBOTT HOSP | 0 | 1997 |
| $0.00 | CALCIJEX 1 MCG/ML AMPUL | | ABBOTT HOSP | 0 | 1998 |
| $0.00 | CALCIJEX 1 MCG/ML AMPUL | | ABBOTT HOSP | 0 | 1999 |
| $274.23 | CALCIJEX 1 MCG/ML AMPUL | 00074120001 | ABBOTT HOSP | 25 | 2000 |
| $10.45 | CALCIJEX 1 MCG/ML AMPUL | 00074120001 | ABBOTT HOSP | 1 | 2001 |
| $0.00 | CALCIJEX 1 MCG/ML AMPUL | | ABBOTT HOSP | 0 | 2002 |
| $0.00 | CALCIJEX 1 MCG/ML AMPUL | | ABBOTT HOSP | 0 | 2003 |
| $0.00 | CALCIJEX 1 MCG/ML AMPUL | | ABBOTT HOSP | 0 | 2004 |
| $212.90 | CALCIJEX 1 MCG/ML AMPUL | 63323073101 | American Pharmacu | 37 | 2005 |
| $0.00 | CALCIJEX 1 MCG/ML AMPUL | | | 0 | 2006 |
| $0.00 | CALCIJEX 1 MCG/ML AMPUL | | | 0 | 2007 |
| $1,608.23 | | | | 272 | |

```
SUM(CLM_MASTER_PHARM_PD_NADJ_V.CLM_REIMBURSE_AMT) as "SUM Clm Reimb Amt",
SUM(CLM_DRUG_PD_V.CLM_DRUG_QTY) as "SUM Drug Qty Disp",
CLM_MASTER_PHARM_PD_NADJ_V.CLM_CALENDAR_YR as "Clm DOS Calendar Year",
CLM_DRUG_PD_V.DRUG_MANUFACT_NAME as "Drug Manufacturer Name",
CLM_DRUG_PD_V.CLM_NATL_DRUG_CD as "Drug NDC"
FROM
CLM_DRUG_PD_V,
CLM_MASTER_PHARM_PD_NADJ_V
WHERE
CLM_MASTER_PHARM_PD_NADJ_V.CLM_ICN = CLM_DRUG_PD_V.CLM_ICN (+) AND
CLM_MASTER_PHARM_PD_NADJ_V.CLM_DATE_PAID = CLM_DRUG_PD_V.CLM_DATE_PAID (
GROUP BY
CLM_MASTER_PHARM_PD_NADJ_V.CLM_CALENDAR_YR,
CLM_DRUG_PD_V.DRUG_MANUFACT_NAME,
CLM_DRUG_PD_V.CLM_NATL_DRUG_CD
ORDER BY
"Clm DOS Calendar Year",
"Drug NDC"
```

e

(+) AND (CLM_MASTER_PHARM_PD_NADJ_V.CLM_DATE_PAID BETWEEN '01-Jan-1991' AND '15-

.

.

-Apr-2007') AND   (CLM_DRUG_PD_V.CLM_DRUG_GENERIC_CD IN('93140', '93141'))

**Exhibit 71**

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MDL NO. 1456

CIVIL ACTION: 01-CV-12257-PBS

Judge Patti B. Saris


x------------------------------x

IN RE: PHARMACEUTICAL INDUSTRY:    VIDEOTAPE

AVERAGE WHOLESALE PRICE        :   DEPOSITION OF:

LITIGATION                     :   HARVEY

_____:   WEINTRAUB

                               :

                               :

THIS DOCUMENT RELATES TO       :

ALL CLASS ACTIONS             :

                               :

x------------------------------x

afb2ddda-5f75-4d62-86df-56018bfe0051

Harvey Weintraub   HIGHLY CONFIDENTIAL - UNDER PROTECTIVE ORDER   August 25, 2005
Kenilworth, NJ

Page 22

1     Q.    Would you please review that?
2         And for the record, so that it might be
3   easier for the judge or the jury looking at this,
4   I'm going to read it out loud, if you just follow.
5         "Average wholesale price, AWP, is the price
6   at which the retailer purchases a product from the
7   wholesaler. This price is based upon a percentage
8   increase over the wholesaler's cost, the net cost
9   to the wholesaler plus 16 and two-thirds percent.
10  An increase over the wholesaler's cost, depending
11  upon the particular wholesaler's profit margin and
12  the volume that the retailer does with the
13  wholesaler. The actual price that the retailer
14  pays the wholesaler is usually less than 16 and
15  two-thirds percent due to the competition for
16  business among wholesalers."
17        Did I read that correctly, sir?
18  A.    Yes. You did.
19    Q.    Okay. Is that a definition or
20  explanation of AWP that you're familiar with?
21  A.    I don't know that it's a definition, it's a
22  practice for which I'm familiar with.

Page 23

1     Q.    And is this a working definition
2   that you used at Schering-Plough?
3   A.    For the most part. The first sentence that
4   says AWP is the price at which a retailer
5   purchases a product is a fact nullified by the
6   remainder of it. It's not the price that the
7   retailer purchases the product. It's really a
8   sticker price.
9     Q.    And is it one of the utilities of
10  AWP is for reimbursement by third party payers?
11        MR. KAUFMAN: Object to the form of
12  the question.
13        You may answer.
14  A.    In some cases, yes.
15    Q.    And that would also include
16  Medicare and Medicaid pricing at different times
17  throughout the past?
18        MR. KAUFMAN: Objection. You may
19  answer.
20  A.    For certain products I believe so.
21    Q.    Now, after, well, let me just
22  strike that.

Page 24

1         When did you begin to do any work with or
2   for Warrick Pharmaceuticals?
3   A.    Sometime in early 1993.
4     Q.    And 1993, was that when Warrick was
5   actually created?
6   A.    I believe it was.
7     Q.    And as we sit here today, do you
8   have any responsibilities, contracts or positions
9   with any Schering Plough subsidiary or Warrick?
10  A.    Yes. I do.
11    Q.    Okay. Would you describe what
12  those responsibilities or contracts are?
13  A.    At this time I am a consultant for Schering
14  Corporation.
15    Q.    And is that pursuant to a written
16  contract?
17  A.    Yes. It is.
18    Q.    And if you could just tell me the
19  term of the contract, when it began and if it is
20  for a term or a period?
21  A.    It's for calendar 19 -- calendar 2005.
22    Q.    And does that consultancy contract

Page 25

1   with Schering Corporation entail any work relative
2   to Warrick Pharmaceuticals?
3   A.    Not at this point, no.
4     Q.    If you can, just tell me generally
5   what else does your consultancy with Schering
6   Corporation involve at this time?
7   A.    Generally, working for the Law Department
8   on a retainer basis providing institutional
9   memory, I guess would be the best way to phrase
10  it.
11    Q.    And would that position be true for
12  the entire year so far, 2005?
13  A.    Yes. Yes. It would.
14    Q.    Prior to -- well, for 2004, were
15  you under contract or have any employment with
16  Schering-Plough?
17  A.    I was under contract as a consultant to
18  Warrick Pharmaceuticals.
19    Q.    And what was the term for that
20  consultancy contract with Warrick?
21  A.    It was on a one year basis renewable.
22    Q.    And when did the first consultancy

7  (Pages 22 to 25)

**Exhibit 72**

Jerome A. Sherman                HIGHLY CONFIDENTIAL                July 7, 2005
                                     Boston, MA

1           HIGHLY CONFIDENTIAL TRANSCRIPT

2              UNITED STATES DISTRICT COURT

3                DISTRICT OF MASSACHUSETTS

4

5

6    IN RE:                        )MDL NO. 1456

7    PHARMACEUTICAL INDUSTRY       )Civil Action No. 01-CV-12257-PBS

8    AVERAGE WHOLESALE PRICE       )

9    LITIGATION                    )

10                                 )

11           VIDEOTAPED DEPOSITION OF JEROME A.

12   SHERMAN, called as a witness on behalf of

13   the Plaintiffs, pursuant to the applicable

14   provisions of the Federal Rules of Civil

15   Procedure, before Jeanette N. Maracas,

16   Registered Professional Reporter and Notary

17   Public in and for the Commonwealth of

18   Massachusetts, at the Offices of Ropes &

19   Gray, LLP, One International Place, Boston,

20   Massachusetts, on Thursday, July 7, 2005,

21   commencing at 9:12 a.m.

22

Jerome A. Sherman                    HIGHLY CONFIDENTIAL                    July 7, 2005
                                         Boston, MA

Page 18

1   A. Yes, he's a Schering-Plough employee.
2   Q. Do you know what his position or title is
3      with Schering-Plough?
4   A. No, I don't.
5   Q. Does Warrick Pharmaceuticals, Inc. currently
6      have any employees?
7   A. I don't know. I don't know how that works.
8   Q. Now, where are you officed?
9   A. In Union, New Jersey.
10  Q. Where is Mr. Gough officed?
11  A. Arizona.
12  Q. And what kind of -- is it a Schering-Plough
13     facility where he's officed?
14  A. I believe he works out of his home.
15  Q. And Mr. Graf, where is he officed?
16  A. In St. Louis, Missouri.
17  Q. Does he work out of a Schering-Plough
18     facility or is he out of his house as well?
19  A. Out of his home.
20  Q. Who is Mr. Harvey Weintraub?
21  A. Harvey Weintraub is a consultant for
22     Warrick, or had been.

Page 19

1   Q. Is Mr. Weintraub no longer a consultant
2      for Warrick?
3   A. Correct.
4   Q. And when did he end or stop consultancy
5      with Warrick?
6   A. January of '05.
7   Q. Do you know whether or not Mr. Weintraub
8      is providing any consulting services to
9      Schering-Plough at this time?
10  A. I believe he does.
11  Q. Who is Richard Zahn?
12  A. He was president. I believe his title was
13     president of Schering Labs.
14  Q. Is Mr. Zahn still with the Schering-Plough
15     Corporation?
16  A. No.
17  Q. Do you know when he left?
18  A. I don't remember the exact timing of it.
19  Q. And who is Raymond, or I believe it's Kapur.
20     Is that how you pronounce the last name?
21  A. Correct.
22  Q. Who is Raymond Kapur?

Page 20

1   A. He was president of Warrick.
2   Q. Do you know when he ended being president
3      of Warrick?
4   A. Approximately a year ago.
5   Q. To your knowledge, is he providing any
6      services or employment to Schering-Plough
7      at this time?
8   A. Not to my knowledge.
9   Q. When is the last time you actually talked
10     with Raymond Kapur?
11  A. Probably just before he left.
12  Q. Did you ever talk with Mr. Kapur concerning
13     this litigation?
14  A. No, I did not.
15  Q. When was the last time you talked with
16     Richard Zahn?
17  A. Sometime approximately 12 years ago.
18  Q. That would be either on the phone or in
19     person, same answer?
20  A. Correct.
21  Q. Mr. Sherman, have you ever been in any
22     Warrick offices in Niles, Illinois?

Page 21

1   A. No.
2   Q. Have you ever been in any Warrick
3      Pharmaceuticals offices in Reno, Nevada?
4   A. No.
5   Q. In connection with your testimony today,
6      we will be discussing some terms that I
7      just want to make sure that we're on the
8      same page with as we go forward, and one
9      of those terms, of course, is AWP or
10     average wholesale price. Do you understand
11     that term?
12  A. Yes.
13  Q. What is your understanding of AWP?
14  A. AWP to me means a benchmark or just a
15     benchmark price.
16  Q. What is your understanding, a benchmark,
17     how is that used in your industry?
18         MR. CHRISTOFFERSON: Objection. You
19     may answer.
20  A. My understanding is it's used for
21     reimbursement.
22  Q. When you say reimbursement, does that mean

6 (Pages 18 to 21)

Jerome A. Sherman

HIGHLY CONFIDENTIAL
Boston, MA

July 7, 2005

Page 22

1    reimbursement from third-party payers such
2    as insurance companies or public programs
3    such as Medicare, Medicaid?
4    A. Those payers, as well as -- those payers
5    use that, I believe, as well as MAC and some
6    other benchmark's baseline.
7    Q. Is it your understanding that those
8    benchmarks change over time from time to
9    time? Is that a fair statement?
10             MR. CHRISTOFFERSON: Objection. You
11   may answer.
12   A. I'm not aware of that.
13   Q. Now, in connection with your status as a
14   registered pharmacist, are you familiar
15   with any industry publications that are
16   used for pricing services?
17   A. Yes.
18   Q. Would you identify those that you're familiar
19   with.
20   A. Redbook, Price Alert. That's all that I'm
21   aware of.
22   Q. Now, from time to time over the past -- well,

Page 23

1    I believe you've been a registered pharmacist
2    since 1962. Do you use or refer to any of
3    those, either Redbook or Price Alert?
4             MR. CHRISTOFFERSON: Objection. I
5    think he said he's not been since 1962, but
6    you may answer the question.
7    A. Yeah, can I clear that up?
8    Q. Sure.
9    A. I'm not a pharmacist by trade right now. I
10   have my license, but I don't practice
11   pharmacy.
12   Q. Say for the Redbook publication, is that a
13   publication that you or the people in your
14   office keep available for reference in your
15   office in Union?
16   A. I don't.
17   Q. Are there Redbooks available to you if you
18   should choose to look at one?
19   A. If I choose to look at one, I can find one.
20   Q. Does Warrick Pharmaceuticals subscribe to
21   the publication, Redbook?
22             MR. CHRISTOFFERSON: Objection. You

Page 24

1    may answer.
2    A. I believe we do.
3    Q. I'm going to be marking a number of documents
4    or having the court reporter mark the
5    documents and just ask questions. On each
6    document, what I'll do is give you an
7    opportunity to look at the document and then
8    I'll just ask my questions.
9    A. Sure.
10   Q. Is that fair enough? And if at any time --
11   of course, you've had your deposition
12   taken before. If you don't understand
13   my questions, please let me know and I'll
14   try to clear them up, if that's at all
15   possible.
16   A. Sure.
17             MR. CHRISTOFFERSON: Just for the
18   record, I want to make the point that we're
19   designating this transcript as highly
20   confidential pursuant to the protective
21   order in this litigation.
22   Q. Before I get on the documents, let me ask

Page 25

1    a few general questions. As a national
2    director for Warrick Pharmaceuticals, who
3    are the customers that you call on? Who are
4    your accounts?
5    A. You want them all?
6    Q. If you can give them in categories, broad
7    categories, and then we can break them down,
8    if necessary. But, generally, what are
9    the categories or class of trade that you
10   call on for Warrick Pharmaceuticals?
11   A. Wholesalers, chains and generic distributors.
12   Q. Now, on the category of chains, would that
13   include retail pharmacies?
14   A. Chains, the chains' headquarters.
15   Q. Go ahead and tell me who are the chains.
16   Those are chains pharmacies?
17   A. Yes.
18   Q. And who are the chains pharmacies that you
19   call on?
20   A. CVS, Rite-Aid, Brooks-Eckerd, to name three
21   big ones.
22   Q. Those are your largest chain pharmacy

7 (Pages 22 to 25)

Jerome A. Sherman                    HIGHLY CONFIDENTIAL                    July 7, 2005
                                         Boston, MA

Page 122

1    is that correct?
2            MR. CHRISTOFFERSON: Objection. You
3    may answer.
4    A. I haven't seen the AWP on those documents
5    for very long time.
6    Q. When was the last time that you saw a
7    document notifying a price change where
8    AWP was not listed?
9    A. Repeat that, please.
10   Q. You said that you hadn't seen AWP on a
11   price change document in a very long time.
12   When did you start sending out price change
13   notices without AWP on it?
14   A. I don't remember when that occurred.
15           (Exhibit Sherman 030 marked for
16   identification.)
17   Q. Mr. Sherman, you've been handed a document
18   that has been marked Exhibit Sherman 030?
19   A. Yes.
20   Q. And this is a price change notification
21   from you to one of your accounts; is that
22   correct?

Page 123

1    A. Yes.
2    Q. And the effective date on this price change
3    is, appears to be May 8 of 2000. Is that
4    how you read this document?
5    A. Yes.
6    Q. So as recent as, or at least the year 2000,
7    AWP was still being reported or shown
8    on price change notifications; is that
9    correct?
10           MR. CHRISTOFFERSON: Objection. You
11   may answer.
12   A. Yes.
13   Q. With regard to the spread, the difference
14   between the AWP and the direct price as
15   shown on this, is it not correct that as
16   the AWP -- strike that.
17           Would you agree that where the AWP
18   remains the same and the direct price is
19   decreased, that there's an increase in the
20   spread?
21           MR. CHRISTOFFERSON: Objection. You
22   may answer.

Page 124

1    A. Yes.
2    Q. And also, if the direct price is subject to
3    any rebates that would result in a decreased
4    price per unit, that would also result in a
5    spread; is that correct?
6            MR. CHRISTOFFERSON: Objection. You
7    may answer.
8    A. Yes.
9    Q. Now, having looked at this last exhibit,
10   which is in May of -- apparently, effective
11   date of the price change in May of 2000,
12   does that help or refresh your memory in
13   any way as to when AWP was discontinued
14   as an item on a price change notice?
15   A. No, it doesn't. It was, obviously,
16   subsequent to this time frame.
17   Q. Mr. Sherman, are you familiar with a term,
18   "nominal pricing," for purposes of either
19   contracts or for selling product on behalf
20   of Warrick Pharmaceuticals?
21   A. I've heard the term.
22   Q. What is your understanding of nominal

Page 125

1    pricing?
2    A. It's a very low price.
3    Q. Have you ever used nominal pricing in
4    connection with any of your transactions
5    with your accounts?
6    A. Not that I can ever recall, no.
7    Q. Is nominal pricing used as a, or used in
8    contracting or offering prices by Warrick
9    Pharmaceuticals today?
10           MR. CHRISTOFFERSON: Objection. You
11   may answer.
12   A. Not that I'm aware of, no.
13           MR. McNEELY: If we can go off the
14   record.
15           MR. CHRISTOFFERSON: Yes.
16           VIDEOGRAPHER: The time is 1:29. We
17   are off the record.
18           (Discussion off the record)
19           VIDEOGRAPHER: The time is 1:32.
20   We're back on the record.
21   BY MR. McNEELY:
22   Q. Mr. Sherman, with regard to the Warrick

                                              32 (Pages 122 to 125)

# Exhibit 73

**SCHERING LABORATORIES**
**GALLOPING HILL ROAD**
**KENILWORTH, N.J. 07033**

**WESTERN UNION MAILGRAM**
*UNITED STATES POSTAL SERVICE*

097837000523 12/03/01          OKA1 - OKAA
EM16634

First Databank
Attn Kay Morgan
1111 Bayhill Dr Ste 350
San Bruno CA  94066-3056


47511

DEAR CUSTOMER,

EFFECTIVE MONDAY, DECEMBER 03, 2001 AT 05:00 PM EDST, PRICES FOR
THE FOLLOWING SCHERING PRODUCTS WERE INCREASED.  ALL ORDERS
RECEIVED AFTER 05:00 PM EDST, MONDAY, DECEMBER 03, 2001 WILL BE
BILLED AT THE NEW PRICES.  A PRICE PROTECTED ORDER AND A CURRENT
PRICE LIST WILL BE SENT TO YOUR BUYER SHORTLY.

| SCHERING PRODUCTS | NDC 0085 | NDP | AWP |
|---|---|---|---|
| CLARITIN D 12HR TABS 100'S | 0635-01 | $ 125.19 | $ 150.23 |
| CLARITIN D 12HR TABS 100'S UD | 0635-04 | 125.19 | 150.23 |
| CLARITIN D 12HR TABS 30'S | 0635-05 | 37.53 | 45.04 |
| CLARITIN-D 24 10MG/240MG 100'S | 1233-01 | 250.36 | 300.43 |
| CLARITIN-D 24 10MG/240MG 100'S | 1233-02 | 250.36 | 300.43 |
| CLARITIN REDITABS 10MG 30'S | 1128-02 | 76.88 | 92.26 |
| CLARITIN SYRUP 10MG/10ML | 1223-01 | 124.29 | 149.15 |
| CLARITIN TABS 10MG 100'S | 0458-03 | 222.26 | 266.71 |
| CLARITIN TABS 10MG 100'S UD | 0458-04 | 222.26 | 266.71 |
| CLARITIN TABS 10MG 30'S | 0458-05 | 66.66 | 79.99 |
| CLARITIN TABS 10MG 500'S | 0458-06 | 1,111.19 | 1,333.43 |
| NASONEX NASAL SPRAY 50MCG | 1197-01 | 49.87 | 59.84 |

| KEY PRODUCTS | NDC 0085 | NDP | AWP |
|---|---|---|---|
| GUANIDINE HCL TABLETS 125 MG | 0492-01 | $ 21.10 | $ 25.32 |
| HYPERSTAT IV INJECTION AMP 20ML | 0201-05 | 107.85 | 129.42 |
| IMDUR TABLETS 120 MG 100'S | 1153-03 | 199.79 | 239.75 |
| IMDUR TABLETS 120 MG 100'S UD | 1153-04 | 219.76 | 263.71 |
| IMDUR TABLETS 30MG 100'S UD | 3306-01 | 149.15 | 178.98 |
| IMDUR TABLETS 30MG 100'S | 3306-03 | 135.60 | 162.72 |
| IMDUR TABLETS 60 MG 100'S UD | 4110-01 | 157.00 | 188.40 |
| IMDUR TABLETS 60 MG 100'S | 4110-03 | 142.72 | 171.26 |
| INSPIREASE INHALER METERED | 4602-02 | 20.46 | 24.55 |
| INSPIREASE RESERVOIR BAGS 3 | 4602-03 | 11.07 | 13.28 |
| INSPIREASE REPLACEMENT BAGS | 4602-70 | 354.49 | 425.39 |
| INSPIREASE MOUTHPIECE 144 | 4604-01 | 731.08 | 877.30 |

**HIGHLY CONFIDENTIAL**          **FDB-AWP 03929**

To reply by Mailgram Message, see reverse side for Western Union's toll-free number.

**WESTERN UNION MAILGRAM**
**UNITED STATES POSTAL SERVICE**

PAGE 2    097837000523

| KEY PRODUCTS | NDC 0085 | NDP | AWP |
|---|---|---|---|
| INSPIREASE REPLACEMENT MOUTHPIE | 4604-02* | $ 14.81* | $ 17.77 |
| K-DUR 10 TABLETS 10MEQ 100'S | 0263-01* | 26.75* | 32.10 |
| K-DUR 10 TABLETS 10MEQ 100'S UD | 0263-81* | 27.71* | 33.25 |
| K-DUR 20 TABLETS 20 MEQK 100'S | 0787-01* | 48.72* | 58.46 |
| K-DUR 20 TABLETS 20 MEQK 500'S | 0787-06* | 241.70* | 290.04 |
| K-DUR 20 TABLETS 20 MEQK 1000 | 0787-10* | 475.24* | 570.29 |
| K-DUR 20 TABS 20 MEQK 100'S UD | 0787-81* | 52.81* | 63.37 |
| LOTRISONE LOTION | 0809-01* | 37.61* | 45.13 |
| MIRADON TABLETS 50MG 100'S | 0795-05* | 45.91* | 55.09 |
| NAQUA TABLETS 4MG 100'S | 0547-03* | 70.89* | 85.07 |
| NITRO-DUR T.I.S. 0.8 MG/HR 30'S | 0019-30* | 57.17* | 68.60 |
| NITRO-DUR T.I.S. 0.8 MG/HR INST | 0019-35* | 57.17* | 68.60 |
| NITRO-DUR T.I.S. 0.1 MG/HR 30'S | 3305-30* | 46.34* | 55.61 |
| NITRO-DUR T.I.S. 0.1 MG/HR INST | 3305-35* | 46.34* | 55.61 |
| NITRO-DUR T.I.S. 0.2 MG/HR 30'S | 3310-30* | 47.04* | 56.45 |
| NITRO-DUR T.I.S. 0.2 MG/HR INST | 3310-35* | 47.04* | 56.45 |
| NITRO-DUR T.I.S. 0.3 MG/HR 30'S | 3315-30* | 52.69* | 63.23 |
| NITRO-DUR T.I.S. 0.3 MG/HR INST | 3315-35* | 52.69* | 63.23 |
| NITRO-DUR T.I.S. 0.4 MG/HR 30'S | 3320-30* | 52.69* | 63.23 |
| NITRO-DUR T.I.S. 0.4 MG/HR INST | 3320-35* | 52.69* | 63.23 |
| NITRO-DUR T.I.S. 0.6 MG/HR 30'S | 3330-30* | 57.17* | 68.60 |
| NITRO-DUR T.I.S. 0.6 MG/HR INST | 3330-35* | 57.17* | 68.60 |
| NORMODYNE INJ 40 ML MULTI-DOSE | 0362-06* | 73.21* | 87.85 |
| NORMODYNE INJ 20 ML MULTI-DOSE | 0362-07* | 37.79* | 45.35 |
| NORMODYNE SYRINGES 20 MG 4 ML | 0362-08* | 16.31* | 19.57 |
| NORMODYNE INJ SYRINGE 40 MG | 0362-09* | 24.50* | 29.40 |
| NORMODYNE TABLETS 100 MG 100'S | 0244-04* | 52.05* | 62.46 |
| NORMODYNE TABLETS 100 MG 500'S | 0244-05* | 246.95* | 296.34 |
| NORMODYNE TABLETS 100 MG 1000'S | 0244-07* | 455.40* | 546.48 |
| NORMODYNE TABLETS 100MG 100S UD | 0244-08* | 55.27* | 66.32 |
| NORMODYNE TABLETS 200 MG 100'S | 0752-04* | 73.83* | 88.60 |
| NORMODYNE TABLETS 200MG 500'S | 0752-05* | 350.77* | 420.92 |
| NORMODYNE TABLETS 200MG 100S UD | 0752-08 | 77.05 | 92.46 |
| NORMODYNE TABLETS 300MG 100'S | 0438-03* | 98.22* | 117.86 |
| NORMODYNE TABLETS 300MG 500'S | 0438-05* | 466.42* | 559.70 |
| NORMODYNE TABLETS 300MG 100S UD | 0438-06* | 101.47* | 121.76 |
| OPTIMINE TABLETS 1MG 100'S | 0282-03* | 105.00* | 126.00 |
| PROVENTIL HFA INH AEROSOL 6.7G | 1132-01* | 28.23* | 33.88 |
| PROVENTIL INHALER 17 G | 0614-02* | 29.31* | 35.17 |
| VANCERIL INHALER 16.8G | 0736-04* | 38.77* | 46.52 |

**HIGHLY CONFIDENTIAL**

**FDB-AWP 03930**

To reply by Mailgram Message, see reverse side for Western Union's toll-free number.

**WESTERN UNION MAILGRAM**

**UNITED STATES POSTAL SERVICE**

| ONCOLOGY PRODUCTS | NDC 0085 | NDP | AWP |
|---|---|---|---|
| EULEXIN CAPSULES 125 MG 100'S | 0525-03• | $ 211.53* | $ 253.84 |
| EULEXIN CAPSULES 125 MG 500'S | 0525-05• | 997.84 | 1,197.41 |
| EULEXIN CAPSULES 125 MG 180'S | 0525-06• | 359.16• | 430.99 |
| TEMODAR CAPSULES 20 MG 5'S | 1244-01• | 111.49• | 133.79 |
| TEMODAR CAPSULES 20 MG 20'S | 1244-02• | 445.96• | 535.15 |
| TEMODAR CAPSULES 5 MG 5'S | 1248-01. | 27.87• | 33.44 |
| TEMODAR CAPSULES 5 MG 20'S | 1248-02• | 111.49• | 133.79 |
| TEMODAR CAPSULES 250 MG 5'S | 1252-01* | 1,393.63• | 1,672.36 |
| TEMODAR CAPSULES 250 MG 20'S | 1252-02 • | 5,574.52* | 6,689.42 |
| TEMODAR CAPSULES 100 MG 5'S | 1259-01* | 557.45* | 668.94 |
| TEMODAR CAPSULES 100 MG 20'S | 1259-02• | 2,229.81• | 2,675.77 |

| KENILWORTH PRODUCTS | NDC 0085 | NDP | AWP |
|---|---|---|---|
| DIPROSONE CREAM 0.05% 15 GM | 0853-02 • | $ 24.49* | $ 29.39 |
| DIPROSONE CREAM 0.05% 45 GM | 0853-03• | 44.90• | 53.88 |
| DIPROSONE LOTION 0.05% 20ML | 0028-04• | 30.12• | 36.14 |
| DIPROSONE LOTION 0.05% 60 ML | 0028-06• | 59.29• | 71.15 |
| ESTINYL TABLETS 0.02 MG 100'S | 0298-03* | 35.15• | 42.18 |
| ESTINYL TABLETS 0.02MG 250'S | 0298-06• | 82.63• | 99.16 |
| ESTINYL TABLETS 0.05 MG 100'S | 0070-03• | 59.20• | 71.04 |
| ESTINYL TABLETS 0.05 MG 250'S | 0070-06• | 138.19* | 165.83 |
| FULVICIN P/G TABLETS 125 MG | 0228-03• | 50.64• | 60.77 |
| FULVICIN P/G TABLETS 165 MG | 0654-03• | 73.12• | 87.74 |
| FULVICIN P/G TABLETS 250 MG | 0507-03• | 99.36• | 119.23 |
| FULVICIN P/G TABLETS 330 MG | 0352-03• | 126.18• | 151.42 |
| FULVICIN U/F TABS 250 MG 60'S | 0948-03* | 51.84• | 62.21 |
| FULVICIN U/F TABS 250 MG 250'S | 0948-06• | 204.54• | 245.45 |
| FULVICIN-U/F TABS 500 MG 60'S | 0496-03. | 82.80• | 99.36 |
| FULVICIN-U/F TABS 500 MG 250'S | 0496-06 | 326.58* | 391.90 |
| GARAMYCIN CREAM 0.1% 15 GM | 0008-05 • | 20.11* | 24.13 |
| GARAMYCIN INJ VIAL 80 MG 25/2ML | 0069-04* | 126.14• | 151.37 |
| GARAMYCIN OPHTHALMIC OINT 3.5GM | 0151-05 • | 18.20* | 21.84 |
| GARAMYCIN OPHTHALMIC SOLUT 5 ML | 0899-05 : | 18.20• | 21.84 |
| LOTRIMIN CREAM 1% 15GM | 0613-02• | 13.51• | 16.21 |
| LOTRIMIN CREAM 1% 45GM | 0613-04 • | 27.81• | 33.37 |
| LOTRIMIN CREAM 1% 30GM | 0613-06• | 22.94• | 27.53 |
| LOTRIMIN LOTION 1% 30 ML | 0707-02* | 25.88• | 31.06 |
| LOTRIMIN SOLUTION 1% 10 ML | 0182-02* | 11.91• | 14.29 |
| LOTRIMIN SOLUTION 1% 30 ML | 0182-04 • | 24.75• | 29.70 |

**HIGHLY CONFIDENTIAL**

**FDB-AWP 03931**

PAGE  4      097837000523



WESTERN UNION MAILGRAM

UNITED STATES POSTAL SERVICE

| KENILWORTH PRODUCTS | NDC 0085 | NDP | AWP |
|---|---|---|---|
| POLARAMINE TABLETS 2MG 100'S | 0820-03- | $ 45.85- | $ 55.02 |
| PROVENTIL REPETABS 4 MG 100S | 0431-02- | 73.16- | 87.79 e |
| PROVENTIL REPETABS 4 MG 500S | 0431-03- | 354.92- | 425.90 |
| PROVENTIL REPETABS 4 MG 100S UD | 0431-04- | 91.64- | 109.97 |
| PROVENTIL SOLUTION 25X3ML | 0209-01- | 42.73- | 51.28 |
| PROVENTIL SOLUTION 20 ML | 0208-02- | 18.75 | 22.50 |
| SOLGANAL SUSPENSION 50MG/ML | 0460-03- | 139.75- | 167.70 |
| TRILAFON INJECTION 5MG/ML | 0012-04- | 626.00- | 751.20 |
| TRINALIN REPETABS TABLETS 100'S | 0703-04- | 109.90 | 131.88 |

SINCERELY,

FRANK J. DILASCIA, RPH
V.P., TRADE SALES & PHARM DEVELOPMENT

MGMCOMP  20:12  EST

**HIGHLY
CONFIDENTIAL**

FDB-AWP 03932

To reply by Mailgram Message, see reverse side for Western Union's toll-free number.

**Exhibit 74**

*Schering* LABORATORIES

## TELEFAX TRANSMITTAL COVER SHEET

| TO: | *Ina* |
|---|---|
| COMPANY NAME: | *First Data Base* |
| FROM: | *Peter Kamins* |
| TELEPHONE # | *(908) 298-4952* |
| TELEFAX #: | *(908) 298-2436* |
| TOTAL # OF PAGES (including this page): | *3* |

Schering Laboratories
Trade Sales-K-5-2/B-6
2000 Galloping Hill Road
Kenilworth, NJ  07033

*Per your request*

FAXMASTER.DOC

HIGHLY
CONFIDENTIAL

FDB-AWP 03988

WESTERN UNION MAILGRAM

SCHERING LABORATORIES
GALLOPING HILL ROAD
KENILWORTH, N.J. 07033

UNITED STATES POSTAL SERVICE

090259001247 11/07/00          PAH1 - PAHA
HM16634

Peter Kawins
1004 Meridian Way
Yardley PA  19067-5834

DEAR CUSTOMER,

EFFECTIVE TUESDAY, NOVEMBER 07, 2000 AT 05:00 PM EDST, PRICES FOR
THE FOLLOWING SCHERING PRODUCTS WERE INCREASED. ALL ORDERS RECEIVED
AFTER 05:00 PM EDST, TUESDAY, NOVEMBER 07, 2000 WILL BE BILLED AT
THE NEW PRICES.

A PRICE PROTECTED ORDER AND A CURRENT PRICE LIST WILL BE SENT TO
YOUR BUYER SHORTLY.

| SCHERING PRODUCTS | NDC 0085 | NDP | AWP |
|---|---|---|---|
| CLARITIN D TABLETS 5MG/120MG | 0635-01 | $ 114.58 | $ 137.50 |
| CLARITIN D TABLETS 5MG/120MG | 0635-04 | 114.58 | 137.50 |
| CLARITIN D TABLETS 5MG/120MG | 0635-05 | 34.36 | 41.23 |
| CLARITIN-D 24 10MG/240MG | 1233-01 | 229.14 | 274.97 |
| CLARITIN-D 24 10MG/240MG | 1233-02 | 229.14 | 274.97 |
| CLARITIN REDITABS 30'S | 1128-02 | 70.34 | 84.41 |
| CLARITIN SYRUP 10MG/10ML | 1223-01 | 113.71 | 136.45 |
| CLARITIN TABLETS 10MG | 0458-03 | 203.34 | 244.01 |
| CLARITIN TABLETS 10MG | 0458-04 | 203.34 | 244.01 |
| CLARITIN TABLETS 10MG | 0458-05 | 60.99 | 73.19 |
| CLARITIN TABLETS 10MG | 0458-06 | 1016.61 | 1219.93 |

| ONCOLOGY PRODUCTS | NDC 0085 | NDP | AWP |
|---|---|---|---|
| INTRO A FOR INJ MULTIDOSE PEN | 1235-01 | $ 333.25 | $ 399.90 |
| INTRO A FOR INJ MULTIDOSE PEN | 1242-01 | 199.94 | 239.93 |
| INTRO A FOR INJ MULTIDOSE PEN | 1254-01 | 666.51 | 799.81 |
| INTRON A INJ PAK10MIU HSA FRB | 1279-02 | 666.51 | 799.81 |
| INTRON A INJ 18MIU HSA FREE | 1168-01 | 199.94 | 239.93 |
| INTRON A INJ 25MTU HSA FREE | 1133-01 | 277.72 | 333.26 |
| INTRON A INJ 3MIU HSA FREE | 1184-02 | 199.94 | 239.93 |
| INTRON A INJ 5MIU HSA FREE | 1191-02 | 333.25 | 399.90 |
| INTRON A INJECTABLE 10MILLN IU | 0571-02 | 111.07 | 133.28 |
| INTRON A INJECTABLE 18MILLN IU | 1110-01 | 199.94 | 239.93 |
| INTRON A INJECTABLE 25MILLN IU | 0285-02 | 277.72 | 333.26 |

HIGHLY CONFIDENTIAL                    FDB-AWP 03989



SCHERING LABORATORIES
GALLOPING HILL ROAD
KENILWORTH, N.J. 07033

090950001367 12/13/00                    SOF1 - SOFA
BM16634

Attn Kathy Gutesell
Medi-Span, Inc
First Databank
1111 Bayhill Dr Ste 350 -
San Bruno CA  94066-3056


DEAR CUSTOMER,

EFFECTIVE WEDNESDAY, DECEMBER 13, 2000 AT 5:00 PM EDST, PRICES FOR
THE FOLLOWING SCHERING PRODUCTS WERE INCREASED. ALL ORDERS RECEIVED
AFTER 5:00 PM EDST, WEDNESDAY, DECEMBER 13, 2000 WILL BE BILLED AT THE
NEW PRICES.  A PRICE PROTECTED ORDER AND A CURRENT PRICE LIST WILL
BE SENT TO YOUR BUYER SHORTLY.

|                                | NDC<br>0085 | WAC<br>NDP | AWP |
|--------------------------------|---------|----------|----------|
| ACS PRODUCTS                   |         |          |          |
| INTEGRILIN 75MG/10ML VIAL      | 1136-01 | $148.82  | $178.58  |
| INTEGRILIN 20MG/10ML BOLUS VIAL| 1177-01 | 47.63    | 57.16    |
| INTEGRILIN 20MG/10ML VIAL      | 1177-02 | 396.79   | 476.15   |

SINCERELY,

FRANK J. DILASCIA, RPH
V.P., TRADE SALES & PHARM DEVELOPMENT

MGMCOMP  20:29  EST


**HIGHLY
CONFIDENTIAL**

FDB-AWP 03990

To reply by Mailgram Message, see reverse side for Western Union's toll-free number.

# Exhibit 75



**Warrick**
PHARMACEUTICALS

7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3859

December 29, 1995

Mr. Mukesh Mehta
(Redbook)
Medical Economics Company
5 Paragon Drive
Montvale NJ    07645-1742

Dear Mr. Mehta:

Please list the following newly Introduced Warrick Pharmaceuticals product in your pricing guide or file, effective immediately. This product is a generic to Proventil (R) Inhaler and is "A" rated.

| PRODUCT | PACKAGE SIZE | NDC# | AWP |
|---------|--------------|------|-----|
| Albuterol, USP Inhalation Aerosol | 17 g | 59930-1560-1 | $21.41 |
| Albuterol, USP Inhalation Aerosol Refill | 17 g | 59930-1560-2 | $19.79 |

Thank you for your prompt attention to this matter.

If you have any questions regarding Warrick Pharmaceuticals or any of our products, please do not hesitate to contact me at 908-629-3616.

Sincerely,

Harvey J. Weintraub

Harvey J. Weintraub

CONFIDENTIAL
WPX0007697

WAR0007634
Highly Confidential

# Exhibit 76



**Warrick**
Pharmaceuticals

7500 North Natchez Avenue, Niles, Illinois 60714-3804 • Telephone 1 800 547-3869

**CONFIDENTIAL**

February 23, 1995

Ms. Beth Rader
Price Alert
First Databank
1111 Bayhill Drive
Suite 350
San Bruno CA 94066

Dear Ms. Rader:

Effective Friday, February 24, 1995, at 5:00 p.m., the price of Warrick Albuterol Solution 0.5% 20 mL will increase as follows:

|  | NDC 59930- | AWP |
|---|---|---|
| Albuterol Solution 0.5% 20 mL | 1515-04 | $13.95 |

Sincerely,

*Harvey J. Weintraub*

Harvey J. Weintraub

WP00001559A

WAR0024086
Highly Confidential

# Exhibit 77

SCHERING LABORATORIES

GALLOPING HILL ROAD          KENILWORTH, N.J. 07033
                              TELEPHONE: (908) 298-4000

DEAR CUSTOMER,
EFFECTIVE THURSDAY ,JANUARY  10,2002 AT 05:00 PM EDST, PRICES FOR THE
FOLLOWING SCHERING PRODUCTS WERE INCREASED. ALL ORDERS
RECEIVED AFTER 05:00 PM EDST,THURSDAY ,JANUARY  10,2002 WILL BE
BILLED AT THE NEW PRICES.

A CURRENT PRICE LIST WILL BE SENT TO YOUR BUYER SHORTLY.
A PRICE PROTECTED ORDER WILL BE OFFERED IN MARCH.

| ACS PRODUCTS | NDC 0085 | | NDP | AWP |
|---|---|---|---|---|
| INTEGRILIN 0.75MG/ML 10ML | 1136-01 | $ | 162.50 $ | 195.00 |
| INTEGRILIN 2MG/ML 10ML BOLUS | 1177-01 | $ | 52.00 $ | 62.40 |
| INTEGRILIN 2MG/ML 10ML VIAL | 1177-02 | $ | 433.31 $ | 519.97 |

SINCERELY,

FRANK J. DILASCIA, RPH
V.P., TRADE SALES & PHARM DEVELOPMENT

Highly Confidential

# Exhibit 78



**Warrick**
PHARMACEUTICALS

12128 Moya Boulevard, Reno, Nevada 89506-2600 • Telephone 1 800 647-3869

November 18, 1997

Mr. Jacob Blatt                                    Via Telefax No. 201-782-7723
Vice President, Generic Sales
Merck-Medco Managed Care
100 Summit Avenue
Montvale, NJ 07645-1753

Dear Jacob:

As per our discussion today, Warrick pricing for Albuterol Solution for Inhalation 0.5%,
20 mL is as follows:

| Description | NDC Number | List Price | Contract Price |
|---|---|---|---|
| Albuterol Solution 20mL | 59930-1515-04 | $14.99 | $3.95 |

Sincerely,

*Harvey*

Harvey J. Weintraub

HJW:ar

O

z:\Warrick\JHarvey\11 11897

Highly Confidential                                    SW0173547

# Exhibit 79

September 21, 1995

Mr. John Ziebell
Pharmaceutical Buyer
Walgreen Co.
200 Wilmot Road
Deerfield IL    60015

Dear John:

Effective Thursday, September 21, 1995, at 5:00 p.m., the AWP price of
Albuterol Sulfate, USP Solution for Inhalation, 0.5%, 20 mL was increased 7.5%.
AWP and Direct Pricing is now as follows:

| Product | Pkg. Size | NDC 59930 | AWP | Direct |
|---------|-----------|-----------|-----|--------|
| Albuterol Sulfate, USP Solution for Inhalation 0.5% | 20 mL | 59930-1515-4 | $14.99 | $ 9.00 |

Future purchases of Albuterol Solution 20 mL will be invoiced at the direct price,
less an instant rebate, off invoice, of 23%. Your net invoice price will be $6.93.
Additionally, you will continue to receive your current rebate.

A price-protected order form, for up to your average monthly purchase of
Albuterol Solution 20 mL, will be sent to you shortly.

Sincerely,

Al Graf
National Sales Director

SPW013821
HIGHLY CONFIDENTIAL