UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 MASTER FILE NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *State of Nevada v. American Home Prods. Corp., et al.,* D. Nev. Cause No. CV-N-02-0202-ECR | |

**CONFIDENTIAL DECLARATION OF JAMES J. DUFFY IN SUPPORT OF DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S INDIVIDUAL RULE 56.1 RESPONSE TO THE ADDITIONAL FACTS RELIED UPON BY THE STATE OF NEVADA IN RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, James J. Duffy, declare the following:

1.  I am an associate of the law firm of Davis Polk & Wardwell, attorneys for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-referenced action. I submit this confidential declaration in support of AstraZeneca's individual Rule 56.1 response to the additional facts relied upon by the State of Nevada in response to Defendants' motion for summary judgment.

2.  Attached hereto as Exhibit 1 is a true and correct excerpted copy of the Deposition of Steve Buckanavage, dated June 8, 2005, pages 146-148.

3.  Attached hereto as Exhibit 2 is a true and correct excerpted copy of the Deposition of Patricia Kay Morgan, dated January 28, 2002 ("Morgan I Dep."), pages 67-72.

4.      Attached hereto as Exhibit 3 is a true and correct excerpted copy of the Deposition of Patricia Kay Morgan, dated January 11, 2005 ("Morgan II Dep."), pages 25-28, 35-37, 110-113.

I swear under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Dated:  New York, New York
        April 5, 2007

                        By: /s/ James J. Duffy
                            James J. Duffy (admitted *pro hac vice*)
                            DAVIS POLK & WARDWELL
                            450 Lexington Avenue
                            New York, New York 10017
                            Telephone: (212) 450-4000

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2007, I caused a true and correct copy of the foregoing, Confidential Declaration of James J. Duffy in Support of Defendant AstraZeneca Pharmaceuticals LP's Individual Rule 56.1 Response to the Additional Facts Relied Upon by the State of Nevada in Response to Defendants' Motion for Summary Judgment, to be served on counsel for Plaintiffs by Federal Express.

/s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper