# EXHIBIT 1

Steve Buckanavage    HIGHLY CONFIDENTIAL    June 8, 2005
Wilmington, DE

```
                                                                      1
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MASSACHUSETTS
 3
      In Re:  PHARMACEUTICAL         : MDL DOCKET NO.
 4                                   : CIVIL ACTION #
      INDUSTRY AVERAGE WHOLESALE     : 01CV12257-PBS
 5                                   :
      PRICE LITIGATION               : HIGHLY CONFIDENTIAL
 6
 7    ------------------------------------------------------
      THIS DOCUMENT RELATES TO:
 8                                        CERTIFIED COPY
      ALL ACTIONS
 9    ------------------------------------------------------
10
11              Deposition of STEVE BUCKANAVAGE, taken
12    pursuant to notice at the law offices of Morris, Nichols,
13    Arsht & Tunnell, 1201 North Market Street, 18th Floor,
14    Wilmington, Delaware, beginning at 9:07 a.m., on
15    Thursday, June 8, 2005, before Julie H. Parrack,
16    Registered Merit Reporter, Certified Realtime Reporter
17    and Notary Public, there being present:
18                             - - -
19
20
21
22
```

Steve Buckanavage    HIGHLY CONFIDENTIAL    June 8, 2005
Wilmington, DE

146

1    A.    I'm sorry, the page again?

2    Q.    7145.

3    A.    Okay. "Price increase timing."

4        MR. FLYNN: Objection to the form.

5    A.    I think it's stated here, that the timing was

6 important depending on how the third-party sources posted

7 and reflected the prices. And so our intention was to

8 highlight that to the business, that timing was important

9 so that the systems accurately reflected the pricing and

10 that we, again, the goal was not to be disadvantaged

11 opposite our competitor who had taken a price increase

12 and introduced another volume discount. And so we didn't

13 want to take action and then have it be ineffective if

14 there was a lag time in being posted.

15    Q.    So what third-party sources or systems are you

16 referring to?

17    A.    Redbook here, looks like mainly Redbook.

18 Although there are others. This refers to Redbook.

19    Q.    What is Redbook?

20    A.    Redbook is a third-party entity that posts and

21 publishes, makes public prices, both AWC or WAC and AWP

22 prices.

Henderson Legal Services
(202) 220-4158

Steve Buckanavage    HIGHLY CONFIDENTIAL    June 8, 2005
Wilmington, DE

147

1    Q.    So the timing of the price increase was

2    important because you had to notify Redbook of any

3    increases that AstraZeneca wanted to make for its AWP and

4    AWC, correct?

5    A.    And it's standard, it was standard for us to

6    notify these publishing services of price increases.

7    They make it public.

8    Q.    Has it ever been your understanding that Redbook

9    sets AWP?

10    A.    Yes.

11    Q.    When did that -- for what time period is it your

12    understanding that Redbook sets AWP?

13    A.    We always provide pricing on the AWC. We have

14    in the past provided guidance on AWP, but, you know, we

15    have run into instances where these pricing services set

16    their or calculate their own level. So --

17    Q.    I'm only talking about Redbook now.

18    A.    Redbook.

19    Q.    Yes, let's focus on Redbook.

20    A.    Okay.

21    Q.    With respect to Redbook, has it ever been your

22    understanding that Redbook sets AWP?

Steve Buckanavage   HIGHLY CONFIDENTIAL   June 8, 2005
Wilmington, DE

148

1   A.   Yes.

2   Q.   For what time period is it your understanding

3   that Redbook sets AWP?

4   A.   I would say from probably this, encompassing

5   this time frame through current time frame.

6   Q.   When you say "encompassing this time frame," are

7   you talking about '93 to '96?

8   A.   Probably a little bit later than -- not '93, but

9   probably mid '90s time frame.

10  Q.   1995?

11  A.   I mean I don't know if it's -- I can't say.  I

12  mean I can't -- I mean we've always provided some

13  guidance and submitted our prices and have provided

14  guidance on AWP.

15  Q.   When you say you've provided guidance on AWP,

16  what do you mean?

17  A.   We would make recommendations.

18  Q.   You would make recommendations of what the AWP

19  should be to Redbook, is that what you're saying?

20  A.   Well, I'm saying from this and from the work

21  that we did, we made recommendations on that.  I haven't

22  ever worked in the pricing department, so that's --