# EXHIBIT 2

CERTIFIED COPY

```
 1
 2
 3
 4
 5
 6   IN RE:   TEXAS CIVIL INVESTIGATIVE DEMAND
 7            TO FIRST DATABANK, INC.
 8
 9
10
11            ATTORNEYS' EYES ONLY
12       CONFIDENTIAL EXAMINATION UNDER OATH
13                      OF
14              PATRICIA KAY MORGAN
15            MONDAY, JANUARY 28, 2002
16            PAGES 1 -161; VOLUME 1
17
18
19
20
21       BEHMKE REPORTING & VIDEO SERVICES
22       BY:   SUZANNE I. ANDRADE, CSR # 10682
23                         1320 ADOBE DRIVE
24                 PACIFICA, CALIFORNIA  94044
25                              (650) 359-3201
```

1

FDB-AWP 00556
HIGHLY CONFIDENTIAL

```
 1   wholesaler to determine whether you've
 2   received accurate net wholesale pricing from a
 3   manufacturer?
 4        A.   The definition is:  Published
 5   wholesale price from the manufacturer.  So no,
 6   we would not survey the wholesalers on that.
 7        Q.   Is AWP a published price?
 8        A.   Yes, sir, it is.
 9        Q.   So why would you survey a
10   wholesaler, then, if it's a published price?
11        A.   To make sure we're staying in
12   agreement.  There's been lots of movement in
13   the marketplace.  We want to make sure that we
14   are up-to-date with their information.
15        Q.   Wouldn't the same hold true for net
16   wholesale?  If there's been movement in the
17   marketplace with a published AWP, would it not
18   be necessary from time to time to survey and
19   determine the accurate price?
20        A.   Wholesale net price comes from the
21   manufacturer, so we don't survey a wholesaler.
22   The average wholesale price, AWP, comes from
23   the wholesalers.  It's an average of the
24   price, published price from the wholesalers.
25        Q.   And I understand that.  And my
```

```
 1   question is:  Couldn't you survey wholesalers
 2   to verify whether a wholesale net price is
 3   accurate?
 4        A.   But if it's the published price,
 5   we're both using the same information.
 6        Q.   And wouldn't the same hold true with
 7   a published AWP?  Regardless of where it comes
 8   from, why would you need to survey a published
 9   AWP?
10        A.   Because it's coming from more than
11   one place.  The wholesale acquisition cost
12   applies to an NDC number.  It comes from the
13   manufacturer.  The manufacturer can only have
14   one NDC number.  So the average wholesale
15   price, that same NDC number, can be sold by
16   more than one wholesaler.
17        Q.   Is it your understanding that it
18   actually works that way, that different NDC
19   numbers will have multiple AWPs?
20        A.   They could have different prices
21   from the wholesalers, yes, sir.
22        Q.   Did that happen?
23        A.   Yes, sir.
24        Q.   Would it surprise you that
25   manufacturers admit that they set the AWP?
```

FDB-AWP 00623
HIGHLY CONFIDENTIAL

```
 1        A.   It would not surprise me, because
 2   many think they do set the AWP, but they don't
 3   for First DataBank.
 4        Q.   Why don't they for First DataBank?
 5        A.   Because we survey wholesalers.
 6        Q.   If you call a wholesaler -- if you
 7   call three or four different wholesalers, and
 8   they're all receiving the same AWP from the
 9   same manufacturer, how could they possibly be
10   different?
11        A.   Because the manufacturer doesn't set
12   the AWP.
13        Q.   Well, let's assume hypothetically
14   that a manufacturer sets an AWP, discloses
15   that to three or four wholesalers; you, in
16   turn, surveyed those three or four
17   wholesalers.  Aren't they going to then report
18   the same AWP that they have just transferred?
19        A.   No, sir.
20        Q.   Why would they change the AWP that
21   they received from the manufacturer?
22        A.   You would need to ask them that.
23   But there are numerous examples where the AWP
24   given by the manufacturer -- the markup -- I
25   survey for the markup from the wholesaler.
```

```
1    And there are numerous examples where the
2    wholesaler does not agree with what the
3    manufacturer has suggested the AWP be.
4         Q.   Are you familiar with a term known
5    as SWP?
6         A.   Yes, sir.
7         Q.   What does that stand for?
8         A.   Suggested wholesale price.
9         Q.   How does suggested wholesale price
10   differ with average wholesale price?
11        A.   Suggested wholesale price is the
12   wholesale price suggested by the manufacturer.
13   Average wholesale price on our database is the
14   surveyed AWP price.
15        Q.   Outside of the context of First
16   DataBank, is it your understanding that other
17   price publishing companies treat SWP and AWP
18   as the exact same?
19        A.   I don't really have a knowledge of
20   it.  I've been told that other competitors
21   have different prices than we do, but I don't
22   go exploring why.
23        Q.   Do manufacturers send First DataBank
24   documentation of what their AWP is for a given
25   drug?
```

```
 1          A.   They send suggested AWPs, but that's
 2    not my definition, so whatever they put down
 3    is irrelevant to me.
 4          Q.   What if they send you a document and
 5    they entitle information they're sending you
 6    "AWP" --
 7          A.   We would key that.  It would go into
 8    the SWP field.
 9          Q.   And why is that?
10          A.   Because it's their suggested
11    wholesale price.  They're not a wholesaler.
12          Q.   In First DataBank rules only --
13    strike that.
14               Under First DataBank rules,
15    wholesalers exclusively disclose AWP?
16          A.   That's correct.
17          Q.   And manufacturers never disclose
18    AWP?
19          A.   They can suggest one.  If it happens
20    to disagree with the wholesaler, we go with
21    the wholesaler's price.
22          MS. WONG:  Can I ask a clarifying
23    question?  For the initial setting of an AWP,
24    where would that come from, then?
25          THE WITNESS:  Wholesalers.
```

```
 1          MS. WONG:  At the initial entry?
 2          THE WITNESS:  Mm-hmm.
 3   BY MR. ANDERSON:
 4      Q.  Now, let's go back to these
 5   wholesaler surveys.  What would prompt First
 6   DataBank to perform a survey?
 7      A.  A new manufacturer, changes in the
 8   marketplace, someone suggesting that we had
 9   the markup incorrectly.
10      Q.  What kind of changes in the
11   marketplace would prompt a wholesaler survey?
12      A.  Mergers, divestitures.
13      Q.  Would a customer request prompt a
14   wholesaler survey?
15      A.  Yes, it would.
16      Q.  When a wholesaler survey is
17   performed, what items of information are
18   surveyed?
19      A.  I call up and ask what markup they
20   have applied either to the Labor Code or to
21   the exact NDC number.
22      Q.  Markup applied to what price?
23      A.  Wholesale acquisition.
24      Q.  Is it your understanding that
25   manufacturers set wholesale acquisition?
```