# EXHIBIT 3

```
                                                                    1
 1      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
 2            IN THE UNITED STATES DISTRICT COURT
 3            FOR THE DISTRICT OF MASSACHUSETTS
 4      ---------------------------x        CERTIFIED COPY
 5      In Re: PHARMACEUTICAL             )
                                          )
 6      INDUSTRY AVERAGE WHOLESALE        ) MDL No. 1456
                                          )
 7      PRICE LITIGATION                  ) CIVIL ACTION NO.
                                          )   01-CV-12257-PBS
 8                                        )
        ---------------------------)
 9      THIS DOCUMENT RELATES TO          )
        ALL ACTIONS                       )
10      ---------------------------x
11      IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
12            IN AND FOR THE COUNTY OF MARICOPA
13      -----------------------------------
        ROBERT J. SWANSTON, Individually and )
14      on behalf of himself and all others  )
        Similarly situated,                  )
15                                           )
                       Plaintiff,            ) Case No.
16      v.                                   ) CV2002-004988
                                             )
17      TAP PHARMACEUTICAL PRODUCTS,         ) Vol. 1
        INC., et al.,                        )
18                                           )
                       Defendants.           )
19      -----------------------------------
20
           VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN
21                    New York, New York
                Tuesday, January 11, 2005
22
```

Patricia Kay Morgan     Highly Confidential     January 11, 2005
New York, NY

25

1      to strike rambling responses.  That's all.

2          MR. MORGENSTERN:  No.

3     EXAMINATION BY

4     MR. MORGENSTERN:

5        Q.    Okay.  Ms. Morgan, my name is Saul

6     Morgenstern, I represent Novartis Pharmaceuticals

7     in this action.  And I'll be asking you some

8     questions this morning followed by one or two of

9     the other defendants' lawyers.  And we've tried

10    to organize ourselves so that we will not take

11    too much of your time.

12         MR. MORGENSTERN:  And as I mentioned

13       in my letter earlier to you, Mr. Schulz,

14       that we will try to reserve some of that

15       time and then turn the witness over to the

16       plaintiffs so that if there are any

17       follow-up questions we have after their

18       examination, we'll have some time to do

19       that.

20         MR. SCHULZ:  And we have no objection

21       to that as long as everyone else has agreed

22       and as long as any redirect is, you know,

Patricia Kay Morgan        Highly Confidential         January 11, 2005
                           New York, NY

26

1    kept within the scope of the cross. As you
2    can see.
3            The other point I would just like to
4    make at the outset too is that Judge Saris
5    has instructed everyone not to repeat
6    information that's already been disclosed in
7    the Texas transcript and we'll expect you to
8    abide by that.
9            MR. MORGENSTERN:  We're going to try.
10   BY MR. MORGENSTERN:
11       Q.   Okay, Ms. Morgan, what is your
12   current position?
13       A.   I'm the manager of product
14   knowledge-based services with First Data Bank.
15       Q.   And have you held that position since
16   joining First Data Bank?
17       A.   Yes, sir, I have.
18       Q.   And what are your responsibilities in
19   that position?
20       A.   I'm responsible for adding the
21   product level information to the database.
22       Q.   What does that mean, product level

Patricia Kay Morgan        Highly Confidential         January 11, 2005
                           New York, NY

27

1   information?
2       A.   The information that relates to the
3   product itself.  The NDC number; the product
4   name; the Rx OTC categories.
5       Q.   When did you join First Data Bank?
6       A.   April 1, 1999.
7            MR. MORGENSTERN:  Can you mark this
8       Exhibit Morgan 001 for identification, please.
9            (Exhibit Morgan 001 for
10       identification, background summary of
11       Patricia Kay Morgan, two pages.)
12      Q.   Ms. Morgan, I would like to give you
13  what we've marked as Exhibit Morgan 001 for
14  identification, that's Tab 1 in your binder.
15           MR. SOBOL:  Do you have copies, Saul?
16      A.   Yes.  To try and save some time,
17  we've created this little summary of your
18  background based on prior testimony that we've
19  read, and I wonder if you could take a quick look
20  at it and tell us whether we've accurately
21  summarized your background, leading up to your
22  joining First Data Bank.

Patricia Kay Morgan     Highly Confidential     January 11, 2005
New York, NY

28

```
 1          (Witness reviews document.)
 2     A.   The sequence of the job
 3   responsibilities is a little out of sync, but
 4   okay.
 5     Q.   Okay.  Thanks very much.
 6          MR. MORGENSTERN:  Would you mark this
 7   as Exhibit Morgan 002 for identification, please.
 8          (Exhibit Morgan 002 for identification,
 9      document Bates-stamped FDB-AWP 028372-77,
10      entitled Profiles of First Date Bank.)
11   BY MR. MORGENSTERN:
12     Q.   I show you what has been marked as
13   Exhibit Morgan 002 for identification and ask you
14   whether you've ever seen that before, please?
15     A.   No, I have not.
16     Q.   Does First Data Bank publish
17   documents like this called Profiles of First Data
18   Bank?
19          MR. SCHULZ:  Today?
20          MR. MORGENSTERN:  Today.
21     A.   This is not within my area, so I
22   couldn't testify as to whether we published
```

Patricia Kay Morgan    Highly Confidential    January 11, 2005
New York, NY

35

1      foundation.  If you know.

2      A.    We request the published price from
3  the manufacturer to the wholesaler.

4      Q.    Great.  You said there's a direct
5  price field?

6      A.    Correct.

7      Q.    What does that correspond to?

8      A.    Direct price is for those companies
9  that sell direct.  In addition to selling through
10  wholesalers, or for those that only sell direct
11  and do not sell through wholesalers.

12      Q.    And where does the information for
13  that field come from?

14      A.    It again is defined as the published
15  direct price from the manufacturer to
16  non-wholesale customers.

17      Q.    So you get it from manufacturer price
18  lists?

19      A.    Correct.

20      Q.    Calculated WP, what does that refer
21  to?

22      A.    It was a field that was in existence

Henderson Legal Services
(202) 220-4158

Patricia Kay Morgan          Highly Confidential          January 11, 2005
                             New York, NY

36

1    before I arrived.  For all purposes now it
2    matches our Blue Book field.
3         Q.    Okay.  SWP, what does that refer to?
4         A.    It's the suggested wholesale price,
5    and it's populated if the manufacturer suggests
6    an AWP.
7         Q.    Some manufacturers include an AWP on
8    their price lists; is that correct?
9         A.    A suggested AWP, yes.
10        Q.    And that's where you put that into
11   what you call the SWP field?
12        A.    That's correct.
13        Q.    What is Blue Book price?
14        A.    Blue Book is what's become synonymous
15   with AWP to many of our customers, so it is the
16   average wholesale price, so it's the price that
17   includes the markup after our wholesaler survey,
18   if the product's available through the
19   wholesaler.
20        Q.    And what's the federal upper limit
21   price?
22        A.    That is a number we populate that's

Case 1:01-cv-12257-PBS   Document 4118-4   Filed 04/05/07   Page 9 of 13

37

1   supplied by CMS for multisource products.

2       Q.   You get that directly from the
3   government?

4       A.   That's correct.

5       Q.   And the Medicare AWP?

6       A.   I'm sorry, it's Medicaid.

7       Q.   Or Medicaid, sorry.

8       A.   AWP.  That again is prices that were
9   provided to us by the Department of Justice.

10      Q.   Now, in Exhibit Morgan 003, if you take a
11  look at the fourth full paragraph, the last sentence
12  says, "We also consider the manufacturer's
13  suggested wholesale price in our determination."

14           Does that refer to your determination
15  of Blue Book AWP?

16      A.   Yes, sir.

17      Q.   How is the manufacturer's suggested
18  wholesale price considered in that determination?
19  What role does it play?

20      A.   Well, there are some manufacturers,
21  and we use the term manufacturers quite loosely,
22  we're actually talking about any supplier of data

Patricia Kay Morgan     Highly Confidential     January 11, 2005
New York, NY

110

```
 1        A.    Correct.
 2        Q.    And that is consistent with the
 3   AstraZeneca price announcement in Exhibit Morgan 023.
 4   Correct?
 5        A.    Correct.
 6        Q.    That number is not in plaintiffs'
 7   chart for Prilosec?
 8        A.    Correct.
 9        Q.    Now, if you go three lines up from
10   there in Exhibit Morgan 010, for Prilosec you have,
11   there's a column labeled BB PKG, that is the
12   First Data Bank Blue Book AWP, correct?
13        A.    Correct.
14        Q.    And that number for that date of
15   January 2002, $6,621.67, correct?
16        A.    Correct.
17        Q.    And that corresponds to the AWP after
18   alliance number provided in paragraph 591 of
19   Exhibit Morgan 018 for Prilosec; is that correct?
20        A.    That's correct.
21        Q.    But that number does not appear
22   anywhere on the, for Prilosec anywhere on the
```

Patricia Kay Morgan        Highly Confidential            January 11, 2005
                           New York, NY

111

1    AstraZeneca price list marked Exhibit Morgan 023.
2    Correct?
3         A.    That's correct.
4         Q.    So unlike 2001 the AWP -- the Blue
5    Book AWP for First Data Bank was different from
6    the suggested AWP for AstraZeneca's Prilosec.  Is
7    that correct?
8         A.    That's correct.
9         Q.    And why was that?
10              MR. SOBOL:  Objection to form.
11        Q.    What accounted for the change from --
12              MR. KERN:  Don't speculate.  Lacks
13         foundation.  Go ahead.
14        Q.    -- the 20 percent -- assuming the
15   plaintiffs' chart is correct, the markup,
16   reported markup in the First Data Bank database
17   was 20 percent for 2001 but 25 percent in 2002?
18        A.    I did not investigate this one, so I
19   have no reason to know why it changed.
20        Q.    Did anybody at AstraZeneca tell you
21   to change it?
22        A.    No, they did not.

Patricia Kay Morgan          Highly Confidential          January 11, 2005
                              New York, NY

                                                                    112

1      Q.    Do you have any reason to believe
2    that it was changed for any reason other than
3    your usual practice of surveying wholesalers and
4    populating your database?
5            MR. SOBOL:  Objection to form.
6      A.    I have no reason to believe that it
7    would change otherwise.
8      Q.    I would like to turn to the entries
9    on the plaintiffs' chart in paragraph 591 for
10   Aventis.  It's the third entry for Allegra 60 mg.
11   100s.
12           In -- and I believe the entries for
13   Allegra on our extract from the First Data Bank
14   database are on page 1 and 2.  Looking at
15   Exhibit Morgan 010, the -- seven lines up from the
16   bottom, the entry for Allegra 60MG tablets 100
17   count, it says WHN package.  That would be in the
18   First Data Bank database the Aventis WAC; is that
19   correct?
20     A.    Correct.
21     Q.    And that is listed in that column as
22   $98.63.  Is that correct?

Patricia Kay Morgan       Highly Confidential       January 11, 2005
                          New York, NY

113

1         A.      That's correct.

2         Q.      And that corresponds to the

3    WAC before alliance entry in the chart plaintiffs

4    have in paragraph 591 of Exhibit Morgan 018.  Correct?

5         A.      That's correct.

6         Q.      Did Aventis provide suggested AWPs in

7    2001 to First Data Bank?

8         A.      I would have to check the documents

9    to see.

10        Q.      There are none reflected for Allegra

11   in the chart that we've extracted from the First

12   Data Bank database.  If you look, we have only

13   WHN package and BB AWP prices.  Does that suggest

14   to you -- or does that refresh your recollection

15   as to whether Aventis was providing a suggested

16   AWP?

17        A.      Either that or you pull the data

18   bank, so it's one of those two potentials.

19              MR. SCHULZ:  Could you just repeat

20        it?

21        A.      Yes.

22              MR. SOBOL:  Sorry.  What page are you