# DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005 | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017<br>212 450 4000<br>FAX 212 450 3800 | MESSETURM<br>60308 FRANKFURT AM MAIN |
| 1600 EL CAMINO REAL<br>MENLO PARK, CA 94025 | | MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | WRITER'S DIRECT<br>212 450 4688 | 1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033 |
| 15, AVENUE MATIGNON<br>75008 PARIS | | 3A CHATER ROAD<br>HONG KONG |

April 18, 2007

Re: **In Re Pharmaceutical Industry Average Wholesale Price Litigation, Civil Action No. 01-CV-12257-PBS**

The Honorable Marianne B. Bowler
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Magistrate Bowler:

    I represent Defendant AstraZeneca Pharmaceuticals LP in the AWP litigations currently pending before the Court.

    It has come to my attention that the Assented-To Motion for Admission Pro Hac Vice submitted in the above referenced matter on my behalf, and entered by your Honor on June 15, 2006, contained a clerical error. Specifically, that motion and the accompanying certification correctly stated that I have been admitted to practice in the State of California and the Court of Appeals for the 9th Circuit, but incorrectly stated that I had also been admitted in 2001 to the "U.S. District Court for the Northern District of New York" and in 2003 to the "U.S. District Court for the Central District of New York." In fact, in those years I was admitted in the U.S. District Court for the Northern and Central Districts of California, respectively. The word "New York" in each of those places appears through administrative error. However, I was recently also admitted to practice in the State of New York.

    Please accept my apologies for any confusion or inconvenience that this error may have caused.

Sincerely,

Cheryl Thomae Viirand

Cc:    All Counsel of Record (via File & Serve)