UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| This Document Relates to: | Honorable Patti B. Saris |
| *The People of the State of Illinois v. Abbott Laboratories, Inc., et al.*, No. 1:06-5528 (N.D.Ill.) | |
| *State of Florida, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, No. 4:06cv476 (N.D.Fla.) | |
| *State of Mississippi v. Abbott Laboratories, Inc., et al.*, No. 3:06-566 (S.D.Miss.) | |
| *Commonwealth of Kentucky v. Warrick Pharmaceuticals Corp., et al.*, No. 3:06-69 (E.D.Kentucky) | |

**MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO THE REMAND MOTIONS OF THE STATES OF FLORIDA, ILLINOIS, MISSISSIPPI, AND KENTUCKY**

The Attorneys General of Florida, Illinois, Mississippi, and Kentucky, and Florida relator Ven-a-Care of the Florida Keys respectfully move this Court for leave to file the attached notice of supplemental authority relating to their remand motions.[1]  The proposed notice of supplemental authority advises the Court of the April 26, 2007 Order entered by Judge Cameron McGowan Currie of the United States District Court for the District of South Carolina in *State of*

---

[1] The remand motions of Florida, Illinois, and Mississippi were heard by this Court on February 1, 2007.  Kentucky's AWP action was transferred to this Court by the Judicial Panel on Multidistirct Litigation on January 19, 2007.  At the time of transfer, Kentucky's remand motion had been fully briefed.

*South Carolina v. Boehringer Ingelheim Roxane, Inc., et al.*, No. 3:07-cv-00665 ("Order"), a copy of which is attached to the proposed notice of supplemental authority as Exhibit 1.

Defendants in the South Carolina action had removed the State of South Carolina's AWP lawsuit on the same ground upon which Dey removed the Florida, Illinois, Mississippi, and Kentucky AWP lawsuits. Judge Currie granted the State of South Carolina's motion to remand, finding that the removal was untimely:

> The court adopts the common rationale set forth in the *Wisconsin* [*v. Amgen, Inc., et. al.,* 469 F. Supp. 2d 655 (W.D.Wis. 2007)] and *Hawaii* [*v. Abbott Laboratories, Inc., et al.*, 469 F. Supp. 2d 842 (D.Hawaii 2006)] decisions as they relate to the timeliness of the removal. That is, the court finds that the unsealing of the *qui tam* action did not constitute an "order" or "other paper" which renewed the time for filing a notice of removal. *See Wisconsin,* 469 F. Supp. 2d. at 664-65; *Hawaii,* 469 F. Supp. 2d at 848-49. *See also Alabama* (reaching same conclusion with minimal discussion). The court also agrees that nothing in or relating to the *qui tam* actions preceding the removal of this action can be deemed a "voluntary act" by the State of South Carolina. *See Alabama*, 2006 WL 3170553. Thus, nothing in regard to those actions revived the time for removal based on any "voluntary act" of Plaintiff.

Order, at 4. Although the Court was skeptical that 31 U.S.C. § 3732 conferred federal jurisdiction, it declined to decide the issue in light of the untimeliness of the removal:

> [A]s did the *Wisconsin* court, this court finds it "doubtful" that § 3732(b) was intended to allow removal of a long-pending state court action which raises only state law claims based solely on the filing or unsealing of a *qui tam* action. *Id.* Like that court, this court declines to make a definitive ruling on whether there is jurisdiction given the timeliness determination above.

Order, at 4-5.

Judge Currie's Order is additional authority supporting the remand motions of Florida, Illinois, Mississippi, and Kentucky.[2]  Accordingly, the motion of Florida, Illinois, Mississippi, and Kentucky for leave to file the attached notice of supplemental authority should be granted.

Dated: April 27, 2007

Respectfully submitted,

LISA MADIGAN
Attorney General of the State of Illinois

By: /s/ Robert S. Libman
ROBERT S. LIBMAN
Special Assistant Attorney General
for the State of Illinois
Miner, Barnhill & Galland
14 West Erie
Chicago, IL 60610
312-751-1170  phone
312-751-0438  facsimile
e-mail: rlibman@lawmbg.com

---

[2] Although Judge Currie declined to award attorneys' fees and costs, it distinguished the facts of the South Carolina case from those of the *Wisconsin* action, where defendants had made prior unsuccessful attempts at removal and advanced a theory of timeliness that had previously been rejected by the Wisconsin court.  The facts of the Illinois and Kentucky actions  (each of which has been previously removed and remanded based on untimeliness) are on all fours with facts of the *Wisconsin* action, making an award of attorneys' fees and costs appropriate.  Also attached to the proposed Notice of Supplemental Authority is the final order of Judge Crabb awarding the State of Wisconsin attorneys' fees of $14,208.

        JIM HOOD
        Attorney General of the State of Mississippi
        Harold E. Pizetta III (MBN 99867)
        Special Assistant Attorney General Chief
        Civil Litigation Division
        OFFICE OF THE ATTORNEY GENERAL
        Carroll Gartin Justice Center
        450 High Street, 5th Floor
        Jackson, Mississippi 39201

By:    /s/ Joseph Leray McNamara
        COPELAND, COOK, TAYLOR & BUSH, P.A.
        Charles G. Copeland (MBN 6516)
        Joseph Leray McNamara (MBN 2784)
        Ronnie Musgrove (MBN 3868)
        Frank Kolb (MBN 101092)
        Post Office Box 6020
        Ridgeland, MS  39158
        Telephone:  (601) 856-7200
        Facsimile:   (601) 856-7626

        BILL MCCOLLUM
        Attorney General of the State of Florida

By:    /s/ Mary S. Miller
        MARY S. MILLER (FL Bar No. 0780420)
        Assistant Attorney General
        OFFICE OF THE ATTORNEY GENERAL
        MEDICAID FRAUD CONTROL UNIT
        PL-01, The Capitol
        Tallahassee, Florida 32399-1050
        Telephone:850-414-3600
        Facsimile:850-487-9475

        ATTORNEYS FOR THE STATE OF FLORIDA

        James J. Breen
        Alison W. Simon
        THE BREEN LAW FIRM, P.A.
        Post Office Box 297470
        Pembroke Pines, FL 33029-7470

        Gary L. Azorsky
        Roslyn G. Pollack
        Joy P. Clairmont
        BERGER & MONTAGUE, P.C.
        1622 Locust Street
        Philadelphia, PA 19103
        Telephone: 215-875-5711
        Facsimile: 215-875-4604

        ATTORNEYS FOR RELATOR VEN-A-CARE OF THE FLORIDA KEYS

        GREGORY D. STUMBO
        Attorney General of the Commonwealth of Kentucky


By:   /s/ Robert S. Libman
        ROBERT S. LIBMAN
        Special Assistant Attorney General
        for the Commonwealth of Kentucky
        Miner, Barnhill & Galland
        14 West Erie
        Chicago, IL 60610
        312-751-1170  phone
        312-751-0438  facsimile
        e-mail: rlibman@lawmbg.com

        Paula J. Holbrook
        C. David Johnstone
        Office of the Attorney General
        1024 Capital Center Dr.
        Ste. 200
        Frankfort, KY 40601
        (502) 696-5300
        Paula.Holbrook@ag.ky.gov
        David.Johnstone@ag.ky.gov