CERTIFICATE OF SERVICE

    Lisa Mecca Davis certifies that she caused a copy of the foregoing Motion to be served on all counsel of record, by this Court's electronic-filing system, this 27th day of April, 2007.

                                                  /s/ Lisa Mecca Davis
                                                Lisa Mecca Davis