UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) _____ ) ) **THIS DOCUMENT RELATES TO:** ) ) *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-CV-1337-PBS ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris Magistrate Judge Marianne B. Bowler |

### RELATORS' MOTION TO COMPEL ABBOTT LABORATORIES, INC TO PRODUCE OR CONSENT TO ACCESS TO AND SHARING OF ALL DISCOVERY PRODUCED BY ABBOTT IN OTHER FALSE PRICE REPORT LITIGATION

The Relator, Ven-A-Care of the Florida Keys, Inc., ("the Relator") on its behalf and for the benefit of the United States of America, through its undersigned counsel, respectfully files this Motion to Compel Abbott Laboratories, Inc., to Produce or Consent to Access to and Sharing of all Discovery Produced by Abbott in Other False Price Report Litigation. This Motion is brought pursuant to Federal Rules of Civil Procedure 26 and 37, Section 20.3 of the Manual for Complex Litigation and other applicable law.

1

Respectfully submitted,

For the Relator, Ven-a-Care of the Florida Keys, Inc.,

 /s/ Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm
P. O. Box 297470
Pembroke Pines, FL 33029-7470
Phone: 954-874-1635
Fax: 954-874-1739
Email: jbreen@breenlaw.com
Email: alisonsimon@breenlaw.com


Sherrie R. Savett
Susan Schneider Thomas
Gary L. Azorsky
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Jonathan Shapiro
Stern, Shapiro, Weissberg & Grain LLP
90 Canal Street
Boston, MA 02114-5800
Tel: (617) 742-5800
Fax: (617) 742-5858

## CERTIFICATION

The undersigned counsel certifies pursuant to LR 7.1(a)(2) that counsel for the Relator Ven-A-Care of the Florida Keys, Inc., has conferred with counsel for the Defendant Abbott Laboratories, Inc. on the issues raised in this motion and have not been able to reach an agreement.

Dated: April 27, 2007

                                                    /s/ Alison W. Simon

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above Motion to Compel Abbott Laboratories, Inc., to Produce or Consent to Access to and Sharing of all Discovery Produced by Abbott in Other False Price Report Litigation to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: April 27, 2007

                                                    /s/ Alison W. Simon_____