UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>) <br>_____ )<br>)<br>**THIS DOCUMENT RELATES TO:** )<br>)<br>*United States of America, ex rel. Ven-a-Care* )<br>*of the Florida Keys, Inc. v. Abbott* )<br>*Laboratories, Inc.,* )<br>CIVIL ACTION NO. 06-CV-1337-PBS ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## PROPOSED ORDER

## GRANTING RELATOR'S MOTION TO COMPEL

Upon consideration of the Relator's Motion to Compel Abbott Laboratories, Inc., to Produce or Consent to Access to and Sharing of all Discovery Produced by Abbott in Other False Price Report Litigation, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHERORDERED that within five (5) business days of entry of this Order, Abbott shall take the action specified at paragraphs 1 or 2 below:

1.) File with this Court, and serve on all parties to this MDL, its consent to the Relator and all government parties in this MDL litigation and in any false price actions pending in this MDL or in any other state or federal court, sharing among themselves and using in such false price actions all documents

produced, previously or in the future, by Abbott and all depositions and statements existing now or in the future, regardless of Abbott's designation of them as being subject to a protective order of this or any other court. Any such sharing and use shall be subject to and consistent with this Court's existing Protective Order in this CIVIL ACTION NO. 06-CV-1337-PBS,

2.) File with this Court, and serve on all parties to this MDL, its acknowledgement that it shall produce to the Relator and all government parties in this MDL litigation, and in any false price actions pending in this MDL or in any other state or federal court, all documents produced by Abbott and all depositions and statements of current and former Abbott employees and agents produced or taken in any false price actions pending in this MDL or in any other state or federal court , regardless of Abbott's designation of such as being subject to a protective order of this or any other court. Abbott shall produce such documents and deposition testimony and statements that it is currently aware of within 15 days of this Order and shall thereafter produce such additional documents and statements within 15 days of their production in any other action and future deposition testimony within 15 days of the conclusion of any session of the deposition.   All items so produced shall be subject to and consistent with this Court's existing Protective Order in this CIVIL ACTION NO. 06-CV-1337-PBS.  Abbott shall produce such items in the same form and with the same bates number indicators as are produced in the other litigation and, where available, shall also produce any information showing the relationship of the bates numbering of documents produced in

     other litigation with the bates numbering of common documents produced in this CIVIL ACTION NO. 06-CV-1337-PBS,

3.) For the purposes of this order, false price actions and litigation shall include any proceedings wherein it has been alleged that Abbott reported or caused the reporting of prices that caused injury or damage to any government program that reimbursed for pharmaceutical products.

This day _____ of _____, 2007

                                                  _____  
                                                  PATTI B. SARIS  
                                                  UNITED STATES DISTRICT JUDGE