# TABLE OF CONTENTS TO EXHIBITS

| | | |
|---|---|---|
| **Exhibit A** | Transcript Excerpt from hearing on February 27, 2007 | |
| **Exhibit B** | Agreed Motion to Extend Time Pursuant to Paragraph 7 of Case Management Order No. 29 dated, April 13, 2007 | |
| **Exhibit C** | 4 Mandumus Orders | |
| **Exhibit D** | DVD Containing Sample Documents | Submitted to Court for In Camera review pursuant to Paragraph 7 of CMO 29. |
| **Exhibit E** | Relator's Chart Listing Documents Included in Sample, Abbott's Response/Objections And Relator's Comments (By VAC Reference Number)(In Camera Exhibit D) | Submitted to Court for In Camera review pursuant to Paragraph 7 of CMO 29. |
| **Exhibit E** | Relator's Chart Listing Documents Included in Sample, Abbott's response/Objections And Relator's Comments (Grouped by Abbott Objection) (In Camera Exhibit E) | Submitted to Court for In Camera review pursuant to Paragraph 7 of CMO 29. |
| **Exhibit F** | Exhibit F is a copy of a letter dated March 20, 2007, from Relator's counsel transmitting the sample documents to Abbott Counsel. | |
| **Exhibit G** | Letter dated April 10, 2007, from Abbott Counsel. | |
| **Exhibit H** | Letter dated February 8, 2007, from Relator's counsel to Abbott counsel regarding sharing of documents. | |
| **Exhibit I** | Letter dated February 5, 2007, from Abbott's counsel to Department of Justice regarding sharing of documents. | |
| **Exhibit J** | Letter dated February 12, 2007, from Abbott's counsel to Relator's counsel regarding sharing of documents. | |
| **Exhibit K** | Texas Court's Existing First Amended Protective Order | |
| **Exhibit L** | Proposed Order Granting Relator's Motion to Compel | |