UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ **THIS DOCUMENT RELATES TO:** *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-CV-1337-PBS | ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris Magistrate Judge Marianne B. Bowler |

# EXHIBIT B

## to

**RELATORS' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL ABBOTT LABORATORIES, INC TO PRODUCE OR CONSENT TO ACCESS TO AND SHARING OF ALL DISCOVERY PRODUCED BY ABBOTT IN OTHER FALSE PRICE REPORT LITIGATION**



14481109
Apr 13 2007
4:36PM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) ) Hon. Patti B. Saris ) ) Magistrate Judge Marianne B. Bowler |
| **THIS DOCUMENT RELATES TO:** *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-CV-1337-PBS | ) ) ) ) ) |

## AGREED MOTION TO EXTEND TIME PRUSUANT TO PARAGRAPH 7 OF CASE MANAGEMENT ORDER NO 29

Comes now, the Relator, Ven-a-Care of the Florida Keys, Inc., by and through its undersigned counsel and files this, its Agreed Motion to Extend Time Pursuant to Paragraph 7 of Case Management Order No. 29, and states as follows:

1. This court recently entered Case Management Order No. 29 governing *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-CV-1337-PBS, and provided at paragraph 7 for the Relator to file a Motion to Compel directed at documents produced by Abbott to certain states in similar actions. The court required that the parties engage in a specific meet and confer process.

2. Counsel has participated in the meet and confer process directed by the court; however, this has taken longer than initially anticipated. The Relator is in the process of preparing the Motion to Compel contemplated by paragraph 7 of

Case Management Order No. 29 in a manner intended to minimize the amount of time that the Court must devote to resolving this issue.

3. The undersigned has conferred with counsel for Abbott Laboratories, Jim Daly, and Abbott agrees to the relief requested herein.

4. The undersigned contemplates that it will take up to an additional two weeks to prepare the Motion to Compel contemplated by paragraph 7 of Case Management Order No. 29.

Wherefore, Ven-a-Care of the Florida Keys, Inc., respectfully requests:

1. That the time for filing the Motion to Compel pursuant to paragraph 7 of Case Management Order No. 29 be extended up to and including April 24, 2007.

2. That the time for the filing of the Defendant's response to the Relator's Motion to Compel shall be extended up to seven calendar days following service of the Motion to Compel.

3. That the Court enter the Proposed Order attached hereto as Exhibit A.

Respectfully submitted.

                                                For the Relator, Ven-a-Care of the Florida Keys, Inc.,

Dated: April 13, 2007                      /s/ Alison W. Simon_____

                                                James. J. Breen
Alison W. Simon
The Breen Law Firm
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com
Sherrie R. Savett
Susan Schneider Thomas

Gary L. Azorsky
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Jonathan Shapiro
Stern, Shapiro, Weissberg & Grain LLP
90 Canal Street
Boston, MA 02114-5800
Tel: (617) 742-5800
Fax: (617) 742-5858

## **CERTIFICATE OF SERVICE**

I, Alison W. Simon, hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on April 13, 2007, a copy to Lexis Nexis for posting and notification to all parties.

/s/ Alison W. Simon_____

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ **THIS DOCUMENT RELATES TO:** *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-CV-1337-PBS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris Magistrate Judge Marianne B. Bowler |

**PROPOSED ORDER**

Upon consideration of the Relator's Agreed Motion to Extend Time Pursuant to Paragraph 7 of Case Management Order No. 29, it is hereby ORDERED that the Motion is GRANTED as follows:

1. That the time for filing the Motion to Compel pursuant to paragraph 7 of Case Management Order No. 29 be extended up to and including April 24, 2007.

2. That the time for the filing of the Defendants response to the Relator's Motion to Compel shall be extended up to seven days following service of the Motion to Compel.

This day _____ of _____, 2007

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE