UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> _____ <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* <br> CIVIL ACTION NO. 06-CV-1337-PBS | ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |

# EXHIBIT D
# to

**(PROVIDED IN CAMERA AND UNDER SEAL)**

**RELATORS' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL ABBOTT LABORATORIES, INC TO PRODUCE OR CONSENT TO ACCESS TO AND SHARING OF ALL DISCOVERY PRODUCED BY ABBOTT IN OTHER FALSE PRICE REPORT LITIGATION**