UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> _____ <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* <br> CIVIL ACTION NO. 06-CV-1337-PBS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |

# EXHIBIT F

# to

**<u>RELATORS' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL ABBOTT LABORATORIES, INC TO PRODUCE OR CONSENT TO ACCESS TO AND SHARING OF ALL DISCOVERY PRODUCED BY ABBOTT IN OTHER FALSE PRICE REPORT LITIGATION</u>**

# THE BREEN LAW FIRM, P.A.

Attorneys and Counselors at Law

## James Joseph Breen
Member of Florida & Georgia Bars

5755 North Point Parkway, Suite 39, Alpharetta, Georgia 30022
Tel. No. 770-740-0008     jbreen@breenlaw.com     Fax: 770-740-9109

March 20, 2007

**SENT VIA FEDERAL EXPRESS**
Jim Daly
Jones Day
77 West Wacker Suite 3500
Chicago, IL 60601-1692

Re: *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al v. Abbott Laboratories, Inc., et al, MDL No 1456 Civil Action No. 01-CV-12257*

Dear Jim,

Pursuant to paragraph 7 of our jointly proposed Case Management Order 29 and the instructions of Judge Saris at our last hearing, I have selected samples of documents which I believe are representative of documents that Abbott has produced in the Texas or other state actions, but withheld in the United States' action. The sample documents are copied to the enclosed CD. My staff and I have attempted to include only documents that Abbott has withheld from its production to the United States or produced only recently with copies of Texas depositions after significant effort on our part to persuade Abbott to do so. I am also advised that Abbott has today delivered additional documents to Texas Assistant Attorney General, Ray Winter and Ven-A-Care counsel, Jarrett Anderson at your Chicago offices as they are currently conducting depositions there. I have not had an opportunity to review these additional documents; however, I wish to include them in this process if they have not been produced to the United States. I have been advised that they are labeled as TXABT-673723 through TXABT-674367.

I will forward to you, under separate cover, an index of the sample documents that should facilitate our discussions.

Please let me know if you have any questions.

Sincerely,

James J. Breen, Esq.

JJB/rs
CC: (without enclosures)
Renee Brooker (US DOJ)
Mark Lavine (Assist. U.S. Attorney)