UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) ) _____ ) ) **THIS DOCUMENT RELATES TO:** ) ) *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* ) ) ) CIVIL ACTION NO. 06-CV-1337-PBS   ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris Magistrate Judge Marianne B. Bowler |

# EXHIBIT G

# to

**RELATORS' MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL ABBOTT LABORATORIES, INC TO PRODUCE OR CONSENT TO ACCESS TO AND SHARING OF ALL DISCOVERY PRODUCED BY ABBOTT IN OTHER FALSE PRICE REPORT LITIGATION**

# JONES DAY

77 WEST WACKER • CHICAGO, ILLINOIS 60601-1692
TELEPHONE: 312-782-3939 • FACSIMILE: 312-782-8585

April 10, 2007

VIA EMAIL TO: JBREEN@BREENLAW.COM

James J. Breen
The Breen Law Firm, P.A.
5755 North Point Pkwy, Suite 39
Alpharetta, GA 30022

Re: U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Labs, Inc.; No. 06 CV 11337

Dear Jim:

We have reviewed the documents that you provided via CD on March 20, 2007. As we discussed in our meet and confer on April 4, 2007, some of the documents you identified already have been produced to DOJ (so we obviously have no problem with DOJ having them); some others we agree should be produced to DOJ, and we will do so shortly; and some we will not agree to produce to DOJ. In those instances where the index did not match the linked image, we reviewed both documents. We identify the documents by category below.

## Documents Already Produced to DOJ

From your list, the following documents have been produced to DOJ already:

| | |
|---|---|
| CA ABT 005972 | ABT-DOJ 0220179 |
| Composite exhibit, non consecutive bates | Chronis Ex. 192 |
| No bates number - BLF Tracking # 4 | ABT-DOJ 0021061 |
| TXABT 000002 | ABT-DOJ 0221924 |
| TXABT 000074-000076 | Lotz Ex. 49 |
| TXABT 000077-000078 | Lotz Ex. 47 |
| TXABT 000079 | Lotz Ex. 46 |
| TXABT 000081-000082 | Lotz Ex. 45 |
| TXABT 000185 | within document ABT-DOJ 0222058 |
| TXABT 000205 | within document ABT-DOJ 0222058 |
| TXABT 011191 / ABT 202754 | ABT-DOJ 0009494 |
| TXABT 014397 / ABT 276183 | ABT-DOJ 0053384 |
| TXABT 026614 | ABT-DOJ 0138225 |
| TXABT 036680-036708 / AB0018635-62 | ABT-DOJ 0142286 |
| TXABT 036730 / AB0018684 | ABT-DOJ 0142336 |
| TXABT 038641-038642 / AB 0020102-3 | ABT-DOJ 0154975-6 |
| TXABT 134668 | ABT-DOJ 0173677 |

**JONES DAY**

April 10, 2007
Page 2

| | |
|---|---|
| TXABT 143030-143035 | ABT-DOJ 0175390-5 |
| TXABT 143060 | ABT-DOJ 0175422 |
| TXABT 156739-156807 | Sellers Ex. 370 |
| TXABT 156759 | Chronis Ex. 190 |
| TXABT 158309 | Chronis Ex. 179 |
| TXABT 158310-158311 | Chronis Ex. 180 |
| TXABT 158312-158425 | Chronis Ex. 182 |
| TXABT 158511-158512 | Chronis Ex. 185 |
| TXABT 158513 | Chronis Ex. 184 |
| TXABT 158515-158516 | Chronis Ex. 186 |
| TXABT 158519-158520 | Chronis Ex. 187 |
| TXABT 158531 | Chronis Ex. 191 |
| TXABT 158536-15857 | Chronis Ex. 193 |

**Documents Abbott Agrees to Produce**

Many of the documents you identify are responsive, and we agree that they should be produced. We will produce these documents to DOJ promptly. These documents are:

CA ABT 006828-006829
CA ABT 006830-006832
CA ABT 006834-006835 / TXABT42077-42078
CA ABT 006836
TXABT 042025-042026 and Cal 29
TXABT 042068-042070 / CA ABT 06825-27
TXABT 042700 / CAABT07657
TXABT 042702-042703 / CA ABT 07659-60
TXABT 056942
TXABT 056944-056948
TXABT 069957-069959
TXABT 069968
TXABT 097036-097037
TXABT 099765
TXABT 131263 / TXABT 434309
TXABT 136044-136070
TXABT 136079-136084
TXABT 172992-172013
TXABT 193546-193557
TXABT 193690-193694
TXABT 193694-193698
TXABT 193770-193787
TXABT 377235

**JONES DAY**

April 10, 2007
Page 3

      TXABT 400089-400105
      TXABT 400106-400108
      TXABT 418807-418825
      TXABT 433051
      TXABT 434261
      TXABT 434304
      TXABT 434314-434322
      TXABT 434348-434358
      TXABT 434359
      TXABT 452823-452824
      TXABT 452848-452849
      TXABT 454221-454226
      TXABT 458558-607
      TXABT 458634
      TXABT 482131
      TXABT 482215-17
      TXABT 496775
      TXABT 499111-499124
      TXABT 499178
      TXABT 507188-507202
      TXABT-E 0002045-7
      TXABT-E 0007749-50
      TXABT-E 0013406-16
      TXABT-E 0013796-9
      TXABT-E 0019150
      TXABT-E 0023232
      TXABT-E 0025944-6
      TXABT-E 0042264

### Documents Abbott Will Not Agree to Produce

Some of the documents you identify should not be produced to the DOJ. Unlike the Texas action, which includes claims based on PPD drugs and purports to claim damages to the present time, the DOJ action is much more limited. It includes only four Subject Drugs -- all from HPD -- and has an explicit time frame alleged in the Complaint of 1991-2001. As Judge Saris made clear in the hearing on February 27, 2007, DOJ, having sued on four specific drugs, is not entitled to conduct a fishing expedition for other drugs simply because such discovery may have been produced in other cases. Thus, the following documents on your list, which relate exclusively to PPD drugs, and which do not in any way relate to "marketing the spread" or "manipulating AWP," should not be produced to DOJ:

April 10, 2007
Page 4

        TXABT 155917-155938
        TXABT 160077-160100
        TXABT 160112
        TXABT 196937-196961
        TXABT 232584-232638
        TXABT 243905
        TXABT 243982-243996
        TXABT 244010-244027
        TXABT 244714-244717
        TXABT 244717-244812
        TXABT 244823-245213
        TXABT 245225-245266
        TXABT 249143-249161
        TXABT 269814-269820
        TXABT 291048- 291118
        TXABT 291186-291201
        TXABT 293382-293394
        TXABT 296141-296159
        TXABT 325897-325905
        TXABT 325906-325912
        TXABT 325962- 325969
        TXABT 364086-364087
        TXABT 364413-364414
        TXABT 364511- 364512
        TXABT 365509-365510
        TXABT 368077-368080
        TXABT 369680
        TXABT 369682-369684
        TXABT 370566-370568
        TXABT 372587-372594
        TXABT 376302-376304
        TXABT 376835
        TXABT 381378
        TXABT 381475
        TXABT 382912-382927
        TXABT 383014-383020
        TXABT 396415
        TXABT 406653-406655
        TXABT 411341-411364
        TXABT 596107-596114
        TXABT 607849-607858
        TXABT 672974-672979

JONES DAY

April 10, 2007
Page 5

      TXABT-E 0013451-9
      TXABT-E 0064245-302
      TXABT-E 0068742-74
      TXTABT-E 0057113-18
      TXTABT-E 0064956-87

      In addition, documents which are not responsive because they do not apply to the drugs at issue, and which do not in any way relate to "marketing the spread" or "manipulating AWP," should not be produced to DOJ. We will not agree to produce the following:

      TXABT 097030-097032
      TXABT 102515-102547
      TXABT 102519-102852
      TXABT 103233
      TXABT 180159
      TXABT 244045-244053
      TXABT 244135-244139
      TXABT 367342-367389
      TXABT 479595-479596
      TXABT-E 0011537-8
      TXTABT-E 0043186

      Similarly, certain documents that fall outside the range of January 1, 1991, through December 31, 2001, are beyond the scope of the DOJ case and should not be produced. During our meet and confer, we discussed various reasons why Abbott believes this time limitation is especially apt with respect to DOJ. Understanding that you disagree, I will not belabor the points here. We will not agree to produce the following documents, all of which fall outside the relevant time frame:

      TXABT 107921-107923
      TXABT 124896
      TXABT 130724-130750
      TXABT 132669-132694
      TXABT 135759-135760
      TXABT 135767-135768
      TXABT 135769-135770
      TXABT 135789-135791
      TXABT 135803-135805
      TXABT 135817
      TXABT 135820-135824
      TXABT 135844
      TXABT 135945-135948

April 10, 2007
Page 6

       TXABT 136132
       TXABT 136172-136177
       TXABT 136267
       TXABT 145322-145323
       TXABT 145356-145310
       TXABT 145700-145701
       TXABT 155938-155943
       TXABT 453311-453321
       TXABT 453403-453413
       TXABT 453662-453663
       TXABT 507371
       TXABT-E 0000004-5
       TXABT-E 0000067-71 / TXABT 130708
       TXABT-E 0000253-4
       TXABT-E 0010433-5
       TXABT-E 0013322
       TXABT-E 0057250-2
       TXABT-E 0060617
       TXABT-E 0065053-67
       TXTABT-E 0043236
       TXTABT-E 0044939-43

       If you have any questions or additional comments, or if you wish to attempt to reach additional compromises, please do not hesitate to contact me.

       Sincerely,

       James R. Daly

cc:    Jason Winchester
      Christopher Cook