UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 |
| _____ | ) ) ) | Civil Action No. 01-12257-PBS Hon. Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | Magistrate Judge Marianne B. Bowler |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-CV-1337-PBS | ) ) ) ) | |

### RELATORS' MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS RELATING TO RELATORS' MOTION TO COMPEL ABBOTT LABORATORIES, INC TO PRODUCE OR CONSENT TO ACCESS TO AND SHARING OF ALL DISCOVERY PRODUCED BY ABBOTT IN OTHER FALSE PRICE REPORT LITIGATION

The Relator, Ven-A-Care of the Florida Keys, Inc., ("the Relator") on its behalf and for the benefit of the United States of America, through its undersigned counsel, respectfully files this Motion For Leave to File Certain Items Under Seal relating to its Motion to Compel Abbott Laboratories, Inc., to Produce or Consent to Access to and Sharing of all Discovery Produced by Abbott in Other False Price Report Litigation. The items to be filed under seal are documents and tables with descriptions of such documents

that are being submitted for *in camera* review by this Court pursuant to Paragraph 7 of CMO 29 and as directed by the Court at the hearing in this cause held on February 27, 2007, an excerpt from which its attached hereto as Exhibit A.

                                            Respectfully submitted,

                                            For the Relator, Ven-a-Care of the Florida Keys, Inc.,

                                            /s/ Alison W. Simon
                                            James J. Breen
                                            Alison W. Simon
                                            The Breen Law Firm
                                            P. O. Box 297470
                                            Pembroke Pines, FL 33029-7470
                                            Phone: 954-874-1635
                                            Fax: 954-874-1739
                                            Email: jbreen@breenlaw.com
                                            Email: alisonsimon@breenlaw.com

                                            Sherrie R. Savett
                                            Susan Schneider Thomas
                                            Gary L. Azorsky
                                            1622 Locust Street
                                            Philadelphia, PA 19103
                                            Tel: (215) 875-3000
                                            Fax: (215) 875-4604

                                            Jonathan Shapiro
                                            Stern, Shapiro, Weissberg & Grain LLP
                                            90 Canal Street
                                            Boston, MA 02114-5800
                                            Tel: (617) 742-5800
                                            Fax: (617) 742-5858

Dated: April 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above Relators' Motion for Leave to File Under Seal Certain Documents Relating to Relators' Motion to Compel Abbott Laboratories, Inc., to Produce or Consent to Access to and Sharing of all Discovery Produced by Abbott in Other False Price Report Litigation to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: April 27, 2007

/s/  Alison W. Simon