UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> _____ <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* <br> CIVIL ACTION NO. 06-CV-1337-PBS | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |

**PROPOSED ORDER
<u>GRANTING RELATOR'S MOTION FOR LEAVE TO FILE UNDER SEAL
CERTAIN DOCUMENTS RELATING TO RELATOR'S MOTION TO COMPEL</u>**

Upon consideration of the Relator's MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS RELATING TO RELATOR'S MOTION TO COMPEL ABBOTT LABORATORIES INC. TO PRODUCE OR CONSENT TO ACCESS TO AND SHARING OF ALL DISCOVERY PRODUCTED BY ABBOTT IN OTHER FALSE PRICE REPORT LITIGATION, it is hereby ORDERED that the Motion is GRANTED.  The Clerk of Court shall file under seal documents submitted by the Relator, Ven-A-Care of the Florida Keys, Inc., to this Court for In Camera review pursuant to paragraph 7 of CMO 29.

This day _____ of _____, 2007

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE