# Exh. 055

**MT 076440**

Division: Pharmaceutical
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02                 1 of 2
Average Sales Price Quarterly Report

Texas AMP?

DEPOSITION EXHIBIT 055 J. Buska

AWP

| NDC | Product Code | Product Name | AWP | Average Sales Price |
|---|---|---|---|---|
| 00026-2521-06 | 252110 | PRAZIQUANTEL | 11.90166 | 9.711369 |
| 00026-2613-01 | 261320 | DOME-PASTE BANDAGE 3" | 15.1000 | 12.243365 |
| 00026-2614-01 | 261440 | DOME-PASTE BANDAGE 4" | 16.54000 | 13.445070 |
| 00026-2855-48 | 285530 | NIMODIPINE | 6.99970 | 5.550694 |
| 00026-2855-70 | 285540 | NIMODIPINE CAPS UNIT DOSE PKG/30 | 7.32600 | 5.852133 |
| 00026-2861-51 | 286110 | ACARBOSE TABLET 50MG BOTTLE OF 100 | 0.57580 | 0.439192 |
| 00026-2861-48 | 286120 | ACARBOSE TABLET 50MG UD BOTTLE OF 100 | 0.60450 | 0.448962 |
| 00026-2862-51 | 286210 | ACARBOSE TABLET 100MG BOTTLE OF 100 | 0.74220 | 0.552475 |
| 00026-2863-51 | 286310 | PRECOSE 25MG | 0.57580 | 0.433773 |
| 00026-2883-51 | 288310 | BAYCOL .2MG TABLETS | 1.54530 | 1.207532 |
| 00026-2883-86 | 288350 | BAYCOL .2MG BTL. 90 | 1.62244 | 1.133151 |
| 00026-2884-51 | 288410 | BAYCOL .3MG TABLETS | 1.42250 | 1.470879 |
| 00026-2884-86 | 288450 | BAYCOL .3MG BTL. 90 | 1.62244 | 1.137914 |
| 00026-2885-51 | 288510 | BAYCOL .4MG BTL. 100 | 1.62250 | 1.351661 |
| 00026-2885-69 | 288540 | BAYCOL .4MG BTL. 30 | 1.62300 | 1.160876 |
| 00026-2885-86 | 288550 | BAYCOL .4MG BTL. 90 | 1.62244 | 1.152853 |
| 00026-2885-*9 | 288599 | BAYCOL .4MG DRUM | | 0.593236 |
| 00026-2886-69 | 288640 | BAYCOL .8MG BTL. 30 | 2.41933 | 1.731919 |
| 00026-2886-86 | 288650 | BAYCOL .8MG BTL. 90 | 2.41922 | 1.656794 |
| 00026-3091-61 | 309110 | CLOTRIMAZOLE CREAM 1%-15GM | 0.74400 | 0.524791 |
| 00026-3091-59 | 309126 | CLOTRIMAZOLE CREAM 1%-30GM | 0.64900 | 0.527601 |
| 00026-3091-67 | 309186 | CLOTRIMAZOLE CREAM 90G(2X45G) TUBES | 0.36433 | 0.272386 |
| 00026-8151-20 | 815140 | DACARBAZINE 200MG 20ML VIAL | 27.7266 | 0.108105 |
| 00026-8161-15 | 816130 | MITHRACIN 2500  size 10 | 98.73600 | 0.045324 |
| 00026-8196-36 | 819520 | APROTININ INJECTION | 2.27858 | 1.756227 |
| 00026-8197-63 | 819530 | APROTININ INJECTION | 2.27859 | 1.772422 |
| 00026-8511-06 | 851140 | CIPRO CYCTITIS PACK | 2.97500 | 2.264977 |
| 00026-8512-51 | 851210 | CIPROFLOXACIN HCL 250MG BOTTLE/100 | 3.99120 | 3.091273 |
| 00026-8512-21 | 851220 | CIPROFLOXACIN HCL 250MG 100'S UD | 4.13420 | 2.985979 |
| 00026-8513-51 | 851310 | CIPROFLOXACIN HCL 500MG BOTTLE/100 | 4.47180 | 3.064391 |
| 00026-8513-48 | 851320 | CIPROFLOXACIN HCL 500MG 100'S UD | 4.82740 | 3.242213 |
| 00026-8514-48 | 851420 | CIPROFLOXACIN HCL 750MG 100'S UD | 4.82740 | 3.429394 |

Run Date & Time 8/29/2001    3:16:39PM

Division  Pharmaceutical
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02
Average Sales Price Quarterly Report

2 of 2

| NDC | Product Code | Product Name | AWP | Average Sales Price |
|---|---|---|---|---|
| 00026-8514-50 | 851430 | CIPROFLOXACIN HCL 750MG BOTTLE/50 | 4.67220 | 3.626352 |
| 00026-8562-20 | 851620 | CIPROFLOXACIN IV 200MG VIALS | | 0.438203 |
| 00026-8564-64 | 851640 | CIPROFLOXACIN IV 400MG VIALS | 0.72030 | 0.470136 |
| 00026-8566-65 | 851660 | CIPRO IV PHARMACY BULK PKGS | 0.64772 | 0.335826 |
| 00026-8552-36 | 852520 | CIPROFLOXACIN IV 200MG BAG | 0.15006 | 0.090560 |
| 00026-8554-63 | 852540 | CIPROFLOXACIN IV 400MG BAG | 0.15006 | 0.087004 |
| 00026-8527-36 | 852720 | CIPRO IV 200MG BAGS (BAXTER) | 0.15006 | 0.091473 |
| 00026-8527-63 | 852740 | CIPRO IV 400MG BAGS (BAXTER) | 0.15006 | 0.087867 |
| 00026-8551-36 | 855110 | CIPRO 5% ORAL SUSPENSION | 0.79820 | 0.563428 |
| 00026-8553-36 | 855310 | CIPRO 10% ORAL SUSPENSION | 0.93440 | 0.703776 |
| 00026-8581-69 | 858140 | AVELOX 400MG BTL 30 | 9.06100 | 6.423326 |
| 00026-8581-41 | 858170 | AVELOX 400MG ABC PK 5'S | 9.06200 | 6.421171 |
| 00026-8811-51 | 881110 | NIFEDIPINE CAPSULES 10MG BOTTLE/100 | 0.53670 | 0.388449 |
| 00026-8841-51 | 884120 | NIFEDIPINE EXT RLSE TAB 30MG BOTTLE/100 | 1.29940 | 0.808587 |
| 00026-8841-48 | 884130 | NIFEDIPINE EXT RLSE TAB 30MG UNIT DS/100 | 1.34430 | 2.426860 |
| 00026-8841-54 | 884150 | NIFEDIPINE 30MG BULK PKG/1000   DS/100 | 1.29939 | 0.887624 |
| 00026-8841-72 | 884160 | NIFEDIPINE 30MG BULK PKG/5000   DS/100 | 1.29939 | 0.818870 |
| 00026-8851-51 | 885120 | NIFEDIPINE EXT RLSE TAB 60MG BOTTLE/100 | 2.31470 | 1.309325 |
| 00026-8851-48 | 885130 | NIFEDIPINE EXT RLSE TAB 60MG UNIT DS/100 | 2.48030 | 1.601643 |
| 00026-8851-54 | 885150 | NIFEDIPINE 60MG BULK PKG/1000   DS/100 | 2.31464 | 1.350309 |
| 00026-8851-72 | 885160 | NIFEDIPINE 60MG BULK PKG/5000   DS/100 | 1.84644 | 1.637234 |
| 00026-8861-51 | 886120 | NIFEDIPINE EXT RLSE TAB 90MG BOTTLE/100 | 2.43540 | 1.607548 |
| 00026-8861-48 | 886130 | NIFEDIPINE EXT RLSE TAB 90MG UNIT DS/100 | 2.76740 | 1.818312 |
| 00026-9711-01 | 971110 | VIADUR KIT WITH IMPLANT | 5484.00000 | 2,943.857143 |

**MT 076441**

Run Date & Time 8/29/2001    3:16:39PM

Division: Pharmaceutical      Bayer Pharmaceuticals - Quarter 2001/02      1 of 2
Report: Average Selling Price      Average Sales Price Quarterly Report

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-2521-06 | 252110 | PRAZIQUANTEL | 9.711369 |
| 00026-2613-01 | 261320 | DOME-PASTE BANDAGE 3" | 12.243365 |
| 00026-2614-01 | 261440 | DOME-PASTE BANDAGE 4" | 13.445070 |
| 00026-2855-48 | 285530 | NIMODIPINE | 5.550694 |
| 00026-2855-70 | 285540 | NIMODIPINE CAPS UNIT DOSE PKG/30 | 5.852133 |
| 00026-2861-51 | 286110 | ACARBOSE TABLET 50MG BOTTLE OF 100 | 0.439192 |
| 00026-2861-48 | 286120 | ACARBOSE TABLET 50MG UD BOTTLE OF 100 | 0.448962 |
| 00026-2862-51 | 286210 | ACARBOSE TABLET 100MG BOTTLE OF 100 | 0.552475 |
| 00026-2863-51 | 286310 | PRECOSE 25MG | 0.433773 |
| 00026-2883-51 | 288310 | BAYCOL .2MG TABLETS | 1.207532 |
| 00026-2883-86 | 288350 | BAYCOL .2MG BTL. 90 | 1.133151 |
| 00026-2884-51 | 288410 | BAYCOL .3MG TABLETS | 1.470879 |
| 00026-2884-86 | 288450 | BAYCOL .3MG BTL. 90 | 1.137914 |
| 00026-2885-51 | 288510 | BAYCOL .4MG BTL. 100 | 1.351661 |
| 00026-2885-69 | 288540 | BAYCOL .4MG BTL. 30 | 1.160876 |
| 00026-2885-86 | 288550 | BAYCOL .4MG BTL. 90 | 1.152853 |
| 00026-2885-*9 | 288599 | BAYCOL .4MG DRUM | 0.593236 |
| 00026-2886-69 | 288640 | BAYCOL .8MG BTL. 30 | 1.731919 |
| 00026-2886-86 | 288650 | BAYCOL .8MG BTL. 90 | 1.656794 |
| 00026-3091-61 | 309110 | CLOTRIMAZOLE CREAM 1%-15GM | 0.524791 |
| 00026-3091-59 | 309126 | CLOTRIMAZOLE CREAM 1%-30GM | 0.527601 |
| 00026-3091-67 | 309186 | CLOTRIMAZOLE CREAM 90G(2X45G) TUBES | 0.272386 |
| 00026-8151-20 | 815140 | DACARBAZINE 200MG 20ML VIAL | 0.108105 |
| 00026-8161-15 | 816130 | MITHRACIN 2500 | 0.045324 |
| 00026-8196-36 | 819520 | APROTININ INJECTION | 1.756227 |
| 00026-8197-63 | 819530 | APROTININ INJECTION | 1.772422 |
| 00026-8511-06 | 851140 | CIPRO CYCTITIS PACK | 2.264977 |
| 00026-8512-51 | 851210 | CIPROFLOXACIN HCL 250MG BOTTLE/100 | 3.091273 |
| 00026-8512-48 | 851220 | CIPROFLOXACIN HCL 250MG 100'S UD | 2.985979 |
| 00026-8513-51 | 851310 | CIPROFLOXACIN HCL 500MG BOTTLE/100 | 3.064391 |
| 00026-8513-48 | 851320 | CIPROFLOXACIN HCL 500MG 100'S UD | 3.242213 |
| 00026-8514-48 | 851420 | CIPROFLOXACIN HCL 750MG 100'S UD | 3.429394 |

**MT 076442**

Run Date & Time 8/29/2001   3:20:07PM

Division: Pharmaceutical

Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02

Average Sales Price Quarterly Report

2 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-8514-50 | 851430 | CIPROFLOXACIN HCL 750MG BOTTLE/50 | 3.626352 |
| 00026-8562-20 | 851620 | CIPROFLOXACIN IV 200MG VIALS | 0.438203 |
| 00026-8564-64 | 851640 | CIPROFLOXACIN IV 400MG VIALS | 0.470136 |
| 00026-8566-65 | 851660 | CIPRO IV PHARMACY BULK PKGS | 0.335826 |
| 00026-8552-36 | 852520 | CIPROFLOXACIN IV 200MG BAG | 0.090560 |
| 00026-8554-63 | 852540 | CIPROFLOXACIN IV 400MG BAG | 0.087004 |
| 00026-8527-36 | 852720 | CIPRO IV 200MG BAGS (BAXTER) | 0.091473 |
| 00026-8527-63 | 852740 | CIPRO IV 400MG BAGS (BAXTER) | 0.087867 |
| 00026-8551-36 | 855110 | CIPRO 5% ORAL SUSPENSION | 0.563428 |
| 00026-8553-36 | 855310 | CIPRO 10% ORAL SUSPENSION | 0.703776 |
| 00026-8581-69 | 858140 | AVELOX 400MG BTL 30 | 6.423326 |
| 00026-8581-41 | 858170 | AVELOX 400MG ABC PK 5'S | 6.421171 |
| 00026-8811-51 | 881110 | NIFEDIPINE CAPSULES 10MG BOTTLE/100 | 0.388449 |
| 00026-8841-51 | 884120 | NIFEDIPINE EXT RLSE TAB 30MG BOTTLE/100 | 0.808587 |
| 00026-8841-48 | 884130 | NIFEDIPINE EXT RLSE TAB 30MG UNIT DS/100 | 2.426860 |
| 00026-8841-54 | 884150 | NIFEDIPINE 30MG BULK PKG/1000   DS/100 | 0.887624 |
| 00026-8841-72 | 884160 | NIFEDIPINE 30MG BULK PKG/5000   DS/100 | 0.818870 |
| 00026-8851-51 | 885120 | NIFEDIPINE EXT RLSE TAB 60MG BOTTLE/100 | 1.309325 |
| 00026-8851-48 | 885130 | NIFEDIPINE EXT RLSE TAB 60MG UNIT DS/100 | 1.601643 |
| 00026-8851-54 | 885150 | NIFEDIPINE 60MG BULK PKG/1000   DS/100 | 1.350309 |
| 00026-8851-72 | 885160 | NIFEDIPINE 60MG BULK PKG/5000   DS/100 | 1.637234 |
| 00026-8861-51 | 886120 | NIFEDIPINE EXT RLSE TAB 90MG BOTTLE/100 | 1.607548 |
| 00026-8861-48 | 886130 | NIFEDIPINE EXT RLSE TAB 90MG UNIT DS/100 | 1.818312 |
| 00026-9711-01 | 971110 | VIADUR KIT WITH IMPLANT | 2,943.857143 |

**MT 076443**

Run Date & Time 8/29/2001   3:20:07PM



**Paul R. Berry**
Vice President
Assistant General Counsel
and Assistant Secretary

August 30, 2001

*RECEIVED*

*SEP 14 2001*

*HEALTH POLICY & SERVICES*

Ms. Christine Saxonis
Civil Recoveries Branch
Compliance Unit Certification
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
1111 Bayhill Drive
San Bruno, CA 94066

Re:    **Revised** Report of Average Sale Price – 2nd Quarter

Dear Ms. Saxonis and Mr. Palermo:

Enclosed please find a revised report of Bayer Corporation's Average Sales
Price (ASP) which has been reported to you in accordance with the Corporate
Integrity Agreement (CIA) of January 23, 2001 between Bayer Corporation and
the Office of Inspector General of the U.S. Department of Health and Human
Services.

This revision includes charge-backs that occurred between July 1 and July 15
which were not available at the time of the submission of the original report due
to the switchover to SAP software by Bayer Corporation.

As with our regular reports, I have also included a certification by a high
managerial agent of Bayer that the calculations were made in accordance with
the procedures that have previously been submitted to you.

**MT 076444**

asp_ltr_to_oig_august.doc

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone 203 812-6081
Fax 203 812-2795
paul.berry.b@bayer.com

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any
questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc:  Attached List

MT 076445

# CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs indicated below and that it has been calculated in accordance with the methodology described herein.  I further acknowledge that the Average Sale Prices so reported will be filed with and used in the administration of the State Medicaid programs identified below.

State Medicaid Programs:

None

Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division

**MT 076446**

8 - 30 - 2001
Date

certification.doc

MT 076447

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California  95814

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv.
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida  32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30338

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Pharmacy Director
Department of Public Aid
Pharmacy & Ancillary Service
1812 Cog Mill Court
Springfield, Illinois  62704

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana  70806

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada  89710

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico  87504-2348

Pharmacy Director
Pharmacy Policy & Operations
40 Marlboro Road
Delmar, New York  12054

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

Pharmacy Director
Pharmacy Services Unit
30 East Broad Street
31st Floor
Columbus, Ohio  43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania  17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota  57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont  05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia  25301

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma  73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island  02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas  78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia  23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin  53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon  97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina  29201

Pharmacy Director
3797 E. Parkview Drive
Salt Lake City, Utah  84124

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington  98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming  82002

**MT 076448**

# Exh. 057

**Marr, Shannon**

| | |
|---|---|
| **From:** | Buska, Jeff |
| **Sent:** | Monday, December 10, 2001 4:18 PM |
| **To:** | Marr, Shannon |
| **Subject:** | FW: ASP Implementations |

FYI

-----Original Message-----
From: Denemark, Cynthia [mailto:cynthia.denemark@eds.com]
Sent: Thursday, December 06, 2001 9:16 AM
To: 'Marvin Hazelwood'; donna.bovell@dc.gov; rowlarm@dhfs.state.wi.us;
mterrebo@dhhmail.dhh.state.la.us; lfarrand@dhhs.state.nh.us;
asseyj@dhhs.state.sc.us; jfine@dhmh.state.ma.us; dhillblo@dhs.ca.gov;
aruggle@dhs.state.ia.us; cdtopper@dhs.state.nj.us;
chawkins@dma.state.ga.us; dshepher@dmas.state.va.us;
rashley@doh.state.ut.us; joeco@dpw.state.pa.us; childsa@dshs.wa.gov;
wellsj@fdhc.state.fl.us; mshirley@fssa.state.in.us;
coleenl@govmail.state.nv.us; pavarist@gw.dhs.state.ri.us;
David_Campana@health.state.ak.us; mrb01@health.state.ny.us;
John.Franklin@hhss.state.ne.us; duerrg@idhw.state.id.us;
SusanMcCann@mail.medicaid.state.mo.us; Debra.Bahr@mail.state.ky.us;
lsullivan@mail.tn.state.us; lljones@medicaid.state.al.us;
mfinch@medicaid.state.al.us; Suzette.Bridges@medicaid.state.ar.us;
phrrm@medicaid.state.ms.us; benny.ridout@ncmail.net;
pjeffrey@nt.dma.state.ma.us; reidr@odhs.state.oh.us;
NesserN@ohca.state.ok.us; james.zakszewski@po.state.ct.us;
allen.chapman@state.co.us; Mark.Petersen@state.ds.us;
ed.bauer@state.me.us; kenyonj@state.mi.us; Cody.C.Wiberg@state.mn.us;
jbuska@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us;
Jesse.Anderson@state.or.us; SWHALE@state.wy.us;
Martha_McNeill@tdh.state.tx.us; paulw@wpgatel.ahs.state.vt.us; Peggy
King, R.Ph.
Subject: ASP Implementations


For those state who are using the Bayer ASP, are you adding a percent to
the
established ASP or are you using the ASP as a definition of ingredient
cost?



DEPOSITION
EXHIBIT
057
J. Buska

MT 076251

1