UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *United States of America ex rel. Ven-a-Care of* ) *the Florida Keys, Inc., v. Abbott Laboratories,* ) *Inc.* ) CIVIL ACTION NO. 06-11337-PBS ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris |

**MAY 1, 2007 STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS**

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file this Status Report for May 1, 2007 in accordance with the Court's June 17, 2004 Procedural Order and state:

**Complaint in Intervention**

On March 17, 2006, in Civil Action No. 95-1354-CIV-GOLD pending in the Southern District of Florida, the United States filed a Complaint in Intervention against Abbott Laboratories, Inc. and Hospira, Inc. Plaintiff Ven-A-Care amended its Complaint per court order dated May 15, 2006 and adopted the United States' Complaint in Intervention.

**Removal from District Court and Transfer to the District Court of Massachusetts**

On June 20, 2006, Defendants filed their Notice of Filing Notice of Related Action in *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL Docket No. 1456, pursuant to Rule 7.5(a) of the Rules of Procedure for the JPML, which notified the Panel of the pendency of the above styled case as a potential "tag-a-long" action to the Judicial Panel on

Multidistrict Litigation (JPML). On July 11, 2006, the JPML issued Conditional Transfer Order 30 ("CTO-30"). On or about July 27, 2006, CTO-30 was filed in the Office of the Clerk of the United States District Court for the District of Massachusetts, thereby vesting jurisdiction in this Court for all pre-trial matters, including discovery.

**Voluntary Dismissal of Defendant Hospira, Inc.**

On September 15, 2006, the United States, Relator Ven-A-Care of the Florida Keys, Inc., and the Defendant Hospira, Inc. stipulated and gave notice that the Defendant Hospira, Inc., was voluntarily dismissed from the action without prejudice. (D.E. 3109)

**Protective Order**

On February 16, 2007, the Court issued a Protective Order governing confidential information only as to the parties in this case. (Docket 3804)

**Case Management Order (CMO)**

On March 23, 2007, the Court issued CMO 29 governing the conduct of discovery only as to the parties in this case. (Docket 3956)

**Pending Motions**

1.     Abbott's Motion to Dismiss filed on July 7, 2006 in the Southern District of Florida. On September 15, 2006, the United States' filed its Opposition to the Motion to Dismiss. In addition, the Relator filed a Joinder in United States' Opposition. On October 6, 2006, Abbott Laboratories, Inc. filed its Reply Memorandum in Support of its Motion to Dismiss. On October 18, 2006, the United States filed its Sur-Reply. Relator filed a Joinder in the United States' Sur-Reply.

2.     United States' Motion to Compel Abbott to Produce All Discovery Required by CMO's 5 and 10 filed on January 9, 2007. (Docket 3529)

2

3. United States' Motion for Protective Order Relating to Deposition of Government Counsel filed on January 12, 2007.  (Docket 3540)

4. Abbott's Motion to Compel Plaintiffs to Provide an Adequate Response to Interrogatory No. 7 filed on March 16, 2007.  On March 30, 2007 the United States and Ven-A-Care filed motions requesting additional time to respond up to and including April 13, 2007.  See United States' Unopposed Motion to Enlarge Time and Ven-A-Care of the Florida Keys, Inc.'s Joinder in the United States' Motion to Enlarge Time to Respond to Abbott Laboratories, Inc.'s Motion to Compel Plaintiffs to Provide an Adequate Response to Interrogatory No. 7 (Docket 3971 and 3972).  Counsel for Abbott had no objection to the request for additional time.  On April 13, 2007, the United States filed the United States' Response to Defendant Abbott's Motion to Compel a Supplemental Response to Abbott's Interrogatory Number 7 and Ven-A-Care filed its Response to Abbott's Motion to Compel Supplemental Response to Interrogatory Number 7.  (Docket 4058 and 4059)

5. Abbott's Renewed Motion to Compel Evidence Withheld under the Deliberative Process Privilege filed on March 28, 2007.  (Docket 3959)  On April 5, 2007, the United States filed a motion requesting additional time to respond up to and including April 20, 2007.  See United States' Unopposed Motion for Extension of Time to Respond to Defendant Abbott's Renewed Motion to Compel Evidence Withheld Under the Deliberative Process Privilege.  (Docket 3992)  The United States filed its opposition on April 20, 2007.  See United States' Opposition to Defendant Abbott's Renewed Motion to Compel Evidence Withheld Under the Deliberative Process Privilege.  (Docket 4076)  The United States also requested to extend the page limit of its opposition.  See United States' Unopposed Motion for Leave to File Opposition to Defendant Abbott's Renewed Motion to Compel in Excess of Page Limit.  (Docket 4075)

6. United States Second Motion to Compel Abbott to Produce Documents and Memorandum in Support of its Second Motion to Compel Production of Documents From Abbott filed April 9, 2007. (Docket 4047 and 4048) On April 19, 2007 Abbott filed its Unopposed Motion for Enlargement of Time and requested additional time up to May 7, 2007 to respond to the United States Second Motion to Compel Abbott to Produce Documents. (Docket 4069)

7. Agreed Motion to Extend Time Pursuant to Paragraph 7 of CMO 29 filed April 13, 2007. (Docket 4057)

8. United States Motion to Compel Abbott to Respond to the United States' First Set of Interrogatories, Memo in Support of its Motion to Compel Abbott to Respond to the United States First Set of Interrogatories and United States' Motion for Leave to File Under Seal Exhibits to its Memorandum in Support of its Motion to Compel Abbott to Respond to the Untied States' First Set of Interrogatories filed on April 16, 2007. (Docket 4060, 4061 and 4063) On April 19, 2007 Abbott filed its Unopposed Motion for Enlargement of Time and requested additional time up to May 7, 2007 to respond to the United States Motion to Compel Abbott to Respond to the United States' First Set of Interrogatories. (Docket 4069) The Court filed Sealed Exhibits as a result of the Unites States motion for leave to file exhibits under seal. (Docket 4114, 4115 and 4116)

9. Abbott's Renewed Motion to Compel Production of Ex Parte Filings filed April 26, 2007. (Docket 4080)

10. Ven-A-Care's Motion to Compel Abbott Laboratories, Inc. To Produce or Consent to Access to and Sharing of All Discovery Produced by Abbott in other False Price Report Litigation and Memorandum in Support filed on April 27, 2007. (Docket 4121 and 4122)

Ven-A-Care also filed a Motion for Leave to File Under Seal Certain Documents Relating to Relator's Motion to Compel Abbott Laboratories, Inc. To Produce or Consent to Access to and Sharing of All Discovery Produced by Abbott in Other False Price Report Litigation.  (Docket 4123)

**Scheduled Hearings**

The Court has scheduled a hearing on May 16, 2007, 2:30pm, Courtroom 25, before Magistrate Judge Marianne B. Bowler on the following Motions:

1. United States' Motion to Compel Abbott to Produce All Discovery Required by CMO's 5 and 10 filed on January 9, 2007.  (Docket 3529)

2. United States' Motion for Protective Order Relating to Deposition of Government Counsel filed on January 12, 2007.  (Docket 3540)

3. Abbott's Motion to Compel Plaintiffs to Provide an Adequate Response to Interrogatory No. 7 filed on March 16, 2007.  (Docket 3849)

4. United States Second Motion to Compel Abbott to Produce Documents.  (Docket 4047)

5. United States Motion to Compel Abbott to Respond to the United States' First Set of Interrogatories.  (Docket 4060)

**Pending Discovery**

Numerous depositions have been noticed by both sides in this case.  The parties have also served requests for production of documents, requests for admissions and interrogatories.  The parties are in the process of responding to the discovery and resolving objections thereto.

Respectfully Submitted,                                  Dated: May 1, 2007

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

| | |
|---|---|
| George B. Henderson, II | PETER D. KEISLER |
| Assistant U.S. Attorney | ASSISTANT ATTORNEY GENERAL |
| John Joseph Moakley U.S. Courthouse | |
| Suite 9200, 1 Courthouse Way | |
| Boston, MA 02210 | |
| Phone: (617) 748-3272 | /s/ Renée Brooker |
| Fax: (617) 748-3971 | Joyce R. Branda |
| | Daniel R. Anderson |
| R. ALEXANDER ACOSTA | Renée Brooker |
| UNITED STATES ATTORNEY | Justin Draycott |
| SOUTHERN DISTRICT OF FLORIDA | Gejaa T. Gobena |
| | Civil Division |
| /s/ Mark A. Lavine | Commercial Litigation Branch |
| Mark A. Lavine | P. O. Box 261 |
| Ana Maria Martinez | Ben Franklin Station |
| Ann St.Peter-Griffith | Washington, D.C.  20044 |
| Special Attorneys for the Attorney General | Phone:  (202) 307-1088 |
| 99 N.E. 4th Street, 3rd Floor | Fax: (202) 307-3852 |
| Miami, FL  33132 | |
| Phone:  (305) 961-9003 | |
| Fax: (305) 536-4101 | |

For the relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel:  (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com
Email: alisonwsimon@breenlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day caused an electronic copy of the above **STATUS REPORT - MAY 1, 2007 OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                                     /s/ Alison W. Simon

Dated:  MAY 1, 2007