UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

**ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL PLAINTIFFS UNITED STATES AND RELATOR TO PROVIDE ADEQUATE RESPONSES TO ABBOTT'S DISCOVERY REQUESTS**

Abbott Laboratories, Inc. ("Abbott") respectfully moves the Court for an order compelling Plaintiffs United States of America ("United States" or "Government") and Ven-a-Care of the Florida Keys, Inc. ("Ven-A-Care") to provide a full and complete response to Abbott's Interrogatory Numbers 1, 3, 4, 5, 6, 8, 10, and an order compelling Plaintiffs to make a full and complete disclosure of the documents sought by Abbott's Request for the Production of Documents from the United States No. 56 and Abbott's Request for the Production of Documents from Ven-A-Care No. 2. The arguments and authority supporting Abbott's motion are set forth in the accompanying memorandum.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1, Abbott hereby requests oral argument on this Motion.

- 2 -

Dated:  May 1, 2007        Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

- 3 -

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I certify that the moving party communicated with counsel for Plaintiffs in an effort to resolve the disputes referred to in this motion, and that the parties have not been able to reach agreement with respect thereto.

/s/ R. Christopher Cook
R. Christopher Cook

- 4 -

## CERTIFICATE OF SERVICE

    I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL PLAINTIFFS UNITED STATES AND RELATOR TO PROVIDE ADEQUATE RESPONSES TO ABBOTT'S DISCOVERY REQUESTS to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 1st day of May, 2007.

                                              /s/ R. Christopher Cook
                                              R. Christopher Cook