- 13 -

# EXHIBIT 13

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113

TELEPHONE: (202) 879-3939 • FACSIMILE: (202) 626-1700

Direct Number: (202) 879-5562
dstorborg@jonesday.com

April 19, 2007

VIA EMAIL

Ana Maria Martinez, Esq.
Assistant United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132

    Re:    *United States ex rel. Ven-A-Care of the Florida Keys v. Abbott Laboratories, Inc.*

Dear Ani:

    I write regarding the Government's response to Abbott's Interrogatory No. 3. First, thank you for your letter of April 9, 2007, which provides a list of individuals who had substantial involvement in certain HHS-OIG Office of Audit Services ("OAS") reports prioritized in my letter of December 13, 2006. Your letter provides information for many, but not all, of the OAS reports for which Abbott requested priority status. In particular, we have not received information regarding the following OAS reports:

- "Use of Average Wholesale Price in Reimbursing Pharmacies Participating in Medicaid and the Medicare Prescription Drug Program" (A-06-89-0037, Oct. 1989);

- Cost of Dialysis-Related Drugs (A-01-91-00526, Oct. 1992) (my letter of February 2, 2007 requested priority status for this report); and

- Physicians' Cost for Chemotherapy Drugs (A-02-91-01049, Nov. 1992) (also prioritized in my letter of February 2, 2007).

    In addition, your letter does not provide information on who had substantial involvement in a number of additional reports on Abbott's priority list. In particular, we are interested in the following reports where the reports themselves do not provide that information:

- Task Force on Prescription Drugs, the Office of Secretary, United States Department of Health, Education and Welfare – Final Report (Feb. 1969);

- "Title XIX of the Social Security Act, Limitation on Payment or Reimbursement for Drugs" (Sept. 1, 1984);

JONES DAY

M. Justin Draycott
Ana Maria Martinez
Alison W. Simon
April 19, 2007
Page 2

- HCFA (Region IX), "EAC Survey Report, Hawaii Medicaid Program, EAC Patrol Initiative" (1986);

- "Changes to the Maximum Allowable Cost Medicaid Drug Limit Could Save Millions" (CAN 08-60203, Aug. 15, 1986);

- "Comparison of Reimbursement Prices for Multiple-Source Prescription Drugs in the United States and Canada" (OEI-03-91-000470, Aug. 1, 1991); and

- "Medicare Home Infusion Therapy" (OEI-02-92-00420) (prioritized in my letter of March 1, 2007).

Please advise me by Tuesday, April 24, 2007 if the Government is willing and able to provide information on who was involved in these reports, and a timetable of when we can expect to receive that information.

Abbott's Interrogatory No. 3 also asked the Government to identify "each Person who received a report of the study or who otherwise learned of the study's conclusions." I understand the Government probably does not know everyone who received the various reports prioritized by Abbott, but that does not mean the Government has no information on that issue. What efforts has the Government taken to learn who was sent the prioritized reports? Are there distribution lists for any of these reports that can be provided to Abbott? Is there a person in OIG's headquarters responsible for circulating reports who could provide you with information that could be used to supplement the Government's response? Please advise me by Tuesday, April 24, 2007 if the Government is willing and able to provide any additional information relating to the circulation of the prioritized reports.

Thank you for your prompt attention to this matter.

Sincerely,

/s/ David S. Torborg

David S. Torborg

cc:   Renée Brooker
      Gejaa Gobena
      John K. Neal
      M. Justin Draycott

JONES DAY

M. Justin Draycott
Ana Maria Martinez
Alison W. Simon
April 19, 2007
Page 3

        Mark A. Lavine
        Ann St. Peter-Griffith
        James J. Breen
        Alison Simon
        Neil Merkl
        Sarah L. Reid
        Eric Gortner