- 14 -

# EXHIBIT 14

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113

TELEPHONE: (202) 879-3939 • FACSIMILE: (202) 626-1700

Direct Number: (202) 879-5562
dstorborg@jonesday.com

March 1, 2007

VIA EMAIL

M. Justin Draycott, Esq.
Patrick Henry Building
601 D Street, N.W.
Washington, D.C. 20004

John K. Neal, Esq.
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

Ana Maria Martinez, Esq.
Assistant United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132

Re:   *United States ex rel. Ven-A-Care of the Florida Keys v. Abbott Laboratories, Inc.*

Dear Counsel:

I direct you to my letter of February 2, 2007. In that letter I provided the names of five OIG personnel we wanted to depose and requested that you prioritize the production of OIG documents relating to these five individuals. For the OIG reports that these individuals worked on, I asked for documents responsive to Abbott's RFP 20. It appears we have received working files for some but not all of these OIG reports. In particular, we have not yet received the working file for the OIG report titled "Medicare Reimbursement for Parenteral Nutrition" (OEI-03-96-00230, July 1997), a report I added to Abbott's priority list and for which Cynthia Hansford was a Program Assistant. As Ms. Hansford is scheduled to be deposed in less than two weeks, I request that you produce the working file for that report immediately. We also have not yet received the working file for the report titled "The Impact of High-Priced Generic Drugs on Medicare and Medicaid" (OEI-03-97-00510, Aug. 1998), another report listed on Abbott's priority list. Because some OIG reports on Abbott's priority list do not list participants, there may be additional reports involving the five identified individuals for which we are requesting production of the working files in the short term.

I would like to add two additional reports to Abbott's priority list: (1) "Appropriateness of Medicare Prescription Drug Allowances" (OEI-03-095-00420, May 1996) and (2) "Medicare Home Infusion Therapy" (OEI-02-92-00420). For these reports, as well, I ask that you please produce documents responsive to Abbott's RFP 20.

**JONES DAY**

M. Justin Draycott
John K. Neal
Ana Maria Martinez
March 1, 2007
Page 2

    My February 2, 2007 letter also requested that you search for and produce documents responsive to Abbott's RFPs that are contained in the paper or electronic files of the five individuals listed in that letter.  While I appreciate the efforts the Government has taken to date in searching the files of OIG, I am becoming concerned with the apparent lack of progress on searching and producing documents at OIG beyond the working files for identified reports.  Does the Government plan to search beyond report working files for documents responsive to Abbott's requests?  I had hoped that my prioritization of specific individuals' files would allow you to at least search these individuals' files before their scheduled depositions.  Because we have still not received any documents from these individuals' files, I reserve the right to schedule a follow-up deposition at a later date if necessary.

    Finally, we are still awaiting a supplemental response to our Interrogatory No. 3.  In my letters of December 13, 2006 and February 2, 2007, I provided you with a list of OIG reports and requested that the Government prioritize a supplemental response to Interrogatory 3 for these reports.  I requested that you provide information, specifically who was involved in the reports and to whom the reports were distributed, as soon as possible.  I also asked that you provide the information on a rolling basis.  We have not yet received any information pursuant to this request.  Please let me know as soon as possible the status of my request and when I should begin receiving information.

    Thank you for your attention to these matters.

                              Sincerely,

                              David S. Torborg

cc:    Renée Brooker
        Gejaa Gobena
        Mark A. Lavine
        Ann St. Peter-Griffith
        James J. Breen
        Neil Merkl
        Sarah L. Reid