- 15 -

# EXHIBIT 15

# JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113

TELEPHONE: (202) 879-3939 • FACSIMILE: (202) 626-1700

Direct Number: (202) 879-5562
dstorborg@jonesday.com

February 2, 2007

VIA EMAIL

M. Justin Draycott, Esq.
Patrick Henry Building
601 D Street, N.W.
Washington, D.C. 20004

Ana Maria Martinez, Esq.
Assistant United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132

John K. Neal, Esq.
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044

Re:    *United States ex rel. Ven-A-Care of the Florida Keys v. Abbott Laboratories, Inc.*

Dear Counsel:

Abbott would like to schedule the depositions of the following five personnel from the OIG Office of Evaluation and Inspections: Cynthia Hansford, Amy Sernyak, David Tawes, Lisa A. Foley, and Linda Ragone. We would like to schedule these depositions starting in the last two weeks of February (2/19 and 2/26) and continuing into the first two weeks of March. We ask that you please provide possible deposition dates for these individuals as soon as possible. I trust it is not necessary to issue deposition notices to successfully schedule dates in this time period and I thank you in advance for your cooperation. We will issue deposition notices once we establish dates.

Similar to our request for the Nancy Molyneaux deposition, we ask that you please immediately produce all documents responsive to Abbott's RFPs contained within the paper or electronic files for the above-listed individuals and, for those OIG reports these individuals worked on, documents responsive to Abbott's RFP 20. If you are unable to produce these documents sufficiently in advance of the deposition, we will, similar to the Molyneaux deposition, move forward with the deposition now and schedule a follow-up deposition at a later date if necessary.

On a related matter, we are still awaiting a supplemental response to our Interrogatory No. 3. During our December 14, 2006 conference call, I indicated that, contrary to the Government's response to our interrogatory, many relevant government reports do not provide the information requested in the interrogatory—such as the individuals involved in the reports

M. Justin Draycott
John K. Neal
Ana Maria Martinez
February 2, 2007
Page 2

and to whom the reports were circulated. In response to a question from Ms. Martinez, I asked the Government to prioritize a supplemental response to that interrogatory using the list I attached to my December 13, 2006 letter to Mr. Draycott, including an identification of the individuals involved in those studies and to whom those reports were circulated. You agreed to review these issues with OIG and supplement your response. Can you please update me with what you have been able to learn so far (such as who was involved in the reports), even if you do not yet have all of the answers?

In addition, we would like to add the following four OIG reports to Abbott's previously provided priority list:

- Cost of Dialysis-Related Drugs (A-01-91-00526, Oct. 1992);

- Physicians' Cost for Chemotherapy Drugs (A-02-91-01049, Nov. 1992);

- Medicare Reimbursement of Parenteral Nutrition (OEI-03-96-00230, July 1997); and

- The Impact of High-Priced Generic Drugs on Medicare and Medicaid (OEI-03-97-00510, Aug. 98).

As to these reports, as well, we ask that you please produce documents responsive to our document requests and supply the information requested in Interrogatory No. 3 (*e.g.*, who was involved in the report) as soon as possible. Please provide the information on a rolling basis when you are able to obtain it.

Thank you for your attention to these matters, and I hope you have a nice weekend.

Sincerely,

David S. Torborg

cc: Renée Brooker
    Gejaa Gobena
    Mark A. Lavine
    Ann St. Peter-Griffith
    James J. Breen
    Neil Merkl
    Sarah L. Reid