Exhibit B

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>J. Michael McMahon,</u> Clerk of this Court, certify that

<u>PHILIP SINENENG</u>, Bar # <u>PS1632</u>

was duly admitted to practice in this Court on

<u>NOVEMBER 5TH, 2002</u>, and is in good standing as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York    on    APRIL 27TH, 2007

J. Michael McMahon        by    *[signature]* Miranda
Clerk                          Deputy Clerk