UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Montana* v. *Abbott Labs., Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM | Chief Magistrate Judge Marianne B. Bowler |
| AND | |
| *State of Nevada* v. *American Home Prods. Corp., et al.*, D. Nev. Cause No. CV-N-02-0202-ECR | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLIES TO MONTANA AND NEVADA'S JOINT OPPOSITION TO DEFENDANTS' MOTIONS TO STRIKE THE DECLARATIONS OF DOROTHY POULSEN, CHARLES DUARTE AND COLEEN LAWRENCE**

Pursuant to Local Rule 7.1(B)(3), Defendants respectfully request permission to file the reply briefs filed contemporaneously with this motion in further support of their Joint Motion to Strike Declaration of Dorothy Poulsen Submitted in Support of State of Montana's Opposition to Defendants' Joint Motion for Summary Judgment (Apr. 5, 2007) (Docket No. 3997), and their Joint Motion to Strike the Declarations of Charles Duarte and Coleen Lawrence Submitted in Support of State of Nevada's Opposition to Defendants' Joint Motion for Summary Judgment (Apr. 5, 2007) (Docket No. 4022) (collectively, "Motions to Strike"). In support of this motion, Defendants state that the States' Opposition raises arguments that Defendants would like an opportunity to address. *See* Montana and Nevada's Joint Opp'n to Defs.' Mots. To Strike the Decls. of Dorothy Poulsen, Charles Duarte and Coleen Lawrence (Apr. 25, 2007) (Docket No.

1

4078).  Defendants believe that reply briefs will significantly aid the Court in evaluating the bases for the remedy Defendants seek in their Motions to Strike.

On May 1, 2007, Defendants attempted to confer with the States regarding whether they would assent to this motion, but have received no response.

WHEREFORE, Defendants respectfully request that this Court GRANT Defendants' Motion for Leave to File Replies to Montana and Nevada's Joint Opposition to Defendants' Motions to Strike the Declarations of Dorothy Poulsen, Charles Duarte and Coleen Lawrence.

*Respectfully submitted,*

   /s/ Carisa A. Klemeyer
Steven A. Kaufman (BBO # 262230)
Brien T. O'Connor (BBO# 546767)
Christopher R. Dillon (BBO# 640896)
Carisa A. Klemeyer (BBO# 655045)
ROPES & GRAY LLP
One International Place
Boston, MA  02110
(617) 951-7000

*Attorneys for Schering-Plough Corp. &*
*Warrick Pharmaceuticals Corp.*

Dated:  May 2, 2007

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that on May 1, 2007, counsel for Schering-Plough Corp. and Warrick Pharmaceuticals Corp. attempted to confer with counsel for the States of Montana and Nevada in a good faith effort to resolve or narrow the issues raised by Defendants' Motion for Leave to File Replies to Montana and Nevada's Joint Opposition to Defendants' Motions to Strike the Declarations of Dorothy Poulsen, Charles Duarte and Coleen Lawrence.

                                                                             /s/ Carisa A. Klemeyer
                                                                             Carisa A. Klemeyer

## CERTIFICATE OF SERVICE

I, Carisa A. Klemeyer, hereby certify that a true copy of the foregoing document was served upon all counsel of record electronically pursuant to Fed. R. Civ. P. 5(b)(2)(D) and CMO No. 2 on this 2nd day of May, 2007, by causing a copy to be sent to LexisNexis File & Serve for posting and notification to all counsel of record.

                                                                             /s/ Carisa A. Klemeyer
                                                                             Carisa A. Klemeyer