# Exhibit A



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

In Re: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

This Document Relates to:
01-CV-12257-PBS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

MDL No. 1456

Master File No. 01-CV-12257-PBS

Judge Patti B. Saris

Chief Mag. Judge Marianne B. Bowler

## DECLARATION OF STUART FULLERTON

Stuart Fullerton declares and says:

      1.    I am Senior Litigation Counsel at AstraZeneca Pharmaceuticals LP

("AstraZeneca" or "the Company"), 1800 Concord Pike, P.O. Box 15437,

Wilmington, Delaware 19850. I make this declaration in support of AstraZeneca's

Opposition to Plaintiffs' Motion to Compel and for Finding that Documents and

Testimony Related to AstraZeneca's Pricing, Marketing and Sales of its Products Are

Not Protected by the Attorney-Client Privilege. I am knowledgeable about the

matters described below.

      2.    I joined one of AstraZeneca's predecessor companies, Zeneca Inc.

("Zeneca"), in July 1995. At that time, and continuing to this day, I was a member of

the Litigation Section of the Legal Department. As was true at the time I joined

Zeneca, and continuing to this day, the Legal Department was headed by the General

Counsel, Glenn Engelmann. One of the Assistant General Counsels reporting to Mr.



Engelmann, Laura Davies, is the head of the Litigation Section. At all times during my employment by AstraZeneca or Zeneca, I reported to Laura Davies.

3.      Also reporting to Mr. Engelmann are a number of additional Assistant General Counsels, each with responsibility for providing legal advice to certain therapeutic areas, products or functional areas. Reporting to these Assistant General Counsels are the "commercial" attorneys in the AstraZeneca Legal Department. As with the Assistant General Counsels they report to, these lawyers have responsibility to provide legal advice to the various product teams and other functional areas.

4.      The lawyers in the Litigation Section are specifically responsible for handling litigation and claims for and against the Company, both existing and prospective. This is the case today and has been since I joined the Company in 1995.

5.      My specific responsibilities within the Litigation Section involve the handling of government investigations and claims, internal investigations, and certain complex commercial disputes and claims, including the AWP cases.

6.      Prior to joining Zeneca, I was similarly involved in government investigations and complex commercial litigation as an associate at various law firms. In addition, from 1990 through 1993, I was a Trial Attorney with the Civil Fraud Section at the U.S. Department of Justice in Washington D.C. In that capacity, I handled civil suits and investigations to recover funds fraudulently obtained from the federal government, typically involving claims under the False Claims Act.

7.      Beginning in November 1997, with the receipt of the initial subpoena from the Office of Inspector General of the U.S. Department of Health and

2



Human Services, I was and continue to be the attorney at AstraZeneca with responsibility for handling the government's investigation into the marketing and sale of Zoladex (goserelin acetate implant). This is the investigation that ultimately led, in May 2003, to a global settlement with federal and state governments relating to Zoladex marketing and sales practices.

8.     In addition, starting with the filing of the initial complaint in *Citizens for Consumer Justice v. Abbott Labs.*, 01CV-12257-PBS, in 2001, I was and continue to be the attorney at AstraZeneca with primary responsibility for handling the AWP MDL pending before this Court and related AWP litigations nationwide.

9.     In my role as Senior Litigation Counsel at AstraZeneca, I do not sit on or regularly participate in any of the product or functional leadership teams. Unlike the commercial attorneys, I do not regularly provide legal advice to any product or functional team. Instead, any interactions I have with the product teams or functional business groups (outside of Legal) are in relation to a specific claim or investigation, or in anticipation of the same.

10.    During the course of the government investigation into Zoladex marketing and sales practices, I have on various occasions provided advice or direction to various members of AstraZeneca product teams or functional business groups on matters specifically relating to the government investigation and related civil claims. These discussions included, from time to time, conversations with John Freeberry, AstraZeneca's Director of Pricing Strategy. Any such communications took place in the context of providing guidance and legal advice to the Company concerning the government investigation or the AWP litigation.

3



11.     In addition to conversations with Mr. Freeberry, it is my understanding that plaintiffs have also inquired into any communications I have had with counsel for other pharmaceutical manufacturers relating to AWP or pharmaceutical pricing. Any discussions relating to AWP or pricing I have had took place in the context of defending the Company in the nationwide AWP litigation and were made pursuant to a joint defense agreement specifically protecting the communications as joint defense communications. The purpose of all such communications was to further the joint defense effort of the parties to that agreement.

12.     It is also my understanding that plaintiffs have inquired into any internal group presentations I have made while at AstraZeneca. Apart from presentations to the Legal Department as well as, from time to time, training presentations to various groups of employees on Fraud & Abuse and pharmaceutical Compliance issues, any such presentations were related to specific, ongoing or potential claims or investigations.

13.     Plaintiffs have also requested documents concerning any discussions or interactions I have had with external price reporting services. I have no such documents.

14.     Finally, plaintiffs have requested documents relating to any presentations I have made to external audiences relating to pharmaceutical sales, marketing or pricing. I have on multiple occasions presented at various health care conferences.   At each of these conferences, I was appearing in a personal capacity,

4

not as a representative, spokesman or agent of AstraZeneca. At each conference, as is typical, a disclaimer to this effect was made at the beginning of the presentation.

15.     At no point during my employment with AstraZeneca have I intended my advice to violate, facilitate the violation of or conceal the violation of any law.

16.     I declare under penalty of perjury that the foregoing is true and correct.

By:   /s/ Stuart Fullerton
        Stuart Fullerton

Dated: February  24 , 2005

5

# Exhibit B

1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

- - -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Action |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ASTRAZENECA PHARMACEUTICALS LP, | : | |
| | : | |
| Defendant. | : CR No. 03-55-JJF | |

- - -

Wilmington, Delaware
Friday, June 20, 2003
1:02 p.m.

- - -

BEFORE:  HONORABLE JOSEPH J. FARNAN, JR., U.S.D.C.J.

APPEARANCES:

  BETH MOSKOW-SCHNOLL, ESQ.
  Assistant United States Attorney

      Counsel for Plaintiff

  KATHLEEN JENNINGS-HOSTETTER, ESQ.
    -and-
  JOHN C. DODDS, ESQ.
  Morgan, Lewis & Bockius, LP
  (Philadelphia, PA)

      Counsel for Defendant

- - -

3
01-12257-PBS

2

MS. MOSKOW-SCHNOLL:  Now is the time the Court
has set for plea and sentencing in United States of America
versus AstraZeneca Pharmaceuticals LP.  I have a motion and
order to unseal the information and a motion for lifting the
seal of the qui tam complaint, the original executed plea
agreement, and original executed waiver of indictment form,
which I will hand up to the Court.

THE COURT:  Thank you.

MS. JENNINGS:  Good afternoon, Your Honor.
Kathleen Jennings.  I would like to introduce Mr. John C.
Dodds from Morgan, Lewis & Bockius, who will be handling the
plea.  And seated at counsel table, also, is Glen Engelmann,
who is the vice president and general counsel and compliance
officer for AstraZeneca Pharmaceuticals.

THE COURT:  All right.  Thank you.  Good
afternoon.  Do you want to step up to the podium, Mr.
Engelmann.

MR. ENGELMANN:  Yes, Your Honor.

THE COURT:  Good afternoon.

MR. ENGELMANN:  Good afternoon.

THE COURT:  All right.  I have been handed a
waiver of indictment, indicating that you are willing to on
behalf of the defendant, AstraZeneca Pharmaceuticals LP,
*waive indictment.  I have to ask you some questions so that I*
can satisfy myself that this is an authorized act and it's

3

being done voluntarily.  All this will be done under oath by

an oath administered by the clerk of the Court.  It's

important you give truthful responses, because if it's later

found out that responses were untruthful, the government can

make a decision to file a separate charge for perjury or

making a false statement.  That charge could be filed against

you individually.  Do you understand that?

MR. ENGELMANN:  Yes, I do, Your Honor.

THE COURT:  I will ask the clerk to administer an

oath.

(Mr. Engelmann sworn.)

THE COURT:  All right.  First I have to ask you

some questions to determine your authority to act on behalf

of AstraZeneca.  Could you first tell me for the record your

position with AstraZeneca?

MR. ENGELMANN:  Yes.  I am vice president,

general counsel, and compliance officer for AstraZeneca

Pharmaceuticals LP.

THE COURT:  Could you tell me under what

authority from the board of directors or some other entity in

corporate governance that you are acting and testifying here

on behalf of AstraZeneca today?

MR. ENGELMANN:  I am acting pursuant to a

resolution and an act of the board of directors of

AstraZeneca PLC, the parent company for AstraZeneca

4

Pharmaceuticals LP, as well as a resolution of the AstraZeneca leadership team, which is the government body for AstraZeneca Pharmaceuticals LP.

THE COURT: And you have personally reviewed those resolutions? Do you have copies of them with you today?

MR. ENGELMANN: I do not have copies of them with me today, but, yes, I have reviewed them.

MR. DODDS: Your Honor, we have attached to the memorandum of plea agreement acknowledgements of authority to enter into the plea that has been executed by Mr. Engelmann.

THE COURT: All right. First I am going to ask you some questions about the waiver of indictment that has been executed. Have you had a chance to review this with Mr. Dodds?

MR. ENGELMANN: Yes, I have, Your Honor.

THE COURT: I am going to go through it with you just to be certain you have a complete understanding. You understand that AstraZeneca Pharmaceuticals LP has been accused of violating 18 United States Code Section 371, which charges conspiracy to violate the Prescription Drug Marketing Act, and that you have been advised fully of these charges and the rights that the corporation possesses, and that you are hereby knowingly, voluntarily, and intelligently waiving prosecution by indictment and consenting to these proceedings

5

going forward by filing of an information on behalf of the government, and that only?

MR. ENGELMANN:  That's correct.

THE COURT:  Do you understand that if you did not waive indictment, that the defendant corporation could not be charged with this offense unless the grand jury were to find probable cause to believe that the offenses were committed and in fact that they voted to return the indictment?

MR. ENGELMARN:  Yes, I do, Your Honor.

THE COURT:  Do you understand the grand jury actually meets and is composed of at least 16 but not more than 23 laypersons, and at least 12 of those grand jurors would have to vote to find probable cause to believe that the defendant corporation committed the offenses that are contained in the information before an indictment could be returned?

MR. ENGELMANN:  Yes, I do.

THE COURT:  And you understand by waiving indictment that the government is going to be proceeding by simply filing this piece of paper, a document called an information, and no further process will take place, and you will face the charges on the basis of this information alone?

MR. ENGELMANN:  Yes, I do.

THE COURT:  And you understand that you had a

6

full opportunity to discuss these charges with counsel, in this case Mr. Dodds and Ms. Jennings-Hostetter, and that you fully understand what you are doing with regard to these charges in exercising the act pursuant to a resolution to waive indictment?

MR. ENGELMANN: Yes, Your Honor.

THE COURT: Has anybody threatened you personally or to your knowledge the corporation or is anybody in any way coercing you personally or the corporation to get you to waive indictment?

MR. ENGELMANN: No, Your Honor..

THE COURT: I am going to accept the waiver of indictment, finding that on behalf of the corporation it's being done knowingly and voluntarily, without any threat or coercion. I am going to file the waiver with the clerk in open court.

Mr. Engelmann, you remain under oath. I am going to turn now to the charges specifically and the offer, as I understand it, of a guilty plea by the defendant corporation.

If at any time I ask a question that you feel you want to consult with counsel, I want you to feel free to do that.

MR. ENGELMANN: Thank you, Your Honor.

THE COURT: Now, the charges that have been brought pursuant to the information, as I have told you,

essentially charge that AstraZeneca violated Title 18,
Section 371, which broadly charges a conspiracy. Do you
understand that?

MR. ENGELMANN: Yes, I do.

THE COURT: Have you reviewed this information
completely with Mr. Dodds?

MR. ENGELMANN: Yes, I have.

THE COURT: Do you want me to read the
information as it's been presented here in court, or are you
satisfied that you understand what it contains and that you
are fully informed to act on behalf of the corporation?

MR. ENGELMANN: No, Your Honor, that won't be
necessary. I am fully informed.

THE COURT: Now, in this information, there are
certain elements that I am interested in understanding, that
AstraZeneca knows that it committed a crime by committing
these elements, which, when considered as a whole, constitute
the offense that you are charged with. Can you tell me in
your own words what AstraZeneca did that makes it believe
it's guilty of the offense charged in the information?

MR. ENGELMANN: Yes, Your Honor. AstraZeneca
Pharmaceuticals LP, as you know, is headquartered in
Wilmington, Delaware. It is the successor to the
pharmaceutical business of Zeneca, Inc.

Beginning in the early 1990s, Zeneca sold a drug

8

called Zoladex to urologists across the country, including to urologists practicing in Delaware. Urologists who have purchased Zoladex include Drs. Said Antoun and Dr. Stanley Hopkins, who are identified in the information.

Beginning in or about 1993, and continuing at least until July 1996, some Zeneca employees provided free samples of Zoladex to physicians, knowing and expecting that certain of those physicians would prescribe and administer samples to their patients and thereafter seek and receive reimbursement, in violation of the Pharmaceutical Drug Marketing Act.

When this was done, one of the objectives was to induce the physicians to order Zoladex. It was an objective of the physicians to bill for the free samples in order to increase their income. As described in the information, on various dates from late 1995 to July 1996, employees of Zeneca provided Dr. Antoun with approximately 195 free samples of Zoladex. We understand that on various dates from late 1995 to at least July 1996 Dr. Antoun sought and received reimbursement for at least a portion of these samples. As also described in the information, on various dates from January 1995 until July 1996, some employees of Zeneca provided Dr. Stanley Hopkins with approximately 223 free samples of Zoladex. We understand that on various dates from January 1995 to July 1996, Dr. Hopkins sought and

received reimbursement for at least a portion of these samples.

THE COURT: All right. Ms. Moskow-Schnoll, does the United States have a proffer?

MS. MOSKOW-SCHNOLL: Your Honor, if you would like one, we do have one.

THE COURT: Yes.

MS. MOSKOW-SCHNOLL: It is very similar to the defendant's proffer. From 1990 until the present, Zeneca sold a drug called Zoladex, which was subject to the requirements of the federal Food, Drug and Cosmetic Act. During the relevant time period, Zeneca had approval to distribute Zoladex for the treatment of prostate cancer and the drug was marketed at least in the -- starting in the early 1990s, it was marketed, sold, and provided to urologists across the country for the treatment of prostate cancer. In fact, the drug was sold directly to urologists by the company.

Beginning in or about 1993 and continuing to at least July 1996, the defendant, which is called Zeneca here, through its employees, provided thousands of free samples of Zoladex to physicians knowing and expecting that certain of those physicians would prescribe and administer those drug samples to their patients and thereafter seek and receive reimbursement for the free samples.

The objective for Zeneca was to obtain money from the increased sales of Zoladex, while the objective for the physicians was to obtain money for reimbursement for the samples of Zoladex. Therefore, it was an objective of Zeneca in this conspiracy to provide free samples of Zoladex to induce the urologists to order Zoladex. And it was an objective of some of the physicians participating in the conspiracy to bill for the free samples in order to increase their income.

THE COURT: Essentially, it sounds like what you told me. Do you agree with the government's proffer?

MR. ENGELMANN: Yes.

THE COURT: And that was the conduct of AstraZeneca, or the defendant?

MR. ENGELMANN: Yes, it was, Your Honor.

THE COURT: All right. I have been told and given a memorandum of plea agreement that the parties have entered into. Have you had a chance to review this?

MR. ENGELMANN: Yes, I have, Your Honor.

THE COURT: Now, this memorandum of plea agreement sets forth a lot of information about the negotiation that occurred between the defendant and the United States Government. And what I want to be sure is, are all the promises and representations that were made to the corporate defendant to get it to plead guilty contained in

11

this written document?

MR. ENGELMANN:  Yes, Your Honor.

THE COURT:  I want to specifically direct your attention to Page 2.  You are aware that this plea, if I accept it, is a plea that is being taken under Federal Rule of Criminal Procedure 11(c)(1)(C), what we would commonly refer to as a C plea, and for that reason, there is specific information about sentencing contained in this memorandum of plea agreement?

MR. ENGELMANN:  Yes.

THE COURT:  And I am going to review this with you.  That the specific information about sentencing, if I accept this plea, that I am agreeing to accept, as well as the defendant, is as follows?

A criminal fine in the amount of $63,872,156 will be paid by AstraZeneca at sentencing.  Do you understand that?

MR. ENGELMANN:  Yes, I do, Your Honor.

THE COURT:  B.  Pursuant to 18 United States Code Section 3013, a mandatory special assessment of $400 will be paid by AstraZeneca at sentencing.

MR. ENGELMANN:  Yes.

THE COURT:  C.  In light of the civil settlement agreement between AstraZeneca and the United States which is attached to this memorandum of plea agreement, the parties

12

have agreed that the complication and prolongation of the

sentencing process that would result from an attempt to

fashion a proper restitution order outweighs the need to

provide restitution to the victims in this case, where as

here the loss suffered by each of the federal health care

programs will be recompensed fully from amounts that would be

paid as part of the civil settlement agreement.

MR. ENGELMANN: Yes.

THE COURT: And therefore, the United States

agrees that it will not seek a separate restitution order as

part of the resolution of the information, and the parties

agree that the appropriate disposition of this case does not

include a restitution order.

MR. ENGELMANN: Yes.

THE COURT: Ms. Moskow-Schnoll, is there any

other penalty that has been agreed to between the parties

that's not in this memorandum of plea agreement?

MS. MOSKOW-SCHNOLL: Your Honor, there is.  There

is a range of probation of from one year to five years.

While it hasn't been agreed upon, we have discussed it.  We

believe one year is appropriate in this situation, although

that has not been part of the plea agreement.

THE COURT: All right.  Let me ask you this

question: If I were to accept the government's

recommendation and impose a one-year period of probation, you

understand that I could do that and that would be a
consequence of your plea?

        MR. ENGELMANN:  Yes, I do, Your Honor.

        THE COURT:  As I understand it, and I would
appreciate it if the government would put it on the record,
there is also a connection here to a civil settlement.

        MS. MOSKOW-SCHNOLL:  Yes, Your Honor.

        THE COURT:  That will be a condition of the
probation.

        MS. MOSKOW-SCHNOLL:  Right.  The memorandum of
plea agreement, the provision that the Court just read aloud,
refers to the civil settlement agreement, which is
incorporated within the memorandum of plea agreement.  And
that calls for additional payments.  And the total of all the
payments is 354.9 million dollars.

        THE COURT:  And you understand that?

        MR. ENGELMANN:  Yes, I do, Your Honor.

        THE COURT:  So by incorporating, it means that
it's enforceable through this plea, and through this
memorandum of plea agreement during any supervision by the
Court of the company.

        MR. ENGELMANN:  Yes, I understand that.

        THE COURT:  Mr. Dodds, is there anything we
should add about this C plea?

        MR. DODDS:  No, Your Honor, nothing else.

14

THE COURT:  I am going to ask you some additional questions.  First, you understand that the defendant has the right to plead not guilty, and to persist in that plea, and there is nothing that can cause it to plead guilty, other than the organization's own choice.

Do you understand that?

MR. ENGELMANN:  Yes.

THE COURT:  Do you understand that the organization has the right to be tried by a jury and at that trial has the right to the assistance of counsel and to confront and cross-examine witnesses against the organization?  Do you understand that.

MR. ENGELMANN:  Yes.

THE COURT:  Do you understand if the organization pleads guilty, there will not be any trial of any kind.  This matter for all intents and purposes will be at an end?

MR. ENGELMANN:  Yes.

THE COURT:  Do you understand that by pleading guilty for the organization, you waive the organization's right to that trial?

MR. ENGELMANN:  Yes, I do.

THE COURT:  Do you understand that the questions I have asked you under oath about the offense subject you to the penalties I have talked about earlier about the facts of the offense?

15

MR. ENGELMANN: Yes, I do, Your Honor.

THE COURT: Do you understand or have any dispute with that every essential element of the offense charged has been met by the evidence, both by your own admission and by the government's proffer?

MR. ENGELMANN: No, I don't dispute that.

THE COURT: All right. Lastly, you understand that this conviction for the type of crime that you are pleading guilty to could have consequences that may not be contemplated at this time for a corporation that does business in the United States or outside the United States, because this conviction is a serious crime? I don't know and can't enumerate what those consequences may be, but sometimes they lead to the prohibition to do business. Do you understand that?

MR. ENGELMANN: Yes, we do, Your Honor.

THE COURT: Mr. Dodds, is there anything else that you think I should inquire before I accept this guilty plea?

MR. DODDS: No, Your Honor.

THE COURT: Ms. Moskow-Schnoll?

MS. MOSKOW-SCHNOLL: No, Your Honor.

THE COURT: Based on the responses I have been given here during this proceeding, I find that the offer of a guilty plea by Mr. Engelmann is being done with the authority

of the defendant corporation, it's being done voluntarily, with full knowledge of the consequences. I further find that there is no coercion or threat. And I find that there is a basis in fact for the defendant corporation to enter this guilty plea, both by its admission and by its acceptance of the government's proffer.

For all these reasons, I now adjudge the defendant corporation guilty of Count One of the information.

All right. Ms. Moskow-Schnoll, as I understand it, there is an application that is jointly made that sentencing takes place without a presentence report.

MS. MOSKOW-SCHNOLL: Yes, Your Honor.

THE COURT: Mr. Dodds, is that correct?

MR. DODDS: That's correct, Your Honor.

THE COURT: Mr. Engelmann, I am going to recognize you. You have the opportunity to speak on behalf of the defendant prior to my imposition of a sentence.

MR. ENGELMANN: Thank you, Your Honor. Just briefly.

We accept responsibility for and we regret the improper sampling activity that took place years ago and has led to this guilty plea today.

AstraZeneca has made compliance and accountability a major focus of our new company. We are committed to maintaining a comprehensive compliance program

that we have in place today and we will continue to conduct

our business in a lawful and ethical manner.

Thank you.

THE COURT: All right.  Thank you.

Mr. Dodds, is there anything that you would like

to say on behalf of the defendant corporation?

MR. DODDS: No, Your Honor.  Thank you.

THE COURT: Ms. Moskow-Schnoll, anything on

behalf of the United States?

MS. MOSKOW-SCHNOLL: Yes, Your Honor.

The United States submits that one year of

probation is appropriate because pursuant to the corporate

integrity agreement the defendant will be under supervision

by Health & Human Services for five years, during which

period AstraZeneca must promote through internal training and

other policies and programs marketing and sales practices

that are in full compliance with the law.  If AstraZeneca

fails to comply with the terms of the corporate integrity

agreement, it faces exclusion from the Medicare program.

Thus, any lengthier term of probation simply would be

unnecessary.

Regarding the appropriateness of the $63,872,156

fine, the loss amount that that is based on, $39,920,098,

forms the basis for the fine, was determined after a lengthy,

painstaking and extensive review of Zoladex sales and



18

reimbursement figures by accounting experts that were consulted by both parties. Secondly, the 1.6 multiplier that was used in arriving at the fine figure represents the lower end of a very narrow range. In an analogous case that was prosecuted in the District of Massachusetts, the multiplier chosen was 2. Either way, compared to that case or standing on its own, the lower multiplier is appropriate here because of the lack of involvement in the illegal marketing scheme by AstraZeneca upper-level management and because of AstraZeneca's cooperation during the investigation of the case.

THE COURT: All right. Thank you. I have accepted the plea as offered under Rule 11. I find that sentencing without a presentence report, as permitted by Rule 32(c)(1)(A)(ii), is appropriate, because the information that is presently in the record, after an extensive investigation by the United States Government as well as the partners of that government and the cooperation of the defendant corporation, enables me to meaningfully exercise my authority to sentence under 18 United States Code Section 3553.

Therefore, I am prepared to impose sentence at this time as follows.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, AstraZeneca Pharmaceuticals LP, is placed on probation for one year.

During the period of probation, the defendant organization
shall not commit another federal, state or local crime.  As a
special condition of this probation, AstraZeneca is to comply
with the terms of the civil settlement agreement requiring
payment to the United States and to the participating state
Medicaid programs in the amount of $291,027,844.  Where, as
here, the loss suffered by each of the federal health care
programs and the participating state Medicaid programs will
be recompensed fully from amounts that will be paid as part
of the civil settlement agreement, a criminal restitution
order will not be entered.

In addition, the Court is ordering a fine of
$63,872,156.  This fine has been calculated in the following
way.  Pursuant to United States Sentencing Guideline Section
8C2.4 and 18 United States Code Section 3571 Subpart (d), the
loss to the United States from this offense for criminal
sentencing purposes is $39,920,098.  Pursuant to United
States Sentencing Guidelines section 8C2.5, the culpability
score is 8, based on a base score of 5, under Sentencing
Guidelines Section 8C2.5 Subpart (a), with 5 added pursuant
to United States Sentencing Guideline Section
8C2.5(b)(1)(A)(i), and two points deducted pursuant to
Sentencing Guideline Section 8C2.5(g)(2) for Astra-Zeneca's
acceptance of responsibility.  Pursuant to United States
Sentencing Guideline 8C2.6, the applicable range for the

20

multiplier is 1.6 to 3.2, and the appropriate multiplier is 1.6.

The fine should be collected by the clerk of the United States District Court for the District of Delaware, and as I said before, be due immediately.

I am going to order a special assessment of $400, which is also due immediately.

Now, I don't think this is going to apply in this case, but it is my obligation to tell you this because there is a rule that says I have to. If you believe any part or all of this sentence is illegal in any way, you can appeal this sentence by letting Mr. Dodds know or by writing a letter to me, and I would file that letter and your case would move to the Court of Appeals in Philadelphia.

Do you understand your right to appeal the appeals?

MR. ENGELMANN: Yes, I do, Your Honor.

THE COURT: Mr. Dodds, anything further?

MR. DODDS: Nothing further, Your Honor.

THE COURT: Ms. Moskow-Schnoll?

MS. MOSKOW-SCHNOLL: Your Honor, I was just wondering if the Court has signed the motion to unseal so that matter is public.

THE COURT: I am going to sign it in open court at this time. And that means that the matter is unsealed. I

21

am filing it with the clerk of the Court presently.

Anything else?

MS. MOSKOW-SCHNOLL:  No, thank you.

MR. DODDS:  No, thank you.

THE COURT:  Thank you.  We will be in recess

(Court recessed at 1:25 p.m.)

- - -

Reporter:  Kevin Maurer

I hereby certify that the foregoing is a true
and accurate transcript from my stenographic
notes in the proceeding.

Official Court Reporter
U. S. District Court

# Exhibit C

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 1/14/1997 | Email | Wayson, Mark G. | Johnson, T. G. | | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | AZ0575602 |
| 2 | 2/14/1997 | FAX | McMillan, Stephen | Medicare Reimbursement Team | | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) and attorney work product regarding government investigation | AZ0427482 |
| 3 | | | | | | | This document has been determined to be not privileged and is being produced. | |
| 4 | 3/5/1997 | Email | Frigo, D. M. | Ludwig, Jean L. | | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning government investigation | AZ0426677 |
| 5 | 3/6/1997 | Letter | Adler, J Wildrick, Donald S. | Kaplan, S. Visconti, G. | | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning a proposed Zoladex contract | AZ0426664 |
| 6 | 3/7/1997 | Memo | Zaiser, Gene | Johnson, T. G. Kuhlman-Hendrickson, E. C. Wayson, Mark G. | Cox, PC Iacono, Christopher Lucas, Charles WC O'Shea, WJ Simpson, Bill J | Attorney Client | Privileged communication reflecting advice of counsel concerning educational grants (W.C. Lucas) | |
| 7 | 3/17/1997 | Memo | Lucas, William C. | Vile | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (W. Charles Lucas) and attorney work product regarding government investigation | |
| 8 | 3/25/1997 | Email | Cox, Patrick C. | Zaiser, Gene | Lucas, Charles WC Simpson, Bill J Wayson, Mark G. | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | AZ0575600 |
| 9 | 3/25/1997 | Memo | Shaughnessy, R.J. | Lucas, William | | Attorney Client Work Product | Privileged communication reflecting request for advice and advice of counsel concerning educational grants (Robert Shaughnessy, W.C. Lucas) | |
| 10 | 5/7/1997 | Memo | Aronson, Timothy TA Caswell, G. | Bovis, Rachel A. Donnelly, Tom Ilconich, Dave Mastrangelo, Randall C. Smith, D. Wheatley, P. | Patterson, Keith Simpson, Bill J | Redacted AC | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning contracting issues | AZ0426717 |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 11 | 5/9/1997 | Email | Tolls, Linda C. | Rozewicz, Cathy A.; Sassetti, Mary K. | Blocker-Reed, Melanie; Donnelly, Thomas M. | Redacted AC; Redacted Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | AZ0426626 |
| 12 | 5/19/1997 | Email | Rickards, Mark | Manning, Julia W.; Scanlon, Rose Ann R.A | | Attorney Client | Privileged communication seeking advice of counsel (Julia W. Manning & Rose A. M. Scanlon) regarding promotional activities and physicians | |
| 13 | 6/1/1997 | Email | Mudgett, Jodi L. | @11430C | Arenson, Timothy A; Caswell, G; Ilconich, David; Patterson, Keith | Redacted AC; Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning purchase contracts | AZ0426933 |
| 14 | 6/4/1997 | Memo | McMillan, Stephen | Legislative Policy Committee; Medicare Reimbursement Team | | Redacted AC | Privileged communication reflecting advice of counsel (W.C. Lucas) concerning Medicare law | AZ0427488 |
| 15 | 6/25/1997 | Email | Youngmayer, S. | Caulfield, Rose M.; Mollison, Jeffery | | Redacted AC; Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning government investigation | AZ0426684 |
| 16 | 6/26/1997 | Email | Kowash, Kaylor | Manning, Julia W. | Rickards, Mark L. | Redacted AC; Redacted Work Product | Privileged communication reflecting advice of counsel (Julia Manning) concerning purchase contracts | AZ0426803 |
| 17 | 6/28/1997 | Email | Kowash, Kaylor | Manning, Julia W. | Rickards, Mark L. | Redacted AC; Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning purchase contracts | AZ0426310 |
| 18 | 6/28/1997 | Email | Kowash, Kaylor | Manning, Julia W. | Rickards, Mark L. | Redacted AC; Redacted Work Product | Privileged communication seeking advice of counsel (Julia W. Manning) concerning purchase contracts | AZ0426851 |
| 19 | 7/7/1997 | Meeting Minutes | UNKNOWN | | | Redacted AC; Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning a proposed Zoladex contract | AZ0426654 |
| 20 | 7/28/1997 | Email | Rickards, M. L. | McCarthy, J. A. | Mastrangelo, Randall C. | Redacted AC; Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning government investigation | AZ0426704 |
| 21 | 7/28/1997 | Email | Rickards, Mark | McCarthy, John A. | Mastrangelo, Randall C. | Redacted AC; Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) regarding a possible Zoladex buying group | AZ0427501 |
| 22 | | | | | | | This document has been determined to be non-responsive to the document requests and is being removed from the privilege log | |
| 23 | 8/14/1997 | Email | Morgan, Martin C. | Lopez de Sagrado, Jose A. | | Redacted AC; Redacted Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | AZ0426658 |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range A20425372-A20466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 24 | 8/15/1997 | Email | Kowash, Kaylor | Manning, Julia JW | Rickards, Mark L | Redacted AC / Redacted Work Product | Privileged communication seeking and reflecting advice of counsel (Julia W. Manning) concerning purchase contracts | A20426878 |
| 25 | 8/21/1997 | FAX | Manning, Julia W. | Long, Joan | | Attorney Client Work Product | Privileged communication seeking advice of counsel (Mayer Brown & Platt) and reflecting advice of counsel (Julia W. Manning) concerning contract issues. | |
| 26 | 8/24/1997 | Email | Patrick, J. | Mollison, Jeffery | | Redacted AC / Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning government investigation | A20426689 |
| 27 | 8/28/1997 | Email | Blum, D. | Simpson, B. | Behan, TA; Harrison, Sarah; Rickards, Mark L; Zehner, Doug | Redacted AC / Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning government investigation | A20426714 |
| 28 | 8/29/1997 | Email | Kaylor, Kowash | Cioll, Richard E. | Smith, Brian BP; Wifford, Richard E | Redacted AC / Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) regarding an educational grant | A20427495 |
| 29 | 9/16/1997 | Email | Mudgett, Jodi L. | @11430C | | Redacted AC / Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning government investigation | A20426695 |
| 30 | 9/20/1997 | Email | Kolvenbag, G. J. / Lauerman, Kimberly; Rickards, Mark | | Kowash, Kaylor P; Wheatley, Pamela | Redacted AC / Redacted Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | A20426649 |
| 31 | 10/10/1997 | Email | Ilconich, David | Orio, Michael | Maddox, Greg; Mansfield, Joseph; Mudgett, Jodi L; Wildrick, Donald S | Redacted AC / Redacted Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | A20426634 |
| 32 | 10/22/1997 | FAX | Mastrangelo, Randall C. | Manning, Julia W. | | Attorney Client | Privileged communication seeking advice of counsel (Julia W. Manning) regarding contracting issues | |
| 33 | 10/23/1997 | Email | Mollison, Jeffrey / Frank, Carolyn | | Caulfield, Rose; Hedinger, Richard RF; Kowash, Kaylor P; Smith, Brian BP; Zehner, Doug | Redacted AC / Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) regarding a Zoladex customer account issue | A20427493 |
| 34 | 10/27/1997 | Handwritten Notes Report | Manning, Julia | | | Redacted AC | Handwritten notes reflecting advice of counsel (Julia W. Manning) regarding OIG report | A20707798 |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 35 | 11/2/1997 | Letter | Little, Michael | Custodian of Records of Zeneca Inc. | | Redacted AC Redacted Work Product | Privileged communication consisting of handwritten attorney notes reflecting legal advice (Julia W. Manning) regarding government investigation | AZ0575563 |
| 36 | 11/2/1997 | Letter | Little, Michael | Custodian of Records of Zeneca Inc. | | Redacted Work Product | Document containing handwritten notes reflecting attorney work product (Julia W. Manning) concerning government investigation | AZ0428372 |
| 37 | 11/7/1997 | Letter | Beers, Donald O. | Shaughnessy, Robert | | Attorney Client | Privileged communication reflecting advice of counsel (Donald Beers of Arnold & Porter) and attorney work product regarding AWP | |
| 38 | 11/7/1997 | FAX | Sanzo, Kathleen M. | Manning, Julia W. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Kathleen Sanzo of Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 39 | 11/13/1997 | Article FAX | Wawrzonek, Jack L. | Manning, Julia W. | | Redacted AC Redacted Work Product | Privileged communication seeking advice of counsel (Julia W. Manning) regarding government investigation | AZ0575561 |
| 40 | 11/17/1997 | Email | Armstrong, John C. | Bolton, Missy | Ludwig, Joan L. | Redacted AC Redacted Work Product | Privileged communication containing attorney's (Stuart Fullerton) handwritten notes reflecting legal advice regarding a Zofedex customer issue | AZ0426675 |
| 41 | 11/17/1997 | Letter | Ilconich, David | Manning, Julia W. | | Attorney Client Work Product | Privileged communication seeking advice of counsel (Julia W. Manning) and attorney work product regarding government investigation | |
| 42 | 12/1/1997 | Email | Mudget, Jodi L. | @1143OC | Ilconich, David | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning purchase contracts | AZ0426935 |
| 43 | 12/3/1997 | Email | Scanlon, Rose Ann | Manning, Julia | | Attorney Client | Privileged communication seeking advice of counsel (Julia W. Manning & Rose A. M. Scanlon) regarding promotional activities and physicians | |
| 44 | 12/5/1997 | Memo | Brown, June Gibbs | DeParle, Nancy-Ann Min | | Redacted AC | Privileged communication containing attorney's handwritten notes reflecting legal advice (Julia W. Manning) regarding pricing practices and government investigation | AZ0707800 |
| 45 | 12/6/1997 | Email | Lampert, Steve | Lucas, Charles W.; Manning, Julia W. | | Attorney Client Work Product | Privileged communication requesting advice of counsel (W. Charles Lucas & Julia W. Manning) concerning government investigation | |
| 46 | 12/8/1997 | Notes | Manning, Julia | | | Attorney Client Work Product | Document containing handwritten notes reflecting privileged communication of advice of counsel (Julia W. Manning) concerning government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0465415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 47 | 12/9/1997 | FAX | Lucas, Charlie | Fullerton, Stuart L. Manning, Julia W. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (W. Charles Lucas) regarding government investigation | |
| 48 | 12/9/1997 | Email | Fullerton, Stuart | Manning, Julia W. | | Attorney Client Work Product | Privileged communication seeking legal advice (Julia W. Manning) and work product regarding government investigation | |
| 49 | 12/9/1997 | Email | Ford, Terri | Fullerton, Stuart L. Manning, Julia W. | Lampert, Steve D. Milhouser, A. | Attorney Client Work Product | Privileged communication seeking legal advice (Julia W. Manning and Stuart Fullerton) and work product regarding government investigation | |
| 50 | 12/10/1997 | Letter | Manning, Julia W. | Sanza, Kathleen M. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius & Julia W. Manning) and attorney work product regarding government investigation | |
| 51 | 12/10/1997 | Draft Voice Mail Script | Simpson, Bill J. | Manning, Julia JW | | Attorney Client Work Product | Privileged communication reflecting request for advice and legal advice (Julia W. Manning and W. Charles Lucas) and work product regarding government investigation | |
| 52 | 12/10/1997 | Email | Manning, Julia W. | Bowers, William L. Cotterman, Richard E. Curtis, Carol A. DiInnio, Mark A. Fuller, Joseph H. Rhodes-Bowman, Karen L. Spencer, Adriane L. Taylor, Allen A. | Cohen, Colleen CM Eoppolo, John JE Fullerton, Stuart L. Heisey, Earl Lucas, Charles WC Manning, Julia W O'Shea, WJ Painter, Patricia PJ Simpson, Bill J Zaiser, Gene GH | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 53 | 12/10/1997 | Email | Manning, Julia W. | Bowers, William L. Cotterman, Richard E. Curtis, Carol A. DiInnio, Mark A. Fuller, Joseph H. Rhodes-Bowman, Karen L. Spencer, Adriane L. Taylor, Allen A. | Cohen, Colleen CM Eoppolo, John JE Fullerton, Stuart L. Heisey, Earl Lucas, Charles WC Manning, Julia W O'Shea, WJ Painter, Patricia PJ Simpson, Bill J Zaiser, Gene GH | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

AZPRIVLOG2-0005

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 54 | 12/11/1997 | Memo | Lucas, William C. | Manning, Julia W. | | Attorney Client Work Product | Privileged communication reflecting legal advice (W. Charles Lucas & Julia W. Manning) and work product regarding government investigation | |
| 55 | 12/12/1997 | Memo | McMillan, S.D. | Manning, Julia W. | Lampert, Steve B Milbauer, A. | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) and attorney work product regarding government investigation | |
| 56 | 12/12/1997 | Notes | Manning, Julia | | | Attorney Client Work Product | Privileged document and handwritten notes reflecting legal advice (Julia W. Manning) and work product regarding government investigation | |
| 57 | 12/12/1997 | Notes | Manning, Julia | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 58 | 12/12/1997 | Notes | Manning, Julia | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 59 | 12/12/1997 | Letter | Dodds, John C. | Lucas, William | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |
| 60 | 12/14/1997 | Article | Manning, Julia | | | Attorney Client Work Product | Handwritten notes reflecting advice of counsel (Julia W. Manning) regarding government investigation | |
| 61 | 12/15/1997 | Memo | Lucas, W. C. | File | Musker, GHR Petty, CRW | Attorney Client Work Product | Privileged communication reflecting advice of counsel (W. Charles Lucas) concerning government investigation | |
| 62 | 12/17/1997 | Letter | Ikonich, David | Manning, Julia W. | | Attorney Client Work Product | Privileged communication seeking advice of counsel (Julia W. Manning) and attorney work product regarding government investigation | |
| 63 | 12/23/1997 | Email | Simpson, William | Manning, Julia W. | | Attorney Client Work Product | Privileged communication seeking advice of counsel (Julia W. Manning) and attorney work product regarding government investigation | |
| 64 | 12/24/1997 | Draft Voice Mail Script | Simpson, Bill J. | Manning, Julia | | Attorney Client Work Product | Privileged communication reflecting request for advice and legal advice (Julia W. Manning) and work product regarding government investigation | |
| 65 | 12/29/1997 | Email | Manning, Julia W. | Casey, Mariann B. Fullerton, Stuart L. Langford, Denise Lucas, Charles W. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ04253372-AZ0465415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------| ---------------|-------------------|
| 66 | 12/29/1997 | Email | Manning, Julia W. | Casey, Mariann B. Fullerton, Stuart L. Langford, Denise Lucas, Charles W. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 67 | 1/8/1998 | Email | Acquaviva, Sandra | Manning, Julia W. | DeNoble, Kimi KP Rogers, Anthony AF | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) regarding government investigation | A70575660 |
| 68 | 1/8/1998 | Memo | Kraeuter, Eric | File | Dodds, John C Herman, Kimberly Mathewson, Lisa A Weller-Gerber, Melissa | Attorney Client Work Product | Privileged communication reflecting legal advice (Morgan Lewis & Bockius) and work product regarding government investigation | |
| 69 | 1/13/1998 | Email | Fullerton, Stuart | Lucas, Charles W. Manning, Julia W. | Davies, Laura LJ Engelmann, Glenn M | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) and handwritten notes reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 70 | 1/13/1998 | Memo | Kraeuter, Eric | File | Dodds, John C Fullerton, Stuart L. Herman, Kimberly Lucas, WC Manning, Julia W Mathewson, Lisa A Sanzo, K Sunshine, Paul H. Weller-Gerber, Melissa | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |
| 71 | 1/13/1998 | Email | Fullerton, Stuart | Lucas, Charles W. Manning, Julia W. | Davies, Laura LJ Engelmann, Glenn M | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 72 | 1/13/1998 | Email | Fullerton, Stuart | Lucas, Charles W. Manning, Julia W. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) regarding government investigation | |
| 73 | 1/14/1998 | Memo | Fullerton, Stuart | Zytkin, Mark | Davies, Laura LJ Engelmann, Glenn M Lucas, Charles WC Manning, Julia W | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 74 | 1/14/1998 | Email | Fullerton, Stuart | Casey, Mariann B.; Lucas, Charles W.; Manning, Julia W. | Davies, Laura J.J | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 75 | 1/14/1998 | Memo | Fullerton, Stuart | Kraeuter, Eric; Lucas, Charles W.; Manning, Julia W.; Sanzo, Kathleen M | Casey, Mariann D | Attorney Client Work Producer | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) and attorney work product regarding government investigation | |
| 76 | 1/15/1998 | Memo | Fullerton, Stuart | Behan, Thomas; Black, R. C.; Blum, Donald E.; Bruxelles, G.; Capps, Donald A.; Engle, Alan; Eaton, William R.; Frank, Donald E.; Gonzalez, Izzy; Grossi, M.; Harrison, Sardi S.; Incisey, Earl N.; Hill, Robert W.; Kennedey, Gerard T.; Kolverbag, Geert; Liebman, James F.; Lucas, W. C.; Lyons, Thomas J.; Manning, Julia W.; Roberts, Fred; Rosenberg, Howard A.; Shaughnessy, R.; Shoup, David L.; Simpson, William J. | Casey, Mariann D; Davies, Laura LJ; Lucas, Charles WC; Manning, Julia W; Mehlhier, PC | Attorney Client Work Product | Privileged communication reflecting legal advice (Stuart L. Fullerton) and work product regarding government investigation | |
| 77 | 1/15/1998 | Memo | Fullerton, Stuart | Lucas, William; Manning, Julia W. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) and attorney work product regarding government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

AZPRIVLOG2-0008

Case 1:01-cv-12257-PBS   Document 4142-2   Filed 05/02/07   Page 38 of 93

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 78 | 1/16/1998 | Email | Fullerton, Stuart | Lucas, Charles W.; Manning, Julia W. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 79 | 1/19/1998 | Letter | Engelmann, Glenn M. | Patterson, Keith | Fullerton, Stuart L; Kraeutler, Eric; Lucas, Charles WC; Manning, Julia W | Attorney Client Work Product | Privileged communication reflecting legal advice (Glenn M. Engelmann) regarding government investigation and indemnification of employees | |
| 80 | 1/19/1998 | Email | O'Brien, John | Donnelly, Thomas M.; Ilconich, David; Mestrangelo, Randall C. | Rickards, Mark L; Sheep, David DL; Strand, Steven E | Redacted Work Product | Document containing handwritten notes reflecting attorney work product (Julia W. Manning) concerning pricing issues | AZ0428378 |
| 81 | 1/22/1998 | Memo | Zylkin, Mark C. | Campbell, Neil D. | Davies, Laura LJ; Engelmann, Glenn M; Fullerton, Stuart L; Kennedy, RT; Lucas, Charles WC; Manning, Julia W; Marshall, Ivan | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton, Julia Manning, Glenn Engelmann, und W. C. Lucas) concerning government investigation | |
| 82 | 1/24/1998 | Email | Manning, Julia W. | Fullerton, Stuart L. | Lucas, Charles WC | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton and Julia W. Manning) and attorney work product regarding government investigation | |
| 83 | 1/27/1998 | Memo | Manning, Julia W. | Blum, D. E.; Zellner, D. G. | Bohan, TA; Fullerton, Stuart L.; Harrison, SS; Lucas, WC; Sanzo, K; Scanlon, RA | Attorney Client Work Product | Privileged communication reflecting legal advice (Julia W. Manning & W. Charles Lucas) and work product regarding government investigation | |
| 84 | 1/27/1998 | Memo | Zaiser, Gene | District Sales Managers - Oncology Care; Regional Oncology Account Managers; Regional Sales Managers - Oncology Care | Fullerton, Stuart L.; Lucas, Charles WC; Manning, Julia W; O'Brien, John V; Scanlon, RA | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0465415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 85 | 1/27/1998 | Memo | Zaiser, Gene H. | District Sales Managers - Oncology Fullerton, Stuart L., Lucas, Charles W., Manning, J., O'Brien, J., Regional Sales Managers - Oncology Scanlon, Rose Ann, P.A. | Eoppolo, John JE | Attorney Client Work Product | Privileged communication reflecting legal advice of counsel (Stuart Fullerton, Charles Lucas, Julia Manning and Rose Ann Scanlon) concerning government investigation | |
| 86 | 1/28/1998 | Memo | Dodds, John C. | File | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 87 | 1/30/1998 | Memo | Dodds, John C. Kraeuter, Eric Sanzo, Kathleen M. | Fullerton, Stuart L. Lucas, William Manning, Julia W. | | Attorney Client Work Product | Privileged communication reflecting legal advice (Morgan Lewis & Bockius) and work product regarding government investigation | |
| 88 | 1/30/1998 | Memo | Dodds, John C. | File | Zeneca Team | Attorney Client Work Product | Privileged communication reflecting legal advice (Morgan Lewis & Bockius) and work product regarding government investigation | |
| 89 | 2/2/1998 | Email | McHenry, Christine | Bruxellas, Greg Hodinger, Richard F. Manning, Julia W. | Fullerton, Stuart L. Lucas, Charles W/C | Attorney Client Work Product | Privileged communication seeking and reflecting legal advice (Julia W. Manning) and work product regarding government investigation | |
| 90 | 2/3/1998 | Memo | Dodds, John C. | File | Zeneca Team | Attorney Client Work Product | Privileged communication reflecting legal advice (Morgan Lewis & Bockius) and work product regarding government investigation | |
| 91 | 2/3/1998 | Memo | Manning, J. W. | File | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 92 | 2/3/1998 | Memo | Dodds, John C. | Gerber, Melisa Weiler Kraeuter, Eric Mathewson, Lisa A. Sanzo, Kathleen M. | Kraeuter, Eric Mathewson, Lisa A Sanzo, K Weiler-Gerber, Melissa | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0465415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 93 | 2/4/1998 | Email | Fullerton, Stuart | Bruxelles, Greg | Casey, Marinan B; Manning, Julia W; McHenry, Christaine; CM | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) and attorney work product regarding government investigation | |
| 94 | 2/4/1998 | Email | Manning, Julia W. | Fullerton, Stuart L., Lucas, Charles W. | Langford, Denise DM | Attorney Client Work Product | Privileged communication reflecting legal advice (Julia W. Manning) and work product regarding government investigation | |
| 95 | 2/4/1998 | Email | Fullerton, Stuart | Lucas, Charles W.; Manning, Julia W. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning & Stuart L. Fullerton) concerning government investigation | |
| 96 | 2/4/1998 | Email | Prescott, T. | Manning, Julia W. | Fullerton, Stuart L. | Attorney Client Work Product | Privileged communication seeking and reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 97 | 2/8/1998 | Email | Rickards, Mark | Manning, Julia W. | | Attorney Client Work Product | Privileged communications seeking advice of counsel (Julia W. Manning) concerning government investigation | |
| 98 | 2/10/1998 | Email | Aronson, Timothy TA | Manning, Julia W. | | Redacted AC | Privileged communication seeking advice of counsel (Julia W. Manning) regarding regional advisory boards | AZ0575652 |
| 99 | 2/11/1998 | Email | Fullerton, Stuart | Lucas, Charles W.; Manning, Julia W. | Casey, Mariam B; Davies, Laura LJ | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) and attorney work product regarding government investigation | |
| 100 | 2/12/1998 | Memo | Lampert, Steve | Lucas, W. C.; Mithauer, A. J. | Black, RC; O'Shea, WJ | Attorney Client Work Product | Privileged communications seeking advice of counsel (W. Charles Lucas) concerning government investigation | |
| 101 | 2/12/1998 | Memo | Manning, Julia W | Prescott, T. | Fullerton, Stuart L; Lucas, WC | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 102 | 2/13/1998 | Letter | Dodds, John C. | Lucas, William | Fullerton, Stuart L.; Manning, Julia W | Attorney Client Work Product | Privileged communication reflecting legal advice (Morgan Lewis & Bockius) and work product regarding government investigations | |
| 103 | 2/17/1998 | Memo | Manning, Julia W. | Prescott, T. | Langford, Denise DM; Manning, Julia W | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 104 | 2/17/1998 | Email | Manning, Julia W. | Lucas, Charles W. | Langford, Denise DM; Manning, Julia W | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|------|--------|-----------|----|-----------|----------------|-------------------|
| 105 | 2/18/1998 | Memo | Manning, Julia W. | File | | Attorney Client Work Product | Privileged communication reflecting legal advice (W.Charles Lucas & Julia W. Manning) and work product regarding government investigation | |
| 106 | 2/18/1998 | Email | Lampert, Steve | Farrell, Marybeth Ford, Torri Fullerton, Stuart L. Manning, Julia W | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (W. Charles Lucas) concerning government investigation | |
| 107 | 2/18/1998 | Email | Rickards, Mark | Manning, Julia W. | Strand, Steven E | Attorney Client Work Product | Privileged communication seeking advice of counsel (Julia W. Manning) and containing handwritten notes reflecting attorney work product concerning government investigation | |
| 108 | 2/18/1998 | Email | Rickards, Merk | Manning, Julia W. | Strand, Steven E | Attorney Client Work Product | Privileged communication seeking advice of counsel (Julia W. Manning) and containing handwritten notes reflecting attorney work product concerning government investigation | |
| 109 | 2/19/1998 | Memo | Fullerton, Stuart | Kreauter, Eric Lucas, Charles W. Manning, Julia W. Sanzo, Kathleen M. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | |
| 110 | 2/20/1998 | Email | LegalTemp | Arenson, Timothy A. Kowash, Kaylor P Rickards, Mark | Langford, Denise DM Lucas, Charles WC Manning, Julia W Scanlon, RA | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 111 | 2/20/1998 | Email Handwritten Notes | Rickards, Mark | Manning, Julia W. | | Attorney Client Work Product | Privileged communication seeking advice of counsel (Julia W. Manning) and containing handwritten notes reflecting attorney work product concerning government investigation | |
| 112 | 2/20/1998 | Email | Kowash, Kaylor | Manning, Julia W. | Rickards, Mark L | Redacted AC Redacted Work Product | Privileged communication seeking and reflecting advice of counsel (Julia W. Manning) concerning a proposed marketing initiative | AZ0426916 |
| 113 | 2/23/1998 | Memo | Fullerton, Stuart | Kreauter, Eric Manning, Julia W. Sanzo, Kathleen M. W. Charles Lucas | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | |
| 114 | 2/24/1998 | Memo | Kreauter, Eric | Fullerton, Stuart L. | Dodds, John C Sanzo, K | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 115 | 2/24/1998 | Memo | Dodds, John C. | File | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 116 | 2/24/1998 | FAX | Dodds, John C. | Fullerton, Stuart L., Lucas, William, Manning, Julia W., Senzo, Kathleen M. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (John Dodds of Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 117 | 2/27/1998 | Email | Fullerton, Stuart | Lucas, Charles W. | Casey, Mariann B, Davies, Laura LJ, Manning, Julia W | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 118 | 3/2/1998 | Email | Manning, Julia | Fresconi, Terry T. | Fullerton, Stuart L., Lucas, Charles WC, Manning, Julia W | Attorney Client Work Product | Privileged communications reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 119 | 3/2/1998 | Memo | Fullerton, Stuart | Kreutler, Eric, Lucas, Charles W., Manning, Julia W., Senzo, Kathleen M., Scanlon, Rose Ann RA | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | |
| 120 | 3/2/1998 | Memo | Fullerton, Stuart | Kreutler, Eric, Lucas, Charles W., Manning, Julia W., Senzo, Kathleen M., Scanlon, Rose Ann RA | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | |
| 121 | 3/4/1998 | Memo | Fullerton, Stuart | Kreutler, Eric, Lucas, Charles W., Manning, Julia W., Senzo, Kathleen M., Scanlon, Rose Ann RA | Casey, Mariann B, Davies, Laura LJ | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 122 | 3/5/1998 | Email Report | Langford, Denise | Manning, Julia W. | | Attorney Client Work Product | Privileged document reflecting advice of counsel (Julia W. Manning) and attorney work product relating to government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0426372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 123 | 3/5/1998 | Memo | Dodds, John C. | File | Casey, Mariann B Fullerton, Stuart L Herman, Kimberly Kraeuter, Eric Lucas, WC Manning, Julia W Mathewson, Lisa A Parker, Viveca D Sanzo, K Sims, Margaeria B Su, Lily W Welker-Gerber, Melissa | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 124 | 3/5/1998 | Memo | Dodds, John C. | File | Casey, Mariann B Fullerton, Stuart L Herman, Kimberly Kraeuter, Eric Lucas, Charles WC Manning, Julia W Mathewson, Lisa A Parker, Viveca D Sanzo, K Sims, Margaeria B Su, Lily W Welker-Gerber, Melissa | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 125 | 3/6/1998 | Email | Mcallister Dean R | Manning Julie JW | Armstrong, John C Tredette, Gregory Mastrangelo, Randall C Morando, Rocco Rickards, Mark L Wawronck, Jack L | Redacted AC | Privileged communications reflecting advice of counsel (Julia W. Manning) regarding changes in reimbursement policy and Medicare | AZ0573650 |

Highly Confidential Treatment Requested by AstraZeneca

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 126 | 3/9/1998 | Letter | Kraeuter, Eric | Gibson-Mason, Virginia, Assistant U.S. Attorney | Zeneca Team | Attorney Client Work Product | Document containing handwritten notes reflecting attorney work product (Julia W. Manning) relating to government investigation | |
| 127 | 3/9/1998 | Email | Langford, Denise | Fullerton, Stuart L., Kraeuter, Eric, Manning, Julia W., Sanzo, Kathleen M. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (W. Charles Lucas) concerning government investigation | |
| 128 | 3/10/1998 | Memo | Fullerton, Stuart | Kraeuter, Eric | Casey, Mariam B, Lucas, WC, Manning, Julia W | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | |
| 129 | 3/11/1998 | Memo | Manning, Julia W. | Lucas, William | | Attorney Client Work Product | Privileged communication reflecting request for advice and advice of counsel (Julia W. Manning, W.C. Lucas) regarding a proposed value added service project | |
| 130 | 3/11/1998 | Memo | Manning, Julia W. | Lucas, William | | Attorney Client Work Product | Privileged communication reflecting request for advice and advice of counsel (Julia W. Manning, W.C. Lucas) regarding a proposed value added service project | |
| 131 | 3/16/1998 | Memo | Dodds, John C. | Fullerton, Stuart L., Kraeuter, Eric, Sanzo, Kathleen M. | Casey, Mariam B, Herman, Kimberly | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |
| 132 | 3/16/1998 | Handwritten Notes | Ilconich, David | | | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning purchase contracts | AZ0426845 |
| 133 | 3/18/1998 | Memo | Fullerton, Stuart | Kraeuter, Eric, Lucas, Charles W., Manning, Julia W., Sanzo, Kathleen M., Scanlon, Rose Ann RA | Casey, Mariam B | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) and attorney work product regarding government investigation | |
| 134 | 3/19/1998 | Email FAX | Fullerton, Stuart, Mansfield, Joseph A | Ilconich, David, Kraeuter, Eric, Lucas, W. C., Manning, J. W., Sanzo, Kathleen M. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 135 | 3/20/1998 | Letter | Gibson-Mason, Virginia, Steel, Gregory M. | Kraeuter, Eric | | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | AZ0428379 |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 136 | 3/20/1998 | FAX Notes | Manning, Julia W. | Fullerton, Stuart L. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 137 | 3/23/1998 | Memo | Kraeuter, Eric | File | Zeneca Team | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |
| 138 | 3/25/1998 | Memo | Fullerton, Stuart | Kraeuter, Eric Lucas, Charles W. Manning, Julia W. Sunzo, Kathy Scanlon, Rose Ann M | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 139 | 3/25/1998 | FAX | Mollison, Jeffrey C. | Iiconich, Dave | | Redacted AC Redacted Work Product | Privileged communication seeking and reflecting advice of counsel (W. Charles Lucas, Stuart Fullerton) concerning a proposed marketing initiative | AZ0426894 |
| 140 | 3/25/1998 | Memo | Fullerton, Stuart | Kraeuter, Eric Lucas, Charles W. Manning, Julia W. Sunzo, Kathleen M. Scanlon, Rose Ann RA | Casey, Mariann B | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) and attorney work product regarding government investigation | |
| 141 | 3/27/1918 | Memo | Fullerton, Stuart | Kraeuter, Eric Lucas, Charles W. Manning, Julia W. Sunzo, Kathleen M. Scanlon, Rose Ann RA | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) and attorney work product regarding government investigation | |
| 142 | 4/3/1998 | FAX | Selber, Jennifer Creed | Fullerton, Stuart L. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Jennifer Creed Selber of Morgan, Lewis & Bockius) | |
| 143 | 4/10/1998 | Email | Fullerton, Stuart | Lucas, Charles W. Manning, Julia W. | Davies, Laura LJ | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 144 | 4/10/1998 | Memo | Fullerton, Stuart | Kraeuter, Eric Lucas, Charles W. Manning, Julia W. Sunzo, Kathleen M. Scanlon, Rose Ann RA | Casey, Mariann R | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 145 | 4/13/1998 | Memo | Lucas, W. C. | Fullerton, Stuart L. | Manning, Julia W Scanlon, RA | Attorney Client Work Product | Privileged communication reflecting advice of counsel (W. Charles Lucas & Stuart L. Fullerton) concerning government investigation | |
| 146 | 4/13/1998 | Email | Langford, Denise | Fullerton, Stuart L. | Lucas, Charles WC Manning, Julia W Stanlon, RA | Attorney Client Work Product | Privileged communication reflecting advice of counsel (W. Charles Lucas) concerning government investigation | |
| 147 | 4/15/1998 | Handwritten Notes Memo | Sanzo, Kathleen M. | Lucas, William | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Backius) concerning marketing, sales and regulatory requirements | |
| 148 | 4/16/1998 | Email | Fullerton, Stuart | Lucas, Charles W. Manning, Julia W. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation and document production | |
| 149 | 4/22/1998 | Memo | Dodds, John C. | Zeneca Team | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |
| 150 | 4/22/1998 | Email Handwritten Notes | Noonan, Connie | Lucas, Charles W. Manning, Julia W. Scanlon, Rose Ann RA | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) and attorney work product (Julia W. Manning) concerning government investigation | |
| 151 | 4/22/1998 | Memo | Lucas, W. C. | Bateman, C. F. Iocono, CJ O'Shea, WJ Zeiser, G. H. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (W. Charles Lucas & Julia W. Manning) concerning government investigation | |
| 152 | 4/22/1998 | Email | Noonan, Connie | Lucas, Charles W. Manning, Julia W. Scanlon, Rose Ann RA | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) regarding government investigation | |
| 153 | 4/22/1998 | Email Handwritten Notes | Noonan, Connie | Lucas, Charles W. Manning, Julia W. Scanlon, Rose Ann RA | Fullerton, Stuart L. | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 154 | 4/22/1998 | Email Handwritten Notes | Noonan, Connie | Lucas, Charles W. Manning, Julia W. Scanlon, Rose Ann RA | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) regarding government investigation | |

AZPRIVLOG2-0017

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0465415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 155 | 4/23/1998 | Memo | Dodds, John C. | Casey, Mariann B.; Fullerton, Stuart L.; Lucas, William; Manning, Julia W.; Sanzo, Kathleen M. | Herman, Kimberly | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |
| 156 | 4/20/1998 | Email | Manning, Julia | Lucas, Charles W. | Manning, Julia W | Attorney Client Work Product | Privileged communication reflecting advice of counsel (W. Charles Lucas & Julia W. Manning) concerning government investigation | |
| 157 | 5/4/1998 | FAX Memo | Su, Lily W. | Fullerton, Stuart L. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Lily Su of Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 158 | 5/6/1998 | Memo | Dodds, John C. | File | Casey, Mariann B Fullerton, Stuart L Herman, Kimberly Kneouiler, Eric Lucas, WC Manning, Julia W Mathewson, Lisa A Parker, Vivexa D Sanzo, K Sims, Margueriia B Su, Lily W Weiler-Gerber, Melissa | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|--------------|--------|-----------|----|-----------|----------------|-------------------|
| 159 | 5/6/1998 | Memo | Dodds, John C. | File | Casey, Mariann B Fullerton, Stuart I. Ileenan, Kimberly Knoeutler, Eric Lucas, WC Manning, Julia W Mathewson, Lisa A Parker, Viveca D Sauzo, K Sims, Marguerita B Su, Lily W Weller-Gorher, Melissa | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 160 | 5/7/1998 | Memo | Manning, J. W. | Fullerton, Stuart L. | Lucas, WC | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning, W. Charles Lucas) concerning government investigation | |
| 161 | 5/7/1998 | Memo | Manning, J. W. | Fullerton, Stuart L. | Lucas, Charles WC | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 162 | 5/7/1998 | Memo | Manning, J. W. | Fullerton, Stuart L. | Lucas, WC | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 163 | 5/7/1998 | Handwritten Notes | Manning, J. W. | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) regarding government investigation. | |
| 164 | 5/8/1998 | Email | Fullerton, Stuart | Casey, Mariann B. | Lucas, Charles WC Manning, Julia W | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 165 | 5/8/1998 | Memo | Kraeutler, Eric | File | Casey, Mariann D; Dodds, John C; Fullerton, Stuart L; Herman, Kimberly; Lucas, WC; Manning, Julia W; Mathewson, Lisa A; Parker, Viveca D; Sanzo, K; Scanlon, RA; Selber, Jennifer C; Sims, Marguerita B; Su, Lily W; Weiler-Gerber, Marissa | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 166 | 5/8/1998 | Memo | Kraeutler, Eric | File | Casey, Mariann B; Fullerton, Stuart L; Herman, Kimberly; Kraeutler, Eric; Lucas, WC; Manning, Julia W; Mathewson, Lisa A; Parker, Viveca D; Sanzo, K; Sims, Marguerita B; Su, Lily W; Weiler-Gerber, Marissa | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 167 | 5/13/1998 | Memo | Dodds, John C. | File | Casey, Marian B Fullerton, Stuart L Herman, Kimberly Kraeutler, Eric Lucas, WC Manning, Julia W Mathewson, Lisa A Parker, Viveca D Sanzo, K Sims, Marguerita B Su, Lily W Weiler-Gerber, Melica | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 168 | 5/15/1998 | Memo | Dodds, John C. | File | Casey, Marian B Fullerton, Stuart L Herman, Kimberly Kraeutler, Eric Lucas, WC Manning, Julia W Mathewson, Lisa A Parker, Viveca D Sanzo, K Sims, Marguerita B Su, Lily W Weiler-Gerber, Melica | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

Page 22 of 138

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 169 | 5/22/1998 | Memo | Dodds, John C. | File | Casey, Mariann B<br>Fullerton, Stuart L.<br>Herman, Kimberly<br>Kneautler, Eric<br>Lucas, WC<br>Manning, Julia W<br>Mathewson, Lisa A<br>Parker, Viveca D<br>Sanzo, K<br>Sims, Marguerita B<br>Su, Lily W<br>Weller-Gerber,<br>Melissa | Attorney Client<br>Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 170 | 5/26/1998 | Email | Fullerton, Stuart | Casey, Mariann B.<br>Lucas, Charles W.<br>Manning, Julia W.<br>Scanlon, Rose Ann RA | | | Attorney Client<br>Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton, Morgan Lewis & Bockius) concerning government investigation | |
| 171 | 5/28/1998 | Memo | Dodds, John C. | File | Casey, Mariann B<br>Fullerton, Stuart L<br>Herman, Kimberly<br>Kneautler, Eric<br>Lucas, WC<br>Manning, Julia W<br>Mathewson, Lisa A<br>Parker, Viveca D<br>Sanzo, K<br>Sims, Marguerita B<br>Su, Lily W<br>Weller-Gerber,<br>Melissa | Attorney Client<br>Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

Page 23 of 138

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 172 | 5/28/1998 | Memo | Dodds, John C. | File | Casey, Mariann B Fullerton, Stuart L Herman, Kimberly Kraeuler, Eric Lucas, WC Manning, Julia W Mathewson, Lisa A Parker, Viveca D Sanzo, K Sims, Marguerita B Su, Lily W Weiler-Gerber, Melise | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 173 | 6/2/1998 | Memo | Dodds, John C. | File | Casey, Mariann B Fullerton, Stuart L Herman, Kimberly Kraeuler, Eric Lucas, WC Manning, Julia W Mathewson, Lisa A Parker, Viveca D Sanzo, K Sims, Marguerita B Su, Lily W Weiler-Gerber, Melise | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

AZPRIVLOG2-0023

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 174 | 6/2/1998 | Memo | Dodds, John C. | File | Casey, Mariann B Fullerton, Stuart L Herman, Kimberly Kraettler, Eric Lucas, WC Manning, Julia W Mathewson, Lisa A Parker, Viveca D Sanza, K Sims, Marguerita B Su, Lily W Weiler-Gerber, | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 175 | 6/2/1998 | Memo | Dodds, John C. | File | Casey, Mariann B Fullerton, Stuart L Herman, Kimberly Kraettler, Eric Lucas, WC Manning, Julia W Mathewson, Lisa A Parker, Viveca D Sanza, K Sims, Marguerita B Su, Lily W Weiler-Gerber, | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 176 | 6/2/1998 | Memo | Dodds, John C. | File | Casey, Mariann B; Fullerton, Stuart L; Herman, Kimberly; Kreoutler, Eric; Lucas, WC; Manning, Julia W; Matthewson, Lisa A; Parker, Vivca D; Snozo, K; Sims, Marguerita D; Su, Lily W; Weiler-Gerber, Melisa | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 177 | 6/9/1998 | Letter | Siaarcluk, Eric W. | Kreoutler, Eric | | Attorney Client Work Product | Privileged communication reflecting attorney client communication (Ballard Spahr Andrews & Ingersoll & Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 178 | 6/11/1998 | Letter | Engelmann, Glenn M. | Reisenauer, Mark | Fullerton, Stuart L; Kreoutler, Eric; Lucas, Charles WC; Manning, Julia W | Attorney Client | Privileged communication reflecting advice of counsel (Glenn M. Engelmann) concerning government investigation | |
| 179 | 6/12/1998 | Memo | Dodds, John C. | File | Casey, Mariann B; Fullerton, Stuart L; Herman, Kimberly; Kreoutler, Eric; Lucas, WC; Manning, Julia W; Matthewson, Lisa A; Parker, Vivca D; Snozo, K; Sims, Marguerita B; Su, Lily W; Weiler-Gerber, Melisa | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 180 | 6/17/1998 | Memo | Dodds, John C. | File | Casey, Mariann B Fullerton, Stuart L, Herman, Kimberly Kraeutler, Eric Lucas, WC Manning, Julia W Mathewson, Lisa A Parker, Vivcca D Sanzo, K Sims, Marguerita B Su, Lily W Weller-Gerber, Malisa | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 181 | 6/18/1998 | Memo | Dodds, John C. | File | Casey, Mariann B Fullerton, Stuart L, Herman, Kimberly Kraeutler, Eric Lucas, WC Manning, Julia W Mathewson, Lisa A Parker, Vivcca D Sanzo, K Sims, Marguerita B Su, Lily W Weller-Gerber, Malisa | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 182 | 6/24/1998 | Memo | Dodds, John C. | File | Zeneca Team | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |
| 183 | 7/1/1998 | Memo | Su, Lily W. | Zeneca File | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |
| 184 | 7/10/1998 | Email | Fullerton, Stuart | Lucas, Charles W Manning, Julia W. Scanlon, Rose Ann RA | Davies, Laura LJ | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0465415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 185 | 7/13/1998 | Letter | Dodds, John C. | Fullerton, Stuart L. | | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |
| 186 | 7/13/1998 | Letter | Dodds, John C. | Fullerton, Stuart L. | | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |
| 187 | 7/13/1998 | Email | Scanlon, Rose Ann | Manning, Julia W. | | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Rose Ann M. Scanlon, Julia W. Manning & Stuart L. Fullerton) concerning government investigation | |
| 188 | 7/13/1998 | Report | Mathewson, Lisa A. | Zeneca File | | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Lisa Mathewson of Morgan Lewis & Bockius) concerning government investigation | |
| 189 | 7/14/1998 | Letter | Mathewson, Lisa A. | Fullerton, Stuart L. | Dodds, John C / Kraeuter, Eric / Sanzo, K. | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |
| 190 | 7/15/1998 | Memo | Su, Lily W. | Fullerton, Stuart L. | Lucas, WC | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) concerning government investigation | |
| 191 | 7/16/1998 | Email | Fullerton, Stuart | Lucas, Charles W. / Manning, Julia W. / Scanlon, Rose Ann RA | Davies, Laura LJ | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 192 | 8/24/1998 | Email | Rushton, Steve | Blessington, James / Greenhill, Richard / Johnson, Robert / Rickards, Mark / Stripling, Kathryn | Emery, Linda / Honey, Carol / Iacono, Christopher / Langford, Denise DM / Lucas, Charles WC / Manning, Julia W / O'Shea, Jim / Rausch, Robert / Rosenberg, Howard / Strand, Steven E / Strengheri, Debbie / Zasser, Gene GH | Attorney Client | Privileged communication seeking advice of counsel concerning pricing (Kathryn Stripling) | |

Highly Confidential Treatment Requested by AstraZeneca

AZPRIVLOG2-0027

March 16, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 193 | 8/24/1998 | Memo | Parker, Viveca | Zunoca Team | | Attorney Client Work Product | Privileged communication reflecting attorney client communication (Viveca Parker of Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 194 | 8/24/1998 | Email | Ilconich, D. A. | Stripling, Kathryn | | Redacted AC | Privileged communication seeking legal advice (Kathryn Stripling) regarding request for charitable donation | AZ0575669 |
| 195 | 9/1/1998 | Memo | Dodds, John C. | File | Casey, Mariann D<br>Fullerton, Stuart L<br>Herman, Kimberly<br>Kreusler, Eric<br>Lucas, WC<br>Mathewson, Lisa A<br>Parker, Viveca D<br>Sauzo, K<br>Sims, Marguerita B<br>Stripling, Kathryn S<br>Su, Linda W | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 196 | 9/9/1998 | Memo | Dodds, John C. | File | Casey, Mariann D<br>Fullerton, Stuart L<br>Herman, Kimberly<br>Kreusler, Eric<br>Lucas, WC<br>Mathewson, Lisa A<br>Parker, Viveca D<br>Sauzo, K<br>Sims, Marguerita B<br>Stripling, Kathryn S<br>Su, Linda W | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Morgan Lewis & Bockius) and attorney work product regarding government investigation | |
| 197 | 1/4/1999 | FAX | Dodds, John C. | Fullerton, Stuart L,<br>Lucas, William C.<br>Scanlon, Rose Ann RA | | Redacted AC Redacted Work Product | Privileged communication seeking and reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis & Bockius) | AZ0426351 |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 198 | 1/8/1999 | Email | Holmquist, Elaine | Donnelly, Tom; Ucoxich, David; Mastrangelo, Randall C. | Anderson, Robert; Fullerton, Stuart L; Harrison, SS; Lampert, Steve D; Lucas, Charles WC; Milbauer, A.; O'Shea, Jim; Pabrzak, Linda; Scanlon, RA; Strand, Steven D; Stripling, Kathryn S; Zornow, Corey GH | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L.. Fullerton, W. Charles Lucas, Kathryn S. Stripling) concerning government investigation | |
| 199 | 1/8/1999 | Email | Manning, Julia W. | Codterman, Richard E.; McMillen, Stephen D | Milbauer, A.; Noonan, Connie | Attorney Client Work Product | Privileged communication reflecting legal advice of counsel (Julia Manning) concerning government investigation. | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0465415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 200 | 1/28/1999 | Email | Holmquist, Elaine | Anderson Robert S.;Davis Rachel A.; Ceasor Orlando O.; Cox Patrick C.; Hickman Douglas R.; Iiconich David; Palczuk Linda S.; Smith Brian P. Donnelly, Tom Fullerton, Stuart L. Harrison, Sarah S. Iiconich, David Lampert, Steve Lucas, Charlie WC Mastrangelo, Randall C. Millbauer, Alan J O'Shea, Jim Palczuk, Linda Scanlon, Rose Ann RA Strand, Steven Stripling, Kathryn Zaiser, Gene | Anderson, Robert Fullerton, Stuart L Harrison, SS Lampert, Steve B Lucas, Charles WC Millbauer, A. O'Shea, Jim Palczak, Linda Scanlon, RA Strand, Steven E Stripling, Kathryn S Zaiser, Gene GH | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton, Rose Ann M. Scanlon, and Kathryn S. Stripling) and attorney work product concerning government investigation | |
| 201 | 2/8/1999 | Letter | Dodds, John C. | Lucas, William | Fullerton, Stuart L | Attorney Client Work Product | Privileged communication seeking and reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis & Bockius) | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 202 | 2/10/1999 | Email | Kazmire, Debra | Anderson, Robert RS<br>Armstrong, John C.<br>Capps, Donald A.<br>Casey, Marian B.<br>Davies, Laura J.<br>Detloff, Cathleen<br>Doll, Julie<br>Drew, Suzanne<br>Falls, Linda<br>Fuller, Joseph H.<br>Fullerton, Stuart L.<br>Harrison, Sarah SS<br>Lauerman, Kimberly<br>Liebman, James F.<br>Liebman, James JF<br>Lucas Charles WC<br>Maddox, Greg A.<br>McAlister, Dean R.<br>Mollison, Jeffrey<br>Morando, Rocco J.<br>O'Brien, John V.<br>Orio, Michael<br>Patezak, Linda<br>Scanlon, Rose Ann RA<br>Stripling, Kathryn<br>Tayler, Bernadette L. | Anderson, Robert<br>Capps, Donald DA<br>Casey, Marian B<br>Davies, Laura LJ<br>Detloff, Cathleen<br>Fullerton, Stuart L<br>Harrison, SS<br>Liebman, James<br>Lucas, Charles WC<br>O'Brien, John V<br>Patezak, Linda<br>Scanlon, RA<br>Stripling, Kathryn S | Attorney Client<br>Work Product | Privileged communication seeking and reflecting legal advice of counsel (Stuart Fullerton, Kathryn Stripling) concerning government investigation. | |
| 203 | 2/12/1999 | Email | Richards, Mark | Lucas, Charles W.<br>Stripling, Kathryn | | Attorney Client<br>Work Product | Privileged communication seeking legal advice (Kathryn Stripling, Charles Lucas) regarding government investigation. | |
| 204 | 2/15/1999 | Email | Davies, Laura | Fullerton, Stuart L.<br>Stripling, Kathryn | | Attorney Client<br>Work Product | Privileged communication seeking and providing legal advice (Stuart Fullerton, Kathryn Stripling) regarding government investigation. | |

Highly Confidential Treatment Requested by AstraZeneca

AZPRIVLOG2-0031

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0486415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 205 | 2/15/1999 | Email | Mansfield, Joseph A. McMillan, Steve | IFSF 7422 Rep | | Redacted AC | Privileged communication reflecting advice of counsel (Williams & Jensen) concerning changes to Medicare reimbursement policies | AZ0575673 |
| 206 | 2/18/1999 | Email | Ilconich, D. A. | Bamberger, Richard B. Cioll, Richard E Donhoffer, Ronald E Doll, Julie Medlox, Greg A. Mansfield, Joseph A. Soltx, Rene M. Wrightcn, Ronald S. | O'Brien, John V Stripling, Kathryn S | | Redacted AC | Privileged communication seeking legal advice (Kathryn Stripling) regarding government investigation | AZ0707883 |
| 207 | 3/2/1999 | FAX | Dodds, John C. | Fullerton, Stuart L. Lucas, William | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis and Bockius) | |
| 208 | 3/5/1999 | Email | Donnelly, Tom | Drew, Suzanne | | Redacted AC | Privileged communication requesting advice of counsel concerning marketing and sales practices (Kathryn Stripling) | AZ0426468 |
| 209 | 3/9/1999 | Memo | Kaplan, Howard | DeNoble, Kimi Gallagher, Lauren Kolverhag, Geen kowash, kaylor Pollock, Jack Rickards, Mark Stripling, Kathryn | Bersh, Dee | | Attorney Client | Privileged communication seeking advice of counsel (Kathryn S. Stripling) regarding draft reimbursement guide | |
| 210 | 3/9/1999 | Report | Kaplan, Howard | DeNoble, Kimi Gallagher, Lauren Kolverhag, Geen Kowash, Kaylor P Rickards, Mark Stripling, Kathryn | Bersh, Dee | | Attorney Client | Privileged communications seeking advice of counsel (Kathryn S. Stripling) regarding draft reimbursement guide | |
| 211 | 4/5/1999 | Notes | Peipher, Charles R | Shaughnessy, Robert J. Stripling, Kathryn | | | Attorney Client | Privileged communication reflecting advice of counsel (legal department) regarding government contracts | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ04Z5372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|--------------|--------|-----------|-----|-----------|----------------|-------------------|
| 212 | 5/3/1999 | Email | Peipher Charles | Armstrong, John C. Ludwig, Jean L. Rickards, Mark | Diggin, M Jones, Nancy Shaughnessy, RJ Stripling, Kathryn S | Attorney Client | Privileged communication seeking legal advice of counsel (Robert Shaughnessy, Kathryn Stripling) concerning contracting. | |
| 213 | 6/30/1999 | FAX Letter | Kraeuter, Eric | Engelmann, Glenn Fullerton, Stuart L. Lucas, William Senzo, Kathleen M. Stripling, Kathryn | | Attorney Client Work Product | Privileged communication seeking and reflecting advice of counsel concerning government investigation (Eric Kraeutler of Morgan Lewis & Bockius) | |
| 214 | 7/11/1999 | Email | Rickards, Mark | Shaughnessy, Robert Stripling, Kathryn | | Attorney Client | Privileged communication seeking legal advice (Kathryn Stripling, Robert Shaughnessy) regarding Zoladex pricing | |
| 215 | 7/12/1999 | Email | Rickards, Mark | Stripling, Kathryn | | Attorney Client | Privileged communication seeking legal advice (Kathryn Stripling) regarding Zoladex pricing. | |
| 216 | 7/13/1999 | Email | Kinsella, Kevin | Stripling, Kathryn | Rausch, Robert | Attorney Client Work Product | Privileged communication seeking legal advice (Kathryn Stripling) regarding government investigation and historical Zoladex pricing. | |
| 217 | 7/13/1999 | Email | Rausch, Robert | Stripling, Kathryn | Kinsella, Kevin M | Attorney Client Work Product | Privileged communication seeking legal advice (Kathryn Stripling) regarding government investigation. | |
| 218 | 7/15/1999 | Memo | Stripling, Kathryn S. | Rickards, Mark | Diggin, M Shaughnessy, RJ | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Kathryn S. Stripling) and attorney work product regarding Zoladex pricing | |
| 219 | 7/16/1999 | Email | Rickards, Mark | Diggin, Michael P. Hedinger, Richard F. Jones, Nancy J Kowash, Kaylor P Ludwig, Jean L. O'Brien, John V. Peipher, Charles R. Shaughnessy, Robert Stripling, Kathryn Valin, Chris P | | Redacted AC | Privileged communication reflecting legal advice (Kathryn Stripling, Robert Shaughnessy) regarding pricing | AZ0575672 |
| 220 | 8/2/1999 | Email | Doll, Julie | //RSF 7423 Rep | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton, W. Charles Lucas and Kathryn S. Stripling) concerning government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0465415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 221 | 8/29/1999 | Email | Rickards, Mark | Stripling, Kathryn | | Attorney Client Work Product | Privileged communication seeking legal advice (Kathryn Stripling) regarding government investigation. | |
| 222 | 8/31/1999 | Email | Stripling, Kathryn S. | Fullerton, Stuart L. Lucas, Charles W. | | Attorney Client Work Product | Privileged communication seeking legal advice (Kathryn Stripling, Charles Lucas, Stuart Fullerton) regarding government investigation | |
| 223 | 9/20/1999 | Email | Rickards, Mark | Stripling, Kathryn | | Attorney Client | Privileged communication seeking legal advice (Kathryn Stripling) regarding Zoladex contracting/pricing. | |
| 224 | 11/3/1999 | Email | Armstrong, John JC | Jedinger, Richard RF | Burton, Darbi Masrungobo, Randall C | Redacted AC | Privileged communication reflecting legal advice of counsel (legal department) concerning pricing | AZ0455895 |
| 225 | 11/4/1999 | Email | Rickards, Mark | Stripling, Kathryn | Richards, Mark L | Attorney Client | Privileged communication seeking advice of counsel (Kathryn S. Stripling) regarding government investigation and pricing of Zoladex | |
| 226 | 11/4/1999 | Email | Freeberry, John | Brennan, David Engelmann, Glenn Murtha, Ken Zook, Tony | Baselrerer, David | Attorney Client | Privileged communication seeking legal advice of counsel (Glenn Engelmann) concerning drug pricing policy. | |
| 227 | 11/10/1999 | Email | Murtha, Ken | Bronson, Debra Freeberry, John | Kenny, Richard | Attorney Client | Privileged communication seeking and providing legal advice of counsel (Debra Bronson) concerning possible implications of Y2k | |
| 228 | 11/10/1999 | Email | Meyer, Pam | Bronson, Debra Freeberry, John | Kolso, Edward Murtha, Ken | Attorney Client | Privileged communication seeking legal advice of counsel (Debra Bronson) concerning year-end purchases and pricing of Seroquel | |
| 229 | 11/19/1999 | Email | Fullerton, Stuart | Dodds, Jack C. Kmeutler, Eric Lucas, Charles W. Sunzu, Kathleen M. Stripling, Kathryn | | Attorney Client Work Product | Privileged communication reflecting legal advice (Stuart Fullerton, Kathryn Stripling, Charles Lucas) regarding government investigation. | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------| ---------------|-------------------|
| 230 | 11/22/1999 | Email | Fullerton, Stuart | Dodds, Jack C. Froeberry, John Freeman, Robert A. Kowash, Kaylor P Kneusler, Eric Lucas, Charles W. McMillan, Stephen D Rickards, Mark Sanzo, Kaalleen M. Schlicht, James P Strand, Steven Stripling, Kathryn | Davies, Laura LJ Engelmann, Glenn M | Attorney Client Work Product | Privileged communication reflecting legal advice of counsel (Stuart Fullerton) concerning government investigation. | |
| 231 | 11/22/1999 | Email | Fullerton, Stuart | Dodds, Jack C. Froeberry, John Freeman, Robert A. Kowash, Kaylor P Kneusler, Eric Lucas, Charles W. McMillan, Stephen D Rickards, Mark Sanzo, Kaalleen M. Schlicht, James P Strand, Steven Stripling, Kathryn | Davies, Laura LJ Engelmann, Glenn M | Attorney Client Work Product | Privileged communication reflecting legal advice (Stuart Fullerton, Kathryn Stripling) regarding government investigation. | |
| 232 | 12/14/1999 | Email | Fullerton, Stuart | Rickards, Mark Strand, Steven | Lucas, Charles WC Stripling, Kathryn S | Attorney Client Work Product | Privileged communication reflecting legal advice (Stuart Fullerton, Charles Lucas, Kathryn Stripling) regarding government investigation. | |
| 233 | 12/15/1999 | Email | Rickards, Mark | McMillan, Stephen D Stripling, Kathryn | Schlicht, J. | Attorney Client Work Product | Privileged communication seeking legal advice of counsel (Kathryn Stripling) concerning government investigation. | |
| 234 | 1/19/2000 | FAX | Pott, Jeffrey A. | Engelmann, Glenn Lucas, William Stripling, Kathryn | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Jeffrey Pott) | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 235 | 1/20/2000 | Memo | Fullerton, Stuart | Dodds, Jack C. Kraeuter, Eric Lucas, W. C. Sanzo, Kathy Stripling, Kathryn KS. | Davies, Laura LJ Engelmann, Glenn M | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Stuart Fullerton) | |
| 236 | 1/27/2000 | Subpoena | US Attorney's Office | | | Redacted AC Redacted Work Product | Privileged communication containing handwritten notations of counsel reflecting privileged communication of legal advice concerning government investigation (Glenn Engelmann) | AZ0575395 |
| 237 | 2/4/2000 | Memo | Engelmann, Glenn M. | Johansson, C.G. | Brennan, David Fullerton, Stuart L Lucas, WC Millbauer, A. Rickards, Mark L Stamd, Steven E Stripling, Kathryn S | Attorney Client | Privileged communication reflecting advice of counsel concerning government investigation (Glenn Engelmann) | |
| 238 | | | | | | | This document has been determined to be not privileged and is being produced. | |
| 239 | 2/6/2000 | Email | Rickards, Mark | Fullerton, Stuart L. Stripling, Kathryn KS | | Attorney Client Work Product | Privileged communication seeking legal advice (Stuart Fullerton, Kathryn Stripling) regarding government investigation. | |
| 240 | 2/16/2000 | Email | Fullerton, Stuart | Sanzo, Kathleen M. | Stripling, Kathryn S | Attorney Client | Privileged communication reflecting legal advice (Stuart Fullerton) regarding government investigation. | |
| 241 | 2/18/2000 | Memo | Dodds, John C. Lucas, Charlie Sanzo, Kathleen M. Sims, Marguerita Ibnuton | Fullerton, Stuart L. Lucas, William | | Attorney Client Work Product | Privileged communication seeking advice of counsel concerning government investigation (Charlie Lucas, attaching work product of Kathleen Sanzo, Jack Dodds and Maguerita Brunson Sims of Morgan Lewis & Bockius) | |
| 242 | 3/3/2000 | Email | Fullerton, Stuart | Engelmann, Glenn Lucas, Charles W. Stripling, Kathryn | Davies, Laura LJ | Attorney Client Work Product | Privileged communication reflecting legal advice (Stuart Fullerton, Kathryn Stripling, Charles Lucas, Glenn Engelmann) regarding government investigation. | |
| 243 | 3/20/2000 | Email | Jones, Nancy | Panzarino, Linda L. | Mansfield, Joseph | Attorney Client | Privileged communication reflecting legal advice of counsel (Nancy Jones) regarding Zoladex contracting. | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0465415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 244 | 3/29/2000 | Email | Fullerton, Stuart | Rickards, Mark | Lucas, Charles WC; Stripling, Kathryn S | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) and attorney work product regarding government investigation | |
| 245 | 3/31/2000 | Email | Shaughnessy, R.J. | Beedle, Ruth; Behan, Thomas; Hedinger, Richard RF; McCaffery, Thomas; Rickards Mark ML; Riordan, Edward; Stripling, Kathryn | | Attorney Client | Privileged communication seeking and reflecting legal advice of counsel (Robert Shaughnessy) concerning Zoladex pricing | |
| 246 | 4/4/2000 | Email | Rickards Mark ML | Beedle, Ruth; Behan, Thomas; Hedinger, Richard P.; McCaffery, Thomas; Riordan, Edward; Shaughnessy, Robert; Stripling, Kathryn | Beedle, Ruth; Cupps, Donald DA; Diggins, William N; Dorsey, Sherry T; Kowash, Kaylor P; Peipher, Charles R | Attorney Client | Privileged communication seeking and reflecting legal advice of counsel (Robert Shaughnessy) concerning contractual dispute with a Zoladex purchaser | |
| 247 | 4/7/2000 | Email | Fullerton, Stuart | McMillan, Stephen D; Milbauer, Alan J; Rickards, Mark; Schlicht, James P; Strand, Steven | Davies, Laura LJ; Engelmann, Glenn M; Lucas, Charles WC; Manning, Julia W; Stripling, Kathryn S | Attorney Client | Privileged communication reflecting legal advice of counsel (Stuart Fullerton) concerning government investigation. | |
| 248 | 5/10/2000 | Memo | Fullerton, Stuart | Leronius, Goran; Muskea, Graeme | Engelmann, Glenn M | Attorney Client Work Product | Privileged communication seeking and reflecting advice of counsel concerning government investigation (Stuart Fullerton) | |
| 249 | 5/10/2000 | FAX | Sims, Marguerite/Bronson | Fullerton, Stuart L; Lucas, William | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Marguerite Bronson Sims of Morgan Lewis & Bockius) | |
| 250 | 5/24/2000 | FAX | Sanzo, Kathleen M. | Fullerton, Stuart L; Lucas, William; Stripling, Kathryn | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning pricing (Kathleen Sanzo of Morgan Lewis & Bockius) | |
| 251 | 6/7/2000 | FAX | Dodds, John C. | Fullerton, Stuart L; Lucas, William; Stripling, Kathryn | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis and Bockius) | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 252 | 7/18/2000 | Email | Engelmann, Glen GM | Brennan David/MS Freeberry, John Goddard John JG | Iacono, Christopher Lyons, Tom Piercy, James M | Attorney Client | Privileged communication reflecting advice of counsel (Glenn Engelmann) concerning pricing policy | |
| 253 | 8/1/2000 | Presentation | Legal Dept. | | | Redacted AC | Privileged communication reflecting advice of counsel concerning government investigation (Kathryn Stripling) | AZ0575438 |
| 254 | 8/10/2000 | FAX | Kneuler, Eric | Fullerton, Stuart L. Stripling, Kathryn S | | Redacted AC | Privileged communication reflecting advice of counsel concerning government investigation (Eric Kneutler of Morgan Lewis and Bockius) | AZ0425813 |
| 255 | 8/14/2000 | FAX | McCaffrey, Thomas | Engelmann, Glenn | | Redacted AC Redacted Work Product | Privileged communication seeking advice of counsel concerning government investigation (Glenn Enielmann) | AZ0425844 |
| 256 | 10/3/2000 | Email | Stripling, Kathryn S. | Chavoshi, Soheil Mustrangelo, Randall C. Richards, Mark Shoup, David L. | | Redacted AC | Privileged communication reflecting advice of counsel (Kathryn S. Stripling) concerning pricing of Zoladex | AZ0431980 |
| 257 | 10/17/2000 | FAX | Gibson-Mason, Virginia | Fullerton, Stuart L. | | Redacted AC Redacted Work Product | Privileged communication seeking and reflecting advice of counsel concerning government investigation, containing handwritten notations of counsel (Stuart Fullerton) | AZ0425819 |
| 258 | 10/25/2000 | FAX | Sanzo, Kathleen M. | Fullerton, Stuart L. Lucas, William Stripling, Kathryn | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Kathleen Sanzo of Morgan Lewis and Bockius) | |
| 259 | 11/8/2000 | Email | Fullerton, Stuart | Powell, Merlyn M | Ballard, Samantha Mansfield, Joseph Novil, Dana Stripling, Kathryn S | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | AZ0430766 |
| 260 | 12/12/2000 | Email | Stripling, Kathryn S. | Borcick, Matthew H | Richards, Mark L | Attorney Client Work Product | Privileged communication reflecting legal advice (Kathryn Stripling) regarding government investigation | |
| 261 | 12/18/2000 | Email | Stripling, Kathryn S. | McAlister, Dean R. Shaughnessy, Robert | | Attorney Client Work Product | Privileged communication reflecting legal advice (Kathryn Stripling, Robert Shaughnessy) regarding Zoladex marketing and government investigation | |
| 262 | 12/21/2000 | Email | Fullerton, Stuart | Uzsdis, Jack C. | Resnick, Rosemarie Shaughnessy, RJ Stribling, Kathryn S | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) and attorney work product regarding government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

AZPRIVLOG2-0038

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0406415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 263 | 12/29/2000 | Email | Stripling, Kathryn S. | O'Brien, John V. | Engelmann, Glenn M Fullerton, Stuart I, Kowash, Kaylor P Lucas, Charles WC Rickards, Mark L Strand, Steven E | Attorney Client | Privileged communication reflecting advice of counsel concerning government investigations (Kathryn Stripling, Glenn Engelmann, Stuart Fullerton) | |
| 264 | 12/29/2000 | Email | Stripling, Kathryn S. | O'Brien, John V. | Engelmann, Glenn M Fullerton, Stuart I, Kowash, Kaylor P Lucas, Charles WC Rickards, Mark L Strand, Steven E | Attorney Client Work Product | Privileged communication reflecting advice of counsel ((Kathryn S. Stripling and Glenn M. Engelmann) and attorney work product regarding government investigation | |
| 265 | 1/19/2001 | Email | Jones, Nancy | Armstrong, John C. | Draper, George | Attorney Client | Privileged communication seeking and reflecting legal advice of counsel (Nancy Jones, legal department) concerning contracting issues. | |
| 266 | 1/29/2001 | Email | Stripling, Kathryn S. | Wawrzonek, Jack | | Redacted AC | Privileged communication reflecting and seeking advice of counsel concerning physician marketing and sales practices (Kathryn Stripling). | A70425739 |
| 267 | 1/29/2001 | Email | Wawrzonek, Jack L. | Stripling, Kathryn | | Attorney Client | Privileged communication reflecting legal advice of counsel ((Kathryn Stripling) concerning marketing and sales practices for Zoladex | |
| 268 | 1/29/2001 | Email | Stripling, Kathryn S. | O'Brien, John V. Wawrzonek, Jack | Engelmann, Glenn M Fullerton, Stuart I, Kowash, Kaylor P Lucas, Charles WC Rickards, Mark L | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Kathryn S. Stripling) and attorney work product regarding government investigation | |
| 269 | 2/2/2001 | Email | Ludwig, Jean L | Armstrong, John C. Draper, George Smith, Kenneth J. | | Redacted AC | Privileged communication seeking legal advice of counsel (Kathryn Stripling) concerning government investigation. | A70575784 |
| 270 | 2/8/2001 | Memo | Legal Dept. | Urology Sales Team | Internal Team | Attorney Client | Privileged communication reflecting advice of counsel concerning pricing (Legal Department). | |

Highly Confidential Treatment Requested by AstraZeneca

AZPRIVLOG2-0039

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 289 | 3/21/2001 | Memo | O'Brien John JV | Brennan, D.<br>District Sales Managers -<br>Oncology Care<br>District Sales Managers -<br>Urology Care<br>Engelmann, Glenn<br>Fullerton, Stuart L.<br>Kowash, K. P.<br>Oncology Care<br>Pharmaceutical Sales<br>Specialists<br>Regional Sales Directors -<br>Oncology Care<br>Rickards, M. L.<br>Stripling, Kathryn<br>Urology Care<br>Pharmaceutical Sales<br>Specialists<br>Zook, AP | | Attorney Client<br>Work Product | Privileged communication reflecting advice of counsel (Glenn M. Engelmann, Stuart L. Fullerton and Kathryn S. Stripling) and attorney work product concerning government investigation | |
| 290 | 3/21/2001 | Email | Pejabor Charles | Harrison, Catherine I.<br>Kelliher, Gretchen G<br>Kossanocki, Christine S<br>Kotulak, Ronald<br>Mega, Matthew<br>Nozzi, Michael D<br>Pavlick, Elaine K<br>Stabrylis, Kelly P | | Attorney Client<br>Work Product | Privileged communication reflecting legal advice of counsel (Glenn Engelmann, Kathryn Stripling, Stuart Fullerton) concerning government investigation. | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 291 | 3/21/2001 | Email | Drew, Suzanne D. | Beveridge, Christine Boldizsar, Jennifer Dridwell, Jennifer A. Diaz, Ernesto J Estrada, Alvaro J Fish, Alan Piergeorge, Robert Schumacher, Carol M | | Attorney Client Work Product | Privileged communication reflecting work product and advice of counsel concerning government investigation (Kathryn Stripling, Stuart Fullerton and Glenn Engelmann) | |
| 292 | 3/22/2001 | Email | Hammons, Margaret R. | Anderson, James Bonavant, Peter T. Gerhart, George N. Kucera, David Murphy, Julie Richey, Dale W. Schulz, Jon W. | | Attorney Client Work Product | Privileged communication seeking and reflecting advice of counsel (Glenn Engelmann, Kathryn Stripling, Stuart Fullerton) concerning government investigation. | |
| 293 | 3/30/2001 | Email | Jones, Nancy | Hart, Lisa D | | Attorney Client | Privileged communication reflecting legal advice of counsel (Nancy Jones/contract administration legal department) concerning Zoladex contracts | |
| 294 | 5/7/2001 | Email | Wallace, Alton W. Jr. | Nichols, Eric Scoeza, Rosemarie | Fullerton, Stuart L Stripling, Kathryn S | Attorney Client | Privileged communications seeking legal advice (Kathryn Stripling, Stuart Fullerton) regarding unofficial sales presentations | |
| 295 | 5/11/2001 | Email | Wallace, Alton W. Jr. | Nichols, Eric | Brnaiz, Jhonda L Chanaborty, Allan Coley II, Greg Davis, Regina Drewry, Rebecca Dye-Hannah, Sheila Frye, Patrick L Reilly, Elkton M Wawrzonek, Jack L Yrebec, William J | Redacted AC | Privileged communication reflecting advice of counsel (Kathryn Stripling) concerning Zoladex promotional guidelines | AZ0707955 |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0465415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|------|--------|-----------|-----|-----------|----------------|-------------------|
| 329 | 10/18/2001 | Email | McAllister, Dean | Hartman, Kathy | Armstrong, John C, Brockie, Peter, Diggin, M, Harsh, Nicholas, Kowash, Kaylor P, Krakici, John C, Ludwig, Jean L, O'Brian, Shawn P, Ross, Teri, Shaughnessy, IU, Stripling, Kathryn S | Attorney Client | Privileged communication reflecting advice of counsel (Robert J. Shaughnessy and Kathryn S. Stripling) concerning a Zoladex customer contract | AZ0525772 |
| 330 | 10/24/2001 | Email | Ross, Teri | McAlister, Dean R. | Armstrong, John C | Redacted AC | Privileged communication reflecting advice of counsel (Robert J.Shaughnessy and Kathryn S. Stripling) concerning a Zoladex customer contract | |
| 331 | 12/14/2001 | Email | Fullerton, Stuart | Loeffler, Monique A Mathew, George | Denhoffer, Ronald F, Stripling, Kathryn S | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning government investigation. | |
| 332 | 1/8/2002 | Letter | Dodds, John C. | Fullerton, Stuart L. | Stripling, Kathryn S | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis & Bockius) | |
| 333 | 1/9/2002 | Letter | Dodds, John C. | Fullerton, Stuart L. | Stripling, Kathryn S | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis & Bockius) | |
| 334 | 1/14/2002 | Letter | Becker, James M. | Dodds, John C. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (James Becker of Saul Ewing LLP) | |
| 335 | 1/15/2002 | Letter | Dodds, John C. | Fullerton, Stuart L. | Stripling, Kathryn S | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis & Bockius) | |
| 336 | 1/15/2002 | FAX | Engelmann, Glenn M. | Fullerton, Stuart L. Stripling, Kathryn S | | Redacted AC Redacted Work Product | Privileged communication seeking advice of counsel concerning government investigation (Glenn Engelmann) | AZ0425785 |
| 337 | 1/16/2002 | Email | Carver, Mary L. | Chavosli, Soheil Fullerton, Stuart L. Kowash, Kaylor P Price, Randy J. Stripling, Kathryn | Albaugh, David A, Bloom-Baglin, Rachel, Lampert, Steve B | Attorney Client | Privileged communication seeking advice of counsel (Kathryn S. Stripling and Stuart Fullerton) concerning litigation matters | |

Highly Confidential Treatment Requested by AstraZeneca

AZPRIVLOG2-0050

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 339 | 1/17/2002 | Email | Freeberry, John | Brunan, David M/S<br>Fanie, Rich<br>Hoogsteel, Johan<br>Zook, Tony | Apostolakos,<br>Constantino M<br>Bangert, Carl R<br>Blessington, James K<br>Bloom-Baglin, Rachial<br>Bolenbough, Scott<br>Desta, Bamabas<br>Diggin, M<br>Engelmann, Glenn M<br>Featherstone, Nancy<br>Fullerton, Stuart L<br>Girondi, Bob<br>Guffo, Adele<br>Hartman, Kathy<br>King, Frederic R<br>Ladhani, Zahir A<br>Mallon, Mark<br>McCourt, Marion<br>Milbauer, A.<br>O'Brien, John V<br>O'Brien, Shawn P<br>Pusey, James M<br>Roberts, Judy A<br>Schuler, Erik<br>Stripling, Kathryn S<br>Turnoff, Joshua | Attorney Client<br>Work Product | Privileged communication seeking legal advice (Stuart Fullerton, Kathryn Stripling, Glenn Engelmann) regarding pricing issues | |
| 340 | 1/18/2002 | Email | Carver, Mary L. | Bloom-Baglin, Rachicl<br>Chavoshi, Soheil<br>Fullerton, Stuart<br>Kowash, Kaylor P<br>Lampert, Steve<br>Price, Randy J<br>Stripling, Kathryn | Milbauer, A. | Attorney Client | Privileged communication seeking advice of counsel (Kathryn S. Stripling, Stuart L. Fullerton) concerning government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 341 | 1/18/2002 | FAX | Dodds, John C. | Fullerton, Stuart L. | | Redacted AC | Privileged communication reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis & Bockius) | AZ0425779 |
| 342 | 1/21/2002 | Email | Carver, Mary L. | Abbaugh, David A.; Bloom-Baglin, Rachel; Chavoshi, Soheil; Fullerton, Stuart L.; Price, Randy J.; Stripling, Kathryn | Dixey, Paul; Kowash, Kaylor P; Lipman, Dena SL | Redacted AC | Privileged communication seeking and reflecting advice of counsel (Stuart L. Fullerton & Kathryn S. Stripling) concerning government investigation | AX7007844 |
| 343 | 1/22/2002 | Email | Freeberry, John | Bloom-Baglin, Rachel; Freeberry, John; Stripling, Kathryn S | Engelmann, Glenn M; Fante, Rich; Fullerton, Stuart L.; Hoogstadt, Johan; Milbauer, A.; Schultz, Erik | Attorney Client | Privileged communication seeking legal advice of counsel (Kathryn Stripling, Glenn Engelmann) concerning pricing issues | |
| 344 | 1/22/2002 | Email | Freeberry, John | Bloom-Baglin, Rachel; Stripling, Kathryn S | Engelmann, Glenn M; Fante, Rich; Fullerton, Stuart L.; Hoogstadt, Johan; Milbauer, A.; Schultz, Erik | Attorney Client | Privileged communication seeking advice of counsel (Kathryn S. Stripling, Stuart Fullerton, Glenn Engelmann) regarding action taken by third party pricing publication | |
| 345 | 1/22/2002 | Email | Freeberry, John | Bloom-Baglin, Rachel; Freeberry, John; Stripling, Kathryn S | Engelmann, Glenn M; Fante, Rich; Fullerton, Stuart L.; Hoogstadt, Johan; Milbauer, A.; Schultz, Erik | Attorney Client | Privileged communication seeking advice of counsel (Kathryn S. Stripling, Stuart Fullerton, Glenn Engelmann) regarding action taken by third party pricing publication | |
| 346 | 1/22/2002 | Email | Freeberry, John | Bloom-Baglin, Rachel; Freeberry, John; Stripling, Kathryn | Engelmann, Glenn M; Fante, Rich; Fullerton, Stuart L.; Hoogstadt, Johan; Milbauer, A.; Schultz, Erik | Attorney Client | Privileged communication seeking legal advice of counsel (Kathryn Stripling, Glenn Engelmann, Stuart Fullerton) concerning pricing issues | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

Page 54 of 138

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 347 | 1/22/2002 | Email | Freeberry, John | Bloom-Baglin, Rachel Freeberry, John Stripling, Kathryn | Engelmann, Glenn M Fante, Rich Fullerton, Stuart L Hoogstadt, Johan Milbauer, A. Schultz, Erik | Redacted AC | Privileged communication seeking legal advice of counsel (Kathryn Stripling) concerning pricing issues | AZ0707889 |
| 348 | 1/22/2002 | Email | Freeberry, John | Bloom-Baglin, Rachel Freeberry, John Stripling, Kathryn | Engelmann, Glenn M Fante, Rich Fullerton, Stuart L Hoogstadt, Johan Milbauer, A. Schultz, Erik | Attorney Client Work Product | Privileged communication seeking legal advice of counsel (Stuart Fullerton, Kathryn Stripling, Glenn Engelmann) regarding action taken by third party pricing publication | |
| 349 | 1/22/2002 | Email | Freeberry, John | Bloom-Baglin, Rachel Stripling, Kathryn | Engelmann, Glenn M Fante, Rich Fullerton, Stuart L Hoogstadt, Johan Milbauer, A. Schultz, Erik | Attorney Client Work Product | Privileged communication seeking legal advice of counsel (Kathryn Stripling, Glenn Engelmann, Stuart Fullerton) regarding action taken by third party pricing publication | |
| 350 | 1/23/2002 | Email | Freeberry, John | Bloom-Baglin, Rachel Freeberry, John Stripling, Kathryn | Engelmann, Glenn M Fante, Rich Fullerton, Stuart L Hoogstadt, Johan Milbauer, Alan Schultz, Erik | Attorney Client | Privileged communication seeking legal advice of counsel (Robert Shaughnessy, Glenn Engelmann) regarding action taken by third party pricing publication | |
| 351 | 1/23/2002 | Email | Freeberry, John | Bloom-Baglin, Rachel Freeberry, John Stripling, Kathryn | Engelmann, Glenn M Fullerton, Stuart L Hoogstadt, Johan Milbauer, A. Schultz, Erik | Redacted AC | Privileged communication seeking advice of counsel (Kathryn S. Stripling, Stuart L. Fullerton) regarding action taken by third party pricing publication | AZ0707859 |
| 352 | 1/23/2002 | Email | Freeberry, John | Bloom-Baglin, Rachel Freeberry, John Stripling, Kathryn | Engelmann, Glenn M Fante, Rich Fullerton, Stuart L Hoogstadt, Johan Milbauer, A. Schultz, Erik | Attorney Client | Privileged communication seeking and reflecting legal advice of counsel (Stuart Fullerton, Kathryn Stripling, Glenn Engelmann) regarding action taken by third party pricing publication concerning pricing issues | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 356 | 1/29/2002 | Email | Freeberry, John | Brennan, David MS Fante, Rich Freeberry, John Hoogstedt, Johan Zook, Tony | Apostolakos, Constantine M Bangert, Carl R Blessington, James K Bloom-Baglin, Rachel Bolonbaugh, Scott Desta, Barnabas Diggin, M Engelmann, Glenn M Featherstone, Nancy Fullerton, Stuart L Girondi, Bob Gulfo, Adele Harman, Kathy King, Frederic R Ladhani, Zahir A Mullon, Mark McCourt, Marion Milbauer, A. O'Brien, John V O'Brien, Shawn P Pacey, James M Roberts, Judy A Schulz, Kitt Stripling, Kathryn S Tannoff, Joshua | Attorney Client Work Product | Privileged communication seeking legal advice of counsel (Stuart Fullerton, Kathryn Stripling, Glenn Engelmann) regarding action taken by third party pricing publication | |
| 357 | 1/30/2002 | Email | Stripling, Kathryn S. | Engelmann, Glenn Freeberry, John | | Redacted AC | Privileged communication reflecting request for advice of counsel (Kathryn S. Stripling, Glenn M. Engelmann, Stuart Fullerton) concerning marketing issues | AZ0707830 |
| 358 | 1/30/2002 | Outline | Engelmann, Glenn GM | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Morgan Lewis & Bockius) | |

Highly Confidential Treatment Requested by AstraZeneca

AZ_PRIVLOG2-0056

March 18, 2005

Page 57 of 138

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0465415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 359 | 1/30/2002 | Notes | Fullerton, Stuart L | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Stuart Fullerton) | |
| 360 | 1/30/2002 | Email | Stripling, Kathryn S. | Engelmann, Glenn Freeberry, John | | Redacted AC | Privileged communication reflecting request for advice and advice of counsel (Kathryn S. Stripling, Stuart Fullerton, Glenn Engelmann) regarding action taken by third party pricing publication | A20707870 |
| 361 | 1/30/2002 | Email | Stripling, Kathryn S. | Engelmann, Glenn Freeberry, John | | Attorney Client Work Product | Privileged communication seeking and reflecting legal advice of counsel (Kathryn Stripling, Stuart Fullerton, Glenn Engelmann) regarding action taken by third party pricing publication | |
| 362 | 1/30/2002 | Email | Stripling, Kathryn S. | Engelmann, Glenn | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Kathryn S. Stripling) and attorney work product regarding government investigation | |
| 363 | 1/30/2002 | Email | Stripling, Kathryn S. | Engelmann, Glenn Freeberry, John | | Attorney Client | Privileged communication reflecting request for advice of counsel (Kathryn S. Stripling, Glenn Engelmann, Stuart Fullerton) regarding action taken by third party pricing publication | |
| 364 | 1/30/2002 | Email | Stripling, Kathryn S. | Engelmann, Glenn Freeberry, John | | Redacted AC | Privileged communication reflecting legal advice of counsel (Kathryn Stripling) concerning drug pricing issues | A20707894 |
| 365 | 1/31/2002 | Email | Fullerton, Stuart | Stripling, Kathryn | Engelmann, Glenn M Freeland, John | Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton, Glenn Engelmann, Kathryn Stripling) regarding action taken by third party pricing publication | A20707875 |
| 366 | 1/31/2002 | Email | Fullerton, Stuart L | Stripling, Kathryn | Engelmann, Glenn M Freeberry, John | Attorney Client | Privileged communication reflecting advice of counsel (Stuart Fullerton, Glenn Engelmann, Kathryn Stripling) regarding action taken by third party pricing publication | |
| 367 | 1/31/2002 | Email | Fullerton, Stuart | Stripling, Kathryn | Engelmann, Glenn M Freeberry, John | Redacted AC | Privileged communication reflecting request for legal advice of counsel (Stuart Fullerton, Kathryn Stripling, Glenn Engelmann) regarding action taken by third party pricing publication | A20707890 |
| 368 | 2/1/2002 | Email | Fullerton, Stuart | Shaughnessy, Robert Stripling, Kathryn | | Attorney Client Work Product | Privileged communication reflecting legal advice and work product (Stuart Fullerton, Kathryn Stripling, Robert Shaughnessy) regarding government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0460415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 369 | 2/1/2002 | Email | Shaughnessy, Robert J | Ali, Simeon; Allmaire, Mary Helen; Booth-Barbarin, Ann; Smith, Heather | | Attorney Client | Privileged communication reflecting advice of counsel (Robert Shaughnessy, Ann Booth-Barbarin) concerning Together Rx | |
| 370 | 2/4/2002 | FAX | Dodds, John C. | Fullerton, Stuart L., Stripling, Kathryn | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis & Bockius) | |
| 371 | 2/6/2002 | Email | Kinsella, Kevin | Bangur, Carl; Brady, James A; Diggin, Michael; Freeberry, John; Fullerton, Stuart; Solvaggi Esther; Shaughnessy, Robert; Zeiner, Dave DCl | | Attorney Client | Privileged communication seeking advice of counsel concerning CARP, and potential contractual changes (Stuart Fullerton and Robert Shaughnessy) | |
| 372 | 2/8/2002 | Email | Stripling, Kathryn S. | McCarthy, John | | Attorney Client | Privileged communication reflecting advice of counsel (Kathryn S. Stripling) concerning government investigation | |
| 373 | 2/8/2002 | Email | Fullerton, Stuart | Levandowski, Steven J. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton and Kathryn S. Stripling) and attorney work product concerning government investigation | |
| 374 | 2/12/2002 | Memo | Davis, Aretha Delight | Dodds, John C. | | Attorney Client Work Product | Privileged communication seeking and reflecting advice of counsel concerning government investigation (Aretha Delight Davis of Morgan Lewis & Bockius) | |
| 375 | 2/12/2002 | Email | Fullerton, Stuart | Freeberry, John | Engelmann, Glenn M; Shaughnessy, Robert J; Stripling, Kathryn S | Redacted AC Redacted Work Product | Privileged communication seeking and reflecting legal advice of counsel (Stuart Fullerton, Robert Shaughnessy, Glenn Engelmann, Kathryn Stripling) regarding action taken by third party pricing publication | AZ0707952 |
| 376 | 2/13/2002 | Email | Fullerton, Stuart | Engelmann, Glenn; Stripling, Kathryn | | Attorney Client Work Product | Privileged communication reflecting legal advice and work product (Stuart Fullerton, Kathryn Stripling, Glenn Engelmann and Morgan, Lewis & Bockius) regarding government investigation | |
| 377 | 2/18/2002 | Memo | Fullerton, Stuart | Engelmann, Glenn | Davies, Laura LJ | Attorney Client Work Product | Privileged communication seeking and reflecting advice of counsel concerning government investigation (Stuart Fullerton) | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 378 | 3/1/2002 | Email | Stripling, Kathryn S. | Chavoshi, Soheil<br>Schultz, Erik | Freeberry, John<br>Fullerton, Stuart L. | Attorney Client | Privileged communication reflecting advice of counsel (Kathryn S. Stripling) concerning pricing | |
| 379 | 3/1/2002 | Email | Kowash, Kaylor | Albuaiji, David A.<br>Chavoshi, Soheil<br>DeLuca, Lisa V.<br>Dibrango, John<br>Donofrio, Megan M.<br>Donovan, Lynley K.<br>Fiore, Jacqueline<br>Foley, George<br>Gandhi, Sanjay<br>Garcia-Vargas, Jose E.<br>Gates, Kathleen<br>Goldkamp, Antoinette<br>Jarjisian, Linda J.B.<br>Jones, Kathryn (Wilmington)<br>Keating, Libby<br>Kern, Robert 'I'.<br>Krayhill, John W.<br>Krnkiel, John C.<br>McDonough, Connie K.<br>O'Neill, Kevin I.<br>Oakes, Shannon<br>Patton, Steven<br>Price, Randy J.<br>Roberts, Cheryl Y.<br>Schultz, Erik<br>Silvay-Mundeau, Olga<br>Stripling, Kathryn KS<br>Suplick, Gregory<br>Vogel, Eric | | Attorney Client | Privileged communication seeking advice of counsel concerning product objectives (Kathryn Stripling) | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 382 | 3/1/2002 | Email | Freeberry, John | Brennan, David Engelmann, Glenn Fantz, Rich Freeberry, John Hoegstad, Johan McCourt, Marion Milbauer, Alan J Zook, Tony | Alverson, Jeffrey Apostolakos, Constantine M Bangert, Carl R Blessington, James K Bloom-Baglin, Rachel Bolenbaugh, Scott Desta, Barnabas Diggin, M Featherstone, Nancy Fullerton, Stuart I. Girondi, Bob Gulfo, Adele King, Frederic R Kinsella, Kevin M Laahani, Zahir A Mellon, Mark O'Brien, John V O'Brien, Shawn P Pusey, James M Roberts, Judy A Schultz, Erik Stripling, Kathryn S Tarnoff, Joshua Walters, Jeff | Attorney Client | Privileged communication reflecting request for advice and advice of counsel (Stuart L. Fullerton, Kathryn S. Stripling, Glenn Engelmann) regarding action taken by third party pricing publication | |
| 383 | 3/12/2002 | Email | Wawrzonek, Jack L. | Chavoshi, Soheil Fullerton, Stuart L. Heilinger, Richard F. Stripling, Kathryn Vogel, Eric | Maddox, Greg Oates, Shannon Price, Randy J Smith, Christine Duffy | Attorney Client | Privileged communication requesting advice of counsel concerning purchase contracts (Stuart Fullerton, Kathryn Stripling) | |
| 384 | 3/22/2002 | Email | Donnelly, Tom M | Alverson, Jeffrey | Alverson, Jeffrey | Redacted AC | Privileged communication reflecting advice of counsel concerning purchase contracts (Robert Shaughnessy) | AZ0575591 |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------| ---------------|-------------------|
| 385 | 3/25/2002 | Email | Smith, Heather | Alverson, Jeffrey<br>Bloom-Baglin, Rachel<br>Bolenbaugh, Scott<br>Booth-Barbarin, Ann<br>Brazzo, John<br>Caldwell, Janet<br>Cruickshank, Carol<br>Davis, Chip Jr.<br>Dawson, Linda L.<br>Dinusio, Mark A.<br>DiMattia, Paul<br>Finio, Damian L.<br>Iroceberry, John<br>Fresconi, Terry T.<br>Haller, TJ<br>Guy, Tom<br>Harrison, Sarah S.<br>Hursh, Nicholas<br>Hediger, Richard F.<br>Holder, Mark<br>Keller, Barbara<br>Kulda, James U<br>Kurdikar, Dowdatt<br>Liebman, James P.<br>Maldow, Harvey E.<br>Malone, Kathleen P.<br>McCourt, Marion<br>Melvin, John<br>Miller, Ann<br>Miller, Karen | Dougherty, Sean<br>Ilconich, David | Attorney Client | Privileged communication seeking legal advice of counsel (Ann Booth-Barbarin, Robert Shaughnessy) concerning negotiations about proposed discout card consortium | |
| 386 | 4/2/2002 | FAX | Fullerton, Stuart | Engelmann, Glenn | | | Redacted AC<br>Redacted Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Stuart Fullerton, Jack Dodds of Morgan Lewis & Dockius) | AZ0425748 |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 387 | 4/2/2002 | Memo | Burningham, Maya J., Sanzo, Kathleen M. | Fullerton, Stuart L. | Dodds, John C. Pomerantz, Crane M | Attorney Client Work Product | Privileged communications reflecting advice of counsel concerning government investigation, and in anticipation of litigation (Kathleen Sanzo and Maya Burningham of Morgan Lewis & Bockius) | |
| 388 | 4/2/2002 | Email | Shaughnessy, R.J. | Dougherty, Sean Finio, Damian L. Freeberry, John A. Holder, Mark Melvin, John Oduola, Akin Sanzo, William | Booli-Barbarii, Ann V Freeberry, John | Redacted AC | Privileged communication seeking and providing legal advice of counsel (Robert Shaughnessy, Ann Booth-Barbaria) concerning reimbursement model | AZ0707933 |
| 389 | 4/3/2002 | FAX | Klein, Stephanie | Engelmann, Glenn | | Redacted AC Redacted Work Product | Privileged communication seeking advice of counsel concerning government investigation (Stuart Fullerton) | AZ0425811 |
| 390 | 4/3/2002 | List | Engelmann, Glenn | | | Attorney Client Work Product | Privileged communication seeking and reflecting advice of counsel concerning government investigation (Morgan Lewis & Bockius) | |
| 391 | 4/5/2002 | Memo | Dodds, John C., Pomerantz, Crane M., Sanzo, Kathleen M. | Engelmann, Glenn Fullerton, Stuart L. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Jack Dodds, Kathleen Sanzo and Crane Pomerantz of Morgan Lewis & Bockius) | |
| 392 | 4/5/2002 | Email | Engelmann, Glenn M. | Mitchell, Leslie M. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Glenn Engelmann, and Jack Dodds, Kathleen Sanzo and Crane Pomerantz of Morgan Lewis & Bockius) | |
| 393 | 4/5/2002 | Email | Fullerton, Stuart | Broxelles, Greg Hedinger, Richard F. Sauer, James S. | Dodds, Jack Engelmann, Glenn M Stripling, Kathryn S | Attorney Client Work Product | Privileged communication reflecting legal advice and work product (Stuart Fullerton) regarding government investigation. | |
| 394 | 4/5/2002 | Email | Stripling, Kathryn S. | Hanson, Gregory | Deshmukh, Vinay Drew, Suzanne D Fullerton, Stuart L Schumacher, Carol M | Attorney Client Work Product | Privileged communication reflecting legal advice of counsel (Stuart Fullerton, Kathryn Stripling) concerning government investigation. | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bales Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 395 | 4/2/2002 | Email | Stripling, Kathryn S. | Hanson, Gregory | | Attorney Client Work Product | Privileged communication reflecting legal advice of counsel (Stuart Fullerton, Kathryn Stripling) concerning government investigation | |
| 396 | 4/4/2002 | Email | Stripling, Kathryn S. | Behan, Thomas Charles, Gin McCarthy, John | Engelmann, Glenn M Hickey, Michael P O'Brien, John V | Attorney Client | Privileged communication reflecting advice of counsel (Kathryn S. Stripling) concerning government investigation | |
| 397 | 4/4/2002 | Email | Fullerton, Stuart | Davies, Laura J. Engelmann, Glenn | | Attorney Client Work Product | Privileged communication seeking and reflecting advice of counsel concerning government investigation (Stuart Fullerton) | |
| 398 | 4/4/2002 | Email | Fullerton, Stuart | Freeberry, John | | Attorney Client Work Product | Privileged communication reflecting legal advice by counsel (Stuart Fullerton, Robert Sloughnessy) regarding pricing issues, and in anticipation of potential litigation | |
| 399 | 4/4/2002 | Email | Stripling, Kathryn S. | Hanson, Gregory | Schumacher, Carol M | Attorney Client Work Product | Privileged communication reflecting legal advice of counsel (Stuart Fullerton, Kathryn Stripling) concerning government investigation | |
| 400 | 4/5/2002 | Memo | Jordan, Jennifer B. | Fullerton, Stuart L. | Brown, Troy S Delight Davis, Aretha Dodds, John C Robinson, Barbara E Sanzo, K | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Jennifer Jordan of Morgan Lewis & Bockius) | |
| 401 | 4/5/2002 | Memo | Jordan, Jennifer B. | Fullerton, Stuart L. | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Jennifer Jordan of Morgan Lewis & Bockius) | |
| 402 | 4/9/2002 | Memo | Fullerton, Stuart | Engelmann, Glenn McKinney, Theos | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Stuart Fullerton) | |
| 403 | 4/15/2002 | Outline | Engelmann, Glenn GM | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Morgan Lewis & Bockius) | |
| 404 | 4/15/2002 | Memo | Dodds, John C. | Fullerton, Stuart L. | Robinson, Barbara E Sanzo, K | Attorney Client Work Product | Privileged communication seeking and reflecting advice of counsel concerning government investigation (Jack Dodds, Kathleen Sanzo and Barbara Robinson of Morgan Lewis & Bockius) | |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0465415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 405 | 4/15/2002 | Email | Roberts, Judy A | Fullerton, Stuart L. | Freeberry, John | Attorney Client | Privileged communication seeking legal advice of counsel (Stuart Fullerton) concerning drug pricing and certain disclaimers | |
| 406 | 4/15/2002 | Email | Roberts, Judy A | Fullerton, Stuart L. | Freeberry, John | Attorney Client | Privileged communication seeking legal advice of counsel (Stuart Fullerton) concerning pricing and certain disclaimers | |
| 407 | 4/16/2002 | Email | Freeberry, John | Desta, Barnabas Noonan, Connie Roberts, Judy Schultz, Erik | | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel (Glenn M. Engelmann) concerning legal requirements for Together Rx Program | AZ0707849 |
| 408 | 4/16/2002 | Email | Fullerton, Stuart L | Roberts, Judy A | Dodds, Jack Engelmann, Glenn M Freeberry, John Saenz, K Shaughnessy, RJ Stripling, Kathryn S | Attorney Client | Privileged communication reflecting legal advice of counsel (Stuart Fullerton) concerning pricing policies. | |
| 409 | 4/16/2002 | Meeting Minutes | UNKNOWN | | | Redacted AC | Privileged communication reflecting advice of counsel concerning a team meeting on Together Rx Program (Robert Shaughnessy) | AZ0575553 |
| 410 | 4/18/2002 | Email | McMillan, Stephen | Blessington, James Ebling, Joe Guiney, Tim M Gupta, Mahendra M Keeling, Libby O'Brien, John V. O'Brien, Shawn P Pusey, James M Rowles, Gary Sauer, James S Stripling, Kathryn Tomnoff, Joshua | Buckanavage, Stephen R McGrath, Dyan Price, Randy J Rickards, Mark L Sablich, J. | Redacted AC | Privileged communication requesting advice of counsel (Kathryn S. Stripling) concerning government investigation | AZ0707839 |
| 411 | 4/18/2002 | Handwritten Notes | Shaughnessy, Robert J. | | | Attorney Client | Privileged communication reflecting advice of counsel concerning structure of Together Rx Program (Robert Shaughnessy) | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 412 | 4/18/2002 | Notes | UNKNOWN | | | Redacted AC | Privileged communication reflecting advice of counsel concerning implementation of Together Rx Program (Robert Shaughnessy) | AZ0575554 |
| 413 | 4/19/2002 | Email | Altimairo, Mary Helen | Shaughnessy, Rob | | Attorney Client | Privileged communication reflecting advice of counsel (Christopher Peterson of Dewey Ballantine) concerning Together Rx | |
| 414 | 4/21/2002 | Email | Altimairo, Mary Helen | Booth-Barbarin, Ann Chandonnet, Sheilla Harris, B. Johannson, Mike Niridus, Bob Peterson, Christopher Trotta, Rob wc47706@glaxowellkoem.com | Asiani, Adel Kim, Peter | Attorney Client | Privileged communication among members of Together Rx reflecting advice of counsel (Ann Booth-Barbarin, Dewey Ballantine) concerning Together Rx contracts | |
| 415 | 4/23/2002 | Email | Dougherty, Sean | Altimairo, Mary Helen | | Attorney Client | Privileged communication requesting and reflecting advice of counsel (Ann Booth-Barbarin through assistant Mary Helen Altimairo) concerning Together Rx enrollment materials | |
| 416 | 4/24/2002 | FAX | Dodds, John C. | Fullerton, Stuart I., | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis & Bockius) | |
| 417 | 4/29/2002 | Email | Altimairo, Mary Helen | Harrison, Sarah S. | Shaughnessy, RJ | Attorney Client | Privileged communication requesting and reflecting legal advice of counsel (Ann Booth-Barbarin through assistant Mary Helen Altimairo) concerning Together Rx enrollment materials | |
| 418 | 5/5/2002 | Email | Donnelly, Tom | Shaughnessy, Robert | | Redacted AC | Privileged communication reflecting request for advice of counsel concerning purchase contracts (Robert Shaughnessy) | AZ0575589 |
| 419 | 5/6/2002 | Email | Chandonnet, Sheila | Altimairo, Mary Helen | | Attorney Client | Privileged communication among members of Together Rx requesting legal advice of counsel (Ann Booth-Barbarin through assistant Mary Helen Altimairo, John Tracce) concerning Together Rx | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range A20425372-A20468415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 424 | 5/8/2002 | Email | Davis, William | Fullerton, Stuart L. Phillips, Cynthia Shaughnessy, Robert Stripling, Kathryn | | Attorney Client | Privileged communication seeking legal advice (Kathryn Stripling, Stuart Fullerton, Robert Shaughnessy) regarding promotions and drug cost comparisons | |
| 425 | 5/8/2002 | Email | Hedinger, Richard P. | Armstrong, John C. Chavoshi, Soheil Donnelly, Tom M Snee, Kathryn Jones, Kathryn (Wilmington) Price, Randy J. Spaer, James S. | | Redacted AC | Privileged communication seeking legal advice of counsel (Robert Shaughnessy) concerning purchase contracts. | AV20432569 |
| 426 | 5/13/2002 | FAX | Dodds, John C. | Fullerton, Susan L. | | Redacted AC | Privileged communication reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis & Backus) | AV20425763 |
| 427 | 5/20/2002 | FAX | Dodds, John C. | Fullerton, Stuart L. | | Redacted AC | Privileged communication reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis & Backus) | AV20425759 |
| 428 | 5/20/2002 | Email | Donnelly, Tom M. | Chavoshi, Soheil Jones, Kathryn Krol, Jeff McCarthy, John Price, Randy J Robinson, Edgar C Jr Shaughnessy, Rob Stripling, Kathryn Weichelbaum, Joanne | Jones, Kathryn Tuggle, Folger | Redacted AC | Privileged communication seeking legal advice of counsel (Robert Shaughnessy) concerning Zoladex purchase contracts. | A20433467 |
| 429 | 6/3/2002 | Email | Donnelly, Tom M | Shaughnessy, Robert | | Attorney Client | Privileged communication seeking advice of counsel regarding purchase contracts (Robert Shaughnessy) | |
| 430 | 6/4/2002 | Email | Misra, Chiranjib | Akimara, Mary Helen Edwards, Bill Schmool, Andrea | Mink, Steve Misra, Chiranjib | Redacted AC | Privileged communication among members of 'Together Rx requesting and providing legal advice of counsel (Ann Booth-Barbarin through assistant Mary Helen Akimara) concerning possible Together Rx web-site. | AV20707912 |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

Page 72 of 138

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0426372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 444 | 6/26/2002 | Meeting Minutes | Howton, Ty | | | Redacted AC | Privileged communication reflecting advice of counsel concerning (Together Rx (Robert Shaughnessy, Ty Howton of Sidley Austin) | AZ0575380 |
| 445 | 7/1/2002 | Email | Wawrzonek, Jack L. | Chavoshi, Soheil | Stripling, Kathryn S | Attorney Client | Privileged communication seeking legal advice of counsel (Kathryn Stripling) concerning Least Costly Alternative designation | |
| 446 | 7/2/2002 | Email | Zook, Tony | Freeberry, John | | Redacted AC | Privileged communication seeking and providing legal advice of counsel (Glenn Engelmann) concerning pricing of various drugs | AZ0575706 |
| 447 | 7/2/2002 | Email | Kelso, Edward | Goldsborough, Andy J Kulda, James E Monday, Kathy | Freeberry, John Giudils, Joan Holder, Mark V Romagano, Pete | Redacted AC | Privileged communication seeking and providing legal advice of counsel (Glenn Engelmann) concerning pricing of various drugs | AZ0575709 |
| 448 | 7/2/2002 | Email | Kelso, Edward | Goldsborough, Andy J Kulda, James E Monday, Kathy | Freeberry, John Giudils, Joan Holder, Mark V Romagano, Pete | Redacted AC | Privileged communication seeking and providing legal advice of counsel (Glenn Engelmann) concerning pricing of various drugs | AZ0575713 |
| 449 | 7/2/2002 | Email | Dougherty, Sean | Booth-Barbarin, Ann | | Attorney Client | Privileged communication seeking advice of counsel concerning Together Rx and legal implementation issues (Ann Booth-Barbarin, Robert Shaughnessy) | |
| 450 | 7/8/2002 | Letter | Engelmann, Glenn M | Buckalew, Judith | Dodds, Jack Fullerton, Stuart L | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Glenn Engelmann) | |
| 451 | 7/10/2002 | Email | Wawrzonek, Jack L. | Chavoshi, Soheil | Stripling, Kathryn S | Redacted AC | Privileged communication seeking advice of counsel (Kathryn S. Stripling) concerning Medicare and the Least Costly Alternative | AZ0707837 |

Highly Confidential Treatment Requested by AstraZeneca

AZPRIVLOG2-0072

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 455 | 7/11/2002 | Chart | UNKNOWN | | | Redacted AC | Privileged communication reflecting advice of counsel concerning Together Rx legal implementation issues (Robert Shaughnessy, Ann Booth-Barbarin) | AZ0575550 |
| 456 | 7/12/2002 | Letter | Engelmann, Glenn M. | Mollison, Jeff | Dodds, Jack Fullerton, Stuart L. | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning government investigation (Glenn Engelmann) | |
| 457 | 7/15/2002 | Memo | Treece, John W | Together Rx Legal Committee | | Attorney Client | Privileged communication among members of Together Rx reflecting advice of counsel concerning Together Rx (John Treece of Sidley Austin) with handwritten notes reflecting advice of counsel concerning Together Rx contracts (Robert J. Shaughnessy) | |
| 458 | 7/15/2002 | Email | Booth-Barbarin, Ann V | Shaughnessy, Robert | | Attorney Client Work Product | Privileged communication reflecting advice of counsel concerning Together Rx legal implementation issues (Ann Booth-Barbarin, Ty Howton of Sidley and Austin) | |
| 459 | 7/15/2002 | Email | Treece, John W | Booth-Barbarin, Ann | Howton, David T. | Attorney Client | Privileged communication among members of Together Rx reflecting advice of counsel concerning Together Rx legal committee meeting (John Treece of Sidley Austin) | |
| 460 | 7/16/2002 | Agenda | Treece, John W | | | Attorney Client | Privileged communication reflecting advice of counsel concerning Together Rx legal committee meeting (Ann Booth-Barbarin, Ty Howton, John Treece) | |
| 461 | 7/16/2002 | Meeting Minutes | Howton, Ty | Barry Prichard Bill Edwards Eric Harris Eric Rubin Jacqueline Scott Jay Anderson John Leone John Treece Martha Nelsmith Mike Johannesson Sarah Harrison Shaughnessy, Robert Sheila Chardonnet Steve Mink | | Redacted AC | Privileged communication reflecting advice of counsel concerning Together Rx teleconference (John Treece and Ty Howton of Sidley Austin) | AZ0575562 |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|-----|-----------|----------------|-------------------|
| 468 | 7/23/2002 | Email | Howson, David T. | bpriche@hcsas.jnj.com Harrison, Sarah S. Kevin.rigby@Phrma.nov eris.com Loonc, J. M. McKenna, Thomas P. Scott Luce ss15767@gsk.com | Boodn-Harbarin, Ann V Chandonnet, Sheila Edwards, Bill Johannesen, Micheal Lezzier, Ken Naidus, Bob Shaughnessy, Robert J Treece, John W Trotta, Robert | Attorney Client | Privileged communication among members of Together Rx reflecting advice of counsel concerning Together Rx corporate formalities (David Howton of Sidley Austin) | |
| 469 | 7/24/2002 | Email | Shaughnessy, R.J. | Freeberry, John Fullerton, Stuart | Cline, Kimberly Sawyer, Donald | Redacted AC | Privileged communication seeking and reflecting legal advice of counsel (Robert Shaughnessy, Stuart Fullerton & Don Sawyer) regarding action taken by third party pricing publication | A20707942 |
| 470 | 7/24/2002 | Email | Shaughnessy, R.J. | Freeberry, John A Fullerton, Stuart | Cline, Kimberly Sawyer, Donald | Redacted AC | Privileged communication seeking and reflecting legal advice of counsel (Robert Shaughnessy, Stuart Fullerton & Don Sawyer) regarding action taken by third party pricing publication | A20707945 |
| 471 | 7/24/2002 | Email | Shaughnessy, R.J. | Freeberry, John | Cline, Kimberly Fullerton, Stuart L Sawyer, Donald | Redacted AC | Privileged communication seeking and reflecting legal advice of counsel (Robert Shaughnessy, Stuart Fullerton & Don Sawyer) regarding action taken by third party pricing publication | A20707948 |
| 472 | 7/24/2002 | Email | Schulz, Erik | Shaughnessy, Robert J | Freeberry, John | Redacted AC | Privileged communication seeking and reflecting legal advice of counsel (Robert Shaughnessy) concerning an internal memorandum on drug pricing issues | A20707950 |
| 473 | 7/24/2002 | Email | Schulz, Erik | Shaughnessy, Rob | Freeberry, John | Attorney Client | Privileged communication seeking legal advice of counsel (Robert Shaughnessy) concerning an internal memorandum on drug pricing issues. | |
| 474 | 7/24/2002 | Email | Shaughnessy, R.J. | Freeberry, John | Cline, Kimberly Fullerton, Stuart L Sawyer, Donald | Redacted AC | Privileged communication seeking and providing legal advice of counsel (Robert Shaughnessy, Stuart Fullerton) regarding action taken by third party pricing publication | A20575685 |
| 475 | 7/24/2002 | Email | Shaughnessy, R.J. | Freeberry, John Fullerton, Stuart | Cline, Kimberly Sawyer, Donald | Redacted AC | Privileged communication seeking and providing legal advice of counsel (Robert Shaughnessy, Stuart Fullerton) regarding action taken by third party pricing publication | A20575687 |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0468415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|--------------|--------|-----------|-----|-----------|----------------|-------------------|
| 628 | 6/4/2003 | Email | Dougherty, Sean | McCourt, Marion | Shaughnessy, RJ | Attorney Client | Privileged communication seeking and reflecting advice of counsel concerning relationship of Together Rx to government discount programs, Together Rx insurance, and Together Rx marketing activities (Robert Shaughnessy) | |
| 629 | 6/10/2003 | Email | Alimairo, Mary Helen | Leslie, Santee@Mckesson.com | Booth-Barbarin, Ann V<br>Chiu, Daina<br>Shaughnessy, RJ | Attorney Client<br>Work Product | Privileged communication among members and agents of Together Rx reflecting legal advice of counsel (Ann Booth-Barbarin through assistant Mary Helen Alimairo) concerning Together Rx contract | |
| 630 | 6/10/2003 | Email | Treece, John W | Applebaum, Scott<br>Appleton, Colin J<br>Bass, Cynthia<br>Burgin, James<br>Booth-Barbarin, Ann<br>Chandonnet, Sheilla<br>Edwards, Bill<br>Johanneson, Mike<br>Letofer, Ken<br>Naidus, Bob<br>Shaughnessy, Rob | Mollapatra, Seema | Attorney Client | Privileged communication among members of Together Rx reflecting advice of counsel concerning insurance and indemnification for Together Rx (John Treece and Seema Mollapatra of Sidley Austin) | |
| 631 | 6/11/2003 | Email | Dougherty, Sean | Dawson-Oswald, Linda L<br>Laur, Kerissa<br>Reynolds, Allan<br>Wawrzonek, Jack<br>Wiedemann, John | | Attorney Client | Privileged communication requesting advice of counsel concerning coverage of patient partnership programs, including Together Rx (Ann Booth-Barbarin) | |
| 632 | 7/15/2003 | Email | Alimairo, Mary Helen | Trellez, James R | | Redacted AC | Privileged communication among members of Together Rx seeking legal advice of counsel (Ann Booth-Barbarin, John Treece of Sidley & Austin) concerning Together Rx marketing | AZ0573727 |
| 633 | 12/2/2003 | Email | Freeberry, John | Fullerton, Stuart L. | | Attorney Client | Privileged communication seeking legal advice of counsel (Stuart Fullerton) concerning pricing, and in anticipation of possible litigation | . |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 634 | 12/8/2003 | Email | Tallen, James R | Altimario, Mary Helen | | Attorney Client | Privileged communication among members of Together Rx seeking legal advice of counsel (Ann Booth-Barbarin through assistant Mary Helen Altimario) concerning nondisclosure agreement regarding Together Rx information | |
| 635 | 1/5/2004 | Email | Freeberry, John | Fullerton, Stuart L. | | Redacted AC | Privileged communication seeking legal advice of counsel (Stuart Fullerton) concerning different pricing issues, including action taken by third party pricing publication | AZ0575759 |
| 636 | 1/5/2004 | Email | Fullerton, Stuart | Lamb, Monica Schultz, Erik | Freeberry, John Wise, Scott | Attorney Client / Work Product | Privileged communication reflecting legal advice of counsel (Stuart Fullerton, Davis Polk & Wardwell) concerning government investigation | |
| 637 | 1/8/2004 | Email | Fullerton, Stuart | Harris, Kim Wise, Scott | Freeberry, John Zivitz, Jacqueline K | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton, Davis Polk & Wardwell) concerning third party pricing publications, and in anticipation of possible litigation | |
| 638 | 1/8/2004 | Email | Fullerton, Stuart L | Harris, Kim Monica Lamb Wise, Scott | Freeberry, John Zivitz, Jacqueline K | Attorney Client / Work Product | Privileged communication seeking and providing legal advice of counsel (Stuart Fullerton, Davis Polk & Wardwell) concerning drug pricing | |
| 639 | | Handwritten Notes | Wawrzonek, Jack | | | Attorney Client | Privileged communication containing handwritten notes reflecting advice of counsel concerning government investigation (Kathryn Stripling) | |
| 640 | | Handwritten Notes | Manning, Julia J.W. | | | Attorney Client | Handwritten notes reflecting advice of counsel (Julia W. Manning) regarding pricing issues | |
| 641 | | Handwritten Notes | Manning, Julia J.W. | | | Attorney Client | Handwritten notes reflecting advice of counsel (Julia W. Manning) regarding pricing issues | |
| 642 | | Memo | Manning, Julia W., | | | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) and attorney work product regarding Medicare law | |
| 643 | | Handwritten Notes | Manning, Julia | | | Attorney Client / Work Product | Handwritten notes reflecting advice of counsel (Julia W. Manning) regarding contracting issues | |
| 644 | | Handwritten Notes | Manning, Julia | | | Attorney Client / Work Product | Handwritten notes reflecting advice of counsel (Julia W. Manning) regarding government investigation | |
| 645 | | Handwritten Notes | Manning, Julia | | | Attorney Client / Work Product | Handwritten notes reflecting advice of counsel (Julia W. Manning) regarding government investigation | |
| 646 | | Handwritten Notes | Manning, Julia | | | Attorney Client / Work Product | Handwritten notes reflecting advice of counsel (Julia W. Manning) regarding government investigation | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|------|---------------|--------|-----------|----|-----------|----------------|-------------------|
| 712 | | Report | Legal Dept. | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 713 | | Report | Legal Dept. | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 714 | | Report | Legal Dept. | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 715 | | Report | Legal Dept. | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 716 | | Report | Legal Dept. | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) concerning government investigation | |
| 717 | | Report | Legal Dept. | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 718 | | Report | Legal Dept. | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 719 | | Report | Legal Dept. | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 720 | | Report | Legal Dept. | | | Attorney Client Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) concerning government investigation | |
| 721 | | Plan | UNKNOWN | | | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | A20426631 |
| 722 | | Report | Freeman, Laura | | | Redacted AC Redacted Work Product | Privileged communication containing handwritten notes reflecting advice of counsel concerning government investigation (Stuart Fullerton) | A70575622 |
| 723 | | Report | Morando Rocco J | | | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | A20426641 |
| 724 | | Email | Falls, Linda C. | Blockterreol, M. Ceaser, O. Snsseti, Mary K. | McKay, Jack F. | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel concerning government investigation, containing attorney's handwritten notes (Stuart Fullerton) | A20426646 |
| 725 | | Report | UNKNOWN | | | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning government investigation | A20426669 |
| 726 | | Email | Patrick, J. M. | Mollison, Jeffery | | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning government investigation | A20426687 |

Highly Confidential Treatment Requested by AstraZeneca

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 727 | | Report | UNKNOWN | | | Redacted AC / Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning government investigation | AZ0426693 |
| 728 | | Report | Schindler, Susan D. | | | Redacted AC / Redacted Work Product | Privileged communication reflecting advice of counsel (Susan Fullerton) concerning government investigation | AZ0575644 |
| 729 | | Report | Wojciechowski, Joy | | | Redacted AC / Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning government investigation | AZ0426697 |
| 730 | | Report | Manning, Julia | | | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) and attorney work product regarding government investigation | |
| 731 | | Handwritten Notes | Fullerton, Stuart L. | | | Redacted AC / Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning purchase contracts | AZ0426822 |
| 732 | | Report | Manning, Julia W. | | | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) and attorney work product regarding government investigation | |
| 733 | | Report | Legal Dept. | | | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) and attorney work product regarding government investigation | |
| 734 | | Report | Legal Dept. | | | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) and attorney work product regarding government investigation | |
| 735 | | Email | Rickards, Mark | Shaughnessy, Robert Stripling, Kathryn | Hedinger, Richard RF Ruiz, Cassandra CM Smith, Brian BP Tilton, Mike MC | Attorney Client | Request for legal advice from counsel (Kathryn S. Stripling & Robert J. Shaughnessy) regarding purchase contract | |
| 736 | | Report | UNKNOWN | | | Redacted AC / Redacted Work Product | Privileged communication reflecting advice of counsel (Stuart Fullerton) concerning government investigation | AZ0427458 |
| 737 | | Memo | Fullerton, Stuart | Kraeuter, Eric Lucas Charles WC | Stanton, RA Stripling, Kathryn S | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Stuart L. Fullerton) and attorney work product regarding government investigation | |
| 738 | | Handwritten Notes Report | Manning, Julia W. | | | Attorney Client / Work Product | Privileged communication reflecting advice of counsel (Julia W. Manning) and attorney work product regarding impact of changes to Medicare reimbursement policies | |

Highly Confidential Treatment Requested by AstraZeneca

March 18, 2005

SECOND REVISED Privilege Log
for Documents Withheld From Bates Stamp Range AZ0425372-AZ0466415

| # | Date | Document Type | Author | Addressee | CC | Privilege | Subject Matter | Production Number |
|---|---|---|---|---|---|---|---|---|
| 739 | | FAX | Dodds, John C. | Fullerton, Stuart L. Stripling, Kathryn | | Redacted AC | Privileged communication seeking and reflecting advice of counsel concerning government investigation (Jack Dodds of Morgan Lewis & Bockius) | AZ0425770 |
| 740 | | Analysis | Dodds, John C. Pomeranz, Crane M. Sanzo, Kathleen M. | Hagelmann, Glenn | | Attorney Client Work Product | Privileged communication seeking and reflecting advice of counsel concerning government investigation (Jack Dodds, Kathleen Sanzo and Crane Pomeranz of Morgan Lewis & Bockius) | |
| 741 | | Report | Legal Dept. | | | Attorney Client | Attachment - privileged communication reflecting legal advice by counsel (Stuart Fullerton, Robert Shaughnessy) regarding action taken by third party pricing publication | |
| 742 | | Memo | Fullerton, Stuart | Fante, Rich Coffin, Adele Hickey, Michael Mallon, Mark | Casey, Mariann B Davics, Laura LJ Engelmann, Glenn M Flynn, Paula Kenny, Dick Merini, Gary Martino, Marie McCaffrey, Tom Remick, Rosemarie Scanlon, BA | Attorney Client Work Product | Privileged communication reflecting legal advice of counsel (Stuart Fullerton) regarding government investigation. | |
| 743 | | | Legal Dept. | | | Redacted AC | Privileged communication reflecting request for advice and advice of counsel (Kathryn Stripling) regarding contracting | AZ0433096 |
| 744 | | Email | Kowash, Kaylor | Froebcrry, John Price, Randy J Robert, Dann A. Schultz, Izik Stripling, Kathryn | | Attorney Client | Privileged communication requesting advice of counsel (Kathryn Stripling) concerning legal issues related to reimportation | |
| 745 | | Article | AstraZeneca | | | Redacted AC Redacted Work Product | Privileged communication reflecting advice of counsel (Robert Shaughnessy) concerning Together Rx promotional representations | AZ0575473 |
| 746 | | Draft Letter | Perkins, Bob | Bien, Timothy | | Attorney Client | Privileged communication reflecting advice of counsel concerning draft letter relating to Together Rx reimbursement (Robert Shaughnessy) | |

Highly Confidential Treatment Requested by AstraZeneca