UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | 
| THIS DOCUMENT RELATES TO: CLASS 1 JURY TRIAL (ASTRAZENECA) |  |

MDL No. 1456

Civil Action No. 01-12257-PBS

Hon. Patti B. Saris

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S
RESPONSE TO REQUEST FOR PROFFER REGARDING
TESTIMONY FROM STANLEY WEINTRAUB
<u>RAISED BY THE COURT AT THE APRIL 11, 2007 HEARING</u>**

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") respectfully submits this response to the request for a proffer regarding testimony from Stanley Weintraub, a Branch Chief and Senior Policy Advisor at the Health Care Financing Administration from 1984 to 1998, raised by the Court during the pretrial conference on April 11, 2007. (*See* Transcript of Pretrial Conference (Apr. 11, 2007) ("Tr.") at 23:22-24:12, 25:5-19, 48:19-20.)

In accordance with the Court's request, AstraZeneca submits, based on its good-faith belief in the substance of Mr. Weintraub's testimony, that Mr. Weintraub would testify as set forth in the Track One Defendants' Proffer Regarding Testimony From Certain Former Government Employees, submitted to the Court on December 5, 2006. As detailed therein, Mr. Weintraub's testimony would relate to the AWP-based reimbursement system as a whole, as well as to HCFA's efforts to revise that reimbursement methodology. He does not possess

specific knowledge concerning AstraZeneca or Zoladex, nor did he have any direct interactions with AstraZeneca.  Accordingly, in light of the Court's ruling that Mr. Weintraub's testimony would be relevant only to the extent it relates specifically to Zoladex or AstraZeneca (*see* Tr. at 23:25-24:12, 25:5-19, 41:14-18), AstraZeneca hereby withdraws Mr. Weintraub as a witness.

Respectfully submitted,

By:  /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael B. Keating (BBO # 263360)
Michael P. Boudett (BBO# 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Attorneys for AstraZeneca Pharmaceuticals LP

Dated: May 2, 2007

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on May 2, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By: /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper