# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

—————————————————————
                                            )
IN RE PHARMACEUTICAL INDUSTRY               )     MDL No. 1456
AVERAGE WHOLESALE PRICE                      )
LITIGATION                                  )
                                            )
—————————————————————       )     Judge Patti B. Saris
                                            )
THIS DOCUMENT RELATES TO                     )
01-CV-12257-PBS and 01-CV-339                )
                                            )
—————————————————————       )

**TRIAL OF CLASS 1 CLAIMS**

## ASTRAZENECA PHARMACEUTICALS LP'S PROPOSED VOIR DIRE QUESTIONS

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca Pharmaceuticals") hereby submits the following specific questions for the jury venire. If any of the prospective jurors should answer "yes" to any of the following questions, AstraZeneca Pharmaceuticals respectfully requests the opportunity to explore the circumstances further at the bench. AstraZeneca Pharmaceuticals does not here set forth questions on general topics such as scheduling, hardships, the court system, and such matters.

I.  Introduction By Court

Before getting into the questions I will ask, I often find that they make more sense when you know, in general terms, the nature of the case. This is a class action brought by Mr. Robert A. Howe and Mr. Leroy Townsend, representing a class of individuals who received Zoladex injections and made co-payments for them under their Medicare insurance plan. Plaintiffs have accused AstraZeneca Pharmaceuticals of intentionally making false statements about the Average Wholesale Price or "AWP" of Zoladex, with the intent that Plaintiffs would rely upon those statements, and causing them to overpay for Zoladex. AstraZeneca Pharmaceuticals denies these allegations.

II.   <u>Voir Dire Questions</u>

    **A.  Prior knowledge of case or attorneys**

    1.   Have you or anyone in your household or family ever had any dealings with the plaintiffs' class representatives, Mr. Robert A. Howe, his wife Marjorie Joyce Howe, or Mr. Leroy F. Townsend?

    2.   The lawyers representing the plaintiffs in this case are from the law firm of Hagens Berman Sobol Shapiro LLP of Cambridge, Massachusetts; Seattle, Washington; and Chicago, Illinois.  Those lawyers include:

        Steve Berman
        Thomas Sobol
        Edward Notargiacomo
        Sean Matt

    3.   Plaintiffs are also represented by Eugene Spector, Jeffrey Kodroff and John Macoretta from the law firm of Spector, Roseman & Kodroff, P.C. of Philadelphia, Pennsylvania; Kenneth Wexler and Jennifer Connolly from the law firm of Wexler Toriseva Wallace LLP of Chicago, Illinois; Marc Edelson and Allan Hoffman from the law firm of Edelson & Associates LLC of Doylestown, Pennsylvania; and Donald Haviland, Jr. from The Haviland Law Firm, LLC of Philadelphia, Pennsylvania.

    4.   Do any of you know these attorneys or law firms?  Have you ever had any dealings with them or their law firms?  Has anyone that you ever knew ever worked for these law firms in any of their offices?

    5.   Will the fact that this is a class action -- Mr. Robert A. Howe and Mr. Leroy Townsend, are suing on behalf of a class of individuals who received Zoladex injections and made co-payments for them under their Medicare insurance plan -- affect your judgment about how the action should be decided?

6.   Have you or anyone in your family ever had any type of relationship or dealings with defendant AstraZeneca Pharmaceuticals?

7.   The lawyers representing AstraZeneca Pharmaceuticals in this case are from the law firm of Foley Hoag LLP of Boston, Massachusetts.  Those lawyers include:

Michael Keating
Nicholas Theodorou, and
Michael Boudett

8.   AstraZeneca Pharmaceuticals is also represented by the law firm of Davis Polk & Wardwell of New York, New York.  Those lawyers include:

Scott Wise
Michael Flynn, and
Kimberley Harris

9.   Do any of you know these attorneys or these law firms?  Have you ever had any dealings with them or their law firms?  Has anyone that you ever knew ever worked for these law firms in any of their offices?

10. Is there any juror who believes that the fact that AstraZeneca Pharmaceuticals is a pharmaceutical company may cause them to prejudge the case?

11. The following list contains the names of possible witnesses who may testify in this case:

Read Exhibit A, which is plaintiffs' and defendant's witness lists combined

Do any of you know any of these people?

12. You may hear some evidence in this case relating to another pharmaceutical company, called Takeda Abbott Pharmaceutical Products, Inc., or TAP.

13. Are you familiar with Takeda Abbott Pharmaceutical Products, Inc.?  Have you ever had any relationship or dealings with Takeda Abbott Pharmaceutical Products, Inc., which might influence your considerations of the evidence in this case?

14. There may have been reports in the press about this case.  Have you read or heard anything, or formed any opinions which may influence your consideration of the evidence in this case?  [If yes]  What have you read or heard?

**B.  Experience with/in the pharmaceutical and healthcare industries**

15. Have you or any member of your household or family ever been employed by a pharmaceutical company?  As a sales representative for a pharmaceutical company?

16. Have you or any member of your household or family ever been employed by a healthcare insurance provider such as Blue Cross Blue Shield or Harvard Pilgrim?

17. Are you or any member of your household or family a medical doctor? An Oncologist? A Urologist?

18. Have you had any experience with a pharmaceutical company which might influence your consideration of the evidence in this case?

19. Have you or any member of your household or family ever been involved in a legal dispute in which a pharmaceutical company was on the other side?

20. Have you or any member of your household or family ever accrued a debt to a doctor for any drug administered at the doctor's office?

**C.  Experience with Medicare/Government**

21. Have you or any member of your household or family ever been employed by the United States Department of Health and Human Services or any State Medicaid Agency?

22. Are you or any member of your household or family a recipient of Medicare benefits? Medicare Part B benefits?

Dated:   Boston, Massachusetts
        May 2, 2007

Respectfully Submitted,

By:   /s/ Katherine B. Schmeckpeper

    Nicholas C. Theodorou (BBO # 496730)
    Michael B. Keating (BBO # 263360)
    Michael P. Boudett (BBO # 558757)
    Katherine B. Schmeckpeper (BBO # 663200)
    FOLEY HOAG LLP
    155 Seaport Blvd.
    Boston, Massachusetts 02210
    Tel: (617) 832-1000

    D. Scott Wise
    Michael S. Flynn
    Kimberley D. Harris
    DAVIS POLK & WARDWELL
    450 Lexingon Avenue
    New York, New York 10017
    Tel: (212) 450-4000

    Attorneys for AstraZeneca Pharmaceuticals LP

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was delivered on May 2, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.


By:  /s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper