# EXHIBIT A

B3344596.1

**Plaintiffs' and Defendant's Witness Lists Combined**

1. Gregory K. Bell, Ph.D.
2. Michael Baca
3. Robert A. Berkman, M.D.
4. Robert C. Black
5. Christopher Waldo Bowman
6. David R. Brennan
7. Stephen R. Buckanavage
8. Eric Cannon
9. Thomas Chen
10. Sheila Cizauskas
11. Sean Coakley
12. Charles Daddona
13. Julie Doll
14. Douglas N. Durand
15. James F. Estes
16. James Fanale
17. Richard Fante
18. William Flemming
19. John R. Freeberry
20. Stuart Fullerton
21. Barrington Furr
22. Eric Gaier, Ph.D.
23. John P. Gould, Ph.D.
24. Kenneth Greisman

B3344596.1

- 3 -

25. Raymond S. Hartman

26. Stanley Hopkins, M.D.

27. Marjorie Joyce Howe

28. Robert A. Howe

29. Margaret M. Johnson

30. Jennifer Judy

31. John Killion

32. Dale Kramer

33. Dr. Richard McArdle

34. Christine McHenry

35. Betsy McSheffrey (Coldwell)

36. Alan J. Milbauer

37. Patricia Kay Morgan

38. Fiona M. Scott Morton, Ph.D.

39. Keith Patterson

40. Mark Reisenauer

41. Dr. Mack Roach III

42. Meredith Rosenthal

43. Erik Schultz

44. James Shepley

45. Therese Shepley

46. Carol Sidwell

47. Kevin Slavik

48. Steven E. Strand

49. Dean Sundberg

- 4 -

50. Steven Thomas

51. Leroy Townsend

52. Julie Tracy

53. Alton Wallace, Jr.

54. Carol L. Ware

55. Stanley Weintraub

56. Scott Wert