**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 |
| | ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS and 01-CV-339 | ) ) ) ) |

**TRIAL OF CLASS 1 CLAIMS**

## ASTRAZENECA PHARMACEUTICALS LP'S PROPOSED JURY QUESTIONNAIRE

Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca Pharmaceuticals") hereby submits the following brief questionnaire for the jury venire. If any of the prospective jurors should answer "yes" to any of the following questions, AstraZeneca Pharmaceuticals respectfully requests the opportunity to explore the circumstances further at the bench.

I. Introduction By Court

Before getting into the questions I will ask, I often find that they make more sense when you know, in general terms, the nature of the case. This is a class action brought by Mr. Robert A. Howe and Mr. Leroy Townsend, representing a class of individuals who received Zoladex injections and made co-payments for them under their Medicare insurance plan. Plaintiffs have accused AstraZeneca Pharmaceuticals of intentionally making false statements about the Average Wholesale Price or "AWP" of Zoladex, knowing the statements were false and intending that Plaintiffs would rely upon those statements, and causing them to overpay for Zoladex. AstraZeneca Pharmaceuticals denies these allegations.

II. Voir Dire Questions

    1. Have you or any member of your household or family ever had prostate cancer?

2. Have you or any member of your household or family ever taken the drug Zoladex?

3. Have you or any member of your household or family ever taken the drug Lupron?

Dated: Boston, Massachusetts
May 2, 2007

Respectfully Submitted,

By: /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael B. Keating (BBO # 236630)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
Tel: (617) 832-1000

D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
DAVIS POLK & WARDWELL
450 Lexingon Avenue
New York, New York 10017
Tel: (212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP

- 3 -

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was delivered on May 2, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                By: /s/ Katherine B. Schmeckpeper
                    Katherine B. Schmeckpeper