# EXHIBIT B

**DEFENDANT'S PROPOSED VERDICT FORM**
**FLORIDA COMMON LAW INTENTIONAL MISREPRESENTATION[1]**

1. Do you find that Mr. Townsend has proven, by a preponderance of the evidence, each and every of the following elements:  that AstraZeneca made a false statement of material fact about the AWP of Zoladex, knowing it was false; that AstraZeneca intended that Mr. Townsend would rely on that misrepresentation; that Mr. Townsend did in fact rely upon the correctness of the representation, and that he was reasonable in doing so?

    Yes ___   No ___

[If you answered Yes, please continue to Question 2.  If you answered No, you may skip to page 2.]

2. Do you find that Mr. Townsend's reliance upon AstraZeneca's misrepresentation regarding the AWP of Zoladex caused him damages?

    Yes ___   No ___

[If you answered Yes, please continue to Question 3.  If you answered No, you may skip to page 2.]

3. If you find that AstraZeneca's misrepresentation regarding the AWP of Zoladex caused Mr. Townsend damage, you must now determine the appropriate measure of damages. Throughout the trial, you have heard testimony from each side regarding how damages should be measured in this case, if at all.  Should Mr. Townsend's damages be measured as:

    a. The difference between the AWP of Zoladex and the ASP

        Yes ___   No ___

    b. The difference between the WAC of Zoladex and the ASP

        Yes ___   No ___

    c. The difference between the AWP of Zoladex and 1.3 times the ASP

        Yes ___   No ___
        [NOTE: You may only answer "YES" to one of either a, b, or c]

---

[1] AstraZeneca submits verdict forms for Florida and Oregon, the states under which the two certified class representatives' claims arise; however, because AstraZeneca objects to any amalgamation of state laws, AstraZeneca maintains that the jury must return separate verdict forms for each state.

**DEFENDANT'S PROPOSED VERDICT FORM**
**OREGON COMMON LAW INTENTIONAL MISREPRESENTATION**

1.  Do you find that Mr. Howe has proven, by clear and convincing evidence, each and every of the following elements:  that AstraZeneca made a false statement of fact about the AWP of Zoladex, knowing it was false; that the statement was material; that AstraZeneca intended that Mr. Howe would rely on that misrepresentation; that Mr. Howe did in fact rely upon the correctness of the representation, and had a right to do so?

    Yes __   No __

[If you answered Yes, please continue to Question 2.  If you answered No, your task is complete. Please return to the Courtroom]

2.  Do you find that Mr. Howe's reliance upon AstraZeneca's misrepresentation regarding the AWP of Zoladex caused him damages?

    Yes __   No __

[If you answered Yes, please continue to Question 3.  If you answered No, your task is complete. Please return to the Courtroom]

3.  If you find that AstraZeneca's misrepresentation regarding the AWP of Zoladex caused Mr. Howe damage, you must now determine the appropriate measure of damages. Throughout the trial, you have heard testimony from each side regarding how damages should be measured in this case, if at all.  Should Mr. Howe's damages be measured as:

    a.  The difference between the AWP of Zoladex and the ASP

        Yes __   No __

    b.  The difference between the WAC of Zoladex and the ASP

        Yes __   No __

    c.  The difference between the AWP of Zoladex and 1.3 times the ASP

        Yes __   No __

[NOTE: You many only answer "YES" to one of either a, b, or c]

3

## DEFENDANT'S PROPOSED VERDICT FORM
## PUNITIVE DAMAGES

1.  For Plaintiffs from Arizona, do you find that Plaintiffs have shown by clear and convincing evidence that AstraZeneca's conduct is wanton, reckless, shows spite or ill will, or demonstrates a reckless indifference to the rights of others?

    Yes __   No __

2.  For Plaintiffs from California, do you find that Plaintiffs have shown by clear and convincing evidence that AstraZeneca's conduct amounts to malice, oppression or fraud?

    Yes __   No __

3.  For Plaintiffs from Connecticut, do you find that Plaintiffs have shown by clear and convincing evidence that AstraZeneca's acts were willful, reckless or maliciously tortious?

    Yes __   No __

4.  For Plaintiffs from Delaware, do you find that Plaintiffs have shown by clear and convincing evidence that AstraZeneca's acts were gross, oppressive or aggravated, or involved a breach of trust or confidence?

    Yes __   No __

5.  If you answered yes, have Plaintiffs also received compensatory damages?

    Yes __   No __

6.  For Plaintiffs from the District of Columbia, do you find that Plaintiffs have shown by clear and convincing evidence that AstraZeneca's acts show evil motive, actual malice, or willful disregard for the rights of Plaintiffs and that AstraZeneca's wrongdoing was egregious and outrageous?

    Yes __   No __

7.  For Plaintiffs from Idaho, do you find that Plaintiffs have shown by clear and convincing evidence that AstraZeneca's acts were repeated and flagrant?

    Yes __   No __

8.  For Plaintiffs from Illinois, do you find that Plaintiffs have shown by clear and convincing evidence that AstraZeneca's conduct was done with malice or evil motive because its acts were performed with a reckless indifference towards the rights of others?

Yes __   No __

9.  For Plaintiffs from Nevada, do you find that Plaintiffs have shown by clear and
    convincing evidence that AstraZeneca is guilty of oppression, fraud or malice, express or
    implied?

    Yes __   No __

10. For Plaintiffs from Oregon, do you find that Plaintiffs have shown by clear and
    convincing evidence that deterrence is called for and that AstraZeneca's conduct was
    particularly aggravated in that the conduct was wanton, willful, or malicious?

    Yes __   No __

11. For Plaintiffs from Pennsylvania, do you find that Plaintiffs have shown by clear and
    convincing evidence that AstraZeneca's acts were wanton, malicious, willful, oppressive,
    or exhibited a reckless indifference to the rights of others?

    Yes __   No __

12. For Plaintiffs from Utah, do you find that Plaintiffs have shown by clear and convincing
    evidence that AstraZeneca's conduct was the result of willfully malicious or intentionally
    fraudulent conduct, or conduct that manifests a knowing and reckless indifference toward
    and disregard of the rights of others?

    Yes __   No __

13. For Plaintiffs from Vermont, do you find that Plaintiffs have shown by clear and
    convincing evidence that AstraZeneca's conduct was committed willfully and with actual
    malice, in that AstraZeneca's conduct manifested ill will or was carried out under
    circumstances evidencing insult or oppression, or a wanton disregard of Plaintiffs' rights?

    Yes __   No __

14. For Plaintiffs from Wisconsin, do you find that Plaintiffs have shown by clear and
    convincing evidence that AstraZeneca acted with malice or willful, wanton, reckless
    disregard of Plaintiffs' rights?

    Yes __   No __

**DEFENDANT'S PROPOSED VERDICT FORM**
**FRAUDULENT CONCEALMENT**

1.  For Plaintiffs in Arkansas, do you find by clear and convincing evidence that:

    a.  AstraZeneca committed a positive act of concealment that is distinct from the conduct that is the basis of this claim, and was so secretly planned and executed as to keep the claim hidden, or that the conduct that is the basis of the claim was perpetrated in such a way that it conceals itself?

    Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 2, regarding fraudulent concealment in California.]

    b.  Plaintiffs from Arkansas exercised reasonable diligence to discover the facts of their claims?

    Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 2, regarding fraudulent concealment in California.]

    c.  If you answered Yes to the above question, when do you find that Plaintiffs in Arizona discovered information informing them of their cause of action?

    Date __

2.  For Plaintiffs from California, do you find by clear and convincing evidence that Plaintiffs have shown that AstraZeneca has acted in such a manner to intentionally cause Plaintiffs to be unable to discover, with the exercise of due diligence, that they had a cause of action?

    Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 3, regarding fraudulent concealment in the District of Columbia.]

    a.  If you answered Yes to the above question, when do you find that Plaintiffs in California discovered information informing them of their cause of action?

    Date __

6

3. For Plaintiffs from the District of Columbia and Pennsylvania, do you find by clear, precise and convincing evidence that Plaintiffs have shown that AstraZeneca, through fraud or concealment, caused Plaintiffs to relax their vigilance or deviate from their right of inquiry into the facts such that Plaintiffs were unable to determine that they had a cause of action?

Yes__   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 4, regarding fraudulent concealment in the New York.]

  a. If you answered Yes to the above question, when do you find that Plaintiffs in the District of Columbia discovered information informing them of their cause of action?

  Date __

4. For Plaintiffs from New York, do you find by clear and convincing evidence that Plaintiffs have shown that AstraZeneca engaged in some conduct which was intended to prevent Plaintiffs' acquisition of information disclosing their cause of action?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 5, regarding fraudulent concealment in the Texas.]

  a. If you answered Yes to the above question, when do you find that Plaintiffs in the New York discovered or should have discovered information informing them of their cause of action?

  Date __

5. For Plaintiffs from Texas, do you find by clear and convincing evidence that Plaintiffs have shown that:

  a. AstraZeneca had actual knowledge that Plaintiffs from Texas' reliance upon and injury based on its provision of average wholesale price information was fraudulent?

  Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then the fraudulent concealment inquiry is completed.]

7

b.  AstraZeneca had a legal duty to inform Plaintiffs from Texas of the actual average of wholesale price of Zoladex?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then the fraudulent concealment inquiry is completed.]

c.  AstraZeneca had a fixed purpose in concealing their fraud from Plaintiffs from Texas?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then the fraudulent concealment inquiry is completed.]

b.  When do you find that Plaintiffs in the Texas discovered or should have discovered information informing them of their cause of action?

Date __

8

**DEFENDANT'S PROPOSED VERDICT FORM**
**DISCOVERY RULE**

1.  For Plaintiffs in Arizona, do you find that Plaintiffs from Arizona have proven that the discovery rule applies to their claims?

    Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, <u>Question 2</u>, regarding the discovery rule in California.]

    a.  If you answered Yes to the question above, what date do you find that a Plaintiff from Arizona should have, with the exercise of reasonable diligence, discovered the facts underlying his claim?

    Date: ___

2.  For Plaintiffs in California, do you find that Plaintiffs from California have proven that the discovery rule applies to their claims because they have proven (1) lack of knowledge; (2) lack of means of obtaining knowledge; and (3) how and when the fraud or mistake was actually discovered?

    Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, <u>Question 3</u>, regarding the discovery rule in Colorado.]

    a.  If you answered yes to the question above, what date do you find that a Plaintiff from California should have suspected that the representations at issue were false or deceptive because they were put on notice or had information of circumstances that would have put a reasonable person on inquiry, or had the opportunity to obtain knowledge from sources open to their investigation?

    Date: ___

3.  For Plaintiffs in Colorado, do you find that Plaintiffs from Colorado have proven that the discovery rule applies to their claims?

    Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, <u>Question 4</u>, regarding the discovery rule in Delaware.]

      a.  If you answered yes to the question above, what date do you find that a Plaintiff from Colorado should have discovered the basis for their claim?

      Date: ___

4.  For Plaintiffs from Delaware, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

      Yes __   No __

[If you answered "Yes" to the question above then please answer the next question. If you answered "No" then please proceed to the next instruction, Question 5, regarding the discovery rule in the District of Columbia.]

      a.  If you answered yes to the question above, what date do you find that a Plaintiff in Delaware discovered or, using reasonably diligence, should have discovered his injury and its cause?

      Date: ___

5.  For Plaintiffs from the District of Columbia, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

      Yes __   No __

[If you answered "Yes" to the question above then please answer the next question. If you answered "No" then please proceed to the next instruction, Question 6, regarding the discovery rule in Maryland.]

      a.  If you answered yes to the question above, what date do you find that a Plaintiff in the District of Columbia should have had inquiry notice of the basis of his claims?

      Date: ___

6.  For Plaintiffs from Maryland, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

      Yes __   No __

[If you answered "Yes" to the question above then please answer the next question. If you answered "No" then please proceed to the next instruction, Question 7, regarding the discovery rule in Massachusetts.]

10

     a.  If you answered yes to the question above, what date do you find that a Plaintiff in Maryland with ordinary prudence should have been put on notice of the basis of his claims?

     Date: \_\_\_

7.  For Plaintiffs from Massachusetts, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

     Yes \_\_  No \_\_

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 8, regarding the discovery rule in Michigan.]

     a.  If you answered yes to the question above, what date do you find that a Plaintiff in Massachusetts should have reasonably discovered the basis of his claim?

     Date: \_\_\_

8.  For Plaintiffs from Michigan, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

     Yes \_\_  No \_\_

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 9, regarding the discovery rule in Nevada.]

     a.  If you answered yes to the question above, what date do you find that a Plaintiff in Michigan should have reasonably discovered the existence of their claim?

     Date: \_\_\_

9.  For Plaintiffs from Nevada, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

     Yes \_\_  No \_\_

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 10, regarding the discovery rule in New Jersey.]

     a.  If you answered yes to the question above, what date do you find that a Plaintiff in Nevada discovered, or in the exercise of due diligence should have discovered, the facts constituting their cause of action?

11

Date: ___

10. For Plaintiffs from New Jersey, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 11, regarding the discovery rule in New Mexico.]

a.  If you answered yes to the question above, what date do you find that a Plaintiff in New Jersey could have, with reasonable diligence, discovered his cause of action?

Date: ___

11. For Plaintiffs from New Mexico, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 12, regarding the discovery rule in North Carolina.]

a.  If you answered yes to the question above, what date do you find that a Plaintiff in New Mexico should have, with reasonable diligence, discovered his cause of action?

Date: ___

12. For Plaintiffs from North Carolina, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 13, regarding the discovery rule in North Dakota.]

a.  If you answered yes to the question above, what date do you find that a Plaintiff in North Carolina could have, with reasonable diligence, discovered their cause of action?

Date: ___

13. For Plaintiffs from North Dakota, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 14, regarding the discovery rule in Oregon.]

      a.   If you answered yes to the question above, what date do you find that a Plaintiff in North Dakota could have, with reasonable diligence, known that a potential claim existed?

Date: ___

14. For Plaintiffs from Oregon, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 15, regarding the discovery rule in Pennsylvania.]

      a.   If you answered yes to the question above, what date do you find that a Plaintiff in Oregon discovered, or, by engaging in a reasonably diligent inquiry, should have discovered that his reliance on the AWP of Zoladex was misplaced, taking into account whether a Plaintiff from Oregon had any reason to be put on notice or received any information that should have caused him to seek out information?

Date: ___

15. For Plaintiffs from Pennsylvania, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 16, regarding the discovery rule in Rhode Island.]

a. If you answered yes to the question above, what date do you find that a Plaintiff in Pennsylvania could have, using reasonably diligence, properly informed himself of the facts of this case?

Date: ___

16. For Plaintiffs from Rhode Island, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question. If you answered "No" then please proceed to the next instruction, Question 17, regarding the discovery rule in South Dakota.]

a. If you answered yes to the question above, what date do you find that a Plaintiff in Rhode Island could have, with the exercise of reasonable diligence, discovered the basis of his claim?

Date: ___

17. For Plaintiffs from South Dakota, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question. If you answered "No" then please proceed to the next instruction, Question 18, regarding the discovery rule in Texas.]

a. If you answered yes to the question above, what date do you find that a Plaintiff in South Dakota discovered AstraZeneca's intentional misrepresentation?

Date: ___

18. For Plaintiffs from Texas, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question. If you answered "No" then please proceed to the next instruction, Question 19, regarding the discovery rule in Utah.]

a. If you answered yes to the question above, what date do you find that a Plaintiff in Texas should have, with the exercise of reasonable diligence, and taking into

14

account the knowledge of the plaintiff from Texas' attorney, had information about their claims?

Date: ___

19. For Plaintiffs from Utah, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 20, regarding the discovery rule in Vermont.]

      a.   If you answered yes to the question above, what date do you find that a reasonable Plaintiff in Utah should have, with the exercise of reasonable discretion, discovered that they had a cause of action?

Date: ___

20. For Plaintiffs from Vermont, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 21, regarding the discovery rule in Washington.]

      a.   If you answered yes to the question above, what date do you find that a reasonable Plaintiff in Vermont should have, in the exercise of reasonable diligence, discovered the basis for his cause of action?

Date: ___

21. For Plaintiffs from Washington, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next instruction, Question 22, regarding the discovery rule in West Virginia.]

15

      a.  If you answered yes to the question above, what date do you find that a reasonable Plaintiff in Washington should have reasonably discovered the elements giving rise to this cause of action?

Date: ___

22. For Plaintiffs from West Virginia, do you find that Plaintiffs have proven that the discovery rule applies to their claims?

Yes __   No __

[If you answered "Yes" to the question above then please answer the next question.  If you answered "No" then please proceed to the next section on Aggregate Damages.]

      a.  If you answered yes to the question above, what date do you find that a reasonable Plaintiff in West Virginia should have, in the exercise of reasonable diligence, discovered the basis for his cause of action?

Date: ___

**DEFENDANT'S PROPOSED VERDICT FORM**
**AGGREGATE DAMAGES CHARGE**
**[SUBMITTED UNDER PROTEST][2]**

As discussed in AstraZeneca's Motion *In Limine* to Exclude Testimony and Evidence Concerning Aggregate Damages filed on March 23, 2007 [Docket Entries 3934 (motion), 3935 (memorandum)] and the Supplemental Memorandum Addressing Issues Concerning Aggregate Damages Raised by the Court at the April 11, 2007 Hearing, filed on May 2, 2007, AstraZeneca objects to any charge that asks the jury to find aggregate damages on a class-wide or state-by-state basis. If the Court decides to submit aggregate damages determinations to the jury, over AstraZeneca's objection, the following findings must be made:

2.  How many individuals did the Plaintiffs prove received Zoladex injections while they were residing in Florida in the following years:

    1991 \_\_\_\_
    1992 \_\_\_\_
    1993 \_\_\_\_
    1994 \_\_\_\_
    1995 \_\_\_\_
    1996 \_\_\_\_
    1997 \_\_\_\_
    1998 \_\_\_\_
    1999 \_\_\_\_
    2000 \_\_\_\_
    2001 \_\_\_\_
    2002 \_\_\_\_
    2003 \_\_\_\_

3.  Of the number of individuals listed next to each year in response to Question 1, how many individuals did the Plaintiffs prove received injections in Florida that were covered under Medicare Part B in each of the years listed below?

    1991 \_\_\_\_
    1992 \_\_\_\_
    1993 \_\_\_\_
    1994 \_\_\_\_
    1995 \_\_\_\_
    1996 \_\_\_\_
    1997 \_\_\_\_
    1998 \_\_\_\_

---

[2] AstraZeneca submits this verdict form on the aggregate damages charge for the state of Florida as an exemplar; the jury must return a verdict form on aggregate damages for each state.

1999 ____
2000 ____
2001 ____
2002 ____
2003 ____

4. Of the number of individuals listed next to each year in response to <u>Question 2</u>, how many individuals did Plaintiffs prove were billed by their doctors for a co-payment based on AWP in <u>Florida</u> in each of the years listed below?

1991 ____
1992 ____
1993 ____
1994 ____
1995 ____
1996 ____
1997 ____
1998 ____
1999 ____
2000 ____
2001 ____
2002 ____
2003 ____

5. Of the number of individuals listed next to each year in response to <u>Question 3</u>, how many individuals did Plaintiffs prove actually paid the entire amount billed by their doctors, where that bill was based on AWP?

1991 ____
1992 ____
1993 ____
1994 ____
1995 ____
1996 ____
1997 ____
1998 ____
1999 ____
2000 ____
2001 ____
2002 ____
2003 ____

5. Have Plaintiffs proven how many Zoladex users opted out and are not in this Class?

Yes __ No __

If yes, how many individuals were Zoladex users and opted out of Class 1?

1991 ____
1992 ____
1993 ____
1994 ____
1995 ____
1996 ____
1997 ____
1998 ____
1999 ____
2000 ____
2001 ____
2002 ____
2003 ____

6.  Throughout the trial, you have heard testimony from each side regarding how damages should be measured in this case, if at all.  Should Plaintiffs' damages be measured as:

   a.  The difference between the AWP of Zoladex and the ASP

   Yes __   No __

   b.  The difference between the WAC of Zoladex and the ASP

   Yes __   No __

   c.  The difference between the AWP of Zoladex and 1.3 times the ASP

   Yes __   No __

[NOTE: You many only answer "YES" to one of either a, b, or c]

**YOUR TASK IS NOW COMPLETE.  PLEASE RETURN TO THE COURTROOM.**

19