UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' PROPOSED JURY QUESTIONNAIRE OR *VOIR DIRE*** 

001534-16 168983 V1

**Juror First Name and Last Initial** _____

**Part 1**        **General Information**

    1.    Juror First Name:
_____

    2.    Gender:        Male ____        Female ____

    3.    Age:        _____

    4.    Marital status or partnered living situation:
_____

    5.    Do you have Children:        No ____        Yes ____        If yes:  # ____

    6.    Your highest education:
_____

    7.    Spouse/partner's highest education:
_____

    8.    "Name of neighborhood" or "community area" you live in:
_____

    9.    Your occupation:
_____

    10.    Spouse/partner's occupation:
_____

**Part 2**        **Work Experience or Special Training**

**Have you, or has anyone close to you, had specialized training, education, work or life experience in any of the following fields or areas?**

    11.    Civil or criminal law, courts, criminal justice or other aspects of the legal or law enforcement fields.
No ____        Yes ____        If yes, please briefly describe: _____
_____
_____

    12.    Pharmaceutical field in any capacity, including research, administration, marketing, distribution, etc.
No ____        Yes ____        If yes, please briefly describe: _____

- 1 -

**Juror First Name and Last Initial** _____

13. Medical field in any capacity, including health care provider, health-care administrator.
    No _____   Yes _____   If yes, please briefly describe: _____

14. Investigations such as private investigations, insurance, auditing or investigations.
    No _____   Yes _____   If yes, please briefly describe: _____

15. Insurance or claims, or having any relation to the placing, evaluating or processing of claims of any kind.
    No _____   Yes _____   If yes, please briefly describe: _____

**Part 3    Opinions**

16. Do you have strong feelings about pharmaceutical companies with regard to their pricing policies?
    No _____   Yes _____   If yes, please briefly describe: _____

17. Do you have strong feeling about whether pharmaceutical companies make too much profit in comparison to other businesses?
    No _____   Yes _____   If yes, please briefly describe: _____

18. Do you have strong feelings about whether pharmaceutical companies are under-regulation in comparison to other businesses?
    No _____   Yes _____   If yes, please briefly describe: _____

**Juror First Name and Last Initial** _____

19. Do you have any strong feelings about class actions?
    No ____   Yes ____   If yes, please briefly describe: _____
    _____
    _____
    _____

**Part 4     Experiences**

20. Is anyone in your family presently receiving benefits as part of Medicare or Medicare Part B?
    No ____   Yes ____   If yes, please briefly describe: _____
    _____
    _____
    _____

21. Has anyone in your family ever had difficulty affording any type of medication?
    No ____   Yes ____   If yes, please briefly describe: _____
    _____
    _____
    _____

22. Has anyone in your family ever felt that a doctor directed them to take a particular medication for any other reason than the doctor's belief that it was the most appropriate medication available?
    No ____   Yes ____   If yes, please briefly describe: _____
    _____
    _____
    _____

23. Has anyone in your family ever been prescribed a medication in the United States that you thought could be obtained at a lower cost from a Canadian pharmacy?
    No ____   Yes ____   If yes, please briefly describe: _____
    _____
    _____
    _____

24. Has anyone in your family received free drugs or been in a patient assistance program?
    No ____   Yes ____   If yes, please briefly describe: _____
    _____
    _____
    _____

**Juror First Name and Last Initial** _____

25. Has anyone in your family been involved in a class action?
 No _____ Yes _____ If yes, please briefly describe: _____

 _____
 _____
 _____

- 4 -

001534-16 168983 V1

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' PROPOSED JURY QUESTIONNAIRE OR *VOIR DIRE*** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on May 2, 2007, a copy to LexisNexis File and Serve for Posting and notification to all parties

By    /s/ Steve W. Berman
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292