UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | ) ) ) | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

### DEFENDANT ABBOTT LABORATORIES INC.'S
### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Abbott Laboratories, Inc. ("Abbott"), through undersigned counsel, respectfully files this unopposed motion to enlarge the time to respond to plaintiff Ven-a-Care of the Florida Keys, Inc.'s ("Relator") *Motion To Compel Abbott Laboratories, Inc. To Produce Or Consent To Access To And Sharing Of All Discovery Produced By Abbott In Other False Price Report Litigation.* (Dkt. No. 4121) Abbott requests that the time to file its response to the motion be enlarged to May 14, 2007. In support, Abbott provides the following:

1.  Pursuant to CMO 29, ¶ 7, the Court originally set the deadline for Relator's counsel to file a motion to compel production of documents produced in the Texas state court action as April 13, 2007. Abbott was to respond one calendar week later on April 20, 2007. By agreement with Abbott, Relator filed its motion on April 27, 2007, making Abbott's response due May 4, 2007.

2.  Additional time is needed to submit a response, due to Abbott's counsel's previously scheduled matters, including depositions in this case, as well as other court hearings and filings.

3. Abbott's counsel has communicated with Jim Breen, counsel for the Relator, about this matter. Mr. Breen stated that the Relator does not object to Abbott's request for additional time.

For the above reasons, Abbott respectfully requests that this motion be granted, and that Abbott's time to respond to *Relator's Motion To Compel Abbott Laboratories, Inc. To Produce Or Consent To Access To And Sharing Of All Discovery Produced By Abbott In Other False Price Report Litigation* be enlarged to May 14, 2007.

Dated: May 3, 2007

Respectfully submitted,

ABBOTT LABORATORIES INC.

By: /s/ Jason G. Winchester

James R. Daly
Tina M. Tabacchi
Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700

*Counsel for Abbott Laboratories Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2007, a true and correct copy of the foregoing **ABBOTT LABORATORIES INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

/s/ Carol P. Geisler

CHI-1587044v1