UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | Magistrate Judge Marianne Bowler |

**UNOPPOSED MOTION BY THE UNITED STATES' FOR LEAVE
TO FILE A REPLY TO ABBOTT'S OPPOSITION TO THE
UNITED STATES' MOTION FOR A PROTECTIVE ORDER
RELATING TO THE DEPOSITION OF GOVERNMENT COUNSEL**

Pursuant to Rule 7.1(b)(3) of the Local Rules for the District of Massachusetts, and this Court's Order dated September 11, 2006 (Dkt. 3090), the United States moves the Court for leave to file a reply to Abbott Laboratories, Inc.'s ("Abbott's") Opposition to United States' Motion for a Protective Order relating to the Deposition of Government Counsel. The proposed reply is attached to this motion as Exhibit A. The undersigned has conferred with counsel for Abbott, who indicated that Abbott does not opposes the United States request for leave to file a reply brief.

The United States seeks an opportunity to respond to Abbott's arguments stated in opposition to the Motion for a Protective Order. The proposed Reply Brief is four pages and responds to discrete points raised in Abbott's opposition brief. The United States respectfully submits that the proposed Reply will aid the Court in resolving the Plaintiffs' Motion for a Protective Order relating to the Deposition of Government Attorneys.

For these reasons, the United States requests that the Court enter an Order permitting it to file and serve the attached proposed Reply to Abbott's Opposition to the United States' Motion for a Protective Order Relating to the Deposition of Government Counsel.

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Justin Draycott<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Rebecca Ford<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | |

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9003
Fax: (305) 536-4101

For Ven-A-Care of the Florida Keys, Inc.,

/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue, Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com

Dated: May 4, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **UNOPPOSED MOTION BY THE UNITED STATES' FOR LEAVE TO FILE A REPLY TO ABBOTT LABORATORIES, INC.'S OPPOSITION TO UNITED STATES' MOTION FOR A PROTECTIVE ORDER RELATING TO THE DEPOSITION OF GOVERNMENT COUNSEL** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                               /s/ Justin Draycott

Dated: May 4, 2007                                         Justin Draycott