UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | Magistrate Judge Marianne Bowler |

## [PROPOSED] ORDER

Upon consideration of the Unopposed Motion by the United States' for Leave to File a Reply to Abbott Laboratories, Inc.'s Opposition to United States' Motion for a Protective Order Relating to the Deposition of Government Counsel, IT IS HEREBY ORDERED THAT,

The United States' Motion is GRANTED;

The United States shall immediately file its Reply indicating in the caption of the Reply that leave has been granted.

This _____ day of _____, 200\_.

_____
UNITED STATES DISTRICT COURT