UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File NO. 01-12257-PBS <br> ) <br> ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> The County of Orange v. <br> Abbott Laboratories, Inc., *et al.* | ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER

WHEREAS, the above-captioned case (the "Orange County Action") is being transferred to this Court for pre-trial purposes; and

WHEREAS, the allegations in Orange County Action are substantially similar to those made in (1) a consolidated complaint covering actions brought by New York City and numerous other New York counties and (2) a separate complaint in an action by Nassau County (collectively, the "NY County Actions"), both of which complaints were the subject of the Court's Memorandum and Order dated April 2, 2007; and

WHEREAS, plaintiff Orange County and those defendants in the Orange County Action that are also currently parties to the NY County Actions agreed that the Orange County Action should be coordinated with the other NY County Actions; and

WHEREAS, the Court has scheduled a status conference for May 16, 2007 to discuss the NY County Actions;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Orange County and counsel for Bristol-Myers Squibb

\\\\NY - 058559/000059 - 1038984 v1

Company (on behalf of all defendants in the Orange County Action who are also currently defendants in the NY County Actions) as follows:

1. All current defendants in any of the NY County Actions who have accepted or waived service of process in any such Actions shall sign the waiver of service of process in the Orange County Action as provided in Fed. R. Civ. P. 4(d).

2. All defendants who comply with Paragraph 1 shall be granted an extension of time to move against or answer the complaint in the Orange County Action pending the Court's further order at the status conference in the NY County Actions or thereafter.

3. Counsel for Orange County shall confer with counsel for defendants in the NY County Actions in an attempt to eliminate from the Orange County Action any improperly or incorrectly named parents, subsidiaries or affiliates of other defendants.

4. Counsel for Orange Counsel shall also confer with counsel for any defendant in the Orange County Action not already served in any NY County Action or not currently a defendant in any NY County Action, on issues relating to service of process and, if such defendant executes a Fed. R. Civ. P. 4(d) waiver, such defendant shall be entitled to the extension of the time to answer or move in Paragraph 2.

Dated: May 3, 2007

LEVY PHILLIPS & KONISGBERG

By: _____
Stanley J. Levy
800 Third Avenue
New York, New York 10022
Tel: (212) 605-6200

Attorneys for Plaintiff
The County of Orange

HOGAN & HARTSON LLP

By: _____
Lyndon M. Tretter
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000

Attorneys for Defendant
Bristol-Myers Squibb Company
(on behalf of current defendants in the NY County Actions)

SO ORDERED:

_____
Hon. Patti B. Saris, USDJ