# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re:                              )
PHARMACEUTICAL INDUSTRY              ) CA No. 01-12257-PBS
AVERAGE WHOLESALE PRICE              ) MDL No. 1456
LITIGATION                           )

STATUS CONFERENCE

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
August 3, 2006, 4:25 p.m.

LEE A. MARZILLI
CERTIFIED REALTIME REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA 02210
(617)345-6787

1  schedules, short of a national emergency, so I plan on doing
2  this.
3           Now, to the extent I do this, does the United
4  States want to be part of this?
5           MR. GOBENA:  Your Honor, we've only intervened,
6  obviously, against Abbott labs and Hospira, so I don't
7  believe they're one of the defendants in that.
8           THE COURT:  No, but I sure could use some amicus
9  help on some of these issues.
10          MR. GOBENA:  If your Honor would like that, we'd be
11 more than happy to provide amicus briefing on any issues that
12 your Honor would like.
13          THE COURT:  So that's a good thought.  On
14 individual -- what's coming up obviously, is, will people
15 from the Center for Medicare and Medicaid Services be
16 subpoenaed as part of the trial?
17          MR. EDWARDS:  No.
18          MR. BERMAN:  Not from us.
19          MR. MONTGOMERY:  We don't know.
20          THE COURT:  Okay.  So one thing, you could work
21 together with them so -- Toohy regulations, is that it?  Is
22 that the name of those regulations that you don't get anyone
23 unless you jump through three hurdles --
24          MR. HENDERSON:  That's the name of it.
25          THE COURT:  -- and do a backward flip, right?  You

1  have to decide sooner rather than later if you want a
2  government witness.  The issue that might be worthwhile,
3  which I cannot rule on motions for summary judgment till
4  class notice goes out, a problem, at least for -- so, as I
5  understand it, the motions for summary judgment are just
6  sitting there on what AWP means, if you would like to submit
7  an amicus as a statutory matter.
8           MR. GOBENA:  You're asking the United States, your
9  Honor?
10          THE COURT:  Yes.
11          MR. GOBENA:  Yes, I mean, if your Honor would like
12 that, we can do that.
13          THE COURT:  Thank you.  So do I need my own
14 expert?  You all know this case at this point better than I
15 do.  Is there anything that's going to be so hard -- the one
16 thing I'm worrying about is not the basic case; I think I can
17 understand it as well as the next person.  It's assessing the
18 Daubert challenge.  We've let go our independent expert, and
19 the question is, on the expectation theory, which is a novel
20 one, and I understand it's derived from the antitrust area,
21 should I get somebody?
22          MR. MONTGOMERY:  Your Honor, if you think it would
23 be helpful, we certainly wouldn't disagree that it may.  And
24 while we let Professor Byrne go, I think there's still the
25 reservation that you have to ask him if he's available again.