UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>)<br>) | MDL Docket No. 1456<br>Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*The People of the State of Illinois v. Abbott Laboratories, Inc., et al.*, No. 1:06-5528 (N.D. Ill.) | Hon. Patti B. Saris |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2(c), defendants Teva Pharmaceuticals USA, Inc. ("Teva"), Ivax Corporation and Ivax Pharmaceuticals, Inc. (collectively "Ivax"), and Sicor Pharmaceuticals, Inc. ("Sicor"), through their counsel, move this court for permission to withdraw Philip Ackerman and Leslie Davis as counsel in this case. Attorneys Jay P. Lefkowitz, Jennifer G. Levy, Patrick M. Bryan, Michael C. Occhuizzo and John K. Crisham of Kirkland & Ellis LLP have been admitted to practice in this court *pro hac vice*. For this reason, Teva, Ivax and Sicor request that the motion be granted and that Philip Ackerman and Leslie Davis be withdrawn from this matter.

Dated: May 8, 2007

Respectfully submitted,

**TEVA PHARMACEUTICALS USA, INC., IVAX CORPORATION, IVAX PHARMACEUTICALS, INC., and SICOR, PHARMACEUTICALS, INC.,**

By their attorneys,

/s/ Pamela Zorn Adams
Robert J. Muldoon, Jr. (BBO # 359480)
James W. Matthews (BBO # 560560)
Pamela Zorn Adams (BBO # 640800)
SHERIN & LODGEN LLP
101 Federal Street
Boston, MA 02210
(617) 646-2000

Jay P. Lefkowitz (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022

Jennifer G. Levy (admitted *pro hac vice*)
Patrick M. Bryan (admitted *pro hac vice*)
Michael Occhuizzo (admitted *pro hac vice*)
John K. Crisham (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

**Counsel for Teva Pharmaceuticals USA, Inc., Ivax Corporation, Ivax Pharmaceuticals, Inc., and Sicor Pharmaceuticals, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2007, copies of the foregoing Motion for Leave to Withdraw were served on all counsel of record via electronic service and Lexis/Nexis File & Serve.

/s/ Pamela Zorn Adams