## EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 MAY -3  A 11: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

### DECLARATION OF PHILIP B. SINENENG IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Philip B. Sineneng, an attorney with the firm of White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, hereby declares:

1. I am a member in good standing of the State Bar of New York.

2. I have been admitted to practice in the United States District Court for the Eastern District of New York, United States District Court for the Southern District of New York, United States District Court for the Northern District of New York, and United States Court of Appeals for the Second Circuit.

3. I am a member in good standing in the courts listed above.

4. I am not suspended or disbarred in any court and have never been the subject of a professional disciplinary proceeding.

5. Attached hereto as Exhibit B is a Certificate of Good Standing of the Bar of the United States District Court of the Southern District of New York of which I am a member.

2

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty or perjury that the foregoing is true and correct.

Dated: New York, New York
April 27, 2007

Philip B. Sineneng

2