Exhibit B

CSDNY (11/99) Certificate of Good Standing

# United  States  District  Court

## Southern  District  of  New  York

# Certificate of
# Good Standing

I,  <u>J. Michael McMahon</u>,  Clerk of this Court, certify that

PHILIP SINENENG , Bar # PS1632

was duly admitted  to practice in this Court on

NOVEMBER 5TH, 2002 , and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
New York, New York   on   APRIL 27TH, 2007

J. Michael McMahon   by   *Robert Miranda*

Clerk   Deputy Clerk

## **CERTIFICATE OF SERVICE**

I hereby certify that on May **2**, 2007, I caused a true and correct copy of the

REQUEST FOR ADMISSION PRO HAC VICE FOR PHILIP B. SINENENG, and EXHIBITS

A and B thereto to be served on all counsel of record by electronic service, in accordance with

Case Management Order No.2, by sending a copy to LexisNexis File & Serve for posting and

notification to all parties.

David L. Kleinman