# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| **BMS CLASS 1 TRIAL** | Judge Patti B. Saris |

## CLASS PLAINTIFFS' MOTION TO AMEND PRETRIAL ORDER

Class Plaintiffs respectfully move the Court for an Order amending the May 9, 2007 Pretrial Order to continue the trial date in the above-referenced matter until July 30, 2007.  In support of this motion plaintiffs state as follows:

The May 9, 2007 Pretrial Order set a jury trial against Bristol-Myers Squibb Company on July 23, 2007.  Four members of plaintiffs' trial team including, lead trial counsel, have a previous commitment from July 20, 2007 to July 25, 2007, that cannot be rescheduled.  These attorneys will be attending their firms' annual retreat, arrangements for which have been finalized prior to the Court's Pretrial Order.  Plaintiffs' counsel can conclude that matter and be ready for trial by July 30, 2007.  Therefore, plaintiffs request a continuance of the trial until July 30, 2007.

For the reasons presented above, plaintiffs respectfully ask this Court to amend the May 9, 2007 Pretrial Order to continue the trial date until July 30, 2007.

| | |
|---|---|
| DATED: May 9, 2007 | By     /s/ Steve W. Berman         <br>   Thomas M. Sobol (BBO#471770)<br>   Edward Notargiacomo (BBO#567636)<br>Hagens Berman Sobol Shapiro LLP<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003 |

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

- 3 -

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street
Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR
PLAINTIFFS**

- 3 -

001534-16  170779 V1

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **CLASS PLAINTIFFS' MOTION TO AMEND PRETRIAL ORDER** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on May 9, 2007, a copy to LexisNexis File and Serve for Posting and notification to all parties

      By      **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

- 4 -