# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |
| | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | Chief Magistrate Judge Marianne B. Bowler |

## ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO UNITED STATES' RESPONSE TO DEFENDANT ABBOTT'S MOTION TO COMPEL A SUPPLEMENTAL RESPONSE TO ABBOTT'S INTERROGATORY NO. 7

Abbott Laboratories, Inc. respectfully requests leave to file the attached reply brief concerning its Motion to Compel a Supplemental Response to Abbott's Interrogatory No. 7 (Dkt. No. 3849).  The United States does not oppose Abbott's motion.

Dated:  May 9, 2007

Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO UNITED STATES' RESPONSE TO DEFENDANT ABBOTT'S MOTION TO COMPEL A SUPPLEMENTAL RESPONSE TO ABBOTT'S INTERROGATORY NO. 7 to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 9th day of May, 2007.

                                                         /s/ David S. Torborg
                                                         David S. Torborg