# EXHIBIT A

Vladeck, Ph.D., Bruce C.                                      May 4, 2007
                         New York, NY

Page 1

```
          UNITED STATES DISTRICT COURT

      FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------X  MDL NO. 1456

IN RE:  PHARMACEUTICAL INDUSTRY    : CIVIL ACTION:

AVERAGE WHOLESALE PRICE LITIGATION : 01-CV-12257-PBS

----------------------------------X

THIS DOCUMENT RELATES TO:          :

U.S. ex rel. Ven-A-Care of the     : CIVIL ACTION:

Florida Keys, Inc. v. Abbott       : 06-CV-11337-PBS

Laboratories, Inc.                 :

----------------------------------X


           IN THE CIRCUIT COURT OF

        MONTGOMERY COUNTY, ALABAMA

----------------------------------X

STATE OF ALABAMA,                  : CASE NO.

         Plaintiff,                : CV-05-219

     v.                            :

ABBOTT LABORATORIES, INC.,         : JUDGE

et al.,                            : CHARLES PRICE

         Defendants.               :

----------------------------------X
```

Vladeck, Ph.D., Bruce C.                                         May 4, 2007
                                New York, NY

Page 2

```
 1  STATE OF WISCONSIN   CIRCUIT COURT   DANE COUNTY
 2  ----------------------------------X
 3  STATE OF WISCONSIN,          : CASE NO.
 4      Plaintiff,               : 04-CV-1709
 5    v.                         :
 6  AMGEN INC., et al.,          :
 7      Defendants.              :
 8  ----------------------------------X
 9
10        IN THE COURT OF COMMON PLEAS
11           FIFTH JUDICIAL CIRCUIT
12  ----------------------------------X
13  STATE OF SOUTH CAROLINA, and  :   STATE OF
14  HENRY D. McMASTER, in his official : SOUTH CAROLINA
15  capacity as Attorney General for  :   COUNTY OF
16  the State of South Carolina,  :   RICHLAND
17      Plaintiff,                :
18    v.                          : CIVIL ACTION:
19  MYLAN LABORATORIES, INC.      : 07-CP-40-0283
20      Defendant.                :
21  ----------------------------------X
22
```

Page 4

```
 1    IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2             STATE OF MISSOURI
 3  ------------------x
 4  STATE OF MISSOURI, ex rel.,     :
 5  JEREMIAH W. (JAY) NIXON,        :
 6  Attorney General,               :
 7  and                             :
 8  MISSOURI DEPARTMENT OF SOCIAL   :
 9  SERVICES, DIVISION OF MEDICAL   : Case No.:
10  SERVICES,                       : 054-1216
11      Plaintiffs,                 : Division
12                                  : No. 31
13      vs.                         :
14  DEY INC., DEY, L.P., MERCK KGaA, :
15  EMD, INC., WARRICK              :
16  PHARMACEUTICALS CORPORATION,    :
17  SCHERING-PLOUGH CORPORATION, and :
18  SCHERING CORPORATION,           :
19      Defendants.                 :
20  ------------------x
21
22
```

Page 3

```
 1     IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2          IN AND FOR LEON COUNTY, FLORIDA
 3  THE STATE OF FLORIDA
 4  ex rel.
 5  ------------------x
 6  VEN-A-CARE OF THE FLORIDA       :
 7  KEYS, INC., a Florida           :
 8  Corporation, by and through its :
 9  principal officers and directors, :
10  ZACHARY T. BENTLEY and          :
11  T. MARK JONES,                  :
12       Plaintiffs,                :
13    vs.              : Civil Action
14  MYLAN LABORATORIES, INC.; MYLAN  : No.: 98-3032G
15  PHARMACEUTICALS INC.; NOVOPHARM  : Judge:
16  LTD., SCHEIN PHARMACEUTICAL, INC.; : William L.
17  TEVA PHARMACEUTICAL INDUSTRIES   : Gary
18  LTD., TEVA PHARMACEUTICAL USA;   :
19  and WATSON PHARMACEUTICALS, INC. :
20       Defendants.                :
21  ------------------x
22
```

Page 5

```
 1             New York, New York
 2             Friday, May 4, 2007
 3
 4
 5      Videotaped Deposition of BRUCE C.
 6  VLADECK, Ph.D., a witness herein, called for
 7  examination by counsel for Abbott Laboratories in
 8  the above-entitled matter, pursuant to Subpoena,
 9  the witness being duly sworn by JOMANNA DEROSA, a
10  Notary Public in and for New York, taken at the
11  offices of Jones Day, 222 East 41st Street, New
12  York, New York, at 8:38 a.m. on Friday, May 4,
13  2007, and the proceedings being taken down by
14  Stenotype by JOMANNA DEROSA, and transcribed under
15  her direction.
16
17
18
19
20
21
22
```

                                              2 (Pages 2 to 5)

a005168d-477f-4afb-97fe-d27a3af7b9a9

Vladeck, Ph.D., Bruce C.                           May 4, 2007
                        New York, NY

Page 142

1    Q.   And for a brand name drug, would you --
2  at the time, did you expect that there would be
3  much variation between various purchasers based
4  upon volume purchases of the brand name drug?
5    A.   I believe we had a perception that the
6  bigger the purchaser, the larger the discount
7  they were likely to be able to achieve; that the
8  very largest pharmacy chains, for instance, or
9  hospital group purchasing operations, probably
10 received the most favorable prices, but that that
11 would be -- and that some small independent
12 pharmacies might actually pay average wholesale
13 price as described in the compendia; that there
14 would be a range below that in which most of the
15 prices would actually occur.
16   Q.   Turning to generic drugs for a minute,
17 what do you understand to be the differences
18 between the market for brand name drugs and the
19 market for generic drugs?
20         MS. BROOKER:  Objection.  Form.
21   A.   If we're going back to 1997 --
22   Q.   Correct.

a005168d-477f-4afb-97fe-d27a3af7b9a9

Vladeck, Ph.D., Bruce C.                                May 4, 2007
                           New York, NY

Page 143

1    A.   -- I think it's fair to say that I had
2  really only a very limited understanding of the
3  marketplace for generic drugs and an even more
4  limited understanding of the difference between
5  the market for generic drugs and for brand drugs.
6         And, again, my perception at the time
7  was that that was likely more like a commodity
8  market in which there was probably more
9  purchasing power on the part of the large
10 purchasers, but not the same ability to raise
11 prices on the up-side to small purchasers that
12 prevailed on the brand name side.
13   Q.   I'd like to focus you just for a
14 minute, before we turn to a specific document,
15 about a particular generic drug.  I think you
16 mentioned commodities.  Are you familiar with
17 sodium saline solution?
18   A.   Yes.
19   Q.   It's a bag of salt water, essentially.
20 Correct?
21   A.   That's correct.
22   Q.   Would you agree with me that you can't

Page 144

1   get much more commoditized in a bag of salt water
2   in the drug market?
3        A.   The only quibble I would provide to
4   that question is I never really thought of it as
5   classically being part of the pharmaceutical
6   market.  It was such a -- it was really a
7   hospital supply kind of market.  It was such a
8   standard product that even though it was FDA
9   regulated and -- and sterility issues were so
10  forth, it tended to be -- hospitals tend to stock
11  it, for example, in sterile supplies, put it on
12  their cost report as part of sterile supplies
13  rather than through their pharmacies.
14       Q.   But a home infusion provider reimbursed
15  under Part B, for example, might be reimbursed
16  for sodium saline solution.
17            Was that your understanding in '97?
18            MS. BROOKER:  Objection.  Form.
19       A.   Yes, but whether that was as a supply
20  or a drug, I honestly couldn't tell you.  I would
21  have thought of it as a supply.
22       Q.   Turning to the market of it, whether we

Vladeck, Ph.D., Bruce C.                                May 4, 2007
                        New York, NY

Page 145

1   call it a drug or -- or a supply, did you have an
2   understanding, in 1997, of what the market would
3   look like for a product such as sodium saline
4   solution?
5              MS. BROOKER:  Objection.  Form.
6              MR. BREEN:  Objection.  Form.
7        A.    Yes, I did.
8        Q.    And what was your understanding?
9        A.    Well, I actually -- in the 1980s, I
10  believe, when I was first becoming involved in
11  some of these issues in health care economics was
12  the first development of hospital group
13  purchasing operations, and I recall -- and the
14  first widespread circulation of the -- of "Modern
15  Healthcare," the magazine, and I recall monthly
16  headlines in "Modern Healthcare" about group
17  purchasing operations being -- achieving
18  discounts of 98 and 99 percent in their purchase
19  of basic infusion products and sterile supplies.
20             So, my perception was that on the
21  supply market, which, again, I understood and
22  still would contend is actually a separate market

Page 146

1  from the pharmaceutical market that list prices,
2  are essentially entirely meaningless and that
3  only the weakest and smallest scale buyers pay
4  anything close to it.
5      Q.   And so, as of 1993, for example, would
6  you be surprised if a single bag of sodium saline
7  solution sold to a provider who bought maybe five
8  would pay $10 per bag, and a large purchaser who
9  bought a very large volume would pay less than a
10 dollar?
11          MS. BROOKER:  Objection.  Form.
12     A.   I would not have been surprised.
13     Q.   Okay.  So, to that extent that --
14 President Clinton referring to a 10-to-1 ratio is
15 something that would be consistent with your
16 understanding of that particular market.
17 Correct?
18          MS. BROOKER:  Objection.  Form.
19     Q.   I'm sorry.  You have to verbalize.
20     A.   Again, I would have thought that market
21 was a subset of the supplies market rather than
22 the drug market.