# EXHIBIT D

Page 296

```
              UNITED STATES DISTRICT COURT

          FOR THE DISTRICT OF MASSACHUSETTS

                    VOLUME II

-----------------------------------X  MDL NO. 1456

IN RE:   PHARMACEUTICAL INDUSTRY   :  CIVIL ACTION:

AVERAGE WHOLESALE PRICE LITIGATION :  01-CV-12257-PBS

-----------------------------------X

THIS DOCUMENT RELATES TO:          :

U.S. ex rel. Ven-A-Care of the     :  CIVIL ACTION:

Florida Keys, Inc. v. Abbott       :  06-CV-11337-PBS

Laboratories, Inc.                 :

-----------------------------------X

           IN THE CIRCUIT COURT OF

         MONTGOMERY COUNTY, ALABAMA

-----------------------------------X

STATE OF ALABAMA,                  :  CASE NO.

          Plaintiff,               :  CV-05-219

     v.                            :

ABBOTT LABORATORIES, INC.,         :  JUDGE

et al.,                            :  CHARLES PRICE

          Defendants.              :

-----------------------------------X
```

58feec2f-99ac-42be-8c4e-803a680a2c55

Page 297

```
 1      UNITED STATES DISTRICT COURT
 2         DISTRICT OF MASSACHUSETTS
 3  ---------------------------------X
 4  THE COMMONWEALTH OF MASSACHUSETTS : CIVIL ACTION NO.
 5       Plaintiff,      : 03-CV-11865-PBS
 6    v.                 :
 7  MYLAN LABORATORIES, INC., et al.  :
 8       Defendants.     :
 9  ---------------------------------X
10
11      SUPERIOR COURT OF NEW JERSEY
12            UNION COUNTY
13  ---------------------------------X
14  CLIFFSIDE NURSING HOME, INC., on  : LAW DIVISION
15  behalf of itself and all others   : DOCKET NO.
16  similarly situated, as defined    : UNN-L-2329-04
17  herein,           :
18       Plaintiffs,   :
19    v.              :
20  DEY, INC., et al.  :
21       Defendants.  :
22  ---------------------------------X
```

Page 298

```
 1  STATE OF WISCONSIN   CIRCUIT COURT   DANE COUNTY
 2  ---------------------------------X
 3  STATE OF WISCONSIN,       : CASE NO.
 4       Plaintiff,     : 04-CV-1709
 5    v.                :
 6  AMGEN INC., et al.,       :
 7       Defendants.    :
 8  ---------------------------------X
 9
10      IN THE COURT OF COMMON PLEAS
11          FIFTH JUDICIAL CIRCUIT
12  ---------------------------------X
13  STATE OF SOUTH CAROLINA, and    : STATE OF
14  HENRY D. McMASTER, in his official : SOUTH CAROLINA
15  capacity as Attorney General for   : COUNTY OF
16  the State of South Carolina,       : RICHLAND
17       Plaintiff,      :
18    v.               : CASE NO.
19  ABBOTT LABORATORIES, INC.        : 2006-CP-40-4394
20       Defendant.     :
21  ---------------------------------X
22
```

Page 299

```
 1   IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
 2            STATE OF HAWAII
 3  ---------------------------------X
 4  STATE OF HAWAII,          : CASE NO.
 5       Plaintiff,     : 06-1-0720-04 EEH
 6    v.                :
 7  ABBOTT LABORATORIES, INC., et al. : JUDGE EDEN
 8       Defendants.     : ELIZABETH HIFO
 9  ---------------------------------X
10
11       COMMONWEALTH OF KENTUCKY
12      FRANKLIN CIRCUIT COURT - DIV. II
13  ---------------------------------X
14  COMMONWEALTH OF KENTUCKY,    : CIVIL ACTION NO.
15       Plaintiff,    : 03-CI-1134
16    v.               :
17  ABBOTT LABORATORIES, INC., et al. :
18       Defendants.    :
19  ---------------------------------X
20
21
22
```

Page 300

```
 1        COMMONWEALTH OF KENTUCKY
 2      FRANKLIN CIRCUIT COURT - DIV. I
 3  ---------------------------------X
 4  COMMONWEALTH OF KENTUCKY, ex rel. : CIVIL ACTION NO.
 5  GREGORY D. STUMBO, Attorney General: 03-CI-1487
 6       Plaintiff,     :
 7    v.                :
 8  ALPHAPHARMA, INC., et al.         :
 9       Defendants.    :
10  ---------------------------------X
11             - - -
12
13      Continuation of the videotaped
14  deposition of DAVID TAWES was taken, pursuant
15  to notice, at MORGAN LEWIS & BOCKIUS, LLP,
16  1701 Market Street, Philadelphia,
17  Pennsylvania, on Wednesday, April 25, 2007,
18  beginning at 8:09 a.m., before M. Kathleen
19  Muino, Professional Shorthand Reporter, Notary
20  Public; Richard Kanzinger, Jr., Videographer,
21  there being present:
22
```

Page 379

1          THE WITNESS:  Misled by -- I -- misled by
2    whom?  The -- CMS knew from our reports what the
3    actual acquisition costs were.
4    BY MR. TORBORG:
5        Q.   Why didn't they pay on acquisition cost?
6             MR. NEAL:  Objection as to form.
7             THE WITNESS:  Because the law didn't
8    allow them to pay based on acquisition cost.
9    BY MR. TORBORG:
10       Q.   And that would be the same with respect
11   to other drugs as well, would it not?
12       A.   Yes.
13       Q.   So, for example, if CMS were aware that
14   the acquisition cost of a provider for a drug like
15   Vancomycin was several times greater than the
16   acquisition cost, CMS still was not allowed to
17   change their reimbursement, correct?
18            MR. NEAL:  Objection as to form.
19            THE WITNESS:  Again, they had inherent
20   reasonableness or competitive bidding authorities,
21   but those were limited authorities to change
22   prices.

58feec2f-99ac-42be-8c4e-803a680a2c55