# EXHIBIT A

                                                                    232

                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS

                         MDL NO. 1456

                    CIVIL ACTION: 01-CV-12257-PBS

                       JUDGE PATTI B. SARIS


IN RE PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE

LITIGATION

- - - - - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO ALL

CLASS ACTIONS


              C O N F I D E N T I A L
                 - - - - - - - -

         Deposition of Meredith Rosenthal, Ph.D.

             Thursday, February 23, 2006

                     9:13 a.m.

              Hagens Berman Sobol Shapiro

                  One Main Street

              Cambridge, Massachusetts

    Reporter:  Deborah Roth, RPR/CSR

373

1  manufacturers can also increase market share
2  through raising their AWP, since this list price
3  is the basis for third-party reimbursement.
4  Unlike offering big discounts to physicians,
5  raising the AWP relative to the acquisition cost
6  to the physician does not reduce profit margins
7  on the drug in question."
8     A. Profit margins for the manufacturer, yes.
9     Q. And then you give examples of how this may
10 have happened; is that correct?
11    A. That's correct.
12    Q. And the first example you give in
13 Paragraph 30 relates to a BMS document?
14    A. Yes, it does.
15    Q. And what I want to do is mark as an
16 exhibit -- this would be Exhibit Rosenthal 015 a copy
17 of a document entitled "Etopophos Launch Plan."
18       MR. STEVENS: The Bates numbers are
19 BMS AWP 0011214 through 235.
20       (Exhibit Rosenthal 015 was marked
21       (for identification)
22    A. Thank you. I have the document.

374

1     Q. Is this the document that you are
2  referring to in Paragraph 30 of your report?
3     A. I do believe this is the document. It
4  looks familiar and the Bates numbers seem
5  consistent with the ones I have, yes.
6     Q. And you cite a particular page which is
7  1121 -- I'm sorry, 11221 --
8     A. Yes. I see --
9     Q. -- or Page 6 of the document; is that
10 correct?
11    A. That's correct.
12    Q. And you have that page in front of you?
13    A. I do.
14    Q. In Paragraph 30 of your report you say in
15 the last two sentences, "The document explicitly
16 references using the disparity between AWP and
17 actual acquisition cost as a 'financial
18 incentive' to physicians. The document then
19 explores 'strategies' to provide 'adequate
20 financial incentive' for physicians to use
21 Vepesid." Is that correct?
22    A. That's correct.

375

1     Q. If you look at this document, this
2  document talks about Etopophos, doesn't it?
3     A. That's correct.
4     Q. It talks about providing adequate
5  financial incentive for the use of Etopophos; is
6  that correct?
7     A. That's correct.
8     Q. Do you think perhaps you meant to say
9  "Etopophos" instead of "Vepesid" in your report?
10    A. My understanding is that both of those
11 drugs are referenced here, and that the
12 competition with regards to the spread would apply
13 to both of them.
14       I see that you're correct that it is
15 talking about changing Etopophos relative to
16 Vepesid, but it references both of them with
17 regard to the financial incentive.
18    Q. But the document actually says -- and I am
19 reading from the second paragraph on Page 6 --
20 "To provide adequate financial incentive for the
21 use of Etopophos the following strategies could
22 be employed." Correct?

376

1     A. That does say that there, and in the
2  previous sentence I made reference to the
3  physician practices can take advantage of the
4  growing disparity. That's the first part of what
5  I reference here.
6     Q. And it proposes two alternative
7  strategies, correct?
8     A. That's correct.
9     Q. One strategy would be a reduction of the
10 Vepesid AWP; is that correct?
11    A. That's correct.
12    Q. And the other strategy would be to
13 establish a premium list price for Etopophos,
14 correct?
15    A. That's correct. Right.
16       So these two drugs are competing with
17 one another. My understanding is that they are
18 therapeutic substitutes, to some extent, and the
19 relative position of the two ASPs is the subject
20 here.
21    Q. Right. Do you know whether either of
22 these strategies were pursued?

Meredith Rosenthal, Ph.D. CONFIDENTIAL         February 23, 2006
Cambridge, MA

377

1    A. At this particular point in time, I can't
2    say.
3    Q. It didn't occur to you that it would be
4    important to determine whether either of these
5    strategies were pursued before you referenced
6    this document as an example that supports your
7    theory?
8    A. This document was referenced to illustrate
9    the notion that manufacturers recognized that the
10   spread could be an important mechanism for
11   shifting market share.
12        Whether or not that was implemented at
13   this point in time, it was not relevant to my
14   conclusion that the manufacturers recognize the
15   importance of the spread as a financial incentive.
16   Q. So what you are saying in your report,
17   then, is that it could happen? You are not
18   saying that it did happen?
19   A. I concluded in my report that the class
20   was harmed because these incentives were present.
21        I observed the spread in the data. So
22   I conclude it did happen.

378

1    Q. How can you conclude that the class was
2    harmed by these strategies, either of these
3    strategies, without inquiring as to whether they
4    were even implemented?
5    A. Again, I examined the actual spreads.
6    Q. Okay. Well, let's look at the actual
7    spreads.
8        Do you know whether BMS reduced the
9    AWP of Vepesid?
10   A. Following this particular event, I do not.
11   Q. Did it occur to you to look at
12   Dr. Hartman's report to see if the data in
13   Dr. Hartman's report supported your theory?
14   A. Comparing this to Dr. Hartman's report was
15   not necessary, again, for -- I drew my conclusion
16   from an economic analysis of the incentives, from
17   examination those natural experiments, where I
18   could easily see cause and effect, and again,
19   using this information to illustrate the knowledge
20   by the manufacturers of this financial incentive.
21        I did not attempt to do exactly what
22   you described.

379

1         MR. STEVENS: Let me mark as Exhibit
2    Rosenthal 016 an excerpt from Attachment G of Dr.
3    Hartman's report. This is Attachment G.2 relating to
4    Bristol-Myers Squibb to Dr. Hartman's report of
5    December 15, 2005.
6         (Exhibit Rosenthal 016 was marked
7          (for identification)
8    Q. Do you have Exhibit Rosenthal 016 in front of you?
9    A. I do. Thank you.
10        I'm sorry, which page again?
11   Q. Well, take a look at Attachment G.2.B --
12   A. Okay.
13   Q. -- which purports to reflect Bristol-Myers
14   Squibb annual ASPs.
15        Do you see that?
16   A. I do see that.
17   Q. And if you look at the second page, you
18   have the ASPs for Vepesid, correct?
19   A. I see that. I do.
20   Q. Just so we're clear here, the particular
21   NDC of Vepesid that I believe we are talking
22   about is the second-to-last one --

380

1    A. Okay.
2    Q. -- 9520.
3    A. That's the one that is referenced in the
4    strategic memo? 9520? I am just looking.
5        I do see 9520. I don't see it in this
6    text, but...
7    Q. I will ask you to assume for the moment,
8    to save time, that the particular NDC of Vepesid
9    that is being compared in this document is 9520.
10        And can you tell me by looking at
11   Dr. Hartman's Attachment G.2.B whether there was
12   any change in the AWP for Vepesid after the date
13   of this document, which is September 6, 1995?
14   A. I do not see any change in the AWP there.
15   Q. Now, using Dr. Hartman's attachment, can
16   you tell me whether the other aspect of the
17   strategy proposed in Exhibit Rosenthal 015 was
18   carried out?
19   A. Whether there was a change?
20   Q. Establishing a premium list price for
21   Etopophos.
22   A. Well, excuse me. The first data point

381

1  that I have for Etopophos is 1996.
2        Would it be correct to assume that's
3  the launch date of Etopophos?
4     Q. I believe the product was launched in late
5  '95 or early '96.
6     A. So a premium launch price, I guess, I
7  assume -- I would read a premium launch price as
8  being relative to the ASP in terms of the spread
9  that it offered.
10     Q. Let me see if I can help you out here
11  little bit.
12     A. Yeah.
13     Q. You see strategy 2 --
14     A. Yeah.
15     Q. -- it says, "Establish a premium list
16  price for Etopophos" --
17     A. Right.
18     Q. -- etoposide phosphate for injection. A
19  list price of $120.54 would represent a 15
20  percent premium over the current Vepesid."
21        Is it your understanding that the term
22  "list price" at BMS refers to the equivalent of

382

1  what I think you have called WAC?
2     A. I am not sure what it refers to here. It
3  says, "the direct list price."
4     Q. Do you see --
5     A. Yeah, a list price of $120 would represent
6  a 15 percent premium over the current Vepesid for
7  -- for injection -- direct list price.
8        I am not sure what those terms convey
9  here. I would have -- I would have thought that
10  the $120 -- the list price would be the AWP.
11     Q. If you look at the first paragraph --
12     A. Certainly.
13     Q. -- of this page, it talks about the
14  disparity between Vepesid's list price and
15  subsequently the average wholesale price.
16     A. Okay.
17     Q. Does that suggest to you that the list
18  price and the average wholesale price are two
19  different things?
20     A. It does seem that way.
21        So if you tell me it is the WAC, I am
22  certainly prepared to accept that --

383

1     Q. I think another way you can verify that is
2  by looking at Page 19 of this document, which
3  Exhibit Rosenthal 015. You'll see that there is a
4  reference there to the wholesale list price --
5     A. I see that.
6     Q. -- and the wholesale list price for
7  Vepesid is $109.19?
8     A. I see that.
9     Q. And if you look at the AWP for Vepesid in
10  Exhibit Rosenthal 016 the AWP was $136.49, correct?
11     A. I see that.
12     Q. So $109.19 was the equivalent of the WAC
13  and $136.49 was the AWP, correct?
14     A. That's what it appears to be, yes.
15     Q. So the proposal in this document for a
16  premium list price for Etopophos of $125.57 would
17  relate to the WAC, not the AWP?
18     A. I see that. Yes.
19     Q. Can you tell from Dr. Hartman's Exhibit
20  Hartman 016 what list price was actually selected for
21  Etopophos?
22     A. Right. It would appear that the actual

384

1  Etopophos price is lower than that suggested in
2  this document by $20 or $30, something like that.
3     Q. Right. If the AWP for Etopophos was
4  $124.14, then the list price -- I will tell you I
5  have done the math -- would have been $99.31?
6     A. It sounds very reasonable.
7     Q. The alternative strategy of establishing a
8  premium list price for Etopophos was not
9  implemented either, correct?
10     A. Not as described in this document, no.
11     Q. Now, do you have any understanding of the
12  extent to which BMS in fact discounted below the
13  list price for Etopophos?
14     A. I have reviewed all these ASPs.
15        I don't have all of them committed to
16  memory. I would be happy to look at it with you.
17     Q. Okay. Why don't we do that. I think if
18  you look at Attachment G.2.A of Exhibit Rosenthal 016.
19     A. Okay.
20     Q. You have Dr. Hartman's calculation of
21  those numbers.
22     A. I see that.