UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs Inc., et al.,* 02-CV-12084-PBS | |

### REPLY DECLARATION OF SCOTT A. STEMPEL
### IN FURTHER SUPPORT OF PFIZER'S AND PHARMACIA'S
### MOTION FOR SUMMARY JUDGMENT

I, Scott A. Stempel, duly declare as follows:

1. I am a partner of Morgan, Lewis & Bockius LLP, attorneys for Pfizer Inc. ("Pfizer"), Pharmacia Corporation and Pharmacia & Upjohn (together, "Pharmacia") in this litigation. I submit this reply declaration in further support of Pfizer's and Pharmacia's Motion for Summary Judgment.

### DOCUMENTS PRODUCED TO MONTANA DURING DISCOVERY

2. Attached hereto as Exhibit 15 is a true and correct copy of selected pages of the 1998 Drug Topics Red Book publication, ranging from PH045055 through PH045811.

    a. PH045340 contains the direct price listings for the Pharmacia drugs Adriamycin PFS, Adrimycin RDF, and Adrucil.

    b. PH045397 contains the direct price listing for the Pharmacia drug Bleomycin Sulfate.

    c. PH045415 contains the direct price listing for the Pfizer drug Cardura.

- 2 -

    d. PH045439 contains the direct price listings for the Pharmacia drugs Cleocin HCL, Cleocin Phosphate, and Cleocin T.

    e. PH045457 contains the direct price listing for the Pharmacia drug Cytosar-U.

    f. PH045461-PH045462 contain the direct price listings for the Pharmacia drugs Depo-Estradiol, Depo-Medrol, and Depo-Testosterone.

    g. PH045626 contains the direct price listing for the Pfizer drug Minizide.

    h. PH045644 contains the direct price listing for the Pharmacia drug Neosar.

    i. PH045721 contains the direct price listing for the Pfizer drug Renese.

    j. PH045747 contains the direct price listings for the Pharmacia drugs Solu-Cortef and Solu-Medrol.

    k. PH045774 contains the direct price listing for the Pharmacia drug Toposar.

    l. PH045797 contains the direct price listing for the Pharmacia drug Vincasar.

    m. PH045809 contains the direct price listing for the Pfizer drug Zithromax.

    n. PH045810 contains the direct price listing for the Pfizer drug Zoloft.

    o. PH045811 contains the direct price listing for the Pfizer drug Zyrtec.

3. Attached hereto as Exhibit 16 is a true and correct copy of selected pages from the 1999 Drug Topics Red Book publication, ranging from PH044089 through PH044720.

    a. PH044265 contains the direct price listings for the Pharmacia drugs Adriamycin PFS, Adrimycin RDF, and Adrucil.

PH044284 contains the direct price listing for the Pharmacia drug Amphocin.

PH044321 contains the direct price listing for the Pharmacia drug Bleomycin Sulfate.

PH044339 contains the direct price listing for the Pfizer drug Cardura.

PH044362 contains the direct price listings for the Pharmacia drugs Cleocin HCL, Cleocin Phosphate, and Cleocin T.

PH044380 contains the direct price listing for the Pharmacia drug Cytosar-U.

PH044385 contains the direct price listings for the Pharmacia drugs Depo-Estradiol, Depo-Medrol, and Depo-Testosterone.

PH044547 contains the direct price listing for the Pfizer drug Minizide.

PH044566 contains the direct price listing for the Pharmacia drug Neosar.

PH044635 contains the direct price listing for the Pfizer drug Renese.

PH044659 contains the direct price listings for the Pharmacia drugs Solu-Cortef and Solu-Medrol.

PH044686 contains the direct price listing for the Pharmacia drug Toposar.

PH044707 contains the direct price listing for the Pharmacia drug Vincasar.

PH044719 contains the direct price listings for the Pfizer drugs Zithromax and Zoloft.

PH044720 contains the direct price listing for the Pfizer drug Zyrtec.

4. Attached hereto as Exhibit 17 is a true and correct copy of selected pages from the 2000 Drug Topics Red Book publication, ranging from PH039672 through 040268.

   a. PH039852 contains the direct price listings for the Pharmacia drugs Adriamycin PFS, Adrimycin RDF, and Adrucil.

   b. PH039870 contains the direct price listing for the Pharmacia drug Amphocin.

   c. PH039903 contains the direct price listing for the Pharmacia drug Bleomycin Sulfate.

   d. PH039919 contains the direct price listing for the Pfizer drug Cardura.

   e. PH039938 contains the direct price listings for the Pharmacia drugs Cleocin HCL, Cleocin Phosphate, and Cleocin T.

   f. PH039955 contains the direct price listing for the Pharmacia drug Cytosar-U.

   g. PH039959 contains the direct price listings for the Pharmacia drugs Depo-Estradiol, Depo-Medrol, and Depo-Testosterone.

   h. PH040104 contains the direct price listing for the Pfizer drug Minizide.

   i. PH040121 contains the direct price listing for the Pharmacia drug Neosar.

    j. PH040187 contains the direct price listing for the Pfizer drug Renese.

    k. PH040210 contains the direct price listings for the Pharmacia drugs Solu-Cortef and Solu-Medrol.

    l. PH040234 contains the direct price listing for the Pharmacia drug Toposar.

    m. PH040255 contains the direct price listing for the Pharmacia drug Vincasar.

    n. PH040266 contains the direct price listing for the Pfizer drug Zithromax.

    o. PH040267 contains the direct price listing for the Pfizer drug Zoloft.

    p. PH040268 contains the direct price listing for the Pfizer drug Zyrtec.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct based on personal knowledge.

Executed this 10th day of May, 2007.

                                                    /s/ Scott A. Stempel
                                               Scott A. Stempel

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2007, a true and accurate copy of the Reply Declaration of Scott A. Stempel in Support of Pfizer's and Pharmacia's Motion for Summary Judgment was served upon all counsel of record via the Lexis-Nexis Filing System:

DATED: May 10, 2007.

    /s/ Mark D. Smith