UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs Inc., et al.*, 02-CV-12084-PBS | Judge Patti B. Saris |

**DECLARATION OF DAVID ENGELS IN SUPPORT OF PHARMACIA'S MOTION FOR SUMMARY JUDGMENT**

1. I am a current employee of Pfizer Inc., and hold the position of Director and Team Leader of U.S. Diversified Products.

2. I began working for The Upjohn Company in 1984, and continued my employment after it was acquired by Pharmacia in 1995. I joined Pfizer when it acquired Pharmacia Corporation in 2003. I am familiar with Upjohn's policies regarding direct sales to providers throughout the relevant time period of this litigation, and Pharmacia's policies regarding direct sales from 1995 through 2003.

3. From 1991 through 2003, Upjohn and, from at least 1995, Pharmacia & Upjohn (which later became Pharmacia Corporation), sold its drugs to its customers at Direct Price.

4. Pharmacia's Direct Price was the same as Wholesale Acquisition Cost, which was the price at which Pharmacia sold its drugs to wholesalers.

5. Direct Price was published in our annual Price Catalog, and was also available through third-party publications such as those published by RedBook, First DataBank and MediSpan.

6. During the period from 1991 through 2003, Upjohn's drugs were available to Montana providers for purchase at Direct Price.

7. From at least 1995 through 2003, Pharmacia's drugs were available to Montana providers for purchase at Direct Price.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct based on personal knowledge.

Executed this 10th day of May, 2007.

_____
David Engels

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2007, a true and accurate copy of the Declaration of David Engels in Support of Pharmacia's Motion for Summary Judgment was served upon all parties of record via the Lexis-Nexis Filing System:

DATED: May 10, 2007.

/s/ Mark D. Smith