UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION | )<br>) MDL No. 1456<br>) |
| THIS DOCUMENT RELATES TO: | ) Master File No. 01-CV-12257-PBS<br>) |
| *State of Montana v. Abbott Labs Inc., et al.,*<br>D. Mont Cause No. CV-02-09-H-DWM | ) Judge Patti B. Saris<br>) |

**DEFENDANT ASTRAZENECA PHARMACEUTICALS LP'S 56.1 STATEMENT OF ADDITIONAL FACTS IN SUPPORT OF ITS REPLY TO MONTANA AND NEVADA'S JOINT OPPOSITION TO ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1 of the Local Civil Rules of the United States District Court for the District of Massachusetts, Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") hereby submits these additional facts in support of its Individual Reply of Defendant AstraZeneca Pharmaceuticals LP in Further Support of its Motion For Summary Judgment and in response to Montana's Response to Local Rule 56.1 Statement of Undisputed Material Facts in Further Support of Defendant AstraZeneca Pharmaceuticals LP's Motion For Summary Judgment (Docket No. 4089). Expert declarations and documents cited herein are attached as exhibits to the Declaration of James J. Duffy in Support of the Individual Reply of Defendant AstraZeneca Pharmaceutical LP in Further Support of Its Motion for Summary Judgment ("Montana Duffy Decl.").

1. Beginning in 2003, Montana's Department of Public Health and Human Services, which is the supervisory agency for Montana Medicaid, received average sales price ("ASP") data on a quarterly basis from AstraZeneca for eight of its drugs (Cefotan, Elavil Injection, Faslodex, Foscavir, Merrem, Tenormin Injection, Xylocaine Injection, and Zoladex). (Letter

from Deborah A. Saez, Medicaid Pricing Coordinator, to Montana Department of Public Health and Human Services, dated November 14, 2003, attaching ASP data (MT038039—MT038047), Montana Duffy Decl. ¶ 3, Ex 2.); Letter from Esther L. Selvaggi, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated February 12, 2004, attaching ASP data (MT038881—MT038889), Montana Duffy Decl. ¶ 4, Ex 3.; Letter from Esther L. Selvaggi, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated May 13, 2004, attaching ASP data (MT038451—MT038459), Montana Duffy Decl. ¶ 5, Ex 4.; Letter from Esther L. Selvaggi, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated August 11, 2004, attaching ASP data (MT038743—MT038752), Montana Duffy Decl. ¶ 6, Ex 5.; Letter from Esther L. Selvaggi, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated November 11, 2004, attaching ASP data (MT038697—MT038705), Montana Duffy Decl. ¶ 7, Ex 6.; Letter from Esther L. Selvaggi, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated January 6, 2005, attaching ASP data, (MT038689—MT038691), Montana Duffy Decl. ¶ 8, Ex 7.; Letter from Christine McHenry, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated May 12, 2005, attaching ASP data (MT038951—MT038954), Montana Duffy Decl. ¶ 9, Ex 8.; Letter from Christine McHenry, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated August 11, 2005, attaching ASP data (MT038955—MT038959), Montana Duffy Decl. ¶ 10, Ex 9.; Letter from Joseph Myer, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated November 10,

2005, attaching ASP data (MT037983—MT038988), Montana Duffy Decl. ¶ 11, Ex 10.; Letter from Joseph Myer, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated February 3, 2006, attaching ASP data (MT037916—MT037921), Montana Duffy Decl. ¶ 12, Ex 11.; Letter from Joseph Myer, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated May 10, 2006, attaching ASP data (MT037957—MT037961), Montana Duffy Decl. ¶ 13, Ex 12.) Copies of ASP transmittals for these drugs from AstraZeneca were also found in the State's files. (Letter from Jeniphr A. E. Breckenridge, Hagens Berman Sobol Shapiro LLP, to Kimberley D. Harris, Davis Polk & Wardwell, dated June 8, 2006, attaching ASP transmittals Montana Duffy Decl. ¶ 14, Ex 13.)

2. Dr. Hartman's expert opinion on loss is based on instructions from counsel as to when liability occurs as a matter of law: "I have been instructed by Counsel that liability occurs as a matter of law if AA [amount allowed as reimbursement] [is greater than] EAC [estimated acquisition cost]." (Calculation of Damages and Penalties for the State of Montana, Declaration of Raymond S. Hartman ("Hartman MT Decl.") ¶¶ 14, 20, Montana Duffy Decl. ¶ 16, Ex 15.)

3. In attempting to calculate the State's losses as a result of Defendants' alleged misconduct, Dr. Hartman did not take into account the underpayment of dispensing fees by Montana Medicaid, or Montana's obligations under federal law to provide Medicaid reimbursement rates sufficiently high as to not threaten residents' access to care. (Hartman MT Decl. ¶¶ 15-17, Montana Duffy Decl. ¶ 16, Ex 15.)

Dated: Boston, Massachusetts
May 10, 2007

By:  /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts  02210
Telephone:  (617) 832-1000

D. Scott Wise (admitted *pro hac vice*)
Michael S. Flynn (admitted *pro hac vice*)
James J. Duffy (admitted *pro hac vice*)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4000

*Attorneys for Defendant AstraZeneca Pharmaceuticals LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2007, a true and correct copy of the foregoing, Defendant AstraZeneca Pharmaceuticals LP's 56.1 Statement of Additional Facts in Further Support of Its Reply to Montana and Nevada's Joint Opposition to its Motion for Summary Judgment, was served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

/s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper