UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br><br>MASTER FILE NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Hon. Patti B. Saris |
| *State of Montana v. Abbott Labs. Inc., et al.*, D. Mont. Cause No. CV-02-09-H-DWM | ) ) ) ) |  |

### DECLARATION OF JAMES J. DUFFY IN SUPPORT OF THE INDIVIDUAL REPLY OF DEFENDANT ASTRAZENECA PHARMACEUTICALS LP IN FURTHER <u>SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT</u>

I, James J. Duffy, declare the following:

1.  I am an associate of the law firm of Davis Polk & Wardwell, attorneys for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-referenced action. I submit this declaration in support of AstraZeneca's individual reply in further support of its motion for summary judgment.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a Report and Recommendation on Defendants' Joint Motion For Redress For Spoliation of Evidence, March 14, 2007 (Docket No. 3843) (Bowler, J.).

3. Attached hereto as Exhibit 2 is a true and correct copy of a Letter from Deborah A. Saez, AstraZeneca Medicaid Pricing Coordinator, to Montana Department of Public Health and Human Services, dated November 14, 2003 (MT038039—MT038047).

4. Attached hereto as Exhibit 3 is a true and correct copy of a Letter from Esther L. Selvaggi, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated February 12, 2004 (MT038881—MT038889).

5. Attached hereto as Exhibit 4 is a true and correct copy of a Letter from Esther L. Selvaggi, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated May 13, 2004 (MT038451—MT038459).

6. Attached hereto as Exhibit 5 is a true and correct copy of a Letter from Esther L. Selvaggi, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated August 11, 2004 (MT038743—MT038752).

7. Attached hereto as Exhibit 6 is a true and correct copy of a Letter from Esther L. Selvaggi, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated November 11, 2004 (MT038697—MT038705).

8. Attached hereto as Exhibit 7 is a true and correct copy of a Letter from Esther L. Selvaggi, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated January 6, 2005 (MT038689—MT038691).

9. Attached hereto as Exhibit 8 is a true and correct copy of a Letter from Christine McHenry, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated May 12, 2005 (MT038951—MT038954).

10. Attached hereto as Exhibit 9 is a true and correct copy of a Letter from Christine McHenry, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated August 11, 2005 (MT038955—MT038959).

11. Attached hereto as Exhibit 10 is a true and correct copy of a Letter from Joseph Myer, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated November 10, 2005 (MT037983—MT038988).

12. Attached hereto as Exhibit 11 is a true and correct copy of a Letter from Joseph Myer, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated February 3, 2006 (MT037916—MT037921).

13. Attached hereto as Exhibit 12 is a true and correct copy of a Letter from Joseph Myer, Senior Manager, AstraZeneca Government Operations, to Montana Department of Public Health and Human Services, dated May 10, 2006 (MT037957—MT037961).

14. Attached hereto as Exhibit 13 is a true and correct copy of a Letter from Jeniphr A. E. Breckenridge, Hagens Berman Sobol Shapiro LLP, to Kimberley D. Harris, Davis Polk & Wardwell, dated June 8, 2006.

15. Attached hereto as Exhibit 14 is a true and correct excerpted copy of the transcript of the April 11, 2007 pre-trial conference before Judge Saris, *In re Pharm. Indus. Average Wholesale Price Litig.*, MDL No. 1456, CIV. A. No. 01-12257-PBS, pages 21-23.

16. Attached hereto as Exhibit 15 is a true and correct excerpted copy of the Calculation of Damages and Penalties for the State of Montana, Declaration of Raymond S. Hartman, dated June 13, 2006 ("Hartman MT Decl."), ¶¶ 14-17, 20.

I swear under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Dated:  New York, New York
        May 10, 2007

                            By: /s/ James J. Duffy
                                James J. Duffy (admitted *pro hac vice*)
                                DAVIS POLK & WARDWELL
                                450 Lexington Avenue
                                New York, New York  10017
                                Tel:  (212) 450-4000

## CERTIFICATE OF SERVICE

    I hereby certify that on May 10, 2007, I caused a true and correct copy of the foregoing, Declaration of James J. Duffy in Support of the Individual Reply of Defendant AstraZeneca Pharmaceuticals LP in Further Support of its Motion for Summary Judgment, to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                           /s/ Katherine B. Schmeckpeper
                                           Katherine B. Schmeckpeper