# EXHIBIT 3

AstraZeneca

February 12, 2004

Department of Public Health and Human Services
Attn: State Pharmacy Manager
1400 Broadway
P.O. Box 202951
Helen, MT 59620

Re:    4Q03 Average Sale Prices
       Labelers 00186 and 00310

In accordance with Section III (D)(2) of the June 2003 Corporate Integrity Agreement between
AstraZeneca Pharmaceuticals LP and the OIG, enclosed are the 4th Quarter 2003 Average Sale
Prices for Covered Products identified in Appendix A of the CIA along with a description of the
methodology used to calculate the Average Sale Prices and Requisite Certification.

If you have any questions or concerns relating to these Average Sale Prices, please contact
Debbe Saez at (302) 886-8589 or myself at (302) 886-2268 and we will provide further details.

Sincerely,

Esther Selvaggi, CPA
Senior Manager, Government Pricing and Analytics
AstraZeneca

Enclosures (3)

**MT 038881**

**AstraZeneca LP**
1800 Concord Pike  PO Box 15437  Wilmington DE 19850-5437

Tel        302 886 3000
www.astrazeneca-us.com

AZLP1001 (02/00)

EXHIBIT 'A' CERTIFICATION FORM

## CERTIFICATION

The undersigned, an agent of AstraZeneca Pharmaceuticals LP, hereby certifies that the attached average sale price information has been communicated to First Databank or any successor or alternative reporting agency, and that it has been calculated in accordance with the methodology described in the State Settlement Agreement and as further described in AstraZeneca Pharmaceuticals LP's Corporate Integrity Agreement with the Office of Inspector General of the United States Department of Health and Human Services.

Signed _____

Esther L. Selvaggi

Title   Senior Manager, Government Pricing and Analytics

Date   2/11/04

**MT 038882**

AstraZeneca Pharmaceuticals

*Average Sale Price Methodology*

## Appendix A: Average Sale Price Calculation Methodology

**Average Sale Price =**

$$\frac{\text{(Accounts Receivable \$ - Chargeback Sales \$ - Chargeback Discounts \$ - Managed Care Discounts \$)}}{\text{(Accounts Receivable Units - Chargeback Sales Units)}}$$

**Accounts Receivable \$ =**
(Total Direct Sales \$ + Adjustments to Total Direct Sales \$ - Early Pay Discount \$ - SBC Direct Purchase Admin Fees)

- **Total Direct Sales \$:**  All direct sales \$ from all Trade Classes & Market Segments as identified by the "Market Segment to Government Pricing Mapping" report.  This value is for a calendar quarter, with the **Invoice Date** determining if a direct sale participates in this quarter's calculation.  The majority of the direct sales are to wholesalers, retailers, and mail-order. Returns are excluded.  Direct Federal & PHS/DSH sales are excluded.

- **Adjustments to Total Direct Sales \$:**  All direct sales adjustment \$ from all Trade Classes & Market Segments as identified by the "Market Segment to Government Pricing Mapping" report.  This value is for a calendar quarter, with the **Invoice Date** determining if a direct adjustment participates in this quarter's calculation.  The majority of the direct adjustments are to wholesalers, retailers, and mail-order.  Adjustments to returns are excluded.  Direct Federal & PHS/DSH adjustments are excluded.

- **Early Pay Discount \$:**  early pay discount for Total Direct Sales \$.  The discount is calculated individually for each direct sale, but is usually 2%.

- **SBC Direct Purchase Admin Fees:**  Fee \$ are earned on direct purchases from Sales-based contracts.  The fee is attached to the SBC contract.  Payments are made to the contract owner via check.  These accounts are typically commercial buying groups.  They are a flat % across all products and sales on the contract.  This value is for a calendar quarter, with the admin fee **Date Paid** determining if a fee participates in this quarter's calculation.  If a sale is excluded from the ASP calculation, then the fee/rebate \$ associated with this sale must also be excluded.

© 2003, Company Confidential

11/14/2003

**MT 038883**

*AstraZeneca Pharmaceuticals*

*Average Sale Price Methodology*

**Accounts Receivable Units** = All direct sales units from all Trade Classes & Market Segments as identified by the "Market Segment to Government Pricing Mapping" report. This value is for a calendar quarter, with the **Invoice Date** determining if a direct sale participates in this quarter's calculation. Returns are excluded. Direct Federal & PHS/DSH sales are excluded. (Note: The Units UOM is the Medicaid UOM.)

**Chargeback Sales $ = 0.98 * (Chargeback Sales @ WAC $)**

- **Chargeback Sales @ WAC $:** All chargeback (indirect) sales $ to the Federal Government, including PHS/DSH. Can be from any Federal contract, including but not limited to the FSS, BPAs, national contracts, and the PHS/DSH contracts. Each sale is priced at the WAC in effect as of the sale's invoice date. This value is for a calendar quarter, with the CB **Date Received** determining if a sale participates in this quarter's calculation. Returns are excluded.

**Chargeback Sales Units** = All chargeback (indirect) sales units to the Federal Government, including PHS/DSH. Can be from any Federal contract, including but not limited to the FSS, BPAs, national contracts, and the PHS/DSH contracts. This value is for a calendar quarter, with the CB **Date Received (or Date Paid)** determining if a sale participates in this quarter's calculation. Returns are excluded.

© 2003, Company Confidential

11/14/2003

2 of 5

**MT 038884**

AstraZeneca Pharmaceuticals                                    Average Sale Price Methodology

**Chargeback Discounts $ =**
   **(Total Commercial CB Credit $ + SBC Indirect Purchase Admin Fee $ + Non-Invoice Price Adjustment $)**

- **Total Commercial CB Credit $:** Chargeback credit $ from all market segments that are not Federal, PHS, or Covered Entities. These customers are typically institutions. This value is for a calendar quarter, with the CB **Date Received** determining if a sale participates in this quarter's calculation. Returns are excluded.

- **SBC Indirect Purchase Admin Fee $:** Fee $ are earned on indirect purchases from Sales-based contracts. The fee is attached to the SBC contract. Payments are made to the contract owner via check. These accounts are typically commercial buying groups. They are a flat % across all products and sales on the contract. This value is for a calendar quarter, with the admin fee **Date Paid** determining if a fee participates in this quarter's calculation. If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

- **Non-Invoice Price Adjustment $:** Adjustment $ paid to institutional customers when the contracted product is not available for purchase and a substitute product is purchased. Adjustment $ from all market segments that are not Federal, PHS, or Covered Entities. These customers are typically institutions. This value is for a calendar quarter, with the **Invoice Date** determining if an adjustment participates in this quarter's calculation.

© 2003, Company Confidential

11/14/2003

3 of 5

**MT 038885**

*AstraZeneca Pharmaceuticals*                                                    *Average Sale Price Methodology*

**Managed Care Discounts $ =**
      **(SBC Performance Fee $ + SBC Rebate $ + UBC Admin Fee $ + UBC Performance Fee $ + UBC Rebate $)**

- **SBC Performance Fee $:**  Fee $ are earned by accounts (which own the contract) or customers (which are eligible members on the account's contract), depending upon the arrangement of the GPO.  These fees typically have performance requirements, so the account or some of the customers might not earn a fee.  The fee % is generally fixed.  The fee is calculated using a UBC rebate contract format, but with claim data provided by a "Sales Data Pull".  If the account earns a fee it is paid via check.  If the customers earn fees, then payment is via a wholesaler credit issued to the customer's preferred wholesaler in the name of the customer.  These accounts are typically commercial buying groups while the customers are institutions such as hospitals. This value is for a calendar quarter, with the fee **Date Paid** determining if a rebate participates in this quarter's calculation.  If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

- **SBC Rebate $:**  Rebate $ are earned by accounts (which own the contract) or customers (which are eligible members on the account's contract), depending upon the arrangement of the GPO.  These rebates typically have performance requirements, so the account or some of the customers might not earn a rebate.  The rebate can be variable, depending upon performance.  The rebate is calculated using a UBC rebate contract format, but with claim data provided by a "Sales Data Pull".  If the account earns a rebate it is paid via check.  If the customers earn rebates, then payment is via a wholesaler credit issued to the customer's preferred wholesaler in the name of the customer.  These accounts are typically commercial buying groups while the customers are institutions such as hospitals. This value is for a calendar quarter, with the rebate **Date Paid** determining if a rebate participates in this quarter's calculation.  If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

© 2003, Company Confidential

*11/14/2003*

*4 of 5*

**MT 038886**

- **UBC Admin Fee $:** Admin fee $ are earned by accounts which own the managed care contract. These fees are typically not based upon performance requirements, and are generally at a flat %. The fee is calculated using a UBC rebate contract format, with claim data provided through ECP or manual entry. If the account earns a fee it is paid via a check. The account is typically a PBM, mail-order, or HMO. A managed care contract can contain multiple fees and one rebate. **"Flat Dollar" fees, which are fees/rebates paid off-invoice, must not be selected for this value.** This value is for a calendar quarter, with the fee **Date Paid** determining if a fee participates in this quarter's calculation.

- **UBC Performance Fee $:** Fee $ are earned by accounts which own the managed care contract. These fees typically have performance requirements, so the account might not earn a fee. The fee can be variable, depending upon performance. The fee is calculated using a UBC rebate contract format, with claim data provided through ECP or manual entry. If the account earns a fee it is paid via a check. The account is typically a PBM, mail-order, or HMO. A managed care contract can contain multiple fees and one rebate. **"Flat Dollar" fees, which are fees/rebates paid off-invoice, must not be selected for this value.** This value is for a calendar quarter, with the fee **Date Paid** determining if a fee participates in this quarter's calculation.

- **UBC Rebate $:** Rebate $ are earned by accounts which own the managed care contract. These rebates typically have performance requirements, so the account might not earn a rebate. The rebate can be variable, depending upon performance. The rebate is calculated using a UBC rebate contract format, with claim data provided through ECP or manual entry. If the account earns a rebate it is paid via check. A managed care contract can contain multiple fees and one rebate. **"Flat Dollar" fees, which are fees/rebates paid off-invoice, must not be selected for this value.** This value is for a calendar quarter, with the rebate **Date Paid** determining if a rebate participates in this quarter's calculation.

© 2003, Company Confidential

11/14/2003

**MT 038887**

| NDC | ASP |
| --- | --- |
| 00186-0110-01 | 0.024311 |
| 00186-0112-01 | 0.200274 |
| 00186-0112-91 | 0.185259 |
| 00186-0114-01 | 0.064264 |
| 00186-0114-12 | 0.391260 |
| 00186-0114-91 | 0.194722 |
| 00186-0115-01 | 0.011029 |
| 00186-0115-12 | 0.183562 |
| 00186-0117-01 | 0.127694 |
| 00186-0117-12 | 0.419706 |
| 00186-0117-91 | 0.182025 |
| 00186-0118-01 | - |
| 00186-0118-91 | - |
| 00186-0120-01 | 0.067363 |
| 00186-0122-01 | 0.398708 |
| 00186-0122-12 | 0.460078 |
| 00186-0122-13 | - |
| 00186-0122-91 | 0.038619 |
| 00186-0125-01 | 0.076641 |
| 00186-0125-12 | - |
| 00186-0135-01 | 0.067959 |
| 00186-0137-01 | 0.143179 |
| 00186-0140-01 | 0.032897 |
| 00186-0145-01 | 0.038178 |
| 00186-0150-01 | 0.048869 |
| 00186-0155-01 | 0.067649 |
| 00186-0160-01 | 0.073386 |
| 00186-0166-01 | 0.034400 |
| 00186-0168-01 | - |
| 00186-0169-01 | - |
| 00186-0210-03 | 0.424657 |
| 00186-0212-03 | 3.084264 |
| 00186-0215-03 | 0.831566 |
| 00186-0225-03 | - |
| 00186-0230-03 | 0.208150 |
| 00186-0232-03 | 0.310750 |
| 00186-0240-02 | - |
| 00186-0240-12 | 0.495000 |
| 00186-0240-44 | 3.158028 |
| 00186-0241-13 | 0.861641 |
| 00186-0242-13 | 0.259701 |
| 00186-0243-12 | 0.182546 |
| 00186-0244-12 | - |
| 00186-0244-44 | 3.849653 |
| 00186-0245-02 | - |
| 00186-0245-54 | 7.047653 |
| 00186-0250-02 | 0.232275 |
| 00186-0255-02 | 0.225276 |
| 00186-0255-92 | - |
| 00186-0260-02 | 0.316337 |

**MT 038888**

**PRIVILEGED AND CONFIDENTIAL**
Page 1 of 2

Contacts:  Deborah Saez    (302) 886-8589
Esther Selvaggi  (302) 886-2268

| NDC | ASP |
|---|---|
| 00186-0260-92 | 0.359910 |
| 00186-0265-02 | 0.282258 |
| 00186-0265-03 | 0.327976 |
| 00186-0275-12 | 0.103207 |
| 00186-0276-13 | 0.386562 |
| 00186-0277-13 | 0.261843 |
| 00186-0278-12 | - |
| 00186-0278-44 | 3.078323 |
| 00186-0278-54 | 5.383066 |
| 00186-1905-01 | 0.227509 |
| 00186-1906-01 | 0.217571 |
| 00310-0049-10 | - |
| 00310-0108-10 | 0.657134 |
| 00310-0321-11 | - |
| 00310-0321-15 | - |
| 00310-0321-30 | 33.679069 |
| 00310-0325-11 | - |
| 00310-0325-15 | 12.775900 |
| 00310-0325-20 | 16.608613 |
| 00310-0375-10 | 45.070739 |
| 00310-0375-61 | 6.831386 |
| 00310-0376-10 | 2.413271 |
| 00310-0376-11 | - |
| 00310-0376-31 | 8.242368 |
| 00310-0376-33 | - |
| 00310-0376-34 | - |
| 00310-0376-60 | 4.995784 |
| 00310-0377-20 | 14.802324 |
| 00310-0377-21 | - |
| 00310-0377-32 | 15.405069 |
| 00310-0377-33 | - |
| 00310-0377-34 | - |
| 00310-0377-61 | - |
| 00310-0377-62 | 4.205903 |
| 00310-0378-51 | 9.346329 |
| 00310-0379-51 | 18.133510 |
| 00310-0720-25 | 152.832492 |
| 00310-0720-50 | 153.459334 |
| 00310-0950-36 | 204.213028 |
| 00310-0951-30 | 564.839748 |
| 00310-0960-36 | - |
| 00310-0961-30 | - |
| 00310-3286-10 | - |

**MT 038889**

**PRIVILEGED AND CONFIDENTIAL**
Page 2 of 2

Contacts:  Deborah Saez    (302) 886-8589
           Esther Selvaggi  (302) 886-2268

EXHIBIT 4



May 13, 2004

RECEIVED

MAY 1 4 2004

CHILD & ADULT
HEALTH RESOURCES

Department of Public Health and Human Services
Attn: State Pharmacy Manager
1400 Broadway
P.O. Box 202951
Helena, MT 59620

Re:    1Q04 Average Sales Price
       Labelers 00186 and 00310

In accordance with Section III (D)(2) of the June 2003 Corporate Integrity Agreement between AstraZeneca Pharmaceuticals LP and the Office of Inspector General (OIG), enclosed are the 1st Quarter 2004 Average Sales Prices for Covered Products identified in Appendix A of the CIA along with a description of the methodology used to calculate the Average Sales Price and Requisite Certification.

In an effort to keep our files current, we are requesting that you email any address changes and your contact person's telephone number (for Fed Ex deliveries) to:

        Cindy.Salfrank@astrazeneca.com

If you have any questions or concerns relating to these Average Sales Prices, please contact Cindy Salfrank at (302) 886-5287 or myself at (302) 886-2268 and we will provide further details.

Sincerely,

Esther L. Selvaggi, CPA
Senior Manager, Government Pricing and Analytics
AstraZeneca Government Contract Operations

Enclosures (3)

**MT 038451**

**Managed Markets Business Group**

**AstraZeneca LP**
1800 Concord Pike  PO Box 15437  Wilmington DE  19850-5437                    www.astrazeneca-us.com

EXHIBIT 'A' CERTIFICATION FORM

## CERTIFICATION

The undersigned, an agent of AstraZeneca Pharmaceuticals LP, hereby certifies that the attached average sale price information has been communicated to First Databank or any successor or alternative reporting agency, and that it has been calculated in accordance with the methodology described in the State Settlement Agreement and as further described in AstraZeneca Pharmaceuticals LP's Corporate Integrity Agreement with the Office of Inspector General of the United States Department of Health and Human Services.

Signed _____Esther L. Selvaggi_____

        Esther L. Selvaggi

Title    Senior Manager, Government Pricing and Analytics

Date     5/11/04

**MT 038452**

AstraZeneca Pharmaceuticals

Average Sale Price Methodology

# Appendix A: Average Sale Price Calculation Methodology

Average Sale Price =

$$\text{(Accounts Receivable \$ - Chargeback Sales \$ - Chargeback Discounts \$ - Managed Care Discounts \$)}$$

$$/$$

$$\text{(Accounts Receivable Units - Chargeback Sales Units)}$$

Accounts Receivable \$ =
(Total Direct Sales \$ + Adjustments to Total Direct Sales \$ - Early Pay Discount \$ - SBC Direct Purchase Admin Fees)

- **Total Direct Sales \$:** All direct sales \$ from all Trade Classes & Market Segments as identified by the "Market Segment to Government Pricing Mapping" report. This value is for a calendar quarter, with the **Invoice Date** determining if a direct sale participates in this quarter's calculation. The majority of the direct sales are to wholesalers, retailers, and mail-order. Returns are excluded. Direct Federal & PHS/DSH sales are excluded.

- **Adjustments to Total Direct Sales \$:** All direct sales adjustment \$ from all Trade Classes & Market Segments as identified by the "Market Segment to Government Pricing Mapping" report. This value is for a calendar quarter, with the **Invoice Date** determining if a direct adjustment participates in this quarter's calculation. The majority of the direct adjustments are to wholesalers, retailers, and mail-order. Adjustments to returns are excluded. Direct Federal & PHS/DSH adjustments are excluded.

- **Early Pay Discount \$:** early pay discount for Total Direct Sales \$. The discount is calculated individually for each direct sale, but is usually 2%.

- **SBC Direct Purchase Admin Fees:** Fee \$ are earned on direct purchases from Sales-based contracts. The fee is attached to the SBC contract. Payments are made to the contract owner via check. These accounts are typically commercial buying groups. They are a flat % across all products and sales on the contract. This value is for a calendar quarter, with the admin fee **Date Paid** determining if a fee participates in this quarter's calculation. If a sale is excluded from the ASP calculation, then the fee/rebate \$ associated with this sale must also be excluded.

© 2003, Company Confidential

**MT 038453**

© 2003 Company Confidential

*AstraZeneca Pharmaceuticals*

*Average Sale Price Methodology*

**Accounts Receivable Units =** All direct sales units from all Trade Classes & Market Segments as identified by the "Market Segment to Government Pricing Mapping" report. This value is for a calendar quarter, with the **Invoice Date** determining if a direct sale participates in this quarter's calculation. Returns are excluded. Direct Federal & PHS/DSH sales are excluded. (Note: The Units UOM is the Medicaid UOM.)

**Chargeback Sales $ = 0.98 * (Chargeback Sales @ WAC $)**

- **Chargeback Sales @ WAC $:** All chargeback (indirect) sales $ to the Federal Government, including PHS/DSH. Can be from any Federal contract, including but not limited to the FSS, BPAs, national contracts, and the PHS/DSH contracts. Each sale is priced at the WAC in effect as of the sale's invoice date. This value is for a calendar quarter, with the CB Date **Received** determining if a sale participates in this quarter's calculation. Returns are excluded.

**Chargeback Sales Units =** All chargeback (indirect) sales units to the Federal Government, including PHS/DSH. Can be from any Federal contract, including but not limited to the FSS, BPAs, national contracts, and the PHS/DSH contracts. This value is for a calendar quarter, with the **CB Date Received (or Date Paid)** determining if a sale participates in this quarter's calculation. Returns are excluded.

MT 038454

*Average Sale Price Methodology*

**Chargeback Discounts $ =**
**(Total Commercial CB Credit $ + SBC Indirect Purchase Admin Fee $ + Non-Invoice Price Adjustment $)**

• **Total Commercial CB Credit $:** Chargeback credit $ from all market segments that are not Federal, PHS, or Covered Entities. These customers are typically institutions. This value is for a calendar quarter, with the **CB Date Received** determining if a sale participates in this quarter's calculation.

• **SBC Indirect Purchase Admin Fee $:** Fee $ are earned on indirect purchases from Sales-based contracts. The fee is attached to the SBC contract. Payments are made to the contract owner via check. These accounts are typically commercial buying groups. They are a flat % across all products and sales on the contract. This value is for a calendar quarter, with the admin fee **Date Paid** determining if a fee participates in this quarter's calculation. If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

• **Non-Invoice Price Adjustment $:** Adjustment $ paid to institutional customers when the contracted product is not available for purchase and a substitute product is purchased. Adjustment $ from all market segments that are not Federal, PHS, or Covered Entities. These customers are typically institutions. This value is for a calendar quarter, with the **Invoice Date** determining if an adjustment participates in this quarter's calculation.

© 2003, Company Confidential

5/10/2004

3 of 5

**MT 038455**

**Managed Care Discounts $ =**
**(SBC Performance Fee $ + SBC Rebate $ + UBC Admin Fee $ + UBC Performance Fee $ + UBC Rebate $)**

- **SBC Performance Fee $:** Fee $ are earned by accounts (which own the contract) or customers (which are eligible members on the account's contract), depending upon the arrangement of the GPO. These fees typically have performance requirements, so the account or some of the customers might not earn a fee. The fee % is generally fixed. The fee is calculated using a UBC rebate contract format, but with claim data provided by a "Sales Data Pull". If the account earns a fee it is paid via check. If the customers earn fees, then payment is via a wholesaler credit issued to the customer's preferred wholesaler in the name of the customer. These accounts are typically commercial buying groups while the customers are institutions such as hospitals. This value is for a calendar quarter, with the fee **Date Paid** determining if a rebate participates in this quarter's calculation. If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

- **SBC Rebate $:** Rebate $ are earned by accounts (which own the contract) or customers (which are eligible members on the account's contract), depending upon the arrangement of the GPO. These rebates typically have performance requirements, so the account or some of the customers might not earn a rebate. The rebate can be variable, depending upon performance. The rebate is calculated using a UBC rebate contract format, but with claim data provided by a "Sales Data Pull". If the account earns a rebate it is paid via check. If the customers earn rebates, then payment is via a wholesaler credit issued to the customer's preferred wholesaler in the name of the customer. These accounts are typically commercial buying groups while the customers are institutions such as hospitals. This value is for a calendar quarter, with the rebate **Date Paid** determining if a rebate participates in this quarter's calculation. If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

© 2003, Company Confidential

MT 038456

- **UBC Admin Fee $:** Admin fee $ are earned by accounts which own the managed care contract. These fees are typically not based upon performance requirements, and are generally at a flat %. The fee is calculated using a UBC rebate contract format, with claim data provided through ECP or manual entry. If the account earns a fee it is paid via check. The account is typically a PBM, mail-order, or HMO. A managed care contract can contain multiple fees and one rebate. **"Flat Dollar" fees, which are fees/rebates paid off-invoice, must not be selected for this value.** This value is for a calendar quarter, with the fee **Date Paid** determining if a fee participates in this quarter's calculation.

- **UBC Performance Fee $:** Fee $ are earned by accounts which own the managed care contract. These fees typically have performance requirements, so the account might not earn a fee. The fee can be variable, depending upon performance. The fee is calculated using a UBC rebate contract format, with claim data provided through ECP or manual entry. If the account earns a fee it is paid via check. The account is typically a PBM, mail-order, or HMO. A managed care contract can contain multiple fees and one rebate. **"Flat Dollar" fees, which are fees/rebates paid off-invoice, must not be selected for this value.** This value is for a calendar quarter, with the fee **Date Paid** determining if a fee participates in this quarter's calculation.

- **UBC Rebate $:** Rebate $ are earned by accounts which own the managed care contract. These rebates typically have performance requirements, so the account might not earn a rebate. The rebate can be variable, depending upon performance. The rebate is calculated using a UBC rebate contract format, with claim data provided through ECP or manual entry. If the account earns a rebate it is paid via check. A managed care contract can contain multiple fees and one rebate. **"Flat Dollar" fees, which are fees/rebates paid off-invoice, must not be selected for this value.** This value is for a calendar quarter, with the rebate **Date Paid** determining if a rebate participates in this quarter's calculation.

© 2003, Company Confidential

MT 038457

**1Q04 ASP Data**
**Labelers 00186 and 00310**

5/13/2004

| NDC | ASP |
|---|---|
| 00186-0110-01 | 0.081007 |
| 00186-0112-01 | 0.204268 |
| 00186-0112-91 | 0.243426 |
| 00186-0114-01 | 0.243688 |
| 00186-0114-12 | 0.354449 |
| 00186-0114-91 | 0.193009 |
| 00186-0115-01 | 0.097375 |
| 00186-0115-12 | 0.166041 |
| 00186-0117-01 | 0.252689 |
| 00186-0117-12 | 0.439514 |
| 00186-0117-91 | 0.238691 |
| 00186-0118-01 | - |
| 00186-0118-91 | - |
| 00186-0120-01 | 0.102866 |
| 00186-0122-01 | 0.422079 |
| 00186-0122-12 | 0.466414 |
| 00186-0122-13 | - |
| 00186-0122-91 | 0.427591 |
| 00186-0125-01 | 0.105655 |
| 00186-0125-12 | - |
| 00186-0135-01 | 0.067004 |
| 00186-0137-01 | 0.142275 |
| 00186-0140-01 | 0.074015 |
| 00186-0145-01 | 0.060888 |
| 00186-0150-01 | 0.077609 |
| 00186-0155-01 | 0.076178 |
| 00186-0160-01 | 0.087013 |
| 00186-0166-01 | 0.034400 |
| 00186-0168-01 | - |
| 00186-0169-01 | - |
| 00186-0210-03 | 0.604743 |
| 00186-0212-03 | 3.903937 |
| 00186-0215-03 | 0.866048 |
| 00186-0225-03 | - |
| 00186-0230-03 | 0.348427 |
| 00186-0232-03 | 0.463786 |
| 00186-0240-02 | - |
| 00186-0240-12 | - |
| 00186-0240-44 | 4.112540 |
| 00186-0241-13 | 0.821085 |
| 00186-0242-13 | 0.323711 |
| 00186-0243-12 | 0.175956 |
| 00186-0244-12 | - |
| 00186-0244-44 | 3.807279 |
| 00186-0245-02 | - |
| 00186-0245-54 | 7.505172 |
| 00186-0250-02 | 0.435674 |
| 00186-0255-02 | 0.243729 |
| 00186-0255-92 | - |
| 00186-0260-02 | 0.270103 |

**MT 038458**

**PRIVILEGED AND CONFIDENTIAL**
Page 1 of 2

Contacts:  Cindy Salfrank (302) 886-5287
Esther Selvaggi  (302) 886-2268

**1Q04 ASP Data**                                                    5/13/2004
**Labelers 00186 and 00310**

| NDC | ASP |
| --- | --- |
| 00186-0260-92 | 0.345880 |
| 00186-0265-02 | 0.289019 |
| 00186-0265-03 | 0.340041 |
| 00186-0275-12 | 0.143580 |
| 00186-0276-13 | 0.592691 |
| 00186-0277-13 | 0.304378 |
| 00186-0278-12 | - |
| 00186-0278-44 | 3.488204 |
| 00186-0278-54 | 5.383066 |
| 00186-1905-01 | 0.240020 |
| 00186-1906-01 | 0.247728 |
| 00310-0049-10 | - |
| 00310-0108-10 | 0.651536 |
| 00310-0321-11 | - |
| 00310-0321-15 | - |
| 00310-0321-30 | 32.482866 |
| 00310-0325-11 | - |
| 00310-0325-15 | 12.775900 |
| 00310-0325-20 | 15.731338 |
| 00310-0375-10 | 93.929683 |
| 00310-0375-61 | 6.831386 |
| 00310-0376-10 | 10.330731 |
| 00310-0376-11 | - |
| 00310-0376-31 | 9.815421 |
| 00310-0376-33 | - |
| 00310-0376-34 | - |
| 00310-0376-60 | 9.272232 |
| 00310-0377-20 | 14.802324 |
| 00310-0377-21 | - |
| 00310-0377-32 | 15.405069 |
| 00310-0377-33 | - |
| 00310-0377-34 | - |
| 00310-0377-62 | 4.205903 |
| 00310-0378-51 | 9.429537 |
| 00310-0379-51 | 18.106995 |
| 00310-0720-25 | 152.392094 |
| 00310-0720-50 | 152.852566 |
| 00310-0950-36 | 228.386583 |
| 00310-0951-30 | 645.178510 |
| 00310-0960-36 | 0.000000 |
| 00310-0961-30 | 0.000000 |
| 00310-3286-10 | 0.000000 |

**MT 038459**

**PRIVILEGED AND CONFIDENTIAL**                Contacts:  Cindy Salfrank (302) 886-5287
Esther Selvaggi  (302) 886-2268

# EXHIBIT 5



August 11, 2004

Department of Public Health and Human Services
Attn: State Pharmacy Manager
1400 Broadway
P.O. Box 202951
Helena, MT 59620

Re:   2Q04 Average Sales Price
        Labelers 00186 and 00310

In accordance with Section III (D)(2) of the June 2003 Corporate Integrity Agreement between AstraZeneca Pharmaceuticals LP and the Office of Inspector General (OIG), enclosed are the 2nd Quarter 2004 Average Sales Prices for Covered Products identified in Appendix A of the CIA along with a description of the methodology used to calculate the Average Sales Price and Requisite Certification.

In an effort to keep our files current, we are requesting that you email any address changes and your contact person's telephone number (for Fed Ex deliveries) to:

       Cindy.Salfrank@astrazeneca.com

If you have any questions or concerns relating to these Average Sales Prices, please contact Cindy Salfrank at (302) 886-5287 or myself at (302) 886-2268 and we will provide further details.

Sincerely,

Esther L. Selvaggi, CPA
Senior Manager, Government Pricing and Analytics
AstraZeneca Government Contract Operations

Enclosures (3)

**MT 038743**

# Appendix A:   Medicare Modernization Act Part B Average Sale Price Calculation Methodology

**Average Sale Price =**

    (Accounts Receivable $ – Chargeback Sales $ – Chargeback Discounts $ – Managed Care Discounts $)

    / (Accounts Receivable Units – Chargeback Sales Units)

**Accounts Receivable $ =**
(Total Direct Sales $ + Adjustments to Total Direct Sales $ - Early Pay Discount $ – SBC Direct Purchase Admin Fees)

- **Total Direct Sales $:**  All direct sales $ from all Trade Classes & Market Segments as identified by the "Market Segment to Government Pricing Mapping" report. This value is for a calendar quarter, with the **Invoice Date** determining if a direct sale participates in this quarter's calculation.  The majority of the direct sales are to wholesalers, retailers, and mail-order. Returns in the normal course of business are included.  Direct U.S. Territories Sales are excluded.  Direct Federal & PHS/DSH sales are excluded.

- **Adjustments to Total Direct Sales $:**  All direct sales adjustment $ from all Trade Classes & Market Segments as identified by the "Market Segment to Government Pricing Mapping" report. This value is for a calendar quarter, with the **Invoice Date** determining if a direct adjustment participates in this quarter's calculation.  The majority of the direct adjustments are to wholesalers, retailers, and mail-order.  Adjustments to Returns in the normal course of business are included.  Direct Federal & PHS/DSH adjustments are excluded. Direct U.S. Territories Sales adjustments are excluded.

- **Early Pay Discount $:**  early pay discount for Total Direct Sales $.  The discount is calculated individually for each direct sale, but is usually 2%.

- **SBC Direct Purchase Admin Fees:** Fee $ are earned on direct purchases from Sales-based contracts.  The fee is attached to the SBC contract.  Payments are made to the contract owner via check.  These accounts are typically commercial buying groups. They are a flat % across all products and sales on the contract.  This value is for a calendar quarter, with the admin fee **Date Paid** determining if a fee participates in this quarter's calculation.  If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

© 2003, Company Confidential

**MT 038744**

**Accounts Receivable Units** = All direct sales units from all Trade Classes & Market Segments as identified by the "Market Segment to Government Pricing Mapping" report. This value is for a calendar quarter, with the **Invoice Date** determining if a direct sale participates in this quarter's calculation. Returns in the normal course of business are included. Direct Federal & PHS/DSH sales are excluded. Direct U.S. Territories Sales are excluded. (Note: The Units UOM is the Medicaid UOM.)

**Chargeback Sales $ = 0.98 * (Chargeback Sales @ WAC $)**

- **Chargeback Sales @ WAC $:** All chargeback (indirect) sales $ to the Federal Government, including PHS/DSH. Can be from any Federal contract, including but not limited to the FSS, BPAs, national contracts, and the PHS/DSH contracts. Each sale is priced at the WAC in effect as of the sale's invoice date. This value is for a calendar quarter, with the CB **Date Received** determining if a sale participates in this quarter's calculation. Returns in the normal course of business are included. U.S. Territories Sales are excluded.

**Chargeback Sales Units** = All chargeback (indirect) sales units to the Federal Government, including PHS/DSH. Can be from any Federal contract, including but not limited to the FSS, BPAs, national contracts, and the PHS/DSH contracts. This value is for a calendar quarter, with the CB **Date Received (or Date Paid)** determining if a sale participates in this quarter's calculation. Returns in the normal course of business are included. U.S. Territories Sales are excluded.

**MT 038745**

*Average Sale Price Methodology*

**Chargeback Discounts $ =**
(Total Commercial CB Credit $ + SBC Indirect Purchase Admin Fee $ + Non-Invoice Price Adjustment $)

- **Total Commercial CB Credit $:** Chargeback credit $ from all market segments that are not Federal, PHS, or Covered Entities. These customers are typically institutions. This value is for a calendar quarter, with the CB **Date Received** determining if a sale participates in this quarter's calculation. Returns in the normal course of business are included. U.S. Territories Sales are excluded.

- **SBC Indirect Purchase Admin Fee $:** Fee $ are earned on indirect purchases from Sales-based contracts. The fee is attached to the SBC contract. Payments are made to the contract owner via check. These accounts are typically commercial buying groups. They are a flat % across all products and sales on the contract. This value is for a calendar quarter, with the admin fee **Date Paid** determining if a fee participates in this quarter's calculation. If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

- **Non-Invoice Price Adjustment $:** Adjustment $ paid to institutional customers when the contracted product is not available for purchase and a substitute product is purchased. Adjustment $ from all market segments that are not Federal, PHS, or Covered Entities. These customers are typically institutions. This value is for a calendar quarter, with the **Invoice Date** determining if an adjustment participates in this quarter's calculation.

© 2003, Company Confidential

MT 038746

**Managed Care Discounts $ =**
**(SBC Performance Fee $ + SBC Rebate $ + UBC Admin Fee $ + UBC Performance Fee $ + UBC Rebate $)**

- **SBC Performance Fee $:** Fee $ are earned by accounts (which own the contract) or customers (which are eligible members on the account's contract), depending upon the arrangement of the GPO. These fees typically have performance requirements, so the account or some of the customers might not earn a fee. The fee % is generally fixed. The fee is calculated using a UBC rebate contract format, but with claim data provided by a "Sales Data Pull". If the account earns a fee it is paid via check. If the customers earn fees, then payment is via a wholesaler credit issued to the customer's preferred wholesaler in the name of the customer. These accounts are typically commercial buying groups while the customers are institutions such as hospitals. This value is for a calendar quarter, with the fee **Date Paid** determining if a rebate participates in this quarter's calculation. If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

- **SBC Rebate $:** Rebate $ are earned by accounts (which own the contract) or customers (which are eligible members on the account's contract), depending upon the arrangement of the GPO. These rebates typically have performance requirements, so the account or some of the customers might not earn a rebate. The rebate can be variable, depending upon performance. The rebate is calculated using a UBC rebate contract format, but with claim data provided by a "Sales Data Pull". If the account earns a rebate it is paid via check. If the customers earn rebates, then payment is via a wholesaler credit issued to the customer's preferred wholesaler in the name of the customer. These accounts are typically commercial buying groups while the customers are institutions such as hospitals. This value is for a calendar quarter, with the rebate **Date Paid** determining if a rebate participates in this quarter's calculation. If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

MT 038747

*AstraZeneca Pharmaceuticals*

- **UBC Admin Fee $:** Admin fee $ are earned by accounts which own the managed care contract. These fees are typically not based upon performance requirements, and are generally at a flat %. The fee is calculated using a UBC rebate contract format, with claim data provided through ECP or manual entry. If the account earns a fee it is paid via check. The account is typically a PBM, mail-order, or HMO. A managed care contract can contain multiple fees and one rebate. **"Flat Dollar" fees, which are fees/rebates paid off-invoice, must not be selected for this value.** This value is for a calendar quarter, with the fee **Date Paid** determining if a fee participates in this quarter's calculation. U.S. Territories Sales are excluded.

- **UBC Performance Fee $:** Fee $ are earned by accounts which own the managed care contract. These fees typically have performance requirements, so the account might not earn a fee. The fee can be variable, depending upon performance. The fee is calculated using a UBC rebate contract format, with claim data provided through ECP or manual entry. The account earns a fee it is paid via check. The account is typically a PBM, mail-order, or HMO. A managed care contract can contain multiple fees and one rebate. **"Flat Dollar" fees, which are fees/rebates paid off-invoice, must not be selected for this value.** This value is for a calendar quarter, with the fee **Date Paid** determining if a fee participates in this quarter's calculation. U.S. Territories Sales are excluded.

- **UBC Rebate $:** Rebate $ are earned by accounts which own the managed care contract. These rebates typically have performance requirements, so the account might not earn a rebate. The rebate can be variable, depending upon performance. The rebate is calculated using a UBC rebate contract format, with claim data provided through ECP or manual entry. If the account earns a rebate it is paid via check. A managed care contract can contain multiple fees and one rebate. **"Flat Dollar" fees, which are fees/rebates paid off-invoice, must not be selected for this value.** This value is for a calendar quarter, with the rebate **Date Paid** determining if a rebate participates in this quarter's calculation. U.S. Territories Sales are excluded.

© 2003, Company Confidential

**MT 038748**

## Rolling 12 month Averaging Methodology

- Per the interim CMS ruling on the ASP calculation[CMS-1380-IFC], AstraZeneca will be utilizing the 12 month averaging technique for chargeback discount and rebate/fee related data sources.

  *"a. Use of the Most Recent 12-Month Period Available
  Section 1847A(c)(5)(A) of the Act states that the ASP is to be calculated by the manufacturer on a quarterly basis. To the extent that data on volume discounts, prompt pay discounts, cash discounts, free goods that are contingent on any purchase requirement, chargebacks, and rebates are available on a lagged basis, the manufacturer is required to apply a methodology based on the most recent 12-month period available to estimate costs attributable to these price concessions. Specifically, a manufacturer should add the volume discounts, prompt pay discounts, cash discounts, free goods that are contingent on any purchase requirement, chargebacks, and rebates for the most recent 12-month period available and divide by 4 to determine the estimate to apply in calculating the manufacturer's ASP for the quarter being submitted."*

- For the following ASP calculation components, the 12 month period prior to the start of the calculation quarter will be used as the basis for the averaging calculation:

  - o  Chargeback Discounts $
  - o  Managed Care Discounts $

- For each of these components, the prior 12 month total dollars will be divided by 4 and used in the current quarter's calculation. For example, when calculating the ASP for the first quarter of 2004, the following component time frames would be used:

  **(Accounts Receivable $1Q 2004 – Chargeback Sales $1Q 2004 – Chargeback Discounts $2Q 2003-1Q 2004/4 – Managed Care Discounts $2Q 2003-1Q 2004/4)**

  **/ (Accounts Receivable Units1Q 2004 – Chargeback Sales Units1Q 2004)**

© 2003, Company Confidential

MT 038749

**2Q04 ASP Data**
**Labelers 00186 and 00310**

8/11/2004

| NDC | ASP |
|-----|-----|
| 00186011001 | 0.065765 |
| 00186011201 | 0.185314 |
| 00186011291 | 0.115801 |
| 00186011401 | 0.229382 |
| 00186011412 | 0.346622 |
| 00186011491 | 0.198439 |
| 00186011501 | 0.068560 |
| 00186011512 | 0.182149 |
| 00186011701 | 0.194936 |
| 00186011712 | 0.418241 |
| 00186011791 | 0.262830 |
| 00186011801 | 0.000000 |
| 00186011891 | 0.000000 |
| 00186012001 | 0.094045 |
| 00186012201 | 0.373263 |
| 00186012212 | 0.434514 |
| 00186012213 | 0.000000 |
| 00186012291 | 0.346938 |
| 00186012501 | 0.092056 |
| 00186012512 | 0.000000 |
| 00186013501 | 0.065678 |
| 00186013701 | 0.128015 |
| 00186014001 | 0.066417 |
| 00186014501 | 0.060238 |
| 00186015001 | 0.077941 |
| 00186015501 | 0.080047 |
| 00186016001 | 0.086306 |
| 00186016601 | 0.034400 |
| 00186016801 | 0.000000 |
| 00186016901 | 0.000000 |
| 00186021003 | 0.579904 |
| 00186021203 | 2.152112 |
| 00186021503 | 0.783215 |
| 00186022503 | 0.000000 |
| 00186023003 | 0.304676 |
| 00186023203 | 0.392432 |
| 00186024002 | 0.000000 |
| 00186024012 | 0.000000 |
| 00186024044 | 3.759896 |
| 00186024113 | 0.647954 |
| 00186024213 | 0.319483 |
| 00186024312 | 0.180028 |
| 00186024412 | 0.000000 |
| 00186024444 | 3.898725 |
| 00186024502 | 0.000000 |
| 00186024554 | 6.636095 |
| 00186025002 | 0.373704 |
| 00186025502 | 0.222892 |
| 00186025592 | 0.000000 |
| 00186026002 | 0.174891 |
| 00186026092 | 0.146665 |
| 00186026502 | 0.248826 |

**MT 038750**

Contacts:  Cindy Salfrank (302) 886-5287
Esther Selvaggi (302) 886-2268

**2Q04 ASP Data**
**Labelers 00186 and 00310**

8/11/2004

| NDC | ASP |
|---|---|
| 00186026503 | 0.265494 |
| 00186027512 | 0.131731 |
| 00186027613 | 0.526983 |
| 00186027713 | 0.320337 |
| 00186027812 | 0.000000 |
| 00186027844 | 3.354401 |
| 00186027854 | 5.383066 |
| 00186190501 | 0.230339 |
| 00186190601 | 0.216598 |
| 00310004910 | 0.000000 |
| 00310010810 | 0.644191 |
| 00310032111 | 0.000000 |
| 00310032115 | 0.000000 |
| 00310032130 | 32.030485 |
| 00310032511 | 0.000000 |
| 00310032515 | 12.775900 |
| 00310032520 | 15.333933 |
| 00310037510 | 93.929683 |
| 00310037561 | 6.831386 |
| 00310037610 | 8.629845 |
| 00310037611 | 0.000000 |
| 00310037631 | 9.815421 |
| 00310037633 | 0.000000 |
| 00310037634 | 0.000000 |
| 00310037660 | 7.844979 |
| 00310037720 | 18.256348 |
| 00310037721 | 0.000000 |
| 00310037732 | 17.727802 |
| 00310037733 | 0.000000 |
| 00310037734 | 0.000000 |
| 00310037762 | 4.205903 |
| 00310037851 | 9.469163 |
| 00310037951 | 18.637617 |
| 00310072025 | 149.094993 |
| 00310072050 | 149.756091 |
| 00310095036 | 206.908764 |
| 00310095130 | 604.511638 |
| 00310096036 | 0.000000 |
| 00310096130 | 0.000000 |
| 00310328610 | 0.000000 |

**MT 038751**

Contacts:  Cindy Salfrank (302) 886-5287
Esther Selvaggi (302) 886-2268

EXHIBIT 'A' CERTIFICATION FORM

## CERTIFICATION

The undersigned, an agent of AstraZeneca Pharmaceuticals LP, hereby certifies that the attached average sale price information has been communicated to First Databank or any successor or alternative reporting agency, and that it has been calculated in accordance with the methodology described in the State Settlement Agreement and as further described in AstraZeneca Pharmaceuticals LP's Corporate Integrity Agreement with the Office of Inspector General of the United States Department of Health and Human Services.

Signed _____

        Esther L. Selvaggi

Title    Senior Manager, Government Pricing and Analytics

Date    _August 11, 2004_____

**MT 038752**