# EXHIBIT 6



November 11, 2004

Department of Public Health and Human Services
Attn: State Pharmacy Manager
1400 Broadway
P.O. Box 202951
Helena, MT 59620

Re:     3Q04 Average Sales Price
        Labelers 00186 and 00310

RECEIVED
NOV 1 6 2004
CHILD & ADULT
HEALTH RESOURCES

In accordance with Section III (D)(2) of the June 2003 Corporate Integrity Agreement between AstraZeneca Pharmaceuticals LP and the Office of Inspector General (OIG), enclosed are the 3rd Quarter 2004 Average Sales Prices for Covered Products identified in Appendix A of the CIA along with a description of the methodology used to calculate the Average Sales Price and Requisite Certification.

In an effort to keep our files current, we are requesting that you email any address changes and your contact person's telephone number (for Fed Ex deliveries) to:

        Cindy.Salfrank@astrazeneca.com

If you have any questions or concerns relating to these Average Sales Prices, please contact Cindy Salfrank at (302) 886-5287 or myself at (302) 886-2268 and we will provide further details.

Sincerely,

Esther L. Selvaggi, CPA
Senior Manager, Government Pricing and Analytics
AstraZeneca Government Contract Operations

Enclosures (3)

**MT 038697**

**3Q04 ASP Data**
**Labelers 00186 and 00310**

8/11/2004

| NDC | ASP |
| --- | --- |
| 00186011001 | 0.086563 |
| 00186011201 | 0.217319 |
| 00186011291 | 0.189330 |
| 00186011401 | 0.254951 |
| 00186011412 | 0.428008 |
| 00186011491 | 0.238964 |
| 00186011501 | 0.092861 |
| 00186011512 | 0.182013 |
| 00186011701 | 0.267494 |
| 00186011712 | 0.416913 |
| 00186011791 | 0.287043 |
| 00186011801 | 0.000000 |
| 00186011891 | 0.000000 |
| 00186012001 | 0.105630 |
| 00186012201 | 0.463373 |
| 00186012212 | 0.501050 |
| 00186012213 | 0.000000 |
| 00186012291 | 0.453346 |
| 00186012501 | 0.110723 |
| 00186012512 | 0.000000 |
| 00186013501 | 0.067238 |
| 00186013701 | 0.146896 |
| 00186014001 | 0.076924 |
| 00186014501 | 0.068487 |
| 00186015001 | 0.083985 |
| 00186015501 | 0.085261 |
| 00186016001 | 0.090130 |
| 00186016601 | 0.036400 |
| 00186016801 | 0.000000 |
| 00186016901 | 0.000000 |
| 00186021003 | 0.651312 |
| 00186021203 | 3.807620 |
| 00186021503 | 0.849306 |
| 00186022503 | 0.000000 |
| 00186023003 | 0.363082 |
| 00186023203 | 0.491451 |
| 00186024002 | 0.000000 |
| 00186024012 | 0.000000 |
| 00186024044 | 4.603363 |
| 00186024113 | 0.932003 |
| 00186024213 | 0.335095 |
| 00186024312 | 0.178684 |
| 00186024412 | 0.000000 |
| 00186024444 | 4.260182 |
| 00186024502 | 0.000000 |
| 00186024554 | 6.629582 |
| 00186025002 | 0.443483 |
| 00186025502 | 0.244385 |
| 00186025592 | 0.000000 |
| 00186026002 | 0.253767 |
| 00186026092 | 0.222839 |
| 00186026502 | 0.276422 |

**MT 038698**

Contacts:  Cindy Salfrank (302) 886-5287
Esther Selvaggi (302) 886-2268

**3Q04 ASP Data**
**Labelers 00186 and 00310**

8/11/2004

| NDC | ASP |
|---|---|
| 00186026503 | 0.319828 |
| 00186027512 | 0.152807 |
| 00186027613 | 0.590903 |
| 00186027713 | 0.338101 |
| 00186027812 | 0.000000 |
| 00186027844 | 3.765645 |
| 00186027854 | 5.383066 |
| 00186190501 | 0.250821 |
| 00186190601 | 0.246977 |
| 00310004910 | 0.000000 |
| 00310010810 | 0.690886 |
| 00310032111 | 0.000000 |
| 00310032115 | 0.000000 |
| 00310032130 | 28.609909 |
| 00310032511 | 0.000000 |
| 00310032515 | 12.775900 |
| 00310032520 | 13.960914 |
| 00310037510 | 93.929683 |
| 00310037561 | 6.831386 |
| 00310037610 | 4.685271 |
| 00310037611 | 0.000000 |
| 00310037631 | 9.815421 |
| 00310037633 | 0.000000 |
| 00310037634 | 0.000000 |
| 00310037660 | 7.811979 |
| 00310037720 | 18.256348 |
| 00310037721 | 0.000000 |
| 00310037732 | 18.928206 |
| 00310037733 | 0.000000 |
| 00310037734 | 0.000000 |
| 00310037762 | 4.205903 |
| 00310037851 | 9.859923 |
| 00310037951 | 19.691096 |
| 00310072025 | 150.855201 |
| 00310072050 | 151.854311 |
| 00310095036 | 189.598855 |
| 00310095130 | 269.810273 |
| 00310096036 | 0.000000 |
| 00310096130 | 0.000000 |
| 00310328610 | 0.000000 |

MT 038699

**PRIVILEGED AND CONFIDENTIAL**
**Page 2 of 2**

Contacts:  Cindy Salfrank (302) 886-5287
Esther Selvaggi (302) 886-2268

EXHIBIT 'A' CERTIFICATION FORM

## CERTIFICATION

The undersigned, an agent of AstraZeneca Pharmaceuticals LP, hereby certifies that the attached average sale price information has been communicated to First Databank or any successor or alternative reporting agency, and that it has been calculated in accordance with the methodology described in the State Settlement Agreement and as further described in AstraZeneca Pharmaceuticals LP's Corporate Integrity Agreement with the Office of Inspector General of the United States Department of Health and Human Services.

Signed _____

Esther L. Selvaggi, C.P.A.

Title  Senior Manager, Government Pricing and Analytics

Date  11/11/2004

**MT 038700**

*AstraZeneca Pharmaceuticals*

# Appendix A: Corporate Integrity Agreement (CIA) Average Sale Price Calculation Methodology

**Average Sale Price =**

$$\text{(Accounts Receivable } \$ - \text{Chargeback Sales } \$ - \text{Chargeback Discounts } \$ - \text{Managed Care Discounts } \$)$$

$$/ \text{ (Accounts Receivable Units} - \text{Chargeback Sales Units)}$$

**Accounts Receivable $ =**
**(Total Direct Sales $ + Adjustments to Total Direct Sales $ - Early Pay Discount $ - SBC Direct Purchase Admin Fees)**

- **Total Direct Sales $:** All direct sales $ from all Trade Classes & Market Segments as identified by the "Market Segment to Government Pricing Mapping" report. This value is for a calendar quarter, with the **Invoice Date** determining if a direct sale participates in this quarter's calculation. The majority of the direct sales are to wholesalers, retailers, and mail-order. Returns in the normal course of business are excluded. U.S. Territories Sales are excluded. Direct Federal & PHS/DSH sales are excluded.

- **Adjustments to Total Direct Sales $:** All direct sales adjustment $ from all Trade Classes & Market Segments as identified by the "Market Segment to Government Pricing Mapping" report. This value is for a calendar quarter, with the **Invoice Date** determining if a direct adjustment participates in this quarter's calculation. The majority of the direct adjustments are to wholesalers, retailers, and mail-order. Adjustments to Returns in the normal course of business are excluded. Direct Federal & PHS/DSH adjustments are excluded. U.S. Territories Sales adjustments are excluded.

- **Early Pay Discount $:** early pay discount for Total Direct Sales $. The discount is calculated individually for each direct sale, but is usually 2%.

- **SBC Direct Purchase Admin Fees:** Fee $ are earned on direct purchases from Sales-based contracts. The fee is attached to the SBC contract. Payments are made to the contract owner via check. These accounts are typically commercial buying groups. They are a flat % across all products and sales on the contract. This value is for a calendar quarter, with the admin fee **Date Paid** determining if a fee participates in this quarter's calculation. If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

© 2003 Company Confidential

MT 038701

**Accounts Receivable Units** = All direct sales units from all Trade Classes & Market Segment to Government Pricing Mapping" report. This value is for a calendar quarter, with the **Invoice Date** determining if a direct sale participates in this quarter's calculation. Returns in the normal course of business are excluded. U.S. Territories Sales are excluded. Direct Federal & PHS/DSH sales are excluded. (Note: The Units UOM is the Medicaid UOM.)

**Chargeback Sales $ = 0.98 * (Chargeback Sales @ WAC $)**

• **Chargeback Sales @ WAC $:** All chargeback (indirect) sales $ to the Federal Government, including PHS/DSH. Can be from any Federal contract, including but not limited to the FSS, BPAs, national contracts, and the PHS/DSH contracts. Each sale is priced at the WAC in effect as of the sale's invoice date. This value is for a calendar quarter, with the CB **Date Received** determining if a sale participates in this quarter's calculation. Returns in the normal course of business are excluded. U.S. Territories Sales are excluded.

• **Chargeback Sales Units** = All chargeback (indirect) sales units to the Federal Government, including PHS/DSH. Can be from any Federal contract, including but not limited to the FSS, BPAs, national contracts, and the PHS/DSH contracts. This value is for a calendar quarter, with the **CB Date Received (or Date Paid)** determining if a sale participates in this quarter's calculation. Returns in the normal course of business are excluded. U.S. Territories Sales are excluded.

© 2003, Company Confidential

MT 038702

**Chargeback Discounts $ =**
(Total Commercial CB Credit $ + SBC Indirect Purchase Admin Fee $ + Non-Invoice Price Adjustment $)

- **Total Commercial CB Credit $:** Chargeback credit $ from all market segments that are not Federal, PHS, or Covered Entities. These customers are typically institutions. This value is for a calendar quarter, with the **CB Date Received** determining if a sale participates in this quarter's calculation. Returns in the normal course of business are excluded. U.S. Territories Sales are excluded.

- **SBC Indirect Purchase Admin Fee $:** Fee $ are earned on indirect purchases from Sales-based contracts. The fee is attached to the SBC contract. Payments are made to the contract owner via check. These accounts are typically commercial buying groups. They are a flat % across all products and sales on the contract. This value is for a calendar quarter, with the admin fee **Date Paid** determining if a fee participates in this quarter's calculation. If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

- **Non-Invoice Price Adjustment $:** Adjustment $ paid to institutional customers when the contracted product is not available for purchase and a substitute product is purchased. Adjustment $ from all market segments that are not Federal, PHS, or Covered Entities. These customers are typically institutions. This value is for a calendar quarter, with the **Invoice Date** determining if an adjustment participates in this quarter's calculation.

© 2003, Company Confidential

MT 038703

**Managed Care Discounts $ =**
   **(SBC Performance Fee $ + SBC Rebate $ + UBC Admin Fee $ + UBC Performance Fee $ + UBC Rebate $)**

- **SBC Performance Fee $:** Fee $ are earned by accounts (which own the contract) or customers (which are eligible members on the account's contract), depending upon the arrangement of the GPO. These fees typically have performance requirements, so the account or some of the customers might not earn a fee. The fee % is generally fixed. The fee is calculated using a UBC rebate contract format, but with claim data provided by a "Sales Data Pull". If the account earns a fee it is paid via check. If the customers earn fees, then payment is via a wholesaler credit issued to the customer's preferred wholesaler in the name of the customer. These accounts are typically commercial buying groups while the customers are institutions such as hospitals. This value is for a calendar quarter, with the fee **Date Paid** determining if a rebate participates in this quarter's calculation. If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

- **SBC Rebate $:** Rebate $ are earned by accounts (which own the contract) or customers (which are eligible members on the account's contract), depending upon the arrangement of the GPO. These rebates typically have performance requirements, so the account or some of the customers might not earn a rebate. The rebate can be variable, depending upon performance. The rebate is calculated using a UBC rebate contract format, but with claim data provided by a "Sales Data Pull". If the account earns a rebate it is paid via check. If the customers earn rebates, then payment is via a wholesaler credit issued to the customer's preferred wholesaler in the name of the customer. These accounts are typically commercial buying groups while the customers are institutions such as hospitals. This value is for a calendar quarter, with the rebate **Date Paid** determining if a rebate participates in this quarter's calculation. If a sale is excluded from the ASP calculation, then the fee/rebate $ associated with this sale must also be excluded.

© 2003, Company Confidential

**MT 038704**

*CIA Average Sale Price Methodology*

- **UBC Admin Fee $:** Admin fee $ are earned by accounts which own the managed care contract. These fees are typically not based upon performance requirements, and are generally at a flat %. The fee is calculated using a UBC rebate contract format, with claim data provided through ECP or manual entry. If the account earns a fee it is paid via check. The account is typically a PBM, mail-order, or HMO. A managed care contract can contain multiple fees and one rebate. **"Flat Dollar" fees, which are fees/rebates paid off-invoice, must not be selected for this value.** This value is for a calendar quarter, with the fee **Date Paid** determining if a fee participates in this quarter's calculation. U.S. Territories Sales are excluded.

- **UBC Performance Fee $:** Fee $ are earned by accounts which own the managed care contract. These fees typically have performance requirements, so the account might not earn a fee. The fee can be variable, depending upon performance. The fee is calculated using a UBC rebate contract format, with claim data provided through ECP or manual entry. If the account earns a fee it is paid via check. The account is typically a PBM, mail-order, or HMO. A managed care contract can contain multiple fees and one rebate. **"Flat Dollar" fees, which are fees/rebates paid off-invoice, must not be selected for this value.** This value is for a calendar quarter, with the fee **Date Paid** determining if a fee participates in this quarter's calculation. U.S. Territories Sales are excluded.

- **UBC Rebate $:** Rebate $ are earned by accounts which own the managed care contract. These rebates typically have performance requirements, so the account might not earn a rebate. The rebate can be variable, depending upon performance. The rebate is calculated using a UBC rebate contract format, with claim data provided through ECP or manual entry. If the account earns a rebate it is paid via check. A managed care contract can contain multiple fees and one rebate. **"Flat Dollar" fees, which are fees/rebates paid off-invoice, must not be selected for this value.** This value is for a calendar quarter, with the rebate **Date Paid** determining if a rebate participates in this quarter's calculation. U.S. Territories Sales are excluded.

© 2003, Company Confidential

**MT 038705**

# EXHIBIT 7



January 06, 2005

Department of Public Health and Human Services
Attn: State Pharmacy Manager
1400 Broadway
P.O. Box 202951
Helena, MT 59620

Re:    3Q04 Average Sales Price
       Labelers 00186 and 00310

Pleased be advised that in our letter dated November 11, 2004 containing our 3rd Quarter 2004 Average Sales Prices for Covered Products as identified in Appendix A in accordance with Section III (D)(2) of the June 2003 Corporate Integrity Agreement between AstraZeneca Pharmaceuticals LP and the Office of Inspector General (OIG), we realized that an incorrect second page was included in the transmission file.  NDCs 00310037660 and 00310037732 on this page had preliminary prices.

Enclosed is the correct transmission file of our 3rd Quarter 2004 Average Sales Prices for the Covered Products identified in Appendix A.

If you have any questions or concerns relating to these Average Sales Prices, please contact Cindy Salfrank at (302) 886-5287 or myself at (302) 886-2268 and we will provide further details.   We apologize for any inconvenience this oversight may have caused you.

Sincerely,

Esther L. Selvaggi, CPA
Senior Manager, Government Pricing and Analytics
AstraZeneca Government Operations

Enclosures (1)

**MT 038689**

**Managed Markets Business Group**

**AstraZeneca LP**
1800 Concord Pike  PO Box 15437  Wilmington DE  19850-5437                    www.astrazeneca-us.com

and 00310

| NDC | ASP |
|---|---|
| | 0.736563 |
| | 0.217319 |
| | 0.189330 |
| | 0.254951 |
| | 0.428008 |
| | 0.092861 |
| | 0.082013 |
| | 0.267494 |
| | 0.416913 |
| | 0.287043 |
| | 0.000000 |
| | 0.005630 |
| | 0.263373 |
| | 0.501050 |
| | 0.000000 |
| | 0.353346 |
| 00186012501 | 0.110723 |
| 00186012512 | 0.000000 |
| 00186013001 | 0.067238 |
| 00186013701 | 0.146896 |
| 00186014001 | 0.076924 |
| 00186014501 | 0.068487 |
| 00186015001 | 0.083985 |
| 00186015501 | 0.085261 |
| 00186016001 | 0.090130 |
| 00186016601 | 0.036400 |
| 00186016801 | 0.000000 |
| 00186016901 | 0.000000 |
| 00186021003 | 0.651312 |
| 00186021203 | 3.807620 |
| 00186021503 | 0.849306 |
| 00186022503 | 0.000000 |
| 00186023003 | 0.363082 |
| 00186023203 | 0.491451 |
| 00186024002 | 0.000000 |
| 00186024012 | 0.000000 |
| 00186024044 | 4.603363 |
| 00186024113 | 0.932003 |
| 00186024213 | 0.335095 |
| 00186024312 | 0.178684 |
| 00186024412 | 0.000000 |
| 00186024444 | 4.260182 |
| 00186024502 | 0.000000 |
| 00186024554 | 6.629582 |
| 00186025002 | 0.443483 |
| 00186025502 | 0.244385 |
| 00186025592 | 0.000000 |
| 00186026002 | 0.253767 |
| 00186026092 | 0.222838 |
| 00186026502 | 0.276422 |

MT 038690

**PRIVILEGED AND CONFIDENTIAL**
**Page 1 of 2**

Contacts:  Cindy Salfrank (302) 886-5287
Esther Selvaggi (302) 886-2268

**3Q04 ASP Data**
**Labelers 00186 and 00310**

11/11/2004

| NDC | ASP |
|---|---|
| 00186026503 | 0.319828 |
| 00186027512 | 0.152807 |
| 00186027613 | 0.590903 |
| 00186027713 | 0.338101 |
| 00186027812 | 0.000000 |
| 00186027844 | 3.765645 |
| 00186027854 | 5.383066 |
| 00186190501 | 0.250821 |
| 00186190601 | 0.246977 |
| 00310004910 | 0.000000 |
| 00310010810 | 0.690886 |
| 00310032111 | 0.000000 |
| 00310032115 | 0.000000 |
| 00310032130 | 28.609909 |
| 00310032511 | 0.000000 |
| 00310032515 | 12.775900 |
| 00310032520 | 13.960914 |
| 00310037510 | 93.929683 |
| 00310037561 | 6.831386 |
| 00310037610 | 4.685271 |
| 00310037611 | 0.000000 |
| 00310037631 | 9.815421 |
| 00310037633 | 0.000000 |
| 00310037634 | 0.000000 |
| 00310037660 | 7.844979 |
| 00310037720 | 18.256348 |
| 00310037721 | 0.000000 |
| 00310037732 | 18.928207 |
| 00310037733 | 0.000000 |
| 00310037734 | 0.000000 |
| 00310037762 | 4.205903 |
| 00310037851 | 9.859923 |
| 00310037951 | 19.691096 |
| 00310072025 | 150.855201 |
| 00310072050 | 151.854311 |
| 00310095036 | 189.598855 |
| 00310095130 | 269.810273 |
| 00310096036 | 0.000000 |
| 00310096130 | 0.000000 |
| 00310328610 | 0.000000 |

**MT 038691**

**PRIVILEGED AND CONFIDENTIAL**
**Page 2 of 2**

# EXHIBIT 8

AstraZeneca

May 12, 2005

Department of Public Health and Human Services
Attn: State Pharmacy Manager
1400 Broadway
P.O. Box 202951
Helena, MT 59620

Re:    1Q05 Average Sales Price
       Labelers 00186 and 00310

In accordance with Section III (D)(2) of the June 2003 Corporate Integrity Agreement (CIA) between AstraZeneca Pharmaceuticals LP and the Office of Inspector General (OIG), enclosed are the 1st Quarter 2005 Average Sales Prices for Covered Products identified in Appendix A of the CIA which have been calculated in accordance with the requirements of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, as they may be refined by the Secretary of the Department of Health and Human Services through the issuance of regulations or written directives.

In an effort to keep our files current, we are requesting that you email any address changes and your contact person's telephone number (for Fed Ex deliveries) to:

       Cindy.Salfrank@astrazeneca.com

If you have any questions or concerns relating to these Average Sales Prices, please contact Cindy Salfrank at (302) 886-5287 or me at (302) 886-3671 and we will provide further details.

Sincerely,

*Christine McHenry*

Christine McHenry
Senior Manager, Government Pricing and Analytics
AstraZeneca Government Operations

Enclosures (2)

RECEIVED

MAY 1 3 2005

HEALTH RESOURCES
DIVISION

MT 038951

AstraZeneca LP
1800 Concord Pike  PO Box 15437  Wilmington DE  19850-5437

Tel        302 886 3000
www.astrazeneca-us.com

## ATTACHMENT 'A' CERTIFICATION FORM

## **CERTIFICATION**

The undersigned, a high managerial agent of AstraZeneca Pharmaceuticals LP, hereby certifies that the attached average sale price information has been communicated to First DataBank and to the State Medicaid programs indicated below and that it has been calculated in accordance with the requirements of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, as they may be refined by the Secretary of the Department of Health and Human Services through regulations or written directives. I further acknowledge that the average sale prices so reported will be filed with and used in the administration of the _____*Montana*_____ State Medicaid program(s).

Signed *Christine McHenry*
       Christine McHenry

Title:  Sr. Manager, Government Pricing and Analytics

Date: *5/12/05*

**MT 038952**

| NDC | PKG ASP |
|---|---|
| 00186011001 | 1.55 |
| 00186011201 | 5.90 |
| 00186011291 | 25.97 |
| 00186011401 | 7.05 |
| 00186011412 | 18.94 |
| 00186011491 | 30.16 |
| 00186011501 | 1.69 |
| 00186011512 | 9.19 |
| 00186011701 | 6.37 |
| 00186011712 | 22.61 |
| 00186011791 | 38.59 |
| 00186011801 | Last Payable 12/31/04 |
| 00186011891 | 0.00 |
| 00186012001 | 2.04 |
| 00186012201 | 7.60 |
| 00186012212 | 24.43 |
| 00186012213 | Last Payable 08/31/02 |
| 00186012291 | 33.98 |
| 00186012501 | 1.97 |
| 00186012512 | Last Payable 04/30/03 |
| 00186013501 | 3.59 |
| 00186013701 | 6.68 |
| 00186014001 | 3.27 |
| 00186014501 | 3.16 |
| 00186015001 | 3.96 |
| 00186015501 | 4.03 |
| 00186016001 | 4.46 |
| 00186016601 | Last Payable 12/31/04 |
| 00186016801 | Last Payable 05/31/04 |
| 00186016901 | 0.00 |
| 00186021003 | 12.48 |
| 00186021203 | 76.83 |
| 00186021503 | 18.29 |
| 00186022503 | 0.00 |
| 00186023003 | 17.36 |
| 00186023203 | 21.39 |
| 00186024002 | 0.00 |
| 00186024012 | 0.00 |
| 00186024044 | 20.26 |
| 00186024113 | 16.47 |
| 00186024213 | 16.82 |
| 00186024312 | 9.64 |
| 00186024412 | 0.00 |
| 00186024444 | 21.14 |
| 00186024502 | 0.00 |
| 00186024554 | 30.80 |
| 00186025002 | 37.69 |
| 00186025502 | 32.81 |
| 00186025592 | Last Payable 02/01/04 |
| 00186026002 | 39.26 |
| 00186026092 | 0.00 |
| 00186026502 | 43.64 |

**MT 038953**

PRIVILEGED AND CONFIDENTIAL
Page 1 of 2

Contacts:. Cindy Salfrank (302) 886-5287
Christine McHenry (302) 886-3671

| NDC | PKG ASP |
|---|---|
| 00186026503 | 16.97 |
| 00186027512 | 7.08 |
| 00186027613 | 11.33 |
| 00186027713 | 16.94 |
| 00186027812 | 0.00 |
| 00186027844 | 16.71 |
| 00186027854 | 0.00 |
| 00186190501 | 721.23 |
| 00186190601 | 1,423.88 |
| 00310004910 | 0.00 |
| 00310010810 | 35.56 |
| 00310032111 | Last Payable 06/01/04 |
| 00310032115 | 0.00 |
| 00310032130 | 360.58 |
| 00310032511 | Last Payable 11/30/04 |
| 00310032515 | Last Payable 06/01/04 |
| 00310032520 | 173.21 |
| 00310037510 | 0.00 |
| 00310037561 | 0.00 |
| 00310037610 | 92.09 |
| 00310037611 | 0.00 |
| 00310037631 | 0.00 |
| 00310037633 | 0.00 |
| 00310037634 | 0.00 |
| 00310037660 | 0.00 |
| 00310037720 | 197.97 |
| 00310037721 | 0.00 |
| 00310037732 | 0.00 |
| 00310037733 | 0.00 |
| 00310037734 | 0.00 |
| 00310037762 | 0.00 |
| 00310037851 | 277.86 |
| 00310037951 | 557.50 |
| 00310072025 | 764.40 |
| 00310072050 | 767.79 |
| 00310095036 | 211.08 |
| 00310095130 | 485.49 |
| 00310096036 | 0.00 |
| 00310096130 | 0.00 |
| 00310328610 | 0.00 |

MT 038954

PRIVILEGED AND CONFIDENTIAL
Page 2 of 2

Contacts:  Cindy Salfrank (302) 886-5287
Christine McHenry (302) 886-3671

# EXHIBIT 9

**AstraZeneca**

August 11, 2005

Department of Public Health and Human Services
Attn: State Pharmacy Manager
1400 Broadway
P.O. Box 202951
Helena, MT 59601

RECEIVED

AUG 1 5 2005

HEALTH RESOURCES
DIVISION

Re:   2Q05 Average Sales Price
      Labelers 00186 and 00310

In accordance with Section III (D)(2) of the June 2003 Corporate Integrity Agreement (CIA) between AstraZeneca Pharmaceuticals LP and the Office of Inspector General (OIG), enclosed are the 2nd Quarter 2005 Average Sales Prices for Covered Products identified in Appendix A of the CIA which have been calculated in accordance with the requirements of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, as they may be refined by the Secretary of the Department of Health and Human Services through the issuance of regulations or written directives.

In an effort to keep our files current, we are requesting that you email any address changes and your contact person's telephone number (for Fed Ex deliveries) to:

        Ryan.Bruce@astrazeneca.com

If you have any questions or concerns relating to these Average Sales Prices, please contact Ryan Bruce at (302) 886-3956 or me at (302) 886-3671 and we will provide further details.

Sincerely,

*Christine McHenry*

Christine McHenry
Senior Manager, Government Pricing and Analytics
AstraZeneca Government Operations

Enclosures (2)

**MT 038955**

**AstraZeneca LP**
1800 Concord Pike  PO Box 15437  Wilmington DE 19850-5437

Tel      302 886 3000
www.astrazeneca-us.com

AZLP1001 (02/00)

# ATTACHMENT 'A' CERTIFICATION FORM

## CERTIFICATION

The undersigned, a high managerial agent of AstraZeneca Pharmaceuticals LP, hereby certifies that the attached average sale price information has been communicated to First DataBank and to the State Medicaid programs indicated below and that it has been calculated in accordance with the requirements of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, as they may be refined by the Secretary of the Department of Health and Human Services through regulations or written directives.  I further acknowledge that the average sale prices so reported will be filed with and used in the administration of the _____Montana_____ State Medicaid program(s).

Signed  *Christine McHenry*
       Christine McHenry

Title:  Sr. Manager, Government Pricing and Analytics

Date:  8/10/05

**MT 038956**

## 2Q2005 Smoothed Calculation

$$\frac{(\text{Accounts Receivable \$ - Exempt Sales \$}_{SMOOTHED} - \text{Price Concession }_{SMOOTHED})}{(\text{Accounts Receivable Units} - \text{Exempt Sales Units}_{SMOOTHED}) * \text{Units Per Package}}$$

For the Total Sales and Total Units basis in the smoothing methodology, AstraZeneca utilizes direct non-contracted transactions. This provides a consistent and appropriate basis for smoothing the price concession components of the calculation. Steps followed in the smoothing methodology are listed below:

- Step 1 in the price concession methodology is to calculate two totals as follows [2Q 2005 ASP calculation example]:

  - Exempt Sales $\$_{3Q\ 2004\text{-}2Q\ 2005}$ = (Chargeback Sales$_{3Q\ 2004\text{-}2Q\ 2005}$ @ WAC \$) * 0.98

  - Price Concessions $\$_{3Q\ 2004\text{-}2Q\ 2005}$ = Accounts Receivable Price Concessions $\$_{3Q\ 2004\text{-}2Q\ 2005}$ + Chargeback Discounts Price Concessions $\$_{3Q\ 2004\text{-}2Q\ 2005}$ + Managed Care Discount Price Concessions $\$_{3Q\ 2004\text{-}2Q\ 2005}$

- Step 2 is to calculate two ratios as follows:

  - Exempt Sales Ratio$_{2Q\ 2005}$ = Exempt Sales $\$_{3Q\ 2004\text{-}2Q\ 2005}$ / Direct Non Contracted Sales $\$_{3Q\ 2004\text{-}2Q\ 2005}$

  - Price Concession Ratio$_{2Q\ 2005}$ = Price Concession $\$_{3Q\ 2004\text{-}2Q\ 2005}$ / Direct Non Contracted Sales $\$_{3Q\ 2004\text{-}2Q\ 2005}$

- Step 3 is to apply the two ratios against the current quarter's direct non-contracted sales/units as follows:

  - Smoothed Exempt Sales $\$_{2Q\ 2005}$ = Direct Non-Contracted Sales $\$_{2Q\ 2005}$ * Exempt Sales Ratio$_{2Q\ 2005}$

  - Smoothed Exempt Sales Units$_{2Q\ 2005}$ = Direct Non-Contracted Units$_{2Q\ 2005}$ * Exempt Sales Ratio$_{2Q\ 2005}$

  - Smoothed Price Concession $\$_{2Q\ 2005}$ = Direct Non-Contracted Sales $\$_{2Q\ 2005}$ * Price Concession Ratio$_{2Q\ 2005}$

- Step 4 is to calculate the ASP with the smoothed exempt sales and smoothed price concessions as follows:

*Average Sale Price$_{2Q\ 2005}$ =*

$$\frac{(\text{Accounts Receivable \$}_{2Q\ 2005} - \text{Smoothed Exempt Sales \$}_{2Q\ 2005} - \text{Smoothed Price Concession \$}_{2Q\ 2005})}{(\text{Accounts Receivable Units}_{2Q\ 2005} - \text{Smoothed Exempt Sales Units}_{2Q\ 2005}) * \text{Units Per Pkg}}$$

MT 038957

| NDC | PKG ASP |
|---|---|
| 00186011001 | 1.54 |
| 00186011201 | 5.76 |
| 00186011291 | 25.72 |
| 00186011401 | 6.83 |
| 00186011412 | 18.25 |
| 00186011491 | 30.56 |
| 00186011501 | 1.61 |
| 00186011512 | 8.33 |
| 00186011701 | 6.34 |
| 00186011712 | 22.40 |
| 00186011791 | 38.80 |
| 00186011801 | Last Payable 12/31/04 |
| 00186011891 | Last Payable 2/28/05 |
| 00186012001 | 2.00 |
| 00186012201 | 7.08 |
| 00186012212 | 23.69 |
| 00186012213 | Last Payable 8/31/02 |
| 00186012291 | 34.33 |
| 00186012501 | 1.90 |
| 00186012512 | Last Payable 4/30/03 |
| 00186013501 | 3.58 |
| 00186013701 | 6.39 |
| 00186014001 | 3.15 |
| 00186014501 | 3.24 |
| 00186015001 | 3.97 |
| 00186015501 | 4.07 |
| 00186016001 | 4.55 |
| 00186016601 | Last Payable 12/31/04 |
| 00186016801 | Last Payable 5/31/04 |
| 00186016901 | 0.00 |
| 00186021003 | 12.06 |
| 00186021203 | 76.70 |
| 00186021503 | 18.38 |
| 00186022503 | Last Payable 9/30/03 |
| 00186023003 | 16.53 |
| 00186023203 | 20.13 |
| 00186024002 | 0.00 |
| 00186024012 | 0.00 |
| 00186024044 | 18.81 |
| 00186024113 | 16.38 |
| 00186024213 | 16.22 |
| 00186024312 | 9.61 |
| 00186024412 | Last Payable 3/31/05 |
| 00186024444 | 19.26 |
| 00186024502 | 0.00 |
| 00186024554 | 30.27 |
| 00186025002 | 36.34 |
| 00186025502 | 31.34 |
| 00186025592 | Last Payable 2/1/04 |
| 00186026002 | 40.27 |
| 00186026092 | 0.00 |
| 00186026502 | 44.77 |

**MT 038958**

**PRIVILEGED AND CONFIDENTIAL**
**Page 1 of 2**

Contacts:  Ryan Bruce (302) 886-3956
Christine McHenry (302) 886-3671

| NDC | PKG ASP |
|---|---|
| 00186026503 | 17.42 |
| 00186027512 | 6.83 |
| 00186027613 | 10.86 |
| 00186027713 | 16.10 |
| 00186027812 | 0.00 |
| 00186027844 | 16.16 |
| 00186027854 | 0.00 |
| 00186190501 | 725.02 |
| 00186190601 | 1,459.14 |
| 00186602001 | 416.50 |
| 00186604001 | 830.57 |
| 00310004910 | 0.00 |
| 00310010810 | 36.91 |
| 00310032111 | Last Payable 6/1/04 |
| 00310032115 | 0.00 |
| 00310032130 | 369.25 |
| 00310032511 | Last Payable 11/30/04 |
| 00310032515 | Last Payable 6/1/04 |
| 00310032520 | 193.09 |
| 00310037510 | 0.00 |
| 00310037561 | 0.00 |
| 00310037610 | 95.38 |
| 00310037611 | 0.00 |
| 00310037631 | 0.00 |
| 00310037633 | 0.00 |
| 00310037634 | 0.00 |
| 00310037660 | 0.00 |
| 00310037720 | 200.29 |
| 00310037721 | 0.00 |
| 00310037732 | 0.00 |
| 00310037733 | 0.00 |
| 00310037734 | 0.00 |
| 00310037762 | 0.00 |
| 00310037851 | 283.61 |
| 00310037951 | 567.81 |
| 00310072025 | 764.54 |
| 00310072050 | 767.93 |
| 00310095036 | 208.33 |
| 00310095130 | 445.17 |
| 00310096036 | 0.00 |
| 00310096130 | 0.00 |
| 00310328610 | 0.00 |

MT 038959

PRIVILEGED AND CONFIDENTIAL
Page 2 of 2

# EXHIBIT 10



November 10, 2005

Department of Public Health and Human Services
Attn: State Pharmacy Manager
1400 Broadway
P.O. Box 202951
Helena, MT 59601

RECEIVED

NOV 1 5 2005

HEALTH RESOURCES
DIVISION

Re:    3Q05 Average Sales Price
       Labelers 00186 and 00310

In accordance with Section III (D)(2) of the June 2003 Corporate Integrity Agreement (CIA) between AstraZeneca Pharmaceuticals LP and the Office of Inspector General (OIG), enclosed are the 3rd Quarter 2005 Average Sales Prices for Covered Products identified in Appendix A of the CIA which have been calculated in accordance with the requirements of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, as they may be refined by the Secretary of the Department of Health and Human Services through the issuance of regulations or written directives.

In an effort to keep our files current, we are requesting that you email any address changes and your contact person's telephone number (for Fed Ex deliveries) to:

       Ryan.Bruce@astrazeneca.com

If you have any questions or concerns relating to these Average Sales Prices, please contact Ryan Bruce at (302) 886-3956 or me at (302) 886-3671 and we will provide further details.


Sincerely,

Joseph Myer,
Senior Manager, Government Pricing and Analytics
AstraZeneca Government Operations

Enclosures (2)


**MT 037983**

**AstraZeneca LP**
1800 Concord Pike  PO Box 15437  Wilmington DE  19850-5437

Tel      302 886 3000
www.astrazeneca-us.com

## ATTACHMENT 'A' CERTIFICATION FORM

## CERTIFICATION

The undersigned, a high managerial agent of AstraZeneca Pharmaceuticals LP, hereby certifies that the attached average sale price information has been communicated to First DataBank and to the State Medicaid programs indicated below and that it has been calculated in accordance with the requirements of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, as they may be refined by the Secretary of the Department of Health and Human Services through regulations or written directives.  I further acknowledge that the average sale prices so reported will be filed with and used in the administration of the ___Montana___ State Medicaid program(s).

Signed ___Joseph Myer___
            Joseph Myer

Title:  Sr. Manager, Government Pricing and Analytics

Date:  11/10/05

**MT 037984**

## 3Q2005 Smoothed Calculation

$$\frac{(Accounts\ Receivable\ \$ - Exempt\ Sales\ \$_{SMOOTHED} - Price\ Concession\ _{SMOOTHED})}{(Accounts\ Receivable\ Units - Exempt\ Sales\ Units_{SMOOTHED})\ *\ Units\ Per\ Package}$$

For the Total Sales and Total Units basis in the smoothing methodology, AstraZeneca utilizes direct non-contracted transactions. This provides a consistent and appropriate basis for smoothing the price concession components of the calculation. Steps followed in the smoothing methodology are listed below:

- Step 1 in the price concession methodology is to calculate two totals as follows [3Q 2005 ASP calculation example]:

  - **Exempt Sales $\$_{4Q\ 2004-3Q\ 2005}$ = (Chargeback Sales$_{4Q\ 2004-3Q\ 2005}$ @ WAC $) * 0.98**

  - **Price Concessions $\$_{4Q\ 2004-3Q\ 2005}$ = Accounts Receivable Price Concessions $\$_{4Q\ 2004-3Q\ 2005}$ + Chargeback Discounts Price Concessions $\$_{4Q\ 2004-3Q\ 2005}$ + Managed Care Discount Price Concessions $\$_{4Q\ 2004-3Q\ 2005}$**

- Step 2 is to calculate two ratios as follows:

  - **Exempt Sales Ratio$_{3Q\ 2005}$ = Exempt Sales $\$_{4Q\ 2004-3Q\ 2005}$ / Direct Non Contracted Sales $\$_{4Q\ 2004-3Q\ 2005}$**

  - **Price Concession Ratio$_{3Q\ 2005}$ = Price Concession $\$_{4Q\ 2004-3Q\ 2005}$ / Direct Non Contracted Sales $\$_{4Q\ 2004-3Q\ 2005}$**

- Step 3 is to apply the two ratios against the current quarter's direct non-contracted sales/units as follows:

  - **Smoothed Exempt Sales $\$_{3Q\ 2005}$ = Direct Non-Contracted Sales $\$_{3Q\ 2005}$ * Exempt Sales Ratio$_{3Q\ 2005}$**

  - **Smoothed Exempt Sales Units$_{3Q\ 2005}$ = Direct Non-Contracted Units$_{3Q\ 2005}$ * Exempt Sales Ratio$_{3Q\ 2005}$**

  - **Smoothed Price Concession $\$_{3Q\ 2005}$ = Direct Non-Contracted Sales $\$_{3Q\ 2005}$ * Price Concession Ratio$_{3Q\ 2005}$**

- Step 4 is to calculate the ASP with the smoothed exempt sales and smoothed price concessions as follows:

*Average Sale Price$_{3Q\ 2005}$ =*

$$\frac{(Accounts\ Receivable\ \$_{3Q\ 2005} - Smoothed\ Exempt\ Sales\ \$_{3Q\ 2005} - Smoothed\ Price\ Concession\ \$_{3Q\ 2005})}{(Accounts\ Receivable\ Units_{3Q\ 2005} - Smoothed\ Exempt\ Sales\ Units_{3Q\ 2005})\ *\ Units\ Per\ Pkg}$$

**MT 037985**

**3Q05 ASP Data**
**Labelers 00186 and 00310**

11/10/2005

| NDC | PKG ASP |
|---|---|
| 00186011001 | 1.37 |
| 00186011201 | 5.05 |
| 00186011291 | 29.79 |
| 00186011401 | 5.90 |
| 00186011412 | 15.64 |
| 00186011491 | 27.40 |
| 00186011501 | 1.48 |
| 00186011512 | 7.68 |
| 00186011701 | 5.48 |
| 00186011712 | 21.81 |
| 00186011791 | 35.99 |
| 00186012001 | 1.86 |
| 00186012201 | 5.48 |
| 00186012212 | 20.70 |
| 00186012291 | 28.29 |
| 00186012501 | 1.64 |
| 00186013501 | 3.51 |
| 00186013701 | 5.62 |
| 00186014001 | 2.71 |
| 00186014501 | 3.16 |
| 00186015001 | 3.86 |
| 00186015501 | 4.07 |
| 00186016001 | 4.64 |
| 00186021003 | 11.08 |
| 00186021203 | 70.03 |
| 00186021503 | 18.17 |
| 00186023003 | 13.74 |
| 00186023203 | 17.53 |
| 00186024044 | 15.57 |
| 00186024113 | 13.34 |
| 00186024213 | 14.88 |
| 00186024312 | 9.47 |
| 00186024444 | 16.30 |
| 00186024554 | 28.84 |
| 00186025002 | 31.09 |
| 00186025502 | 27.39 |
| 00186026002 | 41.40 |
| 00186026092 | 0.00 |
| 00186026502 | 42.98 |
| 00186026503 | 17.31 |
| 00186027512 | 6.26 |
| 00186027613 | 9.95 |
| 00186027713 | 14.28 |
| 00186027844 | 15.10 |
| 00186190501 | 661.06 |
| 00186190601 | 1,406.74 |
| 00186602001 | 301.27 |
| 00186604001 | 481.61 |
| 00310004910 | 0.00 |
| 00310010810 | 36.40 |
| 00310032130 | 365.41 |
| 00310032520 | 183.88 |

**MT 037986**

PRIVILEGED AND CONFIDENTIAL

Contacts:  Ryan Bruce (302) 886-3956
Joseph Myer (302) 886-8503

**3Q05 ASP Data**
**Labelers 00186 and 00310**

11/10/2005

| NDC | PKG ASP |
|---|---|
| 00310037510 | 0.00 |
| 00310037561 | 0.00 |
| 00310037610 | 0.00 |
| 00310037611 | 0.00 |
| 00310037631 | 0.00 |
| 00310037633 | 0.00 |
| 00310037634 | 0.00 |
| 00310037660 | 0.00 |
| 00310037720 | 0.00 |
| 00310037732 | 0.00 |
| 00310037733 | 0.00 |
| 00310037734 | 0.00 |
| 00310037762 | 0.00 |
| 00310037851 | 286.23 |
| 00310037951 | 570.87 |
| 00310072025 | 764.76 |
| 00310072050 | 768.15 |
| 00310095036 | 212.71 |
| 00310095130 | 526.81 |
| 00310096036 | 0.00 |
| 00310096130 | 0.00 |
| 00310328610 | 0.00 |

MT 037987

**PRIVILEGED AND CONFIDENTIAL**
**Page 2 of 2**

Contacts:  Ryan Bruce (302) 886-3956
Joseph Myer (302) 886-8503

# ADDRESS CHANGE FOR LABELER 64376 and 67887

3550 NW 126TH AVENUE
CORAL SPRINGS, FL  33065

PH: 954-346-8810
FAX: 954-346-8832

*Please Change Your Records Accordingly*

**MT 037988**