# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |
| | MDL NO. 1456 |
| | MASTER FILE NO. 01-CV-12257-PBS |
| | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| *State of Nevada v. American Home Products Corp., et al.*, Civil Action No. 02-12086-PBS | |

## DECLARATION OF JAMES J. DUFFY IN SUPPORT OF THE INDIVIDUAL REPLY OF DEFENDANT ASTRAZENECA PHARMACEUTICALS LP IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

I, James J. Duffy, declare the following:

1.  I am an associate of the law firm of Davis Polk & Wardwell, attorneys for Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") in the above-referenced action. I submit this declaration in support of AstraZeneca's individual reply in further support of its motion for summary judgment.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a Report and Recommendation on Defendants' Joint Motion For Redress For Spoliation of Evidence, March 14, 2007 (Docket No. 3843) (Bowler, J.).

3.	Attached hereto as Exhibit 2 is a true and correct excerpted copy of the transcript of the April 11, 2007 pre-trial conference before Judge Saris, *In re Pharm. Indus. Average Wholesale Price Litig.*, MDL No. 1456, CIV. A. No. 01-12257-PBS, pages 21-23.

4.	Attached hereto as Exhibit 3 is a true and correct excerpted copy of the Calculation of Damages and Penalties for the State of Nevada, Declaration of Raymond S. Hartman, dated June 13, 2006 ("Hartman NV Decl.") ¶¶ 14-17, 21.

I swear under penalty of perjury under the laws of the State of New York and the United States of America that the foregoing is true and correct.

Dated:	New York, New York
	May 10, 2007

By: /s/ James J. Duffy
	James J. Duffy (admitted *pro hac vice*)
	DAVIS POLK & WARDWELL
	450 Lexington Avenue
	New York, New York  10017
	Tel:  (212) 450-4000

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2007, I caused a true and correct copy of the foregoing, Declaration of James J. Duffy in Support of the Individual Reply of Defendant AstraZeneca Pharmaceuticals LP in Further Support of its Motion for Summary Judgment, to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 in MDL No. 1456.

                                                /s/ Katherine B. Schmeckpeper
                                                Katherine B. Schmeckpeper