IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| **In re: PHARMACEUTICAL INDUSTRY** | ) | |
| **AVERAGE WHOLESALE PRICE** | ) | |
| **LITIGATION** | ) | MDL NO. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| | ) | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | |
| *State of Montana v. Abbott Labs., Inc., et al.,* | ) | |
| CA No. 02-CV-12084-PBS | ) | |
| | ) | |

**SUPPLEMENTAL DECLARATION OF MICHAEL DOSS IN SUPPORT OF BAYER
CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

I, Michael Doss, hereby declare and state as follows:

1.      I am an attorney admitted to practice in the State of Illinois and am a partner with
the law firm of Sidley Austin LLP.  I have been admitted pro hac vice to practice before this
Court in the above-captioned action as one of the counsel for defendant Bayer Corporation
("Bayer").  I submit this declaration in connection with Bayer's Motion for Summary Judgment.
I have knowledge of the facts stated below based on my personal knowledge and my review of
discovery materials in this proceeding.

2.      On or about June 8, 2006, the State of Montana ("Montana") produced to Bayer
for the first time copies of Bayer's average sale price ("ASP") reports the State had located in its
files, which were responsive to Bayer's January 31, 2006 request for production.  (*See* June 8,
2006 Letter from H. Westre to M. Doss, attached hereto as Ex. A.)

3.      On or about August 4, 2006, Bayer produced to Montana copies of each quarterly
ASP report Bayer provided Montana's Medicaid program, together with certified U.S. mail

-1-

return receipts demonstrating when Montana had received all of these ASP reports. (*See* August 4, 2006 Letter from B. Keith to J. Breckenridge, attached hereto as Ex. B.)

4.　　　On or about August 11, 2006, Montana re-produced to Bayer many of the ASP reports the State had produced on June 8, but with different Bates numbers. (*See* August 11, 2006 Letter from L. Liston to M. Doss, attached hereto as Ex. C.)

5.　　　Attached hereto as indicated below are true and correct copies of Bayer's ASP reports that Montana produced to Bayer from its own Medicaid files on June 8 or August 11, 2006, as well as the U.S. postal service return receipt acknowledgements demonstrating when Montana received each report.

| Exhibit | Quarter – Year | U.S. Mail Receipt Confirmation | ASP Report Produced by MT |
|---|---|---|---|
| D-1 | 2Q – 2001 | BAYMT-000001 | MT 076330-076335 |
| D-2 | 2Q – 2001 (revised) | BAYMT-000034 | MT 076440-076448 |
| D-3 | 3Q – 2001 | BAYMT-000042 | MT 076407-076411 |
| D-4 | 4Q - 2001 | BAYMT-000076 | MT 0076374-076380 |
| D-5 | 1Q – 2002 | BAYMT-000110 | MT 076298-076303 |
| D-6 | 2Q – 2002 | BAYMT-000143 | MT 076704-076710 |
| D-7 | 3Q - 2002 | BAYMT-000177 | MT 038082-038084 MT 038111-038113 |
| D-8 | 4Q – 2002 | BAYMT-000210 | MT 076663-076669 |
| D-9 | 1Q – 2003 | BAYMT-000244 | MT 076630-076635 MT 076662 |
| D-10 | 2Q – 2003 | BAYMT-000278 | MT 076583-076589 MT 076616 |
| D-11 | 3Q – 2003 | BAYMT-000313 | MT 037993-037999 MT 038026 |
| D-12 | 4Q – 2003 | BAYMT-000348 | MT 077018-077023 MT 077050 |
| D-13 | 1Q – 2004 | BAYMT-000383 | MT 076911-076918 MT 076965-076967 |

| Exhibit | Quarter – Year | U.S. Mail Receipt Confirmation | ASP Report Produced by MT |
|---------|----------------|--------------------------------|---------------------------|
| D-14 | 2Q – 2004 | BAYMT-000418 | MT 076853-076857A<br>MT 076910 |
| D-15 | 3Q – 2004 | BAYMT-000452 | MT 076829-076834<br>MT 076838 |
| D-16 | 3Q – 2004<br>(revised) | BAYMT-000464 | MT 076802-076806 |
| D-17 | 4Q – 2004 | BAYMT-000471 | MT 076772-076778<br>MT 076782 |
| D-18 | 1Q – 2005 | BAYMT-000493 | MT 076760-076767 |
| D-19 | 2Q – 2005 | BAYMT-000507 | MT 076538-076544<br>MT 076549 |
| D-20 | 3Q – 2005 | BAYMT-000520 | MT 038058-038064<br>MT 038068 |
| D-21 | 4Q – 2005 | BAYMT-000532 | MT 076514-076519 |
| D-22 | 1Q – 2006 | BAYMT-000543 | MT 037965-037970<br>MT 037974 |

6.      Attached hereto as Exhibits E and F respectively are true and correct copies of excerpts of the deposition testimony of Raymond S. Hartman, August 22, 2006 Vol. 1, and of Montana's designated 30(b)(6) witness, Jeff Buska, Vol. III, December 15, 2006.

7.      Attached hereto as Exhibit G are true and correct copies of excerpts from the Pretrial Conference before the Honorable Patti B. Saris, April 11, 2007.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on May 10, 2007 at Chicago, Illinois.


            ____/s/ Michael Doss_____
            Michael Doss

CH1 3733328v.2