# Exhibit A



HEATHER M. WESTRE
DIRECT • (206) 268-9316
HEATHERW@HBSSLAW.COM

**HAGENS BERMAN
SOBOL SHAPIRO LLP**

June 8, 2006

<u>*Via E-Mail & First Class Mail*</u>

Mr. Michael P. Doss
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

    Re:   <u>Montana AWP Litigation</u>

Dear Michael:

    Enclosed you will find the following bates numbered documents: MT 037913 (CD), MT 037965-037974, MT 037993-038026, MT 038058-038068, MT 038082-038113, MT 038141-038142, MT 038188-038251, MT 038264-038413, MT 038428-038439, MT 038473-038506, MT 038520-038580, MT 038594-038626, MT 038650-038672, MT 038692-038696, MT 038719-038728, MT 038753-038867, MT 038918-038950. These Bayer documents were located in the State of Montana's files. They have not been produced to other defendants. Please distribute as your client finds necessary.

                     Sincerely,

                     HAGENS BERMAN SOBOL SHAPIRO LLP

                     Heather M. Westre
                     Assistant to Jeniphr A.E. Breckenridge

Enclosure

ATTORNEYS AT LAW        SEATTLE  LOS ANGELES  CAMBRIDGE  PHOENIX  CHICAGO
T 206.623.7292  F 206.623.0594
1301 FIFTH AVENUE  SUITE 2900  SEATTLE, WASHINGTON 98101
www.hagens-berman.com

001534-15 112692 V1