# Exhibit B



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT | GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEW YORK | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>TOKYO<br>WASHINGTON, DC |

bkeith@sidley.com
(312) 853-7814

FOUNDED 1866

August 4, 2006

**By Federal Express**

Jeniphr A.E. Breckenridge
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Re:   *State of Montana v. Abbott Labs., Inc., et al.*

Dear Jeniphr:

      In response to your June 16, 2006 letter concerning Bayer's average sale price ("ASP") reports, please find enclosed copies of each quarterly ASP report Bayer gave Montana Medicaid from Q2 2001 to Q1 2006, together with certified mail acknowledgments demonstrating that Montana received all of these ASP reports. These documents are Bates labeled BAY-MT000001 to BAY-MT000553. Because they contain Bayer's internal pricing information, the documents are designated Highly Confidential and should be treated accordingly under the Court's Protective Order.

Very truly yours,

*Ben Keith*

Ben Keith

Enclosures

cc:   Richard D. Raskin,
     Michael P. Doss,
     Sidley Austin LLP