# Exhibit C



LESA LISTON
DIRECT • (206) 268-9319
LESA@HBSSLAW.COM

HAGENS BERMAN
SOBOL SHAPIRO LLP

August 11, 2006

***Via UPS Overnight Delivery***

Mr. Michael P. Doss
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

　　　　　Re:　AWP - Montana

Dear Michael:

　　　　Enclosed please find AWP Montana documents pertaining to Bayer with new bates numbers. The original documents that were sent to you. MT 038141-038142, MT 038188-038251, MT 038264-038413, MT 038428-038439, MT 038473-038506, MT 038520-038580, MT 038594-038626, MT 038650-038672, MT 038692-038696, MT 038719-038728, MT 038753-038867, MT 038918-038950 were duplicated on mistake. We apologize for this error.

　　　　The new and correct bates numbers for the Bayer documents are: MT 076251-076252, MT 076298-076361, MT 076374-076523, MT 076538-076549, MT 076583-076616, MT 076630-076690, MT 076704-076736, MT 076760-076782, MT 076802-076806, MT 076829-076838, MT 076853-076967, MT 077018-077050.

　　　　Additional, please note from the initial Bayer production the following bates numbers were not duplicated in error: MT 037913 (CD), MT 037965-037974, MT 037993-038026, MT 038058-038068, and MT 038082-038113. If you have any questions please give me a call. Thank-you

　　　　　　　　Sincerely yours,

　　　　　　　　Lesa Liston
　　　　　　　　Paralegal to Jeniphr A.E. Breckenridge

LRL:LL