# Exhibit D

# Exhibit D-1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
42 Olive Street
Helena, Montana  59601

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery

C. Signature
X  Dorethy  ☐ Agent  ☒ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7001 0360 0004 3265 6100

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent: Pharmacy Director
Street, or PO: 42 Olive Street
City, S: Helena, Montana  59601

7001 0360 0004 3265 6100

**CONFIDENTIAL**

BAY-MT000001



Paul R. Berry
Vice President
Assistant General Counsel
and Assistant Secretary

August 15, 2001

RECEIVED
SEP 04 2001
HEALTH POLICY & SERVICES

Pharmacy Director
42 Olive Street
Helena, Montana 59601

Re:   Report of Average Sale Price

To Whom It May Concern:

In conformance with the terms of the State Settlement Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the State of Montana Bayer submits herewith the following

1.   Report of Average Sale Price for the second quarter of 2001 (Section III(D)(2)(b)).

2.   A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Corporation Pharmaceutical Division

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any questions

Very truly yours

Paul R. Berry

ep
Enclosures

**MT 076330**

asp_ltr_to_states.doc

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone. 203 812-6081
Fax  203 812-2795
paul.berry.b@bayer.com

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs of the state indicated below and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with and used in the administration of the State Medicaid programs identified below.

State Medicaid Programs:

Montana

_____
Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division

MT 076331

8/15-2001
Date

certification_state.doc

Division: Pharmaceutical  
Report: Average Selling Price  

Bayer Pharmaceuticals - Quarter 2001/02  
Average Sales Price Quarterly Report  

1 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-2521-06 | 252110 | PRAZIQUANTEL | 9.711347 |
| 00026-2613-01 | 261320 | DOME-PASTE BANDAGE 3" | 12.243365 |
| 00026-2614-01 | 261440 | DOME-PASTE BANDAGE 4" | 13.445070 |
| 00026-2855-48 | 285530 | NIMODIPINE | 5.550829 |
| 00026-2855-70 | 285540 | NIMODIPINE CAPS UNIT DOSE PKG/30 | 5.852489 |
| 00026-2861-51 | 286110 | ACARBOSE TABLET 50MG BOTTLE OF 100 | 0.439264 |
| 00026-2861-48 | 286120 | ACARBOSE TABLET 50MG UD BOTTLE OF 100 | 0.449046 |
| 00026-2862-51 | 286210 | ACARBOSE TABLET 100MG BOTTLE OF 100 | 0.552643 |
| 00026-2863-51 | 286310 | PRECOSE 25MG | 0.433856 |
| 00026-2883-51 | 288310 | BAYCOL .2MG TABLETS | 1.214459 |
| 00026-2883-86 | 288350 | BAYCOL .2MG BTL. 90 | 1.135898 |
| 00026-2884-51 | 288410 | BAYCOL .3MG TABLETS | 1.470879 |
| 00026-2884-86 | 288450 | BAYCOL .3MG BTL. 90 | 1.138329 |
| 00026-2885-51 | 288510 | BAYCOL .4MG BTL. 100 | 1.351661 |
| 00026-2885-69 | 288540 | BAYCOL .4MG BTL. 30 | 1.160877 |
| 00026-2885-86 | 288550 | BAYCOL .4MG BTL. 90 | 1.153005 |
| 00026-2885-*9 | 288599 | BAYCOL .4MG DRUM | 0.593236 |
| 00026-2886-69 | 288640 | BAYCOL .8MG BTL. 30 | 1.731919 |
| 00026-2886-86 | 288650 | BAYCOL .8MG BTL. 90 | 1.657375 |
| 00026-3091-61 | 309110 | CLOTRIMAZOLE CREAM 1%-15GM | 0.597348 |
| 00026-3091-59 | 309126 | CLOTRIMAZOLE CREAM 1%-30GM | 0.528117 |
| 00026-3091-67 | 309186 | CLOTRIMAZOLE CREAM 90G(2X45G) TUBES | 0.272386 |
| 00026-8151-20 | 815140 | DACARBAZINE 200MG 20ML VIAL | 0.108165 |
| 00026-8161-15 | 816130 | MITHRACIN 2500 | 0.078080 |
| 00026-8196-36 | 819520 | APROTININ INJECTION | 1.756332 |
| 00026-8197-63 | 819530 | APROTININ INJECTION | 1.772471 |
| 00026-8511-06 | 851140 | CIPRO CYCTITIS PACK | 2.264985 |
| 00026-8512-51 | 851210 | CIPROFLOXACIN HCL 250MG BOTTLE/100 | 3.091326 |
| 00026-8512-48 | 851220 | CIPROFLOXACIN HCL 250MG 100'S UD | 2.986269 |
| 00026-8513-51 | 851310 | CIPROFLOXACIN HCL 500MG BOTTLE/100 | 3.065774 |
| 00026-8513-48 | 851320 | CIPROFLOXACIN HCL 500MG 100'S UD | 3.283912 |
| 00026-8514-48 | 851420 | CIPROFLOXACIN HCL 750MG 100'S UD | 3.431180 |

MT 076332

| | | Bayer Pharmaceuticals - Quarter 2001/02 | 2 of 2 |

Division: Pharmaceutical
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02
Average Sales Price Quarterly Report

2 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-8514-50 | 851430 | CIPROFLOXACIN HCL 750MG BOTTLE/50 | 3.626460 |
| 00026-8562-20 | 851620 | CIPROFLOXACIN IV 200MG VIALS | 0.438688 |
| 00026-8564-64 | 851640 | CIPROFLOXACIN IV 400MG VIALS | 0.470593 |
| 00026-8566-65 | 851660 | CIPRO IV PHARMACY BULK PKGS | 0.335826 |
| 00026-8552-36 | 852520 | CIPROFLOXACIN IV 200MG BAG | 0.090634 |
| 00026-8554-63 | 852540 | CIPROFLOXACIN IV 400MG BAG | 0.087110 |
| 00026-8527-36 | 852720 | CIPRO IV 200MG BAGS (BAXTER) | 0.091822 |
| 00026-8527-63 | 852740 | CIPRO IV 400MG BAGS (BAXTER) | 0.087922 |
| 00026-8551-36 | 855110 | CIPRO 5% ORAL SUSPENSION | 0.597522 |
| 00026-8553-36 | 855310 | CIPRO 10% ORAL SUSPENSION | 0.703834 |
| 00026-8581-69 | 858140 | AVELOX 400MG BTL 30 | 6.423356 |
| 00026-8581-41 | 858170 | AVELOX 400MG ABC PK 5'S | 6.421199 |
| 00026-8811-51 | 881110 | NIFEDIPINE CAPSULES 10MG BOTTLE/100 | 0.388449 |
| 00026-8841-51 | 884120 | NIFEDIPINE EXT RLSE TAB 30MG BOTTLE/100 | 0.810897 |
| 00026-8841-48 | 884130 | NIFEDIPINE EXT RLSE TAB 30MG UNIT DS/100 | 2.447002 |
| 00026-8841-54 | 884150 | NIFEDIPINE 30MG BULK PKG/1000    DS/100 | 0.894722 |
| 00026-8841-72 | 884160 | NIFEDIPINE 30MG BULK PKG/5000    DS/100 | 0.844311 |
| 00026-8851-51 | 885120 | NIFEDIPINE EXT RLSE TAB 60MG BOTTLE/100 | 1.318942 |
| 00026-8851-48 | 885130 | NIFEDIPINE EXT RLSE TAB 60MG UNIT DS/100 | 1.601757 |
| 00026-8851-54 | 885150 | NIFEDIPINE 60MG BULK PKG/1000    DS/100 | 1.506742 |
| 00026-8851-72 | 885160 | NIFEDIPINE 60MG BULK PKG/5000    DS/100 | 1.637422 |
| 00026-8861-51 | 886120 | NIFEDIPINE EXT RLSE TAB 90MG BOTTLE/100 | 1.624783 |
| 00026-8861-48 | 886130 | NIFEDIPINE EXT RLSE TAB 90MG UNIT DS/100 | 1.819443 |
| 00026-9711-01 | 971110 | VIADUR KIT WITH IMPLANT | 2,943.857143 |

**MT 076333**

Run Date & Time 7/26/2001   1:50:40PM

Division: Pharmaceutical  
Report: Average Selling Price  

Bayer Pharmaceuticals - Quarter 2001/02  
Average Sales Price Quarterly Report  

1 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-0372-30 | 37230 | KOGENATE FS 500 IU | 1.107396 |
| 00026-0372-50 | 37250 | KOGENATE FS 1000 IU | 1.105592 |
| 00026-0601-30 | 60130 | ALPHA-1 PI, 1/2 GRAM | 0.205988 |
| 00026-0601-35 | 60135 | ALPHA-1 PI, 1 GRAM | 0.212649 |
| 00026-0613-20 | 61320 | PLASMANATE, 50 ML W/O SET | 0.280481 |
| 00026-0613-25 | 61325 | PLASMANATE, 250 ML W/SET | 0.136510 |
| 00026-0618-02 | 61802 | BAYRAB | 59.764939 |
| 00026-0618-10 | 61810 | BAYRAB | 56.866346 |
| 00026-0631-01 | 63101 | BAYRHO-D | 72.109782 |
| 00026-0631-02 | 63102 | BAYRHO-D FULL DOSE 1ML SYRINGE W/SAFETY | 72.232355 |
| 00026-0631-05 | 63105 | BAYRHO-D | 146.118393 |
| 00026-0634-01 | 63401 | BAYTET | 82.294497 |
| 00026-0635-04 | 63504 | BAYGAM 2.0 ML, VIAL SINGLE | 10.550866 |
| 00026-0635-12 | 63512 | BAYGAM 10.0 ML, VIAL | 8.289432 |
| 00026-0636-00 | 63600 | BAYHEPB | 109.508612 |
| 00026-0636-01 | 63601 | BAYHEPB | 101.556344 |
| 00026-0636-05 | 63605 | BAYHEPB | 99.458285 |
| 00026-0648-12 | 64812 | GAMIMUNE-N 10% 10ML | 5.648889 |
| 00026-0648-15 | 64815 | GAMIMUNE N 10% 25ML | 4.680139 |
| 00026-0648-20 | 64820 | GAMIMUNE-N 10% 50ML | 5.676945 |
| 00026-0648-24 | 64824 | GAMIMUNE N 10% 200ML | 5.726833 |
| 00026-0648-71 | 64871 | GAMIMUNE-N 10% 100ML | 5.739313 |
| 00026-0665-20 | 66520 | KOATE DVI 250 IU | 0.753301 |
| 00026-0665-30 | 66530 | KOATE DVI 500 IU | 0.651659 |
| 00026-0665-50 | 66550 | KOATE DVI 1000 IU | 0.542984 |
| 00026-0670-20 | 67020 | KOGENATE RECOMBINANT FACTOR 250 | 0.000000 |
| 00026-0670-30 | 67030 | KOGENATE RECOMBINANT FACTOR 500 | 0.814491 |
| 00026-0670-50 | 67050 | KOGENATE RECOMBINANT FACTOR 1000 | 0.859804 |
| 00026-0684-16 | 68416 | ALBUMIN 25%, 20 ML | 0.655652 |
| 00026-0684-20 | 68420 | ALBUMIN 25%, 50 ML | 0.706131 |
| 00026-0684-71 | 68471 | ALBUMIN 25%, 100 ML | 0.707820 |
| 00026-0685-20 | 68520 | ALBUMIN 5%, 50 ML | 0.262352 |

**MT 076334**

Run Date & Time 7/26/2001   1:52:18PM

Division: Pharmaceutical  
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02  
Average Sales Price Quarterly Report

2 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-0685-25 | 68525 | ALBUMIN 5%, 250 ML | 0.454229 |

MT 076335

Run Date & Time 7/26/2001   1:52:18PM

# Exhibit D-2

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total P | |

Postmark Here

Sent To: Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
Street, A or PO B: P.O. Box 202951, 1400 Broadway
City, Sta: Helena, Montana 59620

7001 0360 0004 3265 6612

PS Form 3800, January 2001    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): State Mail Services
B. Date of Delivery: 9/14/01
C. Signature: X ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Copy from service)*   7001 0360 0004 3265 6612

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

CONFIDENTIAL

BAY-MT000034



August 30, 2001

Paul R. Berry
Vice President
Assistant General Counsel
and Assistant Secretary

RECEIVED
SEP 14 2001
HEALTH POLICY & SERVICES

Ms. Christine Saxonis
Civil Recoveries Branch
Compliance Unit Certification
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
1111 Bayhill Drive
San Bruno, CA 94066

Re:   **Revised** Report of Average Sale Price – 2nd Quarter

Dear Ms. Saxonis and Mr. Palermo:

Enclosed please find a revised report of Bayer Corporation's Average Sales Price (ASP) which has been reported to you in accordance with the Corporate Integrity Agreement (CIA) of January 23, 2001 between Bayer Corporation and the Office of Inspector General of the U.S. Department of Health and Human Services.

This revision includes charge-backs that occurred between July 1 and July 15 which were not available at the time of the submission of the original report due to the switchover to SAP software by Bayer Corporation.

As with our regular reports, I have also included a certification by a high managerial agent of Bayer that the calculations were made in accordance with the procedures that have previously been submitted to you.

**MT 076444**

asp_ltr_to_oig_august.doc

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc: Attached List

MT 076445

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs indicated below and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with and used in the administration of the State Medicaid programs identified below.

State Medicaid Programs:

None

*[signature]*

Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division

**MT 076446**

8 - 30 - 2001
Date

certification.doc

Division: Pharmaceutical  
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02  
Average Sales Price Quarterly Report

1 of 2

*Texas AMP?*

| NDC | Product Code | Product Name | AWP | Average Sales Price |
|---|---|---|---|---|
| 00026-2521-06 | 252110 | PRAZIQUANTEL | 11.90166 | 9.711369 |
| 00026-2613-01 | 261320 | DOME-PASTE BANDAGE 3" | 15.1000 | 12.243365 |
| 00026-2614-01 | 261440 | DOME-PASTE BANDAGE 4" | 16.54000 | 13.445070 |
| 00026-2855-48 | 285530 | NIMODIPINE | 6.99970 | 5.550694 |
| 00026-2855-70 | 285540 | NIMODIPINE CAPS UNIT DOSE PKG/30 | 7.32400 | 5.852133 |
| 00026-2861-51 | 286110 | ACARBOSE TABLET 50MG BOTTLE OF 100 | 0.57550 | 0.439192 |
| 00026-2861-48 | 286120 | ACARBOSE TABLET 50MG UD BOTTLE OF 100 | 0.60450 | 0.448962 |
| 00026-2862-51 | 286210 | ACARBOSE TABLET 100MG BOTTLE OF 100 | 0.74220 | 0.552475 |
| 00026-2863-51 | 286310 | PRECOSE 25MG | 0.57550 | 0.433773 |
| 00026-2883-51 | 288310 | BAYCOL .2MG TABLETS | 1.54530 | 1.207532 |
| 00026-2883-86 | 288350 | BAYCOL .2MG BTL. 90 | 1.42244 | 1.133151 |
| 00026-2884-51 | 288410 | BAYCOL .3MG TABLETS | 1.42250 | 1.470879 |
| 00026-2884-86 | 288450 | BAYCOL .3MG BTL. 90 | 1.62244 | 1.137914 |
| 00026-2885-51 | 288510 | BAYCOL .4MG BTL. 100 | 1.62250 | 1.351661 |
| 00026-2885-69 | 288540 | BAYCOL .4MG BTL. 30 | 1.62300 | 1.160876 |
| 00026-2885-86 | 288550 | BAYCOL .4MG BTL. 90 | 1.62244 | 1.152853 |
| 00026-2885-*9 | 288599 | BAYCOL .4MG DRUM |  | 0.593236 |
| 00026-2886-69 | 288640 | BAYCOL .8MG BTL. 30 | 2.41933 | 1.731919 |
| 00026-2886-86 | 288650 | BAYCOL .8MG BTL. 90 | 2.41922 | 1.656794 |
| 00026-3091-61 | 309110 | CLOTRIMAZOLE CREAM 1%-15GM | 0.74400 | 0.524791 |
| 00026-3091-59 | 309126 | CLOTRIMAZOLE CREAM 1%-30GM | 0.64900 | 0.527601 |
| 00026-3091-67 | 309186 | CLOTRIMAZOLE CREAM 90G(2X45G) TUBES | 0.36433 | 0.272386 |
| 00026-8151-20 | 815140 | DACARBAZINE 200MG 20ML VIAL | 27.7266 | 0.108105 |
| 00026-8161-15 | 816130 | MITHRACIN 2500 size 10 | 98.73600 | 0.045324 |
| 00026-8196-36 | 819520 | APROTININ INJECTION | 2.27858 | 1.756227 |
| 00026-8197-63 | 819530 | APROTININ INJECTION | 2.27859 | 1.772422 |
| 00026-8511-06 | 851140 | CIPRO CYCTITIS PACK | 2.97500 | 2.264977 |
| 00026-8512-51 | 851210 | CIPROFLOXACIN HCL 250MG BOTTLE/100 | 3.99120 | 3.091273 |
| 00026-8512-48 | 851220 | CIPROFLOXACIN HCL 250MG 100'S UD | 4.13420 | 2.985979 |
| 00026-8513-51 | 851310 | CIPROFLOXACIN HCL 500MG BOTTLE/100 | 4.47180 | 3.064391 |
| 00026-8513-48 | 851320 | CIPROFLOXACIN HCL 500MG 100'S UD | 4.82740 | 3.242213 |
| 00026-8514-48 | 851420 | CIPROFLOXACIN HCL 750MG 100'S UD | 4.82740 | 3.429394 |

Run Date & Time  8/29/2001   3:16:39PM

Division: Pharmaceutical  
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02  
Average Sales Price Quarterly Report

2 of 2

| | NDC | Product Code | Product Name | AWP | Average Sales Price |
|---|---|---|---|---|---|
| | 00026-8514-50 | 851430 | CIPROFLOXACIN HCL 750MG BOTTLE/50 | 4.67220 | 3.626352 |
| g/ml c20 | 00026-8562-20 | 851620 | CIPROFLOXACIN IV 200MG VIALS | | 0.438203 |
| | 00026-8564-64 | 851640 | CIPROFLOXACIN IV 400MG VIALS | 0.72030 | 0.470136 |
| | 00026-8566-65 | 851660 | CIPRO IV PHARMACY BULK PKGS | 0.64772 | 0.335826 |
| | 00026-8552-36 | 852520 | CIPROFLOXACIN IV 200MG BAG | 0.15606 | 0.090560 |
| | 00026-8554-63 | 852540 | CIPROFLOXACIN IV 400MG BAG | 0.15006 | 0.087004 |
| | 00026-8527-36 | 852720 | CIPRO IV 200MG BAGS (BAXTER) | 0.15606 | 0.091473 |
| | 00026-8527-63 | 852740 | CIPRO IV 400MG BAGS (BAXTER) | 0.15006 | 0.087867 |
| | 00026-8551-36 | 855110 | CIPRO 5% ORAL SUSPENSION | 0.79820 | 0.563428 |
| | 00026-8553-36 | 855310 | CIPRO 10% ORAL SUSPENSION | 0.93460 | 0.703776 |
| | 00026-8581-69 | 858140 | AVELOX 400MG BTL 30 | 9.06100 | 6.423326 |
| | 00026-8581-41 | 858170 | AVELOX 400MG ABC PK 5'S | 9.06200 | 6.421171 |
| MM, | 00026-8811-51 | 881110 | NIFEDIPINE CAPSULES 10MG BOTTLE/100 | 0.53670 | 0.388449 |
| | 00026-8841-51 | 884120 | NIFEDIPINE EXT RLSE TAB 30MG BOTTLE/100 | 1.29940 | 0.808587 |
| | 00026-8841-48 | 884130 | NIFEDIPINE EXT RLSE TAB 30MG UNIT DS/100 | 1.34430 | 2.426860 |
| | 00026-8841-54 | 884150 | NIFEDIPINE 30MG BULK PKG/1000  DS/100 | 1.29939 | 0.887624 |
| | 00026-8841-72 | 884160 | NIFEDIPINE 30MG BULK PKG/5000  DS/100 | 1.29939 | 0.818870 |
| | 00026-8851-51 | 885120 | NIFEDIPINE EXT RLSE TAB 60MG BOTTLE/100 | 2.31470 | 1.309325 |
| | 00026-8851-48 | 885130 | NIFEDIPINE EXT RLSE TAB 60MG UNIT DS/100 | 2.48030 | 1.601643 |
| | 00026-8851-54 | 885150 | NIFEDIPINE 60MG BULK PKG/1000  DS/100 | 2.31464 | 1.350309 |
| | 00026-8851-72 | 885160 | NIFEDIPINE 60MG BULK PKG/5000  DS/100 | 1.89544 | 1.637234 |
| | 00026-8861-51 | 886120 | NIFEDIPINE EXT RLSE TAB 90MG BOTTLE/100 | 2.43540 | 1.607548 |
| | 00026-8861-48 | 886130 | NIFEDIPINE EXT RLSE TAB 90MG UNIT DS/100 | 2.76140 | 1.818312 |
| | 00026-9711-01 | 971110 | VIADUR KIT WITH IMPLANT | 5684.00000 | 2,943.857143 |

MT 076441

Run Date & Time 8/29/2001   3:16:39PM

Division: Pharmaceutical  
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02  
Average Sales Price Quarterly Report

1 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-2521-06 | 252110 | PRAZIQUANTEL | 9.711369 |
| 00026-2613-01 | 261320 | DOME-PASTE BANDAGE 3" | 12.243365 |
| 00026-2614-01 | 261440 | DOME-PASTE BANDAGE 4" | 13.445070 |
| 00026-2855-48 | 285530 | NIMODIPINE | 5.550694 |
| 00026-2855-70 | 285540 | NIMODIPINE CAPS UNIT DOSE PKG/30 | 5.852133 |
| 00026-2861-51 | 286110 | ACARBOSE TABLET 50MG BOTTLE OF 100 | 0.439192 |
| 00026-2861-48 | 286120 | ACARBOSE TABLET 50MG UD BOTTLE OF 100 | 0.448962 |
| 00026-2862-51 | 286210 | ACARBOSE TABLET 100MG BOTTLE OF 100 | 0.552475 |
| 00026-2863-51 | 286310 | PRECOSE 25MG | 0.433773 |
| 00026-2883-51 | 288310 | BAYCOL .2MG TABLETS | 1.207532 |
| 00026-2883-86 | 288350 | BAYCOL .2MG BTL. 90 | 1.133151 |
| 00026-2884-51 | 288410 | BAYCOL .3MG TABLETS | 1.470879 |
| 00026-2884-86 | 288450 | BAYCOL .3MG BTL. 90 | 1.137914 |
| 00026-2885-51 | 288510 | BAYCOL .4MG BTL. 100 | 1.351661 |
| 00026-2885-69 | 288540 | BAYCOL .4MG BTL. 30 | 1.160876 |
| 00026-2885-86 | 288550 | BAYCOL .4MG BTL. 90 | 1.152853 |
| 00026-2885-*9 | 288599 | BAYCOL .4MG DRUM | 0.593236 |
| 00026-2886-69 | 288640 | BAYCOL .8MG BTL. 30 | 1.731919 |
| 00026-2886-86 | 288650 | BAYCOL .8MG BTL. 90 | 1.656794 |
| 00026-3091-61 | 309110 | CLOTRIMAZOLE CREAM 1%-15GM | 0.524791 |
| 00026-3091-59 | 309126 | CLOTRIMAZOLE CREAM 1%-30GM | 0.527601 |
| 00026-3091-67 | 309186 | CLOTRIMAZOLE CREAM 90G(2X45G) TUBES | 0.272386 |
| 00026-8151-20 | 815140 | DACARBAZINE 200MG 20ML VIAL | 0.108105 |
| 00026-8161-15 | 816130 | MITHRACIN 2500 | 0.045324 |
| 00026-8196-36 | 819520 | APROTININ INJECTION | 1.756227 |
| 00026-8197-63 | 819530 | APROTININ INJECTION | 1.772422 |
| 00026-8511-06 | 851140 | CIPRO CYCTITIS PACK | 2.264977 |
| 00026-8512-51 | 851210 | CIPROFLOXACIN HCL 250MG BOTTLE/100 | 3.091273 |
| 00026-8512-48 | 851220 | CIPROFLOXACIN HCL 250MG 100'S UD | 2.985979 |
| 00026-8513-51 | 851310 | CIPROFLOXACIN HCL 500MG BOTTLE/100 | 3.064391 |
| 00026-8513-48 | 851320 | CIPROFLOXACIN HCL 500MG 100'S UD | 3.242213 |
| 00026-8514-48 | 851420 | CIPROFLOXACIN HCL 750MG 100'S UD | 3.429394 |

MT 076442

Division: Pharmaceutical  
Report: Average Selling Price

Bayer Pharmaceuticals - Quarter 2001/02  
Average Sales Price Quarterly Report

2 of 2

| NDC | Product Code | Product Name | Average Sales Price |
|---|---|---|---|
| 00026-8514-50 | 851430 | CIPROFLOXACIN HCL 750MG BOTTLE/50 | 3.626352 |
| 00026-8562-20 | 851620 | CIPROFLOXACIN IV 200MG VIALS | 0.438203 |
| 00026-8564-64 | 851640 | CIPROFLOXACIN IV 400MG VIALS | 0.470136 |
| 00026-8566-65 | 851660 | CIPRO IV PHARMACY BULK PKGS | 0.335826 |
| 00026-8552-36 | 852520 | CIPROFLOXACIN IV 200MG BAG | 0.090560 |
| 00026-8554-63 | 852540 | CIPROFLOXACIN IV 400MG BAG | 0.087004 |
| 00026-8527-36 | 852720 | CIPRO IV 200MG BAGS (BAXTER) | 0.091473 |
| 00026-8527-63 | 852740 | CIPRO IV 400MG BAGS (BAXTER) | 0.087867 |
| 00026-8551-36 | 855110 | CIPRO 5% ORAL SUSPENSION | 0.563428 |
| 00026-8553-36 | 855310 | CIPRO 10% ORAL SUSPENSION | 0.703776 |
| 00026-8581-69 | 858140 | AVELOX 400MG BTL 30 | 6.423326 |
| 00026-8581-41 | 858170 | AVELOX 400MG ABC PK 5'S | 6.421171 |
| 00026-8811-51 | 881110 | NIFEDIPINE CAPSULES 10MG BOTTLE/100 | 0.388449 |
| 00026-8841-51 | 884120 | NIFEDIPINE EXT RLSE TAB 30MG BOTTLE/100 | 0.808587 |
| 00026-8841-48 | 884130 | NIFEDIPINE EXT RLSE TAB 30MG UNIT DS/100 | 2.426860 |
| 00026-8841-54 | 884150 | NIFEDIPINE 30MG BULK PKG/1000    DS/100 | 0.887624 |
| 00026-8841-72 | 884160 | NIFEDIPINE 30MG BULK PKG/5000    DS/100 | 0.818870 |
| 00026-8851-51 | 885120 | NIFEDIPINE EXT RLSE TAB 60MG BOTTLE/100 | 1.309325 |
| 00026-8851-48 | 885130 | NIFEDIPINE EXT RLSE TAB 60MG UNIT DS/100 | 1.601643 |
| 00026-8851-54 | 885150 | NIFEDIPINE 60MG BULK PKG/1000    DS/100 | 1.350309 |
| 00026-8851-72 | 885160 | NIFEDIPINE 60MG BULK PKG/5000    DS/100 | 1.637234 |
| 00026-8861-51 | 886120 | NIFEDIPINE EXT RLSE TAB 90MG BOTTLE/100 | 1.607548 |
| 00026-8861-48 | 886130 | NIFEDIPINE EXT RLSE TAB 90MG UNIT DS/100 | 1.818312 |
| 00026-9711-01 | 971110 | VIADUR KIT WITH IMPLANT | 2,943.857143 |

**MT 076443**

Run Date & Time 8/29/2001   3:20:07PM

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California 95814

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv.
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida 32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30338

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii 96809-0339

Pharmacy Director
Department of Public Aid
Pharmacy & Ancillary Service
1812 Cog Mill Court
Springfield, Illinois 62704

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana 70806

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts 02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi 39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada 89710

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P O. Box 2348
Sante Fe, New Mexico 87504-2348

Pharmacy Director
Pharmacy Policy & Operations
40 Marlboro Road
Delmar, New York 12054

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

Pharmacy Director
Pharmacy Services Unit
30 East Broad Street
31st Floor
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Pharmacy Director
3797 E. Parkview Drive
Salt Lake City, Utah 84124

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

MT 076448