# Exhibit D-3

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here

Sent To
Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

Street, or PO Box
City, State

PS Form 3800, January 2001                    See Reverse for Instructions

7001 3265 0004 0360 7077

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
State Mail Services    11/5/01

C. Signature
X _____    ☐ Agent    ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)

7001 0360 0004 3265 7077

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

**CONFIDENTIAL**

**BAY-MT000042**



PROVED

NOV 05 2001

HEALTH SYSTEM SERVICES

Paul R. Berry
Vice President
Assistant General Counsel
and Assistant Secretary

October 30, 2001

Ms. Christine Saxonis
Civil Recoveries Branch
Compliance Unit Certification
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
1111 Bayhill Drive
San Bruno, CA 94066

Re:    Report of Average Sale Price – 3rd Quarter

In conformance with· (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"); and (b) the State Settlement Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the forty-five states specified on attachment hereto, Bayer submits the following:

1     Report of Average Sale Price for the third quarter of 2001 (Section III(D)(2)(b)).  This information is also included on the enclosed diskette.

2     A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Corporation Pharmaceutical Division.

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any questions.

Very truly yours,

Paul R. Berry

**MT 076407**

ep
Enclosures

cc: Attached List

asp_letter_3rdqtr.doc

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

# Bayer Corporation
## Average Sales Price Report
### Q3, 2001

| NDC | Product | Product Name | Average Sales Price | Report Quarter |
|---|---|---|---|---|
| 00026-0372-50 | 37250 | KOGENATE FS 1000 IU | 1.094441 | 200103 |
| 00026-0601-35 | 60135 | ALPHA-1 PI, 1 GRAM | 0.212403 | 200103 |
| 00026-0603-20 | 60320 | THROMBATE III @ 500 IU PER VIAL | 0.757452 | 200103 |
| 00026-0613-20 | 61320 | PLASMANATE, 50 ML W/O SET | 0.240328 | 200103 |
| 00026-0613-25 | 61325 | PLASMANATE, 250 ML W/SET | 0.129084 | 200103 |
| 00026-0618-02 | 61802 | BAYRAB | 61.433053 | 200103 |
| 00026-0618-10 | 61810 | BAYRAB | 55.205284 | 200103 |
| 00026-0631-01 | 63101 | BAYRHO-D | 111.299742 | 200103 |
| 00026-0631-02 | 63102 | RAYRHO-D FULL DOSE 1ML SYRINGE W/SAFETY | 73.760399 | 200103 |
| 00026-0631-05 | 63105 | BAYRHO-D | 208.919788 | 200103 |
| 00026-0634-01 | 63401 | BAYTET | 71.691465 | 200103 |
| 00026-0634-02 | 63402 | BAYTET 1ML SYRINGE W/SAFETY | 84.649150 | 200103 |
| 00026-0635-04 | 63504 | BAYGAM 2.0 ML, VIAL SINGLE | 10.522844 | 200103 |
| 00026-0635-12 | 63512 | BAYGAM 10.0 ML, VIAL | 8.325225 | 200103 |
| 00026-0636-00 | 63600 | BAYHEPB | 106.103974 | 200103 |
| 00026-0636-01 | 63601 | BAYHEPB | 108.293315 | 200103 |
| 00026-0636-02 | 63602 | BAYHEP 1 ML SYRINGE W/SAFETY | 113.680098 | 200103 |
| 00026-0636-03 | 63603 | BAYHEP .5 ML NEONATAL SYRINGE W/SAFETY | 108.252412 | 200103 |
| 00026-0636-05 | 63605 | BAYHEPB | 96.365105 | 200103 |
| 00026-0648-12 | 64812 | GAMIMUNE-N 10%  10ML | 5.618502 | 200103 |
| 00026-0648-15 | 64815 | GAMIMUNE-N 10%  25ML | 5.156240 | 200103 |
| 00026-0648-20 | 64820 | GAMIMUNE-N 10%  50ML | 5.698020 | 200103 |
| 00026-0648-24 | 64824 | GAMIMUNE-N 10% 200ML | 5.716700 | 200103 |
| 00026-0648-71 | 64871 | GAMIMUNE-N 10% 100ML | 5.719596 | 200103 |
| 00026-0665-20 | 66520 | KOATE DVI 250 IU | 0.578116 | 200103 |
| 00026-0665-30 | 66530 | KOATE DVI 500 IU | 0.598430 | 200103 |
| 00026-0665-50 | 66550 | KOATE DVI 1000 IU | 0.544952 | 200103 |
| 00026-0670-20 | 67020 | KOGENATE, RECOMBINANT FACTOR 250 | 0.858088 | 200103 |
| 00026-0670-30 | 67030 | KOGENATE, RECOMBINANT FACTOR 500 | 0.000000 | 200103 |
| 00026-0670-50 | 67050 | KOGENATE, RECOMBINANT FACTOR 1000 | 0.000000 | 200103 |
| 00026-0684-16 | 68416 | ALBUMIN 25%, 20 ML | 0.602338 | 200103 |
| 00026-0684-20 | 68420 | ALBUMIN 25%, 50 ML | 0.631972 | 200103 |
| 00026-0684-71 | 68471 | ALBUMIN 25%, 100 ML | 0.632908 | 200103 |
| 00026-0685-20 | 68520 | ALBUMIN 5%, 50 ML | 0.240639 | 200103 |
| 00026-0685-25 | 68525 | ALBUMIN 5%, 250 ML | 0.225630 | 200103 |

MT 076408

| NDC | Product | Average Sales Price | Report Quarter |
|---|---|---|---|
| 00025252106 | BILTRICIDE 600 MG TABLETS 6'S | 9.707812 | 200103 |
| 00026261301 | DOME PASTE BANDAGE 3" | 12.254744 | 200103 |
| 00026261401 | DOME PASTE BANDAGE 4" | 13.419267 | 200103 |
| 00026285548 | NIMOTOP CAPSULES 30MG 100'S UD | 5.608756 | 200103 |
| 00026285570 | NIMOTOP CAPSULES 30MG 30'S UD | 5.882158 | 200103 |
| 00026286148 | PRECOSE 50MG 100'S UNIT DOSE | 0.466912 | 200103 |
| 00026286151 | PRECOSE 50MG BOTTLES OF 100'S | 0.457414 | 200103 |
| 00026286251 | PRECOSE 100MG BOTTLES OF 100'S | 0.589687 | 200103 |
| 00026286351 | PRECOSE 25MG 100'S | 0.456882 | 200103 |
| 00026288351 | BAYCOL .2 MG 100'S | 0.902510 | 200103 |
| 00026288386 | BAYCOL 0.2 MG 90'S BOTTLES | 1.095020 | 200103 |
| 00026288451 | BAYCOL 0.3MG 100'S | 0.879509 | 200103 |
| 00026288486 | BAYCOL 0.3 MG 90'S BOTTLES | 1 121878 | 200103 |
| 000262885*9 | BAYCOL 0.4MG DRUM | 0.584681 | 200103 |
| 00026288551 | BAYCOL 0.4MG BOTTLES OF 100 | 1.076128 | 200103 |
| 00026288569 | BAYCOL 0.4MG BOTTLES OF 30 | 1.143261 | 200103 |
| 00026288586 | BAYCOL 0.4 MG BOTTLES OF 90 | 1.143284 | 200103 |
| 00026288669 | BAYCOL 0.8 MG 30'S BOTTLES | 1.706853 | 200103 |
| 00026288686 | BAYCOL 0.8 MG 90'S BOTTLES | 1.650284 | 200103 |
| 00026309159 | MYCELEX 1% CREAM 30 GM | 0.529590 | 200103 |
| 00026309161 | MYCELEX 1%CREAM 15 GM | 0.604414 | 200103 |
| 00026309167 | MYCELEX CREAM 90G(2X45G) TUBES | 0.213342 | 200103 |
| 00026815120 | DTIC-DOME 200MG 20ML VIAL 12'S | 0.107986 | 200103 |
| 00026816115 | MITHRACIN 2500 MCG | 0.054489 | 200103 |
| 00026819636 | TRASYLOL 100ML VIALS 6'S | 1.755348 | 200103 |
| 00026819763 | TRASYLOL 200ML VIALS 6'S | 1.764764 | 200103 |
| 00026851106 | CIPRO 100 MG UNIT DOSE 6'S | 2.347855 | 200103 |
| 00026851248 | CIPRO 250 MG 100'S UNIT DOSE | 2.960114 | 200103 |
| 00026851251 | CIPRO 250 MG BOTTLES OF 100'S | 3.152173 | 200103 |
| 00026851348 | CIPRO 500 MG 100'S UNIT DOSE | 3.604024 | 200103 |
| 00026851351 | CIPRO 500 MG BOTTLES OF 100'S | 3.692377 | 200103 |
| 00026851448 | CIPRO 750 MG 100'S UNIT DOSE | 3.382389 | 200103 |
| 00026851450 | CIPRO 750 MG BOTTLE OF 50'S | 3.691512 | 200103 |
| 00026852736 | CIPRO IV 200MG 24 BAGS BAXTER | 0.086004 | 200103 |
| 00026852763 | CIPRO IV 400MG 24 BAGS BAXTER | 0.080429 | 200103 |
| 00026855136 | CIPRO ORAL SUSPENSION 5% 100ML | 1.547838 | 200103 |
| 00026855236 | CIPRO IV 200MG 24 BAGS ABBOTT | 0.082565 | 200103 |
| 00026855336 | CIPRO ORAL SUSPENSION 10% 100ML | 0.714049 | 200103 |
| 00026855463 | CIPRO IV 400MG 24 BAGS ABBOTT | 0.085508 | 200103 |
| 00026856220 | CIPRO IV 200MG 1% 10X20ML VIAL'S | 0.394256 | 200103 |
| 00026856464 | CIPRO IV 400MG 1% 10X40ML VIALS | 0.460910 | 200103 |
| 00026856665 | CIPRO IV BULK PKG 6X120ML VIALS | 0.337384 | 200103 |
| 00026858141 | AVELOX ABC PACK (5 TABLETS PER) | 5.804195 | 200103 |
| 00026858169 | AVELOX BOTTLE OF 30 TABLETS | 5.820435 | 200103 |
| 00026884148 | ADALAT CC 30 MG UNIT DOSE 100'S | 0.958647 | 200103 |
| 00026884151 | ADALAT CC 30MG BOTTLE OF 100'S | 0.844728 | 200103 |
| 00026884154 | ADALAT CC 30MG 1000S | 0.912700 | 200103 |
| 00026884172 | ADALAT CC 30MG 5000S | 0.928866 | 200103 |
| 00026885148 | ADALAT CC 60MG UNIT DOSE 100'S | 1.633984 | 200103 |
| 00026885151 | ADALAT CC 60MG BOTTLE OF 100'S | 1.410663 | 200103 |
| 00026885154 | ADALAT CC 60 MG 1000S | 1 638417 | 200103 |

MT 076409

| NDC | Product | Average Sales Price | Report Quarter |
|---|---|---|---|
| 00026885172 | ADALAT CC 60MG 5000S | 1.656547 | 200103 |
| 00026886148 | ADALAT CC 90 MG UNIT DOSE 100'S | 1.912560 | 200103 |
| 00026886151 | ADALAT CC 90MG BOTTLE OF 100'S | 1.744938 | 200103 |
| 00026971101 | VIADUR KIT WITH IMPLANT | 2573.711364 | 200103 |

MT 076410

CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with and used in the administration of the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division

**MT 076411**

Date

certification_state2.doc

# Exhibit D-4

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To: Pharmacy Director
Medicaid Services Bureau
Street, Dept. of Public Health
or PO B P.O. Box 202951, 1400 Broadway
City, St Helena, Montana  59620

PS Form 3800, January 2001                    See Reverse for Instructions

7001 3266 0004 0360 7001

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
State Mail Services                    2/5/2

C. Signature
X _Stan Ladd_                     □ Agent
                                  □ Addressee

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        ☑ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number (Copy from service label)
   7001 0360 0004 3266 2491

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

**CONFIDENTIAL**

**BAY-MT000076**



January 31, 2002                      *FEB 05 2002*

Paul R. Berry
Vice President
Assistant General Counsel
and Assistant Secretary

Nicole C. Hall, Esq.                          Mr. Joseph Palermo
Senior Counsel                                First DataBank Inc.
Office of Counsel to the Inspector General    111 Bayhill Drive
Specification Procedure                       San Bruno, CA   94066
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C.  20201

Re:   Report of Average Sale Price – **4th Quarter**

In conformance with:  (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"), and (b) the State Settlement Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the forty-five states specified on attachment hereto, Bayer submits the following:

1.   Report of Average Sale Price for the fourth quarter of 2001 (Section III(D)(2)(b)).  This information is also included on the enclosed diskette.

2.   A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Corporation Pharmaceutical Division

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement.  It is not intended to set reimbursement rates and is not a substitute for the reporting of Average Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP).

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any questions.

Very truly yours,

Paul R. Berry
ep
Enclosures
cc: Attached List

**MT 076374**

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

asp_letter_3rdqtr.doc

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California 95814

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii 96809-0339

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana 70806

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts 02111

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi 39211

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada 89710

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico 87504-2348

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida 32308

Ms. Jackie Garner
Director
Illinois Dept. of Public Aid
201 South Grand Avenue, 3rd Fl.
Springfield, IL 62763

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York 12210-2806

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv.
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30338

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

MT 076375

Pharmacy Director
Pharmacy Services Unit
30 East Broad Street
31st Floor
Columbus, Ohio  43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania  17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota  57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont  05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia  25301

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma  73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island  02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas  78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia  23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin  53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon  97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina  29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah  84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington  98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming  82002

**MT 076376**

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein.  I further acknowledge that the Average Sale Prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list

Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division

**MT 076377**

January 31, 2002
Date

certification_state2.doc

| NDC | Product Description | Average Sale Price | Report Quarter |
|---|---|---|---|
| 00026971101 | VIADUR KIT PACKAGE WITH IMPLANT | $ 2,259.992096 | 200104 |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | $ 13.335045 | 200104 |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | $ 12.173412 | 200104 |
| 00026252106 | BILTRICIDE 600MG 6 TABLETS PER BOTTLE | $ 9.697784 | 200104 |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | $ 6.706777 | 200104 |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | $ 6.701175 | 200104 |
| 00026285570 | NIMOTOP 30MG 30'S  UNIT DOSE CAPSULES | $ 5.912263 | 200104 |
| 00026285548 | NIMOTOP 30MG 100'S  UNIT DOSE CAPSULES | $ 5.583579 | 200104 |
| 00026851348 | CIPRO 500MG 100'S  UNIT DOSE | $ 3.471474 | 200104 |
| 00026851448 | CIPRO 750MG 100'S  UNIT DOSE | $ 3.466412 | 200104 |
| 00026851450 | CIPRO 750MG 50 TAB  PER BOTTLE | $ 3.457639 | 200104 |
| 00026851351 | CIPRO 500MG 100   TABLETS PER BOTTLE | $ 3.453451 | 200104 |
| 00026851248 | CIPRO 250MG 100'S  UNIT DOSE | $ 2.990725 | 200104 |
| 00026851251 | CIPRO 250MG 100   TABLETS PER BOTTLE | $ 2.948862 | 200104 |
| 00026851106 | CIPRO 100MG UD 6'S  CYSTITIS PACK | $ 2.189443 | 200104 |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | $ 2.050612 | 200104 |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | $ 2.046372 | 200104 |
| 00026886148 | ADALAT CC 90MG 100 UNIT DOSE TABLETS | $ 1.991680 | 200104 |
| 00026886151 | ADALAT CC 90MG 100 TABLETS PER BOTTLE | $ 1.894730 | 200104 |
| 00026885172 | ADALAT CC 60MG 5000 TABLETS PER TIN | $ 1.838615 | 200104 |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | $ 1.834461 | 200104 |
| 00026819763 | TRASYLOL 200ML 6'S  LABELED VIALS | $ 1.803918 | 200104 |
| 00026819636 | TRASYLOL 100ML 6'S  LABELED VIALS | $ 1.802781 | 200104 |
| 00026885148 | ADALAT CC 60MG 100  UNIT DOSE TABLETS | $ 1.715267 | 200104 |
| 00026885151 | ADALAT CC 60MG 100  TABLETS PER BOTTLE | $ 1.711426 | 200104 |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | $ 1.375991 | 200104 |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | $ 1.374086 | 200104 |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | $ 1.373269 | 200104 |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | $ 1.373049 | 200104 |
| 00026288351 | BAYCOL 0.2MG 100   TABLETS PER BOTTLE | $ 1.372875 | 200104 |
| 00026288551 | BAYCOL 0.4MG 100   TABLETS PER BOTTLE | $ 1.370196 | 200104 |
| 00026288451 | BAYCOL 0.3MG 100   TABLETS PER BOTTLE | $ 1.369192 | 200104 |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | $ 1.092429 | 200104 |
| 00026884172 | ADALAT CC 30MG 5000 TABLETS PER TIN | $ 1.017630 | 200104 |
| 00026884148 | ADALAT CC 30MG 100  UNIT DOSE TABLETS | $ 0.976942 | 200104 |
| 00026884151 | ADALAT CC 30MG 100  TABLET PER BOTTLE | $ 0.955413 | 200104 |
| 00026855336 | CIPRO ORAL SUSP 10% | $ 0.677268 | 200104 |
| 00026309161 | MYCELEX CREAM 15GM  1% US | $ 0.600922 | 200104 |
| 00026855136 | CIPRO ORAL SUSP 5% | $ 0.599550 | 200104 |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE | $ 0.596708 | 200104 |
| 00026309159 | MYCELEX CREAM 30GM  BAYER MEXICO | $ 0.534315 | 200104 |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | $ 0.483704 | 200104 |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | $ 0.469537 | 200104 |
| 00026286151 | PRECOSE 50MG 100   TABLETS PER BOTTLE | $ 0.462542 | 200104 |
| 00026286351 | PRECOSE 25MG 100   TABLETS PER BOTTLE | $ 0.462396 | 200104 |
| 00026881151 | ADALAT 10MG 100'S | $ 0.410950 | 200104 |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS | $ 0.399505 | 200104 |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | $ 0.336534 | 200104 |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | $ 0.133285 | 200104 |
| 00026309167 | MYCELEX CR 1% 90GM  (2X45G) BAYER MEXICO | $ 0.116604 | 200104 |

| NDC | Product Description | Average Sale Price | Report Quarter |
|---|---|---|---|
| 00026815120 | DTIC 200MG VIAL 12  US LABELED | $ 0.108868 | 200104 |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | $ 0.096423 | 200104 |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | $ 0.096100 | 200104 |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | $ 0.090406 | 200104 |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | $ 0.090113 | 200104 |
| 00026816115 | MITHRACIN 10 PACK   2500 MCG | $ 0.000000 | 200104 |

MT 076379



| NDC | Product Description | Average Sale Price | Report Quarter |
|---|---|---|---|
| 00026037230 | KOGENATE FS 500 IU USA | $ 1.088681 | 200104 |
| 00026037250 | KOGENATE FS 1000 IU USA | $ 1.086564 | 200104 |
| 00026060135 | PROLASTIN 1000 MG USA | $ 0.216911 | 200104 |
| 00026060320 | THROMBATE III 500 IU USA | $ 0.962994 | 200104 |
| 00026061320 | PLASMANATE 50ML US ROW | $ 0.243432 | 200104 |
| 00026061325 | PLASMANATE 250ML US ROW | $ 0.125472 | 200104 |
| 00026061802 | BAYRAB 2ML | $ 60.627581 | 200104 |
| 00026061810 | BAYRAB 10ML | $ 58.447739 | 200104 |
| 00026063101 | BAYRHO-D SYR SINGLE PACK | $ 92.353665 | 200104 |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | $ 71.749834 | 200104 |
| 00026063105 | BAYRHO-D MINI DOSE SYR | $ 83.970886 | 200104 |
| 00026063401 | BAYTET SYR | $ 745.718404 | 200104 |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | $ 79.614857 | 200104 |
| 00026063504 | BAYGAM 2 ML 532 PACK | $ 10.088018 | 200104 |
| 00026063512 | BAYGAM 10ML 532 PACK | $ 8.079151 | 200104 |
| 00026063600 | BAYHEP 0.5ML SYR | $ 961.829974 | 200104 |
| 00026063601 | BAYHEP 1ML VIAL | $ 59.154772 | 200104 |
| 00026063602 | BAYHEP SYR W/NEEDLE GUARD | $ 101.421257 | 200104 |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | $ 109.768996 | 200104 |
| 00026063605 | BAYHEP 5ML VIAL | $ 44.386619 | 200104 |
| 00026064812 | IGIV 10% 10ML US ROW | $ 5.778638 | 200104 |
| 00026064815 | IGIV 10% 25ML US ROW | $ 5.694871 | 200104 |
| 00026064820 | IGIV 10% 50ML US ROW | $ 5.653775 | 200104 |
| 00026064824 | IGIV 10% 200ML US ROW | $ 5.706646 | 200104 |
| 00026064871 | IGIV 10% 100ML US ROW | $ 5.520363 | 200104 |
| 00026066520 | KOATE DVI 250U US ROW | $ 0.375933 | 200104 |
| 00026066530 | KOATE DVI 500U US ROW | $ 0.602593 | 200104 |
| 00026066550 | KOATE DVI 1000U US ROW | $ 0.505053 | 200104 |
| 00026068416 | ALBUMIN 25% 20ML US ROW | $ 0.589115 | 200104 |
| 00026068420 | ALBUMIN 25% 50ML US ROW | $ 0.635755 | 200104 |
| 00026068471 | ALBUMIN 25% 100ML US ROW | $ 0.618492 | 200104 |
| 00026068520 | ALBUMIN 5% 50ML US ROW | $ 0.235981 | 200104 |
| 00026068525 | ALBUMIN 5% 250ML US ROW | $ 0.125758 | 200104 |

MT 076380

# Exhibit D-5

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement | |
| Total Po | |

Postmark
Here

Sent To  Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
Street, A   P.O. Box 202951, 1400 Broadway
or PO Bo  Helena, Montana  59620
City, Stat.

PS Form 3800, January 2001          See Reverse for Instructions

7001 3360 0004 3266 0336

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*     B. Date of Delivery
State Mail Services                          5/3/2

C. Signature
X                                            ☐ Agent
                                             ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*        ☐ Yes

2. Article Number *(Copy from service label)*

7001 0360 0004 3266 0336

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

CONFIDENTIAL

BAY-MT000110



**Bayer**

April 29, 2002

**Paul R. Berry**
Vice President
Assistant General Counsel
and Assistant Secretary

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA 94066

RECEIVED

MAY 0 3 2002

HEALTH POLICY & SERVICES

Re:   Report of Average Sale Price -- **1st Quarter 2002**

In conformance with: (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"), and (b) the State Settlement Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the forty-five states specified on attachment hereto, Bayer submits the following:

1      Report of Average Sale Price for the first quarter of 2002 (Section III(D)(2)(b)). This information is also included on the enclosed diskette.

2      A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Corporation Pharmaceutical Division.

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement. It is not intended to set reimbursement rates and is not a substitute for the reporting of Average Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP)

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any questions

Very truly yours,

Paul R. Berry
ep
Enclosures
cc   Attached List

**MT 076298**

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone 203 812-6081
Fax 203 812-2795
paul berry b@bayer com

asp_letter_1stqtr2002 doc

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California  95814

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv.
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
EDS
248 Chapman Rd
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida  32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30338

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL  62763

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana  70806

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951  1400 Broadway
Helena, Montana  59620

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada  89710

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Pharmacy Director
Div. Medical & Assistance Health Serv
P.O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico  87504-2348

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York  12210-2806

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

MT 076299

Pharmacy Director
Pharmacy Services Unit
30 East Broad Street
31st Floor
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

**MT 076300**

| NDC | Product Description | Average Sales Price | Report Quarter |
|---|---|---|---|
| 00026252106 | BILTRICIDE 600MG 6 TABLETS PER BOTTLE | $ 9.709445 | 200201 |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | $ 12.276445 | 200201 |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | $ 13.450321 | 200201 |
| 00026285548 | NIMOTOP 30MG 100'S  UNIT DOSE CAPSULES | $ 5.626818 | 200201 |
| 00026285570 | NIMOTOP 30MG 30'S  UNIT DOSE CAPSULES | $ 5.905391 | 200201 |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | $ 0.476984 | 200201 |
| 00026286151 | PRECOSE 50MG 100   TABLETS PER BOTTLE | $ 0.456809 | 200201 |
| 00026286251 | PRECOSE 100MG 100  TABLETS PER BOTTLE | $ 0.589696 | 200201 |
| 00026286351 | PRECOSE 25MG 100   TABLETS PER BOTTLE | $ 0.456132 | 200201 |
| 00026288351 | BAYCOL 0.2MG 100   TABLETS PER BOTTLE | $ 1.018074 | 200201 |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | $ 1.350216 | 200201 |
| 00026288451 | BAYCOL 0.3MG 100   TABLETS PER BOTTLE | $ 0.976096 | 200201 |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | -$ 1.792412 | 200201 |
| 00026288551 | BAYCOL 0.4MG 100   TABLETS PER BOTTLE | $ 1.664803 | 200201 |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | $ 1.387352 | 200201 |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | $ 1.007862 | 200201 |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | $ 2.037414 | 200201 |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | $ 1.893914 | 200201 |
| 00026309159 | MYCELEX CREAM 30GM  BAYER MEXICO | $ 0.547835 | 200201 |
| 00026309161 | MYCELEX CREAM 15GM  1% US | $ 0.608186 | 200201 |
| 00026815120 | DTIC 200MG VIAL 12  US LABELED | $ 0.102942 | 200201 |
| 00026819636 | TRASYLOL 100ML 6'S  LABELED VIALS | $ 1.800111 | 200201 |
| 00026819763 | TRASYLOL 200ML 6'S  LABELED VIALS | $ 1.787794 | 200201 |
| 00026851106 | CIPRO 100MG UD 6'S  CYSTITIS PACK | $ 2.235517 | 200201 |
| 00026851248 | CIPRO 250MG 100'S  UNIT DOSE | $ 2.863447 | 200201 |
| 00026851251 | CIPRO 250MG 100   TABLETS PER BOTTLE | $ 3.059959 | 200201 |
| 00026851348 | CIPRO 500MG 100'S  UNIT DOSE | $ 2.824975 | 200201 |
| 00026851351 | CIPRO 500MG 100   TABLETS PER BOTTLE | $ 3.610137 | 200201 |
| 00026851448 | CIPRO 750MG 100'S  UNIT DOSE | $ 3.406659 | 200201 |
| 00026851450 | CIPRO 750MG 50 TAB  PER BOTTLE | $ 3.576904 | 200201 |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | -$ 0.023305 | 200201 |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | $ 0.076882 | 200201 |
| 00026855136 | CIPRO ORAL SUSP 5% | $ 0.618882 | 200201 |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | $ 0.073006 | 200201 |
| 00026855336 | CIPRO ORAL SUSP 10% | $ 0.713024 | 200201 |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | $ 0.081664 | 200201 |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | $ 0.357484 | 200201 |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | $ 0.369478 | 200201 |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS | $ 0.334069 | 200201 |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | $ 6.787088 | 200201 |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | $ 6.779953 | 200201 |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | $ 0.111766 | 200201 |
| 00026884148 | ADALAT CC 30MG 100 UNIT DOSE TABLETS | $ 0.800367 | 200201 |
| 00026884151 | ADALAT CC 30MG 100  TABLET PER BOTTLE | $ 0.901943 | 200201 |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | $ 1.015995 | 200201 |
| 00026884172 | ADALAT CC 30MG 5000 TABLETS PER TIN | $ 0.927148 | 200201 |
| 00026885148 | ADALAT CC 60MG 100  UNIT DOSE TABLETS | $ 1.638846 | 200201 |
| 00026885151 | ADALAT CC 60MG 100  TABLETS PER BOTTLE | $ 1.600895 | 200201 |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | $ 1.608305 | 200201 |
| 00026885172 | ADALAT CC 60MG 5000 TABLETS PER TIN | $ 1.651269 | 200201 |
| 00026886148 | ADALAT CC 90MG 100  UNIT DOSE TABLETS | $ 1.893447 | 200201 |
| 00026886151 | ADALAT CC 90MG 100  TABLETS PER BOTTLE | $ 1.817999 | 200201 |
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT | $ 2,228.998196 | 200201 |

| NDC | Product Description | Average Sale Price | Report Quarter |
|---|---|---|---|
| 00026037230 | KOGENATE FS 500 IU USA | $ 1 107400 | 200201 |
| 00026037250 | KOGENATE FS 1000 IU USA | $ 1.076210 | 200201 |
| 00026060130 | ALPHA-1, 20 ML FILL    LYOPHILIZED | $ 0.205000 | 200201 |
| 00026060135 | PROLASTIN 1000 MG USA | $ 0.216393 | 200201 |
| 00026060320 | THROMBATE III 500 IU USA | $ 0.900218 | 200201 |
| 00026061320 | PLASMANATE 50ML US ROW | $ 0.233021 | 200201 |
| 00026061325 | PLASMANATE 250ML US ROW | $ 0.113254 | 200201 |
| 00026061802 | BAYRAB 2ML | $ 43.512982 | 200201 |
| 00026061810 | BAYRAB 10ML | $ 41.376121 | 200201 |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | $ 71.014285 | 200201 |
| 00026063105 | BAYRHO-D MINI DOSE SYR | $ 76.414127 | 200201 |
| 00026063106 | BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | $ 163.881580 | 200201 |
| 00026063401 | BAYTET SYR | $ 357.720877 | 200201 |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | $ 67.871455 | 200201 |
| 00026063504 | BAYGAM 2 ML 532 PACK | $ 9.958489 | 200201 |
| 00026063512 | BAYGAM 10ML 532 PACK | $ 8.197801 | 200201 |
| 00026063600 | BAYHEP 0.5ML SYR | $ 1,897 649356 | 200201 |
| 00026063601 | BAYHEP 1ML VIAL | $ 319.069026 | 200201 |
| 00026063602 | BAYHEP SYR W/NEEDLE GUARD | $ 96.856747 | 200201 |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | $ 107.611824 | 200201 |
| 00026063605 | BAYHEP 5ML VIAL | $ 91 252569 | 200201 |
| 00026064812 | IGIV 10% 10ML US ROW | $ 5.874136 | 200201 |
| 00026064815 | IGIV 10% 25ML US ROW | $ 5.690572 | 200201 |
| 00026064820 | IGIV 10% 50ML US ROW | $ 5.713188 | 200201 |
| 00026064824 | IGIV 10% 200ML US ROW | $ 5.718884 | 200201 |
| 00026064871 | IGIV 10% 100ML US ROW | $ 5 741703 | 200201 |
| 00026066520 | KOATE DVI 250U US ROW | $ 0.508808 | 200201 |
| 00026066530 | KOATE DVI 500U US ROW | $ 0.675073 | 200201 |
| 00026066550 | KOATE DVI 1000U US ROW | $ 0.539990 | 200201 |
| 00026068416 | ALBUMIN 25% 20ML US ROW | $ 0.591798 | 200201 |
| 00026068420 | ALBUMIN 25% 50ML US ROW | $ 0.605322 | 200201 |
| 00026068471 | ALBUMIN 25% 100ML US ROW | $ 0.574684 | 200201 |
| 00026068520 | ALBUMIN 5% 50ML US ROW | $ 0.234409 | 200201 |
| 00026068525 | ALBUMIN 5% 250ML US ROW | $ 0.118801 | 200201 |

MT 076302

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs.

Per attached list

Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division

4 - 26 - 2002
Date

certification_1stqtr2002

**MT 076303**