# Exhibit D-6

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Post | |

Postmark Here

Sent To: Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
Street, Apt. or PO Box: P.O. Box 202951, 1400 Broadway
City, State: Helena, Montana 59620

PS Form 3800, January 2001    See Reverse for Instructions

7001 0360 0004 3266 0800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): State Mail Services
B. Date of Delivery: AUG 0 2 REC'D
C. Signature: X
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7001 0360 0004 3266 0800

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

CONFIDENTIAL

BAY-MT000143



RECEIVED
AUG 0 2 2002
HEALTH POLICY & SERVICES

July 30, 2002

**Paul R. Berry**
Vice President
Assistant General Counsel
and Assistant Secretary

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA 94066

Re: Report of Average Sale Price – **2nd Quarter 2002**

In conformance with: (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"); and (b) the State Settlement Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the forty-five states specified on attachment hereto, Bayer submits the following:

1   Report of Average Sale Price for the second quarter of 2002 (Section III(D)(2)(b)). This information is also included on the enclosed diskette.

2.  A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Corporation Pharmaceutical Division.

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement. It is not intended to set reimbursement rates and is not a substitute for the reporting of Average Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP)

Please contact Mr. Kevin Kuehm (203-812-2647) or myself if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures
cc: Attached List

MT 076704

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone 203 812-6081
Fax 203 812-2795
paul.berry.b@bayer.com

asp_letter_2ndqtr2002.doc

MT 076705

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California 95814

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida 32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30338

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii 96809-0339

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL 62763

Pharmacy Director
Indiana State Government Center
402 W. Washington St
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana 70806

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts 02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi 39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951  1400 Broadway
Helena, Montana 59620

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada 89710

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Pharmacy Director
Div. Medical & Assistance Health Serv
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico 87504-2348

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York 12210-2806

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

Pharmacy Director
Pharmacy Services Unit
30 East Broad Street
31st Floor
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

MT 076706

### Bayer ASP Q2 2002

| Product | | Average Sales Price |
|---|---|---|
| 00026971101 | VIADUR KIT PACKAGE WITH IMPLANT | $ 2,227.453359 |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | $ 13.368399 |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | $ 12.253066 |
| 00026252106 | BILTRICIDE 600MG 6 TABLETS PER BOTTLE | $ 9.693807 |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | $ 6.632094 |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | $ 6.626951 |
| 00026285570 | NIMOTOP 30MG 30'S UNIT DOSE CAPSULES | $ 5.910166 |
| 00026285548 | NIMOTOP 30MG 100'S UNIT DOSE CAPSULES | $ 5.622147 |
| 00026851348 | CIPRO 500MG 100'S UNIT DOSE | $ 3.724660 |
| 00026851351 | CIPRO 500MG 100 TABLETS PER BOTTLE | $ 3.681793 |
| 00026851450 | CIPRO 750MG 50 TAB PER BOTTLE | $ 3.642485 |
| 00026851448 | CIPRO 750MG 100'S UNIT DOSE | $ 3.485507 |
| 00026851251 | CIPRO 250MG 100 TABLETS PER BOTTLE | $ 3.150001 |
| 00026851248 | CIPRO 250MG 100'S UNIT DOSE | $ 3.026768 |
| 00026851106 | CIPRO 100MG UD 6'S CYSTITIS PACK | $ 2.274477 |
| 00026886148 | ADALAT CC 90MG 100 UNIT DOSE TABLETS | $ 2.047341 |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | $ 2.026190 |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | $ 2.016014 |
| 00026886151 | ADALAT CC 90MG 100 TABLETS PER BOTTLE | $ 1.999598 |
| 00026885172 | ADALAT CC 60MG 5000 TABLETS PER TIN | $ 1.819991 |
| 00026819763 | TRASYLOL 200ML 6'S LABELED VIALS | $ 1.782447 |
| 00026885151 | ADALAT CC 60MG 100 TABLETS PER BOTTLE | $ 1.719015 |
| 00026885148 | ADALAT CC 60MG 100 UNIT DOSE TABLETS | $ 1.690906 |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | $ 1.641689 |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | $ 1.356779 |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | $ 1.354838 |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | $ 1.353395 |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | $ 1.350178 |
| 00026288351 | BAYCOL 0.2MG 100 TABLETS PER BOTTLE | $ 1.349865 |
| 00026288551 | BAYCOL 0.4MG 100 TABLETS PER BOTTLE | $ 1.345788 |
| 00026288451 | BAYCOL 0.3MG 100 TABLETS PER BOTTLE | $ 1.341825 |
| 00026819636 | TRASYLOL 100ML 6'S LABELED VIALS | $ 1.263995 |
| 00026884172 | ADALAT CC 30MG 5000 TABLETS PER TIN | $ 1.013302 |
| 00026884148 | ADALAT CC 30MG 100 UNIT DOSE TABLETS | $ 0.993479 |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | $ 0.983038 |
| 00026884151 | ADALAT CC 30MG 100 TABLET PER BOTTLE | $ 0.982093 |
| 00026855336 | CIPRO ORAL SUSP 10% | $ 0.716317 |
| 00026855136 | CIPRO ORAL SUSP 5% | $ 0.620861 |
| 00026286251 | PRECOSE 100MG 100 TABLETS PER BOTTLE | $ 0.599351 |
| 00026309159 | MYCELEX CREAM 30GM BAYER MEXICO | $ 0.539665 |
| 00026286351 | PRECOSE 25MG 100 TABLETS PER BOTTLE | $ 0.471207 |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | $ 0.462122 |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | $ 0.444687 |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | $ 0.425686 |
| 00026286151 | PRECOSE 50MG 100 TABLETS PER BOTTLE | $ 0.393927 |
| 00026856665 | CIPRO IV 120ML 6'S PHARMACY BULK VIALS | $ 0.213860 |
| 00026815120 | DTIC 200MG VIAL 12 US LABELED | $ 0.107261 |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | $ 0.091041 |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | $ 0.084309 |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | $ 0.082247 |

MT 076707

| NDC | Description | Price |
|---|---|---|
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | $ 0.079688 |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | $ 0.073646 |
| 00026261101 | DOMEPASTE BANDAGE 3 | $ 0.000000 |
| 00026500301 | DOMEPASTE BANDAGE 4 | $ 0.000000 |
| 00026309161 | MYCELEX CREAM 15GM 1% US | $ 0.000000 |
| 00026309167 | MYCELEX CR 1% 90GM (2X45G) BAYER MEXICO | $ 0.000000 |
| 00026309210 | MYCELEX SOL 1% 10ML | $ 0.000000 |
| 00026309555 | MYCELEX TROCHES 70 PER BOTTLE ALZA | $ 0.000000 |
| 00026309556 | MYCELEX TROCHES 140 PER BOTTLE ALZA | $ 0.000000 |
| 00026309538 | MYCELEX TROCHES 70 UNIT DOSE ALZA | $ 0.000000 |
| 00026431202 | OTIC DOMEBORO SOL | $ 0.000000 |
| 00026813120 | STILPHOSTROL AMPULE | $ 0.000000 |
| 00026816115 | MITHRACIN 10 PACK  2500 MCG | $ 0.000000 |
| 00026821335 | MEZLIN 3GM 10X50ML | $ 0.000000 |
| 00026821435 | MEZLIN 4GM 10X50ML | $ 0.000000 |
| 00026853110 | CIPRO OTIC HC SUSPENSION | $ 0.000000 |
| 00026881151 | ADALAT 10MG 100'S | $ 0.000000 |
| 00026881118 | ADALAT 10MG 300'S | $ 0.000000 |
| 00026286248 | PRECOSE 100MG 100 UNIT DOSE | $ 0.000000 |
| 00026821419 | MEZLIN 4GM ADVAN 10 | $ 0.000000 |

MT 076708

| BAYER BIO ASP 2Q 2002 | | |
|---|---|---|
| Product | | Average Sales Price |
| 00026063105 | BAYRHO-D MINI DOSE SYR | $ 1,029.057400 |
| 00026063106 | BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | $ 132.669524 |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | $ 104.035529 |
| 00026063602 | BAYHEP SYR W/NEEDLE GUARD | $ 94.977716 |
| 00026063605 | BAYHEP 5ML VIAL | $ 90.825646 |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | $ 69.707308 |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | $ 63.245151 |
| 00026061802 | BAYRAB 2ML | $ 57.752884 |
| 00026061810 | BAYRAB 10ML | $ 56.306702 |
| 00026063504 | BAYGAM 2 ML 532 PACK | $ 10.172085 |
| 00026063512 | BAYGAM 10ML 532 PACK | $ 7.999190 |
| 00026064815 | IGIV 10% 25ML US ROW | $ 6.211095 |
| 00026064820 | IGIV 10% 50ML US ROW | $ 5.790566 |
| 00026064812 | IGIV 10% 10ML US ROW | $ 5.727543 |
| 00026064871 | IGIV 10% 100ML US ROW | $ 5.725767 |
| 00026064824 | IGIV 10% 200ML US ROW | $ 5.708506 |
| 00026037250 | KOGENATE FS 1000 IU USA | $ 1.108697 |
| 00026067020 | KOGENATE 250 IU USA | $ 1.097030 |
| 00026037230 | KOGENATE FS 500 IU USA | $ 1.087649 |
| 00026060320 | THROMBATE III 500 IU USA | $ 0.917382 |
| 00026068416 | ALBUMIN 25% 20ML US ROW | $ 0.598252 |
| 00026068420 | ALBUMIN 25% 50ML US ROW | $ 0.592573 |
| 00026066520 | KOATE DVI 250U US ROW | $ 0.582435 |
| 00026068471 | ALBUMIN 25% 100ML US ROW | $ 0.574082 |
| 00026066550 | KOATE DVI 1000U US ROW | $ 0.519137 |
| 00026066530 | KOATE DVI 500U US ROW | $ 0.418899 |
| 00026061320 | PLASMANATE 50ML US ROW | $ 0.253176 |
| 00026068520 | ALBUMIN 5% 50ML US ROW | $ 0.238814 |
| 00026060130 | ALPHA-1, 20 ML FILL    LYOPHILIZED | $ 0.218804 |
| 00026060135 | PROLASTIN 1000 MG USA | $ 0.216240 |
| 00026061325 | PLASMANATE 250ML US ROW | $ 0.116910 |
| 00026068525 | ALBUMIN 5% 250ML US ROW | $ 0.114913 |

MT 076709

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

_____
Kevin A. Kuehm
Vice President
Strategic Planning
Division Controlling
Bayer Corporation
Pharmaceutical Division

MT 076710

7/29/2002
Date

certification_2ndqtr2002

# Exhibit D-7

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

To: Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

7001 0360 0004 3266 1272

PS Form 3800, January 2001                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*: Cap
B. Date of Delivery: 10/4
C. Signature: X ____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number *(Copy from service label)*
7001 0360 0004 3266 1272

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

CONFIDENTIAL

BAY-MT000177



October 29, 2002

Paul R. Berry
Vice President
Assistant General Counsel
and Assistant Secretary

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA  94066

Re:  Report of Average Sale Price – **3rd Quarter 2002**

In conformance with: (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"); and (b) the State Settlement Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the forty-five states specified on attachment hereto, Bayer submits the following:

1. Report of Average Sale Price for the third quarter 2002 (Section III(D)(2)(b)).  This information is also included on the enclosed diskette.

2. A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Corporation Pharmaceutical Division.

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement.  It is not intended to set reimbursement rates and is not a substitute for the reporting of Average Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP).

Please contact Mr. Jeffrey Greenman (203-812-2037) or myself if you have any questions.

Very truly yours,

Paul R. Berry
ep
Enclosures
cc:  Attached List

asp_letter_3rdqtr2002.doc

**MT 038082**

Bayer Corporation
400 Morgan Lane
West Haven, CT 06516-4175
Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

## Bayer ASP Q3 2002

| Product | | Average Sales Price |
|---|---|---|
| 00026971101 | VIADUR KIT PACKAGE WITH IMPLANT | $ 2,232.919862 |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | $ 13.430040 |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | $ 12.257075 |
| 00026252106 | BILTRICIDE 600MG 6 TABLETS PER BOTTLE | $ 9.667749 |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | $ 6.860692 |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | $ 6.837500 |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | $ 6.804149 |
| 00026285570 | NIMOTOP 30MG 30'S UNIT DOSE CAPSULES | $ 5.695876 |
| 00026285548 | NIMOTOP 30MG 100'S UNIT DOSE CAPSULES | $ 5.657375 |
| 00026851348 | CIPRO 500MG 100'S UNIT DOSE | $ 4.475478 |
| 00026851351 | CIPRO 500MG 100 TABLETS PER BOTTLE | $ 3.879172 |
| 00026851450 | CIPRO 750MG 50 TAB PER BOTTLE | $ 3.813317 |
| 00026851251 | CIPRO 250MG 100 TABLETS PER BOTTLE | $ 3.326544 |
| 00026851248 | CIPRO 250MG 100'S UNIT DOSE | $ 3.182341 |
| 00026851448 | CIPRO 750MG 100'S UNIT DOSE | $ 2.917318 |
| 00026851106 | CIPRO 100MG UD 6'S CYSTITIS PACK | $ 2.412585 |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | $ 2.017349 |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | $ 2.016000 |
| 00026819763 | TRASYLOL 200ML 6'S LABELED VIALS | $ 1.867241 |
| 00026819636 | TRASYLOL 100ML 6'S LABELED VIALS | $ 1.853813 |
| 00026886151 | ADALAT CC 90MG 100 TABLETS PER BOTTLE | $ 1.682163 |
| 00026886148 | ADALAT CC 90MG 100 UNIT DOSE TABLETS | $ 1.648273 |
| 00026885172 | ADALAT CC 60MG 5000 TABLETS PER TIN | $ 1.525191 |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | $ 1.489283 |
| 00026885151 | ADALAT CC 60MG 100 TABLETS PER BOTTLE | $ 1.469512 |
| 00026885148 | ADALAT CC 60MG 100 UNIT DOSE TABLETS | $ 1.438973 |
| 00026288351 | BAYCOL 0.2MG 100 TABLETS PER BOTTLE | $ 1.356740 |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | $ 1.353152 |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | $ 1.353064 |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | $ 1.352505 |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | $ 1.350396 |
| 00026288451 | BAYCOL 0.3MG 100 TABLETS PER BOTTLE | $ 1.339316 |
| 00026288551 | BAYCOL 0.4MG 100 TABLETS PER BOTTLE | $ 1.306947 |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | $ 0.841668 |
| 00026884148 | ADALAT CC 30MG 100 UNIT DOSE TABLETS | $ 0.839275 |
| 00026884151 | ADALAT CC 30MG 100 TABLET PER BOTTLE | $ 0.812530 |
| 00026884172 | ADALAT CC 30MG 5000 TABLETS PER TIN | $ 0.760079 |
| 00026855336 | CIPRO ORAL SUSP 10% | $ 0.757992 |
| 00026855136 | CIPRO ORAL SUSP 5% | $ 0.652039 |
| 00026286251 | PRECOSE 100MG 100 TABLETS PER BOTTLE | $ 0.634534 |
| 00026286151 | PRECOSE 50MG 100 TABLETS PER BOTTLE | $ 0.509758 |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | $ 0.494197 |
| 00026286351 | PRECOSE 25MG 100 TABLETS PER BOTTLE | $ 0.491685 |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | $ 0.440811 |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | $ 0.422532 |
| 00026856665 | CIPRO IV 120ML 6'S PHARMACY BULK VIALS | $ 0.357452 |
| 00026815120 | DTIC 200MG VIAL 12 US LABELED | $ 0.105920 |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | $ 0.097516 |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | $ 0.080535 |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | $ 0.079778 |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | $ 0.079090 |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | $ 0.076536 |

MT 038083

| Bayer Product | BIO ASP 3Q 2002 | Average Sales Price |
|---|---|---|
| 00026063106 | BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | $ 136.544343 |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | $ 99.620729 |
| 00026063602 | BAYHEP SYR W/NEEDLE GUARD | $ 90.586192 |
| 00026063605 | BAYHEP 5ML VIAL | $ 85.621305 |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | $ 82.935348 |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | $ 70.289311 |
| 00026061802 | BAYRAB 2ML | $ 55.800096 |
| 00026061810 | BAYRAB 10ML | $ 52.890613 |
| 00026063504 | BAYGAM 2 ML 532 PACK | $ 9.704453 |
| 00026064820 | IGIV 10% 50ML US ROW | $ 5.791945 |
| 00026064824 | IGIV 10% 200ML US ROW | $ 5.704955 |
| 00026064871 | IGIV 10% 100ML US ROW | $ 5.685887 |
| 00026064815 | IGIV 10% 25ML US ROW | $ 5.630451 |
| 00026064812 | IGIV 10% 10ML US ROW | $ 5.591592 |
| 00026063512 | BAYGAM 10ML 532 PACK | $ 5.527455 |
| 00026037220 | KOGENATE FS 250 IU USA | $ 1.174870 |
| 00026037230 | KOGENATE FS 500 IU USA | $ 1.117206 |
| 00026037250 | KOGENATE FS 1000 IU USA | $ 1.068440 |
| 00026060320 | THROMBATE III 500 IU USA | $ 1.000239 |
| 00026068416 | ALBUMIN 25% 20ML US ROW | $ 0.593902 |
| 00026068420 | ALBUMIN 25% 50ML US ROW | $ 0.562831 |
| 00026068471 | ALBUMIN 25% 100ML US ROW | $ 0.531831 |
| 00026066550 | KOATE DVI 1000U US ROW | $ 0.527349 |
| 00026066520 | KOATE DVI 250U US ROW | $ 0.503408 |
| 00026066530 | KOATE DVI 500U US ROW | $ 0.303200 |
| 00026061320 | PLASMANATE 50ML US ROW | $ 0.238300 |
| 00026068520 | ALBUMIN 5% 50ML US ROW | $ 0.237316 |
| 00026060130 | ALPHA-1, 20 ML FILL    LYOPHILIZED | $ 0.220000 |
| 00026060135 | PROLASTIN 1000 MG USA | $ 0.215123 |
| 00026061325 | PLASMANATE 250ML US ROW | $ 0.109485 |
| 00026068525 | ALBUMIN 5% 250ML US ROW | $ 0.100609 |

MT 038084

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Corporation Pharmaceutical Division, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

*[signature]*
Jeffrey M. Greenman
Vice President
Patents & Licensing
Bayer Corporation

Oct 29 2002
Date

**MT 038111**

certification_3rdqtr2002

**MT 038112**

| | | |
|---|---|---|
| Pharmacy Director<br>Alabama Medicaid Agency<br>501 Dexter Avenue<br>Montgomery, Alabama 36104 | Pharmacy Director<br>Division of Medical Assistance<br>4501 Business Park Blvd.<br>Suite 24<br>Anchorage, Alaska 99503 | Pharmacy Director<br>DOHS, Div. Of Med. Services<br>P.O. Box 1437<br>Slot 4105<br>Little Rock, Arkansas 72203-4105 |
| Roberto Martinez, Chief<br>Medical Policy Division<br>714 P Street<br>Room 1216<br>Sacramento, California 95814 | Pharmacy Director<br>Colorado Healthcare Policy & Financing<br>1575 Sherman Street<br>5th Floor<br>Denver, Colorado 80203 | James Wietrak<br>Director of Quality Assurance<br>Connecticut Department of Social Serv.<br>25 Sigourney Street<br>Hartford, CT 06106 |
| Pharmacy Director<br>EDS<br>248 Chapman Rd.<br>Suite 200, Bristol Building<br>Newark, Delaware 19702 | Pharmacy Director<br>Agency for Health Care Administration<br>2727 Mahan Drive, Mail Stop 38<br>Mail Stop 38<br>Tallahassee, Florida 32308 | Pharmacy Director<br>Department of Medical Assistance<br>2 Peachtree Street<br>37th Floor<br>Atlanta, Georgia 30338 |
| Pharmacy Director<br>Department of Human Services<br>P.O. Box 339<br>Honolulu, Hawaii 96809-0339 | Ms. Jackie Garner<br>Director<br>Illinois Department of Public Aid<br>201 South Grand Avenue, 3rd Floor<br>Springfield, IL 62763 | Pharmacy Director<br>Indiana State Government Center<br>402 W. Washington St.<br>Room W-382<br>Indianapolis, Indiana 46204 |
| Pharmacy Director<br>Department of Human Services<br>Hoover State Office Building<br>Division of Medical Services<br>Des Moines, Iowa 50319 | Pharmacy Director<br>Division of Medical Services<br>915 Harrison Street<br>Docking Building, Rm 628<br>Topeka, Kansas 66612-1570 | Pharmacy Director<br>Department of Medicaid Services<br>275 East Main Street<br>Frankfort, Kentucky 40621 |
| Pharmacy Director<br>Bureau of Health Services Financing<br>6080 Esplanade Avenue<br>Baton Rouge, Louisiana 70806 | Pharmacy Director<br>MAINE Bureau of Medical Services<br>11 State House Station<br>Augusta, Maine 04333 | Deputy Director<br>Program Operation<br>SS-18<br>201 W. Preston Street<br>Baltimore, Maryland 21201 |
| Pharmacy Director<br>Division of Medical Assistance<br>600 Washington Street<br>5th Floor<br>Boston, Massachusetts 02111 | Pharmacy Director<br>Medical Service Administration<br>400 South Pine Street<br>Lansing, Michigan 48909 | Pharmacy Director<br>Department of Human Services<br>444 Lafayette Rd. N.<br>St. Paul, Minnesota 55155 |
| Pharmacy Director<br>Medicaid Division<br>239 North Lamar<br>Suite 801<br>Jackson, Mississippi 39211 | Pharmacy Director<br>Division of Medical Services<br>3411 B Knipp<br>Jefferson City, Missouri 65109 | Pharmacy Director<br>Medicaid Services Bureau<br>Dept. of Public Health<br>P.O. Box 202951, 1400 Broadway<br>Helena, Montana 59620 |
| Pharmacy Director<br>Nevada Medicaid Office<br>Capital Complex<br>2527 N. Carson Street<br>Carson City, Nevada 89710 | Pharmacy Director<br>Medicaid Administration Bureau<br>6 Hazen Drive<br>Concord, New Hampshire 03301 | Pharmacy Director<br>Div Medical & Assistance Health Serv.<br>P O Box 712<br>Trenton, New Jersey 08625-0712 |
| Pharmacy Director<br>Med. Assistance Div. Drug Program<br>P.O. Box 2348<br>Sante Fe, New Mexico 87504-2348 | Carl Cioppa<br>Bureau of Program Guidance<br>99 Washington Avenue, Suite 606<br>Albany, New York 12210-2806 | Pharmacy Director<br>DOHR, Div. Of Medical Assistance<br>1985 Umstead Drive<br>Raleigh, North Carolina 27603 |

Pharmacy Director
Pharmacy Services Unit
30 East Broad Street
31st Floor
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

MT 038113