# Exhibit D-8

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total F | |

Postmark
Here

Sent To    Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
Street, or PO B    P.O. Box 202951, 1400 Broadway
City, Sta    Helena, Montana  59620

7001 0360 0004 3269 4522

PS Form 3800, January 2001            See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
State Mail Services              FEB 0 3 REC'D

C. Signature
X _____    □ Agent
                  □ Addressee

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Certified Mail    □ Express Mail
□ Registered        ☑ Return Receipt for Merchandise
□ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)            □ Yes

2. Article Number (Copy from s    7001 0360 0004 3269 4522

PS Form 3811, July 1999        Domestic Return Receipt        102595-00-M-0952

CONFIDENTIAL

BAY-MTD00210

# Bayer HealthCare



Bayer HealthCare
400 Morgan Lane
West Haven, CT  06516

January 30, 2003

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C.  20201

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA  94066

Re:    Report of Average Sale Price – 4th Quarter 2002

In conformance with:  (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into
January 23, 2001 between Bayer Corporation ("Bayer") and the Office of the Inspector General of the
United States Department of Health and Human Services ("OIG"); and (b) the State Settlement
Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the forty-five states
specified on attachment hereto, Bayer submits the following:

1.    Report of Average Sale Price for the fourth quarter 2002 (Section
III(D)(2)(b)).  This information is also included on the enclosed diskette.

2.    A detailed description of the methodology used to calculate the Average
Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of
Bayer Pharmaceuticals Corporation (fka Bayer Corporation Pharmaceutical
Division).

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement.
It is not intended to set reimbursement rates and is not a substitute for the reporting of Average
Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP).

Please contact Mr. Jeffrey Greenman (203-812-2037) or  me (203-812-2402) if you have any
questions.

Very truly yours,

Paul R. Berry
Vice President
General Counsel and
Secretary

MT 076663

ep
Enclosures

cc:  Attached List

asp_letter_4thqtr2002.doc

MT 076664

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California  95814

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana  70806

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada  89710

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico  87504-2348

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida  32308

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL  62763

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York  12210-2806

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30338

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

Pharmacy Director
Pharmacy Services Unit
30 East Broad Street
31st Floor
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr. Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

MT 076665

Bayer

| | Pharma ASP Q4 2002 | |
|---|---|---|
| Product | | Average Sales Price |
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT | $ 2,218.130839 |
| 00026851348 | CIPRO 500MG 100'S  UNIT DOSE | $ 34.236709 |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | $ 13.410568 |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | $ 12.228350 |
| 00026252106 | BILTRICIDE 600MG 6  TABLETS PER BOTTLE | $ 9.690583 |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | $ 7.111616 |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | $ 7.094389 |
| 00026285548 | NIMOTOP 30MG 100'S  UNIT DOSE CAPSULES | $ 5.796655 |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | $ 5.683492 |
| 00026285570 | NIMOTOP 30MG 30'S  UNIT DOSE CAPSULES | $ 5.565873 |
| 00026851450 | CIPRO 750MG 50 TAB  PER BOTTLE | $ 3.936808 |
| 00026851351 | CIPRO 500MG 100     TABLETS PER BOTTLE | $ 3.866409 |
| 00026851251 | CIPRO 250MG 100     TABLETS PER BOTTLE | $ 3.318845 |
| 00026851248 | CIPRO 250MG 100'S  UNIT DOSE | $ 2.734958 |
| 00026851106 | CIPRO 100MG UD 6'S  CYSTITIS PACK | $ 2.413593 |
| 00026885172 | ADALAT CC 60MG 5000 TABLETS PER TIN | $ 2.042211 |
| 00026886148 | ADALAT CC 90MG 100  UNIT DOSE TABLETS | $ 2.017670 |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | $ 2.014284 |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | $ 1.984737 |
| 00026819763 | TRASYLOL 200ML 6'S  LABELED VIALS | $ 1.899423 |
| 00026819636 | TRASYLOL 100ML 6'S  LABELED VIALS | $ 1.898467 |
| 00026886151 | ADALAT CC 90MG 100  TABLETS PER BOTTLE | $ 1.895742 |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | $ 1.702212 |
| 00026885151 | ADALAT CC 60MG 100  TABLETS PER BOTTLE | $ 1.636113 |
| 00026885148 | ADALAT CC 60MG 100  UNIT DOSE TABLETS | $ 1.564999 |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | $ 1.358128 |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | $ 1.352848 |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | $ 1.352533 |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | $ 1.351034 |
| 00026288351 | BAYCOL 0.3MG 100    TABLETS PER BOTTLE | $ 1.350347 |
| 00026288351 | BAYCOL 0.2MG 100    TABLETS PER BOTTLE | $ 1.340965 |
| 00026288551 | BAYCOL 0.4MG 100    TABLETS PER BOTTLE | $ 1.294296 |
| 00026884172 | ADALAT CC 30MG 5000 TABLETS PER TIN | $ 1.085692 |
| 00026851448 | CIPRO 750MG 100'S  UNIT DOSE | $ 0.974837 |
| 00026884148 | ADALAT CC 30MG 100  UNIT DOSE TABLETS | $ 0.868569 |
| 00026855336 | CIPRO ORAL SUSP 10% | $ 0.696664 |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | $ 0.652738 |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE | $ 0.635249 |
| 00026855136 | CIPRO ORAL SUSP 5% | $ 0.631222 |
| 00026884151 | ADALAT CC 30MG 100  TABLET PER BOTTLE | $ 0.628792 |
| 00026309161 | MYCELEX CREAM 15GM  1% US | $ 0.620000 |
| 00026309159 | MYCELEX CREAM 30GM  BAYER MEXICO | $ 0.529313 |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | $ 0.513814 |
| 00026286151 | PRECOSE 50MG 100    TABLETS PER BOTTLE | $ 0.511077 |
| 00026286351 | PRECOSE 25MG 100    TABLETS PER BOTTLE | $ 0.492398 |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | $ 0.377935 |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | $ 0.377568 |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS | $ 0.234560 |
| 00026815120 | DTIC 200MG VIAL 12  US LABELED | $ 0.102221 |

MT 076666

| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | $ 0.084139 |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | $ 0.071390 |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | $ 0.070768 |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | $ 0.055960 |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | $ 0.046275 |

**MT 076667**

## Bayer

| | BIO ASP 4Q 2002 | |
|---|---|---|
| **Product** | | **Average Sales Price** |
| 00026063106 | BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | $ 132.745936 |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | $ 102.001368 |
| 00026063602 | BAYHEP SYR W/NEEDLE GUARD | $ 90.297736 |
| 00026063605 | BAYHEP 5ML VIAL | $ 90.183146 |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | $ 70.771260 |
| 00026061802 | BAYRAB 2ML | $ 59.829937 |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | $ 58.649021 |
| 00026061810 | BAYRAB 10ML | $ 56.224914 |
| 00026063504 | BAYGAM 2 ML 532 PACK | $ 9.966095 |
| 00026063512 | BAYGAM 10ML 532 PACK | $ 8.060135 |
| 00026064871 | IGIV 10% 100ML US ROW | $ 5.117125 |
| 00026064824 | IGIV 10% 200ML US ROW | $ 5.100158 |
| 00026064820 | IGIV 10% 50ML US ROW | $ 5.041913 |
| 00026064812 | IGIV 10% 10ML US ROW | $ 5.030391 |
| 00026064815 | IGIV 10% 25ML US ROW | $ 4.680295 |
| 00026037250 | KOGENATE FS 1000 IU USA | $ 0.923096 |
| 00026037230 | KOGENATE FS 500 IU USA | $ 0.901896 |
| 00026037220 | KOGENATE FS 250 IU USA | $ 0.894843 |
| 00026060320 | THROMBATE III 500 IU USA | $ 0.893529 |
| 00026068416 | ALBUMIN 25% 20ML US ROW | $ 0.595792 |
| 00026066550 | KOATE DVI 1000U US ROW | $ 0.574982 |
| 00026066520 | KOATE DVI 250U US ROW | $ 0.477279 |
| 00026066530 | KOATE DVI 500U US ROW | $ 0.453544 |
| 00026068420 | ALBUMIN 25% 50ML US ROW | $ 0.451150 |
| 00026068471 | ALBUMIN 25% 100ML US ROW | $ 0.445388 |
| 00026060135 | PROLASTIN 1000 MG USA | $ 0.249306 |
| 00026061320 | PLASMANATE 50ML US ROW | $ 0.248685 |
| 00026068520 | ALBUMIN 5% 50ML US ROW | $ 0.238274 |
| 00026061325 | PLASMANATE 250ML US ROW | $ 0.097676 |
| 00026068525 | ALBUMIN 5% 250ML US ROW | $ 0.089510 |

MT 076668

**CERTIFICATION**

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation (fka Bayer Corporation Pharmaceutical Division), hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list

Jeffrey M. Greenman
Vice President
Patents & Licensing
Bayer Pharmaceuticals Corporation

MT 076669

January 30, 2003
Date

certification_4thqtr2002

# Exhibit D-9

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

7002 2410 0004 4240 0257

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x State Mail Services                ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                   MAY 05 REC'D

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 2410 0004 4240 0257

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-103

CONFIDENTIAL

BAY-MT000244

# Bayer HealthCare
## Pharmaceuticals



April 28, 2003

RECEIVED

MAY 0 5 2003

HEALTH POLICY & SERVICES

Paul R. Berry
Vice President,
General Counsel and Secretary
Law & Patents

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA   94066

Bayer Pharmaceuticals
Corporation
400 Morgan Lane
West Haven, CT 06516

Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

Re:     Report of Average Sale Price – 1st Quarter 2003

In conformance with: (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation[1] ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"); and (b) the State Settlement Agreement entered into August 6, 2001 between Bayer Corporation ("Bayer") and the forty-five states specified on attachment hereto, Bayer submits the following:

1.     Report of Average Sale Price for the first quarter 2003 (Section III(D)(2)(b)). This information is also included on the enclosed diskette.

2.     A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement. It is not intended to set reimbursement rates and is not a substitute for the reporting of Average Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP).

**MT 076630**

---

[1] "On January 1, 2003, Bayer Corporation was reorganized. The business, assets and operations of the unincorporated division of Bayer Corporation known as Bayer Pharmaceuticals became a stand alone business operated through Bayer Pharmaceuticals Corporation, a Delaware corporation, a newly formed subsidiary of Bayer Corporation. The business, assets and operations of the unincorporated division of Bayer Corporation known as Bayer Biological Products became a stand alone business operated through Bayer HealthCare LLC, a Delaware limited liability company, a newly formed subsidiary of Bayer Corporation."

Page 2
April 28, 2003


Please contact Mr. Jeffrey Greenman (203-812-2037) or me (203-812-6081)
if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc:  Attached List

MT 076631

asp_letter_1stquarter2003.doc

MT 076632

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California  95814

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida  32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30338

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL  62763

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana  70806

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

Pharmacy Director
Nevada Medicaid Office
Capital Complex
2527 N. Carson Street
Carson City, Nevada  89710

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico  87504-2348

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York  12210-2806

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

MT 076633

**Bayer**          **Average Sale Price Q1 2003**

| Product | Pharma | Average Sales Price |
|---|---|---|
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT | $ 2,198.504852 |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | $ 13.289893 |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | $ 12.127553 |
| 00026252106 | BILTRICIDE 600MG 6  TABLETS PER BOTTLE | $ 9.695986 |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | $ 7.023891 |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | $ 6.999679 |
| 00026888951 | CIPRO XR 500MG 100 TABLETS PER BOTTLE | $ 6.326771 |
| 00026888950 | CIPRO XR 500MG 50 TABLETS PER BOTTLE | $ 6.194330 |
| 00026285570 | NIMOTOP 30MG 30'S   UNIT DOSE CAPSULES | $ 6.111606 |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | $ 5.895152 |
| 00026285548 | NIMOTOP 30MG 100'S  UNIT DOSE CAPSULES | $ 5.796171 |
| 00026851450 | CIPRO 750MG 50 TAB  PER BOTTLE | $ 4.058276 |
| 00026851351 | CIPRO 500MG 100    TABLETS PER BOTTLE | $ 3.985248 |
| 00026851448 | CIPRO 750MG 100'S  UNIT DOSE | $ 3.549265 |
| 00026851251 | CIPRO 250MG 100    TABLETS PER BOTTLE | $ 3.397663 |
| 00026851348 | CIPRO 500MG 100'S  UNIT DOSE | $ 3.303943 |
| 00026851248 | CIPRO 250MG 100'S  UNIT DOSE | $ 3.246695 |
| 00026851106 | CIPRO 100MG UD 6'S  CYSTITIS PACK | $ 2.542645 |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | $ 2.016000 |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | $ 2.016000 |
| 00026885172 | ADALAT CC 60MG 5000 TABLETS PER TIN | $ 1.925490 |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | $ 1.925163 |
| 00026819636 | TRASYLOL 100ML 6'S  LABELED VIALS | $ 1.871166 |
| 00026819763 | TRASYLOL 200ML 6'S  LABELED VIALS | $ 1.857612 |
| 00026885148 | ADALAT CC 60MG 100  UNIT DOSE TABLETS | $ 1.855294 |
| 00026885151 | ADALAT CC 60MG 100  TABLETS PER BOTTLE | $ 1.851273 |
| 00026886148 | ADALAT CC 90MG 100  UNIT DOSE TABLETS | $ 1.797747 |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | $ 1.352333 |
| 00026288351 | BAYCOL 0.2MG 100    TABLETS PER BOTTLE | $ 1.352100 |
| 00026288451 | BAYCOL 0.3MG 100    TABLETS PER BOTTLE | $ 1.352100 |
| 00026288551 | BAYCOL 0.4MG 100    TABLETS PER BOTTLE | $ 1.352100 |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | $ 1.352000 |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | $ 1.352000 |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | $ 1.352000 |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | $ 1.082601 |
| 00026884172 | ADALAT CC 30MG 5000 TABLETS PER TIN | $ 1.080929 |
| 00026886151 | ADALAT CC 90MG 100  TABLETS PER BOTTLE | $ 1.076644 |
| 00026884151 | ADALAT CC 30MG 100  TABLET PER BOTTLE | $ 1.015832 |
| 00026884148 | ADALAT CC 30MG 100  UNIT DOSE TABLETS | $ 0.970725 |
| 00026855336 | CIPRO ORAL SUSP 10% | $ 0.784823 |
| 00026855136 | CIPRO ORAL SUSP 5% | $ 0.702257 |
| 00026309161 | MYCELEX CREAM 15GM  1% US | $ 0.606980 |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE | $ 0.461061 |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | $ 0.431756 |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS | $ 0.430265 |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | $ 0.400796 |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | $ 0.392554 |
| 00026286151 | PRECOSE 50MG 100    TABLETS PER BOTTLE | $ 0.376630 |
| 00026286351 | PRECOSE 25MG 100    TABLETS PER BOTTLE | $ 0.364370 |
| 00026815120 | DTIC 200MG VIAL 12  US LABELED | $ 0.103896 |

MT 076634

| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | $ 0.088372 |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | $ 0.087162 |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | $ 0.086192 |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | $ 0.085749 |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | $ 0.084978 |

MT 076635

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.


Jeffrey M. Greenman
Compliance Officer


April 28, 2003
Date

MT 076662

certification_1stquarter2003

# Exhibit D-10

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark
Here

7002 2410 0004 4240 0523

Sent To
Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
Street, Apt. or PO Box
P.O. Box 202951, 1400 Broadway
City, State,
Helena, Montana  59620

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   State Mail Service        ☐ Agent
                              ☐ Addressee

B. Received by (Printed Name)   AUG 4 2003   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7002 2410 0004 4240 0523

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

CONFIDENTIAL

BAY-MT000278

Bayer HealthCare
Pharmaceuticals



Paul R. Berry
Vice President
Federal Government Strategies
and Affairs

July 30, 2003

Nicole C. Hall, Esq.                                    Mr. Joseph Palermo
Senior Counsel                                          First DataBank Inc.
Office of Counsel to the Inspector General              111 Bayhill Drive
Specification Procedure                                 San Bruno, CA  94066
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C.  20201

Re:     Report of Average Sale Price – 2nd Quarter 2003

Bayer Pharmaceuticals
Corporation
400 Morgan Lane
West Haven, CT 06516

Phone: 203-812-6081
Fax: 203-812-2795
paul.berry.b@bayer.com

In conformance with:  (a) the terms of the Corporate Integrity Agreement (the
"CIA") entered into January 23, 2001 between Bayer Corporation[1] ("Bayer") and
the Office of the Inspector General of the United States Department of Health
and Human Services ("OIG"); and (b) the State Settlement Agreement entered
into August 6, 2001 among Bayer Corporation ("Bayer") and the forty-five
states, plus the District of Columbia, specified on attachment hereto,
Bayer submits the following:

1       Report of Average Sale Price for the second quarter 2003
        (Section III(D)(2)(b)).  This information is also included
        on the enclosed diskette.

2.      A detailed description of the methodology used to calculate
        the Average Sale Price (Section III (D)(2)(c)) certified by a
        high managerial agent of  Bayer Pharmaceuticals
        Corporation and the Biological Products Division of Bayer
        HealthCare, LLC.

We wish to stress that this report of Average Sale Price arises from the
above-referenced settlement.  It is not intended to set reimbursement rates
and is not a substitute for the reporting of Average Wholesale Price (AWP),
Average Manufacturers Price (AMP) and/or Best Price (BP).

**MT 076583**

[1] "On January 1, 2003, Bayer Corporation was reorganized.  The business, assets and operations of the unincorporated
division of Bayer Corporation known as Bayer Pharmaceuticals became a stand alone business operated through Bayer
Pharmaceuticals Corporation, a Delaware corporation, a newly formed subsidiary of Bayer Corporation.  The business, assets
and operations of the unincorporated division of Bayer Corporation known as Bayer Biological Products became a stand alone
business operated through Bayer HealthCare LLC, a Delaware limited liability company, a newly formed subsidiary of Bayer
Corporation."

Page 2
July 30, 2003

Please contact Mr. Jeffrey Greenman (203-812-2037) or me (203-812-6081)
if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc: Attached List

**MT 076584**

**MT 076585**

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California  95814

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana  70806

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Nevada Medicaid Office
1100 East William Street, Suite 101
Carson City, Nevada  89701

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico  87504-2348

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
Colorado Healthcare Policy &
Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida  32308

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL  62763

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York  12210-2806

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Se
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30338

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Washington Medical Assistance
Administration
825 North Capitol Street, N.E.
5th Floor
Washington, DC 20002

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

**MT 076586**

**Bayer**          **Average Sale Price Q2 2003**

| Product | PHARMA | Average Sales Price |
|---|---|---|
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT | $ 2,184.076013 |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | $ 13.440608 |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | $ 12.261137 |
| 00026252106 | BILTRICIDE 600MG 6  TABLETS PER BOTTLE | $ 9.687407 |
| 00026285570 | NIMOTOP 30MG 30'S   UNIT DOSE CAPSULES | $ 6.358574 |
| 00026888950 | CIPRO XR 500MG 50 TABLETS PER BOTTLE | $ 5.919261 |
| 00026285548 | NIMOTOP 30MG 30'S  UNIT DOSE CAPSULES | $ 5.915309 |
| 00026888951 | CIPRO XR 500MG 100 TABLETS PER BOTTLE | $ 5.894756 |
| 00026851450 | CIPRO 750MG 50 TAB  PER BOTTLE | $ 4.261859 |
| 00026851351 | CIPRO 500MG 100    TABLETS PER BOTTLE | $ 4.121574 |
| 00026851348 | CIPRO 500MG 100'S  UNIT DOSE | $ 4.041657 |
| 00026851448 | CIPRO 750MG 100'S  UNIT DOSE | $ 3.677075 |
| 00026851251 | CIPRO 250MG 100    TABLETS PER BOTTLE | $ 3.555363 |
| 00026851248 | CIPRO 250MG 100'S  UNIT DOSE | $ 3.428183 |
| 00026851106 | CIPRO 100MG UD 6'S  CYSTITIS PACK | $ 2.615431 |
| 00026886148 | ADALAT CC 90MG 100  UNIT DOSE TABLETS | $ 2.191442 |
| 00026886151 | ADALAT CC 90MG 100  TABLETS PER BOTTLE | $ 2.042124 |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | $ 2.016000 |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | $ 2.016000 |
| 00026885148 | ADALAT CC 60MG 100  UNIT DOSE TABLETS | $ 1.908075 |
| 00026819763 | TRASYLOL 200ML 6'S  LABELED VIALS | $ 1.902852 |
| 00026819636 | TRASYLOL 100ML 6'S  LABELED VIALS | $ 1.899101 |
| 00026885172 | ADALAT CC 60MG 5000 TABLETS PER TIN | $ 1.845769 |
| 00026885151 | ADALAT CC 60MG 100  TABLETS PER BOTTLE | $ 1.745549 |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | $ 1.721194 |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | $ 1.352333 |
| 00026288351 | BAYCOL 0.2MG 100    TABLETS PER BOTTLE | $ 1.352100 |
| 00026288451 | BAYCOL 0.3MG 100    TABLETS PER BOTTLE | $ 1.352100 |
| 00026288551 | BAYCOL 0.4MG 100    TABLETS PER BOTTLE | $ 1.352100 |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | $ 1.352000 |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | $ 1.352000 |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | $ 1.352000 |
| 00026884148 | ADALAT CC 30MG 100  UNIT DOSE TABLETS | $ 1.049472 |
| 00026884172 | ADALAT CC 30MG 5000 TABLETS PER TIN | $ 1.036175 |
| 00026884151 | ADALAT CC 30MG 100  TABLET PER BOTTLE | $ 0.983490 |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | $ 0.941947 |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | $ 0.904510 |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | $ 0.866482 |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | $ 0.851066 |
| 00026855336 | CIPRO ORAL SUSP 10% | $ 0.834794 |
| 00026855136 | CIPRO ORAL SUSP 5% | $ 0.684596 |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE | $ 0.656629 |
| 00026309161 | MYCELEX CREAM 15GM  1% US | $ 0.602076 |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | $ 0.523062 |
| 00026286351 | PRECOSE 25MG 100    TABLETS PER BOTTLE | $ 0.502447 |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | $ 0.493394 |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | $ 0.479347 |
| 00026286151 | PRECOSE 50MG 100    TABLETS PER BOTTLE | $ 0.400278 |
| 00026815120 | DTIC 200MG VIAL 12  US LABELED | $ 0.105135 |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | $ 0.093125 |

**MT 076587**

| | | |
|---|---|---|
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | $ 0.086330 |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | $ 0.085682 |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | $ 0.080284 |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS | $ 0.011530 |
| 00026858231 | * AVELOX IV 400MG 250ML BAG 12'S US | -$ 0.150277 |

* Avelox IV 400MG 250ML BAG 12's US has a
negative result because this quarters sales
were much lower and chargebacks were up
marginally

**MT 076588**

**Bayer**                  **Average Sale Price Q2 2003**

| Product | | Average Sale Price |
|---|---|---|
| 00026063106 | BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | $ 134.140092 |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | $ 97.935880 |
| 00026063602 | BAYHEP 1ML SYR W/NEEDLE GUARD | $ 79.565466 |
| 00026063605 | BAYHEP 5ML VIAL | $ 78.691625 |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | $ 69.446850 |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | $ 69.400166 |
| 00026061802 | BAYRAB 2ML | $ 57.369684 |
| 00026061810 | BAYRAB 10ML | $ 57.150732 |
| 00026063504 | BAYGAM 2 ML 532 PACK | $ 9.748309 |
| 00026063512 | BAYGAM 10ML 532 PACK | $ 7.813284 |
| 00026064812 | IGIV 10% 10ML US ROW | $ 5.200786 |
| 00026064824 | IGIV 10% 200ML US ROW | $ 5.057273 |
| 00026064871 | IGIV 10% 100ML US ROW | $ 5.046770 |
| 00026064820 | IGIV 10% 50ML US ROW | $ 4.769736 |
| 00026064815 | IGIV 10% 25ML US ROW | $ 4.735430 |
| 00026060320 | THROMBATE III 500 IU USA | $ 0.911325 |
| 00026037220 | KOGENATE FS 250 IU USA | $ 0.850172 |
| 00026037230 | KOGENATE FS 500 IU USA | $ 0.838130 |
| 00026037250 | KOGENATE FS 1000 IU USA | $ 0.827565 |
| 00026068416 | ALBUMIN 25% 20ML US ROW | $ 0.588570 |
| 00026066520 | KOATE DVI 250U US ROW | $ 0.490456 |
| 00026066550 | KOATE DVI 1000U US ROW | $ 0.480761 |
| 00026066530 | KOATE DVI 500U US ROW | $ 0.448213 |
| 00026068420 | ALBUMIN 25% 50ML US ROW | $ 0.268856 |
| 00026068471 | ALBUMIN 25% 100ML US ROW | $ 0.259200 |
| 00026060135 | PROLASTIN 1000 MG USA | $ 0.249643 |
| 00026061320 | PLASMANATE 50ML US ROW | $ 0.240206 |
| 00026068520 | ALBUMIN 5% 50ML US ROW | $ 0.232708 |
| 00026061325 | PLASMANATE 250ML US ROW | $ 0.052120 |
| 00026068525 | ALBUMIN 5% 250ML US ROW | $ 0.035696 |

MT 076589

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with the State Medicaid programs identified below.


State Medicaid Programs:

Per attached list.


Jeffrey M. Greenman
Compliance Officer


July 30, 2003
Date                                                    MT 076616


certification_2ndquarter2003