# Exhibit D-11

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

7002 2410 0004 4240 1018

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    State Mail Service    C. Date of Delivery   NOV 0 3 2003

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7002 2410 0004 4240 1018

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**CONFIDENTIAL**

**BAY-MT000313**



# Bayer HealthCare
## Pharmaceuticals

Paul R. Berry
Vice President
General Counsel and Secretary
Law & Patents

October 31, 2003

Nicole C. Hall, Esq.                          Mr. Joseph Palermo
Senior Counsel                                First DataBank Inc.
Office of Counsel to the Inspector General    111 Bayhill Drive
Specification Procedure                       San Bruno, CA  94066
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C.  20201

Bayer Pharmaceuticals
Corporation
400 Morgan Lane
West Haven, CT 06516

Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

Re:      Report of Average Sale Price -- **3rd Quarter 2003**

In conformance with:  (a) the terms of the Corporate Integrity Agreement (the
"CIA") entered into January 23, 2001 between Bayer Corporation[1] ("Bayer") and
the Office of the Inspector General of the United States Department of Health
and Human Services ("OIG"); and (b) the State Settlement Agreement entered
into August 6, 2001 among Bayer Corporation ("Bayer") and the forty-five
states, plus the District of Columbia, specified on attachment hereto,
Bayer submits the following:

    1       Report of Average Sale Price for the third quarter 2003
            (Section III(D)(2)(b)).  This information is also included
            on the enclosed diskette.

    2.      A detailed description of the methodology used to calculate
            the Average Sale Price (Section III (D)(2)(c)) certified by a
            high managerial agent of  Bayer Pharmaceuticals
            Corporation and the Biological Products Division of Bayer
            HealthCare, LLC.

We wish to stress that this report of Average Sale Price arises from the
above-referenced settlement.  It is not intended to set reimbursement rates
and is not a substitute for the reporting of Average Wholesale Price (AWP),
Average Manufacturers Price (AMP) and/or Best Price (BP).

**MT 037993**

---

[1] "On January 1, 2003, Bayer Corporation was reorganized. The business, assets and operations of the unincorporated
division of Bayer Corporation known as Bayer Pharmaceuticals became a stand alone business operated through Bayer
Pharmaceuticals Corporation, a Delaware corporation, a newly formed subsidiary of Bayer Corporation. The business, assets
and operations of the unincorporated division of Bayer Corporation known as Bayer Biological Products became a stand alone
business operated through Bayer HealthCare LLC, a Delaware limited liability company, a newly formed subsidiary of Bayer
Corporation."

Page 2
October 31, 2003

Please contact Mr. Jeffrey Greenman (203-812-2037) or me (203-812-6081) if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc:  Attached List

**MT 037994**

asp_letter_3rdquarter2003.doc

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California  95814

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop 38
Mail Stop 38
Tallahassee, Florida  32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30338

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL  62763

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

M.J. Terrebonne, R.Ph.
Medicaid Director
P.O. Box 91030
Baton Rouge, LA  70821

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

Pharmacy Director
Nevada Medicaid Office
1100 East William Street, Suite 101
Carson City, Nevada  89701

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico  87504-2348

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York  12210-2806

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

**MT 037995**

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Washington Medical Assistance
Administration
825 North Capitol Street, N.E.
5th Floor
Washington, DC 20002

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

**MT 037996**

**Bayer**                    **Average Sale Price Q3 2003**

| Product | PHARMA | Average Sales Price |
|---|---|---|
| 00026971101 | VIADUR KIT PACKAGE WITH IMPLANT | $ 2,152.176933 |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | $ 13.359653 |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | $ 12.197112 |
| 00026252106 | BILTRICIDE 600MG 6 TABLETS PER BOTTLE | $ 9.702020 |
| 00026889751 | CIPRO XR 1000MG 100 TABLETS PER BOTTLE | $ 7.397327 |
| 00026889750 | CIPRO XR 1000MG 50 TABLETS PER BOTTLE | $ 7.273442 |
| 00026872069 | LEVITRA 5MG 30 TABLETS PER BOTTLE | $ 7.216067 |
| 00026874069 | LEVITRA 20MG 30 TABLETS PER BOTTLE | $ 7.203846 |
| 00026873069 | LEVITRA 10MG 30 TABLETS PER BOTTLE | $ 7.202807 |
| 00026871069 | LEVITRA 2.5MG 30 TABLETS PER BOTTLE | $ 7.192309 |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | $ 6.790517 |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | $ 6.751802 |
| 00026888950 | CIPRO XR 500MG 50 TABLETS PER BOTTLE | $ 6.580180 |
| 00026888951 | CIPRO XR 500MG 100 TABLETS PER BOTTLE | $ 6.564363 |
| 00026285570 | NIMOTOP 30MG 30'S UNIT DOSE CAPSULES | $ 6.433282 |
| 00026285548 | NIMOTOP 30MG 100'S UNIT DOSE CAPSULES | $ 6.051332 |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | $ 5.750909 |
| 00026851450 | CIPRO 750MG 50 TAB PER BOTTLE | $ 4.304942 |
| 00026851351 | CIPRO 500MG 100 TABLETS PER BOTTLE | $ 4.090981 |
| 00026851448 | CIPRO 750MG 100'S UNIT DOSE | $ 3.609846 |
| 00026851348 | CIPRO 500MG 100'S UNIT DOSE | $ 3.598967 |
| 00026851251 | CIPRO 250MG 100 TABLETS PER BOTTLE | $ 3.485656 |
| 00026851248 | CIPRO 250MG 100'S UNIT DOSE | $ 3.439626 |
| 00026851106 | CIPRO 100MG UD 6'S CYSTITIS PACK | $ 2.718038 |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | $ 2.016000 |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | $ 2.016000 |
| 00026819763 | TRASYLOL 200ML 6'S LABELED VIALS | $ 1.962780 |
| 00026819636 | TRASYLOL 100ML 6'S LABELED VIALS | $ 1.961254 |
| 00026886151 | ADALAT CC 90MG 100 TABLETS PER BOTTLE | $ 1.452232 |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | $ 1.429178 |
| 00026886148 | ADALAT CC 90MG 100 UNIT DOSE TABLETS | $ 1.423397 |
| 00026885148 | ADALAT CC 60MG 100 UNIT DOSE TABLETS | $ 1.397496 |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | $ 1.352333 |
| 00026288351 | BAYCOL 0.2MG 100 TABLETS PER BOTTLE | $ 1.352100 |
| 00026288451 | BAYCOL 0.3MG 100 TABLETS PER BOTTLE | $ 1.352100 |
| 00026288551 | BAYCOL 0.4MG 100 TABLETS PER BOTTLE | $ 1.352100 |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | $ 1.352000 |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | $ 1.352000 |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | $ 1.352000 |
| 00026885151 | ADALAT CC 60MG 100 TABLETS PER BOTTLE | $ 1.304250 |
| 00026855336 | CIPRO ORAL SUSP 10% | $ 0.864911 |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | $ 0.803450 |
| 00026884148 | ADALAT CC 30MG 100 UNIT DOSE TABLETS | $ 0.791302 |
| 00026884151 | ADALAT CC 30MG 100 TABLET PER BOTTLE | $ 0.746467 |
| 00026855136 | CIPRO ORAL SUSP 5% | $ 0.731452 |
| 00026286251 | PRECOSE 100MG 100 TABLETS PER BOTTLE | $ 0.673402 |
| 00026286151 | PRECOSE 50MG 100 TABLETS PER BOTTLE | $ 0.562283 |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | $ 0.560313 |
| 00026286351 | PRECOSE 25MG 100 TABLETS PER BOTTLE | $ 0.521409 |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | $ 0.497448 |

MT 037997

| | | |
|---|---|---|
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | $ 0.420075 |
| 00026815120 | DTIC 200MG VIAL 12  US LABELED | $ 0.103419 |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | $ 0.080291 |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | $ 0.078652 |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | $ 0.077031 |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | $ 0.072199 |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | $ 0.035353 |

**MT 037998**

**Bayer**                    Average Sale Price Q3 2003

| Product | BIO | Average Sales Price |
|---------|-----|---------------------|
| 00026063106 | BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | $ 133.786637 |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | $ 99.189820 |
| 00026063601 | BAYHEP 1ML | $ 97.727471 |
| 00026063602 | BAYHEP 1ML SYR W/NEEDLE GUARD | $ 77.515531 |
| 00026063605 | BAYHEP 5ML VIAL | $ 75.129907 |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | $ 69.637746 |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | $ 68.109681 |
| 00026061802 | BAYRAB 2ML | $ 57.941145 |
| 00026061810 | BAYRAB 10ML | $ 57.766938 |
| 00026063504 | BAYGAM 2 ML 532 PACK | $ 9.709610 |
| 00026063512 | BAYGAM 10ML 532 PACK | $ 7.084876 |
| 00026064815 | IGIV 10% 25ML US ROW | $ 5.362572 |
| 00026064812 | IGIV 10% 10ML US ROW | $ 5.244898 |
| 00026064824 | IGIV 10% 200ML US ROW | $ 5.179492 |
| 00026064871 | IGIV 10% 100ML US ROW | $ 4.989211 |
| 00026064820 | IGIV 10% 50ML US ROW | $ 4.901972 |
| 00026060320 | THROMBATE III 500 IU USA | $ 0.895541 |
| 00026037250 | KOGENATE FS 1000 IU USA | $ 0.838810 |
| 00026037220 | KOGENATE FS 250 IU USA | $ 0.820933 |
| 00026037230 | KOGENATE FS 500 IU USA | $ 0.809589 |
| 00026068416 | ALBUMIN 25% 20ML US ROW | $ 0.595747 |
| 00026066550 | KOATE DVI 1000U US ROW | $ 0.488120 |
| 00026066530 | KOATE DVI 500U US ROW | $ 0.482422 |
| 00026066520 | KOATE DVI 250U US ROW | $ 0.446114 |
| 00026068420 | ALBUMIN 25% 50ML US ROW | $ 0.363294 |
| 00026068471 | ALBUMIN 25% 100ML US ROW | $ 0.339090 |
| 00026060135 | PROLASTIN 1000 MG USA | $ 0.249606 |
| 00026061320 | PLASMANATE 50ML US ROW | $ 0.240986 |
| 00026068520 | ALBUMIN 5% 50ML US ROW | $ 0.239763 |
| 00026061325 | PLASMANATE 250ML US ROW | $ 0.067327 |
| 00026068525 | ALBUMIN 5% 250ML US ROW | $ 0.065902 |

MT 037999

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

Jeffrey M. Greenman
Compliance Officer

$\underline{Oct\ 31,\ 2003}$
Date

**MT 038026**

certification_3rdquarter2003

# Exhibit D-12

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Po | |

Postmark
Here

Sent To
Street, Apt
or PO Box
City, State,

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

PS Form 3800 June 2002          See Reverse for Instructions

7002 2410 0004 4240 1513

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  State Mail Services        ☐ Agent
                             ☐ Addressee

B. Received (Printed Name)    FEB 02 2004

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 2410 0004 4240 1513

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

CONFIDENTIAL

BAY-MT000348

Bayer HealthCare
Pharmaceuticals



Paul R. Berry
Vice President
General Counsel and Secretary
Law & Patents

January 30, 2004

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA 94066

Bayer Pharmaceuticals
Corporation
400 Morgan Lane
West Haven, CT 06516

Phone: 203 812 6081
Fax: 203 812 2795
paul.berry.b@bayer.com

Re:      Report of Average Sale Price – **4th Quarter 2003**

In conformance with: (a) the terms of the Corporate Integrity Agreement (the
"CIA") entered into January 23, 2001 between Bayer Corporation[1] ("Bayer") and
the Office of the Inspector General of the United States Department of Health
and Human Services ("OIG"); and (b) the State Settlement Agreement entered
into August 6, 2001 among Bayer Corporation ("Bayer") and the forty-five
states, plus the District of Columbia, specified on attachment hereto,
Bayer submits the following:

1      Report of Average Sale Price for the fourth quarter 2003
       (Section III(D)(2)(b)). This information is also included
       on the enclosed diskette

2.     A detailed description of the methodology used to calculate
       the Average Sale Price (Section III (D)(2)(c)) certified by a
       high managerial agent of Bayer Pharmaceuticals
       Corporation and the Biological Products Division of Bayer
       HealthCare, LLC.

We wish to stress that this report of Average Sale Price arises from the
above-referenced settlement. It is not intended to set reimbursement rates
and is not a substitute for the reporting of Average Wholesale Price (AWP),
Average Manufacturers Price (AMP) and/or Best Price (BP).

**MT 077018**

---

[1] "On January 1, 2003, Bayer Corporation was reorganized. The business, assets and operations of the unincorporated
division of Bayer Corporation known as Bayer Pharmaceuticals became a stand alone business operated through Bayer
Pharmaceuticals Corporation, a Delaware corporation, a newly formed subsidiary of Bayer Corporation. The business, assets
and operations of the unincorporated division of Bayer Corporation known as Bayer Biological Products became a stand alone
business operated through Bayer HealthCare LLC, a Delaware limited liability company, a newly formed subsidiary of Bayer
Corporation.

Page 2
October 31, 2003

Please contact Mr. Jeffrey Greenman (203-812-2037) or me (203-812-6081)
if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc: Attached List

MT 077019

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California  95814

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana  70806

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Nevada Medicaid Office
1100 East William Street, Suite 101
Carson City, Nevada  89701

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico  87504-2348

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive
Mail Stop 38
Tallahassee, Florida  32308

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL  62763

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York  12210-2806

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30303

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951  1400 Broadway
Helena, Montana  59620

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

**MT 077020**

Pharmacy Director
State Medicaid Office
0 East Broad Street
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
00 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
03 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
50 Capitol Street
Room 251
Charleston, West Virginia 25301

Washington Medical Assistance
Administration
25 North Capitol Street, N.E.
[th] Floor
Washington, DC 20002

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

MT 077021

**Bayer**                    **Average Sale Price Q4 2003**
Product                                **PHARMA**                                    Average Sales Price

| Product | | Average Sales Price |
|---|---|---|
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT | $ 2,073.614256 |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | $  13.418616 |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | $  12.250750 |
| 00026252106 | BILTRICIDE 600MG 6  TABLETS PER BOTTLE | $  9.700880 |
| 00026872069 | LEVITRA 5MG 30 TABLETS PER BOTTLE | $  7.367780 |
| 00026871069 | LEVITRA 2.5MG 30 TABLETS PER BOTTLE | $  7.349955 |
| 00026874069 | LEVITRA 20MG 30 TABLETS PER BOTTLE | $  7.348138 |
| 00026873069 | LEVITRA 10MG 30 TABLETS PER BOTTLE | $  7.314142 |
| 00026889769 | CIPRO XR 1000MG 30 TABLET UNIT DOSE | $  7.178293 |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | $  7.175403 |
| 00026889751 | CIPRO XR 1000MG 100 TABLETS PER BOTTLE | $  7.145913 |
| 00026889750 | CIPRO XR 1000MG 50 TABLETS PER BOTTLE | $  7.129704 |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | $  7.093959 |
| 00026285570 | NIMOTOP 30MG 30'S   UNIT DOSE CAPSULES | $  6.417006 |
| 00026888950 | CIPRO XR 500MG 50 TABLETS PER BOTTLE | $  6.285103 |
| 00026888951 | CIPRO XR 500MG 100 TABLETS PER BOTTLE | $  6.237674 |
| 00026285548 | NIMOTOP 30MG 100'S UD CAPSULES US PCI | $  6.096176 |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | $  5.857237 |
| 00026851351 | CIPRO 500MG 100    TABLETS PER BOTTLE | $  4.125990 |
| 00026851450 | CIPRO 750MG 50 TAB  PER BOTTLE | $  3.986994 |
| 00026851348 | CIPRO 500MG 100'S   UNIT DOSE | $  3.709482 |
| 00026851251 | CIPRO 250MG 100    TABLETS PER BOTTLE | $  3.429496 |
| 00026851248 | CIPRO 250MG 100'S   UNIT DOSE | $  3.375843 |
| 00026851448 | CIPRO 750MG 100'S   UNIT DOSE | $  3.067443 |
| 00026851106 | CIPRO 100MG UD 6'S  CYSTITIS PACK | $  2.686669 |
| 00026886151 | ADALAT CC 90MG 100  TABLETS PER BOTTLE | $  2.567453 |
| 00026886148 | ADALAT CC 90MG 100 UNIT DOSE TABLETS | $  2.444221 |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | $  2.084117 |
| 00026885148 | ADALAT CC 60MG 100  UNIT DOSE TABLETS | $  2.084033 |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | $  2.016000 |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | $  2.016000 |
| 00026819636 | TRASYLOL 100ML 6'S  LABELED VIALS | $  1.997953 |
| 00026885151 | ADALAT CC 60MG 100  TABLETS PER BOTTLE | $  1.996732 |
| 00026819763 | TRASYLOL 200ML 6'S  LABELED VIALS | $  1.983875 |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | $  1.352333 |
| 00026288351 | BAYCOL 0.2MG 100    TABLETS PER BOTTLE | $  1.352100 |
| 00026288451 | BAYCOL 0.3MG 100    TABLETS PER BOTTLE | $  1.352100 |
| 00026288551 | BAYCOL 0.4MG 100    TABLETS PER BOTTLE | $  1.352100 |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | $  1.352000 |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | $  1.352000 |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | $  1.352000 |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | $  1.166277 |
| 00026884148 | ADALAT CC 30MG 100  UNIT DOSE TABLETS | $  1.150002 |
| 00026884151 | ADALAT CC 30MG 100  TABLET PER BOTTLE | $  1.145865 |
| 00026855336 | CIPRO ORAL SUSP 10% | $  0.850688 |
| 00026855136 | CIPRO ORAL SUSP 5% | $  0.750086 |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE | $  0.664127 |
| 00026286151 | PRECOSE 50MG 100    TABLETS PER BOTTLE | $  0.556641 |
| 00026286351 | PRECOSE 25MG 100    TABLETS PER BOTTLE | $  0.520945 |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | $  0.516395 |

**MT 077022**

| | | |
|---|---|---|
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | $ 0.471914 |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | $ 0.398511 |
| 00026815120 | DTIC 200MG VIAL 12  US LABELED | $ 0.103719 |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | $ 0.092334 |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | $ 0.090972 |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | $ 0.089359 |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | $ 0.088350 |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | $ 0.072842 |

MT 077023

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

Jeffrey M. Greenhart
Compliance Officer

MT 077050

30, 2004
Date

certification_4thquarter2003