# Exhibit D-13

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   State Mail Services      ☐ Agent
                             ☐ Addressee

B. Received (Printed Name)   C. Date of Delivery
                             MAY 1 0 2004

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)    7002 2410 0004 4240 1995

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark Here

Total

Sent To   Pharmacy Director
          Medicaid Services Bureau
          Dept. of Public Health
Street, P.O. Box 202951, 1400 Broadway
or PO
City, S Helena, Montana  59620

7002 2410 0004 4240 1995

PS Form 3800, June 2002     See Reverse for Instructions

CONFIDENTIAL

BAY-MT000383

# Bayer HealthCare
## Pharmaceuticals



Paul R. Berry
Vice President,
General Counsel and Secretary
Law & Patents

April 30, 2004

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA 94066

RECEIVED

MAY 1 0 2004

CHILD & ADULT
HEALTH RESOURCES

Bayer Pharmaceuticals
Corporation
400 Morgan Lane
West Haven, CT 06516

Phone 203 812-6081
Fax 203 812-2795
paul.berry.b@bayer.com

Re:    Report of Average Sale Price – 1st Quarter 2004

In conformance with:  (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation[1] ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"); and (b) the State Settlement Agreement entered into August 6, 2001 among Bayer Corporation ("Bayer") and the forty-five states, plus the District of Columbia, specified on attachment hereto, Bayer submits the following:

    1     Report of Average Sale Price for the first quarter 2004 (Section III(D)(2)(b)). This information is also included on the enclosed diskette.

    2     A detailed description of the methodology used to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC.

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement. It is not intended to set reimbursement rates and is not a substitute for the reporting of Average Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP).

**MT 076911**

---

[1] "On January 1, 2003, Bayer Corporation was reorganized. The business, assets and operations of the unincorporated division of Bayer Corporation known as Bayer Pharmaceuticals became a stand alone business operated through Bayer Pharmaceuticals Corporation, a Delaware corporation, a newly formed subsidiary of Bayer Corporation. The business, assets and operations of the unincorporated division of Bayer Corporation known as Bayer Biological Products became a stand alone business operated through Bayer HealthCare LLC, a Delaware limited liability company, a newly formed subsidiary of Bayer Corporation."

Page 2
April 30, 2004

Please contact Mr. Jeffrey Greenman (203-812-2037) or me (203-812-6081)
if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc: Attached List

**MT 076912**

asp_letter_1ˢᵗ quarter2004.doc

**CIA ASP Report**

**Bayer**

**Average Sale Price Q1 2004**

**PHARMA**

| Product | | Average Sales Price |
|---|---|---|
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT | |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | |
| 00026252106 | BILTRICIDE 600MG 6  TABLETS PER BOTTLE | |
| 00026889769 | CIPRO XR 1000MG 30 TABLET UNIT DOSE | |
| 00026889750 | CIPRO XR 1000MG 50 TABLETS PER BOTTLE | |
| 00026889751 | CIPRO XR 1000MG 100 TABLETS PER BOTTLE | |
| 00026874069 | LEVITRA 20MG 30 TABLETS PER BOTTLE | |
| 00026873069 | LEVITRA 10MG 30 TABLETS PER BOTTLE | |
| 00026871069 | LEVITRA 2.5MG 30 TABLETS PER BOTTLE | |
| 00026872069 | LEVITRA 5MG 30 TABLETS PER BOTTLE | |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | |
| 00026888950 | CIPRO XR 500MG 50 TABLETS PER BOTTLE | |
| 00026888951 | CIPRO XR 500MG 100 TABLETS PER BOTTLE | |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | |
| 00026285570 | NIMOTOP 30MG 30'S UD CAPSULES US PCI | |
| 00026285548 | NIMOTOP 30MG 100'S UD CAPSULES US PCI | |
| 00026885148 | ADALAT CC 60MG 100  UNIT DOSE TABLETS | **Redacted** |
| 00026851450 | CIPRO 750MG 50 TAB  PER BOTTLE | Information Available |
| 00026851348 | CIPRO 500MG 100'S  UNIT DOSE | Upon Request of Counsel |
| 00026851448 | CIPRO 750MG 100'S  UNIT DOSE | |
| 00026851351 | CIPRO 500MG 100  TABLETS PER BOTTLE | |
| 00026851248 | CIPRO 250MG 100'S  UNIT DOSE | |
| 00026851251 | CIPRO 250MG 100  TABLETS PER BOTTLE | |
| 00026851106 | CIPRO 100MG UD 6'S  CYSTITIS PACK | |
| 00026886148 | ADALAT CC 90MG 100  UNIT DOSE TABLETS | |
| 00026886151 | ADALAT CC 90MG 100  TABLETS PER BOTTLE | |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | |
| 00026819763 | TRASYLOL 200ML 6'S  LABELED VIALS | |
| 00026819636 | TRASYLOL 100ML 6'S  LABELED VIALS | |
| 00026885151 | ADALAT CC 60MG 100  TABLETS PER BOTTLE | |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | |
| 00026288551 | BAYCOL 0.4MG 100  TABLETS PER BOTTLE | |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | |
| 00026288351 | BAYCOL 0.2MG 100  TABLETS PER BOTTLE | |
| 00026288451 | BAYCOL 0.3MG 100  TABLETS PER BOTTLE | |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | |
| 00026884151 | ADALAT CC 30MG 100  TABLET PER BOTTLE | |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | |
| 00026855136 | CIPRO ORAL SUSP 5% | |
| 00026884148 | ADALAT CC 30MG 100  UNIT DOSE TABLETS | |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | |
| 00026286251 | PRECOSE 100MG 100  TABLETS PER BOTTLE | |
| 00026286151 | PRECOSE 50MG 100  TABLETS PER BOTTLE | |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | |
| 00026286351 | PRECOSE 25MG 100  TABLETS PER BOTTLE | |

**MT 076913**

```
00026856665    CIPRO IV 120ML 6'S  PHARMACY BULK VIALS
00026856464    CIPRO IV 400MG 10'S 40ML VIALS
00026856220    CIPRO IV 200MG 10'S 20ML VIALS
00026855336    CIPRO ORAL SUSP 10%
00026815120    DTIC 200MG VIAL 12  US LABELED
00026852763    CIPRO IV 400MG 24'S 200ML BAGS BAXTER
00026852736    CIPRO IV 200MG 24'S 100ML BAGS BAXTER
00026855463    CIPRO IV 400MG 24'S 200ML BAGS ABBOTT
00026855236    CIPRO IV 200MG 24'S 100ML BAGS ABBOTT
00026858231    AVELOX IV 400MG 250ML BAG 12'S US
```

**Redacted**
Information Available
Upon Request of Counsel

**MT 076914**

*CIA ASP Report*

**Bayer**                              Average Sale Price Q1 2004

| Product | BIO | Average Sales Price |
|---|---|---|
| 00026063106 | BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | |
| 00026063602 | BAYHEP 1ML SYR W/NEEDLE GUARD | |
| 00026063605 | BAYHEP 5ML VIAL | |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | |
| 00026061802 | BAYRAB 2ML | |
| 00026063601 | BAYHEP 1ML | |
| 00026061810 | BAYRAB 10ML | |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | |
| 00026063504 | BAYGAM 2 ML 532 PACK | |
| 00026063512 | BAYGAM 10ML 532 PACK | |
| 00026064820 | IGIV 10% 50ML US ROW | |
| 00026064871 | IGIV 10% 100ML US ROW | |
| 00026064512 | IGIV-C 10% 10ML US ROW | |
| 00026064524 | IGIV-C 10% 200ML US ROW | |
| 00026064824 | IGIV 10% 200ML US ROW | |
| 00026064571 | IGIV-C 10% 100ML US/ROW | |
| 00026064515 | IGIV-C 10% 25ML US ROW | |
| 00026064520 | IGIV-C 10% 50ML US ROW | |
| 00026064815 | IGIV 10% 25ML US ROW | |
| 00026060320 | THROMBATE III 500 IU USA | |
| 00026037230 | KOGENATE FS 500 IU USA | |
| 00026037220 | KOGENATE FS 250 IU USA | |
| 00026037250 | KOGENATE FS 1000 IU USA | |
| 00026068416 | ALBUMIN 25% 20ML US ROW | |
| 00026066520 | KOATE DVI 250U US ROW | |
| 00026066550 | KOATE DVI 1000U US ROW | |
| 00026068471 | ALBUMIN 25% 100ML US ROW | |
| 00026068420 | ALBUMIN 25% 50ML US ROW | |
| 00026060135 | PROLASTIN 1000 MG USA | |
| 00026061320 | PLASMANATE 50ML US ROW | |
| 00026068520 | ALBUMIN 5% 50ML US ROW | |
| 00026061325 | PLASMANATE 250ML US ROW | |
| 00026068525 | ALBUMIN 5% 250ML US ROW | |

**Redacted**
Information Available
Upon Request of Counsel

MT 076915

**CIA ASP Report**

Bayer

**Average Sale Price Q1 2004**

| Product | BIO | Average Sales Price |
|---|---|---|
| 00026063106 | BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | |
| 00026063602 | BAYHEP 1ML SYR W/NEEDLE GUARD | |
| 00026063605 | BAYHEP 5ML VIAL | |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | |
| 00026061802 | BAYRAB 2ML | |
| 00026063601 | BAYHEP 1ML | |
| 00026061810 | BAYRAB 10ML | |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | |
| 00026063504 | BAYGAM 2 ML 532 PACK | |
| 00026063512 | BAYGAM 10ML 532 PACK | |
| 00026064820 | IGIV 10% 50ML US ROW | |
| 00026064871 | IGIV 10% 100ML US ROW | |
| 00026064512 | IGIV-C 10% 10ML US ROW | |
| 00026064524 | IGIV-C 10% 200ML US ROW | |
| 00026064824 | IGIV 10% 200ML US ROW | |
| 00026064571 | IGIV-C 10% 100ML US/ROW | |
| 00026064515 | IGIV-C 10% 25ML US ROW | |
| 00026064520 | IGIV-C 10% 50ML US ROW | |
| 00026064815 | IGIV 10% 25ML US ROW | |
| 00026060320 | THROMBATE III 500 IU USA | |
| 00026037230 | KOGENATE FS 500 IU USA | |
| 00026037220 | KOGENATE FS 250 IU USA | |
| 00026037250 | KOGENATE FS 1000 IU USA | |
| 00026068416 | ALBUMIN 25% 20ML US ROW | |
| 00026066520 | KOATE DVI 250U US ROW | |
| 00026066550 | KOATE DVI 1000U US ROW | |
| 00026068471 | ALBUMIN 25% 100ML US ROW | |
| 00026068420 | ALBUMIN 25% 50ML US ROW | |
| 00026060135 | PROLASTIN 1000 MG USA | |
| 00026061320 | PLASMANATE 50ML US ROW | |
| 00026068520 | ALBUMIN 5% 50ML US ROW | |
| 00026061325 | PLASMANATE 250ML US ROW | |
| 00026068525 | ALBUMIN 5% 250ML US ROW | |

**Redacted**
Information Available
Upon Request of Counsel

MT 076916

```
00026856665   CIPRO IV 120ML 6'S  PHARMACY BULK VIALS
00026856464   CIPRO IV 400MG 10'S 40ML VIALS
00026856220   CIPRO IV 200MG 10'S 20ML VIALS
00026855336   CIPRO ORAL SUSP 10%
00026815120   DTIC 200MG VIAL 12  US LABELED
00026852763   CIPRO IV 400MG 24'S 200ML BAGS BAXTER
00026852736   CIPRO IV 200MG 24'S 100ML BAGS BAXTER
00026855463   CIPRO IV 400MG 24'S 200ML BAGS ABBOTT
00026855236   CIPRO IV 200MG 24'S 100ML BAGS ABBOTT
00026858231   AVELOX IV 400MG 250ML BAG 12'S US
```

**Redacted**
Information Available
Upon Request of Counsel

MT 076917

*CIA ASP Report*

**Bayer**                    **Average Sale Price Q1 2004**

| Product | PHARMA | Average Sales Price |
|---------|--------|---------------------|
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT | |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | |
| 00026252106 | BILTRICIDE 600MG 6  TABLETS PER BOTTLE | |
| 00026889769 | CIPRO XR 1000MG 30 TABLET UNIT DOSE | |
| 00026889750 | CIPRO XR 1000MG 50 TABLETS PER BOTTLE | |
| 00026889751 | CIPRO XR 1000MG 100 TABLETS PER BOTTLE | |
| 00026874069 | LEVITRA 20MG 30 TABLETS PER BOTTLE | |
| 00026873069 | LEVITRA 10MG 30 TABLETS PER BOTTLE | |
| 00026871069 | LEVITRA 2.5MG 30 TABLETS PER BOTTLE | |
| 00026872069 | LEVITRA 5MG 30 TABLETS PER BOTTLE | |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | |
| 00026888950 | CIPRO XR 500MG 50 TABLETS PER BOTTLE | |
| 00026888951 | CIPRO XR 500MG 100 TABLETS PER BOTTLE | |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | |
| 00026285570 | NIMOTOP 30MG 30'S UD CAPSULES US PCI | |
| 00026285548 | NIMOTOP 30MG 100'S UD CAPSULES US PCI | |
| 00026885148 | ADALAT CC 60MG 100  UNIT DOSE TABLETS | |
| 00026851450 | CIPRO 750MG 50 TAB  PER BOTTLE | |
| 00026851348 | CIPRO 500MG 100'S   UNIT DOSE | |
| 00026851448 | CIPRO 750MG 100'S   UNIT DOSE | |
| 00026851351 | CIPRO 500MG 100    TABLETS PER BOTTLE | |
| 00026851248 | CIPRO 250MG 100'S   UNIT DOSE | |
| 00026851251 | CIPRO 250MG 100    TABLETS PER BOTTLE | |
| 00026851106 | CIPRO 100MG UD 6'S  CYSTITIS PACK | |
| 00026886148 | ADALAT CC 90MG 100  UNIT DOSE TABLETS | |
| 00026886151 | ADALAT CC 90MG 100  TABLETS PER BOTTLE | |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | |
| 00026288669 | BAYCOL 0.8MG 30 TAB PER BOTTLE | |
| 00026819763 | TRASYLOL 200ML 6'S  LABELED VIALS | |
| 00026819636 | TRASYLOL 100ML 6'S  LABELED VIALS | |
| 00026885151 | ADALAT CC 60MG 100  TABLETS PER BOTTLE | |
| 00026288569 | BAYCOL 0.4MG 30 TAB PER BOTTLE | |
| 00026288551 | BAYCOL 0.4MG 100    TABLETS PER BOTTLE | |
| 00026288686 | BAYCOL 0.8MG 90 TAB PER BOTTLE | |
| 00026288351 | BAYCOL 0.2MG 100    TABLETS PER BOTTLE | |
| 00026288451 | BAYCOL 0.3MG 100    TABLETS PER BOTTLE | |
| 00026288586 | BAYCOL 0.4MG 90 TAB PER BOTTLE | |
| 00026884151 | ADALAT CC 30MG 100  TABLET PER BOTTLE | |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | |
| 00026855136 | CIPRO ORAL SUSP 5% | |
| 00026884148 | ADALAT CC 30MG 100  UNIT DOSE TABLETS | |
| 00026288486 | BAYCOL 0.3MG 90 TAB PER BOTTLE | |
| 00026288386 | BAYCOL 0.2MG 90 TAB PER BOTTLE | |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE | |
| 00026286151 | PRECOSE 50MG 100    TABLETS PER BOTTLE | |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | |
| 00026286351 | PRECOSE 25MG 100    TABLETS PER BOTTLE | |

**Redacted**
Information Available
Upon Request of Counsel

MT 076918

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California  95814

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv.
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive
Mail Stop 38
Tallahassee, Florida  32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30303

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL  62763

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

Pharmacy Director
Bureau of Health Services Financing
6080 Esplanade Avenue
Baton Rouge, Louisiana  70806

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Deputy Director
Program Operation
SS-18
201 W  Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

Pharmacy Director
Nevada Medicaid Office
1100 East William Street, Suite 101
Carson City, Nevada  89701

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Pharmacy Director
Div. Medical & Assistance Health Serv.
P O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico  87504-2348

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York  12210-2806

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

MT 076965

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio 43266-0423

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

Washington Medical Assistance
Administration
825 North Capitol Street, N.E
5th Floor
Washington, DC 20002

MT 076966

# CERTIFICATION

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

Jeffrey M. Greenman
Compliance Officer

April 27, 2004
Date

MT 076967

certification_1st quarter 2004

# Exhibit D-14

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |
| Sent To | |
| Street, Apt. No. or PO Box No. | |
| City, State, ZIP+4 | |

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

Postmark Here

7002 2410 0004 4240 2749

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  State Mail Services       ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                AUG - 3 2004

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)     7002 2410 0004 4240 2749

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

CONFIDENTIAL

BAY-MT000418

# Bayer HealthCare
## Pharmaceuticals



Paul R. Berry
Vice President,
General Counsel and Secretary
Law & Patents

July 30, 2004

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA  94066

Bayer Pharmaceuticals
Corporation
400 Morgan Lane
West Haven, CT 06516

Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

Re:    Report of Average Sale Price – 2nd **Quarter 2004**

In conformance with: (a) the terms of the Corporate Integrity Agreement (the
"CIA") entered into January 23, 2001 between Bayer Corporation[1] ("Bayer") and
the Office of the Inspector General of the United States Department of Health
and Human Services ("OIG"); and (b) the State Settlement Agreement entered
into August 6, 2001 among Bayer Corporation ("Bayer") and the forty-five
states, plus the District of Columbia, specified on attachment hereto,
Bayer submits the following:

1    Report of Average Sale Price for the second quarter 2004
     (Section III(D)(2)(b)). This information is also included
     on the enclosed diskette.

2.   A detailed description of the methodology used to calculate
     the Average Sale Price (Section III (D)(2)(c)) certified by a
     high managerial agent of Bayer Pharmaceuticals
     Corporation and the Biological Products Division of Bayer
     HealthCare, LLC.

We wish to stress that this report of Average Sale Price arises from the
above-referenced settlement. It is not intended to set reimbursement rates
and is not a substitute for the reporting of Average Wholesale Price (AWP),
Average Manufacturers Price (AMP) and/or Best Price (BP).

**MT 076853**

---

[1] "On January 1, 2003, Bayer Corporation was reorganized. The business, assets and operations of the unincorporated
division of Bayer Corporation known as Bayer Pharmaceuticals became a stand alone business operated through Bayer
Pharmaceuticals Corporation, a Delaware corporation, a newly formed subsidiary of Bayer Corporation. The business, assets
and operations of the unincorporated division of Bayer Corporation known as Bayer Biological Products became a stand alone
business operated through Bayer HealthCare LLC, a Delaware limited liability company, a newly formed subsidiary of Bayer
Corporation."

Page 2
July 30, 2004

Please contact Mr. Jeffrey Greenman (203-812-2037) or me (203-812-6081)
if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc:  Attached List

**MT 076854**

asp_letter_2nd quarter2004.doc

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California  95814

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

M.J.Terrebonne
Medicaid Director
PO Box 91030
Baton Rouge, Louisiana  70821

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Nevada Medicaid Office
1100 East William Street, Suite 101
Carson City, Nevada  89701

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico  87504-2348

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive
Mail Stop 38
Tallahassee, Florida  32308

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL  62763

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York  12210-2806

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30303

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

MT 076855

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio  43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania  17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota  57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont  05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia  25301

Washington Medical Assistance
Administration
825 North Capitol Street, N.E.
5th Floor
Washington, DC  20002

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma  73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island  02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas  78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia  23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin  53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon  97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina  29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah  84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington  98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming  82002

**MT 076856**

**Bayer**

CIA ASP Report
Average Sale Price Q2 2004
**PHARMA**

| Product | | Average Sales Price |
|---|---|---|
| 00026252106 | BILTRICIDE 600MG 6  TABLETS PER BOTTLE | |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | |
| 00026285548 | NIMOTOP 30MG 100'S UD CAPSULES US PCI | |
| 00026285570 | NIMOTOP 30MG 30'S UD CAPSULES US PCI | |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | |
| 00026286151 | PRECOSE 50MG 100    TABLETS PER BOTTLE | |
| 00026286251 | PRECOSE 100MG 100  TABLETS PER BOTTLE | |
| 00026286351 | PRECOSE 25MG 100    TABLETS PER BOTTLE | |
| 00026815120 | DTIC 200MG VIAL 12  US LABELED | |
| 00026819636 | TRASYLOL 100ML 1 LABELED VIAL | |
| 00026819763 | TRASYLOL 200ML 1 LABELED VIAL | |
| 00026851106 | CIPRO 100MG UD 6'S  CYSTITIS PACK | |
| 00026851248 | CIPRO 250MG 100'S   UNIT DOSE | |
| 00026851251 | CIPRO 250MG 100     TABLETS PER BOTTLE | |
| 00026851348 | CIPRO 500MG 100'S   UNIT DOSE | |
| 00026851351 | CIPRO 500MG 100     TABLETS PER BOTTLE | |
| 00026851448 | CIPRO 750MG 100'S   UNIT DOSE | |
| 00026851450 | CIPRO 750MG 50 TAB  PER BOTTLE | |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | |
| 00026855136 | CIPRO ORAL SUSP 5% | |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | |
| 00026855336 | CIPRO ORAL SUSP 10% | |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS | |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | |
| 00026871069 | LEVITRA 2.5MG 30 TABLETS PER BOTTLE | |
| 00026872069 | LEVITRA 5MG 30 TABLETS PER BOTTLE | |
| 00026873069 | LEVITRA 10MG 30 TABLETS PER BOTTLE | |
| 00026874069 | LEVITRA 20MG 30 TABLETS PER BOTTLE | |
| 00026884151 | ADALAT CC 30MG 100  TABLET PER BOTTLE | |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | |
| 00026885151 | ADALAT CC 60MG 100  TABLETS PER BOTTLE | |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | |
| 00026886148 | ADALAT CC 90MG 100  UNIT DOSE TABLETS | |
| 00026886151 | ADALAT CC 90MG 100  TABLETS PER BOTTLE | |
| 00026888950 | CIPRO XR 500MG 50 TABLETS PER BOTTLE | |
| 00026888951 | CIPRO XR 500MG 100 TABLETS PER BOTTLE | |
| 00026889750 | CIPRO XR 1000MG 50 TABLETS PER BOTTLE | |
| 00026889751 | CIPRO XR 1000MG 100 TABLETS PER BOTTLE | |
| 00026889769 | CIPRO XR 1000MG 30 TABLET UNIT DOSE | |
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT | |

**Redacted**
Information Available
Upon Request of Counsel

MT 076857

**CIA ASP Report**
Bayer                    **Average Sale Price Q1 2004**

| Product | BTO | Average Sales Price |
|---|---|---|
| 00026063106 | BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | |
| 00026063602 | BAYHEP 1ML SYR W/NEEDLE GUARD | |
| 00026063601 | BAYHEP 1ML | |
| 00026063605 | BAYHEP 5ML VIAL | |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | |
| 00026061802 | BAYRAB 2ML | |
| 00026061810 | BAYRAB 10ML | |
| 00026063504 | BAYGAM 2 ML 532 PACK | |
| 00026063512 | BAYGAM 10ML 532 PACK | |
| 00026064520 | IGIV-C 10% 50ML US ROW | |
| 00026064515 | IGIV-C 10% 25ML US ROW | |
| 00026064524 | IGIV-C 10% 200ML US ROW | |
| 00026064571 | IGIV-C 10% 100ML US/ROW | |
| 00026064512 | IGIV-C 10% 10ML US ROW | |
| 00026064871 | IGIV 10% 100ML US ROW | |
| 00026064824 | IGIV 10% 200ML US ROW | |
| 00026064815 | IGIV 10% 25ML US ROW | |
| 00026064820 | IGIV 10% 50ML US ROW | |
| 00026060320 | THROMBATE III 500 IU USA | |
| 00026037250 | KOGENATE FS 1000 IU USA | |
| 00026037220 | KOGENATE FS 250 IU USA | |
| 00026037230 | KOGENATE FS 500 IU USA | |
| 00026068416 | ALBUMIN 25% 20ML US ROW | |
| 00026066550 | KOATE DVI 1000U US ROW | |
| 00026066530 | KOATE DVI 500U US ROW | |
| 00026066520 | KOATE DVI 250U US ROW | |
| 00026060135 | PROLASTIN 1000 MG USA | |
| 00026068471 | ALBUMIN 25% 100ML US ROW | |
| 00026068420 | ALBUMIN 25% 50ML US ROW | |
| 00026061320 | PLASMANATE 50ML US ROW | |
| 00026068520 | ALBUMIN 5% 50ML US ROW | |
| 00026061325 | PLASMANATE 250ML US ROW | |
| 00026068525 | ALBUMIN 5% 250ML US ROW | |

**Redacted**
Information Available
Upon Request of Counsel

MT 076857A

**CERTIFICATION**

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC, hereby certifies that the attached Average Sale Price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the methodology described herein. I further acknowledge that the Average Sale Prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

Jeffrey M. Greenman
Compliance Officer

MT 076910

July 30, 2004
Date

certification_2nd quarter 2004