# Exhibit D-15

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Pharmacy Director
Street, Apt No.; Medicaid Services Bureau
or PO Box: Dept. of Public Health
City, State, ZIP+4: P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

PS Form 3800, June 2002    See Reverse for Instructions

7002 2410 0004 4240 2268

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Pharmacy Director
   Medicaid Services Bureau
   Dept. of Public Health
   P.O. Box 202951, 1400 Broadway
   Helena, Montana 59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: State Mail Services
   X Dennis McAlpin   ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
                              | NOV 4 2004

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7002 2410 0004 4240 2268

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

CONFIDENTIAL

BAY-MT000452

# Bayer HealthCare
## Pharmaceuticals

October 29, 2004

Paul R. Berry
Vice President,
General Counsel and Secretary
Law & Patents

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the Inspector General
Specification Procedure
U.S. Department of Health & Human Services
Cohen Building, Room 5527
330 Independence Ave., S.W.
Washington, D.C. 20201

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA 94066

Re: Report of Average Sale Price – 3rd Quarter 2004

In conformance with: (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation[1] ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"); and (b) the State Settlement Agreement entered into August 6, 2001 among Bayer Corporation ("Bayer") and the forty-five states, plus the District of Columbia, specified on attachment hereto, Bayer submits the following:

Bayer Pharmaceuticals
Corporation
400 Morgan Lane
West Haven, CT 06516

Phone: 203 812-6081
Fax: 203 812-2795
paul.berry.b@bayer.com

1. Report of Average Sale Price for the third quarter 2004 (Section III(D)(2)(b)). This information is also included on the enclosed diskette.

2. An assumption document detailing the methodology employed by Bayer to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC.

The CIA was amended in July 2004 to provide that the "average sale price" will have the meaning of and will be calculated in accordance with the Average Sales Price as defined in the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 ("MMA"). Under the MMA, for the purposes of the Medicare Average Sales Price calculation, "unit" is the product represented by the 11-digit NDC (and not the smallest unit of measure used by Medicaid). However, CMS has advised that, for clotting factor products that are sold by strength (e.g., Koate, Kogenate), ASP should be reported in units of "IUs," the same as used for Medicaid reporting. The ASP

MT 076829

---

[1] "On January 1, 2003, Bayer Corporation was reorganized. The business, assets and operations of the unincorporated division of Bayer Corporation known as Bayer Pharmaceuticals became a stand alone business operated through Bayer Pharmaceuticals Corporation, a Delaware corporation, a newly formed subsidiary of Bayer Corporation. The business, assets and operations of the unincorporated division of Bayer Corporation known as Bayer Biological Products became a stand alone business operated through Bayer HealthCare LLC, a Delaware limited liability company, a newly formed subsidiary of Bayer Corporation."

Page 2
October 29, 2004

values herein are reported by units as defined in the MMA and interpreted by CMS and accordingly will, in most cases, differ from the values previously reported by Bayer in its ASP reports (which were based on units as defined by Medicaid).

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement. It is not intended to set reimbursement rates and is not a substitute for the reporting of Average Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP).

Please contact Mr. Jeffrey Greenman (203-812-2037) or me (203-812-6081) if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc: Attached List

MT 076830

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California 95814

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Ser
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive
Mail Stop 38
Tallahassee, Florida 32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30303

Pharmacy Director
Department of Human Services
P.O Box 339
Honolulu, Hawaii 96809-0339

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL 62763

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

M.J. Terrebonne
Medicaid Director
PO Box 91030
Baton Rouge, Louisiana 70821

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts 02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi 39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

Pharmacy Director
Nevada Medicaid Office
1100 East William Street, Suite 101
Carson City, Nevada 89701

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico 87504-2348

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York 12210-2806

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

MT 076831

| | | |
|---|---|---|
| Pharmacy Director<br>State Medicaid Office<br>30 East Broad Street<br>Columbus, Ohio 43266-0423 | Pharmacy Director<br>Oklahoma Health Care Authority<br>4545 N. Lincoln Boulevard<br>Suite 124<br>Oklahoma City, Oklahoma 73105 | Pharmacy Director<br>OMAR-PPU<br>HRB<br>500 Summer St. NE<br>Salem, Oregon 97310 |
| Pharmacy Director<br>Pharmacy Services Section<br>P.O. Box 8046<br>Harrisburg, Pennsylvania 17105 | Pharmacy Director<br>Department of Human Services<br>600 New London Avenue<br>Cranston, Rhode Island 02920 | Pharmacy Director<br>Department of Health & Human Services<br>1801 Main Street, Suite 1226<br>Columbia, South Carolina 29201 |
| Pharmacy Director<br>Department of Social Services<br>700 Governor's Drive<br>Pierre, South Dakota 57501-2291 | Pharmacy Director<br>Texas Department of Health<br>Bureau of Vendor Drugs<br>Mail Code Y915, 1100 W. 49th St.<br>Austin, Texas 78756-3174 | Craig Jackson<br>Director of Pharmacy Board<br>160 East 300 South, 4th Floor<br>P.O. Box 146741<br>Salt Lake City, Utah 84114-6741 |
| Pharmacy Director<br>Vermont Medicaid Division<br>103 South Main Street<br>Waterbury, Vermont 05676 | Pharmacy Director<br>Department of Medical Assistance<br>600 East Broad Street<br>Suite 1300<br>Richmond, Virginia 23219 | Pharmacy Director<br>Medical Assistance Administration<br>805 Plum Street<br>Olympia, Washington 98504-5506 |
| Pharmacy Director<br>DOH & Hr, Bureau for Medical Services<br>350 Capitol Street<br>Room 251<br>Charleston, West Virginia 25301 | Pharmacy Director<br>Division of Health Care Financing<br>P.O. Box 309<br>Madison, Wisconsin 53701-0309 | Pharmacy Director<br>Division of Health Care Financing<br>2300 Capital Avenue<br>154 Hathaway Building<br>Cheyenne, Wyoming 82002 |
| Washington Medical Assistance Administration<br>325 North Capitol Street, N E<br>5th Floor<br>Washington, DC 20002 | | |

MT 076832

| Bayer | CIA ASP Report | |
|---|---|---|
| | Average Sale Price Q3 2004 | Average Sales Price |
| Product | PHARMA | at NDC level |
| 00026252106 | BILTRICIDE 600MG 6  TABLETS PER BOTTLE | |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | |
| 00026285548 | NIMOTOP 30MG 100'S UD CAPSULES US PCI | |
| 00026285570 | NIMOTOP 30MG 30'S UD CAPSULES US PCI | |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | |
| 00026286151 | PRECOSE 50MG 100   TABLETS PER BOTTLE | |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE | |
| 00026286351 | PRECOSE 25MG 100   TABLETS PER BOTTLE | |
| 00026815120 | DTIC 200MG VIAL 12  US LABELED | |
| 00026819636 | TRASYLOL 100ML 1 LABELED VIAL | |
| 00026819763 | TRASYLOL 200ML 1 LABELED VIAL | |
| 00026851106 | CIPRO 100MG UD 6'S  CYSTITIS PACK | |
| 00026851248 | CIPRO 250MG 100'S   UNIT DOSE | |
| 00026851251 | CIPRO 250MG 100    TABLETS PER BOTTLE | |
| 00026851348 | CIPRO 500MG 100'S   UNIT DOSE | |
| 00026851351 | CIPRO 500MG 100    TABLETS PER BOTTLE | |
| 00026851448 | CIPRO 750MG 100'S   UNIT DOSE | |
| 00026851450 | CIPRO 750MG 50 TAB  PER BOTTLE | |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | **Redacted** |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | Information Available |
| 00026855136 | CIPRO ORAL SUSP 5% | Upon Request of Counsel |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | |
| 00026855336 | CIPRO ORAL SUSP 10% | |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS | |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | |
| 00026871069 | LEVITRA 2.5MG 30 TABLETS PER BOTTLE | |
| 00026872069 | LEVITRA 5MG 30 TABLETS PER BOTTLE | |
| 00026873069 | LEVITRA 10MG 30 TABLETS PER BOTTLE | |
| 00026874069 | LEVITRA 20MG 30 TABLETS PER BOTTLE | |
| 00026884148 | ADALAT CC 30MG 100  UNIT DOSE TABLETS | |
| 00026884151 | ADALAT CC 30MG 100  TABLET PER BOTTLE | |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | |
| 00026885148 | ADALAT CC 60MG 100  UNIT DOSE TABLETS | |
| 00026885151 | ADALAT CC 60MG 100  TABLETS PER BOTTLE | |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | |
| 00026886148 | ADALAT CC 90MG 100  UNIT DOSE TABLETS | |
| 00026886151 | ADALAT CC 90MG 100  TABLETS PER BOTTLE | |
| 00026888950 | CIPRO XR 500MG 50 TABLETS PER BOTTLE | |
| 00026888951 | CIPRO XR 500MG 100 TABLETS PER BOTTLE | |
| 00026889750 | CIPRO XR 1000MG 50 TABLETS PER BOTTLE | |
| 00026889751 | CIPRO XR 1000MG 100 TABLETS PER BOTTLE | |
| 00026889769 | CIPRO XR 1000MG 30 TABLET UNIT DOSE | |
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT | |

MT 076833

| Average Sale Price Q3 2004 BIO | Average Sales Price at NDC level |
|---|---|
| ALBUMIN 25% 100ML US ROW | $ |
| ALBUMIN 25% 20ML US ROW | $ |
| ALBUMIN 25% 50ML US ROW | $ |
| ALBUMIN 5% 250ML US ROW | $ |
| ALBUMIN 5% 50ML US ROW | $ |
| BAYGAM 10ML 532 PACK | $ |
| BAYGAM 2 ML 532 PACK | $ |
| BAYHEP 0.5ML SYR W/NEEDLE GUARD | $ |
| BAYHEP 1ML | $ |
| BAYHEP 1ML SYR W/NEEDLE GUARD | $ |
| BAYHEP 5ML VIAL | $ |
| BAYRAB 10ML | $ |
| BAYRAB 2ML | $ |
| BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | $ |
| BAYRHO-D SYR W/NEEDLE GUARD | $ |
| BAYTET SYR W/NEEDLE GUARD | $ |
| IGIV 10% 100ML US ROW | $ |
| IGIV 10% 10ML US ROW | $ |
| IGIV 10% 200ML US ROW | $ |
| IGIV 10% 25ML US ROW | $ |
| IGIV 10% 50ML US ROW | $ |
| IGIV-C 10% 100ML US/ROW | $ |
| IGIV-C 10% 10ML US ROW | $ |
| IGIV-C 10% 200ML US ROW | $ |
| IGIV-C 10% 25ML US ROW | $ |
| IGIV-C 10% 50ML US ROW | $ |
| KOATE DVI 1000U US ROW | $ |
| KOATE DVI 250U US ROW | $ |
| KOATE DVI 500U US ROW | $ |
| KOGENATE FS 1000 IU USA | $ |
| KOGENATE FS 250 IU USA | $ |
| KOGENATE FS 500 IU USA | $ |
| PLASMANATE 250ML US ROW | $ |
| PLASMANATE 50ML US ROW | $ |
| PROLASTIN 1000 MG USA | $ |
| THROMBATE III 500 IU USA | $ |

**Redacted**
Information Available
Upon Request of Counsel

MT 076834

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC, hereby certifies that the attached average sale price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the requirements of the Medicare Prescription Drug, Improvement, and Modernization Act of 2004, as they may be refined by the Secretary of the Department of Health and Human Services through regulations or written directives. I further acknowledge that the average sale prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

_Jeffrey M. Greenman_
Jeffrey M. Greenman
Vice President and Compliance Officer

MT 076838

Oct 29, 2004
Date

certification_3rd quarter 2004