# Exhibit D-16

**U.S. Postal Service**
**CERTIFIED MAIL.. RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | |
| --- | --- | --- |
| Certified Fee | | |
| Return Reciept Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

PS Form 3800, June 2002                See Reverse for Instructions

7002 2410 0004 4240 3227

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P O. Box 202951, 1400 Broadway
Helena, Montana 59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 DEC 8 2004

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from sen     7002 2410 0004 4240 3227

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

CONFIDENTIAL

BAY-MT000464

# Bayer HealthCare
## Pharmaceuticals

December 1, 2004

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA 94066

Re: Report of Average Sale Price – 3rd Quarter 2004 (Revised)

Dear Mr. Palermo:

On October 29, 2004 Bayer submitted its Report of Average Sale Price – 3rd Quarter 2004 as required under our Corporate Integrity Agreement ("CIA").

During a post submission review of our calculations on which the report was based, we discovered a one-time error involving a number of our pharmaceutical products for the third quarter 2004. We have recalculated the Average Sale Price for all affected products.

The attached document lists the previously reported CIA Average Sale Price for Q3 2004 and the corrected price. This information is also included on the enclosed diskette.

Products for which there is no pricing change were not affected by the error.

We apologize for any inconvenience this error may have caused.

Please feel free to contact me (203)812-2037 if you have any questions.

Very truly yours,

Jeffrey M. Greenman
Vice President and Compliance Officer
enclosure:
cc: Office of Inspector General (w/o enc)
    Attached list

Bayer Pharmaceuticals
Corporation
400 Morgan Lane
West Haven, CT 06516-4175

Phone: 203 812-2000

MT 076802

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Roberto Martinez, Chief
Medical Policy Division
714 P Street
Room 1216
Sacramento, California 95814

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii 96809-0339

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

M.J. Terrebonne
Medicaid Director
PO Box 91030
Baton Rouge, Louisiana 70821

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts 02111

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi 39211

Pharmacy Director
Nevada Medicaid Office
1100 East William Street, Suite 101
Carson City, Nevada 89701

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico 87504-2348

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive
Mail Stop 38
Tallahassee, Florida 32308

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL 62763

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York 12210-2806

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Ser
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30303

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951 1400 Broadway
Helena, Montana 59620

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

MT 076803

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Washington Medical Assistance Administration
825 North Capitol Street, N E
5th Floor
Washington, DC 20002

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

MT 076803A

MT 076804

Bayer
CIA ASP Report
Average Sale Price Q3 2004
PHARMA

| Product | | Original Average Sales Price at NDC level | Revised Average Sales Price at NDC level |
|---|---|---|---|
| 00026252106 | BILTRICIDE 600MG 6 TABLETS PER BOTTLE | $ | $ |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | $ | $ |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | $ | $ |
| 00026285548 | NIMOTOP 30MG 100'S UD CAPSULES US PCI | $ | $ |
| 00026285570 | NIMOTOP 30MG 30'S UD CAPSULES US PCI | $ | $ |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | $ | $ |
| 00026286151 | PRECOSE 50MG 100  TABLETS PER BOTTLE | $ | $ |
| 00026286251 | PRECOSE 100MG 100 TABLETS PER BOTTLE | $ | $ |
| 00026286351 | PRECOSE 25MG 100  TABLETS PER BOTTLE | $ | $ |
| 00026815120 | DTIC 200MG VIAL 12  US LABELED | $ | $ |
| 00026819636 | TRASYLOL 100ML 1 LABELED VIAL | $ | $ |
| 00026819763 | TRASYLOL 200ML 1 LABELED VIAL | $ | $ |
| 00026851106 | CIPRO 100MG UD 6'S  CYSTITIS PACK | $ | $ |
| 00026851246 | CIPRO 250MG 100'S  UNIT DOSE | $ | $ |
| 00026851251 | CIPRO 250MG 100    TABLETS PER BOTTLE | $ | $ |
| 00026851348 | CIPRO 500MG 100'S  UNIT DOSE | $ | $ |
| 00026851351 | CIPRO 500MG 100    TABLETS PER BOTTLE | $ | $ |
| 00026851448 | CIPRO 750MG 100'S  UNIT DOSE | $ | $ |
| 00026851450 | CIPRO 750MG 50 TAB PER BOTTLE | $ | $ |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | $ | $ |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | $ | $ |
| 00026855136 | CIPRO ORAL SUSP 5% | $ | $ |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | $ | $ |
| 00026855336 | CIPRO ORAL SUSP 10% | $ | $ |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | $ | $ |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | $ | $ |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | $ | $ |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS | $ | $ |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | $ | $ |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | $ | $ |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | $ | $ |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | $ | $ |
| 00026871069 | LEVITRA 2.5MG 30 TABLETS PER BOTTLE | $ | $ |

**Redacted**
Information Available
Upon Request of Counsel



Bayer
CIA ASP Report
Average Sale Price Q3 2004

| Product | PHARMA | Original Average Sales Price at NDC level | Revised Average Sales Price at NDC level |
|---|---|---|---|
| 00026872069 | LEVITRA 5MG 30 TABLETS PER BOTTLE | $ | $ |
| 00026873069 | LEVITRA 10MG 30 TABLETS PER BOTTLE | $ | $ |
| 00026874069 | LEVITRA 20MG 30 TABLETS PER BOTTLE | $ | $ |
| 00026884148 | ADALAT CC 30MG 100 UNIT DOSE TABLETS | $ | $ |
| 00026884151 | ADALAT CC 30MG 100 TABLET PER BOTTLE | $ | $ |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | $ | $ |
| 00026885148 | ADALAT CC 60MG 100 UNIT DOSE TABLETS | $ | $ |
| 00026885151 | ADALAT CC 60MG 100 TABLETS PER BOTTLE | $ | $ |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | $ | $ |
| 00026886148 | ADALAT CC 90MG 100 UNIT DOSE TABLETS | $ | $ |
| 00026886151 | ADALAT CC 90MG 100 TABLETS PER BOTTLE | $ | $ |
| 00026888950 | CIPRO XR 500MG 50 TABLETS PER BOTTLE | $ | $ |
| 00026888951 | CIPRO XR 500MG 100 TABLETS PER BOTTLE | $ | $ |
| 00026889750 | CIPRO XR 1000MG 50 TABLETS PER BOTTLE | $ | $ |
| 00026889751 | CIPRO XR 1000MG 100 TABLETS PER BOTTLE | $ | $ |
| 00026889769 | CIPRO XR 1000MG 30 TABLET UNIT DOSE | $ | $ |
| 00026971101 | VIADUR KIT PACKAGE WITH IMPLANT | $ | $ |

**Redacted**
Information Available
Upon Request of Counsel

MT 076805

CIA ASP Report
Average Sale Price Q3 2004

| Bayer Product | BIO | Average Sales Price at NDC level |
|---|---|---|
| 00026068471 | ALBUMIN 25% 100ML US ROW | $ |
| 00026068416 | ALBUMIN 25% 20ML US ROW | $ |
| 00026068420 | ALBUMIN 25% 50ML US ROW | $ |
| 00026068525 | ALBUMIN 5% 250ML US ROW | $ |
| 00026068520 | ALBUMIN 5% 50ML US ROW | $ |
| 00026063512 | BAYGAM 10ML 532 PACK | $ |
| 00026063504 | BAYGAM 2 ML 532 PACK | $ |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | $ |
| 00026063601 | BAYHEP 1ML | $ |
| 00026063602 | BAYHEP 1ML SYR W/NEEDLE GUARD | $ |
| 00026063605 | BAYHEP 5ML VIAL | $ |
| 00026061810 | BAYRAB 10ML | $ |
| 00026061802 | BAYRAB 2ML | $ |
| 00026053106 | BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | $ |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | $ |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | $ |
| 00026064871 | IGIV 10% 100ML US ROW | $ |
| 00026064812 | IGIV 10% 10ML US ROW | $ |
| 00026064824 | IGIV 10% 200ML US ROW | $ |
| 00026064815 | IGIV 10% 25ML US ROW | $ |
| 00026064820 | IGIV 10% 50ML US ROW | $ |
| 00025064571 | IGIV-C 10% 100ML US/ROW | $ |
| 00026064512 | IGIV-C 10% 10ML US ROW | $ |
| 00026064524 | IGIV-C 10% 200ML US ROW | $ |
| 00026064515 | IGIV-C 10% 25ML US ROW | $ |
| 00026064520 | IGIV-C 10% 50ML US ROW | $ |
| 00026066550 | KOATE DVI 1000U US ROW | $ |
| 00026066520 | KOATE DVI 250U US ROW | $ |
| 00026066530 | KOATE DVI 500U US ROW | $ |
| 00026037250 | KOGENATE FS 1000 IU USA | $ |
| 00026037220 | KOGENATE FS 250 IU USA | $ |
| 00026037230 | KOGENATE FS 500 IU USA | $ |
| 00026061325 | PLASMANATE 250ML US ROW | $ |
| 00026061320 | PLASMANATE 50ML US ROW | $ |
| 00026060135 | PROLASTIN 1000 MG USA | $ |
| 00026060320 | THROMBATE III 500 IU USA | $ |

**Redacted**
Information Available
Upon Request of Counsel

MT 076806

# Exhibit D-17

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |

7002 2410 0004 4240 3715

To: Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  State Mail Services
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
FEB 03 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 2410 0004 4240 3715

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

CONFIDENTIAL

BAY-MT000471



January 28, 2005

Nicole C. Hall, Esq.
Department of HHS
Office of Inspector General
Office of Counsel to Inspector General
Gateway Tower West
15 West South Temple, Suite 890
Salt Lake City, Utah  84101

Mr. Joseph Palermo
First DataBank Inc.
111 Bayhill Drive
San Bruno, CA  94066

RECEIVED FEB 0 3 2005 HEALTH RESOURCES DIVISION

Re:   Report of Average Sale Price – 4th Quarter 2004

In conformance with: (a) the terms of the Corporate Integrity Agreement (the "CIA") entered into January 23, 2001 between Bayer Corporation[1] ("Bayer") and the Office of the Inspector General of the United States Department of Health and Human Services ("OIG"); and (b) the State Settlement Agreement entered into August 6, 2001 among Bayer Corporation ("Bayer") and the forty-five states, plus the District of Columbia, specified on attachment hereto, Bayer submits the following:

1.   Report of Average Sale Price for the fourth quarter 2004 (Section III(D)(2)(b)). This information is also included on the enclosed diskette.

2.   An assumption document detailing the methodology employed by Bayer to calculate the Average Sale Price (Section III (D)(2)(c)) certified by a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC.

The CIA was amended in July 2004 to provide that the "average sale price" will have the meaning of and will be calculated in accordance with the Average Sales Price as defined in the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 ("MMA"). Under the MMA, for the purposes of the Medicare Average Sales Price calculation, "unit" is the product represented by the 11-digit NDC (and not the smallest unit of measure used by Medicaid). However, CMS has advised that, for clotting factor products that are sold by strength (e.g., Koate, Kogenate), ASP should be reported in units of "IUs," the same as used for Medicaid reporting. The ASP

Bayer Pharmaceuticals Corporation
400 Morgan Lane
West Haven, CT 06516

Phone: 203-812-6081
Fax: 203-812-2795
paul.berry.b@bayer.com

MT 076772

---

[1] "On January 1, 2003, Bayer Corporation was reorganized. The business, assets and operations of the unincorporated division of Bayer Corporation known as Bayer Pharmaceuticals became a stand alone business operated through Bayer Pharmaceuticals Corporation, a Delaware corporation, a newly formed subsidiary of Bayer Corporation. The business, assets and operations of the unincorporated division of Bayer Corporation known as Bayer Biological Products became a stand alone business operated through Bayer HealthCare LLC, a Delaware limited liability company, a newly formed subsidiary of Bayer Corporation."

Page 2
January 28, 2004

values herein are reported by units as defined in the MMA and interpreted by CMS and accordingly will, in most cases, differ from the values previously reported by Bayer in its ASP reports (which were based on units as defined by Medicaid). The products in question are marked by an asterisk.

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement. It is not intended to set reimbursement rates and is not a substitute for the reporting of Average Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP).

Please contact Mr. Jeffrey Greenman (203-812-2037) or me (203-812-6081) if you have any questions.

Very truly yours,

Paul R. Berry

ep
Enclosures

cc: Attached List

MT 076773

asp_letter_4th quarter2004.doc

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC, hereby certifies that the attached average sale price information has been communicated to First DataBank (an operating unit of The Hearst Corporation) and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the requirements of the Medicare Prescription Drug, Improvement, and Modernization Act of 2004, as they may be refined by the Secretary of the Department of Health and Human Services through regulations or written directives. I further acknowledge that the average sale prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs.

Per attached list.


_____
Jeffrey M. Greenman
Vice President and Compliance Officer

MT 076774

_____
Date: Feb 29, 2005

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

Paul Pontrelli, Pharm. D
California Dept of Health Services
Medi-Cal Policy Division
1501 Capitol Ave, Suite 71 3041
Sacramento, CA 95899-7413

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive
Mail Stop 38
Tallahassee, Florida 32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30303

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii 96809-0339

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL 62763

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

M.J Terrebonne
Medicaid Director
PO Box 91030
Baton Rouge, Louisiana 70821

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts 02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd N
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi 39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O Box 202951, 1400 Broadway
Helena, Montana 59620

Pharmacy Director
Nevada Medicaid Office
1100 East William Street, Suite 101
Carson City, Nevada 89701

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Pharmacy Director
Div. Medical & Assistance Health Serv
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico 87504-2348

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York 12210-2806

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

MT 076775

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Washington Medical Assistance Administration
825 North Capitol Street, N.E.
5th Floor
Washington, DC 20002

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

MT 076776

Bayer - Pharma                CIA ASP Report
                        Average Sale Price Q4 2004

| Product | | Average Sales Price at NDC Level |
|---|---|---|
| 00026884151 | ADALAT CC 30MG 100 TABLET PER BOTTLE | |
| 00026884148 | ADALAT CC 30MG 100 UNIT DOSE TABLETS | |
| 00026884154 | ADALAT CC 30MG 1000 TABLETS PER BOTTLE | |
| 00026885151 | ADALAT CC 60MG 100 TABLETS PER BOTTLE | |
| 00026885148 | ADALAT CC 60MG 100 UNIT DOSE TABLETS | |
| 00026885154 | ADALAT CC 60MG 1000 TABLETS PER BOTTLE | |
| 00026886151 | ADALAT CC 90MG 100 TABLETS PER BOTTLE | |
| 00026886148 | ADALAT CC 90MG 100 UNIT DOSE TABLETS | |
| 00026858169 | AVELOX 400MG 30 TAB PER BOTTLE | |
| 00026858141 | AVELOX 400MG 5 TABL PER CARTON ABC PACK | |
| 00026858188 | AVELOX 400MG 50'S UNIT DOSE | |
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | |
| 00026252106 | BILTRICIDE 600MG 6 TABLETS PER BOTTLE | |
| 00026851106 | CIPRO 100MG UD 6'S CYSTITIS PACK | |
| 00026851251 | CIPRO 250MG 100 TABLETS PER BOTTLE | |
| 00026851248 | CIPRO 250MG 100'S UNIT DOSE | **Redacted** |
| 00026851351 | CIPRO 500MG 100 TABLETS PER BOTTLE | **Information Available** |
| 00026851348 | CIPRO 500MG 100'S UNIT DOSE | **Upon Request of Counsel** |
| 00026851448 | CIPRO 750MG 100'S UNIT DOSE | |
| 00026851450 | CIPRO 750MG 50 TAB PER BOTTLE | |
| 00026856665 | CIPRO IV 120ML 6'S PHARMACY BULK VIALS | |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | |
| 00026855336 | CIPRO ORAL SUSP 10% | |
| 00026855136 | CIPRO ORAL SUSP 5% | |
| 00026889751 | CIPRO XR 1000MG 100 TABLETS PER BOTTLE | |
| 00026889769 | CIPRO XR 1000MG 30 TABLET UNIT DOSE | |
| 00026889750 | CIPRO XR 1000MG 50 TABLETS PER BOTTLE | |
| 00026888951 | CIPRO XR 500MG 100 TABLETS PER BOTTLE | |
| 00026888950 | CIPRO XR 500MG 50 TABLETS PER BOTTLE | |
| 00026261301 | DOMEPASTE BANDAGE 3 INCH | |
| 00026261401 | DOMEPASTE BANDAGE 4 INCH | |
| 00026815120 | DTIC 200MG VIAL 12 US LABELED | |
| 00026873069 | LEVITRA 10MG 30 TABLETS PER BOTTLE | |
| 00026871069 | LEVITRA 2.5MG 30 TABLETS PER BOTTLE | |
| 00026874069 | LEVITRA 20MG 30 TABLETS PER BOTTLE | |
| 00026872069 | LEVITRA 5MG 30 TABLETS PER BOTTLE | |
| 00026285548 | NIMOTOP 30MG 100'S UD CAPSULES US PCI | |
| 00026285570 | NIMOTOP 30MG 30'S UD CAPSULES US PCI | |
| 00026286251 | PRECOSE 100MG 100 TABLETS PER BOTTLE | |
| 00026286351 | PRECOSE 25MG 100 TABLETS PER BOTTLE | |
| 00026286151 | PRECOSE 50MG 100 TABLETS PER BOTTLE | |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | |
| 00026819636 | TRASYLOL 100ML 1 LABELED VIAL | |
| 00026819763 | TRASYLOL 200ML 1 LABELED VIAL | MT 076777 |
| 00026971101 | VIADUR KIT PACKAGE WITH IMPLANT | |

Bayer - BIO                   CIA ASP Report
                          Average Sale Price Q4 2004
Product                                                           Average Sales Price @ NDC Level
00026068471    ALBUMIN 25% 100ML US ROW
00026068416    ALBUMIN 25% 20ML US ROW
00026068420    ALBUMIN 25% 50ML US ROW
00026068525    ALBUMIN 5% 250ML US ROW
00026068520    ALBUMIN 5% 50ML US ROW
00026063512    BAYGAM 10ML 532 PACK
00026063504    BAYGAM 2 ML 532 PACK
00026063603    BAYHEP 0.5ML SYR W/NEEDLE GUARD
00026063601    BAYHEP 1ML
00026063602    BAYHEP 1ML SYR W/NEEDLE GUARD
00026063605    BAYHEP 5ML VIAL
00026061810    BAYRAB 10ML
00026061802    BAYRAB 2ML
00026063106    BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD
00026063102    BAYRHO-D SYR W/NEEDLE GUARD
00026063402    BAYTET SYR W/NEEDLE GUARD
00026064871    IGIV 10% 100ML US ROW
00026064812    IGIV 10% 10ML US ROW
00026064824    IGIV 10% 200ML US ROW
00026064815    IGIV 10% 25ML US ROW                    **Redacted**
00026064820    IGIV 10% 50ML US ROW                 Information Available
00026064571    IGIV-C 10% 100ML US/ROW              Upon Request of Counsel
00026064512    IGIV-C 10% 10ML US ROW
00026064524    IGIV-C 10% 200ML US ROW
00026064515    IGIV-C 10% 25ML US ROW
00026064520    IGIV-C 10% 50ML US ROW
00026066550    KOATE DVI 1000U US ROW
00026066520    KOATE DVI 250U US ROW
00026066530    KOATE DVI 500U US ROW
00026037250    KOGENATE FS 1000 IU USA
00026037220    KOGENATE FS 250 IU USA
00026037230    KOGENATE FS 500 IU USA
00026061325    PLASMANATE 250ML US ROW
00026061320    PLASMANATE 50ML US ROW
00026060135    PROLASTIN 1000 MG USA
00026060320    THROMBATE III 500 IU USA

MT 076778

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC, hereby certifies that the attached average sale price information has been communicated to First DataBank and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the requirements of the Medicare Prescription Drug, Improvement, and Modernization Act of 2004, as they may be refined by the Secretary of the Department of Health and Human Services through regulations or written directives. I further acknowledge that the average sale prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

_____
Jeffrey M. Groenman
Vice President and Compliance Officer

MT 076782

_____
Date

certification_4th quarter 2004