# Exhibit D-18

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Post | |

Postmark Here

Sent To

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

Street, Apt.
or PO Box N
City, State,

7002 2410 0004 4240 4200

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   MAY 0 1 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7002 2410 0004 4240 4200

PS Form 3811, August 2001     Domestic Return Receipt          102595-02-M-1540

**CONFIDENTIAL**

**BAY-MT000493**



April 28, 2005

RECEIVED
MAY 0 2 2005
HEALTH RESOURCES
DIVISION

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the
Inspector General
Specification Procedure
U.S. Department of Health &
Human Services
Gateway Tower West
15 West South Temple
Suite 890
Salt Lake City, Utah  84101

Robert J. Hawley, Esq.
The Hearst Corporation
Office of General Counsel
959 Eighth Avenue
New York, New York  10019

Re:    Report of Average Sale Price – **1st Quarter 2005**

In conformance with:  (a) the terms of the Corporate Integrity
Agreement (the"CIA") entered into January 23, 2001 between
Bayer Corporation[1] ("Bayer") and the Office of the Inspector
General of the United States Department of Health and Human
Services ("OIG"), and (b) the State Settlement Agreement
entered into August 6, 2001 among Bayer Corporation ("Bayer")
and the forty-five states, plus the District of Columbia, specified
on attachment hereto,
Bayer submits the following

**MT 076760**

1.    Report of Average Sale Price for the first quarter
2005 (Section III(D)(2)(b)).  This information is also
included on the enclosed diskette.

---

[1] "On January 1, 2003, Bayer Corporation was reorganized.  The business, assets and
operations of the unincorporated division of Bayer Corporation known as Bayer Pharmaceuticals
became a stand alone business operated through Bayer Pharmaceuticals Corporation, a
Delaware corporation, a newly formed subsidiary of Bayer Corporation.  The business, assets
and operations of the unincorporated division of Bayer Corporation known as Bayer Biological
Products became a stand alone business operated through Bayer HealthCare LLC, a Delaware
limited liability company, a newly formed subsidiary of Bayer Corporation."

Page 2
April 28, 2005

> 2.  An assumption document detailing the
>     methodology employed by Bayer to calculate the
>     Average Sale Price (Section III (D)(2)(c)) certified
>     by a high managerial agent of Bayer
>     Pharmaceuticals Corporation and the Biological
>     Products Division of Bayer HealthCare, LLC.

The CIA was amended in July 2004 to provide that the "average
sale price" will have the meaning of and will be calculated in
accordance with the Average Sales Price as defined in the
Medicare Prescription Drug, Improvement, and Modernization
Act of 2003 ( "MMA" ).  Under the MMA, for the purposes of the
Medicare Average Sales Price calculation, "unit" is the product
represented by the 11-digit NDC (and not the smallest unit of
measure used by Medicaid).  However, CMS has advised that,
for clotting factor products that are sold by strength (e.g., Koate,
Kogenate), ASP should be reported in units of "IUs," the same
as used for Medicaid reporting.  The ASP values herein are
reported by units as defined in the MMA and interpreted by CMS
and accordingly will, in most cases, differ from the values
previously reported by Bayer in its ASP reports (which were
based on units as defined by Medicaid).

As previously advised, on October 1, 2004, Bayer transferred
all responsibility for commercialization of a number of its primary
care pharmaceutical products to Schering Plough (Transferred
Products).  A list of these products is attached.  Between
October 1 and December 31, 2004, these Transferred Products
were sold under Bayer's NDCs and were reported in Bayer's
4Q2004 report.  As a result of this transaction, as of January 1,
2005, Bayer no longer sells the Transferred Products.
Therefore, beginning with 1Q2005, Bayer has no sales upon
which to calculate a new ASP and these products will be
removed from this and future reports.

**MT 076761**

Page 3
April 28, 2005

We wish to stress that this report of Average Sale Price arises
from the above-referenced settlement. It is not intended to set
reimbursement rates and is not a substitute for the reporting of
Average Wholesale Price (AWP), Average Manufacturers Price
(AMP) and/or Best Price (BP).

Please contact Mr. Jeffrey Greenman (203-812-2037) or me
(203-812-6081) if you have any questions.

Very truly yours,

Paul R. Berry

kf
Enclosures

cc: Attached List

MT 076762

Transferred Products

| NDC | SP NDC | ProductName | Size | |
|---|---|---|---|---|
| 00026-2521-06 | 00085-1747-01 | Biltricide 600 mg btl 6's | 6 | |
| 00026-2613-01 | 00085-1808-02 | DomePaste Bandage 3" | 1 | |
| 00026-2614-01 | 00085-1811-02 | DomePaste Bandage 4" | 1 | |
| 00026-8511-06 | SP Discontinued | Cipro 100 mg Cystitis pack | 6 | Discontinued |
| 00026-8512-48 | 00085-1758-02 | Cipro 250 mg UD 100's | 100 | |
| 00026-8512-51 | 00085-1758-01 | Cipro 250 mg btl 100's | 100 | |
| 00026-8513-48 | 00085-1754-02 | Cipro 500 mg UD 100's | 100 | |
| 00026-8513-51 | 00085-1754-01 | Cipro 500 mg btl 100's | 100 | |
| 00026-8514-48 | 00085-1756-02 | Cipro 750 mg UD 100's | 100 | |
| 00026-8514-50 | 00085-1756-01 | Cipro 750 mg btl 50's | 50 | |
| 00026-8551-36 | 00085-1777-01 | Cipro Oral Suspension 5% | 100 | |
| 00026-8553-36 | 00085-1773-01 | Cipro Oral Suspension 10% | 100 | |
| 00026-8581-41 | 00085-1733-03 | Avelox 400 mg abc pk 5's | 5 | |
| 00026-8581-69 | 00085-1733-01 | Avelox 400 mg btl 30's | 30 | |
| 00026-8581-88 | 00085-1733-02 | Avelox 400 mg UD 50's | 50 | |
| 00026-8710-69 | 00085-1923-01 | Levitra 2.5 mg btl 30's | 30 | |
| 00026-8720-69 | 00085-1945-01 | Levitra 5 mg btl 30's | 30 | |
| 00026-8730-69 | 00085-1901-01 | Levitra 10 mg btl 30's | 30 | |
| 00026-8740-69 | 00085-1934-01 | Levitra 20 mg btl 30's | 30 | |
| 00026-8841-48 | 00085-1701-03 | Adalat CC 30 mg UD 100's | 100 | |
| 00026-8841-51 | 00085-1701-02 | Adalat CC 30 mg btl 100's | 100 | |
| 00026-8841-54 | 00085-1701-01 | Adalat CC 30 mg btl 1000's | 1000 | |
| 00026-8851-48 | 00085-1716-03 | Adalat CC 60 mg UD 100's | 100 | |
| 00026-8851-51 | 00085-1716-02 | Adalat CC 60 mg btl 100's | 100 | |
| 00026-8851-54 | 00085-1716-01 | Adalat CC 60 mg btl 1000's | 1000 | |
| 00026-8861-48 | 00085-1722-02 | Adalat CC 90 mg UD 100's | 100 | |
| 00026-8861-51 | 00085-1722-01 | Adalat CC 90 mg btl 100's | 100 | |
| 00026-8889-50 | 00085-1775-02 | Cipro XR 500 mg btl 50 | 50 | |
| 00026-8889-51 | SP Discontinued | Cipro XR 500 mg btl 100 | 100 | Discontinued |
| 00026-8897-50 | 00085-1778-03 | Cipro XR 1000 mg btl 50 | 50 | |
| 00026-8897-51 | SP Discontinued | Cipro XR 1000 mg btl 100 | 100 | Discontinued |
| 00026-8897-69 | 00085-1778-02 | Cipro XR 1000 mg UD 30 | 30 | |

MT 076763

MT 076764

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Paul Pontrelli, Pharm. D
California Dept of Health Services
Medi-Cal Policy Division
1501 Capitol Ave, Suite 71.3041
Sacramento, CA 95899-7413

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Department of Human Services
P O. Box 339
Honolulu, Hawaii 96809-0339

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

A.J.Terrebonne
Medicaid Director
PO Box 91030
Baton Rouge, Louisiana 70821

Pharmacy Director
Division of Medical Assistance
600 Washington Street
6th Floor
Boston, Massachusetts 02111

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi 39211

Pharmacy Director
Nevada Medicaid Office
1100 East William Street, Suite 101
Carson City, Nevada 89701

Pharmacy Director
Med. Assistance Div. Drug Program
PO. Box 2348
Santa Fe, New Mexico 87504-2348

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive
Mail Stop 38
Tallahassee, Florida 32308

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL 62763

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York 12210-2806

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv.
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30303

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O Box 202951, 1400 Broadway
Helena, Montana 59620

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Washington Medical Assistance
Administration
425 North Capitol Street, N.E
th Floor
Washington, DC 20002

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

MT 076765

Bayer - Pharma

**CIA ASP Report**
**Average Sale Price Q1 2005**

Product

Average Sales Price at NDC Level

| | |
|---|---|
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER |
| 00026815120 | DTIC 200MG VIAL 12  US LABELED |
| 00026285548 | NIMOTOP 30MG 100'S UD CAPSULES US PCI |
| 00026285570 | NIMOTOP 30MG 30'S UD CAPSULES US PCI |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE |
| 00026286351 | PRECOSE 25MG 100    TABLETS PER BOTTLE |
| 00026286151 | PRECOSE 50MG 100    TABLETS PER BOTTLE |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) |
| 00026819636 | TRASYLOL 100ML 1 LABELED VIAL |
| 00026819763 | TRASYLOL 200ML 1 LABELED VIAL |
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT |

**Redacted**
Information Available
Upon Request of Counsel

MT 076766

**Bayer BIO**

## CIA ASP Report
### Average Sale Price Q1 2005

| Product | | Average Sales Price at NDC Level |
|---|---|---|
| 00026068471 | ALBUMIN 25% 100ML US ROW | |
| 00026068416 | ALBUMIN 25% 20ML US ROW | |
| 00026068420 | ALBUMIN 25% 50ML US ROW | |
| 00026068525 | ALBUMIN 5% 250ML US ROW | |
| 00026068520 | ALBUMIN 5% 50ML US ROW | |
| 00026069271 | ALBUMIN L/A 25% 100ML US ROW | |
| 00026069216 | ALBUMIN L/A 25% 20ML US ROW | |
| 00026069220 | ALBUMIN L/A 25% 50ML US ROW | |
| 00026069025 | ALBUMIN L/A 5% 250ML US ROW | |
| 00026069020 | ALBUMIN L/A 5% 50ML US ROW | |
| 00026060130 | ALPHA-1, 20 ML FILL     LYOPHILIZED | |
| 00026063512 | BAYGAM 10ML 532 PACK | |
| 00026063504 | BAYGAM 2 ML 532 PACK | |
| 00026063603 | BAYHEP 0.5ML SYR W/NEEDLE GUARD | |
| 00026063601 | BAYHEP 1ML | |
| 00026063602 | BAYHEP 1ML SYR W/NEEDLE GUARD | |
| 00026063605 | BAYHEP 5ML VIAL | |
| 00026061810 | BAYRAB 10ML | |
| 00026061802 | BAYRAB 2ML | |
| 00026063106 | BAYRHO-D MINI DOSE SYR W/NEEDLE GUARD | |
| 00026063102 | BAYRHO-D SYR W/NEEDLE GUARD | |
| 00026063402 | BAYTET SYR W/NEEDLE GUARD | |
| 00026064871 | IGIV 10% 100ML US ROW | |
| 00026064824 | IGIV 10% 200ML US ROW | |
| 00026064571 | IGIV-C 10% 100ML US/ROW | |
| 00026064512 | IGIV-C 10% 10ML US ROW | |
| 00026064524 | IGIV-C 10% 200ML US ROW | |
| 00026064515 | IGIV-C 10% 25ML US ROW | |
| 00026064520 | IGIV-C 10% 50ML US ROW | |
| 00026066550 | KOATE DVI 1000U US ROW | |
| 00026066520 | KOATE DVI 250U US ROW | |
| 00026066530 | KOATE DVI 500U US ROW | |
| 00026037250 | KOGENATE FS 1000 IU USA | |
| 00026037250 | KOGENATE FS 250 IU USA | |
| 00026037220 | KOGENATE FS 500 IU USA | |
| 00026061325 | PLASMANATE 250ML US ROW | |
| 00026061320 | PLASMANATE 50ML US ROW | |
| 00026060135 | PROLASTIN 1000 MG USA | |
| 00026060320 | THROMBATE III 500 IU USA | |

**Redacted**
Information Available
Upon Request of Counsel

**MT 076767**

# Exhibit D-19

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

## OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7005 2510 0007 4842 4602

*Sent To*
*Street, Apt. No.; or PO Box No.*
*City, State, ZIP+4*

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

PS Form 3800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  State Mail Services
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AUG 01 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article
(Tran

PS For

12595-02-M-1540

**CONFIDENTIAL**

**BAY-MT000507**

Bayer HealthCare



Paul R. Berry
Senior Vice President
General Counsel and Secretary

July 28, 2005

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the
Inspector General
Specification Procedure
U.S. Department of Health &
Human Services
Gateway Tower West
15 West South Temple
Suite 890
Salt Lake City, Utah  84101

Robert J. Hawley, Esq.
The Hearst Corporation
Office of General Counsel
959 Eighth Avenue
New York, New York  10019

RECEIVED

AUG 0 1 2005

HEAL      RESOURCES
           DIVISION

Bayer HealthCare LLC
400 Morgan Lane
West Haven, CT 06516

Phone: 203 812-5081
Fax: 203 812-2795
paul.berry.b@bayer.com

Re:      Report of Average Sale Price – 2nd Quarter 2005

In conformance with:  (a) the terms of the Corporate Integrity
Agreement (the "CIA") entered into January 23, 2001 between Bayer
Corporation[1] ("Bayer") and the Office of the Inspector General of the
United States Department of Health and Human Services ("OIG"); and
(b) the State Settlement Agreement entered into August 6, 2001
among Bayer Corporation ("Bayer") and the forty-five states, plus the
District of Columbia, specified on attachment hereto,
Bayer submits the following:

    1.    Report of Average Sale Price for the first quarter 2005
(Section III(D)(2)(b)).  This information is also included
on the enclosed diskette.

    2.    An assumptions document detailing the methodology
employed by Bayer to calculate the Average Sale Price
(Section III (D)(2)(c)) certified by a high managerial
agent of  Bayer Pharmaceuticals Corporation and the
Biological Products Division of Bayer HealthCare, LLC.

The CIA was amended in July 2004 to provide that the "average sale
price" will have the meaning of and will be calculated in accordance
with the Average Sales Price as defined in the Medicare Prescription

**MT 076538**

---

[1] "On January 1, 2003, Bayer Corporation was reorganized.  The business, assets and
operations of the unincorporated division of Bayer Corporation known as Bayer Pharmaceuticals
became a stand alone business operated through Bayer Pharmaceuticals Corporation, a
Delaware corporation, a newly formed subsidiary of Bayer Corporation.  The business, assets
and operations of the unincorporated division of Bayer Corporation known as Bayer Biological
Products became a stand alone business operated through Bayer HealthCare LLC, a Delaware
limited liability company, a newly formed subsidiary of Bayer Corporation."

Page 2

Drug, Improvement, and Modernization Act of 2003 ( "MMA" ).  Under the MMA, for the purposes of the Medicare Average Sales Price calculation, "unit" is the product represented by the 11-digit NDC (and not the smallest unit of measure used by Medicaid).  However, CMS has advised that, for clotting factor products that are sold by strength (e.g., Koate, Kogenate), ASP should be reported in units of "IUs," the same as used for Medicaid reporting.  The ASP values herein are reported by units as defined in the MMA and interpreted by CMS and accordingly will, in most cases, differ from the values previously reported by Bayer in its ASP reports (which were based on units as defined by Medicaid).

On March 31, 2005 Bayer HealthCare LLC concluded an agreement to sell its plasma business to Talecris Biotherapeutics, Inc.  The agreement covers the products listed on the attached Schedule of Divested Products, and the facilities and employees comprising the plasma portion of Bayer HealthCare's Biological Products Division in the U.S.  The recombinant factor VIII business, comprising Kogenate FS®, is not part of the transaction.  As of March 31, 2005, Bayer has no rights to and has no interest in said plasma products.

Consequently, information relating to the Divested Products  does not appear in this report nor will it appear in future reports.

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement.  It is not intended to set reimbursement rates and is not a substitute for the reporting of Average Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP).

Please contact Mr. Jeffrey Greenman (203-812-2037) or me (203-812-6081) if you have any questions.

Very truly yours,

Paul R. Berry

kf
Enclosures

**MT 076539**

cc:  Attached List

DIVESTED PRODUCTS

| PRODUCT DESCRIPTION | NDC NATIONAL DRUG CODE |
|---|---|
| LBUMIN 25% 100ML US ROW | 00026068471 |
| LBUMIN 25% 20ML US ROW | 00026068416 |
| LBUMIN 25% 50ML US ROW | 00026068420 |
| LBUMIN 5% 250ML US ROW | 00026068525 |
| LBUMIN 5% 50ML US ROW | 00026068520 |
| LBUMIN L/A 25% 100ML US ROW | 00026069271 |
| LBUMIN L/A 25% 20ML US ROW | 00026069216 |
| LBUMIN L/A 25% 50ML US ROW | 00026069220 |
| LBUMIN L/A 5% 250ML US ROW | 00026069025 |
| LBUMIN L/A 5% 50ML US ROW | 00026069020 |
| LPHA-1, 20 ML FILL   LYOPHILIZED | 00026060130 |
| YGAM 10ML 532 PACK | 00026063512 |
| YGAM 2 ML 532 PACK | 00026063504 |
| YHEP 0.5ML SYR W/NEEDLE GUARD | 00026063603 |
| YHEP 1ML | 00026063601 |
| YHEP 1ML SYR W/NEEDLE GUARD | 00026063602 |
| YHEP 5ML VIAL | 00026063605 |
| YRAB 10ML | 00026061810 |
| YRAB 2ML | 00026061802 |
| YRHO-D MINI DOSE SYR W/NEEDLE GUARD | 00026063106 |
| YRHO-D SYR W/NEEDLE GUARD | 00026063102 |
| YTET SYR W/NEEDLE GUARD | 00026063402 |
| IV-C 10% 100ML US/ROW | 00026064571 |
| IV-C 10% 10ML US ROW | 00026064512 |
| IV-C 10% 200ML US ROW | 00026064524 |
| V-C 10% 25ML US ROW | 00026064515 |
| V-C 10% 50ML US ROW | 00026064520 |
| ATE DVI 1000U US ROW | 00026066550 |
| ATE DVI 250U US ROW | 00026066520 |
| ATE DVI 500U US ROW | 00026066530 |
| SMANATE 250ML US ROW | 00026061325 |
| SMANATE 50ML US ROW | 00026061320 |
| LASTIN 1000 MG USA | 00026060135 |
| OMBATE III 500 IU USA | 00026060320 |

MT 076540

MT 076541

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Paul Pontrelli, Pharm. D
California Dept of Health Services
Medi-Cal Policy Division
1501 Capitol Ave, Suite 71.3041
Sacramento, CA 95899-7413

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii 96809-0339

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

T.J.Terrebonne
Medicaid Director
PO Box 91030
Baton Rouge, Louisiana 70821

Pharmacy Director
Division of Medical Assistance
100 Washington Street
4th Floor
Boston, Massachusetts 02111

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi 39211

Pharmacy Director
Nevada Medicaid Office
1100 East William Street, Suite 101
Carson City, Nevada 89701

Pharmacy Director
Med. Assistance Div. Drug Program
PO Box 2348
Santa Fe, New Mexico 87504-2348

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive
Mail Stop 38
Tallahassee, Florida 32308

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL 62763

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York 12210-2806

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30303

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Washington Medical Assistance
Administration
25 North Capitol Street, N.E.
th Floor
Washington, DC 20002

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming 82002

**MT 076542**

Bayer ≡ Pharma

**CIA ASP Report**
**Average Sale Price Q2 2005**

| Product | | Average Sales Price at NDC Level |
|---|---|---|
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS | |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | |
| 00026815120 | DTIC 200MG VIAL 12  US LABELED | |
| 00026285548 | NIMOTOP 30MG 100'S UD CAPSULES US PCI | |
| 00026285570 | NIMOTOP 30MG 30'S UD CAPSULES US PCI | |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE | |
| 00026286351 | PRECOSE 25MG 100    TABLETS PER BOTTLE | |
| 00026286151 | PRECOSE 50MG 100    TABLETS PER BOTTLE | |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | |
| 00026819636 | TRASYLOL 100ML 1 LABELED VIAL | |
| 00026819763 | TRASYLOL 200ML 1 LABELED VIAL | |
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT | |

**Redacted**
Information Available
Upon Request of Counsel

**MT 076543**

**Bayer - BIO**

**CIA ASP Report**
**Average Sale Price Q2 2005**

| Product | | Average Sales Price at NDC Level |
|---------|--|----------------------------------|
| 00026037250 | KOGENATE FS 1000 IU USA | |
| 00026037220 | KOGENATE FS 250 IU USA | |
| 00026037230 | KOGENATE FS 500 IU USA | |

**Redacted**
Information Available
Upon Request of Counsel

MT 076544

**CERTIFICATION**

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC, hereby certifies that the attached average sale price information has been communicated to First DataBank (an operating unit of The Hearst Corporation) and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the requirements of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, as they may be refined by the Secretary of the Department of Health and Human Services through regulations or written directives. I further acknowledge that the average sale prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

Jeffrey M. Greenman
Vice President and Compliance Officer

**MT 076549**

July 28, 2005
Date