# Exhibit D-20

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Postmark Here

7004 2510 0007 4842 3896

Sent To
Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Dennis M. Gies
☐ Agent
☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery
NOV 01 2005

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail        ☐ Express Mail
☐ Registered            ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0007 4842 3896

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

CONFIDENTIAL

BAY-MT000520



RECEIVED

NOV 0 1 2005

HEALTH RESOURCES
DIVISION

October 27, 2005

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the
Inspector General
Specification Procedure
U.S. Department of Health &
Human Services
Gateway Tower West
15 West South Temple
Suite 890
Salt Lake City, Utah 84101

Robert J. Hawley, Esq.
The Hearst Corporation
Office of General Counsel
959 Eighth Avenue
New York, New York 10019

Re:    Report of Average Sale Price – 3rd Quarter 2005

In conformance with: (a) the terms of the Corporate Integrity
Agreement (the"CIA") entered into January 23, 2001 between Bayer
Corporation[1] ("Bayer") and the Office of the Inspector General of the
United States Department of Health and Human Services ("OIG"); and
(b) the State Settlement Agreement entered into August 6, 2001
among Bayer Corporation ("Bayer") and the forty-five states, plus the
District of Columbia, specified on attachment hereto, Bayer submits
the following:

1.    Report of Average Sale Price for the third quarter 2005
      Section III(D)(2)(b)). This information is also included
      on the enclosed diskette.

2.    An assumptions document detailing the methodology
      employed by Bayer to calculate the Average Sale Price
      (Section III (D)(2)(c)); and

**MT 038058**

---

[1] "On January 1, 2003, Bayer Corporation was reorganized. The business, assets and
operations of the unincorporated division of Bayer Corporation known as Bayer Pharmaceuticals
became a stand alone business operated through Bayer Pharmaceuticals Corporation, a
Delaware corporation, a newly formed subsidiary of Bayer Corporation. The business, assets
and operations of the unincorporated division of Bayer Corporation known as Bayer Biological
Products became a stand alone business operated through Bayer HealthCare LLC, a Delaware
limited liability company, a newly formed subsidiary of Bayer Corporation."

Page 2

3. A certification by a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC.

As previously advised, on October 1, 2004, Bayer transferred all responsibility for commercialization of a number of its primary care pharmaceutical products to Schering Plough. Included were Bayer's Avelox IV and Cipro IV products listed on the attached (the IV Products). However, between October 1, 2004 and August 31, 2005 the IV Products were sold under Bayer's NDCs and consequently were reported in Bayer's 4Q2004, 1Q2005, and 2Q2005 reports and are included in this report. As of September 1, 2005, Bayer no longer sold the IV Products. Therefore, beginning with 4Q2005, Bayer will have no sales upon which to calculate a new ASP and these products will no longer be reported on by Bayer.

We wish to stress that this report of Average Sale Price arises from the above-referenced settlement. It is not intended to set reimbursement rates and is not a substitute for the reporting of Average Wholesale Price (AWP), Average Manufacturers Price (AMP) and/or Best Price (BP).

Please contact Mr. Jeffrey Greenman (203-812-2037) or me (203-812-6081) if you have any questions.

Very truly yours,

Paul R. Berry

kf
Enclosures

cc: Attached List

**MT 038059**

IV PRODUCTS

| Product | |
|---------|---|
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER |

MT 038060

MT 038061

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

Paul Pontrelli, Pharm. D
California Dept of Health Services
Medi-Cal Policy Division
1501 Capitol Ave, Suite 71.3041
Sacramento, CA  95899-7413

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv.
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive
Mail Stop 38
Tallahassee, Florida  32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30303

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL  62763

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

N.J.Terrebonne
Medicaid Director
PO Box 91030
Baton Rouge, Louisiana  70821

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
6th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

Pharmacy Director
Nevada Medicaid Office
1100 East William Street, Suite 101
Carson City, Nevada  89701

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
PO Box 2348
Santa Fe, New Mexico  87504-2348

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York  12210-2806

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio  43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania  17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota  57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont  05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia  25301

Washington Medical Assistance
Administration
825 North Capitol Street, N.E.
5th Floor
Washington, DC  20002

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma  73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island  02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas  78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia  23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin  53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon  97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina  29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah  84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington  98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming  82002

MT 038062

**Bayer - Pharma**　　　　　　　**CIA ASP Report**
　　　　　　　　　　　　　　**Average Sale Price Q3 2005**

| Product | | Average Sales Price at NDC Level |
|---|---|---|
| 00026858231 | AVELOX IV 400MG 250ML BAG 12'S US | |
| 00026856665 | CIPRO IV 120ML 6'S  PHARMACY BULK VIALS | |
| 00026856220 | CIPRO IV 200MG 10'S 20ML VIALS | |
| 00026855236 | CIPRO IV 200MG 24'S 100ML BAGS ABBOTT | |
| 00026852736 | CIPRO IV 200MG 24'S 100ML BAGS BAXTER | |
| 00026856464 | CIPRO IV 400MG 10'S 40ML VIALS | |
| 00026855463 | CIPRO IV 400MG 24'S 200ML BAGS ABBOTT | |
| 00026852763 | CIPRO IV 400MG 24'S 200ML BAGS BAXTER | |
| 00026285548 | NIMOTOP 30MG 100'S UD CAPSULES US PCI | |
| 00026285570 | NIMOTOP 30MG 30'S UD CAPSULES US PCI | |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE | |
| 00026286351 | PRECOSE 25MG 100    TABLETS PER BOTTLE | |
| 00026286151 | PRECOSE 50MG 100    TABLETS PER BOTTLE | |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) | |
| 00026819636 | TRASYLOL 100ML 1 LABELED VIAL | |
| 00026819763 | TRASYLOL 200ML 1 LABELED VIAL | |
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT | |

**Redacted**
Information Available
Upon Request of Counsel

**MT 038063**

**Bayer - BIO**

**CIA ASP Report**
**Average Sale Price Q3 2005**

| Product | | Average Sales Price at NDC Level |
|---|---|---|
| 00026037250 | KOGENATE FS 1000 IU USA | |
| 00026037220 | KOGENATE FS 250 IU USA | |
| 00026037230 | KOGENATE FS 500 IU USA | |

**Redacted**
Information Available
Upon Request of Counsel

**MT 038064**

## CERTIFICATION

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC, hereby certifies that the attached average sale price information has been communicated to First DataBank (an operating unit of The Hearst Corporation) and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the requirements of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, as they may be refined by the Secretary of the Department of Health and Human Services through regulations or written directives.  I further acknowledge that the average sale prices so reported will be filed with the State Medicaid programs identified below.


State Medicaid Programs:

Per attached list.


Jeffrey M. Greenman
Vice President and Compliance Officer


Oct. 27, 2005
Date                                                      **MT 038068**

# Exhibit D-21

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark |
| Return Receipt Fee (Endorsement Required) | | Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage | | |

Sent To

Street, Apt. N or PO Box No.

City, State, Zi

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

PS Form 3800, June 2002                    See Reverse for Instructions

7004 2510 0007 4842 4206

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X State Mail Services     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
FEB 02 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7004 2510 0007 4842 4206

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**CONFIDENTIAL**

BAY-MT000532



RECEIVED

FEB 02 2006

HEALTH RESOURCES DIVISION

January 27, 2006

Nicole C. Hall, Esq
Senior Counsel
Office of Counsel to the
Inspector General
Specification Procedure
U.S. Department of Health &
Human Services
Gateway Tower West
15 West South Temple
Suite 890
Salt Lake City, Utah 84101

Robert J. Hawley, Esq.
The Hearst Corporation
Office of General Counsel
959 Eighth Avenue
New York, New York  10019

Re:   Report of Average Sale Price – 4th Quarter 2005

In conformance with.  (a) the terms of the Corporate Integrity
Agreement (the"CIA") entered into January 23, 2001 between Bayer
Corporation[1] ("Bayer") and the Office of the Inspector General of the
United States Department of Health and Human Services ("OIG"); and
(b) the State Settlement Agreement entered into August 6, 2001
among Bayer Corporation ("Bayer") and the forty-five states, plus the
District of Columbia, specified on attachment hereto, Bayer submits
the following:

1.   Report of Average Sale Price for the fourth quarter 2005
     Section III(D)(2)(b)).  This information is also included
     on the enclosed diskette.

2.   An assumptions document detailing the methodology
     employed by Bayer to calculate the Average Sale Price
     (Section III (D)(2)(c)); and

**MT 076514**

---

[1] "On January 1, 2003, Bayer Corporation was reorganized.  The business, assets and
operations of the unincorporated division of Bayer Corporation known as Bayer Pharmaceuticals
became a stand alone business operated through Bayer Pharmaceuticals Corporation, a
Delaware corporation, a newly formed subsidiary of Bayer Corporation.  The business, assets
and operations of the unincorporated division of Bayer Corporation known as Bayer Biological
Products became a stand alone business operated through Bayer HealthCare LLC, a Delaware
limited liability company, a newly formed subsidiary of Bayer Corporation."

Page 2

3.   A certification by a high managerial agent of Bayer
     Pharmaceuticals Corporation and the Biological
     Products Division of Bayer HealthCare, LLC.

As previously advised, on October 1, 2004, Bayer transferred all
responsibility for commercialization of a number of its primary care
pharmaceutical products to Schering Plough.  Included were Bayer's
Avelox IV and Cipro IV products listed on the attached (the IV
Products).  However, between October 1, 2004 and August 31, 2005
the IV Products were sold under Bayer's NDCs and consequently were
reported in Bayer's 4Q2004, 1Q2005, 2Q2005 and 3Q2005 reports.
As of September 1, 2005, Bayer no longer sold the IV Products.
Therefore, beginning with this report, Bayer will no longer be reporting
on these products.

We wish to stress that this report of Average Sale Price arises from the
above-referenced settlement.  It is not intended to set reimbursement
rates and is not a substitute for the reporting of Average Wholesale
Price (AWP), Average Manufacturers Price (AMP) and/or Best Price
(BP).

Please contact Mr. Jeffrey Greenman (203-812-2037) or me (203-812-
6081) if you have any questions.

Very truly yours,

Paul R. Berry

kf
Enclosures

cc: Attached List

**MT 076515**

MT 076516

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama 36104

Paul Pontrelli, Pharm. D
California Dept of Health Services
Medi-Cal Policy Division
1501 Capitol Ave, Suite 71.3041
Sacramento, CA 95899-7413

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware 19702

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii 96809-0339

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa 50319

A.J. Terrebonne
Medicaid Director
PO Box 91030
Baton Rouge, Louisiana 70821

Pharmacy Director
Division of Medical Assistance
00 Washington Street
th Floor
oston, Massachusetts 02111

harmacy Director
edicaid Division
39 North Lamar
uite 801
ickson, Mississippi 39211

armacy Director
evada Medicaid Office
00 East William Street, Suite 101
arson City, Nevada 89701

armacy Director
ed. Assistance Div. Drug Program
O. Box 2348
nte Fe, New Mexico 87504-2348

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska 99503

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado 80203

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive
Mail Stop 38
Tallahassee, Florida 32308

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL 62763

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas 66612-1570

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine 04333

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan 48909

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri 65109

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire 03301

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York 12210-2806

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas 72203-4105

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv
25 Sigourney Street
Hartford, CT 06106

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia 30303

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana 46204

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky 40621

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland 21201

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota 55155

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana 59620

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey 08625-0712

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina 27603

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio  43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania  17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota  57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont  05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia  25301

Washington Medical Assistance
Administration
325 North Capitol Street, N.E.
5th Floor
Washington, DC  20002

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma  73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island  02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas  78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia  23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin  53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon  97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina  29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah  84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington  98504-5506

Pharmacy Director
Division of Health Care Financing
2300 Capital Avenue
154 Hathaway Building
Cheyenne, Wyoming  82002

**MT 076517**

**Bayer - Pharma**

**CIA ASP Report**
**Average Sales Price Q4 2005**

Product

Average Sales Price at NDC Level

| | |
|---|---|
| 00026848858 | NEXAVAR 200MG 120 TABLETS PER BOTTLE |
| 00026285548 | NIMOTOP 30MG 100'S UD CAPSULES US PCI |
| 00026285570 | NIMOTOP 30MG 30'S UD CAPSULES US PCI |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE |
| 00026286351 | PRECOSE 25MG 100    TABLETS PER BOTTLE |
| 00026286151 | PRECOSE 50MG 100    TABLETS PER BOTTLE |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) |
| 00026819636 | TRASYLOL 100ML 1 LABELED VIAL |
| 00026819763 | TRASYLOL 200ML 1 LABELED VIAL |
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT |

**Redacted**
Information Available
Upon Request of Counsel

**MT 076518**

**Bayer - BIO**

**CIA ASP Report**
**Average Sales Price Q4 2005**

| Product | | Average Sales Price at NDC Level |
| --- | --- | --- |
| 00026037250 | KOGENATE FS 1000 IU USA | |
| 00026037220 | KOGENATE FS 250 IU USA | |
| 00026037230 | KOGENATE FS 500 IU USA | |

**Redacted**
Information Available
Upon Request of Counsel

**MT 076519**

# Exhibit D-22

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7004 2510 0007 4842 3094

Sent To   Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
Street, Apt. No; or PO Box No.   P.O. Box 202951, 1400 Broadway
City, State, ZIP+4   Helena, Montana  59620

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  _Dennis McAfee_      ☐ Agent
                         ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
MAY 2 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7004 2510 0007 4842 3094

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

CONFIDENTIAL

BAY-MT000543

# Bayer HealthCare

RECEIVED
MAY 0 1 2006
HEAL... ...SOURCES DIVISION

Jeffrey M. Greenman, Esq.
Vice President and
Compliance Officer

April 28, 2006

Nicole C. Hall, Esq.
Senior Counsel
Office of Counsel to the
Inspector General
Specification Procedure
U.S. Department of Health &
Human Services
Gateway Tower West
15 West South Temple
Suite 890
Salt Lake City, Utah 84101

Robert J. Hawley, Esq.
The Hearst Corporation
Office of General Counsel
959 Eighth Avenue
New York, New York 10019

Bayer HealthCare LLC
400 Morgan Lane
West Haven, CT 06516

Phone: 203 812-2037
Fax: 203 812-5492
jeffrey.greenman.b@bayer.com

Re:    Report of Average Sale Price – 1st Quarter 2006

In conformance with:  (a) the terms of the Corporate Integrity
Agreement (the"CIA") entered into January 23, 2001 between Bayer
Corporation[1] ("Bayer") and the Office of the Inspector General of the
United States Department of Health and Human Services ("OIG"); and
(b) the State Settlement Agreement entered into August 6, 2001
among Bayer Corporation ("Bayer") and the forty-five states, plus the
District of Columbia, specified on attachment hereto, Bayer submits
the following:

1.    Report of Average Sale Price for the first quarter 2006
Section III(D)(2)(b)).  This information is also included
on the enclosed diskette.

2.    An assumptions document detailing the methodology
employed by Bayer to calculate the Average Sale Price
(Section III (D)(2)(c)); and

**MT 037965**

[1] "On January 1, 2003, Bayer Corporation was reorganized.  The business, assets and
operations of the unincorporated division of Bayer Corporation known as Bayer Pharmaceuticals
became a stand alone business operated through Bayer Pharmaceuticals Corporation, a
Delaware corporation, a newly formed subsidiary of Bayer Corporation.  The business, assets
and operations of the unincorporated division of Bayer Corporation known as Bayer Biological
Products became a stand alone business operated through Bayer HealthCare LLC, a Delaware
limited liability company, a newly formed subsidiary of Bayer Corporation."

Page 2

3.      A certification by a high managerial agent of Bayer
        Pharmaceuticals Corporation and the Biological
        Products Division of Bayer HealthCare, LLC.

We wish to stress that this report of Average Sale Price arises from the
above-referenced settlement.  It is not intended to set reimbursement
rates and is not a substitute for the reporting of Average Wholesale
Price (AWP), Average Manufacturers Price (AMP) and/or Best Price
(BP).

Please contact me (203-812-2037) or Mr. Paul Berry (203-812-6081) if
you have any questions.

Very truly yours,

Jeffrey M. Greenman

JMG/kf
Enclosures

cc:  Attached List

MT 037966

## MT 037967

Pharmacy Director
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, Alabama  36104

Pharmacy Director
Division of Medical Assistance
4501 Business Park Blvd.
Suite 24
Anchorage, Alaska  99503

Pharmacy Director
DOHS, Div. Of Med. Services
P.O. Box 1437
Slot 4105
Little Rock, Arkansas  72203-4105

Paul Pontrelli, Pharm. D
California Dept of Health Services
Medi-Cal Policy Division
1501 Capitol Ave, Suite 71.3041
Sacramento, CA  95899-7413

Pharmacy Director
Colorado Healthcare Policy & Financing
1575 Sherman Street
5th Floor
Denver, Colorado  80203

James Wietrak
Director of Quality Assurance
Connecticut Department of Social Serv
25 Sigourney Street
Hartford, CT  06106

Pharmacy Director
EDS
248 Chapman Rd.
Suite 200, Bristol Building
Newark, Delaware  19702

Pharmacy Director
Agency for Health Care Administration
2727 Mahan Drive
Mail Stop 38
Tallahassee, Florida  32308

Pharmacy Director
Department of Medical Assistance
2 Peachtree Street
37th Floor
Atlanta, Georgia  30303

Pharmacy Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii  96809-0339

Ms. Jackie Garner
Director
Illinois Department of Public Aid
201 South Grand Avenue, 3rd Floor
Springfield, IL  62763

Pharmacy Director
Indiana State Government Center
402 W. Washington St.
Room W-382
Indianapolis, Indiana  46204

Pharmacy Director
Department of Human Services
Hoover State Office Building
Division of Medical Services
Des Moines, Iowa  50319

Pharmacy Director
Division of Medical Services
915 Harrison Street
Docking Building, Rm 628
Topeka, Kansas  66612-1570

Pharmacy Director
Department of Medicaid Services
275 East Main Street
Frankfort, Kentucky  40621

M.J.Terrebonne
Medicaid Director
PO Box 91030
Baton Rouge, Louisiana  70821

Pharmacy Director
MAINE Bureau of Medical Services
11 State House Station
Augusta, Maine  04333

Deputy Director
Program Operation
SS-18
201 W. Preston Street
Baltimore, Maryland  21201

Pharmacy Director
Division of Medical Assistance
600 Washington Street
5th Floor
Boston, Massachusetts  02111

Pharmacy Director
Medical Service Administration
400 South Pine Street
Lansing, Michigan  48909

Pharmacy Director
Department of Human Services
444 Lafayette Rd. N.
St. Paul, Minnesota  55155

Pharmacy Director
Medicaid Division
239 North Lamar
Suite 801
Jackson, Mississippi  39211

Pharmacy Director
Division of Medical Services
3411 B Knipp
Jefferson City, Missouri  65109

Pharmacy Director
Medicaid Services Bureau
Dept. of Public Health
P.O. Box 202951, 1400 Broadway
Helena, Montana  59620

Pharmacy Director
Nevada Medicaid Office
1100 East William Street, Suite 101
Carson City, Nevada  89701

Pharmacy Director
Medicaid Administration Bureau
6 Hazen Drive
Concord, New Hampshire  03301

Pharmacy Director
Div. Medical & Assistance Health Serv.
P.O. Box 712
Trenton, New Jersey  08625-0712

Pharmacy Director
Med. Assistance Div. Drug Program
P.O. Box 2348
Sante Fe, New Mexico  87504-2348

Carl Cioppa
Bureau of Program Guidance
99 Washington Avenue, Suite 606
Albany, New York  12210-2806

Pharmacy Director
DOHR, Div. Of Medical Assistance
1985 Umstead Drive
Raleigh, North Carolina  27603

Pharmacy Director
State Medicaid Office
30 East Broad Street
Columbus, Ohio 43266-0423

Pharmacy Director
Pharmacy Services Section
P.O. Box 8046
Harrisburg, Pennsylvania 17105

Pharmacy Director
Department of Social Services
700 Governor's Drive
Pierre, South Dakota 57501-2291

Pharmacy Director
Vermont Medicaid Division
103 South Main Street
Waterbury, Vermont 05676

Pharmacy Director
DOH & Hr, Bureau for Medical Services
350 Capitol Street
Room 251
Charleston, West Virginia 25301

Washington Medical Assistance
Administration
825 North Capitol Street, N.E.
5th Floor
Washington, DC 20002

Pharmacy Director
Oklahoma Health Care Authority
4545 N. Lincoln Boulevard
Suite 124
Oklahoma City, Oklahoma 73105

Pharmacy Director
Department of Human Services
600 New London Avenue
Cranston, Rhode Island 02920

Pharmacy Director
Texas Department of Health
Bureau of Vendor Drugs
Mail Code Y915, 1100 W. 49th St.
Austin, Texas 78756-3174

Pharmacy Director
Department of Medical Assistance
600 East Broad Street
Suite 1300
Richmond, Virginia 23219

Pharmacy Director
Division of Health Care Financing
P.O. Box 309
Madison, Wisconsin 53701-0309

Pharmacy Director
OMAR-PPU
HRB
500 Summer St. NE
Salem, Oregon 97310

Pharmacy Director
Department of Health & Human
Services
1801 Main Street, Suite 1226
Columbia, South Carolina 29201

Craig Jackson
Director of Pharmacy Board
160 East 300 South, 4th Floor
P.O. Box 146741
Salt Lake City, Utah 84114-6741

Pharmacy Director
Medical Assistance Administration
805 Plum Street
Olympia, Washington 98504-5506

Wyoming Department of Health
Office of Health Care Financing
Pharmacy Services
6101 Yellowstone Road, Suite 259A
Cheyenne, Wyoming 82002

**MT 037968**

**Bayer - Pharma**

## CIA ASP Report
### Average Sales Price Q1 2006

Product                                                                        Average Sales Price at NDC Level

| | |
|---|---|
| 00026285548 | NIMOTOP 30MG 100'S UD CAPSULES US PCI |
| 00026285570 | NIMOTOP 30MG 30'S UD CAPSULES US PCI |
| 00026286148 | PRECOSE 50MG 100 UD TABLET (UNIT DOSE) |
| 00026286151 | PRECOSE 50MG 100   TABLETS PER BOTTLE |
| 00026286251 | PRECOSE 100MG 100   TABLETS PER BOTTLE |
| 00026286351 | PRECOSE 25MG 100   TABLETS PER BOTTLE |
| 00026819636 | TRASYLOL 100ML 1 LABELED VIAL |
| 00026819763 | TRASYLOL 200ML 1 LABELED VIAL |
| 00026848858 | NEXAVAR 200MG 120 TABLETS PER BOTTLE |
| 00026971101 | VIADUR KIT PACKAGE  WITH IMPLANT |

**Redacted**
Information Available
Upon Request of Counsel

**MT 037969**

**Bayer - BIO**

**CIA ASP Report**
**Average Sales Price Q1 2006**

| Product | | Average Sales Price at NDC Level |
|---|---|---|
| 00026037950 | KOGENATE FS 1000, FIXED POLY BIO-SET USA | |
| 00026037930 | KOGENATE FS 500, FIXED POLY BIO-SET USA | |
| 00026037920 | KOGENATE FS 250, FIXED POLY BIO-SET USA | |
| 00026037250 | KOGENATE FS 1000 IU USA | **Redacted** |
| 00026037230 | KOGENATE FS 500 IU USA | Information Available |
| 00026037220 | KOGENATE FS 250 IU USA | Upon Request of Counsel |

**MT 037970**

**CERTIFICATION**

The undersigned, a high managerial agent of Bayer Pharmaceuticals Corporation and the Biological Products Division of Bayer HealthCare, LLC, hereby certifies that the attached average sale price information has been communicated to First DataBank (an operating unit of The Hearst Corporation) and to the State Medicaid programs listed on the attached and that it has been calculated in accordance with the requirements of the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, as they may be refined by the Secretary of the Department of Health and Human Services through regulations or written directives.  I further acknowledge that the average sale prices so reported will be filed with the State Medicaid programs identified below.

State Medicaid Programs:

Per attached list.

Jeffrey M. Greenman
Vice President and Compliance Officer

April 28, 2006
Date

**MT 037974**