# Exhibit E

```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3                 NO. 01CV12257-PBS
 4      _____
 5      In re:  PHARMACEUTICAL              )
 6      INDUSTRY AVERAGE WHOLESALE          )
 7      PRICE LITIGATION                    )
 8      _____)
 9      THIS DOCUMENT RELATES TO:           )
10      STATE OF MONTANA V. ABBOTT          ) VOLUME I
11      LABS, INC., ET AL., D. MONT.        )
12      CAUSE NO. CV-02-09-H-DWM            )
13              -and-                       )
14      STATE OF NEVADA V. AMERICAN         )
15      HOME PRODUCTS, ET AL., CA NO.       )
16      02-CV-12086                         )
17      _____)
18          H I G H L Y   C O N F I D E N T I A L
19               VIDEOTAPED DEPOSITION OF
20               RAYMOND S. HARTMAN, Ph.D.
21               TUESDAY, 22 AUGUST, 2006
22                      9:37 AM
```

```
 1          Q.   Paragraph 21.
 2          A.   (Witness reviews document.)  Okay.  So I'm
 3     at Paragraph 21.  Your question?
 4          Q.   Just directing your attention to Paragraph
 5     21.
 6          A.   Right.
 7          Q.   Do you have it?
 8          A.   I do.
 9          Q.   And what you do in Paragraph 21 is you
10     quote from the Court's August 2005 opinion in which
11     the Court describes your methodology.  And you say
12     at the bottom of the page that we're looking at
13     here, it's Page 14, "She concludes --" she,
14     referring to the Court, "-- Hartman terms his
15     overall approach the yardstick method because he
16     intends to determine what the market reasonably
17     expected the spread to be on average."  Is that
18     what you did in the class actions?
19          A.   As for a yardstick for determination of --
20     of liability, that's what I did, yes.
21          Q.   And the yardstick that you used was 30
22     percent, correct?
```

1      A.   That's correct.

2      Q.   And that -- you used that 30 percent

3  yardstick because that's what you determined the

4  market expectation to be, correct?

5      A.   I used that 30 percent because I reviewed

6  a set of comparator drugs.  I reviewed a set of the

7  -- the information that is discussed in Paragraph

8  21, and I found the 30 percent to be a conservative

9  bound for an expectation for a drug that was not

10 subject to the -- the exploitation of spread for

11 spread competition or to move market share.

12     Q.   And that expectation would apply to the

13 Medicaid agencies as well as the rest of the

14 marketplace, is that correct?

15     A.   This expectation and this understanding

16 was a -- a general statement for the market as a

17 whole.

18     Q.   And that would include Medicaid, correct?

19     A.   It -- it includes all market participants.

20     Q.   Including Medicaid, correct?

21     A.   That's right.

22     Q.   Have you read any of the depositions in