UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 |
| ) ) | Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ) ) | Judge Patti B. Saris |
| *State of Montana v. Abbott Labs Inc., et al.,* D. Mont. Cause No. CV-02-09-H-DWM ) ) ) ) ) | |

### DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Paragraphs 15 and 29 of the Protective Order entered by this Court on December 13, 2002 ("the Protective Order"), defendant Novartis Pharmaceuticals Corporation ("NPC") respectfully moves for leave to file under seal Exhibits 2 and 3 of the Supplemental Declaration of Samuel N. Lonergan, Esq. ("Lonergan Supplemental Declaration") in further support of NPC's Motion for Summary Judgment in *State of Montana v. Abbott Labs. Inc.* Exhibits 2 and 3 are portions of deposition transcripts that have been designated "Highly Confidential."

Paragraph 15 of the Protective Order requires that any documents or pleadings filed with the Court that contain either "Confidential" or "Highly Confidential" information be filed under seal. In compliance with the Protective Order, NPC respectfully requests leave to file Exhibits 2 and 3 of the Lonergan Supplemental Declaration under seal.

In accordance with Paragraph 29 of the Protective Order, NPC has filed as a public document a redacted version of the Lonergan Supplemental Declaration. The unredacted version of the Lonergan Supplemental Declaration is being filed in accordance with Paragraph 15 of the Protective Order.

Dated: Boston, Massachusetts
May 10, 2007

        Respectfully submitted,

        /s/ Karen F. Green
        Karen F. Green, BBO # 209050
        WILMER CUTLER PICKERING HALE AND
        DORR LLP
        60 State Street
        Boston, Massachusetts 02109
        (617) 526-6000

        Jane W. Parver (admitted *pro hac vice*)
        Saul P. Morgenstern (admitted *pro hac vice*)
        Samuel Lonergan (admitted *pro hac vice*)
        Charles Graybow (admitted *pro hac vice*)
        KAYE SCHOLER LLP
        425 Park Avenue
        New York, New York 10022
        (212) 836-8000

        *Attorneys for Defendant*
            *Novartis Pharmaceuticals Corporation*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Undersigned counsel for NPC hereby certifies that Samuel N. Lonergan, Esq., has unsuccessfully attempted to confer with counsel in an attempt to resolve the issues raised by this motion.

DATED: May 10, 2007.

                                                                                                   /s/ Brett Budzinski  
                                                                                                      Brett Budzinski

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2007, a true and accurate copy of Motion for Leave to File Under Seal was served via the Lexis-Nexis Filing System:

DATED: May 10, 2007.

                                                                                                   /s/ Brett Budzinski  
                                                                                                      Brett Budzinski