# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | Judge Patti B. Saris |
| *State of Montana v. Abbott Labs. Inc., et al.,* D. Mont. Cause No. CV-02-09-H-DWM | |

## DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION'S NOTICE OF FILING UNDER SEAL

To:   All Counsel of Record

Please take notice that on May 10, 2007, counsel for Defendant Novartis Pharmaceuticals Corporation caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following documents:

Exhibits 2 and 3 to Supplemental Declaration of Samuel N. Lonergan, Esq. in further support of Novartis Pharmaceuticals Corporation's Motion for Summary Judgment in *State of Montana v. Abbott Laboratories*.

Dated: Boston, Massachusetts
May 10, 2007

Respectfully submitted,

/s/ Karen F. Green
Karen F. Green, BBO # 209050
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Jane W. Parver (admitted *pro hac vice*)
Saul P. Morgenstern (admitted *pro hac vice*)
Samuel Lonergan (admitted *pro hac vice*)
Charles Graybow (admitted *pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

*Attorneys for Defendant*
   *Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2007, a true and accurate copy of Novartis Pharmaceuticals Corporation's Notice of Filing Under Seal was served via the Lexis-Nexis Filing System:

Dated: May 10, 2007

                                                /s/ Brett Budzinski
                                                  Brett Budzinski