

Starlix® (nateglinide) tablets

**Glyburide**
In a 12-week study of patients with Type 2 diabetes inadequately controlled on glyburide 10 mg once daily, the addition of Starlix (60 mg or 120 mg three times daily before meals) did not produce any additional benefit.

**INDICATIONS AND USAGE**
Starlix® (nateglinide) is indicated as monotherapy to lower blood glucose in patients with Type 2 diabetes (non-insulin dependent diabetes mellitus, NIDDM) whose hyperglycemia cannot be adequately controlled by diet and physical exercise and who have not been chronically treated with other anti-diabetic agents.

Starlix is also indicated for use in combination with metformin. In patients whose hyperglycemia is inadequately controlled with metformin, Starlix may be added to, but not substituted for, metformin.

Patients whose hyperglycemia is not adequately controlled with glyburide or other insulin secretagogues should not be switched to Starlix, nor should Starlix be added to their treatment regimen.

**CONTRAINDICATIONS**
Starlix® (nateglinide) is contraindicated in patients with:
1. Known hypersensitivity to the drug or its inactive ingredients.
2. Type 1 diabetes.
3. Diabetic ketoacidosis. This condition should be treated with insulin.

**PRECAUTIONS**
**Hypoglycemia:** All oral blood glucose lowering drugs that are absorbed systemically are capable of producing hypoglycemia. The frequency of hypoglycemia is related to the severity of the diabetes, the level of glycemic control, and other patient characteristics. Geriatric patients, malnourished patients, and those with adrenal or pituitary insufficiency are more susceptible to the glucose lowering effect of these treatments. The risk of hypoglycemia may be increased by strenuous physical exercise, ingestion of alcohol, insufficient caloric intake (an acute or chronic basis, or combinations with other oral antidiabetic agents. Hypoglycemia may be difficult to recognize in patients with autonomic neuropathy and/or those who use beta-blockers. Starlix® (nateglinide) should be administered prior to meals to reduce the risk of hypoglycemia. Patients who skip meals should also skip their scheduled dose of Starlix to reduce the risk of hypoglycemia.

**Hepatic Impairment:** Starlix should be used with caution in patients with moderate-to-severe liver disease because such patients have not been studied.

**Loss of Glycemic Control**
Transient loss of glycemic control may occur with fever, infection, trauma, or surgery. Insulin therapy may be needed instead of Starlix therapy at such times. Secondary failure, or reduced effectiveness of Starlix over a period of time, may occur.

**Information for Patients**
Patients should be informed of the potential risks and benefits of Starlix and of alternative modes of therapy. The risks and management of hypoglycemia should be explained. Patients should be instructed to take Starlix 1 to 30 minutes before ingesting a meal, but to skip their scheduled dose if they skip the meal so that the risk of hypoglycemia will be reduced. Drug interactions should be discussed with patients. Patients should be informed of potential drug-drug interactions with Starlix.

**Laboratory Tests**
Response to therapies should be periodically assessed with glucose values and HbA1c levels.

**Drug Interactions**
In vitro drug metabolism studies indicate that Starlix is predominantly metabolized by the cytochrome P450 isozyme CYP2C9 (70%) and to a lesser extent CYP3A4 (30%). Starlix is a potential inhibitor of the CYP2C9 isoenzyme in vivo as indicated by its ability to inhibit the in vitro metabolism of tolbutamide. Inhibition of CYP3A4 metabolic reactions was not detected in in vitro experiments.

**Glyburide:** In a randomized, multiple-dose crossover study, patients with Type 2 diabetes were administered 120 mg Starlix three times a day before meals for 1 day in combination with glyburide 10 mg daily. There were no clinically relevant alterations in the pharmacokinetics of either agent.

**Metformin:** When Starlix 120 mg three times daily before meals was administered in combination with metformin 500 mg three times daily to patients with Type 2 diabetes, there were no clinically relevant changes in the pharmacokinetics of either agent.

**Digoxin:** When Starlix 120 mg before meals was administered in combination with a single 1-mg dose of digoxin to healthy volunteers, there were no clinically relevant changes in the pharmacokinetics of either agent.

**Warfarin:** When healthy subjects were administered Starlix 120 mg three times daily before meals for four days in combination with a single dose of warfarin 30 mg on day 2, there were no alterations in the pharmacokinetics of either agent. Prothrombin time was not affected.

**Diclofenac:** Administration of morning and lunch doses of Starlix 120 mg in combination with a single 75-mg dose of diclofenac in healthy volunteers resulted in no significant changes to the pharmacokinetics of either agent.

Nateglinide is highly bound to plasma proteins (98%), mainly albumin. In vitro displacement studies with highly protein-bound drugs such as furosemide, propranolol, captopril, nicardipine, pravastatin, glyburide, warfarin, phenytoin, acetylsalicylic acid, tolbutamide, and metformin showed no influence on the extent of nateglinide protein binding. Similarly, nateglinide had no influence on the serum protein binding of propranolol, glyburide, nicardipine, warfarin, phenytoin, acetylsalicylic acid, and tolbutamide in vitro. However, prudent evaluation of individual cases is warranted in the clinical setting.

Certain drugs, including nonsteroidal anti-inflammatory agents (NSAIDs), salicylates, monoamine oxidase inhibitors, and non-selective beta-adrenergic-blocking agents may potentiate the hypoglycemic action of Starlix and other oral antidiabetic drugs.

Certain drugs including thiazides, corticosteroids, thyroid products, and sympathomimetics may reduce the hypoglycemic action of Starlix and other oral antidiabetic drugs.

When these drugs are administered to or withdrawn from patients receiving Starlix, the patient should be observed closely for changes in glycemic control.

**Drug/Food Interactions**
The pharmacokinetics of nateglinide were not affected by the composition of a meal (high protein, fat, or carbohydrate). However, peak plasma levels were significantly reduced when Starlix was administered 10 minutes prior to a liquid meal. Starlix did not have any effect on gastric emptying in healthy subjects as assessed by acetaminophen testing.

**Carcinogenesis/Mutagenesis/Impairment of Fertility**
**Carcinogenicity:** A two-year carcinogenicity study in Sprague-Dawley rats was performed with oral doses of nateglinide up to 900 mg/kg/day, which produced AUC exposures in male and female rats approximately 30 and 40 times the human therapeutic exposure respectively with a recommended Starlix dose of 120 mg, three times daily before meals. A two-year carcinogenicity study in B6C3F1 mice was performed with oral doses of nateglinide up to 400 mg/kg/day, which produced AUC exposures in male and female mice approximately 10 and 30 times the human therapeutic exposure with a recommended Starlix dose of 120 mg, three times daily before meals. No evidence of a tumorigenic response was found in either rats or mice.

**Mutagenesis:** Nateglinide was not genotoxic in the in vitro Ames test, mouse lymphoma assay, chromosome aberration assay in Chinese hamster lung cells, or in the in vivo mouse micronucleus test.

**Impairment of Fertility:** Fertility was unaffected by administration of nateglinide to rats at doses up to 600 mg/kg (approximately 16 times the human therapeutic exposure with a recommended Starlix dose of 120 mg three times daily before meals).

**Pregnancy**
**Pregnancy Category C**
Nateglinide was not teratogenic in rats at doses up to 1000 mg/kg (approximately 60 times the human therapeutic exposure with a recommended Starlix dose of 120 mg, three times daily before meals). In the rabbit, embryonic development was adversely affected and the incidence of gallbladder agenesis or small gallbladder was increased at a dose of 500 mg/kg (approximately 40 times the human therapeutic exposure with a recommended Starlix dose of 120 mg, three times daily before meals). There are no adequate and well-controlled studies in pregnant women. Starlix should not be used during pregnancy.

**Labor and Delivery**
The effect of Starlix on labor and delivery in humans is not known.

**Nursing Mothers**
Studies in lactating rats showed that nateglinide is excreted in the milk; the AUC milk ratio in milk to plasma was approximately 1:4. During the peri- and postnatal period body weights were lower in offspring of rats administered nateglinide at 1000 mg/kg (approximately 60 times the human therapeutic exposure with a recommended Starlix dose of 120 mg, three times daily before meals). It is not known whether Starlix is excreted in human milk. Because many drugs are excreted in human milk, Starlix should not be administered to a nursing woman.

**Pediatric Use**
The safety and effectiveness of Starlix in pediatric patients have not been established.

**Geriatric Use**
No differences were observed in safety or efficacy of Starlix between patients age 65 and over, and those under age 65. However, greater sensitivity of some older individuals to Starlix therapy cannot be ruled out.

**ADVERSE REACTIONS**
In clinical trials, approximately 2400 patients with Type 2 diabetes were treated with Starlix® (nateglinide). Of these, approximately 1200 patients were treated for 6 months or longer and approximately 190 patients for one year or longer.

Hypoglycemia was relatively uncommon in all treatment arms of the clinical trials. Only 0.3% of Starlix patients discontinued due to hypoglycemia. Gastrointestinal symptoms, especially diarrhea and nausea, were no more common in patients using the combination of Starlix and metformin than in patients receiving metformin alone. The following table lists events that occurred more frequently in Starlix patients than placebo patients in controlled clinical trials.

Common Adverse Events (≥ 2% in Starlix® patients) in
Starlix® Monotherapy Trials (% of patients)

| Preferred Term | Placebo N=458 | Starlix N=1441 |
|---|---|---|
| Upper Respiratory Infection | 8.1 | 10.5 |
| Back Pain | 3.7 | 4.0 |
| Flu Symptoms | 2.6 | 3.6 |
| Dizziness | 2.2 | 3.6 |
| Arthropathy | 2.2 | 3.3 |
| Diarrhea | 3.1 | 3.2 |
| Accidental Trauma | 1.7 | 2.9 |
| Bronchitis | 2.6 | 2.7 |
| Coughing | 2.2 | 2.4 |
| Hypoglycemia | 0.4 | 2.4 |

**Laboratory Abnormalities**
Uric acid: There were increases in mean uric acid levels for patients treated with Starlix alone, Starlix in combination with metformin, metformin alone, and glyburide alone. The respective differences from placebo were 0.29 mg/dL, 0.45 mg/dL, 0.28 mg/dL, and 0.19 mg/dL. The clinical significance of these findings is unknown.

**OVERDOSAGE**
In a clinical study in patients with Type 2 diabetes, Starlix® (nateglinide) was administered in increasing doses up to 720 mg a day for 7 days and there were no clinically significant adverse events reported. There have been no instances of overdose with Starlix in clinical trials. However, an overdose may result in an exaggerated glucose-lowering effect with the development of hypoglycemic symptoms. Hypoglycemic symptoms without loss of consciousness or neurological findings should be treated with oral glucose and adjustments in dosage and/or meal patterns. Severe hypoglycemic reactions with coma, seizure, or other neurological symptoms should be treated with intravenous glucose. As nateglinide is highly protein bound, dialysis is not an efficient means of removing it from the blood.

**DOSAGE AND ADMINISTRATION**
Starlix® (nateglinide) should be taken 1 to 30 minutes prior to meals.

**Monotherapy and Combination With Metformin**
The recommended starting and maintenance dose of Starlix, alone or in combination with metformin, is 120 mg three times daily before meals.

The 60-mg dose of Starlix, either alone or in combination with metformin, may be used in patients who are near goal HbA1c when treatment is initiated.

**Dosage in Geriatric Patients**
No special dose adjustments are usually necessary. However, greater sensitivity of some individuals to Starlix therapy cannot be ruled out.

**Dosage in Renal and Hepatic Impairment**
No dosage adjustment is necessary in patients with mild-to-severe renal insufficiency or in patients with mild hepatic insufficiency. Dosing of patients with moderate-to-severe hepatic dysfunction has not been studied. Therefore, Starlix should be used with caution in patients with moderate-to-severe liver disease (see PRECAUTIONS, Hepatic Impairment).

**HOW SUPPLIED**
Starlix® (nateglinide)
60 mg
Pink, round, beveled edge tablet with "STARLIX" debossed on one side and "60" on the other.
Bottles of 100 ..................................................................................... NDC 0078-0351-05
Bottles of 500 ..................................................................................... NDC 0078-0351-08
120 mg
Yellow, ovaloid tablet with "STARLIX" debossed on one side and "120" on the other.
Bottles of 100 ..................................................................................... NDC 0078-0352-05
Bottles of 500 ..................................................................................... NDC 0078-0352-08

**Storage**
Store at 25°C (77°F); excursions permitted to 15°C-30°C (59°F-86°F).
Dispense in a tight container, USP.

DECEMBER 2000                          Printed in U.S.A.                          T2000-41
                                                                                 89010101

Distributed by:
Novartis Pharmaceuticals Corporation
East Hanover, New Jersey 07936

Novartis Pharmaceuticals Corporation
State Government Affairs
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8421
Fax  973 781 6671

ψ NOVARTIS

April 16, 2001

### NEW PRODUCT INTRODUCTION
### Foradil® Aerolizer™ (formoterol fumarate inhalation powder) 12 mcg capsule

Novartis Pharmaceuticals Corporation is pleased to announce the introduction of Foradil Aerolizer, a new drug approved by FDA in February 2001, for the maintenance treatment of asthma and prevention of bronchoconstriction in Reversible Obstructive Airways Disease (ROAD). It will be available in 12 mcg capsule strength. This new medication will be administered through the Aerolizer™ inhaler, a dry powder single-dose delivery device, and will be available by prescription only.

Please add the following to your system:

|  | 12 MCG CAPSULE STRENGTH |
| --- | --- |
| NDC Number | 0083-0167-74 |
| Package Size | 60 capsules |
| AWP* | $70.08 |
| Wholesale Price | $58.40 |

*As used in this letter, the term AWP or Average Wholesaler Price constitutes a reference for each Novartis product, set as a percentage above the price at which each product is offered generally to wholesalers. Not withstanding the inclusion of the term "price", in "Average Wholesaler Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

-2-

Enclosed please find the package insert and FDA approval letter.   Thank you for your cooperation, and if you have any questions or require additional information, please feel free to call Rick Knapp at (973) 781-8421.

Sincerely,

Rick Knapp, Executive Director
State Government Affairs

FED-10-2001 FRI 12:55 TH FDA/DFHDF                                         FAX NO. 301 827 1271          P. 01

DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

Food and Drug Administration
Rockville MD  20857

NDA 20-831


Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, New Jersey 07936

Attention:     Kathleen Basmadjian, Ph.D.
               Assistant Director
               Drug Regulatory Affairs


Dear Dr. Basmadjian:

Please refer to your pending new drug application dated June 24, 1997, received June 26, 1997, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Foradil Aerolizer (formoterol fumarate inhalation powder).

We acknowledge receipt of your submissions dated August 7, 11, 15, 20, 28, and 29, September 19, and October 16, 24 (2), and 27, 1997, January 30, February 5, 19, and 24, March 17 (2) and 20, May 13 and 14, June 1, October 19, November 10, and December 10, 1998, November 23, 1999, February 16, March 30, April 28, August 17, September 29, and December 1 and 7, 2000, and February 13 and 15, 2001.  Your submission of August 17, 2000, constituted a complete response to our May 24, 2000, action letter.

This new drug application provides for the use of Foradil Aerolizer (formoterol fumarate inhalation powder) for long-term, twice daily (morning and evening) administration in the maintenance treatment of asthma and in the prevention of bronchospasm in adults and children 5 years of age and older with reversible obstructive airways disease, including patients with symptoms of nocturnal asthma, who require regular treatment with inhaled, short-acting, beta$_2$-agonists.  It is not indicated for patients whose asthma can be managed by occasional use of inhaled, short-acting, beta$_2$-agonists.  Foradil Aerolizer is also indicated for the acute prevention of exercise-induced bronchospasm (EIB) in adults and children 12 years of age and older, when administered on an occasional, as-needed basis.

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed-upon labeling text.  Accordingly, the application is approved effective on the date of this letter.

NDA 20-831
Page 2

The final printed labeling (FPL) must be identical to the submitted draft labeling (package insert, patient package insert, and carton labels submitted February 15, 2001, and immediate container labels submitted February 13, 2001). Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit 20 paper copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. Alternatively, you may submit the FPL electronically according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format - NDAs* (January 1999). For administrative purposes, this submission should be designated "FPL for approved NDA 20-831." Approval of this submission by FDA is not required before the labeling is used.

As stated in your correspondence dated December 13, 2000, you are reminded of your agreement to report any post-marketing medication error reports, or potential-error reports, as 15-day reports for the first 6 months of the product distribution.

We remind you of your postmarketing study commitment in your submission dated February 9, 2001. This commitment is listed below.

You have committed to conduct a large, simple, placebo-controlled postmarketing study to further evaluate the safety and efficacy of regular, twice-daily administration of one or more dose levels of Foradil Aerolizer above that of the approved dose (12 mcg twice daily), in comparison to the safety and efficacy of the approved dose.

You have committed to the following time-lines for this study:
Protocol Submission:       Within 3 months of the date of this letter
Study Start:               Within 12 months of the date of this letter
Final Report Submission:   Within 30 months of the date of this letter

Submit clinical protocols to your IND for this product. Submit nonclinical and chemistry, manufacturing, and controls protocols and all study final reports to this NDA. In addition, under 21 CFR 314.81(b)(2)(vii) and 314.81(b)(2)(viii), you should include a status summary of each commitment in your annual report to this NDA. The status summary should include expected summary completion and final report submission dates, any changes in plans since the last annual report, and, for clinical studies, number of patients entered into each study. All submissions, including supplements, relating to these postmarketing study commitments should be prominently labeled "Postmarketing Study Protocol," "Postmarketing Study Correspondence," or "Postmarketing Study Commitment Final Report."

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

NDA 20-831
Page 3

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 *FR* 66632). We note that you have not fulfilled the requirements of 21 CFR 314.55.

We are deferring submission of your remaining pediatric studies for maintenance treatment of asthma in children 6 months - 4 years of age until February 28, 2004, and for exercise-induced bronchospasm in children 4 – 11 years of age until February 28, 2002. However, in the interim, please submit your pediatric drug development plans within 120 days from the date of this letter unless you believe a waiver is appropriate. Within approximately 120 days of receipt of your pediatric drug development plan, we will review your plan and notify you of its adequacy.

We are waving the requirements of the pediatric studies for maintenance treatment of asthma for children up to 5 months of age and for exercise-induced bronchospasm for children up to 3 years of age.

If you believe that this drug qualifies for a waiver of the pediatric study requirement, you should submit a request for a waiver with supporting information and documentation in accordance with the provisions of 21 CFR 314.55 within 60 days from the date of this letter. We will notify you within 120 days of receipt of your response whether a waiver is granted. If a waiver is not granted, we will ask you to submit your pediatric drug development plans within 120 days from the date of denial of the waiver.

Pediatric studies conducted under the terms of section 505A of the Federal Food, Drug, and Cosmetic Act may result in additional marketing exclusivity for certain products (pediatric exclusivity). You should refer to the *Guidance for Industry on Qualifying for Pediatric Exclusivity* (available on our web site at www.fda.gov/cder/pediatric) for details. If you wish to qualify for pediatric exclusivity you should submit a "Proposed Pediatric Study Request" (PPSR) in addition to your plans for pediatric drug development described above. We recommend that you submit a Proposed Pediatric Study, Request within 120 days from the date of this letter. If you are unable to meet this time frame but are interested in pediatric exclusivity, please notify the division in writing. FDA generally will not accept studies submitted to an NDA before issuance of a Written Request as responsive to a Written Request. Sponsors should obtain a Written Request before submitting pediatric studies to an NDA. If you do not submit a PPSR or indicate that you are interested in pediatric exclusivity, we will review your pediatric drug development plan and notify you of its adequacy. Please note that satisfaction of the requirements in 21 CFR 314.55 alone may not qualify you for pediatric exclusivity. FDA does not necessarily ask a sponsor to complete the same scope of studies to qualify for pediatric exclusivity as it does to fulfill the requirements of the pediatric rule.

In addition, please submit three copies of the introductory promotional materials that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print. Please send one copy to the Division of Pulmonary and Allergy Drug Products and two copies of both the promotional materials and the package insert directly to:

NDA 20-831
Page 4

Division of Drug Marketing, Advertising, and Communications, HFD-42
Food and Drug Administration
5600 Fishers Lane
Rockville, Maryland 20857

Please submit one market package of the drug product when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under
21 CFR 314.80 and 314.81.

If you have any questions, call Ms. Parinda Jani, Project Manager, at (301) 827-1064.

Sincerely yours,

John K. Jenkins, M.D.
Director
Office of Drug Evaluation II
Center for Drug Evaluation and Research

# FORADIL® AEROLIZER®
(formoterol fumarate inhalation powder)

FOR ORAL INHALATION ONLY

## Prescribing Information

### DESCRIPTION

FORADIL® AEROLIZER® consists of a capsule dosage form containing a dry powder formulation of formoterol (formoterol fumarate) intended for oral inhalation only with the Aerolizer™ Inhaler.

Each clear, hard gelatin capsule contains a dry powder blend of 12 mcg of formoterol fumarate and 25 mg of lactose as a carrier.

The active component of Foradil is formoterol fumarate, a racemate. Formoterol fumarate is a selective beta₂-adrenergic bronchodilator. Its chemical name is (±)-2-hydroxy-5-[(1RS)-1-hydroxy-2-[[(1RS)-2-(4-methoxyphenyl)-1-methylethyl]-amino]ethyl]formanilide fumarate dihydrate; its structural formula is



Formoterol fumarate has a molecular weight of 840.9, and its empirical formula is $(C_{19}H_{24}N_2O_4)_2 \cdot C_4H_4O_4 \cdot 2H_2O$. Formoterol fumarate is a white to yellowish crystalline powder, which is freely soluble in glacial acetic acid, soluble in methanol, sparingly soluble in ethanol and isopropanol, slightly soluble in water, and practically insoluble in acetone, ethyl acetate, and diethyl ether.

The Aerolizer Inhaler is a plastic device used for inhaling Foradil. The amount of drug delivered to the lung will depend on patient factors, such as inspiratory flow rate and inspiratory time. Under standardized in vitro testing at a fixed flow rate of 60 L/min for 2 seconds, the Aerolizer Inhaler delivered 10 mcg of formoterol fumarate from the mouthpiece. Peak inspiratory flow rates (PIFR) achievable through the Aerolizer Inhaler were evaluated in 33 adult and adolescent patients and 32 pediatric patients with mild-to-moderate asthma. Mean PIFR was 117.82 L/min (range 34-188 L/min) for adult and adolescent patients, and 99.66 L/min (range 43-187 L/min) for pediatric patients. Approximately ninety percent of each population studied generated a PIFR through the device exceeding 60 L/min.

To use the delivery system, a Foradil capsule is placed in the well of the Aerolizer Inhaler, and the capsule is pierced by pressing and releasing the buttons on the side of the device. The formoterol fumarate formulation is dispersed into the air stream when the patient inhales rapidly and deeply through the mouthpiece.

### CLINICAL PHARMACOLOGY

**Mechanism of Action**

Formoterol fumarate is a long-acting selective beta₂-adrenergic receptor agonist (beta₂-agonist). Inhaled formoterol fumarate acts locally in the lung as a bronchodilator. In vitro studies have shown that formoterol has more than 200-fold greater agonist activity at beta₂-receptors than at beta₁-receptors. Although beta₂-receptors are the predominant adrenergic receptors in bronchial smooth muscle and beta₁-receptors are the predominant receptors in the heart, there are also beta₂-receptors in the human heart comprising 10%-50% of the total beta-adrenergic receptors. The precise function of these receptors has not been established, but they raise the possibility that even highly selective beta₂-agonists may have some effect on the cardiovascular system.

The pharmacologic effects of beta₂-adrenoceptor agonist drugs, including formoterol, are at least in part attributable to stimulation of intracellular adenyl cyclase, the enzyme that catalyzes the conversion of adenosine triphosphate (ATP) to cyclic-3', 5'-adenosine monophosphate (cyclic AMP). Increased cyclic AMP levels cause relaxation of bronchial smooth muscle and inhibition of release of mediators of immediate hypersensitivity from cells, especially from mast cells.

In vitro tests show that formoterol is an inhibitor of the release of mast cell mediators, such as histamine and leukotrienes, from the human lung. Formoterol also inhibits histamine-induced plasma albumin extravasation in anesthetized guinea pigs and inhibits allergen-induced eosinophil influx in dogs with airway hyper-responsiveness. The relevance of these in vitro and animal findings to humans is unknown.

**Animal Pharmacology**

Studies in laboratory animals (minipigs, rodents, and dogs) have demonstrated the occurrence of cardiac arrhythmias and sudden death (with histologic evidence of myocardial necrosis) when beta-agonists and methylxanthines are administered concurrently. The clinical significance of these findings is unknown.

**Pharmacokinetics**

Information on the pharmacokinetics of formoterol in plasma has been obtained by oral inhalation of doses higher than the recommended range. Urinary excretion of unchanged formoterol was used as an indirect measure of systemic exposure. Plasma drug disposition data parallel urinary excretion, and the elimination half-lives calculated for urine and plasma are similar.

**Absorption**

Following inhalation of a single 120 mcg dose of formoterol fumarate by 12 healthy subjects, formoterol was rapidly absorbed into plasma, reaching a maximum drug concentration of 92 pg/mL within 5 minutes of dosing.

Following inhalation of 12 to 96 mcg of formoterol fumarate by 10 healthy males, urinary excretion of both (R,R)- and (S,S)-enantiomers of formoterol increased proportionally to the dose. The absorption of formoterol following inhalation appeared linear over the dose range studied.

In a study in patients with asthma, when formoterol 12 or 24 mcg twice daily was given by oral inhalation to steady-state, the accumulation index ranged from 1.67 to 2.08, based on the urinary excretion of unchanged formoterol. This suggests some accumulation of formoterol in plasma.

The elimination half-life of formoterol calculated from urinary excretion was comparable to those predicted based on single-dose kinetics.

As with many drug products for oral inhalation, it is likely that the majority of the inhaled formoterol fumarate delivered is swallowed and then absorbed from the gastrointestinal tract.

**Distribution**

The binding of formoterol to human plasma proteins in vitro was 61%-64% at concentrations from 0.1 to 100 ng/mL. Binding to human serum albumin in vitro was 31%-38% over a range of 5 to 500 ng/mL. The concentrations of formoterol used to assess the plasma protein binding were higher than those achieved in plasma following inhalation of a single 120 mcg dose.

**Metabolism**

Formoterol is metabolized primarily by direct glucuronidation at either the phenolic or aliphatic hydroxyl group and O-demethylation followed by glucuronide conjugation at either phenolic hydroxyl groups. The most prominent pathway involves direct conjugation at the phenolic hydroxyl group. The second major pathway involves O-demethylation followed by conjugation at the phenolic 2'-hydroxyl group. Four cytochrome P450 isozymes (CYP2D6, CYP2C19, CYP2C9 and CYP2A6) are involved in the O-demethylation of formoterol. Formoterol did not inhibit CYP450 enzymes at therapeutically relevant concentrations.

**Excretion**

Following oral administration of 80 mcg of radiolabeled formoterol fumarate to 2 healthy subjects, 59%-62% of the radioactivity was eliminated in the urine and 32%-34% in the feces over a period of 104 hours. Renal clearance of formoterol from blood in these subjects was about 150 mL/min. Following inhalation of a 12 mcg or 24 mcg dose by 16 patients with asthma, about 10% and 15%-18% of the total dose was excreted in the urine as unchanged formoterol and direct glucuronide conjugates of formoterol, respectively.

Based on plasma concentrations measured following inhalation of a single 120 mcg dose by 12 healthy subjects, the mean terminal elimination half-life was determined to be 10 hours. From urinary excretion rates measured in these subjects, the mean terminal elimination half-lives for the (R,R)- and (S,S)-enantiomers were determined to be 13.9 and 12.3 hours, respectively. The (R,R)- and (S,S)-enantiomers represented about 40% and 60% of unchanged drug excreted in the urine, respectively, following single inhaled doses between 12 and 120 mcg in healthy volunteers and single and repeated doses of 12 and 24 mcg in patients with asthma. Thus, the relative proportion of the two enantiomers remained constant over the dose range studied and there was no evidence of relative accumulation of one enantiomer over the other after repeated dosing.

**Special Populations**

Gender: After correction for body weight, formoterol pharmacokinetics did not differ significantly between males and females.

Geriatric and Pediatric: The pharmacokinetics of formoterol have not been studied in the elderly population, and limited data are available in pediatric patients.

In a study of children with asthma who were 5 to 12 years of age, when formoterol fumarate 12 or 24 mcg was given twice daily by oral inhalation for 12 weeks, the accumulation index ranged from 1.18 to 1.84 based on urinary excretion of unchanged formoterol. Hence, the accumulation in children did not exceed that in adults, where the accumulation index ranged from 1.67 to 2.08 (see above). Approximately 6% and 6.5% to 9% of the dose was recovered in the urine of the children as unchanged and conjugated formoterol, respectively.

Hepatic/Renal Impairment: The pharmacokinetics of formoterol have not been studied in patients with hepatic or renal impairment.

**Pharmacodynamics**

Systemic Safety and Pharmacokinetic/Pharmacodynamic Relationships

The major adverse effects of inhaled beta₂-agonists occur as a result of excessive activation of the systemic beta-adrenergic receptors. The most common adverse effects in adults and adolescents include skeletal muscle tremor and cramps, insomnia, tachycardia, decreases in plasma potassium, and increases in plasma glucose.

Pharmacokinetic/pharmacodynamic (PK/PD) relationships between heart rate, ECG parameters, and serum potassium levels and the urinary excretion of formoterol were evaluated in 10 healthy volunteers following inhalation of single doses containing 12, 24, 48, or 96 mcg of formoterol fumarate. There was a linear relationship between urinary formoterol excretion and decreases in serum potassium, increases in plasma glucose, and increases in heart rate.

In a second study, PK/PD relationships between plasma formoterol levels and heart rate, ECG parameters, and plasma potassium levels were evaluated in 12 healthy volunteers following inhalation of a single 120 mcg dose of formoterol fumarate (10 times the recommended clinical dose). Reductions of plasma potassium concentration were observed in all subjects. Maximum reductions from baseline ranged from 0.55 to 1.52 mmol/L with a median maximum reduction of 1.01 mmol/L. The formoterol plasma concentration was highly correlated with the reduction in plasma potassium concentration. Generally, the maximum effect on plasma potassium was noted 1 to 3 hours after peak formoterol plasma concentrations were achieved. An increase of heart rate of about 30% was observed 6 hours post-dose. An average increase of corrected QT interval (QTc) of about 25.1 msec was observed 6 hours post-dose. The QTc returned to baseline within 24 hours post-dose. Formoterol plasma concentrations were weakly correlated with heart rate and increase of QTc duration.

The electrocardiographic and cardiovascular effects of FORADIL AEROLIZER were compared with those of albuterol and placebo in two pivotal 12-week double-blind studies. A subset of patients underwent continuous electrocardiographic monitoring during three 24-hour periods. No important differences in ventricular or supraventricular ectopy between treatment groups were observed. In these two studies, the total number of patients exposed to any dose of FORADIL AEROLIZER who had continuous electrocardiographic monitoring was about 200.

**Tachyphylaxis/Tolerance**

In a clinical study in 19 adult patients with mild asthma, the bronchoprotective effect of formoterol, as assessed by methacholine challenge, was studied following an initial dose of 24 mcg (twice the recommended dose) and after 2 weeks of 24 mcg twice daily. Tolerance to the bronchoprotective effects of formoterol was observed as evidenced by a diminished bronchoprotective effect on FEV₁ after 2 weeks of dosing, with loss of protection at the end of the 12 hour dosing period.

Rebound bronchial hyper-responsiveness after cessation of chronic formoterol therapy has not been observed.

In three large clinical trials, while efficacy of formoterol versus placebo was maintained, a slightly reduced bronchodilatory response (as measured by 12-hour $FEV_1$ AUC) was observed within the formoterol arms over time, particularly with the 24 mcg twice daily dose (twice the daily recommended dose). A similarly reduced $FEV_1$ AUC over time was also noted in the albuterol treatment arm dosed four times daily by metered-dose inhaler.

**CLINICAL TRIALS**

**Adolescent and Adult Asthma Trials**

In a placebo-controlled, single-dose clinical trial, the onset of bronchodilation (defined as a 15% or greater increase from baseline in $FEV_1$) was similar for FORADIL AEROLIZER 12 mcg and albuterol 180 mcg by metered-dose inhaler.

In single-dose and multiple-dose clinical trials, the maximum improvement in $FEV_1$ for FORADIL AEROLIZER 12 mcg generally occurred within 1 to 3 hours, and an increase in $FEV_1$ above baseline was observed for 12 hours in most patients.

FORADIL AEROLIZER was compared to albuterol 180 mcg four times daily by metered-dose inhaler, and placebo in a total of 1095 adult and adolescent patients 12 years of age and above with mild-to-moderate asthma (defined as $FEV_1$ 40%-80% of the patient's predicted normal value) who participated in two pivotal, 12-week, multi-center, randomized, double-blind, parallel group studies.

The results of both studies showed that FORADIL AEROLIZER 12 mcg twice daily resulted in significantly greater post-dose bronchodilation (as measured by serial $FEV_1$ for 12 hours post-dose) throughout the 12-week treatment period. Mean $FEV_1$ measurements from both studies are shown below for the first and last treatment days *(see Figures 1 and 2)*.

Figures 1a and 1b: Mean $FEV_1$ from Clinical Trial A



Figures 2a and 2b: Mean $FEV_1$ from Clinical Trial B







Compared with placebo and albuterol, patients treated with FORADIL AEROLIZER 12 mcg demonstrated improvement in many secondary efficacy endpoints, including improved combined and nocturnal asthma symptom scores, fewer nighttime awakenings, fewer nights in which patients used rescue medication, and higher morning and evening peak flow rates.

**Pediatric Asthma Trial**

A 12-month, multi-center, randomized, double-blind, parallel-group, study compared FORADIL AEROLIZER and placebo in a total of 518 children with asthma (ages 5-12 years) who required daily bronchodilators and anti-inflammatory treatment. Efficacy was evaluated on the first day of treatment, at Week 12, and at the end of treatment.

FORADIL AEROLIZER 12 mcg twice daily demonstrated a greater 12-hour $FEV_1$ AUC compared to placebo on the first day of treatment, after twelve weeks of treatment, and after one year of treatment.

**Adolescent and Adult Exercise-Induced Bronchospasm Trials**

The effect of FORADIL AEROLIZER on exercise-induced bronchospasm (defined as >20% fall in $FEV_1$) was examined in two randomized, single-dose, double-blind, crossover studies in a total of 38 patients 13 to 41 years of age with exercise-induced bronchospasm. Exercise challenge testing was conducted 15 minutes, and 4, 8, and 12 hours following administration of a single dose of study drug (FORADIL AEROLIZER 12 mcg, albuterol 180 mcg by metered-dose inhaler, or placebo) on separate test days. FORADIL AEROLIZER 12 mcg and albuterol 180 mcg were each superior to placebo for $FEV_1$ measurements obtained 15 minutes after study drug administration. FORADIL AEROLIZER 12 mcg maintained superiority over placebo at 4, 8, and 12 hours after administration. The efficacy of FORADIL AEROLIZER in the prevention of exercise-induced bronchospasm when dosed on a regular twice daily regimen has not been studied.

**INDICATIONS AND USAGE**

FORADIL AEROLIZER is indicated for long-term, twice-daily (morning and evening) administration in the maintenance treatment of asthma and in the prevention of bronchospasm in adults and children 5 years of age and older with reversible obstructive airways disease, including patients with symptoms of nocturnal asthma, who require regular treatment with inhaled, short-acting, beta$_2$-agonists. It is not indicated for patients whose asthma can be managed by occasional use of inhaled, short-acting, beta$_2$-agonists.

FORADIL AEROLIZER is also indicated for the acute prevention of exercise-induced bronchospasm (EIB) in adults and children 12 years of age and older, when administered on an occasional, as needed basis.

FORADIL AEROLIZER can be used concomitantly with short-acting beta$_2$-agonists, inhaled or systemic corticosteroids, and theophylline therapy *(see PRECAUTIONS, Drug Interactions)*. A satisfactory clinical response to FORADIL AEROLIZER does not eliminate the need for continued treatment with an anti-inflammatory agent.

**CONTRAINDICATIONS**

Foradil (formoterol fumarate) is contraindicated in patients with a history of hypersensitivity to formoterol fumarate or to any components of this product.

**WARNINGS**

**IMPORTANT INFORMATION: FORADIL AEROLIZER SHOULD NOT BE INITIATED IN PATIENTS WITH SIGNIFICANTLY WORSENING OR ACUTELY DETERIORATING ASTHMA, WHICH MAY BE A LIFE-THREATENING CONDITION. The use of FORADIL AEROLIZER in this setting is inappropriate.**

**FORADIL AEROLIZER IS NOT A SUBSTITUTE FOR INHALED OR ORAL CORTICOSTEROIDS. Corticosteroids should not be stopped or reduced at the time FORADIL AEROLIZER is initiated. (See PRECAUTIONS, Information for Patients and the accompanying Patient Instructions For Use.)**

When beginning treatment with FORADIL AEROLIZER, patients who have been taking inhaled, short-acting beta$_2$-agonists on a regular basis (e.g., four times a day) should be instructed to discontinue the regular use of these drugs and use them only for symptomatic relief of acute asthma symptoms *(see PRECAUTIONS, Information for Patients)*.

**Paradoxical Bronchospasm**

As with other inhaled beta$_2$-agonists, formoterol can produce paradoxical bronchospasm, that may be life-threatening. If paradoxical bronchospasm occurs, FORADIL AEROLIZER should be discontinued immediately and alternative therapy instituted.

**Deterioration of Asthma**

Asthma may deteriorate acutely over a period of hours or chronically over several days or longer. If the usual dose of FORADIL AEROLIZER no longer controls the symptoms of bronchoconstriction, and the patient's inhaled, short-acting beta$_2$-agonist becomes less effective or the patient needs more inhalation of short-acting beta$_2$-agonist than usual, these may be markers of deterioration of asthma. In this setting, a re-evaluation of the patient and the asthma treatment regimen should be undertaken at once, giving special consideration to the possible need for anti-inflammatory treatment, e.g., corticosteroids. Increasing the daily dosage of FORADIL AEROLIZER beyond the recommended dose in this situation is not appropriate. FORADIL AEROLIZER should not be used more frequently than twice daily (morning and evening) at the recommended dose.

Use of Anti-inflammatory Agents

The use of beta₂-agonists alone may not be adequate to control asthma in many patients. Early consideration should be given to adding anti-inflammatory agents, e.g., corticosteroids. There are no data demonstrating that Foradil has any clinical anti-inflammatory effect and therefore it can be expected to take the place of corticosteroids. Patients who already require oral or corticosteroids for treatment of asthma should be continued on this type of treatment even if they feel better as a result of initiating or increasing the dose of FORADIL AEROLIZER. Any change in corticosteroid dosage, in particular a reduction, should be made ONLY after clinical evaluation *(see PRECAUTIONS, Information for Patients).*

Cardiovascular Effects

Formoterol fumarate, like other beta₂-agonists, can produce a clinically significant cardiovascular effect in some patients as measured by increases in pulse rate, blood pressure, and/or symptoms. Although such effects are uncommon after administration of FORADIL AEROLIZER at recommended doses, if they occur, the drug may need to be discontinued. In addition, beta-agonists have been reported to produce ECG changes, such as flattening of the T wave, prolongation of the QTc interval, and ST segment depression. The clinical significance of these findings is unknown. Therefore, formoterol fumarate, like other sympathomimetic amines, should be used with caution in patients with cardiovascular disorders, especially coronary insufficiency, cardiac arrhythmias, and hypertension *(see PRECAUTIONS, General).*

Immediate Hypersensitivity Reactions

Immediate hypersensitivity reactions may occur after administration of FORADIL AEROLIZER, as demonstrated by cases of anaphylactic reactions, urticaria, angioedema, rash, and bronchospasm.

Do Not Exceed Recommended Dose

Fatalities have been reported in association with excessive use of inhaled sympathomimetic drugs in patients with asthma. The exact cause of death is unknown, but cardiac arrest following an unexpected development of a severe acute asthmatic crisis and subsequent hypoxia is suspected.

PRECAUTIONS

General

FORADIL AEROLIZER should not be used to treat acute symptoms of asthma. FORADIL AEROLIZER has not been studied in the relief of acute asthma symptoms and extra doses should not be used for that purpose. When prescribing FORADIL AEROLIZER, the physician should also provide the patient with an inhaled, short-acting beta₂-agonist for treatment of symptoms that occur acutely, despite regular twice-daily (morning and evening) use of FORADIL AEROLIZER. Patients should also be cautioned that increasing inhaled beta₂-agonist use is a signal of deteriorating asthma. *(See Information for Patients and the accompanying Patient Instructions For Use.)*

Formoterol fumarate, like other sympathomimetic amines, should be used with caution in patients with cardiovascular disorders, especially coronary insufficiency, cardiac arrhythmias, and hypertension; in patients with convulsive disorders or thyrotoxicosis; and in patients who are unusually responsive to sympathomimetic amines. Clinically significant changes in systolic and/or diastolic blood pressure, pulse rate and electrocardiograms have been seen infrequently in individual patients in controlled clinical studies with formoterol. Doses of the related beta₂-agonist albuterol, when administered intravenously, have been reported to aggravate preexisting diabetes mellitus and ketoacidosis.

Beta-agonist medications may produce significant hypokalemia in some patients, possibly through intracellular shunting, which has the potential to produce adverse cardiovascular effects. The decrease in serum potassium is usually transient, not requiring supplementation.

Clinically significant changes in blood glucose and/or serum potassium were infrequent during clinical studies with long-term administration of FORADIL AEROLIZER at the recommended dose.

Foradil® capsules should be used ONLY be used with the Aerolizer™ Inhaler and SHOULD NOT be taken orally.

Foradil® capsules should always be stored in the blister, and only removed IMMEDIATELY before use.

Information for Patients

It is important that patients understand how to use the Aerolizer Inhaler appropriately and how it should be used in relation to other asthma medications they are taking *(see the accompanying Patient Instructions For Use).*

The active ingredient of Foradil (formoterol fumarate) is a long-acting, bronchodilator used for the treatment of asthma, including nocturnal asthma, and for the prevention of exercise-induced bronchospasm. FORADIL AEROLIZER provides bronchodilation for up to 12 hours. Patients should be advised not to increase the dose or frequency of FORADIL AEROLIZER without consulting the prescribing physician. Patients should be warned not to stop or reduce concomitant asthma therapy without medical advice.

FORADIL AEROLIZER is not indicated to relieve acute asthma symptoms and extra doses should not be used for that purpose. Acute symptoms should be treated with an inhaled, short-acting, beta₂-agonist (the health-care provider should prescribe the patient with such medication and instruct the patient in how it should be used). Patients should be instructed to seek medical attention if their symptoms worsen, if FORADIL AEROLIZER treatment becomes less effective, or if they need more inhalations of a short-acting beta₂-agonist than usual. Patients should not inhale more than the contents of the prescribed number of capsules at any one time. The daily dosage of FORADIL AEROLIZER should not exceed one capsule twice daily (24 mcg total daily dose).

When FORADIL AEROLIZER is used for the prevention of EIB, the contents of one capsule should be taken at least 15 minutes prior to exercise. Additional doses of FORADIL AEROLIZER should not be used for 12 hours. Prevention of EIB has not been studied in patients who are receiving chronic FORADIL AEROLIZER administration twice daily and these patients should not use additional FORADIL AEROLIZER for prevention of EIB.

FORADIL AEROLIZER should not be used as a substitute for oral or inhaled corticosteroids. The doses of these medications should not be changed and they should not be stopped without consulting the physician, even if the patient feels better after initiating treatment with FORADIL AEROLIZER.

Patients should be informed that treatment with beta₂-agonists may lead to adverse events which include palpitations, chest pain, rapid heart rate, tremor or nervousness. Patients should be informed never to use FORADIL AEROLIZER with a spacer and never to exhale into the device.

Patients should avoid exposing the Foradil capsules to moisture and should handle the capsules with dry hands. The Aerolizer™ Inhaler should never be washed and should be kept dry. The patient should always use the new Aerolizer Inhaler that comes with each refill.

Women should be advised to contact their physician if they become pregnant or if they are nursing.

Patients should be told that in rare cases, the gelatin capsule might break into small pieces. These pieces should be retained by the screen built into the Aerolizer Inhaler. However, it remains possible that rarely, tiny pieces of gelatin might reach the mouth or throat after inhalation. The capsule is less likely to shatter when pierced if: storage conditions are strictly followed; capsules are removed from the blister immediately before use, and the capsules are only pierced once.

Drug Interactions

If additional adrenergic drugs are to be administered by any route, they should be used with caution because the pharmacologically predictable sympathetic effects of formoterol may be potentiated.

Concomitant treatment with xanthine derivatives, steroids, or diuretics may potentiate any hypokalemic effect of adrenergic agonists.

The ECG changes and/or hypokalemia that may result from the administration of non-potassium sparing diuretics (such as loop or thiazide diuretics) can be acutely worsened by beta-agonists, especially when the recommended dose of the beta-agonist is exceeded. Although the clinical significance of these effects is not known, caution is advised in the co-administration of beta-agonist with non-potassium sparing diuretics.

Formoterol, as with other beta₂-agonists, should be administered with extreme caution to patients being treated with monamine oxidase inhibitors, tricyclic antidepressants, or drugs known to prolong the QTc interval because the action of adrenergic agonists on the cardiovascular system may be potentiated by these agents. Drugs that are known to prolong the QTc interval have an increased risk of ventricular arrhythmias.

Beta-adrenergic receptor antagonists (beta-blockers) and formoterol may inhibit the effect of each other when administered concurrently. Beta-blockers not only block the therapeutic effects of beta-agonists, such as formoterol, but may produce severe bronchospasm in asthmatic patients. Therefore, patients with asthma should not normally be treated with beta-blockers. However, under certain circumstances, e.g. as prophylaxis after myocardial infarction, there may be no acceptable alternatives to the use of beta-blockers in patients with asthma. In this setting, cardio-selective beta-blockers could be considered, although they should be administered with caution.

Carcinogenesis, Mutagenesis, and Impairment of Fertility

The carcinogenic potential of formoterol fumarate has been evaluated in 2-year drinking water and dietary studies in both rats and mice. In rats, the incidence of ovarian leiomyomas was increased at doses of 15 mg/kg and above in the drinking water study and at 20 mg/kg in the dietary study, but not at dietary doses up to 5 mg/kg (AUC exposure approximately 450 times human exposure at the maximum recommended daily inhalation dose). In the dietary study, the incidence of benign ovarian theca-cell tumors was increased at doses of 0.5 mg/kg and above (AUC exposure at the low dose of 0.5 mg/kg was approximately 45 times human exposure at the maximum recommended daily inhalation dose). This finding was not observed in the drinking water study, nor was it seen in mice *(see below)*.

In mice, the incidence of adrenal subcapsular adenomas and carcinomas was increased in males at doses of 69 mg/kg and above in the drinking water study, but not at doses up to 50 mg/kg (AUC exposure approximately 590 times human exposure at the maximum recommended daily inhalation dose) in the dietary study. The incidence of hepatocarcinomas was increased in the dietary study at doses of 20 and 50 mg/kg in females and 50 mg/kg in males, but not at doses up to 5 mg/kg in either males or females (AUC exposure approximately 60 times human exposure at the maximum recommended daily inhalation dose). Also in the dietary study, the incidence of uterine leiomyomas and leiomyosarcomas was increased at doses of 2 mg/kg and above (AUC exposure at the low dose of 2 mg/kg was approximately 25 times human exposure at the maximum recommended daily inhalation dose). Increases in leiomyomas of the rodent female genital tract have been similarly demonstrated with other beta-agonist drugs.

Formoterol fumarate was not mutagenic or clastogenic in the following tests: mutagenicity tests in bacterial and mammalian cells, chromosomal analyses in mammalian cells, unscheduled DNA synthesis repair tests in rat hepatocytes and human fibroblasts, transformation assay in mammalian fibroblasts and micronucleus tests in mice and rats.

Reproduction studies in rats revealed no impairment of fertility at oral doses up to 3 mg/kg (approximately 1000 times the maximum recommended daily inhalation dose in humans on a mg/m² basis).

Pregnancy, Teratogenic Effects, Pregnancy Category C

Formoterol fumarate has been shown to cause stillbirth and neonatal mortality at oral doses of 6 mg/kg (approximately 2000 times the maximum recommended daily inhalation dose in humans on a mg/m² basis) and above in rats receiving the drug during the late stage of pregnancy. These effects, however, were not produced at a dose of 0.2 mg/kg (approximately 70 times the maximum recommended daily inhalation dose in humans on a mg/m² basis). When given to rats throughout organogenesis, oral doses of 0.2 mg/kg and above delayed ossification of the fetus, and doses of 6 mg/kg and above decreased fetal weight. Formoterol fumarate did not cause malformations in rats or rabbits following oral administration. Because there are no adequate and well-controlled studies in pregnant women, FORADIL AEROLIZER should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Use in Labor and Delivery

Formoterol fumarate has been shown to cause stillbirth and neonatal mortality at oral doses of 6 mg/kg (approximately 2000 times the maximum recommended daily inhalation dose in humans on a mg/m² basis) and above in rats receiving the drug for several days at the end of pregnancy. These effects were not produced at a dose of 0.2 mg/kg (approximately 70 times the maximum recommended daily inhalation dose in humans on a mg/m² basis). There are no adequate and well-controlled human studies that have investigated the effects of FORADIL AEROLIZER during labor and delivery.

Because beta-agonists may potentially interfere with uterine contractility, FORADIL AEROLIZER should be used during labor only if the potential benefit justifies the potential risk.

**Nursing Mothers**

In reproductive studies in rats, formoterol was excreted in the milk. It is not known whether formoterol is excreted in human milk, but because many drugs are excreted in human milk, caution should be exercised if FORADIL AEROLIZER is administered to nursing women. There ... well-controlled human studies of the use of FORADIL AEROLIZER in nursing mothers.

**...ic Use**

... of 776 children 5 years of age and older with asthma were studied in three multiple-dose ...olled clinical trials. Of the 512 children who received formoterol, 508 were 5-12 years of age, and approximately one third were 5-8 years of age.

**Exercise Induced Bronchoconstriction**

A total of 20 adolescent patients, 12-16 years of age, were studied in three well-controlled single-dose clinical trials.

The safety and effectiveness of FORADIL AEROLIZER in pediatric patients below 5 years of age has not been established. (See CLINICAL TRIALS, Pediatric Asthma Trial, and ADVERSE REACTIONS, Experience in Pediatric, Adolescent and Adult Patients.)

**Geriatric Use**

Of the total number of patients who received FORADIL AEROLIZER in adolescent and adult chronic dosing clinical trials, 318 were 65 years of age or older and 39 were 75 years of age and older. No overall differences in safety or effectiveness were observed between these subjects and younger subjects. A slightly higher frequency of chest infection was reported in the 39 patients 75 years of age and older, although a causal relationship with Foradil has not been established. Other reported clinical experience has not identified differences in responses between the elderly and younger adult patients, but greater sensitivity of some older individuals cannot be ruled out. (See PRECAUTIONS, Drug Interactions.)

**ADVERSE REACTIONS**

Adverse reactions to Foradil are similar in nature to other selective beta₂-adrenoceptor agonists; e.g., angina, hypertension or hypotension, tachycardia, arrhythmias, nervousness, headache, tremor, dry mouth, palpitation, muscle cramps, nausea, dizziness, fatigue, malaise, hypokalemia, hyperglycemia, metabolic acidosis and insomnia.

**Experience in Pediatric, Adolescent and Adult Patients**

Of the 5,824 patients in multiple-dose controlled clinical trials, 1,985 were treated with FORADIL AEROLIZER at the recommended dose of 12 mcg twice daily. The following table shows adverse events where the frequency was greater than or equal to 1% in the Foradil 12 mcg twice daily group and where the rates in the Foradil group exceeded placebo. Three adverse events showed dose ordering among tested doses of 6, 12 and 24 mcg administered twice daily; tremor, dizziness and dysphonia.

**Number and Frequency of Adverse Experiences in Patients 5 Years of Age and Older From Multiple-Dose Controlled Clinical Trials**

| Adverse Event | Foradil Aerolizer 12 mcg twice daily | | Placebo | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Total Patients | 1985 | (100) | 969 | (100) |
| ...on viral | 341 | (17.2) | 166 | (17.1) |
| Bronchitis | 92 | (4.6) | 42 | (4.3) |
| Chest infection | 54 | (2.7) | 4 | (0.4) |
| Dyspnea | 42 | (2.1) | 16 | (1.7) |
| Chest pain | 37 | (1.9) | 13 | (1.3) |
| Tremor | 37 | (1.9) | 4 | (0.4) |
| Dizziness | 31 | (1.6) | 15 | (1.5) |
| Insomnia | 29 | (1.5) | 8 | (0.8) |
| Tonsilitis | 23 | (1.2) | 7 | (0.7) |
| Rash | 22 | (1.1) | 7 | (0.7) |
| Dysphonia | 19 | (1.0) | 9 | (0.9) |

**Experience in Children**

The safety of FORADIL AEROLIZER compared to placebo was investigated in one large, multicenter, randomized, double-blind clinical trial in 518 children with asthma (ages 5-12 years) in need of daily bronchodilators and anti-inflammatory treatment. The numbers and percent of patients who reported adverse events were comparable in the 12 mcg twice daily and placebo groups. In general, the pattern of the adverse events observed in children differed from the usual pattern seen in adults. The adverse events that were more frequent in the formoterol group than in the placebo group reflected infection/inflammation (viral infection, rhinitis, tonsilitis, gastroenteritis) or abdominal complaints (abdominal pain, nausea, dyspepsia).

**Post Marketing Experience**

In extensive worldwide marketing experience with Foradil, serious exacerbations of asthma, including some that have been fatal, have been reported. While most of these cases have been in patients with severe or acutely deteriorating asthma (see WARNINGS), a few have occurred in patients with less severe asthma. The contribution of Foradil to these cases could not be determined.

Rare reports of anaphylactic reactions, including severe hypotension and angioedema, have also been received in association with the use of formoterol fumarate inhalation powder.

**DRUG ABUSE AND DEPENDENCE**

There was no evidence in clinical trials of drug dependence with the use of Foradil.

**OVERDOSAGE**

The expected signs and symptoms with overdosage of FORADIL AEROLIZER are those of excessive beta-adrenergic stimulation and/or occurrence or exaggeration of any of the signs and symptoms listed under ADVERSE REACTIONS, e.g., angina, hypertension or hypotension, tachycardia, with rates up to 200 beats/min., arrhythmias, nervousness, headache, tremor, seizures, muscle cramps, dry mouth, palpitation, nausea, dizziness, fatigue, malaise, hypokalemia, hyperglycemia, and insomnia. Metabolic acidosis may also occur. As with all inhaled sympathomimetic medications, cardiac arrest and even death may be associated with an overdose of FORADIL AEROLIZER.

Treatment of overdosage consists of discontinuation of FORADIL AEROLIZER together with institution of appropriate symptomatic and/or supportive therapy. The judicious use of a cardioselective beta-receptor blocker may be considered, bearing in mind that such medication can produce bronchospasm. There is insufficient evidence to determine if dialysis is beneficial for overdosage of FORADIL AEROLIZER. Cardiac monitoring is recommended in cases of overdosage.

The minimum acute lethal inhalation dose of formoterol fumarate in rats is 156 mg/kg, 53,000 and 25,000 times the maximum recommended daily inhalation dose in adults and children, respectively, on a mg/m² basis. The median lethal oral doses in Chinese hamsters, rats, and mice provide even higher multiples of the maximum recommended daily inhalation dose in humans.

**DOSAGE AND ADMINISTRATION**

Foradil capsules should be administered only by the oral inhalation route (see the accompanying Patient Instructions for Use) and only using the Aerolizer Inhaler. Foradil capsules should not be ingested (i.e., swallowed) orally. Foradil capsules should always be stored in the blister, and only removed IMMEDIATELY BEFORE USE.

**For Maintenance Treatment of Asthma**

For adults and children 5 years of age and older, the usual dosage is the inhalation of the contents of one 12-mcg Foradil capsule every 12 hours using the Aerolizer™ Inhaler. The patient must not exhale into the device. The total daily dose of Foradil should not exceed one capsule twice daily (24 mcg total daily dose). More frequent administration or administration of a larger number of inhalations is not recommended. If symptoms arise between doses, an inhaled short-acting beta₂-agonist should be taken for immediate relief.

If a previously effective dosage regimen fails to provide the usual response, medical advice should be sought immediately as this is often a sign of destabilization of asthma. Under these circumstances, the therapeutic regimen should be reevaluated and additional therapeutic options, such as inhaled or systemic corticosteroids, should be considered.

**For Prevention of Exercise-Induced Bronchospasm (EIB)**

For adults and adolescents 12 years of age or older, the usual dosage is the inhalation of the contents of one 12-mcg Foradil capsule at least 15 minutes before exercise administered on an occasional as-needed basis.

Additional doses of FORADIL AEROLIZER should not be used for 12 hours after the administration of this drug. Regular, twice-daily dosing has not been studied in preventing EIB. Patients who are receiving FORADIL AEROLIZER twice daily for maintenance treatment of their asthma should not use additional doses for prevention of EIB and may require a short-acting bronchodilator.

**HOW SUPPLIED**

FORADIL® AEROLIZER™ contains: 60 aluminum blister-packaged 12-mcg Foradil (formoterol fumarate) clear gelatin capsules with "CG" printed on one end and "FXF" printed on the opposite end; one Aerolizer™ Inhaler; and Patient Instructions for Use............................(NDC 0083-0167-74).

Foradil® capsules should be used with the Aerolizer™ Inhaler only. The Aerolizer™ Inhaler should not be used with any other capsules.

**Prior to dispensing:** Store in a refrigerator, 2°C-8°C (36°F-46°F).

**After dispensing to patient:** Store at 20°C to 25°C (68°F to 77°F) [see USP Controlled Room Temperature]. Protect from heat and moisture. CAPSULES SHOULD ALWAYS BE STORED IN THE BLISTER AND ONLY REMOVED FROM THE BLISTER IMMEDIATELY BEFORE USE.

Always discard the Foradil® capsules and Aerolizer™ Inhaler by the "Use by" date and always use the new Aerolizer Inhaler provided with each new prescription.

Keep out of the reach of children.

FEBRUARY 2001          Printed in U.S.A.          T2001-11
89012201

Distributed by:
Novartis Pharmaceuticals Corporation
East Hanover, NJ 07936

**ᕫ NOVARTIS**

Novartis Pharmaceuticals Corporation
State Government Affairs
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8421
Fax  973 781 6671

May 18, 2001

Ms. Martha McNeill, R.Ph.
Product Manager Vendor Drug Program
Texas Department of Health
1100 West 49th Street
Austin, TX  78756-3174

Ms. McNeill:

### GLEEVEC™ (IMATINIB MESYLATE), FORMERLY STI571, IS NOW AVAILABLE

Novartis Oncology is pleased to announce the introduction of Gleevec™ (imatinib mesylate), now available for the treatment of patients with chronic myeloid leukemia (CML) in blast crisis, accelerated phase, or in chronic phase after failure of interferon-alpha (IFN-$\alpha$) therapy. Please add the following to your system:

| PACKAGING INFORMATION | |
|---|---|
| NDC Number | 0078-0373-66 |
| Package Strength | 100mg |
| Package Size | 120 capsules |
| AWP* | $2,362.00 |
| Wholesale Price | $1,968.00 |
| Carton Weight (bundles of 6) | .95 lbs |
| Carton Dimensions (LxWxH) | 6.9" x 4.1" x 3.8" |
| Minimum Order Requirement | 1 bottle |
| Case Weight | 12.1 lbs. |
| Case Dimensions (LxWxH) | 16 ½" x 11 3/8" x 6 5/8" |
| Case Count | 72 bottles (12 bundles of 6) |

*As used herein, the term AWP constitutes a reference for this Novartis product, set as a percentage above the price at which each product is offered generally to wholesalers.  Not withstanding the inclusion of the term "price", in "Average Wholesaler Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

-2-

Enclosed please find the package insert and FDA approval letter.  Thank you for your cooperation, and if you have any questions or require additional information, please feel free to call Customer Service at 1-800-526-0175 or State Government Affairs at (973) 781-8421.

Sincerely,

Rick Knapp, Executive Director
State Government Affairs



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

**Public Health Service**

**Food and Drug Administration**
**Rockville MD  20857**

**MAY 1 0 2001**

NDA 21-335

Novartis Pharmaceuticals Corporation
Route 10
Hanover, New Jersey  07936-1080

Attention:  Robert A. Miranda
                    Associate Director, Drug Regulatory Affairs

Dear Mr. Miranda:

Please refer to your new drug application (NDA) dated February 27, 2001, received February 27, 2001, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Gleevec (imatinib mesylate) 50 mg and 100 mg capsules.

We acknowledge receipt of your submissions dated March 9, 14, 30; April 4, 5, 10, 12, 13, 19, 23, 24; May 1, 4, 8 and 10, 2001.

This new drug application provides for the use of Gleevec (imatinib mesylate) 50 and 100 mg capsules for the treatment of patients with chronic myeloid leukemia (CML) in blast crisis, accelerated phase, or in chronic phase after failure of interferon-alpha therapy. The effectiveness of Gleevec is based on overall hematologic and cytogenetic response rates (see Clinical Studies section). There are no controlled trials demonstrating a clinical benefit, such as improvement in disease-related symptoms or increased survival.

We have completed the review of this application, as amended, according to the regulations for accelerated approval, and have concluded that adequate information has been presented to approve Gleevec (imatinib mesylate) 50 mg and 100 mg capsules for use as recommended in the enclosed labeling text. Accordingly, the application is approved under 21 CFR 314 subpart H. Approval is effective on the date of this letter. Marketing of this drug product and related activities are to be in accordance with the substance and procedures of the referenced accelerated approval regulations.

The final printed labeling (FPL) must be identical to the enclosed labeling (text for the package insert and bottle label). Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit the copies of final printed labeling (FPL) electronically according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format - NDA* (January 1999). Alternatively, you may submit 20 paper copies of the FPL as soon as it is available but no more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FPL for approved NDA 21-335." Approval of this submission by FDA is not required before the labeling is used.

Products approved under the accelerated approval regulations, 21 CFR 314.510, require further

NDA 21-335
Page 2

adequate and well-controlled studies to verify and describe clinical benefit. We remind you of your Subpart H postmarketing study commitments specified in your submission dated May 8, 2001. These commitments, along with any completion dates agreed upon, are listed below.

Commitments required for accelerated approval:

1. To conduct and submit the final study report for Protocol 106 entitled "A phase III study of STI571 versus Interferon-$\alpha$ (IFN-$\alpha$) combined with Cytarabine (Ara-C) in patients with newly diagnosed previously untreated Philadelphia chromosome positive (Ph+) chronic myelogenous leukemia in chronic phase (CML-CP)" with Time to Progression (TTP) as the primary surrogate endpoint. TTP is defined as any of the following: loss of complete hematologic response (CHR), loss of cytogenetic response, inability to maintain peripheral blood counts, increasing organomegaly, accelerated phase CML, blast crisis, or death from CML. Protocol 106 interim analysis (one-year hematologic response and QoL) is planned for first quarter, 2002 and the final analysis is expected in the fourth quarter, 2005.

2. To provide interval follow-up information on studies 102, 109 and 110. The safety and efficacy update will be provided in July, 2001, with a final analysis report expected in the third quarter, 2001.

Final study reports should be submitted to this NDA as a supplemental application. For administrative purposes, all submissions relating to this post marketing commitment must be clearly designated "Subpart H Postmarketing Commitments."

In addition, we note your following postmarketing study commitments, specified in your submission dated May 8, 2001, that are not a condition of the accelerated approval. These commitments are listed below:

1. To conduct and submit the final study report for the pediatric study, Protocol 103 entitled "A Phase I Study in Children with Refractory/Relapsed Ph+ Leukemias". Protocol 103 is currently ongoing and being conducted by the cooperative group COG (Children's Oncology Group). The final report is expected at the end of the year or first quarter, 2002.

2. To conduct and submit the final study report for a phase 2 pediatric efficacy study in an appropriate pediatric population. This will be conducted by a pediatric cooperative group under the NCI.

   Protocol Submission: Within 2 months of the date of this letter
   Study Start: Within 4 months of the date of this letter
   Final Report Submission: expected first quarter, 2002

3. To conduct an appropriate study to assess hepatotoxic drug interactions (e.g., acetaminophen) and submit final reports.

   Protocol Submission: Within 4 months of the date of this letter
   Study Start: Within 6 months of the date of this letter
   Final Report Submission: expected first quarter, 2002

4. To implement a physician and patient education program regarding the use of concomitant

NDA 21-335
Page 3

medications with Gleevec within 2 months of the date of this letter.

5. To conduct the appropriate study to assess the potential drug interaction between Gleevec and a substrate of CYP2D6 and to submit the final study report.

   Protocol Submission: Within 3 months of the date of this letter
   Study Start: Within 5 months of the date of this letter
   Final Report Submission: expected first quarter, 2002

6. To conduct a pharmacokinetics study with Gleevec in subjects or patients with liver impairment and submit the final study report.

   Protocol Submission: Within 3 months of the date of this letter
   Study Start: Within 5 months of the date of this letter
   Final Report Submission: Within 18 months of the date of this letter

7. To conduct an *in vitro* study to assess the plasma protein binding of the N-demethylated piperazine derivative of Gleevec and submit the final study report.

   Protocol Submission: Within 2 months of the date of this letter
   Study Start: Within 4 months of the date of this letter
   Final Report Submission: Within 6 months of the date of this letter

8. To evaluate the etiology and treatment of the fluid retention syndrome associated with imatinib treatment and to meet with the Division of Oncology Drug Products within 2 months of the date of this letter.

Submit clinical protocols to your IND for this product. Submit nonclinical and chemistry, manufacturing, and controls protocols and all study final reports to this NDA. In addition, under 21 CFR 314.81(b)(2)(vii) and 314.81(b)(2)(viii), you should include a status summary of each commitment in your annual report to this NDA. The status summary should include expected summary completion and final report submission dates, any changes in plans since the last annual report, and, for clinical studies, number of patients entered into each study. All submissions, including supplements, relating to these postmarketing study commitments must be prominently labeled "**Postmarketing Study Protocol**", "**Postmarketing Study Final Report**", or "**Postmarketing Study Correspondence.**"

We also remind you that, under 21 CFR 314.550, after the initial 120 day period following this approval, you must submit all promotional materials, including promotional labeling as well as advertisements, at least 30 days prior to the intended time of initial dissemination of the labeling or initial publication of the advertisement.

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

Please submit one market package of the drug product when it is available.

NDA 21-335
Page 4

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, call Ann Staten, Project Manager, at (301) 594-5770.

Sincerely,

*{See appended electronic signature page}*

Robert Temple, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosures

# ‍NOVARTIS

T2001-14
90012401

## Gleevec™
(imatinib mesylate)

Capsules

Rx only

Prescribing Information

## DESCRIPTION

Gleevec™ capsules contain imatinib mesylate equivalent to 100 mg of imatinib free base. Imatinib mesylate is designated chemically as 4-[(4-Methyl-1-piperazinyl)methyl]-N-[4-methyl-3-[[4-(3-pyridinyl)-2-pyrimidinyl]amino]-phenyl]benzamide methanesulfonate and its structural formula is



Imatinib mesylate is a white to off-white to brownish or yellowish tinged crystalline powder. Its molecular formula is $C_{29}H_{31}N_7O \cdot CH_4SO_3$ and its relative molecular mass is 589.7. Imatinib mesylate is very soluble in water and soluble in aqueous buffers ≤ pH 5.5 but is very slightly soluble to insoluble in neutral/alkaline aqueous buffers. In non-aqueous solvents, the drug substance is freely soluble to very slightly soluble in dimethyl sulfoxide, methanol and ethanol, but is insoluble in n-octanol, acetone and acetonitrile.

**Inactive ingredients:** colloidal silicon dioxide (NF), crospovidone (NF), magnesium stearate (NF) and microcrystalline cellulose (NF). Capsule shell: gelatin, iron oxide, red (E172); iron oxide, yellow (E172); titanium dioxide (E171).

# CLINICAL PHARMACOLOGY

## Mechanism of Action

Imatinib mesylate is a protein-tyrosine kinase inhibitor that inhibits the Bcr-Abl tyrosine kinase, the constitutive abnormal tyrosine kinase created by the Philadelphia chromosome abnormality in chronic myeloid leukemia (CML). It inhibits proliferation and induces apoptosis in Bcr-Abl positive cell lines as well as fresh leukemic cells from Philadelphia chromosome positive chronic myeloid leukemia. In colony formation assays using *ex vivo* peripheral blood and bone marrow samples, imatinib shows inhibition of Bcr-Abl positive colonies from CML patients.

*In vivo*, it inhibits tumor growth of Bcr-Abl transfected murine myeloid cells as well as Bcr-Abl positive leukemia lines derived from CML patients in blast crisis.

*In vitro* studies demonstrate imatinib is not entirely selective; it also inhibits the receptor tyrosine kinases for platelet-derived growth factor (PDGF) and stem cell factor (SCF), c-Kit, and inhibits PDGF- and SCF-mediated cellular events.

## Pharmacokinetics

The pharmacokinetics of Gleevec™ (imatinib mesylate) have been evaluated in studies in healthy subjects and in population pharmacokinetic studies in over 500 patients. Imatinib is well absorbed after oral administration with $C_{max}$ achieved within 2-4 hours post-dose. Mean absolute bioavailability for the capsule formulation is 98%. Following oral administration in healthy volunteers, the elimination half-lives of imatinib and its major active metabolite, the N-desmethyl derivative, were approximately 18 and 40 hours, respectively. Mean imatinib AUC increased proportionally with increasing dose in the range 25 mg-1000 mg. There was no significant change in the pharmacokinetics of imatinib on repeated dosing, and accumulation is 1.5-2.5 fold at steady state when Gleevec is dosed once daily. At clinically relevant concentrations of imatinib, binding to plasma proteins in *in vitro* experiments is approximately 95%, mostly to albumin and $\alpha_1$-acid glycoprotein.

## Metabolism and Elimination

CYP3A4 is the major enzyme responsible for metabolism of imatinib. Other cytochrome P450 enzymes, such as CYP1A2, CYP2D6, CYP2C9, and CYP2C19, play a minor role in its metabolism. The main circulating active metabolite in humans is the N-demethylated piperazine derivative, formed predominantly by CYP3A4. It shows *in vitro* potency similar to the parent imatinib. The plasma AUC for this metabolite is about 15% of the AUC for imatinib.

Elimination is predominately in the feces, mostly as metabolites. Based on the recovery of compound(s) after an oral [14]C-labelled dose of imatinib, approximately 81% of the dose was eliminated within 7 days, in feces (68% of dose) and urine (13% of dose). Unchanged imatinib accounted for 25% of the dose (5% urine, 20% feces), the remainder being metabolites.

Typically, clearance of imatinib in a 50-year-old patient weighing 50 kg is expected to be 8 L/h, while for a 50-year-old patient weighing 100 kg the clearance will increase to 14 L/h. However, the inter-patient variability of 40% in clearance does not warrant initial dose adjustment based on body weight and/or age but indicates the need for close monitoring for treatment related toxicity.

### Special Populations

*Pediatric:* There are no pharmacokinetic data in pediatric patients.

*Hepatic Insufficiency:* No clinical studies were conducted with Gleevec in patients with impaired hepatic function.

*Renal Insufficiency:* No clinical studies were conducted with Gleevec in patients with decreased renal function (studies excluded patients with serum creatinine concentration more than 2 times the upper limit of the normal range). Imatinib and its metabolites are not significantly excreted via the kidney.

### Drug-Drug Interactions

*CYP3A4 Inhibitors:* There was a significant increase in exposure to imatinib (mean $C_{max}$ and AUC increased by 26% and 40%, respectively) in healthy subjects when Gleevec was co-administered with a single dose of ketoconazole (a CYP3A4 inhibitor). (See PRECAUTIONS.)

*CYP3A4 Substrates:* Imatinib increased the mean $C_{max}$ and AUC of simvastatin (CYP3A4 substrate) by 2- and 3.5- fold, respectively, indicating an inhibition of CYP3A4 by imatinib. (See PRECAUTIONS.)

*CYP3A4 Inducers:* No formal study of CYP3A4 inducers has been conducted, but a patient on chronic therapy with phenytoin (a CYP3A4 inducer) given 350 mg daily dose of Gleevec had an $AUC_{0-24}$ about one fifth of the typical $AUC_{0-24}$ of 20 µg•h/mL. This probably reflects the induction of CYP3A4 by phenytoin. (See PRECAUTIONS.)

*In vitro Studies of CYP Enzyme Inhibition:* Human liver microsome studies demonstrated that imatinib is a potent competitive inhibitor of CYP2C9, CYP2D6, and CYP3A4/5 with $K_i$ values of 27, 7.5, and 8 µM, respectively. Imatinib is likely to increase the blood level of drugs that are substrates of CYP2C9, CYP2D6 and CYP3A4/5. (See PRECAUTIONS.)

## CLINICAL STUDIES

Three international, open-label, single-arm studies were conducted in patients with Philadelphia chromosome positive (Ph+) chronic myeloid leukemia (CML): 1) in the chronic phase after failure of interferon-alfa (IFN) therapy, 2) in accelerated phase disease, or 3) in myeloid blast crisis. About 45% of patients were women and 6% were Black. In clinical studies 38%-40% of patients were ≥60 years of age and 10%-12% of patients were ≥70 years of age.

## Chronic Phase, Prior Interferon-Treatment

532 patients were treated at a starting dose of 400 mg; dose escalation to 600 mg was allowed. The patients were distributed in three main categories according to their response to prior interferon: failure to achieve (within 6 months), or loss of a complete hematologic response (29%), failure to achieve (within 1 year) or loss of a major cytogenetic response (35%), or intolerance to interferon (36%). Patients had received a median of 14 months of prior IFN therapy at doses $\geq 25 \times 10^6$ IU/week and were all in late chronic phase, with a median time from diagnosis of 32 months. Effectiveness was evaluated on the basis of the rate of hematologic response and by bone marrow exams to assess the rate of major cytogenetic response (up to 35% Ph+ metaphases) or complete cytogenetic response (0% Ph+ metaphases). Efficacy results are reported in Table 1. Results were similar in the three subgroups described above.

## *Accelerated Phase*

235 patients with accelerated phase disease were enrolled. These patients met one or more of the following criteria $\geq 15\%$ - <30% blasts in PB or BM; $\geq 30\%$ blasts + promyelocytes in PB or BM; $\geq 20\%$ basophils in PB; <100 x $10^9$/L platelets. The first 77 patients were started at 400 mg, with the remaining 158 patients starting at 600 mg.

Effectiveness was evaluated primarily on the basis of the rate of hematologic response, reported as either complete hematologic response, no evidence of leukemia (i.e., clearance of blasts from the marrow and the blood, but without a full peripheral blood recovery as for complete responses), or return to chronic phase CML. Cytogenetic responses were also evaluated. Efficacy results are reported in Table 1. Although hematologic response rates were similar for patients receiving 600 mg and 400 mg, major cytogenetic responses were more frequent for the former (24% and 16%, respectively).

## *Myeloid Blast Crisis*

260 patients with myeloid blast crisis were enrolled. These patients had $\geq 30\%$ blasts in PB or BM and/or extramedullary involvement other than spleen or liver; 165 (63%) had received prior chemotherapy for treatment of either accelerated phase or blast crisis ("pretreated patients") whereas 95 (37%) had not ("untreated patients"). The first 37 patients were started at 400 mg; the remaining 223 patients were started at 600 mg.

Effectiveness was evaluated primarily on the basis of rate of hematologic response, reported as either complete hematologic response, no evidence of leukemia, or return to chronic phase CML using the same criteria as for the study in accelerated phase. Cytogenetic responses were also assessed. Efficacy results are reported in Table 1. The hematologic response rate was higher in untreated patients than in treated patients (31% and 19% respectively) and in the group receiving an initial dose of 600 mg than 400 mg (29% and 11%, respectively).

**Table 1     Response in CML Patients in Clinical Studies**

| | Chronic Phase IFN Failure (n=532) 400 mg | Accelerated Phase (n=235) 600 mg n=158 400 mg n=77 | Myeloid Blast Crisis (n=260) 600 mg n=223 400 mg n=37 |
|---|---|---|---|
| | | % of patients (CI$_{95\%}$) | |
| **Hematologic Response[1]** | 88% (84.9-90.6) | 63% (56.5-69.2) | 26% (20.9-31.9) |
| Complete hematologic response (CHR) | 88% | 28% | 4% |
| No evidence of leukemia (NEL) | Not applicable | 11% | 3% |
| Return to chronic phase (RTC) | Not applicable | 24% | 19% |
| **Major Cytogenetic Response[2]** | 49% (45.1-53.8) | 21% (16.2-27.1) | 13.5% (9.6-18.2) |
| Complete (confirmed[3]) | 30%  (16%) | 14%  (4%) | 5%  (1%) |

[1]**Hematologic response criteria (all responses to be confirmed after ≥4 weeks):**

CHR:  Chronic phase study [WBC <10 x10$^9$/L, platelet <450 x10$^9$/L, myelocytes+metamyelocytes <5% in blood, no blasts and promyelocytes in blood, basophils <20%, no extramedullary involvement] and in the accelerated and blast crisis studies [ANC ≥1.5 x10$^9$/L, platelets ≥100 x10$^9$/L, no blood blasts, BM blasts <5% and no extramedullary disease]

NEL:  same criteria as for CHR but ANC ≥1 x10$^9$/L and platelets ≥20 x10$^9$/L (accelerated and blast crisis studies)

RTC:  <15% blasts BM and PB, <30% blasts+promyelocytes in BM and PB, <20% basophils in PB, no extramedullary disease other than spleen and liver (accelerated and blast crisis studies).

BM=bone marrow,  PB=peripheral blood

[2]**Cytogenetic response criteria:**  A major response combines both complete and partial responses: complete (0% Ph+ metaphases), partial (1%-35%).

[3]Complete cytogenetic response confirmed by a second bone marrow cytogenetic evaluation performed at least one month after the initial bone marrow study.

The median time to hematologic response was 1 month. Response duration cannot be precisely defined because follow-up on most patients is relatively short interim data. In blast crisis, the estimated median duration of hematologic response is about 6 months.   In accelerated phase, median duration of hematologic response is greater than 6 months but cannot yet be estimated. Follow-up is insufficient to estimate duration of cytogenetic response in all studies.

Efficacy results were similar in men and women and in patients younger and older than age 65.  Responses were seen in Black patients, but there were too few Black patients to allow a quantitative comparison.

## INDICATIONS AND USAGE

Gleevec™ (imatinib mesylate) is indicated for the treatment of patients with chronic myeloid leukemia (CML) in blast crisis, accelerated phase, or in chronic phase after failure of interferon-alpha therapy.

The effectiveness of Gleevec is based on overall hematologic and cytogenetic response rates (see CLINICAL STUDIES). There are no controlled trials demonstrating a clinical benefit, such as improvement in disease-related symptoms or increased survival.

## CONTRAINDICATIONS

Use of Gleevec™ (imatinib mesylate) is contraindicated in patients with hypersensitivity to imatinib or to any other component of Gleevec.

## WARNINGS

### Pregnancy

Women of childbearing potential should be advised to avoid becoming pregnant.

Imatinib mesylate was teratogenic in rats when administered during organogenesis at doses ≥100 mg/kg, approximately equal to the maximum clinical dose of 800 mg/day, based on body surface area. Teratogenic effects included exencephaly or encephalocele, absent/reduced frontal and absent parietal bones. Female rats administered this dose also experienced significant post-implantation loss in the form of early fetal resorption. At doses higher than 100 mg/kg, total fetal loss was noted in all animals. These effects were not seen at doses ≤30 mg/kg (one-third the maximum human dose of 800 mg).

There are no adequate and well-controlled studies in pregnant women. If Gleevec™ (imatinib mesylate) is used during pregnancy, or if the patient becomes pregnant while taking (receiving) Gleevec, the patient should be apprised of the potential hazard to the fetus.

## PRECAUTIONS

### General

*Fluid Retention and Edema:* Gleevec™ (imatinib mesylate) is often associated with edema and occasionally serious fluid retention (see ADVERSE REACTIONS). Patients should be weighed and monitored regularly for signs and symptoms of fluid retention. An unexpected rapid weight gain should be carefully investigated and appropriate treatment provided. The probability of edema was increased with higher imatinib dose and age >65 years. Severe fluid retention (pleural effusion, pericardial effusion, pulmonary edema, ascites) was reported in 1% to 2% of patients taking Gleevec. In addition, severe superficial edema was reported in 1%-3% of the patients.

*GI Irritation:* Gleevec is sometimes associated with GI irritation. Gleevec should be taken with food and a large glass of water to minimize this problem.

*Hematologic Toxicity:* Treatment with Gleevec is often associated with neutropenia or thrombocytopenia. Complete blood counts should be performed weekly for the first month, biweekly for the second month, and periodically thereafter as clinically indicated (for example every 2-3 months). The occurrence of these cytopenias is dependent on the stage of disease

and is more frequent in patients with accelerated phase CML or blast crisis than in patients with chronic phase CML. (See DOSAGE AND ADMINISTRATION.)

*Hepatotoxicity:*    Hepatotoxocity, occasionally severe, may occur with Gleevec (see ADVERSE REACTIONS).    Liver function (transaminases, bilirubin, and alkaline phosphatase) should be monitored before initiation of treatment and monthly or as clinically indicated. Laboratory abnormalities should be managed with interruption and/or dose reduction of the treatment with Gleevec. (See DOSAGE AND ADMINISTRATION.) Patients with hepatic impairment should be closely monitored because exposure to Gleevec may be increased.  As there are no clinical studies of Gleevec in patients with impaired liver function, no specific advice concerning initial dosing adjustment can be given.

*Toxicities From Long-Term Use:* Because follow-up of most patients treated with imatinib is relatively short (<6 mos), there are no long-term safety data on Gleevec treatment. It is important to consider potential toxicities suggested by animal studies, specifically, *liver and kidney toxicity and immunosupression.* Severe liver toxicity was observed in dogs treated for 2 weeks, with elevated liver enzymes, hepatocellular necrosis, bile duct necrosis, and bile duct hyperplasia.   Renal toxicity was observed in monkeys treated for 2 weeks, with focal mineralization and dilation of the renal tubules and tubular nephrosis. Increased BUN and creatinine were observed in several of these animals.  An increased rate of opportunistic infections was observed with chronic imatinib treatment.   In a 39-week monkey study, treatment with imatinib resulted in worsening of normally suppressed malarial infections in these animals. Lymphopenia was observed in animals (as in humans).

## Drug Interactions

### *Drugs that may alter imatinib plasma concentrations*

Drugs that may **increase** imatinib plasma concentrations:

Caution is recommended when administering Gleevec with inhibitors of the CYP3A4 family (e.g., ketoconazole, itraconazole, erythromycin, clarithromycin). Substances that inhibit the cytochrome P450 isoenzyme (CYP3A4) activity may decrease metabolism and increase imatinib concentrations. There is a significant increase in exposure to imatinib when Gleevec is co-administered with ketoconazole (CYP3A4 inhibitor).

Drugs that may **decrease** imatinib plasma concentrations:

Substances that are inducers of CYP3A4 activity may increase metabolism and decrease imatinib plasma concentrations. Co-medications that induce CYP3A4 (e.g., dexamethasone, phenytoin, carbamazepine, rifampicin, phenobarbital or St. John's Wort) may reduce exposure to Gleevec. No specific studies have been performed and caution is recommended.

### *Drugs that may have their plasma concentration altered by Gleevec*

Imatinib increases the mean $C_{max}$ and AUC of simvastatin (CYP3A4 substrate) 2- and 3.5- fold, respectively, suggesting an inhibition of the CYP3A4 by imatinib. Particular caution is recommended when administering Gleevec with CYP3A4 substrates that have a narrow therapeutic window (e.g., cyclosporine or pimozide).    Gleevec will increase plasma

concentration of other CYP3A4 metabolized drugs (e.g., triazolo-benzodiazepines, dihydropyridine calcium channel blockers, certain HMG-CoA reductase inhibitors, etc.)

Because *warfarin* is metabolized by CYP2C9, patients who require anticoagulation should receive low-molecular weight or standard heparin.

*In vitro*, Gleevec inhibits the cytochrome P450 isoenzyme CYP2D6 activity at similar concentrations that affect CYP3A4 activity. Systemic exposure to substrates of CYP2D6 is expected to be increased when co-administered with Gleevec. No specific studies have been performed and caution is recommended.

## Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenicity studies have not been performed with imatinib mesylate.

Positive genotoxic effects were obtained for imatinib in an *in vitro* mammalian cell assay (Chinese hamster ovary) for clastogenicity (chromosome aberrations) in the presence of metabolic activation. Two intermediates of the manufacturing process, which are also present in the final product, are positive for mutagenesis in the Ames assay. One of these intermediates was also positive in the mouse lymphoma assay. Imatinib was not genotoxic when tested in an *in vitro* bacterial cell assay (Ames test), an *in vitro* mammalian cell assay (mouse lymphoma) and an *in vivo* rat micronucleus assay.

In a study of fertility, in male rats dosed for 70 days prior to mating, testicular and epididymal weights and percent motile sperm were decreased at 60 mg/kg, approximately equal to the maximum clinical dose of 800 mg/day, based on body surface area. This was not seen at doses ≤20 mg/kg (one-fourth the maximum human dose of 800 mg). When female rats were dosed 14 days prior to mating and through to gestational day 6, there was no effect on mating or on number of pregnant females. At a dose of 60 mg/kg (approximately equal to the human dose of 800 mg), female rats had significant post-implantation fetal loss and a reduced number of live fetuses. This was not seen at doses ≤20 mg/kg (one-fourth the maximum human dose of 800 mg).

## Pregnancy

**Pregnancy Category D.** (See WARNINGS.)

## Nursing Mothers

It is not known whether imatinib mesylate or its metabolites are excreted in human milk. However, in lactating female rats administered 100 mg/kg, a dose approximately equal to the maximum clinical dose of 800 mg/day based on body surface area, imatinib and/or its metabolites were extensively excreted in milk. It is estimated that approximately 1.5% of a maternal dose is excreted into milk, which is equivalent to a dose to the infant of 30% the maternal dose per unit body weight. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants, women should be advised against breastfeeding while taking Gleevec.

## Pediatric Use

The safety and effectiveness of Gleevec in pediatric patients have not been established.

## Geriatric Use

In the clinical studies, approximately 40% of patients were older than 60 years and 10% were older than 70 years.  No difference was observed in the safety profile in patients older than 65 years as compared to younger patients, with the exception of a higher frequency of edema. (See PRECAUTIONS.)  The efficacy of Gleevec was similar in older and younger patients.

## ADVERSE REACTIONS

Complications of advanced CML and co-administered medications make causality of adverse events difficult to assess in single arm studies.

The majority of Gleevec-treated patients experienced adverse events at some time. Most events were of mild to moderate grade, but drug was discontinued for adverse events in 1% of patients in chronic phase, 2% in accelerated phase and 5% in blast crisis.

The most frequently reported drug-related adverse events were nausea, vomiting, edema, and muscle cramps (Table 2).  Edema was most frequently periorbital or in lower limbs and was managed with diuretics, other supportive measures, or by reducing the dose of Gleevec™ (imatinib mesylate). (See DOSAGE AND ADMINISTRATION.) The frequency of severe edema was 1%-5%.

A variety of adverse events represent local or general fluid retention including pleural effusion, ascites, pulmonary edema and rapid weight gain with or without superficial edema. These events appear to be dose related, were more common in the blast crisis and accelerated phase studies (where the dose was 600 mg/day), and are more common in the elderly.  These events were usually managed by interrupting Gleevec treatment and with diuretics or other appropriate supportive care measures.  However, a few of these events may be serious or life threatening, and one patient with blast crisis died with pleural effusion, congestive heart failure, and renal failure.

Adverse events, regardless of relationship to study drug, that were reported in at least 10% of the patients treated in the Gleevec studies are shown in Table 2.

### Table 2   Adverse Experiences Reported in Clinical Trials (≥10% of all patients in any trial)[1]

| | Myeloid Blast Crisis (n= 260) 600 mg n=223 400 mg n=37 (%) | | Accelerated Phase (n=235) 600 mg n=158 400 mg n=77 (%) | | Chronic Phase, IFN Failure (n=532) 400 mg (%) | |
|---|---|---|---|---|---|---|
| Preferred Term | All Grades | Grade 3/4 | All Grades | Grade 3/4 | All Grades | Grade 3/4 |
| Nausea | 68 | 3 | 68 | 5 | 55 | 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fluid retention | 67 | 10 | 68 | 6 | 52 | 2 |
| - Superficial edema | 63 | 5 | 66 | 4 | 51 | 1 |
| - Other fluid retention events[2] | 16 | 6 | 9 | 3 | 2 | 0.6 |
| Muscle cramps | 25 | 0.4 | 34 | 0.4 | 46 | 0.9 |
| Diarrhea | 39 | 3 | 49 | 4 | 33 | 0.9 |
| Vomiting | 49 | 3 | 54 | 3 | 28 | 0.9 |
| Hemorrhage | 48 | 16 | 35 | 8 | 13 | 0.4 |
| - CNS hemorrhage | 4 | 2 | 1 | 0.4 | 0.4 | 0.2 |
| - Gastrointestinal hemorrhage | 5 | 2 | 3 | 1 | 0.2 | 0 |
| Musculoskeletal pain | 37 | 8 | 39 | 7 | 27 | 1 |
| Skin rash | 32 | 4 | 39 | 4 | 36 | 3 |
| Headache | 24 | 4 | 26 | 2 | 28 | 0.2 |
| Fatigue | 24 | 2 | 33 | 3 | 25 | 0.2 |
| Arthralgia | 21 | 3 | 26 | 5 | 24 | 0.8 |
| Dyspepsia | 9 | 0 | 19 | 0 | 18 | 0 |
| Myalgia | 7 | 0 | 18 | 2 | 18 | 0.2 |
| Weight increase | 4 | 0.4 | 6 | 1 | 14 | 2 |
| Pyrexia | 38 | 7 | 35 | 7 | 14 | 1 |
| Abdominal pain | 23 | 5 | 26 | 2 | 20 | 0.2 |
| Cough | 12 | 0.8 | 22 | 0.9 | 9 | 0 |
| Dyspnea | 12 | 4 | 16 | 5 | 5 | 0.2 |
| Anorexia | 10 | 2 | 14 | 1 | 3 | 0 |
| Constipation | 13 | 1 | 13 | 0.9 | 4 | 0 |
| Nasopharyngitis | 5 | 0 | 10 | 0 | 9 | 0.2 |
| Night sweats | 10 | 0.8 | 10 | 1 | 8 | 0.2 |
| Pruritus | 6 | 1 | 10 | 0.4 | 9 | 0.6 |
| Epistaxis | 12 | 3 | 9 | 0 | 3 | 0 |
| Hypokalemia | 12 | 3 | 9 | 1 | 2 | 0 |
| Petechiae | 10 | 1 | 4 | 0.7 | 0.9 | 0 |
| Pneumonia | 10 | 5 | 7 | 5 | 1 | 0 |
| Weakness | 10 | 3 | 8 | 2 | 5 | 0.2 |

[1] All adverse events occurring in ≥10% of patients are listed regardless of suspected relationship to treatment.

[2] Other fluid retention events include pleural effusion, ascites, pulmonary edema, pericardial effusion, anasarca, edema aggravated, and fluid retention not otherwise specified.

## Hematologic Toxicity

Cytopenias, and particularly neutropenia and thrombocytopenia, were a consistent finding in all studies, with a higher frequency at doses ≥750 mg (Phase I study). The occurrence of cytopenias was also dependent on the stage of the disease, with a frequency of grade 3 or 4 neutropenia and thrombocytopenia between 2- and 3-fold higher in blast crisis and accelerated phase compared to chronic phase (see Table 3). The median duration of the neutropenic and thrombocytopenic episodes ranged usually from 2 to 3 weeks, and from 3 to 4 weeks, respectively. These events can usually be managed with either a reduction of the dose or an interruption of treatment with Gleevec, but in rare cases require permanent discontinuation of treatment.

## Hepatotoxicity

Severe elevation of transaminases or bilirubin occurred in 1.1%-3.5% (see Table 3) and were usually managed with dose reduction or interruption (the median duration of these episodes was approximately one week). Treatment was discontinued permanently because of liver laboratory abnormalities in less than 0.5% of patients. However, one patient, who was taking acetaminophen regularly for fever, died of acute liver failure.

## Adverse Effects in Subpopulations

With the exception of edema, where it was more frequent, there was no evidence of an increase in the incidence or severity of adverse events in older patients (≥65 years old). With the exception of a slight increase in the frequency of grade 1/2 periorbital edema, headache and fatigue in women, there was no evidence of a difference in the incidence or severity of adverse events between the sexes. No differences were seen related to race but the subsets were too small for proper evaluation.

**Table 3  Lab Abnormalities in Clinical Trials**

| | Myeloid Blast Crisis (n=260) 600 mg n=223 400 mg n=37 (%) | | Accelerated Phase (n=235) 600 mg n=158 400 mg n=77 (%) | | Chronic Phase, IFN Failure (n=532) 400 mg (%) | |
|---|---|---|---|---|---|---|
| | Grade 3 | Grade 4 | Grade 3 | Grade 4 | Grade 3 | Grade 4 |
| **Hematology Parameters** | | | | | | |
| • Neutropenia | 16 | 46 | 24 | 34 | 25 | 8 |
| • Thrombocytopenia | 27 | 31 | 30 | 12 | 16 | <1 |
| • Anemia | 40 | 10 | 31 | 5 | 4 | <1 |
| **Biochemistry Parameters** | | | | | | |
| • Elevated creatinine | 1.2 | 0 | 1.3 | 0 | 0 | 0 |
| • Elevated bilirubin | 3.5 | 0 | 1.7 | 0 | 0.4 | 0 |
| • Elevated alkaline phosphatase | 4.6 | 0 | 5.1 | 0.4 | 0.2 | 0 |
| • Elevated SGOT (AST) | 1.9 | 0 | 2.1 | 0 | 1.1 | 0 |
| • Elevated SGPT (ALT) | 2.3 | 0.4 | 3.0 | 0 | 1.7 | 0 |

CTC grades: neutropenia (grade 3 ≥0.5 - 1.0 x $10^9$/L), grade 4 <0.5 x $10^9$/L), thrombocytopenia (grade 3 ≥10 - 50 x $10^9$/L, grade 4 <10 x $10^9$/L), anemia (hemoglobin ≥65 - 80 g/L, grade 4 <65 g/L), elevated creatinine (grade 3 >3-6 x upper limit normal range (ULN), grade 4 >6 x ULN), elevated bilirubin (grade 3 >3-10 x ULN, grade 4 >10 x ULN), elevated alkaline phosphatase (grade 3 >5-20 x ULN, grade 4 >20 x ULN), elevated SGOT or SGPT (grade 3 >5-20 x ULN, grade 4 >20 x ULN)

## OVERDOSAGE

Experience with doses greater than 800 mg is limited. In the event of overdosage, the patient should be observed and appropriate supportive treatment given. An oral dose of 1200 mg/m²/day, approximately 2.5 times the human dose of 800 mg, based on body surface area, was not lethal to rats following 14 days of administration. A dose of 3600 mg/m²/day,

approximately 7.5 times the human dose of 800 mg, was lethal to rats after 7-10 administrations, due to general deterioration of the animals with secondary degenerative histological changes in many tissues.

# DOSAGE AND ADMINISTRATION

Therapy should be initiated by a physician experienced in the treatment of patients with chronic myeloid leukemia.

The recommended dosage of Gleevec™ (imatinib mesylate) is 400 mg/day for patients in chronic phase CML and 600 mg/day for patients in accelerated phase or blast crisis. The prescribed dose should be administered orally, once daily with a meal and a large glass of water.

Treatment should be continued as long as the patient continues to benefit.

Dose increase from 400 mg to 600 mg in patients with chronic phase disease, or from 600 mg to 800 mg (given as 400 mg twice daily) in patients in accelerated phase or blast crisis may be considered in the absence of severe adverse drug reaction and severe non-leukemia related neutropenia or thrombocytopenia in the following circumstances: disease progression (at any time); failure to achieve a satisfactory hematologic response after at least 3 months of treatment; loss of a previously achieved hematologic response.

## Dose Adjustment for Hepatotoxicity and Other Non-Hematologic Adverse Reactions

If a severe non-hematologic adverse reaction develops (such as severe hepatotoxicty or severe fluid retention), Gleevec should be withheld until the event has resolved. Thereafter, treatment can be resumed as appropriate depending on the initial severity of the event.

If elevations in bilirubin >3 x institutional upper limit of normal (IULN) or in liver transaminases >5 x IULN occur, Gleevec should be withheld until bilirubin levels have returned to a <1.5 x IULN and transaminase levels to $\leq$2.5 x IULN. Treatment with Gleevec may then be continued at a reduced daily dose (i.e., 400 mg - 300 mg or 600 mg - 400 mg).

## Hematologic Adverse Reactions

Dose reduction or treatment interruptions for severe neutropenia and thrombocytopenia are recommended as indicated in Table 4.

**Table 4    Dose Adjustments for Neutropenia and Thrombocytopenia**

| Chronic Phase CML (starting dose 400 mg) | ANC <1.0 x10$^9$/L and/or Platelets <50 x10$^9$/L | 1. Stop Gleevec until ANC ≥1.5 x10$^9$/L and platelets ≥75 x10$^9$/L 2. Resume treatment with Gleevec at dose of 400 mg 3. If recurrence of ANC <1.0 x10$^9$/L and/or platelets <50 x10$^9$/L, repeat step 1 and resume Gleevec at reduced dose of 300 mg |
| --- | --- | --- |

| Accelerated Phase CML and Blast Crisis (starting dose 600 mg) | [1]ANC <0.5 x10$^9$/L and/or Platelets <10 x10$^9$/L | 1. Check if cytopenia is related to leukemia (marrow aspirate or biopsy)<br>2. If cytopenia is unrelated to leukemia, reduce dose of Gleevec to 400 mg<br>3. If cytopenia persist 2 weeks, reduce further to 300 mg<br>4. If cytopenia persist 4 weeks and is still unrelated to leukemia, stop Gleevec until ANC ≥1 x10$^9$/L and platelets ≥20 x10$^9$/L and then resume treatment at 300 mg |
|---|---|---|

[1]occurring after at least 1 month of treatment

## Pediatric

The safety and efficacy of Gleevec in patients under the age of 18 years have not been established.

## HOW SUPPLIED

Each hard gelatin capsule contains 100 mg of imatinib free base.

**100 mg Capsules**

Orange to grayish orange opaque capsule with "NVR SI" printed in red ink.

Bottles of 120 capsules ............................................................................ NDC 0078-0373-66

## Storage

Store at 25°C (77°F); excursions permitted to 15°C-30°C (59°F-86°F).  [See USP Controlled Room Temperature]

Dispense in a tight container, USP.

MAY 2001                    Printed in U.S.A.                    T2001-14
                                                                89012401

 NOVARTIS

Manufactured by:
Novartis Pharma AG
Basle, Switzerland
Distributed by:
Novartis Pharmaceuticals Corporation
East Hanover, New Jersey  07936