NOVARTIS

Rick Knapp
Executive Director
State Government Affairs
Health Policy

Novartis Pharmaceuticals Corporation
State Government Affairs
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8421
Fax 973 781 6671

August 31, 2001

«Address»

«Salutation»:

## NEW PRODUCT INTRODUCTION
## ZOMETA® (zoledronic acid for injection)

Novartis Pharmaceuticals Corporation is pleased to announce the introduction of Zometa®, (zoledronic acid for injection) for the treatment of hypercalcemia of malignancy.

| PACKAGING INFORMATION | |
| --- | --- |
| NDC Number | 0078-0350-84 |
| Package Strength | 4 mg vial |
| Package Size | 1 vial per carton |
| *AWP** | *$856.38* |
| Wholesale Price | $713.65 |

*As used herein, the term AWP constitutes a reference for this Novartis product, set as a percentage above the price at which each product is offered generally to wholesalers. Not withstanding the inclusion of the term "price", in "Average Wholesaler Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Enclosed please find the package insert and FDA approval letter. Thank you for your cooperation, and if you have any questions or require additional information, please feel free to call Novartis State Government Affairs at (973) 781-8421.

Sincerely,

Rick Knapp, Executive Director
State Government Affairs



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
Rockville MD  20857

NDA 21-223

Novartis Pharmaceuticals Corporation
Attention: Ms. Eileen Ryan
Associate Director, Drug Regulatory Affairs
59 Route 10
East Hanover, NJ  07936-1080

Dear Ms. Ryan:

Please refer to your new drug application (NDA) dated and received December 21, 1999, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Zometa (zoledronic acid for injection).

We acknowledge receipt of your submissions dated September 14, 21, and 29, November 6, and December 13 and 21, 2000, and February 19, March 26 and 29, April 2, 9, 11, 25, and 30, May 3, June 1 and 12, July 10, and August 3, 17, and 20, 2001.  Your submission of February 19, 2001, constituted a complete response to our September 21, 2000, action letter.

This new drug application provides for the use of Zometa (zoledronic acid for injection) for the treatment of hypercalcemia of malignancy.

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed-upon draft labeling text submitted August 20, 2001, vial labels submitted August 3, 2001, and carton labels submitted August 20, 2001, for the treatment of hypercalcemia of malignancy when administered as a 4 mg dose over no less than 15 minutes.   Accordingly, the application is approved effective on the date of this letter.  The final printed labeling (FPL) must be identical to the submitted draft labeling.  Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit the FPL electronically  according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format - NDA* (January 1999).  Alternatively, you may submit 20 paper copies of the FPL as soon as it is available but no more than 30 days after it is printed.  Please individually mount ten of the copies on heavy-weight paper or similar material.  For administrative purposes, this submission should be designated "FPL for approved NDA 21-223."  Approval of this submission by FDA is not required before the labeling is used.

We remind you of your postmarketing study commitment in your submission dated August 17, 2001, in which you agree to conduct a pharmacokinetics and pharmacodynamic study of Zometa in patients with impaired renal function.  The study may be either single- or multiple-dose.  The final study report

NDA 21-223
Page 2

should be submitted within one month of the date of this letter.

Submit clinical protocols to your IND for this product. Submit study final reports to this NDA. In addition, under 21 CFR 314.81(b)(2)(vii) and 314.81(b)(2)(viii), you should include a status summary of the commitment in your annual report to this NDA. The status summary should include expected study completion and final report submission dates, any changes in plans since the last annual report, and, the number of patients entered into each study. All submissions, including supplements, relating to this postmarketing study commitment must be prominently labeled **"Postmarketing Study Protocol", "Postmarketing Study Final Report", or "Postmarketing Study Correspondence."**

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

As of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 *FR* 66632). On November 30, 1999, you requested a waiver from conducting pediatric studies for the indication, treatment of hypercalcemia of malignancy. The waiver was granted for patients ages 0 – 16 years on February 25, 2000.

Please submit three copies of the introductory promotional materials that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print. Please send one copy to the Division of Metabolic and Endocrine Drug Products and two copies of both the promotional materials and the package insert directly to:

> Division of Drug Marketing, Advertising, and Communications, HFD-42
> Food and Drug Administration
> 5600 Fishers Lane
> Rockville, Maryland 20857

Please submit one market package of the drug product when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

In addition we have concluded that the proposal to recommend an 8-mg intravenous dose for patients requiring retreatment of hypercalcemia of malignancy is approvable. The similar response rates following single infusions of 4-mg and 8-mg, the lack of a comparison arm in the retreatment portion of the two controlled, multicenter studies, and the increased risk of renal toxicity with the 8-mg dose compared to the 4-mg dose, do not support the safety and efficacy of the 8-mg dose for retreatment. A study demonstrating that the 8-mg dose is superior to the 4-mg dose in patients requiring retreatment and data to support the safety of the 8-mg dose would be necessary to support approval of the 8-mg dose for patients who require retreatment for hypercalcemia of malignancy.

Within 10 days after the date of this letter, you are required to amend the application, notify us of your

NDA 21-223
Page 3

intent to file an amendment, or follow one of your other options under 21 CFR 314.110. Any amendment should respond to all the deficiencies listed. We will not process a partial reply as a major amendment nor will the review clock be reactivated until all deficiencies have been addressed.

If you have any questions, call Randy Hedin, R.Ph., Senior Regulatory Management Officer, at (301) 827-6392.

Sincerely,

*{See appended electronic signature page}*

John K. Jenkins, M.D.
Director
Office of Drug Evaluation II
Center for Drug Evaluation and Research



NDA 21-223
Page 4

# Zometa®
(zoledronic acid for injection)
**For Intravenous Infusion**

Rx only

**Prescribing Information**

# DESCRIPTION

Zometa®, contains zoledronic acid, a bisphosphonic acid which is an inhibitor of osteoclastic bone resorption. Zoledronic acid is designated chemically as (1-Hydroxy-2-imidazol-1-yl-phosphonoethyl) phosphonic acid monohydrate and its structural formula is

$$PO_3H_2$$
$$OH \cdot H_2O$$
$$PO_3H_2$$

Zoledronic acid is a white crystalline powder. Its molecular formula is $C_5H_{10}N_2O_7P_2 \cdot H_2O$ and its molar mass is 290.1g/Mol. Zoledronic acid is highly soluble in 0.1N sodium hydroxide solution, sparingly soluble in water and 0.1N hydrochloric acid, and practically insoluble in organic solvents. The pH of a 0.7% solution of zoledronic acid in water is approximately 2.0.

Zometa® (zoledronic acid for injection) is available in vials as a sterile powder for reconstitution for intravenous infusion. Each vial contains 4.264 mg of zoledronic acid monohydrate, corresponding to 4 mg zoledronic acid on an anhydrous basis .

*Inactive Ingredients*: mannitol, USP, as bulking agent, and sodium citrate, USP, as buffering agent.

# CLINICAL PHARMACOLOGY

## General

The principal pharmacologic action of zoledronic acid is inhibition of bone resorption. Although the antiresorptive mechanism is not completely understood, several factors are thought to contribute to this action. *In vitro*, zoledronic acid inhibits osteoclastic activity and induces osteoclast apoptosis. Zoledronic acid also blocks the osteoclastic resorption of mineralized bone and cartilage through its binding to bone. Zoledronic acid inhibits the increased osteoclastic activity and skeletal calcium release induced by various stimulatory factors released by tumors.

## Pharmacokinetics

### Distribution

Single 5-minute or 15-minute infusions of 2, 4, 8 or 16 mg Zometa® (zoledronic acid for injection) were given to 32 patients with cancer and bone metastases. The post-infusion decline of zoledronic acid concentrations in plasma was consistent with a triphasic process, showing population half-lives of t $_{½α}$ 0.23 hours and t $_{½β}$ 1.75 hours for the early distribution and elimination of the drug, and a terminal elimination half-life t$_{½γ}$ of 167 hours describing the low concentrations in plasma observed up to 28 days post dose.

*In vitro* studies of zoledronic acid showed no affinity for the cellular components of human blood. Binding to human plasma proteins was low (approximately 22 %) and independent of the concentration of zoledronic acid.

Metabolism



NDA 21-223
Page 5

Zoledronic acid does not inhibit human P450 enzymes *in vitro*. Zoledronic acid does not undergo biotransformation *in vivo*. In animal studies, <3% of the administered intravenous dose was found in the feces, with the balance either recovered in the urine or taken up by bone, indicating that the drug is primarily eliminated intact via the kidney.

Excretion

In a study in patients with cancer and bone metastases (n=32), $44 \pm 18\%$ of the administered zoledronic acid dose was recovered in the urine within 24 hours. The balance, representing drug presumably bound to bone, is slowly released back into the systemic circulation, giving rise to the observed 167-hour terminal half-life in plasma. The area under the plasma concentration versus time curve of zoledronic acid was linearly related to dose, and the cumulative percent of drug excreted in the urine 0-24 hours was independent of dose. The $0 - 24$ hour renal clearance of zoledronic acid in these patients was $4.0 \pm 2.3$ L/h, and the plasma clearance, representing renal elimination plus uptake by bone, was $5.6 \pm 2.5$ L/h.

Zoledronic acid clearance was independent of dose, and not affected by body weight, body mass index, or gender. In a study in patients with cancer, increasing the infusion time of a 4 mg dose of zoledronic acid from 5 minutes (n=3) to 15 minutes (n=4) resulted in a 30% decrease in the zoledronic acid concentration at the end of the infusion ([mean $\pm$ SD] $393 \pm 100$ ng/mL vs $267 \pm 41$ ng/mL) and a 21% increase in the total AUC ($412 \pm 107$ ng/mL vs $496 \pm 212$ ng/mL).

Special Populations

Pharmacokinetic data in patients with hypercalcemia are not available.

*Pediatrics:* Pharmacokinetic data in pediatric patients are not available.

*Geriatrics:* The pharmacokinetics of zoledronic acid were not affected by age in patients with cancer and bone metastases who ranged in age from 40 years to 85 years.

*Race:* The pharmacokinetics of zoledronic acid were not affected by race in patients with cancer and bone metastases.

*Hepatic Insufficiency:* No clinical studies were conducted to evaluate the effect of hepatic impairment on the pharmacokinetics of zoledronic acid.

*Renal Insufficiency:* Pharmacokinetic data are not available for zoledronic acid in patients with severe renal impairment. In a pharmacokinetic study in patients with cancer and bone metastases (n=32) who had normal to moderately impaired renal function [mean baseline creatinine clearance of $81 \pm 30$ mL/min ($4.9 \pm 1.8$ L/h)], the renal clearance of zoledronic acid was found to closely correlate with creatinine clearance. On average, zoledronic acid clearance in these patients was $82 \pm 35\%$ of the creatinine clearance. (See PRECAUTIONS, Renal Insufficiency.)

## Pharmacodynamics

Clinical studies in patients with hypercalcemia of malignancy (HCM) showed that single-dose infusions of Zometa are associated with decreases in serum calcium and phosphorus and increases in urinary calcium and phosphorus excretion.

## Hypercalcemia of Malignancy

Osteoclastic hyperactivity resulting in excessive bone resorption is the underlying pathophysiologic derangement in hypercalcemia of malignancy (HCM, tumor-induced hypercalcemia) and metastatic bone disease. Excessive release of calcium into the blood as bone is resorbed results in polyuria and gastrointestinal disturbances, with progressive dehydration and decreasing glomerular filtration rate. This, in turn, results in increased renal resorption of calcium, setting up a cycle of worsening systemic hypercalcemia. Reducing excessive bone resorption and maintaining adequate fluid administration are, therefore, essential to the management of hypercalcemia of malignancy.

Patients who have hypercalcemia of malignancy can generally be divided into two groups according to the pathophysiologic mechanism involved: humoral hypercalcemia and hypercalcemia due to tumor invasion of bone. In humoral hypercalcemia, osteoclasts are activated and bone resorption is stimulated by factors such as parathyroid-hormone-related protein, which are elaborated by the tumor and circulate systemically. Humoral hypercalcemia usually occurs in squamous-cell malignancies of the lung or head and neck or in genitourinary tumors such as renal-cell carcinoma or ovarian cancer. Skeletal metastases may be absent or minimal in these patients.

NDA 21-223
Page 6

Extensive invasion of bone by tumor cells can also result in hypercalcemia due to local tumor products that stimulate bone resorption by osteoclasts. Tumors commonly associated with locally mediated hypercalcemia include breast cancer and multiple myeloma.

Total serum calcium levels in patients who have hypercalcemia of malignancy may not reflect the severity of hypercalcemia, since concomitant hypoalbuminemia is commonly present. Ideally, ionized calcium levels should be used to diagnose and follow hypercalcemic conditions; however, these are not commonly or rapidly available in many clinical situations. Therefore, adjustment of the total serum calcium value for differences in albumin levels (corrected serum calcium, CSC) is often used in place of measurement of ionized calcium; several nomograms are in use for this type of calculation (see DOSAGE AND ADMINISTRATION).

## Clinical Trials

Two identical multicenter, randomized, double-blind, double-dummy studies of Zometa 4 mg given as a 5-minute intravenous infusion or pamidronate 90 mg given as a 2-hour intravenous infusion were conducted in 185 patients with hypercalcemia of malignancy (HCM).  **NOTE:  Administration of Zometa 4 mg given as a 5-minute intravenous infusion has been shown to result in an increased risk of renal toxicity, as measured by increases in serum creatinine, which can progress to renal failure.  The incidence of renal toxicity and renal failure has been shown to be reduced when Zometa 4 mg is given as a 15-minute intravenous infusion.  Zometa should be administered by intravenous infusion over no less than 15 minutes.  (See WARNINGS and DOSAGE AND ADMINISTRATION. )** The treatment groups in the clinical studies were generally well balanced with regards to age, sex, race, and tumor types.  The mean age of the study population was 59 years; 81% were Caucasian, 15% were Black, and 4% were of other races.  Sixty percent of the patients were male.  The most common tumor types were lung, breast, head and neck, and renal.

In these studies, HCM was defined as a corrected serum calcium (CSC) concentration of ≥12.0 mg/dL (3.00 mmol/L).  The primary efficacy variable was the proportion of patients having a complete response, defined as the lowering of the CSC to ≤ 10.8 mg/dL (2.70 mmol/L) within 10 days after drug infusion.

To assess the effects of Zometa versus those of pamidronate, the two multicenter HCM studies were combined in a pre-planned analysis. The results of the primary analysis revealed that the proportion of patients that had normalization of corrected serum calcium by Day 10 were 88% and 70% for Zometa 4 mg and pamidronate 90 mg, respectively (p=0.002). **In these studies, no additional benefit was seen for Zometa 8 mg over Zometa 4 mg; however, the risk of renal toxicity of Zometa 8 mg was significantly greater than that seen with Zometa 4 mg.**



NDA 21-223
Page 7

## Figure



**Proportion of Complete Responders by Day 10 in Pooled HCM Studies**

P=0.002

Secondary efficacy variables from the pooled HCM studies included the proportion of patients who had normalization of corrected serum calcium (CSC) by Day 4; the proportion of patients who had normalization of CSC by Day 7; time to relapse of HCM; and duration of complete response. Time to relapse of HCM was defined as the duration (in days) of normalization of serum calcium from study drug infusion until the last CSC value <11.6 mg/dL (<2.90 mmol/L). Patients who did not have a complete response were assigned a time to relapse of 0 days. Duration of complete response was defined as the duration (in days) from the occurrence of a complete response until the last CSC ≤ 10.8 mg/dL (2.70 mmol/L). The results of these secondary analyses for Zometa 4 mg and pamidronate 90 mg are shown in Table 1.

**Table 1. Secondary Efficacy Variables in Pooled HCM Studies**

|  | Zometa® 4mg | | Pamidronate 90mg | |
|---|---|---|---|---|
| **Complete response** | N | Response rate | N | Response rate |
| **By Day 4** | 86 | 45.3% | 99 | 33.3% |
| **by Day 7** | 86 | 82.6%* | 99 | 63.6% |
| **Duration of response** | N | Median duration (days) | N | Median duration (days) |
| **Time to relapse** | 86 | 30* | 99 | 17 |
| **Duration of complete response** | 76 | 32 | 69 | 18 |

*P less than 0.05 vs. pamidronate 90 mg

## INDICATIONS AND USAGE

Zometa® (zoledronic acid for injection) is indicated for the treatment of hypercalcemia of malignancy.

Vigorous saline hydration, an integral part of hypercalcemia therapy, should be initiated promptly and an attempt should be made to restore the urine output to about 2 L/day throughout treatment. Mild or asymptomatic hypercalcemia may be treated with conservative measures (i.e., saline hydration, with or without loop diuretics). Patients should be hydrated adequately throughout the treatment, but overhydration, especially in those patients who have cardiac failure, must be avoided. Diuretic therapy should not be employed prior to correction of hypovolemia. The safety and efficacy of Zometa in the treatment of hypercalcemia associated with hyperparathyroidism or with other non-tumor-related conditions has not been established.



NDA 21-223
Page 8

# CONTRAINDICATIONS

Zometa® (zoledronic acid for injection) is contraindicated in patients with clinically significant hypersensitivity to zoledronic acid or other bisphosphonates, or any of the excipients in the formulation of Zometa.

# WARNINGS

**DUE TO THE RISK OF CLINICALLY SIGNIFICANT DETERIORATION IN RENAL FUNCTION, WHICH MAY PROGRESS TO RENAL FAILURE, SINGLE DOSES OF ZOMETA SHOULD NOT EXCEED 4 MG AND THE DURATION OF INFUSION SHOULD BE NO LESS THAN 15 MINUTES.**

Bisphosphonates, including Zometa® (zoledronic acid for injection), have been associated with renal toxicity manifest as deterioration of renal function and potential renal failure. In clinical trials, the risk for renal function deterioration (defined as an increase in serum creatinine) was significantly increased in patients who received Zometa over 5 minutes compared to patients who received the same dose over 15 minutes. In addition, the risk for renal function deterioration and renal failure was significantly increased in patients who received Zometa 8 mg, even when given over 15 minutes. Patients who receive Zometa should have standard laboratory and clinical parameters of renal function assessed prior to treatment and periodically after treatment to monitor for deterioration in renal function. (See PRECAUTIONS)

The following criteria should be applied in patients who require retreatment with Zometa for HCM and who experience a decrease in renal function after receiving Zometa:

- If patients have a normal serum creatinine prior to treatment with Zometa® but have an increase of 0.5 mg/dL within two weeks of their next dose, Zometa should be withheld until the serum creatinine is at least within 10% of their baseline value.

- If patients have an abnormal serum creatinine prior to treatment with Zometa® but have an increase of 1.0 mg/dL within two weeks of their next dose, Zometa should be withheld until the serum creatinine is at least within 10% of their baseline value.

The potential risk for renal failure with subsequent dosing with Zometa must be very carefully weighed against the potential benefits of treatment and other available treatment options and consideration should be given to whether potential benefit with Zometa outweighs possible risk.

# PRECAUTIONS

## *General*

Standard hypercalcemia-related metabolic parameters, such as serum levels of calcium, phosphate, and magnesium, as well as serum creatinine, should be carefully monitored following initiation of therapy with Zometa® (zoledronic acid for injection). If hypocalcemia, hypophosphatemia, or hypomagnesemia occurs, short-term supplemental therapy may be necessary.

Patients must be adequately rehydrated prior to administration of Zometa. Loop diuretics should not be used until the patient is adequately rehydrated and should be used with caution in combination with Zometa in order to avoid hypocalcemia.

Renal Insufficiency:

Limited clinical data are available regarding use of Zometa in patients with renal impairment. Zometa is excreted primarily via the kidney and the risk of adverse reactions, in particular renal adverse reactions, may be greater in patients with impaired renal function. Renal function should be closely monitored in all patients treated with Zometa.

Studies of Zometa in the treatment of hypercalcemia of malignancy excluded patients with serum creatinine ≥ 400 μmol/L or ≥ 4.5 mg/dL. No clinical or pharmacokinetics data are available to guide dose selection or to provide guidance on how to safely use Zometa in patients with severe renal impairment. Zometa should be used in patients with severe renal impairment only if the expected clinical benefits outweigh the risk of renal failure and after considering other available treatment options. (See WARNINGS.)

In any patient requiring repeated administration of Zometa for hypercalcemia of malignancy, serum creatinine must be evaluated prior to each dose. Patients with evidence of deterioration in renal function should be appropriately evaluated and consideration should be given as to whether the potential benefit of continued treatment with Zometa outweighs the possible risk. (See WARNINGS.)

Hepatic Insufficiency:

Only limited clinical data are available for use of Zometa to treat hypercalcemia of malignancy in patients with hepatic insufficiency, and these data are not adequate to provide guidance on dosage selection or how to safely use Zometa in these patients.

Patients with Asthma:

While not observed in clinical trials with Zometa, administration of other bisphosphonates has been associated with bronchoconstriction in aspirin-sensitive asthmatic patients. Zometa should be used with caution in patients with aspirin-sensitive asthma.

## Laboratory Tests

Serum calcium, electrolytes, phosphate, magnesium and creatinine, and CBC, differential, and hematocrit/hemoglobin must be closely monitored in patients treated with Zometa . (See WARNINGS, PRECAUTIONS, and ADVERSE REACTIONS.)

## Drug Interactions

*In vitro* studies indicate that zoledronic acid is approximately $22 \pm 11\%$ bound to plasma proteins. *In vitro* studies also indicate that zoledronic acid does not inhibit microsomal CYP450 enzymes. However, no *in vivo* drug interaction studies have been performed.

Caution is advised when bisphosphonates are administered with aminoglycosides, since these agents may have an additive effect to lower serum calcium level for prolonged periods. This has not been reported in Zometa clinical trials. Caution should also be exercised when Zometa is used in combination with loop diuretics due to an increased risk of hypocalcemia.

## Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis: Standard lifetime carcinogenicity bioassays were conducted in mice and rats. Mice were given oral doses of zoledronic acid of 0.1, 0.5, or 2.0 mg/kg/day. There was an increased incidence of Harderian gland adenomas in males and females in all treatment groups (at doses ≥ 0.002 times a human intravenous dose of 4 mg, based on a comparison of relative body surface areas). Rats were given oral doses of zoledronic acid of 0.1, 0.5, or 2.0 mg/kg/day. No increased incidence of tumors was observed (at doses ≤ 0.2 times the human intravenous dose of 4 mg, based on a comparison of relative body surface areas).

Mutagenesis: Zoledronic acid was not genotoxic in the Ames bacterial mutagenicity assay, in the Chinese hamster ovary cell assay, or in the Chinese hamster gene mutation assay, with or without metabolic activation. Zoledronic acid was not genotoxic in the *in vivo* rat micronucleus assay.

Impairment of Fertility: Female rats were given subcutaneous doses of zoledronic acid of 0.01, 0.03, or 0.1 mg/kg/day beginning 15 days before mating and continuing through gestation. Effects observed in the high-dose group (with systemic exposure of 1.2 times the human systemic exposure following an intravenous dose of 4 mg, based on AUC comparison) included inhibition of ovulation and a decrease in the number of pregnant rats. Effects observed in both the mid-dose group (with systemic exposure of 0.2 times the human systemic exposure following an intravenous dose of 4 mg, based on an AUC comparison) and high–dose group included an increase in preimplantation losses and a decrease in the

number of implantations and live fetuses.

## Pregnancy Category C

In female rats given subcutaneous doses of zoledronic acid of 0.01, 0.03, or 0.1 mg/kg/day beginning 15 days before mating and continuing through gestation, the number of stillbirths was increased and survival of neonates was decreased in the mid- and high-dose groups ($\geq$ 0.2 times the human systemic exposure following an intravenous dose of 4 mg, based on an AUC comparison). Adverse maternal effects were observed in all dose groups (with a systemic exposure of $\geq$ 0.07 times the human systemic exposure following an intravenous dose of 4 mg, based on an AUC comparison) and included dystocia and periparturient mortality in pregnant rats allowed to deliver. Maternal mortality may have been related to drug-induced inhibition of skeletal calcium mobilization, resulting in periparturient hypocalcemia. This appears to be a bisphosphonate class effect.

In pregnant rats given a subcutaneous dose of zoledronic acid of 0.1, 0.2, or 0.4 mg/kg/day during gestation, adverse fetal effects were observed in the mid- and high-dose groups (with systemic exposures of 2.4 and 4.8 times, respectively, the human systemic exposure following an intravenous dose of 4 mg, based on an AUC comparison). These adverse effects included increases in pre- and post-implantation losses, decreases in viable fetuses, and fetal skeletal, visceral, and external malformations. Fetal skeletal effects observed in the high-dose group included unossified or incompletely ossified bones, thickened, curved or shortened bones, wavy ribs, and shortened jaw. Other adverse fetal effects observed in the high-dose group included reduced lens, rudimentary cerebellum, reduction or absence of liver lobes, reduction of lung lobes, vessel dilation, cleft palate, and edema. Skeletal variations were also observed in the low-dose group (with systemic exposure of 1.2 times the human systemic exposure following an intravenous dose of 4 mg, based on an AUC comparison). Signs of maternal toxicity were observed in the high-dose group and included reduced body weights and food consumption.

In pregnant rabbits given subcutaneous doses of zoledronic acid of 0.01, 0.03, or 0.1 mg/kg/day during gestation ($\leq$ 0.5 times the human intravenous dose of 4 mg, based on a comparison of relative body surface areas), no adverse fetal effects were observed. Maternal mortality and abortion occurred in all treatment groups (at doses $\geq$ 0.05 times the human intravenous dose of 4 mg, based on a comparison of relative body surface areas). Adverse maternal effects were associated with, and may have been caused by, drug–induced hypocalcemia.

There are no adequate and well-controlled studies in pregnant women. Zometa should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

## Nursing Mothers

It is not known whether Zometa is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when Zometa is administered to a nursing woman.

## Pediatric Use

The safety and effectiveness of Zometa in pediatric patients have not been established.

## Geriatric Use

Clinical studies of Zometa in hypercalcemia of malignancy included 34 patients who were 65 years of age or older No significant differences in response rate or adverse reactions were seen in geriatric

patients receiving Zometa as compared to younger patients.   However, because of the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy in elderly patients, Zometa should be administered with caution in this patient population.

## ADVERSE REACTIONS

Adverse reactions to Zometa® (zoledronic acid for injection) are usually mild and transient and similar to those reported for other bisphosphonates.  Intravenous administration has been most commonly associated with fever.  Occasionally, patients experience a flu-like syndrome consisting of fever, chills, bone pain and/or arthralgias, and myalgias. Gastrointestinal reactions such as nausea and vomiting have been reported following intravenous infusion of Zometa.  Local reactions at the infusion site, such as redness or swelling, were observed infrequently. In most cases, no specific treatment is required and the symptoms subside after 24-48 hours.

Rare cases of rash, pruritis, and chest pain have been reported following treatment with Zometa.

As with other bisphosphonates, cases of conjunctivitis and hypomagnesemia have been reported following treatment with Zometa.

Grade 3 and Grade 4 laboratory abnormalities for serum creatinine, serum calcium, serum phosphorous, and serum magnesium observed in two clinical trials of Zometa in patients with HCM are shown in Table 2.

**Table 2: Grade 3-4 Laboratory Abnormalities for Serum Creatinine, Serum Calcium Serum Phosphorous, and Serum Magnesium in Two Clinical Trials In Patients with HCM.**

| Laboratory Parameter | Grade 3 | | | | Grade 4 | | | |
|---|---|---|---|---|---|---|---|---|
| | Zometa® 4 mg | | Pamidronate 90 mg | | Zometa® 4 mg | | Pamidronate 90 mg | |
| | n/N | (%) | n/N | (%) | n/N | (%) | n/N | (%) |
| Serum Creatinine[1] | 2/86 | (2.3%) | 3/100 | (3.0%) | 0/86 | -- | 1/100 | (1.0%) |
| Hypocalcemia[2] | 1/86 | (1.2%) | 2/100 | (2.0%) | 0/86 | -- | 0/100 | -- |
| Hypophosphatemia[3] | 36/70 | (51.4%) | 27/81 | (33.3%) | 1/70 | (1.4%) | 4/81 | (4.9%) |
| Hypomagnesemia[4] | 0/71 | -- | 0/84 | -- | 0/71 | -- | 1/84 | (1.2%) |

[1] Grade 3 (>3xUpper limit of Normal); Grade 4 (>6xUpper limit of Normal)
[2] Grade 3 (<7 mg/dL); Grade 4 (<6 mg/dL)
[3] Grade 3 (<2 mg/dL); Grade 4 (<1 mg/dL)
[4] Grade 3 (<0.8 mEq/L); Grade 4 (<0.5 mEq/L)

. Table 3 provides adverse events that were reported by 10% or more of the 189 patients treated with Zometa 4 mg or pamidronate 90 mg from the two controlled multi-center HCM trials. Adverse events are listed regardless of presumed causality to study drug



NDA 21-223
Page 12

**Table 3: Percentage of Patients with Adverse Events ≥10%**
**Reported in Hypercalcemia of Malignancy Clinical Trials By Body System**

| | Zometa® 4 mg n (%) | Pamidronate 90 mg n (%) |
|---|---|---|
| **Patients Studied** | | |
| Total no. of patients studied | 86 (100) | 103 (100) |
| Total no. of patients with any AE | 81 (94.2) | 95 (92.2) |
| Body as a Whole | | |
|    Fever | 38 (44.2) | 34 (33.0) |
|    Progression of Cancer | 14 (16.3) | 21 (20.4) |
| Digestive | | |
|    Nausea | 25 (29.1) | 28 (27.2) |
|    Constipation | 23 (26.7) | 13 (12.6) |
|    Diarrhea | 15 (17.4) | 17 (16.5) |
|    Abdominal Pain | 14 (16.3) | 13 (12.6) |
|    Vomiting | 12 (14.0) | 17 (16.5) |
|    Anorexia | 8 (9.3) | 14 (13.6) |
| Cardiovascular | | |
|    Hypotension | 9 (10.5) | 2 (1.9) |
| Hemic and Lymphatic System | | |
|    Anemia | 19 (22.1) | 18 (17.5) |
| Infections | | |
|    Moniliasis | 10 (11.6) | 4 (3.9) |
| Laboratory Abnormalities | | |
|    Hypophosphatemia | 11 (12.8) | 2 (1.9) |
|    Hypokalemia | 10 (11.6) | 16 (15.5) |
|    Hypomagnesemia | 9 (10.5) | 5 (4.9) |
| Musculoskeletal | | |
|    Skeletal Pain | 10 (11.6) | 10 (9.7) |
| Nervous | | |
|    Insomnia | 13 (15.1) | 10 (9.7) |
|    Anxiety | 12 (14.0) | 8 (7.8) |
|    Confusion | 11 (12.8) | 13 (12.6) |
|    Agitation | 11 (12.8) | 8 (7.8) |
| Respiratory | | |
|    Dyspnea | 19 (22.1) | 20 (19.4) |
|    Coughing | 10 (11.6) | 12 (11.7) |
| Urogenital | | |
|    Urinary Tract Infection | 12 (14.0) | 15 (14.6) |

The following adverse events from the two controlled multi-center HCM trials (n=189) were reported by a greater percentage of patients treated with Zometa 4 mg than with pamidronate 90 mg and occurred with a frequency of greater than or equal to 5% but less than 10%. Adverse events are listed regardless of presumed causality to study drug.

**Body as a Whole:**  asthenia, chest pain, leg edema, mucositis, metastases

**Digestive System:**  dysphagia

**Hemic and Lymphatic System:**  granulocytopenia, thrombocytopenia, pancytopenia

NDA 21-223
Page 13

**Infection:** non-specific infection

**Laboratory Abnormalities:** hypocalcemia

**Metabolic and Nutritional:** dehydration

**Musculoskeletal:** arthralgias

**Nervous System:** headache, somnolence

**Respiratory System:** pleural effusion

**NOTE: In the HCM clinical trials, pamidronate 90 mg was given as a 2-hour intravenous infusion. The relative safety of pamidronate 90 mg given as a 2-hour intravenous infusion compared to the same dose given as a 24-hour intravenous infusion has not been adequately studied in controlled clinical trials.**

## OVERDOSAGE

There is no experience of acute overdose with Zometa® (zoledronic acid for injection). Two patients received Zometa 32 mg over 5 minutes in clinical trials. Neither patient experienced any clinical or laboratory toxicity. Overdosage may cause clinically significant hypocalcemia, hypophosphatemia, and hypomagnesemia. Clinically relevant reductions in serum levels of calcium, phosphorus, and magnesium should be corrected by intravenous administration of calcium gluconate, potassium or sodium phosphate, and magnesium sulfate, respectively.

In controlled clinical trials, administration of Zometa 4 mg as an intravenous infusion over 5 minutes has been shown to increase the risk of renal toxicity compared to the same dose administered as a 15-minute intravenous infusion. In controlled clinical trials, Zometa 8 mg has been shown to be associated with an increased risk of renal toxicity compared to Zometa 4 mg, even when given as a 15-minute intravenous infusion, and was not associated with added benefit in patients with hypercalcemia of malignancy. **Single doses of Zometa should not exceed 4 mg and the duration of the intravenous infusion should be no less than 15 minutes. (See WARNINGS.)**

## DOSAGE AND ADMINISTRATION

Consideration should be given to the severity of, as well as the symptoms of, tumor-induced hypercalcemia when considering use of Zometa® (zoledronic acid for injection). Vigorous saline hydration alone may be sufficient to treat mild, asymptomatic hypercalcemia.

The maximum recommended dose of Zometa in hypercalcemia of malignancy (albumin-corrected serum calcium* $\geq$12 mg/dL (3.0 mmol/L)) is 4 mg. The 4-mg dose must be given as a single-dose intravenous infusion over **no less than 15 minutes.**

Patients should be adequately rehydrated prior to administration of Zometa. (See WARNINGS and PRECAUTIONS.)

Retreatment with Zometa 4 mg, may be considered if serum calcium does not return to normal or remain normal after initial treatment. It is recommended that a minimum of 7 days elapse before retreatment, to allow for full response to the initial dose.     Renal function must be carefully monitored in all patients receiving Zometa and possible deterioration in renal function must be assessed prior to retreatment with Zometa (See WARNINGS and PRECAUTIONS.)

*Albumin-corrected serum calcium (Cca, mg/dL) = Ca + 0.8 (mid-range albumin-measured albumin in mg/dL).

**Preparation of Solution**

Zometa is reconstituted by adding 5 mL of Sterile Water for Injection, USP, to each vial. The resulting solution allows for withdrawal of 4 mg of zoledronic acid. The drug must be completely dissolved before the solution is withdrawn.

The maximum recommended 4 mg-dose must be further diluted in 100 mL of sterile 0.9% Sodium Chloride, USP, or 5% Dextrose Injection, USP. The dose must be given as a single intravenous infusion over no less than 15 minutes.



NDA 21-223
Page 14

If not used immediately after reconstitution, for microbiological integrity, the solution should be refrigerated at 36°- 46°F (2-8°C). The total time between reconstitution, dilution, storage in the refrigerator, and end of administration must not exceed 24 hours.

**Zometa must not be mixed with calcium-containing infusion solutions, such as Lactated Ringer's solution, and should be administered as a single intravenous solution in a line separate from all other drugs.**

***Method of Administration*** **DUE TO THE RISK OF CLINICALLY SIGNIFICANT DETERIORATION IN RENAL FUNCTION, WHICH MAY PROGRESS TO RENAL FAILURE, SINGLE DOSES OF ZOMETA SHOULD NOT EXCEED 4 MG AND THE DURATION OF INFUSION SHOULD BE NO LESS THAN 15 MINUTES. (SEE WARNINGS)**

There must be strict adherence to the intravenous administration recommendations for Zometa in order to decrease the risk of deterioration in renal function.

*Note*: **Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit.**

## HOW SUPPLIED

Each vial contains 4.264 mg zoledronic acid monohydrate, corresponding to 4 mg zoledronic acid on an anhydrous basis, 220 mg of mannitol, USP and 24 mg of sodium citrate, USP.

Carton of 1 vial          NDC 0078-0350-84

Store at 25°C (77°F); excursions permitted to 15°C – 30°C (59°F – 86°F)

Manufactured by Novartis Pharma AG Basle, Switzerland

For Novartis Pharmaceuticals Corporation, East Hanover, NJ 07936

Novartis Pharmaceuticals Corporation
State Government Affairs
One Health Plaza
East Hanover, NJ 07936-1080

Tel   973 781 8421
Fax  973 781 6671

# NOVARTIS

February 1, 2002

«Address»

«Salutation»:

## NEW PRODUCT INTRODUCTION
### Elidel® (pimercrolimus) Cream 1%

Novartis Pharmaceuticals Corporation is pleased to announce the introduction of Elidel® (pimecrolimus), a new drug approved by FDA on December 14, 2001. This new product is indicated for the treatment of mild to moderate atopic dermatitis in patients 2 years of age and older in whom the use of alternative, conventional therapies is deemed inadvisable because of potential risks, inadequate response, or intolerance.   (See full prescribing information attached.) Elidel will be available in 15, 30 and 100 gram tube sizes. This new medication will be available by prescription only. Please add the following information to your system.

| TUBE SIZE | 15 GRAM TUBE | 30 GRAM TUBE | 100 GRAM TUBE |
|---|---|---|---|
| NDC Number | 0078-0375-40 | 0078-0375-46 | 0078-0375-63 |
| Wholesale Price | $20.85 | $39.60 | $125.00 |
| AWP* (expected) | $25.02 | $47.52 | $150.00 |

*As used herein, the term "AWP" constitutes a reference for this Novartis product, set as a percentage above the price at which the product is offered generally to wholesalers.  Notwithstanding the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Enclosed please find the package insert and FDA approval letter. Thank you for your cooperation. If you have any questions or require additional information, please feel free to contact me at 973-781-8421.

Sincerely,

Rick Knapp

Rick Knapp
Executive Director,
State Government Affairs



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                Public Health Service

Food and Drug Administration
Rockville MD  20857

NDA 21-302

Novartis Pharmaceuticals Corporation
Attention: James L. DeMartino, Ph.D.
Associate Director, Drug Regulatory Affairs
59 Route 10
East Hanover, New Jersey 07936-1080

Dear Dr. DeMartino:

Please refer to your new drug application (NDA) dated December 15, 2000, received December 15, 2000, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Elidel (pimecrolimus) Cream, 1%.

This letter amends the letter dated December 13, 2001, to correct administrative issues with this application.

We acknowledge receipt of your submissions dated February 15 and 23, March 8 and 13, April 30, May 21, 23, 24 and 29, June 1, 6, 7, 13 and 19, July 6 and 12, August 7, September 10, 11 and 12, October 8, 9 (2), 10, 11, 22, 29, and 30 (2) and November 1 and 28, December 10 and 13 (2) 2001.

This new drug application provides for the use of Elidel (pimecrolimus) Cream, 1%, for short-term and intermittent long-term therapy in the treatment of *mild to moderate* atopic dermatitis in non-immunocompromised patients 2 years of age and older, in whom the use of alternative, conventional therapies is deemed inadvisable because of potential risks, or in the treatment of patients who are not adequately responsive to or intolerant of alternative, conventional therapies.

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use in patients ages 2 and above as recommended in the agreed upon enclosed labeling text, submitted December 13, 2001.  Accordingly, the application is approved effective on December 13, 2001.

The final printed labeling (FPL) must be identical to the enclosed labeling (text for the package insert, text for the patient package insert, immediate container and carton labels).  Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit 20 paper copies of the FPL as soon as it is available, in no case more than 30 days after it is printed.  Please individually mount ten of the copies on heavy-weight paper or similar material.  Alternatively, you may submit the FPL electronically according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format - NDAs* (January 1999).  For administrative

NDA 21-302
Page 2

purposes, this submission should be designated "FPL for approved NDA 21-301." Approval of this submission by FDA is not required before the labeling is used.

We remind you of your post marketing commitments specified in your submission dated December 13, 2001. These commitments, along with any completion dates agreed upon, are listed below.

1.  a.  The preclinical rodent studies found an increased risk for lymphoma and follicular cell thyroid adenoma in the studies evaluating an oral formulation of pimecrolimus. We agree to conduct a registry study of pediatric patients (aged 2-17, with emphasis on the younger ages) with atopic dermatitis followed through adulthood for those who have long-term intermittent treatment with Elidel (pimecrolimus) 1% Cream to assess the risk of developing systemic malignancies.

      Study proposal for review: April 30, 2002
      Report: Every 5 years after the division reviews and accepts the proposal and the study is initiated. Data will be submitted with NDA annual report.

    b.  A preclinical mouse photocarcinogenicity study showed an accelerated rate of development of cutaneous malignancies. We agree to conduct a registry or case-controlled study of sun-exposed adult patients, aged 40 and above, with atopic dermatitis, who have long-term intermittent treatment with Elidel (pimecrolimus) 1 % Cream to assess the risk of developing cutaneous malignancies.

      Study proposal for review: June 30, 2002
      Report: Every 5 years after the division reviews and accepts the proposal and the study is initiated. Data will be submitted with NDA annual report.

2.    We agree to establish a pregnancy registry to assess the relationship of pimecrolimus cream to spontaneous abortions to determine if the signal in the clinical studies is a valid one. This could be waived by FDA if an acceptable preclinical dermal embryofetal study is performed with continuous dermal drug exposure and found to be negative.

    Draft preclinical protocol: April 30, 2002
    Study Report: 1 year after the Division reviews and agrees to the protocol (est. June 30, 2003)

    Proposal for pregnancy registry: September 30, 2002
    Initiation of registry: June 30, 2003 (unless waived by FDA
    Report: Yearly, in NDA annual report

3.    We agree to study pimecrolimus cream in immunocompromised patients, who have atopic dermatitis, both for efficacy and safety.

    Protocol for review: April 30, 2002
    Study report: 2 years after the Division reviews and agrees to the protocol (est.June 30,

NDA 21-302
Page 3

2004)

Submit clinical protocols to your IND for this product. Submit nonclinical and chemistry, manufacturing, and controls protocols and all study final reports to this NDA. In addition, under 21 CFR 314.81(b)(2)(vii) and 314.81 (b)(2)(viii), you should include a status summary of each commitment in your annual report to this NDA. The status summary should include expected summary completion and final report submission dates, any changes in plans since the last annual report, and, for clinical studies, number of patients entered into each study. All submissions, including supplements, relating to these postmarketing study commitments must be prominently labeled **"Postmarketing Study Protocol", "Postmarketing Study Final Report", or "Postmarketing Study correspondence."**

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 *FR* 66632). We note that you have fulfilled the pediatric study requirement at this time.

In addition, please submit three copies of the introductory promotional materials that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print. Please submit one copy to this Division and two copies of both the promotional materials and the package insert directly to:

Division of Drug Marketing, Advertising, and Communications, HFD-42
Food and Drug Administration
5600 Fishers Lane
Rockville, Maryland 20857

Please submit one market package of the drug product when it is available.

NDA 21-302
Page 4

We remind you that you must comply with the requirements for an approved NDA set forth under
21 CFR 314.80 and 314.81.

If you have any questions, call Millie Wright, Project Manager, at (301) 827-2020.

Sincerely,

Jonca C. Bull, M.D.
Acting Director
Office of Drug Evaluation V, HFD 105
Center for Drug Evaluation and Research

Enclosure

NDA 21-302
Page 5

**Elidel®**
**(pimecrolimus) Cream 1%**

FOR DERMATOLOGIC USE ONLY
NOT FOR OPHTHALMIC USE

**Rx only**
**Prescribing Information**

## DESCRIPTION

Elidel® (pimecrolimus) Cream 1% contains the compound pimecrolimus, the 33-epi-chloro-derivative of the macrolactam ascomycin.

Chemically, pimecrolimus is (1R,9S,12S,13R,14S,17R,18E,21S,23S,24R,25S,27R)-12-[(1E)-2-{(1R,3R,4S)-4-chloro-3-methoxycyclohexyl}-1-methylvinyl]-17-ethyl-1,14-dihydroxy-23,25-dimethoxy-13,19,21,27-tetramethyl-11,28-dioxa-4-aza-tricyclo[22.3.1.0$^{4,9}$]octacos-18-ene-2,3,10,16-tetraone.

The compound has the empirical formula $C_{43}H_{68}ClNO_{11}$ and the molecular weight of 810.47. The structural formula is:



Pimecrolimus is a white to off-white fine crystalline powder. It is soluble in methanol and ethanol and insoluble in water.

Each gram of Elidel Cream 1% contains 10 mg of pimecrolimus in a whitish cream base of benzyl alcohol, cetyl alcohol, citric acid, mono- and di-glycerides, oleyl alcohol, propylene glycol, sodium cetostearyl sulphate, sodium hydroxide, stearyl alcohol, triglycerides, and water.

NDA 21-302
Page 6

## CLINICAL PHARMACOLOGY

### Mechanism of Action/Pharmacodynamics

The mechanism of action of pimecrolimus in atopic dermatitis is not known. While the following have been observed, the clinical significance of these observations in atopic dermatitis is not known. It has been demonstrated that pimecrolimus binds with high affinity to macrophilin-12 (FKBP-12) and inhibits the calcium-dependent phosphatase, calcineurin. As a consequence, it inhibits T cell activation by blocking the transcription of early cytokines. In particular, pimecrolimus inhibits at nanomolar concentrations Interleukin-2 and interferon gamma (Th1-type) and Interleukin-4 and Interleukin-10 (Th2-type) cytokine synthesis in human T cells. In addition, pimecrolimus prevents the release of inflammatory cytokines and mediators from mast cells in vitro after stimulation by antigen/IgE.

### Pharmacokinetics

#### Absorption

In adult patients being treated for atopic dermatitis (13-62% Body Surface Area (BSA) involvement) for periods up to a year, blood concentrations of pimecrolimus are routinely either at or below the limit of quantification of the assay (<0.5ng/ml). In those subjects with detectable blood levels they are routinely < 2ng/ml and show no sign of drug accumulation with time. Because of the low systemic absorption of pimecrolimus following topical application the calculation of standard pharmacokinetic measures such as AUC, Cmax, $T_{1/2}$, etc cannot be reliably done.

#### Distribution

In vitro studies of the protein binding of pimecrolimus indicate that it is 74 – 87% bound to plasma proteins.

#### Metabolism

Following the administration of a single oral radiolabeled dose of pimecrolimus numerous circulating O-demethylation metabolites were seen. Studies with human liver microsomes indicate that pimecrolimus is metabolized in vitro by the CYP3A sub-family of metabolizing enzymes. No evidence of skin mediated drug metabolism was identified in vivo using the minipig or in vitro using stripped human skin.

#### Elimination

Based on the results of the aforementioned radiolabeled study, following a single oral dose of pimecrolimus ~81% of the administered radioactivity was recovered, primarily in the feces (78.4%) as metabolites. Less than 1% of the radioactivity found in the feces was due to unchanged pimecrolimus.

### Special Populations

#### Pediatrics

The systemic exposure to pimecrolimus from Elidel 1% Cream was investigated in 26 pediatric patients with atopic dermatitis (20-69% BSA involvement) between the ages of 2 to 14yrs. Following twice daily application for three weeks, blood concentrations of pimecrolimus were consistently low (< 3ng/ml), with the majority of the blood samples being below the limit of quantification (0.5ng/ml). However, the children (20 children out of total

NDA 21-302
Page 7

23 children investigated) had at least one detectable blood level as compared to the adults (13 adults out of total 25 adults investigated) over a 3-week treatment period. Due to the low and erratic nature of the blood levels observed, no correlation could be made between amount of cream, degree of BSA involvement, and blood concentrations. In general, the blood concentrations measured in adult atopic dermatitis patients were comparable to those seen in the pediatric population.

In a second group of 22 pediatric patients aged 3 to 23 months with 10-92% BSA involvement, a higher proportion of detectable blood levels was seen ranging from 0.1 ng/mL to 2.6 ng/mL (limit of quantification 0.1 ng/mL). This increase in the absolute number of positive blood levels may be due to the larger surface area to body mass ratio seen in these younger subjects. In addition, a higher incidence of upper respiratory symptoms/infections was also seen relative to the older age group in the PK studies. At this time a causal relationship between these findings and ELIDEL use cannot be ruled out. Use of ELIDEL in this population is not recommended. (See **Pediatric Use Section**)

### Renal Insufficiency

The effect of renal insufficiency on the pharmacokinetics of topically administered pimecrolimus has not been evaluated. Given the very low systemic exposure of pimecrolimus via the topical route, no change in dosing is required.

### Hepatic Insufficiency

The effect of hepatic insufficiency on the pharmacokinetics of topically administered pimecrolimus has not been evaluated. Given the very low systemic exposure of pimecrolimus via the topical route, no change in dosing is required.

### CLINICAL STUDIES

Three randomized, double-blind, vehicle-controlled, multi-center, phase 3 studies were conducted in 1335 pediatric patients ages 3 months–17 years old to evaluate Elidel Cream for the treatment of mild to moderate atopic dermatitis. Two of the three trials support the use of Elidel Cream in patients 2 years and older with mild to moderate atopic dermatitis (See **Pediatric Use Section**). Three other trials provided additional data regarding the safety of Elidel cream in the treatment of atopic dermatitis. Two of these other trials were vehicle controlled with optional sequential use of a medium potency topical corticosteroid in pediatric patients and one trial was an active comparator trial in adult patients with atopic dermatitis (See **Pediatric Use and Adverse Events Sections**).

Two identical 6-week, randomized, vehicle-controlled, multi-center, phase 3 trials were conducted to evaluate Elidel® (pimecrolimus) Cream 1% for the treatment of mild to moderate atopic dermatitis. A total of 403 pediatric patients 2-17 years old were included in the studies. The male/female ratio was approximately 50% and 29% of the patients were African American. At study entry, 59% of patients had moderate disease and the mean body surface area (BSA) affected was 26%. About 75% of patients had atopic dermatitis affecting the face and/or neck region. In these studies, patients applied either Elidel Cream or vehicle cream twice daily to 5% to 96% of their BSA for up to 6 weeks. At endpoint, based on the physician's global evaluation of clinical response, 35% of patients treated with Elidel Cream were clear or almost clear of signs of atopic dermatitis compared to only 18% of vehicle-treated patients. More Elidel patients (57%) had mild or no pruritus at 6 weeks compared to vehicle patients (34%). The improvement in pruritus occurred in conjunction with the improvement of the patients' atopic dermatitis.

In these two 6-week studies of Elidel, the combined efficacy results at endpoint are as follows:

NDA 21-302
Page 8

|  | % Patients | |
| --- | --- | --- |
|  | Elidel (N= 267) | Vehicle (N= 136) |
| Global Assessment | | |
| Clear | 28 (10%) | 5 ( 4%) |
| Clear or Almost Clear | 93 (35%) | 25 (18%) |
| Clear to Mild Disease | 180 (67%) | 55 (40%) |

In the two pediatric studies that independently support the use of Elidel Cream in mild to moderate atopic dermatitis, a significant treatment effect was seen by Day 15. Of the key signs of atopic dermatitis, erythema, infiltration/papulation, lichenification, and excoriations, erythema and infiltration/papulation were reduced at day 8 when compared to vehicle.

The following graph depicts the time course of improvement in the percent body surface area affected as a result of treatment with Elidel in 2 – 17 year olds.

**Figure 1 Body Surface Area Over Time**



NDA 21-302
Page 9

The following graph shows the time course of improvement in erythema as a result of treatment with Elidel Cream in 2 – 17 year olds.

**Figure 2  Mean Erythema Over Time**



## INDICATIONS AND USAGE

Elidel® (pimecrolimus) Cream 1% is indicated for short-term and intermittent long-term therapy in the treatment of *mild to moderate* atopic dermatitis in non-immunocompromised patients 2 years of age and older, in whom the use of alternative, conventional therapies is deemed inadvisable because of potential risks, or in the treatment of patients who are not adequately responsive to or intolerant of alternative, conventional therapies. (See **DOSAGE AND ADMINISTRATION Section**)

## CONTRAINDICATIONS

Elidel® (pimecrolimus) Cream 1% is contraindicated in individuals with a history of hypersensitivity to pimecrolimus or any of the components of the cream.

## PRECAUTIONS

### General

Elidel® (pimecrolimus) cream 1% should not be applied to areas of active cutaneous viral infections.

Studies have not evaluated the safety and efficacy of Elidel Cream in the treatment of clinically infected atopic dermatitis.  Before commencing treatment with Elidel Cream, clinical infections at treatment sites should be cleared.

NDA 21-302
Page 10

While patients with atopic dermatitis are predisposed to superficial skin infections including eczema herpeticum (Kaposi's varicelliform eruption), treatment with Elidel Cream may be associated with an increased risk of varicella zoster virus infection (chicken pox or shingles), herpes simplex virus infection, or eczema herpeticum. In the presence of these skin infections, the balance of risks and benefits associated with Elidel cream use should be evaluated.

In clinical studies, 14 cases of lymphadenopathy (0.9%) were reported while using Elidel Cream. These cases of lymphadenopathy were usually related to infections and noted to resolve upon appropriate antibiotic therapy. Of these 14 cases, the majority had either a clear etiology or were known to resolve. Patients who receive Elidel Cream and who develop lymphadenopathy should have the etiology of their lymphadenopathy investigated. In the absence of a clear etiology for the lymphadenopathy, or in the presence of acute infectious mononucleosis, discontinuation of Elidel Cream should be considered. Patients who develop lymphadenopathy should be monitored to ensure that the lymphadenopathy resolves.

In clinical studies, 15 cases of skin papilloma or warts (1%) were observed in patients using Elidel Cream. The youngest patient was age 2 and the oldest was age 12. In cases where there is worsening of skin papillomas or they do not respond to conventional therapy, discontinuation of Elidel Cream should be considered until complete resolution of the warts is achieved.

The enhancement of ultraviolet carcinogenicity is not necessarily dependent on phototoxic mechanisms. Despite the absence of observed phototoxicity in humans (See **ADVERSE REACTIONS Section**), Elidel Cream shortened the time to skin tumor formation in an animal photo-carcinogenicity study (see Carcinogenesis, **Mutagenesis**, Impairment of Fertility). Therefore, it is prudent for patients to minimize or avoid natural or artificial sunlight exposure.

The use of Elidel Cream in patients with Netherton's Syndrome is not recommended due to the potential for increased systemic absorption of pimecrolimus.

There are no data to support use of Elidel in immunocompromised patients.

The use of Elidel Cream may cause local symptoms such as skin burning. Localized symptoms are most common during the first few days of Elidel cream application and typically improve as the lesions of atopic dermatitis resolve. Most application site reactions lasted no more than 5 days, were mild to moderate in severity, and started within 1-5 days of treatment. (See **ADVERSE REACTIONS Section**).

**Information for Patients**

Patients using Elidel should receive the following information and instructions:

Patients should use Elidel Cream as directed by the physician. Elidel Cream is for external use on the skin only. As with any topical medication, patients or caregivers should wash hands after application if hands are not an area for treatment.

Patients should minimize or avoid exposure to natural or artificial sunlight (tanning beds or UVA/B treatment) while using Elidel Cream.

Patients should not use this medication for any disorder other than that for which it was prescribed.

Patients should report any signs or symptoms of adverse reactions to their physician.

Therapy should be discontinued after signs and symptoms of atopic dermatitis have resolved. Treatment with Elidel should be resumed at the first signs or symptoms of recurrence.

Use of Elidel may cause reactions at the site of application such as a mild to moderate feeling of warmth and/or sensation of burning. Patients should see a physician if an application site reaction is severe or persists for more than 1 week.

NDA 21-302
Page 11

The patient should contact the physician if no improvement in the atopic dermatitis is seen following 6 weeks of treatment, or if at any time the condition worsens.

**Drug Interactions**
Potential interactions between Elidel and other drugs, including immunizations, have not been systematically evaluated. Due to the very low blood levels of pimecrolimus detected in some patients after topical application, systemic drug interactions are not expected, but cannot be ruled out. The concomitant administration of known CYP3A family of inhibitors in patients with widespread and/or erythrodermic disease should be done with caution. Some examples of such drugs are erythromycin, itraconazole, ketoconazole, fluconazole, calcium channel blockers and cimetidine.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**
In a 2-year rat dermal carcinogenicity study using Elidel Cream, a statistically significant increase in the incidence of follicular cell adenoma of the thyroid was noted in low, mid and high dose male animals compared to vehicle and saline control male animals. Follicular cell adenoma of the thyroid was noted in the dermal rat carcinogenicity study at the lowest dose of 2 mg/kg/day [0.2% pimecrolimus cream; 1.5X the Maximum Recommended Human Dose (MRHD) based on AUC comparisons]. No increase in the incidence of follicular cell adenoma of the thyroid was noted in the oral carcinogenicity study in male rats up to 10 mg/kg/day (66X MRHD based on AUC comparisons). However, oral studies may not reflect continuous exposure or the same metabolic profile as by the dermal route. In a mouse dermal carcinogenicity study using pimecrolimus in an ethanolic solution, no increase in incidence of neoplasms was observed in the skin or other organs up to the highest dose of 4 mg/kg/day (0.32% pimecrolimus in ethanol) 27X MRHD based on AUC comparisons. However, lymphoproliferative changes (including lymphoma) were noted in a 13 week repeat dose dermal toxicity study conducted in mice using pimecrolimus in an ethanolic solution at a dose of 25 mg/kg/day (47X MRHD based on AUC comparisons). No lymphoproliferative changes were noted in this study at a dose of 10 mg/kg/day (17X MRHD based on AUC comparison). However, the latency time to lymphoma formation was shortened to 8 weeks after dermal administration of pimecrolimus dissolved in ethanol at a dose of 100 mg/kg/day (179-217X MRHD based on AUC comparisons).

In a mouse oral (gavage) carcinogenicity study, a statistically significant increase in the incidence of lymphoma was noted in high dose male and female animals compared to vehicle control male and female animals. Lymphomas were noted in the oral mouse carcinogenicity at a dose of 45 mg/kg/day (258-340X MRHD based on AUC comparisons). No drug-related tumors were noted in the mouse oral carcinogenicity study at a dose of 15 mg/kg/day (60-133X MRHD based on AUC comparisons). In an oral (gavage) rat carcinogenicity study, a statistically significant increase in the incidence of benign thymoma was noted in 10 mg/kg/day pimecrolimus treated male and female animals compared to vehicle control treated male and female animals. In addition, a significant increase in the incidence of benign thymoma was noted in another oral (gavage) rat carcinogenicity study in 5 mg/kg/day pimecrolimus treated male animals compared to vehicle control treated male animals. No drug-related tumors were noted in the rat oral carcinogenicity study at a dose of 1 mg/kg/day male animals (1.1X MRHD based on AUC comparisons) and at a dose of 5 mg/kg/day for female animals (21X MRHD based on AUC comparisons).

In a 52 week dermal photo-carcinogenicity study, the median time to onset of skin tumor formation was decreased in hairless mice following chronic topical dosing with concurrent exposure to UV radiation (40 weeks of treatment followed by 12 weeks of observation) with the Elidel Cream vehicle alone. No additional effect on tumor development beyond the vehicle effect was noted with the addition of the active ingredient, pimecrolimus, to the vehicle cream.

A battery of in vitro genotoxicity texts, including Ames assay, mouse lymphoma L5178Y assay, and chromosome aberration test in V79 Chinese hamster cells and an in vivo mouse micronucleus test revealed no evidence for a mutagenic or clastogenic potential for the drug.

An oral fertility and embryofetal developmental study in rats revealed estrus cycle disturbances, post-implantation loss and reduction in litter size at the 45 mg/kg/day dose (38X MRHD based on AUC comparisons). No effect

NDA 21-302
Page 12

on fertility in female rats was noted at 10 mg/kg/day (12X MRHD based on AUC comparisons). No effect on fertility in male rats was noted at 45 mg/kg/day (23X MRHD based on AUC comparisons), which was the highest dose tested in this study.

**Pregnancy**

**Teratogenic Effects: Pregnancy Category C**

There are no adequate and well-controlled studies of topically administered pimecrolimus in pregnant women. The experience with Elidel cream when used by pregnant women is too limited to permit assessment of the safety of its use during pregnancy.

In dermal embryofetal developmental studies, no maternal or fetal toxicity was observed up to the highest practicable doses tested, 10 mg/kg/day (1% pimecrolimus cream) in rats (0.14X MRHD based on body surface area) and 10 mg/kg/day (1% pimecrolimus cream) in rabbits (0.65X MRHD based on AUC comparisons). The 1% pimecrolimus cream was administered topically for 6 hours/day during the period of organogenesis in rats and rabbits (gestational days 6-21 in rats and gestational days 6-20 in rabbits).

A combined oral fertility and embryofetal developmental study was conducted in rats and an oral embryofetal developmental study was conducted in rabbits. Pimecrolimus was administered during the period of organogenesis (2 weeks prior to mating until gestational day 16 in rats, gestational days 6-18 in rabbits) up to dose levels of 45 mg/kg/day in rats and 20 mg/kg/day in rabbits. In the absence of maternal toxicity, indicators of embryofetal toxicity (post-implantation loss and reduction in litter size) were noted at 45 mg/kg/day (38X MRHD based on AUC comparisons) in the oral fertility and embryofetal developmental study conducted in rats. No malformations in the fetuses were noted at 45 mg/kg/day (38X MRHD based on AUC comparisons) in this study. No maternal toxicity, embryotoxicity or teratogenicity were noted in the oral rabbit embryofetal developmental toxicity study at 20 mg/kg/day (3.9X MRHD based on AUC comparisons), which was the highest dose tested in this study.

An oral peri- and post-natal developmental study was conducted in rats. Pimecrolimus was administered from gestational day 6 through lactational day 21 up to a dose level of 40 mg/kg/day. Only 2 of 22 females delivered live pups at the highest dose of 40 mg/kg. Postnatal survival, development of the F1 generation, their subsequent maturation and fertility were not affected at 10 mg/kg/day (12X MRHD based on AUC comparisons), the highest dose evaluated in this study.

Pimecrolimus was transferred across the placenta in oral rat and rabbit embryofetal developmental studies.

There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used only if clearly needed during pregnancy.

**Nursing Mothers**

It is not known whether this drug is excreted in human milk. Because of the potential for serious adverse reactions in nursing infants from pimecrolimus, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use**

Elidel Cream may be used in pediatric patients 2 years of age and older. Three phase 3 pediatric studies were conducted involving 1114 patients 2-17 years of age. Two studies were 6-week randomized vehicle-controlled studies with a 20-week open-label phase and one was a vehicle-controlled long-term (up to 1 year) safety study with the option for sequential topical corticosteroid use. Of these patients 542 (49%) were 2 to 6 years of age. In the short-term studies, 11% of Elidel patients did not complete these studies and 1.5% of Elidel patients discontinued due to adverse events. In the one-year study, 32% of Elidel patients did not complete this study and

NDA 21-302
Page 13

3% of Elidel patients discontinued due to adverse events. Most discontinuations were due to unsatisfactory therapeutic effect.

The most common local adverse event in the short-term studies of Elidel Cream in pediatric patients ages 2-17 was application site burning (10% vs. 13% vehicle); the incidence in the long-term study was 9% Elidel vs. 7% vehicle (see ADVERSE REACTIONS). Adverse events that were more frequent (>5%) in patients treated with Elidel cream compared to vehicle were headache (14% vs. 9%) in the short-term trial. Nasopharyngitis (26% vs. 21%), influenza (13% vs. 4%), pharyngitis (8% vs. 3%), viral infection (7% vs. 1%), pyrexia (13% vs. 5%), cough (16% vs. 11%), and headache (25% vs. 16%) were increased over vehicle in the 1-year safety study. (see ADVERSE REACTIONS). In 843 patients ages 2-17 years treated with Elidel Cream, 9 (0.8%) developed eczema herpeticum (5 on Elidel Cream alone and 4 on Elidel Cream used in sequence with corticosteroids). In 211 patients on vehicle alone, there were no cases of eczema herpeticum.. The majority of adverse events were mild to moderate in severity.

Elidel Cream is not recommended for use in pediatric patients below the age of 2 years. Two phase 3 studies were conducted involving 436 infants age 3 months – 23 months. One 6-week randomized vehicle-controlled study with a 20-week open-label phase and one long term safety study were conducted. In the 6-week study, 11% of Elidel and 48% of vehicle patients did not complete this study; no patient in either group discontinued due to adverse events. Infants on Elidel Cream had an increased incidence of some adverse events compared to vehicle. In the 6-week vehicle-controlled study these adverse events included pyrexia (32% vs. 13% vehicle), URI (24% vs. 14%), nasopharyngitis (15% vs. 8%), gastroenteritis (7% vs. 3%), otitis media (4% vs. 0%), and diarrhea (8% vs. 0%). In the open-label phase of the study, for infants who switched to Elidel Cream from vehicle, the incidence of the above-cited adverse events approached or equaled the incidence of those patients who remained on Elidel Cream. In the 6 month safety data, 16% of Elidel and 35% of vehicle patients discontinued early and 1.5% of Elidel and 0% of vehicle patients discontinued due to adverse events. Infants on Elidel Cream had a greater incidence of some adverse events as compared to vehicle. These included pyrexia (30% vs. 20%), URI (21% vs. 17%), cough (15% vs. 9%), hypersensitivity (8% vs. 2%), teething (27% vs. 22%), vomiting (9% vs. 4%), rhinitis (13% vs. 9%), viral rash (4% vs. 0%), rhinorrhea (4% vs. 0%), and wheezing (4% vs. 0%).

The effects of Elidel Cream on the developing immune system in infants are unknown.

**Geriatric Use**

Nine (9) patients ≥ 65 years old received Elidel cream in phase 3 studies. Clinical studies of Elidel did not include sufficient numbers of patients aged 65 and over to assess efficacy and safety.

**ADVERSE REACTIONS**

In human dermal safety studies, Elidel did not induce contact sensitization, phototoxicity, or photoallergy, nor did it show any cumulative irritation.

In a one year safety study in pediatric patients age 2-17 years old involving sequential use of Elidel Cream and a topical corticosteroid, 43% of Elidel patients and 68% of vehicle patients used corticosteroids during the study. Corticosteroids were used for more than 7 days by 34% of Elidel patients and 54% of vehicle patients. An increased incidence of impetigo, skin infection, superinfection (infected atopic dermatitis), rhinitis, and urticaria were found in the patients that had used Elidel Cream and topical corticosteroid sequentially as compared to Elidel Cream alone

In 3 randomized, double-blind vehicle-controlled pediatric studies and one active controlled adult study, 843 and 328 patients respectively, were treated with Elidel® (pimecrolimus) Cream 1%. In these clinical trials, 48 (4%) of the 1171 Elidel patients and 13 (3%) of 408 vehicle-treated patients discontinued therapy due to adverse events. Discontinuations for AEs were primarily due to application site reactions, and cutaneous infections. The most common application site reaction was application site burning, which occurred in 8 - 26% of patients treated with Elidel Cream.

NDA 21-302
Page 14

The table below depicts the incidence of adverse events pooled across the 2 identically designed 6 week studies with their open label extensions and the 1 year safety study for pediatric patients ages 2-17.  Data from the adult active control study is also included in this table.  Adverse events are listed regardless of relationship to study drug.

Treatment Emergent Adverse Events (≥ 1%) in Elidel Treatment Groups

| | Pediatric Patients* Vehicle-Controlled (6 weeks) | | Pediatric Patients* Open-Label (20 weeks) | Pediatric Patients* Vehicle-Controlled (1-year) | | Adult Active Comparator (1 year) |
|---|---|---|---|---|---|---|
| | Elidel Cream (N=267) N (%) | Vehicle (N=136) N (%) | Elidel Cream (N=335) N (%) | Elidel Cream (N=272) N (%) | Vehicle (N=75) N (%) | Elidel Cream (N=328) N (%) |
| At least 1 AE | 182 (68.2%) | 97 (71.3%) | 240 (72.0%) | 230 (84.6%) | 56 (74.7%) | 256 (78.0%) |
| **Infections and infestations** | | | | | | |
| Upper Respiratory Tract Infection NOS | 38 (14.2%) | 18 (13.2%) | 65 (19.4%) | 13 (4.8%) | 6 (8.0%) | 14 (4.3%) |
| Nasopharyngitis | 27 (10.1%) | 10 (7.4%) | 32 (9.6%) | 72 (26.5%) | 16 (21.3%) | 25 (7.6%) |
| Skin Infection NOS | 8 (3.0%) | 7 (5.1%) | 18 (5.4%) | 6 (2.2%) | 3 (4.0%) | 21 (6.4%) |
| Influenza | 8 (3.0%) | 1 (0.7%) | 22 (6.6%) | 36 (13.2%) | 3 (4.0%) | 32 (9.8%) |
| Ear Infection NOS | 6 (2.2%) | 2 (1.5%) | 19 (5.7%) | 9 (3.3%) | 1 (1.3%) | 2 (0.6%) |
| Otitis Media | 6 (2.2%) | 1 (0.7%) | 10 (3.0%) | 8 (2.9%) | 4 (5.3%) | 2 (0.6%) |
| Impetigo | 5 (1.9%) | 3 (2.2%) | 12 (3.6%) | 11 (4.0%) | 4 (5.3%) | 8 (2.4%) |
| Bacterial Infection | 4 (1.5%) | 3 (2.2%) | 4 (1.2%) | 3 (1.1%) | 0 | 6 (1.8%) |
| Folliculitis | 3 (1.1%) | 1 (0.7%) | 3 (0.9%) | 6 (2.2%) | 3 (4.0%) | 20 (6.1%) |
| Sinusitis | 3 (1.1%) | 1 (0.7%) | 11 (3.3%) | 6 (2.2%) | 1 (1.3%) | 2 (0.6%) |
| Pneumonia NOS | 3 (1.1%) | 1 (0.7%) | 5 (1.5%) | 0 | 1 (1.3%) | 1 (0.3%) |
| Pharyngitis NOS | 2 (0.7%) | 2 (1.5%) | 3 (0.9%) | 22 (8.1%) | 2 (2.7%) | 3 (0.9%) |
| Pharyngitis Streptococcal | 2 (0.7%) | 2 (1.5%) | 10 (3.0%) | 0 | <1% | 0 |
| Molluscum Contagiosum | 2 (0.7%) | 0 | 4 (1.2%) | 5 (1.8%) | 0 | 0 |
| Staphylococcal Infection | 1 (0.4%) | 5 (3.7%) | 7 (2.1%) | 0 | <1% | 3 (0.9%) |
| Bronchitis NOS | 1 (0.4%) | 3 (2.2%) | 4 (1.2%) | 29 (10.7%) | 6 (8.0%) | 8 (2.4%) |
| Herpes Simplex | 1 (0.4%) | 0 | 4 (1.2%) | 9 (3.3%) | 2 (2.7%) | 13 (4.0%) |
| Tonsillitis NOS | 1 (0.4%) | 0 | 3 (0.9%) | 17 (6.3%) | 0 | 2 (0.6%) |
| Viral Infection NOS | 2 (0.7%) | 1 (0.7%) | 1 (0.3%) | 18 (6.6%) | 1 (1.3%) | 0 |
| Gastroenteritis NOS | 0 | 3 (2.2%) | 2 (0.6%) | 20 (7.4%) | 2 (2.7%) | 6 (1.8%) |
| Chickenpox | 2 (0.7%) | 0 | 3 (0.9%) | 8 (2.9%) | 3 (4.0%) | 1 (0.3%) |
| Skin Papilloma | 1 (0.4%) | 0 | 2 (0.6%) | 9 (3.3%) | <1% | 0 |
| Tonsillitis Acute NOS | 0 | 0 | 0 | 7 (2.6%) | 0 | 0 |
| Upper Respiratory Tract Infection Viral NOS | 1 (0.4%) | 0 | 3 (0.9%) | 4 (1.5%) | 0 | 1 (0.3%) |
| Herpes Simplex Dermatitis | 0 | 0 | 1 (0.3%) | 4 (1.5%) | 0 | 2 (0.6%) |
| Bronchitis Acute NOS | 0 | 0 | 0 | 4 (1.5%) | 0 | 0 |
| Eye Infection NOS | 0 | 0 | 0 | 3 (1.1%) | <1% | 1 (0.3%) |
| **General disorders and administration site conditions** | | | | | | |
| Application Site Burning | 28 (10.4%) | 17 (12.5%) | 5 (1.5%) | 23 (8.5%) | 5 (6.7%) | 85 (25.9%) |
| Pyrexia | 20 (7.5%) | 12 (8.8%) | 41 (12.2%) | 34 (12.5%) | 4 (5.3%) | 4 (1.2%) |
| Application Site Reaction NOS | 8 (3.0%) | 7 (5.1%) | 7 (2.1%) | 9 (3.3%) | 2 (2.7%) | 48 (14.6%) |
| Application Site Irritation | 8 (3.0%) | 8 (5.9%) | 3 (0.9%) | 5 (1.1%) | 3 (4.0%) | 21 (6.4%) |
| Influenza Like Illness | 1 (0.4%) | 0 | 2 (0.6%) | 5 (1.8%) | 2 (2.7%) | 6 (1.8%) |
| Application Site Erythema | 1 (0.4%) | 0 | 0 | 6 (2.2%) | 0 | 7 (2.1%) |
| Application Site Pruritus | 3 (1.1%) | 2 (1.5%) | 2 (0.6%) | 5 (1.8%) | 0 | 18 (5.5%) |
| **Respiratory, thoracic and mediastinal disorders** | | | | | | |
| Cough | 31 (11.6%) | 11 (8.1%) | 31 (9.3%) | 43 (15.8%) | 8 (10.7%) | 8 (2.4%) |
| Nasal Congestion | 7 (2.6%) | 2 (1.5%) | 6 (1.8%) | 4 (1.5%) | 1 (1.3%) | 2 (0.6%) |
| Rhinorrhea | 5 (1.9%) | 1 (0.7%) | 3 (0.9%) | 1 (0.4%) | 1 (1.3%) | 0 |
| Asthma Aggravated | 4 (1.5%) | 3 (2.2%) | 13 (3.9%) | 3 (1.1%) | 1 (1.3%) | 0 |
| Sinus Congestion | 3 (1.1%) | 1 (0.7%) | 2 (0.6%) | <1% | <1% | 3 (0.9%) |
| Rhinitis | 1 (0.4%) | 0 | 5 (1.5%) | 12 (4.4%) | 5 (6.7%) | 7 (2.1%) |