## Information for the Patient

## Zelnorm™
**(tegaserod maleate)**

## Tablets

(pronounced ZEL-norm, te-<u>gas</u>-a-rod mal-ē-ate)

### Rx only

Read this information carefully before you start taking Zelnorm™ (ZEL-norm). Read the information you get each time you get more Zelnorm. There may be new information. This information does not take the place of talking to your doctor about your medical condition or treatment.

### What is Zelnorm?

Zelnorm is a medicine for the short-term treatment of women who have irritable bowel syndrome (IBS) with constipation (not enough or hard bowel movements) as their main bowel problem. Women with this medical condition suffer from abdominal (stomach) pain or discomfort, bloating, and constipation. Zelnorm does not work for all women that use it. Zelnorm has not been shown to work in men with IBS.

Zelnorm increases the movement of stools (bowel movement) through the bowels. Zelnorm does not cure IBS. For those who are helped, Zelnorm reduces pain and discomfort in the abdominal area, bloating, and constipation. If you stop taking Zelnorm, your IBS symptoms may return within 1 or 2 weeks.

### Who should not take Zelnorm?

You should not start taking Zelnorm if:

- You now have diarrhea or have diarrhea often.

- You have bad kidney or liver disease.

- You have ever had bowel obstruction (intestinal blockage), symptomatic gallbladder disease, or abdominal adhesions causing pain and/or intestinal blockage.

- You are allergic to Zelnorm or any of its ingredients. The active ingredient in Zelnorm is tegaserod maleate. The inactive ingredients are listed at the end of this leaflet.

### Zelnorm may not be right for you. Tell your doctor if you:

- Are pregnant or plan to become pregnant. Zelnorm is not recommended for use by pregnant women.

- Are breast-feeding. Do not breast-feed while you are taking Zelnorm. The drug is likely to pass into breast milk.

- Are taking or planning to take any other medicines, including those you can get without a prescription.

## How should I take Zelnorm?

- You should take Zelnorm twice a day on an empty stomach shortly before you eat a meal, or as your doctor prescribes it.

- You should take Zelnorm for 4 to 6 weeks to treat your IBS symptoms. If you feel better, your doctor may prescribe an additional 4 to 6 weeks of Zelnorm.

- If you miss a dose of Zelnorm, just skip that dose. Do not take two tablets to make up the missed dose. Instead, just wait until the next time you are supposed to take it and then take your normal dose.

## What are the possible side effects of Zelnorm?

Headache and diarrhea were the most common side effects seen with Zelnorm.

Diarrhea was an occasional side effect of treatment with Zelnorm. Most people who got diarrhea had it during the first week after starting Zelnorm. Typically, diarrhea went away with continued therapy. If you get bad diarrhea, or if you get diarrhea together with bad cramping, abdominal pain, or dizziness, tell your doctor. Your doctor may tell you to stop taking Zelnorm or suggest other ways to manage your diarrhea.

In studies a very small number of patients were reported to have abdominal surgery. There were a few more reports of abdominal surgery in patients taking Zelnorm than in patients taking a sugar pill. Most of these were related to the gallbladder. It is not known if Zelnorm may increase your chance of abdominal surgery. Gallbladder surgery has been reported to occur more often in IBS patients than in the general population. If you suddenly get different or worse abdominal pain while using Zelnorm, call your doctor.

This list is not complete. Your doctor or pharmacist can give you a more complete list of possible side effects. Talk to your doctor about any side effects you may have.

## General information about the safe and effective use of Zelnorm

Keep Zelnorm at room temperature. Do not use Zelnorm past the expiration date shown on the package.

Medicines are sometimes prescribed for conditions that are not mentioned in patient information leaflets. Do not use Zelnorm for a condition for which it was not prescribed. Do not give Zelnorm to other people, even if they have the same symptoms that you have. This leaflet summarizes the most important information about Zelnorm. For more information, talk with your doctor. You can ask your doctor or pharmacist for information about Zelnorm that is written for health professionals. You can also contact the company that makes Zelnorm at 1-866-427-6682 or www.zelnorm.com.

**Inactive Ingredients:** Crospovidone, glyceryl monostearate, hydroxypropyl methylcellulose, lactose monohydrate, poloxamer 188, and polyethylene glycol 4000.

T2002-19
T2002-18/T2002-19
89015301

JULY 2002          PRINTED IN U.S.A.

℧ NOVARTIS

Manufactured by:
Novartis Pharma Stein AG
Schaffhauserstrasse
CH-4332 Stein, Switzerland

Distributed by:
Novartis Pharmaceuticals Corporation
East Hanover, New Jersey 07936

© Novartis

ʊ NOVARTIS

Executive Director
State Government Affairs
Health Policy

State Government Affairs
159 Route 10
East Hanover, NJ 07936-1080

Tel 973 781 8421
Fax 973 781 6671

August 8, 2002

# NEW PRODUCT INTRODUCTION
## Ritalin LA (methylphenidate HC1) CII

Novartis Pharmaceuticals Corporation is pleased to announce the introduction of Ritaln LA **(methylphenidate HC1)**, a new once-daily formulation of Ritalin, approved for the treatment of Attention Deficit Hyperactivity Disorder (ADHD) on June 5, 2002. Ritalin LA will be available in **20, 30 and 40 mg** capsule strengths and is available by prescription only.

### KEY PRODUCT/PACKAGING INFORMATION:

| NDC NUMBER | 0078-0370-05 | 0078-0371-05 | 0078-0372-05 |
|---|---|---|---|
| PACKAGE STRENGTH | 20mg | 30mg | 40mg |
| PACKAGE SIZE | 100 | 100 | 100 |
| AWP** | $211.20 | $216.00 | $222.00 |
| WHOLESALE PRICE | $176.00 | $180.00 | $185.00 |

*As used herein, the term "AWP" constitutes a reference for this Novartis product, set as a percentage above the price at which the product is offered generally to wholesalers. Notwithstanding the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Enclosed please find the package insert and FDA approval letter. Thank you for your cooperation. If you have any questions or require additional information, please feel free to contact me at 973-781-8421.

Sincerely,

*Rick Knapp*

Rick Knapp
Executive Director,
State Government Affairs

ʊ NOVARTIS



**DEPARTMENT OF HEALTH & HUMAN SERVICES**        Public Health Service

Food and Drug Administration
Rockville, MD 20857

NDA 21-284

Novartis Pharmaceuticals Corporation
Attention: Mara Stiles
Associate Director, Drug Regulatory Affairs
59 Route 10
East Hanover, NJ 07936-1080

Dear Ms. Stiles:

Please refer to your new drug application (NDA) dated November 28, 2000, received November 29, 2000, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Ritalin® LA (methylphenidate hydrochloride) Extended-release Capsules.

We acknowledge receipt of your submissions dated October 18 and December 6, 2001; February 28, March 21 (juvenile animal study), April 16, May 6, 13 and 23, 2002. Your submission of December 6, 2001 constituted a complete response to our October 1, 2001 action letter.

This new drug application provides for the use of Ritalin® LA (methylphenidate hydrochloride) Extended-release Capsules for the treatment of Attention-Deficit Hyperactivity Disorder (ADHD) for children aged 6 to 12.

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed upon enclosed labeling text. Accordingly, the application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the enclosed labeling (text for the package insert). Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit the copies of final printed labeling (FPL) electronically according to the guidance for industry titled Providing Regulatory Submissions in Electronic Format - NDA (January 1999). Alternatively, you may submit 20 paper copies of the FPL as soon as it is available but no more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FPL for approved NDA 21-284." Approval of this submission by FDA is not required before the labeling is used.



We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you should have any questions, please call Ms. Anna Marie H. Weikel, R.Ph., Regulatory Health Project Manager, at (301) 594-5535.

                Sincerely,

                {See appended electronic signature page}

                Russell Katz, M.D.
                Director
                Division of Neuropharmacological Drug Products
                Office of Drug Evaluation I
                Center for Drug Evaluation and Research

Enclosure



<a**(methylphenidate hydrochloride)** 
**extended-release capsules**
Rx only
Prescribing Information

## DESCRIPTION
Methylphenidate hydrochloride is a central nervous system (CNS) stimulant.
Ritalin® LA (methylphenidate hydrochloride) extended-release capsules is an extended-release formulation of methylphenidate with a bi-modal release profile. Ritalin® LA uses the proprietary SODAS™ (Spheroidal Oral Drug Absorption System) technology. Each bead-filled Ritalin LA capsule contains half the dose as immediate-release beads and half as enteric-coated, delayed-release beads, thus providing an immediate release of methylphenidate and a second delayed release of methylphenidate. Ritalin LA 20, 30, and 40 mg capsules provide in a single dose the same amount of methylphenidate as dosages of 10, 15, or 20 mg of Ritalin® tablets given b.i.d.

The active substance in Ritalin LA is methyl α-phenyl-2-piperidineacetate hydrochloride, and its structural formula is

Methylphenidate hydrochloride USP is a white, odorless, fine crystalline powder. Its solutions are acid to litmus. It is freely soluble in water and in methanol, soluble in alcohol, and slightly soluble in chloroform and in acetone. Its molecular weight is 269.77.
*Inactive ingredients:* ammonio methacrylate copolymer, black iron oxide (40 mg capsules only), gelatin, methacrylic acid copolymer, polyethylene glycol, red iron oxide (40 mg capsules only), sugar spheres, talc, titanium dioxide, triethyl citrate, and yellow iron oxide (30 and 40 mg capsules only).

### CLINICAL PHARMACOLOGY
**Pharmacodynamics**
Methylphenidate hydrochloride, the active ingredient in Ritalin® LA (methylphenidate hydrochloride) extended-release capsules, is a central nervous system (CNS) stimulant. The mode of therapeutic action in Attention Deficit Hyperactivity Disorder (ADHD) is not known. Methylphenidate is thought to block the reuptake of norepinephrine and dopamine into the presynaptic neuron and increase the release of these monoamines into the extraneuronal space. Methylphenidate is a racemic mixture comprised of the d- and l-threo enantiomers. The d-threo enantiomer is more pharmacologically active than the l-threo enantiomer.

**Pharmacokinetics**
*Absorption*
Ritalin LA produces a bi-modal plasma concentration-time profile (i.e., two distinct peaks approximately four hours apart) when orally administered to children diagnosed with ADHD and to healthy adults. The initial rate of absorption for Ritalin LA is similar to that of Ritalin tablets as shown by the similar rate parameters between the two formulations, i.e., initial lag time ($T_{lag}$), first peak concentration ($C_{max1}$), and time to the first peak ($T_{max1}$), which is reached in 1-3 hours. The mean time to the interpeak minimum ($T_{minip}$), and time to the second peak ($T_{max2}$) are also similar for Ritalin LA given once daily and Ritalin tablets given in two doses 4 hours apart (see Figure 1 and Table 1), although the ranges observed are greater for Ritalin LA.

Ritalin LA given once daily exhibits a lower second peak concentration ($C_{max2}$), higher interpeak minimum concentrations ($C_{minip}$), and less peak and trough fluctuations than Ritalin tablets given in two doses given 4 hours apart. This is due to an earlier onset and more prolonged absorption from the delayed-release beads (see Figure 1 and Table 1).

The relative bioavailability of Ritalin LA given once daily is comparable to the same total dose of Ritalin tablets given in two doses 4 hours apart in both children and in adults.

**Figure 1.** Mean plasma concentration time-profile of methylphenidate after a single dose of Ritalin® LA 40 mg q.d. and Ritalin® 20 mg given in two doses four hours apart



**Table 1**
Mean ± SD and range of pharmacokinetic parameters of methylphenidate after a single dose of Ritalin® LA and Ritalin® given in two doses 4 hours apart

| Population | Children | | Adult Males | |
|---|---|---|---|---|
| Formulation | Ritalin | Ritalin LA | Ritalin | Ritalin LA |
| Dose | 10 mg & 10 mg | 20 mg | 10 mg & 10 mg | 20 mg |
| N | 21 | 18 | 9 | 8 |
| $T_{lag}$ (h) | 0.24 ± 0.44 | 0.28 ± 0.46 | 1.0 ± 0.5 | 0.7 ± 0.2 |
| | 0 - 1 | 0 - 1 | 0.7 - 1.3 | 0.3 - 1.0 |
| $T_{max1}$ (h) | 1.8 ± 0.6 | 2.0 ± 0.8 | 1.9 ± 0.4 | 2.0 ± 0.9 |
| | 1 - 3 | 1 - 3 | 1.3 - 2.7 | 1.3 - 4.0 |
| $C_{max1}$ (ng/mL) | 10.2 ± 4.2 | 10.3 ± 5.1 | 4.3 ± 2.3 | 5.3 ± 0.9 |
| | 4.2 - 20.2 | 5.5 - 26.6 | 1.8 - 7.5 | 3.8 - 6.9 |
| $T_{minip}$ (h) | 4.0 ± 0.2 | 4.5 ± 1.2 | 3.8 ± 0.4 | 3.6 ± 0.6 |
| | 4 - 5 | 2 - 6 | 3.3 - 4.3 | 2.7 - 4.3 |
| $C_{minip}$ (ng/mL) | 5.8 ± 2.7 | 6.1 ± 4.1 | 1.2 ± 1.4 | 3.0 ± 0.8 |
| | 3.1 - 14.4 | 2.9 - 21.0 | 0.0 - 3.7 | 1.7 - 4.0 |
| $T_{max2}$ (h) | 5.6 ± 0.7 | 6.6 ± 1.5 | 5.9 ± 0.5 | 5.5 ± 0.8 |
| | 5 - 8 | 5 - 11 | 5.0 - 6.5 | 4.3 - 6.5 |
| $C_{max2}$ (ng/mL) | 15.3 ± 7.0 | 10.2 ± 5.9 | 5.3 ± 1.4 | 6.2 ± 1.6 |
| | 6.2 - 32.8 | 4.5 - 31.1 | 3.6 - 7.2 | 3.9 - 8.3 |
| $AUC_{(0-\infty)}$ (ng/mL x h-1) | 102.4 ± 54.6 | 86.6 ± 64.0* | 37.8 ± 21.9 | 45.8 ± 10.0 |
| | 40.5 - 261.6 | 43.3 - 301.44 | 14.3 - 85.3 | 34.0 - 61.6 |
| $t_{1/2}$ (h) | 2.5 ± 0.8 | 2.4 ± 0.7* | 3.5 ± 1.9 | 3.3 ± 0.4 |
| | 1.8 - 5.3 | 1.5 - 4.0 | 1.3 - 7.7 | 3.0 - 4.2 |

*N = 15

**Dose Proportionality**
After oral administration of Ritalin LA 20 mg and 40 mg capsules to adults there is a slight upward trend in the methylphenidate area under the curve (AUC) and peak plasma concentrations ($C_{max1}$ and $C_{max2}$).

**Distribution**
Binding to plasma proteins is low (10%-33%), and the apparent distribution volume at steady state with intravenous administration has been reported to be approximately 6 L/kg.

**Metabolism**
The absolute oral bioavailability of methylphenidate in children has been reported to be about 30% (range 10%-52%), suggesting pronounced presystemic metabolism. Biotransformation of methylphenidate is rapid and extensive leading to the main, de-esterified metabolite α-phenyl-2-piperidine acetic acid (ritalinic acid). Only small amounts of hydroxylated metabolites (e.g., hydroxymethylphenidate and hydroxyritalinic acid) are detectable in plasma. Therapeutic activity is principally due to the parent compound.

**Elimination**
In studies with Ritalin LA and Ritalin tablets in adults, methylphenidate from Ritalin tablets is eliminated from plasma with an average half-life of about 3.5 hours, (range 1.3 - 7.7 hours). In children the average half-life is about 2.5 hours, with a range of about 1.5 - 5.0 hours. The rapid half-life in both children and adults may result in unmeasurable concentrations between the morning and mid-day doses with Ritalin tablets. No accumulation of methylphenidate is expected following multiple once a day oral dosing with Ritalin LA. The half-life of ritalinic acid is about 3-4 hours.

After oral administration of an immediate release formulation of methylphenidate, 78%-97% of the dose is excreted in the urine and 1%-3% in the feces in the form of metabolites within 48-96 hours. Only small quantities (<1%) of unchanged methylphenidate appear in the urine. Most of the dose is excreted in the urine as ritalinic acid (60%-86%), the remainder being accounted for by minor metabolites.

**Food Effects**
Administration times relative to meals and meal composition may need to be individually titrated.
When Ritalin LA was administered with a high fat breakfast to adults, Ritalin LA had a longer lag time until absorption began and variable delays in the time until the first peak concentration, the time until the interpeak minimum, and the time until the second peak. The first peak concentration and the extent of absorption were unchanged after food relative to the fasting state, although the second peak was approximately 25% lower. The effect of a high fat lunch was not examined.

There were no differences in the pharmacokinetics of Ritalin LA when administered with applesauce, compared to administration in the fasting condition. There is no evidence of dose dumping in the presence or absence of food.
For patients unable to swallow the capsule, the contents may be sprinkled on applesauce and administered (see *Dosage and Administration*).

**Special Populations**
*Age:* The pharmacokinetics of Ritalin LA was examined in 18 children with ADHD between 7 and 12 years of age. Fifteen of these children were between 10 and 12 years of age. The time until the between peak minimum, and the time until the second peak were delayed and more variable in children compared to adults. After a 20-mg dose of Ritalin LA, concentrations in children were approximately twice the concentrations observed in 18 to 35 year old adults. This higher exposure is almost completely due to the smaller body size and total volume of distribution in children, as apparent clearance normalized to body weight is independent of age.

*Gender:* There were no apparent gender differences in the pharmacokinetics of methylphenidate between healthy male and female adults when administered Ritalin LA.

*Renal Insufficiency:* Ritalin LA has not been studied in renally-impaired patients. Renal insufficiency is expected to have minimal effect on the pharmacokinetics of methylphenidate since less than 1% of a radiolabeled dose is excreted in the urine as unchanged compound, and the major metabolite (ritalinic acid), has little or no pharmacologic activity.

*Hepatic Insufficiency:* Ritalin LA has not been studied in patients with hepatic insufficiency. Hepatic insufficiency is expected to have minimal effect on the pharmacokinetics of methylphenidate since it is metabolized primarily to ritalinic acid by nonmicrosomal hydrolytic esterases that are widely distributed throughout the body.

### CLINICAL STUDIES
Ritalin® LA (methylphenidate hydrochloride) extended-release capsules was evaluated in a randomized, double-blind, placebo-controlled, parallel group clinical study in which 134 children, ages 6 to 12, with DSM-IV diagnoses of attention deficit hyperactivity disorder (ADHD) received a single morning dose of Ritalin LA in the range 10-40 mg/day, or placebo, for up to 2 weeks. The doses used were the optimal doses established in a previous individual dose titration phase. In that titration phase, 53 of 164 patients (32%) started on a daily dose of 10 mg and 111 of 164 patients (68%) started on a daily dose of 20 mg or higher. The patient's regular schoolteacher completed the Conners ADHD/DSM-IV Scale for Teachers (CADS-T) at baseline and the end of each week. The CADS-T assesses symptoms of hyperactivity and inattention. The change from baseline of the (CADS-T) scores during the last week of treatment was analyzed as the primary efficacy parameter. Patients treated with Ritalin LA showed a statistically significant improvement in symptom scores from baseline over patients who received placebo. (See Figure 2.) This demonstrates that a single morning dose of Ritalin LA exerts a treatment effect in ADHD.



*Error bars represent standard error of the mean*

## INDICATIONS AND USAGE
Ritalin® LA (methylphenidate hydrochloride) extended-release capsules is indicated for the treatment of Attention Deficit Hyperactivity Disorder (ADHD).
The efficacy of Ritalin LA in the treatment of ADHD was established in one controlled trial of children aged 6 to 12 who met DSM-IV criteria for ADHD (see *CLINICAL PHARMACOLOGY*).

A diagnosis of Attention Deficit Hyperactivity Disorder (ADHD; DSM-IV) implies the presence of hyperactive-impulsive or inattentive symptoms that caused impairment and were present before age 7 years. The symptoms must cause clinically significant impairment, e.g., in social, academic, or occupational functioning, and be present in two or more settings, e.g., school (or work) and at home. The symptoms must not be better accounted for by another mental disorder. For the Inattentive Type, at least six of the following symptoms must have persisted for at least 6 months: lack of attention to details/careless mistakes; lack of sustained attention; poor listener; failure to follow through on tasks; poor organization; avoids tasks requiring sustained mental effort; loses things; easily distracted; forgetful. For the Hyperactive-Impulsive Type, at least six of the following symptoms must have persisted for at least 6 months: fidgeting/squirming; leaving seat; inappropriate running/climbing; difficulty with quiet activities; "on the go;" excessive talking; blurting answers; can't wait turn; intrusive. The Combined Type requires both inattentive and hyperactive-impulsive criteria to be met.

**Special Diagnostic Considerations**
Specific etiology of this syndrome is unknown, and there is no single diagnostic test. Adequate diagnosis requires the use not only of medical but of special psychological, educational, and social resources. Learning may or may not be impaired. The diagnosis must be based upon a complete history and evaluation of the child and not solely on the presence of the required number of DSM-IV characteristics.

**Need for Comprehensive Treatment Program**
Ritalin LA is indicated as an integral part of a total treatment program for ADHD that may include other measures (psychological, educational, social) for patients with this syndrome. Drug treatment may not be indicated for all children with this syndrome. Stimulants are not intended for use in the child who exhibits symptoms secondary to environmental factors and/or other primary psychiatric disorders, including psychosis. Appropriate educational placement is essential and psychosocial intervention is often helpful. When remedial measures alone are insufficient, the decision to prescribe stimulant medication will depend upon the physician's assessment of the chronicity and severity of the child's symptoms.

**Long-Term Use**
The effectiveness of Ritalin LA for long-term use, i.e., for more than 2 weeks, has not been systematically evaluated in controlled trials. Therefore, the physician who elects to use Ritalin LA for extended periods should periodically re-evaluate the long-term usefulness of the drug for the individual patient (see *DOSAGE and ADMINISTRATION*).

## CONTRAINDICATIONS
**Agitation**
Ritalin® LA (methylphenidate hydrochloride) extended-release capsules is contraindicated in marked anxiety, tension, and agitation, since the drug may aggravate these symptoms.

**Hypersensitivity to Methylphenidate**
Ritalin LA is contraindicated in patients known to be hypersensitive to methylphenidate or other components of the product.

**Glaucoma**
Ritalin LA is contraindicated in patients with glaucoma.

**Tics**
Ritalin LA is contraindicated in patients with motor tics or with a family history or diagnosis of Tourette's syndrome. (See *ADVERSE REACTIONS*.)

**Monoamine Oxidase Inhibitors**
Ritalin LA is contraindicated during treatment with monoamine oxidase inhibitors, and also within a minimum of 14 days following discontinuation of treatment with a monoamine oxidase inhibitor (hypertensive crises may result).

## WARNINGS
**Depression**
Ritalin® LA (methylphenidate hydrochloride) extended-release capsules should not be used to treat severe depression.

**Fatigue**
Ritalin LA should not be used for the prevention or treatment of normal fatigue states.

**Long-Term Suppression of Growth**
Sufficient data on the safety of long-term use of methylphenidate in children are not yet available. Although a causal relationship has not been established, suppression of growth (i.e., weight gain, and/or height) has been reported with the long-term use of stimulants in children. Therefore, patients requiring long-term therapy should be carefully monitored. Patients who are not growing or gaining weight as expected should have their treatment interrupted. In the double-blind placebo-controlled study of Ritalin LA, the mean weight gain was greater for patients receiving placebo (+1.0 kg) than for patients receiving Ritalin LA (+0.1 kg).

**Psychosis**
Clinical experience suggests that in psychotic patients, administration of methylphenidate may exacerbate symptoms of behavior disturbance and thought disorder.

**Seizures**
There is some clinical evidence that methylphenidate may lower the convulsive threshold in patients with prior history of seizures, with prior EEG abnormalities in the absence of seizures, and, very rarely, in the absence of history of seizures and no prior EEG evidence of seizures. Safe concomitant use of anticonvulsants and methylphenidate has not been established. In the presence of seizures, Ritalin LA should be discontinued.

**Hypertension and other Cardiovascular Conditions**
Use cautiously in patients with hypertension. Blood pressure should be monitored at appropriate intervals in patients taking Ritalin LA, especially patients with hypertension. Studies of methylphenidate have shown modest increases of resting pulse and systolic and diastolic blood pressure. Therefore, caution is indicated in treating patients whose underlying medical conditions might be compromised by increases in blood pressure or heart rate, e.g., those with pre-existing hypertension, heart failure, recent myocardial infarction, or hyperthyroidism.

**Visual Disturbance**
Symptoms of visual disturbances have been encountered in rare cases. Difficulties with accommodation and blurring of vision have been reported with methylphenidate.

**Use in Children Under Six Years of Age**
Ritalin LA should not be used in children under six years of age, since safety and efficacy in this age group have not been established.

---
**Drug Dependence**
Ritalin LA should be given cautiously to patients with a history of drug dependence or alcoholism. Chronic abusive use can lead to marked tolerance and psychological dependence with varying degrees of abnormal behavior. Frank psychotic episodes can occur, especially with parenteral abuse. Careful supervision is required during withdrawal from abusive use, since severe depression may occur. Withdrawal following chronic therapeutic use may unmask symptoms of the underlying disorder that may require follow-up.
---

## PRECAUTIONS
**Hematologic Monitoring**
Periodic CBC, differential, and platelet counts are advised during prolonged therapy.

**Information for Patients**
Patient information is provided at the end of this insert. To assure safe and effective use of Ritalin® LA (methylphenidate hydrochloride) extended-release capsules, the patient information should be discussed with patients.

**Drug Interactions**
Methylphenidate is metabolized primarily by de-esterification (noncrosomal hydrolytic esterases) to ritalinic acid and not through oxidative pathways.
The effects of gastrointestinal pH alterations on the absorption of methylphenidate from Ritalin LA have not been studied. Since the modified release characteristics of Ritalin LA are pH dependent, the co-administration of antacids or acid suppressants could alter the release of methylphenidate.

Methylphenidate may decrease the hypotensive effect of guanethidine. Because of possible effects on blood pressure, methylphenidate should be used cautiously with pressor agents.

Human pharmacologic studies have shown that methylphenidate may inhibit the metabolism of coumarin anticoagulants, anticonvulsants (e.g., phenobarbital, phenytoin, primidone), and tricyclic drugs (e.g., imipramine, clomipramine, desipramine). Downward dose adjustment of these drugs may be required when given concomitantly with methylphenidate. It may be necessary to adjust the dosage and monitor plasma drug concentrations (or, in the case of coumarin, coagulation times), when initiating or discontinuing concomitant methylphenidate.

Serious adverse events have been reported in concomitant use of methylphenidate with clonidine, although no causality for the combination has been established. The safety of using methylphenidate in combination with clonidine or other centrally acting alpha-2-agonists has not been systematically evaluated.

**Carcinogenesis/Mutagenesis/Impairment of Fertility**
In a lifetime carcinogenicity study carried out in B6C3F1 mice, methylphenidate caused an increase in hepatocellular adenomas and, in males only, an increase in hepatoblastomas, at a daily dose of approximately 60 mg/kg/day. This dose is approximately 30 times and 4 times the maximum recommended human dose on a mg/kg and mg/m² basis, respectively. Hepatoblastoma is a relatively rare rodent malignant tumor type. There was no increase in total malignant hepatic tumors. The mouse strain used is sensitive to the development of hepatic tumors, and the significance of these results to humans is unknown.

Methylphenidate did not cause any increases in tumors in a lifetime carcinogenicity study carried out in F344 rats; the highest dose used was approximately 45 mg/kg/day, which is approximately 22 times and 5 times the maximum recommended human dose on a mg/kg and mg/m² basis, respectively.

In a 24-week carcinogenicity study in the transgenic mouse strain p53+/-, which is sensitive to genotoxic carcinogens, there was no evidence of carcinogenicity. Male and female mice were fed diets containing the same concentration of methylphenidate as in the lifetime carcinogenicity study; the high-dose groups were exposed to 60-74 mg/kg/day of methylphenidate.

Methylphenidate was not mutagenic in the *in vitro* Ames reverse mutation assay or in the *in vitro* mouse lymphoma cell forward mutation assay. Sister chromatid exchanges and chromosome aberrations were increased, indicative of a weak clastogenic response, in an *in vitro* assay in cultured Chinese Hamster Ovary (CHO) cells. Methylphenidate was negative *in vivo* in males and females in the mouse bone marrow micronucleus assay.

Methylphenidate did not impair fertility in male or female mice that were fed diets containing the drug in an 18-week Continuous Breeding study. The study was conducted at doses up to 160 mg/kg/day, approximately 80-fold and 8-fold the highest recommended dose on a mg/kg and mg/m² basis, respectively.

**Pregnancy**
*Pregnancy Category C*
In studies conducted in rats and rabbits, methylphenidate was administered orally at doses of up to 75 and 200 mg/kg/day, respectively, during the period of organogenesis. Teratogenic effects (increased incidence of fetal spina bifida) were observed in rabbits at the highest dose, which is approximately 40 times the maximum recommended human dose (MRHD) on a mg/m² basis. The no effect level for embryo-fetal development in rabbits was 60 mg/kg/day (11 times the MRHD on a mg/m² basis). There was no evidence of specific teratogenic activity in rats, although increased incidences of fetal skeletal variations were seen at the highest dose level (7 times the MRHD on a mg/m² basis), which was also maternally toxic. The no effect level for embryo-fetal development in rats was 25 mg/kg/day (2 times the MRHD on a mg/m² basis). When methylphenidate was administered to rats throughout pregnancy and lactation at doses of up to 45 mg/kg/day, offspring body weight gain was decreased at the highest dose (4 times the MRHD on a mg/m² basis), but no other effects on postnatal development were observed. The no effect level for pre- and postnatal development in rats was 15 mg/kg/day (equal to the MRHD on a mg/m² basis).



Rick Knapp  
Executive Director  
State Government Affairs

Novartis Pharmaceuticals Corporation  
State Government Affairs  
One Health Plaza  
East Hanover, NJ 07936-1080

Tel 973 781 8421  
Fax 973 781 6671

August 26, 2002

«Address»

«Salutation»:

## NEW PRODUCT INTRODUCTION
## DIOVAN (valsartan tablets) 40 mg

Novartis Pharmaceuticals Corporation is pleased to announce the availability of DIOVAN (valsartan tablets) 40 mg. DIOVAN (valsartan tablets) 40 mg was approved by the FDA on August 14, 2002. Once-daily DIOVAN is also available in 80mg, 160mg, and 320mg oral tablets. This medication will be available by prescription only.

### KEY PRODUCT/PACKAGING INFORMATION:

| NDC NUMBER | 0078-0376-15 | 0078-0376-06 |
|---|---|---|
| PACKAGE STRENGTH | 40mg | 40mg |
| PACKAGE SIZE | 30 tablets | 10 blisters-10 tablets each blister |
| AWP** | $39.00 | $130.00 |
| WHOLESALE PRICE | $31.20 | $104.00 |

*As used herein, the term "AWP" constitutes a reference for this Novartis product, set as a percentage above the price at which the product is offered generally to wholesalers. Notwithstanding the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Enclosed please find the package insert and FDA approval letter. Thank you for your cooperation. If you have any questions or require additional information, please feel free to contact me at 973-781-8421.

Sincerely,

*Rick Knapp*

Rick Knapp  
Executive Director,  
State Government Affairs



DEPARTMENT OF HEALTH & HUMAN SERVICES  Public Health Service

Food and Drug Administration
Rockville MD 20857

NDA 20-665/S-016
NDA 21-283/S-001

Novartis Pharmaceuticals Corporation
Attention: Ms. Nancy A. Price
One Health Plaza
East Hanover, New Jersey 07936-1080

Dear Ms. Price:

Please refer to your supplemental new drug applications dated April 27 (NDA 20-665) and July 23, 2001 (NDA 21-283), submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Diovan (valsartan) Capsules, 80 and 160 mg (NDA 20-665) and Tablets, 40, 80, 160, and 320 mg (NDA 21-283).

We acknowledge receipt of your submissions dated July 25 and 29, 2002. Your submissions of July 29, 2002 constituted a complete response to our July 23, 2002 approvable letter.

These supplemental new drug applications provide for the use of Diovan (valsartan) Capsules and Tablets for the treatment of heart failure (NYHA class II-IV) in patients who are intolerant to an ACE (angiotensin converting enzyme) inhibitor. In addition, NDA 21-283/S-001 provides for a new 40 mg tablet strength.

We have completed the review of these supplemental applications, as amended, and have concluded that adequate information has been presented to demonstrate that the drug products are safe and effective for use as recommended in the submitted final printed labeling (package insert included in your submissions of July 29, 2002, immediate container and carton labels included in your submission of June 17, 2002). Accordingly, these supplemental applications are approved effective on the date of this letter.

Please make the following changes to the labeling at your next printing:

1. (NDA 20-665/S-016)-Under **DESCRIPTION**, 5th sentence, please add after iron oxides, in parentheses, the individual color components (yellow, black, brown, and/or red).
2. (NDA 21-283/S-001)-Under **DESCRIPTION**, 5th sentence, please insert the word "brown" after the word "black" in the parentheses (yellow, black and/or red).

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new

**DEPARTMENT OF HEALTH & HUMAN SERVICES**    Public Health Service

Food and Drug Administration
Rockville MD 20857

indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 FR 66632). We note that you have not fulfilled the requirements of 21 CFR 314.55 (or 601.27). We are deferring submission of your pediatric studies for this indication until September 30, 2007. However, in the interim, please submit your pediatric drug development plans within 180 days from the date of this letter unless you believe a waiver is appropriate. Within approximately 120 days of receipt of your pediatric drug development plan, we will review your plan and notify you of its adequacy.

Pediatric studies conducted under the terms of section 505A of the Federal Food, Drug, and Cosmetic Act may result in additional marketing exclusivity for certain products (pediatric exclusivity). You should refer to the *Guidance for Industry on Qualifying for Pediatric Exclusivity* (available on our web site at www.fda.gov/cder/pediatric) for details. If you wish to qualify for pediatric exclusivity you should submit a "Proposed Pediatric Study Request" (PPSR) in addition to your plans for pediatric drug development described above. We recommend that you submit a Proposed Pediatric Study Request within 120 days from the date of this letter. If you are unable to meet this time frame but are interested in pediatric exclusivity, please notify the division in writing. FDA generally will not accept studies submitted to an NDA before issuance of a Written Request as responsive to a Written Request. Sponsors should obtain a Written Request before submitting pediatric studies to an NDA. If you do not submit a PPSR or indicate that you are interested in pediatric exclusivity, we will review your pediatric drug development plan and notify you of its adequacy. Please note that satisfaction of the requirements in 21 CFR 314.55 alone may not qualify you for pediatric exclusivity. FDA does not necessarily ask a sponsor to complete the same scope of studies to qualify for pediatric exclusivity as it does to fulfill the requirements of the pediatric rule.

In addition, please submit three copies of the introductory promotional materials that you propose to use for these products. All proposed materials should be submitted in draft or mock-up form, not final print. Please send one copy to the Division of Cardio-Renal Drug Products and two copies of both the promotional materials and the package inserts directly to:

   Division of Drug Marketing, Advertising, and Communications, HFD-42
   Food and Drug Administration
   5600 Fishers Lane
   Rockville, Maryland 20857

If a letter communicating important information about this drug product (i.e., a "Dear Health Care Professional" letter) is issued to physicians and others responsible for patient care, we request that you submit a copy of the letter to this NDA and a copy to the following address:

   MEDWATCH, HF-2
   FDA
   5600 Fishers Lane
   Rockville, MD 20857

NDA 20-665/S-016
NDA 21-283/S-001
Page 3

Please submit one market package of the drug product when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, please contact:

        Mr. Edward Fromm
        Regulatory Health Project Manager
        (301) 594-5332

                Sincerely,

                *{See appended electronic signature page}*

                Robert Temple, M.D.
                Director
                Office of Drug Evaluation I
                Center for Drug Evaluation and Research

Enclosures: Final Printed Labeling for NDA's 20-665/S-016 & 21-283/S-001

Case 1:01-cv-12257-PBS   Document 4192-7   Filed 05/10/07   Page 13 of 14

# Diovan®
## valsartan
### Tablets

Rx only
Prescribing Information

---

**USE IN PREGNANCY**
When used in pregnancy during the second and third trimesters, drugs that act directly on the renin-angiotensin system can cause injury and even death to the developing fetus. When pregnancy is detected, Diovan should be discontinued as soon as possible. See *WARNINGS: Fetal/Neonatal Morbidity and Mortality*.

---

**DESCRIPTION:** Diovan® (valsartan) is a nonpeptide, orally active, and specific angiotensin II antagonist acting on the $AT_1$ receptor subtype.

Valsartan is chemically described as *N*-(1-oxopentyl)-*N*-[[2'-(1*H*-tetrazol-5-yl)[1,1'-biphenyl]-4-yl]methyl]-L-valine. Its empirical formula is $C_{24}H_{29}N_5O_3$, its molecular weight is 435.5, and its structural formula is

[Chemical structure diagram]

Valsartan is a white to practically white fine powder. It is soluble in ethanol and methanol and slightly soluble in water. Diovan is available as tablets for oral administration, containing 40 mg, 80 mg, 160 mg or 320 mg of valsartan. The inactive ingredients of the tablets are colloidal silicon dioxide, crospovidone, hydroxypropyl methylcellulose, iron oxides (yellow, black and/or red), magnesium stearate, microcrystalline cellulose, polyethylene glycol 8000, and titanium dioxide.

**CLINICAL PHARMACOLOGY: Mechanism of Action:** Angiotensin II is formed from angiotensin I in a reaction catalyzed by angiotensin-converting enzyme (ACE, kininase II). Angiotensin II is the principal pressor agent of the renin-angiotensin system, with effects that include vasoconstriction, stimulation of synthesis and release of aldosterone, cardiac stimulation, and renal reabsorption of sodium. Valsartan blocks the vasoconstrictor and aldosterone-secreting effects of angiotensin II by selectively blocking the binding of angiotensin II to the $AT_1$ receptor in many tissues, such as vascular smooth muscle and the adrenal gland. Its action is therefore independent of the pathways for angiotensin II synthesis.

There is also an $AT_2$ receptor found in many tissues, but $AT_2$ is not known to be associated with cardiovascular homeostasis. Valsartan has much greater affinity (about 20,000-fold) for the $AT_1$ receptor than for the $AT_2$ receptor. The increased plasma levels of angiotensin II following $AT_1$ receptor blockade with valsartan may stimulate the unblocked $AT_2$ receptor. The primary metabolite of valsartan is essentially inactive with an affinity for the $AT_1$ receptor about one 200th that of valsartan itself.

Blockade of the renin-angiotensin system with ACE inhibitors, which inhibit the biosynthesis of angiotensin II from angiotensin I, is widely used in the treatment of hypertension. ACE inhibitors also inhibit the degradation of bradykinin, a reaction also catalyzed by ACE. Because valsartan does not inhibit ACE (kininase II), it does not affect the response to bradykinin. Whether this difference has clinical relevance is not yet known. Valsartan does not bind to or block other hormone receptors or ion channels known to be important in cardiovascular regulation.

Blockade of the angiotensin II receptor inhibits the negative regulatory feedback of angiotensin II on renin secretion, but the resulting increased plasma renin activity and angiotensin II circulating levels do not overcome the effect of valsartan on blood pressure.

**Pharmacokinetics:** Valsartan peak plasma concentration is reached 2 to 4 hours after dosing. Valsartan shows bi-exponential decay kinetics following intravenous administration, with an average elimination half-life of about 6 hours. Absolute bioavailability for Diovan is about 25% (range 10%-35%). Food decreases the exposure (as measured by AUC) to valsartan by about 40% and peak plasma concentration ($C_{max}$) by about 50%. AUC and $C_{max}$ values of valsartan increase approximately linearly with increasing dose over the clinical dosing range. Valsartan does not accumulate appreciably in plasma following repeated administration.

*Metabolism and Elimination:* Valsartan, when administered as an oral solution, is primarily recovered in feces (about 83% of dose) and urine (about 13% of dose). The recovery is mainly as unchanged drug, with only about 20% of dose recovered as metabolites. The primary metabolite, accounting for about 9% of dose, is valeryl 4-hydroxy valsartan. The enzyme(s) responsible for valsartan metabolism have not been identified but do not seem to be CYP 450 isozymes.

Following intravenous administration, plasma clearance of valsartan is about 2 L/h and its renal clearance is 0.62 L/h (about 30% of total clearance).

*Distribution:* The steady state volume of distribution of valsartan after intravenous administration is small (17 L), indicating that valsartan does not distribute into tissues extensively. Valsartan is highly bound to serum proteins (95%), mainly serum albumin.

*Special Populations: Pediatric:* The pharmacokinetics of valsartan have not been investigated in patients < 18 years of age.

*Geriatric:* Exposure (measured by AUC) to valsartan is higher by 70% and the half-life is longer by 35% in the elderly than in the young. No dosage adjustment is necessary *(see DOSAGE AND ADMINISTRATION)*.

*Gender:* Pharmacokinetics of valsartan does not differ significantly between males and females.

*Heart Failure:* The average time to peak concentration and elimination half-life of valsartan in heart failure patients are similar to that observed in healthy volunteers. AUC and $C_{max}$ values of valsartan increase linearly and are almost proportional with increasing dose over the clinical dosing range (40 to 160 mg twice a day). The average accumulation factor is about 1.7. The apparent clearance of valsartan following oral administration is approximately 4.5 L/h. Age does not affect the apparent clearance in heart failure patients.

*Renal Insufficiency:* There is no apparent correlation between renal function (measured by creatinine clearance) and exposure (measured by AUC) to valsartan in patients with different degrees of renal impairment. Consequently, dose adjustment is not required in patients with mild-to-moderate renal dysfunction. No studies have been performed in patients with severe impairment of renal function (creatinine clearance < 10 mL/min). Valsartan is not removed from the plasma by hemodialysis. In the case of severe renal disease, exercise care with dosing of valsartan *(see DOSAGE AND ADMINISTRATION)*.

*Hepatic Insufficiency:* On average, patients with mild-to-moderate chronic liver disease have twice the exposure (measured by AUC values) to valsartan of healthy volunteers (matched by age, sex and weight). In general, no dosage adjustment is needed in patients with mild-to-moderate liver disease. Care should be exercised in patients with liver disease *(see DOSAGE AND ADMINISTRATION)*.

*Pharmacodynamics and Clinical Effects: Hypertension:* Valsartan inhibits the pressor effect of angiotensin II infusions. An oral dose of 80 mg inhibits the pressor effect by about 80% at peak with approximately 30% inhibition persisting for 24 hours. No information on the effect of larger doses is available.

Removal of the negative feedback of angiotensin II causes a 2- to 3-fold rise in plasma renin and consequent rise in angiotensin II plasma concentration in hypertensive patients. Minimal decreases in plasma aldosterone were observed after administration of valsartan; very little effect on serum potassium was observed.

In multiple-dose studies in hypertensive patients with stable renal insufficiency and patients with renovascular hypertension, valsartan had no clinically significant effects on glomerular filtration rate, filtration fraction, creatinine clearance, or renal plasma flow.

In multiple-dose studies in hypertensive patients, valsartan had no notable effects on total cholesterol, fasting triglycerides, fasting serum glucose, or uric acid.

The antihypertensive effects of Diovan were demonstrated principally in 7 placebo-controlled, 4- to 12-week trials ⟨one⟩ in patients over 65) of dosages from 10 to 320 mg/day in patients with baseline diastolic blood pressures of 95-115. The studies allowed comparison of once-daily and twice-daily regimens of 160 mg/day; comparison of peak and trough effects; comparison (in pooled data) of response by gender, age, and race; and evaluation of incremental effects of hydrochlorothiazide.

Administration of valsartan to patients with essential hypertension results in a significant reduction of sitting, supine, and standing systolic and diastolic blood pressure, usually with little or no orthostatic change.

In most patients, after administration of a single oral dose, onset of antihypertensive activity occurs at approximately 2 hours, and maximum reduction of blood pressure is achieved within 6 hours. The antihypertensive effect persists for 24 hours after dosing, but there is a decrease from peak effect at lower doses (40 mg) presumably reflecting loss of inhibition of angiotensin II. At higher doses, however (160 mg), there is little difference in peak and trough effect. During repeated dosing, the reduction in blood pressure with any dose is substantially present within 2 weeks, and maximal reduction is generally attained after 4 weeks. In long-term follow-up studies (without placebo control), the effect of valsartan appeared to be maintained for up to two years. The antihypertensive effect is independent of age, gender or race. The latter finding regarding race is based on pooled data and should be viewed with caution, because antihypertensive drugs that affect the renin-angiotensin system (that is, ACE inhibitors and angiotensin-II blockers) have generally been found to be less effective in low-renin hypertensives (frequently blacks) than in high-renin hypertensives (frequently whites). In pooled, randomized, controlled trials of Diovan that included a total of 140 blacks and 830 whites, valsartan and an ACE-inhibitor control were generally at least as effective in blacks as whites. The explanation for this difference from previous findings is unclear.

Abrupt withdrawal of valsartan has not been associated with a rapid increase in blood pressure.

The blood pressure lowering effect of valsartan and thiazide-type diuretics are approximately additive.

The 7 studies of valsartan monotherapy included over 2,000 patients randomized to various doses of valsartan and about 800 patients randomized to placebo. Doses below 80 mg were not consistently distinguished from those of placebo at trough, but doses of 80, 160 and 320 mg produced dose-related decreases in systolic and diastolic blood pressure, with the difference from placebo of approximately 6-9/3-5 mmHg at 80-160 mg and 9/6 mmHg at 320 mg. In a controlled trial the addition of HCTZ to valsartan 80 mg resulted in additional lowering of systolic and diastolic blood pressure by approximately 6/3 and 12/5 mmHg for 12.5 and 25 mg of HCTZ, respectively, compared to valsartan 80 mg alone.

Patients with an inadequate response to 80 mg once daily were titrated to either 160 mg once daily or 80 mg twice daily, which resulted in a comparable response in both groups.

In controlled trials, the antihypertensive effect of once-daily valsartan 80 mg was similar to that of once-daily enalapril 20 mg or once-daily lisinopril 10 mg.

There was essentially no change in heart rate in valsartan-treated patients in controlled trials.

*Heart Failure:* The Valsartan Heart Failure Trial (Val-HeFT) was a multinational, double-blind study in which 5,010 patients with NYHA class II (62%) to IV (2%) heart failure and LVEF < 40%, on baseline therapy chosen by their physicians, were randomized to placebo or valsartan (titrated from 40 mg twice daily to the highest tolerated dose or 160 mg twice daily) and followed for a mean of about 2 years. Although Val-HeFT's primary goal was to examine the effect of valsartan when added to an ACE inhibitor, about 7% were not receiving an ACE inhibitor. Other background therapy included diuretics (86%), digoxin (67%), and beta-blockers (36%). The population studied was 80% male, 46% 65 years or older and 89% Caucasian. At the end of the trial, patients in the valsartan group had a blood pressure that was 4 mmHg systolic and 2 mmHg diastolic lower than the placebo group. There were two primary end points, both assessed as time to first event: all-cause mortality and heart failure morbidity, the latter defined as all-cause mortality, sudden death with resuscitation, hospitalization for heart failure, and the need for intravenous inotropic or vasodilatory drugs for at least 4 hours. These results are summarized in the table below.

| | Placebo (N=2,499) | Valsartan (N=2,511) | Hazard Ratio (95% CI*) | Nominal p-value |
|---|---|---|---|---|
| All-cause mortality | 484 (19.4%) | 495 (19.7%) | 1.02 (0.90-1.15) | 0.80 |
| HF morbidity | 801 (32.1%) | 723 (28.8%) | 0.87 (0.79-0.97) | 0.009 |

* CI = Confidence Interval

Although the overall morbidity result favored valsartan, this result was largely driven by the 7% of patients not receiving an ACE inhibitor, as shown in the following table.

| | Without ACE Inhibitor | | With ACE Inhibitor | |
|---|---|---|---|---|
| | Placebo (N=181) | Valsartan (N=185) | Placebo (N=2,318) | Valsartan (N=2,326) |
| Events (%) | 77 (42.5%) | 46 (24.9%) | 724 (31.2%) | 677 (29.1%) |
| Hazard ratio (95% CI) | 0.51 (0.35, 0.73) | | 0.92 (0.82, 1.02) | |
| p-value | 0.0002 | | 0.0965 | |

The modest favorable trend in the group receiving an ACE inhibitor was largely driven by the patients receiving less than the recommended dose of ACE inhibitor. Thus, there is little evidence of further clinical benefit when valsartan is added to an adequate dose of ACE inhibitor.

Secondary end points in the subgroup not receiving ACE inhibitors were as follows.

| | Placebo (N=181) | Valsartan (N=185) | Hazard ratio (95% CI) |
|---|---|---|---|
| Components of HF morbidity | | | |
| All-cause mortality | 49 (27.1%) | 32 (17.3%) | 0.59 (0.37, 0.91) |
| Sudden death with resuscitation | 2 (1.1%) | 1 (0.5%) | 0.47 (0.04, 5.20) |
| CHF therapy | 1 (0.6%) | 0 (0.0%) | — |
| CHF hospitalization | 48 (26.5%) | 24 (13.0%) | 0.43 (0.27, 0.71) |
| Cardiovascular mortality | 40 (22.1%) | 29 (15.7%) | 0.65 (0.40, 1.05) |
| Non-fatal morbidity | 49 (27.1%) | 24 (13.0%) | 0.42 (0.26, 0.69) |

In patients not receiving an ACE inhibitor, valsartan-treated patients had an increase in ejection fraction and reduction in left ventricular internal diastolic diameter (LVIDD).

Concomitant use of an ACE inhibitor, a beta-blocker, and valsartan was associated with a worse outcome for heart failure morbidity, as shown in the following table.

| | Placebo (N=816) | Valsartan (N=794) | Hazard ratio (95% CI) |
|---|---|---|---|
| Heart failure morbidity | 179 (21.9%) | 202 (25.4%) | 1.18 (0.97, 1.45) |
| All-cause mortality | 97 (11.9%) | 129 (16.2%) | 1.42 (1.09, 1.85) |

It is not known if this is a reproducible effect or a chance occurrence. The use of a beta-blocker did not appear to influence the effect of valsartan in patients not receiving an ACE inhibitor.

Effects were generally consistent across subgroups defined by age and gender for the population of patients not receiving an ACE inhibitor. The number of black patients was small and does not permit a meaningful assessment in this subset of patients.

**INDICATIONS AND USAGE: Hypertension:** Diovan® (valsartan) is indicated for the treatment of hypertension. It may be used alone or in combination with other antihypertensive agents.

**Heart Failure:** Diovan is indicated for the treatment of heart failure (NYHA class II-IV) in patients who are intolerant of angiotensin converting enzyme inhibitors. In a controlled trial, Diovan significantly reduced hospitalizations for heart failure. There is no evidence that Diovan provides added benefits when it is used with an adequate dose of an ACE inhibitor. *(See CLINICAL PHARMACOLOGY, Pharmacodynamics and Clinical Effects, Heart Failure for details.)*

**CONTRAINDICATIONS:** Diovan® (valsartan) is contraindicated in patients who are hypersensitive to any component of this product.

**WARNINGS: Fetal/Neonatal Morbidity and Mortality:** Drugs that act directly on the renin-angiotensin system can cause fetal and neonatal morbidity and death when administered to pregnant women. Several dozen cases have been reported in the world literature in patients who were taking angiotensin-converting enzyme inhibitors. When pregnancy is detected, Diovan® (valsartan) should be discontinued as soon as possible.

The use of drugs that act directly on the renin-angiotensin system during the second and third trimesters of pregnancy has been associated with fetal and neonatal injury, including hypotension, neonatal skull hypoplasia, anuria, reversible or irreversible renal failure, and death. Oligohydramnios has also been reported, presumably resulting from decreased fetal renal function; oligohydramnios in this setting has been associated with fetal limb contractures, craniofacial deformation, and hypoplastic lung development. Prematurity, intrauterine growth retardation, and patent ductus arteriosus have also been reported, although it is not clear whether these occurrences were due to exposure to the drug.

These adverse effects do not appear to have resulted from intrauterine drug exposure that has been limited to the first trimester. Mothers whose embryos and fetuses are exposed to an angiotensin II receptor antagonist only during the first trimester should be so informed. Nonetheless, when patients become pregnant, physicians should advise the patient to discontinue the use of valsartan as soon as possible.

Rarely (probably less often than once in every thousand pregnancies), no alternative to a drug acting on the renin-angiotensin system will be found. In these rare cases, the mothers should be apprised of the potential hazards to their fetuses, and serial ultrasound examinations should be performed to assess the intra-amniotic environment.

If oligohydramnios is observed, valsartan should be discontinued unless it is considered life-saving for the mother. Contraction stress testing (CST), a nonstress test (NST), or biophysical profiling (BPP) may be appropriate, depending upon the week of pregnancy. Patients and physicians should be aware, however, that oligohydramnios may not appear until after the fetus has sustained irreversible injury.

Infants with histories of *in utero* exposure to an angiotensin II receptor antagonist should be closely observed for hypotension, oliguria, and hyperkalemia. If oliguria occurs, attention should be directed toward support of blood

Diovan® (valsartan) tablets

essure and renal perfusion. Exchange transfusion or dialysis may be required as means of reversing hypotension and/or substituting for disordered renal function.

No teratogenic effects were observed when valsartan was administered to pregnant mice and rats at oral doses up to 600 mg/kg/day and to pregnant rabbits at oral doses up to 10 mg/kg/day. However, significant decreases in fetal weight, pup birth weight, pup survival rate, and slight delays in developmental milestones were observed in studies in which parental rats were treated with valsartan at oral, maternally toxic (reduction in body weight gain and food consumption) doses of 600 mg/kg/day during organogenesis or late gestation and lactation. In rabbits, fetotoxicity (i.e., resorptions, litter loss, abortions, and low body weight) associated with maternal toxicity (mortality) was observed at doses of 5 and 10 mg/kg/day. The no observed adverse effect doses of 600, 200 and 2 mg/kg/day in mice, rats and rabbits represent 9, 6, and 0.1 times, respectively, the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 320 mg/day and a 60-kg patient.)

Hypotension: Excessive hypotension was rarely seen (0.1%) in patients with uncomplicated hypertension treated with Diovan alone. In patients with an activated renin-angiotensin system, such as volume- and/or salt-depleted patients receiving high doses of diuretics, symptomatic hypotension may occur. This condition should be corrected prior to administration of Diovan, or the treatment should start under close medical supervision.

If excessive hypotension occurs, the patient should be placed in the supine position and, if necessary, given an intravenous infusion of normal saline. A transient hypotensive response is not a contraindication to further treatment, which usually can be continued without difficulty once the blood pressure has stabilized.

Hypotension in Heart Failure Patients: Caution should be observed when initiating therapy in patients with heart failure. Patients with heart failure given Diovan commonly have some reduction in blood pressure, but discontinuation of therapy because of continuing symptomatic hypotension usually is not necessary when dosing instructions are followed. In controlled trials, the incidence of hypotension in valsartan-treated patients was 5.5% compared to 1.8% in placebo-treated patients.

PRECAUTIONS: General: *Impaired Hepatic Function:* As the majority of valsartan is eliminated in the bile, patients with mild-to-moderate hepatic impairment, including patients with biliary obstructive disorders, showed lower valsartan clearance (higher AUCs). Care should be exercised in administering Diovan® (valsartan) to these patients.

*Impaired Renal Function - Hypertension:* In studies of ACE inhibitors in hypertensive patients with unilateral or bilateral renal artery stenosis, increases in serum creatinine or blood urea nitrogen have been reported. In a 4-day trial of valsartan in 12 hypertensive patients with unilateral renal artery stenosis, no significant increases in serum creatinine or blood urea nitrogen were observed. There has been no long-term use of Diovan in patients with unilateral or bilateral renal artery stenosis, but an effect similar to that seen with ACE inhibitors should be anticipated.

*Impaired Renal Function - Heart Failure:* As a consequence of inhibiting the renin-angiotensin-aldosterone system, changes in renal function may be anticipated in susceptible individuals. In patients with severe heart failure whose renal function may depend on the activity of the renin-angiotensin-aldosterone system, treatment with angiotensin-converting enzyme inhibitors and angiotensin receptor antagonists has been associated with oliguria and/or progressive azotemia and (rarely) with acute renal failure and/or death. Similar outcomes have been reported with Diovan.

Some patients with heart failure have developed increases in blood urea nitrogen, serum creatinine, and potassium. These effects are usually minor and transient, and they are more likely to occur in patients with pre-existing renal impairment. Dosage reduction and/or discontinuation of the diuretic and/or Diovan may be required. In the Valsartan Heart Failure Trial, in which 93% of patients were on concomitant ACE inhibitors, treatment was discontinued for elevations in creatinine or potassium (total of 1.0% on valsartan vs. 0.2% on placebo). Evaluation of patients with heart failure should always include assessment of renal function.

*Concomitant Therapy in Patients with Heart Failure:* In patients with heart failure, concomitant use of Diovan, an ACE inhibitor, and a beta blocker is not recommended. In the Valsartan Heart Failure Trial, this triple combination was associated with an unfavorable heart failure outcome (see CLINICAL PHARMACOLOGY, Pharmacodynamics and Clinical Effects, Heart Failure).

Information for Patients: *Pregnancy:* Female patients of childbearing age should be told about the consequences of second- and third-trimester exposure to drugs that act on the renin-angiotensin system, and they should also be told that these consequences do not appear to have resulted from first-trimester drug exposure that has been limited to the first trimester. These patients should be asked to report pregnancies to their physicians as soon as possible.

Drug Interactions: No clinically significant pharmacokinetic interactions were observed when valsartan was coadministered with amlodipine, atenolol, cimetidine, digoxin, furosemide, glyburide, hydrochlorothiazide, or indomethacin. The valsartan-atenolol combination was more antihypertensive than either component, but it did not lower the heart rate more than atenolol alone.

Coadministration of valsartan and warfarin did not change the pharmacokinetics of valsartan or the time-course of the anticoagulant properties of warfarin.

*CYP 450 Interactions:* The enzyme(s) responsible for valsartan metabolism have not been identified but do not seem to be CYP 450 isozymes. The inhibitory or induction potential of valsartan on CYP 450 is also unknown.

As with other drugs that block angiotensin II or its effects, concomitant use of potassium sparing diuretics (e.g., spironolactone, triamterene, amiloride), potassium supplements, or salt substitutes containing potassium may lead to increases in serum potassium and in heart failure patients to increases in serum creatinine.

Carcinogenesis, Mutagenesis, Impairment of Fertility: There was no evidence of carcinogenicity when valsartan was administered in the diet to mice and rats for up to 2 years at doses up to 160 and 200 mg/kg/day, respectively. These doses in mice and rats are about 2.6 and 6 times, respectively, the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 320 mg/day and a 60-kg patient.)

Mutagenicity assays did not reveal any valsartan-related effects at either the gene or chromosome level. These assays included bacterial mutagenicity tests with *Salmonella* (Ames) and *E coli*, a gene mutation test with Chinese hamster V79 cells; a cytogenetic test with Chinese hamster ovary cells; and a rat micronucleus test.

Valsartan had no adverse effects on the reproductive performance of male or female rats at oral doses up to 200 mg/kg/day. This dose is 6 times the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 320 mg/day and a 60-kg patient.)

Pregnancy: *Pregnancy Categories C (first trimester) and D (second and third trimesters): See WARNINGS, Fetal/Neonatal Morbidity and Mortality.*

Nursing Mothers: It is not known whether valsartan is excreted in human milk, but valsartan was excreted in the milk of lactating rats. Because of the potential for adverse effects on the nursing infant, a decision should be made whether to discontinue nursing or discontinue the drug, taking into account the importance of the drug to the mother.

Pediatric Use: Safety and effectiveness in pediatric patients have not been established.

Geriatric Use: In the controlled clinical trials of valsartan, 1,214 (36.2%) of hypertensive patients treated with valsartan were ≥ 65 years and 265 (7.9%) were ≥ 75 years. No overall difference in the efficacy or safety of valsartan was observed in this patient population, but greater sensitivity of some older individuals cannot be ruled out.

Of the 2,511 patients with heart failure randomized to valsartan in the Valsartan Heart Failure Trial, 45% (1,141) were 65 years of age or older. There were no notable differences in efficacy or safety between older and younger patients.

ADVERSE REACTIONS: Hypertension: Diovan® (valsartan) has been evaluated for safety in more than 4,000 patients, including over 400 treated for over 6 months, and more than 160 for over 1 year. Adverse experiences have generally been mild and transient in nature and have only infrequently required discontinuation of therapy. The overall incidence of adverse experiences with Diovan was similar to placebo.

The overall frequency of adverse experiences was neither dose-related nor related to gender, age, race, or regimen. Discontinuation of therapy due to side effects was required in 2.3% of valsartan patients and 2.0% of placebo patients. The most common reasons for discontinuation of therapy with Diovan were headache and dizziness.

The adverse experiences that occurred in placebo-controlled clinical trials in at least 1% of patients treated with Diovan and at a higher incidence in valsartan (n=2,316) than placebo (n=888) patients included viral infection (3% vs. 2%), fatigue (2% vs. 1%), and abdominal pain (2% vs. 1%).

Headache, dizziness, upper respiratory infection, cough, diarrhea, rhinitis, sinusitis, nausea, pharyngitis, edema, and arthralgia occurred at a more than 1% rate but at about the same incidence in placebo and valsartan patients.

In trials in which valsartan was compared to an ACE inhibitor with or without placebo, the incidence of dry cough was significantly greater in the ACE-inhibitor group (7.9%) than in the groups who received valsartan (2.6%) or placebo (1.5%). In a 129-patient trial limited to patients who had had dry cough when they had previously received ACE inhibitors, the incidences of cough in patients who received valsartan, HCTZ, or lisinopril were 20%, 19%, and 69% respectively (p < 0.001).

Dose-related orthostatic effects were seen in less than 1% of patients. An increase in the incidence of dizziness was observed in patients treated with Diovan 320 mg (8%) compared to 10 to 160 mg (2% to 4%).

Diovan has been used concomitantly with hydrochlorothiazide without evidence of clinically important adverse interactions.

Other adverse experiences that occurred in controlled clinical trials of patients treated with Diovan (> 0.2% of valsartan patients) are listed below. It cannot be determined whether these events were causally related to Diovan.

*Body as a Whole:* Allergic reaction and asthenia
*Cardiovascular:* Palpitations
*Dermatologic:* Pruritus and rash
*Digestive:* Constipation, dry mouth, dyspepsia, and flatulence
*Musculoskeletal:* Back pain, muscle cramps, and myalgia
*Neurologic and Psychiatric:* Anxiety, insomnia, paresthesia, and somnolence
*Respiratory:* Dyspnea
*Special Senses:* Vertigo
*Urogenital:* Impotence

Other reported events seen less frequently in clinical trials included chest pain, syncope, anorexia, vomiting, and angioedema.

Heart Failure: The adverse experience profile of Diovan in heart failure patients was consistent with the pharmacology of the drug and the health status of the patients. In the Valsartan Heart Failure Trial, comparing valsartan in total daily doses up to 320 mg (n=2,506) to placebo (n=2,494), 10% of valsartan patients discontinued for adverse events vs. 7% of placebo patients.

The table shows adverse events in double-blind short-term heart failure trials, including the first 4 months of the Valsartan Heart Failure Trial, with an incidence of at least 2% that were more frequent in valsartan-treated patients than in placebo-treated patients. All patients received standard drug therapy for heart failure, frequently as multiple medications, which could include diuretics, digitalis, beta-blockers, or ACE inhibitors.

|  | Valsartan (n=3,282) | Placebo (n=2,740) |
|---|---|---|
| Dizziness | 17% | 9% |
| Hypotension | 7% | 2% |
| Diarrhea | 5% | 4% |
| Arthralgia | 3% | 2% |
| Fatigue | 3% | 2% |
| Back Pain | 3% | 2% |
| Dizziness, postural | 2% | 1% |
| Hyperkalemia | 2% | 1% |
| Hypotension, postural | 2% | 1% |

Other adverse events with an incidence greater than 1% and greater than placebo included headache NOS, nausea, renal impairment NOS, syncope, blurred vision, upper abdominal pain and vertigo. (NOS = not otherwise specified). From the long term data in the Valsartan Heart Failure Trial, there did not appear to be any significant adverse events not previously identified.

Post-Marketing Experience: The following additional adverse reactions have been reported in post-marketing experience:

*Hypersensitivity:* There are rare reports of angioedema;
*Digestive:* Elevated liver enzymes and very rare reports of hepatitis;
*Renal:* Impaired renal function;
*Clinical Laboratory Tests:* Hyperkalemia;
*Dermatologic:* Alopecia.

Clinical Laboratory Test Findings: In controlled clinical trials, clinically important changes in standard laboratory parameters were rarely associated with administration of Diovan.

*Creatinine:* Minor elevations in creatinine occurred in 0.8% of patients taking Diovan and 0.6% given placebo in controlled clinical trials of hypertensive patients. In heart failure trials, greater than 50% increases in creatinine were observed in 3.9% of Diovan-treated patients compared to 0.9% of placebo-treated patients.

*Hemoglobin and Hematocrit:* Greater than 20% decreases in hemoglobin and hematocrit were observed in 0.4% and 0.8%, respectively, of Diovan patients, compared with 0.1% and 0.1% in placebo-treated patients. One valsartan patient discontinued treatment for microcytic anemia.

*Liver function tests:* Occasional elevations (greater than 150%) of liver chemistries occurred in Diovan-treated patients. Three patients (< 0.1%) treated with valsartan discontinued treatment for elevated liver chemistries.

*Neutropenia:* Neutropenia was observed in 1.9% of patients treated with Diovan and 0.8% of patients treated with placebo.

*Serum Potassium:* In hypertensive patients, greater than 20% increases in serum potassium were observed in 4.4% of Diovan-treated patients compared to 2.9% of placebo-treated patients. In heart failure patients, greater than 20% increases in serum potassium were observed in 10.0% of Diovan-treated patients compared to 5.1% of placebo-treated patients.

*Blood Urea Nitrogen (BUN):* In heart failure trials, greater than 50% increases in BUN were observed in 16.6% of Diovan-treated patients compared to 6.3% of placebo-treated patients.

OVERDOSAGE: Limited data are available related to overdosage in humans. The most likely manifestations of overdosage would be hypotension and tachycardia; bradycardia could occur from parasympathetic (vagal) stimulation. If symptomatic hypotension should occur, supportive treatment should be instituted.

Valsartan is not removed from the plasma by hemodialysis.

Valsartan was without grossly observable adverse effects at single oral doses up to 2000 mg/kg in rats and up to 1000 mg/kg in marmosets, except for salivation and diarrhea in the rat and vomiting in the marmoset at the highest dose (60 and 37 times, respectively, the maximum recommended human dose on a mg/m² basis). (Calculations assume an oral dose of 320 mg/day and a 60-kg patient.)

DOSAGE AND ADMINISTRATION: Hypertension: The recommended starting dose of Diovan® (valsartan) is 80 mg or 160 mg once daily when used as monotherapy in patients who are not volume-depleted. Patients requiring greater reductions may be started at the higher dose. Diovan may be used over a dose range of 80 mg to 320 mg daily, administered once-a-day.

The antihypertensive effect is substantially present within 2 weeks and maximal reduction is generally attained after 4 weeks. If additional antihypertensive effect is required over the starting dose range, the dose may be increased to a maximum of 320 mg or a diuretic may be added. Addition of a diuretic has a greater effect than dose increases beyond 80 mg.

No initial dosage adjustment is required for elderly patients, for patients with mild or moderate renal impairment, or for patients with mild or moderate liver insufficiency. Care should be exercised with dosing of Diovan in patients with hepatic or severe renal impairment.

Diovan may be administered with other antihypertensive agents.

Diovan may be administered with or without food.

Heart Failure: The recommended starting dose of Diovan is 40 mg twice daily. Uptitration to 80 mg and 160 mg twice daily should be done to the highest dose, as tolerated by the patient. Consideration should be given to reducing the dose of concomitant diuretics. The maximum daily dose administered in clinical trials is 320 mg in divided doses.

Concomitant use with an ACE inhibitor and a beta blocker is not recommended.

HOW SUPPLIED: Diovan® (valsartan) is available as tablets containing valsartan 40 mg, 80 mg, 160 mg, or 320 mg. All strengths are packaged in bottles and unit dose blister packages (10 strips of 10 tablets) as described below.

40 mg tablets are round and slightly convex with bevelled edges. 80 mg, 160 mg, and 320 mg tablets are almond-shaped with bevelled edges. All tablets are unscored.

| Tablet | Color | Deboss Side 1 | Deboss Side 2 | NDC 0078-XXXX-XX Bottle of 30 | Bottle of 100 | Blister |
|---|---|---|---|---|---|---|
| 40 mg | Yellow | NVR | DO | 376-15 | – | 376-06 |
| 80 mg | Pale red | NVR | DV | – | 358-05 | 358-06 |
| 160 mg | Grey-orange | NVR | DX | – | 359-05 | 359-06 |
| 320 mg | Dark grey-violet | NVR | DXL | – | 360-05 | 360-06 |

Store at 25°C (77°F); excursions permitted to 15°C-30°C (59°F-86°F).

[See USP controlled room temperature.]

Protect from moisture.

Dispense in tight container (USP).

REV: JULY 2002          PRINTED IN U.S.A.          T2002-55
                                                    89004207

Distributed by:
Novartis Pharmaceuticals Corporation
East Hanover, New Jersey 07936
©2002 Novartis