# EXHIBIT 3

## TO SUPPLEMENTAL DECLARATION OF SAMUEL N. LONERGAN

# FILED UNDER SEAL