UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>) | MDL No. 1456 |
| ) | Civil Action No. 01-CV-12257-PBS |
| )<br>THIS DOCUMENT RELATES TO )<br>)<br>*State of Nevada v. American Home Prods., Corp., et al* )<br>D. Nev. Cause No. CV-N-02-0202-ECR )<br>)<br>) | Judge Patti B. Saris<br><br>**SUPPLEMENTAL DECLARATION OF SAMUEL N. LONERGAN**<br><br>**FILED UNDER SEAL** |

STATE OF NEW YORK
              ss.:
COUNTY OF NEW YORK

I, SAMUEL N. LONERGAN, duly declare as follows:

1. I am an associate with the law firm of Kaye Scholer LLP, which represents Novartis Pharmaceuticals Corporation ("NPC") in the above-captioned case. I submit this supplemental declaration in further support of NPC's motion for summary judgment in *State of Nevada v. American Home Products, Corp.* for the purpose of identifying the documents attached hereto.

**Documents Cited in NPC's Reply to the State of Nevada's Opposition to NPC's Summary Judgment Motion**

2. Attached hereto as Exhibit 1 is a true and correct copy of the declaration of Richard Knapp, Executive Director, State Government Affairs at NPC, dated May 10, 2007.

3. Attached hereto as Exhibit 2 is a true and correct copy of pages 1, 20, and 21 of the deposition transcript of Ramon Crusit, a former business analyst for the

pharmaceutical wholesaler McKesson Corporation, taken on February 23, 2005, in connection with *In re Pharm. Indus. Average Wholesale Price Litig.*, MDL No. 1456, Civil Action No. 01-CV-12257-PBS (D. Mass.).

    4. Attached hereto as Exhibit 3 is a true and correct copy of pages 1 and 76 of the deposition transcript of Robert James, Vice President of Brand Rx Pharmaceutical Product Management for the pharmaceutical wholesaler McKesson Corporation, taken on February 23, 2005, in connection with *In Re Pharm. Indus. Average Wholesale Price Litig.*, MDL No. 1456, Civil Action No. 01-CV-12257-PBS (D. Mass.).

    5. Attached hereto as Exhibit 4 is a true and correct copy of the Complaint in *New England Carpenters Health Benefits Fund, et al v. First DataBank, Inc. and McKesson Corp.*, Civ. Action No. 1:05-CV-11148-PBS (D. Mass.).

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on May 10, 2007.

                    /s/ Samuel N. Lonergan
                    Samuel N. Lonergan

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of May, 2007, a true and accurate copy of Supplemental Declaration of Samuel N. Lonergan was served via the Lexis-Nexis Filing System:

Dated: Boston, Massachusetts
      May 10, 2007

                                      /s/ Brett Budzinski
                                      Brett Budzinski