# EXHIBIT 1

## TO SUPPLEMENTAL DECLARATION OF SAMUEL N. LONERGAN

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                                        )
IN RE PHARMACEUTICAL INDUSTRY          )   MDL No. 1456
AVERAGE WHOLESALE PRICE                   )
LITIGATION                                            )   Civil Action No.
_____)        01-CV-12257-PBS
                                                        )
THIS DOCUMENT RELATES TO                 )
                                                        )   Judge Patti B. Saris
*State of Montana v. Abbott Labs. Inc., et al.,*  )
02-CV-12084-PBS                                  )   **DECLARATION OF**
                                                        )   **RICHARD KNAPP**
*State of Nevada v. American Home Prods.*     )
*Corp., et al.,*                                     )
D. Nev. Cause No. CV-N-02-0202-ECR       )
_____)

STATE OF NEW JERSEY

                        ss.:

COUNTY OF MORRIS

      I, RICHARD KNAPP, duly declare as follows:

      1.    I am the Executive Director for State Government Affairs for Novartis Pharmaceuticals Corporation ("NPC"), a defendant in these actions.  From 1997, when NPC began doing business in its current form as a result of the merger of Ciba-Geigy Corporation and Sandoz Corporation, until earlier this year, my responsibilities included communicating to state Medicaid agencies, including the Medicaid agencies of the states of Montana and Nevada, certain information about new NPC products.

      2.    I submit this declaration in support of NPC's motions for summary judgment in *State of Montana v. Abbott Laboratories* and *State of Nevada v. American Home Products Corporation*.

3.      I have personal knowledge or have made inquiries with respect to the facts set forth in this declaration.  I would be competent to testify with regard to the facts stated in this declaration if called upon to do so.

4.      During the time I was responsible for communicating information announcing the availability of new NPC products to the Medicaid agencies of the states of Montana and Nevada, I did so by transmitting letters to these Medicaid agencies that provided the product's National Drug Code, strength, package size if applicable, wholesale price (referred to in some letters as "cost to wholesaler" or "wholesaler cost"), and the benchmark known as "Average Wholesale Price" ("AWP").  With each letter, I enclosed copies of (i) the U.S. Food and Drug Administration's letter approving the product for sale in the United States and (ii) the product's Prescribing Information.

5.      In addition to the product-specific data identified above, new product introduction letters generally also included a statement relating to AWP (the "AWP disclosure") that was the same as, or similar to, the statement relating to AWP that appeared on NPC broadcast faxes to wholesalers and price reporting agencies.  Although the exact wording changed slightly over the years, the central theme remained the same.  Each AWP disclosure expressly provided that AWP is not intended to represent an actual price charged by NPC to any customer.  By way of example, the October 28, 1999, letter introducing Comtan, an NPC product I understand is at issue in these lawsuits, states:

> As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding the inclusion of the term price, in Average Wholesale Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

2

A true and correct copy of a template of the October 28, 1999, letter announcing the availability of Comtan is attached hereto as Exhibit 1.  A copy of this letter, addressed to the person designated by each state to receive such information, was sent to Montana and Nevada's Medicaid agencies.

6.      True and correct copies of the templates of new product introduction letters dated February 4, 1997 (Diovan), February 6, 1998 (Migranal), April 14, 1998 (Diovan HCT), January 21, 2000 (Trileptal), May 3, 2000 (Exelon), January 4, 2001 (Exelon), January 5, 2001 (Starlix), April 16, 2001 (Foradil Aerolizer), May 18, 2001 (Gleevec), August 31, 2001 (Zometa), February 1, 2002 (Elidel), April 23, 2002 (Diovan HCT), July 12, 2002 (Lotrel), July 30, 2002 (Zelnorm), August 8, 2002 (Ritalin LA), and August 26, 2002 (Diovan), are attached hereto as Exhibit 2.

7.      Each new product introduction letter that I sent to the states' Medicaid agencies was identical except for the recipient's name and address and the salutation.  Therefore, rather than retain all of the letters for each new product introduction, I typically retained a copy of either the template for the letters, which would have prompts for the recipient's "address" and the "salutation" to be inputted, or of one actual letter sent to one state Medicaid agency.  I also periodically retained a computer-generated "merge list" of the names and addresses of the recipients of the letters; the merge lists that I retained reflect that the new product introduction letters were sent to employees of Montana and Nevada's Medicaid agencies.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2007.

_____/s/ Richard Knapp_____
Richard Knapp

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2007, a true and accurate copy of Declaration of Richard Knapp was served via the Lexis-Nexis Filing System:

Dated: Boston, Massachusetts
    May 10, 2007

/s/ Brett Budzinski\_\_\_\_
    Brett Budzinski

# EXHIBIT 1

## TO DECLARATION OF RICHARD KNAPP

**Novartis Pharmaceuticals Corporation**
State Government Affairs
59 Route 10
East Hanover, NJ 07936-1080

Tel   973 781 8421
Fax  973 781 6671

ᴗ NOVARTIS

October 28, 1999

«Address»

«Salutation»:

We are pleased to announce the introduction of COMTAN® (entacapone), which is indicated as an adjunct to levodopa/carbidopa to treat patients with idiopathic Parkinson's Disease who experience the signs and symptoms of end-of-dose "wearing-off" (See attached package insert).

Please add the following information to your system:

| Name | NDC# | Strength | Package Size | Cost to Wholesaler | AWP* |
|------|------|----------|--------------|--------------------|------|
| COMTAN® | 0078-0327-05 | 200mg | 100 | $ 140.00 | $168.00 |

*As used in this letter, the term AWP or Average Wholesaler Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Not withstanding the inclusion of the term price, in Average Wholesaler Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Enclosed please find the package insert and FDA approval letter. Thank you for your cooperation, and if you have any questions or require additional information, please feel free to call Richard Knapp at (973) 781-8421.

Sincerely,


Richard Knapp
Executive Director
State Government Affairs



DEPARTMENT OF HEALTH & HUMAN SERVICES          Public Health Service

NDA 20-796                                      Food and Drug Administration
                                                Rockville MD 20857

Orion Corporation
Attention: Robert Mc Cormack, Ph.D.
Vice-President, Regulatory Affairs                        OCT 19 1999
Target Research Associates
1801 East Second Street
Scotch Plains, N. J. 07076

Dear Dr. McCormack:

Please refer to your new drug application (NDA) dated October 24, 1997, received January 2, 1998, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Comtan (entacapone) Tablets 200 mg.

We acknowledge receipt of your submissions dated:
|  |  |  |
|---|---|---|
| April 16, 1999 | May 24, 1999 | May 25, 1999 |
| July 15, 1999 | July 28, 1999 | July 30, 1999 |
| September 9, 1999 | October 5, 1999 |  |

Your submission of April 16, 1999 constituted a complete response to our December 31, 1998 action letter.

This new drug application provides for the use of Comtan (entacapone) 200 mg tablets as an adjunct to levodopa / carbidopa to treat patients with idiopathic Parkinson's Disease who experience the signs and symptoms of end-of-dose "wearing-off" (so-called "fluctuating" patients).

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed upon enclosed labeling text. Accordingly, the application is approved effective on the date of this letter. In particular, this approval applies to formulation 55.

The final printed labeling (FPL) must be identical to the enclosed labeling (text for the package insert, immediate container and carton labels). Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FPL for approved NDA 20-796." Approval of this submission by FDA is not required before the labeling is used.

NDA 20-796
Page 2

We remind you of your Phase 4 commitment specified in your submission dated April 16, 1999 as requested in our December 31, 1998 action letter. This commitment is described below.

**Pharmacology / Toxicology**
We do not agree that you have provided evidence for saturation of absorption at doses of 100 mg/kg or higher in the mouse carcinogenicity study, and you have not demonstrated in a 3-month study that 100 mg/kg is approximately one half the maximum tolerated dose. As you have therefore failed to validate the existing study, it will be necessary for you to conduct a mouse carcinogenicity study during Phase 4. This study may be a repeat of the mouse bioassay or an alternative study such as the mouse p53 assay. If you choose an alternative mouse model, your justification for the choice and a protocol should be submitted for evaluation by the Executive Carcinogenicity Assessment Committee (ECAC). We also recommend that, if you choose to repeat the bioassay, you seek concurrence for dose selection from the ECAC. The dose selection studies should be initiated immediately, and the completed studies should be submitted as soon as possible.

Protocols, data, and final reports should be submitted to your IND for this product and a copy of the cover letter sent to this NDA. As an IND will not be required to meet your Phase 4 commitment, please submit protocols, data and final reports to this NDA as correspondence. In addition, under 21 CFR 314.81(b)(2)(vii), we request that you include a status summary of each commitment in your annual report to this NDA. For administrative purposes, all submissions, including labeling supplements, relating to these Phase 4 commitments must be clearly designated "Phase 4 Commitments."

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 FR 66632).

We note that in your October 5, 1999 submission, received October 6, 1999, you request a waiver of the pediatric study requirement in accordance with the provisions of 21 CFR 314. We will notify you within 120 days of receipt of your submission, February 3, 2000, whether a waiver is granted. If a waiver is not granted, we will ask you to submit your pediatric drug development plans within 120 days from the date of denial of the waiver.

NDA 20-796
Page 3

Pediatric studies conducted under the terms of section 505A of the Federal Food, Drug, and Cosmetic Act may result in additional marketing exclusivity for certain products (pediatric exclusivity). You should refer to the *Guidance for Industry on Qualifying for Pediatric Exclusivity* (available on our web site at www.fda.gov.cder/pediatric) for details. In the event that we deny your request for a waiver of the pediatric study requirements and, therefore, conclude that you must perform studies in (a subset of) the pediatric population, you may wish to qualify for pediatric exclusivity. In that case you should submit a "Proposed Pediatric Study Request" (PPSR) in addition to your plans for pediatric drug development described above. If we do deny your waiver request, we recommend that you submit a Proposed Pediatric Study Request within 120 days from the date that we inform you of this denial. If you are unable to meet this time frame but are interested in pediatric exclusivity, please notify the division in writing. FDA generally will not accept studies submitted to an NDA before issuance of a Written Request as responsive to a Written Request. Sponsors should obtain a Written Request before submitting pediatric studies to an NDA. If you do not submit a PPSR or indicate that you are interested in pediatric exclusivity, we will proceed with the pediatric drug development plan that you submit, and notify you of the pediatric studies that are required under section 21 CFR 314.55. Please note that satisfaction of the requirements in 21 CFR 314.55 alone may not qualify you for pediatric exclusivity. FDA does not necessarily ask a sponsor to complete the same scope of studies to qualify for pediatric exclusivity as it does to fulfill the requirements of the pediatric rule.

In addition, please submit three copies of the introductory promotional materials that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print. Please send one copy to the Division of Neuropharmacological Drug Products and two copies of both the promotional materials and the package insert directly to:

    Division of Drug Marketing, Advertising, and Communications, HFD-40
    Food and Drug Administration
    5600 Fishers Lane
    Rockville, Maryland 20857

Please submit one market package of the drug product when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

NDA 20-796
Page 4

If you have any questions, contact Teresa Wheelous, R.Ph., Regulatory Management
Officer, at (301) 594-2850.

Sincerely,

Robert Temple, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure



89005302



## NOVARTIS

T1999-67
89005302

# Comtan®
### (entacapone) Tablets

**Rx only**

**Prescribing Information**

## DESCRIPTION

Comtan® (entacapone) is available as tablets containing 200-mg entacapone.

Entacapone is an inhibitor of catechol-O-methyltransferase (COMT), used in the treatment of Parkinson's Disease as an adjunct to levodopa/carbidopa therapy. It is a nitrocatechol-structured compound with a relative molecular mass of 305.29. The chemical name of entacapone is (E)-2-cyano-3-(3,4-dihydroxy-5-nitrophenyl)-N,N-diethyl-2-propenamide. Its empirical formula is $C_{14}H_{15}N_3O_5$ and its structural formula is:

The inactive ingredients of the Comtan tablet are microcrystalline cellulose, mannitol, croscarmellose sodium, hydrogenated vegetable oil, hydroxypropyl methylcellulose, polysorbate 80, glycerol 85%, sucrose, magnesium stearate, yellow iron oxide, red oxide, and titanium dioxide.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

Entacapone is a selective and reversible inhibitor of catechol-O-methyltransferase (COMT).

In mammals, COMT is distributed throughout various organs with the highest activities in the liver and kidney. COMT also occurs in the heart, lung, smooth and skeletal muscles, intestinal tract, reproductive organs, various glands, adipose tissue, skin, blood cells, and neuronal tissues, especially in glial cells. COMT catalyzes the transfer of the methyl group of S-adenosyl-L-methionine to the phenolic group of substrates that contain a catechol structure. Physiological substrates of COMT include dopa, catecholamines (dopamine, norepinephrine, and epinephrine) and their hydroxylated metabolites. The function of COMT is the elimination of biologically active catechols and some other hydroxylated metabolites. In the presence of a decarboxylase inhibitor, COMT becomes the major metabolizing enzyme for levodopa, catalyzing the formation of 3-methoxy-4-hydroxy-L-phenylalanine (3-OMD) in the brain and periphery.

The mechanism of action of entacapone is believed to be through its ability to inhibit COMT and alter the plasma pharmacokinetics of levodopa. When entacapone is given in conjunction with levodopa and an aromatic amino acid decarboxylase inhibitor, such as carbidopa, plasma levels of levodopa are greater and more sustained than after administration of levodopa and an aromatic amino acid decarboxylase inhibitor alone. It is believed that at a given frequency of levodopa administration, these more sustained plasma levels of levodopa result in more constant dopaminergic stimulation in the brain, leading to greater effects on the signs and symptoms of Parkinson's Disease. The higher levodopa levels also lead to increased levodopa adverse effects, sometimes requiring a decrease in the dose of levodopa.

In animals, while entacapone enters the CNS to a minimal extent, it has been shown to inhibit central COMT activity. In humans, entacapone inhibits the COMT enzyme in peripheral tissues. The effects of entacapone on central COMT activity in humans have not been studied.

### Pharmacodynamics

**COMT Activity in Erythrocytes:** Studies in healthy volunteers have shown that entacapone reversibly inhibits human erythrocyte catechol-O-methyltransferase (COMT) activity after oral administration. There was a linear correlation between entacapone dose and erythrocyte COMT inhibition; the maximum inhibition being 82% following an 800-mg single dose. With COMT activity is on average 65% with a return to baseline level within 8 hours.

**Effect on the Pharmacokinetics of Levodopa and Its Metabolites**

When 200 mg entacapone is administered together with levodopa/carbidopa, it increases the area under the curve (AUC) of levodopa by approximately 35% and the elimination half-life of levodopa is prolonged from 1.3 h - 2.4 h. In general, the average peak levodopa plasma concentration and the time to its occurrence ($T_{max}$ at 1 hour) are unaffected. The onset of effect occurs after the first administration and is maintained during long-term treatment. Studies in Parkinson's Disease patients suggest that the maximal effect occurs with 200-mg single doses. Plasma levels of

©1999 Novartis

3-OMD are markedly and dose-dependently decreased by entacapone when given with levodopa/carbidopa.

### Pharmacokinetics of Entacapone

Entacapone pharmacokinetics are linear over the dose range of 5 mg - 800 mg, and are independent of levodopa/carbidopa coadministration. The elimination of entacapone is biphasic, with an elimination half-life of 0.4 h - 0.7 h, based on the β-phase and 2.4 h based on the γ-phase. The γ-phase accounts for approximately 10% of the total AUC. The total body clearance after I.V. administration is 850 mL/min. After a single 200-mg dose of Comtan (entacapone), the $C_{max}$ is approximately 1.2 μg/mL.

**Absorption:** Entacapone is rapidly absorbed, with a $T_{max}$ of approximately 1 hour. The absolute bioavailability following oral administration is 35%. Food does not affect the pharmacokinetics of entacapone.

**Distribution:** The volume of distribution of entacapone at steady state after I.V. injection is small (20 L). Entacapone does not distribute widely into tissues due to its high plasma protein binding. Based on an in vitro studies, the plasma protein binding of entacapone is 98% over the concentration range of 0.4 - 50 μg/mL. Entacapone binds mainly to serum albumin.

**Metabolism and Elimination:** Entacapone is almost completely metabolized prior to excretion, with only a very small amount (0.2% of dose) found unchanged in urine. The main metabolic pathway is isomerization to the cis-isomer, followed by direct glucuronidation of the parent and cis-isomer; the glucuronide conjugate is inactive. After oral administration of a $^{14}C$-labeled dose of entacapone, 10% of labeled parent and metabolite is excreted in urine and 90% in feces.

**Special Populations:** Entacapone pharmacokinetics are independent of age. No formal gender studies have been conducted. Racial representation in clinical trials was largely limited to Caucasians (there were only 4 blacks in one US trial and no Asians in any of the clinical trials); no conclusions can therefore be found about the effect of Comtan on groups other than Caucasians.

**Hepatic Impairment:** A single 200-mg dose of entacapone, without levodopa/dopa decarboxylase inhibitor coadministration, showed approximately twofold higher AUC and $C_{max}$ values in patients with a history of alcoholism and hepatic impairment (n=10) compared to normal subjects (n=10). All patients had biopsy-proven liver cirrhosis caused by alcohol. According to Child-Pugh grading 7 patients with liver disease had mild hepatic impairment and 3 patients had moderate hepatic impairment. As only about 10% of the entacapone dose is excreted in urine as parent compound and conjugated glucuronide, hepatic impairment appears to be the major route of excretion of the drug. Consequently, entacapone should be administered with care in patients with biliary obstruction.

**Renal Impairment:** The pharmacokinetics of entacapone have been investigated after a single 200-mg entacapone dose, without levodopa/dopa decarboxylase inhibitor coadministration, in a specific renal impairment study. There were three groups: normal subjects (n=7; creatinine clearance >1.12 mL/sec/1.73 m²), moderate impairment (n=10; creatinine clearance ranging from 0.60 - 0.89 mL/sec/1.73 m²), and severe impairment (n=7; creatinine clearance ranging from 0.20 - 0.44 mL/sec/1.73 m²). No important effects of renal function on the pharmacokinetics of entacapone were found.

**Drug Interactions:** See PRECAUTIONS, Drug Interactions.

### Clinical Studies

The effectiveness of Comtan (entacapone) as an adjunct to levodopa in the treatment of Parkinson's Disease was established in three 24-week multicenter, randomized, double-blind placebo-controlled trials in patients with Parkinson's Disease. In two of these trials, the patients' disease was "fluctuating", i.e., was characterized by documented periods of "On" (periods of relatively good functioning) and "Off" (periods of relatively poor functioning), despite optimum levodopa therapy. There was also a withdrawal period following 6 months of treatment. In the third trial patients were not required to have been experiencing fluctuations. Prior to the controlled part of the trials, patients were stabilized on levodopa for 2 - 4 weeks. Comtan has not been systematically evaluated in patients who do not experience fluctuations.

In the first two studies to be described, patients were randomized to receive placebo or entacapone 200 mg administered concomitantly with each dose of levodopa/carbidopa (up to 10 times daily, but averaging 4-6 doses per day). The formal double-blind portion of both trials was 6 months long. Patients recorded the time spent in the "On" and "Off" states in home diaries periodically throughout the duration of the trial. In one study, conducted in the Nordic countries, the primary outcome measure was the total mean time spent in the "On" state during an 18-hour diary recorded day (6 AM to midnight). In the other study, the primary outcome measure was the proportion of awake time spent over 24 hours in the "On" state.

In addition to the primary outcome measure, the amount of time spent in the "Off" state was evaluated, and patients were also evaluated by subparts of the Unified Parkinson's Disease Rating Scale (UPDRS), a frequently used multi-item rating scale intended to assess mentation (Part I), activities of daily living (Part II), motor function (Part III), complications of therapy (Part IV), and disease staging (Part V & VI); an investigator's and patient's global assessment of clinical condition, a 7-point subjective scale

designed to assess global functioning in Parkinson's Disease; and the change in daily levodopa/carbidopa dose.

In one of the studies, 171 patients were randomized in 16 centers in Finland, Norway, Sweden, and Denmark (Nordic study), all of whom received concomitant levodopa plus dopa-decarboxylase inhibitor (either levodopa/carbidopa or levodopa/benserazide). In the second trial, 205 patients were randomized in 17 centers in North America (US and Canada); all patients received concomitant levodopa/carbidopa. The following tables display the results of these two trials.

#### Table 1. Nordic Study
**Primary Measure from Home Diary (from an 18-hour Diary Day)**

| | Baseline | Change from Baseline at Month 6 | p-value vs. placebo |
|---|---|---|---|
| **Hours of Awake Time "On"** | | | |
| Placebo | 9.2 | -0.1 | |
| Comtan | 9.3 | +1.6 | <0.001 |
| **Duration of "On" time after first AM dose (hrs)** | | | |
| Placebo | 2.2 | 0.0 | |
| Comtan | 2.3 | +0.7 | <0.001 |

**Secondary Measures from Home Diary (from an 18-hour Diary Day)**

| | Baseline | Change from Baseline at Month 6 | p-value vs. placebo |
|---|---|---|---|
| **Hours of Awake Time "Off"** | | | |
| Placebo | 5.3 | 0.0 | |
| Comtan | 5.2 | -1.3 | <0.001 |
| **Proportion of Awake Time "On" (%)** | | | |
| Placebo | 60.0 | -0.6 | |
| Comtan | 62.7 | +8.3 | <0.001 |
| **Levodopa Total Daily Dose (mg)** | | | |
| Placebo | 705 | +14 | |
| Comtan | 701 | -67 | <0.001 |
| **Frequency of Levodopa Daily Intakes** | | | |
| Placebo | 6.1 | +0.1 | |
| Comtan | 6.2 | -0.4 | |

**Other Secondary Measures**

| | Baseline | Change from Baseline at Month 6 | p-value vs. placebo |
|---|---|---|---|
| **Investigator's Global (overall) % Improved** | | | |
| Placebo | — | 28% | |
| Comtan | — | 50% | <0.01 |
| **Patient's Global (overall) % Improved** | | | |
| Placebo | — | 21% | |
| Comtan | — | 39% | N.S.‡ |
| **UPDRS Total** | | | |
| Placebo | 37.4 | -1.1 | |
| Comtan | 38.5 | -4.6 | <0.01 |
| **UPDRS Motor** | | | |
| Placebo | 24.6 | -0.7 | |
| Comtan | 25.5 | -3.3 | <0.05 |
| **UPDRS ADL** | | | |
| Placebo | 11.0 | -0.4 | |
| Comtan | 11.2 | -1.8 | <0.05 |

* Mean: the month 6 values represent the average of weeks 8, 16, and 24, by protocol-defined outcome measures.
** At least one category change at endpoint.
*** Scores change at endpoint similarly to the Nordic study.
† Not significant.

#### Table 2. North American Study
**Primary Measure from Home Diary (for an 24-hour Diary Day)**

| | Baseline | Change from Baseline at Month 6 | p-value vs. placebo |
|---|---|---|---|
| **Percent of Awake Time "On"** | | | |
| Placebo | 60.8 | +2.0 | |
| Comtan | 60.0 | +6.6 | <0.05 |

**Secondary Measures from Home Diary (for an 24-hour Diary Day)**

| | Baseline | Change from Baseline at Month 6 | p-value vs. placebo |
|---|---|---|---|
| **Hours of Awake Time "On"** | | | |
| Placebo | 6.6 | -0.3 | |
| Comtan | 6.6 | +0.9 | <0.01 |
| **Hours of Awake Time "Off"** | | | |
| Placebo | 6.8 | -0.3 | |
| Comtan | 7.0 | -1.3 | <0.01 |
| **Levodopa Total Daily Dose (mg)** | | | |
| Placebo | 10.3 | +0.4 | |
| Comtan | 10.2 | +1.0 | N.S.‡ |
| **Frequency of Levodopa Daily Intakes** | | | |
| Placebo | .758 | +10 | |
| Comtan | 804 | -99 | <0.001 |
| Placebo | 6.0 | 0.0 | |
| Comtan | 6.2 | -0.3 | <0.05 |

**Other Secondary Measures**

| | Baseline | Change from Baseline at Month 6 | p-value vs. placebo |
|---|---|---|---|
| **Investigator's Global (overall) % Improved** | | | |
| Placebo | — | 21 | |
| Comtan | — | 34 | <0.05 |
| **Patient's Global (overall) % Improved** | | | |
| Placebo | — | 26 | |
| Comtan | — | 31 | <0.05 |
| **UPDRS Total** | | | |
| Placebo | 35.6 | +2.6 | |
| Comtan | 36.6 | -0.8 | <0.05 |
| **UPDRS Motor** | | | |
| Placebo | 22.6 | +1.2 | |
| Comtan | 22.0 | -0.9 | <0.05 |
| **UPDRS ADL** | | | |
| Placebo | 11.7 | +1.1 | |
| Comtan | 11.9 | 0.0 | <0.05 |

* Mean: the month 6 values represent the average of weeks 8, 16, and 24, by protocol-defined outcome measures.
** At least one category change at endpoint.
*** Scores change at endpoint similarly to the Nordic study.
† Not significant.

Effects on "On"-baseline, levc or selegiline.

Withdrawal or drawal of ent bidopa, result placebo. In so but returned to levodopa dose similarly, a sig after entacap drawal. At this severity follow

In the third ized in 32 cent trials, entacapo dopa decarbox and III and total ness. The follo as for some se

| | |
|---|---|
| **UPDRS ADL** | |
| Placebo | |
| Comtan | |
| **UPDRS Motor** | |
| Placebo | |
| Comtan | |

| | |
|---|---|
| **UPDRS Total** | |
| Placebo | |
| Comtan | |
| **Percent of Awake** | |
| Placebo | |
| Comtan | |
| **Hours of Awake Ti** | |
| Placebo | |
| Comtan | |
| **Levodopa Total Da** | |
| Placebo | |
| Comtan | |
| **Frequency of Levo** | |
| Placebo | |
| Comtan | |
| **Global (overall) %** | |
| Placebo | |
| Comtan | |

* Total populatio
** Fluctuating popu
*** Total population
† food population
‡ Not significant.

### INDICATIONS

Comtan (entacap to treat patients w the signs and syn

## PHARMACOLO

Comtan's effect patients with idiop end-of-dose "wea

## CONTRAINDICA

Comtan (entacapon demonstrated hyp

## WARNINGS

Monoamine oxida tems involved in th sible, therefore, th non-selective MAC result in inhibition catecholamine me be treated concon Entacapone can inhibitor (e.g., sele **Drugs Metabolize** When a single 400 venous isoprenalin tered levodopa/do changes in heart ra than with placebo. Therefore, drugs isoprenalinol, epin alpha-methyldopa, administered with c

Effects on "On" time did not differ by age, sex, weight, disease severity at baseline, levodopa dose and concomitant treatment with dopamine agonists or selegiline.

**Withdrawal of entacapone:** In the North American study, abrupt withdrawal of entacapone, without alteration of the dose of levodopa/carbidopa, resulted in a significant worsening of fluctuations, compared to placebo. In some cases, symptoms were slightly worse than at baseline, but returned to approximately baseline severity within two weeks following levodopa dose increase on average by 80 mg. In the Nordic study, similarly, a significant worsening of parkinsonian symptoms was observed after entacapone withdrawal as assessed two weeks after drug withdrawal. At this phase, the symptoms were approximately at baseline severity following levodopa dose increase by about 50 mg.

In the third placebo controlled trial, a total of 301 patients were randomized in 32 centers in Germany and Austria. In this trial, as in the other two trials, entacapone 200 mg was administered with each dose of levodopa/dopa decarboxylase inhibitor (up to 10 times daily) and UPDRS Parts II and III and total daily "On" time were the primary measures of effectiveness. The following results were seen for the primary measures, as well as for some secondary measures:

**Table 3. German-Austrian Study**

Primary Measures

| | Baseline | Change from Baseline at Month 6 | p-value vs placebo (LOCF) |
|---|---|---|---|
| UPDRS ADL** | | | |
| Placebo | 12.0 | +0.5 | |
| Comtan | 12.4 | -0.4 | <0.05 |
| UPDRS Motor* | | | |
| Placebo | 24.1 | +0.1 | |
| Comtan | 24.9 | -2.5 | <0.05 |
| Hours of Awake Time "On" (Home diary) | | | |
| Placebo | 10.1 | +0.5 | |
| Comtan | 10.2 | +1.6 | N.S.† |

Secondary Measures

| | Baseline | Change from Baseline at Month 6 | p-value vs placebo |
|---|---|---|---|
| UPDRS Total* | | | |
| Placebo | 37.7 | +0.6 | |
| Comtan | 39.0 | -3.4 | <0.05 |
| Percent of Awake Time "On" (Home diary)** | | | |
| Placebo | 59.9 | +3.5 | |
| Comtan | 62.0 | +8.5 | N.S.† |
| Hours of Awake Time "Off" (Home diary)** | | | |
| Placebo | 6.8 | -0.6 | |
| Comtan | 6.3 | -1.2 | 0.07 |
| Levodopa Total Daily Dose (mg)* | | | |
| Placebo | 577 | +44 | |
| Comtan | 566 | -35 | N.S.† |
| Frequency of Levodopa Daily Intake* | | | |
| Placebo | 5.6 | +0.2 | |
| Comtan | 5.4 | 0.0 | <0.05 |
| Global (overall) % Improved*** | | | |
| Placebo | | 34 | |
| Comtan | | 38 | N.S.† |

* Total population, some change at endpoint.
** Fluctuating population, with 3-60 doses; some change at endpoint.
*** Total population; at least one category change at endpoint.
† Not significant.

**INDICATIONS**

Comtan (entacapone) is indicated as an adjunct to levodopa/carbidopa to treat patients with idiopathic Parkinson's Disease who experience the signs and symptoms of end-of-dose "wearing-off" (see CLINICAL PHARMACOLOGY, Clinical Studies).

Comtan's effectiveness has not been systematically evaluated in patients with idiopathic Parkinson's Disease who do not experience end-of-dose "wearing-off".

**CONTRAINDICATIONS**

Comtan (entacapone) tablets are contraindicated in patients who have demonstrated hypersensitivity to the drug or its ingredients.

**WARNINGS**

Monoamine oxidase (MAO) and COMT are the two major enzyme systems involved in the metabolism of catecholamines. It is theoretically possible, therefore, that the combination of Comtan (entacapone) and a non-selective MAO inhibitor (e.g., phenelzine and tranylcypromine) would result in inhibition of the majority of the pathways responsible for normal catecholamine metabolism. For this reason, patients should ordinarily not be treated concomitantly with Comtan and a non-selective MAO inhibitor.

Entacapone can be taken concomitantly with a selective MAO-B inhibitor (e.g., selegiline).

**Drugs Metabolized by Catechol-O-methyltransferase (COMT)**
When a single 400-mg dose of entacapone was given together with intravenous isoprenaline (isoproterenol) and epinephrine without coadministered levodopa/dopa decarboxylase inhibitor, the overall mean maximal changes in heart rate during infusion were about 50% and 80% higher than with placebo, for isoprenaline and epinephrine, respectively.

Therefore, drugs known to be metabolized by COMT, such as isoproterenol, epinephrine, norepinephrine, dopamine, dobutamine, alpha-methyldopa, apomorphine, isoetherine, and bitofterol should be administered with caution in patients receiving entacapone regardless

of the route of administration (including inhalation), as their interaction may result in increased heart rates, possibly arrhythmias, and excessive changes in blood pressure.

Ventricular tachycardia was noted in one 32 year-old healthy male volunteer in an interaction study after epinephrine infusion and oral entacapone administration. Treatment with propranolol was required. A causal relationship to entacapone administration appears probable but cannot be attributed with certainty.

**PRECAUTIONS**

**Hypotension/Syncope**
Dopaminergic therapy in Parkinson's Disease patients has been associated with orthostatic hypotension. Entacapone enhances levodopa's bioavailability and, therefore, might be expected to increase the occurrence of orthostatic hypotension. In Comtan (entacapone) clinical trials, however, no differences from placebo were seen for measured orthostasis or symptoms of orthostasis. Orthostatic hypotension was documented at least once in 2.7% and 3.0% of the patients treated with 200 mg Comtan and placebo, respectively. A total of 4.3% and 4.0% of the patients treated with 200 mg Comtan and placebo, respectively, reported orthostatic symptoms at some times during their treatment and also had at least one episode of orthostatic hypotension documented (however, the episode of orthostatic symptoms itself was not accompanied by vital sign measurements). Neither baseline treatment with a dopamine agonists or selegiline, nor the presence of orthostasis at baseline, increased the risk of orthostatic hypotension in patients treated with Comtan compared to patients on placebo.

In the large controlled trials, approximately 1.2% and 0.8% of 200 mg entacapone and placebo patients, respectively, reported at least one episode of syncope. Reports of syncope were generally more frequent in patients in both treatment groups who had an episode of documented hypotension (although the episodes of syncope, obtained by history, were themselves not documented with vital sign measurement).

**Diarrhea**
In clinical trials, diarrhea developed in 60 of 603 (10.0%) and 16 of 400 (4.0%) of patients treated with 200 mg Comtan and placebo, respectively. In patients treated with Comtan, diarrhea was generally mild to moderate in severity (8.6%) but was regarded as severe in 1.3%. Diarrhea resulted in withdrawal in 10 of 603 (1.7%) patients, 7 (1.2%) with mild and moderate diarrhea and 3 (0.5%) with severe diarrhea. Diarrhea generally resolved after discontinuation of Comtan. Two patients with diarrhea were hospitalized. Typically, diarrhea presents within 4 - 12 weeks after entacapone is started, but it may appear as early as the first week and as late as many months after the initiation of treatment.

**Hallucinations**
Dopaminergic therapy in Parkinson's Disease patients had been associated with hallucinations. In clinical trials, hallucinations developed in approximately 4.0% of patients treated with 200 mg Comtan or placebo. Hallucinations led to drug discontinuation and premature withdrawal from clinical trials in 0.8% and 0% of patients treated with 200 mg Comtan and placebo, respectively. Hallucinations led to hospitalization in 1.0% and 0.3% of patients in the 200 mg Comtan and placebo groups, respectively.

**Dyskinesia**
Comtan may potentiate the dopaminergic side effects of levodopa and may cause and/or exacerbate preexisting dyskinesia. Although decreasing the dose of levodopa may ameliorate this side effect, many patients in controlled trials continued to experience frequent dyskinesias despite a reduction in their dose of levodopa. The rates of withdrawal for dyskinesia were 1.5% and 0.8% for 200 mg Comtan and placebo, respectively.

**Other Events Reported With Dopaminergic Therapy**
The events listed below are rare events known to be associated with the use of drugs that increase dopaminergic activity, although they are most often associated with the use of direct dopamine agonists.

**Rhabdomyolysis:** Cases of severe rhabdomyolysis have been reported with Comtan use. The complicated nature of these cases makes it impossible to determine what role, if any, Comtan played in their pathogenesis. Severe prolonged motor activity including dyskinesia may account for rhabdomyolysis. One case, however, included fever and alteration of consciousness. It is therefore possible that the rhabdomyolysis may be a result of the syndrome described in Hyperpyrexia and Confusion (see PRECAUTIONS, Other Events Reported With Dopaminergic Therapy).

**Hyperpyrexia and Confusion:** Cases of a symptom complex resembling the neuroleptic malignant syndrome characterized by elevated temperature, muscular rigidity, altered consciousness, and elevated CPK have been reported in association with the rapid dose reduction or withdrawal of other dopaminergic drugs. Several cases with similar signs and symptoms have been reported in association with Comtan therapy, although no information about dose manipulation is available. The complicated nature of these cases makes it difficult to determine what role, if any, Comtan may have played in their pathogenesis. No cases have been reported following the abrupt withdrawal or dose reduction of entacapone treatment during clinical studies.

Prescribers should exercise caution when discontinuing entacapone treatment. When considered necessary, withdrawal should proceed slowly. If a decision is made to discontinue treatment with Comtan, recommendations include monitoring the patient closely and adjusting other dopaminergic treatments as needed. This syndrome should be considered in the




89005302



**Comtan®**
(entacapone) Tablets

differential diagnosis for any patient who develops a high fever or severe rigidity. Tapering Comtan has not been systematically evaluated.

**Fibrotic Complications:** Cases of retroperitoneal fibrosis, pulmonary infiltrates, pleural effusion, and pleural thickening have been reported in some patients treated with ergot derived dopaminergic agents. These complications may resolve when the drug is discontinued, but complete resolution does not always occur. Although these adverse events are believed to be related to the ergoline structure of these compounds, whether other, nonergot derived drugs (e.g., entacapone) that increase dopaminergic activity can cause them is unknown. It should be noted that the expected incidence of fibrotic complications is so low that even if entacapone caused these complications at rates similar to those attributable to other dopaminergic therapies, it is unlikely that it would have been detected in a cohort of the size exposed to entacapone. Four cases of pulmonary fibrosis were reported during clinical development of entacapone; three of these patients were also treated with pergolide and one with bromocriptine. The duration of treatment with entacapone ranged from 7 - 17 months.

**Renal Toxicity:** In a 1 year toxicity study, entacapone (plasma exposure 20 times that in humans receiving the maximum recommended daily dose of 1600 mg) caused an increased incidence in male rats of nephrotoxicity that was characterized by regenerative tubules, thickening of basement membranes, infiltration of mononuclear cells and tubular protein casts. These effects were not associated with changes in clinical chemistry parameters, and there is no established method for monitoring for the possible occurrence of these lesions in humans. Although this toxicity could represent a species-specific effect, there is not yet evidence that this is so.

**Hepatic Impairment:** Patients with hepatic impairment should be treated with caution. The AUC and C_max of entacapone approximately doubled in patients with documented liver disease compared to controls. (See CLINICAL PHARMACOLOGY, Pharmacokinetics of Entacapone and DOSAGE AND ADMINISTRATION.)

**Information for Patients**
Patients should be instructed to take Comtan only as prescribed.
- Patients should be informed that hallucinations can occur.
- Patients should be advised that they may develop postural (orthostatic) hypotension with or without symptoms such as dizziness, nausea, syncope, and sweating. Hypotension may occur more frequently during initial therapy. Accordingly, patients should be cautioned against rising rapidly after sitting or lying down, especially if they have been doing so for prolonged periods, and especially at the initiation of treatment with Comtan.
- Patients should be advised that they should neither drive a car nor operate other complex machinery until they have gained sufficient experience on Comtan to gauge whether or not it affects their mental and/or motor performance adversely. Because of the possible additive sedative effects, caution should be used when patients are taking other CNS depressants in combination with Comtan.
- Patients should be informed that nausea may occur, especially at the initiation of treatment with Comtan.
- Patients should be advised of the possibility of an increase in dyskinesia.
- Patients should be advised that treatment with entacapone may cause a change in the color of their urine (a brownish orange discoloration) that is not clinically relevant. In controlled trials, 10% of patients treated with Comtan reported urine discoloration compared to 0% of placebo patients.
- Although Comtan has not been shown to be teratogenic in animals, it is always given in conjunction with levodopa/carbidopa, which is known to cause visceral and skeletal malformations in the rabbit. Accordingly, patients should be advised to notify their physicians if they become pregnant or intend to become pregnant during therapy (see PRECAUTIONS, Pregnancy).

Entacapone is excreted in maternal milk in rats. Because of the possibility that entacapone may be excreted into human maternal milk, patients should be advised to notify their physicians if they intend to breastfeed or are breastfeeding an infant.

**Laboratory Tests:**
Comtan is a chelator of iron. The impact of entacapone on the body's iron stores is unknown; however, a tendency towards decreasing serum iron concentrations were noted in clinical trials. In a controlled clinical study serum ferritin levels (as marker of iron deficiency and subclinical anemia) were not changed as compared to placebo after one year of treatment and there was no difference in rates of anemia or decreased hemoglobin levels.

**Special Populations**
Patients with hepatic impairment should be treated with caution (see INDICATIONS, DOSAGE AND ADMINISTRATION).

**Drug Interactions**
In vitro studies of human CYP enzymes showed that entacapone inhibited the CYP enzymes 1A2, 2A6, 2C9, 2C19, 2D6, 2E1 and 3A only at very high concentrations (IC50 from 200 to over 1000 µM; and at 200 mg dose achieves a highest level of approximately 5 µM in people); these enzymes would therefore not be expected to be inhibited in clinical use.

**Protein Binding**
Entacapone is highly protein bound (98%). In vitro studies have shown no binding displacement between entacapone and other highly bound drugs, such as warfarin, salicylic acid, phenylbutazone, and diazepam.

**Drugs Metabolized by Catechol-O-methyltransferase (COMT)**
See WARNINGS.

**Hormone levels**
Levodopa is known to depress prolactin secretion and increase growth hormone levels. Treatment with entacapone coadministered with levodopa/dopa decarboxylase inhibitor does not change these effects.

**Effect of Entacapone on the Metabolism of Other Drugs**
See WARNINGS regarding concomitant use of Comtan and non-selective MAO inhibitors.

No interaction was noted with the MAO-B inhibitor selegiline in two multiple-dose interaction studies when entacapone was coadministered with levodopa/dopa decarboxylase inhibitor (n=29). More than 600 Parkinson's Disease patients in clinical trials have used selegiline in combination with entacapone and levodopa/dopa decarboxylase inhibitor.

As most drugs are known to interfere with biliary excretion, glucuronidation, and intestinal beta-glucuronidase are given concurrently with entacapone. These include probenecid, cholestyramine, and some antibiotics (e.g., erythromycin, rifampicin, ampicillin and chloramphenicol).

No interaction with the tricyclic antidepressant imipramine was shown in a single-dose study with entacapone without coadministered levodopa/dopa-decarboxylase inhibitor.

**Carcinogenesis**
Two-year carcinogenicity studies of entacapone were conducted in mice and rats. Rats were treated once daily by oral gavage with entacapone doses of 20, 90, or 400 mg/kg. An increased incidence of renal tubular adenomas and carcinomas was found in male rats treated with the highest dose of entacapone. Plasma exposures (AUC) associated with this dose were approximately 20 times higher than estimated plasma exposures of humans receiving the maximum recommended daily dose of entacapone (MRDD = 1600 mg). Mice were treated once daily by oral gavage with doses of 20, 100 or 600 mg/kg of entacapone (0.05, 0.3, and 2 times the MRDD for humans on a mg/m² basis). Because of a high incidence of premature mortality in mice receiving the highest dose of entacapone, the mouse study is not an adequate assessment of carcinogenicity. Although no treatment related tumors were observed in animals receiving the lower doses, the carcinogenic potential of entacapone has not been fully evaluated. The carcinogenic potential of entacapone administered in combination with levodopa/carbidopa has not been evaluated.

**Mutagenesis**
Entacapone was mutagenic and clastogenic in the in vitro mouse lymphoma/thymidine kinase assay in the presence and absence of metabolic activation, and was clastogenic in cultured human lymphocytes in the presence of metabolic activation. Entacapone, either alone or in combination with levodopa/carbidopa, was not clastogenic in the in vivo micronucleus test or mutagenic in the bacterial reverse mutation assay (Ames test).

**Impairment of Fertility**
Entacapone did not impair fertility or general reproductive performance in rats treated with up to 700 mg/kg/day (plasma AUCs 28 times those in humans receiving the MRDD). Delayed mating, but no fertility impairment, was evident in female rats treated with 700 mg/kg/day of entacapone.

**Pregnancy**
Pregnancy Category C. In embryofetal development studies, entacapone was administered to pregnant animals throughout organogenesis at doses of up to 1000 mg/kg/day in rats and 300 mg/kg/day in rabbits. Increased incidences of fetal variations were evident in litters from rats treated with the highest dose, in the absence of overt signs of maternal toxicity. The maternal plasma drug exposure (AUC) associated with this dose was approximately 34 times the estimated plasma exposure in humans receiving the maximum recommended daily dose (MRDD) of 1600 mg. Increased frequencies of abortions and late-fetal resorptions and decreased fetal weights were observed in the litters of rabbits treated with maternotoxic doses of 300 mg/kg/day (plasma AUCs 0.4 times those in humans receiving the MRDD) or greater. There was no evidence of teratogenicity in these studies.

However, when entacapone was administered to female rats prior to mating and during early gestation, an increased incidence of fetal eye anomalies (macrophthalmia, microphthalmia, anophthalmia) was observed in the litters of dams treated with doses of 160 mg/kg/day (plasma AUCs 7 times those in humans receiving the MRDD) or greater, in the absence of maternotoxicity. Administration of up to 700 mg/kg/day (plasma AUCs 28 times those in humans receiving the MRDD) to female rats during the latter part of gestation and throughout lactation, produced no evidence of developmental impairment in the offspring.

Entacapone is always given concomitantly with levodopa/carbidopa, which is known to cause visceral and skeletal malformations in rabbits. The teratogenic potential of entacapone in combination with levodopa/carbidopa was not assessed in animals.

There is no experience from clinical studies regarding the use of Comtan in pregnant women. Therefore, Comtan should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Nursing Women**
In animal studies, entacapone was excreted into maternal rat milk. It is not known whether entacapone is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when entacapone is administered to a nursing woman.

**Pediatric Use**
There is no identified potential use of entacapone in pediatric patients.

**ADVERSE REACTIONS**
During the pre-marketing development of entacapone, 1450 patients with

Parkinson's Disease were treated with entacapone. Included were patients with fluctuating symptoms, as well as those with stable responses to levodopa therapy. All patients received concomitant treatment with levodopa preparations, however, and were similar in other clinical aspects.

The most commonly observed adverse events (>5%) in the double-blind, placebo-controlled trials (N=1003) associated with the use of Comtan (entacapone) and not seen at an equivalent frequency among the placebo-treated patients were: dyskinesia/hyperkinesia, nausea, urine discoloration, diarrhea, and abdominal pain.

Approximately 5% of the 603 patients given entacapone in the double-blind, placebo-controlled trials discontinued treatment due to adverse events compared to 9% of the 400 patients who received placebo. The most frequent causes of discontinuation in decreasing order are: psychiatric reasons (2% vs. 1%), diarrhea (2% vs. 0%), dyskinesia/hyperkinesia (2% vs. 1%), nausea (2% vs. 1%), abdominal pain (1% vs. 0%), and aggravation of Parkinson's Disease symptoms (1% vs. 1%).

**Adverse Event Incidence in Controlled Clinical Studies**

Table 4 lists treatment emergent adverse events that occurred in at least 1% of patients treated with entacapone participating in the double-blind, placebo-controlled studies and that were numerically more common in the entacapone group, compared to placebo. In these studies, either entacapone or placebo was added to levodopa/carbidopa (or levodopa/benserazide).

**Table 4**
**Summary of Patients with Adverse Events after Start of Test Drug Administration**
**At least 1% in Comtan® (entacapone) group and > Placebo**

| SYSTEM ORGAN CLASS Preferred term | Comtan (n = 603) % of patients | Placebo (n = 400) % of patients |
|---|---|---|
| **SKIN AND APPENDAGES DISORDERS** | | |
| Sweating increased | 2 | 1 |
| **MUSCULOSKELETAL SYSTEM DISORDERS** | | |
| Back pain | 2 | 1 |
| **CENTRAL & PERIPHERAL NERVOUS SYSTEM DISORDERS** | | |
| Dyskinesia | 25 | 15 |
| Hyperkinesia | 10 | 5 |
| Hypokinesia | 9 | 8 |
| Dizziness | 8 | 6 |
| **SPECIAL SENSES, OTHER DISORDERS** | | |
| Taste perversion | 1 | 0 |
| **PSYCHIATRIC DISORDERS** | | |
| Anxiety | 2 | 1 |
| Somnolence | 2 | 0 |
| Agitation | 1 | 0 |
| **GASTROINTESTINAL SYSTEM DISORDERS** | | |
| Nausea | 14 | 8 |
| Diarrhea | 10 | 4 |
| Abdominal pain | 8 | 4 |
| Constipation | 6 | 4 |
| Vomiting | 4 | 1 |
| Mouth dry | 3 | 0 |
| Dyspepsia | 2 | 1 |
| Flatulence | 2 | 0 |
| Gastritis | 1 | 0 |
| Gastrointestinal disorder | 1 | 0 |
| **RESPIRATORY SYSTEM DISORDERS** | | |
| Dyspnea | 1 | 0 |
| **PLATELET, BLEEDING & CLOTTING DISORDERS** | | |
| Purpura | 3 | 1 |
| **URINARY SYSTEM DISORDERS** | | |
| Urine discoloration | 2 | 1 |
| **BODY AS A WHOLE - GENERAL DISORDERS** | | |
| Back pain | 10 | 8 |
| Fatigue | 6 | 4 |
| Asthenia | 2 | 1 |
| **RESISTANCE MECHANISM DISORDERS** | | |
| Infection bacterial | 1 | 0 |

The prescriber should be aware that these figures cannot be used to predict the incidence of adverse events in the course of usual medical practice where patient characteristics and other factors differ from those that prevailed in the clinical studies. Similarly, the cited frequencies cannot be compared with figures obtained from other clinical investigations involving different treatments, uses, and investigators. The cited figures do, however, provide the prescriber with some basis for estimating the relative contribution of drug and nondrug factors to the adverse event observed in the population studied.

Effects of gender and age on adverse reactions
No differences were noted in the rate of adverse events attributable to entacapone by age or gender.

**DRUG ABUSE AND DEPENDENCE**
Comtan (entacapone) is not a controlled substance. Animal studies to evaluate the drug abuse and potential dependence have not been conducted. Although clinical trials have not revealed any evidence of the potential for abuse, tolerance or physical dependence, systematic studies in humans designed to evaluate these effects have not been performed.

**OVERDOSAGE**
There have been no reported cases of either accidental or intentional overdose with entacapone tablets. However, COMT inhibition by entacapone treatment is dose-dependent. A maximum overdose of Comtan (entacapone) may theoretically produce a 100% inhibition of the COMT enzyme in people, thereby preventing the metabolism of endogenous and exogenous catechols.

The highest single dose of entacapone administered to humans was 800 mg, resulting in a plasma concentration of 14.1 pg/mL. The highest daily dose given to humans was 2400 mg, administered in one study as 400 mg six times daily with levodopa/carbidopa for 14 days in 15 Parkinson's Disease patients, and in another study as 800 mg t.i.d.

for 7 days in 8 healthy volunteers. At this daily dose, the peak plasma concentrations of entacapone averaged 2.0 pg/mL (at 45 min., compared to 1.0 and 1.2 pg/mL with 200 mg entacapone at 45 min.). Abdominal pain and loose stools were the most commonly observed adverse events during this study. Daily doses as high as 2000 mg Comtan have been administered as 200 mg 10 times daily with levodopa/carbidopa or levodopa/ benserazide for at least 1 year in 10 patients, for at least 2 years in 8 patients and for at least 3 years in 7 patients. Overall, however, clinical experience with daily doses above 1600 mg is limited.

The range of lethal plasma concentrations of entacapone based on animal data was 80 - 130 µg/mL in mice. Respiratory difficulties, ataxia, hypoactivity, and convulsions were observed in mice after high oral (gavage) doses.

**Management of Overdose**
Management of Comtan overdose is symptomatic; there is no known antidote to Comtan. Hospitalization is advised, and general supportive care is indicated. There is no experience with hemodialysis or hemoperfusion, but these procedures are unlikely to be of benefit, because Comtan is highly bound to plasma proteins. An immediate gastric lavage and repeated doses of charcoal over time may hasten the elimination of Comtan by decreasing its absorption/reabsorption from the GI tract. The adequacy of the respiratory and circulatory systems should be carefully monitored and appropriate supportive measures employed. The possibility of drug interactions, especially with catechol-structured drugs, should be borne in mind.

**DOSAGE AND ADMINISTRATION**
The recommended dose of Comtan (entacapone) is one 200 mg tablet administered concomitantly with each levodopa/carbidopa dose to a maximum of 8 times daily (200 mg x 8 = 1600 mg per day). Clinical experience with daily doses above 1600 mg is limited.

Comtan should always be administered in association with levodopa/ carbidopa. Entacapone has no antiparkinsonian effect of its own.

In clinical trials, the majority of patients required a decrease in daily levodopa dose if their daily dose of levodopa had been ≥ 800 mg or if patients had moderate or severe dyskinesias before beginning treatment.

To optimize an individual patient's response, reductions in daily levodopa dose or extending the interval between doses may be necessary. In clinical trials, the average reduction in daily levodopa dose was about 25% in those patients requiring a levodopa dose reduction. (More than 58% of patients with levodopa doses above 800 mg daily required such a reduction.)

Comtan can be combined with both the immediate and sustained-release formulations of levodopa/carbidopa.

Comtan may be taken with or without food (see CLINICAL PHARMACOLOGY).

*Patients With Impaired Hepatic Function:* Patients with hepatic impairment should be treated with caution. The AUC and Cmax of entacapone approximately doubled in patients with documented liver disease, compared to controls. However, these studies were conducted with single-dose entacapone without levodopa/dopa decarboxylase inhibitor coadministration, and therefore the effects of liver disease on the kinetics of chronically administered entacapone have not been evaluated (see CLINICAL PHARMACOLOGY, Pharmacokinetics of Entacapone).

*Withdrawing Patients from Comtan:* Rapid withdrawal or abrupt reduction in the Comtan dose could lead to emergence of signs and symptoms of Parkinson's Disease (see CLINICAL PHARMACOLOGY, Clinical Studies), and may lead to Hyperpyrexia and Confusion, a symptom complex resembling the neuroleptic malignant syndrome (see PRECAUTIONS, Other Events Reported With Dopaminergic Therapy). This syndrome should be considered in the differential diagnosis for any patient who develops a high fever or severe rigidity. If a decision is made to discontinue treatment with Comtan, patients should be monitored closely and other dopaminergic treatments should be adjusted as needed. Although tapering Comtan has not been systematically evaluated, it seems prudent to withdraw patients slowly if the decision to discontinue treatment is made.

**HOW SUPPLIED**
Comtan (entacapone) is supplied as 200-mg film-coated tablets for oral administration. The oval-shaped tablets are brownish-orange, unscored, and embossed "COMTAN" on one side. Tablets are provided in HDPE containers as follows:
Bottles of 100 . . . . . . . . . . . . . . . . . . . NDC 0078-0327-05
Store at 25°C (77°F) excursions permitted to 15°-30°C (59°-86°F). [See USP Controlled Room Temperature.]

Comtan (entacapone) tablets are manufactured by Orion Corporation, Orion Pharma (Espoo, Finland) and marketed by Novartis Pharmaceuticals Corporation (East Hanover, N.J. 07936, U.S.A.).

REV: OCTOBER 1999     Printed in U.S.A.     T1999-87
89005302

# EXHIBIT 2

## TO DECLARATION OF RICHARD KNAPP

Novartis Pharmaceuticals Corporation
59 Route 10
East Hanover, NJ 07936-1080

Tel  201 503 8300

## ⓑ NOVARTIS

February 4, 1997

*need applications*
*glk*

Ms. Martha McNeill, R.Ph.
Product Manager Vendor Drug Program
Texas Department of Health
1100 West 49th Street
Austin, TX  78756-3174

Dear Ms. McNeill,

Novartis is pleased to announce the introduction of **Diovan™ (valsartan) Capsules, 80mg and 160mg., Bottles of 100, 4000 and Unit Dose (100).** **Diovan™** was granted FDA approval on December 23, 1996, NDA No. 20-665. **Diovan™** is indicated for the treatment of hypertension. We respectfully request the addition of **Diovan™** to your list of reimbursable prescription drugs.

Outlined below is the dosage form and strength, package size, NDC number, cost to wholesaler and the suggested price to pharmacy (AWP). Also, enclosed is the FDA approval letter and package insert.

| Dosage Form/ Strength | Package Size | NDC Number | Cost to Wholesaler | AWP |
|---|---|---|---|---|
| 80mg Capsules | Bottles of 100 | 0083-4000-01 | $91.23 | $114.04 |
| 80mg Capsules | Bottles of 4000 | 0083-4000-41 | $3,649.20 | $4,561.60 |
| 80mg Capsules | Blister Pack Box of 100 (strips of 10) | 0083-4000-61 | $91.23 | $114.04 |
| 160mg Capsules | Bottles of 100 | 0083-4001--01 | $91.23 | $114.04 |
| 160mg Capsules | Bottles of 4000 | 0083-4001-41 | $3,649.20 | $4,561.60 |
| 160mg Capsules | Blister Pack Box of 100 (strips of 10) | 0083-4001-61 | $91.23 | $114.04 |

Thank you for considering **Diovan™** Capsules for addition to your drug program.

Sincerely,

*Rick Knapp*
Rick Knapp
Head
State Government Affairs

Enclosures

TEXAS DEPT. OF HEALTH
RECEIVED

FEB 1 3 1997

VENDOR DRUG PROGRAM



DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

Food and Drug Administration
Rockville MD 20857

NDA 20-665

DEC 23 1996

Ciba Pharmaceuticals Division
Ciba-Geigy Corporation
Attention: Mr. Adrian L. Birch
556 Morris Avenue
Summit, NJ 07901

Dear Mr. Birch:

Please refer to your December 28, 1995 new drug application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Diovan (valsartan) 80 and 160 mg Capsules.

We acknowledge receipt of your amendments and correspondence dated December 28, 1995, March 7, 8, 21, 22 and 27, April 3, 9, 22 and 25, May 7, 13, 29, 30 and 31, June 24, July 3, 5, 9, 10 and 31, August 13 and 19, September 5, 6, 9, 23 and 24, October 3, 18, 22, 29 and 30, and November 5, 13 and 14, and December 11 and 19, 1996.

This new drug application provides for the use of Diovan (valsartan) Capsules for the treatment of hypertension.

We have completed the review of this application, including the submitted draft labeling, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the draft labeling included in the December 19, 1996 submission. Accordingly, the application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the draft labeling included in the December 19, 1996 submission. Marketing the product with FPL that is not identical to this draft labeling may render the product misbranded and an unapproved new drug.

Please submit sixteen copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy weight paper or similar material. For administrative purposes this submission should be designated "FINAL PRINTED LABELING" for approved NDA 20-665. Approval of this submission by FDA is not required before the labeling is used.

Should additional information relating to the safety and effectiveness of the drug become available, revision of that labeling may be required.

Page 2 - NDA 20-665

We note that in a telephone conversation on December 10, 1996, with Ms. Kathleen Bongiovanni of the Division of Cardio-Renal Drug Products, Ms. Nancy Price of your firm confirmed that you have agreed to an interim dissolution specification of Q not less than 75% at 30 minutes. A final dissolution specification will be determined after review of the 3-year stability data on the first three production batches.

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

In addition, please submit three copies of the introductory promotional material that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print. Please send one copy to the Division of Cardio-Renal Drug Products and two copies of both the promotional material and the package insert directly to:

> Food and Drug Administration
> Division of Drug Marketing, Advertising and Communications, HFD-40
> 5600 Fishers Lane
> Rockville, Maryland 20857

Please submit one market package of the drug when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

Should you have any questions, please contact:

> Ms. Kathleen Bongiovanni
> Regulatory Health Project Manager
> Telephone:   (301) 594-5334

> Sincerely yours,

> Robert Temple, M.D.
> Director
> Office of Drug Evaluation I
> Center for Drug Evaluation and Research

Enclosure:  Draft Labeling

# Diovan™
## valsartan

### Capsules

**Prescribing Information**

**USE IN PREGNANCY**

> When used in pregnancy during the second and third trimesters, drugs that act directly on the renin-angiotensin system can cause injury and even death to the developing fetus. When pregnancy is detected, Diovan should be discontinued as soon as possible. See WARNINGS, Fetal/Neonatal Morbidity and Mortality.

### DESCRIPTION

Valsartan is a nonpeptide, orally active, and specific angiotensin II antagonist acting on the $AT_1$ receptor subtype.

Valsartan is chemically described as N-(1-oxopentyl)-N-[[2'-(1H-tetrazol-5-yl)[1,1'-biphenyl]-4-yl]methyl]-L-valine. Its empirical formula is $C_{24}H_{29}N_5O_3$, its molecular weight is 435.5, and its structural formula is:

Valsartan is a white to practically white fine powder. It is soluble in ethanol and methanol and slightly soluble in water.

### CLINICAL PHARMACOLOGY

### CONTRAINDICATIONS

### WARNINGS

**Fetal/Neonatal Morbidity and Mortality**

### INDICATIONS AND USAGE

# Diovan™ valsartan

...

## PRECAUTIONS

### General

**Impaired Hepatic Function:** ...

**Impaired Renal Function:** ...

## Information for Patients

## Drug Interactions

...

### CYP 450 Interactions:

...

## Carcinogenesis, Mutagenesis, Impairment of Fertility

...

## Pregnancy

### Pregnancy Categories C (first trimester) and D (second and third trimesters)

**See WARNINGS, Fetal/Neonatal Morbidity and Mortality**

## Nursing Mothers

...

## Pediatric Use

...

## Geriatric Use

...

## ADVERSE REACTIONS

...

## OVERDOSAGE

...

## DOSAGE AND ADMINISTRATION

...

## HOW SUPPLIED

80 mg Capsule ...
Bottles of 100 ...
Bottles of 4000 ...
Unit Dose (blister pack) ...

160 mg Capsule ...
Bottles of 100 ...
Bottles of 4000 ...
Unit Dose (blister pack) ...

Dist. by
Ciba-Geigy Corporation
Pharmaceuticals Division
Summit, NJ 07901

February 6, 1998

«Address»

Dear «Salutation»:

Novartis is pleased to announce the introduction of **MIGRANAL®** ( dihydroergotamine mesylate USP) **Nasal Spray 4.0 mg/mL** for the acute treatment of migraine headaches.

A package insert along with the FDA approval letter is enclosed.

| MIGRANAL®(dihydroergotamine mesylate, USP) Nasal Spray | |
|---|---|
| NDC Number | 0078-0245-98 |
| Package Strength | 4.0mg/mL |
| Package Size | 4 |
| Wholesaler Price | $54.00 |
| AWP* | $64.80 |
| Unit Weight | 5.4 oz. |
| Unit Dimensions (LxWxH) | 6 3/8 x 1 5/16" x 4 11/16" |
| Minimum Order Requirement | 1 |
| Case Pack Weight | 5 lbs. 2 oz. |
| Case Dimensions | 13 11/32" x 6 13/32" x 10 13/16" |
| Case Quantity | 12 cartons |

*As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding the inclusion of the term price, in Average Wholesaler Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

If you have any questions regarding **MIGRANAL®** ( dihydroergotamine mesylate USP) **Nasal Spray 4.0 mg/mL**, please contact me at my office at (973) 781-8421.

Sincerely,


Rick Knapp
Executive Director
State Government Affairs

Enclosures

Food and Drug Administration
Rockville MD 20857

NDA 20-148

DEC   8 1997

Novartis Pharmaceuticals Corporation
Attention: Sue Witham
59 Route 10
East Hanover, N.J.  07936-1080

Dear Ms. Witham:

Please refer to your new drug application dated May 17, 1996, received May 17 1996, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Migranal® (dihydroergotamine mesylate, USP) Nasal Spray.

We also acknowledge receipt of the following submissions:

| | | |
|---|---|---|
| May 15, 1997 | June 17, 1997 | September 17, 1997 |
| June 9, 1997 | August 7, 1997 | October 16, 1997 |
| June 13, 1997 | September 11, 1997 | October 22, 1997 |

The User Fee goal date for this application is December 10, 1997.

The indication for this new drug application is as follows:

> Migranal® Nasal Spray is indicated for the acute treatment of migraine headaches with or without aura.

> Migranal® Nasal Spray is not intended for the prophylactic therapy of migraine or for the management of hemiplegic or basilar migraine.

We have completed the review of this application, including the submitted draft labeling, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the enclosed marked-up draft labeling. Accordingly, the application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the enclosed marked-up draft labeling. Marketing the product with FPL that is not identical to this draft labeling may render the product misbranded and an unapproved new drug.

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated

NDA 20-148
Page 2

"FINAL PRINTED LABELING" for approved NDA 20-148. Approval of this submission by FDA is not required before the labeling is used.

Should additional information relating to the safety and effectiveness of the drug become available, revision of that labeling may be required.

We remind you of your Phase 4 commitments specified in your submission dated June 9, 1997. These commitments, along with any completion dates agreed upon, are listed below.

A commitment to submit complete study reports from both rat and mouse carcinogenicity studies. A draft report (including histopathology) from the rat study will be submitted by October 1997. A draft report of the mouse study will be submitted by August, 1999.

Please submit the draft and final reports to this NDA as correspondence. In addition, we request under 21 CFR 314.81(b)(2)(vii) that you include in your annual report to this application, a status summary of each commitment. For administrative purposes, all submissions, including labeling supplements, relating to these Phase 4 commitments must be clearly designated "Phase 4 Commitments."

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, please contact Robbin Nighswander, R.Ph., Regulatory Management Officer, at (301) 594-2850.

Sincerely yours,

Robert Temple, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Attachment

U NOVARTIS

Novartis Pharmaceuticals Corporation
State Government Affairs
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8421
Fax  973 781 6671

April 14, 1998

«Address»

Dear «Salutation»:

Novartis is pleased to announce the introduction of **DIOVAN HCT™** (valsartan and hydrochlorothiazide) tablets.

A package insert along with the FDA approval letter is enclosed.

| DESCRIPTION | NDC# | STRENGTH | PACKAGE SIZE | WHSLR COST | AWP |
|---|---|---|---|---|---|
| **DIOVAN HCT™** (valsartan and hydrochlorothiazide) tablets. | 0078-0314-05 | 80/12.5mg | Bottle of 100 | $96.80 | $121.00 |
| **DIOVAN HCT™** (valsartan and hydrochlorothiazide) tablets. | 0078-0314-06 | 80/12.5mg | Unit Dose Box of 100 | $96.80 | $121.00 |
| **DIOVAN HCT™** (valsartan and hydrochlorothiazide) tablets. | 0078-0315-05 | 160/12.5mg | Box of 100 | $96.80 | $121.00 |
| **DIOVAN HCT™** (valsartan and hydrochlorothiazide) tablets. | 0078-0315-06 | 160/12.5mg | Unit Dose Box of 100 | $96.80 | $121.00 |

*As used in this letter, the term AWP or Average Wholesale Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding the inclusion of the term price, in Average Wholesaler Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

If you have any questions regarding DIOVAN HCT™ (valsartan and hydrochlorothiazide) please contact me at my office at (973) 781-8421.

Sincerely,

Rick Knapp
Executive Director
State Government Affairs

Enclosures



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                Public Health Service

---

Food and Drug Administration
Rockville MD 20857

NDA 20-818

MAR - 6 1998

Novartis Pharmaceuticals Corporation
Attention: Ms. Nancy A. Price
59 Route 10
East Hanover, NJ  07936-1080

Dear Ms. Price:

Please refer to your March 28, 1997 new drug application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Diovan HCT (valsartan/ hydrochlorothiazide) 80/12.5 and 160/12.5 mg Tablets.

We acknowledge receipt of your submission dated February 24, 1998.

The user fee goal date is August 25, 1998.

This new drug application provides for the use of Diovan HCT Tablets in the treatment of hypertension.  This fixed dose combination is not indicated for initial therapy.

We have completed the review of this application and have concluded that adequate information has been presented to demonstrate that the drug is safe and effective for use as recommended in the final printed labeling included with your February 24, 1998 submission.  Accordingly, the application is approved effective on the date of this letter.

We remind you of your Phase 4 commitments specified in your submission dated February 10, 1998.  These commitments, along with any completion dates agreed upon, are listed below.

> You agreed to reformat the Diovan HCT stability protocol, taking the recommendations from Dr. Stuart Zimmerman's December 19, 1997 facsimile transmission into consideration.  In the event that not all recommendations are addressed in the revision, you agreed to include an NDA page reference indicating where the information could be found, or to indicate that it was covered by internal policies or GMPs.
>
> Timeline:
>
> February-March 1998:  reformat the Diovan HCT stability protocol
>
> April  1998:   resubmit the Diovan HCT stability protocol to the FDA via a prior approval supplement

Page 2 - NDA 20-818

Protocols, data, and final reports should be submitted to your IND for this product and a copy of the cover letter sent to this NDA. Should an IND not be required to meet your Phase 4 commitments, please submit protocols, data and final reports to this NDA as correspondence. In addition, we request under 21 CFR 314.81(b)(2)(vii) that you include in your annual report to this application, a status summary of each commitment. The status summary should include the number of patients entered in each study, expected completion and submission dates, and any changes in plans since the last annual report. For administrative purposes, all submissions, including labeling supplements, relating to these Phase 4 commitments must be clearly designated "Phase 4 Commitments."

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

Please submit one market package of the drug product when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, please contact:

Ms. Kathleen Bongiovanni
Regulatory Health Project Manager
(301)   594-5334

Sincerely yours,

Ray Lipicky

Raymond J. Lipicky, M.D.
Director
Division of Cardio-Renal Drug Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research



666760

# Diovan HCT™

valsartan and hydrochlorothiazide
Combination Tablets

80 mg/12.5 mg
160 mg/12.5 mg

Prescribing Information

C98-10 (Rev. 2/98)
666760

---

## USE IN PREGNANCY

When used in pregnancy during the second and third trimesters, drugs that act directly on the renin-angiotensin system can cause injury and even death to the developing fetus. When pregnancy is detected, Diovan HCT should be discontinued as soon as possible. See WARNINGS: Fetal/Neonatal Morbidity and Mortality.

## DESCRIPTION

Diovan HCT is a combination of valsartan, an orally active, specific angiotensin II antagonist acting on the $AT_1$ receptor subtype, and hydrochlorothiazide, a diuretic.

Valsartan, a nonpeptide molecule, is chemically described as N-(1-oxopentyl)-N-[[2'-(1H-tetrazol-5-yl)[1,1'-biphenyl]-4-yl]methyl]-L-Valine. Its empirical formula is $C_{24}H_{29}N_5O_3$, its molecular weight is 435.5, and its structural formula is

Valsartan is a white to practically white fine powder. It is soluble in ethanol and methanol and slightly soluble in water.

Hydrochlorothiazide USP is a white, or practically white, practically odorless, crystalline powder. It is slightly soluble in water; freely soluble in sodium hydroxide solution, in n-butylamine, and in dimethylformamide; sparingly soluble in methanol; and insoluble in ether, in chloroform, and in dilute mineral acids. Hydrochlorothiazide is chemically described as 6-chloro-3,4-dihydro-2H-1,2,4-benzothiadiazine-7-sulfonamide 1,1-dioxide. Hydrochlorothiazide is a thiazide diuretic. Its empirical formula is $C_7H_8ClN_3O_4S_2$, its molecular weight is 297.73, and its structural formula is

Diovan HCT tablets are formulated for oral administration with a combination of 80 mg or 160 mg of valsartan and 12.5 mg of hydrochlorothiazide USP. The inactive ingredients of the tablets are colloidal silicon dioxide, crospovidone, hydroxypropyl methylcellulose, iron oxides, magnesium stearate, microcrystalline cellulose, polyethylene glycol, talc, and titanium dioxide.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

Angiotensin II is formed from angiotensin I in a reaction catalyzed by angiotensin-converting enzyme (ACE, kinase II). Angiotensin II is the principal pressor agent of the renin-angiotensin system, with effects that include vasoconstriction, stimulation of synthesis and release of aldosterone, cardiac stimulation, and renal reabsorption of sodium. Valsartan blocks the vasoconstrictor and aldosterone-secreting effects of angiotensin II by selectively blocking the binding of angiotensin II to the $AT_1$ receptor in many tissues, such as vascular smooth muscle and the adrenal gland. Its action is therefore independent of the pathways for angiotensin II synthesis.

There is also an $AT_2$ receptor found in many tissues, but $AT_2$ is not known to be associated with cardiovascular homeostasis. Valsartan has much greater affinity (about 20,000-fold) for the $AT_1$ receptor than for the $AT_2$ receptor. The primary metabolite of valsartan is essentially inactive with an affinity for the $AT_1$ receptor about one 200th that of valsartan itself.

Blockade of the renin-angiotensin system with ACE inhibitors, which inhibit the biosynthesis of angiotensin II from angiotensin I, is widely used in the treatment of hypertension. ACE inhibitors also inhibit the degradation of bradykinin, a reaction also catalyzed by ACE. Because valsartan does not inhibit ACE (kinase II) it does not affect the response to bradykinin. Whether this difference has clinical relevance is not yet known. Valsartan does not bind to or block other hormone receptors or ion channels known to be important in cardiovascular regulation.

Blockade of the angiotensin II receptor inhibits the negative regulatory feedback of angiotensin II on renin secretion, but the resulting increased plasma renin activity and angiotensin II circulating levels do not overcome the effect of valsartan on blood pressure.

Hydrochlorothiazide is a thiazide diuretic. Thiazides affect the renal tubular mechanisms of electrolyte reabsorption, directly increasing excretion of sodium and chloride in approximately equivalent amounts. Indirectly, the diuretic action of hydrochlorothiazide reduces plasma volume, with consequent increases in plasma renin activity, increases in aldosterone secretion, increases in urinary potassium loss, and decreases in serum potassium. The renin-aldosterone link is mediated by angiotensin II, so coadministration of an angiotensin II receptor antagonist tends to reverse the potassium loss associated with these diuretics.

The mechanism of the antihypertensive effect of thiazides is unknown.

### Pharmacokinetics

#### Valsartan

Valsartan peak plasma concentration is reached 2 to 4 hours after dosing. Valsartan shows bi-exponential decay kinetics following intravenous administration. The absolute bioavailability for the capsule formulation is about 25% (range 10%-35%). Food decreases the exposure (as measured by AUC) to valsartan by about 40% and peak plasma concentration $(C_{max})$ by about 50%. AUC and $C_{max}$ values of valsartan increase approximately linearly with increasing dose over the clinical dosing range. Valsartan does not accumulate appreciably in plasma following repeated administration.

#### Metabolism and Elimination

Valsartan, when administered as an oral solution, is primarily recovered in feces (about 83% of dose) and urine (about 13% of dose). The recovery is mainly as unchanged drug, with only about 20% of dose recovered as metabolites. The primary metabolite, accounting for about 9% of dose, is valeryl 4-hydroxy valsartan. The enzyme(s) responsible for valsartan metabolism have not been identified but do not seem to be the CYP 450 isozymes.

Following intravenous administration, plasma clearance of valsartan is about 2 L/h and its renal clearance is 0.62 L/h (about 30% of total clearance).

#### Hydrochlorothiazide

Hydrochlorothiazide is not metabolized but is eliminated rapidly by the kidney. At least 61% of the oral dose is eliminated as unchanged drug within 24 hours. The elimination half-life is between 5.6 and 14.8 hours.

### Distribution

#### Valsartan

The steady state volume of distribution of valsartan after intravenous administration is small (17 L), indicating that valsartan does not distribute into tissues extensively. Valsartan is highly bound to serum proteins (95%), mainly serum albumin.

#### Hydrochlorothiazide

Hydrochlorothiazide crosses the placental but not the blood-brain barrier and is excreted in breast milk.

### Special Populations

Pediatric: The pharmacokinetics of valsartan have not been investigated in patients <18 years of age.

Geriatric: Exposure (measured by AUC) to valsartan is higher by 70% and the half-life is longer by 35% in the elderly than in the young. No dosage adjustment is necessary (see DOSAGE AND ADMINISTRATION).

Gender: Pharmacokinetics of valsartan does not differ significantly between males and females.

Race: Pharmacokinetic differences due to race have not been studied.

Renal Insufficiency: There is no apparent correlation between renal function (measured by creatinine clearance) and exposure (measured by AUC) to valsartan in patients with different degrees of renal impairment. Consequently, dose adjustment is not required in patients with mild-to-moderate renal dysfunction. No studies have been performed in patients with severe impairment of renal function (creatinine clearance <10 mL/min). Valsartan is not removed from the plasma by hemodialysis. In the case of severe renal disease, exercise care with dosing of valsartan (see DOSAGE AND ADMINISTRATION).

Thiazide diuretics are eliminated by the kidney, with a terminal half-life of 5-15 hours. In a study of patients with impaired renal function (mean creatinine clearance of 19 mL/min), the half-life of hydrochlorothiazide elimination was lengthened to 21 hours.

Hepatic Insufficiency: On average, patients with mild-to-moderate chronic liver disease have twice the exposure (measured by AUC values) to valsartan of healthy volunteers (matched by age, sex and weight). In general, no dosage adjustment is needed in patients with mild-to-moderate liver disease. Care should be exercised in patients with liver disease (see DOSAGE AND ADMINISTRATION).

### Pharmacodynamics and Clinical Effects

#### Valsartan - Hydrochlorothiazide

In controlled clinical trials including over 1500 patients, 730 patients were exposed to valsartan (80 and 160 mg) and concomitant hydrochlorothiazide (12.5 and 25 mg). A factorial trial compared the combinations of 80/12.5 mg, 80/25 mg, 160/12.5 mg and 160/25 mg with their respective components and placebo. The combination of valsartan and hydrochlorothiazide resulted in additive placebo-adjusted decreases in systolic and diastolic blood pressure at trough of 15-21/8-11 mmHg at 80/12.5 mg to 180/25 mg, compared to 7-10/4-5 mmHg for valsartan 80 mg to 160 mg and 6-10/3-6 mmHg for hydrochlorothiazide 12.5 mg to 25 mg, alone.

In another controlled trial the addition of hydrochlorothiazide to valsartan 80 mg resulted in additional lowering of systolic and diastolic blood pressure by approximately 6/3 and 12/5 mmHg for 12.5 mg and 25 mg of hydrochlorothiazide, respectively, compared to valsartan 80 mg alone.

The maximal antihypertensive effect was attained 4 weeks after the initiation of therapy, the first time point at which blood pressure was measured in these trials.

In long-term follow-up studies (without placebo control) the effect of the combination of valsartan and hydrochlorothiazide appeared to be maintained for up to two years. The antihypertensive effect is independent of age or gender. The overall response to the combination was similar for black and non-black patients.

There was essentially no change in heart rate in patients treated with the combination of valsartan and hydrochlorothiazide in controlled trials.

#### Valsartan

Valsartan inhibits the pressor effect of angiotensin II infusions. An oral dose of 80 mg inhibits the pressor effect by about 80% at peak with approximately 30% inhibition persisting for 24 hours. No information on the effect of larger doses is available.

©1998 Novartis

Removal of the negative feedback of angiotensin II causes a 2- to 3-fold rise in plasma renin and consequent rise in angiotensin II plasma concentration in hypertensive patients. Small decreases in plasma aldosterone were observed after administration of valsartan; little effect on serum potassium was observed.

In multiple-dose studies in hypertensive patients with stable renal insufficiency and patients with renovascular hypertension, valsartan had no clinically significant effects on glomerular filtration rate, filtration fraction, creatinine clearance, or renal plasma flow.

In multiple-dose studies in hypertensive patients, valsartan had no notable effects on total cholesterol, fasting triglycerides, fasting serum glucose, or uric acid.

The antihypertensive effects of valsartan were demonstrated principally in 7 placebo-controlled, 4- to 12-week trials (one in patients over 65) of dosages from 10 to 320 mg/day in patients with baseline diastolic blood pressures of 95-115. The studies allowed comparison of once-daily and twice-daily regimens of 160 mg/day; comparison of peak and trough effects; comparison (in pooled data) of response by gender, age, and race; and evaluation of incremental effects of hydrochlorothiazide.

Administration of valsartan to patients with essential hypertension results in a significant reduction of sitting, supine, and standing systolic and diastolic blood pressure, usually with little or no orthostatic change.

In most patients, after administration of a single oral dose, onset of antihypertensive activity occurs at approximately 2 hours, and maximum reduction of blood pressure is achieved within 6 hours. The antihypertensive effect persists for 24 hours after dosing, but there is a decrease from peak effect at lower doses (40 mg) presumably reflecting loss of inhibition of angiotensin II. At higher doses, however (160 mg), there is little difference in peak and trough effect. During repeated dosing, the reduction in blood pressure with any dose is substantially present within 2 weeks, and maximal reduction is generally attained after 4 weeks. In long-term follow-up studies (without placebo control) the effect of valsartan appeared to be maintained for up to two years. The antihypertensive effect is independent of age, gender or race. The latter finding regarding race is based on pooled data and should be viewed with caution, because antihypertensive drugs that affect the renin-angiotensin system (that is, ACE inhibitors and angiotensin II blockers) have generally been found to be less effective in low-renin hypertensives (frequently blacks) than in high-renin hypertensives (frequently whites). In pooled, randomized, controlled trials of Diovan that included a total of 140 blacks and 830 whites, valsartan and an ACE-inhibitor control were generally at least as effective in blacks as whites. The explanation for the difference from previous findings is unclear.

Abrupt withdrawal of valsartan has not been associated with a rapid increase in blood pressure.

The 7 studies of valsartan monotherapy included over 2000 patients randomized to various doses of valsartan and about 800 patients randomized to placebo. Doses below 80 mg were not consistently distinguished from those of placebo at trough, but doses of 80, 160 and 320 mg produced dose-related decreases in systolic and diastolic blood pressure, with the difference from placebo of approximately 6-9/3-5 mmHg at 80-160 mg and 9/6 mmHg at 320 mg.

Patients with an inadequate response to 80 mg once daily were titrated to either 160 mg once daily or 80 mg twice daily, which resulted in a comparable response in both groups. In controlled trials, the antihypertensive effect of once daily valsartan 80 mg was similar to that of once daily enalapril 20 mg or once daily lisinopril 10 mg.

There was essentially no change in heart rate in valsartan-treated patients in controlled trials.

**Hydrochlorothiazide**

After oral administration of hydrochlorothiazide, diuresis begins within 2 hours, peaks in about 4 hours and lasts about 6 to 12 hours.

**INDICATIONS AND USAGE**

Diovan HCT is indicated for the treatment of hypertension. This fixed dose combination is not indicated for initial therapy (see DOSAGE AND ADMINISTRATION).

**CONTRAINDICATIONS**

Diovan HCT is contraindicated in patients who are hypersensitive to any component of this product.

Because of the hydrochlorothiazide component, this product is contraindicated in patients with anuria or hypersensitivity to other sulfonamide-derived drugs.

**WARNINGS**

**Fetal/Neonatal Mortality and Morbidity**

Drugs that act directly on the renin-angiotensin system can cause fetal and neonatal morbidity and death when administered to pregnant women. Several dozen cases have been reported in the world literature in patients who were taking angiotensin-converting enzyme inhibitors. When pregnancy is detected, Diovan HCT should be discontinued as soon as possible.

The use of drugs that act directly on the renin-angiotensin system during the second and third trimesters of pregnancy has been associated with fetal and neonatal injury, including hypotension, neonatal skull hypoplasia, anuria, reversible or irreversible renal failure, and death. Oligohydramnios has also been reported, presumably resulting from decreased fetal renal function; oligohydramnios in this setting has been associated with fetal limb contractures, craniofacial deformation, and hypoplastic lung development. Prematurity, intrauterine growth retardation, and patent ductus arteriosus have also been reported, although it is not clear whether these occurrences were due to exposure to the drug.

These adverse effects do not appear to have resulted from intrauterine drug exposure that has been limited to the first trimester.

Mothers whose embryos and fetuses are exposed to an angiotensin II receptor antagonist only during the first trimester should be so informed. Nonetheless, when patients become pregnant, physicians should advise the patient to discontinue the use of Diovan HCT as soon as possible.

Rarely (probably less often than once in every thousand pregnancies), no alternative to a drug acting on the renin-angiotensin system will be found. In these rare cases, the mothers should be apprised of the potential hazards to their fetuses, and serial ultrasound examinations should be performed to assess the intraamniotic environment.

If oligohydramnios is observed, Diovan HCT should be discontinued unless it is considered life-saving for the mother. Contraction stress testing (CST), a nonstress test (NST), or biophysical profiling (BPP) may be appropriate, depending upon the week of pregnancy.

Patients and physicians should be aware, however, that oligohydramnios may not appear until after the fetus has sustained irreversible injury.

Infants with histories of in utero exposure to an angiotensin II receptor antagonist should be closely observed for hypotension, oliguria, and hyperkalemia. If oliguria occurs, attention should be directed toward support of blood pressure and renal perfusion. Exchange transfusion or dialysis may be required as means of reversing hypotension and/or substituting for disordered renal function.

**Valsartan - Hydrochlorothiazide in Animals**

There was no evidence of teratogenicity in mice, rats, or rabbits treated orally with valsartan at doses up to 600, 100 and 10 mg/kg/day, respectively, in combination with hydrochlorothiazide at doses up to 188, 31 and 3 mg/kg/day. These non-teratogenic doses in mice, rats and rabbits, respectively, represent 18, 7 and 1 times the maximum recommended human dose (MRHD) of valsartan and 38, 13 and 2 times the MRHD of hydrochlorothiazide on a mg/m² basis. (Calculations assume an oral dose of 160 mg/day valsartan in combination with 25 mg/day hydrochlorothiazide and a 60-kg patient.)

Fetotoxicity was observed in association with maternal toxicity in rats and rabbits at valsartan doses of 2200 and 10 mg/kg/day, respectively, in combination with hydrochlorothiazide doses of 363 and 3 mg/kg/day. Fetotoxicity in rats was considered to be related to decreased fetal weights and included fetal variations of skeletons, vertebrae, ribs and/or renal pelvis. Fetotoxicity in rabbits included increased number of fetal resorptions with resultant increases in total resorptions, postimplantation losses and decreased number of live fetuses. The no observed adverse effect doses in mice, rats and rabbits for valsartan were 600, 100 and 3 mg/kg/day, respectively, in combination with hydrochlorothiazide doses of 188, 31 and 1 mg/kg/day. These no adverse effect doses in mice, rats and rabbits, respectively, represent 5, 1.5 and 0.06 times the MRHD of valsartan and 38, 13 and 0.5 times the MRHD of hydrochlorothiazide on a mg/m² basis. (Calculations assume an oral dose of 160 mg/day valsartan in combination with 25 mg/day hydrochlorothiazide and a 60-kg patient.)

**Valsartan in Animals**

No teratogenic effects were observed when valsartan was administered to pregnant mice and rats at oral doses up to 600 mg/kg/day and to pregnant rabbits at oral doses up to 10 mg/kg/day. However, significant decreases in fetal weight, pup birth weight, pup survival rate, and slight delays in developmental milestones were observed in studies in which parental rats were treated with valsartan at oral, maternally toxic (reduction in body weight gain and food consumption) doses of 600 mg/kg/day during organogenesis or late gestation and lactation. In rabbits, fetotoxicity (i.e., resorptions, litter loss, abortions, and low body weight) associated with maternal toxicity (mortality) was observed at doses of 5 and 10 mg/kg/day. The no observed adverse effect doses of 600, 200 and 2 mg/kg/day in mice, rats and rabbits represent 18, 12 and 0.2 times, respectively, the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 160 mg/day and a 60-kg patient.)

**Hydrochlorothiazide in Animals**

Under the auspices of the National Toxicology Program, pregnant mice and rats that received hydrochlorothiazide via gavage at doses up to 3000 and 1000 mg/kg/day, respectively, on gestation days 6 through 15 showed no evidence of teratogenicity. These doses of hydrochlorothiazide in mice and rats represent 608 and 405 times, respectively, the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 25 mg/day and a 60-kg patient.)

Intrauterine exposure to thiazide diuretics is associated with fetal or neonatal jaundice, thrombocytopenia, and possibly other adverse reactions that have occurred in adults.

**Hypotension in Volume- and/or Salt-Depleted Patients**

Excessive reduction of blood pressure was rarely seen (0.5%) in patients with uncomplicated hypertension treated with Diovan HCT. In patients with an activated renin-angiotensin system, such as volume- and/or salt-depleted patients receiving high doses of diuretics, symptomatic hypotension may occur. This condition should be corrected prior to administration of Diovan HCT, or the treatment should start under close medical supervision.

If hypotension occurs, the patient should be placed in the supine position and, if necessary, given an intravenous infusion of normal saline. A transient hypotensive response is not a contraindication to further treatment, which usually can be continued without difficulty once the blood pressure has stabilized.

**Hydrochlorothiazide**

**Impaired Hepatic Function**

Thiazide diuretics should be used with caution in patients with impaired hepatic function or progressive liver disease, since minor alterations of fluid and electrolyte balance may precipitate hepatic coma.

**Hypersensitivity Reaction**

Hypersensitivity reactions to hydrochlorothiazide may occur in patients with or without a history of allergy or bronchial asthma, but are more likely in patients with such a history.

**Systemic Lupus Erythematosus**

Thiazide diuretics have been reported to cause exacerbation or activation of systemic lupus erythematosus.

**Lithium Interaction**

Lithium generally should not be given with thiazides (see PRECAUTIONS, Drug Interactions, Hydrochlorothiazide, Lithium).

**PRECAUTIONS**

**Serum Electrolytes**

**Valsartan - Hydrochlorothiazide**

In the controlled trials of various doses of the combination of valsartan and hydrochlorothiazide the incidence of hypertensive patients who developed hypokalemia (serum potassium <3.5 mEq/L) was 4.5%; the incidence of hyperkalemia (serum potassium >5.7 mEq/L) was 0.7%. Two patients (0.3%) discontinued from a trial for decreases in serum potassium.

In controlled clinical trials of Diovan HCT, the average change in serum potassium was near zero in subjects who received Diovan HCT 160/12.5 mg, but the average subject who received Diovan HCT 80/12.5 mg, 80/25 mg or 160/25 mg experienced a mild reduction in serum potassium.

In clinical trials, the opposite effects of valsartan (80 or 160 mg) and hydrochlorothiazide