Case 1:01-cv-12257-PBS   Document 4197-3   Filed 05/10/07   Page 1 of 30

# Diovan HCT™
valsartan and hydrochlorothiazide

(12.5 mg) on serum potassium approximately balanced each other in many patients. In other patients, one or the other effect may be dominant. Periodic determinations of serum electrolytes to detect possible electrolyte imbalance should be performed at appropriate intervals.

**Hydrochlorothiazide**

All patients receiving thiazide therapy should be observed for clinical signs of fluid or electrolyte imbalance: hyponatremia, hypochloremic alkalosis, and hypokalemia. Serum and urine electrolyte determinations are particularly important when the patient is vomiting excessively or receiving parenteral fluids. Warning signs or symptoms of fluid and electrolyte imbalance, irrespective of cause, include dryness of mouth, thirst, weakness, lethargy, drowsiness, restlessness, confusion, seizures, muscle pains or cramps, muscular fatigue, hypotension, oliguria, tachycardia, and gastrointestinal disturbances such as nausea and vomiting.

Hypokalemia may develop, especially with brisk diuresis, when severe cirrhosis is present, or after prolonged therapy.

Interference with adequate oral electrolyte intake will also contribute to hypokalemia. Hypokalemia may cause cardiac arrhythmia and may also sensitize or exaggerate the response of the heart to the toxic effects of digitalis (e.g., increased ventricular irritability).

Although any chloride deficit is generally mild and usually does not require specific treatment except under extraordinary circumstances (as in liver disease or renal disease), chloride replacement may be required in the treatment of metabolic alkalosis.

Dilutional hyponatremia may occur in edematous patients in hot weather; appropriate therapy is water restriction, rather than administration of salt except in rare instances when the hyponatremia is life-threatening. In actual salt depletion, appropriate replacement is the therapy of choice.

Hyperuricemia may occur or frank gout may be precipitated in certain patients receiving thiazide therapy.

In diabetic patients dosage adjustments of insulin or oral hypoglycemic agents may be required. Hyperglycemia may occur with thiazide diuretics. Thus latent diabetes mellitus may become manifest during thiazide therapy.

The antihypertensive effects of the drug may be enhanced in the postsympathectomy patient.

If progressive renal impairment becomes evident, consider withholding or discontinuing diuretic therapy.

Thiazides have been shown to increase the urinary excretion of magnesium; this may result in hypomagnesemia.

Thiazides may decrease urinary calcium excretion. Thiazides may cause intermittent and slight elevation of serum calcium in the absence of known disorders of calcium metabolism. Marked hypercalcemia may be evidence of hidden hyperparathyroidism. Thiazides should be discontinued before carrying out tests for parathyroid function.

Increases in cholesterol and triglyceride levels may be associated with thiazide diuretic therapy.

**Impaired Hepatic Function**

As the majority of valsartan is eliminated in the bile, patients with mild-to-moderate hepatic impairment, including patients with biliary obstructive disorders, showed lower valsartan clearance (higher AUCs). Care should be exercised in administering valsartan to these patients.

**Impaired Renal Function**

**Valsartan**

As a consequence of inhibiting the renin-angiotensin-aldosterone system, changes in renal function may be anticipated in susceptible individuals. In patients whose renal function may depend on the activity of the renin-angiotensin-aldosterone system (e.g., patients with severe congestive heart failure), treatment with angiotensin-converting enzyme inhibitors and angiotensin receptor antagonists has been associated with oliguria and/or progressive azotemia and (rarely) with acute renal failure and/or death. Valsartan would be expected to behave similarly.

In studies of ACE inhibitors in patients with unilateral or bilateral renal artery stenosis, increases in serum creatinine or blood urea nitrogen have been reported. In a 4-day trial of valsartan in 12 patients with unilateral renal artery stenosis, no significant increases in serum creatinine or blood urea nitrogen were observed. There has been no long-term use of valsartan in patients with unilateral or bilateral renal artery stenosis, but an effect similar to that seen with ACE inhibitors should be anticipated.

**Hydrochlorothiazide**

Thiazides should be used with caution in severe renal disease. In patients with renal disease, thiazides may precipitate azotemia. Cumulative effects of the drug may develop in patients with impaired renal function.

**Information for Patients**

**Pregnancy:** Female patients of childbearing age should be told about the consequences of second- and third-trimester exposure to drugs that act on the renin-angiotensin system, and they should also be told that these consequences do not appear to have resulted from intrauterine drug exposure that has been limited to the first trimester. These patients should be asked to report pregnancies to their physicians as soon as possible.

**Symptomatic Hypotension:** A patient receiving Diovan HCT should be cautioned that lightheadedness can occur, especially during the first days of therapy, and that it should be reported to the prescribing physician. The patients should be told that if syncope occurs, Diovan HCT should be discontinued until the physician has been consulted.

All patients should be cautioned that inadequate fluid intake, excessive perspiration, diarrhea, or vomiting can lead to an excessive fall in blood pressure, with the same consequences of lightheadedness and possible syncope.

**Potassium Supplements:** A patient receiving Diovan HCT should be told not to use

potassium supplements or salt substitutes containing potassium without consulting the prescribing physician.

**Drug Interactions**

**Valsartan**

No clinically significant pharmacokinetic interactions were observed when valsartan was coadministered with amlodipine, atenolol, cimetidine, digoxin, furosemide, glyburide, hydrochlorothiazide, or indomethacin. The valsartan-atenolol combination was more antihypertensive than either component, but it did not lower the heart rate more than atenolol alone.

Coadministration of valsartan and warfarin did not change the pharmacokinetics of valsartan or the time-course of the anticoagulant properties of warfarin.

CYP 450 Interactions: The enzyme(s) responsible for valsartan metabolism have not been identified but do not seem to be CYP 450 isozymes. The inhibitory or induction potential of valsartan on CYP 450 is still unknown.

**Hydrochlorothiazide**

When administered concurrently the following drugs may interact with thiazide diuretics:

Alcohol, barbiturates, or narcotics - Potentiation of orthostatic hypotension may occur.

Antidiabetic drugs (oral agents and insulin) - Dosage adjustment of the antidiabetic drug may be required.

Other antihypertensive drugs - Additive effect or potentiation.

Cholestyramine and colestipol resins - Absorption of hydrochlorothiazide is impaired in the presence of anionic exchange resins. Single doses of either cholestyramine or colestipol resins bind the hydrochlorothiazide and reduce its absorption from the gastrointestinal tract by up to 85% and 43% respectively.

Corticosteroids, ACTH - Intensified electrolyte depletion, particularly hypokalemia.

Pressor amines (e.g., norepinephrine) - Possible decreased response to pressor amines but not sufficient to preclude their use.

Skeletal muscle relaxants, nondepolarizing (e.g., tubocurarine) - Possible increased responsiveness to the muscle relaxants.

Lithium - Should not generally be given with diuretics. Diuretic agents reduce the renal clearance of lithium and add a high risk of lithium toxicity. Refer to the package insert for lithium preparations before use of such preparations with Diovan HCT.

Non-steroidal anti-inflammatory Drugs - In some patients, the administration of a non-steroidal anti-inflammatory agent can reduce the diuretic, natriuretic, and antihypertensive effects of loop, potassium-sparing and thiazide diuretics. Therefore, when Diovan HCT and non-steroidal anti-inflammatory agents are used concomitantly, the patient should be observed closely to determine if the desired effect of the diuretic is obtained.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

**Valsartan - Hydrochlorothiazide**

No carcinogenicity, mutagenicity or fertility studies have been conducted with the combination of valsartan and hydrochlorothiazide. However, these studies have been conducted for valsartan as well as hydrochlorothiazide alone. Based on the preclinical safety and human pharmacokinetic studies, there is no indication of any adverse interaction between valsartan and hydrochlorothiazide.

**Valsartan**

There was no evidence of carcinogenicity when valsartan was administered in the diet to mice and rats for up to 2 years at doses up to 160 and 200 mg/kg/day, respectively. These doses in mice and rats are about 6 and 12 times, respectively, the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 160 mg/day and a 50-kg patient.)

Mutagenicity assays did not reveal any valsartan-related effects at either the gene or chromosome level. These assays included bacterial mutagenicity tests with Salmonella (Ames) and E coli; a gene mutation test with Chinese hamster V79 cells; a cytogenetic test with Chinese hamster ovary cells; and a rat micronucleus test.

Valsartan had no adverse effects on the reproductive performance of male or female rats at oral doses up to 200 mg/kg/day. This dose is about 12 times the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 160 mg/day and a 50-kg patient.)

**Hydrochlorothiazide**

Two-year feeding studies in mice and rats conducted under the auspices of the National Toxicology Program (NTP) uncovered no evidence of a carcinogenic potential of hydrochlorothiazide in female mice (at doses of up to approximately 600 mg/kg/day) or in male and female rats (at doses of up to approximately 100 mg/kg/day). The NTP, however, found equivocal evidence for hepatocarcinogenicity in male mice.

Hydrochlorothiazide was not genotoxic in vitro in the Ames mutagenicity assay of Salmonella Typhimurium strains TA 98, TA 100, TA 1535, TA 1537, and TA 1538 and in the Chinese Hamster Ovary (CHO) test for chromosomal aberrations, or in vivo in assays using mouse germinal cell chromosomes, Chinese hamster bone marrow chromosomes, and the Drosophila sex-linked recessive lethal trait gene. Positive test results were obtained only in the in vitro CHO Sister Chromatid Exchange (clastogenicity) and in the Mouse Lymphoma Cell (mutagenicity) assays, using concentrations of hydrochlorothiazide from 43 to 1300 mcg/mL, and in the Aspergillus Nidulans non-disjunction assay at an unspecified concentration.

Hydrochlorothiazide had no adverse effects on the fertility of mice and rats of either sex in studies wherein these species were exposed, via their diet, to doses of up to 100 and 4 mg/kg, respectively, prior to mating and throughout gestation.

**Pregnancy Categories C (first trimester) and D (second and third trimesters)**

See WARNINGS, Fetal/Neonatal Morbidity and Mortality.

**Nursing Mothers**

It is not known whether valsartan is excreted in human milk, but valsartan was excreted in the milk of lactating rats. Thiazides appear in human milk. Because of the potential for adverse effects on the nursing infant, a decision should be made whether to discontinue nursing or discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use**

Safety and effectiveness in pediatric patients have not been established.

**Geriatric Use**

In the controlled clinical trials of Diovan HCT, 117 (16%) of patients treated with valsartan-hydrochlorothiazide were ≥65 years and 16 (2.2%) were ≥75 years. No overall difference in the efficacy or safety of valsartan-hydrochlorothiazide was observed between these patients

and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

**ADVERSE REACTIONS**

Diovan HCT has been evaluated for safety in more than 1,300 patients, including over 360 treated for over 6 months, and 170 for over 1 year. Adverse experiences have generally been mild and transient in nature and have only infrequently required discontinuation of therapy. The overall incidence of adverse experiences with Diovan HCT was comparable to placebo.

The overall frequency of adverse experiences was neither dose-related nor related to gender, age or race. In controlled clinical trials, discontinuation of therapy due to side effects was required in 3.6% of valsartan-hydrochlorothiazide patients and 4.2% of placebo patients. The most common reasons for discontinuation of therapy with Diovan HCT were headache, fatigue and dizziness.

The adverse experiences that occurred in controlled clinical trials in at least 2% of patients treated with Diovan HCT and at a higher incidence in valsartan-hydrochlorothiazide (n=730) than placebo (n=93) patients included dizziness (9% vs 7%), viral infection (3% vs 1%), fatigue (5% vs 1%), pharyngitis (3% vs 1%), coughing (3% vs 0%) and diarrhea (3% vs 0%).

Headache, upper respiratory infection, sinusitis, back pain and pain occurred in more than 2% rate but at about the same incidence in placebo and valsartan-hydrochlorothiazide patients.

Dose-related orthostatic effects were seen in less than 1% of patients. A dose-related increase in the incidence of dizziness was observed in patients treated with Diovan HCT from 80/12.5 mg (6%) to 160/25 mg (16%).

Other adverse experiences that have been reported with valsartan-hydrochlorothiazide (>0.2% of valsartan-hydrochlorothiazide patients in controlled clinical trials) without regard to causality, are listed below:

**Body as a Whole:** Allergic reaction, anaphylaxis, asthenia, and dependent edema.

**Cardiovascular:** Palpitations, syncope, and tachycardia.

**Dermatologic:** Flushing, rash, sunburn, and increased sweating.

**Digestive:** Increased appetite, constipation, dyspepsia, flatulence, dry mouth, nausea, abdominal pain, and vomiting.

**Metabolic:** Dehydration and gout.

**Musculoskeletal:** Arthralgia, muscle cramps, muscle weakness, arm pain, and leg pain.

**Neurologic and Psychiatric:** Anxiety, depression, insomnia, decreased libido, paresthesia, and somnolence.

**Respiratory:** Bronchospasm, dyspnea, and epistaxis.

**Special Senses:** Tinnitus, vertigo, and abnormal vision.

**Urogenital:** Dysuria, impotence, micturition frequency, and urinary tract infection.

**Valsartan**

In trials in which valsartan was compared to an ACE inhibitor with or without placebo, the incidence of dry cough was significantly greater in the ACE inhibitor group (7.9%) than in the groups who received valsartan (2.6%) or placebo (1.5%). In a 129-patient trial limited to patients who had had dry cough when they had previously received ACE inhibitors, the incidences of cough in patients who received valsartan, hydrochlorothiazide, or lisinopril were 20%, 19%, 69% respectively (p < 0.001).

Other reported events seen less frequently in clinical trials included chest pain, syncope, anorexia, vomiting, and angioedema.

**Hydrochlorothiazide**

Other adverse experiences that have been reported with hydrochlorothiazide, without regard to causality, are listed below:

**Body As A Whole:** weakness;

**Digestive:** pancreatitis, jaundice (intrahepatic cholestatic jaundice), sialadenitis, cramping, gastric irritation;

**Hematologic:** aplastic anemia, agranulocytosis, leukopenia, hemolytic anemia, thrombocytopenia;

**Hypersensitivity:** purpura, photosensitivity, urticaria, necrotizing angiitis (vasculitis and cutaneous vasculitis), fever, respiratory distress including pneumonitis and pulmonary edema, anaphylactic reactions;

**Metabolic:** hyperglycemia, glycosuria, hyperuricemia;

**Musculoskeletal:** muscle spasm;

**Nervous System/Psychiatric:** restlessness;

**Renal:** renal failure, renal dysfunction, interstitial nephritis;

**Skin:** erythema multiforme including Stevens-Johnson syndrome, exfoliative dermatitis including toxic epidermal necrolysis;

**Special Senses:** transient blurred vision, xanthopsia.

**Clinical Laboratory Test Findings**

In controlled clinical trials, clinically important changes in standard laboratory parameters were rarely associated with administration of Diovan HCT.

**Creatinine:** Minor elevations in creatinine occurred in 1.4% of patients taking Diovan HCT and 1.1% given placebo in controlled clinical trials.

**Hemoglobin and Hematocrit:** Greater than 20% decreases in hemoglobin and hematocrit were observed in 0.1% and 1.0%, respectively, of Diovan HCT patients, compared with 0.0% in placebo-treated patients.

**Liver function tests:** Occasional elevations (greater than 150%) of liver chemistries occurred in Diovan HCT-treated patients.

**Neutropenia:** Neutropenia was observed in 0.6% of patients treated with Diovan HCT and 0.0% of patients treated with placebo.

**Serum Electrolytes:** See PRECAUTIONS.

**OVERDOSAGE**

**Valsartan - Hydrochlorothiazide**

Limited data are available related to overdosage in humans. The most likely manifestations of overdosage would be hypotension and tachycardia; bradycardia could occur from parasympathetic (vagal) stimulation. If symptomatic hypotension should occur, supportive treatment should be instituted.

Valsartan is not removed from the plasma by dialysis.

The degree to which hydrochlorothiazide is removed by hemodialysis has not been established. The most common signs and symptoms observed in patients are those caused by electrolyte depletion (hypokalemia, hypochloremia, hyponatremia) and dehydration resulting from excessive diuresis. If digitalis has also been administered, hypokalemia may accentuate cardiac arrhythmias.

In rats and marmosets, single oral doses of valsartan up to 1524 and 762 mg/kg in combination with hydrochlorothiazide at doses up to 476 and 238 mg/kg, respectively, were very well tolerated without any treatment-related effects. These no adverse effect doses in rats and marmosets, respectively, represent 31 and 58 times the maximum recommended human dose (MRHD) of valsartan and 188 and 113 times the maximum recommended human dose of hydrochlorothiazide on a mg/m² basis. (Calculations assume an oral dose of 160 mg/day valsartan in combination with 25 mg/day hydrochlorothiazide and a 60-kg patient.)

Valsartan was without grossly observable adverse effects at single oral doses up to 2000 mg/kg in rats and up to 1000 mg/kg in marmosets, except for salivation and diarrhea in the rat and vomiting in the marmoset at the highest dose (31 and 18 times, respectively, the maximum recommended human dose on a mg/m² basis). (Calculations assume an oral dose of 160 mg/day and a 60-kg patient.)

**Hydrochlorothiazide**

The oral LD₅₀ of hydrochlorothiazide is greater than 10 g/kg in both mice and rats, which represents 2027 and 4054 times, respectively, the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 25 mg/day and a 60-kg patient.)

**DOSAGE AND ADMINISTRATION**

The recommended starting dose of valsartan is 80 mg once daily when used as monotherapy in patients who are not volume-depleted. Valsartan may be used over a dose range of 80 mg to 320 mg daily. Hydrochlorothiazide is effective in doses of 12.5 to 50 mg once daily, and can be given at doses of 12.5 mg to 25 mg as Diovan HCT.

To minimize dose-independent side effects, it is usually appropriate to begin combination therapy only after a patient has failed to achieve the desired effect with monotherapy.

The side effects (see WARNINGS) of valsartan are generally rare and apparently independent of dose; those of hydrochlorothiazide are a mixture of dose-dependent phenomena (primarily hypokalemia) and dose-independent phenomena (e.g., pancreatitis), the former much more common than the later. Therapy with any combination of valsartan and hydrochlorothiazide will be associated with both sets of dose-independent side effects.

**Replacement Therapy:** The combination may be substituted for the titrated components.

**Dose titration by Clinical Effects:** Diovan HCT is available as tablets containing either valsartan 80 mg or 160 mg and hydrochlorothiazide 12.5 mg. A patient whose blood pressure is not adequately controlled on valsartan monotherapy (see above) may be switched to Diovan HCT, valsartan 80 mg/hydrochlorothiazide 12.5 mg once daily. If blood pressure remains uncontrolled after about 3-4 weeks of therapy, either valsartan or both components may be increased depending on clinical response. There are no simple systematic doses of valsartan greater than 160 mg in combination with hydrochlorothiazide 25 mg.

A patient whose blood pressure is inadequately controlled by 25 mg once daily of hydrochlorothiazide, or is controlled but who experiences hypokalemia with this regimen, may be switched to Diovan HCT (valsartan 80 mg/hydrochlorothiazide 12.5 mg once daily, reducing the dose of hydrochlorothiazide without reducing the overall expected antihypertensive response. The clinical response to Diovan HCT should be subsequently evaluated and if blood pressure remains uncontrolled after 3-4 weeks of therapy, the dose may be titrated up to valsartan 160 mg/hydrochlorothiazide 25 mg.

The maximal antihypertensive effect is attained about 4 weeks after initiation of therapy.

**Patients with Renal Impairment:** The usual regimen of therapy with Diovan HCT may be followed as long as the patient's creatinine clearance is >30 mL/min. In patients with more severe renal impairment, loop diuretics are preferred to thiazides, so Diovan HCT is not recommended.

**Patients with Hepatic Impairment:** Care should be exercised with dosing of Diovan HCT in patients with hepatic impairment.

**Other:** No initial dosage adjustment is required for elderly patients.

Diovan HCT may be administered with other antihypertensive agents.

Diovan HCT may be administered once without regard to meals.

**HOW SUPPLIED**

Diovan HCT is available as tablets containing either valsartan 80 mg or 160 mg and hydrochlorothiazide 12.5 mg. Both strengths are packaged in bottles of 100 tablets and 4000 tablets and unit dose blister packages. Tablets are imprinted as follows:

**80/12.5 mg Tablet - Light orange, imprinted CG on one side HGH on the other**

| | |
|---|---|
| Bottles of 100 | NDC 0078-0314-05 |
| Bottles of 4000 | NDC 0078-0314-07 |
| Unit Dose (blister pack) | NDC 0078-0314-06 |
| Box of 100 (strips of 10) | |

**160/12.5 mg Tablet - Dark red, imprinted CG on one side HHH on the other**

| | |
|---|---|
| Bottles of 100 | NDC 0078-0315-05 |
| Bottles of 4000 | NDC 0078-0315-07 |
| Unit Dose (blister pack) | NDC 0078-0315-06 |
| Box of 100 (strips of 10) | |

**Storage:** Store below 30°C (86°F). Protect from moisture.
Dispense in tight container (USP).

666760

Printed in U.S.A.

C99-10 (Rev. 2/98)

Ⓤ **NOVARTIS**

Distributed by:
Novartis Pharmaceuticals Corporation
East Hanover, New Jersey 07936

**U NOVARTIS**

**Novartis Pharmaceuticals Corporation**
State Government Affairs
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8421
Fax  973 781 6671

January 21, 2000

«Address»

«Salutation»:

We are pleased to announce the introduction of Trileptal® (oxcarbazepine) tablets. Trileptal® (oxcarbazepine) is indicated for use as monotherapy or adjunctive therapy in the treatment of partial seizures in adults with epilepsy and as adjunctive therapy in the treatment of partial seizures in children ages 4-16 with epilepsy. (See attached package insert). Please add the following information to your system:

Trileptal® (oxcarbazepine)

|  | 150mg Strength scored Tablet | 300mg Strength scored tablet | 600mg Strength scored tablet |
|---|---|---|---|
| NDC Number | 0078-0336-05 | 0078-0337-05 | 0078-0338-05 |
| Package Size | 100 | 100 | 100 |
| Wholesale Price | $74.27 | $135.63 | $249.29 |
| Suggested AWP | $89.12 | $162.76 | $299.15 |

*As used in this letter, the term AWP or Average Wholesaler Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Not withstanding the inclusion of the term price, in Average Wholesaler Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Enclosed please find the package insert and FDA approval letter. Thank you for your cooperation, and if you have any questions or require additional information, please feel free to call Richard Knapp at (973) 781-8421.

Sincerely,

*Richard Knapp*

Richard Knapp, Executive Director
State Government Affairs



FDA/DNDP                                      301 594 2858   P.02/32

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville MD 20857

NDA 21-014

Novartis Pharmaceuticals Corporation          JAN 1 4
Attention: Michael J. Macalush
Associate Director, Drug Regulatory Affairs
59 Route 10
East Hanover, New Jersey 07936-1080

Dear Mr. Macalush:

Please refer to your new drug application (NDA) dated September 25, 1998, received September 25, 1998, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Trileptal (oxcarbazepine) Tablets.

We acknowledge receipt of your submissions dated:

September 20, 1999        December 15, 1999        December 23, 1999
November 18, 1999         December 21, 1999        January 10, 2000

Your submission of November 15, 1999 constituted a complete response to our September 24, 1999 approvable action letter.

This new drug application provides for the use of Trileptal (oxcarbazepine) Tablets for use as monotherapy or adjunctive therapy in the treatment of partial seizures in adults with epilepsy and as adjunctive therapy in the treatment of partial seizures in children ages 4-16 with epilepsy.

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed upon enclosed labeling text. Accordingly, the application is approved effective on the date of this letter. We do, however, have the following comments.

<u>Clinical</u>

1.       We have not granted your request to indicate Trileptal for use as monotherapy in the pediatric population. Although we are willing to entertain the possibility that Trileptal may eventually be indicated for this use in the absence of data from a specific controlled trial in this setting, the data so far presented on this question are not persuasive. We believe it is likely that a dose of Trileptal can be found that will be effective as monotherapy in the pediatric population. This conclusion is supported by the evidence of effectiveness in children in the adjunctive setting, by the premises put forth in the ILAE statement, and to some extent by your subgroup meta-analysis of the pediatric patients in the monotherapy studies.

NDA 21-014
Page 2

None of these data or expectations, however, are in our view sufficient assurance that there is yet a known regimen that will be effective.   The meta-analysis comes close to addressing this question but the number of patients, especially at the lower ages, is very small and the patients were derived from very different populations.

Further, we cannot agree with your conclusion that clearance in adults and pediatric patients is essentially similar; we believe the age related kinetics of oxcarbazepine/MHD are complex, and the data certainly suggest that the clearance in children below the age of 8 years is about 30-40% greater than in older children and adults.  In addition, the kinetic data in pediatric patients were obtained in adjunctive studies; while we acknowledge your belief that the patients you used to predict the kinetics during monotherapy were not receiving treatment with AEDs that had a known substantive interaction with Trileptal, this has not been adequately documented.

Although a specific monotherapy study is the most straightforward way to support a monotherapy claim, we believe there is another way to identify an effective monotherapy dose, given the expectation that Trileptal will prove effective in this setting.  This would consist first, of comparing the plasma levels associated with a dose giving seizure control in the adjunctive setting in adults and pediatric patients.  If these levels were similar, it would be reasonable to conclude that plasma levels associated with seizure control in adults during Trileptal monotherapy would be similar to those that would provide seizure control in pediatric patients during Trileptal monotherapy.  Then, a dosing regimen in which these exposure levels could be reliably achieved when Trileptal is given to pediatric patients as true monotherapy could be determined.  We would be happy to discuss details of such an approach with you.

2.    For purposes of post marketing surveillance all hepatic, hematologic and skin hypersensitivity reactions, as well as all cases of hyponatremia, should be treated as unlabeled events.  Any of these events determined to be serious should be submitted as 15 day reports.

3.    We urge you to create and maintain a registry of women who were exposed to Trileptal during their pregnancy.  The value of this registry lies primarily in its capacity to prospectively enroll registrants before they are aware of fetal outcome.  Our staff will be happy to discuss with you the specific design elements of this registry.

<u>Chemistry</u>

1.    Please submit for our review the actual-sized carton and container labeling with the changes agreed upon during the January 7, 2000 teleconference.  This revised labeling should be implemented for your next printing.

2.    Validation of the regulatory methods has not been completed.  At the present time, it is the policy of the Center not to withhold approval because the methods are being validated.  Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

### Biopharmaceutics

1.  Please adopt the following dissolution methodology and specifications for 150, 300 and 600 mg tablets strengths of Trileptal:

    | | |
    |---|---|
    | Apparatus: | USP Apparatus 2 (paddles) |
    | Medium: | Water + 1% Sodium Dodecyl Sulfate (SDS) |
    | Volume: | 900 ml |
    | Agitation: | 60 rpm |
    | Temperature: | 37°C±0.5°C |
    | Specification: | Q=70% in 30 minutes; Q=80% in 60 minutes |

2.  We remind you of your Phase 4 commitment, specified in your submission dated January 10, 2000, to conduct an in-vitro drug interaction study to evaluate the potential interaction of diazepam and omeprazole with oxcarbazepine and MHD. Based on the results from this in-vitro study, an in-vivo drug interaction study may or may not be required.

    Protocols, data, and final reports should be submitted to your IND for this product and a copy of the cover letter sent to this NDA. If an IND is not required to meet your Phase 4 commitments, please submit protocols, data and final reports to this NDA as correspondence. In addition, under 21 CFR 314.82(b)(2)(vii), we request that you include a status summary of each commitment in your annual report to this NDA. The status summary should include the number of patients entered in each study, expected completion and submission dates, and any changes in plans since the last annual report. For administrative purposes, all submissions, including labeling supplements, relating to these Phase 4 commitments must be clearly designated "Phase 4 Commitments."

The final printed labeling (FPL) must be identical to the enclosed labeling (text for the package insert). Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FPL for approved NDA 21-014." Approval of this submission by FDA is not required before the labeling is used.

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 *FR* 66632). We note that you have not entirely fulfilled the requirements of 21 CFR 314.55 (or 601.27). We are deferring submission of further pediatric studies, including studies of monotherapy and of both adjunctive and single agent therapy in patients between 2 months and 4 years. Please submit your pediatric drug development plans within 120 days from the date of this letter unless you believe a waiver is appropriate.

NDA 21-014
Page 4

If you believe that this drug qualifies for a waiver of any of the deferred pediatric study requirement, you should submit a request for a waiver with supporting information and documentation in accordance with the provisions of 21 CFR 314.55 within 60 days from the date of this letter. We will notify you within 120 days of receipt of your response whether a waiver is granted. If a waiver is not granted, we will ask you to submit your pediatric drug development plans within 120 days from the date of denial of the waiver. We are waiving the pediatric study requirement for pediatric patients less than 2 months.

Pediatric studies conducted under the terms of section 505A of the Federal Food, Drug, and Cosmetic Act may result in additional marketing exclusivity for certain products (pediatric exclusivity). You should refer to the *Guidance for Industry on Qualifying for Pediatric Exclusivity* (available on our web site at www.fda.gov/cder/pediatric) for details. We note your February 22, 1999 submission containing a proposed pediatric study request and describing a plan to develop an oral suspension oxcarbazepine dosage form. This submission is currently under review.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, call Melina Malandrucco, R. Ph., Regulatory Management Officer, at (301) 594-5526.

Sincerely,

Robert Temple, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

89004901

ψ **NOVARTIS**

T2000-01
89004901

# Trileptal®
(oxcarbazepine)

## Tablets

Rx only

Prescribing Information

## DESCRIPTION

Trileptal® (oxcarbazepine) is an antiepileptic drug available as 150 mg, 300 mg and 600 mg film-coated tablets for oral administration. Oxcarbazepine is 10,11-Dihydro-10-oxo-5H-dibenz[b,f]azepine-5-carboxamide, and its structural formula is



Oxcarbazepine is a white to faintly orange crystalline powder. It is slightly soluble in chloroform, dichloromethane, acetone, and methanol and practically insoluble in ethanol, ether and water. Its molecular weight is 252.27.

Trileptal film-coated tablets contain the following inactive ingredients: colloidal silicon dioxide, crospovidone, hydroxypropyl methylcellulose, magnesium stearate, microcrystalline cellulose, polyethylene glycol, talc and titanium dioxide, yellow iron oxide.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

The pharmacological activity of Trileptal® (oxcarbazepine) is primarily exerted through the 10-monohydroxy metabolite (MHD) of oxcarbazepine (see Metabolism and Excretion subsection). The precise mechanism by which oxcarbazepine and MHD exert their antiseizure effect is unknown; however, in vitro electrophysiological studies indicate that they produce blockade of voltage-sensitive sodium channels, resulting in stabilization of hyperexcited neural membranes, inhibition of repetitive neuronal firing, and diminution of propagation of synaptic impulses. These actions are thought to be important in the prevention of seizure spread in the intact brain. In addition, increased potassium conductance and modulation of high-voltage activated calcium channels may contribute to the anticonvulsant effects of the drug. No significant interactions of oxcarbazepine or MHD with brain neurotransmitter or modulator receptor sites have been demonstrated.

### Pharmacodynamics

Oxcarbazepine and its active metabolite (MHD) exhibit anticonvulsant properties in animal seizure models. They protected rodents against electrically induced tonic extension seizures and, to a lesser degree, chemically induced clonic seizures, and abolished or reduced the frequency of chronically recurring focal seizures in Rhesus monkeys with aluminum implants. No development of tolerance (i.e., attenuation of anticonvulsive activity) was observed in the maximal electroshock test when mice and rats were treated daily for 5 days and 4 weeks, respectively, with oxcarbazepine or MHD.

### Pharmacokinetics

Following oral administration of Trileptal, oxcarbazepine is completely absorbed and extensively metabolized to its pharmacologically active 10-monohydroxy metabolite (MHD). The half-life of the parent is about 2 hours, while the half-life of MHD is about 9 hours, so that MHD is responsible for most antiepileptic activity.

After single dose administration of Trileptal to healthy male volunteers under fasted conditions, the median $t_{max}$ was 4.5 (range 3 to 13 hours).

In a mass balance study in people, only 2% of total radioactivity in plasma was due to unchanged oxcarbazepine, with approximately 70% present as MHD, and the remainder attributable to minor metabolites. Food has no effect on the rate and extent of absorption of oxcarbazepine.

Steady-state plasma concentrations of MHD are reached within 2-3 days in patients when Trileptal is given twice a day. At steady-state the pharmacokinetics of MHD are linear and show dose proportionality over the dose range of 300 to 2400 mg/day.

### Distribution

The apparent volume of distribution of MHD is 49L.

Approximately 40% of MHD is bound to serum proteins, predominantly to albumin. Binding is independent of the serum concentration within the therapeutically relevant range. Oxcarbazepine and MHD do not bind to alpha-1-acid glycoprotein.

### Metabolism and Excretion

Oxcarbazepine is rapidly reduced by cytosolic enzymes in the liver to its 10-monohydroxy metabolite, MHD, which is primarily responsible for the pharmacological effect of Trileptal. MHD is metabolized further by conjugation with glucuronic acid. Minor amounts (4% of the dose) are oxidized to the pharmacologically inactive 10,11-dihydroxy metabolite (DHD).

Oxcarbazepine is cleared from the body mostly in the form of metabolites which are predominantly excreted by the kidneys. More than 95% of the dose appears in the urine, with less than 1% as unchanged oxcarbazepine. Fecal excretion accounts for less than 4% of the administered dose. Approximately 80% of the dose is excreted in the urine either as glucuronides of MHD (49%) or as unchanged MHD (27%); the inactive DHD accounts for approximately 3% and conjugates of MHD and oxcarbazepine account for 13% of the dose.

### Special Populations

#### Hepatic Impairment

The pharmacokinetics and metabolism of oxcarbazepine and MHD were evaluated in healthy volunteers and hepatically-impaired subjects after a single

©2000 Novartis

900 mg oral dose. Mild-to-moderate hepatic impairment did not affect the pharmacokinetics of oxcarbazepine and MHD. No dose adjustment for Trileptal is recommended in patients with mild-to-moderate hepatic impairment. The pharmacokinetics of oxcarbazepine and MHD have not been evaluated in severe hepatic impairment.

#### Renal Impairment

There is a linear correlation between creatinine clearance and the renal clearance of MHD. When Trileptal is administered as a single 300 mg dose in renally impaired patients (creatinine clearance <30 mL/min), the elimination half-life of MHD is prolonged to 19 hours, with a two fold increase in AUC. Dose adjustment for Trileptal is recommended in these patients (see PRECAUTIONS and DOSAGE AND ADMINISTRATION sections).

#### Pediatric Use

After a single-dose administration of 5 or 15 mg/kg of Trileptal, the dose-adjusted AUC values of MHD were 30%-40% lower in children below the age of 8 years than in children above 8 years of age. The clearance in children greater than 8 years old approaches that of adults.

#### Geriatric Use

Following administration of single (300 mg) and multiple (600 mg/day) doses of Trileptal to elderly volunteers (60-82 years of age), the maximum plasma concentrations and AUC values of MHD were 30%-60% higher than in younger volunteers (18-32 years of age). Comparisons of creatinine clearance in young and elderly volunteers indicate that the difference was due to age-related reductions in creatinine clearance.

#### Gender

No gender related pharmacokinetic differences have been observed in children, adults, or the elderly.

#### Race

No specific studies have been conducted to assess what effect, if any, race may have on the disposition of oxcarbazepine.

## CLINICAL STUDIES

The effectiveness of Trileptal® (oxcarbazepine) as adjunctive and monotherapy for partial seizures in adults, and as adjunctive therapy in children aged 4-16 was established in 6 multicenter randomized, double-blind controlled trials.

### Trileptal Monotherapy Trials

Four randomized, double-blind, multicenter trials demonstrated the efficacy of Trileptal as monotherapy. Two trials compared Trileptal to placebo and two trials used a randomized withdrawal design to compare a high dose (2400 mg) with a low dose (300 mg) of Trileptal, after substituting Trileptal 2400 mg/day for one or more antiepileptic drugs (AEDs). All doses were administered on a BID schedule.

One placebo-controlled trial was conducted in 102 patients (11-62 years of age) with refractory partial seizures who had completed an inpatient evaluation for epilepsy surgery. Patients had been withdrawn from all AEDs and were required to have 2-10 partial seizures within 48 hours prior to randomization. Patients were randomized to receive either placebo or Trileptal given as 1500 mg/day on Day 1 and 2400 mg/day thereafter for an additional 9 days, or until one of the following three exit criteria occurred: 1) the occurrence of a fourth partial seizure, excluding Day 1, 2) two new-onset secondarily generalized seizures, where such seizures were not seen in the 1-year period prior to randomization, or 3) occurrence of serial seizures or status epilepticus. The primary measure of effectiveness was a between group comparison of the time to meet exit criteria. There was a statistically significant difference in favor of Trileptal (see Figure 1), p=0.0001.

Figure 1: Kaplan-Meier estimates of exit rate by treatment group



The second placebo-controlled trial was conducted in 67 untreated patients (8-69 years of age) with newly-diagnosed and recent-onset partial seizures. Patients were randomized to placebo or Trileptal, initiated at 300 mg BID and titrated to 1200 mg/day (given as 600 mg BID) in 6 days, followed by maintenance treatment for 84 days. The primary measure of effectiveness was a between group comparison of the time to first seizure. The difference between the two treatments was statistically significant in favor of Trileptal (see Figure 2), p=0.046.

Figure 2: Kaplan-Meier estimates of first seizure event rate by treatment group

A third trial substituted Trileptal monotherapy at 2400 mg/day for carbamazepine in 143 patients (12-65 years of age) whose partial seizures were inadequately controlled on carbamazepine (CBZ) monotherapy at a stable dose of 800 to 1600 mg/day, and maintained this Trileptal dose for 56 days (baseline phase). Patients who were able to tolerate titration of Trileptal to 2400 mg/day during simultaneous carbamazepine withdrawal were randomly assigned to either 300 mg/day of Trileptal or 2400 mg/day Trileptal. Patients were observed for 126 days or until one of the following 4 exit criteria occurred: 1) a doubling of the 28-day seizure frequency compared to baseline, 2) a two fold increase in the highest consecutive 2-day seizure frequency from baseline, 3) a single generalized seizure if none had occurred during baseline, or 4) a prolonged group comparison of the time to meet exit criteria. The difference between the curves was statistically significant in favor of the Trileptal 2400 mg/day group (see Figure 3), p=0.0001.

**Figure 3: Kaplan-Meier estimates of exit rate by treatment group**



Another monotherapy substitution trial was conducted in 87 patients (11-66 years of age) whose seizures were inadequately controlled on 1 or 2 AEDs. Patients were randomized to either Trileptal 2400 mg/day or 300 mg/day and their standard AED regimen(s) were eliminated over the first 6 weeks of double-blind therapy. Double-blind treatment continued for another 84 days (total double-blind treatment of 126 days) or until one of the 4 exit criteria described for the previous study occurred. The primary measure of effectiveness was a between group comparison of the percentage of patients meeting exit criteria. The results were statistically significant in favor of the Trileptal 2400 mg/day group (14/34; 41.2%) compared to the Trileptal 300 mg/day group (42/45; 93.3%) (p<0.0001). The time to meeting one of the exit criteria was also statistically significant in favor of the Trileptal 2400 mg/day group (see Figure 4), p<0.0001.

**Figure 4: Kaplan-Meier estimates of exit rate by treatment group**



**Trileptal Adjunctive Therapy Trials**
The effectiveness of Trileptal as an adjunctive therapy for partial seizures was established in two multicenter, randomized, double-blind, placebo-controlled trials, one in 692 patients (15-66 years of age) and one in 264 pediatric patients (3-17 years of age). Patients in these trials were on 1-3 concomitant AEDs. In both of the trials, patients were stabilized on optimum dosages of their concomitant AEDs during an 8-week baseline phase. Patients who experienced at least 8 (minimum of 1-4 per month) partial seizures during the baseline phase were randomly assigned to placebo or to a specific dose of Trileptal in addition to their other AEDs.

In these studies, the dose was increased over a 2-week period until either the assigned dose was reached, or intolerance prevented increases. Patients then entered a 14 (pediatrics) or 24 week (adults) maintenance phase.

In the adult trial, patients received fixed doses of 600, 1200 or 2400 mg/day. In the pediatric trial, patients received maintenance doses in the range of 30-46 mg/kg/day, depending on baseline weight. The primary measure of effectiveness in both trials was a between group comparison of the percentage change in partial seizure frequency in the double-blind Treatment Phase relative to Baseline Phase. This comparison was statistically significant in favor of Trileptal at all doses tested in both trials (p=0.0001 for all doses for both trials). The number of patients randomized to each dose, the median baseline seizure rate, and the median percentage seizure rate reduction for each trial are shown in Table 1. It is important to note that in the high dose group in the study in adults, over 65% of patients discontinued treatment because of adverse events; only 46 (27%) of the patients in this group completed the 28-week study (see ADVERSE REACTIONS section), an outcome not seen in the monotherapy studies.

Table 1: Summary of percentage change in partial seizure frequency from baseline for placebo-controlled adjunctive therapy trials

| Trial | Treatment Group | N | Baseline Median Seizure Rate[*] | Median % Reduction |
|---|---|---|---|---|
| 1 (pediatrics) | Trileptal | 136 | 12.5 | 34.8[1] |
| | Placebo | 126 | 13.1 | 9.4 |
| 2 (adults) | Trileptal 2400 mg/day | 174 | 10.0 | 49.9[1] |
| | Trileptal 1200 mg/day | 177 | 9.8 | 40.2[1] |
| | Trileptal 600 mg/day | 168 | 9.6 | 26.4[1] |
| | Placebo | 173 | 8.6 | 7.6 |

[1] p=0.0001; [*] = # per 28 days

Subset analyses of the antiepileptic efficacy of Trileptal with regard to gender in these trials revealed no important differences in response between men and women. Because there were very few patients over the age of 65 in controlled trials, the effect of the drug in the elderly has not been adequately assessed.

**INDICATIONS AND USAGE**
Trileptal® (oxcarbazepine) is indicated for use as monotherapy or adjunctive therapy in the treatment of partial seizures in adults with epilepsy and as adjunctive therapy in the treatment of partial seizures in children ages 4-16 with epilepsy.

**CONTRAINDICATIONS**
Trileptal® (oxcarbazepine) should not be used in patients with a known hypersensitivity to oxcarbazepine or to any of its components.

**WARNINGS**
**Hyponatremia**
Clinically significant hyponatremia (sodium <125 mmol/L) can develop during Trileptal® (oxcarbazepine) use. In the 14 controlled epilepsy studies 2.5% of Trileptal treated patients (38/1524) had a sodium of less than 125 mmol/L at some point during treatment, compared to no such patients assigned placebo or active control (carbamazepine and phenobarbital for adjunctive and monotherapy substitution studies, and phenytoin and valproate for the monotherapy initiation studies). Clinically significant hyponatremia generally occurred during the first 3 months of treatment with Trileptal, although there were patients who first developed a serum sodium <125 mmol/L more than 1 year after initiation of therapy. Most patients who developed hyponatremia were asymptomatic but patients in the clinical trials were frequently monitored and some had their Trileptal dose reduced, discontinued, or had their fluid intake restricted for hyponatremia. Whether or not these maneuvers prevented the occurrence of more severe events is unknown. Cases of symptomatic hyponatremia have been reported during post-marketing use. In clinical trials, patients whose treatment with Trileptal was discontinued due to hyponatremia generally experienced normalization of serum sodium within a few days without additional treatment.

Measurement of serum sodium levels should be considered for patients during maintenance treatment with Trileptal, particularly if the patient is receiving other medications known to decrease serum sodium levels (for example, drugs associated with inappropriate ADH secretion) or if symptoms possibly indicating hyponatremia develop (e.g., nausea, malaise, headache, lethargy, confusion, or obtundation).

**Patients with a Past History of Hypersensitivity Reaction to Carbamazepine**
Patients who have had hypersensitivity reactions to carbamazepine should be informed that approximately 25%-30% of them will experience hypersensitivity reactions with Trileptal. For this reason patients should be specifically questioned about any prior experience with carbamazepine, and patients with a history of hypersensitivity reactions to carbamazepine should ordinarily be treated with Trileptal only if the potential benefit justifies the potential risk. If signs or symptoms of hypersensitivity develop, Trileptal should be discontinued immediately.

**Withdrawal of AEDs**
As with all antiepileptic drugs, Trileptal should be withdrawn gradually to minimize the potential of increased seizure frequency.

**PRECAUTIONS**
**Cognitive/Neuropsychiatric Adverse Events**
Use of Trileptal® (oxcarbazepine) has been associated with central nervous system related adverse events. The most significant of these can be classified into three general categories: 1) cognitive symptoms including psychomotor slowing, difficulty with concentration, and speech or language problems, 2) somnolence or fatigue, and 3) coordination abnormalities, including ataxia and gait disturbances.

In one, large, fixed dose study, Trileptal was added to existing AED therapy (up to three concomitant AEDs). By protocol, the dosage of the concomitant AEDs could not be reduced as Trileptal was added, reduction in Trileptal dosage was not allowed if intolerance developed, and patients were discontinued if unable to tolerate their highest target maintenance doses. In this trial, 65% of patients were discontinued because they could not tolerate the 2400 mg/day dose of Trileptal on top of existing AEDs. The adverse events seen in this study were primarily CNS related and the risk for discontinuation was dose related.

In this trial, 7.1% of oxcarbazepine-treated patients and 4% of placebo-treated patients experienced a cognitive adverse event. The risk of discontinuation for these events was about 6.5 times greater on oxcarbazepine than on placebo. In addition, 26% of oxcarbazepine-treated patients and 12% of placebo-treated patients experienced somnolence. The risk of discontinuation for somnolence was about 10 times greater on oxcarbazepine than on placebo. Finally, 28.7% of oxcarbazepine-treated patients and 6.4% of placebo-treated patients experienced ataxia or gait disturbances. The risk for discontinuation for these events was about 7 times greater on oxcarbazepine than on placebo.

In a single placebo-controlled monotherapy trial evaluating 2400 mg/day of Trileptal, no patients in either treatment group discontinued double-blind treatment because of cognitive adverse events, somnolence, ataxia, or gait disturbance.

In the two dose-controlled conversion to monotherapy trials comparing 2400 mg/day and 300 mg/day Trileptal, 1.1% of patients in the 2400 mg/day group discontinued double-blind treatment because of somnolence or cognitive adverse events compared to 0% in the 300 mg/day group. In these trials, no patients discontinued because of ataxia or gait disturbances in either treatment group.

**Information for Patients**
Patients who have exhibited hypersensitivity reactions to carbamazepine should be informed that approximately 25%-30% of these patients may experience hypersensitivity reactions with Trileptal. (See WARNINGS section.)

Female patients of childbearing age should be warned that the concurrent use of Trileptal with hormonal contraceptives may render this method of contraception less effective (see Drug Interactions subsection). Additional non-hormonal forms of contraception are recommended when using Trileptal.

Caution should be exercised if alcohol is taken in combination with Trileptal therapy, due to a possible additive sedative effect.

Patients should be advised that Trileptal may cause dizziness and somnolence. Accordingly, patients should be advised not to drive or operate machinery until they have gained sufficient experience on Trileptal to gauge whether it adversely affects their ability to drive or operate machinery.

**Laboratory Tests**

Serum sodium levels below 125 mmol/L have been observed in patients treated with Trileptal (see WARNINGS section). Experience from clinical trials indicates that serum sodium levels return toward normal when the Trileptal dosage is reduced or discontinued, or when the patient was treated conservatively (e.g., fluid restriction).

Laboratory data from clinical trials suggest that Trileptal use was associated with decreases in $T_4$, without changes in $T_3$ or TSH.

**Drug Interactions**

Oxcarbazepine can inhibit CYP2C19 and induce CYP3A4/5 with potentially important effects on plasma concentrations of other drugs. In addition, several AEDs that are cytochrome P450 inducers can decrease plasma concentrations of oxcarbazepine and MHD.

Oxcarbazepine was evaluated in human liver microsomes to determine its capacity to inhibit the major cytochrome P450 enzymes responsible for the metabolism of other drugs. Results demonstrate that oxcarbazepine and its pharmacologically active 10-monohydroxy metabolite (MHD) have little or no capacity to function as inhibitors for most of the human cytochrome P450 enzymes evaluated (CYP1A2, CYP2A6, CYP2C9, CYP2D6, CYP2E1, CYP4A9 and CYP4A11) with the exception of CYP2C19 and CYP3A4/5. Although inhibition of CYP3A4/5 by oxcarbazepine and MHD did occur at high concentrations, it is not likely to be of clinical significance. The inhibition of CYP2C19 by oxcarbazepine and MHD, however, is clinically relevant (see below).

In vitro, the UDP-glucuronyl transferase level was increased, indicating induction of this enzyme. Increases of 22% with MHD and 47% with oxcarbazepine were observed. As MHD, the predominant plasma substrate, is only a weak inducer of UDP-glucuronyl transferase, it is unlikely to have an effect on drugs that are mainly eliminated by conjugation through UDP-glucuronyl transferase (e.g., valproic acid, lamotrigine).

In addition, oxcarbazepine and MHD induce a subgroup of the cytochrome P450 3A family (CYP3A4 and CYP3A5) responsible for the metabolism of dihydropyridine calcium antagonists and oral contraceptives, resulting in a lower plasma concentration of these drugs.

As binding of MHD to plasma proteins is low (40%), clinically significant interactions with other drugs through competition for protein binding sites are unlikely.

**Antiepileptic Drugs**

Potential interactions between Trileptal and other AEDs were assessed in clinical studies. The effect of these interactions on mean AUCs and $C_{min}$ are summarized in Table 2:

Table 2:   Summary of AED Interactions with Trileptal

| AED Co-administered | Dose of AED (mg/day) | Trileptal dose (mg/day) | Influence of Trileptal on AED Concentration (Mean change, 90% Confidence Interval) | Influence of AED on MHD Concentration (Mean change, 90% Confidence Interval) |
|---|---|---|---|---|
| Carbamazepine | 400-2000 | 900 | nc[1] | 40% decrease [CI: 17% decrease, 57% decrease] |
| Phenobarbital | 100-150 | 600-1800 | 14% increase [CI: 2% increase, 24% increase] | 25% decrease [CI: 12% decrease, 51% decrease] |
| Phenytoin | 250-500 | 600-1800 >1200-2400 | nc[1,2] up to 40% increase[3] [CI: 12% increase, 60% increase] | 30% decrease [CI: 3% decrease, 48% decrease] |
| Valproic acid | 400-2800 | 600-1800 | nc[1] | 18% decrease [CI: 13% decrease, 40% decrease] |

[1] nc denotes a mean change of less than 10%
[2] Pediatrics
[3] Mean increase in adults at high Trileptal doses

In vivo, the plasma levels of phenytoin increased by up to 40% when Trileptal was given at doses above 1200 mg/day. Therefore, when using doses of Trileptal greater than 1200 mg/day during adjunctive therapy, a decrease in the dose of phenytoin may be required. The increase of phenobarbital level, however, is small (15%) when given with Trileptal.

Strong inducers of cytochrome P450 enzymes (i.e., carbamazepine, phenytoin and phenobarbital) have been shown to decrease the plasma levels of MHD (29%-40%).

No autoinduction has been observed with Trileptal.

**Hormonal Contraceptives**

Co-administration of Trileptal with an oral contraceptive has been shown to influence the plasma concentrations of the two hormonal components, ethinylestradiol (EE) and levonorgestrel (LNG). The mean AUC values of EE were decreased by 48% [90% CI: 22-65] in one study and 52% [90% CI: 38-52] in another study. The mean AUC values of LNG were decreased by 32% [90% CI: 20-45] in one study and 52% [90% CI: 42-52] in another study. Therefore, concurrent use of Trileptal with hormonal contraceptives may render these contraceptives less effective (see Drug Interactions subsection). Studies with other oral or implant contraceptives have not been conducted.

**Calcium Antagonists**

After repeated co-administration of Trileptal, the AUC of felodipine was lowered by 28% [90% CI: 20-33].

Verapamil produced a decrease of 20% [90% CI: 18-27] of the plasma levels of MHD.

**Other Drug Interactions**

Cimetidine, erythromycin and dextropropoxyphene had no effect on the pharmacokinetics of MHD. Results with warfarin show no evidence of interaction with either single or repeated doses of Trileptal.

**Drug/Laboratory Test Interactions**

There are no known interactions of Trileptal with commonly used laboratory tests.

**Carcinogenesis/Mutagenesis/Impairment of Fertility**

In 2-year carcinogenicity studies, oxcarbazepine was administered in the diet at doses of up to 100 mg/kg/day to mice and by gavage at doses of up to 250 mg/kg to rats, and the pharmacologically active 10-hydroxy metabolite (MHD) was administered orally at doses of up to 600 mg/kg/day to rats. In mice, a dose-related increase in the incidence of hepatocellular adenomas was observed at oxcarbazepine doses ≥70 mg/kg/day or approximately 0.1 times the maximum recommended human dose [MRHD] on a mg/m² basis. In rats, the incidence of hepatocellular carcinomas was increased in females treated with oxcarbazepine at doses ≥25 mg/kg/day (0.1 times the MRHD on a mg/m² basis), and incidences of hepatocellular adenomas and/or carcinomas were increased in males and females treated with MHD at doses of 600 mg/kg/day (2.4 times the MRHD on a mg/m² basis) and ≥250 mg/kg/day (equivalent to the MRHD on a mg/m² basis), respectively. There was an increase in the incidence of benign testicular interstitial cell tumors in rats at 250 mg oxcarbazepine/kg/day and at ≥250 mg MHD/kg/day, and an increase in the incidence of granular cell tumors in the cervix and vagina in rats at 600 mg MHD/kg/day.

Oxcarbazepine increased mutation frequencies in the Ames test in vitro in the absence of metabolic activation in one of five bacterial strains. Both oxcarbazepine and MHD produced increases in chromosomal aberrations and polyploidy in the Chinese hamster ovary assay in vitro in the absence of metabolic activation. MHD was negative in the Ames test, and no mutagenic or clastogenic activity was found with either oxcarbazepine or MHD in V79 Chinese hamster cells in vitro. Oxcarbazepine and MHD were both negative for clastogenic or aneugenic effects (micronucleus formation) in an in vivo rat bone marrow assay.

In a fertility study in which rats were administered MHD (50, 150, or 450 mg/kg) orally prior to and during mating and early gestation, estrous cyclicity was disrupted and numbers of corpora lutea, implantations, and live embryos were reduced in females receiving the highest dose (approximately 2 times the MRHD on a mg/m² basis).

**Pregnancy Category C**

Increased incidences of fetal structural abnormalities and other manifestations of developmental toxicity (embryolethality, growth retardation) were observed in the offspring of animals treated with either oxcarbazepine or its active 10-hydroxy metabolite (MHD) during pregnancy at doses similar to the maximum recommended human dose.

When pregnant rats were given oxcarbazepine (30, 300, or 1000 mg/kg) orally throughout the period of organogenesis, increased incidences of fetal malformations (craniofacial, cardiovascular, and skeletal) and variations were observed at the intermediate and high doses (approximately 1.2 and 4 times, respectively, the maximum recommended human dose [MRHD] on a mg/m² basis). Increased embryofetal death and decreased fetal body weights were observed at the high dose. Doses ≥300 mg/kg were also maternally toxic (decreased body weight gain, clinical signs), but there is no evidence to suggest that teratogenicity was secondary to the maternal effects.

In a study in which pregnant rabbits were orally administered MHD (20, 100, or 200 mg/kg) during organogenesis, embryofetal mortality was increased at the highest dose (1.5 times the MRHD on a mg/m² basis). This dose produced only minimal maternal toxicity.



89004901

89004901

Trileptal® (oxcarbazepine)

In a study in which female rats were dosed orally with oxcarbazepine (25, 50, or 150 mg/kg) during the latter part of gestation and throughout the lactation period, a persistent reduction in body weights and altered behavior (decreased activity) were observed in offspring exposed to the highest dose (0.6 times the MRHD on a mg/m² basis). Oral administration of MHD (25, 75, or 250 mg/kg) to rats during gestation and lactation resulted in a persistent reduction in offspring weights at the highest dose (equivalent to the MRHD on a mg/m² basis).

There are no adequate and well-controlled clinical studies of Trileptal in pregnant women. However, Trileptal is closely related structurally to carbamazepine, which is considered to be teratogenic in humans. Given this fact, and the results of the animal studies described, it is likely that Trileptal is a human teratogen. Trileptal should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Labor and Delivery**
The effect of Trileptal on labor and delivery in humans has not been evaluated.

**Nursing Mothers**
Oxcarbazepine and its active metabolite (MHD) are excreted in human breast milk. A milk-to-plasma concentration ratio of 0.5 was found for both. Because of the potential for serious adverse reactions to Trileptal in nursing infants, a decision should be made about whether to discontinue nursing or to discontinue the drug in nursing women, taking into account the importance of the drug to the mother.

**Patients with Renal Impairment**
In renally-impaired patients (creatinine clearance <30 mL/min), the elimination half-life of MHD is prolonged with a corresponding two fold increase in AUC (see CLINICAL PHARMACOLOGY, Pharmacokinetics subsection). Trileptal therapy should be initiated at one-half the usual starting dose and increased, if necessary, at a slower than usual rate until the desired clinical response is achieved.

**Pediatric Use**
Trileptal has been shown to be effective as adjunctive therapy for partial seizures in patients aged 4-16 years old. Trileptal has been given to about 623 patients between the ages of 3-17 in controlled clinical trials (185 treated as monotherapy) and about 615 patients between the ages of 3-17 in other trials. (See ADVERSE REACTIONS for a description of the adverse events associated with Trileptal use in this population.)

**Geriatric Use**
There were 52 patients over age 65 in controlled clinical trials and 565 patients over the age of 65 in other trials. Following administration of single (300 mg) and multiple (600 mg/day) doses of Trileptal in elderly volunteers (60-82 years of age), the maximum plasma concentrations and AUC values of MHD were 30%-60% higher than in younger volunteers (18-32 years of age). Comparisons of creatinine clearance in young and elderly volunteers indicate that the difference was due to age-related reductions in creatinine clearance.

**ADVERSE REACTIONS**
**Most Common Adverse Events in All Clinical Studies**
*Adjunctive Therapy/Monotherapy in Adults Previously Treated with other AEDs:* The most commonly observed (≥5%) adverse experiences seen in association with Trileptal® (oxcarbazepine) and substantially more frequent than in placebo-treated patients were: Dizziness, somnolence, diplopia, fatigue, nausea, vomiting, ataxia, abnormal vision, abdominal pain, tremor, dyspepsia, abnormal gait.

Approximately 23% of these 1537 adult patients discontinued treatment because of an adverse experience. The adverse experiences most commonly associated with discontinuation were: Dizziness (6.4%), diplopia (5.9%), ataxia (5.2%), vomiting (5.1%), nausea (4.9%), somnolence (3.8%), headache (2.9%), fatigue (2.1%), abnormal vision (2.1%), tremor (1.8%), abnormal gait (1.7%), rash (1.4%), hyponatremia (1.0%).

*Monotherapy in Adults not Previously Treated with other AEDs:* The most commonly observed (≥5%) adverse experiences seen in association with Trileptal in these patients were similar to those in previously treated patients.

Approximately 9% of these 295 adult patients discontinued treatment because of an adverse experience. The adverse experiences most commonly associated with discontinuation were: Dizziness (1.7%), nausea (1.7%), rash (1.7%), headache (1.4%).

*Adjunctive Therapy/Monotherapy in Pediatric Patients Previously Treated with other AEDs:* The most commonly observed (≥5%) adverse experiences seen in association with Trileptal in these patients were similar to those in adults.

Approximately 11% of these 456 pediatric patients discontinued treatment because of an adverse experience. The adverse experiences most commonly associated with discontinuation were: Somnolence (2.4%), vomiting (2.0%), ataxia (1.8%), diplopia (1.3%), dizziness (1.3%), fatigue (1.1%), nystagmus (1.1%).

*Incidence in Controlled Clinical Studies:* The prescriber should be aware that the figures in Tables 3, 4, 5 and 6 cannot be used to predict the frequency of adverse experiences in the course of usual medical practice where patient characteristics and other factors may differ from those prevailing during clinical studies. Similarly, the cited frequencies cannot be directly compared with figures obtained from other clinical investigations involving different treatments, uses, or investigators. An inspection of these frequencies, however, does provide the prescriber with one basis to estimate the relative contribution of drug and nondrug factors to the adverse event incidences in the population studied.

*Controlled Clinical Studies of Adjunctive Therapy/Monotherapy in Adults Previously Treated with other AEDs:* Table 3 lists treatment-emergent signs and symptoms that occurred in at least 2% of adult patients with epilepsy treated with Trileptal or placebo as adjunctive treatment and were numerically more common in the patients treated with any dose of Trileptal. Table 4 lists treatment-emergent signs and symptoms in patients converted from other AEDs to either high dose Trileptal or low dose (300 mg) Trileptal. Note that in some of these monotherapy studies patients who dropped out during a preliminary tolerability phase are not included in the tables.

**Table 3: Treatment-Emergent Adverse Event Incidence in a Controlled Clinical Study of Adjunctive Therapy in Adults (Events in at least 2% of patients treated with 2400 mg/day of Trileptal and numerically more frequent than in the placebo group)**

| Body System/ Adverse Event | Oxcarbazepine Dosage (mg/day) | | | |
| | OXC 600 N=163 % | OXC 1200 N=171 % | OXC 2400 N=126 % | Placebo N=166 % |
|---|---|---|---|---|
| **Body as a Whole** | | | | |
| Fatigue | 15 | 12 | 15 | 7 |
| Asthenia | 6 | 3 | 6 | 5 |
| Edema Legs | 2 | 1 | 2 | 1 |
| Weight Increase | 1 | 2 | 2 | 1 |
| Feeling Abnormal | 0 | 1 | 2 | 0 |
| **Cardiovascular System** | | | | |
| Hypotension | 0 | 1 | 2 | 0 |
| **Digestive System** | | | | |
| Nausea | 15 | 25 | 29 | 10 |
| Vomiting | 13 | 25 | 36 | 5 |
| Pain Abdominal | 10 | 13 | 11 | 5 |
| Diarrhea | 5 | 6 | 7 | 6 |
| Dyspepsia | 5 | 5 | 6 | 2 |
| Constipation | 2 | 2 | 6 | 4 |
| Gastritis | 2 | 1 | 2 | 1 |
| **Metabolic and Nutritional Disorders** | | | | |
| Hyponatremia | 3 | 1 | 2 | 1 |
| **Musculoskeletal System** | | | | |
| Muscle Weakness | 1 | 2 | 2 | 0 |
| Sprains and Strains | 0 | 2 | 2 | 1 |
| **Nervous System** | | | | |
| Headache | 32 | 28 | 26 | 23 |
| Dizziness | 26 | 32 | 49 | 13 |
| Somnolence | 20 | 28 | 36 | 12 |
| Ataxia | 9 | 17 | 31 | 5 |
| Nystagmus | 7 | 20 | 26 | 5 |
| Gait Abnormal | 5 | 10 | 17 | 1 |
| Insomnia | 4 | 2 | 3 | 1 |
| Tremor | 3 | 8 | 16 | 5 |
| Nervousness | 2 | 4 | 2 | 1 |
| Agitation | 1 | 1 | 2 | 1 |
| Coordination Abnormal | 1 | 3 | 2 | 1 |
| EEG Abnormal | 0 | 0 | 2 | 0 |
| Speech Disorder | 1 | 1 | 3 | 0 |
| Confusion | 1 | 1 | 2 | 1 |
| Cranial Injury NOS | 1 | 0 | 2 | 1 |
| Dysmetria | 1 | 2 | 3 | 0 |
| Thinking Abnormal | 0 | 2 | 4 | 0 |
| **Respiratory System** | | | | |
| Rhinitis | 2 | 4 | 5 | 4 |
| **Skin and Appendages** | | | | |
| Acne | 1 | 2 | 2 | 0 |
| **Special Senses** | | | | |
| Diplopia | 14 | 30 | 40 | 5 |
| Vertigo | 6 | 12 | 15 | 2 |
| Vision Abnormal | 6 | 14 | 13 | 4 |
| Accommodation Abnormal | 0 | 0 | 2 | 0 |

**Table 4: Treatment-Emergent Adverse Event Incidence in Controlled Clinical Studies of Monotherapy in Adults Previously Treated with Other AEDs (Events in at least 2% of patients treated with 2400 mg/day of Trileptal and numerically more frequent than in the low dose control group)**

| Body System/ Adverse Event | Oxcarbazepine Dosage (mg/day) | |
| | 2400 N=86 % | 300 N=86 % |
|---|---|---|
| **Body as a Whole** | | |
| Fatigue | 21 | 5 |
| Fever | 3 | 0 |
| Allergy | 2 | 0 |
| Edema Generalized | 2 | 1 |
| Pain Chest | 2 | 0 |
| **Digestive System** | | |
| Nausea | 22 | 7 |
| Vomiting | 15 | 5 |
| Diarrhea | 7 | 5 |
| Dyspepsia | 6 | 1 |
| Anorexia | 5 | 3 |
| Pain Abdominal | 5 | 3 |
| Mouth Dry | 3 | 0 |
| Hemorrhage Rectum | 2 | 0 |
| Toothache | 2 | 1 |
| **Hemic and Lymphatic System** | | |
| Lymphadenopathy | 2 | 0 |
| **Infections and Infestations** | | |
| Infection Viral | 7 | 5 |
| Infection | 2 | 0 |
| **Metabolic and Nutritional Disorders** | | |
| Hyponatremia | 5 | 0 |
| Thirst | 2 | 0 |
| **Nervous System** | | |
| Headache | 31 | 15 |
| Dizziness | 28 | 6 |
| Somnolence | 19 | 5 |
| Anxiety | 7 | 5 |
| Ataxia | 7 | 1 |
| Confusion | 7 | 0 |
| Nervousness | 7 | 0 |
| Insomnia | 6 | 5 |
| Tremor | 6 | 3 |
| Amnesia | 5 | 1 |
| Convulsions Aggravated | 5 | 2 |
| Emotional Lability | 3 | 2 |
| Hypoesthesia | 3 | 1 |
| Coordination Abnormal | 2 | 1 |
| Nystagmus | 2 | 0 |
| Speech Disorder | 2 | 0 |
| **Respiratory System** | | |
| Upper Respiratory Tract Infection | 10 | 5 |
| Coughing | 5 | 0 |
| Bronchitis | 3 | 0 |
| Pharyngitis | 3 | 0 |

| Skin and Appendages | | |
|---|---|---|
| Hot Flushes | 2 | 1 |
| Purpura | 2 | 0 |
| Special Senses | | |
| Vision Abnormal | 14 | 1 |
| Diplopia | 12 | 1 |
| Taste Perversion | 5 | 0 |
| Vertigo | 3 | 0 |
| Ear Ache | 2 | 1 |
| Ear Infection NOS | 2 | 0 |
| Urogenital and Reproductive System | | |
| Urinary Tract Infection | 5 | 1 |
| Micturition Frequency | 2 | 1 |
| Vaginitis | 2 | 0 |

*Controlled Clinical Study of Monotherapy in Adults not Previously Treated with other AEDs:* Table 5 lists treatment-emergent signs and symptoms in a controlled clinical study of monotherapy in adults not previously treated with other AEDs that occurred in at least 2% of adult patients with epilepsy treated with Trileptal or placebo and were numerically more common in the patients treated with Trileptal.

**Table 5: Treatment-Emergent Adverse Event Incidence in a Controlled Clinical Study of Monotherapy in Adults not Previously Treated with Other AEDs (Events in at least 2% of patients treated with Trileptal and numerically more frequent than in the placebo group)**

| Body System/ Adverse Event | Oxcarbazepine N=55 % | Placebo N=48 % |
|---|---|---|
| **Body as a Whole** | | |
| Falling Down NOS | 4 | 0 |
| **Digestive System** | | |
| Nausea | 16 | 12 |
| Diarrhea | 7 | 2 |
| Vomiting | 7 | 6 |
| Constipation | 5 | 0 |
| Dyspepsia | 5 | 4 |
| **Musculoskeletal System** | | |
| Pain Back | 4 | 2 |
| **Nervous System** | | |
| Dizziness | 22 | 6 |
| Headache | 13 | 10 |
| Ataxia | 5 | 0 |
| Nervousness | 5 | 2 |
| Amnesia | 4 | 2 |
| Coordination Abnormal | 4 | 2 |
| Tremor | 4 | 0 |
| **Respiratory System** | | |
| Upper Respiratory Tract Infection | 7 | 0 |
| Epistaxis | 4 | 0 |
| Infection Chest | 4 | 0 |
| Sinusitis | 4 | 2 |
| **Skin and Appendages** | | |
| Rash | 4 | 2 |
| **Special Senses** | | |
| Vision Abnormal | 4 | 0 |

*Controlled Clinical Studies of Adjunctive Therapy/Monotherapy in Pediatric Patients Previously Treated with other AEDs:* Table 6 lists treatment-emergent signs and symptoms that occurred in at least 2% of pediatric patients with epilepsy treated with Trileptal or placebo as adjunctive treatment and were numerically more common in the patients treated with Trileptal.

**Table 6: Treatment-Emergent Adverse Event Incidence in Controlled Clinical Studies of Adjunctive Therapy/Monotherapy in Pediatric Patients Previously Treated with Other AEDs (Events in at least 2% of patients treated with Trileptal and numerically more frequent than in the placebo group)**

| Body System/ Adverse Event | Oxcarbazepine N=171 % | Placebo N=139 % |
|---|---|---|
| **Body as a Whole** | | |
| Fatigue | 13 | 9 |
| Allergy | 2 | 0 |
| Asthenia | 2 | 1 |
| **Digestive System** | | |
| Vomiting | 33 | 14 |
| Nausea | 19 | 5 |
| Constipation | 4 | 1 |
| Dyspepsia | 2 | 0 |
| **Nervous System** | | |
| Headache | 31 | 19 |
| Somnolence | 31 | 13 |
| Dizziness | 28 | 6 |
| Ataxia | 13 | 4 |
| Nystagmus | 9 | 1 |
| Emotional Lability | 8 | 4 |
| Gait Abnormal | 8 | 3 |
| Tremor | 6 | 4 |
| Speech Disorder | 3 | 1 |
| Concentration Impaired | 2 | 1 |
| Convulsions | 2 | 1 |
| Muscle Contractions Involuntary | 2 | 1 |
| **Respiratory System** | | |
| Rhinitis | 10 | 9 |
| Pneumonia | 2 | 1 |
| **Skin and Appendages** | | |
| Bruising | 4 | 2 |
| Sweating Increased | 3 | 0 |
| **Special Senses** | | |
| Diplopia | 17 | 1 |
| Vision Abnormal | 13 | 1 |
| Vertigo | 2 | 0 |

**Other Events Observed in Association with the Administration of Trileptal**
In the paragraphs that follow, the adverse events other than those in the preceding tables or text, that occurred in a total of 565 children and 1574 adults exposed to Trileptal and that are reasonably likely to be related to drug use are presented. Events common in the population, events reflecting chronic illness and events likely to reflect concomitant illness are omitted particularly if minor.

They are listed in order of decreasing frequency. Because the reports cite events observed in open label and uncontrolled trials, the role of Trileptal in their causation cannot be reliably determined.

**Body as a Whole:** Fever, malaise, pain chest precordial, rigors, weight decrease.

**Cardiovascular System:** Bradycardia, cardiac failure, cerebral hemorrhage, hypertension, hypotension postural, palpitation, syncope, tachycardia.

**Digestive System:** Appetite increased, blood in stool, cholelithiasis, colitis, duodenal ulcer, dysphagia, enteritis, eructation, esophagitis, flatulence, gastric ulcer, gingival bleeding, gum hyperplasia, hematemesis, hemorrhage rectum, hemorrhoids, hiccup, mouth dry, pain biliary, pain right hypochondrium, retching, sialoadenitis, stomatitis, stomatitis ulcerative.

**Hemic and Lymphatic System:** Leukopenia, thrombocytopenia.

**Laboratory Abnormality:** Gamma-GT increased, hyperglycemia, hypocalcemia, hypoglycemia, hypokalemia, liver enzymes elevated, serum transaminase increased.

**Musculoskeletal System:** Hypertonia muscle.

**Nervous System:** Aggressive reaction, amnesia, anguish, anxiety, apathy, aphasia, aura, convulsions aggravated, delirium, delusion, depressed level of consciousness, dysphonia, dystonia, emotional lability, euphoria, extrapyramidal disorder, feeling drunk, hemiplegia, hyperkinesia, hyperreflexia, hypoesthesia, hypokinesia, hyporeflexia, hypotonia, hysteria, libido decreased, libido increased, manic reaction, migraine, muscle contractions involuntary, nervousness, neuralgia, oculogyric crisis, panic disorder, paralysis, paroniria, personality disorder, psychosis, ptosis, stupor, tetany.

**Respiratory System:** Asthma, dyspnea, epistaxis, laryngismus, pleurisy.

**Skin and Appendages:** Acne, alopecia, angioedema, bruising, dermatitis contact, eczema, facial rash, flushing, folliculitis, heat rash, hot flushes, photosensitivity reaction, pruritus genital, psoriasis, purpura, rash erythematous, rash maculopapular, vitiligo.

**Special Senses:** Accommodation abnormal, cataract, conjunctival hemorrhage, edema eye, hemianopia, mydriasis, otitis externa, photophobia, scotoma, taste perversion, tinnitus, xerophthalmia.

**Surgical and Medical Procedures:** Procedure dental oral, procedure female reproductive, procedure musculoskeletal, procedure skin.

**Urogenital and Reproductive System:** Dysuria, hematuria, intermenstrual bleeding, leukorrhea, menorrhagia, micturition frequency, pain renal, pain urinary tract, polyuria, priapism, renal calculus.

**Other:** Systemic lupus erythematosus.

**Post-Marketing and Other Experience**
The following adverse events not seen in controlled clinical trials have been observed in named patient programs or post-marketing experience:
**Body as a Whole:** Multiorgan hypersensitivity disorders characterized by features such as rash, fever, lymphadenopathy, abnormal liver function tests, eosinophilia and arthralgia.
**Skin and Appendages:** Erythema multiforme, Stevens-Johnson syndrome, toxic epidermal necrolysis.

## DRUG ABUSE AND DEPENDENCE

**Abuse**
The abuse potential of Trileptal® (oxcarbazepine) has not been evaluated in human studies.
**Dependence**
Intragastric injections of oxcarbazepine to four cynomolgus monkeys demonstrated no signs of physical dependence as measured by the desire to self administer oxcarbazepine by lever pressing activity.

## OVERDOSAGE

**Human Overdose Experience**
Isolated cases of overdose with Trileptal® (oxcarbazepine) have been reported. The maximum dose taken was approximately 24,000 mg. All patients recovered with symptomatic treatment.
**Treatment and Management**
There is no specific antidote. Symptomatic and supportive treatment should be administered as appropriate. Removal of the drug by gastric lavage and/or inactivation by administering activated charcoal should be considered.

## DOSAGE AND ADMINISTRATION

Trileptal® (oxcarbazepine) is recommended as adjunctive treatment and monotherapy in the treatment of partial seizures in adults and as adjunctive treatment for partial seizures in children ages 4-16. All dosing should be given in a twice a day (BID) regimen.
Trileptal can be taken with or without food.

**Adults**
*Adjunctive Therapy*
Treatment with Trileptal should be initiated with a dose of 600 mg/day, given in a BID regimen. If clinically indicated, the dose may be increased by a maximum of 600 mg/day at approximately weekly intervals; the recommended daily dose is 1200 mg/day. Daily doses above 1200 mg/day show somewhat greater effectiveness in controlled trials, but most patients were not able to tolerate the 2400 mg/day dose, primarily because of CNS effects. It is recommended that the patient be observed closely and plasma levels of the concomitant AEDs be monitored during the period of Trileptal titration, as these plasma levels may be altered, especially at Trileptal doses greater than 1200 mg/day (see PRECAUTIONS, Drug Interactions subsection).
*Conversion to Monotherapy*
Patients receiving concomitant AEDs may be converted to monotherapy by initiating treatment with Trileptal at 600 mg/day (given in a BID regimen) while simultaneously initiating the reduction of the dose of the concomitant AEDs. The concomitant AEDs should be completely withdrawn over 3-6 weeks, while the maximum dose of Trileptal should be reached in about 2-4 weeks. Trileptal may be increased as clinically indicated by a maximum increment of 600 mg/day at approximately weekly intervals to achieve the recommended daily dose of 2400 mg/day. A daily dose of 1200 mg/day has been shown in one study to be effective in patients in whom monotherapy has been initiated with Trileptal. Patients should be observed closely during this transition phase.
*Initiation of Monotherapy*
Patients not currently being treated with AEDs may have monotherapy initiated with Trileptal. In these patients, Trileptal should be initiated at a dose of 600 mg/day (given in a BID regimen); the dose should be increased by

300 mg/day every third day to a dose of 1200 mg/day. Controlled trials in these patients examined the effectiveness of a 1200 mg/day dose; a dose of 2400 mg/day has been shown to be effective in patients converted from other AEDs to Trileptal monotherapy (see above).

**Pediatric Patients Age 4-16**

*Adjunctive Therapy*

Treatment should be initiated at a daily dose of 8-10 mg/kg generally not to exceed 600 mg/day, given in a BID regimen. The target maintenance dose of Trileptal should be achieved over 2 weeks, and is dependent upon patient weight, according to the following chart:

        20-29 kg - 900 mg/day
        29.1-39 kg - 1200 mg/day
        >39 kg - 1800 mg/day

In the clinical trial, in which the intention was to reach these target doses, the median daily dose was 31 mg/kg with a range of 6-51 mg/kg.

The pharmacokinetics of Trileptal are similar in older children (age >8 yrs) and adults. However, younger children (age <8 yrs) have an increased clearance (by about 30%-40%) compared with older children and adults. In the controlled trial, pediatric patients 8 years old and below received the highest maintenance doses.

Children below 2 years of age have not been studied in controlled clinical trials.

**Patients with Hepatic Impairment**

In general, dose adjustments are not required in patients with mild-to-moderate hepatic impairment (see CLINICAL PHARMACOLOGY, Pharmacokinetics, Special Populations subsection).

**Patients with Renal Impairment**

In patients with impaired renal function (creatine clearance <30 mL/min) Trileptal therapy should be initiated at one-half the usual starting dose (300 mg/day) and increased slowly to achieve the desired clinical response (see CLINICAL PHARMACOLOGY, Pharmacokinetics, Special Populations subsection).

**HOW SUPPLIED**

**150 mg Film-Coated Tablets:** yellow, ovaloid, slightly biconvex, scored on both sides. Imprinted with T/D on one side and C/G on the other side.
Bottle of 100 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .NDC 0078-0336-05
Bottle of 1000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .NDC 0078-0336-09
Unit Dose (blister pack)
    Box of 100 (strips of 10) . . . . . . . . . . . . . . . . . . . . .NDC 0078-0336-06

**300 mg Film-Coated Tablets:** yellow, ovaloid, slightly biconvex, scored on both sides. Imprinted with TE/TE on one side and CG/CG on the other side.
Bottle of 100 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .NDC 0078-0337-05
Bottle of 1000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .NDC 0078-0337-09
Unit Dose (blister pack)
    Box of 100 (strips of 10) . . . . . . . . . . . . . . . . . . . . .NDC 0078-0337-06

**600 mg Film-Coated Tablets:** yellow, ovaloid, slightly biconvex, scored on both sides. Imprinted with TF/TF on one side and CG/CG on the other side.
Bottle of 100 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .NDC 0078-0338-05
Bottle of 1000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .NDC 0078-0338-09
Unit Dose (blister pack)
    Box of 100 (strips of 10) . . . . . . . . . . . . . . . . . . . . .NDC 0078-0338-06

Store at 25°C (77°F); excursions permitted to 15°C-30°C (59°F-86°F) [see USP Controlled Room Temperature]. Dispense in tight container (USP).

REV: JANUARY 2000        Printed in U.S.A.          T2000-01
                                                    89004901

Ⓤ NOVARTIS

Manufactured by:
Novartis Pharma Stein AG
Schaffhauserstrasse 48
CH-4332 Stein
Switzerland for
Novartis Pharmaceuticals Corporation
East Hanover, New Jersey 07936

ᴜ NOVARTIS

Novartis Pharmaceuticals Corporation
State Government Affairs
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8421
Fax  973 781 6671

May 3, 2000

We are pleased to announce the introduction of Exelon® (rivastigmine tartrate).  Exelon is a new cholinesterase inhibitor for the treatment of mild to moderate dementia of the Alzheimer's type.  (See attached package insert).

Please add the following information to your system:

| Exelon® | 1.5mg Capsule Strength | 3.0mg Capsule Strength | 4.5mg Capsule Strength | 6.0mg Capsule Strength |
|---|---|---|---|---|
| NDC Number | 0078-0323-44 | 0078-0324-44 | 0078-0325-44 | 0078-0326-44 |
| Package Size | 60 | 60 | 60 | 60 |
| Wholesale Price | $108.63 | $108.63 | $108.63 | $108.63 |
| Suggested AWP | $130.36 | $130.36 | $130.36 | $130.36 |

*As used in this letter, the term AWP or Average Wholesaler Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers.  Not withstanding the inclusion of the term price, in Average Wholesaler Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Enclosed please find the package insert and FDA approval letter.  Thank you for your cooperation, and if you have any questions or require additional information, please feel free to call Rick Knapp at (973) 781-8421.

Sincerely,


Rick Knapp
Executive Director
State Government Affairs

APR-21-2000  11:34        FDA/DNDP                          301 594 2858   P.02/27

Food and Drug Administration
Rockville MD 20857

APR 2 1 2000

NDA 20-823

Novartis Pharmaceuticals Corporation
Attention: Robert W. Kowalski, Pharm.D.
59 Route 10
East Hanover, NJ 07936-1080

Dear Dr. Kowalski:

Please refer to your new drug application (NDA) dated April 7, 1997, received April 7, 1997, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Exelon (rivastigmine tartrate) capsules 1.5 mg, 3 mg, 4.5 mg, and 6 mg.

We also acknowledge receipt of your submissions dated:

| | | |
|---|---|---|
| October 21, 1999 | March 2, 2000 | April 4, 2000 |
| February 10, 2000 | March 10, 2000 | April 12, 2000 |
| February 22, 2000 | April 3, 2000 | April 20, 2000 |

Your submission of October 21, 1999 constituted a complete response to our May 12, 1999 action letter.

This new drug application provides for the following indication.

"Exelon is indicated for the treatment of mild to moderate dementia of the Ahzheimer's type."

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed upon enclosed labeling text. Accordingly, the application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the enclosed labeling (text for the package insert). Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

NDA 20-823
Page 2


Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed.  Please individually mount ten of the copies on heavy-weight paper or similar material.  For administrative purposes, this submission should be designated "FPL for approved NDA 20-823."  Approval of this submission by FDA is not required before the labeling is used.

## Phase 4

We remind you of your Phase 4 commitment specified in your submission dated April 20, 2000.  This commitment, along with any completion dates agreed upon, are listed below.

> "Novartis agrees, post-approval, to conduct additional analyses of existing data to compare the incidence of nausea, vomiting, and weight loss associated with the dosing regimen recommended in the final labeling to that resulting from a regimen utilizing smaller dosing increments (i.e., about 1 mg/day in divided doses) in the therapeutic range of 6 to 12 mg/day.  We will provide this analysis within 6 months of approval of the application, i.e., on or before October 21, 2000.

> If the existing data are not adequate to support meaningful comparison of the adverse event incidence associated with these differing regimens, we agree to meet and discuss with the Division the design of a clinical study, if needed, to further address this issue."

Protocols, data, and final reports should be submitted to your IND for this product and a copy of the cover letter sent to this NDA.  If an IND is not required to meet your Phase 4 commitment, please submit protocols, data and final reports to this NDA as correspondence.  In addition, under 21 CFR 314.81(b)(2)(vii), we request that you include a status summary of each commitment in your annual report to this NDA.  The status summary should include the number of patients entered in each study, expected completion and submission dates, and any changes in plans since the last annual report.  For administrative purposes, all submissions, including labeling supplements, relating to this Phase 4 commitment must be clearly designated "Phase 4 Commitment."

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 *FR* 66632).  We are waiving the pediatric study requirement for this action on this application.

**NDA 20-823**
**Page 3**

In addition, please submit three copies of the introductory promotional materials that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print.   Please send one copy to the Division of Neuropharmacological Drug Products and two copies of both the promotional materials and the package insert directly to:

  Division of Drug Marketing, Advertising, and Communications, HFD-40
  Food and Drug Administration
  5600 Fishers Lane
  Rockville, Maryland 20857

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, call Robbin Nighswander, R.Ph., Regulatory Management Officer, at (301) 594-2850.

  Sincerely,

  Robert Temple, M.D.
  Director
  Office of Drug Evaluation I
  Center for Drug Evaluation and Research

Enclosure  (Draft Package Insert)

# Exelon®
### (rivastigmine tartrate)
### Capsules

**...ing Information**



...RIPTION: Exelon® (rivastigmine tartrate) is a reversible cholinesterase inhibitor ...as known chemically as (S)-N-Ethyl-N-methyl-3-[1-(dimethylamino)ethyl]-phenyl carbamate hydrogen-(2R,3R)-tartrate. Rivastigmine tartrate is commonly referred to as a pharmacological literature as SDZ ENA 713 or ENA 713. It has an empirical formula of $C_{14}H_{22}N_2O_2 \cdot C_4H_6O_6$ (hydrogen tartrate salt – hta salt) and a molecular weight of 400.43 (hta salt). Rivastigmine tartrate is a white to off-white, fine crystalline powder that is very soluble in water, soluble in ethanol and acetonitrile, slightly soluble in n-octanol and very slightly soluble in ethyl acetate. The distribution coefficient at 37°C in n-octanol/phosphate buffer solution pH 7 is 3.0.

Exelon is supplied as capsules containing rivastigmine tartrate, equivalent to 1.5, 3.0, 4.5 and 6.0 mg of rivastigmine base for oral administration. Inactive ingredients are hydroxypropyl methylcellulose, magnesium stearate, microcrystalline cellulose, and silicone dioxide. Each hard-gelatin capsule contains gelatin, titanium dioxide and red and/or yellow iron oxides.

**CLINICAL PHARMACOLOGY: Mechanism of Action:** Pathological changes in Dementia of the Alzheimer type involve cholinergic neuronal pathways that project from the basal forebrain to the cerebral cortex and hippocampus. These pathways are thought to be intricately involved in memory, attention, learning, and other cognitive processes. While the precise mechanism of rivastigmine's action is unknown, it is postulated to exert its therapeutic effect by enhancing cholinergic function. This is accomplished by increasing the concentration of acetylcholine through reversible inhibition of its hydrolysis by cholinesterase. If this proposed mechanism is correct, Exelon's effect may lessen as the disease process advances and fewer cholinergic neurons remain functionally intact. There is no evidence that rivastigmine alters the course of the underlying dementing process. After a 6-mg dose of rivastigmine, anticholinesterase activity is present in CSF for about 10 hours, with a maximum inhibition of about 60% five hours after dosing.

**Clinical Trial Data:** The effectiveness of Exelon® (rivastigmine tartrate) as a treatment for Alzheimer's Disease is demonstrated by the results of two randomized, double-blind, placebo-controlled clinical investigations in patients with Alzheimer's Disease [diagnosed by NINCDS-ADRDA and DSM-IV criteria, Mini-Mental State Examination (MMSE) ≥10 and ≤26, and the Global Deterioration Scale (GDS)]. The mean age of patients participating in Exelon trials was 73 years with a range of 41-95. Approximately 59% of patients were women and 41% were men. The racial distribution was Caucasian 87%, Black 4% and Other races 9%.

**Study Outcome Measures:** In each study, the effectiveness of Exelon was evaluated using a dual outcome assessment strategy.

... ability of Exelon to improve cognitive performance was assessed with the cognitive subscale of the Alzheimer's Disease Assessment Scale (ADAS-cog), a multi item instrument that has been extensively validated in longitudinal cohorts of Alzheimer's Disease patients. The ADAS-cog examines selected aspects of cognitive performance including elements of memory, orientation, attention, reasoning, language and praxis. The ADAS-cog scoring range is from 0 to 70, with higher scores indicating greater cognitive impairment. Elderly normal adults may score as low as 0 or 1, but it is not unusual for non-demented adults to score slightly higher.

The patients enrolled as participants in each study had mean scores on ADAS-cog of approximately 23 units, with a range from 1 to 61. Experience gained in longitudinal studies of ambulatory patients with mild to moderate Alzheimer's Disease suggest that they gain 6-12 units a year on the ADAS-cog. Lesser degrees of change, however, are seen in patients with very mild or very advanced disease because the ADAS-cog is not uniformly sensitive to change over the course of the disease. The annualized rate of decline in the placebo patients participating in Exelon trials was approximately 3-8 units per year.

The ability of Exelon to produce an overall clinical effect was assessed using a Clinician's Interview Based Impression of Change that required the use of caregiver information, the CIBIC-Plus. The CIBIC-Plus is not a single instrument and is not a standardized instrument like the ADAS-cog. Clinical trials for investigational drugs have used a variety of CIBIC formats, each different in terms of depth and structure. As such, results from a CIBIC-Plus reflect clinical experience from the trial or trials in which it was used and can not be compared directly with the results of CIBIC-Plus evaluations from other clinical trials. The CIBIC-Plus used in the Exelon trials was a structured instrument based on a comprehensive evaluation at baseline and subsequent time-points of three domains: patient cognition, behavior and functioning, including assessment of activities of daily living. It represents the assessment of a skilled clinician using validated scales based on his/her observation at interviews conducted separately with the patient and the caregiver familiar with the behavior of the patient over the interval rated. The CIBIC-Plus is scored as a seven point categorical rating, ranging from a score of 1, indicating "markedly improved," to a score of 4, indicating "no change" to a score of 7, indicating "marked worsening." The CIBIC-Plus has not been systematically compared directly to assessments not using information from caregivers (CIBIC) or other global methods.

**U.S. Twenty-Six-Week Study:** In a study of 26 weeks duration, 699 patients were randomized to either a dose range of 1-4 mg or 6-12 mg of Exelon per day or to placebo, each given in divided doses. The 26-week study was divided into a 12-week forced dose titration phase and a 14-week maintenance phase. The patients in the active treatment arms of the study were maintained at their highest tolerated dose within the respective range.

**Effects on the ADAS-cog:** Figure 1 illustrates the time course for the change from baseline in ADAS-cog scores for all three dose groups over the 26 weeks of the study. At 26 weeks of treatment, the mean differences in the ADAS-cog change scores for the Exelon-treated patients compared to the patients on placebo were 1.9 and 4.9 units for the 1-4 mg and 6-12 mg treatments, respectively. Both treatments were statistically significantly superior to placebo and the 6-12 mg/day range was significantly superior to the 1-4 mg/day range.



**Figure 2: Cumulative Percentage of Patients Completing 26 Weeks of Double-blind Treatment with Specified Changes from Baseline ADAS-cog Scores.**
The Percentages of Randomized Patients who Completed the Study were:
Placebo 84%, 1-4 mg 85%, and 6-12 mg 65%.

Figure 2 illustrates the cumulative percentages of patients from each of the three treatment groups who had attained at least the measure of improvement in ADAS-cog score shown on the X axis. Three change scores, (7-point and 4-point reductions from baseline or no change in score) have been identified for illustrative purposes, and the percent of patients in each group achieving that result is shown in the inset table.

The curves demonstrate that both patients assigned to Exelon and placebo have a wide range of responses, but that the Exelon groups are more likely to show the greater improvements. A curve for an effective treatment would be shifted to the left of the curve for placebo, while an ineffective or deleterious treatment would be superimposed upon, or shifted to the right of the curve for placebo, respectively.

**Figure 2: Cumulative Percentage of Patients Completing 26 Weeks of Double-blind Treatment**

**Effects on the CIBIC-Plus:** Figure 3 is a histogram of the frequency distribution of CIBIC-Plus scores attained by patients assigned to each of the three treatment groups who completed 26 weeks of treatment. The mean Exelon-placebo differences for these groups of patients in the mean rating of change from baseline were 0.32 units and 0.35 units for 1-4 mg and 6-12 mg of Exelon, respectively. The mean ratings for the 6-12 mg/day and 1-4 mg/day groups were statistically significantly superior to placebo. The differences between the 6-12 mg/day and the 1-4 mg/day groups were statistically significant.



**Figure 3: Frequency Distribution of CIBIC-Plus Scores at Week 26**

**Global Twenty-Six-Week Study:** In a second study of 26 weeks duration, 725 patients were randomized to either a dose range of 1-4 mg or 6-12 mg of Exelon per day or to placebo, each given in divided doses. The 26-week study was divided into a 12-week forced dose titration phase and a 14-week maintenance phase. The patients in the active treatment arms of the study were maintained at their highest tolerated dose within the respective range.

**Effects on the ADAS-cog:** Figure 4 illustrates the time course for the change from baseline in ADAS-cog scores for all three dose groups over the 26 weeks of the study. At 26 weeks of treatment, the mean differences in the ADAS-cog change scores for the Exelon-treated patients compared to the patients on placebo were 0.2 and 2.6 units for the 1-4 mg and 6-12 mg treatments, respectively. The 6-12 mg/day group was statistically significantly superior to placebo, as well as to the 1-4 mg/day group. The difference between the 1-4 mg/day group and placebo was not statistically significant.



**Figure 4: Time-course of the Change from Baseline in ADAS-cog Score for Patients Completing 26 Weeks of Treatment**

Figure 5 illustrates the cumulative percentages of patients from each of the three treatment groups who had attained at least the measure of improvement in ADAS-cog score shown on the X axis. Similar to the U.S. 26-week study, the curves demonstrate that both patients assigned to Exelon and placebo have a wide range of responses, but that the 6-12 mg/day Exelon group is more likely to show the greater improvements.

**Figure 5: Cumulative Percentage of Patients Completing 26 Weeks of Double-blind Treatment with Specified Changes from Baseline ADAS-cog Scores.**
The Percentages of Randomized Patients who Completed the Study were:
Placebo 87%, 1-4 mg 86%, and 6-12 mg 67%.



**Effects on the CIBIC-Plus:** Figure 6 is a histogram of the frequency distribution of CIBIC-Plus scores attained by patients assigned to each of the three treatment groups who completed 26 weeks of treatment. The mean Exelon-placebo differences for these groups of patients for the mean rating of change from baseline were 0.14 units and 0.41 units for 1-4 mg and 6-12 mg of Exelon, respectively. The mean ratings

for the 6-12 mg/day group was statistically significantly superior to placebo. The comparison of the mean ratings for the 1-4 mg/day group and placebo group was not statistically significant.



**Figure 6: Frequency Distribution of CIBIC-Plus Scores at Week 26**

**U.S. Fixed Dose Study:** In a study of 26 weeks' duration, 702 patients were randomized to doses of 3, 6, or 9 mg/day of Exelon or to placebo, each given in divided doses. The fixed-dose study design, which included a 12-week forced titration and a 14-week maintenance phase, led to a high dropout rate in the 9 mg/day dose because of poor tolerability. At 26 weeks of treatment, significant differences were observed for the ADAS-cog mean change from baseline for the 9 mg/day and 6 mg/day groups, compared to placebo. No significant differences were observed between any of the Exelon dose groups and placebo for the analysis of the CIBIC-Plus mean rating of change. Although no significant differences were observed between Exelon treatment groups, there was a trend toward numerical superiority with higher doses.

**Age, Gender and Race:** Patient's age, gender, or race did not predict clinical outcome to Exelon treatment.

**Pharmacokinetics:** Rivastigmine is well absorbed with absolute bioavailability of about 40% (3-mg dose). It shows linear pharmacokinetics up to 3 mg BID but is non-linear at higher doses. Doubling the dose from 3 to 6 mg BID results in a 3-fold increase in AUC. The elimination half-life is about 1.5 hours, with most elimination as metabolites via the urine.

**Absorption:** Rivastigmine is rapidly and completely absorbed. Peak plasma concentrations are reached in approximately 1 hour. Absolute bioavailability after a 3-mg dose is about 36%. Administration of Exelon with food delays absorption ($t_{max}$) by 90 min, lowers $C_{max}$ by approximately 30% and increases AUC by approximately 30%.

**Distribution:** Rivastigmine is widely distributed throughout the body with a volume of distribution in the range of 1.8-2.7 L/kg. Rivastigmine penetrates the blood brain barrier, reaching CSF peak concentrations in 1.4-2.6 hours. Mean $AUC_{1-12hr}$ ratio of CSF/plasma averaged 40 ± 0.5% following 1-6 mg BID doses.

**Metabolism:** Rivastigmine is rapidly and extensively metabolized, primarily via cholinesterase-mediated hydrolysis to the decarbamylated metabolite. Based on evidence from in vitro and animal studies the major cytochrome P450 isozymes are minimally involved in rivastigmine metabolism. Consistent with these observations is the finding that no drug interactions related to cytochrome P450 have been observed in humans (see Drug-Drug Interactions).

**Elimination:** The major pathway of elimination is via the kidneys. Following administration of $^{14}C$-rivastigmine to 6 healthy volunteers total recovery of radioactivity over 120 hours was 97% in urine and 0.4% in feces. No parent drug was detected in urine. The sulfate conjugate of the decarbamylated metabolite is the major component excreted in urine and represents 40% of the dose. Mean oral clearance of rivastigmine is 1.8 ± 0.6 L/min after 6 mg BID.

**Special Populations:** Hepatic Disease: Following a single 3-mg dose, mean oral clearance of rivastigmine was 60% lower in hepatically impaired patients (n=10, biopsy proven) than in healthy subjects (n=10). After multiple 6-mg BID oral dosing, the mean clearance of rivastigmine was 65% lower in mild (n=7, Child-Pugh score 5-6) and moderate (n=3, Child-Pugh score 7-9) hepatically impaired patients (biopsy proven, liver cirrhosis) than in healthy subjects (n=10). Dosage adjustment is not necessary in hepatically impaired patients as the dose of drug is individually titrated to tolerability.

**Renal Disease:** Following a single 3-mg dose, mean oral clearance of rivastigmine is 64% lower in moderately impaired renal patients (n=8, GFR=10-50 mL/min) than in healthy subjects (n=10, GFR≥60 mL/min); CLF=1.7 L/min (cr=45%) and 4.8 L/min (cr=80%), respectively. In severely impaired renal patients (n=8, GFR<10 mL/min), mean oral clearance of rivastigmine is 43% higher than in healthy subjects (n=10, GFR≥60 mL/min); CLF=0.9 L/min and 4.8 L/min, respectively. For unexplained reasons, the severely impaired renal patients had a higher clearance of rivastigmine than moderately impaired patients. However, dosage adjustment may not be necessary in renally impaired patients as the dose of the drug is individually titrated to tolerability.

**Age:** Following a single 2.5 mg oral dose to elderly volunteers (>60 years of age, n=24) and younger volunteers (n=24), mean oral clearance of rivastigmine was 30% lower in elderly (7 L/min) than in younger subjects (10 L/min).

**Gender and Race:** No specific pharmacokinetic study was conducted to investigate the effect of gender and race on the disposition of Exelon, but a population pharmacokinetic analysis indicates that gender (n=277 males and 348 females) and race (n=575 White, 34 Black, 4 Asian, and 12 Other) did not affect the clearance of Exelon.

**Nicotine Use:** Population PK analysis showed that nicotine use increases the oral clearance of rivastigmine by 23% (n=75 Smokers and 549 Nonsmokers).

**Drug-Drug Interactions:** Effect of Exelon on the Metabolism of Other Drugs: Rivastigmine is primarily metabolized through hydrolysis by esterases. Minimal metabolism occurs via the major cytochrome P450 isoenzymes. Based on in vitro studies, no pharmacokinetic drug interactions with drugs metabolized by the following isoenzyme systems are expected: CYP1A2, CYP2D6, CYP3A4/5, CYP2E1, CYP2C9, CYP2C8, or CYP2C19.

No pharmacokinetic interaction was observed between rivastigmine and digoxin, warfarin, diazepam, or fluoxetine in studies in healthy volunteers. The elevation of prothrombin time induced by warfarin is not affected by administration of Exelon.

**Effect of Other Drugs on the Metabolism of Exelon:** Drugs that induce or inhibit CYP450 metabolism are not expected to alter the metabolism of rivastigmine. Single dose pharmacokinetic studies demonstrated that the metabolism of rivastigmine is not significantly affected by concurrent administration of digoxin, warfarin, diazepam, or fluoxetine.

Population PK analysis with a database of 625 patients showed that the pharmacokinetics of rivastigmine were not influenced by commonly prescribed medications such as antacids (n=77), antihypertensives (n=72), β-blockers (n=42), calcium channel blockers (n=75), antidiabetics (n=21), nonsteroidal anti-inflammatory drugs (n=79), estrogens (n=70), salicylate analgesics (n=177), antianginals (n=35), and antihistamines (n=15). In addition, in clinical trials, no increased risk of clinically relevant untoward effects was observed in patients treated concomitantly with Exelon and these agents.

**INDICATIONS AND USAGE:** Exelon® (rivastigmine tartrate) is indicated for the treatment of mild to moderate dementia of the Alzheimer's Type.

**CONTRAINDICATIONS:** Exelon® (rivastigmine tartrate) is contraindicated in patients with known hypersensitivity to rivastigmine, other carbamate derivatives or other components of the formulation (see DESCRIPTION).

**WARNINGS:** Gastrointestinal Adverse Reactions: Exelon® (rivastigmine tartrate) use is associated with significant gastrointestinal adverse reactions, including nausea and vomiting, anorexia, and weight loss.

**Nausea and Vomiting:** In the controlled clinical trials, 47% of the patients treated with an Exelon dose in the therapeutic range of 6-12 mg/day (n=1189) developed

Exelon® (rivastigmine tartrate)

nausea (increased with 12% in placebo). A total of 31% of Exelon-treated patients developed at least one episode of vomiting (compared with 6% for placebo). The rate of vomiting was higher during the titration phase (24% vs. 3% for placebo) than the maintenance phase (14% vs. 2% for placebo). The rates were higher than one, five percent of patients discontinued for vomiting, compared than 1% for patients on placebo. Vomiting was severe in 2% of Exelon patients and was rated as mild or moderate each in 14% of patients. The risk of nausea was higher during the titration phase (43% vs. 9% for placebo) than the maintenance phase (11% vs. 4% for placebo).

*Weight Loss:* In the controlled trials, approximately 26% of women on high doses of Exelon (greater than 9 mg/day) had weight loss of equal to or greater than 7% of their baseline weight compared to 6% in the placebo-treated patients. About 18% of the males in the high dose group experienced a similar degree of weight loss compared to 4% in placebo-treated patients. It is not clear how much of the weight loss was associated with anorexia, nausea, vomiting, and the diarrhea associated with the drug.

*Anorexia:* In the controlled clinical trials, of the patients treated with an Exelon dose of 6-12 mg/day, 17% developed anorexia compared to 3% of the placebo patients. Neither the time course or the severity of the anorexia is known.

*Central Nervous/Gastrointestinal Bleeding:* Because of their pharmacological action, cholinesterase inhibitors may be expected to increase gastric acid secretion due to increased cholinergic activity. Therefore, patients should be monitored closely for symptoms of active or occult gastrointestinal bleeding, especially those at increased risk for developing ulcers, e.g., those with a history of ulcer disease or those receiving concurrent nonsteroidal anti-inflammatory drugs (NSAIDS). Clinical studies of Exelon have shown no significant increase, relative to placebo, in the incidence of either peptic ulcer disease or gastrointestinal bleeding.

*Anesthesia:* Exelon as a cholinesterase inhibitor, is likely to exaggerate succinylcholine-type muscle relaxation during anesthesia.

*Cardiovascular Conditions:* Drugs that increase cholinergic activity may have vagotonic effects on heart rate (e.g., bradycardia). The potential for this action may be particularly important to patients with "sick sinus syndrome" or other supraventricular cardiac conduction conditions. In clinical trials, Exelon was not associated with any increased incidence of cardiovascular adverse events, heart rate or blood pressure changes, or ECG abnormalities. Syncopal episodes have been reported in 3% of patients receiving 6-12 mg/day of Exelon, compared to 2% of placebo patients.

*Genitourinary:* Although this was not observed in clinical trials of Exelon, drugs that increase cholinergic activity may cause urinary obstruction.

*Neurological Conditions/Seizures:* Drugs that increase cholinergic activity are believed to have some potential for causing seizures. However, seizure activity also may be a manifestation of Alzheimer's Disease.

*Pulmonary Conditions:* Like other drugs that increase cholinergic activity, Exelon should be used with care in patients with a history of asthma or obstructive pulmonary disease.

PRECAUTIONS: Information for Patients and Caregivers: Caregivers should be advised of the high incidence of nausea and vomiting associated with the use of the drug along with the possibility of anorexia and weight loss. Caregivers should be encouraged to monitor for these adverse events and inform the physician if they occur.

Drug-Drug Interactions: *Effect of Exelon® (rivastigmine tartrate) on the Metabolism of Other Drugs:* Rivastigmine is primarily metabolized through hydrolysis by esterases. Minimal metabolism occurs via the major cytochrome P450 isoenzymes. Based on *in vitro* studies, no pharmacokinetic drug interactions with drugs metabolized by the following isoenzyme systems are expected: CYP1A2, CYP2D6, CYP3A4/5, CYP2E1, CYP2C9, CYP2C19, or CYP2C19.

No pharmacokinetic interaction was observed between rivastigmine and digoxin, warfarin, diazepam, or fluoxetine in studies in healthy volunteers. The elevation of prothrombin time induced by warfarin is not affected by administration of Exelon.

*Effect of Other Drugs on the Metabolism of Exelon:* Drugs that induce or inhibit P450 metabolism are not expected to alter the metabolism of rivastigmine. Single dose pharmacokinetic studies demonstrated that the metabolism of rivastigmine is significantly affected by concurrent administration of digoxin, warfarin, diazepam, or fluoxetine.

Population PK analysis with a database of 625 patients showed that the pharmaco-kinetics of rivastigmine were not influenced by commonly prescribed medications such as antacids (n=77), antihypertensives (n=72), β-blockers (n=42), calcium channel blockers (n=75), antidiabetics (n=21), nonsteroidal anti-inflammatory drugs (n=79), estrogens (n=70), salicylate analgesics (n=177), antianginals (n=35), and antihista-mines (n=15).

*Use with Anticholinergics:* Because of their mechanism of action, cholinesterase inhibitors have the potential to interfere with the activity of anticholinergic medications.

*Use with Cholinomimetics and Other Cholinesterase Inhibitors:* A synergistic effect may be expected when cholinesterase inhibitors are given concurrently with succinylcholine, similar neuromuscular blocking agents or cholinergic agonists such as bethanechol.

Carcinogenesis, Mutagenesis, Impairment of Fertility: In carcinogenicity studies conducted at dose levels up to 1.1 mg-base/kg/day in rats and 1.6 mg-base/kg/day in mice, rivastigmine was not carcinogenic. These dose levels are approximately 0.9 times and 0.7 times the maximum recommended human daily dose of 12 mg per day on a mg/m2 basis.

Rivastigmine was clastogenic in two *in vitro* assays in the presence, but not the absence, of metabolic activation. It caused structural chromosomal aberrations in V79 Chinese hamster lung cells and structural and numerical (polyploidy) chromosomal aberrations in human peripheral blood lymphocytes. Rivastigmine was not genotoxic in three *in vitro* assays: the Ames test, the unscheduled DNA synthesis (UDS) test in rat hepatocytes (a test for induction of DNA repair synthesis), and the HGPRT test in V79 Chinese hamster cells. Rivastigmine was not clastogenic in the *in vivo* mouse micronucleus test.

Rivastigmine had no effect on fertility or reproductive performance in the rat at dose levels up to 1.1 mg-base/kg/day. This dose is approximately 0.9 times the maximum recommended human daily dose of 12 mg/day on a mg/m2 basis.

Pregnancy: *Pregnancy Category B:* Reproduction studies conducted in pregnant rats at doses up to 2.3 mg-base/kg/day (approximately 2 times the maximum recommended human dose on a mg/m2 basis) and in pregnant rabbits at doses up to 2.3 mg-base/kg/day (approximately 4 times the maximum recommended human dose on a mg/m2 basis) revealed no evidence of teratogenicity. Studies in rats showed slightly decreased fetal/pup weights, usually at doses causing some maternal toxicity; decreased weights were seen at doses which were several fold lower than the maximum recommended human dose on a mg/m2 basis. There are no adequate or well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, Exelon should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Nursing Mothers: It is not known whether rivastigmine is excreted in human breast milk. Exelon has no indication for use in nursing mothers.

Pediatric Use: There are no adequate and well-controlled trials documenting the safety and efficacy of Exelon in any illness occurring in children.

ADVERSE REACTIONS: Adverse Events Leading to Discontinuation: The rate of discontinuation due to adverse events in controlled clinical trials of Exelon® (rivastigmine tartrate) was 15% for patients receiving 6-12 mg/day compared to 5% for patients on placebo during forced weekly dose titration. While on a maintenance dose, the rates were 6% for patients on Exelon compared to 4% for those on placebo.

The most common adverse events leading to discontinuation, defined as those occurring in at least 2% of patients and at twice the incidence seen in placebo patients, are shown in Table 1.

**Table 1. Most Frequent Adverse Events Leading to Withdrawal from Clinical Trials during Titration and Maintenance in Patients Receiving 6-12 mg/day Exelon® Using a Forced Dose Titration**

| Study Phase | Titration | | Maintenance | | Overall | |
|---|---|---|---|---|---|---|
| | Placebo (n=868) | Exelon ≥6-12 mg/day (n=1189) | Placebo (n=788) | Exelon ≥6-12 mg/day (n=987) | Placebo (n=868) | Exelon ≥6-12 mg/day (n=1189) |
| Event/ % Discontinuing | | | | | | |
| Nausea | <1 | 6 | <1 | 1 | 1 | 8 |
| Vomiting | <1 | 4 | <1 | 1 | <1 | 5 |
| Anorexia | 0 | 2 | <1 | 1 | <1 | 3 |
| Dizziness | <1 | 2 | <1 | 1 | <1 | 2 |

Most Frequent Adverse Clinical Events Seen in Association with the Use of Exelon: The most common adverse event, defined as those occurring at a frequency of at least 5% and twice the placebo rate, are largely predicted by Exelon's cholinergic effects. These include nausea, vomiting, anorexia, dyspepsia, and asthenia.

Gastrointestinal Adverse Reactions: Exelon use is associated with significant nausea, vomiting, and weight loss (See WARNINGS).

Adverse Events Reported in Controlled Trials: Table 2 lists treatment emergent signs and symptoms that were reported in at least 2% of patients in placebo-controlled trials and for which the rate of occurrence was greater for patients treated with Exelon doses of 6-12 mg/day than for those treated with placebo. The prescriber should be aware that these figures cannot be used to predict the frequency of adverse events in the course of usual medical practice when patient characteristics and other factors may differ from those prevailing during clinical studies. Similarly, the cited frequencies cannot be directly compared with figures obtained from other clinical investigations involving different treatments, uses, or investigators. An inspection of these frequencies, however, does provide the prescriber with one basis by which to estimate the relative contribution of drug and non-drug factors to the adverse event incidences in the population studied.

In general, adverse reactions were less frequent later in the course of treatment.

No systematic effect of race or age could be determined on the incidence of adverse events in the controlled studies. Nausea, vomiting and weight loss were more frequent in women than men.

**Table 2. Adverse Events Reported in Controlled Clinical Trials in at Least 2% of Patients Receiving Exelon® (6-12 mg/day) and at a Higher Frequency than Placebo-treated Patients**

| Body System/Adverse Event | Placebo (n=868) | Exelon (6-12 mg/day) (n=1189) |
|---|---|---|
| Percent of Patients with any Adverse Event | 79 | 92 |
| Autonomic Nervous System | | |
| Sweating Increased | 1 | 4 |
| Syncope | 2 | 3 |
| Body as a Whole | | |
| Accidental Trauma | 9 | 10 |
| Fatigue | 5 | 9 |
| Asthenia | 2 | 6 |
| Malaise | 2 | 5 |
| Influenza-like Symptoms | 2 | 3 |
| Weight Decrease | <1 | 3 |
| Cardiovascular Disorders, General | | |
| Hypertension | 2 | 3 |
| Central and Peripheral Nervous System | | |
| Dizziness | 11 | 21 |
| Headache | 12 | 17 |
| Somnolence | 3 | 5 |
| Tremor | 1 | 4 |
| Gastrointestinal System | | |
| Nausea | 12 | 47 |
| Vomiting | 6 | 31 |
| Diarrhea | 11 | 19 |
| Anorexia | 3 | 17 |
| Abdominal Pain | 6 | 13 |
| Dyspepsia | 4 | 9 |
| Constipation | 4 | 5 |
| Flatulence | 2 | 4 |
| Eructation | 1 | 2 |
| Psychiatric Disorders | | |
| Insomnia | 7 | 9 |
| Confusion | 7 | 8 |
| Depression | 4 | 6 |
| Anxiety | 3 | 5 |
| Hallucination | 3 | 4 |
| Aggressive Reaction | 2 | 3 |
| Resistance Mechanism Disorders | | |
| Urinary Tract Infection | 6 | 7 |
| Respiratory System | | |
| Rhinitis | 3 | 4 |

Other adverse events observed at a rate of 2% or more on Exelon 6-12 mg/day but at a greater or equal rate on placebo were chest pain, peripheral edema, vertigo, back pain, arthralgia, pain, bone fracture, agitation, nervousness, delusion, paranoid reaction, upper respiratory tract infections, infection (general), coughing, pharyngitis, bronchitis, rash (general), urinary incontinence.

Other Adverse Events Observed During Clinical Trials: Exelon has been administered to over 5297 individuals during clinical trials worldwide. Of these, 4326 patients have been treated for at least 3 months, 3407 patients have been treated for at least 6 months, 2150 patients have been treated for 1 year, 1250 have been treated for 2 years, and 168 have been treated for over 3 years. With regard to exposure to the highest dose, 2809 patients were exposed to doses of 10-12 mg, 2615 patients treated for 3 months, 2328 patients treated for 6 months, 1378 patients treated for 1 year, 917 patients treated for 2 years, and 129 treated for over 3 years.

Treatment emergent signs and symptoms that occurred during 8 controlled clinical trials and 9 open-label trials in North America, Western Europe, Australia, South Africa, and Japan were recorded as adverse events by the clinical investigators using terminology of their own choosing. To provide an overall estimate of the proportion of individuals having similar types of events, the events were grouped into a smaller number of standardized categories using a modified WHO dictionary, and event frequencies were calculated across all studies. These categories are used in the listing below. The frequencies represent the proportion of 5297 patients from these trials who experienced that event while receiving Exelon. All adverse events occurring in at least 6 patients (approximately 0.1%) are included, except for those already listed elsewhere in labeling, WHO terms too general to be informative, relatively minor events, or events unlikely to be drug caused. Events are classified by body system and listed using the following definitions: frequent adverse events – those occurring in at least 1/100 patients; infrequent adverse events – those occurring in 1/100 to 1/1000 patients. These adverse events are not necessarily related to Exelon treatment and in most cases were observed at a similar frequency in placebo-treated patients in the controlled studies.

Autonomic Nervous System: *Infrequent:* Cold clammy skin, dry mouth, flushing, increased saliva.

Body as a Whole: *Frequent:* Accidental trauma, fever, edema, allergy, hot flushes, rigors. *Infrequent:* Edema periorbital or facial, hypothermia, edema, feeling cold, halitosis.

Cardiovascular System: *Frequent:* Hypotension, postural hypotension, cardiac failure.

Central and Peripheral Nervous System: *Frequent:* Abnormal gait, ataxia, paresthesia, convulsions. *Infrequent:* Paresis, apraxia, aphasia, dysphonia, hyperkinesia,

hyporeflexia, hypertonia, hypoesthesia, hypokinesia, migraine, neuralgia, nystagmus, peripheral neuropathy.

Endocrine System: *Infrequent:* Goitre, hypothyroidism.

Gastrointestinal System: *Frequent:* Fecal incontinence, gastritis. *Infrequent:* Dysphagia, esophagitis, gastric ulcer, gastritis, gastroesophageal reflux, GI hemorrhage, hernia, intestinal obstruction, melena, rectal hemorrhage, gastroenteritis, ulcerative stomatitis, duodenal ulcer, hematemesis, gingivitis, tenesmus, pancreatitis, colitis, glossitis.

Hearing and Vestibular Disorders: *Frequent:* Tinnitus.

Heart Rate and Rhythm Disorders: *Frequent:* Atrial fibrillation, bradycardia, palpitation. *Infrequent:* AV block, bundle branch block, sick sinus syndrome, cardiac arrest, supraventricular tachycardia, extrasystoles, tachycardia.

Liver and Biliary System Disorders: *Infrequent:* Abnormal hepatic function, cholecystitis.

Metabolic and Nutritional Disorders: *Frequent:* Dehydration, hypokalemia. *Infrequent:* Diabetes mellitus, gout, hypercholesterolemia, hyperlipemia, hypoglycemia, cachexia, thirst, hyperglycemia, hyponatremia.

Musculoskeletal Disorders: *Frequent:* Arthritis, leg cramps, myalgia. *Infrequent:* Cramps, hernia, muscle weakness.

Myo-, Endo-, Pericardial and Valve Disorders: *Frequent:* Angina pectoris, myocardial infarction.

Platelet, Bleeding, and Clotting Disorders: *Frequent:* Epistaxis. *Infrequent:* Hematoma, thrombocytopenia, purpura.

Psychiatric Disorders: *Frequent:* Paranoid reaction, confusion. *Infrequent:* Abnormal dreaming, amnesia, apathy, delirium, dementia, depersonalization, emotional lability, impaired concentration, decreased libido, personality disorder, suicide attempt, increased libido, neurosis, suicidal ideation, psychosis.

Red Blood Cell Disorders: *Frequent:* Anemia. *Infrequent:* Hypochromic anemia.

Reproductive Disorders (Female & Male): *Infrequent:* Breast pain, impotence, atrophic vaginitis.

Resistance Mechanism Disorders: *Infrequent:* Cellulitis, cystitis, herpes simplex, otitis media.

Respiratory System: *Infrequent:* Bronchospasm, laryngitis, apnea.

Skin and Appendages: *Frequent:* Rashes of various kinds (maculopapular, eczema, bullous, exfoliative, psoriaform, erythematous). *Infrequent:* Alopecia, skin ulceration, urticaria, dermatitis contact.

Special Senses: *Infrequent:* Perversion of taste, loss of taste.

Urinary System Disorders: *Frequent:* Hematuria. *Infrequent:* Albuminuria, oliguria, acute renal failure, dysuria, micturition urgency, nocturia, polyuria, renal calculus, urinary retention.

Vascular (extracardiac) Disorders: *Infrequent:* Hemorrhoids, peripheral ischemia, pulmonary embolism, thrombosis, thrombophlebitis deep, aneurysm, hemorrhage intracranial.

Vision Disorders: *Infrequent:* Conjunctival hemorrhage, blepharitis, diplopia, eye pain, glaucoma.

White Cell and Resistance Disorders: *Infrequent:* Lymphadenopathy, leukocytosis.

OVERDOSAGE: Because strategies for the management of overdose are continually evolving, it is advisable to contact a Poison Control Center to determine the latest recommendations for the management of an overdose of any drug.

As Exelon® (rivastigmine tartrate) has a short plasma half-life of about one hour and a moderate duration of acetylcholinesterase inhibition of 8-10 hours, it is recommended that in cases of asymptomatic overdoses, no further dose of Exelon should be administered for the next 24 hours.

As in any case of overdose, general supportive measures should be utilized. Overdosage with cholinesterase inhibitors can result in cholinergic crisis characterized by severe nausea, vomiting, salivation, sweating, bradycardia, hypotension, respiratory depression, collapse and convulsions. Increasing muscle weakness is a possibility and may result in death if respiratory muscles are involved. Atypical responses in blood pressure and heart rate have been reported with other drugs that increase cholinergic activity when co-administered with quaternary anticholinergics such as glycopyrrolate. Due to the short half-life of Exelon, dialysis (hemodialysis, peritoneal dialysis, or hemofiltration) would not be clinically indicated in the event of an overdose.

In overdoses accompanied by severe nausea and vomiting, the use of antiemetics should be considered. In a documented case of a 46 mg overdose with Exelon, the patient experienced vomiting, incontinence, hypertension, psychomotor retardation, and loss of consciousness. The patient fully recovered within 24 hours and conservative management was all that was required for treatment.

DOSAGE AND ADMINISTRATION: The dosage of Exelon® (rivastigmine tartrate) shown to be effective in controlled clinical trials is 6-12 mg/day, given as twice a day dosing (daily doses of 3 to 6 mg BID). There is evidence from the clinical trials that doses at the higher end of this range may be more beneficial.

The recommended starting dose of Exelon is 1.5 mg twice a day. If this dose is well tolerated, after a minimum of two weeks of treatment, the dose may be increased to 3 mg twice a day. Subsequent increases to 4.5 mg BID and 6 mg BID should be attempted after a minimum of 2 weeks at the previous dose. If adverse effects (e.g., nausea, vomiting, abdominal pain, loss of appetite) cause intolerance during treatment, the patient should be instructed to discontinue treatment for several doses and then restart at the same or next lower dose level. The maximum dose is 6 mg BID (12 mg/day).

Exelon should be taken with food in divided doses in the morning and evening.

HOW SUPPLIED: Exelon® (rivastigmine tartrate) capsules equivalent to 1.5 mg, 3.0 mg, 4.5 mg, or 6.0 mg of rivastigmine base are available as follows:

1.5 mg Capsule – yellow, "Exelon 1.5 mg" is printed in red on the body of the capsule.
Bottles of 60 ............................................................ NDC 0078-0323-44
Bottles of 500 .......................................................... NDC 0078-0323-08
Unit Dose (blister pack)
   Box of 100 (strips of 10) ........................................ NDC 0078-0323-06

3.0 mg Capsule – orange, "Exelon 3 mg" is printed in red on the body of the capsule.
Bottles of 60 ............................................................ NDC 0078-0324-44
Bottles of 500 .......................................................... NDC 0078-0324-08
Unit Dose (blister pack)
   Box of 100 (strips of 10) ........................................ NDC 0078-0324-06

4.5 mg Capsule – red, "Exelon 4.5 mg" is printed in white on the body of the capsule.
Bottles of 60 ............................................................ NDC 0078-0325-44
Bottles of 500 .......................................................... NDC 0078-0325-08
Unit Dose (blister pack)
   Box of 100 (strips of 10) ........................................ NDC 0078-0325-06

6.0 mg Capsule – orange and red, "Exelon 6 mg" is printed in red on the body of the capsule.
Bottles of 60 ............................................................ NDC 0078-0326-44
Bottles of 500 .......................................................... NDC 0078-0326-08
Unit Dose (blister pack)
   Box of 100 (strips of 10) ........................................ NDC 0078-0326-06
Store below 77°F (25°C) in a tight container.

APRIL 2000          Printed in U.S.A.          T2000-11
                                              89007401

Manufactured by
Novartis Pharma AG
Basle, Switzerland

Manufactured for
Novartis Pharmaceuticals Corporation.
East Hanover, New Jersey 07936

Novartis Pharmaceuticals Corporation
State Government Affairs
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8421
Fax  973 781 6671

# NOVARTIS

January 04, 2001

We are pleased to announce the introduction of Exelon® (rivastigmine tartrate) Oral Solution. Exelon is a cholinesterase inhibitor for the treatment of mild to moderate dementia of the Alzheimer's type.  It was launched in a capsule formulation in May 2000, and is now available in an additional oral solution formulation.

Please add the following information to your system:

| | Exelon® Oral Solution 2 mg/mL |
|---|---|
| NDC Number | 0078-0339-31 |
| Package Size | 120 mL bottle |
| Wholesale Price | $200.00/bottle |
| AWP | $240.00/bottle |
| Carton Weight | .60 lbs |
| Carton Size (in) | 3.125 (l) x 6.750 (w) x 6.250 (h) |
| Minimum Order Requirement | 1 bottle |
| Case Pack Weight | 7.85 lbs |
| Case Dimensions (in) | 12.625 (l) x 6.750 (w) x 6.250 (h) |
| Case Quantity | 12 bottles |

*As used in this letter, the term AWP or Average Wholesaler Price constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers.  Not withstanding the inclusion of the term price, in Average Wholesaler Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

-2-

Enclosed please find the package insert and FDA approval letter.    Thank you for your cooperation, and if you have any questions or require additional information, please feel free to call Rick Knapp at (973) 781-8421.

Sincerely,

*Rick Knapp*

Rick Knapp
Executive Director
State Government Affairs

NDA 21-025

APR 2 1 2000

Novartis Pharmaceuticals Corporation
Attention: Robert W. Kowalski, Pharm.D.
59 Route 10
East Hanover, NJ 07936-1080

Dear Dr. Kowalski:

Please refer to your new drug application (NDA) dated August 11, 1998, received August 12, 1998, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Exelon (rivastigmine tartrate) solution 2.0 mg/mL.

We also acknowledge receipt of your submissions dated:

October 22, 1999                March 17, 2000                April 21, 2000

Your submission of October 22, 1999 constituted a complete response to our September 8, 1999 action letter.

This new drug application provides for the following indication.

"Exelon is indicated for the treatment of mild to moderate dementia of the Ahzheimer's type."

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed upon enclosed labeling text. Accordingly, the application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the enclosed labeling (text for the package insert, text for the patient package insert). Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit 20 copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FPL for approved NDA 21-025." Approval of this submission by FDA is not required before the labeling is used.

# Exelon®
(rivastigmine tartrate)
Oral Solution

Rx only

...ng Information

...IION

...(rivastigmine tartrate) is a reversible cholinesterase inhibitor and is known chemically as (S)-N-Ethyl-N-methyl-...(dimethylamino)ethyl]-phenyl carbamate hydrogen-(2R,3R)-tartrate. Rivastigmine tartrate is commonly referred ... pharmacological literature as SDZ ENA 713 or ENA 713. It has an empirical formula of $C_{14}H_{22}N_2O_2 \cdot C_4H_6O_6$ ...en tartrate salt – hta salt) and a molecular weight of 400.43 (hta salt). Rivastigmine tartrate is a white to ...e, fine crystalline powder that is very soluble in water, soluble in ethanol and acetonitrile, slightly soluble in n-octanol and very slightly soluble in ethyl acetate. The distribution coefficient at 37°C in n-octanol/phosphate buffer solution pH 7 is 3.0.



Exelon Oral Solution is supplied as a solution containing rivastigmine tartrate, equivalent to 2 mg/mL of rivastigmine base for oral administration. Inactive ingredients are citric acid, D&C yellow #10, purified water, sodium benzoate and sodium citrate.

## CLINICAL PHARMACOLOGY
### Mechanism of Action
Pathological changes in Dementia of the Alzheimer type involve cholinergic neuronal pathways that project from the basal forebrain to the cerebral cortex and hippocampus. These pathways are thought to be intricately involved in memory, attention, learning, and other cognitive processes. While the precise mechanism of rivastigmine's action is unknown, it is postulated to exert its therapeutic effect by enhancing cholinergic function. This is accomplished by increasing the concentration of acetylcholine through reversible inhibition of its hydrolysis by cholinesterase. If this proposed mechanism is correct, Exelon's effect may lessen as the disease process advances and fewer cholinergic neurons remain functionally intact. There is no evidence that rivastigmine alters the course of the underlying dementing process. After a 6-mg dose of rivastigmine, anticholinesterase activity is present in CSF for about 10 hours, with a maximum inhibition of about 60% five hours after dosing.

### Clinical Trial Data
The effectiveness of Exelon® (rivastigmine tartrate) as a treatment for Alzheimer's Disease is demonstrated by the results of two randomized, double-blind, placebo-controlled clinical investigations in patients with Alzheimer's Disease [diagnosed by NINCDS-ADRDA and DSM-IV criteria, Mini-Mental State Examination (MMSE) ≥10 and ≤ 26, and the Global Deterioration Scale (GDS)]. The mean age of patients participating in Exelon trials was 73 years with a range of 41-95. Approximately 59% of patients were women and 41% were men. The racial distribution was Caucasian 87%, Black 4% and Other races 9%.

**Study Outcome Measures:** In each study, the effectiveness of Exelon was evaluated using a dual outcome assessment strategy.

The ability of Exelon to improve cognitive performance was assessed with the cognitive subscale of the Alzheimer's Disease Assessment Scale (ADAS-cog), a multi-item instrument that has been extensively validated in longitudinal cohorts of Alzheimer's Disease patients. The ADAS-cog examines selected aspects of cognitive performance including elements ...nory, orientation, attention, reasoning, language and praxis. The ADAS-cog scoring range is from 0 to 70, with ...cores indicating greater cognitive impairment. Elderly normal adults may score as low as 0 or 1, but it is not ...or non-demented adults to score slightly higher.

...n patients recruited as participants in each study had mean scores on ADAS-cog of approximately 23 units, with a ...ange from 1 to 61. Experience gained in longitudinal studies of ambulatory patients with mild to moderate Alzheimer's ...se suggests that they gain 6-12 units a year on the ADAS-cog. Lesser degrees of change, however, are seen in ...s with very mild or very advanced disease because the ADAS-cog is not uniformly sensitive to change over the ...e of the disease. The annualized rate of decline in the placebo patients participating in Exelon trials was approx- ...ely 5-6 units per year.

The ability of Exelon to produce an overall clinical effect was assessed using a Clinician's Interview Based Impression of Change that required the use of caregiver information, the CIBIC-Plus. The CIBIC-Plus is not a single instrument and is not a standardized instrument like the ADAS-cog. Clinical trials for investigational drugs have used a variety of CIBIC formats, each different in terms of depth and structure. As such, results from a CIBIC-Plus reflect clinical experience from the trial or trials in which it was used and cannot be compared directly with the results of CIBIC-Plus evaluations from other clinical trials. The CIBIC-Plus used in the Exelon trials was a structured instrument based on a comprehensive evaluation at baseline and subsequent time-points of three domains: patient cognition, behavior and functioning, including assessment of activities of daily living. It represents the assessment of a skilled clinician using validated scales based on his/her observation at interviews conducted separately with the patient and the caregiver familiar with the behavior of the patient over the interval rated. The CIBIC-Plus is scored as a seven point categorical rating, ranging from a score of 1, indicating "markedly improved," to a score of 4, indicating "no change" to a score of 7, indicating "marked worsening." The CIBIC-Plus has not been systematically compared directly to assessments not using information from caregivers (CIBIC) or other global methods.

### U.S. Twenty-Six-Week Study
In a study of 26 weeks duration, 699 patients were randomized to either a dose range of 1-4 mg or 6-12 mg of Exelon per day or to placebo, each given in divided doses. The 26-week study was divided into a 12-week forced dose titration phase and a 14-week maintenance phase. The patients in the active treatment arms of the study were maintained at their highest tolerated dose within the respective range.

**Effects on the ADAS-cog:** Figure 1 illustrates the time course for the change from baseline in ADAS-cog scores for all three dose groups over the 26 weeks of the study. At 26 weeks of treatment, the mean differences in the ADAS-cog change scores for the Exelon-treated patients compared to the patients on placebo were 1.9 and 4.9 units for the 1-4 mg and the 6-12 mg range treatments, respectively. Both treatments were statistically significantly superior to placebo and the 6-12 mg/day range was significantly superior to the 1-4 mg/day range.

**Figure 1: Time-course of the Change from Baseline in ADAS-cog Score for Patients Completing 26 Weeks of Treatment**



...2 illustrates the cumulative percentages of patients from each of the three treatment groups who had attained at ...e measure of improvement in ADAS-cog score shown on the X axis. Three change scores, (7-point and 4-point ...tions from baseline or no change in score) have been identified for illustrative purposes, and the percent of patients in each group achieving that result is shown in the inset table.

---

The curves demonstrate that both patients assigned to Exelon and placebo have a wide range of responses, but that the ...roups on drug are more likely to show the greater improvements. A curve for an active treatment would be shifted to the left of the curve for placebo, while an ineffective or deleterious treatment would be superimposed upon, or shifted to the right of the curve for placebo, respectively.

**Figure 2: Cumulative Percentage of Patients Completing 26 Weeks of Double-blind Treatment with Specified Changes from Baseline ADAS-cog Scores. The Percentages of Randomized Patients who Completed the Study were: Placebo 84%, 1-4 mg 85%, and 6-12 mg 65%.**



| Treatment Group | Change in ADAS-cog | | |
| --- | --- | --- | --- |
| | -7 | -4 | 0 |
| Placebo | 1.6 | 6.8 | 26.5 |
| 1-4 mg/day | 2.0 | 11.8 | 34.5 |
| 6-12 mg/day | 11.7 | 24.8 | 55.8 |

**Effects on the CIBIC-Plus:** Figure 3 is a histogram of the frequency distribution of CIBIC-Plus scores attained by patients assigned to each of the three treatment groups who completed 26 weeks of treatment. The mean Exelon-placebo differences for these groups of patients in the mean rating of change from baseline were 0.32 units and 0.35 units for 1-4 mg and 6-12 mg of Exelon, respectively. The mean ratings for the 6-12 mg/day and 1-4 mg/day groups were statistically significantly superior to placebo. The differences between the 6-12 mg/day and the 1-4 mg/day groups were statistically significant.

**Figure 3: Frequency Distribution of CIBIC-Plus Scores at Week 26**



### Global Twenty-Six-Week Study
In a second study of 26 weeks duration, 725 patients were randomized to either a dose range of 1-4 mg or 6-12 mg of Exelon per day or to placebo, each given in divided doses. The 26-week study was divided into a 12-week forced dose titration phase and a 14-week maintenance phase. The patients in the active treatment arms of the study were maintained at their highest tolerated dose within the respective range.

**Effects on the ADAS-cog:** Figure 4 illustrates the time course for the change from baseline in ADAS-cog scores for all three dose groups over the 26 weeks of the study. At 26 weeks of treatment, the mean differences in the ADAS-cog change scores for the Exelon-treated patients compared to the patients on placebo were 0.2 and 2.6 units for the 1-4 mg and 6-12 mg treatments, respectively. The 6-12 mg/day group was statistically significantly superior to placebo, as well as to the 1-4 mg/day group. The difference between the 1-4 mg/day group and placebo was not statistically significant.

**Figure 4: Time-course of the Change from Baseline in ADAS-cog Score for Patients Completing 26 Weeks of Treatment**



Figure 5 illustrates the cumulative percentages of patients from each of the three treatment groups who had attained at least the measure of improvement in ADAS-cog score shown on the X axis. Similar to the U.S. 26-week study, the curves demonstrate that patients assigned to Exelon and placebo have a wide range of responses, but that the 6-12 mg/day Exelon group is more likely to show the greater improvements.

**Figure 5: Cumulative Percentages of Patients Completing 26 Weeks of Double-blind Treatment with Specified Changes from Baseline ADAS-cog Scores. The Percentages of Randomized Patients who Completed the Study were: Placebo 87%, 1-4 mg 86%, and 6-12 mg 67%.**

| Treatment Group | Change in ADAS-cog | | |
| --- | --- | --- | --- |
| | -7 | -4 | 0 |
| Placebo | 6.0 | 16.5 | 45.3 |
| 1-4 mg/day | 6.9 | 15.8 | 46.2 |
| 6-12 mg/day | 17.8 | 28.6 | 54.7 |

**Effects on the CIBIC-Plus:** Figure 6 is a histogram of the frequency distribution of CIBIC-Plus scores attained by patients assigned to each of the three treatment groups who completed 26 weeks of treatment. The mean Exelon-placebo differences for these groups of patients for the mean rating of change from baseline were 0.14 units and 0.41 units for 1-4 mg and 6-12 mg of Exelon, respectively. The mean ratings for the 6-12 mg/day group was statistically significantly superior to placebo. The comparison of the mean ratings for the 1-4 mg/day group and placebo was not statistically significant.



Figure 6: Frequency Distribution of CIBIC-Plus Scores at Week 26



**U.S. Fixed Dose Study**

In a study of 26 weeks' duration, 702 patients were randomized to doses of 3, 6, or 9 mg/day of Exelon or to placebo, each given in divided doses. The fixed-dose study design, which included a 12-week forced titration phase and a 14-week maintenance phase, led to a high dropout rate in the 9 mg/day group because of poor tolerability. At 26 weeks of treatment, significant differences were observed for the ADAS-cog mean change from baseline for the 9 mg/day and 6 mg/day groups, compared to placebo. No significant differences were observed between any of the Exelon dose groups and placebo for the analysis of the CIBIC-Plus mean rating of change. Although no significant differences were observed between Exelon dose groups, there was a trend toward numerical superiority with higher doses.

**Age, Gender and Race:** Patient's age, gender, or race did not predict clinical outcome to Exelon treatment.

**Pharmacokinetics**

Rivastigmine is well absorbed with absolute bioavailability of about 40% (3-mg dose). It shows linear pharmacokinetics up to 3 mg BID but is non-linear at higher doses. Doubling the dose from 3 to 6 mg BID results in a 3-fold increase in AUC. The elimination half-life is about 1.5 hours, with most elimination as metabolites via the urine.

**Absorption:** Rivastigmine is rapidly and completely absorbed. Peak plasma concentrations are reached in approximately 1 hour. Absolute bioavailability after a 3-mg dose is about 36%. Administration of Exelon with food delays absorption (tmax) by 90 min, lowers Cmax by approximately 30% and increases AUC by approximately 30%.

**Distribution:** Rivastigmine is widely distributed throughout the body with a volume of distribution in the range of 1.8-2.7 L/kg. Rivastigmine penetrates the blood brain barrier, reaching CSF peak concentrations in 1.4-2.6 hours. Mean AUC0-12hr ratio of CSF/plasma averaged 40 ± 0.5% following 1-6 mg BID doses.

Rivastigmine is about 40% bound to plasma proteins at concentrations of 1-400 ng/mL, which cover the therapeutic concentration range. Rivastigmine distributes equally between blood and plasma with a blood-to-plasma partition ratio of 0.9 at concentrations ranging from 1-400 ng/mL.

**Metabolism:** Rivastigmine is rapidly and extensively metabolized, primarily via cholinesterase-mediated hydrolysis to the decarbamylated metabolite. Based on evidence from in vitro and animal studies the major cytochrome P450 isoenzymes are minimally involved in rivastigmine metabolism. Consistent with these observations is the finding that no drug interactions related to cytochrome P450 have been observed in humans (see Drug-Drug Interactions).

**Elimination:** The major pathway of elimination is via the kidneys. Following administration of 14C-rivastigmine to 6 healthy volunteers total recovery of radioactivity over 120 hours was 97% in urine and 0.4% in feces. No parent drug was detected in urine. The sulfate conjugate of the decarbamylated metabolite is the major component excreted in urine and represents 40% of the dose. Mean oral clearance of rivastigmine is 1.8 ± 0.6 L/min after 6 mg BID.

**Special Populations**

**Hepatic Disease:** Following a single 3-mg dose, mean oral clearance of rivastigmine was 60% lower in hepatically impaired patients (n=10, biopsy proven) than in healthy subjects (n=10). After multiple 6 mg BID oral dosing, the mean clearance of rivastigmine was 65% lower in mild (n=7, Child-Pugh score 5-6) and moderate (n=3, Child-Pugh score 7-9) hepatically impaired patients (biopsy proven, liver cirrhosis) than in healthy subjects (n=10). Dosage adjustment is not necessary in hepatically impaired patients as the dose of drug is individually titrated to tolerability.

**Renal Disease:** Following a single 3-mg dose, mean oral clearance of rivastigmine was 64% lower in moderately impaired renal patients (n=8, GFR=10-50 mL/min) than in healthy subjects (n=10, GFR≥60 mL/min). Clt=1.7 L/min (CrCl=45%) vs. ... L/min (CrCl=85%), respectively. In severely impaired renal patients (n=8, GFR<10 mL/min), mean oral clearance of rivastigmine is 43% higher than in healthy subjects (n=10, GFR≥60 mL/min); CrCl=6.9 L/min and 4.8 L/min, respectively. For unexplained reasons, the severely impaired renal patients had a higher clearance of rivastigmine than moderately impaired patients. However, dosage adjustment may not be necessary in renally impaired patients as the dose of drug is individually titrated to tolerability.

**[Elderly]:** Following a single 2.5 mg oral dose to elderly volunteers (>60 years of age, n=24) and younger volunteers (n=24), mean oral clearance of rivastigmine was 30% lower in elderly (7 L/min) than in younger subjects (10 L/min).

**Gender and Race:** No specific pharmacokinetic study was conducted to investigate the effect of gender and race on the disposition of Exelon, but a population pharmacokinetic analysis indicates that gender (n=277 males and 348 females) and race (n=575 White, 34 Black, and 12 Other) did not affect the clearance of Exelon.

**Nicotine Use:** Population PK analysis showed that nicotine use increases the oral clearance of rivastigmine by 23% (n=75 Smokers and 549 Nonsmokers).

**Drug-Drug Interactions**

**Effect of Exelon on the Metabolism of Other Drugs:** Rivastigmine is primarily metabolized through hydrolysis by esterases. Minimal metabolism occurs via the major cytochrome P450 isoenzymes. Based on in vitro studies, no pharmacokinetic drug interactions with drugs metabolized by the following isoenzyme systems are expected: CYP1A2, CYP2D6, CYP3A4/5, CYP2E1, CYP2C9, CYP2C8, or CYP2C19.

No pharmacokinetic interaction was observed between rivastigmine and digoxin, warfarin, diazepam, or fluoxetine in studies in healthy volunteers. The elevation of prothrombin time induced by warfarin is not affected by administration of Exelon.

**Effect of Other Drugs on the Metabolism of Exelon:** Drugs that induce or inhibit CYP450 metabolism are not expected to alter the metabolism of rivastigmine. Single dose pharmacokinetic studies demonstrated that the metabolism of rivastigmine is not significantly affected by concurrent administration of digoxin, warfarin, diazepam, or fluoxetine.

Population PK analysis with a database of 625 patients showed that the pharmacokinetics of rivastigmine were not influenced by commonly prescribed medications such as antacids (n=77), antihypertensives (n=72), β-blockers (n=42), calcium channel blockers (n=75), antidiabetics (n=21), nonsteroidal anti-inflammatory drugs (n=79), estrogens (n=70), salicylate analgesics (n=177), antianginals (n=35), and antihistamines (n=15). In addition, in clinical trials, no increased risk of clinically relevant untoward effects was observed in patients treated concomitantly with Exelon and these agents.

**INDICATIONS AND USAGE**

Exelon® (rivastigmine tartrate) is indicated for the treatment of mild to moderate dementia of the Alzheimer's type.

**CONTRAINDICATIONS**

Exelon® (rivastigmine tartrate) is contraindicated in patients with known hypersensitivity to rivastigmine, other carbamate derivatives or other components of the formulation (see DESCRIPTION).

**WARNINGS**

**Gastrointestinal Adverse Reactions**

Exelon® (rivastigmine tartrate) use is associated with significant gastrointestinal adverse reactions, including nausea and vomiting, anorexia, and weight loss.

**Nausea and Vomiting:** In the controlled clinical trials, 47% of the patients treated with an Exelon dose in the therapeutic range of 6-12 mg/day (n=1189) developed nausea (compared with 12% in placebo). A total of 31% of Exelon-treated patients developed at least one episode of vomiting (compared with 6% for placebo). The rate of vomiting was higher during the titration phase (24% vs. 3% for placebo) than in the maintenance phase (14% vs. 3% for placebo). The rates were higher in women than men. Five percent of patients discontinued for vomiting, compared to less than 1% for patients on placebo. Vomiting was severe in 2% of Exelon-treated patients and was rated as moderate in 14% of patients. The rate of nausea was higher during the titration phase (43% vs. 9% placebo) than in the maintenance phase (17% vs. 4% for placebo).

**Loss:** In the controlled trials, approximately 26% of women on high doses of Exelon (greater than 9 mg/day) had loss of equal to or greater than 7% of their baseline weight compared to 6% in the placebo-treated ... About 18% of the males in the high dose group experienced a similar degree of weight loss compared to 4% placebo-treated patients. It is not clear how much of the weight loss was associated with anorexia, nausea, vomiting, and the diarrhea associated with the drug.

**[Anorexia]:** In the controlled clinical trials, of the patients treated with an Exelon dose of 6-12 mg/day, 17% developed ... compared to 3% of the placebo patients. Neither the time course or the severity of the anorexia is known.

**Peptic Ulcers/Gastrointestinal Bleeding:** Because of their pharmacological action, cholinesterase inhibitors may be expected to increase gastric acid secretion due to increased cholinergic activity. Therefore, patients should be monitored closely for symptoms of active or occult gastrointestinal bleeding, especially those at increased risk for developing ulcers, e.g., those with a history of ulcer disease or those receiving concurrent nonsteroidal anti-inflammatory drugs (NSAIDS). Clinical studies of Exelon have shown no significant increase, relative to placebo, in the incidence of either peptic ulcer disease or gastrointestinal bleeding.

**Anesthesia**

Exelon as a cholinesterase inhibitor, is likely to exaggerate succinylcholine-type muscle relaxation during anesthesia.

**Cardiovascular Conditions**

Drugs that increase cholinergic activity may have vagotonic effects on heart rate (e.g., bradycardia). The potential for this action may be particularly important to patients with "sick sinus syndrome" or other supraventricular cardiac conduction conditions. In clinical trials, Exelon was not associated with any increased incidence of cardiovascular adverse events, heart rate or blood pressure changes, or ECG abnormalities. Syncopal episodes have been reported in 3% of patients receiving 6-12 mg/day of Exelon, compared to 2% of placebo patients.

**Genitourinary**

Although bladder outflow obstruction was not observed in clinical trials of Exelon, drugs that increase cholinergic activity may cause urinary obstruction.

**Neurological Conditions**

Seizures: Drugs that increase cholinergic activity are believed to have some potential for causing seizures. However, seizure activity also may be a manifestation of Alzheimer's Disease.

**Pulmonary Conditions**

Like other drugs that increase cholinergic activity, Exelon should be used with care in patients with a history of asthma or obstructive pulmonary disease.

**PRECAUTIONS**

**Information for Patients and Caregivers**

Caregivers should be advised of the high incidence of nausea and vomiting associated with the use of the drug along with the possibility of anorexia and weight loss. Caregivers should be encouraged to monitor for these adverse events and inform the physician if they occur.

Caregivers should be instructed in the correct procedure for administering Exelon® (rivastigmine tartrate) Oral Solution. In addition, they should be informed of the existence of an Instruction Sheet (included with the product) describing how the solution is to be administered. They should be urged to read this sheet prior to administering Exelon Oral Solution. Caregivers should direct questions about the administration of the solution to either their physician or pharmacist.

**Drug-Drug Interactions**

**Effect of Exelon® on the Metabolism of Other Drugs:** Rivastigmine is primarily metabolized through hydrolysis by esterases. Minimal metabolism occurs via the major cytochrome P450 isoenzymes. Based on in vitro studies, no pharmacokinetic drug interactions with drugs metabolized by the following isoenzyme systems are expected: CYP1A2, CYP2D6, CYP3A4/5, CYP2E1, CYP2C9, CYP2C8, or CYP2C19.

No pharmacokinetic interaction was observed between rivastigmine and digoxin, warfarin, diazepam, or fluoxetine in studies in healthy volunteers. The elevation of prothrombin time induced by warfarin is not affected by administration of Exelon.

**Effect of Other Drugs on the Metabolism of Exelon:** Drugs that induce or inhibit CYP450 metabolism are not expected to alter the metabolism of rivastigmine. Single dose pharmacokinetic studies demonstrated that the metabolism of rivastigmine is not significantly affected by concurrent administration of digoxin, warfarin, diazepam, or fluoxetine.

Population PK analysis with a database of 625 patients showed that the pharmacokinetics of rivastigmine were not influenced by commonly prescribed medications such as antacids (n=77), antihypertensives (n=72), β-blockers (n=42), calcium channel blockers (n=75), antidiabetics (n=21), nonsteroidal anti-inflammatory drugs (n=79), estrogens (n=70), salicylate analgesics (n=177), antianginals (n=35), and antihistamines (n=15).

**Use with Anticholinergics:** Because of their mechanism of action, cholinesterase inhibitors have the potential to interfere with the activity of anticholinergic medications.

**Use with Cholinomimetics and Other Cholinesterase Inhibitors:** A synergistic effect may be expected when cholinesterase inhibitors are given concurrently with succinylcholine, similar neuromuscular blocking agents or cholinergic agonists such as bethanechol.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

In carcinogenicity studies conducted at dose levels up to 1.1 mg-base/kg/day in rats and 1.6 mg-base/kg/day in mice, rivastigmine was not carcinogenic. These dose levels are approximately 0.9 times and 0.7 times the maximum recommended human daily dose of 12 mg per day on a mg/m² basis.

Rivastigmine was clastogenic in two in vitro assays in the presence, but not the absence, of metabolic activation. It caused structural chromosomal aberrations in V79 Chinese hamster lung cells and both structural and numerical (polyploidy) chromosomal aberrations in human peripheral blood lymphocytes. Rivastigmine was not genotoxic in three in vitro assays: the Ames test, the unscheduled DNA synthesis (UDS) test in rat hepatocytes (a test for induction of DNA repair synthesis), and the HGPRT test in V79 Chinese hamster cells. Rivastigmine was not clastogenic in the in vivo mouse micronucleus test.

Rivastigmine had no effect on fertility or reproductive performance in the rat at dose levels up to 1.1 mg-base/kg/day. This dose is approximately 0.9 times the maximum recommended human daily dose of 12 mg/day on a mg/m² basis.

**Pregnancy**

**Pregnancy Category B:** Reproduction studies conducted in pregnant rats at doses up to 2.3 mg-base/kg/day (approximately 2 times the maximum recommended human dose on a mg/m² basis) and in pregnant rabbits at doses up to 2.3 mg-base/kg/day (approximately 4 times the maximum recommended human dose on a mg/m² basis) revealed no evidence of teratogenicity. Studies in rats showed slightly decreased fetal/pup weights, usually at doses causing some maternal toxicity; decreased weights were seen at doses which were several fold lower than the maximum recommended human dose on a mg/m² basis. There are no adequate or well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, Exelon should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Nursing Mothers**

It is not known whether rivastigmine is excreted in human breast milk. Exelon has no indication for use in nursing mothers.

**Pediatric Use**

There are no adequate and well-controlled trials documenting the safety and efficacy of Exelon in any illness occurring in children.

**ADVERSE REACTIONS**

**Adverse Events Leading to Discontinuation**

The rate of discontinuation due to adverse events in controlled clinical trials of Exelon® (rivastigmine tartrate) was 15% for patients receiving 6-12 mg/day compared to 5% for patients on placebo during forced weekly dose titration. While on a maintenance dose, the rates were 6% for patients on Exelon compared to 4% for those on placebo.

The most common adverse events leading to discontinuation, defined as those occurring in at least 2% of patients and at twice the incidence seen in placebo patients, are shown in Table 1.

**Table 1. Most Frequent Adverse Events Leading to Withdrawal from Clinical Trials during Titration and Maintenance in Patients Receiving 6-12 mg/day Exelon® Using a Forced Dose Titration**

| Study Phase | Titration | | Maintenance | | Overall | |
|---|---|---|---|---|---|---|
| | Placebo (n=868) | Exelon ≥6-12 mg/day (n=1189) | Placebo (n=788) | Exelon ≥6-12 mg/day (n=987) | Placebo (n=868) | Exelon ≥6-12 mg/day (n=1189) |
| **Event / % Discontinuing** | | | | | | |
| Nausea | <1 | 8 | <1 | 1 | 1 | 8 |
| Vomiting | <1 | 4 | <1 | 1 | <1 | 5 |
| Anorexia | 0 | 2 | <1 | 1 | <1 | 3 |
| Dizziness | <1 | 2 | <1 | 1 | <1 | 2 |

**Most Frequent Adverse Clinical Events Seen in Association with the Use of Exelon**

The most common adverse events, defined as those occurring at a frequency of at least 5% and twice the placebo rate, are largely predicted by Exelon's cholinergic effects. These include nausea, vomiting, anorexia, dyspepsia, and asthenia.

**Gastrointestinal Adverse Reactions**

Exelon use is associated with significant nausea, vomiting, and weight loss (see WARNINGS).

**Adverse Events Reported in Controlled Trials**

Table 2 lists treatment emergent signs and symptoms that were reported in at least 2% of patients in placebo-controlled trials and for which the rate of occurrence was greater for patients treated with Exelon doses of 6-12 mg/day than for those treated with placebo. The prescriber should be aware that these figures cannot be used to predict the frequency of adverse events in the course of usual medical practice when patient characteristics and other factors may differ from those prevailing during clinical studies. Similarly, the cited frequencies cannot be directly compared with figures obtained from other clinical investigations involving different treatments, uses, or investigators. An inspection of these frequencies, however, does provide the prescriber with one basis by which to estimate the relative contribution of drug and non-drug factors to the adverse event incidences in the population studied.

... eral, adverse reactions were less frequent later in the course of treatment.

... wo systematic effect of race or age could be determined on the incidence of adverse events in the controlled studies. Nausea, vomiting and weight loss were more frequent in women than men.

**Table 2.  Adverse Events Reported in Controlled Clinical Trials in at Least 2% of Patients Receiving Exelon® (6-12 mg/day) and at a Higher Frequency than Placebo-treated Patients**

| Body System/Adverse Event | Placebo (n=868) | Exelon (6-12 mg/day) (n=1189) |
|---|---|---|
| Percent of Patients with any Adverse Event | 79 | 92 |
| **Autonomic Nervous System** | | |
| Sweating Increased | 1 | 4 |
| Syncope | 2 | 3 |
| **Body as a Whole** | | |
| Accidental Trauma | 9 | 10 |
| Fatigue | 5 | 9 |
| Asthenia | 2 | 6 |
| Malaise | 2 | 5 |
| Influenza-like Symptoms | 2 | 3 |
| Weight Decrease | <1 | 3 |
| **Cardiovascular Disorders, General** | | |
| Hypertension | 2 | 3 |
| **Central and Peripheral Nervous System** | | |
| Dizziness | 11 | 21 |
| Headache | 12 | 17 |
| Somnolence | 3 | 5 |
| Tremor | 1 | 4 |
| **Gastrointestinal System** | | |
| Nausea | 12 | 47 |
| Vomiting | 6 | 31 |
| Diarrhea | 11 | 19 |
| Anorexia | 3 | 17 |
| Abdominal Pain | 6 | 13 |
| Dyspepsia | 4 | 9 |
| Constipation | 4 | 5 |
| Flatulence | 2 | 4 |
| Eructation | 1 | 2 |
| **Psychiatric Disorders** | | |
| Insomnia | 7 | 9 |
| Confusion | 7 | 8 |
| Depression | 4 | 6 |
| Anxiety | 3 | 5 |
| Hallucination | 3 | 4 |
| Aggressive Reaction | 2 | 3 |
| **...ance Mechanism Disorders** | | |
| ...urinary Tract Infection | 6 | 7 |
| **Respiratory System** | | |
| Rhinitis | 3 | 4 |

... y adverse events observed at a rate of 2% or more on Exelon 6-12 mg/day but at a greater or equal rate on placebo ... e chest pain, peripheral edema, vertigo, back pain, arthralgia, pain, bone fracture, agitation, nervousness, delusion, paranoid reaction, upper respiratory tract infections, infection (general), coughing, pharyngitis, bronchitis, rash (general), urinary incontinence.

**Other Adverse Events Observed During Clinical Trials**

Exelon has been administered to over 5297 individuals during clinical trials worldwide. Of these, 4326 patients have been treated for at least 3 months, 3407 patients have been treated for at least 6 months, 2150 patients have been treated for 1 year, 1250 have been treated for 2 years, and 168 have been treated for over 3 years. With regard to exposure to the highest dose, 2809 patients were exposed to doses of 10-12 mg, 2615 patients treated for 1 year, 2328 patients treated for 6 months, 1378 patients treated for 1 year, 917 patients treated for 2 years, and 129 treated for over 3 years.

Treatment emergent signs and symptoms that occurred during 8 controlled clinical trials and 9 open-label trials in North America, Western Europe, Australia, South Africa, and Japan were recorded as adverse events by the clinical investigators using terminology of their own choosing. To provide an overall estimate of the proportion of individuals having similar types of events, the events were grouped into a smaller number of standardized categories using a modified WHO dictionary, and event frequencies were calculated across all studies. These categories are used in the listing below. The frequencies represent the proportion of 5297 patients from these trials who experienced that event while receiving Exelon. All adverse events occurring in at least 8 patients (approximately 0.1%) are included, except for those already listed elsewhere in labeling, WHO terms too general to be informative, relatively minor events, or events unlikely to be drug caused. Events are classified by body system and listed using the following definitions: frequent adverse events – those occurring in at least 1/100 patients; infrequent adverse events – those occurring in 1/100 to 1/1000 patients. These adverse events are not necessarily related to Exelon treatment and in most cases were observed at a similar frequency in placebo-treated patients in the controlled studies.

**Autonomic Nervous System:** Infrequent: Cold clammy skin, dry mouth, flushing, increased saliva.

**Body as a Whole:** Frequent: Accidental trauma, fever, edema, allergy, hot flushes, rigors. Infrequent: Edema periorbital or facial, hypothermia, edema, feeling cold, halitosis.

**Cardiovascular System:** Frequent: Hypotension, postural hypotension, cardiac failure.

**Central and Peripheral Nervous System:** Frequent: Abnormal gait, ataxia, paraesthesia, convulsions. Infrequent: Paresis, aphasia, dysphonia, hyperkinesia, hyperreflexia, hypertonia, hypoesthesia, hypokinesis, migraine, neuralgia, nystagmus, peripheral neuropathy.

**Endocrine System:** Infrequent: Goitre, hypothyroidism.

**Gastrointestinal System:** Frequent: Fecal incontinence, gastritis. Infrequent: Dysphagia, esophagitis, gastric ulcer, gastritis, gastroesophageal reflux, GI hemorrhage, hernia, intestinal obstruction, melena, rectal hemorrhage, gastroenteritis, ulcerative stomatitis, duodenal ulcer, hematemesis, gingivitis, tenesmus, pancreatitis, colitis, glossitis.

**Hearing and Vestibular Disorders:** Frequent: Tinnitus.

**Heart Rate and Rhythm Disorders:** Frequent: Atrial fibrillation, bradycardia, palpitation. Infrequent: AV block, bundle branch block, sick sinus syndrome, cardiac arrest, supraventricular tachycardia, extrasystoles, tachycardia.

**Liver and Biliary System Disorders:** Infrequent: Abnormal hepatic function, cholecystitis.

**Metabolic and Nutritional Disorders:** Frequent: Dehydration, hypokalemia. Infrequent: Diabetes mellitus, gout, hypercholesterolemia, hyperlipemia, hypoglycemia, cachexia, thirst, hypokalemia, hyponatremia.

**Musculoskeletal System:** Frequent: Arthritis, leg cramps, myalgia. Infrequent: Cramps, hernia, muscle weakness.

**Platelet, Bleeding, and Clotting Disorders:** Frequent: Epistaxis. Infrequent: Hematoma, thrombocytopenia, purpura.

**Psychiatric Disorders:** Frequent: Paranoid reaction, confusion. Infrequent: Abnormal dreaming, amnesia, apathy, delirium, dementia, depersonalization, emotional lability, impaired concentration, decreased libido, personality disorder, suicide attempt, increased libido, neurosis, suicidal ideation, psychosis.

**Blood Cell Disorders:** Frequent: Anemia. Infrequent: Hypochromic anemia.

**Reproductive Disorders (Female & Male):** Infrequent: Breast pain, impotence, atrophic vaginitis.

**Resistance Mechanism Disorders:** Infrequent: Cellulitis, cystitis, herpes simplex, otitis media.

**Respiratory System:** Infrequent: Bronchospasm, laryngitis, apnea.

**Skin and Appendages:** Frequent: Rashes of various kinds (maculopapular, eczema, bullous, exfoliative, psoriaform, erythematous). Infrequent: Alopecia, skin ulceration, urticaria, dermatitis contact.

**Special Senses:** Infrequent: Perversion of taste, loss of taste.

**Urinary System Disorders:** Frequent: Hematuria. Infrequent: Albuminuria, oliguria, acute renal failure, dysuria, micturition urgency, nocturia, polyuria, renal calculus, urinary retention.

**Vascular (extracardiac) Disorders:** Infrequent: Hemorrhoids, peripheral ischemia, pulmonary embolism, thrombosis, thrombophlebitis deep, aneurysm, hemorrhage intracranial.

**Vision Disorders:** Frequent: Cataract. Infrequent: Conjunctival hemorrhage, blepharitis, diplopia, eye pain, glaucoma.

**White Cell and Resistance Disorders:** Infrequent: Lymphadenopathy, leukocytosis.

**OVERDOSAGE**

Because strategies for the management of overdose are continually evolving, it is advisable to contact a Poison Control Center to determine the latest recommendations for the management of an overdose of any drug.

As Exelon® (rivastigmine tartrate) has a short plasma half-life of about one hour and a moderate duration of acetylcholinesterase inhibition of 8-10 hours, it is recommended that in cases of asymptomatic overdoses, no further dose of Exelon should be administered for the next 24 hours.

As in any case of overdose, general supportive measures should be utilized. Overdosage with cholinesterase inhibitors can result in cholinergic crisis characterized by severe nausea, vomiting, salivation, sweating, bradycardia, hypotension, respiratory depression, collapse and convulsions. Increasing muscle weakness is a possibility and may result in death if respiratory muscles are involved. Atypical responses in blood pressure and heart rate have been reported with other drugs that increase cholinergic activity when co-administered with quaternary anticholinergics such as glycopyrrolate. Due to the short half-life of Exelon, dialysis (hemodialysis, peritoneal dialysis, or hemofiltration) would not be clinically indicated in the event of an overdose.

In overdoses accompanied by severe nausea and vomiting, the use of antiemetics should be considered. In a documented case of a 46 mg overdose with Exelon, the patient experienced vomiting, incontinence, hypertension, psychomotor retardation, and loss of consciousness. The patient fully recovered within 24 hours and conservative management was all that was required for treatment.

**DOSAGE AND ADMINISTRATION**

The dosage of Exelon® (rivastigmine tartrate) shown to be effective in controlled clinical trials is 6-12 mg/day, given as twice a day dosing (daily doses of 3 to 6 mg BID). There is evidence from the clinical trials that doses at the higher end of this range may be more beneficial.

The recommended starting dose of Exelon is 1.5 mg twice a day. If this dose is well tolerated, after a minimum of two weeks of treatment, the dose may be increased to 3 mg twice a day. Subsequent increases to 4.5 mg BID and 6 mg BID should be attempted after a minimum of 2 weeks at the previous dose. If adverse effects (e.g., nausea, vomiting, abdominal pain, loss of appetite) cause intolerance during treatment, the patient should be instructed to discontinue treatment for several doses and then restart at the same or next lower dose level. The maximum dose is 6 mg BID (12 mg/day).

Exelon should be taken with food in divided doses in the morning and evening.

**Recommendations for Administration:** Caregivers should be instructed in the correct procedure for administering Exelon Oral Solution. In addition, they should be directed to the Instruction Sheet (included with the product) describing how the solution is to be administered. Caregivers should direct questions about the administration of the solution to either their physician or pharmacist (see PRECAUTIONS: Information for Patients and Caregivers).

Patients should be instructed to remove the oral dosing syringe provided in its protective case, and using the provided syringe, withdraw the prescribed amount of Exelon Oral Solution from the container. Each dose of Exelon Oral Solution may be swallowed directly from the syringe or first mixed with a small glass of water, cold fruit juice or soda. Patients should be instructed to stir and drink the mixture.

Exelon Oral Solution and Exelon Capsules may be interchanged at equal doses.

**HOW SUPPLIED**

Exelon® (rivastigmine tartrate) Oral Solution is supplied as 120 mL of a clear, yellow solution (2.0 mg/mL base) in a 4 ounce USP Type III amber glass bottle with a child-resistant 28 mm cap, 0.5 mm foam liner, dip tube and self-aligning plug. The oral solution is packaged with a dispenser set which consists of an assembled oral dosing syringe that allows dispensing a maximum volume of 3 mL corresponding to a 6 mg dose, with a plastic tube container.

Bottles of 120 mL ............................................................................................. NDC 0078-0339-31

Store below 77°F (25°C) in an upright position and protect from freezing.

When Exelon Oral Solution is combined with cold fruit juice or soda, the mixture is stable at room temperature for up to 4 hours.



**Exelon® (rivastigmine tartrate) Oral Solution
Instructions for Use**

1. Remove oral dosing syringe from its protective case.
   Push down and twist child resistant closure to open bottle.

2. Insert tip of syringe into opening of white stopper.

3. While holding the syringe, pull the plunger up to the level (see markings on side of syringe) that equals the dose prescribed by your doctor.

4. Before removing syringe containing prescribed dose from bottle, push out large bubbles by moving plunger up and down a few times. After the large bubbles are gone, pull the plunger again to the level that equals the dose prescribed by your doctor. Do not worry about a few tiny bubbles. This will not affect your dose in any way.
   Remove the syringe from the bottle.

5. You may swallow Exelon Oral Solution directly from the syringe or mix with a small glass of water, cold fruit juice or soda. If mixing with water, juice or soda, be sure to stir completely and to drink the entire mixture. DO NOT MIX WITH OTHER LIQUIDS.

6. After use, wipe outside of syringe with a clean tissue and put it back into its case. Close bottle using child resistant closure.

Store Exelon Oral Solution at room temperature (below 77°F) in an upright position. Do not place in freezer.

APRIL 2000                     Printed in U.S.A.

(86000501.4/00)
T2000-25
89009401
4048-42

Manufactured by
Novartis Consumer Health, Incorporated
Lincoln, Nebraska 68517

Manufactured by
Novartis Pharmaceuticals Corporation
East Hanover, New Jersey 07936

 NOVARTIS

Novartis Pharmaceuticals Corporation
State Government Affairs
59 Route 10
East Hanover, NJ 07936-1080

Tel  973 781 8421
Fax  973 781 6671

January 5, 2001

«Address»

«Salutation»:

Novartis Pharmaceuticals Corporation is pleased to announce the introduction of Starlix (nateglinide). Starlix (nateglinide) received FDA approval on December 22, 2000 for the oral treatment of type 2 diabetes. It will be available in 60 and 120 mg tablet strength. This new medication will be available by prescription. Please add the following information to your system:

|  | 60mg Tablet Strength | 120mg Tablet Strength |
|---|---|---|
| NDC Number | 0078-0351-05 | 0078-0352-05 |
| Package Size | 100 tablets | 100 tablets |
| Wholesale Price | $77.00 | $80.00 |
| *AWP | $92.40 | $96.00 |

*As used in this letter, the term AWP or Average Wholesaler Price Constitutes a reference for each Novartis product, and in keeping with current industry practices, is set as a percentage above the price at which each product is offered generally to wholesalers. Notwithstanding the inclusion of the term price, in Average Wholesaler Price, AWP is not intended to be a price charged by Novartis for any product to any customer.

Enclosed please find the package insert and FDA approval letter. Thank you for your consideration, if you have any questions, please contact Rick Knapp at 973-781-8421.

Sincerely,

Rick Knapp
Executive Director
State Government Affairs

Enclosures

12/22/00  16:39      DMEDP-CDER-FDA → 919737813590                               NO.756  P002/004



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                     Public Health Service

                                                             Food and Drug
                                                             Administration
                                                             Rockville MD  20857

NDA 21-204

                                                             DEC 22 '00

Novartis Pharmaceuticals Corporation
Attention: Carl Schlotfeldt
Associate Director, Drug Regulatory Affairs
59 Route 10
East Hanover, NJ  07936-1080

Dear Mr. Schlotfeldt:

Please refer to your new drug application (NDA) dated December 17, 1999, received
December 17, 1999, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act
for Starlix® (nateglinide) Tablets, 60 mg and 120 mg.

We acknowledge receipt of your submissions dated January 31, March 17, 24, and 31, April 10,
18, and 20, May 4 and 12, June 1, 5, 9, 21, and 30, July 6, 14, and 17, August 2 and 3, September
6, 13, and 21, October 4, 10, 13, 20, and 23, November 1 and 6, and December 1, 13 (2), 14, 15, 18
(2), 19, 20, and 22, 2000.

This new drug application provides for the use of Starlix (nateglinide) Tablets as monotherapy, as
an adjunct to diet and exercise to improve glycemic control in patients with type 2 diabetes.  In
addition, it provides for the use of Starlix concomitantly with metformin to improve glycemic
control.

We have completed the review of this application, as amended, and have concluded that adequate
information has been presented to demonstrate that the drug product is safe and effective for use as
recommended in the agreed-upon labeling text.  Accordingly, the application is approved effective
on the date of this letter.

The final printed labeling (FPL) must be identical to the submitted draft labeling (package insert
submitted December 22, 2000, immediate container and carton labels submitted September 6,
2000).  Marketing the product with FPL that is not identical to the approved labeling text may
render the product misbranded and an unapproved new drug.

Please submit 20 paper copies of the FPL as soon as it is available, in no case more than 30 days
after it is printed.  Please individually mount ten of the copies on heavy-weight paper or similar
material.  Alternatively, you may submit the FPL electronically according to the guidance for
industry titled *Providing Regulatory Submissions in Electronic Format - NDAs* (January 1999).
For administrative purposes, this submission should be designated "FPL for approved NDA
21-204." Approval of this submission by FDA is not required before the labeling is used.

NDA 21-204
Page 2

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 *FR* 66632). We note that you have not fulfilled the requirements of 21 CFR 314.55 (or 601.27). We are deferring submission of your pediatric studies until June 30, 2003. However, in the interim, please submit your pediatric drug development plans within 120 days from the date of this letter unless you believe a waiver is appropriate. Within approximately 120 days of receipt of your pediatric drug development plan, we will review your plan and notify you of its adequacy.

If you believe that this drug qualifies for a waiver of the pediatric study requirement, you should submit a request for a waiver with supporting information and documentation in accordance with the provisions of 21 CFR 314.55 within 60 days from the date of this letter.

We will notify you within 120 days of receipt of your response whether a waiver is granted. If a waiver is not granted, we will ask you to submit your pediatric drug development plans within 120 days from the date of denial of the waiver.

Pediatric studies conducted under the terms of section 505A of the Federal Food, Drug, and Cosmetic Act may result in additional marketing exclusivity for certain products (pediatric exclusivity). You should refer to the *Guidance for Industry on Qualifying for Pediatric Exclusivity* (available on our web site at www.fda.gov/cder/pediatric) for details. If you wish to qualify for pediatric exclusivity you should submit a "Proposed Pediatric Study Request" (PPSR) in addition to your plans for pediatric drug development described above. We recommend that you submit a Proposed Pediatric Study Request within 120 days from the date of this letter. If you are unable to meet this time frame but are interested in pediatric exclusivity, please notify the division in writing. FDA generally will not accept studies submitted to an NDA before issuance of a Written Request as responsive to a Written Request. Sponsors should obtain a Written Request before submitting pediatric studies to an NDA. If you do not submit a PPSR or indicate that you are interested in pediatric exclusivity, we will review your pediatric drug development plan and notify you of its adequacy. Please note that satisfaction of the requirements in 21 CFR 314.55 alone may not qualify you for pediatric exclusivity. FDA does not necessarily ask a sponsor to complete the same scope of studies to qualify for pediatric exclusivity as it does to fulfill the requirements of the pediatric rule.

NDA 21-204
Page 3

In addition, please submit three copies of the introductory promotional materials that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print. Please send one copy to the Division of Metabolic and Endocrine Drug Products and two copies of both the promotional materials and the package insert directly to:

> Division of Drug Marketing, Advertising, and Communications, HFD-42
> Food and Drug Administration
> 5600 Fishers Lane
> Rockville, Maryland 20857

Please submit one market package of the drug product when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, please call Ms. Jena Weber, Regulatory Project Manager, at (301) 827-6422.

Sincerely,

John K. Jenkins, M.D.
Director
Office of Drug Evaluation II
Center for Drug Evaluation and Research



# Starlix®
(nateglinide)
Tablets

Rx only

Prescribing Information

## DESCRIPTION

Starlix® (nateglinide) is an oral antidiabetic agent used in the management of Type 2 diabetes mellitus (also known as non-insulin dependent diabetes mellitus (NIDDM) or adult-onset diabetes). Starlix, (-)-N-[(trans-4-isopropylcyclohexane)carbonyl]-D-phenylalanine, is structurally unrelated to the oral sulfonylurea insulin secretagogues.

The structural formula is as shown

$C_{19}H_{27}NO_3$
317.43

Nateglinide is a white powder with a molecular weight of 317.43. It is freely soluble in methanol, ethanol, and chloroform, soluble in ether, sparingly soluble in acetonitrile and octanol, and practically insoluble in water. Starlix biconvex tablets contain 60 mg, or 120 mg, of nateglinide for oral administration.

Inactive Ingredients: colloidal silicon dioxide, croscarmellose sodium, hydroxypropyl methylcellulose, iron oxides (red or yellow), lactose monohydrate, magnesium stearate, microcrystalline cellulose, polyethylene glycol, povidone, talc, and titanium dioxide.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

Nateglinide is an amino-acid derivative that lowers blood glucose levels by stimulating insulin secretion from the pancreas. This action is dependent upon functioning beta-cells in the pancreatic islets. Nateglinide interacts with the ATP-sensitive potassium ($K_{ATP}$) channel on pancreatic beta-cells. The subsequent depolarization of the beta cell opens the calcium channel, producing calcium influx and insulin secretion. The extent of insulin release is glucose dependent and diminishes at low glucose levels. Nateglinide is highly tissue selective with low affinity for heart and skeletal muscle.

### Pharmacokinetics

#### Absorption

Following oral administration immediately prior to a meal, nateglinide is rapidly absorbed with mean peak plasma drug concentrations ($C_{max}$) generally occurring within 1 hour ($T_{max}$) after dosing. When administered to patients with Type 2 diabetes over the dosage range 60 mg to 240 mg three times a day for one week, nateglinide demonstrated linear pharmacokinetics for both AUC (area under the time/plasma concentration curve) and $C_{max}$. $T_{max}$ was also found to be independent of dose in this patient population. Absolute bioavailability is estimated to be approximately 73%. When given with or after meals, the extent of nateglinide absorption (AUC) remains unaffected. However, there is a delay in the rate of absorption characterized by a decrease in $C_{max}$ and a delay in time to peak plasma concentration ($T_{max}$). Plasma profiles are characterized by multiple plasma concentration peaks when nateglinide is administered under fasting conditions. This effect is diminished when nateglinide is taken prior to a meal.

#### Distribution

Based on data following intravenous (IV) administration of nateglinide, the steady-state volume of distribution of nateglinide is estimated to be approximately 10 liters in healthy subjects. Nateglinide is extensively bound (98%) to serum proteins, primarily serum albumin, and to a lesser extent $\alpha_1$ acid glycoprotein. The extent of serum protein binding is independent of drug concentration over the test range of 0.1-10 µg/mL.

#### Metabolism

Nateglinide is metabolized by the mixed-function oxidase system prior to elimination. The major routes of metabolism are hydroxylation followed by glucuronide conjugation. The major metabolites are less potent antidiabetic agents than nateglinide. The isoprene minor metabolite possesses potency similar to that of the parent compound nateglinide.

In vitro data demonstrate that nateglinide is predominantly metabolized by cytochrome P450 isoenzymes CYP2C9 (70%) and CYP3A4 (30%).

#### Excretion

Nateglinide and its metabolites are rapidly and completely eliminated following oral administration. Within 6 hours after dosing, approximately 75% of the administered [14C]-nateglinide was recovered in the urine. Eighty-three percent of the [14C]-nateglinide was excreted in the urine with an additional 10% eliminated in the feces. Approximately 16% of the [14C]-nateglinide was excreted in the urine as parent compound. In all studies of healthy volunteers and in patients with Type 2 diabetes, nateglinide plasma concentrations declined rapidly with an average elimination half-life of approximately 1.5 hours. Consistent with this short elimination half-life, there was no apparent accumulation of nateglinide upon multiple dosing of up to 240 mg three times daily for 7 days.

### Special Populations

Geriatric: Age did not influence the pharmacokinetic properties of nateglinide. Therefore, no dose adjustments are necessary for elderly patients.

Gender: No clinically significant differences in nateglinide pharmacokinetics were observed between men and women. Therefore, no dose adjustment based on gender is necessary.

Race: Results of a population pharmacokinetic analysis including subjects of Caucasian, Black, and other ethnic origins suggest that race has little influence on the pharmacokinetics of nateglinide.

Renal Impairment: Compared to healthy matched subjects, patients with Type 2 diabetes and moderate-to-severe renal insufficiency (CrCl 15-50 mL/min) not on dialysis displayed similar apparent clearance, AUC, and $C_{max}$. Patients with Type 2 diabetes and renal failure on dialysis exhibited reduced overall drug exposure. However, hemodialysis patients also experienced reductions in plasma protein binding compared to the matched healthy volunteers.

Hepatic Impairment: The peak and total exposure of nateglinide in non-diabetic subjects with mild hepatic insufficiency were increased by 30% compared to matched healthy subjects. Starlix® (nateglinide) should be used with caution in patients with chronic liver disease. (See PRECAUTIONS, Hepatic Impairment.)

### Pharmacodynamics

Starlix is rapidly absorbed and stimulates pancreatic insulin secretion within 20 minutes of oral administration. When Starlix is dosed three times daily before meals there is a rapid rise in plasma insulin, with peak levels approximately 1 hour after dosing and a fall to baseline by 4 hours after dosing.

In a double-blind, controlled clinical trial in which Starlix was administered before each of three meals, plasma glucose levels were determined over a 12-hour, daytime period after 3 weeks of treatment. Starlix was administered 10 minutes before meals. The meals were based on standard diabetic weight maintenance menus with the total caloric content based on each subject's height. Starlix produced statistically significant decreases in fasting and postprandial glycemia compared to placebo.

### CLINICAL STUDIES

A total of 3164 patients were randomized in eight double-blind, placebo- or active-controlled studies 8 to 24 weeks in duration to evaluate the safety and efficacy of Starlix® (nateglinide). 3118 patients had efficacy values beyond baseline. In these studies Starlix was administered up to 30 minutes before each of three main meals daily.

### Starlix® Monotherapy Compared to Placebo

In a randomized, double-blind, placebo-controlled, 24-week study, patients with Type 2 diabetes with HbA1c ≥ 6.8% on diet alone were randomized to receive either Starlix (60 mg or 120 mg three times daily before meals) or placebo. Baseline HbA1c ranged from 7.9% to 8.1% and 77.8% of patients were previously untreated with oral antidiabetic therapy. Patients previously treated with antidiabetic medications were required to discontinue that medication for at least 2 months before randomization. The addition of Starlix

before meals resulted in statistically significant reductions in mean HbA1c and mean fasting plasma glucose (FPG) compared to placebo (see Table 1). The reductions in HbA1c and FPG were similar for patients naïve to, and those previously exposed to, antidiabetic medications.

In this study, one episode of severe hypoglycemia (plasma glucose < 36 mg/dL) was reported in a patient treated with Starlix 120 mg three times daily before meals. No patients experienced hypoglycemia that required third party assistance. Patients treated with Starlix had statistically significant mean increases in weight compared to placebo (see Table 1).

In another randomized, double-blind, 24-week, active- and placebo-controlled study, patients with Type 2 diabetes were randomized to receive Starlix (120 mg three times daily before meals), metformin 500 mg (three times daily), a combination of Starlix 120 mg (three times daily) and metformin 500 mg (three times daily), or placebo. Baseline HbA1c ranged from 8.3% to 8.4%. Fifty-seven percent of patients were previously untreated with oral antidiabetic therapy. Starlix monotherapy resulted in significant reductions in mean HbA1c and mean FPG compared to placebo that were similar to the results of the study reported above (see Table 2).

#### Table 1 Endpoint results for a 24-week, fixed dose study of Starlix® monotherapy

| | Placebo | Starlix 60 mg three times daily before meals | Starlix 120 mg three times daily before meals |
|---|---|---|---|
| **HbA1c (%)** | N=168 | N=167 | N=168 |
| Baseline (mean) | 8.0 | 7.9 | 8.1 |
| Change from baseline (mean) | +0.2 | -0.3 | -0.5 |
| Difference from placebo (mean) | | -0.5 * | -0.7 * |
| **FPG (mg/dL)** | N=172 | N=171 | N=169 |
| Baseline (mean) | 167.9 | 161.0 | 166.5 |
| Change from baseline (mean) | +9.1 | +0.4 | -4.5 |
| Difference from placebo (mean) | | -8.7 * | -13.6 * |
| **Weight (kg)** | N=170 | N=169 | N=166 |
| Baseline (mean) | 85.8 | 83.7 | 86.3 |
| Change from baseline (mean) | -0.7 | +0.3 | +0.9 |
| Difference from placebo (mean) | | +1.0 * | +1.6 * |

* p-value ≤ 0.004

### Starlix® Monotherapy Compared to Other Oral Antidiabetic Agents

Glyburide

In a 24-week, double-blind, active-controlled trial, patients with Type 2 diabetes who had been on a sulfonylurea for ≥ 3 months and who had a baseline HbA1c ≥ 6.5% were randomized to receive Starlix (60 mg or 120 mg three times daily before meals) or glyburide 10 mg once daily. Patients randomized to Starlix had significant increases in mean HbA1c and mean FPG at endpoint compared to patients randomized to glyburide.

Metformin

In another randomized, double-blind, 24-week, active- and placebo-controlled study, patients with Type 2 diabetes were randomized to receive Starlix (120 mg three times daily before meals), metformin 500 mg (three times daily), a combination of Starlix 120 mg (three times daily before meals) and metformin 500 mg (three times daily), or placebo. Baseline HbA1c ranged from 8.3% to 8.4%. Fifty-seven percent of patients were previously untreated with oral antidiabetic therapy. The reductions in mean HbA1c and mean FPG at endpoint with metformin monotherapy were significantly greater than the reductions in these variables with Starlix monotherapy (see Table 2). Relative to placebo, Starlix monotherapy was associated with significant increases in mean weight whereas metformin monotherapy was associated with significant decreases in mean weight. Among the subset of patients naïve to antidiabetic therapy, the reductions in mean HbA1c and mean FPG for Starlix monotherapy were similar to those for metformin monotherapy (see Table 2). Among the subset of patients previously treated with other antidiabetic agents, primarily glyburide, HbA1c in the Starlix monotherapy group increased slightly from baseline, whereas HbA1c in the metformin monotherapy group (see Table 2).

### Starlix® Combination Therapy

Metformin

In another randomized, double-blind, 24-week, active- and placebo-controlled study, patients with Type 2 diabetes were randomized to receive Starlix (120 mg three times daily before meals), metformin 500 mg (three times daily), a combination of Starlix 120 mg (three times daily before meals) and metformin 500 mg (three times daily), or placebo. Baseline HbA1c ranged from 8.3% to 8.4%. Fifty-seven percent of patients were previously untreated with oral antidiabetic therapy. Patients previously treated with antidiabetic medications were required to discontinue medication for at least 2 months before randomization. The combination of Starlix and metformin resulted in statistically significantly greater reductions in HbA1c and FPG compared to either Starlix or metformin monotherapy (see Table 2). Starlix, alone or in combination with metformin, significantly reduced the prandial glucose elevation from pre-meal to 2-hours post-meal compared to placebo and metformin alone.

In this study, one episode of severe hypoglycemia (plasma glucose ≤ 36 mg/dL) was reported in a patient receiving the combination of Starlix and metformin and four episodes of severe hypoglycemia were reported in a single patient in the metformin treatment arm. No patient experienced an episode of hypoglycemia that required third party assistance. Compared to placebo, Starlix monotherapy was associated with a statistically significant increase in weight, while no significant change in weight was observed with combined Starlix and metformin therapy (see Table 2).

In another 24-week, double-blind, placebo-controlled trial, patients with Type 2 diabetes with HbA1c ≥ 6.8% after treatment with metformin (≥ 1500 mg daily for ≥ 1 month) were first entered into a four week run-in period of metformin monotherapy (2000 mg daily) and then randomized to receive Starlix (60 mg or 120 mg three times daily before meals) or placebo in addition to metformin. Combination therapy with Starlix and metformin was associated with statistically significantly greater reductions in HbA1c compared to metformin monotherapy (-0.4% and -0.6% for Starlix 60 mg and Starlix 120 mg plus metformin, respectively).

#### Table 2 Endpoint results for a 24-week study of Starlix® monotherapy and combination with metformin

| | Placebo | Starlix 120 mg three times daily before meals | Metformin 500 mg three times daily | Starlix 120 mg three times daily before meals plus Metformin* |
|---|---|---|---|---|
| **HbA1c (%)** | | | | |
| All | N=160 | N=171 | N=172 | N=162 |
| Baseline (mean) | 8.3 | 8.3 | 8.4 | 8.4 |
| Change from baseline (mean) | +0.4 | -0.4 bc | -0.8 d | -1.5 |
| Difference from placebo | | -0.8 * | -1.2 * | -1.9 * |
| Naïve | N=98 | N=99 | N=98 | N=81 |
| Baseline (mean) | 8.2 | 8.1 | 8.3 | 8.2 |
| Change from baseline (mean) | +0.3 | -0.7 c | -0.8 c | -1.6 |
| Difference from placebo | | -1.0 * | -1.1 * | -1.9 * |
| Non-Naïve | N=62 | N=72 | N=74 | N=81 |
| Baseline (mean) | 8.3 | 8.5 | 8.7 | 8.7 |
| Change from baseline (mean) | +0.6 | +0.004 bc | -0.8 c | -1.4 |
| Difference from placebo | | -0.6 * | -1.4 * | -2.0 * |
| **FPG (mg/dL)** | | | | |
| All | N=166 | N=173 | N=174 | N=167 |
| Baseline (mean) | 194.0 | 196.5 | 196.0 | 197.7 |
| Change from baseline (mean) | +8.0 | -13.1 bc | -30.0 c | -44.9 |
| Difference from placebo | | -21.1 * | -38.0 * | -52.9 * |
| **Weight (kg)** | | | | |
| All | N=160 | N=169 | N=169 | N=160 |
| Baseline (mean) | 85.0 | 85.0 | 86.0 | 87.4 |
| Change from baseline (mean) | -0.4 | +0.9 bc | -0.1 | +0.2 |
| Difference from placebo | | +1.3 * | +0.3 | +0.6 |

a p-value ≤ 0.05 vs. placebo
b p-value ≤ 0.03 vs. metformin
c p-value ≤ 0.05 vs. combination
*Metformin was administered three times daily