NDA 21-302
Page 15

| | Pediatric Patients* Vehicle-Controlled (6 weeks) | | Pediatric Patients* Open-Label (20 weeks) | Pediatric Patients* Vehicle-Controlled (1-year) | | Adult Active Comparator (1 year) |
|---|---|---|---|---|---|---|
| | Elidel Cream (N=267) N (%) | Vehicle (N=136) N (%) | Elidel Cream (N=335) N (%) | Elidel Cream (N=272) N (%) | Vehicle (N=75) N (%) | Elidel Cream (N=328) N (%) |
| Wheezing | 1 (0.4%) | 1 (0.7%) | | 2 (0.7%) | < 1% | 0 |
| Asthma NOS | 2 (0.7%) | 1 (0.7%) | 4 (1.2%) | 10 (3.7%) | 2 (2.7%) | 8 (2.4%) |
| Epistaxis | 0 | | 11 (3.3%) | 9 (3.3%) | 1 (1.3%) | 1 (0.3%) |
| Dyspnea NOS | 0 | 1 (0.7%) | 0 | 5 (1.8%) | 1 (1.3%) | 2 (0.6%) |
| **Gastrointestinal disorders** | | | 0 | | | |
| Abdominal Pain Upper | 11 (4.1%) | 6 (4.4%) | 10 (3.0%) | 15 (5.5%) | 5 (6.7%) | 1 (0.3%) |
| Sore Throat | 9 (3.4%) | 5 (3.7%) | | 22 (8.1%) | 4 (5.3%) | 12 (3.7%) |
| Vomiting NOS | 8 (3.0%) | 6 (4.4%) | 15 (5.4%) | 18 (6.6%) | 6 (8.0%) | 2 (0.6%) |
| Diarrhea NOS | 3 (1.1%) | 1 (0.7%) | 14 (4.2%) | 18 (6.6%) | 4 (5.3%) | 7 (2.1%) |
| Nausea | 1 (0.4%) | 3 (2.2%) | 2 (0.6%) | 11 (4.0%) | 5 (6.7%) | 6 (1.8%) |
| Abdominal Pain NOS | 1 (0.4%) | 1 (0.7%) | 4 (1.2%) | 12 (4.4%) | 3 (4.0%) | 1 (0.3%) |
| Toothache | 1 (0.4%) | 1 (0.7%) | 5 (1.5%) | 7 (2.6%) | 1 (1.3%) | 2 (0.6%) |
| Constipation | 1 (0.4%) | | 2 (0.6%) | 10 (3.7%) | < 1% | 0 |
| Loose Stools | 0 | 1 (0.7%) | 2 (0.6%) | < 1% | < 1% | 0 |
| **Reproductive System and Breast Disorders** | | | 4 (1.2%) | | | |
| Dysmenorrhea | 3 (1.1%) | 0 | 5 (1.5%) | 3 (1.1%) | 1 (1.3%) | 4 (1.2%) |
| **Eye Disorders** | | | | | | |
| Conjunctivitis NEC | 2 (0.7%) | 1 (0.7%) | 7 (2.1%) | 6 (2.2%) | 3 (4.0%) | 10 (3.0%) |
| **Skin & Subcutaneous Tissue Disorders** | | | | | | |
| Urticaria | 3 (1.1%) | 0 | 1 (0.3%) | 1 (1.5%) | < 1% | 3 (0.9%) |
| Acne NOS | 0 | 1 (0.7%) | 1 (0.3%) | 4 (1.5%) | <1% | 6 (1.8%) |
| **Immune System Disorders** | | | | | | |
| Hypersensitivity NOS | 11 (4.1%) | 6 (4.4%) | 16 (4.8%) | 14 (5.1%) | 1 (1.3%) | 11 (3.4%) |
| **Injury and poisoning** | | | | | | |
| Accident NOS | 3 (1.1%) | 1 (0.7%) | 1 (0.3%) | <1 % | 1 (1.3%) | 0 |
| Laceration | 2 (0.9%) | 1 (0.7%) | 5 (1.5%) | < 1% | < 1% | 0 |
| **Musculoskeletal, Connective Tissue and Bone Disorders** | | | | | | |
| Back Pain | 1 (0.4%) | 2 (1.5%) | 1 (0.3%) | < 1% | 0 | 6 (1.8%) |
| Arthralgias | 0 | 0 | 1 (0.3%) | 3 (1.1%) | 1 (1.3%) | 5 (1.5%) |
| **Ear and Labyrinth Disorders** | | | | | | |
| Earache | 2 (0.7%) | 1 (0.7%) | 0 | 8 (2.7%) | 2 (2.7%) | 0 |
| **Nervous system disorders** | | | | | | |
| Headache | 37 (13.9%) | 12 (8.8%) | 38 (11.3%) | 69 (25.4%) | 12 (16.0%) | 23 (7.0%) |

ages 2-17 years

## OVERDOSAGE

There has been no experience of overdose with Elidel® (pimecrolimus) cream 1%. No incidents of accidental ingestion have been reported.  If oral ingestion occurs, medical advice should be sought.

## DOSAGE AND ADMINISTRATION

Apply a thin layer of Elidel® (pimecrolimus) Cream 1% to the affected skin twice daily and rub in gently and completely.   Elidel may be used on all skin surfaces, including the head, neck, and intertriginous areas.

Elidel should be used twice daily for as long as signs and symptoms persist.  Treatment should be discontinued if resolution of disease occurs.  If symptoms persist beyond 6 weeks, the patient should be re-evaluated.

NDA 21-302
Page 16

The safety of Elidel Cream under occlusion, which may promote systemic exposure, has not been evaluated. **Elidel Cream should not be used with occlusive dressings.**

## HOW SUPPLIED

Elidel Cream is available in tubes of 15 grams, 30 grams, and 100 grams.

| | |
|---|---|
| 15 gram tube | NDC 0078-0375-40 |
| 30 gram tube | NDC 0078-0375-46 |
| 100 gram tube | NDC 0078-0375-63 |

Store at 25°C (77°F); excursions permitted to 15°C-30°C (59°F-86°F). Do not freeze.

**Rx Only**

Manufactured by

Novartis Pharma GmbH

Wehr/Baden, Germany

Distributed by

Novartis Pharmaceuticals Corporation

East Hanover, New Jersey 07936

Date (month/year)

Code #

©2000 Novartis

NDA 21-302
Page 17

## *Patient Information*

## Elidel™ Cream, 1%
## (pimecrolimus cream)

**Read this important information before you start using ELIDEL [EL′-ee-del] Cream and each time you refill your prescription. There may be new information. This summary is not meant to take the place of your doctor's advice.**

**What is ELIDEL?**

ELIDEL is a prescription medicine you put on your skin (topical) to treat atopic dermatitis, also known as eczema. Elidel is for use on the skin *only*. ELIDEL is for adults and children age 2 years and older. You can use ELIDEL for short or intermittent long periods of treatment. Intermittent means starting and stopping repeatedly, as directed by your doctor. You can use it on all affected areas of your skin, including your face and neck.

**Who should not use ELIDEL?**

- If you are pregnant or a nursing mother, you should use ELIDEL only if your doctor determines that it is clearly necessary. It is not known if the medicine in ELIDEL will pass through your milk to the baby.
- If you have a skin condition called Netherton's syndrome, ask your doctor before you start using ELIDEL.
- If you are allergic to ELIDEL or any of its ingredients. The active ingredient is pimecrolimus. If you need to know the inactive ingredients, ask your doctor or pharmacist.
- If you think you have a viral infection of your skin, like chicken pox or herpes, do not apply ELIDEL on these areas. Check with your doctor about what to do.

Before you start using ELIDEL, tell your doctor if you are:
- using any other prescription medicines, non-prescription (over-the-counter) medicines, supplements or herbal medicines. Some medicines should be used carefully if you use ELIDEL.
- receiving any form of light therapy (phototherapy, UVA or UVB) on your skin
- using any other type of skin product.
- pregnant or planning to become pregnant. ELIDEL may not be right for you.

**How should I use ELIDEL?**

Use ELIDEL only to treat eczema that has been diagnosed by a doctor.

Wash your hands before using ELIDEL.

Use ELIDEL *only* on your skin. Apply a thin layer of ELIDEL to the affected skin twice daily as directed by your doctor. You can apply ELIDEL cream on affected areas on all skin surfaces, including your face, head, and neck. Avoid contact with your eyes.

NDA 21-302
Page 18

You can use moisturizers with Elidel. Because the skin of patients with eczema can be very dry, you should discuss good skin care practices with your doctor to keep your skin healthy and moisturized. If you use moisturizers, apply them after ELIDEL.

If you are a caregiver applying ELIDEL Cream to a patient, or if you are a patient who is **not** treating your hands, wash your hands with soap and water after applying ELIDEL. This should remove any cream left on the hands.

Do **not** cover the skin being treated with bandages, dressings or wraps. However, you can wear normal clothing.

Do **not** bathe, shower or swim right after applying ELIDEL. This could wash off the cream.

Do **not** use this medication for any disorder other than that for which it was prescribed. Do **not** use ELIDEL in the eyes. Do **not** swallow ELIDEL.

If your condition gets worse at any time or you see no improvement after 6 weeks of treatment, contact your doctor.

Stop using ELIDEL after the signs and symptoms of eczema disappear.

### What should I avoid while using ELIDEL?

Avoid sunlight and sun lamps, tanning beds, and treatment with UVA or UVB light. If you need to be outdoors after applying ELIDEL, wear loose fitting clothing that protects the treated area from the sun. In addition, ask your doctor what other type of protection from the sun you should use.
Check with your doctor or pharmacist before you
- start taking any new medicines while using ELIDEL.
- start using any other ointment, lotions, or creams on your skin

### What are the possible side effects of Elidel?

The most common side effect at the site of application is burning or a feeling of warmth. The burning feeling is usually mild or moderate, occurring in the first 5 days of treatment, and the burning usually clears up in a few days. See your doctor if an application site reaction is severe or persists for more than 1 week.

Other common side effects include headache, and with long-term intermittent use, nasopharyngitis (common cold/stuffy nose), influenza, pharyngitis (sore throat), fever, viral infection, and cough. Some people may get herpes skin infections (like cold sores, chicken pox, or shingles), warts, or swollen lymph nodes (glands).

See your doctor if side effects continue or become a problem.

### How Should I Store ELIDEL?

Store ELIDEL at room temperature (59° to 86°F). Do not freeze. For instance, never leave ELIDEL in your car in cold or hot weather. Make sure the cap on the tube is tightly closed. Keep ELIDEL out of the reach of children.

### General Advice about ELIDEL

Do not use ELIDEL for a condition for which it was not prescribed. If you have any concerns about ELIDEL, ask your doctor. Your doctor or pharmacist can give you information about ELIDEL that was written for health care professionals. For more information, you can also visit the Novartis Internet site at www.elidel.com or call the ELIDEL Help Line at877-4 ELIDEL (877-435-4335).

NDA 21-302
Page 19


Manufactured by

Novartis Pharma GmbH

Wehr/Baden, Germany

Distributed by

Novartis Pharmaceuticals Corporation

East Hanover, New Jersey 07936


Date (month/year)

Code #

©2000 Novartis

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

```
 /s/
 ---------------------
Jonca Bull
2/7/02 02:08:35 PM
```

**Novartis Pharmaceuticals Corporation**
State Government Affairs
One Health Plaza
East Hanover, NJ 07936-1080

Tel   973 781 8421
Fax  973 781 6671

ᛌ NOVARTIS

April 23, 2002

## NEW PRODUCT INTRODUCTION
### DIOVAN HCT® (valsartan and hydrochlorothiazide tablets) 160/25mg

Novartis Pharmaceuticals Corporation is pleased to announce the introduction of DIOVAN HCT® 160/25mg strength. DIOVAN HCT® 160/25mg was approved by the FDA on January 17, 2002.   DIOVAN HCT® is a combination of DIOVAN® and a diuretic for those patients who need additional blood pressure control beyond DIOVAN® or HCTZ alone.  Once-daily DIOVAN HCT® is also available in 80/12.5mg and 160/12.5mg oral tablets. This medication is available by prescription only.

## KEY PRODUCT/PACKAGING INFORMATION:

| NDC Number | 0078-0383-05 | 0078-0383-06 |
|---|---|---|
| Package Strength | 160-25mg | 160/25mg HUD |
| Package Size | 100 Tablets | 10 blisters-10 tablets each blister |
| AWP* | $204.00 | $204.00 |
| Wholesale Price | $163.20 | $163.20 |

*As used herein, the term "AWP" constitutes a reference for this Novartis product, set as a percentage above the price at which the product is offered generally to wholesalers.  Notwithstanding the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.  Please use the above information to update your records.

Enclosed please find the package insert and FDA approval letter.  Thank you for your cooperation.  If you have any questions or require additional information, please feel free to contact me at 973-781-8421.

Sincerely,

Rick Knapp
Executive Director,
State Government Affairs



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
Rockville MD  20857

NDA 20-818/S-012

Novartis Pharmaceuticals Corporation
Attention: Nancy Price
59 Route 10
East Hanover, NJ 07936-1080

Dear Ms. Price:

Please refer to your supplemental new drug application dated September 14, 2001, received September 17, 2001, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Diovan HCT (valsartan/hydrochlorothiazide) Tablets,  80/12.5 mg and 160/12.5 mg.

We acknowledge receipt of your submission dated January 10, 2002.

This supplemental new drug application provides for a new 160/25 mg strength tablet of Diovan HCT.

We have completed the review of this supplemental application, and it is approved with the understanding that a 2 year expiration dating period will apply to this strength of Diovan HCT packaged in trade bottles whereas blisters and physician samples will have an expiration dating period of 18 months.

Please provide final printed labeling in the next annual report.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, call Edward Fromm, Regulatory Project Manager, at (301) 594-5313.

Sincerely,

*{See appended electronic signature page}*

Kasturi Srinivasachar, Ph.D.
Chemistry Team Leader, DNDC I for
 Division of Cardio-Renal Drug Products, (HFD-110)
DNDC I, Office of New Drug Chemistry
Center for Drug Evaluation and Research

# Diovan HCT®

*valsartan and hydrochlorothiazide, USP*
Combination Tablets

80 mg/12.5 mg
160 mg/12.5 mg
160 mg/25 mg

Rx only

Prescribing Information

> **USE IN PREGNANCY**
> When used in pregnancy during the second and third trimesters, drugs that act directly on the renin-angiotensin system can cause injury and even death to the developing fetus. When pregnancy is detected, Diovan HCT should be discontinued as soon as possible. See WARNINGS: Fetal/Neonatal Morbidity and Mortality.

## DESCRIPTION

Diovan HCT® (valsartan and hydrochlorothiazide, USP) is a combination of valsartan, an orally active, specific angiotensin II antagonist acting on the $AT_1$ receptor subtype, and hydrochlorothiazide, a diuretic.

Valsartan, a nonpeptide molecule, is chemically described as *N*-(1-oxopentyl)-*N*-[[2'-(1H-tetrazol-5-yl)[1,1'-biphenyl]-4-yl]methyl]-L-Valine.

Its empirical formula is $C_{24}H_{29}N_5O_3$, its molecular weight is 435.5, and its structural formula is



Valsartan is a white to practically white fine powder. It is soluble in ethanol and methanol and slightly soluble in water.

Hydrochlorothiazide USP is a white, or practically white, practically odorless, crystalline powder. It is slightly soluble in water; freely soluble in sodium hydroxide solution, in n-butylamine, and in dimethylformamide; sparingly soluble in methanol; and insoluble in ether, in chloroform, and in dilute mineral acids. Hydrochlorothiazide is chemically described as 6-chloro-3,4-dihydro-2H-1,2,4-benzothiadiazine-7-sulfonamide 1,1-dioxide. Hydrochlorothiazide is a thiazide diuretic. Its empirical formula is $C_7H_8ClN_3O_4S_2$, its molecular weight is 297.73, and its structural formula is



Diovan HCT tablets are formulated for oral administration to contain valsartan and hydrochlorothiazide, USP 80/12.5 mg, 160/12.5 mg and 160/25 mg. The inactive ingredients of the tablets are colloidal silicon dioxide, crospovidone, hydroxypropyl methylcellulose, iron oxides, magnesium stearate, microcrystalline cellulose, polyethylene glycol, talc, and titanium dioxide.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

Angiotensin II is formed from angiotensin I in a reaction catalyzed by angiotensin-converting enzyme (ACE, kininase II). Angiotensin II is the principal pressor agent of the renin-angiotensin system, with effects that include vasoconstriction, stimulation of synthesis and release of aldosterone, cardiac stimulation, and renal reabsorption of sodium. Valsartan blocks the vasoconstrictor and aldosterone-secreting effects of angiotensin II by selectively blocking the binding of angiotensin II to the $AT_1$ receptor in many tissues, such as vascular smooth muscle and the adrenal gland. Its action is therefore independent of the pathways for angiotensin II synthesis.

There is also an $AT_2$ receptor found in many tissues, but $AT_2$ is not known to be associated with cardiovascular homeostasis. Valsartan has much greater affinity (about 20,000-fold) for the $AT_1$ receptor than for the $AT_2$ receptor. The primary metabolite of valsartan is essentially inactive with an affinity for the $AT_1$ receptor about one 200th that of valsartan itself.

Blockade of the renin-angiotensin system with ACE inhibitors, which inhibit the biosynthesis of angiotensin II from angiotensin I, is widely used in the treatment of hypertension. ACE inhibitors also inhibit the degradation of bradykinin, a reaction also catalyzed by ACE. Because valsartan does not inhibit ACE (kininase II) it does not affect the response to bradykinin. Whether this difference has clinical relevance is not yet known. Valsartan does not bind to or block other hormone receptors or ion channels known to be important in cardiovascular regulation.

Blockade of the angiotensin II receptor inhibits the negative regulatory feedback of angiotensin II on renin secretion, but the resulting increased plasma renin activity and angiotensin II circulating levels do not overcome the effect of valsartan on blood pressure.

Hydrochlorothiazide is a thiazide diuretic. Thiazides affect the tubular mechanisms of electrolyte reabsorption, directly increasing excretion of sodium and chloride in approximately equivalent amounts. Indirectly, the diuretic action of hydrochlorothiazide reduces plasma volume, with consequent increases in plasma renin activity, increases in aldosterone secretion, increases in urinary potassium loss, and decreases in serum potassium. The renin-aldosterone link is mediated by angiotensin II, so coadministration of an angiotensin II receptor antagonist tends to reverse the potassium loss associated with these diuretics.

The mechanism of the antihypertensive effect of thiazides is unknown.

### Pharmacokinetics

#### Valsartan

Valsartan peak plasma concentration is reached 2 to 4 hours after dosing. Valsartan shows bi-exponential decay kinetics following intravenous administration, with an average elimination half-life of about 6 hours. Absolute bioavailability for the capsule formulation is about 25% (range 10%-35%). Food decreases the exposure (as measured by AUC) to valsartan by about 40% and peak plasma concentration ($C_{max}$) by about 50%. AUC and $C_{max}$ values of valsartan increase approximately linearly with increasing dose over the clinical dosing range. Valsartan does not accumulate appreciably in plasma following repeated administration.

*Metabolism and Elimination*

#### Valsartan

Valsartan, when administered as an oral solution, is primarily recovered in feces (about 83% of dose) and urine (about 13% of dose). The recovery is mainly as unchanged drug, with only about 20% of dose recovered as metabolites. The primary metabolite, accounting for about 9% of dose, is valeryl 4-hydroxy valsartan. The enzyme(s) responsible for valsartan metabolism have not been identified but do not seem to be CYP 450 enzymes.

Following intravenous administration, plasma clearance of valsartan is about 2 L/h and its renal clearance is 0.62 L/h (about 30% of total clearance).

#### Hydrochlorothiazide

Hydrochlorothiazide is not metabolized but is eliminated rapidly by the kidney. At least 61% of the oral dose is eliminated as unchanged drug within 24 hours. The elimination half-life is between 5.8 and 18.9 hours.

### Distribution

#### Valsartan

The steady state volume of distribution of valsartan after intravenous administration is small (17 L), indicating that valsartan does not distribute into tissues extensively. Valsartan is highly bound to serum proteins (95%), mainly serum albumin.

#### Hydrochlorothiazide

Hydrochlorothiazide crosses the placental but not the blood-brain barrier and is excreted in breast milk.

### Special Populations

*Pediatric:* The pharmacokinetics of valsartan have not been investigated in patients <18 years of age.

*Geriatric:* Exposure (measured by AUC) to valsartan is higher by 70% and the half-life is longer by 35% in the elderly than in the young. No dosage adjustment is necessary (see DOSAGE AND ADMINISTRATION).

*Gender:* Pharmacokinetics of valsartan does not differ significantly between males and females.

*Race:* Pharmacokinetic differences due to race have not been studied.

*Renal Insufficiency:* There is no apparent correlation between renal function (measured by creatinine clearance) and exposure (measured by AUC) to valsartan in patients with different degrees of renal impairment. Consequently, dose adjustment is not required in patients with mild-to-moderate renal dysfunction. No studies have been performed in patients with severe impairment of renal function (creatinine clearance <10 mL/min). Valsartan is not removed from the plasma by hemodialysis. In the case of severe renal disease, exercise care with dosing of valsartan (see DOSAGE AND ADMINISTRATION).

Thiazide diuretics are eliminated by the kidney, with a terminal half-life of 5-15 hours. In a study of patients with impaired renal function (mean creatinine clearance of 19 mL/min), the half-life of hydrochlorothiazide elimination was lengthened to 21 hours.

*Hepatic Insufficiency:* On average, patients with mild-to-moderate chronic liver disease have twice the exposure (measured by AUC values) to valsartan of healthy volunteers (matched by age, sex and weight). In general, no dosage adjustment is needed in patients with mild-to-moderate liver disease. Care should be exercised in patients with liver disease (see DOSAGE AND ADMINISTRATION).

### Pharmacodynamics and Clinical Effects

#### Valsartan – Hydrochlorothiazide

In controlled clinical trials including over 1500 patients, 730 patients were exposed to valsartan (80 and 160 mg) and concomitant hydrochlorothiazide (12.5 and 25 mg). A factorial trial compared the combinations of 80/12.5 mg, 80/25 mg, 160/12.5 mg and 160/25 mg with their respective components and placebo. The combination of valsartan and hydrochlorothiazide resulted in additive placebo-adjusted decreases in systolic and diastolic blood pressure at trough of 15-21/8-11 mmHg at 80/12.5 mg to 160/25 mg, compared to 7-10/4-6 mmHg for valsartan 80 mg to 160 mg and 6-10/3-5 mmHg for hydrochlorothiazide 12.5 mg to 25 mg, alone.

In another controlled trial the addition of hydrochlorothiazide to valsartan 80 mg resulted in additional lowering of systolic and diastolic blood pressure by approximately 6/3 and 12/5 mmHg for 12.5 mg and 25 mg of hydrochlorothiazide, respectively, compared to valsartan 80 mg alone.

The maximal antihypertensive effect was attained 4 weeks after the initiation of therapy, the first time point at which blood pressure was measured in these trials.

In long-term follow-up studies (without placebo control) the effect of the combination of valsartan and hydrochlorothiazide appeared to be maintained for up to two years. The antihypertensive effect is independent of age or gender. The overall response to the combination was similar for black and non-black patients.

There was essentially no change in heart rate in patients treated with the combination of valsartan and hydrochlorothiazide in controlled trials.

#### Valsartan

Valsartan antagonizes the effect of angiotensin II infusions. An oral dose of 80 mg inhibits the pressor effect by about 80% at peak with approximately 30% inhibition persisting for 24 hours. No information on the effect of larger doses is available.

Removal of the negative feedback of angiotensin II causes a 2- to 3-fold rise in plasma renin and consequent rise in angiotensin II plasma concentration in hypertensive patients. Minimal decreases in plasma aldosterone were observed after administration of valsartan; very little effect on serum potassium was observed.

In multiple-dose studies in hypertensive patients with stable renal insufficiency and patients with renovascular hypertension, valsartan had no clinically significant effects on glomerular filtration rate, filtration fraction, creatinine clearance, or renal plasma flow.

In multiple-dose studies in hypertensive patients, valsartan had no notable effects on total cholesterol, fasting triglycerides, fasting serum glucose, or uric acid.

The antihypertensive effects of valsartan were demonstrated principally in 7 placebo-controlled, 4- to 12-week trials (one in patients over 65) of dosages from 10 to 320 mg/day in patients with baseline diastolic blood pressures of 95-115. The studies allowed comparison of once-daily and twice-daily regimens of 160 mg/day; comparison of peak and trough effects; comparison on (in pooled data) of response by gender, age, and race; and evaluation of incremental effects of hydrochlorothiazide.

Administration of valsartan to patients with essential hypertension results in a significant reduction of sitting, supine, and standing systolic and diastolic blood pressure, usually with little or no orthostatic change.

In most patients, after administration of a single oral dose, onset of antihypertensive activity occurs at approximately 2 hours, and maximum reduction of blood pressure is achieved within 6 hours. The antihypertensive effect persists for 24 hours after dosing, but there is a decrease from peak effect at lower doses (40 mg) presumably reflecting loss of inhibition of angiotensin II. At higher doses, however (160 mg), there is little difference in peak and trough effect. During repeated dosing, the reduction in blood pressure with any dose is substantially present within 2 weeks, and maximal reduction is generally attained after 4 weeks. In long-term follow-up studies (without placebo control) the effect of valsartan appeared to be maintained for up to two years. The antihypertensive effect is independent of age, gender or race. The latter finding regarding race is based on pooled data and should be viewed cautiously, because antihypertensive drugs that affect the renin-angiotensin system (that is, ACE inhibitors and angiotensin-II blockers) have generally been found to be less effective in low-renin hypertensives (frequently blacks) than in high-renin hypertensives (frequently whites). In pooled, randomized, controlled trials of Diovan that included a total of 140 blacks and 830 whites, valsartan and an ACE inhibitor control were generally at least as effective in blacks as whites. The explanation for this difference from previous findings is unclear.

Abrupt withdrawal of valsartan has not been associated with a rapid increase in blood pressure.

The 7 studies of valsartan monotherapy included over 2000 patients randomized to various doses of valsartan and about 800 patients randomized to placebo. Doses below 80 mg were not consistently distinguished from those of placebo at trough, but doses of 80, 160 and 320 mg produced dose-related decreases in systolic and diastolic blood pressure, with the difference from placebo of approximately 6-9/3-5 mmHg at 80-160 mg and 9/6 mmHg at 320 mg.

Patients with an inadequate response to 80 mg once daily were titrated to either 160 mg once daily or 80 mg twice daily, which resulted in a comparable response in both groups.

In controlled trials, the antihypertensive effect of once daily valsartan 80 mg was similar to that of once daily enalapril 20 mg or once daily lisinopril 10 mg.

There was essentially no change in heart rate in valsartan-treated patients in controlled trials.

#### Hydrochlorothiazide

After oral administration of hydrochlorothiazide, diuresis begins within 2 hours, peaks in about 4 hours and lasts about 6 to 12 hours.

## INDICATIONS AND USAGE

Diovan HCT® (valsartan and hydrochlorothiazide, USP) is indicated for the treatment of hypertension. This fixed dose combination is not indicated for initial therapy (see DOSAGE AND ADMINISTRATION).

## CONTRAINDICATIONS

Diovan HCT® (valsartan and hydrochlorothiazide, USP) is contraindicated in patients who are hypersensitive to any component of this product.

Because of the hydrochlorothiazide component, this product is contraindicated in patients with anuria or hypersensitivity to other sulfonamide-derived drugs.

## WARNINGS

### Fetal/Neonatal Morbidity and Mortality

Drugs that act directly on the renin-angiotensin system can cause fetal and neonatal morbidity and death when administered to pregnant women. Several dozen cases have been reported in the world literature in patients who

*Diovan HCT® (valsartan and hydrochlorothiazide, USP)*

...ere taking angiotensin-converting enzyme inhibitors. When pregnancy is detected, Diovan HCT® (valsartan and hydrochlorothiazide, USP) should be discontinued as soon as possible.

The use of drugs that act directly on the renin-angiotensin system during the second and third trimesters of pregnancy has been associated with fetal and neonatal injury, including hypotension, neonatal skull hypoplasia, anuria, reversible or irreversible renal failure, and death. Oligohydramnios has also been reported, presumably resulting from decreased fetal renal function; oligohydramnios in this setting has been associated with fetal limb contractures, craniofacial deformation, and hypoplastic lung development. Prematurity, intrauterine growth retardation, and patent ductus arteriosus have also been reported, although it is not clear whether these occurrences were due to exposure to the drug.

These adverse effects do not appear to have resulted from intrauterine drug exposure that has been limited to the first trimester.

Mothers whose embryos and fetuses are exposed to an angiotensin II receptor antagonist only during the first trimester should be so informed. Nonetheless, when patients become pregnant, physicians should advise the patient to discontinue the use of Diovan HCT as soon as possible.

Rarely (probably less often than once in every thousand pregnancies), no alternative to a drug acting on the renin-angiotensin system will be found. In these rare cases, the mothers should be apprised of the potential hazards to their fetuses, and serial ultrasound examinations should be performed to assess the intraamniotic environment.

If oligohydramnios is observed, Diovan HCT should be discontinued unless it is considered life-saving for the mother. Contraction stress testing (CST), a nonstress test (NST), or biophysical profiling (BPP) may be appropriate, depending upon the week of pregnancy. Patients and physicians should be aware, however, that oligohydramnios may not appear until after the fetus has sustained irreversible injury.

Infants with histories of *in utero* exposure to an angiotensin II receptor antagonist should be closely observed for hypotension, oliguria, and hyperkalemia. If oliguria occurs, attention should be directed toward support of blood pressure and renal perfusion. Exchange transfusion or dialysis may be required as means of reversing hypotension and/or substituting for disordered renal function.

**Valsartan - Hydrochlorothiazide in Animals**
There was no evidence of teratogenicity in mice, rats, or rabbits treated orally with valsartan at doses up to 600, 100 and 10 mg/kg/day, respectively, in combination with hydrochlorothiazide at doses up to 188, 31 and 3 mg/kg/day. These non-teratogenic doses in mice, rats and rabbits, respectively, represent 18, 7 and 1 times the maximum recommended human dose (MRHD) of valsartan and 38, 13 and 2 times the MRHD of hydrochlorothiazide on a mg/m² basis. (Calculations assume an oral dose of 160 mg/day valsartan in combination with 25 mg/day hydrochlorothiazide and a 60-kg patient.)

Fetotoxicity was observed in association with maternal toxicity in rats and rabbits at valsartan doses of ≥200 and 10 mg/kg/day, respectively, in combination with hydrochlorothiazide doses of ≥63 and 3 mg/kg/day. Fetotoxicity in rats was considered to be related to decreased fetal weights and included fetal variations of cavitation, vertebrae, ribs and/or renal papillae. Fetotoxicity in rabbits included increased numbers of late resorptions with resultant increases in total resorptions, postimplantation losses and decreased number of live fetuses. The no observed adverse effect doses in mice, rats and rabbits for valsartan were 600, 100 and 3 mg/kg/day, respectively, in combination with hydrochlorothiazide doses of 188, 31 and 1 mg/kg/day. These no adverse effect doses in mice, rats and rabbits, respectively, represent 5, 1.5 and 0.06 times the MRHD of valsartan and 38, 13 and 0.5 times the MRHD of hydrochlorothiazide on a mg/m² basis. (Calculations assume an oral dose of 160 mg/day valsartan in combination with 25 mg/day hydrochlorothiazide and a 60-kg patient.)

**Valsartan in Animals**
No teratogenic effects were observed when valsartan was administered to pregnant mice and rats at oral doses up to 600 mg/kg/day and to pregnant rabbits at oral doses up to 10 mg/kg/day. However, significant decreases in fetal weight, pup birth weight, pup survival rate, and slight delays in developmental milestones were observed in studies in which parental rats were treated with valsartan at oral, maternally toxic (reduction in body weight gain and food consumption) doses of 600 mg/kg/day during organogenesis or late gestation and lactation. In rabbits, fetotoxicity (i.e., resorptions, litter loss, abortions, and low body weight) associated with maternal toxicity (mortality) was observed at doses of 5 and 10 mg/kg/day. The no observed adverse effect doses of 600, 200 and 2 mg/kg/day in mice, rats and rabbits represent 18, 12 and 0.2 times, respectively, the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 160 mg/day valsartan and a 60-kg patient.)

**Hydrochlorothiazide in Animals**
Under the auspices of the National Toxicology Program, pregnant mice and rats that received hydrochlorothiazide via gavage at doses up to 3000 and 1000 mg/kg/day, respectively, on gestation days 6 through 15 showed no evidence of teratogenicity. These doses of hydrochlorothiazide in mice and rats represent 608 and 406 times, respectively, the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 25 mg/day and a 60-kg patient.)

Intrauterine exposure to thiazide diuretics is associated with fetal or neonatal jaundice, thrombocytopenia, and possibly other adverse reactions that have occurred in adults.

**Hypotension in Volume- and/or Salt-Depleted Patients**
Excessive reduction of blood pressure was rarely seen (0.5%) in patients with uncomplicated hypertension treated with Diovan HCT. In patients with an activated renin-angiotensin system, such as volume- and/or salt-depleted patients receiving high doses of diuretics, symptomatic hypotension may occur. This condition should be corrected prior to administration of Diovan HCT, or the treatment should start under close medical supervision.

If hypotension occurs, the patient should be placed in the supine position and, if necessary, given an intravenous infusion of normal saline. A transient hypotensive response is not a contraindication to further treatment, which usually can be continued without difficulty once the blood pressure has stabilized.

**Hydrochlorothiazide**
**Impaired Hepatic Function**
Thiazide diuretics should be used with caution in patients with impaired hepatic function or progressive liver disease, since minor alterations of fluid and electrolyte balance may precipitate hepatic coma.

**Hypersensitivity Reaction**
Hypersensitivity reactions to hydrochlorothiazide may occur in patients with or without a history of allergy or bronchial asthma, but are more likely in patients with such a history.

**Systemic Lupus Erythematosus**
Thiazide diuretics have been reported to cause exacerbation or activation of systemic lupus erythematosus.

**Lithium Interaction**
Lithium generally should not be given with thiazides (see PRECAUTIONS, Drug Interactions, Hydrochlorothiazide, Lithium).

**PRECAUTIONS**
**Serum Electrolytes**
*Valsartan - Hydrochlorothiazide*
In the controlled trials of various doses of the combination of valsartan and hydrochlorothiazide the incidence of hypertensive patients who developed hypokalemia (serum potassium <3.5 mEq/L) was 4.5%; the incidence of hyperkalemia (serum potassium >5.7 mEq/L) was 0.3%. Two patients (0.3%) discontinued from a trial for decreases in serum potassium.

In controlled clinical trials of Diovan HCT® (valsartan and hydrochlorothiazide, USP), the average change in serum potassium was near zero in subjects who received Diovan HCT 160/12.5 mg, but the average subject who received Diovan HCT 80/12.5 mg, 80/25 mg or 160/25 mg experienced a mild reduction in serum potassium.

In clinical trials, the opposite effects of valsartan (80 or 160 mg) and hydrochlorothiazide (12.5 mg) on serum potassium approximately balanced each other in many patients, on the other effect may be dominant. Periodic determinations of serum electrolytes to detect possible electrolyte imbalance should be performed at appropriate intervals.

*Hydrochlorothiazide*
All patients receiving thiazide therapy should be observed for clinical signs of fluid or electrolyte imbalance: hyponatremia, hypochloremic alkalosis, and hypokalemia. Serum and urine electrolyte determinations are particularly important when the patient is vomiting excessively or receiving parenteral fluids. Warning signs or symptoms of fluid and electrolyte imbalance, irrespective of cause, include dryness of mouth, thirst, weakness, lethargy, drowsiness, restlessness, confusion, seizures, muscle pains or cramps, muscular fatigue, hypotension, oliguria, tachycardia, and gastrointestinal disturbances such as nausea and vomiting.

Hypokalemia may develop, especially with brisk diuresis, when severe cirrhosis is present, or after prolonged therapy.

Interference with adequate oral electrolyte intake will also contribute to hypokalemia. Hypokalemia may cause cardiac arrhythmia and may also sensitize or exaggerate the response of the heart to the toxic effects of digitalis (e.g., increased ventricular irritability).

Although any chloride deficit is generally mild and usually does not require specific treatment except under extraordinary circumstances (as in liver disease or renal disease), chloride replacement may be required in the treatment of metabolic alkalosis.

Dilutional hyponatremia may occur in edematous patients in hot weather; appropriate therapy is water restriction, rather than administration of salt except in rare instances when the hyponatremia is life-threatening. In actual salt depletion, appropriate replacement is the therapy of choice.

Hyperuricemia may occur or frank gout may be precipitated in certain patients receiving thiazide therapy.

In diabetic patients dosage adjustments of insulin or oral hypoglycemic agents may be required. Hyperglycemia may occur with thiazide diuretics. Thus latent diabetes mellitus may become manifest during thiazide therapy.

The antihypertensive effects of the drug may be enhanced in the postsympathectomy patient.

If progressive renal impairment becomes evident, consider withholding or discontinuing diuretic therapy.

Thiazides have been shown to increase the urinary excretion of magnesium; this may result in hypomagnesemia.

Thiazides may decrease urinary calcium excretion. Thiazides may cause intermittent and slight elevation of serum calcium in the absence of known disorders of calcium metabolism. Marked hypercalcemia may be evidence of hidden hyperparathyroidism. Thiazides should be discontinued before carrying out tests for parathyroid function.

Increases in cholesterol and triglyceride levels may be associated with thiazide diuretic therapy.

**Impaired Hepatic Function**
*Valsartan*
As the majority of valsartan is eliminated in the bile, patients with mild-to-moderate hepatic impairment, including patients with biliary obstructive disorders, showed lower valsartan clearance (higher AUCs). Care should be exercised in administering valsartan to these patients.

**Impaired Renal Function**
*Valsartan*
As a consequence of inhibiting the renin-angiotensin-aldosterone system, changes in renal function may be anticipated in susceptible individuals. In patients whose renal function may depend on the activity of the renin-angiotensin-aldosterone system (e.g., patients with severe congestive heart failure), treatment with angiotensin-converting enzyme inhibitors and angiotensin receptor antagonists has been associated with oliguria and/or progressive azotemia and (rarely) with acute renal failure and/or death. Similar outcomes have been reported with Diovan.

In studies of ACE inhibitors in patients with unilateral or bilateral renal artery stenosis, increases in serum creatinine or blood urea nitrogen have been reported. In a 4-day trial of valsartan in 12 patients with unilateral renal artery stenosis, no significant increases in serum creatinine or blood urea nitrogen were observed. There has been no long-term use of valsartan in patients with unilateral or bilateral renal artery stenosis, but an effect similar to that seen with ACE inhibitors should be anticipated.

*Hydrochlorothiazide*
Thiazides should be used with caution in severe renal disease. In patients with renal disease, thiazides may precipitate azotemia. Cumulative effects of the drug may develop in patients with impaired renal function.

**Information for Patients**
*Pregnancy:* Female patients of childbearing age should be told about the consequences of second- and third-trimester exposure to drugs that act on the renin-angiotensin system, and they should also be told that these consequences do not appear to have resulted from intrauterine drug exposure that has been limited to the first trimester. These patients should be asked to report pregnancies to their physicians as soon as possible.

*Symptomatic Hypotension:* A patient receiving Diovan HCT should be cautioned that lightheadedness can occur, especially during the first days of therapy, and that it should be reported to the prescribing physician. The patients should be told that if syncope occurs, Diovan HCT should be discontinued until the physician has been consulted.

All patients should be cautioned that inadequate fluid intake, excessive perspiration, diarrhea, or vomiting can lead to an excessive fall in blood pressure, with the same consequences of lightheadedness and possible syncope.

*Potassium Supplements:* A patient receiving Diovan HCT should be told not to use potassium supplements or salt substitutes containing potassium without consulting the prescribing physician.

**Drug Interactions**
*Valsartan*
No clinically significant pharmacokinetic interactions were observed when valsartan was coadministered with amlodipine, atenolol, cimetidine, digoxin, furosemide, glyburide, hydrochlorothiazide, or indomethacin. The valsartan-atenolol combination was more antihypertensive than either component, but it did not lower the heart rate more than atenolol alone.

Coadministration of valsartan and warfarin did not change the pharmacokinetics of valsartan or the time-course of the anticoagulant properties of warfarin.

*CYP 450 Interactions:* The enzyme(s) responsible for valsartan metabolism have not been identified but do not seem to be CYP 450 enzymes. The inhibitory or induction potential of valsartan on CYP 450 is also unknown.

*Hydrochlorothiazide*
When administered concurrently the following drugs may interact with thiazide diuretics:

*Alcohol, barbiturates, or narcotics* – Potentiation of orthostatic hypotension may occur.

*Antidiabetic drugs (oral agents and insulin)* – Dosage adjustment of the antidiabetic drug may be required.

*Other antihypertensive drugs* – Additive effect or potentiation.

*Cholestyramine and colestipol resins* – Absorption of hydrochlorothiazide is impaired in the presence of anionic exchange resins. Single doses of either cholestyramine or colestipol resins bind the hydrochlorothiazide and reduce its absorption from the gastrointestinal tract by up to 85% and 43% respectively.

*Corticosteroids, ACTH* – Intensified electrolyte depletion, particularly hypokalemia.

*Pressor amines (e.g., norepinephrine)* – Possible decreased response to pressor amines but not sufficient to preclude their use.

*Skeletal muscle relaxants, nondepolarizing (e.g., tubocurarine)* – Possible increased responsiveness to the muscle relaxant.

*Lithium* – Should not generally be given with diuretics. Diuretic agents reduce the renal clearance of lithium and add a high risk of lithium toxicity. Refer to the package insert for lithium preparations before use of such preparations with Diovan HCT.

*Non-steroidal anti-inflammatory Drugs* – In some patients, the administration of a non-steroidal anti-inflammatory agent can reduce the diuretic, natriuretic, and antihypertensive effects of loop, potassium-sparing and thiazide diuretics. Therefore, when Diovan HCT and non-steroidal anti-inflammatory agents are used concomitantly, the patient should be observed closely to determine if the desired effect of the diuretic is obtained.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**
*Valsartan - Hydrochlorothiazide*
No carcinogenicity, mutagenicity or fertility studies have been conducted with the combination of valsartan and hydrochlorothiazide. However, these studies have been conducted for valsartan as well as hydrochlorothiazide alone. Based on the preclinical safety and human pharmacokinetic studies, there is no indication of any adverse interaction between valsartan and hydrochlorothiazide.

*Valsartan*
There was no evidence of carcinogenicity when valsartan was administered in the diet to mice and rats for up to 2 years at doses up to 160 and 200 mg/kg/day, respectively. These doses in mice and rats are about 5 and 12 times, respectively, the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 160 mg/day and a 60-kg patient.)

Mutagenicity studies did not reveal any valsartan-related effects at either the gene or chromosome level. These assays included bacterial mutagenicity tests with *Salmonella* (Ames) and *E coli*, a gene mutation test with Chinese hamster V79 cells, a cytogenetic test with Chinese hamster ovary cells, and a rat micronucleus test.

Diovan HCT® (valsartan and hydrochlorothiazide, USP)

Valsartan had no adverse effects on the reproductive performance of male or female rats at oral doses up to 200 mg/kg/day. This dose at 12 times the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 160 mg/day and a 60-kg patient.)

**Hydrochlorothiazide**

Two-year feeding studies in mice and rats conducted under the auspices of the National Toxicology Program (NTP) uncovered no evidence of a carcinogenic potential of hydrochlorothiazide in female mice (at doses of up to approximately 600 mg/kg/day) or in male and female rats (at doses of up to approximately 100 mg/kg/day). The NTP, however, found equivocal evidence for hepatocarcinogenicity in male mice.

Hydrochlorothiazide was not genotoxic in Vitro in the Ames mutagenicity assay of Salmonella Typhimurium strains TA 98, TA 100, TA 1535, TA 1537, and TA 1538 and in the Chinese Hamster Ovary (CHO) test for chromosomal aberrations, or In Vivo in assays using mouse germinal cell chromosomes, Chinese hamster bone marrow chromosomes, and the Drosophila sex-linked recessive lethal trait gene. Positive test results were obtained only in the In Vitro CHO Sister Chromatid Exchange (clastogenicity) and in the Mouse Lymphoma Cell (mutagenicity) assays, using concentrations of hydrochlorothiazide from 43 to 1300 mcg/ml/mL, and in the Aspergillus Nidulans nondisjunction assay at an unspecified concentration.

Hydrochlorothiazide had no adverse effects on the fertility of mice and rats of either sex in studies wherein these species were exposed, via their diet, to doses of up to 100 and 4 mg/kg, respectively, prior to mating and throughout gestation.

**Pregnancy Categories C** (first trimester) and **D** (second and third trimesters)
See WARNINGS, Fetal/Neonatal Morbidity and Mortality.

**Nursing Mothers**
It is not known whether valsartan is excreted in human milk, but valsartan was excreted in the milk of lactating rats. Thiazides appear in human milk. Because of the potential for adverse effects on the nursing infant, a decision should be made whether to discontinue nursing or discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use**
Safety and effectiveness in pediatric patients have not been established.

**Geriatric Use**
In the controlled clinical trials of Diovan HCT, 17 (16%) of patients treated with valsartan-hydrochlorothiazide were ≥65 years and 16 (2.2%) were ≥75 years. No overall difference in the efficacy or safety of valsartan-hydrochlorothiazide was observed between these patients and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

**ADVERSE REACTIONS**
Diovan HCT® (valsartan and hydrochlorothiazide, USP) has been evaluated for safety in more than 1,300 patients, including over 360 treated for over 6 months, and 170 for over 1 year. Adverse experiences have generally been mild and transient in nature and have only infrequently required discontinuation of therapy. The overall incidence of adverse experiences with Diovan HCT was comparable to placebo.

The overall frequency of adverse experiences was neither dose-related nor related to gender, age or race. In controlled clinical trials, discontinuation of therapy due to side effects was required in 3.6% of valsartan-hydrochlorothiazide patients and 4.3% of placebo patients. The most common reasons for discontinuation of therapy with Diovan HCT were headache, fatigue and dizziness.

The adverse experiences that occurred in controlled clinical trials in at least 2% of patients treated with Diovan HCT and at a higher incidence in valsartan-hydrochlorothiazide (n=730) than placebo (n=93) patients included dizziness (9% vs 7%), viral infection (3% vs 1%), fatigue (5% vs 1%), pharyngitis (3% vs 1%), coughing (3% vs 0%) and diarrhea (3% vs 0%).

Headache, upper respiratory infection, sinusitis, back pain and chest pain occurred at a more than 2% rate but at about the same incidence in placebo and valsartan-hydrochlorothiazide patients.

Dose-related orthostatic effects were seen in less than 1% of patients. A dose-related increase in the incidence of dizziness was observed in patients treated with Diovan HCT from 80/12.5 mg (6%) to 160/25 mg (16%).

Other adverse experiences that have been reported with valsartan-hydrochlorothiazide (<0.2% of valsartan-hydrochlorothiazide patients in controlled clinical trials) without regard to causality, are listed below:

*Body as a Whole:* Allergic reaction, anaphylaxis, asthenia, and dependent edema.

*Cardiovascular:* Palpitations, syncope, and tachycardia.

*Dermatologic:* Flushing, rash, sunburn, and increased sweating.

*Digestive:* Increased appetite, constipation, dyspepsia, flatulence, dry mouth, nausea, abdominal pain, and vomiting.

*Metabolic:* Dehydration and gout.

*Musculoskeletal:* Arthralgia, muscle cramps, muscle weakness, arm pain, and leg pain.

*Neurologic and Psychiatric:* Anxiety, depression, insomnia, decreased libido, paresthesia, and somnolence.

*Respiratory:* Bronchospasm, dyspnea, and epistaxis.

*Special Senses:* Tinnitus, vertigo, and abnormal vision.

*Urogenital:* Dysuria, impotence, micturition frequency, and urinary tract infection.

**Valsartan**
In trials in which valsartan was compared to an ACE inhibitor with or without placebo, the incidence of dry cough was significantly greater in the ACE inhibitor group (7.9%) than in the groups who received valsartan (2.6%) or placebo (1.5%). In a 129-patient trial limited to patients who had had dry cough when they had previously received ACE inhibitors, the incidences of cough in patients who received valsartan, hydrochlorothiazide, or lisinopril were 20%, 19%, 69% respectively (p <0.001).

**Post-Marketing Experience**
The following additional adverse reactions have been reported in post-marketing experience:

*Hypersensitivity:* There are rare reports of angioedema.

*Digestive:* Elevated liver enzymes and very rare reports of hepatitis;

*Renal:* Impaired Renal Function;

*Clinical Laboratory Tests:* Hyperkalemia;

*Dermatologic:* Alopecia.

**Hydrochlorothiazide**
Other adverse experiences that have been reported with hydrochlorothiazide, without regard to causality, are listed below:

*Body As A Whole:* weakness;

*Digestive:* pancreatitis, jaundice (intrahepatic cholestatic jaundice), sialadenitis, cramping, gastric irritation;

*Hematologic:* aplastic anemia, agranulocytosis, leukopenia, hemolytic anemia, thrombocytopenia;

*Hypersensitivity:* purpura, photosensitivity, urticaria, necrotizing angiitis (vasculitis and cutaneous vasculitis), fever, respiratory distress including pneumonitis and pulmonary edema, anaphylactoid reactions;

*Metabolic:* hyperglycemia, glycosuria, hyperuricemia;

*Musculoskeletal:* muscle spasm;

*Nervous System/Psychiatric:* restlessness;

*Renal:* renal failure, renal dysfunction, interstitial nephritis;

*Skin:* erythema multiforme including Stevens-Johnson syndrome, exfoliative dermatitis including toxic epidermal necrolysis;

*Special Senses:* transient blurred vision, xanthopsia.

**Clinical Laboratory Test Findings**
In controlled clinical trials, clinically important changes in standard laboratory parameters were rarely associated with administration of Diovan HCT.

*Creatinine:* Minor elevations in creatinine occurred in 1.4% of patients taking Diovan HCT and 1.1% given placebo in controlled clinical trials.

*Hemoglobin and Hematocrit:* Greater than 20% decreases in hemoglobin and hematocrit were observed in 0.1% and 1.0%, respectively, of Diovan HCT patients, compared with 0.0% in placebo-treated patients.

*Liver function tests:* Occasional elevations (greater than 150%) of liver chemistries occurred in Diovan HCT-treated patients.

*Neutropenia:* Neutropenia was observed in 0.6% of patients treated with Diovan HCT and 0.0% for patients treated with placebo.

*Serum Electrolytes:* See PRECAUTIONS.

**OVERDOSAGE**
*Valsartan — Hydrochlorothiazide*
Limited data are available related to overdosage in humans. The most likely manifestations of overdosage would be hypotension and tachycardia; bradycardia could occur from parasympathetic (vagal) stimulation. If symptomatic hypotension should occur, supportive treatment should be instituted.

Valsartan is not removed from the plasma by dialysis.

The degree to which hydrochlorothiazide is removed by hemodialysis has not been established. The most common signs and symptoms observed in patients are those caused by electrolyte depletion (hypokalemia, hypochloremia, hyponatremia) and dehydration resulting from excessive diuresis. If digitalis has also been administered, hypokalemia may accentuate cardiac arrhythmias.

In rats and marmosets, single oral doses of valsartan up to 1524 and 762 mg/kg in combination with hydrochlorothiazide at doses up to 476 and 238 mg/kg, respectively, were very well tolerated without any treatment-related effects. These no adverse effect doses in rats and marmosets, respectively, represent 93 and 56 times the maximum recommended human dose (MRHD) of valsartan and 188 and 113 times the MRHD of hydrochlorothiazide on a mg/m² basis. (Calculations assume an oral dose of 160 mg/day valsartan in combination with 25 mg/day hydrochlorothiazide and a 60-kg patient.)

**Valsartan**
Valsartan was without grossly observable adverse effects at single oral doses up to 2000 mg/kg in rats and up to 1000 mg/kg in marmosets, except for salivation and diarrhea in the rat and vomiting in the marmoset at the highest dose (31 and 18 times, respectively, the maximum recommended human dose on a mg/m² basis). (Calculations assume an oral dose of 160 mg/day and a 60-kg patient.)

**Hydrochlorothiazide**
The oral LD₅₀ of hydrochlorothiazide is greater than 10 g/kg in both mice and rats, which represents 2027 and 4054 times, respectively, the maximum recommended human dose on a mg/m² basis. (Calculations assume an oral dose of 25 mg/day and a 60-kg patient.)

**DOSAGE AND ADMINISTRATION**
The recommended starting dose of valsartan is 80 mg once daily when used as monotherapy in patients who are not volume depleted. Valsartan may be used over a dose range of 80 mg to 320 mg daily, administered once-a-day. Hydrochlorothiazide is effective in doses of 12.5 to 50 mg once daily, and can be given at doses of 12.5 mg to 25 mg as Diovan HCT® (valsartan and hydrochlorothiazide, USP).

To minimize dose-independent side effects, it is usually appropriate to begin combination therapy only after a patient has failed to achieve the desired effect with monotherapy.

The side effects (see WARNINGS) of valsartan are generally rare and apparently independent of dose; those of hydrochlorothiazide are a mixture of dose-dependent phenomena (primarily hypokalemia) and dose-independent phenomena (e.g., pancreatitis), the former much more common than the latter. Therapy with any combination of valsartan and hydrochlorothiazide will be associated with both sets of dose-independent effects.

**Replacement Therapy**
The combination may be substituted for the titrated components.

**Dose Titration by Clinical Effect**
Diovan HCT is available as tablets containing either valsartan 80 mg or 160 mg and hydrochlorothiazide 12.5 mg. A patient whose blood pressure is not adequately controlled with valsartan monotherapy (see above) may be switched to Diovan HCT, valsartan 80 mg/hydrochlorothiazide 12.5 mg once daily. If blood pressure remains uncontrolled after about 3-4 weeks of therapy, either valsartan or both components may be increased depending on clinical response. There are no studies evaluating doses of valsartan greater than 160 mg in combination with hydrochlorothiazide 25 mg.

A patient whose blood pressure is inadequately controlled by 25 mg once daily of hydrochlorothiazide, or is controlled but who experiences hypokalemia with this regimen, may be switched to Diovan HCT (valsartan 80 mg/hydrochlorothiazide 12.5 mg) once daily, reducing the dose of hydrochlorothiazide without reducing the overall expected antihypertensive response. The clinical response to Diovan HCT should be subsequently evaluated and if blood pressure remains uncontrolled after 3-4 weeks of therapy, the dose may be titrated up to valsartan 160 mg/hydrochlorothiazide 25 mg.

The maximal antihypertensive effect is attained about 4 weeks after initiation of therapy.

**Patients with Renal Impairment**
The usual regimens of therapy with Diovan HCT may be followed as long as the patient's creatinine clearance is >30 mL/min. In patients with more severe renal impairment, loop diuretics are preferred to thiazides, so Diovan HCT is not recommended.

**Patients with Hepatic Impairment**
Care should be exercised with dosing of Diovan HCT in patients with hepatic impairment.

**Other**
No initial dosage adjustment is required for elderly patients.

Diovan HCT may be administered with other antihypertensive agents.

Diovan HCT may be administered with or without food.

**HOW SUPPLIED**
Diovan HCT® (valsartan and hydrochlorothiazide, USP) is available as tablets containing valsartan/hydrochlorothiazide 80/12.5 mg, 160/12.5 mg and 160/25 mg. All strengths are packaged in bottles of 100 tablets and unit dose blister packages.

80/12.5 mg Tablet – Light orange, ovaloid with slightly convex faces debossed CG on one side HGH on the other side.
Bottles of 100 .......................................................................... NDC 0078-0314-05
Unit Dose (blister pack) ......................................................
  Box of 100 (strips of 10) .................................................. NDC 0078-0314-06
160/12.5 mg Tablet – Dark red, ovaloid with slightly convex faces debossed CG on one side HHH on the other side.
Bottles of 100 .......................................................................... NDC 0078-0315-05
Unit Dose (blister pack) ......................................................
  Box of 100 (strips of 10) .................................................. NDC 0078-0315-06
160/25 mg Tablet – Brown orange, ovaloid with slightly convex faces debossed NVR on one side HXH on the other side.
Bottles of 100 .......................................................................... NDC 0078-0383-05
Unit Dose (blister pack) ......................................................
  Box of 100 (strips of 10) .................................................. NDC 0078-0383-06

Store at 25°C (77°F); excursions permitted to 15°C-30°C (59°F-86°F).
[See USP controlled room temperature.]
Protect from moisture.
Dispense in tight container (USP).

REV: JANUARY 2002                                              Printed in U.S.A.                          T2002-10
                                                                                                           89001806
Distributed by:
Novartis Pharmaceuticals Corporation
East Hanover, New Jersey 07936
©2002 Novartis



**Rick Knapp**
Executive Director
State Government Affairs

**Novartis Pharmaceuticals Corporation**
State Government Affairs
One Health Plaza
East Hanover, NJ 07936-1080

Tel  973 781 8421
Fax 973 781 6671

July 12, 2002

## NEW PRODUCT INTRODUCTION
### LOTREL® (amlodipine/benazepril HCl) 10/20mg capsules

Novartis Pharmaceuticals Corporation is pleased to announce the introduction of LOTREL® 10/20mg capsules. LOTREL® 10/20mg capsules were approved by the FDA on June 21, 2002.  Lotrel® is a combination of the amlodipine in Norvasc®* plus the ACE inhibitor Lotensin® (benazepril HCl) in a single fixed-dose combination that provides a complementary mechanism of action.   Combining these two widely prescribed antihypertensive medications in one capsule results in superior blood pressure control and an excellent side effect profile with once-daily dosing.  Lotrel® is now available in four strengths: 2.5/10mg, 5/10mg, 5/20mg, and 10/20mg..

### KEY PRODUCT/PACKAGING INFORMATION:

| | |
|---|---|
| NDC NUMBER | 0078-0364-05 |
| PACKAGE STRENGTH | 10/20 MG |
| PACKAGE SIZE | 100 CAPSULES |
| AWP** | $239.00 |
| WHOLESALE PRICE | $199.00 |

*As used herein, the term "AWP" constitutes a reference for this Novartis product, set as a percentage above the price at which the product is offered generally to wholesalers.  Notwithstanding the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Enclosed please find the package insert and FDA approval letter.  Thank you for your cooperation.  If you have any questions or require additional information, please feel free to contact me at 973-781-8421.

Sincerely,

Rick Knapp

Rick Knapp
Executive Director,
State Government Affairs

05/21/02  11:44   FDA CDER DCRDP → 919737813590                    NO.657  P002/003



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

Food and Drug
Administration
Rockville MD  20857

NDA 20-364/S-016

Novartis Pharmaceuticals Corporation
Attention: Carl Schlotfeldt
One Health Plaza
East Hanover, NJ 07936-1080

Dear Mr. Schlotfeldt:

Please refer to your supplemental new drug application dated June 29, 2001, submitted under
section 505(b) of the Federal Food, Drug, and Cosmetic Act for Lotrel (amlodipine and benazepril
HCl) Capsules, 2.5/10mg, 5/10 mg, and 5/20 mg.

We acknowledge receipt of your submissions dated May 2 and 20, 2002.  Your submission of
May 20, 2002 constituted a complete response to our April 29, 2002 action letter.

This supplemental new drug application provides for a new, higher dosage strength that combines
10 mg of amlodipine with 20 mg of benazepril.

We have completed the review of this supplemental application, as amended, and have concluded
that adequate information has been presented to demonstrate that the drug product is safe and
effective for use as recommended in the submitted final printed labeling (package insert submitted
May 20, 2002, and immediate container and carton labels submitted May 2, 2002).  Accordingly,
the supplemental application is approved effective on the date of this letter.

We remind you that you must comply with the requirements for an approved NDA set forth under
21 CFR 314.80 and 314.81.

If you have any questions, please call:

Ms. Denise M. Hinton
Regulatory Health Project Manager
(301) 594-5312.

Sincerely yours,

[See appended electronic signature page]

Douglas C. Throckmorton M.D.
Director
Division of Cardio-Renal Drug Products
Office of Drug Evaluation I
Center for Drug Evaluation and Research

# Lotrel®
## amlodipine and benazepril hydrochloride
### Combination Capsules

2.5 mg/10 mg
5 mg/10 mg
5 mg/20 mg
10 mg/20 mg

Rx only

**Prescribing Information**

> **USE IN PREGNANCY**
> When used in pregnancy during the second and third trimesters, ACE inhibitors can cause injury and even death to the developing fetus. When pregnancy is detected, Lotrel should be discontinued as soon as possible. *See Warnings, Fetal/Neonatal Morbidity and Mortality.*

## DESCRIPTION

Benazepril hydrochloride is a white to off-white crystalline powder, soluble (>100 mg/mL) in water, in ethanol, and in methanol. Benazepril hydrochloride's chemical name is 3-[[1-(ethoxycarbonyl)-3-phenyl-(1S)-propyl]amino]-2,3,4,5-tetrahydro-2-oxo-1H-1-(3S)-benzazepine-1-acetic acid monohydrochloride; its structural formula is



Its empirical formula is $C_{24}H_{28}N_2O_5$·HCl, and its molecular weight is 460.96.

Benazeprilat, the active metabolite of benazepril, is a nonsulfhydryl angiotensin-converting enzyme (ACE) inhibitor. Benazepril is converted to benazeprilat by hepatic cleavage of the ester group.

Amlodipine besylate is a white to pale yellow crystalline powder, slightly soluble in water and sparingly soluble in ethanol. Its chemical name is (R,S)3-ethyl-5-methyl-2-(2-aminoethoxymethyl)-4-(2-chlorophenyl)-1,4-dihydro-6-methyl-3,5-pyridinedicarboxylate benzenesulfonate; its structural formula is



Its empirical formula is $C_{20}H_{25}ClN_2O_5$·$C_6H_6O_3S$, and its molecular weight is 567.1.

Amlodipine besylate is the besylate salt of amlodipine, a dihydropyridine calcium channel blocker.

Lotrel is a combination of amlodipine besylate and benazepril hydrochloride. The capsules are formulated in four different strengths for oral administration with a combination of amlodipine besylate equivalent to 2.5 mg, 5 mg or 10 mg of amlodipine, with 10 mg or 20 mg of benazepril hydrochloride providing for the following available combinations: 2.5/10 mg, 5/10 mg, 5/20 mg and 10/20 mg. The inactive ingredients of the capsules are calcium phosphate, cellulose compounds, colloidal silicon dioxide, crospovidone, gelatin, hydrogenated castor oil, iron oxides, lactose, magnesium stearate, polysorbate 80, silicon dioxide, sodium lauryl sulfate, sodium starch (potato) glycolate, starch (corn), talc, and titanium dioxide.

## CLINICAL PHARMACOLOGY

**Mechanism of Action**

Benazepril and benazeprilat inhibit angiotensin-converting enzyme (ACE) in human subjects and in animals. ACE is a peptidyl dipeptidase that catalyzes the conversion of angiotensin I to the vasoconstrictor substance angiotensin II. Angiotensin II also stimulates aldosterone secretion by the adrenal cortex.

Inhibition of ACE results in decreased plasma angiotensin II, which leads to decreased vasopressor activity and to decreased aldosterone secretion. The latter decrease may result in a small increase of serum potassium. Hypertensive patients treated with benazepril and amlodipine for up to 56 weeks had elevations of serum potassium up to 0.2 mEq/L (see PRECAUTIONS).

Removal of angiotensin II negative feedback on renin secretion leads to increased plasma renin activity. In animal studies, benazepril had no inhibitory effect on the vasopressor response to angiotensin II and did not interfere with the hemodynamic effects of the autonomic neurotransmitters acetylcholine, epinephrine, and norepinephrine.

ACE is identical to kininase, an enzyme that degrades bradykinin. Whether increased levels of bradykinin, a potent vasodepressor peptide, play a role in the therapeutic effects of Lotrel remains to be elucidated.

While the mechanism through which benazepril lowers blood pressure is believed to be primarily suppression of the renin-angiotensin-aldosterone system, benazepril has an antihypertensive effect even in patients with low-renin hypertension.

Amlodipine is a dihydropyridine calcium antagonist (calcium ion antagonist or slow channel blocker) that inhibits the transmembrane influx of calcium ions into vascular smooth muscle and cardiac muscle. Experimental data suggest that amlodipine binds to both dihydropyridine and nondihydropyridine binding sites. The contractile processes of cardiac muscle and vascular smooth muscle are dependent upon the movement of extracellular calcium ions into these cells through specific ion channels. Amlodipine inhibits calcium ion influx across cell membranes selectively, with a greater effect on vascular smooth muscle cells than on cardiac muscle cells. Negative inotropic effects can be detected in vitro but such effects have not been seen in intact animals at therapeutic doses. Serum calcium concentration is not affected by amlodipine. Within the physiologic pH range, amlodipine is an ionized compound (pKa=8.6), and its kinetic interaction with the calcium channel receptor is characterized by a gradual rate of association and dissociation with the receptor binding site, resulting in a gradual onset of effect.

Amlodipine is a peripheral arterial vasodilator that acts directly on vascular smooth muscle to cause a reduction in peripheral vascular resistance and reduction in blood pressure.

**Pharmacokinetics and Metabolism**

The rate and extent of absorption of benazepril and amlodipine from Lotrel are not significantly different, respectively, from the rate and extent of absorption of benazepril and amlodipine from individual tablet formulations. Absorption from the individual tablets is not influenced by the presence of food in the gastrointestinal tract; food effects on absorption from Lotrel have not been studied.

Following oral administration of Lotrel, peak plasma concentrations of benazepril are reached in 0.5-2 hours. Cleavage of the ester group (principally in the liver) converts benazepril to its active metabolite, benazeprilat, which reaches peak plasma concentrations in 1.5-4 hours. The extent of absorption of benazepril is at least 37%.

Peak plasma concentrations of amlodipine are reached 6-12 hours after administration of Lotrel. The extent of absorption is 64%-90%.

The apparent volumes of distribution of amlodipine and benazeprilat are about 21 L/kg and 0.7 L/kg, respectively. Approximately 93% of circulating amlodipine is bound to plasma proteins, and the bound fraction of benazeprilat is slightly higher. On the basis of in vitro studies, benazeprilat's degree of protein binding should be unaffected by age, by hepatic dysfunction, or—over the therapeutic concentration range—by concentration.

Benazeprilat has much greater ACE-inhibitory activity than benazepril, and the metabolites of benazepril is almost completely metabolized to benazeprilat plus the glucuronide conjugates of benazepril and benazeprilat. Only trace amounts of administered dose of benazepril can be recovered unchanged in the urine; about 20% of the dose is excreted as benazeprilat, 8% as benazeprilat glucuronide, and 4% as benazepril glucuronide.

Amlodipine is extensively metabolized in the liver, with 90% of the parent compound and 60% of the metabolites excreted in the urine. In patients with hepatic dysfunction, decreased clearance of amlodipine may increase the area-under-the-plasma-concentration curve by 40%-60%, and dosage reduction may be required (see DOSAGE AND ADMINISTRATION). In patients with renal impairment, the pharmacokinetics of amlodipine are essentially unaffected.

Benazeprilat's effective elimination half-life is 10-11 hours, while that of amlodipine is about 2 days. So steady-state levels of the two components are achieved after about a week of once-daily dosing. The clearance of benazeprilat from the plasma is primarily renal, but biliary excretion accounts for 11%-12% of benazeprilat elimination in normal subjects. In patients with severe renal insufficiency (creatinine clearance less than 30 mL/min), peak benazeprilat levels and the time to steady state may be increased (see DOSAGE AND ADMINISTRATION). The clearance of amlodipine (but not its metabolites) is decreased in patients with renal impairment. In patients with severe renal insufficiency, clearance of benazeprilat are essentially unaffected.

Although the pharmacokinetics of benazepril and benazeprilat are unaffected by age, clearance of amlodipine is decreased in the elderly, with resulting increases of 35%-70% in peak plasma levels, elimination half-life, and area-under-the-plasma-concentration curve. Dose adjustment may be required.

**Pharmacodynamics**

Single and multiple doses of 10 mg or more of benazepril cause inhibition of plasma ACE activity by at least 80%-90% for at least 24 hours after dosing. For up to 4 hours after a 10-mg dose, pressor responses to exogenous angiotensin I were inhibited by 60%-90%.

Administration of benazepril to patients with mild-to-moderate hypertension results in a reduction of both supine and standing blood pressure to about the same extent, with no compensatory tachycardia. Symptomatic postural hypotension is infrequent, although it can occur in patients who are salt and/or volume depleted (see Warnings, Hypotension).

The antihypertensive effects of benazepril were not appreciably different in patients receiving high- or low-sodium diets.

In normal human volunteers, single doses of benazepril caused an increase in renal blood flow but had no effect on glomerular filtration rate.

Following administration of therapeutic doses to patients with hypertension, amlodipine produces vasodilation resulting in a reduction of supine and standing blood pressures. These decreases in blood pressure are not accompanied by a significant change in heart rate or plasma catecholamine levels with chronic dosing. Plasma concentrations correlate with effect in both young and elderly patients.

As with other calcium channel blockers, hemodynamic measurements of cardiac function at rest and during exercise (or pacing) in patients with normal ventricular function treated with amlodipine have generally demonstrated a small increase in cardiac index without significant influence on dP/dt or on left ventricular end diastolic pressure or volume. In hemodynamic studies, amlodipine has not been associated with a negative inotropic effect when administered in the therapeutic dose range to intact animals and humans, even when coadministered with beta blockers to humans.

Amlodipine does not change sinoatrial (SA) nodal function or atrioventricular (AV) conduction in intact animals or humans. In clinical studies in which amlodipine was administered in combination with beta blockers to patients with either hypertension or angina, no adverse effects on electrocardiographic parameters were observed.

Over 950 patients received Lotrel once daily in six double-blind, placebo-controlled studies. Lotrel lowered blood pressure within 1 hour, with peak reductions achieved 2-8 hours after dosing. The antihypertensive effect of a single dose persisted for 24 hours.

Once-daily doses of benazepril/amlodipine using benazepril doses of 10-20 mg and amlodipine doses of 2.5-10 mg decreased seated pressure (systolic/diastolic) 24 hours after dosing by about 10-25/6-13 mmHg.

Combination therapy was effective in blacks and nonblacks. Both components contributed to the antihypertensive efficacy in nonblacks, but virtually all of the antihypertensive effect in blacks could be attributed to the amlodipine component. Among nonblack patients in placebo-controlled trials comparing Lotrel to the individual components, the blood pressure lowering effects of the combination were shown to be additive and in some cases synergistic.

During chronic therapy with Lotrel, the maximum reduction in blood pressure with any given dose is generally achieved after 1-2 weeks. The antihypertensive effects of Lotrel have continued during therapy for at least 1 year. Abrupt withdrawal of Lotrel has not been associated with a rapid increase in blood pressure.

## INDICATIONS AND USAGE

Lotrel is indicated for the treatment of hypertension.

This fixed combination drug is not indicated for the initial therapy of hypertension (see DOSAGE AND ADMINISTRATION).

In using Lotrel, consideration should be given to the fact that an ACE inhibitor, captopril, has caused agranulocytosis, particularly in patients with renal impairment or collagen-vascular disease. Available data are insufficient to show that benazepril does not have a similar risk (see Warnings, Neutropenia/Agranulocytosis).

Black patients receiving ACE inhibitors have been reported to have a higher incidence of angioedema compared to nonblacks.

## CONTRAINDICATIONS

Lotrel is contraindicated in patients who are hypersensitive to benazepril, to any other ACE inhibitor, or to amlodipine.

## WARNINGS

**Anaphylactoid and Possibly Related Reactions**

Presumably because angiotensin-converting enzyme inhibitors affect the metabolism of eicosanoids and polypeptides, including endogenous bradykinin, patients receiving ACE inhibitors (including Lotrel) may be subject to a variety of adverse reactions, some of these serious. These reactions usually occur after one of the first few doses of the ACE inhibitor, but they sometimes do not appear until after months of therapy.

*Angioedema:* Angioedema of the face, extremities, lips, tongue, glottis, and larynx has been reported in patients treated with ACE inhibitors. In U.S. clinical trials, symptoms consistent with angioedema were seen in none of the subjects who received placebo and in about 0.5% of the subjects who received benazepril. Angioedema associated with laryngeal edema can be fatal. If laryngeal stridor or angioedema of the face, tongue, or glottis occurs, treatment with Lotrel should be discontinued and appropriate therapy instituted immediately. When involvement of the tongue, glottis, or larynx appears likely to cause airway obstruction, appropriate therapy, e.g., subcutaneous epinephrine solution 1:1000 (0.3-0.5 mL), should be promptly administered (see ADVERSE REACTIONS).

*Anaphylactoid Reactions During Desensitization:* Two patients undergoing desensitizing treatment with hymenoptera venom while receiving ACE inhibitors sustained life-threatening anaphylactoid reactions. In the same patients, these reactions were avoided when ACE inhibitors were temporarily withheld, but they reappeared upon inadvertent rechallenge.

*Anaphylactoid Reactions During Membrane Exposure:* Anaphylactoid reactions have been reported in patients dialyzed with high-flux membranes and treated concomitantly with an ACE inhibitor. Anaphylactoid reactions have also been reported in patients undergoing low-density lipoprotein apheresis with dextran sulfate absorption.

*Increased Angina and/or Myocardial Infarction:* Rarely, patients, particularly those with severe obstructive coronary artery disease, have developed documented increased frequency, duration, and/or severity of angina or acute myocardial infarction on starting calcium channel blocker therapy or at the time of dosage increase. The mechanism of this effect has not been elucidated.

**Hypotension**

Lotrel can cause symptomatic hypotension. Like other ACE inhibitors, benazepril has been only rarely associated with hypotension in uncomplicated hypertensive patients. Symptomatic hypotension is most likely to occur in patients who have been volume and/or salt depleted as a result of prolonged diuretic therapy, dietary salt restriction, dialysis, diarrhea, or vomiting. Volume and/or salt depletion should be corrected before initiating therapy with Lotrel.

Since the vasodilation induced by amlodipine is gradual in onset, acute hypotension has rarely been reported after oral administration of amlodipine. Nonetheless, caution should be exercised when administering Lotrel as with any other peripheral vasodilator, particularly in patients with severe aortic stenosis.

In patients with congestive heart failure, with or without associated renal insufficiency, ACE inhibitor therapy may cause excessive hypotension, which may be associated with oliguria, azotemia, and (rarely) with acute renal failure and death. In such patients, Lotrel therapy should be started under close medical supervision; they should be followed closely for the first 2 weeks of treatment and whenever the dose of the benazepril component is increased or a diuretic is added or its dose increased.

If hypotension occurs, the patient should be placed in a supine position, and if necessary, treated with intravenous infusion of physiologic saline. Lotrel treatment usually can be continued following restoration of blood pressure and volume.

**Neutropenia/Agranulocytosis**

Another ACE inhibitor, captopril, has been shown to cause agranulocytosis and bone marrow depression, rarely in uncomplicated patients (incidence probably less than once per 10,000 exposures) but more frequently (incidence possibly as great as once per 1000 exposures) in patients with renal impairment, especially those who also have collagen-vascular diseases such as systemic lupus erythematosus or scleroderma. Available data from clinical trials of benazepril are insufficient to show that benazepril does not cause agranulocytosis at similar rates. Monitoring of white blood cell counts should be considered in patients with collagen-vascular disease, especially if the disease is associated with impaired renal function.

**Fetal/Neonatal Morbidity and Mortality**

ACE inhibitors can cause fetal and neonatal morbidity and death when administered to pregnant women. Several dozen cases have been reported in the world literature. When pregnancy is detected, Lotrel should be discontinued as soon as possible.

The use of ACE inhibitors during the second and third trimesters of pregnancy has been associated with fetal and neonatal injury, including hypotension, neonatal skull hypoplasia, anuria, reversible or irreversible renal failure, and death. Oligohydramnios has also been reported, presumably resulting from decreased fetal renal function; oligohydramnios in this setting has been associated with fetal limb contractures, craniofacial deformation, and hypoplastic lung development. Prematurity, intrauterine growth retardation, and patent ductus arteriosus have also been reported, although it is not clear whether these occurrences were due to the ACE inhibitor exposure.

These adverse effects do not appear to have resulted from intrauterine ACE inhibitor exposure that has been limited to the first trimester. Mothers whose embryos and fetuses are exposed to ACE inhibitors only during the first trimester should be so informed. Nonetheless, when patients become pregnant, physicians should make every effort to discontinue the use of benazepril as soon as possible.

Rarely (probably less often than once in every thousand pregnancies), no alternative to ACE inhibitors will be found. In these rare cases, the mothers should be apprised of the potential hazards to their fetuses, and serial ultrasound examinations should be performed to assess the intraamniotic environment.

If oligohydramnios is observed, benazepril should be discontinued unless it is considered life-saving for the mother. Contraction stress testing (CST), a nonstress test (NST), or biophysical profiling (BPP) may be appropriate, depending upon the week of pregnancy. Patients and physicians should be aware, however, that oligohydramnios may not appear until after the fetus has sustained irreversible injury.

Infants with histories of in utero exposure to ACE inhibitors should be closely observed for hypotension, oliguria, and hyperkalemia. If oliguria occurs, attention should be directed toward support of blood pressure and renal perfusion. Exchange transfusion or dialysis may be required as means of reversing hypotension and/or substituting for disordered renal function. Benazepril, which crosses the placenta, can theoretically be removed from the neonatal circulation by these means; there are occasional reports of benefit from these maneuvers, but experience is limited.

Lotrel has not been adequately studied in pregnant women. When rats received benazepril/amlodipine at doses ranging from 5/2.5 to 50/25 mg/kg/day, dystocia was observed with increasing dose-related incidence at all doses tested. On a mg/m² basis, the 2.5 mg/kg/day dose of amlodipine is 1.6 times the amlodipine dose delivered when the maximum recommended dose of Lotrel is given to a 50-kg woman. Similarly, the 5 mg/kg/day dose of benazepril is approximately 2 times the benazepril dose delivered when the maximum recommended dose of Lotrel is given to a 50-kg woman.

No teratogenic effects were seen when benazepril and amlodipine were administered in combination to pregnant rats or rabbits. Rats received dose ratios up to 50/25 mg/kg/day (benazepril/amlodipine) (24 times the maximum recommended human dose on a mg/m² basis, assuming a 50-kg woman). Rabbits received dose ratios up to 1.5/0.75 (benazepril/amlodipine) mg/kg/day; on a mg/m² basis, this is 0.97 times the size of a maximum recommended dose of Lotrel given to a 50-kg woman.

Similar results were seen in animal studies involving benazepril alone and amlodipine alone.

**Hepatic Failure**

Rarely, ACE inhibitors have been associated with a syndrome that starts with cholestatic jaundice and progresses to fulminant hepatic necrosis and (sometimes) death. The mechanism of this syndrome is not understood. Patients receiving ACE inhibitors who develop jaundice or marked elevations of hepatic enzymes should discontinue the ACE inhibitor and receive appropriate medical follow-up.

## PRECAUTIONS

**General**

*Impaired Renal Function:* Lotrel should be used with caution in patients with severe renal disease.

When the renin-angiotensin-aldosterone system is inhibited by benazepril, changes in renal function may be anticipated in susceptible individuals. In patients with severe congestive heart failure, whose renal function may depend on the activity of the renin-angiotensin-aldosterone system, treatment with ACE inhibitors (including benazepril) may be associated with oliguria and/or progressive azotemia and (rarely) with acute renal failure and/or death.

In a small study of hypertensive patients with unilateral or bilateral renal artery stenosis, treatment with benazepril was associated with increases in blood urea nitrogen and serum creatinine; these increases were reversible upon discontinuation of benazepril therapy, concomitant diuretic therapy, or both. When such patients are treated with Lotrel, renal function should be monitored during the first few weeks of therapy.

Some benazepril-treated hypertensive patients with no apparent preexisting renal vascular disease have developed increases in blood urea nitrogen and serum creatinine, usually minor and transient, especially when benazepril has been given concomitantly with a diuretic. Dosage reduction of Lotrel may be required. Evaluation of the hypertensive patient should always include assessment of renal function (see Dosage and Administration).

*Hyperkalemia:* In U.S. placebo-controlled trials of Lotrel, hyperkalemia (serum potassium at least 0.5 mEq/L greater than the upper limit of normal) not present at baseline occurred in approximately 1.5% of hypertensive patients receiving Lotrel. In general, the factors in potassium were generally reversible. Risk factors for the development of hyperkalemia include renal insufficiency, diabetes mellitus, and the concomitant use of potassium-sparing diuretics, potassium supplements, and/or potassium-containing salt substitutes.

*Patients With Congestive Heart Failure:* Although hemodynamic studies and a controlled trial in patients with NYHA Class II-III heart failure have shown that amlodipine did not lead to clinical deterioration as measured by exercise tolerance, left ventricular ejection fraction, and clinical symptomatology, studies have not been performed in patients with NYHA Class IV heart failure. In general, all calcium channel blockers should be used with caution in patients with heart failure.

*Patients With Hepatic Failure:* In patients with hepatic dysfunction due to cirrhosis, levels of benazepril are essentially unaltered. However, since amlodipine is extensively metabolized by the liver and the plasma elimination half-life ($t_{1/2}$) is 56 hours in patients with impaired hepatic function, caution should be exercised when administering Lotrel to patients with severe hepatic impairment (see also WARNINGS).

*Cough:* Presumably due to the inhibition of the degradation of endogenous bradykinin, persistent nonproductive cough has been reported with all ACE inhibitors, always resolving after discontinuation of therapy. ACE inhibitor-induced cough should be considered in the differential diagnosis of cough.

*Surgery/Anesthesia:* In patients undergoing surgery or during anesthesia with agents that produce hypotension, benazepril will block the angiotensin II formation that could otherwise occur secondary to compensatory renin release. Hypotension that occurs as a result of this mechanism can be corrected by volume expansion.

### Drug Interactions

*Diuretics:* Patients on diuretics, especially those in whom diuretic therapy was recently instituted, may occasionally experience an excessive reduction of blood pressure after initiation of therapy with Lotrel. The possibility of hypotensive effects with Lotrel can be minimized by either discontinuing the diuretic or increasing the salt intake prior to initiation of treatment with Lotrel.

*Potassium Supplements and Potassium-Sparing Diuretics:* Benazepril can attenuate potassium loss caused by thiazide diuretics. Potassium-sparing diuretics (spironolactone, amiloride, triamterene, and others) or potassium supplements can increase the risk of hyperkalemia. If concomitant use of such agents is indicated, they should be given with caution, and the patient's serum potassium should be monitored frequently.

*Lithium:* Increased serum lithium levels and symptoms of lithium toxicity have been reported in patients receiving ACE inhibitors during therapy with lithium. Lotrel and lithium should be coadministered with caution, and frequent monitoring of serum lithium levels is recommended.

*Other:* Benazepril has been used concomitantly with and anticoagulants, beta-adrenergic-blocking agents, calcium-blocking agents, cimetidine, diuretics, digoxin, hydralazine, and naproxen without evidence of clinically important adverse interactions.

In clinical trials, amlodipine has been safely administered with thiazide diuretics, beta blockers, ACE inhibitors, long-acting nitrates, sublingual nitroglycerin, digoxin, warfarin, nonsteroidal anti-inflammatory drugs, antibiotics, and oral hypoglycemic drugs.

*In vitro* data in human plasma indicate that amlodipine has no effect on the protein binding of drugs tested (digoxin, phenytoin, warfarin, and indomethacin). Special studies have indicated that the coadministration of amlodipine with digoxin did not change serum digoxin levels or digoxin renal clearance in normal volunteers; that coadministration with cimetidine did not alter the pharmacokinetics of amlodipine; and that coadministration with warfarin did not change the warfarin-induced prothrombin response time.

### Carcinogenesis, Mutagenesis, Impairment of Fertility

No evidence of carcinogenicity was found when benazepril was given, via dietary administration, to rats and mice for 104 weeks at doses up to 150 mg/kg/day. On a body-weight basis, this dose is over 100 times the maximum recommended human dose; on a body-surface-area basis, this dose is 18 times (rats) and 9 times (mice) the maximum recommended human dose. No mutagenic activity was detected in the Ames test in bacteria, in an *in vitro* test for forward mutations in cultured mammalian cells, or in a nucleus anomaly test. At doses of 50-500 mg/kg/day (35-310 times the maximum recommended human dose on a body-weight basis; 6-61 times the maximum recommended dose on a body-surface-area basis), benazepril had no adverse effect on the reproductive performance of male and female rats.

Rats and mice treated with amlodipine in the diet for 2 years, at concentrations calculated to provide daily dosage levels of 0.5, 1.25, and 2.5 mg/kg/day, showed no evidence of carcinogenicity. For rats, but not for rats, the highest dose was close to the maximum tolerated dose. On a mg/m2 basis, this dose given to mice was approximately equal to the maximum recommended clinical dose. On the same basis, the same dose given to rats was approximately twice the maximum recommended clinical dose.

Mutagenicity studies with amlodipine revealed no drug-related effects at either the gene or chromosome levels.

There was no effect on the fertility of rats treated with amlodipine (males for 64 days and females for 14 days prior to mating) at doses up to 10 mg/kg/day (8 times the maximum recommended human dose of 10 mg on a mg/m2 basis, assuming a 50-kg person).

No adverse effects on fertility occurred when the benazepril/amlodipine combination was given orally to rats of either sex at dose ratios up to 15/2.5 mg/kg/day (benazepril/amlodipine), prior to mating and throughout gestation.

### Pregnancy

*Pregnancy Categories C (first trimester) and D (second and third trimesters): See Warnings, Fetal/Neonatal Morbidity and Mortality.*

### Nursing Mothers

Minimal amounts of unchanged benazepril and of benazeprilat are excreted into the breast milk of lactating women treated with benazepril, so that a newborn child ingesting nothing but breast milk would receive less than 0.1% of the maternal doses of benazepril and benazeprilat.

It is not known whether amlodipine is excreted in human milk. In the absence of this information, it is recommended that nursing be discontinued while Lotrel is administered.

### Geriatric Use

Of the total number of patients who received Lotrel in U.S. clinical studies of Lotrel, over 19% were 65 or older while about 2% were 75 or older. Overall differences in effectiveness or safety were not observed between these patients and younger patients. Clinical experience has not identified differences in responses between the elderly and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

### Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

### ADVERSE REACTIONS

Lotrel has been evaluated for safety in over 1850 patients with hypertension; over 500 of these patients were treated for at least 6 months, and over 400 were treated for more than 1 year.

In a pooled analysis of 5 placebo-controlled trials involving Lotrel doses up to 5/20, the reported side effects were generally mild and transient, and there was no relationship between side effects and age, sex, race, or duration of therapy. Discontinuation of therapy due to side effects was required in approximately 4% of patients treated with Lotrel and in 3% of patients treated with placebo.

The most common reasons for discontinuation of therapy with Lotrel in these studies were cough and edema.*

The side effects considered possibly or probably related to study drug that occurred in these trials in more than 1% of patients treated with Lotrel are shown in the table below.

#### PERCENT INCIDENCE IN U.S. PLACEBO-CONTROLLED TRIALS

| | Benazepril/ Amlodipine N=760 | Benazepril N=554 | Amlodipine N=475 | Placebo N=408 |
|---|---|---|---|---|
| Cough | 3.3 | 1.8 | 0.4 | 0.2 |
| Headache | 2.2 | 3.8 | 2.9 | 5.6 |
| Dizziness | 1.3 | 1.6 | 2.3 | 1.5 |
| Edema* | 2.1 | 0.9 | 5.1 | 2.2 |

*Edema refers to all edema, such as dependent edema, angioedema, facial edema.

The incidence of edema was statistically greater in patients treated with amlodipine monotherapy than in patients treated with the combination. Edema and certain other side effects are associated with amlodipine monotherapy in a dose-dependent manner, and appear to affect women more than men. The addition of benazepril resulted in lower incidence as shown in the following table; the protective effect of benazepril was independent of race and (within the range of doses tested) dose.

#### PERCENT INCIDENCE BY SEX OF CERTAIN ADVERSE EVENTS

| | Benazepril/ Amlodipine Male N=329 | Benazepril/ Amlodipine Female N=431 | Benazepril Male N=269 | Benazepril Female N=285 | Amlodipine Male N=277 | Amlodipine Female N=198 | Placebo Male N=217 | Placebo Female N=191 |
|---|---|---|---|---|---|---|---|---|
| Edema | 0.6 | 3.2 | 0.0 | 1.8 | 2.2 | 9.1 | 1.4 | 3.3 |
| Flushing | 0.3 | 0.0 | 0.0 | 0.0 | 0.4 | 3.3 | 0.5 | 0.0 |
| Palpitations | 0.3 | 0.5 | 0.4 | 1.4 | 0.4 | 2.0 | 0.5 | 0.5 |
| Somnolence | 0.3 | 0.0 | 0.4 | 0.4 | 0.4 | 0.5 | 0.0 | 0.0 |

---

In a trial (n=386) comparing placebo, Lotrel 5/20, and Lotrel 10/20, edema and dizziness were most commonly reported in the Lotrel 10/20 group.

Other side effects considered possibly or probably related to study drug that occurred in U.S. placebo-controlled studies of patients treated with Lotrel or in postmarketing experience were the following:

*Angioedema:* Includes edema of the lips or face without other manifestations of angioedema (see WARNINGS, Angioedema).

*Body as a Whole:* Asthenia and fatigue.

*CNS:* Insomnia, nervousness, anxiety, tremor, and decreased libido.

*Dermatologic:* Flushing, hot flashes, rash, skin nodule, and dermatitis.

*Digestive:* Dry mouth, nausea, abdominal pain, constipation, diarrhea, dyspepsia, and esophagitis.

*Metabolic and Nutritional:* Hypokalemia.

*Musculoskeletal:* Back pain, musculoskeletal pain, cramps, and muscle cramps.

*Respiratory:* Pharyngitis.

*Urogenital:* Sexual problems such as impotence, and polyuria.

Other infrequently reported events were the following (in each, causal relationship unlikely or in postmarketing experience. These included chest pain, ventricular extrasystole, gout, mastitis, tinnitus, alopecia and upper respiratory tract infection.

*Fetal/Neonatal Morbidity and Mortality:* See WARNINGS, Fetal/Neonatal Morbidity and Mortality.

Monotherapies of benazepril and amlodipine have been evaluated for safety in clinical trials in over 6,000 and 11,000 patients, respectively. The observed adverse reactions in the monotherapies in these trials were similar to those seen in trials of Lotrel. In postmarketing experience with benazepril, there have been rare reports of Stevens-Johnson syndrome, pancreatitis, hemolytic anemia, pemphigus, and thrombocytopenia. Reactions and hepatic enzyme elevations (mostly consistent with cholestasis) severe enough to require hospitalization have been reported in association with use of amlodipine. Other potentially important adverse experiences attributed to other ACE inhibitors and calcium channel blockers include: eosinophilic pneumonitis (ACE inhibitors) and gynecomastia (CCBs).

### Clinical Laboratory Test Findings

*Serum Electrolytes:* See PRECAUTIONS.

*Creatinine:* Minor reversible increases in serum creatinine were observed in patients with essential hypertension treated with Lotrel. Increases in creatinine are more likely to occur in patients with renal insufficiency or those pretreated with a diuretic and, based on experience with other ACE inhibitors, would be expected to be especially likely in patients with renal artery stenosis (see PRECAUTIONS, General).

*Other (causal relationships unknown):* Clinically important changes in standard laboratory tests were rarely associated with Lotrel administration. Elevations of serum bilirubin and uric acid have been reported as have scattered incidents of elevations of liver enzymes.

### OVERDOSAGE

Only a few cases of human overdose with amlodipine have been reported. One patient was asymptomatic after a 250-mg ingestion; another, who combined 70 mg of amlodipine with an unknown large quantity of a benzodiazepine, developed refractory shock and died.

Human overdoses with any combination of amlodipine and benazepril have not been reported. In scattered reports of human overdoses with benazepril and other ACE inhibitors, there are no reports of death.

When mice were given single oral doses of benazepril/amlodipine, mortality was 20% at 50:25 mg/kg, 10% at 100:50 mg/kg, and 100% at 500:250 mg/kg. In rats, mortality was 25% (pooling two studies) at 200:500 mg/kg and 100% at 500:450 mg/kg.

*Treatment:* To obtain up-to-date information about the treatment of overdose, a good resource is your certified Poison-Control Center. Telephone numbers of certified poison-control centers are listed in the Physicians' Desk Reference (PDR). In managing overdose, consider the possibilities of multiple-drug overdoses, drug-drug interactions, and unusual drug kinetics in your patient.

The most likely effect of overdose with Lotrel is vasodilation, with consequent hypotension and tachycardia. Simple expiration of central fluid volume (Trendelenburg positioning, infusion of crystalloids) may be sufficient therapy, but pressor agents (norepinephrine or high-dose dopamine) may be required. Other drug overdoses, drug-drug interactions, and unusual drug kinetics in your patient. In addition, calcium chloride and glucagon, but evidence of a dose-response relationship has not been seen, and these interventions must be regarded as unproven. With dosage return of peripheral vascular tone, overdoses of other dihydropyridine calcium channel blockers have sometimes progressed to pulmonary edema, and patients must be monitored for this complication.

Analyses of bodily fluids for concentrations of amlodipine, benazepril, or their metabolites are not widely available. Such analyses are, in any event, not known to be of value in therapy or prognosis.

No data are available to suggest physiologic maneuvers (e.g., maneuvers to change the pH of the urine) that might accelerate elimination of amlodipine, benazepril, or their metabolites. Benazeprilat is only slightly dialyzable; attempted clearance of amlodipine by hemodialysis or hemoperfusion has not been reported, but amlodipine's high protein binding makes it unlikely that these interventions will be of value. Angiotensin II could presumably serve as a specific antagonist-antidote to benazepril, but angiotensin II is essentially unavailable outside of scattered research laboratories.

### DOSAGE AND ADMINISTRATION

Amlodipine is an effective treatment of hypertension in once-daily doses of 2.5-10 mg while benazepril is effective in doses of 10-80 mg. In clinical trials of amlodipine/benazepril combination therapy using amlodipine doses of 2.5-10 mg and benazepril doses of 10-20 mg, the antihypertensive effects increased with increasing dose of amlodipine in all patient groups, and the effects increased with increasing dose of benazepril in nonblack groups. All patient groups benefited from the reduction in amlodipine-induced edema (see below).

The hazards (see WARNINGS) of benazepril are generally independent of dose; those of amlodipine are a mixture of dose-dependent phenomena (primarily peripheral edema) and dose-independent phenomena, the former much more common than the latter. When benazepril is added to a regimen of amlodipine, the incidence of edema is substantially reduced. Therapy with any combination of amlodipine and benazepril will thus be associated with both sets of dose-independent hazards, but the incidence of edema will generally be less than that seen with similar (or higher) doses of amlodipine monotherapy.

Rarely, the dose-independent hazards of benazepril are serious. To minimize dose-independent hazards, it is usually appropriate to begin therapy with Lotrel only after a patient has either (a) failed to achieve the desired antihypertensive effect with one or the other monotherapy, or (b) demonstrated inability to achieve adequate antihypertensive effect with amlodipine therapy without developing edema.

### Dose Titration Guided by Clinical Effect

A patient whose blood pressure is not adequately controlled with amlodipine (or another dihydropyridine) alone or with benazepril (or another ACE inhibitor) alone may be switched to combination therapy with Lotrel. The addition of benazepril to a regimen of amlodipine should not be expected to provide additional antihypertensive effect in African-Americans. However, all patient groups benefit from the reduction in amlodipine-induced edema. Dosage must be guided by clinical response; steady-state levels of benazepril and amlodipine will be reached after approximately 2 and 7 days of dosing, respectively.

In patients whose blood pressures are adequately controlled with amlodipine but who experience unacceptable edema, combination therapy may achieve similar (or better) blood pressure control without edema. Especially in nonblacks, it may be prudent to minimize the risk of excessive response by reducing the dose of amlodipine as benazepril is added to the regimen.

### Replacement Therapy

For convenience, patients receiving amlodipine and benazepril from separate tablets may instead wish to receive capsules of Lotrel containing the same component doses.

### Use in Patients With Metabolic Impairments

Regimens of therapy with Lotrel need not take account of renal function as long as the patient's creatinine clearance is >30 mL/min/1.73m2 (serum creatinine roughly 3 mg/dL or 265 μmol/L). In patients with more severe renal impairment, the recommended initial dose of benazepril is 5 mg. Lotrel is not recommended in these patients.

In small, elderly, frail, or hepatically impaired patients, the recommended initial dose of amlodipine, as monotherapy or as a component of combination therapy, is 2.5 mg.

### HOW SUPPLIED

Lotrel is available as capsules containing amlodipine besylate equivalent to 2.5 mg, 5 mg or 10 mg of amlodipine, with 10 mg or 20 mg of benazepril hydrochloride providing for the following available combinations: 2.5/10 mg, 5/10 mg, 5/20 mg and 10/20 mg. All four strengths are packaged with a desiccant in bottles of 100 capsules.

Capsules are imprinted with "Lotrel" and a portion of the NDC code.

| Dose | Capsule Color/Code | NDC Code Bottle of 100 |
|---|---|---|
| 2.5/10 mg | white with 2 gold bands/2255 | NDC 0083-2255-30 |
| 5/10 mg | light brown with 2 white bands/2260 | NDC 0083-2260-30 |
| 5/20 mg | pink with 2 white bands/2265 | NDC 0083-2265-30 |
| 10/20 mg | purple (amethyst) with 2 white bands/0364 | NDC 0078-0364-05 |

Storage: Store at 25°C (77°F); excursions permitted to 15°C-30°C (59°F-86°F).
[See USP controlled room temperature.]

Protect from moisture. Dispense in tight container (USP).

REV: MAY 2002

Printed in U.S.A.

T2002-32
89008405

Novartis Pharmaceuticals Corporation
East Hanover, New Jersey 07936
©2002 Novartis

 NOVARTIS

| | | |
|---|---|---|
| **Rick Knapp** | **Novartis Pharmaceuticals Corporation** | |
| Executive Director | 59 Route 10 | |
| State Government Affairs/ | East Hanover, NJ 07936-1080 | |
| Health Policy | | |

Tel  973 781 8421
Fax  973 781 6671

July 30, 2002

«Address»

«Salutation»:

### NEW PRODUCT INTRODUCTION
### Zelnorm™  (tegaserod maleate)

Novartis Pharmaceuticals Corporation is pleased to announce the introduction of Zelnorm™ **(tegaserod maleate)**. Zelnorm,™ approved by the FDA on July 24, 2002 is the first and only medication approved for the short–term use in women with irritable bowel syndrome (IBS) whose primary bowel symptom is constipation.  It will be available in 6.0 mg and 2.0 mg tablet strength.  This new medication will be available by prescription only.

### KEY PRODUCT/PACKAGING INFORMATION:

| | 6.0mg Tablet Strength | 2.0 mg Tablet Strength |
|---|---|---|
| NDC NUMBER | 0078-0356-80 | 0078-0355-80 |
| PACKAGE SIZE | 6 blister cards-10 tablets/blister -60 tablets/carton | 6 blister cards-10 tablets/blister -60 tablets/carton |
| AWP** | $147.60 | $147.60 |
| WHOLESALE PRICE | $123.00 | $123.00 |

*As used herein, the term "AWP" constitutes a reference for this Novartis product, set as a percentage above the price at which the product is offered generally to wholesalers.  Notwithstanding the inclusion of the term "price" in "Average Wholesale Price", AWP is not intended to be a "price" charged by Novartis for any product to any customer.

Enclosed please find the package insert and FDA approval letter.  Thank you for your cooperation.  If you have any questions or require additional information, please feel free to contact me at 973-781-8421.

Sincerely,

Rick Knapp

Rick Knapp
Executive Director,
State Government Affairs



**DEPARTMENT OF HEALTH & HUMAN SERVICES**          Public Health Service

---

Food and Drug Administration
Rockville MD 20857

NDA 21-200

Novartis Pharmaceuticals Corporation
Attention: Donna Vivelo
Associate Director Regulatory Affairs
59 Route 10
East Hanover, NJ 07936-1080

Dear Ms. Vivelo:

Please refer to your new drug application (NDA) dated February 11, 2000, received February 11, 2000, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Zelnorm™ (tegaserod maleate) Tablets.

We acknowledge receipt of your submissions dated February 28, June 11, 17, 18, 20, 24; July 01, 09, 12, 17, 18, 23 and, 2002. Your submission of February 28, 2002 constituted a complete response to our June 15, 2001 action letter.

This new drug application provides for the use of Zelnorm™ (tegaserod maleate) Tablets "for the short-term treatment of women with irritable bowel syndrome (IBS) whose primary bowel symptom is constipation. The safety and effectiveness of ZELNORM™ in men have not been established."

We have completed the review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug product is safe and effective for use as recommended in the agreed upon enclosed labeling text. Accordingly, the application is approved effective on the date of this letter.

The final printed labeling (FPL) must be identical to the enclosed labeling (text for the package insert, text for the patient package insert, immediate container and carton labels). Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

Please submit the copies of final printed labeling (FPL) electronically according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format – NDA* (January 1999). Alternatively, you may submit 20 paper copies of the FPL as soon as it is available but no more than 30 days after it is printed. Please individually mount ten of the copies on heavy-weight paper or similar material. For administrative purposes, this submission should be designated "FPL for approved NDA 21-200." Approval of this submission by FDA is not required before the labeling is used.

NDA 21-200
Page 2

We remind you of the telephone conferences held July 18, 2002, and July 23, 2002, in which you committed to submit reports of biliary tree-related adverse events and abdominal surgeries (including cholecystectomies), and pelvic surgeries as Postmarketing 15-Day Safety Reports according to the terms of 21 CFR 314.80. We agree to meet with you to reevaluate the need for these adverse event reports to be submitted as Postmarketing 15-Day Safety Reports after the Agency has had an opportunity to adequately assess the postmarketing safety profile of Zelnorm™.

We remind you of your postmarketing study commitments in your submission dated July 09, 2002. These commitments are listed below.

1. Commitment/Study Description: A randomized, double-blind, crossover, placebo-controlled study to assess the effects of tegaserod 6 mg b.i.d. on gallbladder motility and biliary tract diameter in healthy volunteers and of tegaserod 6 mg b.i.d. and tegaserod 12 mg b.i.d. on gallbladder motility and biliary tract diameter in female patients with IBS-C, as submitted February 28, 2002 (Gallbladder Mechanistic Study).

    Commitment Category: Clinical

    Protocol Submission (with amendment for 12 mg b.i.d. cohort): February 2002
    Study Start:                   Ongoing
    Final Report Submission:       First Quarter 2003

2. Commitment/Study Description: Zelnorm™ Epidemiological Study, a prospective cohort postmarketing surveillance study, to evaluate the frequency of gallbladder surgeries and other abdominal and pelvic surgeries and procedures, as submitted February 28, 2002.

    Commitment Category: Clinical

    Protocol Submission:           September 2002
    Study Start:                   Third Quarter 2002
    Final Report Submission:       Third Quarter 2005

3. Commitment/Study Description: A randomized, double-blind, parallel group, placebo-controlled study to evaluate the intermittent and/or long-term efficacy of Zelnorm™.

    Commitment Category: Clinical

    Protocol Submission:           October 2002
    Study Start:                   Second Quarter 2003
    Final Report Submission:       First Quarter 2005

Submit clinical protocols to your IND for this product. Submit nonclinical and chemistry, manufacturing, and controls protocols and all study final reports to this NDA. In addition, under 21 CFR 314.81(b)(2)(vii) and

NDA 21-200
Page 3

314.81(b)(2)(viii), you should include a status summary of each commitment in your annual report to this NDA. The status summary should include expected summary completion and final report submission dates, any changes in plans since the last annual report, and, for clinical studies, number of patients entered into each study. All submissions, including supplements, relating to these postmarketing study commitments must be prominently labeled "Postmarketing Study Protocol", "Postmarketing Study Final Report", or "Postmarketing Study Correspondence."

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any problems that may be identified.

Be advised that, as of April 1, 1999, all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred (63 FR 66632). We note that you have not fulfilled the requirements of 21 CFR 314.55 (or 601.27). We are deferring submission of your pediatric studies until January 2, 2004. However, in the interim, please submit your pediatric drug development plans within 120 days from the date of this letter unless you believe a waiver is appropriate. Within approximately 120 days of receipt of your pediatric drug development plan, we will review your plan and notify you of its adequacy.

If you believe that this drug qualifies for a waiver of the pediatric study requirement, you should submit a request for a waiver with supporting information and documentation in accordance with the provisions of 21 CFR 314.55 within 60 days from the date of this letter. We will notify you within 120 days of receipt of your response whether a waiver is granted. If a waiver is not granted, we will ask you to submit your pediatric drug development plans within 120 days from the date of denial of the waiver.

Pediatric studies conducted under the terms of section 505A of the Federal Food, Drug, and Cosmetic Act may result in additional marketing exclusivity for certain products (pediatric exclusivity). You should refer to the Guidance for Industry on Qualifying for Pediatric Exclusivity (available on our web site at www.fda.gov/cder/pediatric) for details. If you wish to qualify for pediatric exclusivity you should submit a "Proposed Pediatric Study Request" (PPSR) in addition to your plans for pediatric drug development described above. We recommend that you submit a Proposed Pediatric Study Request within 120 days from the date of this letter. If you are unable to meet this time frame but are interested in pediatric exclusivity, please notify the division in writing. FDA generally will not accept studies submitted to an NDA before issuance of a Written Request as responsive to a Written Request. Sponsors should obtain a Written Request before submitting pediatric studies to an NDA. If you do not submit a PPSR or indicate that you are interested in pediatric exclusivity, we will review your pediatric drug development plan and notify you of its adequacy. Please note that satisfaction of the requirements in 21 CFR 314.55 alone may not qualify you for pediatric exclusivity. FDA does not necessarily ask a sponsor to complete the same scope of studies to qualify for pediatric exclusivity as it does to fulfill the requirements of the pediatric rule.

We remind you of your letter of July 9, 2002, in which you indicated your intent not to initiate direct-to-consumer advertising for Zelnorm™ during the initial launch phase (4 to 6 months) for the product.

NDA 21-200
Page 4

Please submit three copies of the introductory promotional materials that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print. Please send one copy to the Division of Gastrointestinal and Coagulation Drug Products and two copies of both the promotional materials and the package insert directly to:

      Division of Drug Marketing, Advertising, and Communications, HFD-42
      Food and Drug Administration
      5600 Fishers Lane
      Rockville, Maryland 20857

Please submit one market package of the drug product when it is available.

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, call Paul E. Levine, Jr., R.Ph., Regulatory Project Manager, at (301) 827-7310.

                Sincerely,

                *{See appended electronic signature page}*

                Florence Houn, M.D., M.P.H., F.A.C.P.
                Director
                Office of Drug Evaluation III
                Center for Drug Evaluation and Research

Enclosure

Ⴡ NOVARTIS

## Zelnorm™
## (tegaserod maleate)

## Tablets

## Rx only

## Prescribing Information

## DESCRIPTION

Zelnorm™ (tegaserod maleate) tablets contain tegaserod as the hydrogen maleate salt. As the maleate salt, tegaserod is chemically designated as 3-(5-methoxy-1H-indol-3-ylmethylene)-N-pentylcarbazimidamide hydrogen maleate. Its empirical formula is $C_{16}H_{23}N_5O•C_4H_4O_4$. The molecular weight is 417.47 and the structural formula is



$$•C_4H_4O_4$$

Tegaserod as the maleate salt is a white to off-white crystalline powder and is slightly soluble in ethanol and very slightly soluble in water. Each 1.385 mg of tegaserod as the maleate is equivalent to 1 mg of tegaserod. Zelnorm is available for oral use as tablets containing either 2 mg or 6 mg of tegaserod; inactive ingredients are crospovidone, glyceryl monostearate, hydroxypropyl methylcellulose, lactose monohydrate, poloxamer 188, and polyethylene glycol 4000.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

Clinical investigations have shown that both motor and sensory functions of the gut appear to be altered in patients suffering from irritable bowel syndrome (IBS). Both the enteric nervous system, which acts to integrate and process information in the gut, and 5-hydroxytryptamine (5-HT, serotonin) are thought to represent key elements in the etiology of IBS. Approximately

95% of serotonin is found throughout the gastrointestinal tract, primarily stored in enterochromaffin cells but also in enteric nerves acting as a neurotransmitter. Serotonin has been shown to be involved in regulating motility, visceral sensitivity and intestinal secretion. Investigations suggest an important role of serotonin Type-4 (5-HT$_4$) receptors in the maintenance of gastrointestinal functions in humans.

Tegaserod is a 5-HT$_4$ receptor partial agonist that binds with high affinity at human 5-HT$_4$ receptors, whereas it has no appreciable affinity for 5-HT$_3$ or dopamine receptors. It has moderate affinity for 5-HT$_1$ receptors. Tegaserod, by acting as an agonist at neuronal 5-HT$_4$ receptors, triggers the release of further neurotransmitters such as calcitonin gene-related peptide from sensory neurons. The activation of 5-HT$_4$ receptors in the gastrointestinal tract stimulates the peristaltic reflex and intestinal secretion, as well as inhibits visceral sensitivity. In vivo studies showed that tegaserod enhanced basal motor activity and normalized impaired motility throughout the gastrointestinal tract. In addition, studies demonstrated that tegaserod moderated visceral sensitivity during colorectal distension in animals.

## Pharmacokinetics

### Absorption

Peak plasma concentrations are reached approximately 1 hour after oral dosing. The absolute bioavailability of tegaserod when administered to fasting subjects is approximately 10%. The pharmacokinetics are dose proportional over the 2 mg to 12 mg range given twice daily for 5 days. There was no clinically relevant accumulation of tegaserod in plasma when a 6 mg b.i.d. dose was given for 5 days. (See DOSAGE AND ADMINISTRATION.)

### Food Effects

When the drug is administered with food, the bioavailability of tegaserod is reduced by 40%-65% and C$_{max}$ by approximately 20%-40%. Similar reductions in plasma concentration occur when tegaserod is administered to subjects within 30 minutes prior to a meal, or 2.5 hours after a meal. T$_{max}$ of tegaserod is prolonged from approximately 1 hour to 2 hours when taken following a meal, but decreased to 0.7 hours when taken 30 minutes prior to a meal.

### Distribution

Tegaserod is approximately 98% bound to plasma proteins, predominantly alpha-1-acid glycoprotein. Tegaserod exhibits pronounced distribution into tissues following intravenous dosing with a volume of distribution at steady-state of $368 \pm 223$ L.

### Metabolism

Tegaserod is metabolized mainly via two pathways. The first is a presystemic acid catalyzed hydrolysis in the stomach followed by oxidation and conjugation which produces the main metabolite of tegaserod, 5-methoxyindole-3-carboxylic acid glucuronide. The main metabolite has negligible affinity for 5HT$_4$ receptors in vitro. In humans, systemic exposure to tegaserod was not altered at neutral gastric pH values. The second metabolic pathway of tegaserod is direct glucuronidation which leads to generation of three isomeric N-glucuronides.

### Elimination

The plasma clearance of tegaserod is $77 \pm 15$ L/h with an estimated terminal half-life ($T_{1/2}$) of $11 \pm 5$ hours following intravenous dosing. Approximately two-thirds of the orally administered dose of tegaserod is excreted unchanged in the feces, with the remaining one-third excreted in the urine, primarily as the main metabolite.

### Sub Populations

*Patients:*  The pharmacokinetics of tegaserod in IBS patients are comparable to those in healthy subjects.

*Reduced Renal Function:*  No change in the pharmacokinetics of tegaserod was observed in subjects with severe renal impairment requiring hemodialysis (creatinine clearance $\leq 15$mL/min/1.73m$^2$). $C_{max}$ and AUC of the main pharmacologically inactive metabolite of tegaserod, 5-methoxy-indole-3-carboxylic acid glucuronide, increased 2- and 10-fold respectively, in subjects with severe renal impairment compared to healthy controls. No dosage adjustment is required in patients with mild-to-moderate renal impairment. Tegaserod is not recommended in patients with severe renal impairment.

*Reduced Hepatic Function:*  In subjects with mild hepatic impairment, mean AUC was 31% higher and $C_{max}$ 16% higher compared to subjects with normal hepatic function. No dosage adjustment is required in patients with mild impairment, however, caution is recommended when using tegaserod in this patient population. Tegaserod has not adequately been studied in patients with moderate and severe hepatic impairment, and is therefore not recommended in these patients.

*Gender:*  Gender has no effect on the pharmacokinetics of tegaserod.

*Race:*  Data were inadequate to assess the effect of race on the pharmacokinetics of tegaserod.

*Age:*  In a clinical pharmacology study conducted to assess the pharmacokinetics of tegaserod administered to healthy young (18-40 years) and healthy elderly (65-85 years) subjects, peak plasma concentration and exposure were 22% and 40% greater, respectively, in elderly females than young females but still within the variability seen in tegaserod pharmacokinetics in healthy subjects. Based on an analysis across several pharmacokinetic studies in healthy subjects, there is no age effect on the pharmacokinetics of tegaserod when allowing for body weight as a covariate. Therefore, dose adjustment in elderly patients is not necessary.

## CLINICAL STUDIES

In three multicenter, double-blind, placebo-controlled studies, 2,470 women (mean age 43 years [range 17-89 years]; 86% Caucasian, 10% African American) with at least a 3-month history of IBS symptoms prior to the study baseline period that included abdominal pain, bloating and constipation received either Zelnorm™ (tegaserod maleate) 6 mg b.i.d. or placebo. In all patients, constipation was characterized by at least two of the following three symptoms each occurring $\geq 25\%$ of the time over a 3-month period: < 3 bowel movements/week, hard or lumpy stools, or straining with a bowel movement. Study design consisted of a 4-week placebo-free baseline period followed by a 12-week double-blind

treatment period. Study 1 and 2 evaluated a fixed dose regimen of tegaserod 6 mg b.i.d. while Study 3 utilized a dose-titration design.

Each week of the 4-week placebo-free baseline period and the 12-week double-blind treatment period, patients were asked the question, "Please consider how you felt this past week in regard to your IBS, in particular your overall well-being, and symptoms of abdominal discomfort, pain and altered bowel habit. Compared to the way you usually felt before entering the study, how would you rate your relief of symptoms during the past week?" The response variable consisted of the following 5 categories: completely relieved, considerably relieved, somewhat relieved, unchanged, or worse. Patients were classified as responders within a month if they were considerably or completely relieved for at least two of the four weeks, or if they were at least somewhat relieved for each of the four weeks.

Calculated response rates during month 1 and during month 3 as described above are shown in the table below. The differences in response rates vs. placebo were greater at month 1 than month 3.

| | Month 1 | | | Month 3 | | |
| | Proportion of Responders | | | Proportion of Responders | | |
| Study | Zelnorm™ 6 mg b.i.d. | Placebo | Difference (95% Confidence Interval) | Zelnorm™ 6 mg b.i.d. | Placebo | Difference (95% Confidence Interval) |
|---|---|---|---|---|---|---|
| 1 | 76/244 (31%) | 42/240 (17%) | 14% (6% to 21%) | 95/244 (39%) | 66/240 (28%) | 11% (3% to 20%) |
| 2 | 265/767 (35%) | 164/752 (22%) | 13% (8% to 17%) | 334/767 (44%) | 292/752 (39%) | 5% (0% to 10%) |
| 3 | 80/233 (34%) | 47/234 (20%) | 14% (6% to 22%) | 100/233 (43%) | 88/234 (38%) | 5% (-4% to 14%) |

Response: ≥ 2 of 4 weeks complete or considerable relief or 4 of 4 weeks with at least somewhat relief.

The same efficacy variable (i.e., complete relief, considerable relief, somewhat relief, unchanged, worse) was analyzed on a weekly basis. The proportion of patients with complete, considerable or somewhat relief at weeks 1, 4, 6, 8 and 12 are shown in the figure below.



In addition, individual symptoms of abdominal pain/discomfort and bloating were assessed daily using a 6 or 7 point intensity scale. A positive response was defined as at least a 1 point reduction in the scale. During the first four weeks in the fixed dose studies, 8 to 11% more Zelnorm-treated patients than placebo patients were responders for abdominal pain/discomfort. Similarly, 9 to 12% more Zelnorm-treated patients were responders for bloating. Corresponding differences at month 3 were 1 to 10% for abdominal pain/discomfort and 4 to 11% for bloating. Patients on Zelnorm also experienced an increase in median number of stools from 3.8/week at baseline to 6.3/week at month 1 and 6.0/week at month 3, while placebo patients increased from 4.0/week to 5.1/week at month 1 and 5.5/week at month 3.

The efficacy of Zelnorm beyond 12 weeks has not been studied.

## INDICATIONS AND USAGE

Zelnorm™ (tegaserod maleate) is indicated for the short-term treatment of women with irritable bowel syndrome (IBS) whose primary bowel symptom is constipation.

The safety and effectiveness of Zelnorm in men have not been established.

## CONTRAINDICATIONS

Zelnorm™ (tegaserod maleate) is contraindicated in those patients with:

- severe renal impairment
- moderate or severe hepatic impairment
- a history of bowel obstruction, symptomatic gallbladder disease, suspected sphincter of Oddi dysfunction, or abdominal adhesions
- a known hypersensitivity to the drug or any of its excipients

## PRECAUTIONS

Zelnorm™ (tegaserod · maleate) should not be initiated in patients who are currently experiencing or frequently experience diarrhea. (See ADVERSE REACTIONS.) Zelnorm should be discontinued immediately in patients with new or sudden worsening of abdominal pain.

### Information for Patients

Patients should take Zelnorm before a meal.

Patients should also be aware of the possible occurrence of diarrhea during therapy. The majority of the Zelnorm patients reporting diarrhea had a single episode. In most cases, diarrhea occurred within the first week of treatment. Typically, diarrhea resolved with continued therapy. Patients should consult their physician if they experience severe diarrhea, or if the diarrhea is accompanied by severe cramping, abdominal pain, or dizziness. Patients

should not initiate therapy with Zelnorm if they are currently experiencing or frequently experience diarrhea. (See ADVERSE REACTIONS.)

Patients should consult their physician if they experience new or worsening abdominal pain.

## Drug Interactions

In vitro drug-drug interaction data with tegaserod indicated no inhibition of the cytochrome P450 isoenzymes CYP2C8, CYP2C9, CYP2C19, CYP2E1 and CYP3A4, whereas inhibition of CYP1A2 and CYP2D6 could not be excluded. However, in vivo, no clinically relevant drug-drug interactions have been observed with dextromethorphan (CYP2D6 prototype substrate), and theophylline (CYP1A2 prototype substrate). There was no effect on the pharmacokinetics of digoxin, oral contraceptives, and warfarin. The main human metabolite of tegaserod hydrogen maleate, 5-methoxyindole-3-carboxylic acid glucuronide, did not inhibit the activity of any of the above cytochrome P450 isoenzymes in in vitro tests.

*Dextromethorphan:* A pharmacokinetic interaction study demonstrated that co-administration of tegaserod and dextromethorphan did not change the pharmacokinetics of either compound to a clinically relevant extent. Dose adjustment of either drug is not necessary when tegaserod is combined with dextromethorphan. Therefore, tegaserod is not expected to alter the pharmacokinetics of drugs metabolized by CYP2D6 (e.g., fluoxetine, omeprazole, captopril).

*Theophylline:* A pharmacokinetic interaction study demonstrated that co-administration of tegaserod and theophylline did not affect the pharmacokinetics of theophylline. Dose adjustment of theophylline is not necessary when tegaserod is co-administered. Therefore, tegaserod is not expected to alter the pharmacokinetics of drugs metabolized by CYP1A2 (e.g., estradiol, omeprazole).

*Digoxin:* A pharmacokinetic interaction study with digoxin demonstrated that concomitant administration of tegaserod reduced peak plasma concentration and exposure of digoxin by approximately 15%. This reduction of bioavailability is not considered clinically relevant. When tegaserod is co-administered with digoxin dose adjustment is unlikely to be required.

*Warfarin:* A pharmacokinetic and pharmacodynamic interaction study with warfarin demonstrated no effect of concomitant administration of tegaserod on warfarin pharmacokinetics and pharmacodynamics. Dose adjustment of warfarin is not necessary when tegaserod is co-administered.

*Oral Contraceptives:* Co-administration of tegaserod did not affect the steady-state pharmacokinetics of ethinylestradiol and reduced peak concentrations and exposure of levonorgestrel by 8%. Tegaserod is not expected to alter the risk of ovulation in subjects taking oral contraceptives. No alteration in oral contraceptive medication is necessary when tegaserod is co-administered.

## Carcinogenesis, Mutagenesis, Impairment of Fertility

Tegaserod was not carcinogenic in rats given oral dietary doses up to 180 mg/kg/day (approximately 93 to 111 times the human exposure at 6 mg b.i.d. based on plasma $AUC_{0-24 hr}$) for 110 to 124 weeks.

In mice, dietary administration of tegaserod for 104 weeks produced mucosal hyperplasia and adenocarcinoma of small intestine at 600 mg/kg/day (approximately 83 to 110 times the human exposure at 6 mg b.i.d. based on plasma $AUC_{0-24 hr}$). There was no evidence of carcinogenicity at a lower dose of 200 mg/kg/day (approximately 24 to 35 times the human exposure at 6 mg b.i.d. based on plasma $AUC_{0-24 hr}$) or 60 mg/kg/day (approximately 3 to 4 times the human exposure at 6 mg b.i.d. based on plasma $AUC_{0-24 hr}$).

Tegaserod was not genotoxic in the in vitro Chinese hamster lung fibroblast (CHL/V79) cell chromosomal aberration test, the in vitro Chinese hamster lung fibroblast (CHL/V79) cell forward mutation test, the in vitro rat hepatocyte unscheduled DNA synthesis (UDS) test or the in vivo mouse micronucleus test. The results of Ames test for mutagenicity were equivocal.

Tegaserod at oral doses up to 240 mg/kg/day (approximately 57 times the human exposure at 6 mg b.i.d. based on plasma $AUC_{0-24 hr}$) in male rats and 150 mg/kg/day (approximately 42 times the human exposure at 6 mg b.i.d. based on plasma $AUC_{0-24 hr}$) in female rats was found to have no effect on fertility and reproductive performance.

## Pregnancy, Teratogenic Effects: Pregnancy Category B

Reproduction studies have been performed in rats at oral doses up to 100 mg/kg/day (approximately 15 times the human exposure at 6 mg b.i.d. based on plasma $AUC_{0-24 hr}$) and rabbits at oral doses up to 120 mg/kg/day (approximately 51 times the human exposure at 6 mg b.i.d. based on plasma $AUC_{0-24 hr}$) and have revealed no evidence of impaired fertility or harm to the fetus due to tegaserod. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.

## Nursing Mothers

Tegaserod and its metabolites are excreted in the milk of lactating rats with a high milk to plasma ratio. It is not known whether tegaserod is excreted in human milk. Many drugs, which are excreted in human milk, have potential for serious adverse reactions in nursing infants. Based on the potential for tumorigenicity shown for tegaserod in the mouse carcinogenicity study, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

## Pediatric Use

The safety and effectiveness of Zelnorm in pediatric patients below the age of 18 have not been established.

## Geriatric Use

Of 4,035 patients in Phase 3 clinical studies of Zelnorm, 290 were at least 65 years of age, while 52 were at least 75 years old. No overall differences in safety was observed between these patients and younger patients with regard to adverse events.

A clinical study conducted to assess the pharmacokinetics of tegaserod in healthy young (18-40 years) versus healthy elderly (65-85 years) subjects did not indicate that a dose adjustment is necessary when administering Zelnorm to patients over 65 years old. (See CLINICAL PHARMACOLOGY.)

# ADVERSE REACTIONS

In Phase 3 clinical trials in which 2,632 patients received Zelnorm™ (tegaserod maleate) 6 mg b.i.d. or placebo, the following adverse experiences were reported in 1% or more of patients who received Zelnorm and occurred more frequently on Zelnorm than placebo:

**Adverse Events Occurring in ≥ 1% of IBS Patients and More Frequently on Zelnorm™ (tegaserod maleate) than Placebo**

| System/ Adverse Experience | Zelnorm™ 6 mg b.i.d. (n=1,327) | Placebo (n=1,305) |
|---|---|---|
| *Gastrointestinal System Disorders* | | |
| Abdominal Pain | 12% | 11% |
| Diarrhea | 9% | 4% |
| Nausea | 8% | 7% |
| Flatulence | 6% | 5% |
| *Central and Peripheral Nervous System* | | |
| Headache | 15% | 12% |
| Dizziness | 4% | 3% |
| Migraine | 2% | 1% |
| *Body as a Whole - General Disorders* | | |
| Accidental Trauma | 3% | 2% |
| Leg Pain | 1% | < 1% |
| *Musculoskeletal System Disorders* | | |
| Back Pain | 5% | 4% |
| Arthropathy | 2% | 1% |

Zelnorm was not associated with changes in ECG intervals.

The following adverse events also occurred during treatment with Zelnorm.

## Zelnorm-Induced Diarrhea

In the Phase 3 clinical studies, 8.8% of patients receiving Zelnorm reported diarrhea as an adverse experience compared to 3.8% of patients receiving placebo. The majority of the Zelnorm patients reporting diarrhea had a single episode. In most cases, diarrhea occurred within the first week of treatment. Typically, diarrhea resolved with continued therapy. Overall, the discontinuation rate from the studies due to diarrhea was 1.6% among the

Zelnorm-treated patients. Patients who experience severe diarrhea during therapy with Zelnorm should be directed to consult their physician. Diarrhea can be the pharmacologic response to Zelnorm.

In two clinical studies of 4-8 weeks of duration designed to assess the safety and tolerability of Zelnorm in IBS patients with diarrhea as a predominant symptom (N=162), no serious adverse events were observed; 6% of Zelnorm-treated patients discontinued treatment due to diarrhea or abdominal pain.

## Abdominal Surgeries, Including Cholecystectomy

An increase in abdominal surgeries was observed on Zelnorm (9/2,965; 0.3%) vs. placebo (3/1,740; 0.2%) in the Phase 3 clinical studies. The increase was primarily due to a numerical imbalance in cholecystectomies reported in patients treated with Zelnorm (5/2,965; 0.17%) vs. placebo (1/1,740; 0.06%). A causal relationship between abdominal surgeries and Zelnorm has not been established.

The following list of adverse events includes those considered possibly related to Zelnorm, occurred in at least two patients in the Phase 3 clinical trials, and occurred more often on Zelnorm than placebo. Also included are those serious adverse events reported in the Zelnorm clinical program in at least two patients treated with Zelnorm, regardless of causality, or any serious adverse event considered possibly related to Zelnorm. Although the events reported occurred during treatment with Zelnorm, they were not necessarily caused by it.

*Body as a Whole:* pain, flushing, facial edema

*Cardiovascular:* hypotension, angina pectoris, syncope, arrhythmia, bundle branch block, supraventricular tachycardia

*Central Nervous System:* vertigo

*Female Reproductive:* ovarian cyst, miscarriage, menorrhagia

*Gastrointestinal:* irritable colon, fecal incontinence, tenesmus, increased appetite, eructation, increased SGOT, increased SGPT, bilirubinemia, cholecystitis, appendicitis, subileus

*Metabolic:* increased creatine phosphokinase

*Musculoskeletal:* back pain, cramps

*Neoplasms:* breast carcinoma

*Psychiatric:* attempted suicide, impaired concentration, emotional lability, increased appetite, sleep disorder, depression

*Respiratory:* asthma

*Skin:* pruritis, increased sweating

*Urinary:* albuminuria, frequent micturition, polyuria, renal pain

## Post Marketing Experience

Voluntary reports of other adverse events occurring with the use of Zelnorm include the following: suspected sphincter of Oddi spasm, bile duct stone, and cholecystitis with elevated transaminases.

## OVERDOSAGE

There have been no reports of human overdosage with Zelnorm™ (tegaserod maleate). Single oral doses of 120 mg of tegaserod were administered to 3 healthy volunteers in one study. All 3 subjects developed diarrhea and headache. Two of these subjects also reported intermittent abdominal pain, and 1 developed orthostatic hypotension. In 28 healthy subjects exposed to doses of tegaserod of 90 to 180 mg/d for several days, adverse events were diarrhea (100%), headache (57%), abdominal pain (18%), flatulence (18%), nausea (7%) and vomiting (7%).

Based on the large distribution volume and high protein binding of tegaserod it is unlikely that tegaserod could be removed by dialysis. In cases of overdosage treat symptomatically and institute supportive measures as appropriate.

## DOSAGE AND ADMINISTRATION

The recommended dosage of Zelnorm™ (tegaserod maleate) is 6 mg taken twice daily orally before meals for 4 to 6 weeks. For those patients who respond to therapy at 4-6 weeks, an additional 4-6 week course can be considered.

## HOW SUPPLIED

Zelnorm™ (tegaserod maleate) is available as whitish to slightly yellowish, marbled, circular flat tablets with a bevelled edge containing 2 mg or 6 mg tegaserod as follows:

**2 mg Tablet** - white round engraved with "NVR" and "DL"
Unit Dose (blister pack)
    Box of 60 (strips of 10)........................................................................NDC 0078-0355-80

**6 mg Tablet** - white round engraved with "NVR" and "EH"
Unit Dose (blister pack)
    Box of 60 (strips of 10)........................................................................NDC 0078-0356-80

Store at 25°C (77°F); excursions permitted to 15°C-30°C (59°F-86°F).

See USP Controlled Room Temperature. Protect from moisture.