UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> *U.S. ex rel. Ven-A-Care of the Florida Keys,* ) <br> *Inc. v. Abbott Laboratories, Inc.,* ) <br> *No. 06-CV-11337-PBS* ) <br> _____) | MDL NO. 1456 <br><br> Master File No:  01-CV-12257-PBS <br><br> Judge Patti B. Saris |

### NOTICE OF APPEARANCE OF
### JASON G. WINCHESTER, ON BEHALF OF ABBOTT
### LABORATORIES INC., AND
### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) and paragraph 16 of this Court's Case Management Order No. 1, Jason G. Winchester of the law firm Jones Day hereby enters his appearance on behalf of Defendant Abbott Laboratories Inc. in the above-captioned matter.  This attorney is not a member of the bar of the United States District Court for the District of Massachusetts, but respectfully seeks admission *pro hac vice* in accordance with the procedure set forth in this Court's Case Management Order No. 1.  The attached Certificate demonstrates that this attorney is a member in good standing of various bars and is familiar with the Local Rules of this Court.

The appropriate $50 filing fee has been submitted to the Clerk of the court under separate cover with a copy of this Notice and Motion.

| | |
|---|---|
| Executed:  May 14, 2007 | Respectfully Submitted, |
| | /s/ Brian J. Murray |
| | Brian J. Murray<br>JONES DAY<br>77 West Wacker Drive<br>Chicago, Illinois 60601-1692<br>Telephone:  (312) 782-3939<br>Facsimile:  (312) 782-8585 |
| | **Counsel for Defendants Abbott Laboratories Inc.** |

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on May 14, 2007, a copy to Lexis-Nexis for posting and notification to all parties.

      /s/ Carol P. Geisler
      Carol P. Geisler