UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                       )
IN RE PHARMACEUTICAL INDUSTRY          )
AVERAGE WHOLESALE PRICE                )    MDL NO. 1456
LITIGATION                             )
_____)    Master File No:  01-CV-12257-PBS
                                       )
THIS DOCUMENT RELATES TO               )    Judge Patti B. Saris
U.S. ex rel. Ven-A-Care of the Florida Keys, )
Inc. v. Abbott Laboratories, Inc.,     )
No. 06-CV-11337-PBS                    )
_____)
```

## CERTIFICATE OF JASON G. WINCHESTER

I, Jason G. Winchester, in accordance with Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, represent and certify as follows:

1.    I am a partner in the law firm of Jones Day, which maintains offices at 77 West Wacker Drive, Chicago, Illinois 60601-1692;

2.    I am a member in good standing of the bars of Illinois, the United States Courts of Appeals for the First, Seventh, and Federal Circuits, and the United States District Court for the Northern District of Illinois;

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

4.    I am familiar with the facts surrounding this dispute and the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed: May 14, 2007                    /s/ Jason G. Winchester

                                                      Jason G. Winchester
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585