UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories Inc.* ) ) ) | |
| CIVIL ACTION NO. 06-11337-PBS ) | |

**THE UNITED STATES, RELATOR AND ABBOTT LABORATORIES INC.'S NOTICE REGARDING MEDIATION**

Paragraph 19 of Case Management Order ("CMO") No. 29 required the United States, Ven-A-Care of the Florida Keys, Inc. ("Relator") and Abbott Laboratories Inc. ("Abbott") to (1) meet and confer on potential mediators by May 7, 2007 and (2) present either an agreed upon mediator or a slate of proposed mediators to the Court by May 14. Paragraph 20 of CMO No. 29 states that "[w]ithin 15 business days after the parties agree upon a mediator or the Court selects one, Abbott shall meet-and-confer with the United States and Relator regarding its interest in pursuing mediation prior to the close of expert discovery." The parties have completed both meet-and-confers and report as follows:

**Proposed mediator**. The parties have agreed to have Jonathan Marks of Marks ADR, LLC act as a mediator in this matter.

**Timing of mediation**. As noted in Paragraph 20 of CMO No. 29, the parties have previously advised the Court in November 2006 that they had met-and-conferred on the issue of mediation and agreed that mediation should occur after the close of expert discovery on April 30,

2008.  The Court has inquired again when the parties might consider mediation.  After six and a half months of discovery, the United States and Relator are prepared to attempt mediation any time after May 28, 2007.  Abbott believes that the previous timeline for mediation remains the most appropriate.

Dated: May 14, 2007                                                         Respectfully submitted,

                                                                            PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL

     /s/ Gejaa T. Gobena
Joyce R. Branda
Daniel Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-1088
Fax: (202) 307-3852

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

    /s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9003
Fax: (305) 536-4101
*Counsel for the United States of America*

    /s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Phone: (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com
*Counsel for the Relator, Ven-A-Care of the Florida Keys, Inc.*

    /s/ James R. Daly
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES, RELATOR AND ABBOTT LABORATORIES, INC.'S NOTICE REGARDING MEDIATION** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                          /s/ Gejaa T. Gobena
Dated: May 14, 2007                  Gejaa T. Gobena