# EXHIBIT B



"Gobena, Gejaa \(CIV\)"
<Gejaa.Gobena@usdoj.gov>

04/04/2007 07:11 AM

To "Jason G. Winchester" <jgwinchester@JonesDay.com>, "James R. Daly" <jrdaly@JonesDay.com>, "Tina M. Tabacchi" <tmtabacchi@JonesDay.com>, "R. Christopher

cc "St.Peter-Griffith, Ann \(USAFLS\)" <Ann.St.Peter-Griffith@usdoj.gov>, "Jbreen" <Jbreen@breenlaw.com>, "Lavine, Mark \(USAFLS\)"

bcc

Subject Deposition to Schedule

Counsel:

Pursuant to CMO 29, we ask that you provide prospective deposition dates for Miles White within the next ten (10) business dates. We intend to question Mr. White about the attached letter among other matters relating to the United States' case against Abbott Labs. CMO 29 requires the deposition to be scheduled within thirty (30) days, but we are available to discuss any scheduling issues.

In connection with that deposition, we ask that you provide by April 18 all documents responsive to Request No. 26 of the United States' Second Request for the Production of Documents, including without limitation documents relating to or referencing Mr. White and (1) Average Wholesale Price (AWP), Wholesale Acquisition Cost (WAC) or Direct or List Price (DP), (2) the Medicare Working Group, (3) Abbott compliance policies and practices and (4) other drug pricing issues.

October 2000 Letter from Congressman Stark to Miles White.pdf