# EXHIBIT E

 **ABBOTT**

INTEROFFICE CORRESPONDENCE

FROM: Josè E. Rivera, Jr.
DEPT: D324, Bdlg. AP6D  EXT. 7-5201
DATE: October 25, 1999

To:     Distribution List

CC:     Cathy Babington
        Mark Barmak
        Jose de Lasa
        Robert Parkinson
        Miles White

Re:     <u>U.S. Department of Health and Human Services Subpoena</u>

This notice is a reminder that, pursuant to a memo dated October 20, 1997 (attached), all original documents in this matter must continue to be retained. On October 6, 1997, a subpoena was served on Abbott related to Abbott's pricing and Medicaid/Medicare programs and reimbursement practices for the following drugs:

1.     Amikacin Sulfate
2.     Clindamycin Phosphate
3.     Dextrose 5%
4.     Dextrose 5%/Sodium Chloride 0.9%
5.     Furosemide
6.     Heparin Lock Flush
7.     Pentamidine Isethionate
8.     Lactated Ringers
9.     Sodium Bicarbonate
10.    Sodium Chloride .9%
11.    Tobramycin Sulfate
12.    Vancomycin HCL
13.    Water for Injection, Sterile

The subpoena required us to produce all documents that discussed or related in any way to the pricing of Medicaid/Medicare reimbursement of these drugs in the following states: Texas, Florida, Colorado, Alabama, Massachusetts and Maryland.

You must continue to save all documents (physical and electronic) that could in any way be responsive to the subpoena. "Documents" includes, but are not limited to, department files, personal files, desk files, business, reports, opinions, handwritten notes, overheads, electronic data and e-mail messages, correspondence, and any other similar materials. Please be aware that "documents" also include drafts and handwritten notes on the drafts or final documents. Also, this definition is not limited to "official" documents.

These documents cannot be part of any corporate, divisional or other program that calls for

X0016795

periodic destruction of records. None of these documents should be destroyed as part of such program until further notice.

Please distribute this memorandum to all individuals that report to you who might have relevant documents, and are not copies on this memorandum.

Please contact me or Ellen Klaus should you have any questions or concerns.

JER:etk

Attachment

X0016796

DISTRIBUTION LIST:

| | | |
|---|---|---|
| Harold Adams | D361 | AP30 |
| Robyn Allen-McKinnon | D361 | AP30 |
| Peter Baker | DH83 | AP34 |
| Barry Barnard | D335 | AP6B |
| Jeffery Blazer | DOP83 | AP34-2 |
| Jerry Boesch | D361 | AP30 |
| Tracey Brill | D97W | AP30 |
| Robert Bryan | D361 | AP30 |
| Anthony Cacich | D97W | AP30-2 |
| Michael Casper | DH51 | AP34 |
| Nancy Conway | D389 | AP30 |
| William Dwyer | D49U | AP6B |
| Robert Felicelli | D977 | ZP30 |
| Sam Fischer | D494 | AP6B |
| Nelda Flores | D313 | AP6C |
| Thomas Freyman | D312 | AP6D |
| B.L. Gerber | D49Z | Field Sales |
| Michael Glass | D96J | AP30 |
| T. Scott Glover | DH83 | AP34 |
| Rick Gonzalez | D960 | AP30 |
| Greg Gordon | D439 | AP34 |
| Jeff Gott | D4k | AP6C |
| Cindy Grady | D49T | AP6B |
| Edward Hayman | D4EF | AP30 |
| Christopher Herden | D97W | AP30-2 |
| Laurie Hernandez | D96E | AP30 |
| Patricia Holma | D97W | AP30-2 |
| James Jackson | D361 | AP30 |
| Jerry Joiner | D494 | AP6B-2 |
| Peter Karas | D494 | AP6B |
| Ashok Kaul | D4EF | AP30-2 |
| Patrick Keely | D361 | AP30 |
| Steven Kipperman | DH50 | AP34 |
| Karla Kreklow | DH85 | AP34 |
| Russell Layman | D492 | AP6B |
| Elaine Leavenworth | D290 | AP6B-2 |
| Kristina Leistner | D335 | AP6B |
| Lynn Leone | DH83 | AP34 |
| Bruce Lweis | D49Z | Field Sales |
| Ted Lyjak | DH83 | AP34 |

X0016793

| | | |
|---|---|---|
| Robert Lyman | D361 | AP30 |
| Suzanne McDonald | D494 | AP6B |
| Michael McGibbon | D99F | AP30 |
| Loreen Mershimer | D96J | AP30 |
| Thomas Moore | D97W | AP30 |
| Pamela Navarre | D4EF | AP30 |
| Michael Novak | DH83 | AP34 |
| Edward Ogunro | D87W | AP30 |
| Timothy Oswald | D977 | AP30 |
| W. Perry | D49Z | Field Sales |
| Kari Peterson | D97W | AP30-2 |
| M.R. Pettus | D49Z | Field Sales |
| Maureen Power | D4EF | AP30 |
| AnneMarie Renick | D97W | AP30 |
| Don Robertson | DH50 | AP34 |
| Michael Sellers | DH50 | AP34 |
| Gary Smith | D97W | AP30-3 |
| Craig Smith | DH83 | AP34 |
| Timothy Sykes | DH60 | AP34 |
| Mary Szela | D96E | AP30 |
| Michelle Thomas | D49T | AP6B |
| James Tillery | D977 | AP30 |
| Virginia Tobiason | DZHP | AP6C |
| Scott Toner | D97W | AP30 |
| Eric Waehner | D99F | AP30-3 |
| Nelson Weaver | D49Z | AP6B |
| Sheldon Wecker | D977 | AP30 |
| Chris Westermeyer | D5PP | AP34 |
| James Wetrich | D494 | AP6B-2 |
| Guy Wiebking | D349 | AP30 |

X0016794