# EXHIBIT F

NOV. 7. 2000 10:18AM
HON. PETE STARK
THIRTEENTH DISTRICT, CALIFORNIA

NO. 8388   P. 2
COMMITTEES:
WAYS AND MEANS
JOINT ECONOMIC

## CONGRESS OF THE UNITED STATES

### HOUSE OF REPRESENTATIVES

WASHINGTON, D.C. 20515

October 31, 2000

Mr. Miles White
Chief Executive Officer
Abbott Laboratories
Dept. 392 APGD
200 Abbott Park Rd.
Abbott Park, IL 60064

RECEIVED

NOV – 3 2000

Dear Mr. White:

You should by now be aware of Congressional investigations revealing that Abbott has for many years reported and published inflated and misleading price data and has engaged in other deceptive business practices. This letter is a call for your company to immediately cease overcharging taxpayers and jeopardizing the public health.

The price manipulation scheme is executed through Abbott's inflated representations of average wholesale price ("AWP") and direct price ("DP") which are utilized by the Medicare and Medicaid programs in establishing drug reimbursements to providers. The difference between the inflated representations of AWP and DP versus the true price providers are paying, is regularly referred to in your industry as "the spread." The evidence amassed by Congress clearly shows that Abbott has intentionally reported inflated prices and has engaged in other improper business practices in order to cause its customers to receive windfall profits from Medicare and Medicaid when submitting claims for certain drugs. The evidence further reveals that Abbott manipulated prices for the express purpose of expanding sales and increasing market share of certain drugs. This was achieved by arranging financial benefits or inducements that influenced the decisions of health care providers submitting Medicare and Medicaid claims.

Contrary to Abbott's recent assertions in the national media, the price manipulation conduct was in no way required by or consistent with existing reimbursement laws or policies. Indeed, Abbott did not falsify published prices in connection with other drugs, where sales and market penetration strategies did not include arranging financial "kickbacks" to health care providers.

In the case of the drugs for which Abbott sought to arrange a financial kickback at the expense of government programs, the manipulated discrepancies between your company's reported AWPs and DPs versus their true costs are staggering. For example, in the 2000 edition of the *Red Book*, Abbott reported an AWP of $2,094.75 and a DP of $1,764.00 for a package of Acyclovir Sodium 1 gm. 10's

(package of 10) [NDC # 00074-4452-01], while Abbott was in reality selling the exact same drug to Innovatix members (a large national group purchasing organization) for only $105.40. This represents a difference between the AWP and cost of $1,989.35 or a mark up 1987%. (Composite Exhibit "1")[1]. I have been informed that Abbott then aggressively marketed its Acyclovir Sodium to health care providers by touting the financial inducements created by the false price representations and other types of monetary payments.

Acyclovir Sodium is an important drug in the treatment of AIDS related illnesses and it is essential that government health programs be able to accurately estimate its acquisition cost in setting reimbursements: Even more devastating, Abbott has intentionally caused the government to pay inflated amounts for this important drug at a time when AIDS health benefits were being limited due to budgetary constraints.

Another example of Abbott's drug price manipulation concerns the IV antibiotic Vancomycin, the drug of last resort in combating many life threatening infections. The public health crisis associated with the overutilization of Vancomycin is now of immediate concern. Exhibit #2, article from *Hospital Pharmacist Report* entitled *UNDER ATTACK VANCOMYCIN-RESISTANT S. AUREUS HITS U.S. SHORES*, states:

> "The widespread, and often unwarranted, use of antimicrobial agents, particularly vancomycin is a major contributing factor in the emergence of *S. aureus* with diminished susceptibility to vancomycin.... Published in the MMWR, detailed recommendations for the preventing and controlling *S. aureus* with diminished susceptibility to vancomycin emphasize strict adherence to contact isolation precautions and the recommended infection control practices, **judicious use of vancomycin**...and active surveillance for S. aureus with diminished susceptibility to vancomycin"(emphasis added).

Indeed, as stated in the article, the problem has reached the level where the CDC has called for strict limits on the use of this vital drug.

In recent press reports, Abbott attempts to avoid responsibility for financially inducing health care providers to administer Vancomycin. Abbott has suggested that the drug's usage in the outpatient setting is minimal. The evidence developed by the Congressional investigators, however, reveals that outpatient utilization of Abbott Vancomycin has grown substantially in recent years as Abbott inflated its price reports to drug price publishers, while the true price to health care providers fell. Enclosed as Composite Exhibit # 3 are excerpts from the *Red Book* showing Abbott's false price reports for Vancomycin in 1995, 1996 and 1999, together with advertisements available to industry insiders reflecting the lower actual prices. The following chart summarizes this information:

---

[1] The Exhibits and statistical data cited in this letter were obtained from an industry insider pursuant to a Congressional subpoena.

## ABBOTT'S VANCOMYCIN
### 1 gm. 10s [NDC# 00074-6533-01]

| YEAR | RED BOOK AWP | RED BOOK DP | FLORIDA INFUSION TRUE WHOLESALE PRICE | DIFFERENCE BETWEEN AWP & TRUE PRICE "THE SPREAD" |
|------|--------------|-------------|----------------------------------------|---------------------------------------------------|
| 1995 | 604.44 (60.44 ea.) | | $8.40 (ea.) | $52.04 |
| 1996 | 628,66 (62.86 ea.) | | $7.95 (ea.) | $54.91 |
| 1999 | 727.82 (72.78 ea.) | 612.90 | 74.00  ($7.40 ea.) | $65.38 |

The evidence uncovered shows that providers will purchase and utilize pharmaceutical manufacturers' products that have the widest spread between the providers' true costs and the reimbursement paid by third parties -- including State Medicaid Programs and Medicare. In 1996, Abbott, Fujisawa, Lederle, Lilly and Schein  all made representations of Wholesaler Acquisition Cost ("WAC") to the State of Florida, as summarized in the chart below (Exhibit "4"). The chart sets out the reimbursement amount paid by Florida Medicaid, the industry insider's true cost  and "the spread" between Medicaid reimbursement and true cost.  A review of the chart below clearly demonstrates that the vast majority of providers utilize Abbott's Vancomycin,  the drug with the greatest spread between the true wholesaler acquisition cost and the inflated false WAC reported by Abbott.

### 1996 FLORIDA MEDICAID UTILIZATION FOR VANCOMYCIN HCL 1 GRAM

| Company/NDC | True Cost $ | Florida Medicaid Reimbursement | The Spread | Reimbursement Paid by Florida Medicaid | % of Market Share |
|-------------|-------------|--------------------------------|------------|-----------------------------------------|-------------------|
| Abbott 00074-6533-01 | $ 7.95 | $ 58.75 | $50.80 | $ 381,480.78 | 83.37 |
| Fujisawa 00469-2840-40 | $ 6.42 | $ 13.91 | $ 7.49 | $   19,023.54 | 4.16 |
| Lederle 00205-3154-15 | $ 3.98 | $ 9.36 | $ 5.38 | $   21,297.64 | 4.65 |
| Lilly 00002-7321-10 | $14.30 | $ 13.35 | $ (0.95) | $   19,096.96 | 4.17 |
| Schein 00364-2473-91 | $ 6.05 | $ 12.52 | $ 6.47 | $   16,672.18 | 3.64 |

Exhibit "5", prepared by the National Association of Medicaid Fraud Controls Units in conjunction with their ongoing investigation, further demonstrates that Abbott maximized sales volume and captured market share by causing 33 State Medicaid Programs to pay substantially inflated reimbursements for Abbott's Vancomycin.

The following document (Exhibit "6" ) reflects misleading price representations that Abbott sent to Medi Span (now acquired by First Data Bank) concerning two package sizes of Vancomycin. Medi Span's data acquisition specialist attempted to clarify with "Jerrie," from Abbott, the pricing discrepancies and confusion over the prices of the two packages:

> "Hi Jerrie!
>
> It's our old buddy Vancomycin again! I am attaching the customer support request that prompted this question because I find it confusing. I know I verified the pricing with you last year, but this customer is convinced our data is incorrect. Here goes...
>
> > 00074-6533-01 Vancomycin 1gm flip top vial, 10's DP = 529.40 WAC = 380.00 AWP = 635.28
> >
> > 00074-6535-01 Vancomycin 1 gm AddVantage, 10's DP = 190.50 WAC = 169.40 AWP = 228.80
>
> It appears that the only difference between these two products is the vial it comes in. Is this correct? If it is, please let us know why the $400 plus difference in AWPs? Is one listed wrong? The price does represent 10 vials for both products, doesn't it?
>
> The other thing is that this customer claims he can get Vancomycin for $6 or $7 per vial DP as opposed to the $52.94 and $19.50 the Abbott Vancomycins cost. **Please help me out**....(emphasis added).
>
> Regards,
>
> Michelle Christopher
> Data Acquisition Specialist"

Abbott's apparent price manipulation created a financial incentive for doctors to increase their usage of Vancomycin, at the very time that overutilization of the drug created a health crisis. This is an especially reprehensible misuse of Abbott's position as a drug manufacturer.

Additionally, as indicated by the evidence below, Abbott has provided or arranged for a number of other financial inducements to stimulate sales of its drugs at the expense of the Medicaid and Medicare Programs. Such inducements include volume discounts, rebates, off invoice pricing, and free goods, and are designed to result in a lower net cost to the purchaser, while concealing the actual cost. For example, a product invoiced at $100 for ten units of a drug item would in reality only cost the purchaser half that amount if a subsequent shipment of an additional ten units is provided at no charge. The same net result can be achieved through a "grant," "rebate," or "credit memo" in the amount of $50. The following excerpts from Abbott's internal documents (Composite Exhibit "7") are examples of Abbott's creation of off invoice price reductions that conceal the true

price of drugs and impede the Medicare and Medicaid Programs from accurately estimating the
acquisition cost of drugs:

> "1) Purchase 500 cases of standard sets (mix or match) on a single purchase order, receive an
> additional 50 cases free; purchase 1000 cases, receive additional 150 cases free. Standard set
> list numbers are 1857-48, 1881-48, and 1859-48.
>
> 2) Purchase 500 cases of plastic partial fill diluents (mix or match) on a single purchase
> order, receive an additional 50 cases free; purchase 1000 cases, receive additional 150 cases
> free. Partial fill list numbers are 7923-36, 7923-37, 7984-36, and 7984-37.
>
> 3) Purchase 500 cases of butterflies (mix or match from all butterfly list numbers) on a single
> purchase order and receive an additional 50 cases free; purchase 1000 cases, receive
> additional 200 cases free.
>
> 4) Purchase a minimum of $250K of vancomycin product and receive an additional case free
> for every 10 purchased. Eligible list numbers are 4332-01 (500mg vial), 6533-01 (1g vial)
> and 6509-01 (5g vial)."

> "  •     Promotional price is not on invoice but is obtained through the shipment
>           of free goods."

As I am sure you are aware, the inflation index for prescription drugs continues to rise at a rate of
more than twice that of the consumer price index. The American taxpayers, Congress and the press
are being told that these increases are justified by the cost of developing new pharmaceutical
products. Abbott and certain other manufacturers are clearly exploiting the upward spiral in drug
prices by falsely reporting that prices for some drugs are rising when they are in fact falling. For
example, the actual price being paid by industry insiders for Abbott's drug, Sodium Chloride 0.9%,
was in many years less than half of what Abbott represented. Abbott falsely reported that the
average wholesale price to health care providers for Sodium Chloride 0.9%, 500 ml 24s, [NDC #
00074-7983-03], rose from $206.06 to $229.43 during the years 1993 through 1996. The
Congressional investigations have revealed that, in fact, the true price to industry insiders from
Florida Infusion was only $43.20 in 1993 and the price actually fell to $36.00 by 1996. (Composite
exhibit 8).

Abbott's knowledge that true wholesale prices were falling for many of its drugs at the very time
that it falsely reported that its prices were rising is evidenced by an internal Abbott document
(Exhibit "9") dated March 10, 1994 to a wholesaler, Florida Infusion, which states the following:

> "The first three pages, identified as *Florida Infusion Price Changes* indicate the products in
> which prices were changed and their new contract price. **Favorable factory cost in 1994
> have lead the way for these price reductions!** (emphasis added).

Shortly after informing Florida Infusion that its prices were being reduced, Abbott falsely informed
*Red Book* that its prices were being increased, as evidenced by the internal memo dated May 26,
1994 (Exhibit "10"):

"As you are aware, on at [sic] the beginning of April, Abbott took a list price increase. This also has an effect on our AWP (Average Wholesale Price) which Red Book quotes for reimbursement purposes."

Abbott created and marketed these financial inducements for the express purpose of influencing the professional judgment of doctors and other health care providers. Abbott's strategy of using taxpayer funds to increase company drug sales and enriching doctors and others who administer the drugs is reprehensible and a blatant abuse of the privileges that Abbott enjoys as a major pharmaceutical manufacturer in the United States.

Doctors should be free to choose drugs based on what is medically best for their patient. Inflated price reports should not be used to financially induce doctors to administer Abbott's drugs. Abbott's conduct, in conjunction with other drug companies, has cost the taxpayers billions of dollars and serves as a corrupting influence on the exercise of independent medical judgement both in the treatment of severely ill patients and in the medical evaluation of new drugs.

Accordingly, I have requested that the Commissioner of the United States Food and Drug Administration, Dr. Jane Henney, conduct a full investigation into the business practices of certain drug companies, including Abbott. My reading of the Federal Food, Drug, and Cosmetic Act and the corresponding regulations suggests that the FDA should pay particular attention to Abbott's misleading price reports and take affirmative action to ensure that its representations about its drugs are accurate and not misleading.

Abbott is clearly capable of representing prices that do not include a kickback for many of its drugs. The following chart ("Exhibit "11") specifies drugs for which Abbott reported accurate prices:

### ABBOTT 1999 REPRESENTATIONS OF
### PRICES AND COST AND STATES' MEDICAID REIMBURSEMENTS

| DRUG STRENGTH & SIZE, NDC# 00074- | RED BOOK AWP | BERGEN BRUNSWIG COST (WAC) | PROVIDER COST with 7% up-charge | FLORIDA MEDICAID WAC + 7%, | NEW YORK MEDICAID AWP-10%, |
|---|---|---|---|---|---|
| Biaxin 500mg , 60s NDC.....2586-60 | $195.59 | $164.13 | $175.62 | $175.62 Spread $0.00 | $176.04 Spread $0.42 (0.2%) |
| Cartrol 5mg, 100s NDC....1665-13 | $106.18 | $88.76 | $94.97 | $94.97 Spread $0.00 | $95.57 Spread $0.60 (0.6%) |
| Cylert Tablets 37.5mg,100s NDC.....6057-13 | $144.84 | $121.67 | $130.18 | $130.18 Spread $0.00 | $130.36 Spread $0.18 (0.1%) |
| Depakote 250mg, 100s NDC.....6214-11 | $82.66 | $69.30 | $74.15 | $74.15 Spread $0.00 | $74.40 Spread $0.25 (0.3%) |

As illustrated by the preceding information, Abbott clearly has the ability to accurately and competently report its prices and consistently did so when it was in its own economic interest.

I urge Abbott to immediately cease reporting inflated and misleading price data. Such action places the nation's health care at great risk and overcharges taxpayers.

Based on the evidence collected, Abbott should make arrangements to compensate taxpayers for the financial injury caused to federally funded programs. Any refusal to accept responsibility will most certainly be indicative of the need for Congress to control drug prices. If we cannot rely upon drug companies to make honest and truthful representations about their prices, then Congress will be left with no alternative but to take decisive action to protect the public.

I would appreciate your sharing this letter with your Board of Directors and in particular with the Board's Corporate Integrity Committee.

Sincerely,

Pete Stark
Member of Congress

Enclosures

RX PRODUCT LISTINGS

| PROD·MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**(PD-RX Pharm)**
CAP, PO, 200 mg, 10s ea .. 55289-0273-10 ... 7.36 ... AB
25s ea ........... 55289-0273-25 ... 13.55 ... AB
55s ea ........... 55289-0273-55 ... 20.79 ... AB
50s ea ........... 55289-0273-50 ... 19.20 ... AB
TAB, PO, 400 mg, 10s ea .. 55289-0482-10 ... 8.70 ... AB
12s ea .......... 55289-0482-12 ... 11.37 ... AB
15s ea .......... 55289-0482-15 ... 12.11 ... AB
25s ea .......... 55289-0482-25 ... 14.63 ... AB
30s ea .......... 55289-0482-30 ... 18.35 ... AB

**(Par)**
CAP, PO, 200 mg, 100s ea ..49884-0585-01 ... 111.67 ... AB
TAB, PO, 400 mg, 100s ea ..49884-0586-01 ... 216.72 ... AB
800 mg, 100s ea .. 49884-0587-01 ... 421.42 ... AB

**(Pharma Pac)**
CAP, PO, 200 mg, 25s ea ..52959-0517-25 ... 17.44 ... AB
500s ea ......... 52959-0517-30 ... 20.10 ... AB
TAB, PO, 400 mg, 10s ea ..52959-0544-10 ... 20.99 ... AB
12s ea .......... 52959-0544-12 ... 24.63 ... AB
15s ea .......... 52959-0544-15 ... 30.15 ... AB
21s ea .......... 52959-0544-21 ... 40.90 ... AB
25s ea .......... 52959-0544-25 ... 48.14 ... AB
33s ea .......... 52959-0544-33 ... 56.98 ... AB
54s ea .......... 52959-0544-54 ... 90.46 ... AB

**(Purepac)**
CAP, PO, 200 mg, 100s ea .00228-2885-11 ... 99.25 ... AB
500s ea ......... 00228-2885-50 ... 496.25 ... AB
TAB, PO, 400 mg, 100s ea .00228-2886-11 ... 189.86 ... AB
500s ea ......... 00228-2886-50 ... 949.30 ... AB
800 mg, 100s ea .. 00228-2887-11 ... 370.85 ... AB
500s ea ......... 00228-2607-80 ... 1854.25 ... AB

**(Quality Care)**
CAP, PO, 200 mg, 25s ea ..62682-1021-02 ... 16.13 ... EE
TAB, PO, 400 mg, 10s ea ..62682-1826-01 ... 15.99 ... EE
15s ea .......... 62682-1826-05 ... 19.86 ... EE
25s ea .......... 62682-1028-96 ... 12.13 ... EE

**(Ranbaxy Pharm)**
CAP, PO, 200 mg, 100s ea ..63304-0452-01 ... 106.36 ... AB
500s ea ......... 63304-0452-08 ... 505.25 ... AB
TAB, PO, 400 mg, 100s ea ..63304-0654-01 ... 206.40 ... AB
800 mg, 100s ea .. 63304-0585-01 ... 401.37 ... AB
100s ea UD .... 63304-0586-09 ... 401.37 ... AB

**(Schein)**
CAP, PO, 200 mg, 100s ea ..00364-2882-01 ... 97.70 ... AB
TAB, PO, 400 mg, 100s ea ..00364-2889-01 ... 189.60 ... AB
500s ea ......... 00364-2589-05 ... 900.60 ... AB
800 mg, 100s ea .. 00364-2690-01 ... 308.85 ... AB

**(Sidmak Pharm)**
CAP, PO, 200 mg, 100s ea ..00763-0284-10 ... 97.70 ... AB
400s ea ......... 00763-0284-14 ... 550.70 ... AB

**(Teva)**
CAP, PO, 200 mg, 100s ea ..00093-0644-01 ... 97.70 ... AB

**(UDL)**
CAP, PO (10X10)
200 mg, 10s ea UD ..51079-0476-20 ... 99.15 79.32 AB
TAB, PO, 400 mg,
100s ea UD .... 51079-0677-20 ... 194.40 155.52 AB
800 mg, 100s ea UD .. 51079-0678-20 ... 365.10 284.10 AB

**(Watson)**
TAB, PO, 400 mg, 100s ea ..52544-0335-01 ... 216.72 ... EE
800 mg, 100s ea .. 52544-0336-01 ... 421.42 ... EE

**(Zenith Goldline)**
CAP, PO, 200 mg, 100s ea ..00172-4266-60 ... 106.36 ... AB
500s ea ......... 00172-4266-70 ... 505.21 ... AB
TAB, PO, 400 mg, 100s ea ..00172-4267-60 ... 206.40 ... AB
500s ea ......... 00172-4267-70 ... 401.37 ... AB
800 mg, 100s ea .. 00172-4268-60 ... 401.38 ... AB

**ACYCLOVIR SODIUM (APP)**
INJ, IJ (VIAL)
50 mg/ml, 10 ml ..... 63323-0325-10 ... 22.82 ... AP
20 ml........ 63323-0325-20 ... 42.59 ... AP
POI, IJ, 500 mg, ea .... 63323-0106-10 ... 56.51 ... EE

**(Abbott Hosp)**
POI, IJ (VIAL)
500 mg, 10s ea .. 00074-1866-10 ... 466.03 382.50 AP
(VIAL, FLIPTOP)
500 mg, 10s ea .. 00074-4427-01 ... 1047.38 862.00 AP
1000 mg, 10s ea .. 00074-4482-01 ... 2094.75 1764.00 AP

**(Bedford)**
POI, IJ (S.D.V.,P.F.)
500 mg, 10s ea ..... 55390-0612-10 ... 528.00 ... AP
1000 mg, 10s ea ..... 55390-0613-20 ... 1056.00 ... AP

---

**(Bartek)**
INJ, IJ (VIAL)
50 mg/ml,
10 ml 10s ... 62794-0481-07 ... 230.00 ... EE
20 ml 10s... 62794-0483-07 ... 490.00 ... EE

**(ESI Lederle Generics)**
INJ, IJ (S.D.V.,REDI-INFUS.,P.F.)
5 mg/ml,
100 ml 10s ...... 59911-2453-02 ... 567.39 469.91
200 ml 10s ...... 59911-2454-02 ... 1174.74 939.70

**(Faulding Pharm)**
INJ, IJ (VIAL)
25 mg/ml,
20 ml 10s........ 61703-0311-21 ... 490.04
40 ml 10s........ 61703-0311-43 ... 954.00

**(Gensia)**
POI, IJ (VIAL)
500 mg, 10s ea .... 00783-8164-83 ... 125.00 ... AP
1000 mg, 10s ea .... 00783-8165-89 ... 232.50 ... AP

**(Glaxo Wellcome) See ZOVIRAX**

**ADAGEN (Enzon)**
pegademase bovine
INJ, IJ (VIAL)
250 u/ml 1.500 ml ..57665-0001-01 2200.00

**ADALAT (Bayer Pharm)**
nifedipine
SEE SECTION 7 FOR COLOR PHOTO
CAP, PO, 10 mg, 100s ea ..00026-8611-51 ... 53.67 ... AB
100s ea UD ....... 00026-8611-48 ... 59.81 ... AB
300s ea ........ 00026-8311-18 ... 157.74 ... AB

**ADALAT CC (Bayer Pharm)**
nifedipine
SEE SECTION 7 FOR COLOR PHOTO
TER, PO, 30 mg, 100s ea ..00026-8841-51 ... 120.16 ... BC
100s ea UD ....... 00026-8841-48 ... 126.18 ... BC
1000s ea ....... 00026-8841-54 1201.61 ... BC
5000s ea ....... 00026-8841-72 6004.07 ... BC
60 mg, 100s ea ..00026-8861-51 ... 205.99 ... BC
100s ea UD ....... 00026-8861-48 ... 216.19 ... BC
1000s ea ....... 00026-8861-54 2058.90 ... BC
5000s ea ....... 00026-8851-72 10294.96 ... BC
90 mg, 100s ea ..00026-8861-51 ... 249.80 ... BC
100s ea UD ....... 00026-8861-48 ... 262.31 ... BC

**(Allscripts)**
TER, PO, 30 mg, 30s ea ..54569-3801-00 ... 37.85 ... BC
100s ea........ 54569-3811-01 ... 117.91 ... BC
60 mg, 30s ea ....54569-3802-00 ... 64.86 ... BC
90 mg, 30s ea ....54569-3803-00 ... 78.69 ... BC

**(Cheshire)**
TER, PO, 30 mg, 30s ea ..58175-0086-03 ... 40.22 ... BC
60 mg, 30s ea ....58175-0068-03 ... 64.89 ... BC
90 mg, 30s ea ....58175-0087-03 ... 78.20 ... BC

**(Phys Total Care)**
TER, PO, 30 mg, 30s ea ..54868-2866-01 ... 47.47 ... BC
50s ea........ 54868-2868-00 ... 83.62 ... BC
100s ea........ 54868-2868-02 ... 145.83 ... BC
60 mg, 30s ea ....54868-2864-03 ... 75.23 ... BC
50s ea........ 54868-2864-00 ... 149.12 ... BC
90s ea........ 54868-2864-01 ... 233.96 ... BC
90 mg, 30s ea ....54868-2878-00 ... 90.99 ... BC

**(Quality Care)**
TER, PO, 30 mg, 30s ea ..62682-0420-02 ... 51.84 ... BC
90 mg, 30s ea ....62682-0421-02 ... 80.52 ... BC

**ADAPALENE**
(Galderma) See DIFFERIN

**ADDERALL (Shire Richwood)**
amphetamine & dextroamphetamine mixture
TAB, PO, 5 mg,
100s ea, C-II..... 58521-0031-01 ... 39.40
10 mg,
100s ea, C-II..... 58521-0032-01 ... 82.50
20 mg,
100s ea, C-II..... 58521-0033-01 ... 107.05
30 mg,
100s ea, C-II..... 58521-0034-01 ... 159.65

**(Phys Total Care)**
TAB, PO, 5 mg,
100s ea, C-II..... 54868-3976-00 ... 37.85
10 mg,
100s ea, C-II..... 54868-3474-00 ... 64.55

---

*Electronic Drug Pricing and Clinical Information*

**RED BOOK**

Database Services - (800) 722-3062

~3/ADIPE

**ADEFLOR M (Kenwood)**
sod fl.vit, mvfit
CTB, PO, 1 mg, 100s ea ... 00482-0116-01 ... 38.00

**ADENINE/DEXOSO PHOS/INOSINE/MONO SOD PHOS/PYRUVATE**
(Cytosol) See REJUVESOL

**ADENO-JEC (Hauser,A.F.)**
adenosine phosphate
INJ, IJ (M.D.V.)
25 mg/ml, 10 ml ..... 52837-0698-10 ... 14.98

**ADENOCARD (Fujisawa)**
adenosine
INJ, IJ (S.D.V.,P.F.)
3 mg/ml, 2 ml ....... 00469-0672-02 ... 33.35
(SRM,LUER-TIP,P.F.)
3 mg/ml, 2 ml ....... 00469-7234-12 ... 35.28
6 ml ...... 00469-7234-14 ... 68.05

**(Allscripts)**
INJ, IJ (S.D.V.)
3 mg/ml, 2 ml ....... 54569-3745-00 ... 33.35

**ADENOSCAN (Fujisawa)**
adenosine
INJ, IJ (VIAL,P.F.)
3 mg/ml, 20 ml ..... 00469-0871-20 ... 155.00
30 ml...... 00469-0871-30 ... 223.75

**(Fujisawa) See ADENOCARD**
**(Fujisawa) See ADENOSCAN**

**ADENOSINE PHOSPHATE (Consolidated Midland)**
INJ, IJ (VIAL)
25 mg/ml, 10 ml ..... 00223-7717-10 ... 11.95

**(Hauser,A.F.) See ADENO-JEC**
**(Legere) See MY-O-DEN**

**(McGaff)**
INJ, IJ (M.D.V.)
25 mg/ml, 10 ml ..... 49072-0611-10 ... 7.19

**(Merit)**
INJ, IJ, 25 mg/ml, 10 ml.. 38727-0382-70 ... 17.85

**ADENOSINE-5-MONOPHOSPHATE (Medisca)**
adenosine phosphate
POW, 5 gm ........... 38779-8656-03 ... 22.50
25 gm ........... 38779-8656-04 ... 61.58
100 gm ........... 38779-8656-06 ... 222.75

**(Meridian Chemical)**
POW, 10 gm........... 82901-2162-01 ... 90.00
25 gm ........... 82901-2162-02 ... 180.00
100 gm ........... 82901-2162-03 ... 655.00

**ADHESIVE**
(J&J Medical) See DERMIVIEW HYPOALLERGENIC ADHESIVE

**ADIPEX-P (Gate)**
phentermine hydrochloride
SEE SECTION 8 FOR COLOR PHOTO
CAP, PO, 37.5 mg,
100s ea, C-IV..... 57844-0019-01 ... 127.45 ... AA
TAB, PO, 37.5 mg,
100s ea, C-IV..... 57844-0009-01 ... 125.21 ... AA
400s ea, C-IV..... 57844-0009-25 ... 475.89 ... AA
1000s ea, C-IV..... 57844-0009-10 1024.59 ... AA

**(Allscripts)**
TAB, PO, 37.5 mg,
14s ea, C-IV....... 54569-1718-01 ... 16.85 ... AA
30s ea, C-IV....... 54569-1718-00 ... 36.12 ... AA

**(Cheshire)**
TAB, PO, 37.5 mg,
30s ea, C-IV....... 55175-5080-03 ... 30.00 ... AA
90s ea, C-IV....... 55175-5080-09 ... 90.00 ... AA

---

PURDUE FREDERICK

Recommend **SENOKOT® Laxatives** *When the Rx May Constipate*



# 2000 DRUG TOPICS®

# RED BOOK®

## THE PHARMACIST'S TRUSTED COMPANION FOR MORE THAN A CENTURY

**Inside:**

Your complete guide to Rx and OTC drug pricing, PLUS dozens of valuable reference guides.

**Includes:**

Emergency Contacts and Poison Antidote Chart

Interaction Tables, Lab Values, and Standard Conversions

Pharmacy Management and Professional Development Resources

Professional Organizations and Agencies

Drug Reimbursement Guide

Manufacturer/Wholesaler Information

Color Drug Identification Section

Comprehensive Handbook of Herbal Remedies



*Request your free copy of our catalog of chemicals and equipment:*
*1-800 772-8786.*



# SPECTRUM®

**Spectrum Healthcare Products, Division of Spectrum Laboratory Products, Inc.**
1-800 772-8786 • Fax: (800) 525-2299 • www.spectrumchemical.com • email: sales@spectrumchemical.com

Product Search Results Page

http://www.innovatix.com/PowerCat/ProductSearchResults.asp?srGenericName=ACYCLOVIR+SODIUM



# search results

You entered the following search criteria:

Generic Name: ACYCLOVIR SODIUM

The items bolded are also available in our e-Bargain room. To access this savings opportunity click here

| Add Item to Formulary | ndc number | generic name | trade name | form/strength/size | contract price + mark-up | contract price | awp | awp spread | manufacturer | class of trade |
|---|---|---|---|---|---|---|---|---|---|---|
| □ | 00074-4452-01 | ACYCLOVIR SODIUM | | VIAL 1000 MG/40ML | | $805.40 | $1,080.34 | $1,240.40 | Abbott Labs - HPD | Home Healthcare |
| □ | 00173-0952-01 | ACYCLOVIR SODIUM | ZOVIRAX TRAY POWD | VIAL 1000 MG 1EA x 10 | NA | $801.42 | $1,202.14 | $400.72 | Glaxo-Wellcome | Home Healthcare |
| □ | 55390-0613-20 | ACYCLOVIR SODIUM | | | | $640.00 | $200.00 | $30.00 | Bedford Labs | Home Healthcare |
| □ | 61703-0311-43 | ACYCLOVIR SODIUM | ACYCLOVIR | MG/40ML 40ML x 10 | NA | $65.00 | $954.00 | $889.00 | Faulding Inc. | Home Healthcare |
| □ | 63323-0325-10 | ACYCLOVIR SODIUM | | MG/40ML 40ML | NA | $30.00 | $228.20 | $198.20 | APP American Pharmaceutical Partners | Home Healthcare |
| □ | 63323-0325-20 | ACYCLOVIR SODIUM | ACYCLOVIR SODIUM | VIAL 50 MG/ML 20ML x 10 | NA | $60.00 | $425.90 | $365.90 | APP American Pharmaceutical Partners | Home Healthcare |
| □ | 00074-4427-01 | ACYCLOVIR SODIUM | | | | $525.70 | $1,050.40 | $1,005.70 | Abbott Labs - HPD | Home Healthcare |
| □ | 00173-0995-01 | ACYCLOVIR SODIUM | ZOVIRAX 10ML | VIAL 500 MG 1EA x 10 | NA | $400.71 | $601.07 | $200.36 | Glaxo-Wellcome | Home Healthcare |
| □ | 55390-0612-10 | ACYCLOVIR SODIUM | | VIAL 500 MG 1EA x 10 | NA | $45.00 | $100.00 | $55.00 | Bedford Labs | Home Healthcare |
| □ | 63323-0105-10 | ACYCLOVIR SODIUM | ACYCLOVIR | VIAL 500 | NA | $30.00 | $565.10 | $535.10 | APP American Pharmaceutical | Home Healthcare |

# HOSPITAL PHARMACIST REPORT

## UNDER ATTACK

*VANCOMYCIN-RESISTANT S. AUREUS HITS U.S. SHORES*

# The United States confirms isolates of *S. aureus* with diminished susceptibility to vancomycin

The widespread, and often unwarranted, use of antimicrobial agents, particularly vancomycin is a major contributing factor in the emergence of *S. aureus* with diminished susceptibility to vancomycin. Both patients had recent prolonged exposure to vancomycin. Studies show that as many as 60% of vancomycin prescriptions in hospitals are inconsistent with CDC recommendations. Published in the MMWR, detailed recommendations for preventing and controlling *S. aureus* with diminished susceptibility to vancomycin emphasize strict adherence to contact isolation precautions and other recommended infection control practices, judicious use of vancomycin, and active surveillance for *S. aureus* with diminished susceptibility to vancomycin.

# 1995 RED BOOK

③

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

## VANCOMYCIN HYDROCHLORIDE  What the

programs paid....

**(Abbott Hosp)**
**PDI, IJ (ADD-VANTAGE)**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| 500 mg, 10s ea......... | 00074-6534-01 | 108.78 | | |
| (FLIPTOP VIAL) | | | | |
| 500 mg, 10s ea......... | 00074-4332-01 | 302.34 | | AP |
| (ADD-VANTAGE) | | | | |
| 1 gm, 10s ea.......... | 00074-6535-01 | 217.55 | | |
| | | | | |
| (FLIPTOP VIAL) | | | | |
| 1 gm, 10s ea......... | 00074-6533-01 | 604.44 | | AP |
| (BULK VIAL) | | | | |
| 5 gm, ea.......... | 00074-6509-01 | 135.99 | | AP |

# 1996 RED BOOK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

## VANCOMYCIN HYDROCHLORIDE

**(Abbott Hosp)**
PDI, IJ (ADD-VANTAGE)

| | NDC | AWP | | OBC |
|---|---|---|---|---|
| 500 mg, 10s ea........ | 00074-6534-01 | 113.17 | | AP |
| (VIAL, FLIPTOP) | | | | |
| 500 mg, 10s ea........ | 00074-4332-01 | 314.45 | | AP |
| (ADD-VANTAGE) | | | | |
| 1 gm, 10s ea ........ | 00074-6535-01 | 226.22 | | AP |
| (VIAL, FLIPTOP) | | | | |
| 1 gm, 10s ea ........ | 00074-6533-01 | 628.66 | | AP |
| (BULK VIAL) | | | | |
| 5 gm, ea........ | 00074-6509-01 | 141.43 | | AP |

# 1999 RED BOOK

| PROD - MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

## VANCOMYCIN HYDROCHLORIDE
(APP) See *VANCOMYCIN HCL*

**(APP)**
PDI, IJ (BULK PACKAGE)
10 gm, ea......... 63323-0314-61 | 272.64 | | | AP

**(Abbott Hosp)**
PDI, IJ (ADD-VANTAGE)
500 mg, 10s ea......... 00074-6534-01 | 131.10 | 110.40 | | AP
(VIAL, FLIPTOP)
500 mg, 10s ea......... 00074-4332-01 | 363.97 | 306.50 | | AP
(ADD-VANTAGE)
1 gm, 10s ea......... 00074-6535-01 | 261.84 | 220.50 | | AP
(VIAL, FLIPTOP)
1 gm, 10s ea......... 00074-6533-01 | 727.82 | 612.90 | | AP
(BULK VIAL)
5 gm, ea......... 00074-6509-01 | 163.72 | 137.87 | | AP

# FROM FLORIDA INFUSION 1995 CATALOG

# ABBOTT'S 1995 AWPs

$30.23

$60.44



VANCOMYCIN
500mg ........ $4.20
1gm ........ $8.40



FROM FLORIDA INFUSION 1996 CATALOG

ABBOTT'S 1996 AWPs

$31.44
$62.86

VANCOMYCIN
500mg ....... $3.95
1gm ....... $7.95



**1-800-624-0152**

**FLORIDA INFUSION™**

*An Expanded Quarterly Newsletter*

SPRING 1999

VANCOCIN 10GRAM (LILLY) ............................................. 143.00

VANCOCIN 1GRAM (LILLY) 25/BOX ................................ 357.50

VANCOMYCIN 500MG VIAL 10/BOX ............................... 37.50

VANCOMYCIN 10 GM VIAL........................................... 160.00

VANCOMYCIN 1000MG VIAL APP 10/BOX ...................... 145.00

VANCOMYCIN 1000MG VIAL ABBOTT 10/BOX AWP=$727.82 74.00

VANCOMYCIN 1GRAM ADD-VANTAGE 10/BOX AWP=$261.84 76.00

VANCOMYCIN 5000MG VIAL ......................................... 36.00



## 1996 FLORIDA MEDICAID UTILIZATION FOR
## VANCOMYCIN HCL 1 GRAM

| Company/NDC | True Cost $ | Florida Medicaid Reimbursement | The Spread | Reimbursement Paid by Florida Medicaid | % of Market Share |
|---|---|---|---|---|---|
| Abbott 00074-6533-01 | $ 7.95 | $ 58.75 | $50.80 | $ 381,480.78 | 83.37 |
| Fujisawa 00469-2840-40 | $ 6.42 | $ 13.91 | $ 7.49 | $ 19,023.54 | 4.16 |
| Lederle 00205-3154-15 | $ 3.98 | $ 9.36 | $ 5.38 | $ 21,297.64 | 4.65 |
| Lilly 00002-7321-10 | $14.30 | $ 13.35 | $ (0.95) | $ 19,096.96 | 4.17 |
| Schein 00364-2473-91 | $ 6.05 | $ 12.52 | $ 6.47 | $ 16,672.18 | 3.64 |



# VANCOMYCIN NDC PAYMENTS
## 1993 - 1997
### (33 States)

$15,742,015.48

$1,331,210.68

$2,715,909.76



■ Abbott   ■ Fuji   ■ Lederle

115

NOV. 7. 2000 10:29AM                                                      NO. 8388   P. 21   ⑥

FEB 09 '96  04:20PM MEDI-SPAN


## Medi◆Span
### KNOWLEDGE AT YOUR FINGERTIPS

8425 Woodfield Crossing Blvd.
P.O. Box 40930
Indianapolis, IN 46240-0930
Tel: (317) 469-5200
1-800-428-4495
Fax: (317) 469-5252

To: *Jerrie Cicerale*

Company: *Abbott Hospital*

Fax No: *847 - 938 - 7935*

From: *Michelle Christopher*

Date: *2-9-96*          Total number of pages: *2*

If you do not receive this fax in readable condition, please call (317) 469-5200 ext. *388*

**Message:**

Hi Jerrie!

It's our old buddy Vancomycin again! I am attaching the customer support request that prompted this question because I find it confusing. I know I verified the pricing with you last year, but this customer is convinced our data is incorrect. Here goes...

00074-6533-01   Vancomycin 1 gm flip top vial, 10's   DP = 529.40   WAC = 380.00   AWP = 635.28

00074-6535-01   Vancomycin 1 gm AddVantage, 10's   DP = 190.50   WAC = 169.40   AWP = 228.80

It appears that the only difference between these two products is the vial it comes in. Is this correct? If it is, please let us know why the $400 plus difference in AWPs? Is one listed wrong? The price does represent 10 vials for both products, doesn't it?

The other thing is that this customer claims he can get Vancomycin for $6 or $7 per vial DP as opposed to the $52.94 and $19.50 the Abbott Vancomycins cost. Please help me out. This dude wants an answer by Monday(2/12/96). I apologize for the short notice. He called on Wednesday, but it was my first day back from vacation, and you know how that is. Thanks a ton for your help—again!

Regards,

*Michelle*

Michelle Christopher
Data Acquisition Specialist

**ABT001017**

AB 0006221
CONFIDENTIAL

**⊐ ABBOTT**

# Alternate Site
# Product Sales



High Tech Products for Alternate Site and Home Health Care
November 15, 1993

Mr. Bob Khederian
Director of Sales
Medical Specialties Company Incorporated
58 Norfolk Avenue,
South Easton, MA 02375

Dear Bob:

Its was great to have the opportunity to meet with you again last week. Our organizations have come a long way this year and much of that has to do with your efforts. I appreciate your fine support and feel that 1994 and beyond are going to be super years for both our companies.

I wanted to confirm our discussion concerning quantity purchase options. I have discussed and committed the first 3 options to Lorry Nelson in an attempt to capture new infusion product business, the 4th option is offered for your review.

1) Purchase 500 cases of standard sets (mix or match) on a single purchase order, receive an additional 50 cases free; purchase 1000 cases, receive additional 150 cases free. Standard set list numbers are 1857-48, 1881-48, and 1859-48.

2) Purchase 500 cases of plastic partial fill diluents (mix or match) on a single purchase order, receive an additional 50 cases free; purchase 1000 cases, receive additional 150 cases free. Partial fill list numbers are 7923-36, 7923-37, 7984-36, and 7984-37.

3) Purchase 500 cases of butterflies (mix or match from all butterfly list numbers) on a single purchase order and receive an additional 50 cases free; purchase 1000 cases, receive additional 200 cases free.

4) Purchase a minimum of $250K of vancomycin product and receive an additional case free for every 10 purchased. Eligible list numbers are 4332-01 (500mg vial), 6533-01 (1g vial), and 6509-01 (5g vial).

Bob, the above offers are valid for the taking through December 31, 1993. Please coordinate any special orders with me. If you place one of these special via electronic order entry, I will need a copy of the order for my files. Thanks again for all your support. I hope you are able to take advantage of the above and that we speak again soon.

Respectfully,

Jeffrey L. Hamlin
Manager, Distributor Relations

**ABT005930**

cc:  Pete Fitzpatrick, District Sales Manager
     Christine Viehmann, Distributor Network Representative

**AB 0017263**

One Abbott Park Road  •  Abbott Park, IL 60064

# Alternate Site
# Product Sales

---

High Tech Products for Alternate Site and Home Health Care        *November 28, 1995*

**TO:**   *ALL IMCO DEALERS*

**RE:**   *YEAR END PROMOTIONAL OFFERING FROM ABBOTT LABORATORIES*

It's that time of year again, a time for family, a time for friends, a time to take advantage of one of your PAL Vendor's promotions! There are a number of reasons for this years year-end promotion. It provides additional value to the *IMCO / Abbott* relationship during a time of year when it is important to show appreciation for your customer's continued support. *We do appreciate your support!* It also sets the stage for IMCO's first $1,000,000 year with the Abbott product line, an accomplishment that each of the participating dealers should be proud of! To accomplish this goal usual monthly ordering patterns during the month of December must be 1 1/2 times normal run rates. Without a doubt, December will need to be a record breaker if we are to reach this milestone! These promotional offerings, moving some of January's business into December, are two of the tools you can use to insure that this goal is met!

### December Promotional Program (red sheet)

- Promotional period is through December 30, 1995

- Promotional price is not on invoice but is obtained through the shipment of free goods.

- Promotion provides for free goods based on the following ratios:

| Category Quantity | Free Goods / 10 cases |
|---|---|
| 50 | 1.00 |
| 150 | 1.25 |
| 300 | 1.50 |

- For example:

  a.) Administration Set Category - 150 cases purchased.

| Quantity Purchased | Free Goods Earned | Residual Quantity | Residual Value |
|---|---|---|---|
| (20) 1883 | 2.50 Cases | (.50) @ $56.84 | $28.42 |
| (50) 1881 | 6.25 Cases | (.25) @ $49.92 | $12.28 |
| (50) 1857 | 6.25 Cases | (.25) @ $44.16 | $11.04 |
| (30) 1859 | 3.75 Cases | (.75) @ $47.04 | $35.28 |

Total Residual Value  $87.02

  b.) In addition to the full free cases earned in this example an additional two cases of 1857 would be shipped with the order, a value of $88.32 off setting the residual value of $87.02.

  c.) Each order must be called into Bobette Green (708) 938-0142 for free goods consideration.

  d.) Free goods will be shipped with each order placed.

200 Abbott Park Road • Abbott Park, Il 60064-3537

ABT004322

AB 0013700

PRODUCT INFORMATION                              513                    Key to codes: see front of section

| PROD/MFR | OBC NDC/PROD NO. | AWP DP/SRP | PROD/MFR | OBC NDC/PROD NO. | AWP DP/SRP | PROD/MFR | OBC NDC/PROD NO. | AWP DP/SRP |
|---|---|---|---|---|---|---|---|---|

**(AMERICAN REGENT LABS)**

| | | | | | |
|---|---|---|
| Inj, S.D.V., P.F., 7.5%, 0.892 | | |
| meq./ml., 50 ml 25s ea | 00517-0638-25 | 50.31 |
| S.D.V., P.F.,9.4%, 1 meq./ | | |
| ml., 50 ml 25s ea | 00517-1550-25 | 52.61 |

**(LYPHO-MED/F)**

| | | |
|---|---|---|
| Inj, 4.2%, 0.5 meq./ml., 5 ml | | |
| ea | 00469-0026-25 | 83.25 |
| 7.5%, 0.892 meq./ml., | | |
| 50 ml 25s ea | 00469-8400-50 | 72.15 |
| 8av,8.4%, 50 ml 25s ea | 00469-0600-80 | 72.15 |
| Naxi/vial, 7.5%, 0.892 meq./ | | |
| ml., 200 ml 20s ea | 00469-8402-00 | 197.64 |
| 8.4%, 1 meq./ml., 50 ml | | |
| 25s ea | 00469-0019-25 | 64.38 |

**(MOORE,H.L.)**

| | | |
|---|---|---|
| Inj, Prefld, 8.4%, 1 meq./ml., | | |
| 50 ml ea | 00839-6571-38 | 9.28 |

**(RAWAY)**

| | | |
|---|---|---|
| Inj, 7.5%, 0.892 meq./ml., | | |
| 50 ml 50s ea | 00686-0638-25 | 200.00 |
| 8.4%, 50 meq., 50 ml | | |
| ea | 00686-1550-25 | 200.00 |

**SODIUM BIPHOSPHATE (BAKER,J.T.)**

| | | |
|---|---|---|
| Monobasic, U.S.P.,F.C.C., | | |
| 500 gm ea | 10106-3820-01 | 57.90 |

**SODIUM BISULFATE (MALLINCKRODT(MSCC))**

| | | |
|---|---|---|
| Crystal,A.R., 500 gm ea | 00406-7432-30 | 40.48 |
| Granular, A.R., 500 gm ea | 00406-7448-30 | 11.01 |

**SODIUM BISULFITE (A-A SPECTRUM)**

| | | |
|---|---|---|
| Granular, FCC, 500 gm ea | 49452-0620-01 | 9.95 / 5.45 |
| 2500 gm ea | 49452-6620-02 | 34.10 / 15.20 |

**(BAKER,J.T.)**

| | | |
|---|---|---|
| Pwo, Dry, 500 gm ea | 10106-3557-01 | 16.50 |

**(GALLIPOT)**

| | | |
|---|---|---|
| Granular, 1 lb ea | 51552-0063-16 | 16.68 |

**(MALLINCKRODT(MSCC))**

| | | |
|---|---|---|
| Granular,N.F., 500 gm ea | 00406-7444-30 | 9.03 |

**SODIUM BORATE (A-A SPECTRUM)**

| | | |
|---|---|---|
| Powder, Reagent,ACS, 500 gm | | |
| ea | 49452-6830-01 | 15.75 / 7.65 |
| 2500 gm ea | 49452-6630-02 | 54.50 / 27.40 |

**(AMEND)**

| | | |
|---|---|---|
| Pow, 500 gm ea | 17137-0500-01 | 7.70 |
| Reagent, 500 gm ea | 17137-1878-01 | 15.40 |

**(BAKER,J.T.)**

| | | |
|---|---|---|
| Powder,N.F., 10-Hydrate, | | |
| 500 gm ea | 10106-3574-01 | 30.05 |
| 2500 gm ea | 10106-3574-05 | 108.35 |

**(MALLINCKRODT(MSCC))**

| | | |
|---|---|---|
| Powder,A.R., 500 gm ea | 00406-7450-30 | 13.85 |

**SODIUM BROMIDE (A-A SPECTRUM)**

| | | |
|---|---|---|
| Granular, Purified, 500 gm ea | 49452-6640-01 | 14.90 / 7.65 |
| 2500 gm ea | 49452-6640-02 | 44.60 / 27.40 |

**(MALLINCKRODT(MSCC))**

| | | |
|---|---|---|
| Granular, Purified, 500 gm ea | 00406-0514-30 | 14.00 |

**SODIUM CAPRYLATE R (A-A SPECTRUM)**

| | | |
|---|---|---|
| Pow, 100 gm ea | 49452-6650-01 | 9.50 / 6.90 |
| 500 gm ea | 49452-6650-02 | 29.65 / 18.10 |

**SODIUM CARBONATE (A-A SPECTRUM)**

| | | |
|---|---|---|
| Anhydrous, Powder, Technical, | | |
| 500 gm ea | 49452-6660-01 | 9.80 / 6.50 |
| 2500 gm ea | 49452-6660-02 | 24.50 / 14.85 |
| Monohydrate, USP/NF, 500 gm | | |
| ea | 49452-6670-01 | 9.75 / 7.75 |
| 2500 gm ea | 49452-6670-02 | 34.45 / 29.80 |

**(MALLINCKRODT(MSCC))**

| | | |
|---|---|---|
| Granular, A.R.,Anhydrous, | | |
| 500 gm ea | 00406-7527-30 | 15.54 |
| 2500 gm ea | 00406-7527-50 | 39.06 |
| Powder,Tec, Anhydrous, 500 gm | | |
| ea | 00406-7468-30 | 9.22 |

**SODIUM CASEINATE R (A-A SPECTRUM)**

| | | |
|---|---|---|
| Pow, 500 gm ea | 49452-6680-01 | 17.80 |
| 2500 gm ea | 49452-6680-02 | 49.20 |

**SODIUM CHLORIDE (A-A SPECTRUM)**

| | | |
|---|---|---|
| Granular, USP/NF, 500 gm ea | | |
| R | 49452-6690-01 | 8.95 / 3.40 |
| 2500 gm ea R | 49452-6690-02 | 24.75 / 9.55 |
| 12000 gm ea R | 49452-6690-03 | 54.10 / 29.20 |
| Powder, USP/NF, 500 gm ea R | 49452-6700-01 | 10.80 |
| 2500 gm ea R | 49452-6700-02 | 39.20 |

**(ABBOTT HOSP)**

| | | |
|---|---|---|
| Inj, U.S.P., 23.4%, 250 ml | | |
| 12s ea R | 00074-1130-02 | 86.78 |
| Fliptop, Bulk Pkg, 23.4%, | | |
| 50 ml 50s ea R | 00074-1141-01 | 222.56 |
| Flip Top, Bulk Pack, 23.4%, | | |
| 100 ml 20s ea R | 00074-1141-02 | 141.02 |

**(AMEND)**

| | | |
|---|---|---|
| Gra, 500 gm ea | 17137-0505-01 | 3.50 |
| Pow, Reagent, 500 gm ea | 17137-1325-01 | 7.00 |

---

**(AMERICAN REGENT LABS)**

| | | |
|---|---|---|
| Via, ConC, Inj, 23.4 %, 100 ml | | |
| 25s ea R | 00517-2900-25 | 88.25 |

**(ASTRA)**

| | | |
|---|---|---|
| Sol, Arm-A-Vial, 0.9%, 3 ml | | |
| 100s ea R | 00186-4100-01 | 19.50 / 15.60 |
| 5 ml 100s ea R | 00186-4100-03 | 19.50 / 15.60 |
| 0.45 %, 3 ml 100s ea R | 00186-4101-01 | 19.50 / 15.60 |
| 5 ml 100s ea R | 00186-4101-03 | 19.50 / 15.60 |

**(BAKER,J.T.)**

| | | |
|---|---|---|
| Granular, U.S.P.,F.C.C., 500 gm | | |
| R | 10106-3628-01 | 19.10 |
| 2500 gm ea R | 10106-3628-05 | 56.85 |

**(ELKINS-SINN)**

| | | |
|---|---|---|
| Srn, Bacteriostatic, 0.9%, 2 ml | | |
| 50s ea R | 00641-3430-09 | 40.31 / 32.25 |

**(EMERSON)**

| | | |
|---|---|---|
| Sodium, Bicarb - Equal Parts. | | |
| 4 oz ea | 00802-3925-94 | 2.85 |

**(GENSIA)**

| | | |
|---|---|---|
| Via, S.D.V. 0.9%, 2 ml 25s ea | | |
| R | 00703-7582-04 | 13.50 |
| 10 ml 25s ea R | 00703-7564-04 | 15.80 |
| S.D.V.-30 M V. 0.9%, | | |
| 20 ml 25s ea R | 00703-/565-04 | 25.80 |
| 6.D.V., 0.9%, 100 ml 10s ea | | |
| R | 00703-7568-03 | 17.68 |
| 23.4%, 30 ml 25s ea R | 00703-5336-04 | 36.30 |
| Phcy Bulk, 23.4%, 100 ml | | |
| R | 00703-5338-03 | 41.04 |

**(GOLDLINE)**

| | | |
|---|---|---|
| Via, Bacteriostatic, 30 ml ea R | 00182-0273-66 | 3.00 |

**(HARBER)**

| | | |
|---|---|---|
| Via, Fliptop, 10 ml 25s ea R | 51432-0671-10 | 15.00 |

**(MALLINCKRODT(MSCC))**

| | | |
|---|---|---|
| Crystal,A.R., 500 gm ea | 00406-7581-30 | 8.87 |
| Granular, U.S.P., 500 gm ea | 00406-7532-30 | 6.36 |
| 2500 gm ea | 00406-7532-50 | 13.80 |
| 12000 gm ea | 00406-7532-00 | 51.80 |

**(MOORE,H.L.)**

| | | |
|---|---|---|
| Sol, 0.9%, 500 ml ea | 00839-8674-83 | 2.96 |
| Oln, Opth, 5%, 125 oz ea R | 00830-7733-43 | 9.44 |
| Sol, Opth, 5%, 13 ml ea R | 00839-7732-31 | 9.44 |

**(PASADENA RESEARCH)**

| | | |
|---|---|---|
| Vla, 23.4 V, 30 ml 25s ea | 00418-1871-00 | 41.00 / 35.75 |

**(RAWAY)**

| | | |
|---|---|---|
| Via, Bacteriostatic, 0.9 %, 30 ml | | |
| 100s ea R | 00686-0646-25 | 110.00 |

**(SCHEIN)**

| | | |
|---|---|---|
| Via, 0.9 %, 30 ml ea R | 00364-6558-58 | 1.65 |

**(STERIS)**

| | | |
|---|---|---|
| Via, Bacteriostatic, 0.9%, 30 ml | | |
| R | 00402-0191-30 | 1.85 |

**(VHA)**

| | | |
|---|---|---|
| Via, 23.4 %, 30 ml 25s ea R | 00702-0950-30 | 15.00 |

**(XACTDOSE)**

| | | |
|---|---|---|
| Sol, Inspiration, 0.9 %, 1 ml | | |
| 100s ea R | 50962-0650-01 | 21.60 / 19.44 |
| 2 ml 100s ea R | 60962-0651-02 | 21.60 / 19.44 |



Sodium Chloride Solution 0.9%
for Respiratory Therapy
DEY®
**NEBU-SOL™**
Metered Dose Dispenser
• Dispenses 1 ml.  • Preservative-Free
Unit-Dose Convenience with Multi-Dose Economy

**SODIUM CHLORIDE/RESPIRATORY THERAPY
(DEY LABS)**

SEE PAGE 49

| | | |
|---|---|---|
| Sol, Dey-Pak, 0.45%, 3 ml | | |
| 100s ea | 49502-0620-03 | 24.20 / 15.00 |
| 5 ml 100s ea | 49502-0620-05 | 24.20 / 15.00 |
| Dey-Via,Inl. 0.9 %, 3 ml | | |
| 25Ss ea UD | 49502-0030-03 | 61.00 / 36.30 |
| 5 ml 250s ea UD | 49502-0030-05 | 61.00 / 36.30 |
| 10 ml 25s ea UD | 49502-0030-10 | 61.00 / 35.30 |
| 20 ml 100s ea | 49502-0030-20 | 71.00 / 36.00 |
| Dey-Pak,Inl. 0.9 %, 3 ml | | |
| 100s ea | 49502-0630-03 | 24.20 / 14.00 |
| 3 ml 100s ea | 49502-0830-02 | 24.20 / 14.00 |
| Dey-Pak,Inl. 0.9 %, 5 ml | | |
| 100s ea | 49502-0630-05 | 24.20 / 14.00 |
| Dey-Pak,Inl. 0.9 %, 10 ml | | |
| 50s ea | 49502-0630-10 | 21.00 / 13.00 |
| 15 ml 50s ea | 49502-0630-15 | 23.00 / 14.10 |
| 3%, 15 ml 50s ea R | 49502-0640-15 | 51.00 / 32.25 |
| 10%, 15 ml 50s ea R | 49502-0641-15 | 51.00 / 32.25 |
| 0.9%, 3 ml ea | 49502-0631-03 | 24.20 / 14.00 |
| 5 ml ea | 49502-0631-05 | 24.20 / 14.00 |

---

**(ROXANE)**

| | | |
|---|---|---|
| Sol, 0.9 %, 3 ml 100s ea R | 00054-8809-25 | 36.81 |
| 5 ml 100s ea R | 00054-8810-25 | 36.61 |

**(WYETH/AYERST)**

| | | |
|---|---|---|
| Sol, 0.9 %, 3 ml 100s ea R | 00008-0480-01 | 21.38 / 17.10 |
| 5 ml 100s ea R | 00008-0490-02 | 21.38 / 17.10 |

**SODIUM CHLORIDE SOLUTION R
(ABBOTT HOSP)**

| | | |
|---|---|---|
| Inl, Lifecare Singl., 25/50ml, | | |
| 0.9%, 50 ml 48s ea | AP 00074-7984-10 | 352.83 |
| 0.45%, 500 ml 12s ea | AP 00074-1585-03 | 87.78 / 73.92 |
| 1000 ml 6s ea | AP 00074-1585-05 | 50.52 / 42.54 |
| Lifecare,Plas'f.Conv, | | |
| 0.45%, 500 ml 24s ea | AP 00074-7983-03 | 218.84 |
| 1000 ml 12s ea | AP 00074-7983-00 | 123.12 |
| Sol, Aqualite, 0.45%, | | |
| 1500 ml 6s ea | AP 00074-6147-08 | 145.84 |
| Inl, Lifecare,Dued/Plx, 0.9 %, | | |
| 25 ml 48s ea | AP 00074-7984-20 | 670.86 |
| 0.9%, 150 ml 12s ea | AP 00074-1585-01 | 109.44 |
| 0.9 %, 250 ml 12s ea | AP 00074-1585-02 | 109.44 |
| 0.9%, 500 ml 12s ea | AP 00074-1585-03 | 79.80 / 67.20 |
| 1000 ml 6s ea | AP 00074-1583-05 | 45.67 / 38.45 |
| Partial Fill 50/150, 0.9%, | | |
| 150 ml 12s ea | AP 00074-1584-01 | 175.56 |
| Partial Fill 100/150, | | |
| 0.9%, 150 ml 12s ea | AP 00074-1584-11 | 175.56 |
| Lifecare,Plas'f.Conv, | | |
| 0.9%, 250 ml 24s ea | AP 00074-7983-02 | 206.06 |
| 150 ml 24s ea | AP 00074-7983-01 | 206.06 |
| 500 ml 24s ea | AP 00074-7983-03 | 206.06 |
| 1000 ml 12s ea | AP 00074-7983-09 | 111.58 |
| Lifecare Single-P/F, | | |
| 0.9%, 50 ml 48s ea | AP 00074-7984-13 | 437.76 |
| 100 ml 48s ea | AP 00074-7984-23 | 437.78 |
| Sol, Aqualite, 0.9%, 250 ml | | |
| R | AT 00074-8138-02 | 130.67 |
| 500 ml 12s ea | AP 00074-8138-03 | 130.67 |
| 1000 ml 6s ea | AT 00074-6138-06 | 121.80 / 102.64 |
| Int, Lifecare Quad-50ml Fill, | | |
| 0.9 %, 50 ml 48s ea | AP 00074-7984-18 | 306.94 |
| Sol, Aqusilte, 0.9%, 1000 ml | | |
| R | AP 00074-8138-09 | 134.65 / 113.40 |
| Inl, Lifecare Quad-100ml Fill, | | |
| 0.9 %, 100 ml 48s ea | AP 00074-7984-27 | 306.94 |
| Sol, Aqualite W/Hanger, | | |
| 0.9%, 1500 ml 8s ea | AP 00074-7136-06 | 144.59 |
| Lifecare,Quad PK.,P/F, | | |
| 0.9 %, 50 ml 48s ea | AP 00074-7101-13 | 491.34 |
| Lifecare,QuaD, PK,P/F, | | |
| 0.9 %, 100 ml 48s ea | AP 00074-7101-23 | 491.34 |
| Int, Lifecare, 0.9 %, 1000 ml 12 ea | AP 00074-7102-02 | 297.28 |
| Sol, Aqualite W/Hanger, | | |
| 0.9%, 1500 ml 6s ea | AP 00074-7136-16 | 110.49 / 93.04 |
| Irrigation, U.S.P., 0.45 %, | | |
| 2000 ml ea | AP 00074-7975-07 | 62.20 |
| Aqualite W/Hanger, | | |
| 0.9%, 1000 ml 12s ea | AP 00074-7138-09 | 160.17 |
| ImG.-Flexible Container, | | |
| 0.9%, 1000 ml 12s ea | AT 00074-7972-05 | 80.90 |
| 2000 ml 12s ea | AP 00074-7972-07 | 62.20 |
| 3000 ml 4s ea | AT 00074-7972-08 | 62.18 |
| Srn, Abboject, 0.9 %, 10 ml | | |
| R | AP 00074-1073-01 | 55.69 / 46.90 |
| Via, Fliptop-Bacteriostatic, | | |
| 0.9 %, 10 ml 100s ea | AP 00074-1986-04 | 129.44 |
| 20 ml 100s ea | AP 00074-1986-05 | 148.44 |
| Fliptop-Bacteria/Plastik, | | |
| 0.9 %, 30 ml 100s ea | AP 00074-1966-07 | 163.88 |
| Flipcop Add, 0.9 %, | | |
| 10 ml 100s ea | AP 00074-4888-10 | 138.94 |
| 20 ml 100s ea | AP 00074-4888-20 | 162.86 |
| 50 ml 100s ea | AP 00074-4888-50 | 243.44 |
| 100 ml 100s ea | AP 00074-4888-99 | 79.86 |
| Flipcop 20 ml Fill, 14.6 %, | | |
| 20 ml 50s ea | AP 00074-8657-02 | 108.63 |
| Fliptop-50 MeQ, 14.6 %, | | |
| 20 ml 100s ea | AP 00074-0665-07 | 337.25 |
| Flipcop 40 ml Fill, 14.6 %, | | |
| 40 ml 50s ea | AP 00074-6650-02 | 160.50 |
| Pintop-50m/100ml, 0.9 | | |
| R | AP 00074-1483-01 | 86.80 |

---



DiaBeta
GLYBURIDE / HOECHST-ROUSSEL
Hoechst-Roussel Pharmaceuticals Inc.

---



PALISADES PHARMACEUTICALS, INC.
(800) 237-9083

YOCON Rx
Yohimbine HCl

5.4 mg Tablet
Blister-paks of 30's  bottles of 100's and 1000's
Available through your wholesaler

# 1993

# RED BOOK®

## Pharmacy's Fundamental Reference Resource

1. Emergency Information
2. Pharmacy Reference Tables
3. Manufacturer Information
4. Product Identification
5. Product Information
6. Drug/Food Interactions
7. Organizations
8. Home Healthcare
9. Computer Systems

NOV. 7. 2000 10:32AM    SOCIO, 000    NO. 8388   P. 26

1996 RED BOOK ANNUAL

| PROD/MFR | NDC | AWP | DP | ORC |
|---|---|---|---|---|
| **(Allscrips)** | | | | |
| INJ, IJ (SRN) | | | | |
| 7.5%, 50 ml... | 54569-2220-90 | 16.58 | | |
| **(Amend)** | | | | |
| POW, (A.C.S., REAGENT) | | | | |
| 500 gm (U.S.P.) | 17317-1678-01 | 8.40 | | |
| 500 gm | 17317-8497-21 | 4.20 | | |
| 2270 gm | 17317-8497-86 | 12.00 | | |
| (A.C.S., REAGENT) | | | | |
| 2500 gm (U.S.P.) | 17317-1670-86 | 25.20 | | |
| 11350 gm | 17317-8497-06 | 52.50 | | |
| **(Amer Drug)** | | | | |
| POW, (U.S.P.) | | | | |
| 480 gm | 00714-8018-16 | 2.36 | | |
| 2400 gm | 00714-8018-88 | 1.50 | | |
| 12000 gm | 00714-8018-08 | 1.18 | | |
| **(Amer Regan)** | | | | |
| INJ, IJ (S.D.V., P.F.) | | | | |
| 7.5%, 50 ml 25s | 00617-9639-25 | 54.69 | | |
| 8.4%, 50 ml 25s | 00617-1650-25 | 57.19 | | |
| **(Astra USA)** | | | | |
| INJ, IJ, 4.2%, 5 ml 10s | 00186-0646-81 | 39.40 | | |
| 10 ml 10s | 00186-0646-01 | 74.36 | | |
| 7.5%, 50 ml 10s | 00186-0647-01 | 111.63 | | |
| 8.4%, 10 ml 10s | 00186-0656-01 | 76.75 | | |
| 50 ml 10s | 00186-0669-01 | 106.05 | | |
| **(Baxter)** | | | | |
| INJ. IJ. 5%, 500 ml 12s | 00338-0374-03 | 470.74 | | |
| **(Bergan Brunswig)** | | | | |
| POW, 120 gm | 24385-0685-94 | 3.02 | | |
| **(CMC-Cons)** | | | | |
| POW, 454 gm | 00223-1748-16 | 4.75 | | |
| **(Fujisawa)** | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 4.2%, 5 ml | 00469-0026-25 | 5.33 | 2.03 |
| 7.5%, 50 ml | 00469-8489-60 | 2.80 | 2.17 |
| 8.4%, 50 ml | 00469-0650-60 | 2.89 | 2.17 |
| **(Gallipot)** | | | | |
| POW, 480 gm | 51552-0069-16 | 9.72 | | |
| 2270 gm | 51552-0059-85 | 27.63 | | |
| **(Harnco)** | | | | |
| POW, 120 gm | 00395-2685-94 | 1.41 | | |
| 454 gm | 00395-2685-81 | 4.60 | | |
| **(Integra)** | | | | |
| GRA, (U.S.P./F.C.C.) | | | | |
| 500 gm | 55324-5265-45 | 14.00 | | |
| 2500 gm | 55324-5265-90 | 26.30 | | |
| POW, 500 gm | 55324-5817-46 | 12.85 | | |
| 2500 gm | 55324-5817-60 | 22.95 | | |
| **(Intl Med Sys)** | | | | |
| INJ, IJ (MIN-I-JET, 21G X 1 1/2) | | | | |
| 4.2%, 10 ml | 00548-1631-06 | 8.93 | | |
| (MIN-I-JET, 18G X 1 1/2") | | | | |
| 7.5%, 50 ml | 00548-1062-00 | 9.29 | | |
| (MIN-I-JET, W/NTERLINK) | | | | |
| 7.5%, 50 ml | 00548-3062-00 | 23.25 | | |
| (MIN-I-JET,18G STCK-GARD) | | | | |
| 7.5%, 50 ml | 00548-2062-00 | 9.74 | | |
| (MIN-I-JET, 21G X 1 1/2") | | | | |
| 8.4%, 10 ml | 00548-1632-00 | 8.93 | | |
| (MIN-I-JET, 18G X 1 1/2") | | | | |
| 8.4%, 50 ml | 00548-1052-00 | 9.29 | | |
| (MIN-I-JET, W/NTERLINK) | | | | |
| 8.4%, 50 ml | 00548-3052-00 | 23.57 | | |
| (MIN-I-JET,18G STCK-GARD) | | | | |
| 8.4%, 50 ml | 00548-2052-00 | 9.74 | | |
| **(Lex)** | | | | |
| POW, 120 gm | 49523-0020-64 | 0.70 | | |
| 240 gm | 49523-0820-96 | 0.56 | | |
| 480 gm | 49523-0820-16 | 1.15 | | |
| **(Mallinckrodt P&L)** | | | | |
| POW, (A.C.S.) | | | | |
| 500 gm (U.S.P.) | 00496-7412-03 | 9.75 | | |
| 500 gm | 00406-7398-03 | 9.14 | | |
| 12000 gm | 00406-7398-28 | 45.45 | | |
| **(McGaw)** | | | | |
| INJ, IJ, 5%, 500 ml | 00264-1498-10 | 40.75 | | |
| **(Mediseа)** | | | | |
| POW, (U.S.P.) | | | | |
| 500 gm | 38774-0640-68 | 5.65 | | |
| 2500 gm | 38774-0640-64 | 16.50 | | |

| PROD/MFR | NDC | AWP | DP | ORC |
|---|---|---|---|---|
| **(Raway)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 7.5%, 50 ml 25s | 00688-0630-25 | 100.00 | | |
| 8.4%, 50 ml 50s | 00688-1580-25 | 100.00 | | |
| **SODIUM BISULFATE** (Mallinckrodt P&L) | | | | |
| CRY, (MONOHYDRATE) | | | | |
| 500 gm | 00406-7432-03 | 45.35 | | |
| **SODIUM BISULFITE** (illegible) | | | | |
| SEE SECTION ... | | | | |
| GRA, (F.C.C.) | | | | |
| **(Amend)** | | | | |
| GRA, (F.C.C.) | | | | |
| 454 gm | 17317-0490-81 | 7.35 | | |
| (A.C.S., REAGENT) | | | | |
| 500 gm | 17317-1678-81 | 11.20 | | |
| (F.C.C.) | | | | |
| 2270 gm | 17317-8490-86 | 21.00 | | |
| (A.C.S., REAGENT) | | | | |
| 2500 gm | 17317-1678-06 | 47.60 | | |
| (F.C.C.) | | | | |
| 11350 gm | 17317-8490-08 | 98.25 | | |
| (A.C.S., REAGENT) | | | | |
| 12000 gm | 17317-1678-08 | 180.60 | | |
| **(Mallinckrodt P&L)** | | | | |
| GRA, (A.C.S.) | | | | |
| 500 gm | 00406-7448-03 | 12.60 | | |
| (PURIFIED) | | | | |
| 500 gm | 00406-7444-03 | 11.36 | | |
| **SODIUM BORATE** (illegible) | | | | |
| SEE SECTION ... | | | | |
| **(Amend)** | | | | |
| POW, (A.C.S., REAGENT) | | | | |
| 500 gm | 17317-1679-01 | 15.40 | | |
| (N.F.) | | | | |
| 500 gm | 17317-0680-01 | 7.00 | | |
| 2270 gm | 17317-0680-06 | 28.00 | | |
| (A.C.S., REAGENT) | | | | |
| 2500 gm | 17317-1679-06 | 56.00 | | |
| (N.F.) | | | | |
| 11350 gm | 17317-0680-08 | 105.00 | | |
| **(Gallipot)** | | | | |
| GRA, (TECHNICAL) | | | | |
| 120 ml | 51552-0281-84 | 3.74 | | |
| 454 gm | 51552-0281-16 | 11.33 | | |
| **(Mallinckrodt P&L)** | | | | |
| POW, (A.C.S.) | | | | |
| 500 gm | 00406-7480-03 | 15.66 | | |
| **(Mediseа)** | | | | |
| POW, (N.F.) | | | | |
| 500 gm | 38770-8417-60 | 11.75 | | |
| 2500 gm | 38770-8417-64 | 35.25 | | |
| **SODIUM BROMIDE** (illegible) | | | | |
| SEE SECTION ... | | | | |
| **(Amend)** | | | | |
| GRA, (PURIFIED) | | | | |
| 454 gm | 17317-0591-01 | 10.70 | | |
| 2270 gm | 17317-0591-06 | 38.00 | | |
| 11350 gm | 17317-0591-08 | 146.00 | | |
| POW, (REAGENT) | | | | |
| 454 gm | 17317-1215-01 | 35.00 | | |

| PROD/MFR | NDC | AWP | DP | ORC |
|---|---|---|---|---|
| **(Gallipot)** | | | | |
| GRA, (PURIFIED) | | | | |
| 454 gm | 51552-8488-16 | 20.50 | | |
| 2270 gm | 51552-8448-05 | 62.79 | | |
| **SODIUM BUTYRATE** (Gallipot) | | | | |
| POW, 100 gm | 51552-0254-68 | 25.30 | | |
| **SODIUM CACODYLATE** (Mediseа) | | | | |
| POW, 25 gm | 38776-0357-25 | 32.75 | | |
| 100 gm | 38776-0357-10 | 117.90 | | |
| 500 gm | 38776-0357-56 | 471.60 | | |
| **(Amend)** | | | | |
| POW, 125 gm | 17317-2664-84 | 9.25 | | |
| 454 gm | 17317-2664-81 | 25.20 | | |
| 2270 gm | 17317-2664-86 | 120.00 | | |
| **(Amend)** | | | | |
| GRA, (REAGENT) | | | | |
| 500 gm | 17317-1488-01 | 13.30 | | |
| 2500 gm | 17317-1488-06 | 35.00 | | |
| POW, (N.F.) | | | | |
| 454 gm | 17317-0503-81 | 7.70 | | |
| (N.F., F.C.C.) | | | | |
| 454 gm | 17317-0502-81 | 9.10 | | |
| (N.F.) | | | | |
| 2270 gm | 17317-0503-85 | 28.00 | | |
| (N.F., F.C.C.) | | | | |
| 2270 gm | 17317-0502-05 | 21.00 | | |
| (N.F.) | | | | |
| 11350 gm | 17317-0503-08 | 98.25 | | |
| (N.F., F.C.C.) | | | | |
| 11350 gm | 17317-0502-08 | 70.00 | | |
| **(Gallipot)** | | | | |
| POW, (U.S.P./N.F.) | | | | |
| 454 gm | 51552-0204-16 | 13.51 | | |
| **(Integra)** | | | | |
| GRA, (F.C.C.) | | | | |
| 500 gm | 55324-5848-45 | 12.85 | | |
| 2500 gm | 55324-5848-60 | 35.25 | | |
| **(Mallinckrodt P&L)** | | | | |
| GRA, (A.C.S.) | | | | |
| 500 gm | 00406-7627-03 | 17.80 | | |
| 2500 gm | 00406-7627-06 | 44.72 | | |
| POW, 500 gm | 00406-7456-03 | 10.56 | | |
| **(Abbott Hosp)** | | | | |
| INJ, IJ (QUAD-PK) | | | | |
| 0.45%, 25 ml 48s | 00674-7736-20 | 754.68 | AP |
| (ADD-VANTAGE) | | | | |
| 0.45%, 50 ml 48s | 00674-7132-18 | 552.35 | AP |
| 50 ml 90s | 00074-7736-36 | 1257.30 | AP |
| (ADD-VANTAGE) | | | | |
| 0.45%, 100 ml 48s | 00674-7132-23 | 652.33 | AP |
| 100 ml 90s | 00674-7130-37 | 1257.60 | AP |
| 250 ml 24s | 00674-7896-82 | 243.66 | AP |

Recommend **SENOKOT® Laxatives** When the R𝗑 May Constipate    PURDUE FREDERICK

RX PRODUCT LISTINGS                                                **451/SODIU**

| PROD/MFR | NDC | AWP | DP | ODC | PROD/MFR | NDC | AWP | DP | ORC | PROD/MFR | NDC | AWP | DP | ODC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**RED BOOK**

Electronic Drug Pricing and Clinical Information
Database Services - (800) 722-3062

---

**PALISADES PHARMACEUTICALS, INC.**
(800) 237-9083

**YOCON®** Rx
Yohimbine HCl

5.4 mg Tablet
Blister-Paks of 30's, bottles of 100's and 1000's
Available through your wholesaler

# Florida Infusion 1993

1-800-624-0152

## I.V. SOLUTIONS

**8**



Florida Infusion stocks a full line of I.V. Solutions, Electrolyte Replacement Solution, Osmitrol, Dextran and Irrigation Solutions. We also stock I.V. Solution by McGaw (Polyolefin). I.V. Solutions in glass containers and empty evacuated containers for pharmacy mixing or phlebotomy.

### DEXTROSE 5%
### OR
### SODIUM CHLORIDE 0.9%

| SIZE | ABBOTT | Baxter |
|---|---|---|
| I.V. BAGS | | |
| 150cc | 48$^{00}$/32 | 57$^{60}$/36 |
| 250cc | 36$^{00}$/24 | 57$^{60}$/36 |
| 500cc | 43$^{20}$/24 | 45$^{60}$/24 |
| 1000cc | 27$^{00}$/12 | 27$^{00}$/12 |
| I.V. BAGS | | |
| 50cc | 116$^{00}$/80 | 144$^{00}$/96 |
| 100cc | 116$^{00}$/80 | 144$^{00}$/96 |

# Florida Infusion 1996

**1-800-624-0152**

## I.V. SOLUTIONS

**47**



### D5W OR NORMAL SALINE

|            | ABBOTT | | BAXTER | |
|------------|--------|--------|--------|--------|
|            | #/case | Price  | #/case | Price  |
| 50-100 mL  | 80     | 98.00  | 96     | 139.20 |
| 150 mL     | 32     | 41.60  | 36     | 57.60  |
| 250 mL     | 24     | 32.00  | 36     | 57.60  |
| 500 mL     | 24     | 36.00  | 24     | 45.60  |
| 1000 mL    | 12     | 24.00  | 12     | 27.00  |

## ABBOTT DROP SHIP PROGRAM - SAVE 5%

Florida Infusion can arrange direct shipments from your local Abbott warehouse of orders of 10 cases or more. You may **mix and match** any of the items listed here. The two advantages to our direct drop ship program are a 5% off-invoice discount and faster delivery - usually within 1 to 3 days - from the local warehouse. If you wish to take advantage of this program, call your account manager at **1-800-624-0152** and they will set up your account as a drop ship account. This process usually takes 2 to 3 days and it requires only a copy of your DEA license.

⑨

# ⊒ ABBOTT
## Alternate Site
## Product Sales

High Tech Products for Alternate Site and Home Health Care

March 10, 1994

Mr. Rudy Ciccarello
Florida Infusion
1053 Progress Court
Palm Harbor, FL 34683

Dear Rudy:

I have recently accepted the position of Manager, Distributor Relations.  Jeff Hamlin has accepted a position as one of our hospital based district managers in Raleigh, North Carolina.  As part of the transition I found that we had not yet notified you of some price/product adjustments that were recently made to your agreement with us.

The first three pages, identified as *Florida Infusion Price Changes* indicate the products in which prices were changed and their new contract price.  Favorable factory costs in 1994 have lead the way for these price reductions!  These products have been included in the comprehensive price list that has also been enclosed.  These changes were effective February 25, 1994, we apologize for the delay in communicating this information to you.

I look forward to meeting with you in the near future, before then, if there are any questions or concerns that I can assist you with, please do not hesitate to call (708) 937-5916.

Sincerely,

Clifford J. Krajewski
National Account Manager

AB 0014024

One Abbott Park Road  •  Abbott Park, Il 60064                **ABT004635**

ALTERNATE SITE
CONTRACT MARKETING

May 26, 1994

TO:         Field Sales Force
            District Managers

CC:         Cindy Dawson
            Mike Dorr
            Phil Elliott
            Cliff Krajewski
            Karla Kreklow
            Debbie Longley
            Mary Beth Manso
            Chris Snead
            Dennis Walker

## RE:  *Current Red Book AWP's*

As you are aware, on at the beginning of April, Abbott took a list price increase. This also has an effect on our AWP (Average Wholesale Price) which Red Book quotes for reimbursement purposes. Therefore, Mike Heggie was able to get Red Book to send a listing of the "new" AWP's for ALL of our products, which will be effective through next April. I hope this information is helpful and if you have any questions, please feel free to contact me.

Best regards,

Steve Kipperman

ABT006333

Confidential
AB0019135



⑪

# ABBOTT  PHARMACEUTICAL 1999 REPRESENTATIONS OF PRICES AND COST AND STATES' MEDICAID REIMBURSEMENTS

| DRUG STRENGTH & SIZE, NDC# 00074- | RED BOOK AWP | BERGEN BRUNSWIG COST | PROVIDER COST with 7% up-charge | FLORIDA MEDICAID WAC + 7%, | NEW YORK MEDICAID AWP-10%, |
|---|---|---|---|---|---|
| Biaxin 500mg , 60s NDC.....2586-60 | $195.59 | $164.13 | $175.62 | $175.62 Spread $0.00 | $176.04 Spread $0.42 (0.2%) |
| Cartrol 5mg, 100s NDC....1665-13 | $106.18 | $88.76 | $94.97 | $94.97 Spread $0.00 | $95.57 Spread $0.60 (0.6%) |
| Cylert Tablets 37.5mg,100s NDC.....6057-13 | $144.84 | $121.67 | $130.18 | $130.18 Spread $0.00 | $130.36 Spread $0.18 (0.1%) |
| Depakote 250mg, 100s NDC.....6214-11 | $82.66 | $69.30 | $74.15 | $74.15 Spread $0.00 | $74.40 Spread $0.25 (0.3%) |
| Enduron 2.5mg, 100s NDC.....6827-01 | $50.65 | $42.06 | $45.00 | $45.00 Spread $0.00 | $45.59 Spread $0.59 (1.3%) |
| Enduronyl 0.25mg-5mg 100s | $144.28 | $119.80 | $128.18 | $128.19 Spread $0.01 | $129.86 Spread $1.68 (1.3%) |
| Hytrin 1mg,100s NDC...3805-13 | $171.54 | $137.23 | $146.83 | $146.84 Spread $0.01 | $154.39 Spread $7.56 (5%) |
| K-tab 10meq, 100s NDC.....7804-13 | $42.36 | $33.89 | $36.26 | $36.26 Spread $0.00 | $38.13 Spread $1.87 (5%) |
| Nembutal Sod. 50mg, 100s NDC....3150-11 | $35.81 | $29.94 | $32.03 | $37.43 Spread $5.40 (16.8%) | $32.23 Spread $0.20 (0.6%) |

| | | | | | |
|---|---|---|---|---|---|
| Norvir 100mg,84s NDC....9492-54 | $155.83 | $124.66 | $133.38 | $133.38 Spread $0.00 | $140.25 Spread $6.87 (5%) |
| Peganone 250mg, 100s NDC....6902-01 | $44.39 | $35.51 | $37.99 | $37.99 Spread $0.00 | $39.96 Spread $1.97 (5%) |
| Placidyl 500mg, 100s NDC...6685-15 | $139.20 | $116.37 | $124.51 | $124.51 Spread $0.00 | $125.28 Spread -$0.23 |
| Prosom 1mg,100s NDC....3735-13 | $107.25 | $89.66 | $95.93 | $95.94 Spread $0.01 | $96.53 Spread -$0.40 |

Abbodrugs.wpd