UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

### UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANT ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL A SUPPLEMENTAL RESPONSE TO ABBOTT'S INTERROGATORY NO. 7

Pursuant to Local Rule 7.1(b) (3), the United States respectfully requests that it be given leave to file a sur-reply to Defendant Abbott Laboratories, Inc.'s Motion to Compel a Supplementary Response to Abbott's Interrogatory No. 7.  Abbott does not object to this request.  A proposed order is attached.

Dated: May 14, 2007                                        Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN | PETER D. KEISLER |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

George B. Henderson, II
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

/s/ John K. Neal
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
John K. Neal
Rebecca A. Ford
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-0405
Fax: (202) 305-7797

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

Dated: May 14, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day caused an electronic copy of the **UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANT ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL A SUPPLEMENTAL RESPONSE TO ABBOTT'S INTERROGATORY NO. 7** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                          /s/ John K. Neal
Dated: May 14, 2007                            John K. Neal