UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti Saris<br><br>Magistrate Judge Marianne B. Bowler |
| **THIS DOCUMENT RELATES TO:** | |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | |

## PROPOSED ORDER

Upon consideration of the United States' Motion for Leave to File a Sur-reply to Abbott Laboratories, Inc.'s Motion to Compel a Supplementary Response to Abbott's Interrogatory No. 7,

It is hereby ORDERED that the Motion is GRANTED.

This _____ day of _____, 2007.

_____
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE