UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti Saris ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) |

[*PROPOSED*]
**ORDER GRANTING ADDITIONAL TIME**

Upon consideration of the Unopposed Motion by the United States for an Extension of Time to Respond to Motion to Compel Adequate Discovery Responses, it is by the COURT ORDERED:

That the motion by the United States for an extension of time is GRANTED; and

That the United States shall have up to and including May 29, 2007 by which to file any Response to Abbott's Motion to Compel Adequate Responses to Abbott's Discovery Requests.

Date: _____                             _____
                                                United States District Court