UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ) *U.S. ex rel. Ven-A-Care of the* ) *Florida Keys, Inc. v. Abbott* ) *Laboratories, Inc.,* ) No. 06-CV-11337-PBS | Judge Patti B. Saris <br><br> Chief Magistrate Judge Marianne B. Bowler |

**UNOPPOSED MOTION BY VEN-A-CARE OF THE FLORIDA KEYS, INC. TO ENLARGE TIME TO RESPOND TO ABBOTT LABORATORIES, INC.'S MOTION TO COMPEL PLAINTIFFS UNITED STATES AND RELATOR TO PROVIDE ADEQUATE RESPONSES TO ABBOTT'S DISCOVERY REQUESTS**

Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") by and through its undersigned counsel files this its Unopposed Motion to Enlarge Time to Respond to Abbott Laboratories, Inc.'s Motion to Compel Plaintiffs United States and Relator to Provide Adequate Responses to Abbott's Discovery Requests and further states as follows:

1. The Motion to Compel at issue was filed May 1, 2007 and was directed at both the United States and the Relator with respect to interrogatories directed at both parties jointly in Abbott Laboratories, Inc.'s First Set of Interrogatories Propounded Jointly to the Plaintiffs and with respect to requests for production directed at the disclosure statement provided by Ven-A-Care to the United States. Abbott's Motion to Compel relates to a broad range of discovery, and the Plaintiffs are preparing a detailed response addressing the assertions and arguments in Abbott's briefs. Additional time is required to complete work on the response.

2. The United States' and Ven-A-Care's response to Abbott's Motion to Compel is due May 15, 2007.

3. The United States has requested additional time to respond up to and including May 29, 2007.

4. David S. Torberg, Esq., counsel for defendant Abbott, indicated he did not object to the United States' request for additional time up to May 29, 2007 to respond to Abbott's Motion to Compel.  He also indicated he did not object to additional time up to May 29, 2007 for the Relator to respond to the same Motion so that both Plaintiffs could be on the same briefing schedule.

5. For the economy and convenience of all the parties and the Court, the Relator requests that it also have additional time up to and including May 29, 2007 to respond to Abbott's Motion to Compel.

For the above reasons, Ven-A-Care requests additional time and respectfully requests that this motion be granted.

DATED: May 15, 2007.

                                                  For the Relator,
Ven-A-Care of the Florida Keys, Inc.

   /s/   Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm
P. O. Box 297470
Pembroke Pines, FL 33029-7470
Phone: 954-874-1635
Fax: 954-874-1739
Email: jbreen@breenlaw.com
Email: alisonsimon@breenlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day, May 15, 2007, caused an electronic copy of the above to be served on all counsel of record via electronic mail service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                 /s/   Alison W. Simon
                                 Alison W. Simon