UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : <br> : <br> : MDL No. 1456 <br> : |
| THIS DOCUMENT RELATES TO: | : Civil Action No. 01-12257-PBS <br> : |
| *COUNTY OF NASSAU v. ABBOTT LABORATORIES, INC.,* et al. | : Judge Patti D. Saris <br> : <br> : |
| E.D.N.Y. Case No. 04-CV-5126 | : |

## UNOPPOSED MOTION TO ADMIT ROSS B. BROOKS PRO HAC VICE

Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action on behalf of Plaintiff County of Nassau of Ross B. Brooks, of Milberg Weiss & Bershad LLP, of New York, New York. Attorney Brooks certifies (see Certificate attached to this motion) that (1) he is a member of the bar in good standing in all jurisdictions where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I have filed an appearance in the above-entitled action and Mr. Brooks will file a check for $50 with the Clerk of Court.

May 15, 2007                          Respectfully submitted,

/s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO # 184540
**MOULTON & GANS, P.C.**
55 Cleveland Road
Wellesley, Massachusetts 02481
Telephone: 781-235-2246

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, hereby certify that I have consulted via email on May 14, 2007 with Lyndon Tretter, Esq., of Hogan and Hartson, counsel for all Defendants, concerning the within Motion and that Mr. Tretter assents.

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Ross Brooks, hereby certify that I served a copy of the foregoing document upon counsel for all parties this 15th day of May, 2007.

/s/ Ross B. Brooks
Ross B. Brooks

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | : <br> : <br> : MDL No. 1456 <br> : |
| THIS DOCUMENT RELATES TO: | : Civil Action No. 01-12257-PBS <br> : |
| *COUNTY OF NASSAU v. ABBOTT LABORATORIES, INC.,* *et al.* | : Judge Patti D. Saris <br> : <br> : |
| E.D.N.Y. Case No. 04-CV-5126 | : |

**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO
LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I, Ross B. Brooks, hereby certify that:

1. I am admitted to the bar of the State of New York. I am also admitted to practice in the United States District Court for the Southern District of New York.

2. I am in good standing in every jurisdiction where I have been admitted to practice, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction where I am admitted to practice.

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: May 15, 2007

**MILBERG WEISS & BERSHAD LLP**

By: /s/ Ross B. Brooks
Ross B. Brooks
One Pennsylvania Plaza
New York, New York  10119
(212) 594-5300