UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**JOINT NOTICE OF FILING PROPOSED ORDER REGARDING SURVEY
OF CONSUMERS WHO HAVE FILED A NOTICE OF
<u>EXCLUSION FROM SETTLEMENT</u>**

Having conferred with Professor Francis McGovern, the Court appointed Special Master with respect to the proposed settlement between Class Plaintiffs and GlaxoSmithKline ("GSK"), the parties understand that Professor McGovern proposes a brief telephone survey of up to 1000 consumers who have filed a Notice of Exclusion with respect to the settlement.  Professor McGovern has conferred with the parties on the substance of that survey and at his request we hereby provide the Court with a proposed order regarding the survey for the Court's consideration.  The proposed order is attached hereto as Exhibit A.

DATED:  May 16, 2007                        By      /s/ **Steve W. Berman**
                                                        Thomas M. Sobol (BBO#471770)
                                                        Edward Notargiacomo (BBO#567636)
                                                        Hagens Berman Sobol Shapiro LLP
                                                        One Main Street, 4th Floor
                                                        Cambridge, MA  02142
                                                        Telephone: (617) 482-3700
                                                        Facsimile: (617) 482-3003

                                                        **LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

    Donald E. Haviland, Jr.
    The Haviland Law Firm, LLC
    740 S. Third Street
    Third Floor
    Philadelphia, PA  19147
    Facsimile:  (215) 609-4661
    Telephone:  (215) 392-4400

    **CO-LEAD COUNSEL FOR PLAINTIFFS**

DATED:  May 16, 2007

    **COUNSEL FOR DEFENDANT SMITHKLINE BEECHAM CORPORATION, D/B/A GLAXOSMITHKLINE ("GSK")**

    By    **/s/ Frederick G. Herold**
    Frederick G. Herold
    DECHERT LLP
    1117 California Avenue
    Palo Alto, CA 94304
    Telephone:  (650) 813-4930
    Facsimile:  (650) 813-4848

    Mark H. Lynch
    Geoffrey E. Hobart (BBO #547499)
    Ronald G. Dove, Jr.
    COVINGTON & BURLING
    1201 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004
    Telephone:  (202) 662-6000
    Facsimile:  (202)662-6291

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on May 16, 2007, I caused copies of **JOINT NOTICE OF FILING PROPOSED ORDER REGARDING SURVEY OF CONSUMERS WHO HAVE FILED A NOTICE OF EXCLUSION FROM SETTLEMENT** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                 **/s/ Steve W. Berman**
                                                 Steve W. Berman

# EXHIBIT A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**[PROPOSED] ORDER REGARDING SURVEY OF CONSUMERS
WHO FILED A NOTICE OF EXCLUSION FROM SETTLEMENT**

Having conferred with Prof. Francis McGovern, appointed by the Court as Special Master with respect to the proposed settlement with GlaxoSmithKline ("GSK"), the Court hereby authorizes Prof. McGovern and Complete Claims Solutions, Inc. ("CCS"), the Court appointed Settlement Administrator, to conduct a phone survey of individual consumers who have filed a Notice of Exclusion with respect to the settlement. The phone survey is meant to provide the Court with additional information concerning how many of the consumers who filed an exclusion notice were class members and of those who were class members, whether they intended to opt-out of the settlement and why.

CCS is hereby authorized to proceed, as an initial matter, with a survey of 500 consumers who have filed a Notice of Exclusion. After completing a survey of the first 500 consumers, Prof. McGovern will provide this Court with a report of the results. The Court will then decide whether to authorize the survey of an additional 500 consumers.

All of the costs associated with this survey shall be accounted for by CCS separately from other costs associated with administration of the settlement, and shall be paid as an

administrative expense out of the Settlement Fund.  The Court orders the parties to keep the costs associated with this survey to a minimum, while still meeting the survey standards generally acceptable in the field of survey research.


Dated: May _____, 2007                             _____
                                                   Patti B. Saris
                                                   United States District Judge