# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| *State of Nevada v. American Home Products, et al.*, CA No. 02-CV-12086-PBS (Nevada II), and *State of Montana v. Abbott Labs., Inc., et al.*, Cause No. CV-02-09-H-DWM (D. Mont.) | |

## [PROPOSED] ORDER OF DISMISSAL OF SICOR INC.

The Joint Motion for Dismissal of Sicor Inc. is hereby GRANTED. Defendant Sicor Inc. is hereby dismissed, with prejudice, from the above-referenced action.

So ordered,

Dated  5/7/07

_____
Honorable Patti B. Saris
United States District Court Judge

- 1 -

001534-15 164590 V1

## CERTIFICATE OF SERVICE

    I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **[PROPOSED] ORDER OF DISMISSAL OF SICOR INC.**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on April 30, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

    By    **/s/ Steve W. Berman**
    Steve W. Berman
    **HAGENS BERMAN SOBOL SHAPIRO LLP**
    1301 Fifth Avenue, Suite 2900
    Seattle, WA 98101
    (206) 623-7292