Case 1:01-cv-12257-PBS   Document 357   Filed 03/28/2007   Page 4 of 5

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CLASS ACTIONS | Judge Patti B. Saris |

### [PROPOSED] ORDER

WHEREAS, Plaintiffs reduced the number of Schering and Warrick drugs in contention at trial;

IT IS HEREBY ORDERED THAT:

(1) The following National Drug Codes ("NDCs") relating to Intron-A® are stricken from the Table of Subject Drugs in the Court's January 30, 2006 Consolidated Order re: Class Certification ("Table of Subject Drugs"):

- 00085064705
- 00085012002
- 00085012003
- 00085012004
- 00085118402
- 00085119102
- 00085123501
- 00085124201
- 00085125401
- 00085116801
- 00085064704
- 00085118401
- 00085119101
- 00085064703
- 00085012005
- 00085095301

4

- 00085076901
- 00085092301
- 00085113301

- 00085117902
- 00085117901

   (2) All NDCs relating to Integrilin® are stricken from the Table of Subject Drugs.

   (3) All NDCs relating to perphenazine are stricken from the Table of Subject Drugs.

_____
Patti B. Saris
United States District Judge

Date: 5/10/07