UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS PLAINTIFFS' MOTION TO SET FOR TRIAL THE CLASS 2/3 ASTRAZENECA CASE AND THE AVENTIS CASE**

Plaintiffs move the Court to set a trial date in the remaining case against AstraZeneca. The Class Representatives for Class 2 and 3 are: Sheet Metal Workers National Health Fund (Class 2 only), Blue Cross and Blue Shield of Massachusetts (Class 2 and 3), and Pipefitters Local Union 357 (Class 3 only).

Assuming that the Court may rule on the trial, by June 15, 2007, plaintiffs request that trial be set on or around October 15, 2007. That should allow the parties sufficient time to react to the Court's ruling and to address the class certification issues for the remaining states. Plaintiffs need five trial days.

Plaintiffs also request that the Court set for trial on or about November 15, 2006, the case for all classes regarding Aventis. Again, there is sufficient time for supplemental briefing on class issues once the Court issues its trial ruling and time to notice the Class.

DATED: May 18, 2007

By     /s/ Steve W. Berman
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 3 -

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street, Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on May 18, 2007, I caused copies of **CLASS PLAINTIFFS' MOTION TO SET FOR TRIAL THE CLASS 2/3 ASTRAZENECA CASE AND THE AVENTIS CASE** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis file & serve.

    /s/ Steve W. Berman_____
Steve W. Berman

- 4 -