UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) ) ) | |

**NOTICE OF APPEARANCE FOR DEFENDANTS SCHERING-PLOUGH CORPORATION AND WARRICK PHARMACEUTICALS CORPORATION**

**To the Clerk of the Above-Named Court:**

Please enter the appearance of John P. Bueker on behalf of the defendants, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation.

Respectfully submitted,

/s/ John P. Bueker
John P. Bueker (BBO #636435)
Ropes & Gray LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated: May 21, 2007

10548221_1

## **CERTIFICATE OF SERVICE**

      I, John P. Bueker, certify that, on this 21st day of April, 2007, a copy of the foregoing document has been served on counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

      /s/ John P. Bueker\_\_\_\_
      John P. Bueker