# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories, Inc., *et al.* CASE #: 1:03-cv-11226-PBS | ) ) ) ) ) ) |

MDL No. 1456
Master File No. 01-12257-PBS

(Original Central District of California
No. 03-CV-2238)

Judge Patti B. Saris

**JURY TRIAL REQUESTED**

## DEFENDANT SANDOZ INC.'S ANSWER
## TO PLAINTIFFS' FIRST AMENDED COMPLAINT IN INTERVENTION

Defendant Sandoz Inc. ("Sandoz"), by and through its undersigned counsel, hereby answers the State of California's and Ven-A-Care of the Florida Keys, Inc.'s ("Plaintiffs") First Amended Complaint, dated August 25, 2005 (the "Complaint") as follows.  Unless expressly admitted, Sandoz denies each and every allegation in the Complaint, and all allegations containing legal arguments and/or conclusions of law on the ground that such allegations do not require a response.

1.      Sandoz denies the allegations contained in paragraph 1 insofar as they pertain to Sandoz, except admits that the State purports to bring claims on behalf of its Medicaid program and certain of its citizens.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 1 and therefore denies them.

2.      Sandoz denies the allegations contained in paragraph 2 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 2 and therefore denies them.

3.      Paragraph 3 contains legal arguments and/or conclusions of law as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 3 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 3 and therefore denies them.

4.      Sandoz responds that the allegations contained in paragraph 4 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4 and therefore denies them.

5.     Sandoz responds that the allegations contained in paragraph 5 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5 and therefore denies them.

6.     Sandoz responds that the allegations contained in paragraph 6 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6 and therefore denies them.

7.     Sandoz responds that the allegations contained in paragraph 7 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7 and therefore denies them.

8.     Sandoz responds that the allegations contained in paragraph 8 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8 and therefore denies them.

9.     Sandoz responds that the allegations contained in paragraph 9 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9 and therefore denies them.

10.     Sandoz responds that the allegations contained in paragraph 10 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be

required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 and therefore denies them.

11.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11, except that it admits that it has sold certain of its drug products to entities in California and certain wholesalers who may have shipped products to entities in California.  Sandoz states that it is a Colorado corporation whose principal place of business is 506 Carnegie Center, Suite 400, Princeton, New Jersey 08540-6243, and that Sandoz is an indirectly wholly-owned subsidiary of Novartis AG.  Sandoz also states that the company, misidentified in the Complaint as "Sandoz, Inc.," was formerly known as "Geneva Pharmaceuticals, Inc."  Sandoz denies the remaining allegations of paragraph 11.  Sandoz further notes that Novartis AG has been dismissed from this action.

12.     Sandoz responds that the allegations contained in paragraph 12 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 and therefore denies them.

13.     Sandoz responds that the allegations contained in paragraph 13 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 13 and therefore denies them.

14.     Sandoz responds that the allegations contained in paragraph 14 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 14 and therefore denies them.

15.     Sandoz responds that the allegations contained in paragraph 15 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 15 and therefore denies them.

16.     Sandoz responds that the allegations contained in paragraph 16 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 16 and therefore denies them.

17.     Sandoz responds that Novartis AG has been dismissed from this action. Therefore, no response to paragraph 17 is required.  To the extent an answer may be required, Sandoz denies the allegations contained in paragraph 17.

18.     Sandoz responds that the allegations contained in paragraph 18 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 18 and therefore denies them.

19.     Sandoz responds that the allegations contained in paragraph 19 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 19 and therefore denies them.

20.     Sandoz responds that the allegations contained in paragraph 20 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 20 and therefore denies them.

21. Sandoz responds that the allegations contained in paragraph 21 are directed to another Defendant and do not require an answer from Sandoz. To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 21 and therefore denies them.

22. Sandoz admits that its prescription drug products were sold to Medi-cal providers, but, except as expressly so admitted, Sandoz states that it is without knowledge or information to form a belief as to the truth of the remaining allegations of paragraph 22 and therefore denies them.

23. Paragraph 23 contains legal arguments and/or conclusions of law as to which no answer is required. To the extent that an answer may be required, Sandoz denies the allegations of paragraph 23 insofar as they pertain to Sandoz. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 23 and therefore denies them.

24. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24, except that it admits that it has sold certain of its drug products to entities in California and certain wholesalers who may have shipped products to entities in California. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 24 and therefore denies them.

25. Paragraph 25 contains legal arguments and/or conclusions of law as to which no answer is required. Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 25 and therefore denies them.

26.     Paragraph 26 contains legal arguments and/or conclusions of law as to which no answer is required.  To the extent that an answer may be required, Sandoz denies the allegations of paragraph 26 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 26 and therefore denies them.

27.     Paragraph 27 contains legal arguments and/or conclusions of law to which no answer is required.  To the extent that an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27 and refers to the cited relevant regulation for the truth and accuracy thereof, except admits that California routinely provides prescription drug coverage as part of its Medi-Cal program for medical assistance to the poor, needy, elderly and disabled.

28.     Sandoz responds that the allegations contained in paragraph 28 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28 and therefore denies them.

29.     Sandoz denies the allegations contained in paragraph 29 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 29 and therefore denies them.

30.     Paragraph 30 contains legal arguments and/or conclusions of law to which no answer is required.  To the extent that an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 30 and therefore denies them.

31.     Paragraph 31 contains legal arguments and/or conclusions of law to which no answer is required.  To the extent that an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31 and therefore denies them.

32.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32.

33.     Paragraph 33 contains legal arguments and/or conclusions of law to which no answer is required.  To the extent that an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 33 and therefore denies them.

34.     Sandoz responds that the allegations contained in paragraph 34 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 34 and therefore denies them.

35.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35 and therefore denies them.

36.     Sandoz denies the allegations contained in paragraph 36 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 36 and therefore denies them.

37.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 37 and therefore denies them.

38.     Sandoz admits that it provides AWP and WAC for its products to FDB.  Sandoz denies the remaining allegations contained in paragraph 38 insofar as they pertain to Sandoz.

Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 38 and therefore denies them.

39.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 39 and therefore denies them.

40.     Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 40 and therefore denies them.

41.     Sandoz denies the allegations contained in paragraph 41 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 41 and therefore denies them.

42.     Sandoz denies the allegations contained in paragraph 42 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 42 and therefore denies them.

43.     Sandoz denies the allegations contained in paragraph 43 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 43 and therefore denies them.

44.     Sandoz denies the allegations contained in paragraph 44 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 44 and therefore denies them.

45.     Sandoz denies the allegations contained in paragraph 45 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 45 and therefore denies them.

46.     Sandoz responds that the allegations contained in paragraph 46 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be

required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 46 and therefore denies them.

47.     Sandoz denies the allegations contained in paragraph 47 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 47 and therefore denies them.

48.     Sandoz denies the allegations contained in paragraph 48 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 48 and therefore denies them.

49.     Sandoz denies the allegations contained in paragraph 49 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 49 and therefore denies them.

50.     Sandoz responds that the allegations contained in paragraph 50 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 50 and therefore denies them.

51.     Sandoz responds that the allegations contained in paragraph 51 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 51 and therefore denies them.

52.     Sandoz responds that the allegations contained in paragraph 52 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 52 and therefore denies them.

53.    Sandoz responds that the allegations contained in paragraph 53 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53 and therefore denies them.

54.    Sandoz responds that the allegations contained in paragraph 54 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 54 and therefore denies them.

55.    Sandoz responds that the allegations contained in paragraph 55 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 55 and therefore denies them.

56.    Sandoz responds that the allegations contained in paragraph 56 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 56 and therefore denies them.

57.    Sandoz responds that the allegations contained in paragraph 57 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 57 and therefore denies them.

58.    Sandoz responds that the allegations contained in paragraph 58 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be

required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 58 and therefore denies them.

59.    Sandoz responds that the allegations contained in paragraph 59 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 59 and therefore denies them.

60.    Sandoz responds that the allegations contained in paragraph 60 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 60 and therefore denies them.

61.    Sandoz responds that the allegations contained in paragraph 61 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 61 and therefore denies them.

62.    Sandoz responds that the allegations contained in paragraph 62 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 62 and therefore denies them.

63.    Sandoz responds that the allegations contained in paragraph 63 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 63 and therefore denies them.

64.     Sandoz responds that the allegations contained in paragraph 64 are directed to another Defendant and do not require an answer from Sandoz. To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 64 and therefore denies them.

65.     Sandoz responds that the allegations contained in paragraph 65 are directed to another Defendant and do not require an answer from Sandoz. To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 65 and therefore denies them.

66.     Sandoz responds that the allegations contained in paragraph 66 are directed to another Defendant and do not require an answer from Sandoz. To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 66 and therefore denies them.

67.     Sandoz responds that the allegations contained in paragraph 67 are directed to another Defendant and do not require an answer from Sandoz. To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 67 and therefore denies them.

68.     Sandoz responds that the allegations contained in paragraph 68 are directed to another Defendant and do not require an answer from Sandoz. To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 68 and therefore denies them.

69.     Sandoz responds that the allegations contained in paragraph 69 are directed to another Defendant and do not require an answer from Sandoz. To the extent an answer may be

required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 69 and therefore denies them.

70.     Sandoz responds that the allegations contained in paragraph 70 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 70 and therefore denies them.

71.     Sandoz responds that the allegations contained in paragraph 71 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 71 and therefore denies them.

72.     Sandoz responds that the allegations contained in paragraph 72 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 72 and therefore denies them.

73.     Sandoz responds that the allegations contained in paragraph 73 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 73 and therefore denies them.

74.     Sandoz responds that the allegations contained in paragraph 74 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 74 and therefore denies them.

75.     Sandoz responds that the allegations contained in paragraph 75 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 75 and therefore denies them.

76.     Sandoz responds that the allegations contained in paragraph 76 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 76 and therefore denies them.

77.     Sandoz responds that the allegations contained in paragraph 77 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 77 and therefore denies them.

78.     Sandoz responds that the allegations contained in paragraph 78 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 78 and therefore denies them.

79.     Sandoz responds that the allegations contained in paragraph 79 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 79 and therefore denies them.

80.     Sandoz responds that the allegations contained in paragraph 80 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be

required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 80 and therefore denies them.

81.     Sandoz responds that the allegations contained in paragraph 81 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 81 and therefore denies them.

82.     Sandoz responds that the allegations contained in paragraph 82 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 82 and therefore denies them.

83.     Sandoz responds that the allegations contained in paragraph 83 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 83 and therefore denies them.

84.     Sandoz responds that the allegations contained in paragraph 84 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 84 and therefore denies them.

85.     Sandoz responds that the allegations contained in paragraph 85 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 85 and therefore denies them.

86.     Sandoz responds that the allegations contained in paragraph 86 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 86 and therefore denies them.

87.     Sandoz responds that the allegations contained in paragraph 87 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 87 and therefore denies them.

88.     Sandoz responds that the allegations contained in paragraph 88 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 88 and therefore denies them.

89.     Sandoz responds that the allegations contained in paragraph 89 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 89 and therefore denies them.

90.     Sandoz denies the allegations contained in paragraph 90.

91.     Sandoz denies the allegations contained in paragraph 91 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 91 and therefore denies them.

92.     Sandoz denies the allegations contained in paragraph 92.

93.     Sandoz denies the allegations contained in paragraph 93.

94.     Sandoz responds that the allegations contained in paragraph 94 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 94 and therefore denies them.

95.     Sandoz responds that the allegations contained in paragraph 95 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 95 and therefore denies them.

96.     Sandoz responds that the allegations contained in paragraph 96 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 96 and therefore denies them.

97.     Sandoz responds that the allegations contained in paragraph 97 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 97 and therefore denies them.

98.     Sandoz responds that the allegations contained in paragraph 98 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 98 and therefore denies them.

99.     Sandoz responds that the allegations contained in paragraph 99 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be

required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 99 and therefore denies them.

100.    Sandoz responds that the allegations contained in paragraph 100 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 100 and therefore denies them.

101.    Sandoz responds that the allegations contained in paragraph 101 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 101 and therefore denies them.

102.    Sandoz responds that the allegations contained in paragraph 102 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 102 and therefore denies them.

103.    Sandoz responds that the allegations contained in paragraph 103 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 103 and therefore denies them.

104.    Sandoz responds that the allegations contained in paragraph 104 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 104 and therefore denies them.

105.    Sandoz responds that the allegations contained in paragraph 105 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 105 and therefore denies them.

106.    Sandoz responds that the allegations contained in paragraph 106 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 106 and therefore denies them.

107.    Sandoz responds that the allegations contained in paragraph 107 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 107 and therefore denies them.

108.    Sandoz responds that the allegations contained in paragraph 108 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 108 and therefore denies them.

109.    Sandoz responds that the allegations contained in paragraph 109 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 109 and therefore denies them.

110.    Sandoz responds that the allegations contained in paragraph 110 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be

required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 110 and therefore denies them.

111.    Sandoz responds that the allegations contained in paragraph 111 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 111 and therefore denies them.

112.    Sandoz responds that the allegations contained in paragraph 112 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 112 and therefore denies them.

113.    Sandoz responds that the allegations contained in paragraph 113 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 113 and therefore denies them.

114.    Sandoz responds that the allegations contained in paragraph 114 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 114 and therefore denies them.

115.    Sandoz responds that the allegations contained in paragraph 115 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 115 and therefore denies them.

116.    Sandoz responds that the allegations contained in paragraph 116 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 116 and therefore denies them.

117.    Sandoz responds that the allegations contained in paragraph 117 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 117 and therefore denies them.

118.    Sandoz responds that the allegations contained in paragraph 118 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 118 and therefore denies them.

119.    Sandoz responds that the allegations contained in paragraph 119 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 119 and therefore denies them.

120.    Sandoz responds that the allegations contained in paragraph 120 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 120 and therefore denies them.

121.    Sandoz responds that the allegations contained in paragraph 121 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be

required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 121 and therefore denies them.

122.    Sandoz responds that the allegations contained in paragraph 122 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 122 and therefore denies them.

123.    Sandoz responds that the allegations contained in paragraph 123 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 123 and therefore denies them.

124.    Sandoz responds that the allegations contained in paragraph 124 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 124 and therefore denies them.

125.    Sandoz responds that the allegations contained in paragraph 125 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 125 and therefore denies them.

126.    Sandoz responds that the allegations contained in paragraph 126 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 126 and therefore denies them.

127.   Sandoz responds that the allegations contained in paragraph 127 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 127 and therefore denies them.

128.   Sandoz responds that the allegations contained in paragraph 128 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 128 and therefore denies them.

129.   Sandoz responds that Novartis has been dismissed from this action, therefore no response to paragraph 129 is required.  To the extent an answer is required, Sandoz denies the allegations contained in paragraph 129 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 129 and therefore denies them.

130.   Sandoz responds that Novartis has been dismissed from this action, therefore no response to paragraph 130 is required.  To the extent an answer is required, Sandoz denies the allegations contained in paragraph 130 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 130 and therefore denies them.

131.   Sandoz responds that Novartis has been dismissed from this action, therefore no response to paragraph 131 is required.  To the extent an answer is required, Sandoz denies the allegations contained in paragraph 131 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 131 and therefore denies them.

132.     Sandoz responds that Novartis has been dismissed from this action, therefore no response to paragraph 132 is required.  To the extent an answer is required, Sandoz denies the allegations contained in paragraph 132 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 132 and therefore denies them.

133.     Sandoz responds that the allegations contained in paragraph 133 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 133 and therefore denies them.

134.     Sandoz responds that the allegations contained in paragraph 134 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 134 and therefore denies them.

135.     Sandoz responds that the allegations contained in paragraph 135 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 135 and therefore denies them.

136.     Sandoz responds that the allegations contained in paragraph 136 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 136 and therefore denies them.

137.     Sandoz responds that the allegations contained in paragraph 137 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be

required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 137 and therefore denies them.

138.   Sandoz responds that the allegations contained in paragraph 138 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 138 and therefore denies them.

139.   Sandoz responds that the allegations contained in paragraph 139 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 139 and therefore denies them.

140.   Sandoz responds that the allegations contained in paragraph 140 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 140 and therefore denies them.

141.   Sandoz responds that the allegations contained in paragraph 141 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 141 and therefore denies them.

142.   Sandoz responds that the allegations contained in paragraph 142 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 142 and therefore denies them.

143.    Sandoz responds that the allegations contained in paragraph 143 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 143 and therefore denies them.

144.    Sandoz responds that the allegations contained in paragraph 144 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 144 and therefore denies them.

145.    Sandoz responds that the allegations contained in paragraph 145 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 145 and therefore denies them.

146.    Sandoz responds that the allegations contained in paragraph 146 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 146 and therefore denies them.

147.    Sandoz responds that the allegations contained in paragraph 147 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 147 and therefore denies them.

148.    Sandoz responds that the allegations contained in paragraph 148 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be

required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 148 and therefore denies them.

149.   Sandoz responds that the allegations contained in paragraph 149 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 149 and therefore denies them.

150.   Sandoz responds that the allegations contained in paragraph 150 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 150 and therefore denies them.

151.   Sandoz responds that the allegations contained in paragraph 151 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 151 and therefore denies them.

152.   Sandoz responds that the allegations contained in paragraph 152 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 152 and therefore denies them.

153.   Sandoz responds that the allegations contained in paragraph 153 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 153 and therefore denies them.

154.     Sandoz responds that the allegations contained in paragraph 154 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 154 and therefore denies them.

155.     Sandoz responds that the allegations contained in paragraph 155 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 155 and therefore denies them.

156.     Sandoz responds that the allegations contained in paragraph 156 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 156 and therefore denies them.

157.     Sandoz responds that the allegations contained in paragraph 157 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 157 and therefore denies them.

158.     Sandoz responds that the allegations contained in paragraph 158 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 158 and therefore denies them.

159.     Sandoz responds that the allegations contained in paragraph 159 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be

required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 159 and therefore denies them.

160.    Sandoz responds that the allegations contained in paragraph 160 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 160 and therefore denies them.

161.    Sandoz responds that the allegations contained in paragraph 161 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 161 and therefore denies them.

162.    Sandoz responds that the allegations contained in paragraph 162 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 162 and therefore denies them.

163.    Sandoz responds that the allegations contained in paragraph 163 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 163 and therefore denies them.

164.    Sandoz responds that the allegations contained in paragraph 164 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 164 and therefore denies them.

165.   Sandoz responds that the allegations contained in paragraph 165 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 165 and therefore denies them.

166.   Sandoz responds that the allegations contained in paragraph 166 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 166 and therefore denies them.

167.   Sandoz responds that the allegations contained in paragraph 167 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 167 and therefore denies them.

168.   Sandoz responds that the allegations contained in paragraph 168 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 168 and therefore denies them.

169.   Sandoz responds that the allegations contained in paragraph 169 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 169 and therefore denies them.

170.   Sandoz responds that the allegations contained in paragraph 170 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be

required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 170 and therefore denies them.

171.    Sandoz responds that the allegations contained in paragraph 171 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 171 and therefore denies them.

172.    Sandoz responds that the allegations contained in paragraph 172 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 172 and therefore denies them.

173.    Sandoz responds that the allegations contained in paragraph 173 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 173 and therefore denies them.

174.    Sandoz responds that the allegations contained in paragraph 174 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 174 and therefore denies them.

175.    Sandoz responds that the allegations contained in paragraph 175 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 175 and therefore denies them.

176.    Sandoz responds that the allegations contained in paragraph 176 are directed to another Defendant and do not require an answer from Sandoz.  To the extent an answer may be required, Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 176 and therefore denies them.

177.    Sandoz denies the allegations contained in paragraph 177 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 177 and therefore denies them.

178.    Sandoz denies the allegations contained in paragraph 178 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 178 and therefore denies them.

179.    Sandoz denies the allegations contained in paragraph 179 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 179 and therefore denies them.

180.    Sandoz denies the allegations contained in paragraph 180 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 180 and therefore denies them.

181.    Sandoz incorporates by reference its answers to paragraphs 1 through 180 as if fully stated herein.

182     Sandoz denies the allegations contained in paragraph 182 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 182 and therefore denies them.

183.    Sandoz denies the allegations contained in paragraph 183 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 183 and therefore denies them.

184.    Sandoz incorporates by reference its answers to paragraphs 1 through 183 as if fully stated herein.

185.    Sandoz denies the allegations contained in paragraph 185 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 185 and therefore denies them.

186.    Sandoz denies the allegations contained in paragraph 186 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 186 and therefore denies them.

187.    Sandoz incorporates by reference its answers to paragraphs 1 through 186 as if fully stated herein.

188.    Sandoz denies the allegations contained in paragraph 188 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 188 and therefore denies them.

189.    Sandoz denies the allegations contained in paragraph 189 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 189 and therefore denies them.

190.    Sandoz incorporates by reference its answers to paragraphs 1 through 189 as if fully stated herein.

191.    Sandoz denies the allegations contained in paragraph 191 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 191 and therefore denies them.

192.    Sandoz denies the allegations contained in paragraph 192 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 192 and therefore denies them.

193.    Sandoz denies the allegations contained in paragraph 193 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 193 and therefore denies them.

194.    Sandoz denies the allegations contained in paragraph 194 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 194 and therefore denies them.

195.    Sandoz denies the allegations contained in paragraph 195 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 195 and therefore denies them.

196.    Sandoz incorporates by reference its answers to paragraphs 1 through 195 as if fully stated herein.

197.    Sandoz denies the allegations contained in paragraph 197 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 197 and therefore denies them.

198.    Sandoz denies the allegations contained in paragraph 198 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 198 and therefore denies them.

199.    Sandoz denies the allegations contained in paragraph 199 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 199 and therefore denies them.

200.    Sandoz denies the allegations contained in paragraph 200 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 200 and therefore denies them.

201.    Sandoz denies the allegations contained in paragraph 201 insofar as they pertain to Sandoz.  Sandoz states that it is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 201 and therefore denies them.

202.    Sandoz denies that the State has asserted any viable claims that would necessitate a trial by jury.

Sandoz denies each and every allegation set forth in paragraphs 1 and 2 under Prayer for Relief and denies plaintiffs are entitled to any relief.  Sandoz states that each and every claim should be dismissed as to Sandoz.

## AFFIRMATIVE DEFENSES

By making the assertions set forth below, Sandoz does not allege or admit that it has the burden of proof and/or the burden of persuasion with respect to any of these assertions or that Plaintiffs are relieved of their burdens to prove each and every element of their claims and the damages, if any, to which they are entitled.  As and for its affirmative defenses, Sandoz states as follows:

## FIRST AFFIRMATIVE DEFENSE

1.    Plaintiffs fail to state a claim against Sandoz upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

2.      Plaintiff Ven-A-Care of the Florida Keys, Inc., lacks standing to pursue this action because the allegations in the Complaint are based upon public disclosures of information and it was not the "original source" of that information pursuant to Cal. Gov't Code § 12652(d)(3).

**THIRD AFFIRMATIVE DEFENSE**

3.      Plaintiffs have no standing or capacity to bring some or all of the claims raised in this suit to recover Medicaid expenditures or to seek injunctive relief related to either of these programs.

**FOURTH AFFIRMATIVE DEFENSE**

4.      Plaintiffs have not suffered, and will not suffer, any injury to a legally protected or cognizable interest by reason of the conduct of Sandoz as alleged in the Complaint.

**FIFTH AFFIRMATIVE DEFENSE**

5.      To the extent Plaintiffs obtain recovery in any other case predicated on the same factual allegations, Plaintiffs are barred from seeking recovery against Sandoz based on the Complaint pursuant to the doctrines of res judicata and collateral estoppel, and the prohibition on double recovery for the same injury.

**SIXTH AFFIRMATIVE DEFENSE**

6.      Plaintiffs' claims are barred, in whole or in part, by the First Amendment to the United States Constitution and the analogous provisions of the Constitution of the State of California.

**SEVENTH AFFIRMATIVE DEFENSE**

7.      Plaintiffs' claims are barred, in whole or in part, by the filed rate doctrine.

**EIGHTH AFFIRMATIVE DEFENSE**

8.     Any and all actions taken by Sandoz with respect to any of the matters alleged in the Complaint were taken in good faith and in accordance with established industry practice.

**NINTH AFFIRMATIVE DEFENSE**

9.     Plaintiffs' claims are preempted, in whole or in part, by federal law, including without limitation the Federal Employment Retirement Income and Security Act of 1974, the Federal Medicare Act, the Federal Medicaid Act, and the Federal Anti-Kickback Act, including all amendments to the same and all regulations promulgated thereunder.

**TENTH AFFIRMATIVE DEFENSE**

10.     Plaintiffs' claims are preempted by the dormant Commerce Clause of the United States Constitution.

**ELEVENTH AFFIRMATIVE DEFENSE**

11.     Plaintiffs' claims against Sandoz are barred because Sandoz has complied with all applicable regulations of the federal government, the State of California and other state governments.

**TWELFTH AFFIRMATIVE DEFENSE**

12.     Plaintiffs' claims against Sandoz are barred, in whole or in part, by the doctrines of laches, estoppel, waiver, and the applicable statutes of limitations and repose.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13.     Plaintiffs' claims are barred, in whole or in part, because they violate Sandoz's rights under the Due Process and Ex Post Facto clauses of the United States

Constitution, as well as the Constitution of the State of California, insofar as Plaintiffs seek to impose liability retroactively for conduct that was not actionable at the time it occurred.

## FOURTEENTH AFFIRMATIVE DEFENSE

14.    Sandoz' statements or actions were not the proximate cause or cause in fact of any injury to or alleged loss by Plaintiffs.

## FIFTEENTH AFFIRMATIVE DEFENSE

15.    To the extent that Plaintiffs attempt to seek equitable relief against Sandoz, they are not entitled to such relief because they have an adequate remedy at law.

## SIXTEENTH AFFIRMATIVE DEFENSE

16.    Plaintiffs' claims against Sandoz for injunctive relief were mooted, at least in part, by the enactment of the Medicare Prescription Drug, Improvement and Modernization Act of 2003.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17.    Plaintiffs' claims for injunctive relief against Sandoz are barred by the doctrines of in pari delicto and/or unclean hands.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18.    Plaintiffs' claims against Sandoz are barred, in whole or in part, due to their failure to join indispensable parties.

## NINETEENTH AFFIRMATIVE DEFENSE

19.    Plaintiffs' claims against Sandoz are barred, in whole or in part, because they have suffered no damages as a result of the matters alleged in the Complaint.

**TWENTIETH AFFIRMATIVE DEFENSE**

20.     Plaintiffs' claims are barred, in whole or in part, because any injuries sustained by Plaintiffs were the result of their own conduct or the intervening or superseding conduct of non parties.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

21.     Plaintiffs' claims against Sandoz for damages are barred, in whole or in part:

(1)     because Plaintiffs failed to mitigate their damages, and their failure to mitigate damages should proportionately reduce the recovery of Plaintiffs and the allocation of any fault, if any exists, attributable to Sandoz;

(2)     because Plaintiffs would be unjustly enriched if allowed to recover any portion of the damages alleged in the Complaint;

(3)     by the doctrine of consent and/or ratification to the extent that Plaintiffs have paid for products manufactured, marketed and sold by Sandoz after the filing of Plaintiffs' original Complaint; and

(4)     because they are speculative and remote and because of the impossibility of ascertaining and allocating of those alleged damages.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

22.     Sandoz is entitled to a set-off, should any damages be awarded against it, for the entire amount of all damages or settlement amounts recovered by Plaintiffs, with respect to the same alleged injuries.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

23.     Any damages recovered by Plaintiffs from Sandoz must be limited by the applicable statutory ceilings on recoverable damages.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

24.     Plaintiffs fail to allege facts or a cause of action against Sandoz sufficient to support a claim for compensatory damages, attorneys' fees and/or legal fees, or any other relief.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

25.     To the extent penalty assessments are sought, Plaintiffs' penalty assessments claims against Sandoz:

(1)     have no basis in law or fact;

(2)     are not recoverable because the allegations of the Complaint are legally insufficient to support a claim for penalty assessments against Sandoz;

(3)     cannot be sustained because the laws regarding the standards for determining liability for and the amount of penalty assessments fail to give Sandoz prior notice of the conduct for which penalty assessments may be imposed and the severity of the penalty that may be imposed, and are void for vagueness in violation of Sandoz' Due Process rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and the Constitution of the State of California;

(4)     cannot be sustained because any award of penalty assessments exceeding the limits authorized by the laws or other comparable laws would violate Sandoz' Due Process and Equal Protection rights guaranteed by the Fifth and Fourteenth Amendments to the

United States Constitution and would be improper under the Constitution, common law and laws of the State of California;

(5)     cannot be sustained because an award of penalty assessments in this case, combined with any prior, contemporaneous, or subsequent judgments against Sandoz for penalty assessments arising from the design, development, manufacture, fabrication, distribution, supply, marketing, sale, or use of Sandoz' products would constitute impermissible multiple punishments for the same wrong, in violation of Sandoz' Due Process and Equal Protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and would constitute double jeopardy in violation of the Constitution, common law, and statutory laws of the State of California;

(6)     cannot be sustained because any award of penalty assessments without the apportionment of the award separately and severally between or among the alleged joint tortfeasors, as determined by the alleged percentage of the wrong committed by each alleged tortfeasor, would violate Sandoz' Due Process and Equal Protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and would be improper under the Constitution, common law, and public policies of the State of California;

(7)     cannot be sustained because any award of penalty assessments, which are penal in nature, without according Sandoz the same protections that are accorded to all criminal defendants, including the protection against unreasonable searches and seizures, the privilege against self-incrimination, and the rights to confront adverse witnesses, a speedy trial, and the effective assistance of counsel, would violate Sandoz' rights guaranteed by the Fourth, Fifth, and Sixth Amendment as incorporated into the Fourteenth Amendment to the United States

Constitution and would be improper under the Constitution, common law, and public policies of the State of California;

(8)   cannot be sustained because it is impermissible to impose penalty assessments, which are penal in nature, upon a civil defendant upon the State satisfying a burden of proof less than the "beyond a reasonable doubt" burden of proof required in criminal cases, and to do so would violate Sandoz's rights guaranteed by the Fourth, Fifth, and Sixth Amendment as incorporated into the Fourteenth Amendment to the United States Constitution and would be improper under the Constitution, common law, and public policies of the State of California; and

(9)   cannot be sustained because the procedures pursuant to which any penalty assessments would be awarded permit the imposition of an excessive fine and would violate Sandoz' rights under the Eighth Amendment as incorporated into the Fourteenth Amendment to the United States Constitution and would be improper under the Constitution, common law, and public policies of the State of California.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

26.   To the extent penalty assessments are sought, Plaintiffs' claims for penalty assessments against Sandoz cannot be sustained because an award of penalty assessments by a jury that:

(1)   is not provided constitutionally adequate standards of sufficient clarity for determining the appropriate imposition of, and the appropriate size of, a penalty assessments award;

(2)   is not adequately instructed on the limits of penalty assessments imposed by the applicable principles of deterrence and punishment;

(3)     is not expressly prohibited from awarding penalty assessments, or determining the amount of an award of penalty assessments, in whole or in part on the basis of invidiously discriminatory characteristics, including without limitation the residence, wealth, and corporate status of Sandoz;

(4)     is permitted to award penalty assessments under a standard for determining liability for penalty assessments that is vague and arbitrary and does not define with sufficient clarity the conduct or mental state that makes penalty assessments permissible;

(5)     is not properly instructed regarding Plaintiffs' burden of proof with respect to each and every element of a claim for penalty assessments; and

(6)     is not subject to trial court and appellate judicial review for reasonableness and furtherance of legitimate purposes on the basis of constitutionally adequate and objective standards, would violate Sandoz' Due Process and Equal Protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution, and would be improper under the Constitution, common law, and public policies of the State of California.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

27.     To the extent penalty assessments are sought, Plaintiffs' claims for penalty assessments against Sandoz cannot be sustained because an award of penalty assessments that is subject to no predetermined limit, such as a maximum multiple of compensatory damages or a maximum amount of penalty assessments that may be imposed, would:

(1)     violate Sandoz' due process rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution;

(2)     violate Sandoz's right not to be subjected to an excessive award; and

(3)     be improper under the Constitution, common law, and public policies of the State of California.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

28.     Some or all of Plaintiffs' claims against Sandoz arise from Plaintiffs' failure to follow their federal and state statutory and regulatory obligation to properly establish appropriate reimbursement rates.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

29.     The State's claims against Sandoz are barred, in whole or in part, by the existence and terms of the written rebate agreement between Sandoz and the Secretary of the Department of Health and Human Services ("HHS") on behalf of HHS and all States, entitled, "Rebate Agreement Between the Secretary of Health and Human Services and the Manufacturer Identified in Section XI of this Agreement."

## THIRTIETH AFFIRMATIVE DEFENSE

30.     Plaintiffs' claims against Sandoz are misjoined with Plaintiffs' claims against other Defendants and must be severed.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

31.     Plaintiffs' claims are barred, in whole or in part, by the Noerr Pennington doctrine to the extent such claims are premised, in whole or in part, on alleged statements or conduct by Sandoz in judicial, legislative or administrative proceedings of any kind or at any level of government.

**THIRTY-SECOND AFFIRMATIVE DEFENSE**

32.     Plaintiffs failed to state with particularity and failed to plead with particularity the fraud-based allegations in the Complaint as required by Fed. R. Civ. P. 9(b).

**THIRTY-THIRD AFFIRMATIVE DEFENSE**

33.     Plaintiffs' claims against Sandoz are barred, in whole or in part, because Sandoz did not knowingly cause to be presented to an officer or employee of the State a false or fraudulent claim for payment or statement nor conspired to defraud the State by getting a false or fraudulent claim allowed or paid, as required under Cal. Gov't Code § 12651 (a)(1)-(3) (2007).

**THIRTY-FOURTH AFFIRMATIVE DEFENSE**

34.     The claims alleged herein, based on the facts alleged, are barred by Plaintiffs' own negligence or gross negligence.

**THIRTY-FIFTH AFFIRMATIVE DEFENSE**

35.     Plaintiffs fail to allege facts or a cause of action against Sandoz sufficient to support a claim for prejudgment interest or any other relief.

**THIRTY-SIXTH AFFIRMATIVE DEFENSE**

36.     Sandoz hereby gives notice that it intends to rely upon any other and additional defense that is now or may become available or appear during, or as a result of the discovery proceedings in this action and hereby reserves its right to amend its answer to assert such defense.

WHEREFORE, Sandoz prays that this Court:

1.     Dismiss the First Amended Complaint with prejudice and enter judgment in favor of Sandoz and against Plaintiffs;

2.     Award Sandoz its costs and expenses; and

45

3.    Grant such other and further relief for Sandoz as this Court deems just and

proper.

Dated: May 21, 2007

By: _____

Wayne A. Cross (*pro hac vice*)
Michael J. Gallagher (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

Counsel for Defendant Sandoz Inc.