## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2007, I caused a true and correct copy of DEFENDANT SANDOZ INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT IN INTERVENTION to be served on all counsel of record by electronic service, in accordance with Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

*Lara A. Berwanger*

Lara A. Berwanger