## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| *IN RE PHARMACEUTICAL INDUSTRY* | ) | |
| *AVERAGE WHOLESALE PRICE* | ) | MDL No. 1456 |
| *LITIGATION* | ) | |
| ――――――――――――――――――――――――――――) | | Civil Action No. 01-CV-12257-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| | ) | |
| *State of California, ex rel. Ven-A-Care v.* | ) | |
| *Abbott Laboratories, et al.,* | ) | |
| Cause No. 03-CV-11226-PBS | ) | |

## B. BRAUN MEDICAL INC.'S ANSWER TO
## PLAINTIFFS' FIRST AMENDED COMPLAINT

B. Braun Medical Inc. (hereinafter "BBM"),[1] in answer to the Plaintiffs' First Amended

Complaint in Intervention (the "Complaint") states:

1.      To the extent the allegations in paragraph 1 of the Complaint are directed to

parties other than BBM, BBM is without knowledge or information sufficient to form a belief as

to the truth of the allegations, and on that basis denies the allegations.  To the extent the

allegations in paragraph 1 are directed to BBM, BBM admits that Plaintiffs purport to bring this

action as alleged in paragraph 1, but denies that Plaintiffs are entitled to maintain this action in

the manner alleged.  BBM otherwise denies all remaining allegations contained in paragraph 1 of

the Complaint.

2.      To the extent the allegations in paragraph 2 of the Complaint are directed to

parties other than BBM, BBM is without knowledge or information sufficient to form a belief as

to the truth of the allegations, and on that basis denies the allegations.  To the extent the

allegations in paragraph 2 are directed to BBM, BBM admits that the State of California, by and

---

[1] By electronic order dated May 26, 2006, B. Braun of America Inc. was dismissed as a defendant.  On July 20, 2006, McGaw, Inc. was dismissed as a defendant.

through the California Attorney General, purports to bring this action as alleged in paragraph 2, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis denies the allegations.

3.      To the extent the allegations in paragraph 3 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent the allegations in paragraph 3 are directed to BBM, BBM admits that Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") purports to bring this action as alleged in paragraph 3, but denies that Ven-A-Care is entitled to maintain this action in the manner alleged.  To extent the remaining allegations in paragraph 3 are directed to BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 3 of the Complaint, and on that basis denies the allegations.

4.      The allegations in paragraph 4 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and on that basis denies the allegations.

5.      The allegations in paragraph 5 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5, and on that basis denies the allegations.

6.      The allegations in paragraph 6 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is

required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6, and on that basis denies the allegations.

7.      The allegations in paragraph 7 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7, and on that basis denies the allegations.

8.      The allegations in paragraph 8 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 8, and on that basis denies the allegations.

9.      The allegations in paragraph 9 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 9, and on that basis denies the allegations.

10.     The allegations in paragraph 10 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 10, and on that basis denies the allegations.

11.     The allegations in paragraph 11 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 11, and on that basis denies the allegations.

12.     The allegations in paragraph 12 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12, and on that basis denies the allegations.

13.     The allegations in paragraph 13 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13, and on that basis denies the allegations.

14.     The allegations in paragraph 14 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14, and on that basis denies the allegations.

15.     BBM admits the allegations of the first sentence of paragraph 15 of the Complaint.  BBM denies the allegations contained in the second and third sentences of paragraph 15 of the Complaint.  BBM admits that McGaw, Inc. was acquired by BBM effective December 31, 1997.  BBM denies that McGaw, Inc., BBM, and B. Braun of America Inc. may be treated or referred to as a collective entity.  BBM admits that it has transacted business in California by, including but not limited to, selling and distributing prescription drugs, including some of those identified in the Complaint, to purchasers within California.  BBM denies any remaining allegations of paragraph 15 of the Complaint.

16.     The allegations in paragraph 16 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is

required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16, and on that basis denies the allegations.

17.     The allegations in paragraph 17 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17, and on that basis denies the allegations.

18.     The allegations in paragraph 18 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18, and on that basis denies the allegations.

19.     The allegations in paragraph 19 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19, and on that basis denies the allegations.

20.     The allegations in paragraph 20 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20, and on that basis denies the allegations.

21.     The allegations in paragraph 21 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21, and on that basis denies the allegations.

22.     BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 of the Complaint, and on that basis denies the allegations.

23.     BBM admits that the State of California purports to bring this action as alleged in paragraph 23 of the Complaint, but denies that Plaintiffs have any basis in fact or law to maintain this action against BBM, and refers to the referenced statute for its content.  BBM admits that Plaintiffs assert that this case was originally filed under seal on July 28, 1998.  BBM denies the remaining allegations contained in paragraph 23 of the Complaint.

24.     To the extent the allegations in paragraph 24 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent the allegations in paragraph 24 are directed to BBM, BBM admits that it has transacted business in California, including Los Angeles County, and admits that it knew that some of its drugs may have been utilized by Medi-Cal recipients, but otherwise denies all remaining allegations contained in paragraph 24 of the Complaint.

25.     BBM admits that Ven-A-Care purports to bring this action as alleged in paragraph 25 of the Complaint, but denies Ven-A-Care has any basis in fact or law to maintain this action against BBM, and refers to the referenced statute for its content.  BBM denies the remaining allegations contained in paragraph 25 of the Complaint.

26.     BBM admits that the State of California, with participation from the Federal Government, provides prescription drug coverage as part of its Medi-Cal program.  BBM is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 26 of the Compliant, and on that basis denies the allegations.

27.     BBM admits that as set by the State of California and approved by the Federal Government, Medi-Cal's reimbursement for drugs is governed by 22 Cal. Code Reg. § 51513, *et seq*.  These regulations speak for themselves.   BBM denies the remaining allegations contained in paragraph 27 of the Complaint.

28.     The allegations in paragraph 28 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28, and on that basis denies the allegations.

29.     BBM is without knowledge or information sufficient to form a belief as to the first sentence of paragraph 29 of the Complaint, and on that basis denies the allegations.  To the extent the remaining allegations in paragraph 29 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.   To the extent the remaining allegations in paragraph 29 are directed to BBM, BBM denies the allegations.

30.     The allegations of paragraph 30 of the Complaint are purported definitional statements to which no response is required.  To the extent that a response is required, BBM denies the allegations of paragraph 30 of the Complaint.

31.     BBM admits that "Federal Allowable Cost" is defined in Title 22 of the California Code of Regulations § 51513(a)(10) as "the price established for a generic drug type by the United States Department of Health and Human Services in accordance with sections 447.331 and 447.332, Title 42, Code of Federal Regulations, for which drug products(s) are available to pharmacies from a regional California drug wholesaler with AWP at or below such price."  BBM is without knowledge or information sufficient to form a belief as to the second sentence of

paragraph 31 of the Complaint, and on that basis denies the allegations.   The allegations contained in the third sentence of paragraph 31 of the Complaint are purported definitional statements to which no response is required.   To the extent that a response is required to the third sentence of paragraph 31 of the Complaint, BBM denies the allegations.

32.      BBM admits that First DataBank publishes certain pricing information relating to pharmaceuticals and that First DataBank is a division of the Hearst Corporation.   BBM is without knowledge or information sufficient to form a belief as to the second and third sentences of paragraph 32 of the Complaint, and on that basis denies the allegations.

33.      BBM is without knowledge or information sufficient to form a belief as to the first sentence of paragraph 33 of the Complaint, and on that basis denies the allegations.   To the extent the remaining allegations in paragraph 33 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.   To the extent the remaining allegations in paragraph 33 are directed to BBM, BBM denies the allegations.

34.      BBM is not a party to the litigation identified in paragraph 34 of the Complaint and denies that any statements made in such litigation are admissions that can be properly asserted against BBM.   To the extent the allegations in paragraph 34 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.   To the extent the allegations in paragraph 34 are directed to BBM, BBM denies the allegations.

35.      BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the introduction of paragraph 35 of the Complaint, and subsections (a), (b), (c), and (e) of paragraph 35 of the Complaint, and on that basis denies the

allegations.  To the extent the remaining allegations in paragraph 35 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent the remaining allegations in paragraph 35 are directed to BBM, BBM denies the allegations.

36.     To the extent the allegations in paragraph 36 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent the allegations in paragraph 36 are directed to BBM, BBM denies the allegations.

37.     BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint, and on that basis denies the allegations.

38.     To the extent the allegations in paragraph 38 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent the allegations in paragraph 38 are directed to BBM, BBM denies the allegations.

39.     BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint, and on that basis denies the allegations.

40.     BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint, and on that basis denies the allegations.

41.     No pharmaceuticals manufactured by BBM are identified in Exhibits 5 and 6 of the document referenced in paragraph 41 of the Complaint and attached thereto, "A Survey of

Acquisition Costs of Pharmaceuticals in the State of California." As a result, the "Survey" and its "Summary of Findings" contain no allegations relating to BBM, and no response is required from BBM. To the extent that a response is required from BBM, BBM denies the allegations. To the extent the allegations in paragraph 41 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.

42.     To the extent the allegations in paragraph 42 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations. To the extent the allegations in paragraph 42 are directed to BBM, BBM denies the allegations.

43.     BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second and third sentences of paragraph 43 of the Complaint, and on that basis denies the allegations. The allegations contained in the fourth sentence of paragraph 43 of the Complaint are denied as to BBM. To the extent the allegations contained in the fourth sentence of paragraph 43 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations. BBM denies the remaining allegations contained in paragraph 43 of the Complaint.

44.     To the extent the allegations in paragraph 44 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations. To the extent the allegations in paragraph 44 are directed to BBM, BBM denies the allegations.

45. BBM admits that at times it offers certain discounts and rebates to certain customers on certain products. BBM denies the remaining allegations in Paragraph 45 of the Complaint.

46. BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint as they relate to alleged correspondence with defendants other than BBM, and denies that any statements made in such documents are admissions that can be properly asserted against BBM. Additionally, to the extent such documents exists, they speak for themselves. To the extent the allegations in paragraph 46 are directed to BBM, BBM denies the allegations. To the extent the allegations in paragraph 46 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.

47. To the extent the allegations in the first sentence of paragraph 47 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations. To the extent the allegations in the first sentence of paragraph 47 are directed to BBM, BBM denies the allegations. BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second sentence of paragraph 47 of the Complaint, and on that basis denies the allegations.

48. To the extent the allegations in the first sentence of paragraph 48 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations. To the extent the allegations in the first sentence of paragraph 48 are directed to BBM, BBM denies the

allegations.   BBM is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 48 of the Complaint, and on that basis denies the allegations.

49.     The allegations contained in paragraph 49 of the Complaint are denied as to BBM.  To the extent the allegations in the first sentence of paragraph 49 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.

50.     The allegations in paragraph 50 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50, and on that basis denies the allegations.

51.     The allegations in paragraph 51 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51, and on that basis denies the allegations.

52.     The allegations in paragraph 52 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52, and on that basis denies the allegations.

53.     The allegations in paragraph 53 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53, and on that basis denies the allegations.

54.     The allegations in paragraph 54 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54, and on that basis denies the allegations.

55.     The allegations in paragraph 55 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55, and on that basis denies the allegations.

56.     The allegations in paragraph 56 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 56, and on that basis denies the allegations.

57.     The allegations in paragraph 57 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 57, and on that basis denies the allegations.

58.     The allegations in paragraph 58 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 58, and on that basis denies the allegations.

59.     The allegations in paragraph 59 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is

required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 59, and on that basis denies the allegations.

60.     The allegations in paragraph 60 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 60, and on that basis denies the allegations.

61.     The allegations in paragraph 61 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 61, and on that basis denies the allegations.

62.     The allegations in paragraph 62 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 62, and on that basis denies the allegations.

63.     The allegations in paragraph 63 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 63, and on that basis denies the allegations.

64.     The allegations in paragraph 64 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 64, and on that basis denies the allegations.

65. The allegations in paragraph 65 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph. To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65, and on that basis denies the allegations.

66. The allegations in paragraph 66 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph. To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 66, and on that basis denies the allegations.

67. The allegations in paragraph 67 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph. To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67, and on that basis denies the allegations.

68. The allegations in paragraph 68 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph. To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 68, and on that basis denies the allegations.

69. The allegations in paragraph 69 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph. To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69, and on that basis denies the allegations.

70. The allegations in paragraph 70 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph. To the extent a response is

required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70, and on that basis denies the allegations.

71.    The allegations in paragraph 71 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 71, and on that basis denies the allegations.

72.    The allegations in paragraph 72 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 72, and on that basis denies the allegations.

73.    The allegations in paragraph 73 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 73, and on that basis denies the allegations.

74.    The allegations in paragraph 74 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 74, and on that basis denies the allegations.

75.    The allegations in paragraph 75 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75, and on that basis denies the allegations.

76.     The allegations in paragraph 76 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 76, and on that basis denies the allegations.

77.     The allegations in paragraph 77 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 77, and on that basis denies the allegations.

78.     The allegations in paragraph 78 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 78, and on that basis denies the allegations.

79.     The allegations in paragraph 79 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 79, and on that basis denies the allegations.

80.     The allegations in paragraph 80 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 80, and on that basis denies the allegations.

81.     The allegations in paragraph 81 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is

required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 81, and on that basis denies the allegations.

82.    The allegations in paragraph 82 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 82, and on that basis denies the allegations.

83.    The allegations in paragraph 83 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 83, and on that basis denies the allegations.

84.    The allegations in paragraph 84 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 84, and on that basis denies the allegations.

85.    The allegations in paragraph 85 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 85, and on that basis denies the allegations.

86.    The allegations in paragraph 86 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.   To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 86, and on that basis denies the allegations.

87.     The allegations in paragraph 87 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 87, and on that basis denies the allegations.

88.     The allegations in paragraph 88 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 88, and on that basis denies the allegations.

89.     The allegations in paragraph 89 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 89, and on that basis denies the allegations.

90.     The allegations in paragraph 90 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 90, and on that basis denies the allegations.

91.     The allegations in paragraph 91 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 91, and on that basis denies the allegations.

92.     The allegations in paragraph 92 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is

required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 92, and on that basis denies the allegations.

93.     The allegations in paragraph 93 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 93, and on that basis denies the allegations.

94.     The allegations in paragraph 94 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 94, and on that basis denies the allegations.

95.     The allegations in paragraph 95 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 95, and on that basis denies the allegations.

96.     The allegations in paragraph 96 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 96, and on that basis denies the allegations.

97.     The allegations in paragraph 97 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 97, and on that basis denies the allegations.

98.     The allegations in paragraph 98 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 98, and on that basis denies the allegations.

99.     The allegations in paragraph 99 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 99, and on that basis denies the allegations.

100.     The allegations in paragraph 100 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 100, and on that basis denies the allegations.

101.     The allegations in paragraph 101 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 101, and on that basis denies the allegations.

102.     The allegations in paragraph 102 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 102, and on that basis denies the allegations.

103.     The allegations in paragraph 103 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is

required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 103, and on that basis denies the allegations.

104.     The allegations in paragraph 104 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 104, and on that basis denies the allegations.

105.     The allegations in paragraph 105 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 105, and on that basis denies the allegations.

106.     The allegations in paragraph 106 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 106, and on that basis denies the allegations.

107.     The allegations in paragraph 107 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 107, and on that basis denies the allegations.

108.     The allegations in paragraph 108 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 108, and on that basis denies the allegations.

109.     The allegations in paragraph 109 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 109, and on that basis denies the allegations.

110.     The allegations in paragraph 110 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 110, and on that basis denies the allegations.

111.     The allegations in paragraph 111 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 111, and on that basis denies the allegations.

112.     The allegations in paragraph 112 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 112, and on that basis denies the allegations.

113.     The allegations in paragraph 113 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 113, and on that basis denies the allegations.

114.     The allegations in paragraph 114 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is

required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 114, and on that basis denies the allegations.

115.    The allegations in paragraph 115 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 115, and on that basis denies the allegations.

116.    The allegations in paragraph 116 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 116, and on that basis denies the allegations.

117.    The allegations in paragraph 117 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 117, and on that basis denies the allegations.

118.    The allegations in paragraph 118 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 118, and on that basis denies the allegations.

119.    BBM denies the allegations of paragraph 119 of the Complaint, including without limitation, any allegations contained in Exhibit G.

120.    BBM admits that, pursuant to a Civil Investigative Demand, it produced documents to the State of California.  BBM denies the remaining allegations contained in paragraph 120 of the Complaint.

121.    BBM denies the allegations of paragraph 121 of the Complaint.

122.    BBM denies the allegations of paragraph 122 of the Complaint.

123.    The allegations in paragraph 123 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 123, and on that basis denies the allegations.

124.    The allegations in paragraph 124 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 124, and on that basis denies the allegations.

125.    The allegations in paragraph 125 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 125, and on that basis denies the allegations.

126.    The allegations in paragraph 126 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 126, and on that basis denies the allegations.

127.    The allegations in paragraph 127 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 127, and on that basis denies the allegations.

128.    The allegations in paragraph 128 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 128, and on that basis denies the allegations.

129.    The allegations in paragraph 129 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 129, and on that basis denies the allegations.

130.    The allegations in paragraph 130 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 130, and on that basis denies the allegations.

131.    The allegations in paragraph 131 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 131, and on that basis denies the allegations.

132.    The allegations in paragraph 132 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 132, and on that basis denies the allegations.

133.    The allegations in paragraph 133 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is

required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 133, and on that basis denies the allegations.

134.    The allegations in paragraph 134 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 134, and on that basis denies the allegations.

135.    The allegations in paragraph 135 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 135, and on that basis denies the allegations.

136.    The allegations in paragraph 136 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 136, and on that basis denies the allegations.

137.    The allegations in paragraph 137 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 137, and on that basis denies the allegations.

138.    The allegations in paragraph 138 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 138, and on that basis denies the allegations.

139.    The allegations in paragraph 139 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 139, and on that basis denies the allegations.

140.    The allegations in paragraph 140 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 140, and on that basis denies the allegations.

141.    The allegations in paragraph 141 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 141, and on that basis denies the allegations.

142.    The allegations in paragraph 142 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 142, and on that basis denies the allegations.

143.    The allegations in paragraph 143 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 143, and on that basis denies the allegations.

144.    The allegations in paragraph 144 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is

required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 144, and on that basis denies the allegations.

145. The allegations in paragraph 145 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph. To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 145, and on that basis denies the allegations.

146. The allegations in paragraph 146 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph. To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 146, and on that basis denies the allegations.

147. The allegations in paragraph 147 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph. To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 147, and on that basis denies the allegations.

148. The allegations in paragraph 148 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph. To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 148, and on that basis denies the allegations.

149. The allegations in paragraph 149 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph. To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 149, and on that basis denies the allegations.

150.    The allegations in paragraph 150 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 150, and on that basis denies the allegations.

151.    The allegations in paragraph 151 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 151, and on that basis denies the allegations.

152.    The allegations in paragraph 152 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 152, and on that basis denies the allegations.

153.    The allegations in paragraph 153 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 153, and on that basis denies the allegations.

154.    The allegations in paragraph 154 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 154, and on that basis denies the allegations.

155.    The allegations in paragraph 155 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is

required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 155, and on that basis denies the allegations.

156.    The allegations in paragraph 156 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 156, and on that basis denies the allegations.

157.    The allegations in paragraph 157 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 157, and on that basis denies the allegations.

158.    The allegations in paragraph 158 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 158, and on that basis denies the allegations.

159.    The allegations in paragraph 159 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 159, and on that basis denies the allegations.

160.    The allegations in paragraph 160 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 160, and on that basis denies the allegations.

161.    The allegations in paragraph 161 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 161, and on that basis denies the allegations.

162.    The allegations in paragraph 162 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 162, and on that basis denies the allegations.

163.    The allegations in paragraph 163 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 163, and on that basis denies the allegations.

164.    The allegations in paragraph 164 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 164, and on that basis denies the allegations.

165.    The allegations in paragraph 165 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 165, and on that basis denies the allegations.

166.    The allegations in paragraph 166 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is

required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 166, and on that basis denies the allegations.

167.    The allegations in paragraph 167 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 167, and on that basis denies the allegations.

168.    The allegations in paragraph 168 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 168, and on that basis denies the allegations.

169.    The allegations in paragraph 169 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 169, and on that basis denies the allegations.

170.    The allegations in paragraph 170 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 170, and on that basis denies the allegations.

171.    The allegations in paragraph 171 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 171, and on that basis denies the allegations.

172.    The allegations in paragraph 172 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 172, and on that basis denies the allegations.

173.    The allegations in paragraph 173 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 173, and on that basis denies the allegations.

174.    The allegations in paragraph 174 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 174, and on that basis denies the allegations.

175.    The allegations in paragraph 175 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 175, and on that basis denies the allegations.

176.    The allegations in paragraph 176 of the Complaint are directed to parties other than BBM, and therefore BBM need not respond to this paragraph.  To the extent a response is required, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 176, and on that basis denies the allegations.

177.    The allegations in Paragraph 177 of the Complaint state legal conclusions to which no response is required.  To the extent that a response is required and to the extent the allegations in paragraph 177 of the Complaint are directed to parties other than BBM, BBM is

without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations. To the extent that a response is required and the allegations in paragraph 177 are directed to BBM, BBM denies the allegations.

178. The allegations in Paragraph 178 of the Complaint state legal conclusions to which no response is required. To the extent that a response is required and to the extent the allegations in paragraph 178 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations. To the extent that a response is required and the allegations in paragraph 178 are directed to BBM, BBM denies the allegations.

179. The allegations in Paragraph 179 of the Complaint state legal conclusions to which no response is required. To the extent that a response is required and to the extent the allegations in paragraph 179 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations. To the extent that a response is required and the allegations in paragraph 179 are directed to BBM, BBM denies the allegations.

180. To the extent the allegations in paragraph 180 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations. To the extent the allegations in paragraph 180 are directed to BBM, BBM denies the allegations.

181. BBM repeats and incorporates as if fully set forth herein each and every response to the preceding paragraphs 1 through 180.

182. The allegations in Paragraph 182 of the Complaint state legal conclusions to which no response is required. To the extent that a response is required and to the extent the

allegations in paragraph 182 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent that a response is required and the allegations in paragraph 182 are directed to BBM, BBM denies the allegations.

183.    The allegations in Paragraph 183 of the Complaint state legal conclusions to which no response is required.  To the extent that a response is required and to the extent the allegations in paragraph 183 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent that a response is required and the allegations in paragraph 183 are directed to BBM, BBM denies the allegations.

184.    BBM repeats and incorporates as if fully set forth herein each and every response to the preceding paragraphs 1 through 183.

185.    The allegations in Paragraph 185 of the Complaint state legal conclusions to which no response is required.  To the extent that a response is required and to the extent the allegations in paragraph 185 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent that a response is required and the allegations in paragraph 185 are directed to BBM, BBM denies the allegations.

186.    The allegations in Paragraph 186 of the Complaint state legal conclusions to which no response is required.  To the extent that a response is required and to the extent the allegations in paragraph 186 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations,

and on that basis denies the allegations.   To the extent that a response is required and the allegations in paragraph 186 are directed to BBM, BBM denies the allegations.

187.    By Order dated March 22, 2007, the Plaintiffs' claims in Count III of the Complaint were dismissed; accordingly, BBM is not required to respond to paragraph 187 of the Complaint.  To the extent that a response is required, BBM repeats and incorporates as if fully set forth herein each and every response to the preceding paragraphs 1 through 186.

188.    By Order dated March 22, 2007, the Plaintiffs' claims in Count III of the Complaint were dismissed; accordingly, BBM is not required to respond to paragraph 188 of the Complaint.  To the extent that a response is required, BBM denies the allegations of paragraph 188 of the Complaint.

189.    By Order dated March 22, 2007, the Plaintiffs' claims in Count III of the Complaint were dismissed; accordingly, BBM is not required to respond to paragraph 189 of the Complaint.  To the extent that a response is required, BBM denies the allegations of paragraph 189 of the Complaint.

190.    BBM repeats and incorporates as if fully set forth herein each and every response to the preceding paragraphs 1 through 189.

191.    The allegations in Paragraph 191 of the Complaint state legal conclusions to which no response is required.  To the extent that a response is required and to the extent the allegations in paragraph 191 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent that a response is required and the allegations in paragraph 191 are directed to BBM, BBM denies the allegations.

192.     To the extent the allegations in paragraph 192 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent the allegations in paragraph 192 are directed to BBM, BBM denies the allegations.

193.     To the extent the allegations in paragraph 193 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent the allegations in paragraph 193 are directed to BBM, BBM denies the allegations

194.     The allegations in Paragraph 194 of the Complaint state legal conclusions to which no response is required.  To the extent that a response is required and to the extent the allegations in paragraph 194 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent that a response is required and the allegations in paragraph 194 are directed to BBM, BBM denies the allegations.

195.     The allegations in Paragraph 195 of the Complaint state legal conclusions to which no response is required.  To the extent that a response is required and to the extent the allegations in paragraph 195 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent that a response is required and the allegations in paragraph 195 are directed to BBM, BBM denies the allegations.

196.     BBM repeats and incorporates as if fully set forth herein each and every response to the preceding paragraphs 1 through 195.

197.    The allegations in Paragraph 197 of the Complaint state legal conclusions to which no response is required.  To the extent that a response is required and to the extent the allegations in paragraph 197 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent that a response is required and the allegations in paragraph 197 are directed to BBM, BBM denies the allegations.

198.    To the extent the allegations in paragraph 198 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent the allegations in paragraph 198 are directed to BBM, BBM denies the allegations.

199.    To the extent the allegations in paragraph 199 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent the allegations in paragraph 199 are directed to BBM, BBM denies the allegations.

200.    The allegations in Paragraph 200 of the Complaint state legal conclusions to which no response is required.  To the extent that a response is required and to the extent the allegations in paragraph 200 of the Complaint are directed to parties other than BBM, BBM is without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent that a response is required and the allegations in paragraph 200 are directed to BBM, BBM denies the allegations.

201.    The allegations in Paragraph 201 of the Complaint state legal conclusions to which no response is required.  To the extent that a response is required and to the extent the allegations in paragraph 201 of the Complaint are directed to parties other than BBM, BBM is

without knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations.  To the extent that a response is required and the allegations in paragraph 201 are directed to BBM, BBM denies the allegations.

202.   BBM opposes the demand for a jury trial to the extent that any issues are not so triable.

203.   BBM denies that the plaintiff or the qui tam plaintiff are entitled to any relief in this case.

Any remaining allegation in the Complaint (including any exhibits thereto) that was not expressly admitted above is denied.

## DEFENSES

By alleging the maters set forth below, BBM does not allege or admit that it has the burden of proof and/or the burden of persuasion with respect to any of these matters or that Plaintiffs are relieved of their burden to prove each and every element of their clams and the damages, if any, to which they claim to be entitled.  As for its affirmative defenses, BBM reasserts and reincorporates as if fully set forth herein its responses to paragraphs 1 through 203 above.  BBM hereby adopts by reference any additional applicable defense pled by any other defendant not otherwise plead herein.  BBM hereby gives notice that it intends to rely upon any other additional defense that is now or may become available or appear during, or as a result of, the discovery proceedings in this action and hereby reserves its right to amend its answer to assert such defense.

## FIRST DEFENSE

Plaintiffs fail to state a claim against BBM upon which relief may be granted.

## SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs have released, settled, entered into an accord and satisfaction or otherwise compromised their claims.

## THIRD DEFENSE

Plaintiffs' state law claims are preempted, in whole or in part, by federal law, including without limitation, the Federal Employment Retirement Income and Security Act of 1974, the Federal Medicare Act, the Federal Medicaid Act, and the Federal Anti-Kickback Act including all amendments to the same and all regulations promulgated thereunder.

## FOURTH DEFENSE

Plaintiffs' claims are preempted by the Commerce Clause of the United States Constitution.

## FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part because they violate BBM's rights under the Due Process and *Ex Post Facto* clauses of the United States Constitution, as well as the Constitution of the State of California, insofar as Plaintiffs seek to impose liability retroactively for conduct that was not actionable at the time it occurred.

## SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because BBM's statements or actions were not the proximate cause or cause in fact of any injury or alleged loss.

## SEVENTH DEFENSE

This Court lacks subject matter jurisdiction over all or some of the claims asserted by Plaintiffs.  Additionally, or in the alternative, this Court lacks subject matter jurisdiction based on the doctrines of exclusive and primary jurisdiction and failure to exhaust administrative

remedies. Specifically, the action brought by Plaintiffs is within the exclusive or, in the alternative, primary jurisdiction of the California Department of Health Services' Medicaid Program.

EIGHTH DEFENSE

Some or all of Plaintiffs' claims against BBM arise from the State of California's failure to follow its federal and state statutory and regulatory obligation to set reimbursement rates at an appropriate Estimated Acquisition Cost.

NINTH DEFENSE

Plaintiffs' claims against BBM are barred, in whole or in part, due to their failure to join indispensable parties.

TENTH DEFENSE

Plaintiffs' claims against BBM are barred, in whole or in part, because any injuries sustained by the State of California were the result of its own conduct or the intervening or superseding conduct of third parties.

ELEVENTH DEFENSE

BBM is entitled to a set-off, should any damages be awarded against it, for the entire amount of all damages or settlement amounts recovered by Plaintiffs, with respect to the same alleged injuries.

TWELFTH DEFENSE

The applicable statutory ceilings on recoverable damages must limit any damages recovered by Plaintiffs from BBM.

## THIRTEENTH DEFENSE

Plaintiffs' punitive damages claims against BBM:  (1) have no basis in law or fact; (2) are not recoverable because the allegations of the Complaint are legally insufficient to support a claim for punitive damages against BBM; (3) cannot be sustained because laws regarding the standards for determining liability for and the amount of punitive damages fail to give BBM prior notice of the conduct for which punitive damages may be imposed and the severity of the penalty that may be imposed and are void for vagueness in violation of BBM's due process rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and the Constitution of the State of California; (4) cannot be sustained because any award of punitive damages exceeding the limits authorized by the laws or other comparable laws would violate BBM's due process and equal protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and would be improper under the Constitution, common law and applicable state laws of California; (5) cannot be sustained because an award of punitive damages in this case, combined with any prior, contemporaneous, or subsequent judgments against BBM for punitive damages arising from the design, development, manufacture, fabrication, distribution, supply, marketing, sale, or use of BBM's medicines, would constitute impermissible multiple punishments for the same wrong in violation of  BBM's due process and equal protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and would constitute double jeopardy in violation of the Constitution, common law and statutory law of California; (6) cannot be sustained because any award of punitive damages without the apportionment of the award separately and severally between or among the alleged joint tortfeasors, as determined by the alleged percentage of the wrong committed by each alleged tortfeasor, would violate BBM's due process and equal

protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and would be improper under the Constitution, common law and public policies of California; and (7) cannot be sustained because any award of punitive damages, which are penal in nature, without according BBM the same protections that are accorded to all criminal defendants, including the protection against unreasonable searches and seizures, the privilege against self-incrimination, and the rights to confront adverse witnesses, a speedy trial, and the effective assistance of counsel, would violate BBM's rights guaranteed by the Fourth, Fifth, and Sixth Amendments as incorporated into the Fourteenth Amendment to the United States Constitution and would be improper under the Constitution, common law and public policies of California.

<u>FOURTEENTH DEFENSE</u>

Plaintiffs' claim for punitive damages against BBM cannot be sustained because an award of punitive damages by a jury that:  (1) is not provided constitutionally adequate standards of sufficient clarity for determining the appropriate imposition of, and the appropriate size of, a punitive damages award; (2) is not adequately instructed on the limits of punitive damages imposed by the applicable principles of deterrence and punishment; (3) is not expressly prohibited from awarding punitive damages, or determining the amount of an award of punitive damages, in whole or in part, on the basis of invidiously discriminatory characteristics, including without limitation, the residence, wealth, and corporate status of BBM; (4) is permitted to award punitive damages under a standard for determining liability for punitive damages that is vague and arbitrary and does not define with sufficient clarity the conduct or mental state that makes punitive damages permissible; (5) is not properly instructed regarding Plaintiffs' burden of proof with respect to each and every element of a claim for punitive damages; and (6) is not subject to

trial court and appellate judicial review for reasonableness and furtherance of legitimate purposes on the basis of constitutionally adequate and objective standards, would violate BBM's Due Process and Equal Protection rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution, and would be improper under the Constitution, common law and public policies of California.

### FIFTEENTH DEFENSE

Plaintiffs' claim for punitive damages against BBM cannot be sustained because an award of punitive damages that is subject to no predetermined limit, such as a maximum multiple of compensatory damages or a maximum amount of punitive damages that may be imposed, would:  (1) violate BBM's Due Process rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution; (2) violate BBM's right not to be subjected to an excessive award; and (3) be improper under the Constitution, common law and public policies of California.

### SIXTEENTH DEFENSE

Plaintiffs' claims against BBM are barred, in whole or in part, because BBM's conduct as alleged in the Complaint was not material to any alleged payment of any alleged false or fraudulent claims.

### SEVENTEENTH DEFENSE

Plaintiffs' claims against BBM are barred, in whole or in part, because the State of California did not rely on BBM's conduct as alleged in the Complaint.

### EIGHTEENTH  DEFENSE

Plaintiffs' claims against BBM are barred, in whole or in part, by the existence and of terms of the written rebate agreement between BBM and the Secretary of the Department of

Health and Human Services ("HHS"), on behalf of HHS and all States, entitled, "Rebate Agreement Between the Secretary of Health and Human Services and the Manufacturer Identified in Section XI of this Agreement", which was entered into pursuant to 42 U.S.C. § 1396r-8.

NINETEENTH DEFENSE

Plaintiffs' claims against BBM are barred, in whole or in part, because the applicable statute and regulations relied upon by Plaintiffs in their Complaint are unconstitutionally vague as applied to BBM in violation of BBM's rights under the Due Process Clauses of the United States and California Constitutions.

TWENTIETH DEFENSE

Plaintiff and/or its agents knew and were aware that AWP was not an average wholesale price or the actual acquisition price of drugs. Legal and equitable principles preclude this action for damages, and the Due Process Clauses of the United States Constitution and the Constitution of the State of California preclude Plaintiffs from bringing claims and seeking damages as alleged in the Complaint.

TWENTY-FIRST DEFENSE

Under the applicable California statutes and regulations, the relevant legislative and executive branches in California chose to base prescription drug reimbursement, in part, on the AWPs published by third-party publishing services. Over the past several decades, numerous publicly available agency reports, studies, news articles, materials from third-party publishing services, and other publications have set forth that the AWPs published by the third-party publishing services do not reflect, and are not intended to reflect, actual provider acquisition costs, and are often substantially higher. For example, on February 15, 1996, the Federal

Department of Health and Human Services sent the Director of the California Department of Health Services a draft report from the Office of Inspector General entitled "Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services," stating that in California, AWP exceeded invoice prices by approximately 41.4% percent for generic drugs.  California affirmatively acknowledged receipt of this report by letter dated March 25, 1996, and stated, "The draft report data indicates that a reduction in our drug ingredient cost reimbursement would be appropriate at this time. … The audit results will, hopefully, substantiate DHS' position that current drug ingredient cost reimbursement by the Medi-Cal program does not reflect actual purchasing activity of California pharmacies."  The Inspector General of the Department of Health and Human Services issued their final report on May 31, 1996, making the same finding that in California, AWP exceeded invoice prices by approximately 41.4% for generic drugs.  Yet, the State of California did not change its reimbursement rates until over six years later on September 30, 2002, and then only to AWP-10%.  The State did not further change its reimbursement rates until August 16, 2004, at which time it lowered its reimbursement rate to AWP-17%, still far exceeding the 41.4% determined by the Office of Inspector General more than eight years previously.  Thus, these branches of government were aware, during the relevant time period, that the reimbursement rates they were using to pay providers were greater than the estimated acquisition cost ("EAC") they were obligated to pay under federal and state law.  Notwithstanding this information and Plaintiffs' knowledge, the State of California knowingly set its reimbursement rates at amounts higher than estimated acquisition cost.  Thus, the harm complained of by Plaintiffs could have reasonably been avoided under the circumstances.  As a

result, Plaintiffs' claims are barred by the doctrine of contributory fault in that Plaintiffs caused or contributed to the injury complained of, if any actually occurred.

**TWENTY-SECOND DEFENSE**

Plaintiffs' California False Claims Act claims are barred by the limitations set forth in California Government Code § 12654(a).  Plaintiffs are not entitled to any tolling of the limitations period and Plaintiffs cannot in good faith allege any claim relating to an alleged non-disclosure following the State of California's discovery of defendants' alleged conduct, and any potential recovery under the California False Claims Act is thus barred by the statute of limitations.

**TWENTY-THIRD DEFENSE**

Over the past several decades, numerous publicly available agency reports, studies, news articles, materials from third-party publishing services, and other publications have set forth that the AWPs published by third-party publishing services do not reflect, and are not intended to reflect, actual provider acquisition costs, and are often substantially higher.  Thus, State of California was aware, during the relevant time period, that the reimbursement rates the State of California was paying providers was greater than the estimated acquisition cost it was obligated to pay under federal and state law.  In choosing to establish and administer the system of prescription drug reimbursement as they did, the State of California intentionally relinquished known rights to its claims in this case.  Based on the foregoing, Plaintiffs' claims are barred by the doctrine of waiver.

**TWENTY-FOURTH DEFENSE**

Over the past several decades, numerous publicly available agency reports, studies, news articles, materials from third-party publishing services and other publications have set forth

that the AWPs published by third-party publishing services do not reflect, and are not intended to reflect, actual provider acquisition costs, and are often substantially higher.  Notwithstanding this information, the State of California knowingly chose to base California Medicaid Program prescription drug reimbursement, in part, on the AWPs and/or WACs published by third-party publishing services.  The State of California was aware, during the relevant time period, that the reimbursement rates it was choosing to pay providers were greater than the EAC the State of California was obligated to pay under federal and state law.  Thus, Plaintiffs' claims against BBM for damages or other relief are barred because Plaintiffs failed to mitigate their damages, and that failure to mitigate damages should at minimum proportionately reduce the recovery of Plaintiffs and the allocation of fault, if any exists, attributable to BBM.

<u>TWENTY-FIFTH DEFENSE</u>

Over the past several decades, numerous publicly available agency reports, studies, news articles, materials from third-party publishing services and other publications have set forth that the AWPs published by third-party publishing services do not reflect, and are not intended to reflect, actual provider acquisition costs, and are often substantially higher.  Notwithstanding this information, the State of California knowingly chose to base California Medicaid Program prescription drug reimbursement, in part, on the AWPs and/or WACs published by third-party publishing services.  The State of California was aware, during the relevant time period, that the reimbursement rates it was choosing to pay providers were greater than the EAC the State of California was obligated to pay under federal and state law.  Thus, Plaintiffs' claims against BBM for damages or other relief are barred by the doctrine of ratification.  Additionally, or in the alternative, Plaintiffs' claims against BBM are barred, in whole or in part by the doctrine of consent and/or ratification to the extent that the State of California has received and paid for

medicines manufactured, marketed and sold by BBM after the filing of the original complaint on July 28, 1998.

## TWENTY-SIXTH DEFENSE

Over the past several decades, numerous publicly available agency reports, studies, news articles, materials from third-party publishing services and other publications have set forth that the AWPs published by third-party publishing services do not reflect, and are not intended to reflect, actual provider acquisition costs, and are often substantially higher.  Notwithstanding this information, the State of California knowingly set reimbursement rates at amounts greater than the EAC the State was obligated to pay under federal and state law.  Because the State of California was aware since at least the early 1990s that the reimbursement rates it was paying to providers were higher than estimated acquisition cost, Plaintiffs' delay in bringing or unsealing their claims is inexcusable and has prejudiced BBM.  Based on the foregoing, Plaintiffs' claims against BBM are barred by the doctrine of laches.

## TWENTY-SEVENTH DEFENSE

Every year, the State of California receives funding from the federal government through the Federal Medicaid Program for a percentage of the prescription drug reimbursements made under the California Medicaid Program.  Additionally, the State of California collects tax revenue on any profits earned by pharmacies through reimbursement of the relevant prescription drugs based on the AWPs and/or WACs published by third-party publishers.  Any recovery by Plaintiffs should be substantially, if not entirely, set off by appropriate percentages of the amounts described above in order to avoid unjust enrichment.  Additionally, Plaintiffs' alleged recovery must be reduced by the benefits and rebates it received from BBM.

<u>TWENTY-EIGHTH DEFENSE</u>

Plaintiffs' damages should be barred or substantially reduced under the doctrine of unjust enrichment.  Every year, the State of California receives funding from the federal government through the Federal Medicaid Program for a percentage of the prescription drug reimbursements made under the California Medicaid Program.  Additionally, the State of California collects tax revenue on any profits earned by pharmacies through reimbursement of the relevant prescription drugs based on the AWPs and/or WACs published by third-party publishers.  Finally, the State received benefits and rebates from BBM.  Plaintiffs will be unjustly enriched if any recovery is not reduced appropriately.

<u>TWENTY-NINTH DEFENSE</u>

Over the past several decades, numerous publicly available agency reports, studies, news articles, materials from third-party publishing services and other publications have set forth that the AWPs published by third-party publishing services do not reflect, and are not intended to reflect, actual provider acquisition costs, and are often substantially higher.  For example, on February 15, 1996, the Federal Department of Health and Human Services sent the Director of the California Department of Health Services a draft report from the Office of Inspector General entitled "Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services," stating that in California, AWP exceeded invoice prices by approximately 41.4% percent for generic drugs. California affirmatively acknowledged receipt of this report by letter dated March 25, 1996, and stated, "The draft report data indicates that a reduction in our drug ingredient cost reimbursement would be appropriate at this time. … The audit results will, hopefully, substantiate DHS' position that current drug ingredient cost reimbursement by the Medi-Cal program does not

reflect actual purchasing activity of California pharmacies."   The Inspector General of the Department of Health and Human Services issued their final report on May 31, 1996, making the same finding that in California, AWP exceeded invoice prices by approximately 41.4% percent for generic drugs.  Yet, the State of California did not change its reimbursement rates until over six years later on September 30, 2002, and then only to AWP-10%.  The State did not further change its reimbursement rates until August 16, 2004, at which time it lowered its reimbursement rate to AWP-17%, still far exceeding the 41.4% determined by the Office of Inspector General more than eight years previously.  Thus, the State of California was aware, during the relevant time period, that the reimbursement rates it was paying providers were greater than the estimated acquisition cost they were obligated to pay under federal and state law. The State's knowing, continuous use of AWPs and/or WACs in calculating drug reimbursement amounts functioned as an approval of such AWPs and/or WACs, on which BBM reasonably relied.  Based on the foregoing, Plaintiffs' claims against BBM are barred by the doctrine of estoppel.

## THIRTIETH DEFENSE

Plaintiffs fail to allege facts or a cause of action against BBM sufficient to support a claim for attorneys' fees, triple damages and/or legal fees.

## THIRTY-FIRST DEFENSE

Plaintiffs' claims are barred to the extent that the claims involve drugs reimbursed without reference to AWP or WAC.

## THIRTY-SECOND DEFENSE

The claims alleged herein, based on the facts alleged, are barred by the State of California's own negligence or gross negligence.  Among other things, the claims disregard the

State of California's obligations under federal law, and they ignore the State of California's affirmative misstatements and declarations that were intended to cover up and hide from view of the federal regulatory authority, and the State of California's citizens and taxpayers, the State of California's failings referred to herein, as well as other inappropriate conduct by Plaintiffs.

<u>THIRTY-THIRD DEFENSE</u>

Plaintiffs' claims are barred, in whole or in part, by the political question and separation of powers doctrines.

<u>THIRTY-FOURTH DEFENSE</u>

Plaintiffs' claims against BBM are misjoined with the Plaintiffs' claims against other defendants and must be severed.

<u>THIRTY-FIFTH DEFENSE</u>

Plaintiffs fail to state with particularity facts to support claims of fraudulent conduct, fraudulent concealment and the multi-source averments against BBM contained in the Complaint.

<u>THIRTY-SIXTH DEFENSE</u>

To the extent that Plaintiffs attempts to seek equitable relief against BBM, Plaintiffs are not entitled to such relief because they have an adequate remedy at law.

<u>THIRTY-SEVENTH DEFENSE</u>

Plaintiff Ven-A-Care's claims are barred because it was not and/or cannot prove that it was the original source of information on which these allegations are based within the meaning of California Government Code § 12652(d)(3) or otherwise meet the requirements of the California False Claims Act.

<u>THIRTY-EIGHTH DEFENSE</u>

Plaintiff Ven-A-Care does not have standing to recover in this suit and has not met all of the conditions precedent to recover any amounts under the California False Claims Act.

<u>THIRTY-NINTH DEFENSE</u>

All defenses applicable to the State are applicable to Plaintiff Ven-A-Care, and are incorporated herein as if set forth in full.

WHEREFORE, BBM prays that this Court:

1.      Dismiss the State of California's First Amended Complaint in Intervention, including the claims of the purported *qui tam* plaintiff, with prejudice and enter judgment in favor of BBM and against plaintiffs;

2.      Award BBM its costs and expenses; and

4.      Grant such other and further relief for BBM as this Court deems just and proper.

Dated:  May 21, 2007.

Respectfully submitted,

**/s/ John P. McDonald**
John P. McDonald
  Texas Bar No. 13549090
C. Michael Moore
  Texas Bar No. 14323600
Karin B. Torgerson
  Texas Bar No. 00794745
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776
214/740-8000 (Tel.); 214/740-8800 (Fax)

**ATTORNEYS FOR**
**B. BRAUN MEDICAL INC.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record on this 21st day of May, 2007, via electronic service with LexisNexis.


**/s/ John P. McDonald**
John P. McDonald