IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

### RENEWED MOTION FOR AMENDMENT OF CASE MANAGEMENT ORDER NO 1 AND CONSOLIDATED ORDER RE: MOTION FOR CLASS CERTIFICATION

Since the parties have been unable to reach agreement as to the Motion for Amendment of Case Management Order No. 1 and Consolidated Order Re: Motion for Class Certification, per this Court's direction at the April 11, 2007 hearing [see transcript p. 68 attached hereto], Plaintiffs, by and through their undersigned counsel, hereby request that the Court reinstate the Motion previously filed on March 26, 2007 [Docket # 3947], and set the matter for hearing under Fed.R.Civ.Proc. 23(g) sometime during month of June.

Respectfully submitted,

Dated: May 21, 2007

/s/ Donald E. Haviland
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM LLC**
740 S. Third Street
Third Floor
Philadelphia, PA 19147
(215) 609-4661 - telephone
(215) 392-4400 - facsimile
Counsel for Plaintiffs and the Class

## CERTIFICATE OF SERVICE

I, Donald E. Haviland, Jr., Esquire, hereby certify that on May 21, 2007, I electronically filed the foregoing Renewed Motion for Amendment of Case Management Order No. 1 and Consolidated Order Re: Motion for Class Certification with the Clerk of this Court, using the CM/ECF system which will send notification of such filing to all registered person(s) and that those person(s) not registered with CM/ECF system were served by U.S. mail.

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr.
The Haviland Law Firm
740 South Third Street
Third Floor
Philadelphia, PA 19147

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In Re:                              )
PHARMACEUTICAL INDUSTRY              ) CA No. 01-12257-PBS
AVERAGE WHOLESALE PRICE              ) MDL No. 1456
LITIGATION                           ) Pages 1 - 68


PRETRIAL CONFERENCE

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE


United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
April 11, 2007, 3:05 p.m.


LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210
(617)345-6787

1  A P P E A R A N C E S:

2  For the Plaintiffs:

3      STEVE W. BERMAN, ESQ. Hagens Berman Sobol Shapiro LLP,
   1301 5th Avenue, Suite 2900, Seattle, Washington, 98101-1090.
4
       THOMAS M. SOBOL, ESQ. and EDWARD NOTARGIACOMO, ESQ.,
5  Hagens Berman Sobol Shapiro LLP, One Main Street, Cambridge,
   Massachusetts, 02142.
6
       DONALD E. HAVILAND, ESQ., The Haviland Law Firm, LLC,
7  740 S. Third Street, Third Floor, Philadelphia, Pennsylvania,
   19102.
8
   For the Defendants:
9
       MICHAEL B. KEATING, ESQ. and MICHAEL P. BOUDETT, ESQ.,
10 Foley Hoag, 155 Seaport Boulevard, Seaport World Trade Center
   West, Boston, Massachusetts, 02210, for AstraZeneca.
11
       D. SCOTT WISE, ESQ., KIMBERLEY D. HARRIS, ESQ., and
12 AIMEE HECTOR, ESQ., Davis, Polk & Wardwell, 450 Lexington
   Avenue, New York, New York, 10017, for AstraZeneca.

13

14

15

16

17

18

19

20

21

22

23

24

25

P R O C E E D I N G S

1
2      THE CLERK:  In Re:  Pharmaceutical Industry Average
3 Wholesale Price Litigation, Civil Action No. 01-12257, will
4 now be heard before this Court.  Will counsel please identify
5 themselves for the record.
6      MR. SOBOL:  Good afternoon, your Honor.  Thomas
7 Sobol for the class plaintiffs.
8      MR. BERMAN:  Good afternoon, your Honor.  Steve
9 Berman.
10      THE COURT:  Yes.
11      MR. MATT:  Good afternoon, your Honor.  Sean Matt.
12      MR. NOTARGIACOMO:  Ed Notargiacomo.
13      MR. HAVILAND:  Don Haviland, Judge.
14      MR. KEATING:  Michael Keating, your Honor, for the
15 defendant AstraZeneca.
16      MS. HECTOR:  Amy Hector.
17      MR. BOUDETT:  Michael Boudett.
18      MR. WISE:  Scott Wise from Davis Polk for
19 AstraZeneca.
20      MS. HARRIS:  Kim Harris for AstraZeneca.
21      THE COURT:  Well, let me start off by saying
22 "welcome," but I'm not sure I have good news for you, in
23 that the criminal case looks as if it's going to be going to
24 trial.  The defense attorneys gave me a 98 percent chance of
25 going to trial.  I've been told that before and had them all

1    THE COURT: Do you want to just discuss it then?
2 Mr. Haviland, I forget, where are you from?
3    MR. HAVILAND: Philadelphia, Judge.
4    THE COURT: Philly, not too bad. It's not like
5 Seattle. So do you want to deal with it on the 22nd, or do
6 you want to deal with it before then?
7    MR. BERMAN: Well, since we just got Mr. Haviland's
8 reply and he raises some issues that we ought to talk
9 about --
10    THE COURT: Why don't you see if you can work it
11 out, and if you can't, I'll deal with it on the 22nd.
12    MR. HAVILAND: The only trouble with that, it's the
13 one week in two years I'm taking my family away, Judge.
14    THE COURT: Where are you going?
15    MR. HAVILAND: Hilton Head.
16    THE COURT: Just work out a date, and I'm sure
17 Mr. Sobol can do it so Mr. Berman doesn't have to fly across
18 the world to get here, okay? So the next thing I want to go
19 off the record.
20    (Discussion off the record.)
21    (Adjourned, 4:25 p.m.)
22
23
24
25

```
 1                C E R T I F I C A T E

 2

 3
   UNITED STATES DISTRICT COURT )
 4 DISTRICT OF MASSACHUSETTS    ) ss.
   CITY OF BOSTON               )
 5

 6

 7

 8         I, Lee A. Marzilli, Official Federal Court
 9 Reporter, do hereby certify that the foregoing transcript,
10 Pages 1 through 68 inclusive, was recorded by me
11 stenographically at the time and place aforesaid in Civil
12 Action No. 01-12257-PBS, MDL No. 1456, In re:  Pharmaceutical
13 Industry Average Wholesale Price Litigation, and thereafter
14 by me reduced to typewriting and is a true and accurate
15 record of the proceedings.
16         In witness whereof I have hereunto set my hand this
17 13th day of April, 2007.
18
19
20
21
22
23      _____
        LEE A. MARZILLI, CRR
24      OFFICIAL FEDERAL COURT REPORTER
25
```