## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## CLASS PLAINTIFFS' AND ASTRAZENECA'S JOINT MOTION FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF THE ASTRAZENECA CLASS 1 SETTLEMENT AND APPROVING THE FORM AND METHOD OF NOTICE TO THE CLASS

Class Plaintiffs and Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") jointly move for entry of an order granting preliminary approval of proposed settlement and approval of form and manner of notice.

In support of this motion Class Plaintiffs are filing a memorandum of law and filing the following documents:

1. Settlement Agreement and Release of AstraZeneca

2. Exhibit A – [Proposed] Order Granting Preliminary Approval of the AstraZeneca Class 1 Settlement, Directing Notice to the Class and Scheduling Fairness Hearing

3. Exhibit B-1 – Notice to Consumer with Claim Form

4. Exhibit B-2 – Notice to Consumer (Short)

5. Exhibit B-3 – Proposed Settlement Notice Plan

6. Exhibit C – [Proposed] Final Order and Judgment Granting Final Approval to Proposed Class Action Settlement With AstraZeneca, Approving Proposed Allocation of Settlement Funds, and Approving Class Counsels' Application for Attorneys Fees, Reimbursement of Litigation Expenses and Incentive Awards to Class Representatives

- 2 -

      7.      Exhibit D – April 23, 2007 Hartman Analysis of Consumer Damage

DATED:  May 21, 2007      By    /s/ **Steve W. Berman**
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
    Hagens Berman Sobol Shapiro LLP
    One Main Street, 4th Floor
    Cambridge, MA  02142
    Telephone: (617) 482-3700
    Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm, LLC
740 S. Third Street
Third Floor
Philadelphia, PA  19147
Facsimile:  (215) 609-4661
Telephone:  (215) 392-4400

**CO-LEAD COUNSEL FOR PLAINTIFFS**


**COUNSEL FOR DEFENDANT ASTRAZENECA PHARMACEUTICALS LP**


By      /s/ **Michael B. Keating**
  Nicholas C. Theodorou (BBO #496730)
  Michael B. Keating (BBO #263360)
  Michael P. Boudett (BBO #558757)
  Katherine B. Schmeckpeper (BBO #663200)
  FOLEY HOAG LLP
  155 Seaport Boulevard
  Boston, MA  022110

        D. Scott Wise
Michael S. Flynn
Kimberley D. Harris
DAVIS POLK & WARDELL
450 Lexington Avenue
New York, NY  10017

- 5 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on May 21, 2007, I caused copies of **CLASS PLAINTIFFS' AND ASTRAZENECA'S JOINT MOTION FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF THE ASTRAZENECA SETTLEMENT AND APPROVING THE FORM AND METHOD OF NOTICE TO THE CLASS** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                               **/s/ Steve W. Berman**
                                               Steve W. Berman