## EXHIBIT D

APRIL 23, 2007 HARTMAN ANALYSIS OF CONSUMER DAMAGE

172797

April 23, 2007 Analysis of Consumer Damages
Table 1: Zoladex Damages for Class 1 Medicare Beneficiaries

### A. Per-Month Cost of Zoladex: Actual and But-For

**1. Zoladex AWP**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9202 - Zoladex 3.6 mg | $318.75 | $318.75 | $318.75 | $331.50 | $358.55 | $383.65 | $410.51 | $439.24 | $469.99 | $469.99 | $469.99 | $469.99 | $469.99 | $469.99 |

**2. Zoladex Medicare Beneficiary Copayment per Month of Therapy - AWP-Based (Actual)**

| Description | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | x%: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 20.0% |
| Description | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
| J9202 - Zoladex 3.6 mg | | $63.75 | $63.75 | $63.75 | $66.30 | $71.71 | $76.73 | $82.10 | $83.46 | $89.30 | $89.30 | $89.30 | $89.30 | $89.30 | $75.20 |

**3. Zoladex Medicare Beneficiary Copayment per Month of Therapy - ASP-Based (But-For)**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9202 - Zoladex 3.6 mg | $51.00 | $50.99 | $52.73 | $54.55 | $50.97 | $51.79 | $47.46 | $35.20 | $35.46 | $36.44 | $36.11 | $36.17 | $35.22 | $20.26 |

### B. Units for Damages Calculation

**4. Total Zoladex Class 1 Units: Months of Therapy**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9202 - Zoladex 3.6 mg | 6,260 | 10,054 | 13,349 | 17,317 | 22,336 | 34,808 | 43,328 | 65,050 | 60,807 | 67,064 | 78,109 | 80,202 | 83,990 | 87,778 | 670,451 |

### C. Resulting Total Damages Calculation to Class 1

**5. Zoladex Nominal Damages per Month of Therapy (= Row 2 - Row 3)**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9202 - Zoladex 3.6 mg | $12.75 | $12.76 | $11.02 | $11.75 | $20.74 | $24.94 | $34.64 | $48.26 | $53.84 | $52.86 | $53.19 | $53.13 | $54.07 | $54.94 |

**6. Zoladex Damages per Month of Therapy Including Pre-Judgment Interest**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Treasury Rate | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% |
| Number of Years | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 |
| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
| J9202 - Zoladex 3.6 mg | $23.88 | $22.92 | $18.97 | $19.41 | $32.86 | $37.89 | $50.48 | $67.43 | $72.15 | $67.94 | $65.56 | $62.81 | $61.30 | $59.73 |

**7. Total Nominal Zoladex Class 1 Damages (= Row 4 * Row 5)**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9202 - Zoladex 3.6 mg | $79,808 | $128,294 | $147,046 | $203,469 | $463,310 | $868,124 | $1,500,998 | $3,139,143 | $3,273,769 | $3,545,077 | $4,154,797 | $4,261,166 | $4,541,672 | $4,822,178 | $31,128,851 |

**8. Total Zoladex Class 1 Damages Including Pre-Judgment Interest (= Row 4 * Row 6)**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9202 - Zoladex 3.6 mg | $149,458 | $230,418 | $253,278 | $336,107 | $733,983 | $1,318,958 | $2,187,079 | $4,386,625 | $4,387,352 | $4,556,331 | $5,121,232 | $5,037,188 | $5,148,853 | $5,242,918 | $39,089,780 |

Privileged and Confidential
For Settlement Purposes ONLY

April 23, 2007 Analysis of Consumer Damages
Table 2: Zoladex Damages for Medicare Beneficiaries Paying Coinsurance Under Private Third-Party Supplemental Insurance

### A. Per-Month Cost of Zoladex: Actual and But-For

**1. Zoladex AWP**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9202 - Zoladex 3.6 mg | $318.75 | $318.75 | $318.75 | $331.50 | $356.55 | $383.65 | $410.51 | $439.24 | $469.99 | $469.99 | $469.99 | $469.99 | $469.99 | $469.99 |

**2. Zoladex Medicare Consumer Coinsurance per Month of Therapy - AWP-Based (Actual)**

| Description | | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | x%: | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% | 20.0% |
| J9202 - Zoladex 3.6 mg | | $12.75 | $12.75 | $12.75 | $13.26 | $14.34 | $15.35 | $16.42 | $16.69 | $17.86 | $17.86 | $17.86 | $17.86 | $17.86 | $15.04 |

**3. Zoladex Medicare Consumer Coinsurance per Month of Therapy - ASP-Based (But-For)**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9202 - Zoladex 3.6 mg | $10.20 | $10.20 | $10.55 | $10.91 | $10.19 | $10.36 | $9.49 | $7.04 | $7.09 | $7.29 | $7.22 | $7.23 | $7.04 | $4.05 |

### B. Units for Damages Calculation

**4. Total Zoladex Class 2 Units Subject to Consumer Coinsurance: Months of Therapy**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9202 - Zoladex 3.6 mg | 14,878 | 23,897 | 31,727 | 41,158 | 53,089 | 82,732 | 102,983 | 154,611 | 144,528 | 159,398 | 185,651 | 190,625 | 199,628 | 208,632 |

### C. Resulting Total Class 2 Damages on Units Subject to Consumer Coinsurance

**5. Zoladex Nominal Damages per Month of Therapy (= Row 2 - Row 3)**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9202 - Zoladex 3.6 mg | $2.55 | $2.55 | $2.20 | $2.35 | $4.15 | $4.99 | $6.93 | $9.65 | $10.77 | $10.57 | $10.64 | $10.63 | $10.81 | $10.99 |

**6. Zoladex Damages per Month of Therapy Including Pre-Judgment Interest**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Average Treasury Rate | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% | 4.27% |
| Number of Years | 15 | 14 | 13 | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 |
| J9202 - Zoladex 3.6 mg | $4.78 | $4.58 | $3.79 | $3.88 | $6.57 | $7.58 | $10.10 | $13.49 | $14.43 | $13.59 | $13.11 | $12.56 | $12.26 | $11.95 |

**7. Total Nominal Zoladex Class 2 Damages on Units Subject to Consumer Coinsurance (= Row 4 * Row 5)**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9202 - Zoladex 3.6 mg | $37,938 | $60,886 | $69,900 | $96,722 | $220,240 | $412,673 | $713,518 | $1,492,230 | $1,556,226 | $1,685,196 | $1,975,034 | $2,025,598 | $2,158,940 | $2,292,282 | $14,797,483 |

**8. Total Zoladex Class 2 Damages on Units Subject to Consumer Coinsurance Including Pre-Judgment Interest (= Row 4 * Row 6)**

| Description | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J9202 - Zoladex 3.6 mg | $71,047 | $109,532 | $120,399 | $159,773 | $348,908 | $626,983 | $1,039,655 | $2,085,236 | $2,085,582 | $2,165,908 | $2,434,441 | $2,394,489 | $2,447,571 | $2,492,286 | $18,581,809 |