IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  Pharmaceutical Industry Average Wholesale Price Litigation | MDL No. 1456 |
| | C.A. No. 01-12257-PBS |
| This Document Relates to: | The Honorable Patti B. Saris |
| *State of Idaho v. Abbott Laboratories*, Dist. ID, Docket No. 1:07-CV-93-BLW; State of Idaho, County of Ada District Court No. CV-OC-0701846 | |

THE STATE OF IDAHO'S STATUS REPORT

The State of Idaho (the "State"), by and through its Attorney General Lawrence G. Wasden and Special Deputy Attorney General Robert Libman, hereby submits this status report to update this Court on its pending motion to remand.

Background.

On January 26, 2007, the State filed a civil action against defendant Abbott Laboratories ("Abbott") in the Fourth Judicial District of the State of Idaho, in and for the County of Ada, case no. CV-OC-0701846.  The State carefully crafted its complaint to avoid federal jurisdiction in order to have its claims decided in its chosen forum.  No federal claims are asserted in the State's action.  Rather, the complaint asserts causes of action under Idaho's Consumer Protection Act, Idaho Code §48-601, *et seq.*, and unjust enrichment.  The gravamen of the State's complaint is that Abbott reported and caused to be published phony and inflated prices for its drugs, including average wholesale prices ("AWPs"), causing the State to grossly overpay for such drugs.

Abbott removed this action on or about February 26, 2007, arguing that this case is removable pursuant to the federal False Claims Act, 31 U.S.C. §3729, *et seq.*, and 28 U.S.C. §1441.  The State promptly filed a motion to remand on March 8, 2007.  Briefing on the State's motion to remand was completed on April 11, 2007.

At the time that Abbott removed this action to federal court, it also filed a notice of related action before the Judicial Panel on Multidistrict Litigation and requested that the removed action be transferred to this Court. The matter was transferred on May 2, 2007.

<u>The State's motion to remand</u>.

The State's motion to remand has been fully briefed, and was set for hearing in the District of Idaho on May 1, 2007 (the hearing was vacated). The State does not believe that additional briefing is necessary.

This Court heard motions to remand filed by Kentucky, Florida, Illinois, and Mississippi on February 1, 2007. With the exception of the timeliness issue, the State's motion to remand raises issues identical to those presented by these other states. Moreover, the same outside counsel represents Idaho, Kentucky, and Illinois and appeared at the February 1, 2007 hearing to argue Illinois' and Kentucky's motions.

The State respectfully requests that this Court promptly consider the State's motion to remand.

Respectfully submitted,

LAWRENCE G. WASDEN
ATTORNEY GENERAL, STATE OF IDAHO

By:   /s/ Robert S. Libman
Robert S. Libman
Special Deputy Attorney General
for the State of Idaho
Miner, Barnhill & Galland, P.C.
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170
(312) 751-0438 (telefax)
e-mail: rlibman@lawmbg.com

Brett Delange  
e-mail: brett.delange@ag.idaho.gov  
Jane Hochberg  
e-mail: jane.hochberg@ag.idaho.gov  
Deputy Attorneys General  
Consumer Protection Division  
Office of the Attorney General  
Len B. Jordan Building, Lower Level  
650 W. State St.  
P.O. Box 83720  
Boise, ID 83720-0010  
(208) 334-2424  
(208) 854-8073 (telefax)  

Counsel for Plaintiff State of Idaho