CERTIFICATE OF SERVICE

      Lisa Mecca Davis certifies that she caused a copy of the foregoing Status Report to be served on all counsel of record, by LexisNexis File & Serve, this 21st day of May, 2007.

                              /s/ Lisa Mecca Davis
                              Lisa Mecca Davis