UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti Saris ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories Inc.* CIVIL ACTION NO. 06-11337-PBS | ) Magistrate Judge Marianne Bowler ) ) ) ) |

**UNOPPOSED MOTION BY THE UNITED STATES' FOR LEAVE
TO FILE A RESPONSE TO THE SUPPLEMENTAL SUBMISSION BY
ABBOTT FOLLOWING ORAL ARGUMENT ON PENDING MOTIONS**

Pursuant to Rule 7.1(b)(3) of the Local Rules for the District of Massachusetts, and this Court's Order dated September 11, 2006 (Dkt. 3090), the United States moves the Court for leave to file a response to Abbott Laboratories, Inc.'s ("Abbott's") Supplemental Submission of Comments made by Judge Saris. The proposed response is attached to this motion as Exhibit A. The undersigned has conferred with counsel for Abbott, who indicated that Abbott does not oppose the United States' request for leave to file a response.

The United States seeks an opportunity to respond in two and a half pages to Abbott's supplemental submission. The United States respectfully submits that the proposed response will aid the Court in expeditiously resolving the motions heard on May 16, 2007.

For these reasons, the United States requests that the Court enter an Order permitting it to file and serve the attached proposed response to Abbott's Supplemental Submission of Comments made by Judge Saris.

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN | PETER D. KEISLER |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |
| | |
| George B. Henderson, II | |
| Assistant U.S. Attorney | /s/ Justin Draycott |
| John Joseph Moakley U.S. Courthouse | Joyce R. Branda |
| Suite 9200, 1 Courthouse Way | Daniel Anderson |
| Boston, MA 02210 | Renée Brooker |
| Phone: (617) 748-3272 | Justin Draycott |
| Fax: (617) 748-3971 | Gejaa T. Gobena |
| | Rebecca Ford |
| R. ALEXANDER ACOSTA | Civil Division |
| UNITED STATES ATTORNEY | Commercial Litigation Branch |
| SOUTHERN DISTRICT OF FLORIDA | P. O. Box 261 |
| | Ben Franklin Station |
| /s/ Mark A. Lavine | Washington, D.C.  20044 |
| Mark A. Lavine | Phone:  (202) 305-9300 |
| Ana Maria Martinez | Fax: (202) 307-3852 |
| Ann St.Peter-Griffith | |
| Special Attorneys for the Attorney General | |
| 99 N.E. 4th Street, 3rd Floor | |
| Miami, FL  33132 | |
| Phone:  (305) 961-9003 | |
| Fax: (305) 536-4101 | |

For Ven-A-Care of the Florida Keys, Inc.,

/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue, Suite 110
Miramar, FL 33027
Tel:  (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com

Dated: May 21, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' MOTION FOR LEAVE TO FILE RESPONSE TO THE SUPPLEMENTAL SUBMISSION BY ABBOTT FOLLOWING ORAL ARGUMENT ON PENDING MOTIONS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                              /s/ Justin Draycott
Dated: May 21, 2007                        Justin Draycott