UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br> Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne Bowler |

### [PROPOSED] ORDER

Upon consideration of the United States' Motion for Leave to File a Response to the Supplemental Submission by Abbott Following Oral Argument on Pending Motins, IT IS HEREBY ORDERED THAT,

The United States' Motion is GRANTED;

The United States shall immediately file its Response to the Supplemental Submission indicating in the caption of the Response that leave has been granted.

This _____ day of _____, 200_.

_____
UNITED STATES DISTRICT JUDGE