UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br><br>Hon. Patti B. Saris |

## CORPORATE DISCLOSURE STATEMENT FOR DEY, INC.

Pursuant to Fed. R. Civ. P. 7.1, Defendant Dey, Inc. hereby discloses that: One hundred percent (100%) of the shares of Dey, Inc. are owned by EMD, Inc. of Durham, North Carolina; one hundred percent (100%) of the shares of EMD, Inc. are owned by Merck S.A. of Lyon, France; approximately ninety-nine percent (99%) of the shares of Merck S.A. are owned by Merck KGaA of Darmstadt, Germany; and Merck KGaA is a publicly held company in Germany.

Dated: May 21, 2007

                                                   Respectfully Submitted,

                                                   KELLEY DRYE & WARREN LLP

                                                   By: /s Neil Merkl
                                                         Paul F. Doyle (BBO # 133460)
                                                         William A. Escobar (*pro hac vice*)
                                                         Neil Merkl (*pro hac vice*)
                                                         Christopher C. Palermo (*pro hac vice*)
                                                         Philip D. Robben (*pro hac vice*)

                                                 101 Park Avenue
                                                 New York, NY 10178
                                                 Telephone: (212) 808-7800

Facsimile:  (212) 808-7897

*Attorneys for Defendants Dey, Inc.
and Dey, L.P.*

NY01/SZELM/1186371.1

## **CERTIFICATE OF SERVICE**

        I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on May 21, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                              /s Neil Merkl

NY01/SZELM/1186371.1