UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) State of California, *ex rel.* Ven-A-Care v. ) Abbott Laboratories, Inc., *et al.* ) CASE #: 1:03-cv-11226-PBS ) ) | MDL No. 1456<br>Master File No. 01-12257-PBS<br><br>Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF LISA MARIE ZEPEDA

Pursuant to Local Rule of Civil Procedure 83.5.2(c), please withdraw the appearance of Lisa Marie Zepeda as one of the attorneys for Plaintiff STATE OF CALIFORNIA in this action and all related actions. Ms. Zepeda was previously admitted *pro hac vice* as one of the attorneys for the STATE OF CALIFORNIA. Ms. Zepeda is no longer assigned to this case and thus is not representing the Office of the Attorney General, California Department of Justice.

In support of this notice, the STATE OF CALIFORNIA states that the existing appearances of other attorneys who have entered *pro hac vice* appearances on behalf of the STATE OF CALIFORNIA remain in effect and are not affected by the withdrawal of Ms. Zepeda.

1

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

Dated: May 21, 2007

By: /s/ Nicholas N. Paul
 NICHOLAS N. PAUL
 CA State Bar No: 190605
 Supervising Deputy Attorney General
 Bureau of Medi-Cal Fraud and Elder Abuse
 Office of The Attorney General
 1455 Frazee Road, Suite 315
 San Diego, California 92108
 Tel: (619) 688-6099
 Fax: (619) 688-4200

**Attorneys for Plaintiff,
STATE OF CALIFORNIA**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on May 21, 2007, I caused a true and correct copy of the foregoing, **NOTICE OF WITHDRAWAL OF APPEARANCE OF LISA MARIE ZEPEDA,** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Nicholas N. Paul
NICHOLAS N. PAUL
Supervising Deputy Attorney General