UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: **PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> **ALL ACTIONS** | MDL No. 1456 <br> Master File No. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |

**CORPORATE DISCLOSURE STATEMENT OF
MYLAN LABORATORIES INC. AND MYLAN PHARMACEUTICALS INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc. certify that: (1) Defendant Mylan Laboratories Inc., a publicly held company, has no parent corporation and is unaware of any publicly held corporation that owns ten percent (10%) or more of its stock; and (2) Defendant Mylan Pharmaceuticals Inc.'s parent corporation is Mylan Laboratories Inc., which owns one hundred percent (100%) of its stock.

Dated: May 21, 2007

                                            Respectfully Submitted,

                                            KELLEY DRYE & WARREN LLP

                                            By: /s Neil Merkl
                                            William A. Escobar *(pro hac vice)*
                                            Neil Merkl *(pro hac vice)*
                                            Christopher C. Palermo *(pro hac vice)*
                                            Carol Faherty *(pro hac vice)*
                                            KELLEY DRYE & WARREN LLP
                                            101 Park Avenue

New York, New York  10178
(212) 808-7800
(212) 808-7897 – facsimile

– and –

Gary R. Greenberg (BBO # 209420)
Louis J. Scerra, Jr. (BBO # 543600)
Jonathan D. Cohen (BBO # 600081)
James M. Vant (BBO # 653616)
GREENBERG TRAURIG, LLP
   One International Place
   Boston, Massachusetts 02110
   (617) 310-6000
   (617) 310-6001 – facsimile

*Attorneys for Defendants Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.*

NY01/SZELM/1186375.1

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on May 21, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

                      /s Neil Merkl

NY01/SZELM/1186375.1