# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

## [PROPOSED] ORDER REGARDING SURVEY OF CONSUMERS WHO FILED A NOTICE OF EXCLUSION FROM SETTLEMENT

Having conferred with Prof. Francis McGovern, appointed by the Court as Special Master with respect to the proposed settlement with GlaxoSmithKline ("GSK"), the Court hereby authorizes Prof. McGovern and Complete Claims Solutions, Inc. ("CCS"), the Court appointed Settlement Administrator, to conduct a phone survey of individual consumers who have filed a Notice of Exclusion with respect to the settlement. The phone survey is meant to provide the Court with additional information concerning how many of the consumers who filed an exclusion notice were class members and of those who were class members, whether they intended to opt-out of the settlement and why.

CCS is hereby authorized to proceed, as an initial matter, with a survey of 500 consumers who have filed a Notice of Exclusion. After completing a survey of the first 500 consumers, Prof. McGovern will provide this Court with a report of the results. The Court will then decide whether to authorize the survey of an additional 500 consumers.

All of the costs associated with this survey shall be accounted for by CCS separately from other costs associated with administration of the settlement, and shall be paid as an

Case 1:01-cv-1225 -PBS   Document 4205   Fi... 05/16/20...

administrative expense out of the Settlement Fund. The Court orders the parties to keep the costs associated with this survey to a minimum, while still meeting the survey standards generally acceptable in the field of survey research.

Dated: May __, 2007

Patti B. Saris
United States District Judge