UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Pursuant to Local Rule of Civil Procedure 83.5.2(a), please enter the appearance of Melissa B. Coffey of Wilmer Cutler Pickering Hale and Dorr LLP on behalf of **Novartis Pharmaceuticals Corporation** in the above-referenced matter.

    Respectfully Submitted,

    /s/ Melissa B. Coffey
    Karen F. Green (BBO #209050)
    Brett R. Budzinski (BBO #655238)
    Melissa B. Coffey (BBO #660750)
    WILMER CUTLER PICKERING HALE
    AND DORR LLP
    60 State Street
    Boston, Massachusetts 02109
    (617) 526-6000
    *Attorneys for Novartis Pharmaceuticals Corporation*

Dated: May 22, 2007

**CERTIFICATE OF SERVICE**

      I, Melissa Coffey, certify that on May 22, 2007, a copy of the foregoing document was served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                                              /s/ Melissa B. Coffey
                                              Melissa B. Coffey