### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

### MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule of Civil Procedure 83.5.2(c), Defendant Novartis Pharmaceuticals Corporation ("Novartis") requests that the Court permit Margo Ferrandino of Kaye Scholer LLP to withdraw as counsel for Novartis in this Action and all related actions.  In support of this motion, Novartis states that the existing appearances of Karen F. Green and Melissa B. Coffey of Wilmer Cutler Pickering Hale and Dorr LLP as well the other attorneys who individually have entered *pro hac vice* appearances on behalf of Novartis remain in effect and are not affected by this withdrawal.

                                              Respectfully submitted,

                                              /s/ Melissa B. Coffey
                                              Karen F. Green (BBO #209050)
                                              Melissa B. Coffey (BBO #660750)
                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                              60 State Street
                                              Boston, MA 02109
                                              (617) 526-6000
                                              *Attorneys for Novartis Pharmaceuticals Corporation*

Dated:  May 22, 2007

## **CERTIFICATE OF SERVICE**

  I, Melissa Coffey, certify that on May 22, 2007, a copy of the foregoing document was served on counsel of record by electronic means pursuant to the Court's Case Management Order dated July 23, 2002.

                /s/ Melissa B. Coffey
                Melissa B. Coffey