UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO ) 01-CV-12257-PBS AND 01-CV-339 ) **CLASS 1 TRIAL** ) | MDL No. 1456<br><br>Civil Action No. 01-CV-12257 PBS<br><br>Judge Patti B. Saris<br>Chief Magistrate Judge Marianne B. Bowler |

NOTICE OF LACK OF CLASS 1 REPRESENTATIVE
AS TO DEFENDANTS BRISTOL-MYERS SQUIBB CO.
<u>AND ONCOLOGY THERAPEUTICS NETWORK CORP.</u>

Defendants Bristol-Myers Squibb Company ("BMS") and Oncology Therapeutics Network Corporation (together, "the BMS Defendants") respectfully submit this Notice to the Court that it has granted them summary judgment against the only individually-named plaintiffs who are certified to represent Class 1 against the BMS Defendants at the trial scheduled for July 23, 2007. Accordingly, there is no Class 1 representative against the BMS Defendants.

In support of this Notice, the BMS Defendants further state as follows:

1. In its "Consolidated Order Re: Motion For Class Certification" dated January 30, 2006, this Court certified David and Susan Ruth Aaronson as representatives of the Class 1 subclass as to "the BMS Group" for the BMS "Subject Drugs" in the case. No other individuals were certified as Class 1 representatives as to the BMS Defendants.

2. Based upon the sworn deposition testimony of her husband, as well as her medical records and the couple's financial records produced in discovery, Ms. Aaronson is

alleged to have received treatment with, and to have borne a portion of a Medicare Part B co-payment for, BMS Subject Drugs beginning in 2004.

3. In its "Memorandum and Order" dated November 2, 2006, this Court granted the "Track 1" defendants' motion for summary judgment "with respect to Medicare Part B drugs furnished in 2004." Mem. and Order, slip. op., at 24.

4. Accordingly, the claims of Ms. Aaronson against the BMS Defendants have been dismissed with prejudice and neither she nor her husband are eligible to represent Class 1 in the trial presently scheduled for July 23, 2007. This leaves no representative for the Class 1 trial against the BMS Defendants.

Dated: Boston, Massachusetts
       May 23, 2007

Respectfully submitted,

By: /s/ Jennifer Ryan (BBO No. 661498)
Thomas E. Dwyer, Jr. (BBO No. 139660)
Jennifer Ryan (BBO No. 661498)
**DWYER & COLLORA**
600 Atlantic Avenue
Boston, Massachusetts
Tel: (617) 371-1000
Fax: (617) 371-1037
tdwyer@dwyercollora.com
jryan@dwyercollora.com

Steven M. Edwards
Lyndon M. Tretter
*Admitted pro hac vice*
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, New York 10022
(212) 918-3000

*Attorneys for Defendants Bristol-Myers Squibb Co., and Oncology Therapeutic Network Corp.*

## CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

I, Lyndon M. Tretter, hereby certify that I am one of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s attorneys and that, on May 23, 2007, I caused copies of the foregoing **NOTICE OF LACK OF CLASS 1 REPRESENTATIVE AS TO DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP.** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties and by overnight delivery to the following Plaintiffs' counsel:

> Steve W. Berman, Esq.
> Hagens Berman Sobol Shapiro LLP
> 1301 Fifth Avenue, Suite 2900
> Seattle, WA 98101
>
> Kenneth A. Wexler, Esq.
> The Wexler Firm LLP
> One North LaSalle Street, Suite 2000
> Chicago, IL 60601
>
> Donald E. Haviland, Jr., Esq.
> The Haviland Law Firm
> 740 S. Third Street, 3rd Floor
> Philadelphia, PA 19147
>
> John A. Macoretta, Esq.
> Spector Roseman & Kodroff, P.C.
> 1818 Market Street, Suite 2500
> Philadelphia, PA 19103

                                          /s/ Lyndon M. Tretter
                                             Lyndon M. Tretter