UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti B. Saris ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) ) |

**UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO THE UNITED STATES' OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR A PROTECTIVE ORDER BARRING THE DEPOSITION OF MILES WHITE**

The United States of America, through its undersigned counsel, respectfully moves the Court for leave to file Exhibits 4,7, 8, 9, and 10 to the United States' Opposition to Abbott Laboratories Inc.'s Motion for a Protective Order Barring the Deposition of Miles White under seal and states:

Exhibits 4, 7, 8, 9, and 10 are documents produced by Abbott. Pursuant to paragraph 17 of the Protective Order entered on February 16, 2007 in this case (Dkt. No. 3804), any documents or pleadings to be filed with the Court that contain "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information, shall be filed under seal and a redacted version of the document shall be publicly filed, simultaneously.

The United States disagrees that the documents at issue are confidential but is filing this motion as required by the Protective Order in order to get this time sensitive matter before the Court. In the alternative, the United States seeks an order from the Court overruling Abbott's confidentiality designation and allowing Exhibits 4,7, 8, 9, and 10 to be filed publicly without redaction. The documents at issue are several years old and contain no financial or proprietary


information.  There is no appropriate reason for the materials to remain sealed.

Wherefore, the United States respectfully requests that the Court grant leave to file the submission listed above under seal, or in the alternative, that the Court overrule Abbott's designation of the materials as confidential and order that the submission need not be filed under seal.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley<br>U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Gejaa T. Gobena<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Civil Division |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF<br>FLORIDA | Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Phone:  (202) 307-1088<br>Fax: (202) 307-3852 |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | For the relator, Ven-A-Care of the Florida Keys, Inc.<br><br>/s/ James J. Breen<br>James J. Breen<br>The Breen Law Firm, P.A.<br>3350 S.W. 148th Avenue<br>Suite 110<br>Miramar, FL 33027<br>Tel:  (954) 874-1635<br>Fax: (954) 874-1705 |
| Dated: May 24, 2007 | Email: jbreen@breenlaw.com |

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO THE UNITED STATES' OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR A PROTECTIVE ORDER BARRING THE DEPOSITION OF MILES WHITE** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: May 24, 2007

                                                       /s/ Gejaa Gobena
                                                       Gejaa Gobena