# EXHIBIT 3

Westlaw.                                                                NewsRoom
9/28/00 CHISUN 55                                                        Page 1

9/28/00 Chi. Sun-Times 55
2000 WLNR 4387237

CHICAGO SUN TIMES (IL)
Copyright © 2004 ProQuest Information and Learning. All rights reserved.

September 28, 2000

Abbott chief downplays drug probe

Guy, Sandra

The chairman and CEO of **Abbott Laboratories** hinted Wednesday that election-year politics are playing a role in investigations into whether drugmakers inflate their **average wholesale prices** to boost profits on their products.

"The election is only four to six weeks away," said Miles D. White, CEO of North Chicago-based Abbott, referring to the Nov. 7 presidential election.

The drugmakers could have had a hidden motive to boost the prices: Doctors, clinics and other health care providers buy the drugs at a discount and, at the same time, get higher Medicare and Medicaid reimbursements for them. Both the U.S. House Commerce Committee and the U.S. Justice Department are investigating whether drug companies deliberately set the prices too high.

White called the allegations "old news" because the system governing wholesale pharmaceutical pricing has remained the same for years. Since 1990, drug companies have been required to report quarterly to the Health Care Financing Administration their actual transaction prices. An 18-month study by the House Commerce Committee found that for dozens of drugs, companies report one wholesale price publicly, then charge doctors a much lower price to encourage them to use the drug. Medicare reimburses at a rate similar to the publicly announced price, so doctors can make large profits-a practice the report acknowledged is legal. It is not clear whether doctors or clinics have changed the way they administer the drugs.

Coincidentally, or perhaps not, the White House Bulletin reported Wednesday that GOP congressional leaders, who spearheaded the drug- pricing investigation, will urge George W. Bush to cite the allegations in attacking Vice President Al Gore's plan to provide a drug benefit for senior citizens through Medicare.

Steve Schmidt, communications director for the Commerce Committee, alleged Wednesday that Abbott and the other pharmaceutical makers "have been ripping off Medicare beneficiaries and the taxpayer for many years, and it's outrageous."

A typical patient using 2 milligrams of the chemotherapy drug Vincasar pays about $140 in co-payments, yet the doctor pays $7.50 for the same dosage, Schmidt said. "The doctor is pocketing the spread, and the drug companies are making money

on the volume sold."

   Yet he claimed the real outrage is that the Clinton administration's HCFA has allowed the actions to continue. Asked whether the issue is political, Schmidt said it is part of the presidential campaign because Gore's prescription drug plan calls for HCFA to run the program.

   U.S. Rep. Tom Bliley (R-Va.), chairman of the Commerce Committee, sent letters May 4 to Deerfield-based Baxter International and Bannockburn-based TAP Holdings Inc., inquiring about their pricing practices for certain drugs covered by Medicare.

   TAP Holdings did not return a call.

   "Baxter did not manipulate spreads between the **average wholesale prices** and the actual transaction prices (of the drugs in question) to incent customers toward Baxter products," the company said in a statement.

   Contributing: Associated Press

 Copyright Chicago Sun Times Sep 28, **2000**

                       ---- INDEX REFERENCES ----

COMPANY: BAXTER INTERNATIONAL INC; ABBOTT LABORATORIES

NEWS SUBJECT:   (Corporate Financial Data (1XO59); Social Welfare (1SO83); Social Issues (1SO05); Government (1GO80); Major Corporations (1MA93))

INDUSTRY:   (Drugs (1DR89); Pharmaceuticals Wholesale Distribution (1PH35); Healthcare (1HE06); Pharmaceuticals Cost-Benefits (1PH30); Pharmaceuticals & Biotechnology (1PH13); Manufacturing (1MA74); Prescription Drugs (1PR52))

REGION:   (USA (1US73); Americas (1AM92); North America (1NO39))

Language:   EN

OTHER INDEXING:   (ABBOTT; **ABBOTT LABORATORIES**; BAXTER; BAXTER INTL; COMMERCE COMMITTEE; GOP; HCFA; HEALTH CARE FINANCING ADMINISTRATION; HOUSE COMMERCE COMMITTEE; TAP HLDGS; TAP HOLDINGS INC; US HOUSE COMMERCE COMMITTEE; US JUSTICE DEPARTMENT; WHITE HOUSE)  (Al Gore; Clinton; Coincidentally; Contributing; George W. Bush; Gore; Medicare; Miles D. White; Schmidt; Steve Schmidt; Tom Bliley; White)

Word Count: 628
9/28/00 CHISUN 55
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.