# EXHIBIT 5



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Centers for Medicare & Medicaid Services
Office of Strategic Operations
and Regulatory Affairs

200 Independence Avenue SW
Washington, DC 20201

October 12, 2004

**TO:** Mark B. McClellan, M.D., Ph.D.
Administrator

**Through:** Jacquelyn Y. White,
Director Office of Strategic Operations
and Regulatory Affairs

MBM 10/12/04

**FROM:** Carmen Logan
Briefing Coordinator

**SUBJECT:** Meeting with Miles White, CEO, Abbott Laboratories and Chair, Pharmaceutical Research and Manufacturers of America (PhRMA)

**DATE:** Wednesday, October 13, 2004
**TIME:** 5:45 P.M. – 6:30 P.M.
**PLACE:** Room 314-G and C5-25-03

**PARTICIPANTS:**
Miles White, CEO, Abbott Laboratories

**CMS:**
Stu Guterman and Linda Magno, ORDI
Craig Miner, Jennifer Harlow, Tom Hutchinson, Cindy Moreno, Mark Kavouras,
  and Peggy Sparr, CBC
Donald Thompson, CMM
Kathleen Harrington and Gary Karr, OEA
Jacquelyn Y. White, OSORA
John Dyer, COO
Julie Goon
OA Special Assistants

**PURPOSE:**
Miles White would like to discuss the following issues: 1) Title I Drugs. 2) The Discount Drug Card. 3) Average Sales Price. and 4) Self-injectable Drug Demonstration (Section 641).

Tab I of the briefing book contains CBC briefing on Title I Drugs and an overview of the Drug Discount Card Program.

Tab II contains ORDI briefing on Medicare Replacement Drug Demonstration.

Tab III contains CMM ASP Talking Points – Compliance Perspective.

Attachments