# EXHIBIT 12

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS FOR CONSUME, et al<br>    Plaintiffs | CIVIL ACTION NO. 01-12257-PBS |
| V.<br><br>ABBOTT LABORATORIES, et al<br>    Defendants | BOSTON, MASSACHUSETTS<br>MAY 16, 2007 |

. . . . . . . . . . . . . . .

TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the United States:   Rene Brooker, Esquire
                         Justin Draycott, Esquire
                         United States Department of Justice
                         601 D Street, NW
                         Patrick Henry Building, Room 9028
                         Washington, DC  20004
                         202-307-1088

For Ven-A-Care:          James J. Breen, Esquire
                         The Breen Law Firm, P.A.
                         3562 Old Milton Parkway
                         Alpharetta, GA 30005
                         770-740-0008

For Abbott Laboratories: James Daly, Esquire
                         Jason Winchester, Esquire
                         Jones Day Reavis & Pogue
                         77 West Wacker Drive
                         Chicago, IL  60601-1692
                         312-782-3939

Court Reporter:

Proceedings recorded by digital sound recording, transcript produced by transcription service.

---

*MARYANN V. YOUNG*
Certified Court Transcriber
240 Chestnut Street
Wrentham, Massachusetts 02093
(508) 384-2003

| | |
|---|---|
| 1 | THE COURT: This is what happens when you get to |
| 2 | 4:00. Everybody-- |
| 3 | MR. BREEN: That's right. I'm sorry. |
| 4 | MR. WINCHESTER: --but we attached those papers to |
| 5 | our response. Your Honor can see that. They asked to have |
| 6 | Abbott designate a 30(b)(6) witness to talk about this, what |
| 7 | impact did the Tap settlement have on Abbott, whatever that |
| 8 | means, and the judge said, no, you don't get that. It's not at |
| 9 | issue in the case. It's no more at issue here than it is |
| 10 | there. |
| 11 | In terms of I guess counsel's statements which is |
| 12 | well, Abbott may have changed the way it did business as a |
| 13 | result of seeing what happened in Tap, to the extent they're |
| 14 | trying to discovery things about this reduction of price in |
| 15 | 2001, which by the way is where their complaint ends, then |
| 16 | we've already told them we're giving them all the non-privilege |
| 17 | documents that have to do with the reduction of prices for |
| 18 | these drugs that happen in 2001. They're getting those |
| 19 | documents. This class of things-- |
| 20 | THE COURT: All right. |
| 21 | MR. WINCHESTER: --class of things they're talking |
| 22 | about is outside the case. |
| 23 | THE COURT: Denied without prejudice at this time, |
| 24 | maybe to be renewed upon at further showing down the road. |
| 25 | Right now I don't see the relevance. |