UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Anthony M. Moccia, Esquire as counsel for Defendant Par Pharmaceutical, Inc. in the above-captioned matter. Attorneys Erik J. Frick and Stephen R. Delinsky of this firm continue to represent the Defendant.

Respectfully submitted,

_/s/ Anthony M. Moccia_
Anthony M. Moccia, BBO# 350225
ECKERT, SEAMANS, CHERIN & MELLOTT, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110-2600
Telephone: 617.342.6800
Facsimile: 617.342.6899

**CERTIFICATE OF SERVICE**
I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on
By: _____

DATED: May 25, 2007

{K0348810.1}