UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |
| THIS DOCUMENT RELATES TO: ALL CONSOLIDATED PRIVATE CLASS ACTIONS | | |

**CORRECTED DECLARATION OF AIMEE E. BIERMAN IN SUPPORT OF TRACK TWO DEFENDANTS' OPPOSITION TO CLASS PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

I am an associate in the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, representing Defendant Aventis Pharmaceuticals Inc. I offer this declaration in support of the Track Two Defendants' Opposition to Class Plaintiffs' Motion for Leave to File an Amended Complaint. Attached hereto are true and correct copies of the following documents:

1. Attached hereto as Exhibit A is a chart detailing the drugs that the Track Two Defendants contend Plaintiffs may neither include allegations about nor incorporate in their Proposed Fifth Amended Complaint. See, e.g., Proposed Fifth Amended Complaint at p.3, n.1.[1] [Doc. No. 4106]

---

[1] Exhibit A attached to my Declaration of May 10, 2007 listed drugs that appeared in the March 1, 2006 Fourth Amended Master Conosolidated Class Action Complaint [Doc. No. 2171] or its accompanying March 10, 2006 Notice of Errata to the Fourth Amended Complaint [Doc. No. 2244] but which did not appear in the list of subject drugs attached to the Third Amended Master Consolidated Class Action Complaint, which was filed on October 17, 2005 [Doc. No. 1781]. These are the drugs that were the subject of the Track Two Defendants' Motion to Strike, filed with this court on March 14, 2006 [Doc. No. 2249].

On April 10, 2006, the Court granted this portion of the Motion to Strike, ruling: "I strike the new drugs." It is the position of the Track Two Defendants that this Order precludes the addition of any drugs that did not appear in the Amended Master Consolidated Class Action Complaint or its attached list of subject drugs (filed July 28, 2003) [Doc. No. 443]. Because Baxter's Heparin Sodium, Pfizer's Lipitor, Pfizer's Zoloft, and Pharmacia's Vincasar (Vincristine Sulfate) were

- 2 -

2. Attached hereto as Exhibit B is an August 9, 2006 letter from Michael DeMarco to Steve W. Berman.

3. Attached hereto as Exhibit C are the April 26-27, 2007 Response Letters:

    - an April 26, 2007 letter from Michael DeMarco to Steve W. Berman;
    - an April 26, 2007 letter from Michael Doss to Steve W. Berman;
    - an April 26, 2007 letter from Philip D. Robben to Steve W. Berman;
    - an April 26, 2007 letter from Kathleen M. O'Sullivan to Steve W. Berman;
    - an April 26, 2007 letter from Steven F. Barley to Steve W. Berman;
    - an April 26, 2007 letter from Jennifer G. Levy to Steve W. Berman; and
    - an April 27, 2007 letter from Merle M. DeLancey, Jr. to Steve W. Berman.

4. Attached hereto as Exhibit D is an April 26, 2007 e-mail exchange between Steve W. Berman and Aimée E. Bierman.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 25, 2007                                   /s/ Aimée E. Bierman
                                                      Aimée E. Bierman

## CERTIFICATE OF SERVICE

    I hereby certify that on May 25, 2007 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                       /s/ Aimée E. Bierman
                                                      Aimée E. Bierman

---

identified at that time, they have been removed from the corrected Exhibit A that accompanies this Declaration.