UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No.1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**AVENTIS PHARMACEUTICALS INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO SET CASE FOR TRIAL**

On May 18, 2007, Plaintiffs moved the Court to "set for trial on or about November 15, 2006, [*sic*] the case for all classes regarding Aventis." [Doc. No. 4216]  The motion should be denied for the following reasons:

1. *The Court has yet to rule on Plaintiffs' opposed motion to certify class claims against Aventis*.  The Court has not, in fact, certified any class claims against any Track Two Defendants.  As the Court observed during the May 22, 2007 AstraZeneca Class 1 claims settlement hearing, additional Track Two class certification argument may follow the Court's written opinion in the Track One, Classes 2 and 3 bench trial – a ruling that the Court has indicated it will issue at the end of August.  Furthermore, the operative CMO provides that motions for summary judgment are to be filed 30 days after the First Circuit reviews any class certification order as to the Track Two Defendants.[1]

---

[1] See CMO 14, at ¶6.

2. *There are no Class 1 or Class 3 consumer claims as to Aventis.*[2]  Plaintiffs have abandoned any such claims.  Acknowledging the absence of any putative class representatives with AWP-based claims as to Aventis, Plaintiffs withdrew their Class 1 claims against Aventis in their October 16, 2006 "[Proposed] Consolidated Order Re: Class Certification Track 2" [Doc. No. 3221].[3]  Likewise, Plaintiffs have never identified a consumer with an alleged claim for relief under section 9 of M.G.L. ch. 93A. Statutory requirements and principles of standing preclude the certification, let alone the trial, of any Class 3 consumer claims as to Aventis.  See M.G.L. ch. 93A § 9(3); Baldassari v. Public Finance Trust, 369 Mass. 33 (1975) (superseded by statute on other grounds) (holding that at least one putative class representative must describe his or her claim in a proper, pre-suit demand letter).

3. *Issues relating to the operative complaint remain unresolved*.  Aventis has opposed Plaintiffs' request for leave to file a Fifth Amended Master Consolidated Class Action Complaint ("Fifth Amended Complaint").[4]  The proposed Fifth Amended Complaint seeks to add a multi-state, common-law fraud claim as a new theory of recovery more than five years after the case began, a move that even Plaintiffs concede will require additional time for class certification briefing.[5]  The proposed Fifth Amended Complaint would also violate the Court's

---

[2] See Aventis Pharmaceuticals Inc.'s Individual Memorandum in Opposition to Plaintiffs' Motion for Track Two Class Certification [Doc. No. 2817]

[3] Plaintiffs further confirmed the absence of any Class 1 claims as to Aventis in the October 17, 2006 "Corrected Class Plaintiffs' Submission of the "Generics Chart" Pursuant to the Oral Request of the Court During the Class Certification Hearing in Connection with Track Two" [Doc. No. 3223].

[4] See Track Two Defendants' Opposition to Class Plaintiffs' Motion for Leave to File an Amended Complaint filed on May 10, 2007. [Doc. No. 4181]

[5] See Class Plaintiffs' Corrected Reply Memorandum in Support of Motion for Leave to File Amended Complaint at p. 2. [Doc. No. 4217]

previous orders precluding the addition of new drugs and requiring compliance with the special notice requirements of several state consumer protection laws.[6]

Accordingly, Aventis respectfully requests that the Court deny Plaintiffs' request to set a trial date for all classes as to Aventis.

          Respectfully submitted,

          /s/ Michael DeMarco_____
          Michael DeMarco (BBO #119960)
          michael.demarco@klgates.com
          Aimée E. Bierman (BBO #640385)
          aimee.bierman@klgates.com
          KIRKPATRICK & LOCKHART
          PRESTON GATES ELLIS LLP
          State Street Financial Center
          One Lincoln Street
          Boston, MA 02111-2950
          (617) 261-3100

          Michael L. Koon
          James P. Muehlberger
          Nicholas P. Mizell
          SHOOK, HARDY & BACON L.L.P.
          2555 Grand Blvd.
          Kansas City, Missouri 64108-2613
          (816) 474-6550

          Attorneys for Aventis Pharmaceuticals Inc.

Dated:  May 25, 2007

---

[6] April 10, 2006 Order granting in part Defendants' Motion to Strike Portions of the Fourth Amended Master Consolidated Class Action Complaint ("I strike the new drugs."); In re Pharm. Indus. Average Wholesale Price Litig., 230 F.R.D. 61, 84 (D. Mass. 2005) (Plaintiffs must provide evidence of compliance with the "special notice provisions for bringing consumer protection claims")

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2007 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                                                    /s/ Michael DeMarco
                                                                                     Michael Demarco