UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

### UNOPPOSED MOTION BY THE UNITED STATES FOR EXTENSION OF TIME TO RESPOND TO ABBOTT'S MOTION TO COMPEL ADEQUATE RESPONSES TO DISCOVERY REQUESTS

The United States moves this Court to extend by 3 days (from May 29, to June 1, 2007) the date by which it may respond to Defendant Abbott Laboratories, Inc.'s (Abbott's) Motion to Compel Adequate Responses to Abbott's Discovery Requests.  Counsel for Abbott has stated that Abbott does not oppose the United States' request.  This is the second extension request by the United States relating to the above-noted motion to compel.  By prior motion the United States requested an extension of the filing deadline to May 29th.

Abbott's motion to compel, filed on May 1, addresses a number of issues relating to the broad ranging discovery that has been propounded to the United States.  The United States is preparing a detailed response which addresses the assertions and arguments in Abbott's briefs.  Additional time is required to complete work on that response.  Based on the foregoing, the United States respectfully moves this Court for an additional three-day extension of time to respond to the above-noted motion to compel by Abbott.

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| /s/ George B. Henderson, II<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3398<br>(617) 748-3272 | /s/ Justin Draycott<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>John K. Neal<br>Rebecca A. Ford<br>Civil Division |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044 |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | Phone:  (202) 307-0405 |

Dated: May 29, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above "UNOPPOSED MOTION BY THE UNITED STATES FOR EXTENSION OF TIME TO RESPOND TO ABBOTT'S MOTION TO COMPEL ADEQUATE RESPONSES TO DISCOVERY REQUESTS" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                        /s/ Justin Draycott

Dated: May 29, 2007                                  Justin Draycott