# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 |
| | | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* No. 06-CV-11337-PBS | ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

## [PROPOSED] ORDER

This matter came before the Court upon Ven-A-Care of the Florida Keys, Inc.'s Unopposed Second Motion to Enlarge Time to Respond to Abbott Laboratories, Inc.'s Motion to Compel Plaintiffs United States and Relator to Provide Adequate Responses to Abbott's Discovery Requests.  Having reviewed the motion and the record in this case, it is hereby

ORDERED that the motion of Ven-A-Care of the Florida Keys, Inc. is GRANTED. Ven-A-Care of the Florida Keys, Inc. shall file its response by June 1, 2007.

DONE AND ORDERED this _____ day of _____ , 2007, in Boston, Massachusetts.

_____