UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) State of California, *ex rel.* Ven-A-Care v. ) Abbott Laboratories, Inc., *et al.* ) Case No. 03-cv-11226-PBS ) ) | MDL No. 1456 Master File No. 01-12257-PBS Judge Patti B. Saris |

NOTICE OF VOLUNTARY DISMISSAL OF THE
STATE OF CALIFORNIA'S CLAIMS AGAINST
DEFENDANT BRISTOL-MYERS SQUIBB COMPANY

Please take notice that, following execution of a stipulation between the parties dated May 30, 2007, Plaintiffs in the above-captioned matter hereby dismiss all claims against Bristol-Myers Squibb Company without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Bristol-Myers Squibb Company has not served an answer or motion for summary judgment in the above-captioned case and, therefore, Plaintiffs' claims will be dismissed without order of this court, upon filing of this notice of dismissal.

                                        Respectfully submitted,

                                        EDMUND G. BROWN JR.
                                        Attorney General for the State of California

Dated: May 30, 2007                By: __/s/ *Nicholas N. Paul*_____ _____
                                            NICHOLAS N. PAUL
                                            CA State Bar No: 190605
                                            Supervising Deputy Attorney General
                                            Bureau of Medi-Cal Fraud and Elder Abuse
                                            Office of The Attorney General
                                            1455 Frazee Road, Suite 315
                                            San Diego, California 92108
                                            Telephone: (619) 688-6099
                                            Fax: (619) 688-4200

                                        **Attorneys for Plaintiff,**
                                        **STATE OF CALIFORNIA**


                                        THE BREEN LAW FIRM, P.A.

Dated: May 30, 2007                By: __/s/ *James J. Breen*_____
                                            JAMES J. BREEN
                                            THE BREEN LAW FIRM, P.A.
                                            5755 No. Point Parkway, Suite 39
                                            Alpharetta, Georgia 30022
                                            Telephone: (770) 740-0008
                                            Fax: (770) 740-9109

                                        **Attorneys for *Qui Tam* Plaintiff,**
                                        **VEN-A-CARE OF THE FLORIDA KEYS, INC.**

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on May 30, 2007, I caused a true and correct copy of the foregoing, **NOTICE OF VOLUNTARY DISMISSAL OF THE STATE OF CALIFORNIA'S CLAIMS AGAINST DEFENDANT BRISTOL-MYERS SQUIBB COMPANY**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

          */s/ Nicholas N. Paul*  .
          NICHOLAS N. PAUL
          Supervising Deputy Attorney General