UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

**This filing relates to:**
<u>State of Ohio v. Dey, Inc., et al.</u>,
Case No. 1:07-cv-10270-PBS

_____

MDL No. 1456

Civil Action Nos.   1:07-cv-10270-PBS
                    1:01-cv-12257-PBS

Judge Patti B. Saris

**JOINT NOTICE CONCERNING THE HEARING ON
THE STATE OF OHIO'S UNOPPOSED MOTION TO LIFT STAY**

The State of Ohio and Abbott Laboratories, Inc. ("Abbott") wish to apprise the Court that the Motion of State of Ohio To Lift Stay (the "Motion") filed on March 28, 2007, is unopposed. Abbott filed a response to the Motion on April 11, 2007, in part to apprise the Court of Abbott's position regarding the current procedural posture of this case. Abbott, however, did not, and does not, oppose the Motion. No other defendant filed a response to the Motion. Because the Motion remains unopposed, the hearing on the Motion, which is set for June 11, 2007, is not necessary.

However, if the Court wishes counsel in the Ohio case to appear on June 11 to provide information about the case or its status, counsel would be happy to do so. Counsel will await the Court's instruction.

Dated:  May 30, 2007

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| /s/  Robert Heuck II (per e-mail authorization) | /s/ Toni-Ann Citera |
| MARC DANN, | Shawn J. Organ |
| ATTORNEY GENERAL OF OHIO | Kasey T. Ingram |
| Stanley M. Chesley (0000852) | JONES DAY |
| Lead Counsel and Trial Attorney | P.O. Box 165017 |
| Robert Heuck II (0051283) | 325 John H. McConnell Boulevard |
| WAITE, SCHNEIDER, BAYLESS | Suite 600 |
| & CHESLEY CO., L.P.A. | Columbus, Ohio 43216-5017 |
| 1513 Fourth and Vine Tower | Tel: (614) 469-3939 |
| One West Fourth Street | Fax: (614) 461-4198 |
| Cincinnati, OH 45202 | |
| Phone: (513) 621-0267 | Toni-Ann Citera |
| Facsimile: (513) 381-2385 | JONES DAY |
| Email: heuck@wsbclaw.com | 222 East 41st Street |
| | New York, New York  10017 |
| Thomas W. Breidenstein (0064299) | Tel:  (212) 326-8376 |
| BARRET & WEBER, L.P.A. | Fax:  (212) 755-7306 |
| 500 Fourth and Walnut Centre | |
| 105 East Fourth Street | James R. Daly |
| Cincinnati, OH 45202 | Lee Ann Russo |
| Phone: (513) 721-2120 | JONES DAY |
| Facsimile: (513) 721-2139 | 77 West Wacker |
| | Chicago, Illinois 60601-1692 |
| James E. Swaim (007362) | Telephone:  (312) 782-3939 |
| Trial Attorney | Facsimile:  (312) 782-8585 |
| Richard Hempfling (0029986) | |
| FLANAGAN, LIEBERMAN, HOFFMAN | COUNSEL FOR DEFENDANT |
| & SWAIM | ABBOTT LABORATORIES, INC. |
| 318 West Fourth Street | |
| Dayton, OH 45402 | |
| Phone: (937) 223-5200 | |
| Facsimile: (937) 3335 | |
| Email: Rhempfling@flhslaw.com | |

Of Counsel:
C. David Ewing (0028989)
EWING, MCMILLAN & WILLIS
429 W. Muhammad Ali Blvd., Suite 1100
Louisville, KY 40202-2347
Phone: (502) 585-5800
Facsimile: (502) 585-5858
Email: geslaw@msn.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed with the Court's ECF System this 30th day of May 2007, which automatically results in electronic service upon all counsel of record.

/s/ Toni-Ann Citera