## EXHIBIT B: DECLARATION OF MARISA A. SZELAG

I, Marisa A. Szelag, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following United States District Courts and state courts on the dates indicated for each:

|  | DATE ADMITTED |
| --- | --- |
| The State of Connecticut | 10/31/2005 |
| The State of New York | 09/11/2006 |
| United States District Court for the Southern District of New York | 11/14/2006 |
| United States District Court for the Eastern District of New York | 11/14/2006 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the United States District Court for the Southern District of New York is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on May 31, 2007.

By: _____
Marisa A. Szelag

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__MARISA ANN SZELAG__, Bar # __MS1229__

was duly admitted to practice in this Court on

__NOVEMBER 14th, 2006__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York       on  MAY 30th, 2007

__J. MICHAEL McMAHON__
Clerk

by: _[signature]_
Deputy Clerk