UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) ) ) ) | MDL No. 1456 <br> Master File No. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) ) ) *United States of America ex rel. Ven-A-Care of the* ) *Florida Keys, Inc., et al. v. Dey, Inc., et al.*, ) Civil Action No. 05-11084-PBS ) ) |  |

### JOINT MOTION FOR AN EXTENSION OF TIME TO SUBMIT A CASE MANAGEMENT ORDER

Defendants, Dey, Inc., Dey L.P., and Dey L.P., Inc. (collectively, "Dey"), by and through their undersigned counsel, hereby submit this Joint Motion for an Extension of Time to Submit a Case Management Order. Plaintiffs, the United States of America, together with Relator Ven-A-Care of the Florida Keys, Inc., assent to the filing of this joint motion.

During the May 17, 2007 hearing on Defendants Dey, Inc., Dey L.P., and Dey L.P., Inc.'s Motion to Dismiss, the Court requested that the parties submit a case management order within two weeks. Dey hereby moves this Court to extend by two weeks (from May 31, 2007 to June 14, 2007) the date by which the parties shall submit a joint motion for the entry of a case management order in the above-captioned case. The parties also contemplate submitting a proposed protective order at that time.

In support of this motion, Dey submits that the parties have extensively negotiated a case management order and have conducted two recent meet and confer calls, one on May 24, 2007 and one on May 30, 2007. As a result of those conferences, the parties have been able to agree to the majority of the terms of a comprehensive case management order. However, despite

NY01/SZELM/1214472.2                                    1

their attempts at cooperation, the parties have been unable to resolve a few limited issues. Therefore, the parties are in the process of drafting a joint motion for the entry of a case management order which will attach the proposed case management order as agreed-upon by the parties and in which each side will set forth their positions on the issues that remain unresolved. In addition, the parties are in the process of drafting a protective order to be submitted at the time of their joint motion for the entry of a case management order. The coordination and drafting of these documents requires further cooperation by the parties, and as a result, a case management order cannot be submitted by the deadline established by the Court.

For the foregoing reasons, the parties respectfully move this Court for a two-week extension of time in which to file a joint motion for the entry of a case management order and a protective order for this case.

Dated: May 31, 2007

Respectfully Submitted,

KELLEY DRYE & WARREN LLP

By: /s Neil Merkl
    Paul F. Doyle (BBO # 133460)
    William A. Escobar *(pro hac vice)*
    Neil Merkl *(pro hac vice)*

101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Attorneys for Defendants Dey, Inc.*
*Dey, L.P., and Dey, L.P., Inc.*

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on May 31, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                          /s Neil Merkl