UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, <br> Civil Action No. 05-11084-PBS | MDL No. 1456 <br> Master File No. 01-CV-12257-PBS <br><br> Hon. Patti B. Saris |

[*PROPOSED*]
**ORDER GRANTING ADDITIONAL TIME**

Upon consideration of the Joint Motion for an Extension of Time to Submit a Case Management Order, it is by the COURT ORDERED:

That the Joint Motion for an Extension of Time to Submit a Case Management Order is GRANTED; and

That the United States, Relator Ven-A-Care of the Florida Keys, Inc., and Dey, Inc., Dey L.P., and Dey L.P., Inc. shall have up to and including June 14, 2007 by which to file a joint motion for the entry of a case management order in the above-captioned case.

Date:_____                         _____
                                             United States District Court

NY01/SZELM/1214481.1