UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**UNOPPOSED MOTION BY UNITED STATES FOR LEAVE TO FILE AN OPPOSITION TO ABBOTT'S MOTION TO COMPEL ADEQUATE RESPONSES TO ABBOTT'S DISCOVERY REQUESTS IN EXCESS OF PAGE LIMIT**

Pursuant to Local Rule 7.1(b) (4), the United States requests that it be given leave to file a 32 page opposition to Defendant Abbott Laboratories, Inc.'s Motion to Compel Adequate Response to Abbott's Discovery Requests. The United States respectfully submits that a brief in excess of the page limit in the Local Rules will be required to adequately respond to the issues raised in Abbott Laboratories, Inc.'s Motion to Compel Adequate Response to Abbott's Discovery Requests. Abbott's counsel has advised that defendant does not oppose this request.

Dated: June 1, 2007                              Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN | PETER D. KEISLER |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

George B. Henderson, II
Assistant U.S. Attorneys
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

 /s/ Justin Draycott
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
John K. Neal
Rebecca A. Ford
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-0405
Fax: (202) 305-7797

Dated: June 1, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the **Unopposed Motion by United States for Leave to File Opposition to Motion to Compel Adequate Response to Abbott's Discovery Requests in Excess of Page Limit** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                              /s/ Justin Draycott

Dated: June 1, 2007                                 Justin Draycott