UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456<br>) Civil Action No. 01-12257-PBS<br>) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti Saris<br>) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,*. CIVIL ACTION NO. 06-11337-PBS | ) Magistrate Judge Marianne Bowler<br>) ) ) |

**[PROPOSED] ORDER**

Upon consideration of Motion by the United States for Leave to File Opposition to Motion to Compel Adequate Response to Abbott's Discovery Requests in Excess of Page Limit IT IS ORDERED that,

    1.    The motion by the United States is GRANTED;

    2.    The United States is given leave to file a brief in opposition to defendant's Motion to Compel Adequate Response to Abbott's Discovery Requests which exceeds the page limit in the Local Rules;

    3.    The Clerk of this Court is directed to accept and file the above-noted brief.

IT IS SO ORDERED,

This _____ day of _____, 2007.

 

_____
United States District Judge