# EXHIBIT 1

# Department of Health and Human Services

## OFFICE OF INSPECTOR GENERAL

# EXCESSIVE MEDICARE PAYMENTS FOR PRESCRIPTION DRUGS



**JUNE GIBBS BROWN**
Inspector General

DECEMBER 1997
OEI-03-97-00290

# OFFICE OF INSPECTOR GENERAL

The mission of the Office of Inspector General (OIG), as mandated by Public Law 95-452, is to protect the integrity of the Department of Health and Human Services programs as well as the health and welfare of beneficiaries served by them. This statutory mission is carried out through a nationwide program of audits, investigations, inspections, sanctions, and fraud alerts. The Inspector General informs the Secretary of program and management problems and recommends legislative, regulatory, and operational approaches to correct them.

## Office of Evaluation and Inspections

The Office of Evaluation and Inspections (OEI) is one of several components of the Office of Inspector General. It conducts short-term management and program evaluations (called inspections) that focus on issues of concern to the Department, the Congress, and the public. The inspection reports provide findings and recommendations on the efficiency, vulnerability, and effectiveness of departmental programs.

OEI's Philadelphia Regional Office prepared this report under the direction of Robert A. Vito, Regional Inspector General. Principal OEI staff included:

**REGION**

Linda M. Ragone, *Project Leader*
David Tawes
Nancy J. Molyneaux
Lauren McNulty
Amy Sernyak
Cynthia R. Hansford
Brijen Shaw

**HEADQUARTERS**

Lisa A. Foley, *Program Specialist*

To obtain copies of this report, please call the Philadelphia Regional Office at (800) 531-9562.