# EXHIBIT 2

Department of Health and Human Services

# OFFICE OF INSPECTOR GENERAL

# MEDICARE PAYMENTS FOR NEBULIZER DRUGS

JUNE GIBBS BROWN
Inspector General

FEBRUARY 1996
OEI-03-94-00390

## OFFICE OF INSPECTOR GENERAL

The mission of the Office of Inspector General (OIG), as mandated by Public Law 95-452, as amended, is to protect the integrity of the Department of Health and Human Services' (HHS) programs as well as the health and welfare of beneficiaries served by those programs. This statutory mission is carried out through a nationwide network of audits, investigations, and inspections conducted by three OIG operating components: the Office of Audit Services, the Office of Investigations, and the Office of Evaluation and Inspections. The OIG also informs the Secretary of HHS of program and management problems and recommends courses to correct them.

## OFFICE OF AUDIT SERVICES

The OIG's Office of Audit Services (OAS) provides all auditing services for HHS, either by conducting audits with its own audit resources or by overseeing audit work done by others. Audits examine the performance of HHS programs and/or its grantees and contractors in carrying out their respective responsibilities and are intended to provide independent assessments of HHS programs and operations in order to reduce waste, abuse, and mismanagement and to promote economy and efficiency throughout the Department.

## OFFICE OF INVESTIGATIONS

The OIG's Office of Investigations (OI) conducts criminal, civil, and administrative investigations of allegations of wrongdoing in HHS programs or to HHS beneficiaries and of unjust enrichment by providers. The investigative efforts of OI lead to criminal convictions, administrative sanctions, or civil money penalties. The OI also oversees State Medicaid fraud control units which investigate and prosecute fraud and patient abuse in the Medicaid program.

## OFFICE OF EVALUATION AND INSPECTIONS

The OIG's Office of Evaluation and Inspections (OEI) conducts short-term management and program evaluations (called inspections) that focus on issues of concern to the Department, the Congress, and the public. The findings and recommendations contained in these inspection reports generate rapid, accurate, and up-to-date information on the efficiency, vulnerability, and effectiveness of departmental programs.

This report was prepared in the Philadelphia Regional Office, under the direction of Thomas J. Robertson, Regional Inspector General for Audit Services, and Robert A. Vito, Regional Inspector General for Evaluation and Inspections. Project Staff included:

Philadelphia Region

David Graf, *Project Leader, OAS*
Robert A. Katz, *Program Analyst*
Cynthia R. Hansford, *Program Assistant*
Neil Montavani, *Intern*

Headquarters

Mary Beth Clarke, *Program Analyst*

Department of Health and Human Services

# OFFICE OF INSPECTOR GENERAL

# QUESTIONABLE PRACTICES INVOLVING NEBULIZER DRUG THERAPY

JUNE GIBBS BROWN
Inspector General

MARCH 1997
OEI-03-94-00391

## OFFICE OF INSPECTOR GENERAL

The mission of the Office of Inspector General (OIG), as mandated by Public Law 95-452, is to protect the integrity of the Department of Health and Human Services programs as well as the health and welfare of beneficiaries served by them. This statutory mission is carried out through a nationwide program of audits, investigations, inspections, sanctions, and fraud alerts. The Inspector General informs the Secretary of program and management problems and recommends legislative, regulatory, and operational approaches to correct them.

## Office of Evaluation and Inspections

The Office of Evaluation and Inspections (OEI) is one of several components of the Office of Inspector General. It conducts short-term management and program evaluations (called inspections) that focus on issues of concern to the Department, the Congress, and the public. The inspection reports provide findings and recommendations on the efficiency, vulnerability, and effectiveness of departmental programs.

The OEI's Philadelphia Regional Office prepared this report under the direction of Robert A. Vito, Regional Inspector General. Principal OEI staff included:

**Region**

Robert A. Katz, *Project Leader*
Amy Sernyak, *Lead Analyst*
Linda M. Ragone, *Program Analyst*
Cynthia Hansford, *Program Assistant*
Karen Folk, *Intern*
Ethan Shaw, *Intern*
Patti Loyack, *Intern*

**Headquarters**

Mary Beth Clarke, *Program Specialist*
Brian Ritchie, *Technical Support Staff*
Barbara Tedesco, *Statistician*
Linda Moscoe, *Technical Support Staff*

**Office of Audit Services**

David J. Graf, *Advanced Techniques Staff*, Philadelphia
Lourdes Puntonet, *Auditor*, Atlanta

Department of Health and Human Services

# OFFICE OF INSPECTOR GENERAL

# A COMPARISON OF ALBUTEROL SULFATE PRICES

JUNE GIBBS BROWN
Inspector General

JUNE 1996
OEI-03-94-00392

# OFFICE OF INSPECTOR GENERAL

The mission of the Office of Inspector General (OIG), as mandated by Public Law 95-452, as amended, is to protect the integrity of the Department of Health and Human Services' (HHS) programs as well as the health and welfare of beneficiaries served by those programs. This statutory mission is carried out through a nationwide network of audits, investigations, and inspections conducted by three OIG operating components: the Office of Audit Services, the Office of Investigations, and the Office of Evaluation and Inspections. The OIG also informs the Secretary of HHS of program and management problems and recommends courses to correct them.

# OFFICE OF AUDIT SERVICES

The OIG's Office of Audit Services (OAS) provides all auditing services for HHS, either by conducting audits with its own audit resources or by overseeing audit work done by others. Audits examine the performance of HHS programs and/or its grantees and contractors in carrying out their respective responsibilities and are intended to provide independent assessments of HHS programs and operations in order to reduce waste, abuse, and mismanagement and to promote economy and efficiency throughout the Department.

# OFFICE OF INVESTIGATIONS

The OIG's Office of Investigations (OI) conducts criminal, civil, and administrative investigations of allegations of wrongdoing in HHS programs or to HHS beneficiaries and of unjust enrichment by providers. The investigative efforts of OI lead to criminal convictions, administrative sanctions, or civil money penalties. The OI also oversees State Medicaid fraud control units which investigate and prosecute fraud and patient abuse in the Medicaid program.

# OFFICE OF EVALUATION AND INSPECTIONS

The OIG's Office of Evaluation and Inspections (OEI) conducts short-term management and program evaluations (called inspections) that focus on issues of concern to the Department, the Congress, and the public. The findings and recommendations contained in these inspection reports generate rapid, accurate, and up-to-date information on the efficiency, vulnerability, and effectiveness of departmental programs. This report was prepared in the Philadelphia Regional Office under the direction of Robert A. Vito, Regional Inspector General.

**PHILADELPHIA REGIONAL STAFF**

Linda M. Ragone, *Project Leader*
Robert Katz, *Program Analyst*
Nancy Molyneaux, *Program Analyst*
Cynthia Hansford, *Program Assistant*

**HEADQUARTERS STAFF**

Mary Beth Clarke, *Program Specialist*

**To obtain copies of this report, please call the Philadelphia Regional Office at (800) 531-9562.**

Department of Health and Human Services

# OFFICE OF INSPECTOR GENERAL

# SUPPLIERS' ACQUISITION COSTS FOR ALBUTEROL SULFATE

JUNE GIBBS BROWN
Inspector General

JUNE 1996
OEI-03-94-00393

# OFFICE OF INSPECTOR GENERAL

The mission of the Office of Inspector General (OIG), as mandated by Public Law 95-452, as amended, is to protect the integrity of the Department of Health and Human Services' (HHS) programs as well as the health and welfare of beneficiaries served by those programs. This statutory mission is carried out through a nationwide network of audits, investigations, and inspections conducted by three OIG operating components: the Office of Audit Services, the Office of Investigations, and the Office of Evaluation and Inspections. The OIG also informs the Secretary of HHS of program and management problems and recommends courses to correct them.

## OFFICE OF AUDIT SERVICES

The OIG's Office of Audit Services (OAS) provides all auditing services for HHS, either by conducting audits with its own audit resources or by overseeing audit work done by others. Audits examine the performance of HHS programs and/or its grantees and contractors in carrying out their respective responsibilities and are intended to provide independent assessments of HHS programs and operations in order to reduce waste, abuse, and mismanagement and to promote economy and efficiency throughout the Department.

## OFFICE OF INVESTIGATIONS

The OIG's Office of Investigations (OI) conducts criminal, civil, and administrative investigations of allegations of wrongdoing in HHS programs or to HHS beneficiaries and of unjust enrichment by providers. The investigative efforts of OI lead to criminal convictions, administrative sanctions, or civil money penalties. The OI also oversees State Medicaid fraud control units which investigate and prosecute fraud and patient abuse in the Medicaid program.

## OFFICE OF EVALUATION AND INSPECTIONS

The OIG's Office of Evaluation and Inspections (OEI) conducts short-term management and program evaluations (called inspections) that focus on issues of concern to the Department, the Congress, and the public. The findings and recommendations contained in these inspection reports generate rapid, accurate, and up-to-date information on the efficiency, vulnerability, and effectiveness of departmental programs. This report was prepared in the Philadelphia Regional Office under the direction of Robert A. Vito, Regional Inspector General.

**PHILADELPHIA REGIONAL STAFF**

Robert A. Katz, *Project Leader*
Amy J. Sernyak, *Program Analyst*
Karen Folk, *Intern*

**HEADQUARTERS STAFF**

Mary Beth Clarke, *Program Specialist*

**To obtain copies of this report, please call the Philadelphia Regional Office at (800) 531-9562.**

Department of Health and Human Services

# OFFICE OF INSPECTOR GENERAL

# APPROPRIATENESS OF MEDICARE PRESCRIPTION DRUG ALLOWANCES




JUNE GIBBS BROWN
Inspector General

MAY 1996
OEI-03-95-00420

# OFFICE OF INSPECTOR GENERAL

The mission of the Office of Inspector General (OIG), as mandated by Public Law 95-452, as amended, is to protect the integrity of the Department of Health and Human Services' (HHS) programs as well as the health and welfare of beneficiaries served by those programs. This statutory mission is carried out through a nationwide network of audits, investigations, and inspections conducted by three OIG operating components: the Office of Audit Services, the Office of Investigations, and the Office of Evaluation and Inspections. The OIG also informs the Secretary of HHS of program and management problems and recommends courses to correct them.

## OFFICE OF AUDIT SERVICES

The OIG's Office of Audit Services (OAS) provides all auditing services for HHS, either by conducting audits with its own audit resources or by overseeing audit work done by others. Audits examine the performance of HHS programs and/or its grantees and contractors in carrying out their respective responsibilities and are intended to provide independent assessments of HHS programs and operations in order to reduce waste, abuse, and mismanagement and to promote economy and efficiency throughout the Department.

## OFFICE OF INVESTIGATIONS

The OIG's Office of Investigations (OI) conducts criminal, civil, and administrative investigations of allegations of wrongdoing in HHS programs or to HHS beneficiaries and of unjust enrichment by providers. The investigative efforts of OI lead to criminal convictions, administrative sanctions, or civil money penalties. The OI also oversees State Medicaid fraud control units which investigate and prosecute fraud and patient abuse in the Medicaid program.

## OFFICE OF EVALUATION AND INSPECTIONS

The OIG's Office of Evaluation and Inspections (OEI) conducts short-term management and program evaluations (called inspections) that focus on issues of concern to the Department, the Congress, and the public. The findings and recommendations contained in these inspection reports generate rapid, accurate, and up-to-date information on the efficiency, vulnerability, and effectiveness of departmental programs. This report was prepared in the Philadelphia Regional Office under the direction of Robert A. Vito, Regional Inspector General.

**PHILADELPHIA REGIONAL STAFF**

Linda M. Ragone, *Project Leader*
Shane Lanzo, *Intern*
Vivek Rao, *Intern*

**HEADQUARTERS STAFF**

Mary Beth Clarke, *Program Specialist*

**To obtain copies of this report, please call the Philadelphia Regional Office at (800) 531-9562.**

# Department of Health and Human Services

# OFFICE OF INSPECTOR GENERAL

# THE IMPACT OF HIGH-PRICED GENERIC DRUGS ON MEDICARE AND MEDICAID

JUNE GIBBS BROWN
Inspector General

JULY 1998
OEI-03-97-00510

# OFFICE OF INSPECTOR GENERAL

The mission of the Office of Inspector General (OIG), as mandated by Public Law 95-452, is to protect the integrity of the Department of Health and Human Services programs as well as the health and welfare of beneficiaries served by them. This statutory mission is carried out through a nationwide program of audits, investigations, inspections, sanctions, and fraud alerts. The Inspector General informs the Secretary of program and management problems and recommends legislative, regulatory, and operational approaches to correct them.

## Office of Evaluation and Inspections

The Office of Evaluation and Inspections (OEI) is one of several components of the Office of Inspector General. It conducts short-term management and program evaluations (called inspections) that focus on issues of concern to the Department, the Congress, and the public. The inspection reports provide findings and recommendations on the efficiency, vulnerability, and effectiveness of departmental programs.

OEI's Philadelphia Regional Office prepared this report under the direction of Robert A. Vito, Regional Inspector General, and Linda M. Ragone, Deputy Regional Inspector General. Principal OEI staff included:

**REGION**

Linda M. Ragone, *Project Leader*
David Graf
Cynthia Hansford

**HEADQUARTERS**

Lisa A. Foley, *Program Specialist*

To obtain copies of this report, please call the Philadelphia Regional Office at 1-800-531-9562.
Reports are also available on the World Wide Web at our home page address:
http://www.dhhs.gov/progorg/oei

**Department of Health and Human Services**

# OFFICE OF INSPECTOR GENERAL

# Are Medicare Allowances for Albuterol Sulfate Reasonable?

JUNE GIBBS BROWN
Inspector General

AUGUST 1998
OEI-03-97-00292

## OFFICE OF INSPECTOR GENERAL

The mission of the Office of Inspector General (OIG), as mandated by Public Law 95-452, is to protect the integrity of the Department of Health and Human Services programs as well as the health and welfare of beneficiaries served by them. This statutory mission is carried out through a nationwide program of audits, investigations, inspections, sanctions, and fraud alerts. The Inspector General informs the Secretary of program and management problems and recommends legislative, regulatory, and operational approaches to correct them.

### Office of Evaluation and Inspections

The Office of Evaluation and Inspections (OEI) is one of several components of the Office of Inspector General. It conducts short-term management and program evaluations (called inspections) that focus on issues of concern to the Department, the Congress, and the public. The inspection reports provide findings and recommendations on the efficiency, vulnerability, and effectiveness of departmental programs.

OEI's Philadelphia Regional Office prepared this report under the direction of Robert A. Vito, Regional Inspector General and Linda M. Ragone, Deputy Regional Inspector General. Principal OEI staff included:

**REGION**

Linda M. Ragone, *Project Leader*
Cynthia R. Hansford, *Program Assistant*

**HEADQUARTERS**

Lisa A. Foley, *Program Specialist*
Stuart R. Wright, *Program Specialist*

To obtain copies of this report, please call the Philadelphia Regional Office at 1-800-531-9562.
Reports are also available on the World Wide Web at our home page address:
http://www.dhhs.gov/progorg/oei

Department of Health and Human Services

# OFFICE OF INSPECTOR GENERAL

# Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs

JUNE GIBBS BROWN
Inspector General

NOVEMBER 1998
OEI-03-97-00293

## OFFICE OF INSPECTOR GENERAL

The mission of the Office of Inspector General (OIG), as mandated by Public Law 95-452, is to protect the integrity of the Department of Health and Human Services programs as well as the health and welfare of beneficiaries served by them. This statutory mission is carried out through a nationwide program of audits, investigations, inspections, sanctions, and fraud alerts. The Inspector General informs the Secretary of program and management problems and recommends legislative, regulatory, and operational approaches to correct them.

### Office of Evaluation and Inspections

The Office of Evaluation and Inspections (OEI) is one of several components of the Office of Inspector General. It conducts short-term management and program evaluations (called inspections) that focus on issues of concern to the Department, the Congress, and the public. The inspection reports provide findings and recommendations on the efficiency, vulnerability, and effectiveness of departmental programs.

OEI's Philadelphia Regional Office prepared this report under the direction of Robert A. Vito, Regional Inspector General, and Linda M. Ragone, Deputy Regional Inspector General. Principal OEI staff included:

**REGION**

David Tawes, *Lead Analyst*
Nancy J. Molyneaux

**HEADQUARTERS**

Lisa A. Foley, *Program Specialist*

To obtain copies of this report, please call the Philadelphia Regional Office at (800) 531-9562. Reports are also available on the World Wide Web at our home page address:

http://www.dhhs.gov/progorg/oei