# EXHIBIT 3

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*99 N.E. 4 Street*

*Miami, FL 33132*
*Tel. (305) 961-9431*
*Fax (305) 536-4101*

April 9, 2007

Via E-Mail

R. Christopher Cook
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Re:   *United States ex rel. Ven-a-Care v. Abbott Laboratories*, 06-cv-11337-PBS.

Dear Chris:

      Pursuant to Rule 33(d), the United States has produced documents responsive to Abbott's interrogatory number 3, including documents beyond those described in the United States' formal response. You and David Torborg have requested additional information relating to reports from the HHS-OIG Office of Audit Services ("OAS"). You have requested the additional information on a rolling basis, and you indicated you were not requesting a formal supplement to the United States' response to interrogatory number 3 at this time.

      It is our understanding that the following employees had substantial involvement in at least one of the OAS reports associated with their names. The reports are listed following their names below.

Paul Chesser

| | |
|---|---|
| A-06-00-00023 | Medicaid Pharmacy- Actual Acquisition Price of Brand Name Prescription Drug Products |
| A-06-01-00007 | Review of Pharmacy Acquisition Cost for Drugs Under Medicaid Prescription Drug Program of West Virginia Department of Health |
| A-06-01-00053 | Medicaid Pharmacy- Actual Acquisition Cost of Generic Prescription Drug Products |
| A-06-91-00056 | Medicaid Drug Rebates: Inaccurate Reporting of Medicaid Drug Data by Pharmacists |
| A-06-91-00102 | Medicaid Drug Rebates: Improvements Needed in the Health Care Financing Administration's Procedures to Implement the Medicaid Drug Rebate Program |
| A-06-92-00029 | Review of Management Controls Over the Medicaid Prescription Drug Rebate Program |
| A-06-93-00003 | Audit of Arkansas Department of Human Services' Medicaid Drug Prescription Drug Rebate Program |
| A-06-93-00008 | Medicaid Program Savings Through the Use of Therapeutically Equivalent Generic Drugs |

Page 1 of 5

| | |
|---|---|
| A-06-93-00070 | Elimination of the Weighted Average Manufacturer Price Provisions of the Medicaid Outpatient Prescription Drug Rebate Program |
| A-06-95-00062 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services |
| A-06-95-00063 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Delaware Department of Health and Social Services |
| A-06-95-00064 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the District of Columbia Department of Human Services |
| A-06-95-00065 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Florida Agency for Health Care Administration |
| A-06-95-00066 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Maryland Department of Health and Mental Hygiene |
| A-06-95-00067 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Missouri Department of Social Services |
| A-06-95-00068 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Montana Department of Public Health and Human Services |
| A-06-95-00069 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Nebraska Department of Social Services |
| A-06-95-00070 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the New Jersey Department of Human Services |
| A-06-95-00071 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the North Carolina Department of Human Resources |
| A-06-95-00072 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Virginia Department of Medical Assistance Services |
| A-06-96-00030 | Medicaid Pharmacy- Actual Acquisition Cost of Prescription Drug Products for Brand Name Drugs |
| A-06-97-00011 | Medicaid Pharmacy- Actual Acquisition Cost of Generic Prescription Drug Products |
| A-06-97-00052 | Need to Establish Connection Between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs |
| A-06-99-00035 | Utah Department of Health Report on Medicaid Pharmacy- Acquisition Cost of Brand Name Prescription Drug Products |

## Natalie Hull

| | |
|---|---|
| A-06-01-00007 | Review of Pharmacy Acquisition Cost for Drugs Under Medicaid Prescription Drug Program of West Virginia Department of Health |
| A-06-01-00053 | Medicaid Pharmacy- Actual Acquisition Cost of Generic Prescription Drug Products |
| A-06-97-00052 | Need to Establish Connection Between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs |

## Ben Jackson

| | |
|---|---|
| A-06-00-00023 | Medicaid Pharmacy- Actual Acquisition Price of Brand Name Prescription Drug Products |
| A-06-01-00053 | Medicaid Pharmacy- Actual Acquisition Cost of Generic Prescription Drug Products |
| A-06-95-00070 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the New Jersey Department of Human Services |

Gordon Sato

| | |
|---|---|
| A-06-91-00056 | Medicaid Drug Rebates: Inaccurate Reporting of Medicaid Drug Data by Pharmacists |
| A-06-91-00092 | Medicaid Drug Rebates: The Health Care Financing Administration Needs to Provide Additional Guidance to Drug Manufacturers to Better Implement the Program |
| A-06-91-00102 | Medicaid Drug Rebates: Improvements Needed in the Health Care Financing Administration's Procedures to Implement the Medicaid Drug Rebate Program |
| A-06-92-00029 | Review of Management Controls Over the Medicaid Prescription Drug Rebate Program |
| A-06-92-00079 | Medicare Part B Reimbursement to Providers for Drugs in Conjunction with Durable Medical Equipment |
| A-06-93-00003 | Audit of Arkansas Department of Human Services' Medicaid Drug Prescription Drug Rebate Program |
| A-06-93-00008 | Medicaid Program Savings Through the Use of Therapeutically Equivalent Generic Drugs |
| A-06-93-00070 | Elimination of the Weighted Average Manufacturer Price Provisions of the Medicaid Outpatient Prescription Drug Rebate Program |
| A-06-95-00062 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services |
| A-06-95-00063 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Delaware Department of Health and Social Services |
| A-06-95-00064 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the District of Columbia Department of Human Services |
| A-06-95-00065 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Florida Agency for Health Care Administration |
| A-06-95-00066 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Maryland Department of Health and Mental Hygiene |
| A-06-95-00067 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Missouri Department of Social Services |
| A-06-95-00068 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Montana Department of Public Health and Human Services |
| A-06-95-00069 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Nebraska Department of Social Services |
| A-06-95-00070 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the New Jersey Department of Human Services |
| A-06-95-00071 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the North Carolina Department of Human Resources |
| A-06-95-00072 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Virginia Department of Medical Assistance Services |
| A-06-96-00030 | Medicaid Pharmacy- Actual Acquisition Cost of Prescription Drug Products for Brand Name Drugs |
| A-06-97-00052 | Need to Establish Connection Between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs |

William Shrigley, Jr.

| | |
|---|---|
| A-06-00-00023 | Medicaid Pharmacy- Actual Acquisition Price of Brand Name Prescription Drug Products |
| A-06-01-00007 | Review of Pharmacy Acquisition Cost for Drugs Under Medicaid Prescription Drug Program of West Virginia Department of Health |
| A-06-01-00053 | Medicaid Pharmacy- Actual Acquisition Cost of Generic Prescription Drug Products |
| A-06-91-00056 | Medicaid Drug Rebates: Inaccurate Reporting of Medicaid Drug Data by Pharmacists |

| | |
|---|---|
| A-06-91-00092 | Medicaid Drug Rebates: The Health Care Financing Administration Needs to Provide Additional Guidance to Drug Manufacturers to Better Implement the Program |
| A-06-91-00102 | Medicaid Drug Rebates: Improvements Needed in the Health Care Financing Administration's Procedures to Implement the Medicaid Drug Rebate Program |
| A-06-92-00029 | Review of Management Controls Over the Medicaid Prescription Drug Rebate Program |
| A-06-92-00079 | Medicare Part B Reimbursement to Providers for Drugs in Conjunction with Durable Medical Equipment |
| A-06-93-00003 | Audit of Arkansas Department of Human Services' Medicaid Drug Prescription Drug Rebate Program |
| A-06-93-00008 | Medicaid Program Savings Through the Use of Therapeutically Equivalent Generic Drugs |
| A-06-93-00070 | Elimination of the Weighted Average Manufacturer Price Provisions of the Medicaid Outpatient Prescription Drug Rebate Program |
| A-06-95-00062 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services |
| A-06-95-00063 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Delaware Department of Health and Social Services |
| A-06-95-00064 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the District of Columbia Department of Human Services |
| A-06-95-00065 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Florida Agency for Health Care Administration |
| A-06-95-00066 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Maryland Department of Health and Mental Hygiene |
| A-06-95-00067 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Missouri Department of Social Services |
| A-06-95-00068 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Montana Department of Public Health and Human Services |
| A-06-95-00069 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Nebraska Department of Social Services |
| A-06-95-00070 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the New Jersey Department of Human Services |
| A-06-95-00071 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the North Carolina Department of Human Resources |
| A-06-95-00072 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Virginia Department of Medical Assistance Services |
| A-06-96-00030 | Medicaid Pharmacy- Actual Acquisition Cost of Prescription Drug Products for Brand Name Drugs |
| A-06-97-00011 | Medicaid Pharmacy- Actual Acquisition Cost of Generic Prescription Drug Products |
| A-06-97-00052 | Need to Establish Connection Between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs |
| A-06-99-00035 | Utah Department of Health Report on Medicaid Pharmacy- Acquisition Cost of Brand Name Prescription Drug Products |

## Howard Webb

| | |
|---|---|
| A-06-01-00053 | Medicaid Pharmacy- Actual Acquisition Cost of Generic Prescription Drug Products |
| A-06-91-00056 | Medicaid Drug Rebates: Inaccurate Reporting of Medicaid Drug Data by Pharmacists |
| A-06-91-00092 | Medicaid Drug Rebates: The Health Care Financing Administration Needs to Provide Additional Guidance to Drug Manufacturers to Better Implement the Program |

| | |
|---|---|
| A-06-91-00102 | Medicaid Drug Rebates: Improvements Needed in the Health Care Financing Administration's Procedures to Implement the Medicaid Drug Rebate Program |
| A-06-92-00029 | Review of Management Controls Over the Medicaid Prescription Drug Rebate Program |
| A-06-93-00003 | Audit of Arkansas Department of Human Services' Medicaid Drug Prescription Drug Rebate Program |
| A-06-95-00067 | Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Missouri Department of Social Services |

If we are able to ascertain additional information, we will continue to provide it on a rolling basis.

Sincerely,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:  /s/ *Ana Maria Martinez*
Ana Maria Martinez
Assistant United States Attorney

cc: David S. Torborg, Esq.
   Neil Merkl, Esq.
   Martin F. Murphy, Esq.
   Eric T. Gortner, Esq.
   Helen E. Witt, Esq.