# EXHIBIT 4

6c8

# MEETING PARTICIPANTS

### PLEASE PRINT CLEARLY FOR MAILING ADDRESS



EXHIBIT
Abbs # 32
3-6-07

**Subject:** *Working Group, Medicare and Medicaid Programs, Proposed Rule*

Entrance Conference [ ]        Exit Conference [X]        Interim Conference [ ]

**Date:** 9/19/95

| NAME | ORGANIZATION | LOCATION | TELEPHONE |
|---|---|---|---|
| Larry Reed | Medicaid Bureau | CA-25-01 | (410) 786-3325 |
| Lisa Foley | OGC-IG | Cohen-DC | 202 619 1306 |
| MARVIN STOOGENKE | BPO | S1-06-25 | 410-786-9867 |
| ___ ___ | BPI | ___ | ___ |
| Kathy Pirotte | HSQB | S2-28-18 | 410 786-6774 |
| FRANCINA SPENCER | BPD/OCCIP | C4-12-28 | 440-786-4614 |
| Eileen Bechkes | OIG/OAS | N2-25-26 | 410-786-7105 |
| Mary Beth Clarke | OIG-OEI | Cohen-DC | 202 619.2481 |
| Aron Primack | HCFA/BPO/OBI | S3-D3-27 | 410-786-9739 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| ROBIN MAGLWOOD | OFHR/MPAS | C2-25-28 | 786-1999 |

# MEETING PARTICIPANTS

Subject: *Medic*

Entrance Conference [X]          Exit Conference [ ]          Interim Conference [ ]

Date: 3/16/95

## PLEASE PRINT CLEARLY FOR MAILING PURPOSES

| NAME | ORGANIZATION | MAIL STOP | TELEPHONE |
|------|--------------|-----------|-----------|
| Vicki Chilton | MPAS | 2 H 4 ELR | 6-1437 |
| Robert V.t | OIG OEI | Phila Lg Office | (215) 596-0609 |
| Vinny Thompson | IPG OEI | | 6-3138 |
| Linda Ragone | OIG/OEI HCFit | Phila. | (215) 596-9752 |
| Juliette Jenkins | BPO/MR | 1-13-7 | 410 966-6997 |
| Lee Ann Turney | HCFA/BPD/mR | 1-H-3 ME | 410 966-3362 |
| KARA DANSKY | HCFA/BPO/mR | 1 H 3 ME | 410 966 8791 |
| Robin Maywood | HCFA/OFILR/MPAS | 2-H-4 | 410 966 1999 |
| David Graf | OIG OAS | Philadelphia | (215) 596-6723 |
| MARVIN STOOGELKE | BPO/CPOP | Meadows EAST | (410) 966-9897 |
| Charles Spalding | BPD/OPACP | 145 ELR | " -4496 |
| Debra McKeown | BPD/OPACP | 1 A5 ELR | 966-9671 |
| ROBERT KATZ | OEI OIG | PHILA PA | 215-596-0607 |
| Albert C. Beachley | MB | 273 EHR | 63325 |
| Tom Tantillo | OIG/CI | Wash - WASHDC | 202-619-2754 |
| Calvin Sneed | " | " | X 3702 |
| Lisa Foley | OGC-IG Div | " | 202 619 1306 |
| Francine Spencer | BPD/OCCIB | 401 EHR | 410.966.4614 |
| | | | |
| | | | |
| | | | |

## MEETING PARTICIPANTS

SUBJECT: "The Effect of More Accurate Avg. Wholesale Prices on Medicaid Drug Payments" (OEI-03-01-00010)

Entrance Conference (X)   Exit Conference ( )   Interim Conference ( )

DATE: 11/16/00

| Name | Organization | Location | Telephone | E-mail |
|---|---|---|---|---|
| Linda Frisch | OIG/OEI | Baltimore | X64459 | lfrisch@os.dhhs.gov. |
| Dave Tawes | OIG/OEI | Philadelphia | (215)861-4555 | dtawes@os.dhhs.gov |
| Robert Vito | OIG/OEI | Philadelphia | 215-861-4558 | RVito@os.dhhs.gov |
| Eugenia Sohn | HCFA/OACT | Baltimore | X67923 | ESohn@HCFA.gov |
| Marvin Stoogenke | HCFA/CHPP | Baltimore | 69867 | MStoogenke@HCFA.GOV |
| Joe Cotral | HCFA/CMSO | Baltimore | X63386 | JCotral@HCFA.Gov |
| Sybil Richard | HCFA/CMSO | Baltimore | X68281 | SRICHARD2@HCFA.GOV |
| Cheryl Casnoff | HCFA/CMSO | Baltimore | 64196 | ccasnoff@hcfa.gov |
| Mike Keogh | HCFA/CMSO | Baltimore | 65910 | mkeogh1@hcfa.gov |
| B Jackson | HCFA-OIG | Baltimore | 67113 | BJACKSON@OS.DHHS.GOV. |
| John Hagg | OIG-Audit | Baltimore | X69231 | JHagg@os.DHHS.gov |
| Kevin Manley | OCOS | Balto. | 63812 | kmanley@hcfa.gov |
| Susan Hammersten | D.C./OL | | | |
| Tim Westmoreland | | | | |
| Katherine Coleman | OL | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## MEETING PARTICIPANTS

SUBJECT: "Medicaid's Use of Revised AWP's" (OEI-03-01-06010)

Entrance Conference ( )     Exit Conference (x)     Interim Conference ( )

DATE: 5/30/01

| Name | Organization | Location | Telephone | E-mail |
|------|-------------|----------|-----------|--------|
| Linda Ragone | OIG/OEI/Phila. | | 215-861-4561 | lragone@os.dhhs.gov |
| Tanaz Dutia | OIG/OEI/Phila. | | 215-861-4567 | tdutia@os.dhhs.gov |
| Robert Vito | OIG/OEI/Phila | | 215-861-4558 | rvito@os.dhhs.gov |
| Dave Tawes | OIG/OEI/Phila | | 215-861-4552 | dtawes@os.dhhs.gov |
| Larry Reed | HCFA/CMSO/FCPPO | | 410-786-3325 | lreed2@hcfa.gov |
| Kim Howell | HC7A/CMSO/7QIO | | 410-786-6762 | Khowell@hcfa.gov |
| Cindy Petter | HCFA/CMSO/FCPPO | | 410-786-1176 | cpetter@hcfa.gov |
| Sue Gaasta | HCFA/CMSO | | 410-786-6918 | Sgaasta@hcfa.gov |
| Kevin Manley | HCFA/OCOS | | 786-3812 | kmanley@hcfa.gov |
| Linda Frisch | OIG/OEI | | X64459 | lfrisch@os.dhhs.gov |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# MEETING PARTICIPANTS

**SUBJECT:** "Medicare Reimbursement for Prescription Drugs" (OEI-03-00-00310)
"Medicare Reimbursement for Albuterol" (OEI-03-00-00311)

**Entrance Conference (X)     Exit Conference ( )     Interim Conference ( )**

**DATE:** 4/18/00

| Name | Organization | Location | Telephone | E-mail |
|------|-------------|----------|-----------|--------|
| Washington | HAPA | C-4-23 | 6-5283 | DWashington1@HCFA.Ga |
| L Riley | CHPP/CCPG/DCPC | C5-07-03 | 61286 | LRiley2@hcfa.gov |
| Annette Deming | OFM | N3-03-27 | 66312 | ademing@hcfa.gov |
| Cindy Wark | CBS | C5-14-17 | 61041 | CWARK@HFA.GOV |
| Jennifer Bailey | CBS | C5-14-17 | " | " |
| Linda Ragone | OIG/OEI | Philadelphia | 215-861-4561 | lragone@os.dhhs.gov |
| Dave Tawes | OIG/OEI | Philadelphia | 215-861-4531 | dtawes@os.dhhs.gov |
| Tara Schmerling | OIG/OEI | Phila. | 215-861-4543 | tschmer@os.dhhs.gov |
| Dorothy Honemann | OCSO/CAG | Balt. | 410-786-5702 | dhonemann@hcfa.gov |
| Bill Long | CHPP | BALT | 410-786-5655 | WLONG2@HCFA.GOV |
| Bob Niemann | CHPP | Balt. | 410-786-4569 | rniemann@hcfa.gov |
| Stuart Wright | OIG/OEI | N2-01-02 | x63144 | |
| Jon Zemlak | HCFA-DAC | C5 13-15 | 65240 | JZemlak@hcfa.gov |
| Susan Perez | OFM | Baltimore | 61176 | perez@hcfa.gov |
| Sue Coaston | HCFA/OMSO/FCHPO DBCP | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## MEETING PARTICIPANTS

**SUBJECT:** Medicare Reimbursement of Prescription Drugs

**Entrance Conference ( )     Exit Conference (X)     Interim Conference ( )**

**DATE:** 8/15/00

| Name | Organization | Location | Telephone | E-mail |
|------|-------------|----------|-----------|--------|
| Stuart Wright | OIG/OEI | N2-01-02 | x63144 | |
| Deborah Robinson | OIG/OEI | N2-01-02 | 63144 | |
| Robert Vito | OIG/OEI | N2-01-02 | 215-861 4558 | RVito os dhhs gov |
| Bill Long | HCFA-CHPP | C5-05-08 | 410-786-5655 | wLong2 @ Hcfa.gov |
| Ron Miller | CHPP | C5-23-17 | 66437 | RMiller |
| Dave Tawes | OIG/OEI | Philadelphia | 215-861-455 | dtawes@os.dhhs.gov |
| Walt Ritemeiller | HCFA/CHPP | C5-05-08 | 410 786 5395 | Writemeiller @ HCFA.gov |
| Bob Niemann | HCFA/CHPP | C4-05-28 | 410-786-4569 | Bniemann@hcfa.gov |
| Jon Zemloch | HCFA/DAL | C5-13-13 | 410-786-5240 | Jzemloch@hcfa.gov |
| Peni Iz | HCFA/OSP | C3-20-14 | 6-6589 | piz@hcfa.gov |
| Heidi Adams | HCFA/CHPP | C4 05-26 | 61620 | Hadams@HCFA gov |
| Swati Patel | HCFA/OCSQ | S2-20-06 | 6-2875 | spatel@hcfa.gov |
| Marvin Stoogenke | IRPA/OSP | C4-10-23 | 6 9867 | mstoogenke @ HCFA.gov |
| Bob Berenson | HCFA/OHPP | C5-23-22 | 6-9164 | R Berenson @ HCFA.gov |
| Teresa DeCaro | CHPP | C5-23-22 | 66604 | TDeCaro@HCFA.gov |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

HHD042-0424          L

EXIT
CONFERENCE
QUESTIONABLE
PRACTICES
INVOLVING
NEBULIZER DRUG
THERAPY

03-94-00391

HHD011-0754        F

## MEETING PARTICIPANTS

## PLEASE PRINT CLEARLY FOR MAILING ADDRESS

Subject:   QUESTIONABLE PRACTICES INVOLVING NEBULIZER
           DRUG THERAPY      OEI-03-94-00391

Entrance Conference [X]        Exit Conference [X]        Interim Conference [ ]

Date:   10/22/96

| NAME | ORGANIZATION | LOCATION | TELEPHONE |
|---|---|---|---|
| BOB KATZ | OEI OIG | PHILA | 215-596-0883 |
| Robert Vito | OEI OIG | Phila | 215-596-0609 |
| Amy SERNYAK | OEI OIG | Philadelphia | 215-596-0607 |
| Lisa Foley | OC OIG | Washington | 202 619 1306 |
| Denis GARRISON | HCFA, BPD | Baltimore | 410-786-5643 |
| Mary Beth Claske | HCFA OIG OEI | Washington | 202-619-2481 |
| MARVIN STOOGENKE | BPO/SCPR | BALTIMORE | 410-786-9867 |
| Sarah Richards | OEI OIG | Philadelphia | 215-596-0365 |
| Francine Spence | BPD/HCFA PDDMB | Baltimore | 410-786-4014 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| HUGH HETZER | OFHR/MPAS | 2-26-11 | 786-3137 |

HHD011-0755