# EXHIBIT 5 (d)



**U.S. Department of Justice**

Civil Division, Fraud Section

---

*601 D Street, NW*  *Telephone: (202) 305-9300*
*Ninth Floor*  *Telecopier: (202) 616-3085*
*Washington, D.C. 20004*

<u>Via Electronic Transmission</u>   May 4, 2007

| | |
|---|---|
| David Torborg | Martin F. Murphy |
| Jones Day | Foley Hoag LLP |
| 51 Louisiana Ave., N.W. | 155 Seaport Blvd |
| Washington, DC 20001-2113 | Boston, MA 02210-2600 |
| | |
| Neil Merkl | Helen Witt |
| Kelley Drye & Warren, LLP | Kirkland & Ellis |
| 101 Park Avenue | 200 East Randolph Drive |
| New York, NY 10178 | Chicago, Illinois 60601-6636 |

Re:  *U.S. ex rel. Ven-a-Care of the Florida Keys Inc v. Abbott Laboratories*
*U.S. ex rel. Ven-a-Care of the Florida Keys Inc v. Dey, Inc.*
*U.S. ex rel. Ven-a-Care of the Florida Keys Inc. v. Roxane Laboratories, Inc.*
<u>MDL No. 1456/Civil Action No. 01-12257-PBS</u>

Dear Counsel:

      We are currently reviewing material responsive to Abbott's RFP number 81.  The material in question contains drug pricing information reflected in documents obtained from entities such as CVS, RiteAid, Gerimed, and ServAll Drug.  The documents are generally dated 1991 through 2001.  Attached to this letter are redacted examples of documents from Gerimed which appear to be compilations of prices from various drug companies including, but by no means limited to, Abbott, Dey and Roxane.  Dates appearing on the attached documents range from 1995 through 1998, although at least one sheet is undated.

      Although we have redacted the pricing information from the attached documents for the purpose of this letter, redaction would not be practical way to deal with producing the rest of the material due to its volume and given our assumption that the redacted information may be what is  actually of interest to defendants.  In light of the age of the material, and the fact that it came from sources other than drug manufacturers, we question whether any of it can be considered to contain confidential proprietary information.  Please respond to this letter with your respective positions on this issue, along with suggestions regarding how production of this material should be handled.

-2-

Very Truly Yours,

/s/
Justin Draycott
Trial Attorney
Commercial Litigation Branch

Enclosures
cc: James Breen

Page No.   1

I V H E D
From 10/27/94

```
A - ADDITION      W - AWP
D - AWARD TYPE    C - PRODUCT NAME
N - N D C         P - PRICE
T - TRADE NAME    S - PACKAGE SIZE
X - DELETED       F - FDA
M - MFG SOURCE    E - END DATE
```

03/03/95

GENERIC NAME LISTING OF PHARMACEUTICAL AWARD UPDATES
FLAGS:*-PREFERRED, U-UNIT COST, $-SPREAD, I-INCENT. PRG.
FOOTNOTE 1 INDICATES PRICING AVAILABLE FOR HOME HEALTH CARE
FOOTNOTE 6 INDICATES WHOLESALE DISTRIBUTION

| EFFECT. DATE | SPECIAL FLAGS | FDA | GENERIC NAME | PACKAGE SIZE | SUPPLIER NAME | MFG SOURCE | NATIONAL DRUG CODE | UPDATE CODES | T P | F N | UNIT COST | MIN ORD | AWARDED PRICE | AWP | $ DIFF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/94 | U $ | *** | *IV SETS/TUBING*** | 48 | ABBOTT HOSPITAL | | 00074175648 | A | | | | | | | |
| 10/19/94 | $ | *** | *PARENTERAL THERAPY SUPPLIES - MISC** | 1 | ABBOTT HOSPITAL | | 00074190725 | A | | | | | | | |
| 10/01/94 | U | *** | *PARENTERAL THERAPY SUPPLIES - MISC** | 20 | ABBOTT HOSPITAL | | 00074654401 | A | | | | | | | |
| / / | U $ | *** | ANTIHEMOPHILIC FACTOR (RECOMBINANT) FOR INJ 1000 IU | 1 | MILES BIOLOGICALS | CUTTER | 00192067050 | N | | | | | | | |
| / / | U $ | *** | ANTIHEMOPHILIC FACTOR (RECOMBINANT) FOR INJ 250 IU | 1 | MILES BIOLOGICALS | CUTTER | 00192067020 | N | | | | | | | |
| / / | U $ | *** | ANTIHEMOPHILIC FACTOR (RECOMBINANT) FOR INJ 500 IU | 1 | MILES BIOLOGICALS | CUTTER | 00192067030 | N | | | | | | | |
| / / | U $ | *** | ANTIHEMOPHILIC FACTOR IX H/T 500 U | 1 | MILES BIOLOGICALS | CUTTER | 00192062620 | N | | | | | | | |
| / / | U $ | *** | ANTIHEMOPHILIC FACTOR IX H/T 1000 U | 1 | MILES BIOLOGICALS | CUTTER | 00192062650 | N | | | | | | | |
| / / | U $ | *** | ANTIHEMOPHILIC FACTOR VIII H/P 250 U | 1 | MILES BIOLOGICALS | CUTTER | 00192066420 | N | | | | | | | |
| / / | U $ | *** | ANTIHEMOPHILIC FACTOR VIII H/P 500 U | 1 | MILES BIOLOGICALS | CUTTER | 00192066430 | N | | | | | | | |
| / / | U $ | *** | ANTIHEMOPHILIC FACTOR VIII H/P 1000 U | 1 | MILES BIOLOGICALS | CUTTER | 00192066450 | N | | | | | | | |
| / / | U $ | *** | ANTIHEMOPHILIC FACTOR VIII H/P 1500 U | 1 | MILES BIOLOGICALS | CUTTER | 00192066460 | N | | | | | | | |

Confidential Proprietary Information

GeriMed 153

Page No.    3                                   I V M E D
                                              From 10/27/94
                                    A - ADDITION      W - AWP
                                    D - AWARD TYPE    C - PRODUCT NAME
                                    N - N D C         P - PRICE
                                    T - TRADE NAME    S - PACKAGE SIZE
                                    X - DELETED       F - FDA
                                    M - MFG SOURCE    E - END DATE
03/03/95

                        GENERIC NAME LISTING OF PHARMACEUTICAL AWARD UPDATES
                         FLAGS:*-PREFERRED, U-UNIT COST, S-SPREAD, I-INCENT. PRG.
                        FOOTNOTE 1 INDICATES PRICING AVAILABLE FOR HOME HEALTH CARE
                              FOOTNOTE 6 INDICATES WHOLESALE DISTRIBUTION

| EFFECT. DATE | SPECIAL FLAGS | FDA | GENERIC NAME | PACKAGE SIZE | SUPPLIER NAME | MFG SOURCE | NATIONAL DRUG CODE | UPDATE CODES | T P | F N | UNIT COST | MIN ORD | AWARDED PRICE | AWP | $ DIFF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/04/94 | | *** | CODEINE PHOS INJ, 60 MG/ML, 1 ML BLUNT POINTE TUBEX | 0 | WYETH - AYERST | | 00008072950 | A | | | | | S 6 | | |
| 12/05/94 | U $ | *** AP | DEXTROSE 5% INJ, 50 ML PIGGYBACK | 80 | ABBOTT HOSPITAL | | 00074792336 | A | | | | | S 6 | | |
| 12/05/94 | U $ | *** AP | DEXTROSE 5% INJ, 100 ML PIGGYBACK | 80 | ABBOTT HOSPITAL | | 00074792337 | A | | | | | S 6 | | |
| 02/17/95 | U $ | *** AP | DOBUTAMINE HCL INJ 12.5 MG/ML 20 ML VIAL | 1 | SCHEIN | STERIS | 00364303155 | P | | | | | D 6 | | |
| 01/26/95 | U $ | *** | EPINEPHRINE INJ 1:10,000 AQUEOUS, 30 ML VIAL | 1 | AMERICAN REGENT | | 00517113001 | P | | | | | S 6 | | |
| 01/18/95 | U $ | *** | EPOETIN ALPHA INJ 10,000 U/ML 2 ML VIAL | 1 | ORTHO BIOTECH | | 59676031201 | A | | | | | S 6 | | |
| / / | | *** AP | ERYTHROMYCIN LACTOBINATE INJ 500 MG VIAL | 1 | WYETH - AYERST | | 00641230441 | X | | | | | 6 | | |
| 01/09/95 | | *** | ERYTHROMYCIN LACTOBINATE INJ 500 MG VIAL | 25 | WYETH - AYERST | | 00641230445 | A | | | | | S 6 | | |
| / / | | *** AP | ERYTHROMYCIN LACTOBINATE INJ 1000 MG VIAL | 1 | WYETH - AYERST | | 00641230941 | X | | | | | 6 | | |
| 01/13/95 | U | *** | ERYTHROMYCIN LACTOBINATE INJ 1000 MG VIAL | 25 | WYETH - AYERST | | 00641230945 | A | | | | | S 6 | | |
| 02/01/95 | U $ | *** | ETOPOSIDE INJ 20 MG/ML, 5 ML VIAL | 1 | GENSIA | GENSIA | 00703564301 | P | | | | | S 6 | | |
| 02/01/95 | U $ | *** | ETOPOSIDE INJ 20 MG/ML, 25 ML VIAL | 1 | GENSIA | GENSIA | 00703564601 | P | | | | | S 6 | | |
| / / | | *** AP | GENTAMICIN SULFATE INJ 40 MG/ML 1.5 ML DISP | 10 | WYETH - AYERST | | 00641325103 | X | | | | | 6 | | |

Confidential Proprietary Information

GeriMed 155

Page No. 11

GERIMED
US MACs
From 04/22/96

A - ADDITION      W - AWP
D - AWARD TYPE    C - PRODUCT NAME
N - N D C         P - PRICE
T - TRADE NAME    S - PACKAGE SIZE
X - DELETED       F - FDA
M - MFG SOURCE    E - END DATE

05/17/96

GENERIC NAME LISTING OF PHARMACEUTICAL AWARD UPDATES
FLAGS:*-PREFERRED, U-UNIT COST, $-SPREAD, I-INCENT. PRG.
FOOTNOTE 1 INDICATES PRICING AVAILABLE FOR HOME HEALTH CARE
FOOTNOTE 6 INDICATES WHOLESALE DISTRIBUTION

| EFFECT. DATE | SPECIAL FLAGS | FDA | GENERIC NAME | PACKAGE SIZE | SUPPLIER NAME | TRADE NAME | MFG SOURCE | NATIONAL DRUG CODE | UPDATE CODES | T P | FOOT NOTE | COST PER UNIT | MIN ORD | AWARDED PRICE | AWP | $ DIFF | MAC | $ DIFF MAC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| / / | U $ | *** | IMMUNE GLOBULIN (HUMAN) IV SOLN 10% | 1 | BAYER BIO | GAMIMUNE N | CUTTER | 00026064924 | N | | M | 1 | 6 | | | | | |
| 04/29/96 | | *** | INDAPAMIDE TAB 1.25 MG | 30 | GOLDLINE | INDAPAMIDE | | 00172426246 | A | | S | 1 | 6 | | | | | |
| 04/29/96 | | *** | INDAPAMIDE TAB 1.25 MG | 100 | GOLDLINE | INDAPAMIDE | | 00172426260 | A | | M | 1 | 6 | | | | | |
| 05/06/96 | | *** | INDAPAMIDE TAB 1.25 MG | 100 | ARCOLA LABS | INDAPAMIDE | | 00070077700 | A | | M | 1 | 6 | | | | | |
| 04/29/96 | $ | *** | INDAPAMIDE TAB 1.25 MG | 500 | GOLDLINE | INDAPAMIDE | | 00172426270 | A | | S | 1 | 6 | | | | | |
| 04/29/96 | U | *** | INDAPAMIDE TAB 1.25 MG | 1000 | GOLDLINE | INDAPAMIDE | | 00172426280 | A | | D | 1 | 6 | | | | | |
| 05/06/96 | | *** | INDAPAMIDE TAB 1.25 MG | 1000 | ARCOLA LABS | INDAPAMIDE | | 00070077799 | A | | D | 1 | 6 | | | | | |
| 05/02/96 | | *** AB | INDAPAMIDE TAB 2.5 MG | 30 | GOLDLINE | INDAPAMIDE | | 00172425946 | P | | S | 1 | 6 | | | | | |
| 05/02/96 | | *** AB | INDAPAMIDE TAB 2.5 MG | 100 | GOLDLINE | INDAPAMIDE | | 00172425960 | | P | M | 1 | 6 | | | | | |
| 05/06/96 | | *** AB | INDAPAMIDE TAB 2.5 MG | 100 | ARCOLA LABS | INDAPAMIDE | ARCOLA | 00070300000 | P | | M | | 6 | | | | | |
| 05/02/96 | | *** AB | INDAPAMIDE TAB 2.5 MG | 500 | GOLDLINE | INDAPAMIDE | | 00172425970 | P | | S | 1 | 6 | | | | | |
| 05/02/96 | U $ | *** AB | INDAPAMIDE TAB 2.5 MG | 1000 | GOLDLINE | INDAPAMIDE | | 00172425980 | | P | M | 1 | 6 | | | | | |
| 05/06/96 | | *** AB | INDAPAMIDE TAB 2.5 MG | 1000 | ARCOLA LABS | INDAPAMIDE | ARCOLA | 00070300099 | P | | M | | 6 | | | | | |
| 05/02/96 | | *** AB | INDAPAMIDE TAB 2.5 MG | UD 100 | GOLDLINE | INDAPAMIDE | | 00182261089 | P | | D | 1 | 6 | | | | | |
| 07/01/96 | | *** | INSULIN, 30% REG, 70% NPH U-100 HUMAN 10 ML VIAL | 1 | LILLY | HUMULIN 70/30 | | 00002871501 | | P | D | | 6 | | | | | |
| 07/01/96 | U $ | *** | INSULIN, 50% REG, 50% NPH U-100 HUMAN 10 ML VIAL | 1 | LILLY | HUMULIN 50/50 | | 00002951501 | | P | S | | 6 | | | | | |
| 07/01/96 | | *** | INSULIN, LENTE U-100 HUMAN 10 ML VIAL | 1 | LILLY | HUMULIN LENTE | | 00002841501 | | P | D | | 6 | | | | | |
| 07/01/96 | | *** | INSULIN, NPH U-100 HUMAN 10 ML VIAL | 1 | LILLY | HUMULIN NPH | | 00002831501 | | P | D | | 6 | | | | | |
| 07/01/96 | | *** | INSULIN, REGULAR U-100 HUMAN 10 ML VIAL | 1 | LILLY | HUMULIN REG | | 00002821501 | | P | M | | 6 | | | | | |
| 07/01/96 | U $ | *** | INSULIN, ULTRALENTE U-100 HUMAN 10 ML VIAL | 1 | LILLY | HUMULIN ULTRALEN | | 00002861501 | | P | S | | 6 | | | | | |
| 05/01/96 | | *** AN | ISOETHARINE INH 0.08%, 3 ML | 25 | DEY LABS | ISOETHARINE HCL | DEY LABS | 49502066103 | X | | | 1 | 6 | | | | | |

Confidential Proprietary Information

GeriMed 1448

```
                                           G E R I M E D
                                             US MACs
                                           From 10/17/96
                              A - ADDITION       W - AWP
                              D - AWARD TYPE     C - PRODUCT NAME
                              N - N D C          P - PRICE
                              T - TRADE NAME     S - PACKAGE SIZE
                              X - DELETED        F - FDA
                              M - MFG SOURCE     E - END DATE

              GENERIC NAME LISTING OF PHARMACEUTICAL AWARD UPDATES
              FLAGS: P-PREFERRED, U-UNIT COST, S-SPREAD, I-INCENT. PRG.
              FOOTNOTE 1 INDICATES PRICING AVAILABLE FOR HOME HEALTH CARE
              FOOTNOTE 6 INDICATES WHOLESALE DISTRIBUTION
```

| EFFECT. DATE | SPECIAL FLAGS | FDA | GENERIC NAME | PACKAGE SIZE | SUPPLIER NAME | TRADE NAME | MFG SOURCE | NATIONAL DRUG CODE | UPDATE CODES | T P | FOOT NOTE | COST PER UNIT | MIN ORD | AWARDED PRICE | AWP | $ DIFF | MAC | $ DIFF MAC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/96 | | *** AB | ACETAMINOPHEN/BUTALBITAL/CAFF 325/50/40 TAB (MAC) | 100 | SANDOZ PHARM | FIORICET | | 00078008405 | P | | M 1 6 | | | | | | | |
| 11/01/96 | | *** AB | ACETAMINOPHEN/BUTALBITAL/CAFF 325/50/40 TAB (MAC) | 500 | SANDOZ PHARM | FIORICET | | 00078008408 | P | | D 1 6 | | | | | | | |
| 11/01/96 | L S | *** AB | ACETAMINOPHEN/BUTALBITAL/CAFF 325/50/40 TAB (MAC) UD | 100 | SANDOZ PHARM | FIORICET | | 00078008406 | P | | S 1 6 | | | | | | | |
| 11/01/96 | U S | *** | ACETAMINOPHEN/BUTALBITAL/CAFF/ CODEINE 325/50/40/30 CAP | 100 | SANDOZ PHARM | FIORICET W/ COD | | 00078024305 | P | | S 1 6 | | | | | | | |
| 11/01/96 | * L S I | *** AN | ALBUTEROL INH SOLUTION 3 ML UD | 25 | DEY LABS | ALBUTEROL SULF | DEY LABS | 49502069703 | P | | M 1 6 | | | | | | | |
| 11/01/96 | * L S I | *** AN | ALBUTEROL INH SOLUTION 3 ML UD | 30 | DEY LABS | ALBUTEROL SULF | DEY LABS | 49502069733 | P | | S 1 6 | | | | | | | |
| 11/01/96 | * L S I | *** AN | ALBUTEROL INH SOLUTION 3 ML UD | 60 | DEY LABS | ALBUTEROL SULF | DEY LABS | 49502069760 | P | | D 1 6 | | | | | | | |
| 10/21/96 | * U S I | *** AB | ALBUTEROL INHALER 17 GM REFILL | 1 | ZENITH GOLDLINE | ALBUTEROL | ZENITH GOL | 00172439019 | P | | M 1 6 | | | | | | | |
| 11/25/96 | U S | *** | AMINOGLUTETHIMIDE TAB 250 MG | 100 | CIBA GENEVA | CYTADREN | CIBA | 00083002430 | P | | S 6 | | | | | | | |
| 12/01/96 | U S | *** | ANTIHEMOPHILIC FACTOR (HUMAN) FOR INJ 500-1500 IU | 1 | ALPHA THERA | ALPHANATE | | 49669450001 | P | | S 1 6 | | | | | | | |
| 12/01/96 | S | *** | ANTIHEMOPHILIC FACTOR IX H/T 500 U | 1 | ALPHA THERA | PROFILNINE SD | | 49669320002 | P | | M 1 6 | | | | | | | |
| / / | U S | *** | ASCORBIC ACID SYRUP 500 MG/5 ML, 480 ML | 1 | SUPERIOR | VITAMIN C | HI-TECH | 50383016716 | S | | S 1 | | | | | | | |
| 11/01/96 | | *** AB | ASPIRIN/BUTALBITAL/CAFFEINE 325 MG/50 MG/40 MG CAP (MAC) | 100 | SANDOZ PHARM | FIORINAL | | 00078010305 | P | | M 1 6 | | | | | | | |
| 11/01/96 | | *** AB | ASPIRIN/BUTALBITAL/CAFFEINE 325 MG/50 MG/40 MG CAP (MAC) | 500 | SANDOZ PHARM | FIORINAL | | 00078010308 | P | | S 1 6 | | | | | | | |
| 11/01/96 | L S | *** AB | ASPIRIN/BUTALBITAL/CAFFEINE 325 MG/50 MG/40 MG CAP (MAC) UD | 25 | SANDOZ PHARM | FIORINAL | | 00078010313 | P | | S 1 6 | | | | | | | |

Confidential Proprietary Information    GeriMed 2001

GERIMED
US MACs
From 03/23/95

```
A - ADDITION      W - AWP
D - AWARD TYPE    C - PRODUCT NAME
N - N D C         P - PRICE
T - TRADE NAME    S - PACKAGE SIZE
X - DELETED       F - FDA
M - MFG SOURCE    E - END DATE
```

04/26/95

GENERIC NAME LISTING OF PHARMACEUTICAL AWARD UPDATES
FLAGS:*-PREFERRED, U-UNIT COST, $-SPREAD, I-INCENT. PRG.
FOOTNOTE 1 INDICATES PRICING AVAILABLE FOR HOME HEALTH CARE
FOOTNOTE 6 INDICATES WHOLESALE DISTRIBUTION

| EFFECT. DATE | SPECIAL FLAGS | FDA | GENERIC NAME | PACKAGE SIZE | SUPPLIER NAME | TRADE NAME | HFG SOURCE | NATIONAL DRUG CODE | UPDATE CODES | T P | FOOT NOTE | COST PER UNIT | MIN ORD | AWARDED PRICE | AWP | $ DIFF | MAC | $ DIFF MAC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/09/95 | U $ | *** | DOXORUBICIN HCL FOR INJ 100 MG | 1 | BRISTOL-MYERS | RUBEX | IMMUNEX | 00015335322 | N | | S 1 6 | | | | | | | |
| 02/09/95 | U | *** AP | DOXORUBICIN HCL INJ (LYOPHILIZED) 50 MG VIAL | 1 | BRISTOL-MYERS | RUBEX | | 00015335222 | N | | M 1 6 | | | | | | | |
| 08/01/94 | U $ I | *** | DRONABINOL CAP 2.5 MG | 100 | ROXANE | MARINOL | | 00054260125 | P P | | S 1 6 | | | | | | | |
| 08/01/94 | U $ I | *** | DRONABINOL CAP 5 MG | 100 | ROXANE | MARINOL | | 00054260225 | P P | | S 1 6 | | | | | | | |
| 08/01/94 | U $ I | *** | DRONABINOL CAP 10 MG | 25 | ROXANE | MARINOL | BANNER | 00054260311 | P P | | S 1 6 | | | | | | | |
| 08/01/94 | U $ I | *** | DRONABINOL CAP 2.5 MG | 25 | ROXANE | MARINOL | BANNER | 00054260111 | P P | | S 1 6 | | | | | | | |
| 08/01/94 | I | *** | DRONABINOL CAP 2.5 MG | 60 | ROXANE | MARINOL | BANNER | 00054260121 | P P | | S 1 6 | | | | | | | |
| 08/01/94 | U $ I | *** | DRONABINOL CAP 5 MG | 25 | ROXANE | MARINOL | BANNER | 00054260211 | P P | | S 1 6 | | | | | | | |
| 03/31/95 | U | *** | EPHEDRINE SULFATE CAP 3/8 GR | 1000 | GOLDLINE | EPHED. SULFATE | WEST-WARD | 00182097110 | A | | S 1 6 | | | | | | | |
| 03/17/95 | U $ | *** | FAMOTIDINE IV INJ 10 MG/ML 2 ML VIAL | 10 | MERCK | PEPCID | | 00006353904 | P | | A | | | | | | | |
| 03/17/95 | U $ | *** | FAMOTIDINE IV INJ 10 MG/ML 4 ML VIAL | 1 | MERCK | PEPCID | | 00006354114 | P | | A | | | | | | | |
| 03/17/95 * | U $ I | *** | FAMOTIDINE SUSPENSION 40 MG/5 ML 50 ML | 1 | MERCK | PEPCID | | 00006353892 | | P | S | | | | | | | |
| 03/17/95 * | I | *** | FAMOTIDINE TAB 20 MG | 100 | MERCK | PEPCID | | 00006096358 | P | | S | | | | | | | |
| 03/17/95 * | I | *** | FAMOTIDINE TAB 20 MG | 1000 | MERCK | PEPCID | | 00006096382 | P | | S | | | | | | | |
| 03/17/95 * | I | *** | FAMOTIDINE TAB 20 MG | 4500 | MERCK | PEPCID | | 00006096370 | P | | S | | | | | | | |
| 03/17/95 * | I | *** | FAMOTIDINE TAB 20 MG | UD 100 | MERCK | PEPCID | | 00006096328 | | P | S | | | | | | | |
| 03/17/95 * | U $ I | *** | FAMOTIDINE TAB 20 MG | UD10X100 | MERCK | PEPCID | | 00006096328 | P | | S | | | | | | | |
| 03/17/95 * | I | *** | FAMOTIDINE TAB 20 MG | UU 30 | MERCK | PEPCID | | 00006096331 | P | | A | | | | | | | |
| 03/17/95 * | I | *** | FAMOTIDINE TAB 20 MG | UU 12X90 | MERCK | PEPCID | | 00006096394 | P | | A | | | | | | | |
| 03/17/95 * | I | *** | FAMOTIDINE TAB 20 MG | UU12X180 | MERCK | PEPCID | | 00006096398 | P | | A | | | | | | | |
| 03/17/95 * | I | *** | FAMOTIDINE TAB 40 MG | 100 | MERCK | PEPCID | | 00006096458 | P | | A | | | | | | | |

Confidential Proprietary Information    GeriMed 291

Page No.   16

GERIMED
US MACs
From 04/26/95

```
A - ADDITION      U - AWP
D - AWARD TYPE    C - PRODUCT NAME
N - N D C         P - PRICE
T - TRADE NAME    S - PACKAGE SIZE
X - DELETED       F - FDA
M - MFG SOURCE    E - END DATE
```

05/22/95

GENERIC NAME LISTING OF PHARMACEUTICAL AWARD UPDATES
FLAGS:*-PREFERRED, U-UNIT COST, $-SPREAD, I-INCENT. PRG.
FOOTNOTE 1 INDICATES PRICING AVAILABLE FOR HOME HEALTH CARE
FOOTNOTE 6 INDICATES WHOLESALE DISTRIBUTION

| EFFECT. DATE | SPECIAL FLAGS | FDA | GENERIC NAME | PACKAGE SIZE | SUPPLIER NAME | TRADE NAME | MFG SOURCE | NATIONAL DRUG CODE | UPDATE CODES | T P | FOOT NOTE | COST PER UNIT | MIN ORD | AWARDED PRICE | AWP | $ DIFF | MAC | $ DIFF MAC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/95 | U | *** | MOISTURIZING LOTION, SCENTED, 480 ML | 1 | GOLDLINE | HAND/BODY LOTION | UNISOURCE | 00182510940 | A | | M 1 6 | | | | | | | |
| 05/11/95 | U $ | *** AP | MORPHINE SULFATE INJ 0.5 MG/ML 2 ML VIAL (PF) | 10 | SCHEIN | MORPHINE SULFATE | STERIS | 00364301528 | P | | S 1 6 | | | | | | | |
| 05/15/95 | U | *** AP | MORPHINE SULFATE INJ 0.5 MG/ML 10 ML AMP (PF) | 10 | WYETH - AYERST | DURAMORPH | | 00641111233 | P | | S 1 6 | | | | | | | |
| 05/11/95 | U $ | *** AP | MORPHINE SULFATE INJ 0.5 MG/ML 10 ML VIAL SDV (PF) | 1 | SCHEIN | MORPHINE SULFATE | STERIS | 00364301554 | P | | S 1 6 | | | | | | | |
| 05/11/95 | U $ | *** AP | MORPHINE SULFATE INJ 1 MG/ML 2 ML AMP (PF) | 10 | SCHEIN | MORPHINE SULFATE | STERIS | 00364301628 | P | | D 1 6 | | | | | | | |
| 05/11/95 | | *** AP | MORPHINE SULFATE INJ 1 MG/ML 10 ML AMP (PF) | 1 | SCHEIN | MORPHINE SULFATE | STERIS | 00364301654 | P | | S 1 6 | | | | | | | |
| 05/15/95 | U | *** AP | MORPHINE SULFATE INJ 1 MG/ML 10 ML AMP (PF) | 10 | WYETH - AYERST | DURAMORPH | | 00641111433 | P | | S 1 6 | | | | | | | |
| 05/11/95 | U $ | *** | MORPHINE SULFATE INJ 2 MG/ML 60 ML MDV | 1 | SCHEIN | MORPHINE SULFATE | STERIS | 00364247058 | P | | S 1 6 | | | | | | | |
| 05/11/95 | $ | *** | MORPHINE SULFATE INJ 15 MG/ML 20 ML MDV | 1 | SCHEIN | MORPHINE SULFATE | STERIS | 00364236655 | P | | M 1 6 | | | | | | | |
| 05/11/95 | U $ | *** | MORPHINE SULFATE INJ 25 MG/ML 20 ML SDV | 1 | SCHEIN | MORPHINE SULFATE | STERIS | 00364245055 | P | | S 1 6 | | | | | | | |
| / / | | I *** | MORPHINE SULFATE ORAL SOLUTION UD 10 MG/1 ML, 2.5 ML UD | 25 | ROXANE | ROXANOL | ROXANE | 00054878111 | X | | 1 6 | | | | | | | |
| / / | | I *** | MORPHINE SULFATE ORAL SOLUTION UD 10 MG/2.5 ML 2.5 ML UD | 25 | ROXANE | RESCUDOSE | ROXANE | 00054878911 | X | | 1 6 | | | | | | | |
| / / | | I *** | MORPHINE SULFATE ORAL SOLUTION UD | 25 | ROXANE | ROXANOL | ROXANE | 00054878511 | X | | 1 6 | | | | | | | |

Confidential Proprietary Information

GeriMed 396

| Manufacturer | Generic Name | Brand Name | Pkg Size | NDC# | 1995 Price | New Price | Price Diff | % Diff | Comment |
|---|---|---|---|---|---|---|---|---|---|
| SCHEIN | MORPHINE SULFATE INJ 1 MG/ML 2 ML AMP (PF) | MORPHINE SULFATE | 10 | 0036430162 | | | | | |
| SCHEIN | NAFCILLIN INJ 0.5 GM VIAL | NAFCILLIN SODIUM | 10 | 0020969002 | | | | | |
| ABB ALT | NITROGLYCERIN I.V. 50 MG/250 ML D5W GLASS | NITROGLYCERIN | 12 | 0007414820 | | | | | |
| CIBA | NITROGLYCERIN TRANSDERMAL 0.1MG/HR (2.5 MG | TRANSDERM-NITRO | 100 | 5726709023 | | | | | |
| CIBA | NITROGLYCERIN TRANSDERMAL 0.2MG/HR (5 MG/2 | TRANSDERM-NITRO | 100 | 5726709053 | | | | | |
| CIBA | NITROGLYCERIN TRANSDERMAL 0.4MG/HR (10 MG/ | TRANSDERM-NITRO | 100 | 5726709103 | | | | | |
| CIBA | NITROGLYCERIN TRANSDERMAL 0.6MG/HR (15 MG/ | TRANSDERM-NITRO | 100 | 5726709153 | | | | | |
| LILLY | NIZATIDINE CAP 150 MG | AXID | UD 100 | 0000231443 | | | | | |
| SCHEIN | OXACILLIN SODIUM, 2 GM VIAL | OXACILLIN SODIUM | 10 | 0020981002 | | | | | |
| ZEN/GOLD | OXAZEPAM CAP 15MG | OXAZEPAM | 100 | 0017248056 | | | | | |
| ZEN/GOLD | OXAZEPAM CAP 30MG | OXAZEPAM | 500 | 0017248067 | | | | | |
| SCHEIN | PENICILLIN G POTASSIUM INJ, 10,000,000 UNITS VIA | PENICILLIN G POT | 10 | 0020985782 | | | | | |
| SCHEIN | PENICILLIN G POTASSIUM INJ, 20,000,000 UNITS VIA | PENICILLIN G POT | 10 | 0020985802 | | | | | |
| SCHEIN | PENICILLIN G SODIUM FOR INJ 5000000 U | PENICILLIN G SOD | 10 | 0020985862 | | | | | |
| WAR-CHIL | PENICILLIN VK TAB 500 MG | PENICILLIN VK | 500 | 0004706733 | | | | | |
| GENEVA | PERPHENAZINE/AMITRIPTYLINE 2 MG/10 MG TAB | PERPHENAZINE/AMI | UD 100 | 0078112651 | | | | | |
| ZEN/GOLD | PHENTERMINE TAB 37.5 MG | PHENTERMINE HCL | 1000 | 0018202051 | | | | | |
| SKB CONS | PHENYLEPHRINE/CHLOR MAL 5 MG/2 MG/5 ML 120 | NOVAHISTINE | 1 | 0006804690 | | | | | |
| APOTHECO | PHENYLPR/PHENYLTO/PHENYLEPH/CHLOR 20MG/7. | NALDECON PED SYR | 1 | 0001556166 | | | | | |
| CIBA | POTASSIUM CHLORIDE TAB 8 MEQ SR | SLOW-K | 100 | 5726701653 | | | | | |
| CIBA | POTASSIUM CHLORIDE TAB 8 MEQ SR | SLOW-K | 1000 | 5726701654 | | | | | |
| CIBA | POTASSIUM CHLORIDE TAB 8 MEQ SR | SLOW-K | 12X100 | 5726701656 | | | | | |
| ZEN/GOLD | PROBENECID TAB 0.5 GM | PROBENECID | 100 | 0017221906 | | | | | |
| ZEN/GOLD | PROBENECID/COLCHICINE 500 MG/0.5 MG TAB | PROBENECID/COLC | 1000 | 0017221938 | | | | | |
| ZEN/GOLD | PROPOXYPHENE HCL, 65 MG | PROPOXYPHENE HC | 500 | 0018206980 | | | | | |
| ZEN/GOLD | PROPOXYPHENE HCL, 65 MG | PROPOXYPHENE HC | 1000 | 0018206981 | | | | | |
| CIBA | RIFAMPIN CAP 300 MG | RIMACTANE | 100 | 0008301543 | | | | | |
| ABB ALT | SUCCINYLCHOLINE CHLORIDE INJ 100 MG/ML 10 ML | QUELICIN | 25 | 0007469701 | | | | | |
| ZEN/GOLD | SULINDAC TAB 200 MG | SULINDAC | 500 | 0018217060 | | | | | |
| SCHWARZ | SUNSCREEN LOTION SPF 15 105 GM | DURASCREEN | 1 | 0002145300 | | | | | |
| SCHWARZ | SUNSCREEN LOTION SPF 30 105 GM | DURASCREEN | 1 | 0002145320 | | | | | |
| CIBA | TERBUTALINE SULFATE TAB 2.5 MG | BRETHINE | 1000 | 0002800721 | | | | | |
| CIBA | TERBUTALINE SULFATE TAB 2.5 MG | BRETHINE | UD 100 | 0002800726 | | | | | |
| CIBA | TERBUTALINE SULFATE TAB 2.5 MG | BRETHINE | 12X100 | 0002800726 | | | | | |
| CIBA | TERBUTALINE SULFATE TAB 5 MG | BRETHINE | 100 | 0002801050 | | | | | |
| CIBA | TERBUTALINE SULFATE TAB 5 MG | BRETHINE | 1000 | 0002801051 | | | | | |
| CIBA | TERBUTALINE SULFATE TAB 5 MG | BRETHINE | UD 100 | 0002801056 | | | | | |
| CIBA | TERBUTALINE SULFATE TAB 5 MG | BRETHINE | 12X100 | 0002801056 | | | | | |
| ABB ALT | TETANUS/DIPHTHERIA TOXOIDS (DT) INJ 5/12.5 LFU | ISOPROTERENOL | 10 | 0007449780 | | | | | |
| ABB ALT | THIOPENTAL SODIUM INJ KIT 1 GM | PENTOTHAL | 25 | 0007462440 | | | | | |
| ABB ALT | THIOPENTAL SODIUM RECTAL SUSP. 400 MG/GM 1 | PENTOTHAL | 1 | 0007472360 | | | | | |
| ABB ALT | TOBRAMYCIN SULFATE INJ 80 MG/100 ML 0.9% NAC | TOBRAMYCIN SULF | 24 | 0007434702 | | | | | |
| ZEN/GOLD | TOLAZAMIDE TAB 250 MG | TOLAZAMIDE | 200 | 0017229796 | | | | | |
| ZEN/GOLD | TOLAZAMIDE TAB 500 MG | TOLAZAMIDE | 100 | 0017229806 | | | | | |
| ABB ALT | TRACE ELEMENTS-4 INJ 50 ML MDV | TRACE METALS ADD | 25 | 0007445925 | | | | | |
| ZEN/GOLD | TRAZODONE TAB 100 MG | TRAZODONE HCL | 100 | 0018212600 | | | | | |
| CLAY-PAR | TRIAMCINOLONE ACETONIDE OINTMENT 0.1%, 5 LB | TRIAMCIN. ACET. | 1 | 4580200552 | | | | | |
| GENEVA | TRIAMTERENE/HYDROCHLOROTHIAZIDE 50 MG/25 | TRIAM/HCTZ-RED | 1000 | 0078127151 | | | | | |

Confidential Proprietary Information

GeriMed 1580

```
Page No.    21                                       G E R I M E D
                                                       US MACs
                                                     From 03/23/95
                                          A - ADDITION      W - AWP
                                          D - AWARD TYPE    C - PRODUCT NAME
                                          N - N D C         P - PRICE
                                          T - TRADE NAME    S - PACKAGE SIZE
                                          X - DELETED       F - FDA
                                          M - MFG SOURCE    E - END DATE
04/26/95
                                          GENERIC NAME LISTING OF PHARMACEUTICAL AWARD UPDATES
                                          FLAGS:*-PREFERRED, U-UNIT COST, $-SPREAD, I-INCENT. PRG.
                                      FOOTNOTE 1 INDICATES PRICING AVAILABLE FOR HOME HEALTH CARE
                                              FOOTNOTE 6 INDICATES WHOLESALE DISTRIBUTION
```

| EFFECT. DATE | SPECIAL FLAGS | FDA | GENERIC NAME | PACKAGE SIZE | SUPPLIER NAME | TRADE NAME | MFG SOURCE | NATIONAL DRUG CODE | UPDATE CODES | T P | FOOT NOTE | COST PER UNIT | MIN ORD | AWARDED PRICE | AWP | $ DIFF | MAC | $ DIFF MAC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/95 | | *** | RIFAMPIN INJ 600 MG POWDER VIAL | 1 | MARION MERRELL DOW | RIFADIN | | 00068059701 | X | | | 1 6 | | | | | | |
| 04/01/95 | | *** | RIFAMPIN/ISONIAZID 300 MG/150 MG CAP | 60 | MARION MERRELL DOW | RIFAMATE | | 00068050960 | X | | | 1 6 | | | | | | |
| 04/01/95 | | *** AB | SILVER SULFADIAZINE (MICRONIZED) CREAM 20 GM TUBE | 1 | MARION MERRELL DOW | SILVADENE | | 00088105020 | X | | | 1 6 | | | | | | |
| 04/01/95 | | *** AB | SILVER SULFADIAZINE (MICRONIZED) CREAM 50 GM (MAC) | 1 | MARION MERRELL DOW | SILVADENE | | 00088105050 | X | | | 1 6 | | | | | | |
| 04/01/95 | | *** AB | SILVER SULFADIAZINE (MICRONIZED) CREAM 85 GM TUBE | 1 | MARION MERRELL DOW | SILVADENE | | 00088105085 | X | | | 1 6 | | | | | | |
| 04/01/95 | | *** AB | SILVER SULFADIAZINE (MICRONIZED) CREAM 400 GM | 1 | MARION MERRELL DOW | SILVADENE | | 00088105072 | X | | | 1 6 | | | | | | |
| 04/01/95 | | *** AB | SILVER SULFADIAZINE (MICRONIZED) CREAM 1000 GM JAR | 1 | MARION MERRELL DOW | SILVADENE | | 00088105058 | X | | | 1 6 | | | | | | |
| 08/01/94 | .U $ | *** | SODIUM CHLORIDE INJ 2.5 MEQ/ML (14.6%) 20 ML VIAL | 25 | ABBOTT ALT SITE | SODIUM CL 2.5MEQ | | 00074665773 | | P N | S | 1 6 | | | | | | |
| / / | | *** AP | SUCCINYLCHOLINE CHLORIDE INJ 100 MG/ML 5 ML VIAL | 50 | ABBOTT ALT SITE | QUELICIN | | 00074493601 | X | | | 1 6 | | | | | | |
| 04/01/95 | U $ | *** | SUCRALFATE SUSPENSION 1G/10 ML 420 ML | 1 | MARION MERRELL DOW | CARAFATE | | 00088170015 | | P | S | 1 6 | | | | | | |
| 04/01/95 | | *** | SUCRALFATE TAB 1 GM | 100 | MARION MERRELL DOW | CARAFATE | | 00088171247 | X | | | 1 6 | | | | | | |

Confidential Proprietary Information

GeriMed 301

Page No.   5

GERIMED
US MACs
From 09/26/96

```
A - ADDITION        W - AWP
D - AWARD TYPE      C - PRODUCT NAME
N - N D C           P - PRICE
T - TRADE NAME      S - PACKAGE SIZE
X - DELETED         F - FDA
M - MFG SOURCE      E - END DATE
```

10/17/96

GENERIC NAME LISTING OF PHARMACEUTICAL AWARD UPDATES
FLAGS: *-PREFERRED, U-UNIT COST, $-SPREAD, I-INCENT. PRG.
FOOTNOTE 1 INDICATES PRICING AVAILABLE FOR HOME HEALTH CARE
FOOTNOTE 6 INDICATES WHOLESALE DISTRIBUTION

| EFFECT. DATE | SPECIAL FLAGS | FDA | GENERIC NAME | PACKAGE SIZE | SUPPLIER NAME | TRADE NAME | MFG SOURCE | NATIONAL DRUG CODE | UPDATE CODES | T P | FOOT NOTE | COST PER UNIT | MIN ORD | AWARDED PRICE | AWP | $ DIFF | MAC | $ DIFF MAC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/96 | U $ | *** | CLARITHROMYCIN SUSP 250 MG/5 ML 50 ML | 1 | ABBOTT PHARM | BIAXIN | | 00074318850 | P | | S | 6 | | | | | | |
| 11/01/96 | U $ | *** | CLARITHROMYCIN SUSP 250 MG/5 ML 100 ML | 1 | ABBOTT PHARM | BIAXIN | | 00074318813 | P | | S | 6 | | | | | | |
| 11/01/96 | U $ | *** | CLARITHROMYCIN TAB 250 MG | 60 | ABBOTT PHARM | BIAXIN | | 00074336860 | P | | S | 6 | | | | | | |
| 11/01/96 | L S | *** | CLARITHROMYCIN TAB 250 MG | UD 100 | ABBOTT PHARM | BIAXIN | | 00074336811 | P | | S | 6 | | | | | | |
| 11/01/96 | U $ | *** | CLARITHROMYCIN TAB 500 MG | 60 | ABBOTT PHARM | BIAXIN | | 00074258660 | P | | S | 6 | | | | | | |
| 11/01/96 | L S | *** | CLARITHROMYCIN TAB 500 MG | UD 100 | ABBOTT PHARM | BIAXIN | | 00074258611 | P | | S | 6 | | | | | | |
| 10/01/96 | * U | *** AB | CLINDAMYCIN CAP 150 MG (MAC) | 100 | LEMMON/BIOCRAFT | CLINDAMYCIN HCL | BIOCRAFT | 00332317109 | P | | N | 1 6 | | | | | | |
| 10/15/96 | * U $ I | *** AB | CLOBETASOL PROPIONATE CREAM 0.05% 15 GM (MAC) | 1 | BARRE/ALPHARMA | CLOBETASOL PROP | NMC | 23317040015 | P | | D | 1 6 | | | | | | |
| 10/15/96 | * U $ I | *** AB | CLOBETASOL PROPIONATE CREAM 0.05% 30 GM (MAC) | 1 | BARRE/ALPHARMA | CLOBETASOL PROP | NMC | 23317040030 | P | | D | 1 6 | | | | | | |
| 10/15/96 | * U $ I | *** AB | CLOBETASOL PROPIONATE CREAM 0.05% 45 GM (MAC) | 1 | BARRE/ALPHARMA | CLOBETASOL PROP | NMC | 23317040045 | P | | D | 1 6 | | | | | | |
| 10/15/96 | U $ | *** AB | CLOBETASOL PROPIONATE OINTMENT 0.05% 15 GM (MAC) | 1 | BARRE/ALPHARMA | CLOBETASOL PROP | NMC | 23317040115 | P | | D | 1 6 | | | | | | |
| 10/15/96 | * U $ | *** AB | CLOBETASOL PROPIONATE OINTMENT 0.05% 30 GM (MAC) | 1 | BARRE/ALPHARMA | CLOBETASOL PROP | NMC | 23317040130 | P | | D | 1 6 | | | | | | |
| 10/15/96 | U $ | *** AB | CLOBETASOL PROPIONATE OINTMENT 0.05% 45 GM (MAC) | 1 | BARRE/ALPHARMA | CLOBETASOL PROP | NMC | 23317040145 | P | | D | 1 6 | | | | | | |
| 11/01/96 | | *** AB | CLORAZEPATE DIPOTASSIUM TAB 3.75 MG (MAC) | 100 | ABBOTT PHARM | TRANXENE | | 00074438913 | P | | D | 6 | | | | | | |
| 11/01/96 | | *** AB | CLORAZEPATE DIPOTASSIUM TAB 3.75 MG (MAC) | 500 | ABBOTT PHARM | TRANXENE | | 00074438953 | P | | D | 6 | | | | | | |

Confidential Proprietary GeriMed 1943 Information

7/17/1998

Confidential Proprietary Information

# GERIMED MEMBER UPDATE

From 7/02/98 through 7/17/98

| Manufacturer | Generic Name | Brand Name | Package Size | NDC# | Contract Price AWP | Update Codes | Effective Date of Change | End date of Contract |
|---|---|---|---|---|---|---|---|---|
| ROXANE | MORPHINE SULFATE TAB 100 MG SR | ORAMORPH SR | RN 25 | 00054879311 | | E | 2/1/98 | 1/31/99 |
| PUREPAC | NAPROXEN TAB EC 375 MG | NAPROXEN EC | 100 | 00228261711 | | E | 8/1/98 | 7/31/00 |
| PUREPAC | NAPROXEN TAB EC 500 MG | NAPROXEN EC | 100 | 00228261811 | | E | 8/1/98 | 7/31/00 |
| CLAY-PARK | NEOMYCIN SULFATE OINTMENT 120 GM | NEOMYCIN SULFATE | 1 | 45802005844 | | X | 8/1/98 | 7/31/00 |
| UDL | NEOMYCIN SULFATE TAB 500 MG | NEOMYCIN SULFATE | UD 100 | 51079001520 | | P+ | 9/1/98 | 7/31/00 |
| ZENITH GOLDLINE | NEOMYCIN SULFATE TAB 500 MG | NEOMYCIN SULFATE | 100 | 00182067301 | | P+ | 8/1/98 | 7/31/00 |
| ALPHARMA | NEOMYCIN-POLYMYXIN W/ PRAMOXINE CREAM 1% | DBLE ANTIBIO CR | 1 | 00472082234 | | X | 8/1/98 | 7/31/00 |
| ALPHARMA | NEOMYCIN-POLYMYXIN W/ PRAMOXINE CREAM 1% | DBLE ANTIBIOT CR | 1 | 00472082256 | | X | 8/1/98 | 7/31/00 |
| KOS PHARM | NIACIN TAB CR 1000 MG (ANTIHYPERLIPIDEMIC) | NIASPAN | 100 | 60598000301 | | P- | 8/1/98 | 7/31/99 |
| KOS PHARM | NIACIN TAB CR 500 MG (ANTIHYPERLIPIDEMIC) | NIASPAN | 100 | 60598000101 | | P- | 8/1/98 | 7/31/99 |
| KOS PHARM | NIACIN TAB CR 750 MG (ANTIHYPERLIPIDEMIC) | NIASPAN | 100 | 60598000201 | | P- | 8/1/96 | 7/31/99 |
| KOS PHARM | NIACIN TAB CR THERAPY PACK 375/500/750 MG (7/7/) | NIASPAN | 21 | 60598000421 | | A | 8/1/98 | 7/31/99 |
| ZENITH GOLDLINE | NICARDIPINE HCL CAP 20 MG | NICARDIPINE HCL | 100 | 00172428860 | | P- | 8/1/98 | 7/31/00 |
| ZENITH GOLDLINE | NICARDIPINE HCL CAP 20 MG | NICARDIPINE HCL | 500 | 00172428870 | | A | 8/1/98 | 7/31/00 |
| ZENITH GOLDLINE | NICARDIPINE HCL CAP 30 MG | NICARDIPINE HCL | 100 | 00172428960 | | P- | 8/1/98 | 7/31/00 |
| ZENITH GOLDLINE | NICARDIPINE HCL CAP 30 MG | NICARDIPINE HCL | 500 | 00172428970 | | A | 8/1/98 | 7/31/00 |
| REXALL/SUNDOWN | NICOTINIC ACID TAB 50 MG | NIACIN | 100 | 60814056801 | | X | 8/1/98 | 7/31/00 |
| ZENITH GOLDLINE | NIFEDIPINE CAP 20 MG | NIFEDIPINE | UD 100 | 00182154889 | | P+ | 8/1/98 | 7/31/00 |
| BAYER | NIMODIPINE CAP 30 MG | NIMOTOP | 30 | 00026285570 | | P+ | 7/1/98 | 9/30/98 |
| BAYER | NIMODIPINE CAP 30 MG | NIMOTOP | UD 100 | 00026285548 | | P+ | 7/1/98 | 9/30/98 |
| NOVARTIS | NITROGLYCERIN TRANSDERMAL 0.1MG/HR (2.5 MG/24 HRS) | TRANSDERM-NITRO | 30 | 57267090226 | | P+ | 7/1/98 | 9/30/98 |
| NOVARTIS | NITROGLYCERIN TRANSDERMAL 0.2MG/HR (5 MG/24 HRS) | TRANSDERM-NITRO | 30 | 57267090526 | | P+ | 7/1/98 | 9/30/98 |
| NOVARTIS | NITROGLYCERIN TRANSDERMAL 0.4MG/HR (10 MG/24 HRS) | TRANSDERM-NITRO | 30 | 57267091026 | | P+ | 7/1/98 | 9/30/98 |
| NOVARTIS | NITROGLYCERIN TRANSDERMAL 0.6MG/HR (15 MG/24 HRS) | TRANSDERM-NITRO | 30 | 57267091526 | | P+ | 7/1/98 | 9/30/98 |
| NOVARTIS | NITROGLYCERIN TRANSDERMAL 0.8MG/HR (20 MG/24 HOURS) | TRANSDERM-NITRO | 30 | 57267092026 | | X | 4/1/97 | 6/30/98 |
| NOVARTIS | NORTRIPTYLINE CAP 10 MG | PAMELOR | 100 | 00078008605 | | X | 2/1/97 | 6/30/98 |
| NOVARTIS | NORTRIPTYLINE CAP 10 MG | PAMELOR | UD 100 | 00078008606 | | X | 2/1/97 | 6/30/98 |

Update Code Key:
- NDC Change    P- = Price decrease    P+ = Price increase
- New product    X = Deleted Product
- E = Change in contract begin or end date

| Deleted Products (X) can be products deleted from the contract (end date will be different than the contract end date) or the product is being discontinued by the manufacturer (end date will be the same as the contract date). Products that are discontinued by the manufacturer should be sold at the contract price until the wholesaler supply is gone. |

Page No. 16

GerMed 4803

```
                                    G E R I M E D
                                      US MACs
                                    From 12/15/96
                          A - ADDITION        W - AWP
                          D - AWARD TYPE      C - PRODUCT NAME
                          N - N D C           P(+/-) - PRICE
                          T - TRADE NAME      S - PACKAGE SIZE
                          X - DELETED         F - FDA
                          M - MFG SOURCE      E - END DATE
```

02/03/97

GENERIC NAME LISTING OF PHARMACEUTICAL AWARD UPDATES
FLAGS:*-PREFERRED, U-UNIT COST, $-SPREAD, I-INCENT. PRG.
FOOTNOTE 1 INDICATES PRICING AVAILABLE FOR HOME HEALTH CARE
FOOTNOTE 6 INDICATES WHOLESALE DISTRIBUTION

| EFFECT. DATE | SPECIAL FLAGS | FDA | GENERIC NAME | PACKAGE SIZE | SUPPLIER NAME | TRADE NAME | MFG SOURCE | NATIONAL DRUG CODE | UPDATE CODES | T P | FOOT NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/97 | * U $ I | *** | ISOSORBIDE MONONITRATE TAB CR 120 MG | 100 | SCHERING | IMDUR | | 00085115303 | P+ | S | 6 |
| 03/01/97 | * L S I | *** | ISOSORBIDE MONONITRATE TAB CR 120 MG | UD 100 | SCHERING | IMDUR | | 00085115304 | P+ | S | 6 |
| 03/01/97 | U $ | *** AP | LABETALOL HCL INJ 5 MG/ML 4 ML SYRINGE | 1 | SCHERING | NORMODYNE | | 00085036208 | P+ | S | 6 |
| 03/01/97 | U $ | *** AP | LABETALOL HCL INJ 5 MG/ML 8 ML SYRINGE | 1 | SCHERING | NORMODYNE | | 00085036209 | P+ | S | 6 |
| 03/01/97 | | *** AP | LABETALOL HCL INJ 5 MG/ML 20 ML MDV | 1 | SCHERING | NORMODYNE | | 00085036207 | P+ | D | 6 |
| 03/01/97 | | *** AP | LABETALOL HCL INJ 5 MG/ML 40 ML MDV | 1 | SCHERING | NORMODYNE | | 00085036206 | P+ | D | 6 |
| 03/01/97 | | *** AB | LABETALOL TAB 100MG | 100 | SCHERING | NORMODYNE | | 00085024404 | P+ | D | 6 |
| 03/01/97 | | *** AB | LABETALOL TAB 100MG | 500 | SCHERING | NORMODYNE | | 00085024405 | P+ | D | 6 |
| 03/01/97 | | *** AB | LABETALOL TAB 100MG | 1000 | SCHERING | NORMODYNE | | 00085024407 | P+ | S | 6 |
| 03/01/97 | | *** AB | LABETALOL TAB 100MG | UD 100 | SCHERING | NORMODYNE | | 00085024408 | P+ | D | 6 |
| 03/01/97 | | *** AB | LABETALOL TAB 200MG | 100 | SCHERING | NORMODYNE | | 00085075204 | P+ | D | 6 |
| 03/01/97 | | *** AB | LABETALOL TAB 200MG | 500 | SCHERING | NORMODYNE | | 00085075205 | P+ | D | 6 |
| 03/01/97 | | *** AB | LABETALOL TAB 200MG | 1000 | SCHERING | NORMODYNE | | 00085075207 | P+ | S | 6 |
| 03/01/97 | | *** AB | LABETALOL TAB 200MG | UD 100 | SCHERING | NORMODYNE | | 00085075208 | P+ | D | 6 |
| 03/01/97 | | *** AB | LABETALOL TAB 300MG | 100 | SCHERING | NORMODYNE | | 00085043803 | P+ | D | 6 |
| 03/01/97 | | *** AB | LABETALOL TAB 300MG | 500 | SCHERING | NORMODYNE | | 00085043805 | P+ | D | 6 |
| 03/01/97 | | *** AB | LABETALOL TAB 300MG | UD 100 | SCHERING | NORMODYNE | | 00085043806 | P+ | D | 6 |
| 02/01/97 | U $ I | *** | LEVORPHANOL TARTRATE TAB 2 MG | 100 | ROXANE | LEVORPHANOL TART ROXANE | | 00054449425 | P+ | S | 1 6 |
| 02/01/97 | L S I | *** | LEVORPHANOL TARTRATE TAB 2 MG | RN 4X25 | ROXANE | LEVORPHANOL TART ROXANE | | 00054849424 | P- | | 6 1 6 |
| 08/01/96 | | *** AP | LIDOCAINE HCL INJ 1%, 10 ML VIAL | 10 | ABBOTT | ALT SITE LIDOCAINE HCL | | 00074492415 | P- | M | 1 6 |

Confidential Proprietary Information          GeriMed 2442