# EXHIBIT 6



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*99 N.E. 4 Street*

*Miami, FL 33132*
*(305) 961-9000*

December 14, 2006

<u>Via Overnight Delivery</u>

R. Christopher Cook
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Re:     *U.S. ex rel. Ven-a-Care of the Florida Keys Inc v Abbott Laboratories,* MDL No. 1456/Civil
        Action No. 01-12257-PBS

Dear Mr. Cook:

        Enclosed are copies of the First DataBank documents (hard copies and a CDROM)
referenced in our initial disclosures, which we are sending to you at your request to avoid a trip to
our office.  The document numbers are identified on the enclosed attachments.  Please note,
however, that we have never copied or scanned the entire contents of some of the publications.
For those items, only a copy of the cover of a publication is included in these materials and the
publication itself remains available for your inspection in our office.

        Thank you for your attention to this matter.  If you have any questions, please feel free to
contact me.

                                        R. ALEXANDER ACOSTA
                                        UNITED STATES ATTORNEY

                                        Mark A. Lavine
                                        Assistant U.S. Attorney
                                        (305) 961-9303
                                        (305) 536-4101 Fax
                                        Mark.Lavine@usdoj.gov

N:\mlavine\venacare\ABBOTT\Correspondence\Cook.12.14.06.wpd

FDB 000001 - FDB 000090
BMW039-0003 - BMW039-0094

FDB 000091 - FDB 000210
BMW039-0095 - BMW039-0224

FDB 002051 - FDB 002120
BMW039-2380 - BMW039-2449

FDB 002536 - FDB 002668
BMW037-0501 - BMW037-0891

FDB 002669 - FDB 002702
BMW037-0605 - BMW037-0638

BMW032-0016 - BMW032-0017

BMW032-0018 - BMW032-0027

BMW032-0028 - BMW032-0291

BMW032-0292 - BMW032-0351

BMW032-0352 - BMW032-0371

BMW032-0372 - BMW032-0380

BMW032-0381 - BMW032-0420

BMW032-0422 - BMW032-0483

BMW032-0484

BMW032-0486

BMW032-0487 - BMW032-0495

BMW032-0497 - BMW032-0518

BMW032-0520 - BMW032-0573

BMW032-0624 - BMW032-0633

BMW032-0971 - BMW032-0980

BMW032-1014 - BMW032-1045

BMW032-2477 - BMW032-2810

BMW137-0001 - BMW137-0112

Medi-Span HFPG, January 1994 Bates Range BMW157-0001 thru BMW157-0070
Medi-Span HFPG, Febuary 1994 Bates Range BMW157-0071 thru BMW157-0142
Medi-Span HFPG, March 1994 Bates Range BMW157-0143 thru BMW157-0212
Medi-Span HFPG, April 1994 Bates Range BMW157-0213 thru BMW157-0284
Medi-Span HFPG, May 1994 Bates Range BMW157-0285 thru BMW157-0348
Medi-Span HFPG, June 1994 Bates Range BMW157-0349 thru BMW157-0408
Medi-Span HFPG, July 1994 Bates Range BMW157-0409 thru BMW157-0473
Medi-Span HFPG, August 1994 Bates Range BMW157-0474 thru BMW157-0533
Medi-Span HFPG, September 1994 Bates Range BMW157-0534 thru BMW157-0593
Medi-Span HFPG, October 1994 Bates Range BMW157-0594 thru BMW157-0657
Medi-Span HFPG, November 1994 Bates Range BMW157-0658 thru BMW157-0717
Medi-Span HFPG, December 1994 Bates Range BMW157-0718 thru BMW157-0777
Medi-Span HFPG, January 1995 Bates Range BMW157-0778 thru BMW157-0845
Medi-Span HFPG, Febuary 1995 Bates Range BMW157-0846 thru BMW157-0913
Medi-Span HFPG, March 1995 Bates Range BMW157-0914 thru BMW157-0977
Medi-Span HFPG, April 1995 Bates Range BMW157-0978 thru BMW157-1041
Medi-Span HFPG, May 1995 Bates Range BMW157-1042 thru BMW157-1105
Medi-Span HFPG, June 1995 Bates Range BMW157-1106 thru BMW157-1169
Medi-Span HFPG, July 1995 Bates Range BMW157-1170 thru BMW157-1233
Medi-Span HFPG, August 1995 Bates Range BMW157-1234 thru BMW157-1293
Medi-Span HFPG, September 1995 Bates Range BMW157-1294 thru BMW157-1353
Medi-Span HFPG, October 1995 Bates Range BMW157-1354 thru BMW157-1417
Medi-Span HFPG, November 1995 Bates Range BMW157-1418 thru BMW157-1477
Medi-Span HFPG, December 1995 Bates Range BMW157-1478 thru BMW157-1541
Medi-Span HFPG, January 1996 Bates Range BMW157-1542 thru BMW157-1606
Medi-Span HFPG, February 1996 Bates Range BMW157-1607 thru BMW157-1674
Medi-Span HFPG, March 1996 Bates Range BMW157-1675 thru BMW157-1730
Medi-Span HFPG, April 1996 Bates Range BMW157-1731 thru BMW157-1794
Medi-Span HFPG, May 1996 Bates Range BMW157-1795 thru BMW157-1858
Medi-Span HFPG, June 1996 Bates Range BMW157-1859 thru BMW157-1922
Medi-Span HFPG, July 1996 Bates Range BMW157-1923 thru BMW157-1986
Medi-Span HFPG, August 1996 Bates Range BMW157-1987 thru BMW157-2050
Medi-Span HFPG, September 1996 Bates Range BMW157-2051 thru BMW157-2114
Medi-Span HFPG, October 1996 Bates Range BMW157-2115 thru BMW157-2178
Medi-Span HFPG, November 1996 Bates Range BMW157-2179 thru BMW157-2242
Medi-Span HFPG, December 1996 Bates Range BMW157-2243 thru BMW157-2306
Medi-Span HFPG, January 1997 Bates Range BMW157-2307 thru BMW157-2371
Medi-Span HFPG, February 1997 Bates Range BMW157-2372 thru BMW157-2446
Medi-Span HFPG, March 1997 Bates Range BMW157-2447 thru BMW157-2510
Medi-Span HFPG, April 1997 Bates Range BMW157-2511 thru BMW157-2578
Medi-Span HFPG, May, 1997 Bates Range BMW157-2579 thru BMW157-2642
Medi-Span HFPG, June 1997 Bates Range BMW157-2643 thru BMW157-2708
Medi-Span HFPG, July 1997 Bates Range BMW157-2709 thru BMW157-2772
Medi-Span HFPG, August 1997 Bates Range BMW157-2773 thru BMW157-2836
Medi-Span HFPG, September 1997 Bates Range BMW157-2837 thru BMW157-2900

Medi-Span HFPG, October 1997 Bates Range BMW157-2901 thru BMW157-2968
Medi-Span HFPG, November 1997 Bates Range BMW157-2969 thru BMW157-3032
Medi-Span HFPG, December 1997 Bates Range BMW157-3033 thru BMW157-3096
Medi-Span HFPG, January, 1998 Bates Range BMW157-3097 thru BMW157-3164
Medi-Span HFPG, February, 1998 Bates Range BMW157-3165 thru BMW157-3232
Medi-Span HFPG, March 1998 Bates Range BMW157-3233 thru BMW157-3296
Medi-Span HFPG, April 1998 Bates Range BMW157-3297 thru BWM157-3364
Medi-Span HFPG, May 1998 Bates Range BMW157-3365 thru BMW157-3432
Medi-Span HFPG, June 1998 Bates Range BMW157-3433 thru BMW157-3496
Medi-Span HFPG, July 1998 Bates Range BMW157-3497 thru BMW157-3560



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*99 N.E. 4 Street*

*Miami, FL 33132*
*(305) 961-9000*

January 31, 2007

<u>Via Overnight Delivery</u>

R. Christopher Cook
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Re:     *U.S. ex rel. Ven-a-Care of the Florida Keys Inc v Abbott Laboratories,* MDL No. 1456/Civil
        Action No. 01-12257-PBS

Dear Mr. Cook:

        Enclosed is a set of wholesaler documents referenced in our initial disclosures which we
are sending to you at your request to avoid a trip to our office.  The document numbers are
identified on the enclosed attachment.  We are producing these on a rolling basis and will
produce additional materials in the near future.

        Thank you for your attention to this matter.  If you have any questions, please feel free to
contact me.

                        R. ALEXANDER ACOSTA
                        UNITED STATES ATTORNEY

                        Mark A. Lavine
                        Assistant U.S. Attorney
                        (305) 961-9303
                        (305) 536-4101 Fax
                        Mark.Lavine@usdoj.gov

K:\My Documents\Ven-A-Care - MDL Case\Abbott\U.S. Court Filings\6.1.07 Draycott Opp. to Motion to Compel\Cook.1.31.07.wpd

NSS 001423-001562,BMW068-1455-1586

NSS 001563-001564, BMW068-1587-1588

NSS 001565-001617, BMW068-1589-1641

NSS 001618-001649, BMW068-1642-1673

NSS 001650-001677, BMW068-1674-1701

NSS 001678-001814, BMW068-1702-1838

NSS 001816-001891, BMW068-1839-1914

NSS 001892-001908, BWM068-1915-1931

NSS 001909-001964, BMW068-1932-1987

NSS 001965-002019, BMW068-1988-2042

NSS 002020-002027, BMW068-2043-2050

NSS 002028-002038, BMW068-2051-2061

NSS 002039-002138, BMW068-2062-2161

NSS 002139-002274, BMW068-2162-2297

NSS 002275-002410, BMW068-2298-2433

NSS 002411-002546, BMW068-2434-2568

NSS 002547-002567, BMW068-2569-2588

NSS 002568-002575, BMW068-2589-2596

NSS 002576-002588, BMW068-2597-2609

NSS 002589-002591, BMW068-2610-2612

NSS 002593-002596, BMW068-2613-2616

NSS 002700-002703, BMW068-2720-2723

NSS 002704-002707, BMW068-2724-2727

NSS 002709-002712, BMW068-2729-2732

NSS 002713-002716, BMW068-2733-2736

NSS 002717-002720, BMW068-2737-2740

NSS 002721-002724, BMW068-2741-2744

NSS 002725-002727, BMW068-2745-2748

NSS 002729-002738, BMW068-2749-2758

NSS 002739-002746, BMW068-2759-2766

NSS 002747-002750, BMW068-2767-2770

NSS 002751-002754, BMW068-2771-2774

NSS 002755-002762, BMW068-2775-2782

NSS 002763-002770, BMW068-2783-2790

NSS 002763-002770, BMW068-2791-2798

NSS 002771-002774, BMW068-2799-2802

NSS 002775-002782, BMW068-2803-2810

NSS 002783-002786, BMW068-2811-2814

NSS 002787-002790, BMW068-2815-2818

NSS 002791-002794, BMW068-2819-2822

NSS 002795-002798, BMW068-2823-2826

NSS 002799-002802, BMW068-2827-2830

NSS 002803-002810,BMW068-2831-2838

NSS 002815-002818, BMW068-2839-2842

NSS 002848-002860, BMW068-2872-2884

NSS 002905-002972, BMW068-2929-2996



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*99 N.E. 4 Street*

*Miami, FL 33132*
*(305) 961-9000*

January 31, 2007

Via Overnight Delivery

R. Christopher Cook
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Re:  *U.S. ex rel. Ven-a-Care of the Florida Keys Inc v Abbott Laboratories,* MDL No. 1456/Civil
     Action No. 01-12257-PBS

Dear Mr. Cook:

        Enclosed is another set of wholesaler documents referenced in our initial disclosures
which we are sending to you at your request to avoid a trip to our office.  The document numbers
are identified on the enclosed attachment.  As before, we are producing these on a rolling basis.

        Thank you for your attention to this matter.  If you have any questions, please feel free to
contact me.

                        R. ALEXANDER ACOSTA
                        UNITED STATES ATTORNEY


                        Mark A. Lavine
                        Assistant U.S. Attorney
                        (305) 961-9303
                        (305) 536-4101 Fax
                        Mark.Lavine@usdoj.gov

K:\My Documents\Ven-A-Care - MDL Case\Abbott\U.S. Court Filings\6.1.07 Draycott Opp. to Motion to Compel\Cook.1.31.07b.wpd

0109-0182
BMW070-1800-1879

0287-0360
BMW070-1984-2057

0377-0484
BMW070-2074-2181

FFF 000102-000115
BMW048-0004-0017

FFF 000145-000162
BMW048-0047-0064

FFF 000172-000185
BMW048-0074-0087

FFF 003171, 003202
BMW048-3081,3112

FFF 003436-003439
BWM045-0267-0270

1-0003-0019
BMW086-0003-0019

1-0020-1-0239
BMW086-0020-0241

1-0240-1-0510
BMW086-0242-0510

2-0007
BMW086-0518

2-0028-2-0035
BMW086-0539-0546

2-0057-2-0060
BMW086-0568-0571

2-0330-2-0331
BMW086-0841-0842

2-0355-2-0395
BMW086-0866-0906

2-0667-2-0733
BMW086-1178-1244

2-0734-2-0735
BMW086-1245-1246

2-0736-2-0737
BMW086-1247-1248

2-0740-2-0745
BMW086-1251-1256

2-0881-2-0895
BMW086-1392-1406

2-1204-2-1207
BMW086-1715-1718

8-0181-2-0308
BMW089-0181-0308

10-0890-10-0973
BMW092-0884-0967

10-0974-10-1057
BMW092-0968-1051

10-1058-10-1149
BMW092-1052-1143

10-1150-10-1249
BMW092-1144-1243

10-1295-10-1396
BMW092-1289-1391

10-1705-10-1729
BMW092-1705-1729

10-1730-1750
BMW092-1730-1750

10-1751-1771
BMW092-1751-1771

10-1772-1775
BMW092-1772-1775

10-1776-10-1795
BMW092-1776-1795

10-1796-10-1949
BWM092-1796-1949

 **U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*99 N.E. Fourth Street*

*Miami, Florida 33132*
*(305) 961-9001*

February 21, 2007

**Via Overnight Delivery**

R. Christopher Cook
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Re:    *U.S. ex rel Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories*, MDL No. 1456
       Civil Action No. 01-12257-PBS

Dear Mr. Cook:

        Enclosed is another set of wholesaler documents which we are shipping to you at your request to avoid a trip to our office.  The document numbers are identified on the enclosed attachment.  We will continue to produce these documents on a rolling basis.

        Thank you for your attention to this matter.  If you have any questions, please feel free to contact me.

                                        R. ALEXANDER ACOSTA
                                        UNITED STATES ATTORNEY

                                        s/ Mark Lavine

                                        Mark A. Lavine
                                        Assistant U.S. Attorney
                                        PH (305) 961-9303
                                        FX (305) 536-4101
                                        Mark.Lavine@usdoj.gov

N:\mlavine\venacare\ABBOTT\Correspondence\Cook.2.21.07.wpd

| Wholesaler/Distributor | Bates Nos & # of Pages |
|---|---|
| Medical Specialties | MSD00047-52, BMW069-0066-71 |
| Medical Specialties | MSD00251-299, BMW069-0270-0318 |
| Medical Specialties | MSD00968-1009, BMW069-0986-1027 |
| Medical Specialties | MSD01010-01054, BMW069-1028-1072 |
| Medical Specialties | MSD01055-1087, BMW069-1073-1105 |
| Medical Specialties | MSD01088-1091, BMW069-1106-1109 |
| Medical Specialties | MSD01092-1093, BMW069-1110-1111 |
| Medical Specialties | MSD01094-1121, BMW069-1112-1139 |
| Medical Specialties | MSD01122, BMW069-1140 |
| Medical Specialties | MSD01157-1183, BMW069-1175-1201 |
| Medical Specialties | MSD01287-1306, BMW069-1305-1324 |

| Medical Specialties | MSD01308,<br>BMW069-1326 |
|---|---|
| Medical Specialties | MSD01311-1547,<br>BWM069-1329-1563 |
| Medical Specialties | MSD01427-1569,<br>BMW069-1443-1586 |
| Medical Specialties | MSD01573-1720,<br>BMW069-1589-1736 |
| Medical Specialties | MSD01721-1960,<br>BMW069-1737-1974 |
| Medical Specialties | MSD01963-2140,<br>BMW069-1977-2153 |
| Medical Specialties | MSD02141-2216,<br>BMW069-2154-2229 |
| Medical Specialties | MSD02217-2292,<br>BMW069-2230-2305 |
| Medical Specialties | MSD02293-2360,<br>BMW069-2306-2373 |
| Medical Specialties | MSD02549,<br>BMW069-2562 |
| Medical Specialties | MSD02861-3006,<br>BMW069-2871-3013 |
| Medical Specialties | MSD03007-3156,<br>BMW069-3014-3159 |

3

 **U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

_____

*99 N.E. Fourth Street*

*Miami, Florida 33132*
*(305) 961-9001*

February 22, 2007

**Via Overnight Delivery**

R. Christopher Cook
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Re:     *U.S. ex rel Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories*, MDL No. 1456
        Civil Action No. 01-12257-PBS

Dear Mr. Cook:

Enclosed is another set of wholesaler documents.  The document numbers are identified on the enclosed attachment.  At this time, except for a limited number of documents, all of our initial disclosures from wholesalers have now been provided to you.

Approximately 350 pages which originated from IVMed, RxMed. and Gerimed are the only remaining materials to be turned over.  These 350 pages are documents you should already have as they consist primarily of documents created by Abbott such as contracts, price lists and correspondence.  There are still additional confidentiality concerns to resolve regarding these items.  I am in the process of attempting to resolve the confidentiality issues and will provide these last few documents as soon as possible.

On a related note, we hope that Abbott will promptly and fully produce to the United States all similar wholesaler and GPO documents in its possession.  Abbott is likely to have a much more comprehensive set of materials related to these entities than the 350 pages in the possession of the United States.

Please note that the United States has handled its initial disclosures in the same way that Abbott has represented it has done.  That is to say, we tried to produce all relevant materials in our possession rather than restricting it to the more limited documents which are required to be turned over by Fed.R.Civ.P. 26.  Thus, many of these documents would normally have been produced in the ordinary course of discovery rather than as part of initial disclosures.

R. Christopher Cook
February 22, 2007
Page 2


        In addition, your comments in your correspondence of February 15, 2007, characterizing the handling of these documents is unhelpful.  The vast majority of the documents were provided to Abbott immediately.  These relatively minimal remaining documents required the resolution of confidentiality concerns with several different companies.  Abbott should have substantial understanding of confidentiality issues given Abbott's practice of designating virtually all of its documents as confidential.  Moreover, we spent weeks unsuccessfully trying to get Abbott to simply agree to maintain these documents in a confidential fashion in order to speed the process of resolving the confidentiality issues.

        Thank you for your attention to this matter.  If you have any questions, please feel free to contact me.


                                R. ALEXANDER ACOSTA
                                UNITED STATES ATTORNEY

                                s/ Mark Lavine

                                Mark A. Lavine
                                Assistant U.S. Attorney
                                PH (305) 961-9303
                                FX (305) 536-4101
                                Mark.Lavine@usdoj.gov


N:\mlavine\venacare\ABBOTT\Correspondence\Cook.2.21.07.wpd

2

R. Christopher Cook
February 22, 2007
Page 3

| WHOLESALER/ DISTRIBUTOR | BATES NOS |
|---|---|
| ANDA, INC./ANDRX | ANDRX000001-14 |
| ANDA, INC./ANDRX | ANDRX000174 |
| ANDA, INC./ANDRX | ANDRX000477-488 |
| ANDA, INC./ANDRX | ANDRX000973-980 |
| ANDA, INC./ANDRX | ANDRX000981-997 |
| ANDA, INC./ANDRX | ANDRX000998-1025 |
| ANDA, INC./ANDRX | ANDRX001026-1049 |
| ANDA, INC./ANDRX | ANDRX001050-1057 |
| ANDA, INC./ANDRX | ANDRX001126-1180 |
| ANDA, INC./ANDRX | ANDRX001181-1214 |
| ANDA, INC./ANDRX | ANDRX001265-1511 |
| ANDA, INC./ANDRX | ANDRX002458-2510 |
| ANDA, INC./ANDRX | ANDRX002511 |
| ANDA, INC ./ANDRX | ANDRX002523-2529 |
| ANDA, INC./ANDRX | ANDRX002720 CD ROM 552 LINES OF DATA |

3



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*99 N.E. Fourth Street*

*Miami, Florida 33132*
*(305) 961-9001*

February 27, 2007

**Via Overnight Delivery**

R. Christopher Cook
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Re:     *U.S. ex rel Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories*, MDL No. 1456
        Civil Action No. 01-12257-PBS

Dear Mr. Cook:

        Enclosed are the documents which originated from IVMed, RxMed. and Gerimed which we are shipping to you at your request to avoid a trip to our office.  The document numbers are identified on the enclosed attachment.  These represent the final batch of documents identified in our initial disclosures to be turned over to Abbott.  As noted, these are documents you should already have as they consist primarily of documents created by Abbott such as contracts, price lists and correspondence.

        Thank you for your attention to this matter.  If you have any questions, please feel free to contact me.

                        R. ALEXANDER ACOSTA
                        UNITED STATES ATTORNEY

                        s/ Mark Lavine

                        Mark A. Lavine
                        Assistant U.S. Attorney
                        PH (305) 961-9303
                        FX (305) 536-4101
                        Mark.Lavine@usdoj.gov

N:\mlavine\venacare\ABBOTT\Correspondence\Cook.2.21.07.wpd

| | |
|---|---|
| RxMed | AG0001 to AG0221 |
| Gerimed | AG0001 to AG0244 |
| IVMed | AG0001 to AG0374 |