# EXHIBIT 7

U.S. *ex rel*. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.
Privilege Log of Abbott Laboratories Inc.

| | Date(s) | Author(s) | Recipient(s) | Description | Privilege | Page Count |
|---|---|---|---|---|---|---|
| 1 | 02/02/1996 | Kim Serzynski (Paralegal; Abbott Legal) | Charlie Mitchell (Director Contract Marketing and Administration, HPD)<br><br>fwd: Jerrie<br>        Erik | Fax cover sheet from Abbott legal containing handwritten communication regarding collection of documents relating to Department of Justice Civil Investigative Demand at direction of legal counsel and in anticipation of litigation | AC, WP | 2 |
| 2 | 01/24/2001 | Stacey Chronis, Esq. (Abbott Legal) | cover sheet<br><br>Loreen Mershimer (General Manager Renal Care and V.P. of Infusion Therapy);<br><br>Mike Sellers (Diector. Contract Marketing);<br><br>Pete Karas (HPD Marketing, GM, Drugs & Drug Delivery System);<br><br>Charlie Brock, Esq. (Abbott Legal)<br><br>memorandum<br><br>Pete Baker (Marketing Manager, Pain Management)<br><br>Pete Karas<br><br>Loreen Mershimer<br><br>Mike Sellers<br><br>cc: Charlie Brock, Esq. (Abbott Legal)<br>      Laura Schumacher, Esq. (Abbott Legal) | Memorandum and fax cover sheet prepared by legal counsel regarding proposed price adjustment project to be implemented on or about April 2001 for the purpose of rendering legal advice and in anticipation of litigation. | AC, WP | 4 |

1

U.S. *ex rel*. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.
Privilege Log of Abbott Laboratories Inc.

|   | Date(s) | Author(s) | Recipient(s) | Description | Privilege | Page Count |
|---|---|---|---|---|---|---|
| 3 | 05/18/2000 | Alan Greenthal (Manager, Contract Marketing Systems) | James Van Bolhuis (Manager, Desktop Support HPD);<br>cc: Robyn Allen-McKinnon;<br>    Jerrie Cicerale (Contract Marketing Systems Administrator);<br>    Mary Jenn Fisher (Paralegal, Abbott Legal);<br>    Robert Lyman (Manager, Government Pricing) | E-mail correspondence regarding legal counsel request for emails and computer files in connection with the Texas Civil Investigative Demand for the purpose of rendering legal advice and in anticipation of litigation. | AC, WP | 1 |
| 4 | 05/18/2000 | Alan Greenthal (Manager, Contract Marketing Systems) | Mary Jenn Fisher (Paralegal, Abbott Legal);<br>cc: Jerrie Cicerale (Contract Marketing Systems Administrator)<br>    Alan Greenthal (Manager, Contract Marketing Systems);<br>    Mike Phillips (HPD Support Center) | E-mail correspondence regarding legal counsel request for computer files in connection with the Texas Civil Investigative Demand for the purpose of rendering legal advice and in anticipation of litigation. | AC, WP | 1 |
| 5 | 05/18/2000 | Alan Greenthal (Manager, Contract Marketing Systems) | James Van Bolhuis (Manager, Desktop Support, HPD);<br>cc: Robyn Allen-McKinnon (Manager, Contract Marketing Major Accounts, HPD);<br>    Jerrie Cicerale (Contract Marketing Systems Administrator);<br>    Mary Jenn Fisher (Paralegal, Abbott Legal);<br>    Robert Lyman (Manager, Government Pricing);<br>fwd: Mike Phillips (HPD Support Center) | E-mail chain correspondence regarding legal counsel request for computer files in connection with the Texas Civil Investigative Demand for the purpose of rendering legal advice and in anticipation of litigation. | AC, WP | 2 |
| 6 | 04/19/2001 estimated | Mike Sellers (Director Contract Marketing) | Laura Schumacher, Esq. (Abbott Legal);<br>cc: Stacey Chronis, Esq. (Abbott Legal) | Fax cover sheet containing handwritten communication to legal counsel forwarding non-privileged document from First Data Bank for the purpose of rendering legal advice. | AC | 1 |
| 7 | 05/01/2001 | Mike Sellers (Director Contract Marketing) | Laura Schumacher, Esq. (Abbott Legal) | Draft of internal memorandum and FAQs prepared in connection with price adjustment project undertaken at direction of counsel for the purpose of rendering legal advice and in anticipation of litigation. | AC, WP | 3 |

2

U.S. *ex rel*. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.
Privilege Log of Abbott Laboratories Inc.

|   | Date(s) | Author(s) | Recipient(s) | Description | Privilege | Page Count |
|---|---|---|---|---|---|---|
| 8 | 05/03/2001 | Mike Sellers (Director Contract Marketing) | Pete Baker (V.P. Major Healthcare Systems) | Correspondence forwarding legal counsel's handwritten edits to internal memorandum and FAQs prepared in connection with price adjustment project undertaken at direction of counsel for the purpose of rendering legal advice and in anticipation of litigation. | AC, WP | 5 |
| 9 | 05/03/2001 | Stacey Chronis, Esq. (Abbott Legal) | Mike Sellers (Director Contract Marketing) | Correspondence transmitting legal counsel's handwritten edits to draft letter to customers, internal memorandum, and FAQs in connection with price adjustment project undertaken at direction of counsel for the purpose of rendering legal advice and in anticipation of litigation; internal memorandum and FAQs are listed above. | AC, WP | 2 |
| 10 | 05/30/2001 | Laura Schumacher, Esq. (Abbott Legal) | Mike Sellers (Director Contract Marketing); Pete Baker (V.P. Major Healthcare Systems); cc: Amy St. Eve, Esq. (Abbott Legal) | E-mail correspondence and draft letter to customers in connection with inquiry relating to price adjustment prepared by legal counsel for the purpose of providing legal advice and in anticipation of litigation. | AC, WP | 2 |
| 11 | 05/30/2001 | Laura Schumacher, Esq. (Abbott Legal) | Mike Sellers (Director Contract Marketing); Pete Baker (V.P. Major Healthcare Systems); cc: Amy St. Eve, Esq. (Abbott Legal); fwd: Robert Lyman (Mgr. Govt. Pricing) | Duplicate of Document 11. | AC, WP | 2 |
| 12 | 06/05/2001 | Harry Adams (Manager, Commercial Business Development) | Stacey Chronis (Abbott Legal) | E-mail correspondence forwarding price change analysis undertaken at the direction of counsel in anticipation of litigation. | AC, WP | 1 |
| 13 | 08/20/2001 | | | Sales analysis for alternate site market undertaken at request of counsel and in anticipation of litigation. | WP | 2 |
| 14 | 11/30/2000 | Abbott HPD | | Memo of tasks related to price adjustment project | WP | 1 |

3

U.S. *ex rel*. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.
**Privilege Log of Abbott Laboratories Inc.**

|  | Date(s) | Author(s) | Recipient(s) | Description | Privilege | Page Count |
|---|---|---|---|---|---|---|
|  | (estimated) |  |  | undertaken at the direction of counsel for the purpose of rendering legal advice and in anticipation of litigation. |  |  |
| 15 | 12/15/2000 | Joe Brundza (Manager Contract Marketing, Injectables); <br><br><br><br><br><br><br><br><br> fwd: Jerrie Cicerale <br><br><br><br><br><br><br> fwd: Craig Butler | Jerrie Cicerale (Contract Market Systems Administrator) <br> Patience Pitman (Analytical Assistant, HPD) <br> cc: Harry Adams (Manager Communication Business Development) <br>      Craig Butler (Manager Wholesaler Finance, HPD) <br><br> Joe Brundza <br> cc: Craig Butler <br>      Harry Adams <br>      Alan Greenthal (Manager CM Systems) <br>      Patience Pitman <br>      Mike Sellers (Director Contract Marketing) <br><br> Jerrie Cicerale <br> Joe Brundza <br><br> cc: Harry Adams <br>      Alan Greenthal <br>      Mike Sellers | E-mail chain correspondence in connection with price changes undertaken at direction of counsel and in anticipation of litigation. | WP | 2 |
| 16 | 12/15/2000 | Joe Brundza (Manager Contract Marketing, Injectables); | Jerrie Cicerale (Contract Market Systems Administrator) <br> Patience Pitman (Analytical Assistant, HPD) <br> cc: Harry Adams (Manager Communication Business Development) <br>      Craig Butler (Manager Wholesaler Finance, HPD) <br><br> Joe Brundza | E-mail chain correspondence with handwritten notes in connection with price changes undertaken at direction of counsel and in anticipation of litigation. | WP | 1 |

4

**U.S. *ex rel*. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.**
**Privilege Log of Abbott Laboratories Inc.**

|  | Date(s) | Author(s) | Recipient(s) | Description | Privilege | Page Count |
|---|---|---|---|---|---|---|
|  |  | fwd:  Jerrie Cicerale | cc:  Craig Butler<br>      Harry Adams<br>      Alan Greenthal (Manager CM Systems)<br>      Patience Pitman<br>      Mike Sellers (Director Contract Marketing) |  |  |  |
| 17 | 02/19/2001 | Mike Sellers (Director Contract Marketing) | Stacy Chronis (Abbott Legal) | Fax with communication to legal department regarding price changes undertaken at direction of counsel and in anticipation of litigation. | AC, WP | 2 |
| 18 | 11/17/2000 | Mike Sellers (Director Contract Marketing) | Stacy Chronis (Abbott Legal)<br>cc:  Diane Latz (Government Rebate Analyst, HPD);<br>Robert Lyman (Manager, Government Pricing); Lynn Leone (Manager of Contract Marketing and Product Sales in Alternate Site) | E-mail correspondence forwarding Medicaid rebate analysis undertaken at the request of counsel. | AC, WP | 1 |
| 19 | 11/17/2000 | Mike Sellers (Director Contract Marketing) | Stacy Chronis (Abbott Legal)<br>cc:  Diane Latz (Government Rebate Analyst, HPD);<br>Robert Lyman (Manager, Government Pricing); Lynn Leone (Manager of Contract Marketing and Product Sales in Alternate Site) | E-mail correspondence string forwarding Medicaid rebate analysis undertaken at the request of counsel. | AC, WP | 1 |
| 20 | 05/15/2001 | Abbott HPD |  | Draft memorandum with handwritten notes summarizing price adjustment project process undertaken at direction of counsel for the purpose of rendering legal advice and in anticipation of litigation. | WP | 3 |
| 21 | 05/11/2001 | Abbott HPD |  | Draft memorandum with handwritten notes summarizing price adjustment project process undertaken at direction of | WP | 2 |

5

**U.S. *ex rel*. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.**
**Privilege Log of Abbott Laboratories Inc.**

|   | Date(s) | Author(s) | Recipient(s) | Description | Privilege | Page Count |
|---|---|---|---|---|---|---|
|   |   |   |   | counsel for the purpose of rendering legal advice and in anticipation of litigation. |   |   |
| 22 | 02/00/2001 |   |   | Typewritten notes reflecting request for legal advice from corporate counsel concerning possible contract language for agreement with Broadline. | AC | 1 |
| 23 | 06/16/2000 | Diane Latz (Government Rebate Analyst) | Mike Sellers (Director Contract Marketing) | E-mail and attached summary analysis of 1999 sales for specified products prepared at the request of legal counsel for the purpose of rendering legal advice and in anticipation of litigation. | WP | 2 |
| 24 | 06/16/2000 | Lynn Leone (Manager of Contract Marketing and Product Sales in Alternate Site) | Mike Sellers (Director Contract Marketing) | E-mail and attached summary analysis of 1999 sales for specified products prepared at the request of legal counsel for the purpose of rendering legal advice and in anticipation of litigation. | WP | 2 |
| 25 | 06/30/2000 | Lynn Leone (Manager of Contract Marketing and Product Sales in Alternate Site) | Mike Sellers (Director Contract Marketing) | E-mail and attached summary analysis of 1999 sales for specified products prepared at the request of legal counsel for the purpose of rendering legal advice and in anticipation of litigation. | WP | 2 |
| 26 | 11/17/2000 | Mike Sellers (Director Contract Marketing) | Stacy Chronis (Abbott Legal)<br><br>cc: Diane Latz (Government Rebate Analyst, HPD);<br><br>Robert Lyman (Manager, Government Pricing); Lynn Leone (Manager of Contract Marketing and Product Sales in Alternate Site) | E-mail correspondence string forwarding Medicaid rebate analysis undertaken at the request of counsel. | AC, WP | 2 |
| 27 | 05/23/2001 |   | Tejal [R. Vakharia] (Abbott Legal)<br><br>Bob [Lyman] (Manager, Government Pricing)<br><br>Ron [Gerlach] | Spreadsheet prepared at direction of corporate counsel reflecting legal advice concerning drug pricing reporting for the purpose of rendering legal advice and in anticipation of litigation. | AC, WP | 3 |

U.S. *ex rel*. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.
Privilege Log of Abbott Laboratories Inc.

| | Date(s) | Author(s) | Recipient(s) | Description | Privilege | Page Count |
|---|---|---|---|---|---|---|
| | | | (Assistant Controller, HPD)<br><br>Mike [Sellers] (Director Contract Marketing)<br><br>Diane [Latz] (HPD, Government Rebate Analyst) | | | |
| 28 | 05/29/2001 | Laura Schumacher, Esq. (Abbott Legal) | Mike Sellers (Director Contract Marketing);<br><br>Pete Baker (V.P. Major Healthcare Systems) | Drafts of letter to customers in connection with inquiry relating to price adjustment prepared by legal counsel for the purpose of providing legal advice and in anticipation of litigation. | AC, WP | 3 |
| 29 | 08/30/2000 | Stacey Chronis, Esq. (Abbott Legal) | Diane Latz (HPD, Government Rebate Analyst) | E-mail reflecting legal advice concerning drug pricing reporting made in anticipation of litigation. | AC, WP | 1 |
| 30 | 07/16/1996 | Robert P. Charrow, Esq. (Crowell & Moring, Outside Legal Counsel) | | Memorandum reflecting legal advice requested by client concerning Medicaid drug pricing with attachments. | AC | 83 |
| 31 | 10/09/2001 | Robert M. Jenkins III, Esq. (Mayer Brown & Platt, Outside Legal Counsel) | Robert Lyman (Manager Government Pricing) | Facsimile attaching draft presentation reflecting legal advice sought by client concerning drug pricing. | AC | 42 |
| 32 | 05/23/2000 | Jerrie Cicerale (Contract Marketing Systems Administrator) | Mary Jenn Fisher (Paralegal, Abbott Legal)<br><br>cc: Jerrie Cicerale | E-mail correspondence and report regarding data requested by legal counsel for the purpose of rendering legal advice and in anticipation of litigation. | AC, WP | 2 |
| 33 | 06/05/2001 | Harry Adams (Manager, Commercial Business Development) | Stacey Chronis (Abbott Legal)<br><br><br>cc: Mike Sellers (Director of Contract Marketing)<br><br>Jerrie Cicerale (Contract Marketing Systems Administrator) | E-mail correspondence forwarding price change analysis undertaken at the direction of counsel in anticipation of litigation. | AC, WP | 35 |