UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* <br> CIVIL ACTION NO. 06-11337-PBS | MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris <br><br> Chief Magistrate Judge <br> Marianne B. Bowler |

### JUNE 1, 2007 STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file this Status Report for June 1, 2007 in accordance with the Court's June 17, 2004 Procedural Order and state:

**Complaint in Intervention**

On March 17, 2006, in Civil Action No. 95-1354-CIV-GOLD pending in the Southern District of Florida, the United States filed a Complaint in Intervention against Abbott Laboratories, Inc. and Hospira, Inc. Plaintiff Ven-A-Care amended its Complaint per court order dated May 15, 2006 and adopted the United States' Complaint in Intervention.

**Removal from District Court and Transfer to the District Court of Massachusetts**

On June 20, 2006, Defendants filed their Notice of Filing Notice of Related Action in *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL Docket No. 1456, pursuant to Rule 7.5(a) of the Rules of Procedure for the JPML, which notified the Panel of the pendency of the above styled case as a potential "tag-a-long" action to the Judicial Panel on Multidistrict Litigation (JPML). On July 11, 2006, the JPML issued Conditional Transfer Order 30 ("CTO-30").  On or about July 27, 2006, CTO-30 was filed in the Office of the Clerk of the United States District Court for the District of Massachusetts, thereby vesting jurisdiction in this Court for all pre-trial matters, including discovery.

**Voluntary Dismissal of Defendant Hospira, Inc.**

On September 15, 2006, the United States, Relator Ven-A-Care of the Florida Keys, Inc., and the Defendant Hospira, Inc. stipulated and gave notice that the Defendant Hospira, Inc., was voluntarily dismissed from the action without prejudice. (D.E. 3109)

**Protective Order**

On February 16, 2007, the Court issued a Protective Order governing confidential information only as to the parties in this case. (Docket 3804)

**Case Management Order (CMO)**

On March 23, 2007, the Court issued CMO 29 governing the conduct of discovery only as to the parties in this case. (Docket 3956)

**Abbott's Motion to Dismiss Denied**

Abbott's Motion to Dismiss was filed on July 7, 2006 in the Southern District of Florida.  On September 15, 2006, the United States' filed its Opposition to the Motion to Dismiss.  In addition, the Relator filed a Joinder in United States' Opposition.  On October

6, 2006, Abbott Laboratories, Inc. filed its Reply Memorandum in Support of its Motion to Dismiss.  On October 18, 2006, the United States filed its Sur-Reply.  Relator filed a Joinder in the United States' Sur-Reply.  The Court denied Abbott's Motion to Dismiss on May 8, 2007.  (Docket 4160)  Abbott's Answer to the Complaint is due June 5, 2007.

**Pending Motions**

1.      Abbott's Renewed Motion to Compel Evidence Withheld under the Deliberative Process Privilege filed on March 28, 2007.  (Docket 3959)  On April 5, 2007, the United States filed a motion requesting additional time to respond up to and including April 20, 2007.  See United States' Unopposed Motion for Extension of Time to Respond to Defendant Abbott's Renewed Motion to Compel Evidence Withheld Under the Deliberative Process Privilege. (Docket 3992)  The United States filed its opposition on April 20, 2007.  See United States' Opposition to Defendant Abbott's Renewed Motion to Compel Evidence Withheld Under the Deliberative Process Privilege.  (Docket 4076)  The United States also requested to extend the page limit of its opposition.  See United States' Unopposed Motion for Leave to File Opposition to Defendant Abbott's Renewed Motion to Compel in Excess of Page Limit.  (Docket 4075)

2.      United States Second Motion to Compel Abbott to Produce Documents and Memorandum in Support of its Second Motion to Compel Production of Documents From Abbott filed April 9, 2007.  (Docket 4047 and 4048)  On April 19, 2007 Abbott filed its Unopposed Motion for Enlargement of Time and requested additional time up to May 7, 2007 to respond.  (Docket 4069)  Abbott filed its response on May 7, 2007.  (Docket 4153)

3.      United States Motion to Compel Abbott to Respond to the United States' First Set of Interrogatories, Memo in Support of its Motion to Compel Abbott to Respond to the

United States First Set of Interrogatories and United States' Motion for Leave to File Under Seal Exhibits to its Memorandum in Support of its Motion to Compel Abbott to Respond to the Untied States' First Set of Interrogatories filed on April 16, 2007.  (Docket 4060, 4061 and 4063) On April 19, 2007 Abbott filed its Unopposed Motion for Enlargement of Time and requested additional time up to May 7, 2007 to respond.  (Docket 4069)  The Court filed Sealed Exhibits as a result of the Unites States' motion for leave to file exhibits under seal.  (Docket 4114, 4115 and 4116).  Abbott filed its response to the Motion to Compel on May 7, 2007.  (Docket 4152).

4. Abbott's Renewed Motion to Compel Production of Ex Parte Filings filed April 26, 2007.  (Docket 4080) The United States' response and notice of compliance with April 20, 2007 Order was filed May 16, 2007.  (Docket 4208).

5. Agreed Motion to Extend Time Pursuant to Paragraph 7 of CMO 29 filed April 13, 2007.  (Docket 4057)  Pursuant to Paragraph 7 of CMO 29, Ven-A-Care filed its Motion to Compel Abbott Laboratories, Inc. To Produce or Consent to Access to and Sharing of All Discovery Produced by Abbott in other False Price Report Litigation and Memorandum in Support on April 27, 2007.  (Docket 4121 and 4122)  Ven-A-Care also filed a Motion for Leave to File Under Seal Certain Documents Relating to Relator's Motion to Compel Abbott Laboratories, Inc. To Produce or Consent to Access to and Sharing of All Discovery Produced by Abbott in Other False Price Report Litigation.  (Docket 4123).  Abbott requested additional time to respond to Ven-A-Care's Motion to Compel up to and including May 14, 2007.  (Docket 4149) Abbott filed its response on May 14, 2007.  (Docket 4200)

6. Abbott Laboratories, Inc.'s Motion to Compel Plaintiffs United States and Relator to Provide Adequate Responses to Abbott's Discovery Requests filed on May 1,

2007. (Docket 4135). The United States and Ven-A-Care have requested additional time to respond to Abbott's Motion to Compel. The Responses to Abbott's motion were originally due May 15, 2007. The United States and Relator both have requested additional time up to and including June 1, 2007 to respond. (Docket 4205, 4206, 4257 and 4258)

7. Abbott Laboratories, Inc.'s Motion for a Protective Order Barring the Deposition of Miles White filed May 14, 2007. (Docket 4202) The United States filed its Opposition to the motion on May 24, 2007. (Docket 4254) The United States also filed a Motion for Leave to File Under Seal Exhibits to the United States' Opposition to Abbott Laboratories, Inc.'s Motion for Protective Order on Thursday, May 24, 2007. (Docket 4251). The Exhibits were filed under seal on June 1, 2007. (Docket 4262).

**Scheduled Hearings**

1. The Court has scheduled a hearing on June 19, 2007, 2:30pm, Courtroom 25, before Chief Magistrate Judge Marianne B. Bowler on the following Motions:

   a. Abbott's Renewed Motion to Compel Production of Ex Parte Filings filed April 26, 2007. (Docket 4080)

   b. United States Motion to Compel Abbott to Respond to the United States' First Set of Interrogatories (Docket 4060)

   c. Abbott Laboratories, Inc.'s Motion to Compel Plaintiffs United States and Relator to Provide Adequate Responses to Abbott's Discovery Requests filed on May 1, 2007. (Docket 4135).

   d. Ven-A-Care's Motion to Compel Abbott Laboratories, Inc. To Produce or Consent to Access to and Sharing of All Discovery Produced by Abbott in other False Price Report Litigation. (Docket 4121)

  2. The Parties also intend to contact the Court to set hearings sometime during the last week of June, or during the month of July for the following matters:

    a. Abbott's Renewed Motion to Compel Evidence Withheld under the Deliberative Process Privilege filed on March 28, 2007. (Docket 3959)

    b. Abbott Laboratories, Inc.'s Motion for a Protective Order Barring the Deposition of Miles White filed May 14, 2007. (Docket 4202)

**Pending Discovery**

Numerous depositions have been noticed by both sides in this case. The parties have also served requests for production of documents, requests for admissions and interrogatories. The parties are in the process of responding to the discovery and resolving objections thereto.

Respectfully Submitted, Dated: JUNE 1, 2007

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3272
Fax: (617) 748-3971

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

For the Relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel:  (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com
Email: alisonwsimon@breenlaw.com

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL


/s/ Renée Brooker
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-1088
Fax: (202) 307-3852

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day caused an electronic copy of the above **STATUS REPORT - JUNE 1, 2007 OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                        /s/ Alison W. Simon

Dated: JUNE 1, 2007