UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | Hon. Patti B. Saris |

## CORPORATE DISCLOSURE STATEMENT FOR DEY L.P., INC.

Pursuant to Fed. R. Civ. P. 7.1, Defendant Dey L.P., Inc. hereby discloses that: one hundred percent (100%) of the shares of Dey L.P., Inc. are owned by Dey, Inc.; one hundred percent (100%) of the shares of Dey, Inc. are owned by EMD, Inc. of Durham, North Carolina; one hundred percent (100%) of the shares of EMD, Inc. are owned by Merck S.A. of Lyon, France; approximately ninety-nine percent (99%) of the shares of Merck S.A. are owned by Merck KGaA of Darmstadt, Germany; and Merck KGaA is a publicly held company in Germany.

Dated: June 1, 2007

                                              Respectfully submitted,

                                              /s/ Philip D. Robben
                                              Paul F. Doyle (BBO # 133460)
                                              William Escobar (*pro hac vice*)
                                              Neil Merkl (*pro hac vice*)
                                              Christopher C. Palermo (*pro hac vice*)
                                              Philip D. Robben (*pro hac vice*)
                                              KELLEY DRYE & WARREN LLP
                                              101 Park Avenue
                                              New York, New York 10178

Telephone: (212) 808-7800
Facsimile: (212) 808-7897

-and-

Martin F. Murphy (BBO # 363250)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02110
Telephone: (617) 832-1000
Facsimile: (617) 832-7000

*Attorneys for Defendants
Dey, Inc., Dey L.P., Inc. and Dey L.P.*

## CERTIFICATE OF SERVICE

       I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 1, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                              /s/ Philip D. Robben
                                              Philip D. Robben