# KIRBY McINERNEY & SQUIRE, LLP

TELEPHONE:(212) 371-6600
(212) 317-2300
FACSIMILE:(212) 751-2540

IRVING MALCHMAN, OF COUNSEL

**VIA E-FILING**

June 1, 2007

Clerk of the Court
United States District Court for the District of Massachusetts
Suite 2300
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02210

    Re:    <u>The City of New York and Captioned New York Counties (MDL 1456)</u>
             <u>(No. 01-CV-12257-PBS)</u>

Dear Sir or Madam:

      Per this Court's Order entered June 17, 2004 enclosed for filing in the above-captioned matters please find the June 1, 2007 status report for The City of New York and Captioned New York Counties.

                                          Sincerely,

                                          <u>/s/ Aaron D. Hovan</u>
                                          Aaron D. Hovan

Enclosures
cc: All Parties of Record

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 04-CV-06054<br><br>*County of Albany v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0425<br><br>*County of Allegany v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0236<br><br>*County of Broome v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-00456<br><br>*County of Cattaraugus v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0256<br><br>*County of Cayuga v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0423<br><br>*County of Chautauqua v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-0214<br><br>*County of Chemung v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-6744<br><br>*County of Chenango v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0354<br><br>*County of Columbia v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0867<br><br>*County of Dutchess v. Abbott Laboratories, Inc., et al.*<br>S.D.N.Y. Case No. 05-CV-6458<br><br>*County of Essex v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0878<br><br>*County of Fulton v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0519<br><br>*County of Genesee v. Abbott Laboratories, Inc., et al.*<br>W.D.N.Y. Case No. 05-CV-00267<br><br>*County of Greene v. Abbott Laboratories, Inc., et al.*<br>N.D.N.Y. Case No. 05-CV-0474 | **June 1, 2007**<br><br>**STATUS REPORT FOR THE CITY OF NEW YORK AND CAPTIONED NEW YORK COUNTIES** |

*County of Herkimer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00415

*County of Jefferson v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0715

*County of Lewis v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0839

*County of Madison v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0714

*County of Monroe v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-1648

*County of Nassau v. Abbott Labs, et al.*
E.D.N.Y. Case No. 04-CV-5126

*County of Niagara v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6296

*County of Oneida v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0489

*County of Onondaga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0088

*County of Ontario v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6373

*County of Orleans v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6371

*County of Putnam v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 05-CV-4748

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-00422

*County of Rockland v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-7055

*County of St. Lawrence v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0479

*County of Schuyler v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6387

*County of Seneca v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6370

*County of Saratoga v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0478

*County of Steuben v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6223

*County of Suffolk v. Abbott Laboratories, Inc., et al.*
E.D.N.Y. Case No. 03-CV-12257

*County of Tompkins v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0397

*County of Ulster v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 01-CV-0123

*County of Warrren v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0468

*County of Washington v. Abbott Laboratories, Inc., et al.*
N.D.N.Y. Case No. 05-CV-0408

*County of Wayne v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6138

*County of Westchester v. Abbott Laboratories, Inc., et al.*
S.D.N.Y. Case No. 03-CV-6178

*County of Wyoming v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-6379

*County of Yates v. Abbott Laboratories, Inc., et al.*
W.D.N.Y. Case No. 05-CV-06172

The undersigned counsel for the Captioned-plaintiffs (hereinafter referred to as the City of New York and Captioned New York Counties) hereby submit the attached status report to the Court in accordance with the Court's June 17, 2004 Procedural Order.

Date:  June 1, 2007
New York, New York

          **KIRBY McINERNEY & SQUIRE, LLP**

          By: /s/ Joanne M. Cicala
              Joanne M. Cicala
              James P. Carroll
              Aaron D. Hovan
          830 Third Avenue
          New York, New York 10022
          Telephone: (212) 371-6600
          Facsimile:  (212) 751-2540

          **COUNSEL FOR CITY OF NEW YORK AND**
          **ALL CAPTIONED COUNTIES EXCEPT NASSAU**

          **MILBERG WEISS BERSHAD**
           **& SCHULMAN LLP**
          Melvyn I. Weiss
          Ross Brooks
          One Pennsylvania Plaza
          New York, New York 10119-0165
          Telephone: (212) 594-5300
          Facsimile:  (212) 868-1229

          *Special Counsel for the County of Nassau*

## **MDL 1456 June 1, 2007 Status Report for the City of New York and Captioned New York Counties**

### **Motions Concerning Consolidated Complaint**

On April 2, 2007, the Court issued an order denying in part and granting in part Defendants' Consolidated Motion to Dismiss the New York Consolidated Complaint and Nassau Amended Complaint.  That order, *inter alia,* gave plaintiffs leave to amend their pleading with respect to their FUL-based claims.

On May 16, 2007, the Court held a status conference in this matter during which, *inter alia*, the Court reaffirmed that plaintiffs had leave to amend their complaints with respect to the FUL-based claims.  The Court also ruled from the bench that plaintiffs had leave to amend with regard to their claims for "physician administered drugs" that were reimbursed by New York Medicaid based on AWP and to add in additional NDCs where plaintiffs' data revealed spreads between actual acquisition cost and AWP in excess of 20-25%.

The parties and the Court agreed to the following schedule with respect to the First Amended Consolidated Complaint:

- Plaintiffs' First Amended Consolidated Complaint will be filed June 8, 2007;

- Defendants' motion to dismiss will be filed by June 22, 2007;

- Plaintiffs' opposition will be filed by July 11, 2007;

- Defendants' reply will be filed by July 18, 2007.

- Plaintiffs' sur-reply will be filed by July 24, 2007.

All briefs have a 20-page limit.

Oral argument on Defendants' motion to dismiss the First Amended Consolidated Complaint is scheduled for July 26, 2007 at 2:00 pm.

## Certificate of Service

I certify that on June 1, 2007 a true and correct copy of the foregoing June 1, 2007 Status Report was served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

/s/Aaron D. Hovan
Aaron D. Hovan