**EXHIBIT 1 -- Selected Abbott AWPs, Actual Prices, And Spreads**

| DRUG/DOSAGE | NDC | YEAR | RED BOOK AWP | FIRST DATABANK AWP | AVERAGE AWP | PRICE TO RELATOR | ESTIMATED DOLLAR VALUE OF SPREAD | ESTIMATED GROSS PROFIT MARGIN OF SPREAD |
|---|---|---|---|---|---|---|---|---|
| DEXTROSE SOLUTION 5%  1000 ml | 00074792209 | 2001 | $165.59 | $165.48 | $165.54 | $14.95 | $150.59 | 1007.26% |
| DEXTROSE SOLUTION 5%  1000 ml | 00074794109 | 2001 | $180.83 | $180.72 | $180.78 | $16.36 | $164.42 | 1004.98% |
| DEXTROSE SOLUTION 5%  5 | 00074792336 | 2001 | $996.55 | $996.80 | $996.68 | $97.98 | $898.70 | 917.22% |
| DEXTROSE SOLUTION 5% 500 ml | 00074792203 | 2001 | $283.29 | $283.20 | $283.25 | $25.56 | $257.69 | 1008.16% |
| DEXTROSE SOLUTION 5% 79 | 00074792202 | 2001 | $283.29 | $283.20 | $283.25 | $25.56 | $257.69 | 1008.16% |
| 5% AND 0.225% NACL INJECTION | 00074792409 | 2001 | $180.83 | $180.72 | $180.78 | $13.93 | $166.85 | 1197.74% |
| 5% AND 0.45% NACL INJECTION | 00074792609 | 2001 | $180.83 | $180.72 | $180.78 | $16.36 | $164.42 | 1004.98% |
| DEXTROSE SOLUTION 70% 7 | 00074712007 | 2001 | $486.78 | $486.72 | $486.75 | $52.21 | $434.54 | 832.29% |
| SOL 5% KCL/NACL 1000 ml | 00074790209 | 2001 | $259.78 | $259.68 | $259.73 | $25.43 | $234.30 | 921.35% |
| SODIUM CHLORIDE 0.9% 100 ml 48's | 00074710123 | 1999 | $638.97 | $671.04 | $655.01 | $57.12 | $597.89 | 1046.72% |
| SODIUM CHLORIDE 0.9% 50 | 00074613803 | 2001 | $362.52 | $362.64 | $362.58 | $26.07 | $336.51 | 1290.79% |
| SODIUM CHLORIDE 0.9% 50 ml 48's | 00074710113 | 1999 | $638.97 | $671.04 | $655.01 | $57.12 | $597.89 | 1046.72% |
| SODIUM CHLORIDE BAC FTV | 00074196607 | 2001 | $56.11 | $56.00 | $56.06 | $6.66 | $49.40 | 741.67% |
| SODIUM CHLORIDE FTV  0. | 00074488810 | 2001 | $47.80 | $47.75 | $47.78 | $5.33 | $42.45 | 796.34% |
| SODIUM CHLORIDE FTV  0. | 00074488820 | 2001 | $55.52 | $55.50 | $55.51 | $7.99 | $47.52 | 594.74% |
| SODIUM CHLORIDE SOL .45 | 00074798509 | 2001 | $166.73 | $166.68 | $166.71 | $13.16 | $153.55 | 1166.76% |
| SODIUM CHLORIDE SOL .9% | 00074710102 | 2001 | $406.70 | $406.80 | $406.75 | $48.56 | $358.19 | 737.62% |
| SODIUM CHLORIDE SOL .9% 1000 ml | 00074798309 | 2001 | $151.19 | $151.08 | $151.14 | $13.80 | $137.34 | 995.18% |
| SODIUM CHLORIDE SOL 0.9% | 00074613802 | 2001 | $135.24 | $168.60 | $151.92 | $11.76 | $140.16 | 1191.84% |
| SODIUM CHLORIDE SOL 0.9% | 00074613822 | 2001 | $353.97 | $354.00 | $353.99 | $26.07 | $327.92 | 1257.83% |
| SODIUM CHLORIDE SOL 0.9% | 00074713809 | 2001 | $216.74 | $216.70 | $216.72 | $11.50 | $205.22 | 1784.52% |
| SODIUM CHLORIDE SOL 0.9% | 00074797205 | 2001 | $112.43 | $112.32 | $112.38 | $29.91 | $82.47 | 275.71% |
| SODIUM CHLORIDE SOL 0.9% | 00074798436 | 2001 | $996.55 | $996.80 | $996.68 | $86.90 | $909.78 | 1046.92% |
| SODIUM CHLORIDE SOL 0.9% | 00074798437 | 2001 | $996.55 | $996.80 | $996.68 | $86.90 | $909.78 | 1046.92% |
| SODIUM CHLORIDE SOL 0.9% 250 ml | 00074798302 | 2001 | $278.73 | $278.64 | $278.69 | $24.28 | $254.41 | 1047.80% |
| SODIUM CHLORIDE SOL 0.9% 500 ml | 00074798303 | 2001 | $278.73 | $278.64 | $278.69 | $25.30 | $253.39 | 1001.52% |
| VANCOMYCIN ADV 1GM | 00074653501 | 2001 | $274.91 | $274.90 | $274.91 | $67.95 | $206.96 | 304.57% |

**EXHIBIT 1 -- Selected Abbott AWPs, Actual Prices, And Spreads**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VANCOMYCIN ADV 500 ml | 00074653401 | 2001 | $137.63 | $137.60 | $137.62 | $34.61 | $103.01 | 297.62% |
| VANCOMYCIN FTV 1GM | 00074653301 | 2001 | $764.16 | $764.16 | $764.16 | $42.07 | $722.09 | 1716.40% |
| VANCOMYCIN FTV 500 ml | 00074433201 | 2001 | $382.14 | $382.10 | $382.12 | $21.09 | $361.03 | 1711.85% |
| VANCOMYCIN VL 5GM | 00074650901 | 2001 | $171.90 | $171.90 | $171.90 | $21.03 | $150.87 | 717.40% |
| WATER INJECTION BAC 30 ml | 00074397703 | 2001 | $57.00 | $57.00 | $57.00 | $6.12 | $50.88 | 831.37% |
| WATER INJECTION FTV 10 ml | 00074488710 | 2001 | $42.75 | $42.75 | $42.75 | $5.33 | $37.42 | 702.06% |
| ACYCLOVIR SODIUM 500mg Vial | 00074442701 | 2000 | $104.74 | $104.74 | $104.74 | $10.86 | $93.88 | 864.45% |
| ACYCLOVIR SODIUM 1GM Vial | 00074445201 | 2000 | $209.48 | $209.48 | $209.48 | $21.73 | $187.75 | 864.01% |