UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti Saris ) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) Magistrate Judge Marianne Bowler ) ) ) |

**JOINT NOTICE OF REQUEST FOR HEARING**

The United States and Abbott Laboratories Inc. respectfully file the instant notice to alert the Court to the pendency of two fully-briefed motions in the above-captioned litigation. The first such motion, Docket Entry No. 3959, is styled "Supplemental Motion to Compel Evidence Withheld Under the Deliberative Process Privilege by Abbott Laboratories Inc." The second motion, Docket Entry No. 4202, is styled "Motion for a Protective Order Barring the Deposition of its CEO, Miles White, by Abbott Laboratories Inc."

Both of these motions raise signifcant issues for the parties as they proceed with discovery in this litigation, and the parties thus seek to have these motions placed on the calendar for a hearing before Magistrate Judge Bowler as soon as possible. Counsel for both parties are available to appear on July 20 and any day the week of July 23. If any of these dates are available on the Court's calendar, the parties respectfully request that these two motions be scheduled for argument at that time.

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN | PETER D. KEISLER |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

 /s/ George B. Henderson, II                    /s/ John K. Neal
George B. Henderson, II                         Joyce R. Branda
Assistant U.S. Attorney                         Daniel R. Anderson
John Joseph Moakley U.S. Courthouse             Renée Brooker
Suite 9200, 1 Courthouse Way                    Justin Draycott
Boston, MA 02210                                Gejaa T. Gobena
(617) 748-3398                                  John K. Neal
(617) 748-3272                                  Rebecca A. Ford
                                                Civil Division
R. ALEXANDER ACOSTA                             Commercial Litigation Branch
UNITED STATES ATTORNEY                          P. O. Box 261
SOUTHERN DISTRICT OF FLORIDA                    Ben Franklin Station
                                                Washington, D.C.  20044
 /s/ Mark A. Lavine                             Phone:  (202) 307-0405
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101


Dated: June 5, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above "JOINT NOTICE OF REQUEST FOR HEARING" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

|  |  |
|---|---|
|  | /s/ John K. Neal |
| Dated: June 5, 2007 | John K. Neal |