UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* <br> CIVIL ACTION NO. 06-11337-PBS | MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti Saris <br><br> (Original Complaint Filed in the Southern District of Florida, Case No. 06-21303-CIV-GOLD/TURNOFF) |

**PLAINTIFF VEN-A-CARE'S MOTION FOR LEAVE
TO AMEND COMPLAINT BY ADOPTING
UNITED STATES' FIRST AMENDED COMPLAINT**

Relator, Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") by and through its undersigned counsel files this its Motion for Leave to Amend Complaint by Adopting United States' First Amended Complaint and further states as follows:

1. On March 17, 2006, the United States intervened as to Defendant Abbott Laboratories, Inc. ("Abbott") in Civil Action No. 95-1354-CIV-GOLD in the United States District Court for the Southern District of Florida, a False Claims Act qui tam action originally filed by Ven-A-Care. On that same date, the United States filed a separate Complaint against Defendant Abbott.

2. Also on March 17, 2006, Ven-A-Care filed a Motion for Leave to Amend Complaint By Adopting Unites States Complaint in Intervention. On May 24, 2006 the Court granted Ven-A-Care's Motion for Leave to Amend.

3. On or about June 4, 2007, The United States filed its First Amended

*Civil Action No. 01-12257-PBS/ Civil Action No. 06-1137-PBS*

Complaint in this action. [Docket 4280 and 4281]

    4.    The United States' First Amended Complaint adds allegations and claims as to the drug Acyclovir, NDC# 00074442701 and 00074445201.  Ven-A-Care included allegations of false drug price reporting practices with respect to Abbott's version of Acyclovir in its Fourth Amended *qui tam* complaint filed *in camera* and under seal.  The United States' allegations in the First Amended Complaint regarding Abbott's participation in a false drug price reporting scheme, including allegations with respect to the drug Acyclovir, arose out of the conduct, transactions, or occurrences set forth or attempted to be set forth in the *qui tam* pleadings Ven-A-Care filed *in camera* and under seal.

    5.    Pursuant to 31 U.S.C. § 3730(c)(1), Ven-A-Care has the right to continue as a party plaintiff to the action against Abbott and elects to exercise that right. Accordingly, Ven-A-Care moves, pursuant to Rule 15, Federal Rules of Civil Procedure, for leave to amend its complaint as to Abbott by adopting the United States' First Amended Complaint filed June 4, 2006 as Ven-A-Care's complaint against Abbott and by adding a request to the United States' First Amended Complaint that the Relator receive an award from the proceeds of the action pursuant to 31 U.S.C.§3730(d) including a percentage of the proceeds of the action, and reasonable expenses necessarily incurred, plus reasonable attorneys' fees and costs.

    6.    Attached as Exhibit "A" is Ven-A-Care's Complaint Adopting United States' First Amended Complaint Against Abbott and Requesting Additional Relief.

*Civil Action No. 01-12257-PBS/ Civil Action No. 06-1137-PBS*

      7.    Counsel for the undersigned contacted counsel for Abbott regarding the filing of this Motion and Abbott stated it would object to the relief sought in the Motion. Counsel for the undersigned contacted counsel for the United States and the United States has no objection to the relief sought in the instant motion.

                       Respectfully submitted,

                       /s/ Alison W. Simon
                       James J. Breen
                       Florida Bar No. 297178
                       Alison W. Simon
                       Florida Bar No. 0109568
                       THE BREEN LAW FIRM, P.A.
                       P. O. Box 297470
                       Pembroke Pines, FL 33029
                       Telephone: 954-874-1635
                       Facsimile: 954-874-1705

*Civil Action No. 01-12257-PBS/ Civil Action No. 06-1137-PBS*

                        Sherrie R. Savett
                        Gary L. Azorsky
                        Susan S. Thomas
                        Jeanne A. Markey
                        Joy Clairmont
                        BERGER & MONTAGUE, P.C.
                        1622 Locust Street
                        Philadelphia, PA 19103
                        Telephone: 215-875-3000
                        Facsimile: 215-875-4636

                        Attorneys for Ven-A-Care of the
                        Florida Keys, Inc.

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have this day, June 4, 2007, caused an electronic copy of the above to be served on all counsel of record via electronic mail service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                        /s/ Alison W. Simon
                        Alison W. Simon