UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 
| **THIS DOCUMENT RELATES TO:** | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,*<br>CIVIL ACTION NO. 06-11337-PBS | |

MDL No. 1456
Civil Action No. 01-12257-PBS

Hon. Patti Saris

(Original Complaint Filed in the Southern District of Florida, Case No. 06-21303-CIV-GOLD/TURNOFF)

**PLAINTIFF VEN-A-CARE'S COMPLAINT
ADOPTING UNITED STATES' FIRST AMENDED COMPLAINT AGAINST
ABBOTT LABORATORIES, INC. AND REQUESTING ADDITIONAL RELIEF**

COMES NOW, VEN-A-CARE OF THE FLORIDA KEYS, INC. ("VEN-A-CARE" or "the Relator"), and through the undersigned attorneys on the Relator's own behalf and joins the UNITED STATES' First Amended Complaint against Abbott Laboratories, Inc. ("ABBOTT") and additionally states as follows:

1. Pursuant to 31 U.S.C. § 3730(c)(1), VEN-A-CARE has the right to continue as a party to the action against ABBOTT and elects to exercise that right.

2. VEN-A-CARE adopts the United States' First Amended Complaint as VEN-A-CARE's complaint against ABBOTT and incorporates herein all allegations and requests for relief against ABBOTT as stated by the UNITED STATES.

3. In addition, VEN-A-CARE requests that it receive an award from the proceeds of the action pursuant to 31 U.S.C.§3730(d) including a percentage of the proceeds of the

Civil Action No. 05-11084-MEL

action, and reasonable expenses necessarily incurred, plus reasonable attorneys' fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, the Relator demands and prays that judgment be entered in its favor against ABBOTT LABORATORIES Inc. and as requested in the Prayer for Relief asserted by the United States in the United States' First Amended Complaint against ABBOTT. Furthermore, Ven-A-Care requests that it receive a percentage of the proceeds of the action, and reasonable expenses necessarily incurred, plus reasonable attorneys' fees and costs as well as any other relief available by law.

DATED this ___5th___ day of __June_____, 2007.

        Respectfully submitted,

        Attorneys for the Relator
        VEN-A-CARE OF THE FLORIDA KEYS, INC.

        __/s/ Alison W. Simon_____
        James J. Breen
        Floirda Bar No: 0297178
        Alison W. Simon
        Florida Bar No. 0109568
        THE BREEN LAW FIRM, P.A.
        P. O. Box 297470
        Pembroke Pines, FL 33029-7470
        Telephone: 954-874-1635
        Facsimile: 954-874-1705
        jbreen@breenlaw.com
        alisonsimon@breenlaw.com

Civil Action No. 05-11084-MEL

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of June, 2007, caused an electronic copy of the above to be served on all counsel of record via electronic mail service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

      /s/Alison W. Simon
      Alison W. Simon