UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,*<br>CIVIL ACTION NO. 06-11337-PBS | (Original Complaint Filed in the Southern District of Florida, Case No. 06-21303-CIV-GOLD/TURNOFF) |

## ORDER

Plaintiff Ven-A-Care's Motion for Leave to Amend its Complaint By Adopting the United States' First Amended Complaint, is GRANTED and the Plaintiff Ven-A-Care's Complaint Adopting United States' First Amended Complaint Against Abbott Laboratories Inc. and Requesting Additional Relief, attached to its motion, is deemed filed.

Signed this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE