UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456 CIVIL ACTION:  01-CV-12257-PBS Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**ABBOTT LABORATORIES, INC.'S UNOPPOSED SUPPLEMENTAL SUBMISSION OF COMMENTS MADE BY JUDGE SARIS**

In advance of the June 19, 2007 hearing before Judge Marianne B. Bowler on Abbott Laboratories, Inc.'s ("Abbott's") Renewed Motion to Compel Production of *Ex Parte* Filings (Dkt. No. 4080), Abbott respectfully files this supplemental submission, setting forth statements recently made by Judge Patti Saris concerning the issue of whether the Government must disclose documents filed under seal in the *qui tam* that gave rise to this action.  Abbott has consulted with the Government, which does not oppose this filing.

During a May 17, 2007 hearing on Defendant Dey, L.P.'s Motion to Dismiss, Judge Saris made the following relevant comments:

> THE COURT: **Have you gotten all those documents? Was it your case I unsealed all of them?**
> DEY'S COUNSEL: No, but we'd like them.
> THE COURT: **Whose case did I unseal them for?**
> GOVERNMENT COUNSEL: That issue has come up in the Abbott litigation, but it's undoubtedly going to affect this case also.
> THE COURT: **Because they get them, unless it's something, you know, like an informant or something like that, you know, some secret strategy involving a potential criminal case. I get tons of these, by the way. We're like the qui tam capital of the world here. I get tons of these.  So sometimes it actually is confidential, but most of the times it isn't, so --**
> GOVERNMENT COUNSEL: I completely understand your Honor's point on that.
> THE COURT: **So just look through them and give them whatever isn't going to a criminal case or something like that.**

**...**
THE COURT: No, just basically, what do I expect from both of you over the next year so I can decide what kind of a staffing and how to allocate staffing. That's just important on these cases. **The second is, you're going to disclose to them all the sealed documents except with respect to anything that would disclose a criminal investigation or something that might jeopardize somebody's life or something like that.**
GOVERNMENT COUNSEL: Right. Well, I think that issue is going to be before you with respect to the Abbott case and whatever flows out of that.
THE COURT: **Well, whatever you know you can turn over, turn over. Whatever is in question, you'll bring it to me.** You're going to supplement with respect to FUL, and were you going to do anything?

May 17, 2007 Hrg. Tr. at 20-21, 56-57 (attached as Ex. 1).

Abbott respectfully requests the Court consider these statements by Judge Saris in its consideration of Abbott's Renewed Motion to Compel Production of *Ex Parte* Filings currently pending before the Court.


Dated:  June 8, 2007                    Respectfully submitted,

                                        /s/ R. Christopher Cook
                                        James R. Daly
                                        Tina M. Tabacchi
                                        Brian J. Murray
                                        JONES DAY
                                        77 West Wacker Drive, Suite 3500
                                        Chicago, Illinois  60601
                                        Telephone:  (312) 782-3939
                                        Facsimile:   (312) 782-8585

                                        R. Christopher Cook
                                        David S. Torborg
                                        JONES DAY
                                        51 Louisiana Avenue, N.W.
                                        Washington, D.C.  20001-2113
                                        Telephone:  (202) 879-3939
                                        Facsimile:  (202) 626-1700

                                        *Counsel for Defendant Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S SUPPLEMENTAL SUBMISSION OF COMMENTS MADE BY JUDGE SARIS to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 8th day of June, 2007.

                                          /s/ David S. Torborg
                                          David S. Torborg