## Certificate of Service

I certify that on June 8, 2007, a true and correct copy of the foregoing New York Counties' First Amended Redacted Consolidated Complaint and Corrected Redacted Exhibits were served on all Counsel of Record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Verilaw Technologies for posting and notification to all parties.

Aaron D. Hovan<br>
Aaron D. Hovan