## **EXHIBIT A: DECLARATION OF JORDAN S. GINSBERG**

I, Jordan S. Ginsberg, hereby certify as follows:

1. I am an associate of the firm Sidley Austin LLP, which is located at One South Dearborn Street, Chicago, Illinois 60603.

2. I have been admitted to practice before the following United States District Courts and state courts on the dates indicated for each:

|  | DATE ADMITTED |
|---|---|
| Illinois Supreme Court | November 2004 |
| United States District Court for the Northern District of Illinois | January 2006 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the United States District Court for the Northern District of Illinois is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on June 11, 2007.

By: *Jordan Ginsberg*
Jordan S. Ginsberg

CH1 3900474v.1

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Jordan Samuel Ginsberg

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Jordan Samuel Ginsberg was duly admitted to practice in said Court on (01/13/2006) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/08/2007 )

                    Michael W. Dobbins, Clerk,
                By: David A. Jozwiak
                    Deputy Clerk