UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re:* PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| **THIS DOCUMENT RELATES TO:**<br><br>*United States ex rel. Edward West, et al., v. Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson.*<br><br>CIVIL ACTION NO. 06-12299-PBS |  |

**DEFENDANTS' MOTION TO DISMISS THE
COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), defendants Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson, Inc. (collectively, "Defendants"), by and through their attorneys, Sidley Austin LLP, respectfully request that the Court dismiss relator Edward West's First Amended Complaint for lack of subject matter jurisdiction. Specifically:

1. The Court lacks subject matter jurisdiction over West's claims, all of which are asserted under the federal False Claims Act and similar statutes enacted by nine States and the District of Columbia, because they are based on "publicly disclosed" allegations. *See* 31 U.S.C. § 3730(e)(4)(A).

2. The Court lacks subject matter jurisdiction over West's claims under the Nevada False Claims Act (Count IX) because they are based on the same allegations as those being pursued by the State of Nevada in a separate lawsuit. *See* N.R.S. § 357.080(3)(b).

CH1 3896663v.1

3. The Court lacks subject matter jurisdiction over West's claims under the Hawaii False Claims Act (Count VI) because they are based on the same allegations as those being pursued by the State of Hawaii in a separate lawsuit.  *See* HI ST § 661-27(e)(3).

A memorandum of points and authorities in support of the motion is being submitted herewith.

Date:  June 11, 2007

Respectfully submitted,

ORTHO-MCNEIL PHARMACEUTICAL, INC. and JOHNSON AND JOHNSON, INC.

By: /s/  Scott D. Stein_____
     One of Their Attorneys

Scott R. Lassar
Scott D. Stein
Jordan S. Ginsberg
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000

## **CERTIFICATE OF SERVICE**

I, Jordan S. Ginsberg, certify that on June 11, 2007, I electronically filed the foregoing document with the Clerk of the Court for the District of Massachusetts using the court's CM/ECF system.

A copy of the foregoing also has been served on the following individuals by depositing a copy in the U.S. mail, first-class postage pre-paid:

George A. Zelcs
Korein Tillery, LLC
205 N. Michigan Plaza
Suite 1950
Chicago, IL 60601

Samuel S. Miller
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604

John Bruegger
Simmons Cooper LLC
707 Berkshire Blvd.
East Alton, IL 62024

Mary Louise Cohen
Phillips & Cohen LLP
2000 Massachusetts Ave N.W.
Washington, DC 20036

Erika A. Kelton
Phillips & Cohen LLP
2000 Massachusetts Ave, N.W.
Washington, DC 20036

Timothy D. Nimrod
Gregory Hooggasian, Esq.
Medicaid Fraud Control Unit
100 W. Randolph St.
12th Floor
Chicago, IL 60601

Lisa Madigan
Attorney General of Illinois
100 West Randolph Street
12th Floor
Chicago, IL 60601

Charles J Crist, Jr.
The Capitol PL-01
Tallahassee, FL 32399-1050

M Jane Brady
Carvel State Office Building
Consumer Protection - 5th Floor
820 North French Street
Wilmington, DE 19801

Collin Wong
Bureau of Medi-Cal Fraud
Office of the Attorney General
1425 River Park Drive
Ste. 300
Sacramento, CA 95815

L Timothy Terry
Office of the Attorney General,
100 North Carson Street
Carson City, NV 89701

Randall L Clouse
Medicaid Fraud Control Unit
900 East Main St.,
5th Fl
Richmond, VA 23219

Steven Fermon
Medicaid Fraud Control Unit Illinois State Police
200 Isles Park Place
Ste 230
Springfield, IL 62703

Robert Spagnoletti
District of Columbia Attorney 's Office
Office of Corporation Counsel
441 4th St., NW
Washington, DC 20001

4

W Rick Copeland
Medicaid Fraud Control Unit
Office of the Attorney General
Austin, TX 78711

Jerry Kilgore
Virginia Attorney General
Office of the Attorney General
900E. Main St
5th FL
Richmond, VA 23219

Susan Kennedy
Medicaid Fraud Control Unit
Office of DC Inspector General
Washington, DC 20005

Robert Schlafly
Medicaid Fraud Control Unit Bureau of Investigations
901 R.S. Gass Blvd.
Nashville, TN 37216

Paul G Summers
Tennessee Attorney General
500 Charlotte Avenue
Nashville, TN 37243

Bill Lockyear
Office of the Attorney General
1300 I Street
Ste. 1740
Sacramento, CA 95814

Gary K Senega
Deputy Attorney General State of Hawaii
333 Queen Street
10th Floor
Honolulu, HI 96813

Greg Abbott
Texas Attorney General
Office of the Attorney General
Capitol Station, PO Box 12548
Austin, TX 78711

/s/  Jordan S. Ginsberg

CH1 3896663v.1