UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | Judge Patti B. Saris |
| BMS CLASS 1 TRIAL | |

**PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE INTRODUCTION OF EVIDENCE REGARDING THE GOVERNMENT'S PURPORTED "KNOWLEDGE"**

Plaintiffs respectfully move the Court for an order granting plaintiffs' motion *in limine* to preclude introduction of evidence regarding the Government's purported "knowledge" that the Government "knew" or should have known of the conduct challenged in this litigation. This motion is supported by a memorandum of law filed of even date.

DATED:  June 11, 2007

By   /s/ **Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

-1-

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL  60302
Telephone: (708) 776-5600
Facsimile:  (708) 776-5601

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

-3-

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys, and that on June 11, 2007, I caused copies of **PLAINTIFFS' MOTION *IN LIMINE* TO PRECLUDE INTRODUCTION OF EVIDENCE REGARDING THE GOVERNMENT'S PURPORTED "KNOWLEDGE"** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                         /s/ Steve W. Berman
                                        Steve W. Berman