# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>BMS CLASS 1 TRIAL | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## PLAINTIFFS' DISCLOSURES FOR CLASS 1 BMS TRIAL

### I.    TRIAL WITNESSES CALLED LIVE (NOT IN ORDER OF APPEARANCE)

Plaintiffs reserve the right to call any witnesses identified by Defendants whom are beyond the subpoena power of the Court but whom Defendants intend to bring to trial.

**A.    Experts**

| Name and Address | Will Testify | May Testify |
|---|:---:|:---:|
| Raymond S. Hartman<br>Greylock McKinnon & Associates<br>One Memorial Drive, 14th Floor<br>Cambridge, MA  02142  (617) 871-6900 | X | |
| Meredith Rosenthal<br>Harvard School of Public Health<br>677 Huntington Avenue, Room 4, Kresge Bldg.<br>Boston, MA 02115<br>(617) 432-3418 | X | |

**B.    Other Witnesses**

Plaintiffs reserve the right to call any witnesses identified by Defendants.

- 2 -

1. **Former or Current BMS employees or officers**

| | | |
|---|---|---|
| Christof A. Marre<br>49 Wahban Hill Road North<br>Chestnut Hill, MA  02467 | | X |
| Frank Pasqualone<br>Senior Vice President, Oncology<br>Bristol-Myers Squibb<br>c/o Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY  10022 | | X |
| Denise Kaszuba<br>Associate Manager of Pricing Analysis and Compliance<br>Bristol-Myers Squibb<br>c/o Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY  10022 | | X |
| John F. Akscin<br>Vice President of Government Relations<br>Oncology Therapeutics Network<br>c/o Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY  10022 | | X |
| Christopher B. Wren<br>Assistant General Counsel<br>Bristol-Myers Squibb<br>c/o Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY  10022<br><br>-- **OR** --<br><br>Officer at BMS most knowledgeable about the Department of Justice inquiry into the AWPs for BMS Subject Drugs and/or allegations relating to BMS spread marketing activities | | X |

- 3 -

**2.    Plaintiffs and Class Members**

| | | |
|---|---|---|
| Rev. David Aaronson<br>9621 Marshbrooke Rd.<br>Matthews, NC   28105 | | X[1] |
| Agnes B. Swayze<br>1016 W. Newgrove St.<br>Lancaster, CA   93534 | | X[2] |
| Marjorie K. Lamson<br>2096 Oaknoll Rd.<br>Auburn Hills, MI   48326 | | X[3] |

## II.    DESIGNATION OF WITNESSES BY PRIOR TESTIMONY[4]

**A.    Deposition Testimony**

       1.    John F. Akscin

       2.    Gena Cook

       3.    Dianne Ihling

       4.    Denise M. Kaszuba

       5.    Greg Keighley

       6.    Christof A. Marre

       7.    Marsha Peterson

       8.    Douglas Soule

       9.    Zoltan Szabo

**B.    Previous Trial Testimony**

       1.    John F. Akscin

---

[1] If the Court rejects BMS's attempt to remove 2004 from the Class Period.

[2] By pre-recorded video.

[3] By pre-recorded video.

[4] The designated pages are referenced in a separate pleading.

2.  Denise M. Kaszuba

3.  Marsha Peterson

4.  Douglas Soule

5.  Frank Pasqualone

6.  Christof Marre

### III.  EXHIBITS

Plaintiffs reserve the right to introduce any exhibits or portions thereof identified by Defendants.  Plaintiffs also reserve the right to use any pleading filed in the litigation as an exhibit.  Plaintiffs also reserve the right to withdraw exhibits presently included in their list based on the Court's rulings on their pending motions *in limine*.  Plaintiffs also designate all data produced by BMS which is being relied on by Plaintiffs' experts.

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| 1 | 176 | | 4/9/04 | Answer of Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecan, Inc. to Plaintiffs' Amended Master Consolidated Class Action Complaint (Excerpts Only) | |
| 2 | 177 | | 7/26/04 | Defendant BMS's Responses to Plaintiffs' Interrogatories to the Fast Track Defendants | |

001534-16 136595 V1

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| 3 | 178 | | 1/19/04 | Responses and Objections of Defendants Bristol-Myers Squib b Company, Oncology Therapeutics Network Corporation and Apothecan, Incorporated to Plaintiffs' Request for Production of Documents and Interrogatories (Excerpts Only) | |
| 4 | 179 | BMS/AWP/000092170-86; BMS/AWP/0000468-77; BMS/AWP/0005335-51; BMS/AWP/0030828-42; BMSAWP/0017275-78; BMS/AWP/000092406; BMS/AWP/01071969-70 BMS/AWP/0030824-25 | Various Dates | Composite exhibit of various letters to publishers from BMS | |
| 5 | 180 | BMS/AWP/000186646-49 | 8/22/95 | Price Increase/Decrease Notification Process | |
| 6 | 181 | BMSAWP/0005609-22 | | Red Book Product Listing Verification | |
| 7 | 182 | BMSAWP0005571-608 | | Red Book Product Listing Verification | |
| 8 | 183 | BMSAWP0011245-48 | | Letters from Kaszuba to publishers changing markup factor | |
| 9 | 184 | | 9/18/04 | Affidavit of Denise M. Kaszuba | |
| 10 | 185 | BMS/AWP/0041865-69 | 5/28/93 | Memo from S. Tarriff to "List" re: List Price Increase Oral Antibiotics | |
| 11 | 186 | BMS/AWP/000275052-59 | | Glucophage XR Price Increase | |
| 12 | 187 | BMS/AWP/01109780-84 | 4/22/02 | Email from Greg Fersko to various attaching Powerpoint slides | |
| 13 | 188 | BMS/AWP/00337637-41 | | Pricing procedures | |
| 14 | 189 | BMS/AWP/01088203-11 | 4/30/02 | Email from Leigh Anne Leas to various attaching Powerpoint slides | |

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| 15 | 190 | BMS/AWP/01112957-82; BMS/AWP/01190197-222; BMS/AWP/01071974-2011 | | Composite exhibit of three Internal Price Lists | |
| 16 | 191 | BMSAWP/0011361-67 | | Pocket Reference Price List | |
| 17 | 192 | BMSAWP/0028888-87 (May/June 1994) BMSAWP/0028868-79 (November/December 1994) BMS/AWP/000095588-611 (January/February 1997) BMS/AWP/000095612-23 (March/April 1997) BMS/AWP/000095624-35 (May/June 1997) BMS/AWP/000095636-47 (July/August 1997) BMS/AWP/000095648-63 (September/October 1997) BMS/AWP/0000955559-900 (January/February 1998) BMS/AWP/000095901-16 (March/April 1998) BMS/AWP/000095664-79 (May/June 1998) BMS/AWP/000095804-19 (September/October 1998) BMS/AWP/000095820-36 ovember/December 1998) BMS/AWP/000095699-714 (March/April 1999) BMS/AWP/000095715-30 (May/June 1999) BMS/AWP/000095731-46 (September/October 1999) BMS/AWP/000095766-83 (November/December 1999) BMS/AWP/000095747-65 | | Composite exhibit of issues of OTN *The Network News* | |

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| | | (April 2000) BMS/AWP/000095784-803 (May 2000) BMS/AWP/000095861-84 (August 2000) BMS/AWP/000095837-60 (October 2000) | | | |
| 18 | 193 | BMS/AWP/001486072-73, 001486090 | | OTN AWP Price Report | |
| 19 | 194 | BMS/AWP/000469286-99 | | Executive Summary | |
| 20 | 195 | BMS/AWP/01327211 | | AWP (Ain't What's Paid) | |
| 21 | 196 | BMS/AWP/01088191-202 | | Understanding AWPs | |
| 22 | 197 | BMS/AWP/000096632-43 | 7/11/00 | Reimbursement in Office Based Oncology | |
| 23 | 198 | BMS/AWP/000393437-464 | | Reimbursement | |
| 24 | 199 | BMS/AWP/000096900-12 | 4/6/00 | Memo from Barbara Nathan to John Akscin, among others | |
| 25 | 200 | BMS/AWP/000094558-603 | | BMS Portfolio Marketing Strategy Marketing Choices | |
| 26 | 201 | BMS/AWP/000153461 | 12/5/97 | Memorandum from Ron Miller to Mark Durand re: Oncology Policy Issues, | |
| 27 | 202 | BMS/AWP/000071159-62 | 1/10/03 | Email from Barnard to various | |
| 28 | 203 | BMS/AWP/000056970-70150 | | Taxol contract sales | |
| 29 | 204 | BMS/AWP/000096291-300 | 3/19/03 | Oncology Customer Contract Proposal and Consorta contract pricing | |
| 30 | 205 | BMS/AWP/000096333-45 | 1/16/03 | Oncology Customer Contract Proposal and Owen contract pricing | |
| 31 | 206 | BMS/AWP/00979750-803 | 1/17/03 | Email from Barnard with Premier contract pricing | |
| 32 | 207 | BMS/AWP/01124131-56 | 3/16/03 | Email from Barnard with MHA contract pricing | |
| 33 | 208 | BMSAWP/0011214-35 | | Etopophos Launch Plan | |

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| 34 | 209 | BMSAWP/0000597-617; BMSAWP/0000647-51 | | Various Kaszuba letters and memos | |
| 35 | 210 | BMSAWP/0000574-87 | | Albuterol pricing | |
| 36 | 211 | BMSAWP/0000095-120 | | Trimox pricing | |
| 37 | 212 | BMS/AWP/000217841-51 | 1/19/02 | Marre email with Premier and Duke contract pricing | |
| 38 | 213 | BMS/AWP/000212669-74 | | Blenoxane contract sales | |
| 39 | 214 | BMS/AWP/01123962-74 | 3/5/03 | Mayank email with VePesid analysis | |
| 40 | 215 | BMS/AWP/000071256-72 | | Christof Marre, "Taxol Generic Strategy Learnings from the U.S. | |
| 41 | 216 | BMS/AWP/01190031-55 | 4/7/02 | Sippel email attaching Taxol Opportunity Plan | |
| 42 | 217 | BMS/AWP/001501681 | 8/22/01 | Email from Sandy McMahon re: Taxol Questions | |
| 43 | 218 | BMS/AWP/00478735-74 | | Livin Beat – Customer Marketing | |
| 44 | 219 | BMS/AWP/000097131-37 | | OTN Cost Differential Report | |
| 45 | 220 | BMS/AWP/000096965-85 | | BMS Overview: Values Unique to POHMS | |
| 46 | 221 | BMS/AWP/000157423-35 | | Taxane Economics: Effect of Dose and Schedule | |
| 47 | 222 | BMS/AWP/001502304-38 | | Practice Efficiencies & Quality Care Workshop – Of Special Interest To: Physicians, Nurses, Office Managers, Billers | |
| 48 | 223 | BMS/AWP/000192875-76 | 1/30/01 | Email from Janine Suscewicz transmitting Jan 26 Memo and accompanying BMS interrogatory responses to which the documents were attached | |

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| 49 | 224 | BMS/AWP/001491629-32<br><br>Soule Dep. Ex. 8<br><br>BMS/AWP/001494633<br>BMS/AWP/001491634<br>BMS/AWP/001491635<br>BMS/AWP/001491378-80 | | Composite exhibit of Soule spread marketing documents | |
| 50 | 225 | BMS/AWP/001508047-61<br><br>BMS/AWP/001508114-17 | | Composite exhibit of Davidson spread marketing docs | |
| 51 | 226 | BMS/AWP/01233083-184 | 3/18/03 | Greg Bell/Charles River Associates email attaching docs including Paraplatin Deconversion Powerpoint | |
| 52 | 227 | BMSAWP/0028479-86 | 1/1/95 | BMS-OTN sales agent agreement | |
| 53 | 228 | BMS/AWP/001483218-27 | 4/22/03 | Marsha Peterson email and business plan | |
| 54 | 229 | BMS/AWP/01403078<br>BMS/AWP/01406365<br>BMS/AWP/01404191<br>BMS/AWP/01404200<br>BMS/AWP/01404123<br>BMS/AWP/01408993<br>BMS/AWP/01408985<br>BMS/AWP/01402293<br>BMS/AWP/01409167<br>BMS/AWP/01402215<br>BMS/AWP/01418108<br>BMS/AWP/01418525<br>BMS/AWP/01418664<br>BMS/AWP/01418692<br>BMS/AWP/01418646<br>BMS/AWP/01414388<br>BMS/AWP/01415895<br>BMS/AWP/01414599<br>BMS/AWP/01414604<br>BMS/AWP/01414608<br>BMS/AWP/01402192<br>BMS/AWP/01402277<br>BMS/AWP/01415362 | | Composite exhibit of call notes | |

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| | | BMS/AWP/01421942<br>BMS/AWP/01423009<br>BMS/AWP/01403078<br>BMS/AWP/01421479<br>BMS/AWP/01420643<br>BMS/AWP/01402251<br>BMS/AWP/01414566<br>BMS/AWP/01426459<br>BMS/AWP/01406236<br>BMS/AWP/01407052<br>BMS/AWP/01403600<br>BMS/AWP/001491764-68<br>BMS/AWP/001491769-71<br>BMS/AWP/001491859-63<br>BMS/AWP/001491646 | | | |
| 55 | 230 | BMS/AWP/000056952-69 | 11/1/02 | Pricing & Institutional Operations Overview | |
| 56 | 231 | BMS/AWP/001502339 | 3/4/02 | Memo from Denning to Keighley | |
| 57 | 232 | BMS/AWP/000956887, BMS/AWP/000083788-839 | 2/4/03 | Akscin email attaching "Law & Order: OBO" PowerPoint | |
| 58 | 233 | BMSAWP/0005551-70 | 3/4/94 | Fax from MediSpan with AWPs | |
| 59 | 234 | BMS/AWP/000217958-90 | | OBO Opportunities | |
| 60 | 843 | BMS/AWP/001483100-21 | 2/4/03 | Email from Marsha Peterson to Doug Storer re: POA Powerpoint | |
| 61 | 844 | BMS/AWP/001487357-62 | | Smart Practices Require Best Practices from the OTN Website | |
| 62 | 845 | BMS/AWP/001487883-5001 | 3/24/03 | Memorandum from Marsha Peterson to Gena Cook re: Western Region Summary –April 2003 | |
| 63 | 846 | BMS/AWP/001484077-101 | 6/6/03 | Email from Jim Smith to Marsha Peterson, Joseph Wornson & Gena Cook re: MSHO BID | |
| 64 | 847 | BMS/AWP/001487993-95 | 8/19/02 | Email from Julie Trueblood re: Gabor Kovacs MD/#200600/Laguna Beach/CA/MOASC | |

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| 65 | 848 | BMS/AWP/001484591-613 | 2/26/03 | Email from Gena Cook to Marsha Peterson & Todd Little re: OHOA with Drug Purchases | |
| 66 | 849 | RB 03291-304 | 8/22/95 | RedBook Product Listing Verification | |
| 67 | 850 | RB 03228-242 | 9/26/96 | RedBook Product Listing Verification | |
| 68 | 910 | | 3/14/02 | Testimony of Thomas A. Scully, Administrator of Centers for Medicare & Medicaid Services, on Reimbursement & Access to Prescription Drugs under Medicare Part B, Senate Finance Committee, Subcommittee on Health | |
| 69 | 911 | | 4/00/03 | OIG Compliance Program Guidance for Pharmaceutical Manufacturers | |
| 70 | 916 | | 9/28/00 | Letter from the House of Representative Committee on Ways and Means, Subcommittee on Health, to President of the Pharmaceutical Research and Manufacturers of America | |
| 71 | 917 | | 10/31/00 | Letter from Congressman Stark to Commissioner of the Food and Drug Administration | |
| 72 | 918 | | 12/6/00 | Letter from Congressman Stark to Chief Counsel to the HHS Inspector General dated December 6, 2000; and Letter to Nancy-Ann Min DeParle from Thomas Bliley | |

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| 73 | | | | **NOT USED** | |
| 74 | | | | **NOT USED** | |
| 75 | 934 | | | Distribution of Supplementary Health Insurance for the Medicare Population, 1996 Fee-for-Service Enrollees | |
| 76 | 935 | BMSAWP/0011214; BMSAWP/0011221 | 9/6/1995 | Etopophos Launch Plan | |
| 77 | 936 | BMS/AWP/000157426 | | Taxane Economics | |
| 78 | 937 | BMS/AWP/000157428 | | Weekly Taxol Administration 80 mg/m2 | |
| 70 | 941 | BMSAWP/0011250 | 10/3/93 | Letter from Denise M. Kaszuba to Mr. Edelstein | |
| 81 | 942 | | | Page 19 of a Banc of America Securities report re "Health Care Technology and Distribution" | |
| 81 | 943 | | 7/2003 | Pages 2-5 of a Dyckman & Associates, LLC report titled "Health Plan Payment for Physician-Administered Drugs" | |
| 82 | 944 | BMS/AWP/000100778 | | Document titled "Average Wholesale Price (AWP)" | |
| 83 | 945 | BMS/AWP/000125509 | 2000 | Slide: "Average Whole Price (AWP)" | |
| 84 | 946 | BMS/AWP/000101009-10 | | Slides: "How Drugs are Reimbursed" | |
| 85 | 947 | BMS/AWP/000192749 | | Slide: "Variations on AWP or WLP" | |
| 86 | 948 | | | Chart: "The Major PMSs All Use The AWP Benchmark In Their Contracts with Heath Plan Clients" (7 pages) | |

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| 87 | 949 | | | Chart: "The Major PBMs All Use The AWP Benchmark In Their Contracts with Retail Pharmacies" (5 pages) | |
| 88 | 950 | CVH 000028-31 | 5/10/04 | Document titled "Coventry Heath Care National Retail Pharmacy Agreements" | |
| 89 | 951 | BMS/AWP/000125508-15 | 2000 | Presentation by Todd Guinn "Drug Pricing" | |
| 90 | 952 | | January 2003 | California HealthCare Foundation report: "Navigating the Pharmacy Benefits Marketplace" | |
| 91 | 962 | FJ-MDL 005687-89 | 3/30/95 | Memo to Paul Kersten from David Klaum re March 1995 Monthly Report | |
| 92 | 963 | | 4/14/03 | Complaint for Injunctive Relief, Damages and Other Relief, *Dey, L.P. v. First DataBank, Inc.*, et al, No. 26-21019, (Sup. Ct. Napa County, CA.) | |
| 93 | | | | **NOT USED** | |
| 94 | | | | **NOT USED** | |
| 95 | | | | **NOT USED** | |
| 96 | | | | **NOT USED** | |
| 97 | | | | **NOT USED** | |

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| 98 | | | 10/6/05 | Letters to Bristol-Myers Squib from Hagens Berman Sobol Shapiro providing Notice pursuant to Cal. Civil Code § 1782; Georgia Code § 10-1-399; Indiana Code § 24-5-0.5-5(a); Maine Revised Statutes, Title 5, § 50-634(g); Mass. Gen. Laws Ch. 93A, § 9(3); Texas Bus. & Commercial Code § 17.505; West Virginia Code § 46A-6-106(b); and, Wyoming Statutes § 40-12-109 | |
| 99 | | | 11/17/05 | Demand Letter to Bristol-Myers Squibb from Hagens Berman Sobol Shapiro | |
| 100 | | | 3/27/07 | Demand Letter to Bristol-Myers Squibb from Hagens Berman Sobol Shapiro | |
| 101 | 83 AZ | AZ0694210-65 | 04/00/03 | Office of Inspector General – Compliance Program Guidance for Pharmaceutical Manufacturers | |
| 102 | 4016 | | 05/3/03 | *OIG Compliance Program Guidance for Manufacturers*, 68 Fed. Reg. 23731 (May 3, 2003) | |
| 103 | 231 AZ | | | Page from CMS Website "Pharmaceutical Pricing Issues – AMP/AWP" | |
| 104 | 4027 | BMS: 10: 00229-237 | 02/13/92 | Letter to Jonathan P. Schechter, M.D. from Donald Soltysiak, Vice President, Sales, BMS | |

- 14 -
001534-16 136595 V1

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| 105 | 4047 | BMS/AWP/001487900-07 | 03/03/03 | OTN Memorandum to Michael Pollock and Faheem from Marsha Peterson re: Western Region Summary – February | |
| 106 | 4048 | BMS/AWP/001488181-83 | 03/14/02 | Email from Craig M. Wilson to MG-WMG OTN ReCap; Mary F. Donovan; Marsha Peterson; Brenda Duggan re: Dr. Giangreco/100265/Yuma ,Az/LTF/NOA | |
| 107 | 108 | BMS/AWP/00986726 | | Average Wholesale Price (AWP) | |
| 108 | 4015 | | 3/14/02 | Hearing Before the Subcommittee on Health Care of the Committee on Finance United States Senate, 107th Congress – Second Session | |
| 109 | 4018 | | 4/27/05 | Estimate of Savings to the Medicare Program from Payment Changes for Covered Outpatient Drugs and Biologicals Under the Medicare Modernization Act of 2003 – Prepared by PriceWaterhouseCoopers | |
| 110 | 4019 | | 7/13/06 | Medicare Part B Drugs and Oncology – Statement of Mark E. Miller, PhD | |
| 111 | 4020 | | 7/13/06 | Testimony of Robert A. Vito, Regional Inspector General for Evaluation & Inspections – OIG | |
| 112 | 4043 | AZ0426272-73 | 9/28/00 | Letter to Hon. Tom Bliley from Alan F. Holmer | |

001534-16 136595 V1

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| 113 | 4044 | AZ0426274-75 | 9/25/00 | Letter to Alan F. Holmer from Hon. Tom Bliley | |
| 114 | 4058 | | 01/00/06 | Report to the Congress – Effects of Medicare Payment Changes on Oncology Services | |
| 115 | 4075 | FDB-AWP 28850-52 | 9/00/91 | First Databank – Monthly Interest – "Understanding AWP" | |
| 116 | | | | Attachment A to Report of Raymond S. Hartman Regarding Bristol-Myers Squibb With Respect to Class 1 | |
| 117 | | | | Attachment B: Documents Cited – Report of Raymond S. Hartman Regarding Bristol-Myers Squibb With Respect to Class 1 | |
| 118 | | | | Attachment C: Medicare's Resource Based Relative Value Scale - Report of Raymond S. Hartman Regarding Bristol-Myers Squibb With Respect to Class 1 | |
| 119 | | | | Attachment D.1 – D.3: Review of OIG and Other Industry Reports - Report of Raymond S. Hartman Regarding Bristol-Myers Squibb With Respect to Class 1 | |
| 120 | | | | Attachment D.4 - Report of Raymond S. Hartman Regarding Bristol-Myers Squibb With Respect to Class 1 | |

| New Ex. | Ex. | Prod. No. | Date | Description | Objections |
|---|---|---|---|---|---|
| 121 | | | | Attachment E - Report of Raymond S. Hartman Regarding Bristol-Myers Squibb With Respect to Class 1 | |
| 122 | | | | Attachment F - Report of Raymond S. Hartman Regarding Bristol-Myers Squibb With Respect to Class 1 | |
| 123 | | | | Attachment G - Report of Raymond S. Hartman Regarding Bristol-Myers Squibb With Respect to Class 1 | |
| 124 | | BMS/AWP/00255770-806 | 2/27/01 | Letter to Peter Dolan from Pete Stark | |
| 125 | | BMSAWP/0008806-15 | 10/1/97 | Subpoena Duces Tecum to Bristol-Myers Squibb | |
| 126 | | BMSAWP/0010817-23 | 8/27/96 | Letter to Bristol-Myers Squibb Legal Department from Albert Hallmark | |
| 127 | | BMSAWP/0008534-36 | 3/5/98 | Letter to Reed Stevens, DOJ, from David King re BMS Second Production | |
| 128 | | BMS/AWP/00258264-77 | 8/20/03 | Memo to Zenole Harper from CT Corp. re Process Served in CA attaching Subpoena | |
| 129 | | BMSAWP/0015539-41 | 12/19/01 | Letter to Peter Spivack & Mitchell Lazris from William Schneider re: Investigative Subpoena Served on Bristol-Myers Squibb Company | |
| 130 | | BMSAWP/0013865-75 | 9/29/00 | Memo to Zenole Harper from CT Corp. re Process Served in CA attaching Subpoena | |

DATED: June 11, 2007.

By      /s/ Steve W. Berman
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Eugene A. Spector
Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 19 -

        Marc H. Edelson
        Allan Hoffman
        Edelson & Associates LLC
        45 West Court Street
        Doylestown, PA  18901
        Telephone: (215) 230-8043
        Facsimile: (215) 230-8735

        **CO-LEAD COUNSEL FOR PLAINTIFFS**

- 20 -

# CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

  I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 11, 2007, I caused copies of **PLAINTIFFS' DISCLOSURES FOR CLASS 1 BMS TRIAL** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.


           **/s/ Steve W. Berman**
           Steve W. Berman