## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 |
| | ) Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 **CLASS 1 TRIAL** | ) ) ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. Bowler ) ) |

## DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS OF DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP. FOR CLASS 1 TRIAL

Defendants Bristol-Myers Squibb Company ("BMS") and Oncology Therapeutics Network Corporation ("OTN") hereby designate the following (A) Class 2/3 Written Direct Testimony; (B) Class 2/3 Trial Testimony; (C) Deposition Testimony of Current and Former BMS Employees and (D) Non-Party Deposition Testimony as part of their case-in-chief in the Class 1 Trial. Written Direct Testimony is designated in its entirety including exhibits attached thereto. Class 2/3 Trial and Deposition Testimony is designated below by page and line number of the relevant transcript and by highlighting in blue on a copy of the transcript page, which is being served herewith. Plaintiffs' counter-designations are to be highlighted in yellow. BMS and OTN also reserve the right to use at trial any deposition or Class 2/3 written direct or testimony designated by Plaintiffs and not objected to by BMS and OTN.

**A.      Class 2/3 Written Direct Testimony**

     **1. John F. Akscin (November 10, 2006)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | All Paragraphs & Attached Exhibits | |

### 2. Brian Garofalo (November 17, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | All Paragraphs | |

### 3. Richard Hammerstone (November 10, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | All Paragraphs | |

### 4. Denise M. Kaszuba (November 10, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | All Paragraphs & Attached Exhibits | |

### 5. Christof Marre (November 10, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | All Paragraphs & Attached Exhibits | |

### 6. Frank C. Pasqualone (November 10, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | All Paragraphs & Attached Exhibits | |

### 7. Marsha Peterson (November 17, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | All Paragraphs & Attached Exhibits | |

### 8.  David N. Rogers (November 10, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | All Paragraphs | |

### 9.  Douglas Soule (November 10, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | All Paragraphs & Attached Exhibits | |

### 10.  Zoltan Szabo (November 10, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | All Paragraphs & Attached Exhibits | |

## B.   Class 2/3 Trial Testimony

### 1.  John F. Akscin (December 6, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 56:2-65:12 | |
| BMS/OTN | 65:24-68:1 | |
| BMS/OTN | 69:3-70:5 | |
| BMS/OTN | 70:13-72:17 | |
| BMS/OTN | 73:5-75:16 | |
| BMS/OTN | 78:24-84:9 | |
| BMS/OTN | 85:17-89:8 | |

### 2.  Deborah Devaux, Blue Cross/Blue Shield of Massachusetts (November 7, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 126:20-127:5 | |
| BMS/OTN | 129:9-130:9 | |
| BMS/OTN | 133:6-18 | |
| BMS/OTN | 150:8-11 | |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 151:1-155:3 | |

### 3. Brian Garofalo (December 8, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 100:24-103:8 | |
| BMS/OTN | 104:4-107:5 | |
| BMS/OTN | 108:14-109:7 | |
| BMS/OTN | 109:24-110:23 | |
| BMS/OTN | 111:3-112:12 | |
| BMS/OTN | 112:24-113:11 | |

### 4. Denise M. Kaszuba (November 13, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 52:4-25 | |
| BMS/OTN | 54:24-56:8 | |
| BMS/OTN | 58:11-59:3 | |
| BMS/OTN | 60:1-23 | |
| BMS/OTN | 64:17-65:2 | |
| BMS/OTN | 89:17-90:16 | |
| BMS/OTN | 109:9-110:23 | |
| BMS/OTN | 111:12-114:21 | |
| BMS/OTN | 115:17-121:5 | |
| BMS/OTN | 121:24-122:16 | |
| BMS/OTN | 124:22-128:10 | |

### 5. Christof Marre (November 14, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 125:25-131:12 | |
| BMS/OTN | 137:21-139:1 | |
| BMS/OTN | 146:24-149:3 | |
| BMS/OTN | 150:8-157:1 | |
| BMS/OTN | 157:23-164:17 | |

### 6. Michael Mulrey, Blue Cross/Blue Shield of Massachusetts (November 7, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 184:21-185:16 | |

### 7. Michael Mulrey, Blue Cross/Blue Shield of Massachusetts (November 8, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 5:8-7:5 | |
| BMS/OTN | 13:17-15:21 | |
| BMS/OTN | 18:2-10 | |
| BMS/OTN | 24:21-25:21 | |

### 8. Frank C. Pasqualone (December 6, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 4:17-24:11 | |
| BMS/OTN | 52:23-53:20 | |

### 9. Marsha Peterson (December 8, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 82:16-88:17 | |

### 10. Douglas Soule (December 8, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 54:21-64:12 | |

## C.    Deposition Testimony of Current and Former BMS Employees

### 1. John F. Akscin (August 11, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 7:1-16 | |

| Offering Party | Initial Designations | Objections/Counter Designations |
|---|---|---|
| BMS/OTN | 13:1-2 | |
| BMS/OTN | 14:16-17:3 | |
| BMS/OTN | 17:16-20:13 | |
| BMS/OTN | 21:16-22:15 | |
| BMS/OTN | 23:5-24:5 | |
| BMS/OTN | 26:2-27:12 | |
| BMS/OTN | 28:9-29:15 | |
| BMS/OTN | 30:5-22 | |
| BMS/OTN | 32:1-18 | |
| BMS/OTN | 34:16-36:6 | |
| BMS/OTN | 37:9-38:6 | |
| BMS/OTN | 40:21-41:21 | |
| BMS/OTN | 44:3-6 | |
| BMS/OTN | 47:6-48:20 | |
| BMS/OTN | 49:19-50:16 | |
| BMS/OTN | 51:9-53:1 | |
| BMS/OTN | 54:7-55:19 | |
| BMS/OTN | 63:9-14 | |
| BMS/OTN | 73:6-77:10 | |
| BMS/OTN | 78:6-80:21 | |
| BMS/OTN | 82:5-84:18 | |
| BMS/OTN | 86:9-87:5 | |
| BMS/OTN | 87:12-90:5 | |
| BMS/OTN | 92:16-93:12 | |
| BMS/OTN | 95:5-22 | |
| BMS/OTN | 98:14-99:18 | |
| BMS/OTN | 106:18-112:19 | |
| BMS/OTN | 114:14-118:9 | |
| BMS/OTN | 124:5-18 | |

## 2. Raul Armand (July 29, 2005)

| Offering Party | Initial Designations | Objections/Counter Designations |
|---|---|---|
| BMS/OTN | 4:8-14 | |
| BMS/OTN | 11:13-14:13 | |
| BMS/OTN | 15:9-16:16 | |
| BMS/OTN | 42:14-43:12 | |
| BMS/OTN | 44:14-46:14 | |
| BMS/OTN | 60:11-15 | |
| BMS/OTN | 61:6-15 | |
| BMS/OTN | 64:15-66:7 | |
| BMS/OTN | 66:15-67:12 | |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 76:4-78:6 | |
| BMS/OTN | 91:18-96:11 | |
| BMS/OTN | 98:9-12 | |
| BMS/OTN | 101:12-102:4 | |
| BMS/OTN | 102:19-105:8 | |
| BMS/OTN | 149:3-151:6 | |
| BMS/OTN | 186:1-4 | |
| BMS/OTN | 186:14-187:6 | |
| BMS/OTN | 187:12-189:20 | |
| BMS/OTN | 190:7-17 | |
| BMS/OTN | 192:20-194:15 | |
| BMS/OTN | 195:3-21 | |
| BMS/OTN | 196:10-197:9 | |

### 3.  Gena P. Cook (April 28, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 5:12 ("Would you")-18 | |
| BMS/OTN | 10:21-11:2 | |
| BMS/OTN | 11:8-16:1 | |
| BMS/OTN | 92:2-94:11 | |
| BMS/OTN | 95:2-10 | |
| BMS/OTN | 97:15-98:2 | |
| BMS/OTN | 98:13-99:17 | |
| BMS/OTN | 105:11-13 | |
| BMS/OTN | 107:10-16 | |
| BMS/OTN | 183:17-184:4 | |
| BMS/OTN | 203:3-22 | |
| BMS/OTN | 252:9-253:20 | |

### 4.  Dana Faulkner (August 16, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 9:13-19 | |
| BMS/OTN | 10:5 ("What is")-12 | |
| BMS/OTN | 10:15-17 | |
| BMS/OTN | 11:18-22 | |
| BMS/OTN | 12:5-13:22 | |
| BMS/OTN | 14:14-15:4 | |
| BMS/OTN | 15:7-16:3 | |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 17:2-10 | |
| BMS/OTN | 19:18-20:3 | |
| BMS/OTN | 32:7-12 | |
| BMS/OTN | 37:3-12 | |
| BMS/OTN | 42:7-19 | |
| BMS/OTN | 43:12-44:21 | |
| BMS/OTN | 62:8-65:6 | |
| BMS/OTN | 66:1-67:16 | |
| BMS/OTN | 68:6-19 | |
| BMS/OTN | 70:22-71:12 | |
| BMS/OTN | 73:9-22 | |

### 5.  Diane Ihling (August 12, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 7:8-14 | |
| BMS/OTN | 12:1-2 | |
| BMS/OTN | 14:7-13 | |
| BMS/OTN | 14:17-19 | |
| BMS/OTN | 16:3-15 | |
| BMS/OTN | 16:19-17:5 | |
| BMS/OTN | 17:15-20 | |
| BMS/OTN | 18:1-21:22 | |
| BMS/OTN | 22:12-23:14 | |
| BMS/OTN | 27:9-15 | |
| BMS/OTN | 62:6-63:20 | |
| BMS/OTN | 64:7-15 | |
| BMS/OTN | 65:5-7 | |
| BMS/OTN | 65:12-13 | |
| BMS/OTN | 65:20-66:22 | |
| BMS/OTN | 67:4-68:6 | |
| BMS/OTN | 68:20-69:11 | |
| BMS/OTN | 69:16-70:19 | |
| BMS/OTN | 72:1-18 | |
| BMS/OTN | 73:4-11 | |
| BMS/OTN | 75:2-11 | |
| BMS/OTN | 77:16 ("We were")-18 | |
| BMS/OTN | 77:22-78:13 | |
| BMS/OTN | 78:16-19 | |
| BMS/OTN | 79:9 ("So then")-11 | |
| BMS/OTN | 79:16-80:7 | |
| BMS/OTN | 80:18-82:19 | |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 83:7 ("That brings")-84:22 | |
| BMS/OTN | 88:22-90:12 | |
| BMS/OTN | 91:9-14 | |
| BMS/OTN | 94:4-14 | |
| BMS/OTN | 95:10-96:6 | |
| BMS/OTN | 96:10-97:20 | |
| BMS/OTN | 98:5-12 | |
| BMS/OTN | 98:16-99:5 | |
| BMS/OTN | 99:13-99:19 | |
| BMS/OTN | 102:6-14 | |
| BMS/OTN | 102:19-103:19 | |
| BMS/OTN | 104:3-105:6 | |
| BMS/OTN | 105:10-19 | |
| BMS/OTN | 108:13-18 | |
| BMS/OTN | 123:6-125:15 | |
| BMS/OTN | 133:7-134:9 | |
| BMS/OTN | 135:3-9 | |
| BMS/OTN | 138:18-19 | |
| BMS/OTN | 138:21-139:11 | |
| BMS/OTN | 143:10-21 | |

**6. Denise Kaszuba (August 18, 2005)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 17:1-4 | |
| BMS/OTN | 22:5-23:12 | |
| BMS/OTN | 24:6-13 | |
| BMS/OTN | 24:19-25:19 | |
| BMS/OTN | 26:6-29:22 | |
| BMS/OTN | 33:15-34:12 | |
| BMS/OTN | 39:3-40:11 | |
| BMS/OTN | 40:18-41:5 | |
| BMS/OTN | 41:16-42:16 | |
| BMS/OTN | 42:22-44:4 | |
| BMS/OTN | 44:13-19 | |
| BMS/OTN | 45:15-47:3 | |
| BMS/OTN | 57:18-21 | |
| BMS/OTN | 69:18-70:3 | |
| BMS/OTN | 79:22-83:9 | |
| BMS/OTN | 85:8-17 | |
| BMS/OTN | 86:19-93:22 | |
| BMS/OTN | 94:6-7 | |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 94:16-95:15 | |
| BMS/OTN | 96:11-97:10 | |
| BMS/OTN | 97:19-99:17 | |
| BMS/OTN | 102:11-103:12 | |
| BMS/OTN | 103:16-108:3 | |
| BMS/OTN | 125:14-16 | |
| BMS/OTN | 125:21-127:7 | |
| BMS/OTN | 136:12-14 | |
| BMS/OTN | 148:7-149:10 | |
| BMS/OTN | 186:20-189:13 | |
| BMS/OTN | 206:17-210:4 | |
| BMS/OTN | 210:19-211:4 | |
| BMS/OTN | 211:12-212:1 | |
| BMS/OTN | 216:7-217:9 | |
| BMS/OTN | 221:4-222:8 | |

### 7. Greg Keighley (July 20, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 16:1-17:14 (through "territory") | |
| BMS/OTN | 23:11-24:13 | |
| BMS/OTN | 24:22-25:11 | |
| BMS/OTN | 27:19-28:3 | |
| BMS/OTN | 28:10-29:4 | |
| BMS/OTN | 29:7-9 | |
| BMS/OTN | 43:13-14 | |
| BMS/OTN | 43:17 ("Four-year")-44:2 | |
| BMS/OTN | 44:14-21 | |
| BMS/OTN | 49:5-52:1 | |
| BMS/OTN | 52:13-19 | |
| BMS/OTN | 69:21-72:22 | |
| BMS/OTN | 76:4-12 | |
| BMS/OTN | 78:21-79:12 | |
| BMS/OTN | 89:12-90:14 | |
| BMS/OTN | 91:14-94:17 | |
| BMS/OTN | 95:14-102:9 | |
| BMS/OTN | 103:18-105:8 | |
| BMS/OTN | 106:9-109:1 | |
| BMS/OTN | 110:14-111:20 | |
| BMS/OTN | 124:4-125:4 | |
| BMS/OTN | 140:3-141:5 | |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 166:12-169:6 | |
| BMS/OTN | 172:11-174:4 | |
| BMS/OTN | 249:17-250:16 | |
| BMS/OTN | 254:5-255:1 | |
| BMS/OTN | 256:10-15 | |
| BMS/OTN | 259:18-262:6 | |
| BMS/OTN | 264:4-22 | |
| BMS/OTN | 265:6-267:21 | |
| BMS/OTN | 270:2-22 | |

## 8. Thomas Liptak (August 17, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 11:5-7 | |
| BMS/OTN | 11:14-21 | |
| BMS/OTN | 12:8-16:5 | |
| BMS/OTN | 20:12-20:20 | |
| BMS/OTN | 22:7-16 | |
| BMS/OTN | 23:2-8 | |
| BMS/OTN | 23:20-24:3 | |
| BMS/OTN | 24:12-24:15 | |
| BMS/OTN | 25:4-10 | |
| BMS/OTN | 26:1-14 | |
| BMS/OTN | 26:20-27:5 | |
| BMS/OTN | 55:4 ("when you")-56:19 | |
| BMS/OTN | 57:14-58:17 | |
| BMS/OTN | 62:18-63:12 | |
| BMS/OTN | 65:12-66:14 | |
| BMS/OTN | 71:12-73:3 | |
| BMS/OTN | 76:6-77:19 | |
| BMS/OTN | 78:22-81:2 | |
| BMS/OTN | 83:7-84:3 | |
| BMS/OTN | 87:8-88:2 | |
| BMS/OTN | 107:22-108:4 | |
| BMS/OTN | 108:13-112:15 | |
| BMS/OTN | 113:3-115:8 | |
| BMS/OTN | 122:13-124:17 | |
| BMS/OTN | 133:21-135:4 | |

### 9.  Christof A. Marre (August 26, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 7:12-13 | |
| BMS/OTN | 11:10-14:11 | |
| BMS/OTN | 16:9-12 | |
| BMS/OTN | 24:8-18 | |
| BMS/OTN | 27:2-29:14 | |
| BMS/OTN | 29:22-30:11 | |
| BMS/OTN | 30:17-31:13 | |
| BMS/OTN | 39:22-41:11 | |
| BMS/OTN | 41:22-43:5 | |
| BMS/OTN | 46:7-12 | |
| BMS/OTN | 55:7-56:10 | |
| BMS/OTN | 58:12-60:13 | |
| BMS/OTN | 72:17-73:20 | |
| BMS/OTN | 75:13-76:19 | |
| BMS/OTN | 77:1-78:14 | |
| BMS/OTN | 86:11-22 | |

### 10.  Fran M. Morrison (July 27, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 7:10-14 | |
| BMS/OTN | 13:14-14:12 | |
| BMS/OTN | 15:3-18 | |
| BMS/OTN | 16:11 ("Did you")-17:8 | |
| BMS/OTN | 18:2-19:1 | |
| BMS/OTN | 33:19-34:8 | |
| BMS/OTN | 36:6-18 | |
| BMS/OTN | 73:8-15 | |
| BMS/OTN | 80:5-84:10 | |
| BMS/OTN | 87:7-88:7 | |
| BMS/OTN | 93:1-97:11 | |
| BMS/OTN | 98:17-99:14 | |
| BMS/OTN | 99:22-100:9 | |
| BMS/OTN | 149:1-17 | |
| BMS/OTN | 180:12-181:22 | |
| BMS/OTN | 254:1-257:18 | |
| BMS/OTN | 260:8-270:20 | |
| BMS/OTN | 277:3-278:20 | |

**11. Marsha Peterson (April 13, 2005)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 7:3-5 | |
| BMS/OTN | 7:14-16 | |
| BMS/OTN | 10:19-16:7 | |
| BMS/OTN | 16:20-17:3 | |
| BMS/OTN | 25:19-28:1 | |
| BMS/OTN | 30:20-32:22 | |
| BMS/OTN | 35:17-36:7 | |
| BMS/OTN | 48:13-53:11 | |
| BMS/OTN | 55:11-58:6 | |
| BMS/OTN | 59:4-7 | |
| BMS/OTN | 61:6-20 | |
| BMS/OTN | 75:13-78:19 | |
| BMS/OTN | 87:13-89:3 | |
| BMS/OTN | 90:4-20 | |
| BMS/OTN | 97:5-101:9 | |
| BMS/OTN | 102:1-7 | |
| BMS/OTN | 104:2-107:13 | |
| BMS/OTN | 108:15-18 | |
| BMS/OTN | 109:3-112:15 | |
| BMS/OTN | 118:11-121:2 | |
| BMS/OTN | 122:15-123:16 | |
| BMS/OTN | 124:17-126:3 | |
| BMS/OTN | 129:8-20 | |
| BMS/OTN | 130:16-136:11 | |
| BMS/OTN | 144:5-151:3 | |
| BMS/OTN | 152:18-153:13 | |
| BMS/OTN | 154:14-156:12 | |
| BMS/OTN | 166:2-17 | |
| BMS/OTN | 168:12-175:5 | |
| BMS/OTN | 185:8-189:9 | |
| BMS/OTN | 197:12-198:6 | |
| BMS/OTN | 199:20-200:15 | |
| BMS/OTN | 217:22-219:8 | |
| BMS/OTN | 228:1-231:16 | |
| BMS/OTN | 234:13-21 | |

**12. Joe Petrella (July 29, 2005)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 5:10-13 | |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 5:15-16 | |
| BMS/OTN | 12:8-15 | |
| BMS/OTN | 12:20-13:18 | |
| BMS/OTN | 54:21-57:2 | |
| BMS/OTN | 82:12-83:6 | |
| BMS/OTN | 168:2-171:15 | |

### 13. Douglas Soule (April 26, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 7:14 ("Could you")-17 | |
| BMS/OTN | 15:6-16:5 | |
| BMS/OTN | 17:4-19 (through "so") | |
| BMS/OTN | 28:6-30:16 | |
| BMS/OTN | 31:5-15 | |
| BMS/OTN | 31:20-22 | |
| BMS/OTN | 34:3-18 | |
| BMS/OTN | 35:1-36:5 | |
| BMS/OTN | 37:6-19 | |
| BMS/OTN | 38:14-40:12 | |
| BMS/OTN | 40:19-41:21 | |
| BMS/OTN | 50:6-51:12 | |
| BMS/OTN | 52:11-53:1 | |
| BMS/OTN | 55:20-58:10 | |
| BMS/OTN | 63:12-67:14 | |
| BMS/OTN | 82:13-87:13 | |
| BMS/OTN | 96:6-100:22 | |
| BMS/OTN | 103:7-13 | |
| BMS/OTN | 104:18-106:10 | |
| BMS/OTN | 107:20-110:7 | |
| BMS/OTN | 113:19-114:21 | |
| BMS/OTN | 123:22-126:2 | |
| BMS/OTN | 184:16-19 | |
| BMS/OTN | 190:22-191:14 | |
| BMS/OTN | 204:10-206:10 | |
| BMS/OTN | 226:1-227:19 | |

**14.  Zoltan Szabo (May 19, 2004)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 7:20-8:4 | |
| BMS/OTN | 29:7-31:22 | |
| BMS/OTN | 33:5-12 | |
| BMS/OTN | 33:18-34:5 | |
| BMS/OTN | 37:10-22 | |
| BMS/OTN | 41:7-9 | |
| BMS/OTN | 41:12-42:3 | |
| BMS/OTN | 42:10-43:9 | |
| BMS/OTN | 43:15-18 | |
| BMS/OTN | 44:9-48:1 | |
| BMS/OTN | 49:2-10 | |
| BMS/OTN | 52:11-53:7 | |
| BMS/OTN | 54:22-58:1 | |
| BMS/OTN | 62:21-63:5 | |
| BMS/OTN | 63:10-64:6 | |
| BMS/OTN | 64:16-65:12 | |
| BMS/OTN | 65:16-66:12 | |
| BMS/OTN | 66:19-67:5 | |
| BMS/OTN | 67:11-68:6 | |
| BMS/OTN | 68:10-69:4 | |
| BMS/OTN | 71:6-17 | |
| BMS/OTN | 71:21-72:6 | |
| BMS/OTN | 72:17-73:12 | |
| BMS/OTN | 77:13-14 | |
| BMS/OTN | 77:17-20 | |
| BMS/OTN | 78:1-3 | |
| BMS/OTN | 79:5-80:7 | |
| BMS/OTN | 83:22-84:13 | |
| BMS/OTN | 85:12 ("What's the")-16 | |
| BMS/OTN | 101:11-104:1 | |
| BMS/OTN | 104:22-105:7 | |
| BMS/OTN | 105:18-20 | |
| BMS/OTN | 107:16-108:13 (through "system") | |
| BMS/OTN | 108:16-109:1 | |
| BMS/OTN | 111:5-112:15 | |
| BMS/OTN | 112:19-113:8 | |
| BMS/OTN | 129:21-130:6 | |
| BMS/OTN | 130:9-18 | |
| BMS/OTN | 132:7-14 | |
| BMS/OTN | 132:20-133:3 | |
| BMS/OTN | 133:6-18 | |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 135:13-136:12 | |
| BMS/OTN | 137:4-10 | |
| BMS/OTN | 137:12-138:2 | |
| BMS/OTN | 138:19-20 | |
| BMS/OTN | 140:7-22 | |
| BMS/OTN | 141:4 ("So BMS")-142:14 | |
| BMS/OTN | 143:1-20 | |
| BMS/OTN | 151:6 ("Does BMS")-18 | |
| BMS/OTN | 157:5-158:5 | |
| BMS/OTN | 158:16-160:1 | |
| BMS/OTN | 160:5-161:5 | |
| BMS/OTN | 168:20-169:15 | |
| BMS/OTN | 170:5-17 | |
| BMS/OTN | 175:14-176:4 | |
| BMS/OTN | 177:1-5 | |
| BMS/OTN | 189:11-190:3 | |
| BMS/OTN | 190:6-9 | |
| BMS/OTN | 214:6-12 | |
| BMS/OTN | 214:17-21 | |
| BMS/OTN | 215:4-16 | |
| BMS/OTN | 217:12-218:6 | |
| BMS/OTN | 222:21-223:1 | |
| BMS/OTN | 223:4-9 | |
| BMS/OTN | 223:15-224:4 | |
| BMS/OTN | 246:10-14 | |
| BMS/OTN | 246:19-247:3 | |

**D.    Non-Party Deposition Testimony**

**1. Thomas E. Greenbaum, CIGNA (January 14, 2005)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 4:1-3 | |
| BMS/OTN | 5:6-8 | |
| BMS/OTN | 6:8-10 | |
| BMS/OTN | 74:5-76:8 | |

### 2.  Robert James, McKesson (February 23, 2005)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 6:20-7:6 | |
| BMS/OTN | 40:16-42:10 | |
| BMS/OTN | 48:7-49:13 | |
| BMS/OTN | 51:6-10 | |
| BMS/OTN | 52:9-12 | |
| BMS/OTN | 55:17-56:2 | |
| BMS/OTN | 79:22-81:15 | |
| BMS/OTN | 89:15-18 | |
| BMS/OTN | 102:12-16 | |
| BMS/OTN | 106:3-14 | |

### 3.  David Lambert, Amerisource Bergen Corporation (November 17, 2004)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 5:8-13 | |
| BMS/OTN | 7:13-8:1 | |
| BMS/OTN | 45:7-47:16 | |

### 4.  Dennis Lindell, Amerisource Bergen Corporation (July 27, 2006)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 8:4-9 | |
| BMS/OTN | 13:19-14:6 | |
| BMS/OTN | 68:3-69:4 | |
| BMS/OTN | 71:5-72:6 | |
| BMS/OTN | 109:5-20 | |

### 5.  Patricia Kay Morgan, First Databank (January 28, 2002)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 6:9-12 | |
| BMS/OTN | 6:21-23 | |
| BMS/OTN | 21:12-22:5 | |
| BMS/OTN | 23:16-21 | |

**6. Patricia Kay Morgan, First Databank (November 13, 2002)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 14:19 ("In your")-16:8 | |
| BMS/OTN | 53:23-55:22 | |
| BMS/OTN | 120:4-10 | |
| BMS/OTN | 308:25-309:15 | |
| BMS/OTN | 315:16-25 | |

**7. Patricia Kay Morgan, First Databank (January 11, 2005)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 119:22-120:19 | |
| BMS/OTN | 225:12-230:18 | |

**8. Joe Spahn, Anthem Blue Cross/Blue Shield (November 30, 2005)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 6:1-3 | |
| BMS/OTN | 8:7-9:2 | |
| BMS/OTN | 57:14-60:3 | |
| BMS/OTN | 60:16-19 | |
| BMS/OTN | 93:13-95:5 | |
| BMS/OTN | 97:17-98:13 | |
| BMS/OTN | 107:15-109:22 | |

**9. Kimbir Tate, McKesson (October 15, 2004)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 6:22-7:6 | |
| BMS/OTN | 8:3-8 | |
| BMS/OTN | 45:3-19 | |

**10. Jody Taylor, Cardinal (March 3, 2005)**

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 8:3-7 | |
| BMS/OTN | 10:4-9 | |

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 26:18-27:13 | |
| BMS/OTN | 28:9-20 | |
| BMS/OTN | 35:11-20 | |
| BMS/OTN | 47:14-48:10 | |
| BMS/OTN | 51:21-52:12 | |
| BMS/OTN | 117:21-118:4 | |

### 11. Greg Yonko, McKesson (October 14, 2004)

| OFFERING PARTY | INITIAL DESIGNATIONS | OBJECTIONS/COUNTER DESIGNATIONS |
|---|---|---|
| BMS/OTN | 12:11-16 | |
| BMS/OTN | 14:4-14 | |
| BMS/OTN | 18:21-21:14 | |
| BMS/OTN | 23:3-28:22 | |
| BMS/OTN | 76:7-77:8 | |

Dated:  Boston, Massachusetts
   June 11, 2007

Respectfully submitted,


By:   /s/ Jennifer Ryan (BBO No. 661498)
   Thomas E. Dwyer, Jr. (BBO No. 139660)
   Jennifer Ryan (BBO No. 661498)
   **DWYER & COLLORA**
   600 Atlantic Avenue
   Boston, Massachusetts
   Tel: (617) 371-1000
   Fax: (617) 371-1037
   tdwyer@dwyercollora.com
   jryan@dwyercollora.com

   Steven M. Edwards
   Lyndon M. Tretter
   *Admitted pro hac vice*
   **HOGAN & HARTSON LLP**
   875 Third Avenue
   New York, New York 10022
   (212) 918-3000


   *Attorneys for Defendants Bristol-Myers Squibb Co., and*
   *Oncology Therapeutics Network Corp.*

## CERTIFICATE OF SERVICE

I, Lyndon M. Tretter, hereby certify that I am one of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s attorneys and that, on June 11, 2007, I caused copies of the foregoing **DEPOSITION AND TRIAL TESTIMONY DESIGNATIONS OF DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP. FOR CLASS 1 TRIAL** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties and a hard copy of the transcripts highlighted with trial and deposition testimony designations by overnight and/or next-day hand delivery to the following:

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Kenneth A. Wexler, Esq.
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60601

Donald E. Haviland, Jr., Esq.
The Haviland Law Firm
740 S. Third Street, 3rd Floor
Philadelphia, PA 19147

John A. Macoretta, Esq.
Spector Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103


         /s/ Lyndon M. Tretter
            Lyndon M. Tretter