## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) )  ) MDL No. 1456 ) ) Civil Action No. 01-CV-12257 PBS ) |
| THIS DOCUMENT RELATES TO CLASS 1 JURY TRIAL (BMS) | ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. ) Bowler |

### BMS'S MOTION IN LIMINE TO PRECLUDE DR. HARTMAN FROM TESTIFYING ABOUT MATTERS NOT DISCLOSED IN HIS PRIOR REPORTS

Pursuant to Rule 103 of the Federal Rules of Evidence, Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation (together "BMS") respectfully move this Court to preclude Dr. Hartman from testifying about matters not disclosed in his prior reports. The grounds for this motion are set forth in the BMS's Memorandum of Law in Support of Its Motion in Limine to Preclude Dr. Hartman From Testifying About Matters Not Disclosed in His Prior Reports.

WHEREFORE, for the reasons set forth in the memorandum described above, BMS respectfully requests that the Court grant their motion and enter an order:

    a.    precluding Dr. Hartman from testifying about matters not disclosed in his prior reports; and

    b.    providing such other and further relief as the Court deems just and proper.

Dated:  Boston, Massachusetts
        June 11, 2007

Respectfully submitted,

By:  /s/ Thomas E. Dwyer (BBO No. 139660)
Thomas E. Dwyer (BBO No. 139660)
Jennifer M. Ryan (BBO No. 661498)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA  02210
Tel: (617) 371-1000
Fax: (617) 371-1037
tdwyer@dwyercollora.com
jelberg@dwyercollora.com

Steven M. Edwards (SE 2773)
Lyndon M. Tretter ((LT 4031)
Admitted *pro hac vice*
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY  10022
Tel: (212) 918- 3640

*Attorneys for Defendants Bristol -Myers Squibb Company and Oncology Therapeutics Network Corp.*