# EXHIBIT A



**Attachment G.1.a: Medicare Reimbursement for Taxol and Service Fee**

Report of Raymond S. Hartman