# Exhibit B

**PLAINTIFFS' PROPOSED JURY VERDICT FORM**

**FOR THE BMS TRIAL**

### I. LIABILITY QUESTIONS

**1(a)**   Do you find by **a preponderance of the evidence** that the following factors are present:

**(i)**   Did BMS make a representation?

Yes ☐          No ☐

*(In answering this question, please refer to **Instruction Nos. 2.021, 3.01 and 3.011**)*

**(ii)**   Was that representation was false?

Yes ☐          No ☐

*(In answering this question, please refer to **Instruction Nos. 2.021, 3.01 and 3.011**)*

**(iii)**   Was the representation material, which means that it was sufficiently important to influence a reasonable person's actions?

Yes ☐          No ☐

*(In answering this question, please refer to **Instruction Nos. 2.021 and 3.01**)*

**(iv)**   Did BMS know that the representation was false?

Yes ☐          No ☐

*(In answering this question, please refer to **Instruction Nos. 2.021, 3.01 and 3.012**)*

**(v)**   Did BMS intend that Plaintiffs would act upon the representation in the manner reasonably contemplated by BMS?

Yes ☐          No ☐

*(In answering this question, please refer to **Instruction Nos. 2.021, 3.01 and 3.013**)*

**(vi)**   Did Plaintiffs know that the representation was false?

Yes ☐          No ☐

*(In answering this question, please refer to **Instruction Nos. 2.021 and 3.01**)*

**(vii)** Did Plaintiffs rely on the truth of the representation?[1]

Yes ☐        No ☐

(*In answering this question, please refer to **Instruction Nos. 2.021, 3.01 and 3.014**)*

**(viii)** Was Plaintiffs' reliance reasonable and justified under the circumstances?[2]

Yes ☐        No ☐

(*In answering this question, please refer to **Instruction Nos. 2.021, 3.01 and 3.015**)*

**(ix)** As a result, were Plaintiffs damaged?

Yes ☐        No ☐

(*In answering this question, please refer to **Instruction Nos. 2.021, 3.01 and 3.016**)*

**1(b)** Do you find by **clear and convincing evidence** that the following factors are present:

**(i)** Did BMS make a representation?

Yes ☐        No ☐

(*In answering this question, please refer to **Instruction Nos. 2.022, 3.01 and 3.011**)*

**(ii)** Was that representation was false?

Yes ☐        No ☐

(*In answering this question, please refer to **Instruction Nos. 2.022, 3.01 and 3.011**)*

**(iii)** Was the representation material, which means that it was sufficiently important to influence a reasonable person's actions?

Yes ☐        No ☐

---

[1] Plaintiffs submit this question in the alternative and ***only*** in the event that the Court declines to find as a matter of law that Plaintiffs relied on the false AWPs.

[2] Plaintiffs submit this question in the alternative and ***only*** in the event that the Court declines to find as a matter of law that Plaintiffs' reliance was reasonable and justified.

*(In answering this question, please refer to **Instruction Nos. 2.022 and 3.01**)*

**(iv)**    Did BMS know that the representation was false?

Yes ☐          No ☐

*(In answering this question, please refer to **Instruction Nos. 2.022, 3.01 and 3.012**)*

**(v)**    Did BMS intend that Plaintiffs would act upon the representation in the manner reasonably contemplated by BMS?

Yes ☐          No ☐

*(In answering this question, please refer to **Instruction Nos. 2.022, 3.01 and 3.013**)*

**(vi)**    Did Plaintiffs know that the representation was false?

Yes ☐          No ☐

*(In answering this question, please refer to **Instruction Nos. 2.022 and 3.01**)*

**(vii)**    Did Plaintiffs rely on the truth of the representation?[3]

Yes ☐          No ☐

*(In answering this question, please refer to **Instruction Nos. 2.022, 3.01 and 3.014**)*

**(viii)**    Was Plaintiffs' reliance reasonable and justified under the circumstances?[4]

Yes ☐          No ☐

*(In answering this question, please refer to **Instruction Nos. 2.022, 3.01 and 3.015**)*

**(ix)**    As a result, were Plaintiffs damaged?

Yes ☐          No ☐

---

[3] Plaintiffs submit this question in the alternative and **only** in the event that the Court declines to find as a matter of law that Plaintiffs relied on the false AWPs.

[4] Plaintiffs submit this question in the alternative and **only** in the event that the Court declines to find as a matter of law that Plaintiffs' reliance was reasonable and justified.

*(In answering this question, please refer to **Instruction Nos. 2.022, 3.01 and 3.016**)*

**2(a)**   Do you find by **a preponderance of the evidence** that BMS committed unfair acts or practices?

Yes ☐                   No ☐

*(In answering this question, please refer to **Instruction Nos. 2.021 and 3.02**)*

**3(a)**   Do you find by **a preponderance of the evidence** that BMS committed deceptive acts or practices?

Yes ☐                   No ☐

*(In answering this question, please refer to **Instruction Nos. 2.021 and 3.03**)*

## II.  CAUSATION QUESTION

**4(a)**   Do you find by a preponderance of the evidence that BMS caused any financial injury to Plaintiffs and the Class?

Yes ☐          No ☐

(*In answering this question, please refer to **Instruction Nos. 2.021 and 3.02***)

**4(b)**   Do you find by clear and convincing evidence that BMS caused any financial injury to Plaintiffs and the Class?

Yes ☐          No ☐

(*In answering this question, please refer to **Instruction Nos. 2.022 and 3.02***)

### III. STATUTE OF LIMITATIONS QUESTIONS

**5(a)**    Do you find by a preponderance of the evidence that BMS fraudulently concealed its course of conduct from Plaintiffs and the Class?

Yes ☐              No ☐

*(In answering this question, please refer to **Instruction Nos. 2.021 and 4.01**)*

If your answer to this question is "no," state the earliest date or event by which Plaintiffs and the Class actually discovered, or reasonably should have discovered the facts constituting the fraud: _____.

**5(b)**    Do you find by clear and convincing evidence that BMS fraudulently concealed its course of conduct from Plaintiffs and the Class?

Yes ☐              No ☐

*(In answering this question, please refer to **Instruction Nos. 2.022 and 4.01**)*

If your answer to this question is "no," state the earliest date or event by which Plaintiffs and the Class actually discovered, or reasonably should have discovered the facts constituting the fraud: _____.

## IV.  COMPENSATORY DAMAGES QUESTIONS

*(In answering the questions in this section, please refer to **Instruction Nos. 2.021, 2.022 and 5.01**)*

### Arizona

**6(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Arizona?

Yes ☐             No ☐

**6(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Arizona?

Yes ☐             No ☐

If you answered "yes" to either Question 6(a) or 6(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Arizona in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

### Arkansas

**7(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Arkansas?

Yes ☐             No ☐

**7(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Arkansas?

Yes ☐             No ☐

If you answered "yes" to either Question 7(a) or 7(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Arkansas in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

### California

**8(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in California?

Yes ☐         No ☐

**8(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in California?

Yes ☐         No ☐

If you answered "yes" to either Question 8(a) or 8(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in California in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Colorado

**9(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Colorado?

Yes ☐         No ☐

**9(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Colorado?

Yes ☐         No ☐

If you answered "yes" to either Question 9(a) or 9(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Colorado in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Connecticut

**10(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Connecticut?

Yes ☐         No ☐

**10(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Connecticut?

Yes ☐         No ☐

If you answered "yes" to either Question 10(a) or 10(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Connecticut in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Delaware

**11(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Delaware?

Yes ☐                    No ☐

**11(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Delaware?

Yes ☐                    No ☐

If you answered "yes" to either Question 11(a) or 11(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Delaware in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## District of Columbia

**12(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in the District of Columbia?

Yes ☐                    No ☐

**12(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in the District of Columbia?

Yes ☐                    No ☐

If you answered "yes" to either Question 12(a) or 12(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in the District of Columbia in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Florida

**13(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Florida?

Yes ☐                    No ☐

**13(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Florida?

Yes ☐                    No ☐

If you answered "yes" to either Question 13(a) or 13(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Florida in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Hawaii

**14(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Hawaii?

Yes ☐                    No ☐

**14(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Hawaii?

Yes ☐                    No ☐

If you answered "yes" to either Question 14(a) or 14(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Hawaii in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Idaho

**15(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Idaho?

Yes ☐                    No ☐

**15(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Idaho?

Yes ☐                    No ☐

If you answered "yes" to either Question 15(a) or 15(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Idaho in the amount of

$_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Indiana

**16(a)**  Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Indiana?

Yes ☐                    No ☐

**16(b)**  Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Indiana?

Yes ☐                    No ☐

If you answered "yes" to either Question 16(a) or 16(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Indiana in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Kansas

**17(a)**  Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Kansas?

Yes ☐                    No ☐

**17(b)**  Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Kansas?

Yes ☐                    No ☐

If you answered "yes" to either Question 17(a) or 17(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Kansas in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Maryland

**18(a)**  Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Maryland?

Yes ☐                    No ☐

**18(b)**  Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Maryland?

Yes ☐                 No ☐

If you answered "yes" to either Question 18(a) or 18(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Maryland in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## <u>Massachusetts</u>

**19(a)**  Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Massachusetts?

Yes ☐                 No ☐

**19(b)**  Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Massachusetts?

Yes ☐                 No ☐

If you answered "yes" to either Question 19(a) or 19(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Massachusetts in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## <u>Michigan</u>

**20(a)**  Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Michigan?

Yes ☐                 No ☐

**20(b)**  Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Michigan?

Yes ☐                 No ☐

If you answered "yes" to either Question 20(a) or 20(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Michigan in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

**Minnesota**

**21(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Minnesota?

Yes ☐          No ☐

**21(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Minnesota?

Yes ☐          No ☐

If you answered "yes" to either Question 21(a) or 21(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Minnesota in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

**Missouri**

**22(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Missouri?

Yes ☐          No ☐

**22(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Missouri?

Yes ☐          No ☐

If you answered "yes" to either Question 22(a) or 22(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Missouri in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

**Nevada**

**23(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Nevada?

Yes ☐          No ☐

**23(b)**  Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Nevada?

Yes ☐                    No ☐

If you answered "yes" to either Question 23(a) or 23(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Nevada in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

**New Hampshire**

**24(a)**  Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in New Hampshire?

Yes ☐                    No ☐

**24(b)**  Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in New Hampshire?

Yes ☐                    No ☐

If you answered "yes" to either Question 24(a) or 24(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in New Hampshire in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

**New Jersey**

**25(a)**  Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in New Jersey?

Yes ☐                    No ☐

**25(b)**  Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in New Jersey?

Yes ☐                    No ☐

If you answered "yes" to either Question 25(a) or 25(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in New Jersey in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

**New Mexico**

**26(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in New Mexico?

Yes ☐                   No ☐

**26(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in New Mexico?

Yes ☐                   No ☐

If you answered "yes" to either Question 26(a) or 26(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in New Mexico in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

**New York**

**27(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in New York?

Yes ☐                   No ☐

**27(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in New York?

Yes ☐                   No ☐

If you answered "yes" to either Question 27(a) or 27(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in New York in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

**North Carolina**

**28(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in North Carolina?

Yes ☐                   No ☐

**28(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in North Carolina?

Yes ☐                    No ☐

If you answered "yes" to either Question 28(a) or 28(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in North Carolina in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## North Dakota

**29(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in North Dakota?

Yes ☐                    No ☐

**29(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in North Dakota?

Yes ☐                    No ☐

If you answered "yes" to either Question 29(a) or 29(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in North Dakota in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Oklahoma

**30(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Oklahoma?

Yes ☐                    No ☐

**30(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Oklahoma?

Yes ☐                    No ☐

If you answered "yes" to either Question 30(a) or 30(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Oklahoma in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Oregon

**31(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Oregon?

Yes ☐            No ☐

**31(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Oregon?

Yes ☐            No ☐

If you answered "yes" to either Question 31(a) or 31(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Oregon in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Pennsylvania

**32(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Pennsylvania?

Yes ☐            No ☐

**32(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Pennsylvania?

Yes ☐            No ☐

If you answered "yes" to either Question 32(a) or 32(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Pennsylvania in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Rhode Island

**33(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Rhode Island?

Yes ☐            No ☐

**33(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Rhode Island?

Yes ☐            No ☐

If you answered "yes" to either Question 33(a) or 33(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Rhode Island in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## South Carolina

**34(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in South Carolina?

Yes ☐          No ☐

**34(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in South Carolina?

Yes ☐          No ☐

If you answered "yes" to either Question 34(a) or 34(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in South Carolina in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## South Dakota

**35(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in South Dakota?

Yes ☐          No ☐

**35(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in South Dakota?

Yes ☐          No ☐

If you answered "yes" to either Question 35(a) or 35(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in South Dakota in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Tennessee

**36(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Tennessee?

Yes ☐         No ☐

**36(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Tennessee?

Yes ☐         No ☐

If you answered "yes" to either Question 36(a) or 36(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Tennessee in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

**Texas**

**37(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Texas?

Yes ☐         No ☐

**37(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Texas?

Yes ☐         No ☐

If you answered "yes" to either Question 37(a) or 37(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Texas in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

**Vermont**

**38(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Vermont?

Yes ☐         No ☐

**38(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Vermont?

Yes ☐         No ☐

If you answered "yes" to either Question 38(a) or 38(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Vermont in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Washington

**39(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Washington?

Yes ☐                    No ☐

**39(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Washington?

Yes ☐                    No ☐

If you answered "yes" to either Question 39(a) or 39(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Washington in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## West Virginia

**40(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in West Virginia?

Yes ☐                    No ☐

**40(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in West Virginia?

Yes ☐                    No ☐

If you answered "yes" to either Question 40(a) or 40(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in West Virginia in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## Wisconsin

**41(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Wisconsin?

Yes ☐                    No ☐

**41(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Wisconsin?

Yes ☐                    No ☐

If you answered "yes" to either Question 41(a) or 41(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Wisconsin in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## **Wyoming**

**42(a)**   Have Plaintiffs proved by a preponderance of the evidence aggregate damages for Plaintiffs in Wyoming?

Yes ☐                    No ☐

**42(b)**   Have Plaintiffs proved by clear and convincing evidence aggregate damages for Plaintiffs in Wyoming?

Yes ☐                    No ☐

If you answered "yes" to either Question 42(a) or 42(b) or both, complete the following blank:  The Jury finds actual damages for Plaintiffs in Wyoming in the amount of $_____.  (If you answered "no" to both of the foregoing questions, do not complete the blank.)

## V. ADDITIONAL DAMAGES QUESTIONS

Under some state statutes, Plaintiffs and the Class may be entitled to recover additional damages if you find, by a preponderance of the evidence, some heightened level of culpability.

43      If you awarded compensatory damages to Plaintiffs in Delaware, the District of Columbia and Hawaii, Plaintiffs are entitled to receive three times the amount of damages awarded.

For Plaintiffs in Delaware, three times compensatory damages equals:  $ _____.

For Plaintiffs in the District of Columbia, three times compensatory damages equals: $_____.

For Plaintiffs in Hawaii, three times compensatory damages equals:  $ _____.

*(In answering completing these blanks, please refer to **Instruction Nos. 2.021 and 5.02**)*

44      Do you make an additional award to Plaintiffs in California?

Yes ☐              No ☐

If you answered "yes," complete the following blank:  The Jury awards additional damages for Plaintiffs in California in the amount of $_____.  (If you answered "no" to the foregoing question, do not complete the blank.)

*(In answering this question, please refer to **Instruction Nos. 2.021 and 5.02**)*

45      Do you make an additional award to Plaintiffs in New Mexico?

Yes ☐              No ☐

If you answered "yes," complete the following blank:  The Jury awards additional damages for Plaintiffs in New Mexico in the amount of $_____.  (If you answered "no" to the foregoing question, do not complete the blank.)

*(In answering this question, please refer to **Instruction Nos. 2.021 and 5.02**)*

46      Do you make an additional award to Plaintiffs in Texas?

Yes ☐              No ☐

If you answered "yes," complete the following blank:  The Jury awards additional damages for Plaintiffs in Texas in the amount of $_____.  (If you answered "no" to the foregoing question, do not complete the blank.)

(*In answering this question, please refer to* **Instruction Nos. 2.021 and 5.02**)

**47**     Do you make an additional award to Plaintiffs in Vermont?

Yes ☐          No ☐

If you answered "yes," complete the following blank:  The Jury awards additional damages for Plaintiffs in Vermont in the amount of $_____.  (If you answered "no" to the foregoing question, do not complete the blank.)

(*In answering this question, please refer to* **Instruction Nos. 2.021 and 5.02**)

### VI. PUNITIVE DAMAGES QUESTIONS

Some states permit the award of punitive damages.  You must consider whether Plaintiffs in Arizona, Arkansas, California, Delaware, the District of Columbia, Minnesota, Nevada, Oregon and Pennsylvania are entitled to an award of punitive damages.

**48**    Are Plaintiffs in Arizona entitled to an award of punitive damages?

Yes ☐        No ☐

We, the jury, find that Plaintiffs in Arizona are entitled to an award of punitive damages in the following amount:  $_____

*(In answering this question, please refer to **Instruction No. 6.02**)*

**49**    Are Plaintiffs in Arkansas entitled to an award of punitive damages?

Yes ☐        No ☐

We, the jury, find that Plaintiffs in Arkansas are entitled to an award of punitive damages in the following amount:  $_____

*(In answering this question, please refer to **Instruction No. 6.03**)*

**50**    Are Plaintiffs in California entitled to an award of punitive damages?

Yes ☐        No ☐

We, the jury, find that Plaintiffs in California are entitled to an award of punitive damages in the following amount:  $_____

*(In answering this question, please refer to **Instruction No. 6.04**)*

**51**    Are Plaintiffs in Delaware entitled to an award of punitive damages?

Yes ☐        No ☐

We, the jury, find that Plaintiffs in Delaware are entitled to an award of punitive damages in the following amount:  $_____

*(In answering this question, please refer to **Instruction No. 6.05**)*

52      Are Plaintiffs in the District of Columbia entitled to an award of punitive damages?

Yes ☐                    No ☐

We, the jury, find that Plaintiffs in the District of Columbia are entitled to an award of punitive damages in the following amount:  $_____

*(In answering this question, please refer to **Instruction No. 6.06**)*


53      Are Plaintiffs in Minnesota entitled to an award of punitive damages?

Yes ☐                    No ☐

We, the jury, find that Plaintiffs in Minnesota are entitled to an award of punitive damages in the following amount:  $_____

*(In answering this question, please refer to **Instruction No. 6.07**)*


54      Are Plaintiffs in Nevada entitled to an award of punitive damages?

Yes ☐                    No ☐

We, the jury, find that Plaintiffs in Nevada are entitled to an award of punitive damages in the following amount:  $_____

*(In answering this question, please refer to **Instruction No. 6.08**)*


55      Are Plaintiffs in Oregon entitled to an award of punitive damages?

Yes ☐                    No ☐

We, the jury, find that Plaintiffs in Oregon are entitled to an award of punitive damages in the following amount:  $_____

*(In answering this question, please refer to **Instruction No. 6.09**)*


56      Are Plaintiffs in Pennsylvania entitled to an award of punitive damages?

Yes ☐                    No ☐

We, the jury, find that Plaintiffs in Pennsylvania are entitled to an award of punitive damages in the following amount:  $_____

*(In answering this question, please refer to **Instruction No. 6.10**)*