# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 ) ) Civil Action No. 01-CV-12257 PBS ) |
| THIS DOCUMENT RELATES TO CLASS 1 JURY TRIAL (BMS) | ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. ) Bowler |

## BMS'S MOTION IN LIMINE
## TO EXCLUDE EVIDENCE OF WEALTH FROM THE LIABILITY PHASE OF THE TRIAL AND FOR A SEPARATE TRIAL AS TO PUNITIVE DAMAGES

Pursuant to Rule 103, 402 and 403 of the Federal Rules of Evidence, Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation (together "BMS") respectfully move this Court to exclude evidence of wealth from the liability phase of the trial and for a separate trial as to punitive damages. The grounds for this motion are set forth in the BMS's Memorandum of Law in Support of Its Motion in Limine to Exclude Evidence of Wealth From the Liability Phase of the Trial and For a Separate Trial as to Punitive Damages.

WHEREFORE, for the reasons set forth in the memorandum described above, BMS respectfully requests that the Court grant their motion and enter an order:

    a.    excluding evidence of wealth from the liability phase of the trial;

    b.    for a separate trial as to punitive damages; and

    c.    providing such other and further relief as the Court deems just and proper.

Dated: Boston, Massachusetts
June 11, 2007

Respectfully submitted,

By:   /s/ Jennifer M. Ryan
Thomas E. Dwyer (BBO No. 139660)
Jennifer M. Ryan (BBO No. 661498)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA  02210
Tel: (617) 371-1000
Fax: (617) 371-1037
tdwyer@dwyercollora.com
jryan@dwyercollora.com

Steven M. Edwards (SE 2773)
Lyndon M. Tretter ((LT 4031)
Admitted *pro hac vice*
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY  10022
Tel: (212) 918- 3640

*Attorneys for Defendants Bristol -Myers Squibb Company and Oncology Therapeutics Network Corp.*