# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 |
| | ) ) Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS AND 01-CV-339 | ) ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. Bowler |
| **CLASS 1 TRIAL** | ) |

## PRETRIAL DISCLOSURES OF DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP. FOR CLASS 1 TRIAL

Defendants Bristol-Myers Squibb Company ("BMS") and Oncology Therapeutics Network Corporation ("OTN") hereby make the following pretrial disclosures of their witness list and exhibits pursuant to Fed. R. Civ. P. 26(a)(3)(A) for purposes of the Class 1 trial.

## A.     WITNESSES TO BE CALLED LIVE AT TRIAL (Not in Order of Appearance)

BMS and OTN reserve the right to call any witnesses identified by Plaintiffs who are beyond the subpoena power of the Court but whom Plaintiffs intend to bring to trial.

| Name and Address | Will Testify | May Testify |
|---|---|---|
| John F. Akscin<br>Oncology Therapeutics Network Corp.<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | | X |
| Greg Bell, Ph.D.<br>CRA International<br>John Hancock Tower, 200 Clarendon Street, T-33<br>Boston, MA 02116-5092<br>Tel:  (617) 425-3000 | X | |

| Name and Address | Will Testify | May Testify |
|---|:---:|:---:|
| Eric Gaier, Ph.D<br>Bates White LLC<br>2001 K Street, NW, Suite 700<br>Washington, DC 20006<br>Tel:  (202) 408-6110 | X | |
| Brian Garofalo<br>Amgen Inc.<br>Columbia Square<br>555 13th Street, NW, #600W<br>Washington, DC 20004<br>Tel:  (202) 637-5700 | X | |
| Richard Hammerstone<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | | X |
| Dr. Linda Haegele<br>9600 Roosevelt Blvd.<br>Suite 301<br>Philadeplphia, PA 19115<br>(215) 677-8150 | X | |
| Denise M. Kaszuba<br>209 Shore Avenue<br>Syracuse, NY 13209<br>Tel: (315) 345-2504 (cell) | X | |
| Christof A. Marre<br>49 Waban Hill Road North<br>Chestnut Hill, MA 02467<br>Tel:  (617) 332-0280 | X | |
| Frank Pasqualone<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |

| Name and Address | Will Testify | May Testify |
|---|:---:|:---:|
| David Rogers<br>825 Edgewood Road<br>Yardley, PA 19067<br>Tel:  (215) 321-4217 | | X |
| Tim Snail, Ph.D.<br>CRA International<br>John Hancock Tower, 200 Clarendon Street, T-33<br>Boston, MA 02116-5092<br>Tel:  (617) 425-3000 | | X |
| Doug Soule<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | X | |
| Zoltan Szabo<br>Bristol-Myers Squibb Company<br>c/o Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br>Tel:  (212) 918-3000 | | X |

**B.      BMS AND OTN WITNESSES TO BE OFFERED BY DEPOSITION AND/OR THROUGH CLASS 2/3 TRIAL TESTIMONY[1]**

1.      John F. Akscin

2.      Raul Armand

3.      Gena P. Cook

4.      Dana Faulkner

5.      Brian Garofalo

6.      Richard Hammerstone

7.      Diane Ihling

8.      Denise Kaszuba

---

[1]      The designated Class 2/3 written direct and trial testimony, as well as deposition testimony are referenced in a separate document.

9.      Greg Keighley

10.     Thomas Liptak

11.     Christof A. Marre

12.     Fran M. Morrison

13.     Frank Pasqualone

14.     Joseph Petrella

15.     Marsha Peterson

16.     David Rogers

17.     Douglas Soule

18.     Zoltan Szabo

**C.     NON-BMS OR OTN WITNESSES TO BE OFFERED BY DEPOSITION AND/OR THROUGH CLASS 2/3 TRIAL TESTIMONY[2]**

1.      Deborah Deveaux

2.      Thomas E. Greenbaum

3.      Robert James

4.      David Lambert

5.      Dennis Lindell

6.      Patricia Kay Morgan

7.      Michael Mulrey

8.      Joe Spahn

9.      Kimber Tate

10.     Jody Taylor

11.     Greg Yonko

---

[2]      The designated deposition testimony and Class 2/3 trial testimony are referenced in a separate document.

## D.     EXHIBITS

BMS and OTN reserve the right to introduce any exhibits or portions thereof identified by Plaintiffs.  BMS and OTN further reserve the right to supplement their exhibit list in order to rebut any additional evidence or arguments offered by Plaintiffs at trial.[3]  In lieu of production numbers, BMS is serving on plaintiffs' counsel .tiff images of all exhibits bearing production bates numbers.

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 501 | Medicare Program: Fee Schedule for Physicians Services, Proposed Rules, 56 Fed. Reg. 25792 (June 5, 1991) | |
| 502 | Medicare Program: Fee Schedule for Physicians Services, Final Rule, 56 Fed. Reg. 59502 (November 25, 1991) | |
| 503 | Memorandum re: Estimated Acquisition Cost Drug Survey from Director Office of Payment Policy to All Associate Regional Administrators for Medicare, Charles Booth, Director, Office Payment Policy DHHS (August 8, 1994) | |
| 504 | OIG, "Appropriateness of Medicare Prescription Drug Allowance," DHHS (May, 1996) | |
| 505 | President's Fiscal Year 1998 Budget Proposal for Medicare, Medicaid and Welfare, Hearings Before the Committee on Finance, United States Senate, S. Hearing 105-85 (February 13th & 27th) and (March 4th & 5th) | |
| 506 | Remarks by the President In Radio Address to the Nation, Office of the Press Secretary (December 22, 1997) | |
| 507 | OIG, "Excessive Medicare Payments for Prescription Drugs," DHHS (December 1997) | |
| 508 | HCFA, Program Memorandum Intermediaries/Carriers re: "Implementation of the New Payment Limit for Drugs and Biologicals," AB-97-25 DHHS (January 1998) | |

---

[3]     Trial exhibits with asterisks ("*") are admissible as summaries pursuant to Fed. R. Evid. 1006.  The data and information underlying these exhibits have been produced to Plaintiffs' counsel.

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 509 | Report to Congress: The Average Wholesale Price for Drugs Covered Under Medicare, Donna E. Shalala, Secretary, Department of Health and Human Services (1998) | |
| 510 | Barton C. McCann, M.D. & Julia A. James, "The Impact of Medicare Payment Policies on Patient Access to Quality Cancer Care," Health Policy Alternatives (June 1999) | |
| 511 | Letter from Donna Shalala, Secretary, Department of Health and Human Services, to Representative Tom Bliley, Chairman, Commerce Committee re: Medicare Coverage (May 31, 2000) | |
| 512 | Letter from various members of Congress (Rosa DeLauro, et al.) to Donna Shalala, Secretary, DHHS re: Medicare Program (July 14, 2000) | |
| 513 | Letter from various members of Congress (Saxby Chambliss et al.) to Donna Shalala, Secretary, DHHS re: Medicare Program (July 28, 2000) | |
| 514 | Letter from Senators Christopher Bond and John Ashcroft to Donna Shalala, Secretary, Department of Health and Human Services re: Medicare Reimbursement Structure (August 3, 2000) | |
| 515 | Congressional Debate re:  Cancer Care Preservation Act, Congressional Record, Senate S8022 (J. Ashcroft) (September 5, 2000) | |
| 516 | Letter from Spencer Abraham to Donna Shalala, Secretary, Department of Health and Human Services re: Medicare Reimbursements (September 6, 2000) | |
| 517 | Letter from Nancy-Ann Min DeParle, Administrator (DHHS), to Members of Congress re: HCFA (September 8, 2000) | |
| 518 | HCFA, Program Memorandum re:  An Additional Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program, AB-00-86 (September 8, 2000) | |
| 519 | Letter from Donna Shalala, Secretary, Department of Health and Human Services to Senator Spencer Abraham re: Payment for Medicare | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 520 | Program Memorandum: Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program, Department of Health and Human Services, Health Care Financing Administration (November 17, 2000) | |
| 521 | MedPAC, "Report to Congress: Variation and Innovation in Medicare" (June 2003) | |
| 522 | Anthem Virginia Provider Correspondence: Letter from Keane Chan, Provider Network Consultant; Trigon to Karen Ford Manza, Regional Director; US Oncology re: Trigon Services, Inc. Agreements ( January 5, 2001) | |
| 523 | Balanced Budget Act of 1997, 4616, Report of the Committee on the Budget, House of Representatives to Accompany H.R. 2015 | |
| 524 | Curriculum Vitae of Linda A. Haegele, M.D. | |
| 525* | Reimbursement Amount for Level V Initial Office Visit | |
| 526* | Reimbursement Amount for Level V Established Patient Visit | |
| 527* | Reimbursement Amount for Blood Count Lab Work | |
| 528* | Reimbursement for Drug Administration: 2002-2003 | |
| 529* | Reimbursement for Drug Administration: 2004-2005 | |
| 530* | Physician Oncology: 2002-2005 Income Statements-By Source of Payment | |
| 531* | Physician Oncology: 2002-2005 Income Statements-By Source of Revenue | |
| 532* | Physician Oncology: Medicare Drug Margins 2004-2005 | |
| 533 | Stuart Schweitzer, "Pharmaceutical Prices," 1997, Pharmaceutical Economics and Policy" | |
| 534 | Table 202 Number of Active Physicians (MDs) and Physician to Population Ratios by Specialty, Selected Years 1970-2000 | |
| 535 | "Critical Condition: Physician Practices and the Future of Massachusetts Health Care," Massachusetts Medical Society, 2001 | |
| 536 | Markian Hawryluk, "Medicare drug pricing fix could threaten physician pay," *AMNews*, April 1, 2002 at Amednews.com | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 537 | Medicare Participation Options for Physicians, prepared by Federal Affairs and Outreach, January 2004 | |
| 538 | William Buczko, Ph.D., "Provider Opt-Out Under Medicare Private Contracting," Health Care Financing Review, Winter 2004-2005, Vol. 26, No. 2 | |
| 539 | BlueCross BlueShield of Massachusetts Specialty Committee Meeting (January 5, 2004) | |
| 540 | National Health Expenditures by Type of Services and Source of Funds: Calendar Year (1997-2004) | |
| 541 | 40 Fed. Reg. 34515, "Social and Rehabilitation Service (Assistance Programs), Department of Health, Education, and Welfare Part 250-Administration of Medical Assistance Programs" (August 15, 1975) | |
| 542 | HCFA "Title XIX Social Security Act Limitation on Payment or Reimbursement for Drug EAC" (December 13, 1977) | |
| 543 | Physicians' Costs for Chemotherapy Drugs, OIG, Department of Health and Human Services (December 13, 1977) | |
| 544 | Medicare Beneficiaries Enrolled by Census Region, Division and State (1996-1999) | |
| 545 | Balanced Budget Act of 1997 § 1354, Report of the Committee on the Budget, House of Representatives to Accompany H. R. 2015 | |
| 546 | Medicare Enrollment—All Beneficiaries as of July, 2001 | |
| 547 | Census 2000 Brief "The 65 Years and Over Population 2000" (October 2001) | |
| 548 | Table 8.12 Selected Health Care Services (NAICS 621, 622 and 623) Estimated Revenue for Employer Firms by Source: 1998-2003 | |
| 549 | 2002 WL 399357 (F.D.C.H.) "Reimbursement and Access to Prescription Drugs Under Medicare Part B," (March 14, 2002) | |
| 550 | Medicare Enrollment—All Beneficiaries as of July 2002 | |
| 551 | Medicare Part B Physician/Supplier National Data- Calendar Year 2003 – Expenditures and Services by Specialty | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 552 | Medicare Enrollment: National Trends-Hospital and/or Supplementary Medical Insurance (1966-2003) | |
| 553 | Medicare Enrollment: National Trends-Supplementary Medical Insurance (1966-2003) | |
| 554 | MedPAC "Exploring Alternatives to AWP-Pricing for Medicare-Covered Drugs" (January 15-16, 2003) | |
| 555 | Report to Congress:  Medicare Payment Policy Section 2B "Assessing Payment Adequacy and Updating Payment for  Physician Services" (March 2003) | |
| 556 | Medicare Beneficiaries Enrolled by State as of July 1, 1999-2003 | |
| 557 | Medicare Enrollment—All Beneficiaries as of July, 2003 | |
| 558 | Committee on Ways & Means, Medicare Prescription Drug, Improvement, and Modernization Act of 2003 "Reimbursement for Part B Drugs: Average Wholesale Price Reform" (February 26, 2004) | |
| 559 | 69 Fed. Reg. 66406, Table 41 Impact of Proposed Rule and Physician Fee Schedule Update on Medicare Payment for Selected Drug Administration Services Excluding the Effect of the 32 and 3% Transition Adjustments and Demonstration Project | |
| 560 | The 2005 Annual Report of the Boards of Trustees of the Federal Hospital Insurance and Federal Supplementary Medical Insurance Trust Funds | |
| 561 | A Data Book: Healthcare Spending and the Medicare Program, Section 11 | |
| 562 | Letter from Daniel R. Levinson, Inspector General to Richard B. Cheney enclosing OIG Report: "Adequacy of Medicare Part B Drug Reimbursement to Physician Practices for the Treatment of Cancer Patients," OIG, Department of Health and Human Services (Septmember 26, 2005) | |
| 563 | CMS Announcement About Medicare Participation (October 2005) | |
| 564 | Oklahoma/New Mexico Medical Services, Medicare Glossary, www.oknmmedicare.com | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 565 | U.S. Census Bureau, Health Insurance Data, Historical Health Insurance Tables. Table HI-4. Health Insurance Coverage Status and Type of Coverage by State.  All People: 1987 to 2004 | |
| 566 | CMS, "Medicare Physician Fee Schedule for 2003," Fact Sheet (February 27, 2003) | |
| 567 | ASCO, "New Survey Shows Medicare Bills Would Force 53% of Cancer Physicians to Limit Care for Seniors," (July 15, 2003) | |
| 568 | Janet Colwell, ACP, "Medicare's new office-drug payment policy has oncologists concerned about access," April 2004, ACP Observer | |
| 569 | CMS, "Medicare Proposes Payment Rule to Provide New Preventive Benefits and Raise Physician Payments for 2005," July 27, 2004, Medicare News | |
| 570 | CMS, "Medicare Launches Efforts to Improve Care for Cancer Patients, New Coverage, Better Evidence, and New Support for Improving Quality of Care," November 1, 2004, Medicare News | |
| 571 | CMS, "CMS Announces Payment Update and Policy Changes for Medicare Physician Fee Schedule," November 2, 2005, Medicare News | |
| 572 | ASCO, FAQs on the 2006 Oncology Demonstration Project | |
| 573 | 2006 Annual Report of the Boards of Trustees of the Federal Hospital Insurance Trust Fund and the Federal Supplementary Medical Insurance Trust Fund | |
| 574 | GAO, Report to Congressional Committees-Medicare Physician Services, "Use of Services Increasing Nationwide and Relatively Few Beneficiaries Report Major Access Problems" (July 2006) | |
| 575 | Committee on Ways and Means: Statement of Jay Baker, Greenbrier Oncology Clinic, Lewisburg, West Virginia | |
| 576 | OIG, "Cost and Performance of Medicare's 2005 Chemotherapy Demonstration Project" (August 2006) | |
| 577* | Table 3: Physician compensation for selected specialties | |
| 578* | Table 1: Drug spending as a percentage of total 2003 Medicare expenditures | |
| 579* | Table 2: Total number of physicians and physicians per capita in Mass. | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 580* | Table 4: Annual volume and intensity changes from April 2000 to April 2005 | |
| 581* | Table 5: Adjustments for purported damages to Classes 1 and 2 for Bristol-Myers Squibb drugs | |
| 582* | Figure 1: Yearly percentage growth in Medicare Part B expenditures per beneficiary | |
| 583 | Kathpal Technologies, "High Cost Drugs Under the Outpatient Prospective Payment System," Draft, prepared for the Health Care Financing Administration under contract by Myers and Stauffer LC, dated September 8, 1999 | |
| 584 | Rich Spencer, "Battling the High Prices of Medicare Pays for Drugs," The Washington Post (January 2, 1997) | |
| 585 | Letter from Zachary T. Bentley & T. Mark Jones, Ven-A-Care of the Florida Keys, Inc. to Bruce Vladeck, then-Administrator, HCFA, October 2, 1996 | |
| 586 | "Appellate Ruling May Force Ivax to Pull Generic Taxol," Washington Business Information, Inc., Vol. 19, No. 2 (January 25, 2002) | |
| 587 | BMS First Databank AWPs | |
| 588 | "Immunex Regains Rights to Pixykine; Cynamid to Develop Product for Overseas Markets," PR Newswire (December 22, 1993) | |
| 589 | "Immunex, Bristol-Myers sign marketing pact," United Press Int'l (January 30, 1992) | |
| 590 | Red book listings, B (1993-2004) | |
| 591 | Red book listings, C (1993-2004) | |
| 592 | Red book listings, E (1997-2004) | |
| 593 | Red Book listings, P (1993-1997) | |
| 594 | Red Book listings, R (1993-2002) | |
| 595 | Red Book listings, T (1993-2004) | |
| 596 | Red Book listings, V (1993-2004) | |
| 597 | Supplemental Exhibit C: BMS and OTN Sales Data: Revenues, Prices, and Price Dispersion | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 598* | Exhibit D: Summary of BMS/OTN Revenue by Product ($): Excluding Sales to Federal Entities | |
| 599* | Exhibit E: BMS/OTN Price Dispersion: Excluding Sales to Federal Entities | |
| 600 | Document entitled, "BMS Position on Pricing of Medicines" (December 20, 1999) | |
| 601 | OTN: Taxol Opportunity Program presentation (March 10, 2003) | |
| 602 | Average Wholesale Price (AWP) description | |
| 603 | Larry J. Lunak, Etopophos Launch Plan (September 6, 2005) | |
| 604 | BMS Bid Pricing Manual | |
| 605 | E-mail from Norma Ledezma on behalf of Kay Morgan to Marilynne Isaacs, forwarding 4/1/02 Price Increase Notification (April 1, 2002) | |
| 606 | Letter from Denise Kaszuba, Sr. Pricing Analyst, BMS to Ms. Olayan re: AWP Determination (August 10, 1992) | |
| 607 | Internal Medispan memorandum from R. Terry to J. Wynay re: Bristol Oncology Survey (August 19, 1992) | |
| 608 | Email from Denise Kaszuba to Timothy Wert and George Kegler re: AWPs published by First Databank, Redbook and Medispan (July 10, 1996) | |
| 609 | Letter from John F. Akscin, Administrator, Oncology Care Center to Gail Wilensky, Administrator, Health Care Financing Administration re: "Medicare Programs; Fee Schedule for Physicians' Services" (July 26, 1996) | |
| 610 | OTN Newsletter – "The Network News" (January/February 1997) | |
| 611 | Draft of Specialty Wholesaler Marketing Services Agreement between Amgen, Inc. and Oncology Therapeutics Network (September 1, 1998) | |
| 612 | Sales Agency and Consignment Agreement between Novartis Pharmaceuticals Corporation and Oncology Therapeutics Network Joint Venture, L.P. (January 24, 1999) | |
| 613 | Soule call note regarding D. Dong (April 1, 1999) | |
| 614 | Soule call note regarding B. Bolonesi (April 21, 1999) | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 615 | Soule call note regarding R. Marquardt (May 3, 1999) | |
| 616 | Soule call note regarding N. Lee (June 10, 1999) | |
| 617 | Soule call note regarding F. Senecal (June 14, 1999) | |
| 618 | Soule call note regarding M. Francisco (July 16, 1999) | |
| 619 | Soule call note regarding M. Francisco (December 2, 1999) | |
| 620 | BMS Memorandum from Miami Team to Suzanne Greenwood regarding Drug Replacement Update (September 8, 1999) and Memorandum from V. Khanna and B. Garofalo to Florida Drug Replacement Team (February 8, 2000) | |
| 621 | OTN: Presentation entitled, "The Business of Office Based Oncology" (February 6, 2000) | |
| 622 | Search Results re: Missoula Medical Oncology PC;  Email from Kristy Beck-Nelson to John Askin  re: Drug Reimbursement; (June 8, 2000) | |
| 623 | E-mail from Amy Chan to J. Akscin re: Drug Reimbursement (June 12, 2000) | |
| 624 | Hand written notes; Facsimile sheet from J. Akscin to Dr. John Kiraly, III M.D; OTN search results re: John Kiraly, III M.D (June 14, 2000) | |
| 625 | Facsimile from John Akscin to Chris Yim re: correspondence previously discussed; search results re: Oaklane Cancer & Hematology P.C. (June 8, 2000) | |
| 626 | Search results/Notes related to Integrated Health Care Providers, Inc. | |
| 627 | Soule call note regarding R. McCroskey (June 26, 2000) | |
| 628 | OTN: Presentation entitled, "Reimbursement in Office Based Oncology" (July 11, 2000) | |
| 629 | OTN Sourcebook 2001 | |
| 630 | Soule call note regarding J. Pelton (July 30, 2001) | |
| 631 | OTN: Presentation entitled, "The Business of Office Based Oncology" (January 2002) | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 632 | E-mail from Denise Kaszuba to Julie Martino re: Price Chek attaching Price-Chek (January 17, 2002) | |
| 633 | Global P&R: Presentation: Understanding AWPs (April 2002) | |
| 634 | E-mail from Greg Fersko to L. Leas, D. Ihling, J. Martino attaching AWP Presentation (April 22, 2002) | |
| 635 | E-mail from Leighanne Leas to Ronald Miller & Thomas McKenna re: Pricing Source Overview with attached slides (April 30, 2002) | |
| 636 | John Akscin, "Regulatory & Reimbursement Update" (October 18, 2002) | |
| 637 | Dianne Ihling, "Pricing & Institutional Operations Overview" (November 1, 2002) | |
| 638 | E-mail from Douglas Soule to Christopher Sullivan attaching memorandum regarding weekly significant event report for week ending 11/8/02 (November 10, 2002) | |
| 639 | Oncology Therapeutics Network Customer Invoice (Orange Coast Oncology Hematology Associates) (December 2, 2002) | |
| 640 | E-mail from Sandy McMahon to Kathy MacDonald et al. re: Program Implementation Committee, attaching notes (December 2, 2002) | |
| 641 | E-mail from Denise Kaszuba to Irene Paulin re: Red Book Paraplatin (February 3, 2003) | |
| 642 | Customer Call Notes (April 15, 2003) | |
| 643 | Addendum to Oncology Distributor Agreement between OTN and APP (October 6, 2003) | |
| 644 | Plaintiffs' Objections and Responses to BMS's Contention Interrogatories to Plaintiffs (June 17, 2003) | |
| 645 | Document entitled, "Roles and Responsibilities" | |
| 646 | RBDM Education/Training Checklist | |
| 647 | E-mail from John Akscin to Sales re: John A's PPT from National Sales Mtg, attaching presentation entitled, "Law & Order: OBO "5.5 Ways to Add Value to Your Customer Interaction," dated January 29, 2003 (February 4, 2003) | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 648 | John Akscin, "This is OTN" | |
| 649 | Marsha Peterson & Steve Brennan, "Price Increase/ Decrease Notification Process" | |
| 650 | OTN presentation entitled, "Price Segments" | |
| 651 | AWP (Ain't What's Paid) | |
| 652 | Customer Call Notes (September 4, 2002) | |
| 653 | Customer Call Notes (various dates) | |
| 654 | Customer Call Notes (various dates) | |
| 655 | Customer Call Notes (various dates) | |
| 656 | Customer Call Notes (various dates) | |
| 657 | "Screen Shots" from Price Master File | |
| 658 | "Screen Shots" from Primary Vendor Database | |
| 659 | Data Fields associated with SHARP Database: Menu Listing COPS Transactions | |
| 660 | BMS List Prices for MDL Subject Drugs (By NDC) | |
| 661 | E-mail from Mimi Leake to Kay Morgan and Carol Flanagan re: Price Increase Notification (June 3, 2002) | |
| 662 | E-mail from Michelle Hand to Christof Marre et al. attaching price check for Kirklin Clinic and Florida Infusion flyer (February 25, 2003) | |
| 663* | Comparison of Hartman's ASPs and Spreads with Ven-A-Care's Best Prices and Spreads for BMS Subject Drugs for 1995 | |
| 664 | 1996, 1998 & 1999 Drug Allowance (excerpt of Defendant's Exhibit 1020) | |
| 665* | Exhibit F-1: Taxol Prices with Revenue Shares | |
| 666* | Exhibit F-2: Vepesid Prices with Revenue Shares | |
| 667* | Exhibit F-3: Cytoxan Prices with Revenue Shares | |
| 668* | Exhibit F-4: Rubex Prices with Revenue Shares | |
| 669* | Exhibit B: Summary of Generic Entry | |
| 670* | Exhibit G-1: Blenoxane  00015301020 | |
| 671* | Exhibit G-2: Paraplatin  00015321430 | |
| 672 | CMS Glossary | |
| 673 | Bill Alpert article: "Hooked on Drugs" Barrons Vol LXXVI No. 24, June 10, 1996 (2 copies of same article) | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 674* | Paraplatin Annual Spreads at J-code Level: Hartman Methodology | |
| 675* | Taxol Annual Spreads at J-code Level: Hartman Methodology | |
| 676* | Rubex AWPs & MA Medicare Allowance (NDC 00015335222 = J9000) | |
| 677* | Cytoxan AWPs & MA Medicare Allowance (NDC 00015054841 = J9096) | |
| 678 | 2006 Medicare Demonstration Project | |
| 679 | Facsimile from Michael Carrozza to Frank Pasqualone, Brian Garafolo, and Ron Miller re: Senate Finance Committee table on Medicare payments for prescription drugs dated 7/2/97 | |
| 680 | Memorandum from Michael Carrozza regarding Department of Health Memorandum on "Excessive Medicare Payments for Prescription Drugs" (December 8, 1997) | |
| 681 | Purchase Agreement b/w BMS and Oncology Supply | |
| 682 | Stipulation between Plaintiff and BMS acknowledging that BMS did not discuss markup prices of AWP with publications (December 5, 2006) | |
| 683 | Balanced Budget Act of 1997 Conference Report H.R. Rep. 105-217 (July 29, 1997) | |
| 684 | BMS Subject Drugs Chart | |
| 685 | Letter to the Hon. Charles Grassley from the Community Oncology Alliance regarding CMS demonstration project on cancer and chemotherapy related issues (October 18, 2005) | |
| 686 | MedPAC Report to Congress: "Effects of Medicare Payment Changes on Oncology Services" (January 2006) | |
| 687 | Letter to Mark McClellan from NPAF regarding CMS-1502-P (September 30, 2005) | |
| 688 | Statement of Frederick M. Schnell, M.D., President, Community Oncology Alliance Testimony before the Subcommittee on Health of the House Committee on Ways and Means (July 13, 2006) | |
| 689 | Statement of Herb B. Kuhn, Director, Centers for Medicare and Medicaid Services, U.S. Department of Health and Human Services Testimony before the Subcommittee on Health of the House Committee on Ways and Means (July 13, 2006) | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 690 | Medicare Part B Physician/Supplier National Data- Calendar Year 2003 Expenditures and Services by Specialty (January 2007) | |
| 691 | Medicare Part B Physician/Supplier National Data- Calendar Year 2004 Expenditures and Services by Specialty | |
| 692 | Medicare Part B Physician/Supplier National Data- Calendar Year 2005 Expenditures and Services by Specialty | |
| 693 | MedPac Report to Congress: "Impact of Changes in Medicare Payment for Part B Drugs," (January 2007) | |
| 694 | Avery Johnson, "Some Doctors Quit Injecting Drugs Over Costs," The Wall Street Journal (May 25, 2007) | |
| 695 | MedPAC, Medicare Part B drugs and oncology, Statement of Mark E. Miller, PhD, Executive Director, Medicare Advisory Commission, before the Subcommittee on Health, Committee on Ways and Means, U.S. House of Representatives (July 13, 2006) | |
| 696 | ASCO, 2006 FAQs on Coding Changes for Drug Administration Services attaching a cross reference between 2006 CPT codes, Medicare's 2005 G-codes, and 2005 CPT codes | |
| 697 | OIG, "Cost and Performance of Medicare's 2005 Chemotherapy Demonstration Project "(August 2006) | |
| 698 | Baird, MGI Pharma, Inc. (MOGN) "Recent Oncologist Survey Indicates Sizable 2005 Upside for Aloxi" (May 9, 2005) | |
| 699 | CMS, "Medicare Program; Changes to Medicare Payment for Drugs and Physician Fee Schedule Payments for Calendar Year; Interim Final Rule," 69 Fed. Reg. 1084 (January 7, 2004) | |
| 700 | CMS, "Medicare Program; Revisions to Payment Policies Under the Physician Fee Schedule for Calendar Year 2005; Final Rule," 69 Fed. Reg. 66406 (November 15, 2004) | |
| 701 | Appendix A: Curriculum Vitae of Eric M. Gaier | |
| 702* | Exhibit 1: Overall Medicare Part B spending for oncology, 2003 and 2005 | |

17

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 703* | Exhibit 2: Payments for a typical Taxol chemotherapy administration, 2003-2005 | |
| 704* | Exhibit 3: Change in overall Medicare payments from 2003 to 2005 for two Taxol Administrations | |
| 705* | Exhibit 4: 1999 payments for Taxol under AWP and ASP methodologies | |
| 706* | Exhibit 5: 1999 payments for Taxol under AWP and ASP methodologies | |
| 707* | Exhibit 6: Payments for TAC plus Herceptin chemotherapy administration, 2003-2005 | |
| 708* | Exhibit 7: Payments before and after MMA for TAC plus Herceptin | |
| 709 | Exhibit A: Curriculum Vitae of Gregory K. Bell | |
| 710* | Exhibit B- BMS Medicare Damages: Beneficiaries (Class 1) | |
| 711* | Exhibit B-1- BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug and Year Base Case | |
| 712* | Exhibit B-2- BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug and Year Base Case- All 1991, All 2004 & 3 Rubex Years | |
| 713* | Exhibit B-3- BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug and Year Base Case- All 1991, All 2004 & 3 Rubex Years- 2 Copayment Adjustments | |
| 714* | Exhibit B-4- BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug Base Case- All 1991, All 2004 & 3 Rubex Years- 2 Copayment Adjustments- Statutes of Limitation | |
| 715* | Exhibit B-5- BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug and Year Base Case | |
| 716* | Exhibit B-6- BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug and Year Base Case- All 1991, All 2004 & 3 Rubex Years | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 717* | Exhibit B-7- BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug and Year Base Case- All 1991, All 2004 & 3 Rubex Years- 2 copayment Adjustments | |
| 718* | Exhibit B-8- BMS Medicare Damages: Beneficiaries (Class 1) Aggregated by Drug Base Case- All 1991, All 2004 & 3 Rubex Years- 2 Copayment Adjustments- Statutes of Limitation | |
| 719* | Exhibit C- Statutes of Limitations by State | |
| 720* | Exhibit D- Annual 1-Year US Treasury Rate (Constant Maturity) For Beneficiary Damages | |
| 721 | Franklin J. Eppig and George S. Chulis, "Trends in Medicare Supplementary Insurance: 1992-96," Health Care Financing Review, Fall 97, Vol. 19, Issue 1, pg. 201 | |
| 722 | Letter from Kurt Tauer, MD, President, Community Oncology Alliance, et al. to Mark B. McClellan, MD, PhD, Administrator, Centers for Medicare & Medicaid Services re: comments to the "Revisions to Payment Policies under the Physician Fee Schedule for Calendar Year 2005" (December 7, 2004) | |
| 723 | Email from Michelle Barnard to Suzanne M. Brauer re: Managed Healthcare Associates contract extension attaching, MHA overview and MHA Pricing Sales charts (March 16, 2003) | |
| 724 | Blue Cross Blue Shield of Massachusetts Presentation: Analysis of CMS Average Wholesale Price Reform- Reimbursement for Part B Drugs (February 7, 2004) | |
| 725 | United States of America v. Alan MacKenzie, et al. Government's Memorandum Regarding RTP as a Kickback under Paragraph 55(b) of the Conspiracy Charged in Count I (June 24, 2004) | |
| 726 | Dawn G. Holcombe, "The Evolution of Community Oncology Care are Threatened Extinction Due to Federal and Private Payment Reform," ACMPE Paper (September 2004) | |
| 727 | About Cancer Leadership Council - CLC Mission from Cancer Leadership Council Website | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 728 | Letter from Cancer Leadership Council to President Clinton re: Proposal To Reduce Payments For Anti-Cancer Drugs from Cancer (July 14, 2000) | |
| 729 | Letter from Cancer Leadership Council to Secretary Shalala re: Proposal To Reduce Payments for Anti-Cancer Drugs from Cancer (June 8, 2000) | |
| 730 | Letter from Cancer Leadership Council to All Members of Ways & Means Energy & Commerce and Senate Finance Committee Regarding Medicare Payments For Physician-Administered Drugs from Cancer Leadership Council Website (October 19, 2001) | |
| 731 | Cancer Leadership Council's Comments to Thomas A. Scully (Administrator, CMS DHHS) on Proposed Rule on Payment Reform for Part B Drugs (October 10, 2003) | |
| 732 | Press Release: Senators, Cancer Community Leaders Call for Cancer Drug Reimbursement Reform That Preserves Patients' Access To Care from The National Coalition for Cancer Survivorship Website (October 29, 2003) | |
| 733 | Email from Brian Garofalo to Ellen Stovall re: Today's Voting on the Tax Bill and Medicare Reform (May 15. 2003) | |
| 734 | Email from Stacia Grosso to "sponsors" re: AWP Ad Version for Scheduling, attaching full-page advertisement of the National Coalition for Cancer Survivorship regarding The Quality Cancer Care Preservation Act (May 15, 2003) | |
| 735 | Email from The Center for Patient Advocacy to Brian Garofalo re: AWP Reform: Preserving Patient Access to Care (May 15, 2003) | |
| 736 | Email from Norma Ledemza on behalf of Kay Morgan to Marilynne Isaacs  re: April 1, 2002 Price Increase Notification-BMS (April 1, 2002) | |
| 737 | A CBO Paper, "Prices for Brand-Name Drugs Under Selected Federal Programs (June 2005) | |
| 738 | First DataBank Drug Pricing Policy | |
| 739 | GAO, "Medicare Reimbursement Policies Can Influence the Setting and Cost of Chemotherapy" (July 1992) | |

| Exhibit No. | Description and Date | Objections |
|---|---|---|
| 740 | Memorandum from Richard P. Kusserow, Inspector General to Louis B. Hays, Acting Administrator, HCFA re: Use of Average Wholesale Prices in Reimbursing Pharmacies Participating in Medicaid and the Medicare Prescription Drug Program (October 3, 1989) | |
| 741 | GAO, Medicare Out Patient Drugs, "Program Payments Should Better Reflect Market Prices" (March 14, 2002) | |
| 742 | HCFA, Program Memorandum Intermediaries/Carriers re: "Implementation of the New Payment Limit for Drugs and Biologicals," AB-00-110 DHHS (November 14, 2000) | |

Dated:  Boston, Massachusetts
        June 11, 2007

                        Respectfully submitted,

                        By:  /s/  Jennifer Ryan (BBO No. 661498)
                            Thomas E. Dwyer, Jr. (BBO No. 139660)
                            Jennifer Ryan (BBO No. 661498)
                            **DWYER & COLLORA**
                            600 Atlantic Avenue
                            Boston, Massachusetts
                            Tel: (617) 371-1000
                            Fax: (617) 371-1037
                            tdwyer@dwyercollora.com
                            jryan@dwyercollora.com

                            Steven M. Edwards
                            Lyndon M. Tretter
                            *Admitted pro hac vice*
                            **HOGAN & HARTSON LLP**
                            875 Third Avenue
                            New York, New York 10022
                            (212) 918-3000

                          *Attorneys for Defendants Bristol-Myers Squibb Co., and Oncology Therapeutic Network Corp.*

## <u>CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE</u>

I, Lyndon M. Tretter, hereby certify that I am one of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s attorneys and that, on June 11, 2007, I caused copies of the foregoing **PRETRIAL DISCLOSURES OF DEFENDANTS BRISTOL-MYERS SQUIBB CO. AND ONCOLOGY THERAPEUTICS NETWORK CORP. FOR CLAS 1 TRIAL** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties and by overnight delivery to the following Plaintiffs' counsel:

> Steve W. Berman, Esq.
> Hagens Berman Sobol Shapiro LLP
> 1301 Fifth Avenue, Suite 2900
> Seattle, WA 98101

> Kenneth A. Wexler, Esq.
> The Wexler Firm LLP
> One North LaSalle Street, Suite 2000
> Chicago, IL 60601

> Donald E. Haviland, Jr., Esq.
> The Haviland Law Firm
> 740 S. Third Street, 3rd Floor
> Philadelphia, PA 19147

> John A. Macoretta, Esq.
> Spector Roseman & Kodroff, P.C.
> 1818 Market Street, Suite 2500
> Philadelphia, PA 19103


                    /s/ Lyndon M. Tretter
                    Lyndon M. Tretter