## Exhibit A: Number of NAMCS Observations for BMS Product Codes Used by Hartman

**Cytoxan**  (Code 08245 -- Cytoxan)

| paytype | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| 1 | 8 | 9 | 6 | 8 | 2 | 2 | 5 | 3 | 2 | 3 | 3 | 51 |
| 2 | 2 | 10 | 5 | 4 | 3 | 2 | 4 | 2 | 1 | 2 | 4 | 39 |
| 3 | 2 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| 4 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 5 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 7 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 3 |
| 8 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| Total | 16 | 21 | 14 | 15 | 8 | 5 | 9 | 5 | 3 | 6 | 7 | 109 |

**Taxol**  (Code 30635 -- Taxol)

| paytype | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2 | 1 | 2 | 5 | 4 | 4 | 3 | 0 | 2 | 1 | 24 |
| 2 | | 1 | 0 | 2 | 1 | 1 | 0 | 0 | 0 | 7 | 2 | 14 |
| 3 | | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 1 | 3 |
| 7 | | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| 8 | | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 2 |
| Total | | 3 | 1 | 6 | 6 | 6 | 4 | 4 | 1 | 9 | 4 | 44 |

**Blenoxane**  (Code 04478 -- Bleomycin)

| paytype | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | | 2 | 1 | 6 | 1 | | 2 | 1 | 6 | 21 |
| 3 | 0 | 1 | | 0 | 1 | 0 | 0 | | 0 | 0 | 0 | 2 |
| 7 | 0 | 0 | | 3 | 0 | 0 | 0 | | 0 | 0 | 0 | 3 |
| 8 | 0 | 0 | | 0 | 1 | 0 | 0 | | 0 | 0 | 0 | 1 |
| Total | 1 | 2 | | 5 | 3 | 6 | 1 | | 2 | 1 | 6 | 27 |

**Etopophos/ VePesid**  (Code 93225 -- Etoposide)

| paytype | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 4 | 3 | 0 | | 2 | | | | | | 9 |
| 2 | 3 | 4 | 3 | 1 | | 0 | | | | | | 11 |
| 3 | 1 | 0 | 0 | 0 | | 0 | | | | | | 1 |
| 8 | 0 | 0 | 1 | 0 | | 0 | | | | | | 1 |
| Total | 4 | 8 | 7 | 1 | | 2 | | | | | | 22 |

**Paraplatin**  (Code 93258 -- Carboplatin)

| paytype | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2 | 1 | 2 | 3 | 1 | 2 | 2 | | 1 | 0 | 14 |
| 2 | | 2 | 1 | 2 | 3 | 0 | 0 | 1 | | 1 | 1 | 11 |
| 3 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | 2 | 2 |
| 7 | | 0 | 0 | 0 | 1 | 0 | 0 | 0 | | 0 | 0 | 1 |
| 8 | | 0 | 0 | 2 | 0 | 0 | 0 | 0 | | 0 | 0 | 2 |
| Total | | 4 | 2 | 6 | 7 | 1 | 2 | 3 | | 2 | 3 | 30 |

**Rubex**  (Code 91014 -- Doxorubicin HCl)

| paytype | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | 3 | | | | | 3 |
| 2 | | | | | | | 1 | | 1 | | | 2 |
| Total | | | | | | | 4 | | 1 | | | 5 |

2 = Medicare Paid