UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>CLASS 1 JURY TRIAL (BMS) | )<br>)<br>) MDL No. 1456<br>)<br>) Civil Action No. 01-CV-12257 PBS<br>)<br>) Judge Patti B. Saris<br>) Chief Magistrate Judge Marianne B.<br>) Bowler |

**BMS'S MOTION <u>IN LIMINE</u> TO PRECLUDE ANY REFERENCE TO THE COURT'S
PLAIN MEANING OPINION UNTIL  INSTRUCTION OF THE JURY**

Pursuant to Rule 103 of the Federal Rules of Evidence, Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation (together "BMS") respectfully move this Court to preclude any reference to the Court's plain meaning opinion until instruction of the jury.  The grounds for this motion are set forth in the BMS's Memorandum of Law in Support of Its Motion in Limine to Preclude Any Reference to the Court's Plain Meaning Opinion Until Instruction of the Jury.

WHEREFORE, for the reasons set forth in the memorandum described above, BMS respectfully requests that the Court grant their motion and enter an order:

    a.    precluding any reference to the Court's plain meaning opinion until instruction of the jury; and

    b.    providing such other and further relief as the Court deems just and proper.

Dated: Boston, Massachusetts
June 11, 2007

Respectfully submitted,

By:  /s/ Jennifer M. Ryan
Thomas E. Dwyer (BBO No. 139660)
Jennifer M. Ryan (BBO No. 661498)
**DWYER & COLLORA, LLP**
600 Atlantic Avenue
Boston, MA  02210
Tel: (617) 371-1000
Fax: (617) 371-1037
tdwyer@dwyercollora.com
jryan@dwyercollora.com

Steven M. Edwards (SE 2773)
Lyndon M. Tretter ((LT 4031)
Admitted *pro hac vice*
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY  10022
Tel: (212) 918- 3640

*Attorneys for Defendants Bristol -Myers Squibb Company and Oncology Therapeutics Network Corp.*