## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) MDL No. 1456 ) ) Civil Action No. 01-CV-12257 PBS ) |
| THIS DOCUMENT RELATES TO CLASS 1 JURY TRIAL (BMS) | ) Judge Patti B. Saris ) Chief Magistrate Judge Marianne B. ) Bowler |

## BMS'S MOTION IN LIMINE TO EXCLUDE
## ALL EVIDENCE RELATING TO BMS MULTI-SOURCE DRUGS

Pursuant to Rule 103, 402 and 403 of the Federal Rules of Evidence, Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation (together "BMS") respectfully move this Court to exclude all evidence relating to BMS multi-source drugs. The grounds for this motion are set forth in the BMS's Memorandum of Law in Support of Its Motion in Limine to Exclude All Evidence Relating to BMS Multi-Source Drugs.

WHEREFORE, for the reasons set forth in the memorandum described above, BMS respectfully requests that the Court grant their motion and enter an order:

a.    excluding all evidence relating to BMS multi-source drugs; and

b.    providing such other and further relief as the Court deems just and proper.

Dated:   Boston, Massachusetts
       June 11, 2007

                               Respectfully submitted,

By:   /s/ Jennifer M. Ryan
          Thomas E. Dwyer (BBO No. 139660)
          Jennifer M. Ryan (BBO No. 661498)
          **DWYER & COLLORA, LLP**
          600 Atlantic Avenue
          Boston, MA  02210
          Tel: (617) 371-1000
          Fax: (617) 371-1037
          tdwyer@dwyercollora.com
          jryan@dwyercollora.com

          Steven M. Edwards (SE 2773)
          Lyndon M. Tretter ((LT 4031)
          Admitted *pro hac vice*
          **HOGAN & HARTSON LLP**
          875 Third Avenue
          New York, NY  10022
          Tel: (212) 918- 3640

*Attorneys for Defendants Bristol -Myers Squibb Company and Oncology Therapeutics Network Corp.*