# JURY QUESTIONNAIRE

This questionnaire relates to *In re Pharmaceutical Industry Average Wholesale Price Litigation,*, 01-CV-12257-PBS and 01-CV-339. Although this Court is requesting that you complete this questionnaire, you should understand that this document will be treated with the utmost privacy. The only persons that will review this document is the judge, court personnel and the attorneys and their staff for each side. At the completion of jury selection, the responses to this form will be held by the Court under seal until the conclusion of this trial. This questionnaire will never become a public document and is merely a tool for the Court to address issues of concern.

## Background

This case is a class action. That means that it is brought by an individual person, the plaintiff, not only on behalf of herself, but also as a "representative" of a "class" of people in a similar situation. The plaintiff is named [insert] and she represents a class of individuals in the federal insurance program known as Medicare, who received one or more of chemotherapy (anti-cancer) drugs developed, manufactured and distributed by the defendant, Bristol-Myers Squibb Company (or "BMS" for short). Medicare is different from Medicaid. Offered through the federal government, Medicare covers individuals 65 and over, individuals with disabilities and persons with permanent kidney failure. Medicaid is a program offered through the states and the federal government to provide various insurance coverage to low income citizens.

This case involves the amounts that Medicare, the plaintiff and the class paid for the BMS drugs. When a Medicare cancer patient receives chemotherapy drugs, the amount of the payment depends on whether the drugs are given in a hospital, an out-patient clinic or a private doctor's office. In the case of treatment in a doctor's office, the amount of the payment is based on a published index or benchmark called the Average Wholesale Price or "AWP" for the drug. The federal government pays 80% and the individual (and/or his or her insurance company) is responsible for the other 20%. The same "80-20 split" is applied to other expenses, like the cost of the doctor's visit, the cost of administering the drug (that is, infusing or injecting it into) and other medical services provided to the patient.

Plaintiff and the Class allege that BMS caused the published AWP of its drugs to be artificially high, resulting in a more expensive 20% co-payment by the patient. BMS responds that the prices that it gave to the publications were accurate. BMS also contends that Medicare, not it, made the decision on how much to reimburse doctors for cancer drugs and services. BMS further contends that the doctors decide how much reimbursement to recoup from the individual patients and that the doctors could decide to waive the co-pay completely.

The BMS drugs at issue have "brand" names and "generic" competitors. For your information, we are providing the brand name first, the generic name second and some of the types of cancers they treat in parentheses: Cytoxan/cyclophosphamide (breast and ovarian cancers, leukemia, lymphoma and/or multiple myeloma), Etopophos/etoposide phosphate (lung and testicular cancers), , Paraplatin/carboplatin (ovarian cancer), Taxol/paclitaxel (breast, lung and ovarian cancer), Rubex/doxorubicin hcl (leukemia, breast, bladder and ovarian cancer) and Vepesid/etoposide (testicular and lung cancer).

Now, we would like you to give some information about yourself and your views.

1. Name: _____  2. Age: _____  3. Gender: _____M _____F

4. Education:   ____ Grade School        _____ High School
                ____ College             _____ Graduate/Professional School

5. Occupation: _____  Present Employer : _____

6. Spouse's/Partner's Occupation & Employer:_____

**I. Co-Pays Generally**

7. Do you have a close friend(s) or relative(s) who works in:
State or Federal Healthcare agency _____; Private health insurance company or private health insurance plan_____

8. Do you or does a member of your household make co-pays for any prescription drugs?
____Yes _____No

9. Do you believe that prescription drug prices and/or co-pays for prescription drugs are too high?
_____ Yes _____No
If so, why?_____

    9a. If you believe that prescription drug prices and/or the co-pays are too high, who do you believe is to blame? (check all that apply)
    _____ government    _____ pharmaceutical companies
    _____ insurance companies    _____ other (identify)_____
    _____ doctors or other health care professionals

    9b. If you believe pharmaceutical companies are to blame, is it because they are more interested in making money than in helping patients? ____Yes _____No

    9c. If you believe that co-pays for prescription drugs and/or the prices of prescription drugs are too high, do you think that will affect your view of defendant Bristol Myers Squibb in this case? _____ Yes _____ No

**II. Familiarity with Cancer and Chemotherapy Co-pays**

10. Do you or does a member of your immediate family, a close relative, or a close friend have cancer or have been treated for cancer over the past fifteen years? _____Yes _____No

    10a. If you checked yes, was chemotherapy treatment received for the cancer? ____Yes ____No

- 2 -

    10b. If yes, where was the chemotherapy treatment given?
    \_\_\_\_doctor's office \_\_\_\_\_hospital \_\_\_\_ other (identify) _____

    10c. To your knowledge, were co-payments made in connection with those treatments?
    \_\_\_\_\_ Yes _____ No

11. Do you believe that co-pays for chemotherapy drugs and/or the price of chemotherapy drugs are too high? \_\_\_\_\_ Yes \_\_\_\_\_No
Why?_____

    11a. If you believe that chemotherapy drug prices and the co-pays are too high, who do you believe is to blame?
    _____ government  _____ pharmaceutical companies
    _____ insurance companies \_\_\_\_\_ other (identify)_____
    \_\_\_\_\_ doctors or other health care professionals

    11b. If you believe pharmaceutical companies are to blame, is it because they are more interested in making money than in helping patients? \_\_\_\_Yes _____No

    11c. If you believe that co-pays for chemotherapy drugs and/or the prices of chemotherapy drugs are too high, do you think it will affect your view of Bristol Myers Squibb in this case? \_\_\_\_\_ Yes _____ No

### III. Bristol Myers Squibb Chemotherapy Drugs

12. If you or your family member or a close friend were treated for cancer, did the treatment include any of the chemotherapy drugs listed above? _____ Yes _____ No
If yes, which ones? _____

    12a. If so, was a co-payment made for the chemotherapy treatment?
    _____ Yes _____ No

    12b. If so, do you believe that the co-pay was too high?
    \_\_\_\_\_Yes \_\_\_\_No

    12c. If you believe that the co-pay for the chemotherapy drug or the price of the chemotherapy drug was too high, who do you believe is to blame? (check all that apply)
    _____ government  _____ Bristol Myers Squibb
    _____ insurance companies \_\_\_\_\_ other (identify)_____
    \_\_\_\_\_ doctors or other health care professionals

    12d. If you believe Bristol Myers Squibb is to blame, is it because Bristol Myers Squibb is more interested in making money than in helping patients? \_\_\_\_Yes _____No

- 3 -

12e. If you believe that the co-pay for or the price of the chemotherapy drug was too high, do you think this might affect your view of Bristol Myers Squibb in this case?
_____ yes _____ no

## IV. Medicare and Affording Treatment

13. Are you or is anyone in your immediate family receiving benefits as part of Medicare?
_____ Yes ____No

14. Have you or has anyone in your immediate family or a close friend had difficulty affording any type of medication? _____Yes _____ No

14a. If so, did you or the member of your immediate family or a close friend have difficulty in affording chemotherapy drugs?
____ Yes _____ No

14b. If so, were the chemotherapy drugs any of the ones listed above? ____ Yes ____ No

## V. Doctor's Role

15. Have you or has any member of your family been disappointed in the treatment of a doctor or other health care professional?
_____Yes _____ No

15a. If so, was the disappointment in connection with chemotherapy treatments for cancer? _____Yes ____ No

16. Have you or has any member of your family ever been the victim of improper medical treatment? _____ Yes ____No

16a. If so, was the improper medical treatment in connection with chemotherapy treatments for cancer? ____ Yes _____ No

17. Did either you or a member of your household ever rely on a doctor's advice for chemotherapy treatments for cancer?
____ Yes ____ No

18. Do you trust doctors? ____Yes ____ No

19. Do you believe that it is ok for doctors to make a profit on chemotherapy drugs used to treat patients? _____Yes _____No

19a. If no, please explain: _____
_____

- 4 -

**VI. Pharmaceutical Companies**

20. Do you trust pharmaceutical companies? ____Yes ____No

21. Are you aware that pharmaceutical companies spend hundreds of millions of dollars to develop new anti-cancer treatments?
_____ Yes _____No

22. Do you believe that pharmaceutical companies that spend large amounts of money to develop new anti-cancer treatments are entitled to make a reasonable profit? _____Yes _____No

23. Do you think that pharmaceutical companies make too much profit?
_____Yes _____No

24. Do you think pharmaceutical companies conspire to keep drug costs higher than necessary?
_____ Yes _____No

25. Do you believe that pharmaceutical companies are acting immorally in the way they charge for drugs? _____Yes _____No

26. Do you understand that there is a difference between acting immorally and acting illegally?
_____Yes _____No

27. Do you feel that pharmaceutical companies will do whatever it takes to protect their own bottom line, even if that means sacrificing the safety and welfare of patients?
_____ Yes _____No

28. Do you think drug companies should be required to give free medication to patients that need it? _____ Yes _____No

**VII. Current Events and Awareness**

29. Have you heard of the company Bristol Myers Squibb before today?
_____Yes _____ No

    29a. If yes, what impression do you have? ____positive _____negative ____none

    29b. Will your impression of Bristol Myers Squibb affect how you view them in this case?
    _____ Yes ____ No

30. Do you agree that the federal government often times fails to quickly correct problems that they find resulting in confusing and inconsistent bureaucratic actions?
_____very strongly agree _____somewhat agree
_____somewhat disagree _____very strong disagree

\\\NY - 058559/000059 - 1042518 v1

- 6 -

31. Do you think that pharmaceutical companies exert too much control over the federal government and health care policy? _____Yes _____ No

32. Where do you receive news about current events including information about health care? (check all that apply)
_____ newspapers _____ radio _____ internet_____ daytime talk shows
_____ late night television _____ television news

33. The plaintiffs are elderly individuals who suffer from cancer and are taking chemotherapy drugs in a doctor's office. The defendant is a large pharmaceutical company. Will your personal feelings about these parties affect your service as a juror in this case? _____Yes _____No
If so, how? _____

**I hereby represent that the above information is true and accurate to the best of my knowledge and information, and subject to penalties for giving a false statement if the information provided in knowingly false.**

**JUROR SIGNATURE: _____ JUROR NUMBER: _____**

\\\NY - 058559/000059 - 1042518 v1