UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* CIVIL ACTION NO. 05-11084-PBS ) ) ) ) | |

**UNITED STATES' ASSENTED TO MOTION FOR EXTENSION
OF TIME IN WHICH TO FILE MEMORANDUM OF LAW
REGARDING FEDERAL UPPER LIMITS**

On May 17, 2007, during a hearing on the motion to dismiss filed by the Dey defendants, the Court requested that the United States prepare a memorandum regarding the application of federal upper limits ("FULs") to pharmaceutical reimbursement by the states. Counsel for the United States requested a month in which to submit such a memo, and now requests an additional two weeks, until June 28, 2007, to ensure proper

coordination with the client agency.  The United States, with the consent of the Dey defendants and relator, hereby requests that the deadline be extended until June 28, 2007.

Respectfully submitted,

| | |
|---|---|
| PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL | MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY |
| JOYCE R. BRANDA<br>DANIEL R. ANDERSON<br>JOHN K. NEAL<br>LAURIE A. OBEREMBT<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044<br>(202) 514-3345 | By:   /s/ George B. Henderson, II<br>GEORGE B. HENDERSON, II<br>Assistant U.S. Attorney<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3272<br><br>Dated: June 13, 2007 |

## CERTIFICATION

The undersigned counsel certifies pursuant to LR 7.1(a)(2) that he has conferred with counsel for the Relator and the Defendants on the issue raised in this motion, and Relator and Defendants consent.

 /s/ George B. Henderson, II
GEORGE B. HENDERSON, II

### CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above "UNITED STATES' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE MEMORANDUM OF LAW REGARDING FEDERAL UPPER LIMITS" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: June 13, 2007

 /s/ George B. Henderson, II
George B. Henderson, II