UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*United States ex rel. Edward West, et al., v. Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson.*<br><br>CIVIL ACTION NO. 06-12299-PBS | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Scott R. Lassar of the law firm Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois, 60603, on behalf of the defendants, Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson, Inc., in *United States ex rel. Edward West, et al., v. Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson,* Case No. 06-12299-PBS (D. Mass).  A certificate of good standing from the United States District Court for the Northern District of Illinois and a declaration of admission is attached.

Date:  June 13, 2007

Respectfully submitted,

 /s/  Scott R. Lassar
Scott R. Lassar (IL ARDC#  01586270)
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000

CH1 3905761v.1

2

## CERTIFICATE OF SERVICE

I, Jordan S. Ginsberg, certify that on June 13, 2007, I electronically filed the foregoing document with the Clerk of the Court for the District of Massachusetts using the court's CM/ECF system.

/s/  Jordan S. Ginsberg