**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| _____<br>THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | ) ) ) ) | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

**UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND**
**TO THE UNITED STATES' FIRST AMENDED COMPLAINT**

Abbott Laboratories Inc. ("Abbott") respectfully requests that the Court enter an Order enlarging the time for Abbott to respond to the United States' First Amended Complaint until July 6, 2007. In support of this motion, which is not opposed by Plaintiffs, Abbott states that:

1. The United States filed its First Amended Complaint on June 4, 2007, adding certain additional allegations.

2. The current due date for Abbott to answer or otherwise plead in response to the First Amended Complaint is June 18, 2007.

3. The parties agree that Abbott shall have until July 6, 2007 to answer or otherwise plead in response to the First Amended Complaint.

4. If Abbott elects to file a motion directed to the First Amended Complaint, rather than an answer, the parties agree that Plaintiffs shall have until August 3, 2007 to submit their response.

WHEREFORE, Abbott respectfully requests that the Court enter an Order directing that:

(i) Abbott shall answer or otherwise plead in response to the United States' First Amended Complaint on or before July 6, 2007; and

CHI-1593219v1

     (ii) if Abbott elects to file a motion directed to the First Amended Complaint, then Plaintiffs shall respond to any such motion on or before August 3, 2007.

Dated:  June 13, 2007         Respectfully submitted,

                  ABBOTT LABORATORIES INC.

                  By:  /s/ Brian J. Murray
                  James R. Daly
                  Tina M. Tabacchi
                  Jason G. Winchester
                  Brian J. Murray
                  JONES DAY
                  77 W. Wacker Dr., Suite 3500
                  Chicago, Illinois  60601-1692
                  Telephone: (312) 782-3939
                  Facsimile:  (312) 782-8585

                  R. Christopher Cook
                  David S. Torborg
                  JONES DAY
                  51 Louisiana Avenue, N.W.
                  Washington, D.C.  20001-2113
                  Telephone:  (202) 879-3939
                  Fax:  (202) 626-1700

                  *Counsel for Abbott Laboratories Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on June 13, 2007, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO THE UNITED STATES' FIRST AMENDED COMPLAINT** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

                /s/ Brian J. Murray

CHI-1593219v1