# Exhibit B
## Dey Drugs, US, FL, TX

| DRUG/DOSAGE ALLEGED BY US | NDC | ALLEGED BY FL? | ALLEGED BY TX? | COMMENT |
|---|---|---|---|---|
| Albuterol Inhalation Solution 0.5%, 20 ml | 49502-0105-01 | Y | Y | |
| Albuterol Inhalation Solution 0.5%, 20 ml | 49502-0196-20 | N | Y | The product is identical to 49502-0105-01 |
| Albuterol Inhalation Aerosol 17 gm (90 mcg Aerosol Inhaler) | 49502-0303-17 | Y | Y | |
| Albuterol Inhalation Aerosol (refill) 17 gm | 49502-0303-27 | Y | Y | |
| Albuterol Inhalation Aerosol 17 gm (90 mcg Aerosol Inhaler) | 49502-0333-17 | N | Y | |
| Albuterol Inhalation Aerosol (refill) 17 gm | 49502-0333-27 | N | N | The product is identical to 49502-0303-27 |
| Albuterol Sulfate 0.083% 3 ml, 25s | 49502-0697-03 | Y | Y | |
| Albuterol Sulfate 0.083% 3 ml, 30s | 49502-0697-33 | Y | Y | |
| Albuterol Sulfate 0.083% 3 ml 60s | 49502-0697-60 | Y | Y | |
| Ipratropium Bromide 0.02 % 2.5 ml, 25's | 49502-0685-03 | Y | Y | |
| Ipratropium Bromide 0.02 % 2.5 ml, 30's | 49502-0685-33 | Y | Y | |
| Ipratropium Bromide 0.02 % 2.5 ml, 60's | 49502-0685-60 | Y | Y | |
| Cromolyn Sodium 2 ml 60s | 49502-0689-02 | Y | Y | |
| Cromolyn Sodium 2 ml 120s | 49502-0689-12 | Y | Y | |