# Exhibit C
# Transcripts, Including Exhibits

| Date | Deponent | Defendant |
|---|---|---|
| 10/30/2001 | Rice, Volume 1 | DEY |
| 11/1/2001 | Mozak, Volume 1 | DEY |
| 4/30/2002 | Mozak, Volume 2 | DEY |
| 5/1/2002 | Johnston | DEY |
| 5/2/2002 | Marrs, Volume 1 | DEY |
| 5/3/2002 | Gurchiek | DEY |
| 11/5/2002 | Gist | DEY |
| 11/6/2002 | Mozak, Volume 3 | DEY |
| 11/7/2002 | Charles Rice, V 2 | DEY |
| 2/6/2003 | Galles | DEY |
| 2/7/2003 | Willia Tate | DEY |
| 2/10/2003 | Robert Ellis | DEY |
| 2/13/2003 | Tipton | DEY |
| 2/14/2003 | Upp | DEY |
| 3/11/2003 | Debra Bronstein | DEY |
| 3/13/2003 | Robert Mozak, Vol. 4 | DEY |
| 3/24/2003 | Charles Rice, Vol. 3 | DEY |
| 1/20/2003 | Fagrell Gmeiner | DEY |
| 2/19/2003 | Jackson-Collie | DEY |
| 2/24/2003 | Uhl | DEY |
| 3/24/2003 | Charles Rice, Vol. 3 | DEY |
| 4/14/2003 | Mark Pope | DEY/ROXANE |
| 4/16/2003 | Pamela Marrs, Vol. 2 | DEY |
| 4/18/2003 | Carrie Jackson | DEY |
| 3/10-11/2005 | Pamela Marrs | DEY |
| 1/11/2005 | Morgan, Patrica Kay | ALL |
| 5/4/2005 | Selenati, Vol. 1 | DEY |
| 5/5/2005 | Selenati, Vol. 2 | DEY |
| 5/6/2005 | Selenati, Vol. 3 | DEY |
| 2/28/2006 | Todd Galles | DEY |
| 3/21/2006 | Bruce Tipton | DEY |
| 3/29/2006 | Lewis Mow | DEY |