UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ) **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS ) ) ) ) | |

**JOINT MOTION TO SUBSTITUTE EXHIBIT A
TO JOINT MOTION FOR THE ENTRY OF A CASE MANAGEMENT ORDER**

On June 14, 2007, the plaintiffs and the defendants Dey, Inc., et al. filed a Joint Motion for the Entry of a Case Management Order, with Exhibits A - D (Dkt #4350). Through inadvertence, the wrong Exhibit A was submitted. The parties request that the proposed Case Management Order attached hereto as Exhibit A be substituted as Exhibit A to the Joint Motion for the Entry of a Case Management Order.

Respectfully submitted,

| *For Plaintiff the United States of America* | *For Relator Ven-A-Care of the Florida Keys, Inc.* |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | |
| By: | By: |
| /s/ George B. Henderson, II<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Telephone: (617) 748-3272 | /s/ Gary Azorsky<br>Gary Azorsky, Esq.<br>Berger & Montague, P.C.<br>1622 Locust St.<br>Philadelphia, PA 19103<br>(212) 875-3090 |
| -and- | James J. Breen<br>Alison W. Simon<br>THE BREEN LAW FIRM<br>P.O. Box 297470<br>Pembroke Pines, FL 33029-7470<br>Telephone: (954) 874-1635<br>Facsimile: (954) 874-1739 |
| PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL | |
| Joyce R. Branda<br>Daniel R. Anderson<br>John K. Neal<br>Laurie A. Oberembt<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 514-3345 | Jonathan Shapiro<br>BBO No. 454220<br>Stern, Shapiro, Weissberg & Garin, LLP<br>90 Canal Street<br>Boston, MA 02114-2022<br>Telephone: (617) 742-5800 |

*For Defendants Dey, Inc., Dey L.P., Inc. and Dey L.P.*

By:

/s/ Neil Merkl
Paul F. Doyle (BBO # 133460)
William Escobar (pro hac vice)
Neil Merkl (pro hac vice)
Christopher C. Palermo (pro hac vice)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897

-and-

Martin F. Murphy (BBO # 363250)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
Telephone:  (617) 832-1000
Facsimile:  (617) 832-7000          June 15, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above "JOINT MOTION TO SUBSTITUTE EXHIBIT A TO JOINT MOTION FOR THE ENTRY OF A CASE MANAGEMENT ORDER" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: June 15, 2007

/s/ George B. Henderson, II
George B. Henderson, II