UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

**ASSENTED TO MOTION FOR EXTENSION OF TIME FOR FILING OF PLAINTIFFS' COUNSELS' FEE PETITION AND MATERIALS IN SUPPORT OF FINAL APPROVAL OF THE SETTLEMENT WITH GLAXOSMITHKLINE**

Counsel for Plaintiffs hereby respectfully move the Court for an order extending the time for Plaintiffs to file their memoranda and other materials in support of Final Approval of the Settlement with Defendant GlaxoSmithKline ("GSK") as well as Plaintiffs' Fee Petition with respect to the Settlement with GSK, from June 15, 2007 to June 22, 2007.  Additionally, Class Counsel respectfully requests that the Court also reset the date for filing of objections to the Settlement from June 22, 2007 to June 29, 2007.  In support of this motion, Plaintiffs state as follows:

1.  This Court's Order Granting Preliminary Approval of the GlaxoSmithKline Settlement dated November 15, 2006 (the "Order") (docket # 3401) set the date for filing of materials in support of Final Approval as well as Plaintiffs Counsels' Fee Petition on June 15, 2007.  In addition the Order also set the deadline for filing of objections to the Settlement one week later on June 22, 2007.

2.  Given the numerous pre-trial filings required with respect to the upcoming BMS trial as well as the logistics involved in coordinating affidavits from the multitude of attorneys

who have contributed to Plaintiffs' efforts in prosecuting this matter over a more than five year period, Plaintiffs' counsel requires additional time to complete its submission of both its Fee Petition and materials in support of Final Approval of the Settlement.

3. Plaintiffs have conferred with counsel for GSK and GSK has agreed to a one-week extension for Plaintiffs' filing of its Fee Petition and materials in support of Final Approval from June 15, 2007 until June 22, 2007.

4. To date Plaintiffs' Counsel is not aware of any objections to the Settlement having been filed nor do they currently anticipate such objections, but request that the Court also provide an additional week for the filing of such objections from June 22, 2007 to June 29, 2007. Doing so will preserve the ability of any interested parties to file an objection after the filing of Plaintiffs' Motion in Support of Final Approval and Fee Petition.

WHEREFORE, the Plaintiffs respectfully request the Court enter an Order extending the deadline for Plaintiffs to file its materials in support of Final Approval of the Settlement and the Fee Petition until June 22, 2007 and extending the deadline for objections until June 29, 2007.

DATED:  June 15, 2007                             By     /s/ **Steve W. Berman**
                                                  Thomas M. Sobol (BBO#471770)
                                                  Edward Notargiacomo (BBO#567636)
                                                  Hagens Berman Sobol Shapiro LLP
                                                  One Main Street, 4th Floor
                                                  Cambridge, MA  02142
                                                  Telephone: (617) 482-3700
                                                  Facsimile: (617) 482-3003
                                                  **LIAISON COUNSEL**

- 3 -

Steve W. Berman
Sean R. Matt
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
The Wexler Firm LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 4 -

      Donald E. Haviland, Jr.
      The Haviland Law Firm
      740 S. Third Street, Third Floor
      Philadelphia, PA  19147
      Facsimile:  (215) 609-4661
      Telephone:  (215) 392-4400

      **CO-LEAD COUNSEL FOR**
      **PLAINTIFFS**

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

       I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **ASSENTED TO MOTION FOR EXTENSION OF TIME FOR FILING OF PLAINTIFFS' COUNSELS' FEE PETITION AND MATERIALS IN SUPPORT OF FINAL APPROVAL OF THE SETTLEMENT WITH GLAXOSMITHKLINE** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 15, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                       By: /s/  Steve W. Berman
                                                           Hagens Berman Sobol Shapiro LLP
                                                           1301 Fifth Avenue, Suite 2900
                                                           Seattle, WA  98101
                                                           Telephone: (206) 623-7292