# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__STANLEY J. LEVY__, Bar # __SL7200__

was duly admitted to practice in this Court on

__JANUARY 19th, 1961__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
          New York, New York          on __MAY 18th, 2007__

__J. MICHAEL McMAHON__
Clerk

by: _[signature]_
Deputy Clerk