UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACY INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*COUNTY OF ORANGE*<br><br>*v.*<br><br>*ABBOTT LABORATORIES, INC., et al*<br>*Docket No. 07 CV 2777* | MDL NO. 1456<br><br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## NOTICE OF APPEARANCE

Please enter the appearance of Theresa Ann Vitello, of the firm, Levy Phillips & Konigsberg, LLP, 800 Third Avenue, New York, NY 10022, Telephone: (212) 605-6200, on behalf of the plaintiff/The County of Orange in the above-captioned action pursuant to Case Management Order No.1. A Certificate of good standing in the United States District Court for the Southern District of New York, and a Fifty Dollar ($50.00) filing fee for Ms. Vitello are submitted herewith.

Respectfully Submitted,

*[signature]*

Theresa A. Vitello
Levy Phillips & Konigsberg, LLP
800 Third Ave, 13th Floor
New York, NY 10022
(212) 605-6200

Dated: June 13, 2007

00093551.WPD

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail on this date 6\13\07.

00093551.WPD