SDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, _____ J. Michael McMahon _____, Clerk of this Court, certify that

_____ THERESA ANN VITELLO _____, Bar # _____ TV0623 _____

was duly admitted to practice in this Court on

_____ MARCH 14th, 2006 _____, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York      on   MAY 18th, 2007

**J. MICHAEL McMAHON**
Clerk

by: _____ (signature) _____
Deputy Clerk