# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | ) MDL NO. 1456 ) ) CIVIL ACTION NO. 01-CV-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) ) ) | |

## NOTICE OF APPEARANCE FOR DEFENDANTS SCHERING-PLOUGH CORPORATION, SCHERING CORPORATION AND WARRICK PHARMACEUTICALS CORPORATION

**To the Clerk of the Above-Named Court:**

Please enter the appearance of Kim B. Nemirow on behalf of the defendants, Schering-Plough Corporation, Schering Corporation and Warrick Pharmaceuticals Corporation.

Respectfully submitted,

/s/ Kim B. Nemirow
Kim B. Nemirow
BBO# 663258
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000

Dated:  June 20, 2007

10586070_1

## CERTIFICATE OF SERVICE

      I, Kim B. Nemirow, certify that, on this 20th day of June, 2007, a copy of the foregoing document has been served on counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                              /s/ Kim B. Nemirow
                                              Kim B. Nemirow