UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *State of California, ex rel. Ven-A-Care v. Abbott Laboratories Inc., et al.,* <br> 03-CV-11226-PBS | MDL 1456 <br><br> Master File No. 01-CV-12257-PBS <br><br> Judge Patti B. Saris |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Paragraph 16 of Case Management Order No. 1, please enter the appearance of Richard Goldstein as Counsel of Record on behalf of Defendants Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane Laboratories, Inc., n/k/a/ Boehringer Ingelheim Roxane, Inc., in the above captioned matter.

Dated: June 19, 2007

Respectfully submitted,

By: /s/ *Richard Goldstein*
Bruce Singal, BBO #464420
Richard Goldstein, BBO #565482
DONOGHUE, BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090

## CERTIFICATE OF SERVICE

      Pursuant to Paragraph 11 of Case Management Order No. 2, the undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance of Counsel was delivered to all counsel of record by sending a copy to LexisNexis File & Serve on June 19, 2007, for posting and notification to all parties.

                                                    /s/ *Richard Goldstein*
                                                    Richard Goldstein