UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of California, ex rel. Ven-A-Care v. Abbott Laboratories Inc., et al.,* 03-CV-11226-PBS | |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Paragraph 16 of Case Management Order No. 1, please enter the appearance of, and deem admitted *pro hac vice*, as Counsel of Record on behalf of Defendants Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane Laboratories, Inc., n/k/a/ Boehringer Ingelheim Roxane, Inc., in the above captioned matter:

> Sasha K. Danna
> KIRKLAND & ELLIS LLP
> 777 South Figueroa Street
> Los Angeles, CA 90017-5800
> Telephone: (213) 680-8400
> Facsimile: (213) 680-8500
> sdanna@kirkland.com

Ms. Danna is an attorney at the law firm of Kirkland & Ellis LLP. Ms. Danna is not a member of the bar of the United States District Court for the District of Massachusetts. Ms. Danna is a member in good standing of the bars of the following courts:

> The Supreme Court of California

> The United States District Court for the Central District of California

The appropriate filing fee has been submitted to the Clerk of the Court under separate cover.

Dated: June 19, 2007

Respectfully submitted,

By: /s/ *Richard Goldstein*
Bruce Singal, BBO #464420
Richard Goldstein, BBO #565482
DONOGHUE, BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090

CERTIFICATE OF SERVICE

Pursuant to Paragraph 11 of Case Management Order No. 2, the undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance of Counsel was delivered to all counsel of record by sending a copy to LexisNexis File & Serve on June 19, 2007, for posting and notification to all parties.

/s/ *Richard Goldstein*
Richard Goldstein