UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **MDL 1456** |
| | **Master File No. 01-CV-12257-PBS** |
| THIS DOCUMENT RELATES TO: | **Judge Patti B. Saris** |
| *State of California, ex rel. Ven-A-Care v. Abbott Laboratories Inc., et al.,* 03-CV-11226-PBS | |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Paragraph 16 of Case Management Order No. 1, please enter the appearance of, and deem admitted *pro hac vice*, as Counsel of Record on behalf of Defendants Boehringer Ingelheim Corporation, Ben Venue Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane Laboratories, Inc., n/k/a/ Boehringer Ingelheim Roxane, Inc., in the above captioned matter:

> Amanda J. Wong
> KIRKLAND & ELLIS LLP
> 777 South Figueroa Street
> Los Angeles, CA 90017-5800
> Telephone: (213) 680-8400
> Facsimile: (213) 680-8500
> awong@kirkland.com

Ms. Wong is a partner at the law firm of Kirkland & Ellis LLP. Ms. Wong is not a member of the bar of the United States District Court for the District of Massachusetts. Ms. Wong is a member in good standing of the bars of the following courts:

> The Supreme Court of California

> The United States District Court for the Central District of California

The United States District Court for the Eastern District of California

The United States District Court for the Southern District of California

The United States District Court for the Northern District of California

The appropriate filing fee has been submitted to the Clerk of the Court under separate cover.

Dated:  June 19, 2007

                                                                Respectfully submitted,


                                                  By:   /s/ *Richard Goldstein*
                                                        Bruce Singal, BBO #464420
                                                        Richard Goldstein, BBO #565482
                                                        DONOGHUE, BARRETT & SINGAL, P.C.
                                                        One Beacon Street, Suite 1320
                                                        Boston, MA  02108
                                                        Telephone:  (617) 720-5090



## CERTIFICATE OF SERVICE


Pursuant to Paragraph 11 of Case Management Order No. 2, the undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance of Counsel was delivered to all counsel of record by sending a copy to LexisNexis File & Serve on June 19, 2007, for posting and notification to all parties.

                                                  /s/ *Richard Goldstein*
                                                  Richard Goldstein