UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | 

In re: PHARMACEUTICAL INDUSTRY ) 
AVERAGE WHOLESALE PRICE )
LITIGATION ) MDL No. 1456
 ) Civil Action No. 01-12257-PBS
 )
**THIS DOCUMENT RELATES TO:** ) Hon. Patti B. Saris
 )
*United States of America, ex rel. Ven-a-Care* ) Magistrate Judge Marianne B. Bowler
*of the Florida Keys, Inc., v. Abbott* )
*Laboratories, Inc.*, )
CIVIL ACTION NO. 06–CV-11337-PBS )

# EXHIBIT A

## To the United States' Response To Third Party TAP Pharmaceutical Product Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

**Transaction ID:** 14313107
**Submitted by:** Elizabeth Brennan, US Department of Justice-DC
**Authorized by:** Gejaa Gobena, US Department of Justice-DC
**Authorize and file on:** Mar 30 2007 11:18AM EDT

---

**Court:** MA US District Court E-Service
**Division/Courtroom:** N/A
**Case Class:** Civil-Pharmaceutical AWP
**Case Type:** Antitrust
**Case Number:** All Cases-AWP
**Case Name:** A W P MDL No 1456

---

**Transaction Option:** Serve Only - Public
**Billing Reference:**

---

**Documents List**
**10 Document(s)**

**Attached Document, 12 Pages   Document ID: 9025650**                                   PDF Format | Original Format
**Document Type:**                **Access:**              **Transaction Fee:**          **Linked:**
Discovery Document               Secure Public            $0.00
**Document title:**
Third Party Subpoena - Apria Healthcare

**Attached Document, 12 Pages   Document ID: 9025695**                                   PDF Format | Original Format
Related Document ID: 9025650
**Document Type:**                **Access:**              **Transaction Fee:**          **Linked:**
Discovery Document               Secure Public            $0.00
**Document title:**
Third Party Subpoena - Chartwell Home Care

**Attached Document, 12 Pages   Document ID: 9025718**                                   PDF Format | Original Format
Related Document ID: 9025650
**Document Type:**                **Access:**              **Transaction Fee:**          **Linked:**
Discovery Document               Secure Public            $0.00
**Document title:**
Third Party Subpoena - Coram Health Care

**Attached Document, 12 Pages   Document ID: 9025735**                                   PDF Format | Original Format
Related Document ID: 9025650
**Document Type:**                **Access:**              **Transaction Fee:**          **Linked:**
Discovery Document               Secure Public            $0.00
**Document title:**
Third Party Subpoena - Florida Infusion Services, Inc.

**Attached Document, 12 Pages   Document ID: 9025747**                                   PDF Format | Original Format
Related Document ID: 9025650
**Document Type:**                **Access:**              **Transaction Fee:**          **Linked:**
Discovery Document               Secure Public            $0.00
**Document title:**
Third Party Subpoena - GeriMed, Inc.

**Attached Document, 12 Pages   Document ID: 9025787**                                   PDF Format | Original Format
Related Document ID: 9025650
**Document Type:**                **Access:**              **Transaction Fee:**          **Linked:**
Discovery Document               Secure Public            $0.00
**Document title:**
Third Party Subpoena - Lincare Holdings, Inc.

**Attached Document, 12 Pages   Document ID: 9025828**                                   PDF Format | Original Format
Related Document ID: 9025650

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Discovery Document | Secure Public | $0.00 | |

**Document title:**
Third Party Subpoena - Managed Health Care Associates, Inc.

**Attached Document, 12 Pages   Document ID: 9025854**                                   PDF Format  |  Original Format
Related Document ID: 9025650

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Discovery Document | Secure Public | $0.00 | |

**Document title:**
Third Party Subpoena - Omnicare, Inc.

**Attached Document, 12 Pages   Document ID: 9025877**                                   PDF Format  |  Original Format
Related Document ID: 9025650

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Discovery Document | Secure Public | $0.00 | |

**Document title:**
Third Party Subpoena - Optioncare, Inc.

**Attached Document, 12 Pages   Document ID: 9025897**                                   PDF Format  |  Original Format
Related Document ID: 9025650

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Discovery Document | Secure Public | $0.00 | |

**Document title:**
Third Party Subpoena - Ultra Care, Inc.

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Party Not Named | Interested Party | Gobena, Gejaa | US Department of Justice-DC | Attorney in Charge |

⊞ **Recipients (429)**

   ⊞ Service List (429)

   ⊟ Additional Recipients (0)


⊞ **Case Parties**

[ Begin a New Transaction ]     [ Return to My File & Serve ]     [ Print ]