UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS | Magistrate Judge Marianne B. Bowler |

# EXHIBIT F

## To the United States' Response To Third Party TAP Pharmaceutical Product Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas

Case 1:01-cv-12257-PBS   Document 3804-2   Filed 02/16/2007   Page 12 of 12
Case 1:01-cv-12257-PBS   Document 3752-2   Filed 02/09/2007   Page 12 of 12

## CERTIFICATION – EXHIBIT A

I hereby certify that I have read the attached Protective Order in *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS, dated 2/16, 2007 (the "Order"), and I agree that I will not reveal "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information to, or discuss such with, any person who is not entitled to receive "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information in accordance with the Order, I will use "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information only for the purposes of facilitating the prosecution or defense of the action and not for any business or other purpose. I will otherwise keep all "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" information confidential in accordance with this Order. I agree that the United States District Court for the District of Massachusetts has jurisdiction to enforce the terms of the Order, and I consent to jurisdiction of that Court over my person for that purpose. I will otherwise be bound by the strictures of the Order.

Dated: 5/23, 2007

_Kristofor T. Henning_
[Print Name]

_____
[Print Name]

[Address]

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Counsel For Non-Party Ultra Care, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day caused an electronic copy of the above Certification Exhibit A to the February 16, 2007 Protective Order in In re Pharmaceutical Industry Average Wholesale Price Litigation, U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., No. 06-CV-11337 (PBS) to be served on all counsel of record pursuant to Paragraph 24 of the Protective Order. Service is made via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties

Dated: May 24, 2007

/s/ Rebecca A. Ford
Rebecca A. Ford

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

> **TIP:** Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

# LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 15132796 |
| **Submitted by:** | Elizabeth Brennan, US Department of Justice-DC |
| **Authorized by:** | Rebecca Ford, US Department of Justice-DC |
| **Authorize and file on:** | Jun 6 2007 4:00PM EDT |
| **Court:** | MA US District Court E-Service |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Pharmaceutical AWP |
| **Case Type:** | Antitrust |
| **Case Number:** | All Cases-AWP |
| **Case Name:** | A W P MDL No 1456 |
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | |

**Documents List**
**1 Document(s)**
**Attached Document, 2 Pages   Document ID: 9909427**          PDF Format | Original Format
**Document Type:**                       **Access:**                **Transaction Fee:**        **Linked:**
Other Non-Filed Document                 Secure Public              $0.00
**Document title:**
Protective Order Certification for the In re Pharmaceutical Industry Average Wholesale Price Litigation Matter

Expand All

☐ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Party Not Named | Interested Party | Brooker, Renee | US Department of Justice-DC | Attorney in Charge |

☐ **Recipients (439)**

   ☐ Service List (439)

   ☐ Additional Recipients (0)

☐ **Case Parties**

[ Begin a New Transaction ]    [ Return to My File & Serve ]    [ Print ]



About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.



## CERTIFICATION – EXHIBIT A

I hereby certify that I have read the attached Protective Order in *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, Civil Action No. 01-12257-PBS, dated \_\_\_\_10/13\_\_\_\_, 2002 (the "Order"), and I agree that I will not reveal "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information to, or discuss such with, any person who is not entitled to receive "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information in accordance with the Order, I will use "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information only for the purposes of facilitating the prosecution or defense of the action and not for any business or other purpose. I will otherwise keep all "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" information confidential in accordance with this Order. I agree that the United States District Court for the District of Massachusetts has jurisdiction to enforce the terms of the Order, and I consent to jurisdiction of that Court over my person for that purpose. I will otherwise be bound by the strictures of the Order.

Dated: \_\_\_6/5/2007\_\_\_    *Hanoi Veras*, atty for ASCO

Hanoi Veras
[Print Name]

London & Mead
[Company]

[Address]
1225 19th St., NW
Suite 320
Washington, DC 20036

12

1545322 v1; X4DM01!.DOC

CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above Certification Exhibit A to the December 13, 2002 Protective Order in In re Pharmaceutical Industry Average Wholesale Price Litigation (applicable to all actions) to be served on all counsel of record pursuant to Paragraph 22 of the Protective Order. Service is made via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties

Dated: June 6, 2007                           /s/Rebecca A. Ford
                                              Rebecca A. Ford

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

# LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 15105702 |
| **Submitted by:** | Elizabeth Brennan, US Department of Justice-DC |
| **Authorized by:** | Rebecca Ford, US Department of Justice-DC |
| **Authorize and file on:** | Jun 5 2007 9:55AM EDT |

| | |
|---|---|
| **Court:** | MA US District Court E-Service |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Pharmaceutical AWP |
| **Case Type:** | Antitrust |
| **Case Number:** | All Cases-AWP |
| **Case Name:** | A W P MDL No 1456 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | |

**Documents List**
**1 Document(s)**
Attached Document, 2 Pages   Document ID: 9881211                                                                PDF Format  |  Original Format

| **Document Type:** | **Access:** | **Transaction Fee:** | **Linked:** |
|---|---|---|---|
| Other Non-Filed Document | Secure Public | $0.00 | |

**Document title:**
Protective Order Certification

Expand All

[-] **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Party Not Named | Interested Party | Brooker, Renee | US Department of Justice-DC | Attorney in Charge |

[+] **Recipients (439)**

  [+] Service List (439)

  [-] Additional Recipients (0)

[+] **Case Parties**

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [ Print ]

  LexisNexis

About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.