Case 1:01-cv-12257-PBS   Document 4363   Filed 06/19/07   Page 1 of 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| *State of Arizona v. Abbott Labs Inc., et al.,* 06-CV-11069-PBS | |

### NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Paragraph 16 of Case Management Order No. 1, please enter the appearance of, and deem admitted *pro hac vice*, as Counsel of Record on behalf of Defendants Ben Venue Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Roxane Laboratories, Inc., n/k/a/ Boehringer Ingelheim Roxane, Inc., in the above captioned matter:

>   Maria Pellegrino Rivera
>   KIRKLAND & ELLIS LLP
>   200 E. Randolph Drive
>   Chicago, Illinois  60601-6636
>   Telephone:  (312) 861-2000
>   Facsimile:  (312) 861-2200
>   mrivera@kirkland.com

Ms. Pellegrino Rivera is a partner at the law firm of Kirkland & Ellis LLP. Ms. Pellegrino Rivera is not a member of the bar of the United States District Court for the District of Massachusetts. Ms. Pellegrino Rivera is a member in good standing of the bars of the following courts:

>   The Supreme Court of Arizona
>
>   The Supreme Court of Illinois

The United States Court of Appeals for the Seventh Circuit

The United States District Court for the District of Arizona

The United States District Court for the Northern District of Illinois

The United States District Court for the Eastern District of Michigan

The appropriate filing fee has been submitted to the Clerk of the Court under separate cover.

Dated: June 19, 2007

Respectfully submitted,

By: /s/ *Richard Goldstein*
Bruce Singal, BBO #464420
Richard Goldstein, BBO #565482
DONOGHUE, BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090

CERTIFICATE OF SERVICE

Pursuant to Paragraph 11 of Case Management Order No. 2, the undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance of Counsel was delivered to all counsel of record by sending a copy to LexisNexis File & Serve on June 19, 2007, for posting and notification to all parties.

/s/ *Richard Goldstein*
Richard Goldstein