UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,*<br>CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

**UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO ITS RESPONSE TO THIRD PARTIES TAP PHARMACEUTICAL PRODUCTS INC.'S AND HOSPIRA, INC.'S, AND DEFENDANT ABBOTT LABORATORIES, INC.'S, MOTIONS FOR A PROTECTIVE ORDER AND MOTIONS TO QUASH PLAINTIFF'S THIRD PARTY SUBPOENAS**

The United States of America, through its undersigned counsel, respectfully moves the Court for leave to file Exhibit G to to the United States' Response to Third Party TAP Pharmaceutical Products Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas, and Exhibits F, G and I to the United States' Response to: (1) Third Party Hospira, Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas and (2) Defendant Abbott Laboratories, Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas under seal and states:

The exhibits at issue are documents produced by Abbott that Abbott has designated "CONFIDENTIAL". Pursuant to paragraph 17 of the Protective Order entered on February 16, 2007 in this case (Dkt. No. 3804), any documents or pleadings to be filed with the Court that contain "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information, shall be filed under seal and a redacted version of the document shall be publicly filed, simultaneously.

The United States disagrees that the documents at issue are confidential but is filing this

motion as required by the Protective Order in order to get this time sensitive matter before the Court.  In the alternative, the United States seeks an order from the Court overruling Abbott's confidentiality designation and allowing Exhibit G to to the United States' Response to Third Party TAP's Motion to Quash, and Exhibits F, G and I to the United States' Response to Third Party Hospira's and Defendant Abbott's Motion to Quash to be filed publicly without redaction. The documents at issue relate communications by Abbott to third-parties, including Red Book, about AWPs Abbott established on its drugs. The purpose of Abbott's communications to Red Book were so that Red Book would publish those AWPs.  Further, the pricing information, including AWPs, contained in the exhibits are seven or more years old.  There is no appropriate reason for the materials to remain sealed.

      Wherefore, the United States respectfully requests that the Court grant leave to file the exhibits listed above under seal, or in the alternative, that the Court overrule Abbott's designation of the materials as confidential and order that the submission need not be filed under seal.

                            Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley        /s/ Rebecca A. Ford
U.S. Courthouse            Joyce R. Branda
Suite 9200, 1 Courthouse Way   Daniel R. Anderson
Boston, MA 02210           Renée Brooker
Phone: (617) 748-3272      Justin Draycott
Fax: (617) 748-3971        Rebecca A. Ford
                           Gejaa T. Gobena
                           Civil Division
R. ALEXANDER ACOSTA        Commercial Litigation Branch
UNITED STATES ATTORNEY     P. O. Box 261
SOUTHERN DISTRICT OF       Ben Franklin Station
FLORIDA                    Washington, D.C.  20044
                           Phone:  (202) 307-1088
/s/ Mark A. Lavine         Fax: (202) 307-3852
Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith     For the relator, Ven-a-Care of the
Special Attorneys for the Attorney   Florida Keys, Inc.
General
99 N.E. 4th Street, 3rd Floor      _____
Miami, FL  33132           James J. Breen
Phone:  (305) 961-9003     The Breen Law Firm, P.A.
Fax: (305) 536-4101        3350 S.W. 148th Avenue
                           Suite 110
                           Miramar, FL 33027
                           Tel:  (954) 874-1635
                           Fax: (954) 874-1705

Dated:  June 20, 2007

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO ITS RESPONSE TO THIRD PARTIES TAP PHARMACEUTICAL PRODUCTS INC.'S AND HOSPIRA, INC.'S, AND DEFENDANT ABBOTT LABORATORIES, INC.'S, MOTIONS FOR A PROTECTIVE ORDER AND MOTIONS TO QUASH PLAINTIFF'S THIRD PARTY SUBPOENAS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                       /s/ Mark A. Lavine

Dated: June 20, 2007                                   Mark A. Lavine