UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti B. Saris ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) ) |

## PROPOSED ORDER

Upon consideration of the United States' Motion For Leave to File Under Seal Exhibit G to to the United States' Response to Third Party TAP Pharmaceutical Products Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas, and Exhibits F, G and I to the United States' Response to: (1) Third Party Hospira, Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas and (2) Defendant Abbott Laboratories, Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas, due to the designations of those Exhibits by Abbott as Confidential, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the aforementioned Exhibits shall remain under seal pursuant to the Protective Order governing this matter.

This _____ day of _____, 2007.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE