UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) Hon. Patti B. Saris ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) |

# EXHIBIT F

**To the United States' Response to: (1) Third Party Hospira, Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas and (2) Defendant Abbott Laboratories, Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas**

# CONFIDENTIAL - Filed Under Seal Pursuant to Court Order