UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,*<br>CIVIL ACTION NO. 06–CV–11337-PBS | Magistrate Judge Marianne B. Bowler |

# EXHIBIT C

**To the United States' Response to: (1) Third Party Hospira, Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas and (2) Defendant Abbott Laboratories, Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas**

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 14313107 |
| **Submitted by:** | Elizabeth Brennan, US Department of Justice-DC |
| **Authorized by:** | Gejaa Gobena, US Department of Justice-DC |
| **Authorize and file on:** | Mar 30 2007 11:18AM EDT |

| | |
|---|---|
| **Court:** | MA US District Court E-Service |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Pharmaceutical AWP |
| **Case Type:** | Antitrust |
| **Case Number:** | All Cases-AWP |
| **Case Name:** | A W P MDL No 1456 |

**Transaction Option:** Serve Only - Public
**Billing Reference:**

**Documents List**
**10 Document(s)**

**Attached Document, 12 Pages**   Document ID: 9025650                          PDF Format | Original Format
**Document Type:**                 **Access:**              **Transaction Fee:**       **Linked:**
Discovery Document                  Secure Public            $0.00
**Document title:**
Third Party Subpoena - Apria Healthcare

**Attached Document, 12 Pages**   Document ID: 9025695                          PDF Format | Original Format
Related Document ID: 9025650
**Document Type:**                 **Access:**              **Transaction Fee:**       **Linked:**
Discovery Document                  Secure Public            $0.00
**Document title:**
Third Party Subpoena - Chartwell Home Care

**Attached Document, 12 Pages**   Document ID: 9025718                          PDF Format | Original Format
Related Document ID: 9025650
**Document Type:**                 **Access:**              **Transaction Fee:**       **Linked:**
Discovery Document                  Secure Public            $0.00
**Document title:**
Third Party Subpoena - Coram Health Care

**Attached Document, 12 Pages**   Document ID: 9025735                          PDF Format | Original Format
Related Document ID: 9025650
**Document Type:**                 **Access:**              **Transaction Fee:**       **Linked:**
Discovery Document                  Secure Public            $0.00
**Document title:**
Third Party Subpoena - Florida Infusion Services, Inc.

**Attached Document, 12 Pages**   Document ID: 9025747                          PDF Format | Original Format
Related Document ID: 9025650
**Document Type:**                 **Access:**              **Transaction Fee:**       **Linked:**
Discovery Document                  Secure Public            $0.00
**Document title:**
Third Party Subpoena - GeriMed, Inc.

**Attached Document, 12 Pages**   Document ID: 9025787                          PDF Format | Original Format
Related Document ID: 9025650
**Document Type:**                 **Access:**              **Transaction Fee:**       **Linked:**
Discovery Document                  Secure Public            $0.00
**Document title:**
Third Party Subpoena - Lincare Holdings, Inc.

**Attached Document, 12 Pages**   Document ID: 9025828                          PDF Format | Original Format
Related Document ID: 9025650

**Document Type:** Discovery Document
**Access:** Secure Public
**Transaction Fee:** $0.00
**Linked:**

**Document title:**
Third Party Subpoena - Managed Health Care Associates, Inc.

**Attached Document, 12 Pages   Document ID: 9025854**   PDF Format | Original Format
Related Document ID: 9025650

**Document Type:** Discovery Document
**Access:** Secure Public
**Transaction Fee:** $0.00
**Linked:**

**Document title:**
Third Party Subpoena - Omnicare, Inc.

**Attached Document, 12 Pages   Document ID: 9025877**   PDF Format | Original Format
Related Document ID: 9025650

**Document Type:** Discovery Document
**Access:** Secure Public
**Transaction Fee:** $0.00
**Linked:**

**Document title:**
Third Party Subpoena - Optioncare, Inc.

**Attached Document, 12 Pages   Document ID: 9025897**   PDF Format | Original Format
Related Document ID: 9025650

**Document Type:** Discovery Document
**Access:** Secure Public
**Transaction Fee:** $0.00
**Linked:**

**Document title:**
Third Party Subpoena - Ultra Care, Inc.

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Party Not Named | Interested Party | Gobena, Gejaa | US Department of Justice-DC | Attorney in Charge |

⊞ **Recipients (429)**

⊞ Service List (429)

⊟ Additional Recipients (0)

⊞ **Case Parties**

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [ Print ]