UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06–CV-11337-PBS | Magistrate Judge Marianne B. Bowler |

# EXHIBIT D

**To the United States' Response to: (1) Third Party Hospira, Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas and (2) Defendant Abbott Laboratories, Inc.'s Motion for a Protective Order and Motion to Quash Plaintiff's Third Party Subpoenas**

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

***TIP:*** Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 14642605 |
| **Submitted by:** | Elizabeth Brennan, US Department of Justice-DC |
| **Authorized by:** | Rebecca Ford, US Department of Justice-DC |
| **Authorize and file on:** | Apr 27 2007 12:15PM EDT |

| | |
|---|---|
| **Court:** | MA US District Court E-Service |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Pharmaceutical AWP |
| **Case Type:** | Antitrust |
| **Case Number:** | All Cases-AWP |
| **Case Name:** | A W P MDL No 1456 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | |

**Documents List**
**1 Document(s)**
Attached Document, 14 Pages   Document ID: 9400527                                           PDF Format  |  Original Format
**Document Type:**                          **Access:**                        **Transaction Fee:**              **Linked:**
Discovery Document                          Secure Public                      $0.00
**Document title:**
Pharmaceutical Research and Manufacturers of America Subpoena

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Party Not Named | Interested Party | Brooker, Renee | US Department of Justice-DC | Attorney in Charge |

⊞ **Recipients (431)**

   ⊞ Service List (431)

   ⊟ Additional Recipients (0)


⊞ **Case Parties**

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [ Print ]

 **LexisNexis®**  |  About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 14642730 |
| **Submitted by:** | Elizabeth Brennan, US Department of Justice-DC |
| **Authorized by:** | Rebecca Ford, US Department of Justice-DC |
| **Authorize and file on:** | Apr 27 2007 12:20PM EDT |
| **Court:** | MA US District Court E-Service |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Pharmaceutical AWP |
| **Case Type:** | Antitrust |
| **Case Number:** | All Cases-AWP |
| **Case Name:** | A W P MDL No 1456 |
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | |

**Documents List**
**1 Document(s)**
**Attached Document, 14 Pages   Document ID: 9400634**                                   PDF Format | Original Format

| Document Type: | Access: | Transaction Fee: | Linked: |
|---|---|---|---|
| Discovery Document | Secure Public | $0.00 | |

**Document title:**
Generic Pharmaceutical Association Subpoena

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Party Not Named | Interested Party | Brooker, Renee | US Department of Justice-DC | Attorney in Charge |

⊞ **Recipients (431)**

  ⊞ Service List (431)

  ⊟ Additional Recipients (0)


⊞ **Case Parties**

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [ Print ]



About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 14642851 |
| **Submitted by:** | Elizabeth Brennan, US Department of Justice-DC |
| **Authorized by:** | Rebecca Ford, US Department of Justice-DC |
| **Authorize and file on:** | Apr 27 2007 12:25PM EDT |

| | |
|---|---|
| **Court:** | MA US District Court E-Service |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Pharmaceutical AWP |
| **Case Type:** | Antitrust |
| **Case Number:** | All Cases-AWP |
| **Case Name:** | A W P MDL No 1456 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | |

**Documents List**
**1 Document(s)**
Attached Document, 14 Pages   Document ID: 9400771                              PDF Format | Original Format
**Document Type:**                       Access:                    **Transaction Fee:**          Linked:
Discovery Document                   Secure Public              $0.00
**Document title:**
American Society of Clinical Oncology Subpoena

Expand All

⊟ **Sending Parties (1)**

    Party      Party Type     Attorney          Firm           Attorney Type
Party Not Named Interested Party Brooker, Renee US Department of Justice-DC Attorney in Charge

⊞ **Recipients (431)**

  ⊞ Service List (431)

  ⊟ Additional Recipients (0)

⊞ **Case Parties**

[ Begin a New Transaction ]  [ Return to My File & Serve ]  [ Print ]


About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.

Your transaction has been successfully submitted to LexisNexis File & Serve. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
To perform another transaction, click **Begin a New Transaction.**
To exit File & Serve, click **Return to My File & Serve.**

**TIP:** Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## LexisNexis File & Serve Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 14807726 |
| **Submitted by:** | Elizabeth Brennan, US Department of Justice-DC |
| **Authorized by:** | Rebecca Ford, US Department of Justice-DC |
| **Authorize and file on:** | May 11 2007 10:34AM EDT |

| | |
|---|---|
| **Court:** | MA US District Court E-Service |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Pharmaceutical AWP |
| **Case Type:** | Antitrust |
| **Case Number:** | All Cases-AWP |
| **Case Name:** | A W P MDL No 1456 |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | |

**Documents List**
**1 Document(s)**
Attached Document, 14 Pages   Document ID: 9583191        PDF Format | Original Format

| Document Type: | Access: | Transaction Fee: | Linked: |
|---|---|---|---|
| Discovery Document | Secure Public | $0.00 | |

**Document title:**
National Home Infusion Association Subpoena

Expand All

⊟ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Party Not Named | Interested Party | Brooker, Renee | US Department of Justice-DC | Attorney in Charge |

⊞ **Recipients (432)**

⊞ **Service List (432)**

⊟ **Additional Recipients (0)**

⊞ **Case Parties**

[ Begin a New Transaction ]   [ Return to My File & Serve ]   [ Print ]

**LexisNexis**   About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2007 LexisNexis®. All rights reserved.

| | |
|---|---|
| From: | Brennan, Liza (CIV) |
| Sent: | Friday, March 30, 2007 11:50 AM |
| To: | Brooker, Renee (CIV); Gobena, Gejaa (CIV); Oberembt, Laurie (CIV); Neal, John (CIV); Henderson, George (USAMA); 'jrdaly@jonesday.com'; 'christophercook@jonesday.com'; 'hwitt@kirkland.com'; 'mmurphy@foleyhoag.com'; 'nmerkl@kelleydrye.com'; ''jbreen@breenlaw.com'; 'alisonsimon@breenlaw.com' |
| Cc: | Ford, Rebecca (CIV) |
| Subject: | AWP-MDL - Subpoenas Served Today 3/30/07 |
| Attachments: | 9025897_Ultracare[1].pdf; 9025650_Apria[2].pdf; 9025695_Chartwell[1].pdf; 9025718_Coram[1].pdf; 9025735_Florida-Infusion[1].pdf; 9025747_GeriMed[1].pdf; 9025787_Lincare[1].pdf; 9025828_Managed-Health-Care[1].pdf; 9025854_Omnicare[1].pdf; 9025877_Optioncare[1].pdf |

Attached for your convenience, please find a courtesy copy of subpoenas being served today and posted on Lexis Nexis.

      

9025897_Ultracare[1].pdf (397 ...   9025650_Apria[2].pdf (402 KB)   9025695_Chartwell[1].pdf (398 ...   9025718_Coram[1].pdf (399 KB)   9025735_Florida-Infusion[1].pd...   9025747_GeriMed[1].pdf (397 KB...   9025787_Lincare[1].pdf (399 KB...

  

9025828_Managed-Health-Care[1]...   9025854_Omnicare[1].pdf (396 K...   9025877_Optioncare[1].pdf (398...

If you have any questions, please contact me at (202) 514-3403.

Liza Brennan
Paralegal
U.S. Department of Justice
Commercial Litigation Branch
Civil Division

| | |
|---|---|
| From: | Ford, Rebecca (CIV) |
| Sent: | Friday, April 27, 2007 4:07 PM |
| To: | 'jrdaly@jonesday.com'; 'christophercook@jonesday.com'; 'hwitt@kirkland.com'; 'mmurphy@foleyhoag.com'; 'nmerkl@kelleydrye.com' |
| Cc: | Brennan, Liza (CIV); Lavine, Mark (USAFLS) |
| Subject: | AWP-MDL - Subpoenas Issued Today - 4/27/07 |
| Attachments: | ASCO Subpoena Posted to Lexis.pdf; Generic Subpoena Posted to Lexis.pdf; PhRMA Subpoena Posted to Lexis.pdf |

Counsel,

Attached for your convenience, please find a courtesy copy of subpoenas that were issued and posted on Lexis Nexis earlier today.

  

ASCO Subpoena Posted to Lexis....   Generic Subpoena Posted to Lex...   PhRMA Subpoena Posted to Lexis...

Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC 20004
P: (202) 514-1511
rebecca.ford@usdoj.gov

1

| | |
|---|---|
| **From:** | Ford, Rebecca (CIV) |
| **Sent:** | Friday, May 11, 2007 12:24 PM |
| **To:** | 'jrdaly@jonesday.com'; 'christophercook@jonesday.com'; 'hwitt@kirkland.com'; 'mmurphy@foleyhoag.com'; 'nmerkl@kelleydrye.com'; 'egortner@kirkland.com' |
| **Cc:** | Brennan, Liza (CIV); Lavine, Mark (USAFLS) |
| **Subject:** | RE: AWP-MDL - Subpoena Issued Today - 5/11/07 |
| **Attachments:** | National Home Infusion Assoc. Subpoena Posted to Lexis.pdf |

Counsel,

    Attached for your convenience, please find a courtesy copy of a subpoena that was issued and posted on Lexis Nexis earlier today.


Becky Ford
Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
Civil Division, Fraud Section
601 D Street, N.W.
PHB - Room 9133
Washington, DC  20004
P:  (202) 514-1511
rebecca.ford@usdoj.gov



National Home
Infusion Assoc. ...

1