```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY<br>AVERAGE WHOLESALE PRICE<br>LITIGATION | ) M.D.L. No. 1456<br>) Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br><br>TRIAL OF CLASS 2 AND CLASS 3<br>CLAIMS | |

## TABLE OF CONTENTS

**Page**

**INTRODUCTION AND SUMMARY** . . . . . . . . . . . . . . . . . . . 1

   I.  Findings of Fact . . . . . . . . . . . . . . . . 7

      A.  The Origins of Average
          Wholesale Price. . . . . . . . . . . . . . . 7

      B.  Medicare Part B. . . . . . . . . . . . . . .10

      C.  Manipulating and Marketing
          the Spread . . . . . . . . . . . . . . . . .13

      D.  Cross-Subsidization. . . . . . . . . . . . .19

      E.  Patient, The Vulnerable
          Victim . . . . . . . . . . . . . . . . . . .20

      F.  Self-Administered Drugs. . . . . . . . . . .22

      G.  Knowledge in the Industry. . . . . . . . . .24

      H.  Mega-Spreads . . . . . . . . . . . . . . . .25

      I.  The Government Pit Bull. . . . . . . . . . .28

      J.  The Demise of AWP as
          Government Pricing Benchmark . . . . . . . .34

K.  Stuck. . . . . . . . . . . . . . . . . . .37

L.  The Plaintiffs/TPPs. . . . . . . . . . . . .39

    1.  Blue Cross/Blue Shield
        Class 2 and Class 3 Representative . . .39

    2.  Pipefitters: Class 3 Representative. . .46

    3.  Sheet Metal Workers: Class 2
        Representatives. . . . . . . . . . . . .48

M.  Defendants . . . . . . . . . . . . . . . . .49

    1.  AstraZeneca. . . . . . . . . . . . . . .50

    2.  The Johnson & Johnson Group . . . . . . 58

        a.  Procrit . . . . . . . . . . . . . 58

        b.  Remicade. . . . . . . . . . . . . 64

    3.  The Bristol-Myers Squibb Group. . . . . 68

        a.  Single Source Drugs . . . . . . . 77

            i.  Paraplatin . . . . . . . . . 77

            ii. Etopophos . . . . . . . . . 78

        b.  Single-Source Drugs Later
            Subject to Generic Competition. . . 79

            i. Taxol . . . . . . . . . . . . 79

            ii. Vepesid . . . . . . . . . . 84

            iii. Cytoxan . . . . . . . . . . 87

            iv. Blenoxane . . . . . . . . . 89

        c.  Multi-Source Drugs. . . . . . . . 90

            i.  Rubex . . . . . . . . . . . 90

      4.   The Schering-Plough Group . . . . . . . . 92

           a.   Temodar . . . . . . . . . . . . . . 96

           b.   Intron-A. . . . . . . . . . . . . . 96

           c.   Proventil . . . . . . . . . . . . . 98

           d.   Generic Albuterol Sulfate. . . . . 101

II. CONCLUSIONS OF LAW. . . . . . . . . . . . . . . . .103

   A.   Statute of Limitations . . . . . . . . . . .104

   B.   Liability Under Section 9
       or 11 of Chapter 93A . . . . . . . . . . . .115

   C.   Per Se Unfair or Deceptive
       Conduct under Chapter 93A. . . . . . . . . .120

   D.   The Daubert Challenge. . . . . . . . . . . .127

       1.   The Hartman Speed Limit. . . . . . . . .129

       2.   Defendants' Critique . . . . . . . . . .136

           a.   Payors' Expectations . . . . . . .136

           b.   Spreads of thirty percent. . . . .141

           c.   Changes in reimbursement . . . . .142

           d.   Living in the "but for"
               world. . . . . . . . . . . . . . .143

   E.   The Merits: Chapter 93A Unfair
       or Deceptive Acts. . . . . . . . . . . . . .145

       1.   The Standard . . . . . . . . . . . . . .145

       2.   The Inflation of AWP . . . . . . . . . .148

       3.   Causation. . . . . . . . . . . . . . . .152

4.  Class 2 Liability
    and Damages. . . . . . . . . . . . . . .155

5.  Multi-source drugs . . . . . . . . . . .156

    a.  Causation. . . . . . . . . . . . . .157

    b.  Apportionment. . . . . . . . . . . .162

6.  Drug-by-Drug . . . . . . . . . . . . . .166

    a.  AstraZeneca. . . . . . . . . . . . .167

    b.  Johnson & Johnson. . . . . . . . . .170

        1.  Procrit. . . . . . . . . . . . .170

        2.  Remicade . . . . . . . . . . . .171

    c.  Bristol-Myers Squibb . . . . . . . .173

        1.  Etopophos. . . . . . . . . . . . 176

        2.  Paraplatin . . . . . . . . . . . 177

        3.  Taxol. . . . . . . . . . . . . . 177

        4.  Vepesid. . . . . . . . . . . . . 178

        5.  Cytoxan. . . . . . . . . . . . . 179

        6.  Blenoxane. . . . . . . . . . . . 180

        7.  Rubex. . . . . . . . . . . . . . 181

    d.  Schering-Plough . . . . . . . . . . 182

        1.  Intron-A and Temodar . . . . . . 182

        2.  Proventil. . . . . . . . . . . . 182

        3.  Warrick's Albuterol Sulfate. . . 183

F.  Class 2 Damages . . . . . . . . . . . . . . 185

**III. ORDER. . . . . . . . . . . . . . . . . . . . . . 185**