Exhibit B

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

_____BRIAN  LAURENCE  BANK_____, Bar # _____BB5995_____

was duly admitted to practice in this Court on

_____JULY 18th, 2006_____, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street
New York, New York          on   JUNE 14th, 2007

J. MICHAEL McMAHON
Clerk                                       by: _____
                                              Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2007, I caused a true and correct copy of the REQUEST FOR ADMISSION PRO HAC VICE FOR BRIAN L. BANK, and EXHIBITS A and B thereto to be served on all counsel of record by electronic service, in accordance with Case Management Order No.2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

David L. Kleinman