UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>ALL CLASS ACTIONS,<br><br>*State of Nevada v. Abbott Labs, Inc., et al.*, CA No. 3:06-cv-0539 ("*Nevada I*"), and<br><br>*State of Montana v. Abbott Labs., Inc., et al.*, CA No. 02-CV 12084-PBS[1] | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' MOTION TO CONTINUE THE STAY, WITH BAXTER'S CONSENT
AND WITH RESPECT TO DEFENDANT BAXTER HEALTHCARE CORPORATION
AND BAXTER INTERNATIONAL INC. ONLY, THE CLASS CASE AND
<u>MONTANA AND NEVADA CASES</u>**

On March 5, 2007, pursuant to the agreement of the Class Plaintiffs, the States of Nevada and Montana, and Defendant Baxter, this Court entered a 120-day stay, with respect to Defendant Baxter Healthcare Corporation and Baxter International Inc. only, the Class case and Montana and Nevada case  That stay is due to expire on July 5, 2007.

The stay was entered as a result of the parties' meet and confers following the Court's November 2, 2006 Electronic Order Adopting Magistrate Judge Bowler's Report and Recommendations denying the Motion for Sanctions filed against Baxter Healthcare Corporation And Baxter International Inc. ("Baxter") by all Plaintiffs and the Motion for Joinder filed by the States of Nevada and Montana directed the Plaintiffs to "propose an alternative discovery schedule to alleviate the burden and expense of Baxter's late production of so many documents."

---

[1] Baxter is not a defendant in *State of Nevada v. American Home Prods., et al.*, CA No. 02-CV-12086-PBS ("*Nevada II*").

- 1 -

During those meet and confers, the parties agreed that a stay would allow them the opportunity to be informed by this Court's impending rulings on the Track 1 trial and consumer trial, including but not limited to, this Court's findings with respect to multi-source drugs.  Because the parties continue to believe that these rulings will shape the parties' litigation strategy and may affect and/or limit the scope of the documents produced by Baxter that actually need to be used in this litigation, the parties hereby request an additional 120-day stay.

The parties further propose that they will confer in good faith prior to the end of the 120-day stay period, and will proffer to the Court either (i) a request for an extension of the stay based on the current landscape of the MDL litigation; or (ii) a revised scheduling order that provides for the close of the remaining fact discovery, expert reports, and summary judgment.

DATED:  June 21, 2007           By    /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Jeniphr Breckenridge
Robert F. Lopez
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
820 North Blvd., Suite B
Oak Park, IL  60301
Telephone: (708) 776-5600
Facsimile: (708) 776-5601

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Kenneth A. Wexler
Jennifer F. Connolly
Wexler Toriseva Wallace
One North LaSalle Street, Suite 2000
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

**CO-LEAD COUNSEL FOR PLAINTIFFS**

Catherine Cortez Masto
Attorney General of the State of Nevada
L. Timothy Terry
Deputy Attorney General
100 N. Carson Street
Carson City,  NV 89701-4714

**COUNSEL FOR PLAINTIFF STATE OF NEVADA**

Mike McGrath
Attorney General of Montana
Ali Bovingdon
Assistant Attorney General
Justice Building
215 North Sanders
P.O. Box 201401
Helena, MT  56920-1402
(406) 444-2026

**COUNSEL FOR PLAINTIFF STATE OF MONTANA**

- 3 -

- 4 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

      I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys, and that on June 21, 2007, I caused copies of **PLAINTIFFS' MOTION TO CONTINUE THE STAY, WITH BAXTER'S CONSENT AND WITH RESPECT TO DEFENDANT BAXTER HEALTHCARE CORPORATION AND BAXTER INTERNATIONAL INC. ONLY, THE CLASS CASE AND MONTANA AND NEVADA CASES** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                              **/s/ Steve W. Berman**
                                              Steve W. Berman

- 4 -