UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>Civil Action: 01-CV-12257-PBS |

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, Defendant Amgen, Inc. ("Amgen") hereby moves this Court to grant Marc Marinaccio leave to appear and practice in this Court *pro hac vice*. As grounds for this motion, Amgen states as follows:

1. Frank A. Libby, Jr. and Douglas S. Brooks, attorneys at Kelly, Libby & Hoopes, P.C., are members in good standing of the Bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and of the Bar of the United States District Court for the District of Massachusetts. Mr. Libby and Mr. Brooks have filed appearances in these actions.

2. Mr. Marinaccio is an attorney with the law firm of Hogan & Hartson LLP, 111 South Calvert Street, Baltimore, Maryland 21202.

3. Mr. Marinaccio is not a member of the Massachusetts Bar or the Bar of the United States District Court for the District of Massachusetts.

4. Mr. Marinaccio has met the requirements to practice in the United States District Court for the District of Massachusetts, as set forth in L.R. 83.5.3. *See* Certificate of Marc Marinaccio (attached hereto as Exhibit A).

WHEREFORE, Defendant Amgen respectfully requests that this Court grant this motion to admit Marc Marinaccio, *pro hac vice*.

Respectfully submitted,

**Defendant Amgen, Inc.**

By its attorneys,

/s/ Douglas S.Brooks
Frank A. Libby, Jr. (BBO # 299100)
Douglas S. Brooks (BBO # 636697)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA 02110
(617) 338-9300

Dated:  June 21, 2007

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Douglas S. Brooks, hereby certify pursuant to Local Rule 7.1(a)(2) that I have conferred with Edward Notargiacomo, Esq. of the law firm Hagens, Berman, LLP, counsel for Plaintiffs, and that Plaintiffs assent to this motion.

/s/ Douglas S. Brooks
Douglas S. Brooks

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was, this 21st day of June, 2007, served electronically via Lexis/Nexis on all counsel of record in this matter.

/s/ Douglas S. Brooks
Douglas S. Brooks