# EXHIBIT A

## CERTIFICATE OF MARC MARINACCIO

I, Marc Marinaccio, hereby certify as follows:

1. I am an attorney at the law firm of Hogan and Hartson LLP, which is located at 111 South Calvert Street, Baltimore, Maryland 21202.

2. I am a member of the bar of the State of Maryland.

3. I am an attorney in good standing in that jurisdiction.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury, this 4th day of June, 2007

_____
Marc Marinaccio