# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS |
| _____ | ) ) | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:**<br>*United States of America ex rel.*<br>*Ven-a-Care of the Florida Keys, Inc., v.*<br>*Abbott Laboratories, Inc.*<br>CIVIL ACTION NO. 06-11337-PBS<br>_____ | ) ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

## UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME

The United States of America, through undersigned counsel, respectfully files this Unopposed Motion for an enlargement of time until July 9, 2007 to serve a supplemental answer to defendant Abbott Laboratories, Inc.'s Abbott's Interrogatory No. 7.  In support, the United States provides the following.

1. On May 22, 2007, this Court ordered that the United States supplement its answer to interrogatory number 7.  Additional time is needed due to undersigned counsel's previously scheduled matters, including work-related travel.

2. The undersigned Assistant U.S. Attorney contacted Christopher Cook, Esq., counsel for defendant Abbott Laboratories Inc.  Mr. Cook indicated he did not object to this request for additional time.

For the above reasons, the United States respectfully requests that this motion be granted.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | PETER D. KEISLER |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

| | |
|---|---|
| George B. Henderson, II | /s/ Justin Draycott |
| Assistant U.S. Attorney | Joyce R. Branda |
| John Joseph Moakley U.S. Courthouse | Daniel R. Anderson |
| Suite 9200, 1 Courthouse Way | Renée Brooker |
| Boston, MA 02210 | Justin Draycott |
| Phone: (617) 748-3398 | Gejaa T. Gobena |
| Fax: (617) 748-3272 | Civil Division |
| | Commercial Litigation Branch |
| R. ALEXANDER ACOSTA | P. O. Box 261 |
| UNITED STATES ATTORNEY | Ben Franklin Station |
| SOUTHERN DISTRICT OF FLORIDA | Washington, D.C. 20044 |
| | Phone: (202) 307-1088 |
| /s/ Ana Maria Martinez | Fax: (202) 307-3852 |
| Mark A. Lavine | |
| Ana Maria Martinez | |
| Ann St.Peter-Griffith | |
| Special Attorneys for | |
|  the Attorney General | |
| 99 N.E. 4th Street, 3rd Floor | |
| Miami, FL 33132 | |
| Phone: (305) 961-9003 | |
| Fax: (305) 536-4101 | |

Dated: June 21, 2007

**CERTIFICATE OF SERVICE**

     I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date: June 21, 2007

                                                     /s/ Ana Maria Martinez
                                                     Ana Maria Martinez