UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) _____ ) ) **THIS DOCUMENT RELATES TO:** ) *United States of America ex rel.* ) *Ven-a-Care of the Florida Keys, Inc., v.* ) *Abbott Laboratories, Inc.* ) CIVIL ACTION NO. 06-11337-PBS ) _____ ) | MDL No. 1456 Civil Action No. 01-12257-PBS Judge Patti B. Saris Magistrate Judge Marianne B. Bowler |

**[PROPOSED] ORDER**

This matter came before the Court upon the United States' Unopposed Motion for an Enlargement of Time until July 9, 2007 to serve its supplemental answer to Abbott Laboratories, Inc.'s Interrogatory No. 7.  Having reviewed the motion and the record in this case, it is hereby

**ORDERED** that the motion of the United States is granted.  The United States is granted until July 9, 2007 to serve its supplemental answer to Abbott's Interrogatory No. 7.

**DONE AND ORDERED** this _____ day of _____ , 2007, in Boston, Massachusetts.

_____