# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 <br><br> CIVIL ACTION: 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| *The City of New York v. Abbott Labs., et al.* <br> S.D.N.Y. Case No. 04-CV-06054 <br> *County of Albany v. Abbott Labs., et al.* <br> N.D.N.Y. Case No. 05-CV-0425 <br> *County of Allegany v. Abbott Labs., et al.* <br> W.D.N.Y. Case No. 05-CV-0236 <br> *County of Broome v. Abbott Labs., et al.* <br> N.D.N.Y. Case No. 05-CV-00456 <br> *County of Cattaraugus v. Abbott Labs., et al.* <br> W.D.N.Y. Case No. 05-CV-0256 <br> *County of Cayuga v. Abbott Labs., et al.* <br> N.D.N.Y. Case No. 05-CV-0423 <br> *County of Chautauqua v. Abbott Labs., et al.* <br> W.D.N.Y. Case No. 05-CV-0214 <br> *County of Chemung v. Abbott Labs., et al.* <br> W.D.N.Y. No. 05-CV-06744 <br> *County of Chenango v. Abbott Labs., et al.* <br> N.D.N.Y. Case No. 05-CV-0354 <br> *County of Fulton v. Abbott Labs., et al.* <br> N.D.N.Y. Case No. 05-CV-0519 <br> *County of Genesee v. Abbott Labs., et al.* <br> W.D.N.Y. Case No. 05-CV-00267 <br> *County of Greene v. Abbott Labs., et al.* <br> N.D.N.Y. Case No. 05-CV-0474 <br> *County of Herkimer v. Abbott Labs., et al.* <br> N.D.N.Y. Case No. 05-CV-00415 <br> *County of Jefferson v. Abbott Labs., et al.* <br> N.D.N.Y. Case No. 05-CV-0715 <br> *County of Madison v. Abbott Labs., et al.* <br> N.D.N.Y. Case No. 05-CV-0714 <br> *County of Monroe v. Abbott Labs., et al.* <br> W.D.N.Y. Case No. 05-CV-6148 <br> *County of Nassau v. Abbott Labs, et al.* <br> E.D.N.Y. Case No. 04-CV-5126 | |

| | |
|---|---|
| *County of Niagara v. Abbott Labs., et al.* | ) |
| W.D.N.Y. Case No. 05-CV-6296 | ) |
| *County of Oneida v. Abbott Labs., et al.* | ) |
| N.D.N.Y. Case No. 05-CV-0489 | ) |
| *County of Onondaga v. Abbott Labs., et al.* | ) |
| N.D.N.Y. Case No. 05-CV-0088 | ) |
| *County of Putnam v. Abbott Labs., et al.* | ) |
| S.D.N.Y. Case No. 05-CV-4748 | ) |
| *County of Rensselaer v. Abbott Labs., et al.* | ) |
| N.D.N.Y. Case No. 05-CV-0422 | ) |
| *County of Rockland v. Abbott Labs., et al.* | ) |
| S.D.N.Y. Case No. 03-CV-7055 | ) |
| *County of St. Lawrence v. Abbott Labs., et al.* | ) |
| N.D.N.Y. Case No. 05-CV-0479 | ) |
| *County of Saratoga v. Abbott Labs., et al.* | ) |
| N.D.N.Y. Case No. 05-CV-0478 | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| W.D.N.Y. Case No. 05-CV-6223 | ) |
| *County of Suffolk v. Abbott Labs., et al.* | ) |
| E.D.N.Y. Case No. 01-CV-12257 | ) |
| *County of Tompkins v. Abbott Labs., et al.* | ) |
| N.D.N.Y. Case No. 05-CV-0397 | ) |
| *County of Warrren v. Abbott Labs., et al.* | ) |
| N.D.N.Y. Case No. 05-CV-0468 | ) |
| *County of Washington v. Abbott Labs., et al.* | ) |
| N.D.N.Y. Case No. 05-CV-0408 | ) |
| *County of Wayne v. Abbott Labs., et al.* | ) |
| W.D.N.Y. Case No. 05-CV-6138 | ) |
| *County of Westchester v. Abbott Labs., et al.* | ) |
| S.D.N.Y. Case No. 03-CV-6178 | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| W.D.N.Y. Case No. 05-CV-06172 | ) |
| | ) |

**DEFENDANT CHIRON CORPORATION'S RENEWED MOTION TO DISMISS THE CONSOLIDATED NEW YORK CITY AND NEW YORK COUNTIES FIRST AMENDED CONSOLIDATED COMPLAINT**

As set forth fully in the accompanying Memorandum in Support, this Court's dispositive ruling in *Suffolk* controls – Plaintiffs' claims against Chiron should be dismissed *with prejudice* and as such Chiron renews its Motion to Dismiss. *See* Docket Nos. 2186 and 2187; *In re Pharmaceutical Indus. Average Wholesale Price Litig.*, 339 F. Supp. 2d 165 (D. Mass. 2004); *In*

2

*re Pharmaceutical Indus. Average Wholesale Price Litig.*, No. 1456, Civ.A. 01-12257-PBS, 2004 WL 2387125, at \*\*2-3 (D. Mass. Oct. 26, 2004); Memorandum and Order dated April 8, 2005.

Moreover, Plaintiffs' claims should be dismissed because of Plaintiffs' failure in the Consolidated Complaint to satisfy the Court's Rule 9(b) requirements with respect to named NDCs, impermissible attempt to ignore the Court's April 2007 Order by adding six new NDCs to the Amended Complaint, and use of unacceptable methods for calculating spread data.  All claims against Chiron should be dismissed *with prejudice*.

/s/ D. Jacques Smith
D. Jacques Smith, Esq. (*pro hac vice*)
Larri A. Short, Esq.
ARENT FOX PLLC
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
202/857-6000 – telephone
202/857-6395 – facsimile
smith.jacques@arentfox.com

*Attorneys for Defendant*
*Chiron Corporation*

June 22, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2006, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

      /s/ D. Jacques Smith
      D. Jacques Smith, Esq. (*pro hac vice*)