# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO CLASS 1 JURY TRIAL (BMS) | Hon. Patti B. Saris |

## AGREED MOTION TO AMEND PRETRIAL ORDER

Class 1 Plaintiffs and Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation (together, "BMS") respectfully submit this agreed motion to make the following changes in the schedule contained the Court's pretrial order dated May 9, 2007 and the transcript of the June 6, 2007 status conference:

1. By June 29, 2007, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony;

2. By July 3, 2007, plaintiffs shall have exercised their best efforts to produce all documents requested by BMS relating to newly proposed class representatives.

3. The Court will hold the next status conference on July 6, 2007 at ___ a .m. in lieu of the conference presently scheduled for July 10th.

4. The depositions of the newly proposed class plaintiffs shall take place during the week of July 9, 2007.  The "ground rules" for the depositions shall be established at the status conference.

\\\NY - 058559/000059 - 1041643 v3

The reasons for these requests are (a) to allow the parties to absorb the Court's recently-issued Findings of Fact and Conclusions of Law pertaining to the Class 2 and 3 trial and (b) to faciliate discovery of the new class plaintiffs.

Dated:   June  22, 2007

Respectfully Submitted,

By:   /s/ Jennifer M. Ryan (661498)
**DWYER & COLLORA, LLP**
Thomas E. Dwyer (BBO No. 139660)
Jennifer M. Ryan (BBO No. 661498)
600 Atlantic Avenue
Boston, MA  02210
Tel: (617) 371-1000
Fax: (617) 371-1037
tdwyer@dwyercollora.com
jryan@dwyercollora.com

Steven M. Edwards (SE 2773)
Lyndon M. Tretter (LT 4031)
Thomas J. Sweeney, III (TS 6557)
Admitted *pro hac vice*
**HOGAN & HARTSON LLP**
875 Third Avenue
New York, NY  10022
Tel: (212) 918- 3000

*Attorneys for Defendants Bristol-Myers Squibb Company and Oncology Therapeutics Network Corporation*

## CERTIFICATE OF SERVICE BY LEXIS-NEXIS FILE & SERVE

     I, Lyndon M. Tretter, hereby certify that I am one of Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.'s attorneys and that, on June 22, 2007, I caused a copy of **AGREED MOTION TO AMEND PRETRIAL ORDER** to be served on all counsel of record by electronic service pursuant to Paragraph 11 of CMO No. 2 by sending a copy to Lexis-Nexis File & Serve for posting and notification to all parties.

                                            /s/ Lyndon M. Tretter
                                                   Lyndon M. Tretter