**Exhibit 4**

**To The 6/22/07 Nemirow Declaration**

FILED UNDER SEAL