**Exhibit 7**

**To The 6/22/07 Nemirow Declaration**

FILED UNDER SEAL