# IN RE PHARMACEUTICAL INDUSTRY AWP LITIGATION TIME REPORT
## FIRM NAME: HEINS MILLS & OLSON, P.L.C.
### REPORTING PERIOD: INCEPTION THROUGH AUGUST 10, 2006

Categories:
1) Investigations/Factual research
2) Document Discovery
3) Deposition Discovery
4) Pleadings, briefs, pretrial motions
5) Settlement
6) Litigation strategy/Analysis
7) Class Certification
8) Court Appearances

Positions:
P (Partner)
A (Associate)  Admin (Administrator)
PL (Paralegal)
LC (Law Clerk)

| Attorney/Paralegal | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | HISTORICAL RATE | TOTAL HOURS | HISTORICAL LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Samuel D. Heins (P) | | 6.00 | | 54.25 | 65.25 | 141.75 | | 26.25 | $550.00 | 293.50 | $161,425.00 |
| Samuel D. Heins (P) | 3.50 | 50.50 | 138.00 | 185.50 | 179.75 | | 81.75 | | $640.00 | 639.00 | $408,960.00 |
| Samuel D. Heins (P) | | 33.75 | | 12.00 | 41.50 | 25.25 | | | $650.00 | 112.50 | $73,125.00 |
| Stacey L. Mills (P) | | 0.25 | | 1.50 | | 9.00 | | | $495.00 | 10.75 | $5,321.25 |
| Stacey L. Mills (P) | | 2.75 | | 3.00 | 2.00 | 3.00 | | 1.50 | $550.00 | 12.25 | $6,737.50 |
| Stacey L. Mills (P) | | 0.25 | | | | 5.25 | | | $565.00 | 5.50 | $3,107.50 |
| Stacey L. Mills (P) | | 0.25 | | 1.25 | | 4.00 | | | $590.00 | 5.50 | $3,245.00 |
| Bryan L. Crawford (P) | | 21.25 | | 91.50 | 7.50 | 139.50 | | 4.50 | $400.00 | 264.25 | $105,700.00 |
| Bryan L. Crawford (P) | | | | 10.50 | | 4.50 | | | $450.00 | 15.00 | $6,750.00 |
| Bryan L. Crawford (P) | | 1.00 | | 12.00 | | 1.75 | | | $500.00 | 14.75 | $7,375.00 |
| Bryan L. Crawford (P) | | | | | | 0.25 | | | $530.00 | 0.25 | $132.50 |
| Alan I. Gilbert (P) | | 27.50 | | 1.00 | | 1.75 | | | $450.00 | 30.25 | $13,612.50 |
| Alan I. Gilbert (P) | | 5.75 | 16.00 | 11.25 | | 29.75 | | | $550.00 | 62.75 | $34,512.50 |
| Alan I. Gilbert (P) | | 18.25 | 65.00 | 0.75 | 104.25 | 13.00 | 32.00 | 9.00 | $560.00 | 242.25 | $135,660.00 |
| Alan I. Gilbert (P) | | | | | | 1.00 | 1.00 | | $570.00 | 2.00 | $1,140.00 |
| Brian L. Williams (P) | 47.25 | 99.75 | 0.25 | 503.50 | 8.00 | 214.00 | | 0.25 | $320.00 | 873.00 | $279,360.00 |
| Brian L. Williams (P) | 36.50 | 10.25 | | 182.25 | 21.50 | 88.00 | | 36.00 | $350.00 | 374.50 | $131,075.00 |
| Brian L. Williams (P) | 24.25 | 139.50 | 80.50 | 427.00 | 10.50 | 127.25 | | 10.00 | $430.00 | 819.00 | $352,170.00 |
| Brian L. Williams (P) | | 21.25 | 19.75 | 87.75 | 6.75 | 16.50 | 0.75 | 4.25 | $440.00 | 156.00 | $68,640.00 |
| Brian L. Williams (P) | | 10.75 | 324.50 | 5.00 | 0.50 | 87.25 | 1.00 | | $480.00 | 429.00 | $205,920.00 |
| Brian L. Williams (P) | 0.75 | | | 14.75 | | 7.25 | | | $500.00 | 22.75 | $11,375.00 |
| Daniel E. Gustafson (P) | | 17.00 | | 11.50 | 1.00 | 52.50 | | 1.00 | $450.00 | 83.00 | $37,350.00 |
| Daniel E. Gustafson (P) | | | | 2.50 | | 15.00 | | 1.00 | $520.00 | 18.50 | $9,620.00 |
| Vincent J. Esades (P) | 4.25 | 2.00 | | | | 0.25 | | | $415.00 | 6.50 | $2,697.50 |

EXHIBIT 1

| Name | | | | | | | | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| Vincent J. Esades (P) | | 12.75 | 9.50 | | 20.00 | | | $425.00 | 42.25 | $17,956.25 |
| Barbara J. Felt (A) | 3.50 | 16.25 | 49.75 | 9.00 | 22.50 | 23.75 | | $390.00 | 124.75 | $48,652.50 |
| Barbara J. Felt (A) | | | | | 0.75 | | | $470.00 | 0.75 | $352.50 |
| David R. Woodward (A) | 37.00 | 82.50 | 224.50 | | 91.50 | | | $485.00 | 435.50 | $211,217.50 |
| David R. Woodward (A) | 1.50 | 1.25 | | | 5.25 | | | $575.00 | 8.00 | $4,600.00 |
| Gretchen L. Ulbee (A) | 25.00 | | | | | | | $250.00 | 25.00 | $6,250.00 |
| Gretchen L. Ulbee (A) | 0.75 | | | | | | | $275.00 | 0.75 | $206.25 |
| Jason S. Kilene (A) | 128.25 | | | | | | | $285.00 | 128.25 | $36,551.25 |
| Jessica N. Servais (A) | | 8.50 | | | | | | $275.00 | 8.50 | $2,337.50 |
| Jessica N. Servais (A) | 20.00 | 34.75 | | | | | | $290.00 | 54.75 | $15,877.50 |
| Lori A. Johnson (A) | 59.75 | | | | | | | $250.00 | 59.75 | $14,937.50 |
| Lori A. Johnson (A) | 45.75 | | 5.00 | | 0.50 | | | $275.00 | 51.25 | $14,093.75 |
| Matthew W. Ruan (A) | 156.00 | 258.00 | 25.75 | 8.00 | 7.25 | 6.00 | | $165.00 | 461.00 | $76,065.00 |
| Matthew W. Ruan (A) | 87.50 | 91.75 | 87.25 | 5.25 | 2.00 | 7.00 | 23.50 | $225.00 | 304.25 | $68,456.25 |
| Muriah J. Kruger (A) | 0.25 | | | | | | | $280.00 | 0.25 | $70.00 |
| Nathan P. Hobbs (A) | | | | | 33.25 | | | $225.00 | 33.25 | $7,481.25 |
| Nathan P. Hobbs (A) | 43.25 | 17.25 | 19.00 | | | | | $280.00 | 79.50 | $22,260.00 |
| Roberta A. Yard (A) | | 1.25 | | | | | | $275.00 | 1.25 | $343.75 |
| Susan E. MacMenamin (A) | 25.75 | 14.75 | | 103.00 | 154.25 | | 0.50 | $250.00 | 298.25 | $74,562.50 |
| Susan E. MacMenamin (A) | 255.50 | 255.00 | | 52.75 | 32.25 | | | $275.00 | 595.50 | $163,762.50 |
| Susan E. MacMenamin (A) | 89.75 | 376.25 | 48.25 | 76.50 | 156.50 | | | $280.00 | 747.25 | $209,230.00 |
| Susan E. MacMenamin (A) | 1.75 | 570.75 | 265.25 | 65.50 | 118.50 | | 14.50 | $310.00 | 1,058.00 | $327,980.00 |
| Susan E. MacMenamin (A) | 24.00 | 117.75 | 392.25 | 12.50 | 71.00 | | | $360.00 | 617.50 | $222,300.00 |
| Valerie K. Holness (A) | 41.25 | | | | 16.50 | | | $250.00 | 57.75 | $14,437.50 |
| Valerie K. Holness (A) | | | | | 7.75 | | | $275.00 | 7.75 | $2,131.25 |
| Valerie K. Holness (A) | | | | | 5.50 | | | $285.00 | 5.50 | $1,567.50 |
| Adam J. Kaufman (PA) | | 669.50 | | | | | | $225.00 | 669.50 | $150,637.50 |
| Anthony Sievert (PA) | | 201.50 | | | | | | $275.00 | 201.50 | $55,412.50 |
| David A. Heard (PA) | | 105.50 | | | | | | $275.00 | 105.50 | $29,012.50 |
| Eric H. Warner (PA) | | 32.00 | | | | | | $225.00 | 32.00 | $7,200.00 |

EXHIBIT 1
2

| Attorney Totals: | 1,163.00 | 11,403.50 | 1,627.50 | 1,891.75 | 495.00 | 1,916.75 | 88.00 | 190.50 | | 18,776.00 | $6,414,278.75 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| James J. Gillespie (PA) | | 954.75 | | | | | | | $400.00 | 954.75 | $381,900.00 |
| James W. Haselden (PA) | | 1,394.00 | | | | | | | $350.00 | 1,394.00 | $487,900.00 |
| Joann M. Jacob (PA) | | 110.50 | | | | | | | $350.00 | 110.50 | $38,675.00 |
| John B. Rees (PA) | | 120.00 | | | | | | | $275.00 | 120.00 | $33,000.00 |
| Karlowba R. Powell (PA) | | 170.00 | | | | | | | $225.00 | 170.00 | $38,250.00 |
| Kimberly P. Jones (PA) | | 791.75 | | | | | | | $225.00 | 791.75 | $178,143.75 |
| Kimberly P. Jones (PA) | | 494.25 | | | | | | | $280.00 | 494.25 | $138,390.00 |
| Mark Keerbs (PA) | | 40.00 | | | | | | | $280.00 | 40.00 | $11,200.00 |
| Matthew Jones (PA) | | 181.00 | | | | | | | $225.00 | 181.00 | $40,725.00 |
| Melissa M. Weldon (PA) | | 40.00 | | | | | | | $350.00 | 40.00 | $14,000.00 |
| Susan E. Kennedy (PA) | | 1,193.25 | | | | | | | $380.00 | 1,193.25 | $453,435.00 |
| Teresa M. Jones (PA) | | 1,154.50 | | | | | | | $350.00 | 1,154.50 | $404,075.00 |
| Thomas A. Borash (PA) | | 1,360.75 | | | | | | | $225.00 | 1,360.75 | $306,168.75 |
| Tiphani Mack (PA) | | 63.50 | | | | | | | $275.00 | 63.50 | $17,462.50 |
| Irene M. Kovarik (PL) | | | | | | 188.00 | | | $160.00 | 188.00 | $30,080.00 |
| Irene M. Kovarik (PL) | | | | | | 1.00 | | | $175.00 | 1.00 | $175.00 |
| Marguerite E. O'Brien (PL) | | | | | | 1.50 | | | $150.00 | 1.50 | $225.00 |
| Marguerite E. O'Brien (PL) | | | | | | 3.00 | | | $165.00 | 3.00 | $495.00 |
| Marguerite E. O'Brien (PL) | | | | | | 0.25 | | | $175.00 | 0.25 | $43.75 |
| Jason A. Westmoreland (PL) | | | | | | 6.25 | | | $100.00 | 6.25 | $625.00 |
| Jason A. Westmoreland (PL) | 9.75 | 24.25 | | | | 31.50 | | | $125.00 | 65.50 | $8,187.50 |
| Jason A. Westmoreland (PL) | 30.25 | 127.25 | | | | 263.75 | | | $130.00 | 421.25 | $54,762.50 |
| Jason A. Westmoreland (PL) | 35.75 | 122.50 | 6.25 | 9.50 | | 469.75 | | | $135.00 | 643.75 | $86,906.25 |
| Jason A. Westmoreland (PL) | | 41.25 | 23.75 | 1.00 | | 207.75 | | | $150.00 | 273.75 | $41,062.50 |
| Jason A. Westmoreland (PL) | | | | | | 4.50 | | | $165.00 | 4.50 | $742.50 |
| Kay L. Kelley (PL) | | 0.50 | | | | 0.25 | | | $165.00 | 0.75 | $123.75 |
| Kay L. Kelley (PL) | | 1.50 | | | | 13.50 | | | $175.00 | 15.00 | $2,625.00 |
| Donna R. Werner (PL) | | | | 6.25 | | 22.50 | | | $140.00 | 28.75 | $4,025.00 |
| Diane A. Wellcome (PL) | | | | 12.50 | | 65.00 | | | $140.00 | 77.50 | $10,850.00 |
| Anthony W. Thompson (LC) | 272.25 | | | | | | | | $150.00 | 272.25 | $40,837.50 |
| Anthony W. Thompson (LC) | 21.00 | | | | | | | | $165.00 | 21.00 | $3,465.00 |
| Sarah M. Forbes (LC) | 55.00 | | | | | | | | $150.00 | 55.00 | $8,250.00 |
| Sarah M. Forbes (LC) | 35.75 | | | | | | | | $155.00 | 35.75 | $5,541.25 |
| Sheri R. Albrecht (LC) | 10.00 | | | | | | | | $150.00 | 10.00 | $1,500.00 |
| Cynthia M. Johnson (Admin) | | | | | | 1.00 | | | $225.00 | 1.00 | $225.00 |
| Cynthia M. Johnson (Admin) | | | | | | 37.25 | | | $235.00 | 37.25 | $8,753.75 |

EXHIBIT 1
3

| | | | | | | | | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| Tom Reid (Admin) | | | | | | 8.50 | | $150.00 | $1,275.00 |
| Brenda Johnson (Admin) | 56.50 | | | | | | | $125.00 | $7,062.50 |
| Brenda Johnson (Admin) | | 6.25 | | | | | | $130.00 | $812.50 |
| Lisa Welle (Admin) | | 1.75 | | | | | | $125.00 | $218.75 |
| Katie E. Marshall (DC) | | 1.00 | | | | | | $130.00 | $130.00 |
| Katie E. Marshall (DC) | | | 11.00 | | | | | $135.00 | $1,485.00 |
| Catherine E. Mohn (DC) | | 1.00 | | | | | | $130.00 | $130.00 |
| Kelly J. Ritter (DC) | 1.50 | 11.00 | | | | | | $105.00 | $1,312.50 |
| Non-Attorney Totals: | 471.25 | 394.75 | 41.00 | 29.25 | 0.00 | 1,325.25 | 0.00 | 2,261.50 | $321,927.50 |
| TOTALS: | 1,634.25 | 11,798.25 | 1,668.50 | 1,921.00 | 495.00 | 3,242.00 | 88.00 190.50 0.00 | 21,037.50 | $6,736,206.25 |

EXHIBIT 1
4