# IN RE PHARMACEUTICAL INDUSTRY AWP LITIGATION
# EXPENSE REPORT

**FIRM NAME: HEINS MILLS & OLSON, P.L.C.**
**REPORTING PERIOD: INCEPTION THROUGH AUGUST 10, 2006**

## EXPENSES

| Description | TOTAL EXPENSES |
|---|---|
| Assessment Payments | $272,551.15 |
| Outside/ Commercial Copies | $667.52 |
| Internal Reproduction/Copies | $85,742.37 |
| Court Fees | $335.00 |
| Computer Research | $10,553.99 |
| Expert Fees | $35,703.63 |
| Telephone/Fax/E-Mail | $6,177.20 |
| Postage/ Express Delivery/Courier | $7,786.76 |
| Professional Fees | $38,210.15 |
| Witness/ Service Fees | $62.00 |
| Travel/ Meals | $131,044.71 |
| Miscellaneous (Document Review Space Rental and Computer Fees) | $6,864.74 |
| **TOTAL EXPENSES:** | **$595,699.22** |

EXHIBIT 2