# HEINS MILLS & OLSON, P.L.C.
**3550 IDS Center**
**80 South Eighth St.**
**Minneapolis, MN 55402**
**Website: heinsmills.com**

Firm Résumé

The law firm of Heins Mills & Olson, P.L.C., located in Minneapolis, Minnesota, is a leader in the field of complex litigation. The focus of the firm's practice is representing plaintiffs and plaintiff classes in a variety of class actions, primarily in the areas of securities fraud, antitrust violations, and deceptive trade practices and consumer fraud. We frequently serve as lead counsel for national classes of shareholders, consumers and businesses. Our lawyers collectively have many decades of experience in complex litigation and have successfully prosecuted more than 100 class actions.

The firm is especially proud of the results it has obtained for its institutional investor clients. We have successfully represented numerous state pension funds managing billions of dollars in assets. Among them are the Utah State Retirement Board, Teachers' Retirement System of Alabama, Employees' Retirement System of Alabama, Judicial Retirement Fund of Alabama, Public Employees' Retirement Association of Colorado, as well as a number of Taft-Hartley health, welfare and pension funds.

**Securities Fraud**

In securities litigation, the firm is counsel for the Minnesota State Board of Investment (MSBI), lead plaintiff in In re AOL Time Warner, Inc. Securities Litigation (S.D.N.Y.). As lead counsel in that case, we recently achieved a $2.65 billion settlement on behalf of purchasers of securities of America Online and media-giant Time Warner. The settlement is one of the five

largest securities fraud class settlements in history. The firm was also lead counsel in In re Broadcom Corp. Securities Litigation (C.D. Cal.), a securities fraud case brought on behalf of a class of Broadcom shareholders. The firm reached a $150 million settlement, which was recently approved by the court. This settlement also ranks as one of the largest in history. As lead counsel for a class of securities investors in In re Mercury Finance Company Securities Litigation (N.D. Ill.), we negotiated a settlement with Mercury's auditing firm for $40.5 million, one of the largest amounts ever recovered from an accounting firm for violations of the securities laws. In addition, we obtained recoveries of more than $15 million from Mercury's officers and directors, and from Mercury itself, even though the company was in bankruptcy.

**Antitrust**

In antitrust litigation, Heins Mills & Olson is one of two lead counsel firms representing a class of purchasers of food additives in In re Monosodium Glutamate Antitrust Litigation (D. Minn.). The firm has negotiated settlements, totaling $123.4 million, with most of the defendants. The firm served as lead trial counsel representing travel agents against major domestic airlines in In re Travel Agency Commission Antitrust Litigation (D. Minn.), which resulted in eve-of-trial settlements totaling $86 million. The firm also was co-lead counsel for classes of consumers of infant formula in price-fixing actions brought in seventeen states against infant formula manufacturers. The cases were settled collectively for $64 million in cash and infant formula products. We recently served as co-lead counsel and co-lead trial counsel for purchasers of laminated cabinetry in In re High Pressure Laminates Antitrust Litigation (S.D.N.Y.), and as a co-chair of the plaintiffs' discovery committee in In re Vitamins Antitrust Litigation (D.D.C.). The firm is also co-lead counsel in In re Polyester Staple Antitrust Litigation (W.D.N.C.), a price-fixing action against manufacturers of polyester staples.

**Consumer Protection**

Heins Mills & Olson has represented consumers injured by violations of a wide variety of deceptive trade practices and consumer protection laws. The firm has brought claims on behalf of all types of consumers, including purchasers of prescription drugs, long distance telephone service, air compressors, smoke detectors, and hearing aids. As an advocate for consumer rights, the firm is one of three co-lead counsel in In re Universal Service Fund Telephone Billing Practices Litigation (D. Kan.), brought on behalf of business and residential customers to challenge USF surcharges collected by long-distance telephone companies. The firm also is lead counsel in several statewide and national class actions brought on behalf of landowners against telecommunications companies that have laid fiber-optic cable in railroad rights of way without compensating the owners of the adjacent or underlying land. The firm also represents individual parties in other commercial cases, primarily in the areas of patent and trademark infringement, unfair competition, and deceptive trade practices.

**Attorneys**

**Samuel D. Heins**

An Equity Member and governor of the firm, Samuel D. Heins has extensive experience in complex litigation, particularly in securities fraud and antitrust class actions, and has served as lead or co-lead counsel in a number of major class actions. He served as lead trial counsel in In re Travel Agency Commission Antitrust Litig. (D. Minn.) (antitrust claims on behalf of travel agents against major domestic airlines), and now is or recently has been involved in numerous other cases, among them In re AOL Time Warner Securities Litig. (S.D.N.Y.) (securities fraud claims on behalf of AOL and Time Warner shareholders); In re Pharmaceutical Industry Average Wholesale Price Litig. (E.D. Mass.) (price-fixing, RICO and other claims against pharmaceutical

companies on behalf of consumers, self-insured employers, health and welfare plans, health insurers and other end payors); In re Monosodium Glutamate Antitrust Litig. (D. Minn.) (price-fixing claims on behalf of business purchasers of MSG against manufacturers); In re High Pressure Laminates Antitrust Litig. (S.D.N.Y.) (price fixing claims by businesses against manufacturers of high pressure laminates); In re Universal Service Fund Telephone Billing Practices Litig. (D. Kan.) (consumer fraud and antitrust claims against AT&T, MCI and Sprint for USF telephone charges); In re Fiber Optic Cable Litig. (N.D. Ill.) (claims on behalf of property owners alleging that telecoms installed facilities within rights of way without consent); In re Broadcom Corp. Securities Litig. (C.D. Cal.) (securities fraud claims on behalf of Broadcom shareholders); In re Green Tree Financial Stock Litig. (D. Minn.) (securities fraud claims against Green Tree); and In re Vitamins Antitrust Litig. (D.D.C.) (antitrust claims against domestic vitamin producers and distributors on behalf of foreign direct purchasers).

In addition, Mr. Heins represented several state public pension funds in private litigation to recover the funds' securities losses related to their purchases of McKesson HBOC common stock. These funds include the Utah State Retirement Board, the Public Employees' Retirement Association of Colorado, and the Minnesota State Board of Investment. Other cases in which he has participated in the representation of plaintiff classes include: In re Mercury Finance Co. Sec. Litig. (N.D. Ill.); In re Stucco Litig. (E.D.N.C.); In re Olympic Financial Sec. Litig. (D. Minn.); American Carriers Sec. Litig. (D. Kan.); Archer Communications Sec. Litig. (C.D. Cal.); In re Grand Casinos Securities Litig. (D. Minn.); Bulk Popcorn Antitrust Litig. (D. Minn.); Charterhouse Sec. Litig. (D. Minn.); Comserv Sec. Litig. (D. Minn.); Craig-Hallum Sec. Litig. (D. Minn.); Daisy Systems Corp. Sec. Litig. (N.D. Cal.); Damson Oil & Gas Limited Partnerships Sec. Litig. (S.D.N.Y); Diamonds Antitrust Litig. (S.D.N.Y.); EECO Sec. Litig.

(C.D. Cal.); Embassy Suites Sec. Litig. (C.D. Cal.); Endotronics Sec. Litig. (D. Minn.); Fidelity Medical Inc. Sec. Litig. (D.N.J.); Harcourt Brace Jovanovich, Inc. Sec. Litig. (S.D.N.Y.); In re HMOA Sec. Litig. (N.D. Ill.); Jan Bell Sec. Litig. (S.D. Fla.); K-tel Corp. Sec. Litig. (D. Minn.); Kirschner Medical Corp. Sec. Litig. (D. Md.); L.A. Gear Sec. Litig. (C.D. Cal.); Miniscribe Sec. Litig. (D. Colo.); In re Molybdenum Antitrust Litig. (W.D. Pa.); Mortgage & Realty Trust Sec. Litig. (E.D. Pa.); Netteburg v. Cheyenne Land Co. (D. Minn.); Pinnacle West Sec. Litig. (D. Ariz.); Residential Resources Sec. Litig. (D. Ariz.); Saxon Industries Sec. Litig. (S.D.N.Y.); Simmons Co. ERISA Litig. (W.D. Wis.); Tandon Corp. Sec. Litig. (C.D. Cal.); Thousand Trails, Inc. Sec. Litig. (W.D. Wash.); and Wirebound Boxes Antitrust Litig. (D. Minn.).

Mr. Heins graduated from the University of Minnesota and received his J.D. degree from the University of Minnesota Law School. He served as a law clerk to the Honorable Earl R. Larson, United States District Judge, District of Minnesota. He has been a visiting professor at the University of Minnesota's School of Architecture. He is a member of the Federal Advisory Committee to the Judicial Council of the Eighth Circuit, was a member of the Minneapolis Charter Commission, and has served as president of both the Minnesota Advocates for Human Rights and the Minnesota Center for Victims of Torture. He also is a member of the Hennepin County, Minnesota State (Member, Board of Governors, 1978-1984) and American Bar Associations.

**Stacey L. Mills**

After recently ending her tenure as a member of the firm, Stacey L. Mills is now of counsel to the firm. She has a wealth of experience litigating class and other complex litigation. She was one of the lead lawyers most actively involved on behalf of the plaintiff class in In re Travel Agency Commission Antitrust Litig. (D. Minn.) (antitrust claims on behalf of travel

5

agents against major domestic airlines). Most recently, she has been involved in In re AOL Time Warner Securities Litig. (S.D.N.Y.) (securities fraud claims on behalf of AOL and Time Warner shareholders); In re High Pressure Laminates Antitrust Litig. (S.D.N.Y.) (price fixing claims by businesses against manufacturers of high pressure laminates); In re Fiber Optic Cable Litig. (N.D. Ill.) (claims on behalf of property owners alleging that telecoms installed facilities within rights of way without consent); and In re Broadcom Corp. Securities Litig. (C.D. Cal.) (securities fraud claims on behalf of Broadcom shareholders).

Among other cases in which Ms. Mills has been involved are In re Green Tree Financial Stock Litig. (D. Minn.); In re Grand Casinos, Inc. Sec. Litig. (D. Minn.); In re Buffets, Inc. Sec. Litig. (D. Minn.); In re Mercury Finance Co. Sec. Litig. (N.D. Ill.); In re Digi International, Inc. Sec. Litig. (D. Minn.); In re Olympic Financial Sec. Litig. (D. Minn.); In re Policy Management Systems Corp. Secs. Litig. (D.S.C.); In re High-Fructose Corn Syrup Antitrust Litig. (C.D. Ill.); Jong Lee v. Summit Medical Systems, Inc. (D. Minn.); In re Tricord Systems, Inc. Sec. Litig. (D. Minn.); and In re NASDAQ Market-Makers Antitrust Litig. (S.D.N.Y.); In re Scimed Life Sec. Litig. (D. Minn.), A & J Deutscher Family Fund v. Bullard (C.D. Cal.); In re Unioil Sec. Litig. (C.D. Cal.); In re Cousins Sec. Litig. (S.D. Cal.); In re Daisy Systems (N.D. Cal.); In re HMOA Sec. Litig. (N.D. Ill.); In re Employee Benefit Plans Sec. Litig. (D. Minn.); Guenther v. Cooper Life Sciences (N.D. Cal.); In re Tera Sec. Litig. (N.D. Cal.); In re Technical Equities Sec. Litig. (N.D. Cal.); Krasner v. Mitchell (Cal. Super. Ct. Los Angeles); Kurgen v. Boise (C.D. Cal.); Levy v. Eletr (N.D. Cal.); Mirochnick v. Glasky (C.D. Cal.); Shields v. Smith (N.D. Cal.); Steiner v. Whittaker Corp. (Cal. Super. Ct. Los Angeles); Thau v. Johnson (S.D. Cal.); The Clothestime Sec. Litig. (C.D. Cal.); Weinberger v. Kwiker (C.D. Cal.); and Weinberger v. Liebel (S.D. Cal.).

6

Ms. Mills has also represented plaintiffs asserting derivative claims on behalf of corporations in complex civil actions, including <u>Goldman v. Belzberg</u> (Cal. Super. Ct. Los Angeles) (on behalf of FarWest Savings & Loan Association); <u>Grobow v. Dingman,</u> (S.D. Cal.) (on behalf of The Henley Group, Inc.); <u>In re Lockheed Corp. Sec. Litig.</u> (C.D. Cal.); <u>Pacific Gas & Elec. Shareholder Derivative Litig.</u> (Cal. Super. Ct. San Francisco); and <u>Seaman v. Pratt,</u> (Cal. Super. Ct. Orange Co.) (on behalf of Pfizer Inc.).

Ms. Mills received her undergraduate degree from the University of Nebraska and her J.D. from California Western School of Law. Ms. Mills is admitted to practice in the Minnesota state courts, the United States District Courts for the Southern, Central and Northern Districts of California and the District of Minnesota, and the United States Court of Appeals for the Ninth Circuit. She is a member of the California and Minnesota State Bar Associations.

**Vincent J. Esades**

Vincent J. Esades is an Equity Member of the firm. He is a cum laude graduate of the University of North Dakota (B.A.) and received his J.D. from the University of North Dakota School of Law. He is admitted to practice in Minnesota and North Dakota and in the U.S. District Court for the District of Minnesota. He has a national practice in the field of complex litigation, primarily in the areas of antitrust, consumer fraud and securities fraud. He is currently working as lead plaintiffs' counsel on several nationwide class actions, including <u>Phillips v. Sears Roebuck, et. al.</u> (consumer fraud and RICO claims against manufacturers of lawnmowers); <u>In re Polyester Staple Antitrust Litig.</u> (W.D.N.C.) (price fixing claims against polyester staple manufacturers on behalf of business purchasers); <u>In Re Bulk Graphite Antitrust Litig.</u> (D.N.J.) (price fixing claims against manufacturers of bulk graphite on behalf of business purchasers); <u>In re High Pressure Laminates Antitrust Litig.</u> (S.D.N.Y.) (price fixing claims against

manufacturers of high pressure laminates on behalf of business purchasers); <u>In re Universal Service Fund Telephone Billing Practices Litig.</u> (D. Kan.) (consumer fraud and antitrust claims against AT&T, MCI and Sprint for USF telephone charges) and <u>In re Publication Paper Antitrust Litig.</u> (D. Conn.) (Executive Committee) (price-fixing claims against paper manufacturers); and is also involved in numerous other nationwide class actions including <u>In re Hydrogen Peroxide Antitrust Litig.</u> (E.D. Pa.); <u>In re Air Cargo Antitrust Litig.</u> (E.D.N.Y); <u>In re Intel Corp. Microprocessor Antitrust Litig.</u> (D. Del). Mr. Esades has actively participated in numerous other class actions, including <u>In re Vitamins Antitrust Litig.</u> (D.D.C.); <u>Howe v. Microsoft Corp.</u> (N.D.); <u>Gordon v. Microsoft Corp.</u> (Minn., 4th Jud. Dist.); <u>In re NASDAQ Market-Makers Antitrust Litig.</u> (S.D.N.Y.); <u>In re Motorsports Merchandise Antitrust Litig.</u> (N.D. Ga.).

**Dylan J. McFarland**

Dylan J. McFarland is an officer of the firm. He is a graduate of the University of Minnesota (B.A. <u>summa cum laude</u>) and the Harvard Law School (J.D. <u>cum laude</u>). While attending Harvard, Mr. McFarland was an editor of the <u>Harvard Civil Rights-Civil Liberties Law Review</u>. He is admitted to practice in the Minnesota state courts, the U.S. District Court for the District of Minnesota, and the U.S. Court of Appeals for the Eighth Circuit Court. He is a member of the Minnesota State and Hennepin County Bar Associations. From 1998-2002, he was an Adjunct Professor of Law at William Mitchell College of Law, where he taught Legal Writing, Trial Skills, and Appellate Advocacy.

Mr. McFarland practiced in the area of complex commercial litigation as an associate with Gray Plant Mooty before attending the University of Minnesota Medical School. As a partner of Burstein Hertogs Olson & McFarland, P.A., he continued to represent corporations and municipalities in complex litigation, including shareholder derivative actions. In a case of

first impression, he represented the defendant in Skoglund v. Brady (Minn.), which defined the scope of derivative claims and the authority of special litigation counsel under Minnesota law.

Since joining the firm, Mr. McFarland has worked on class actions such as In re AOL Time Warner Sec. Litig. (S.D.N.Y.) (securities fraud claims against AOL and Time Warner on behalf of shareholders), Good, et al. v. Ameriprise Financial, Inc., et al. (D. Minn.) (contractual claims against financial services provider on behalf of employee and independent financial advisors), In re Broadcom Corp. Sec. Litig. (C.D. Cal.) (securities fraud claims against semiconductor manufacturer on behalf of shareholders), Behrend v. Comcast Corp. (E.D. Pa.) (antitrust claims against cable services provider on behalf of subscribers); and In re New Motor Vehicle Canadian Export Antitrust Litig. (D. Me.) (antitrust claims against vehicle manufacturers on behalf of consumers).

**David Woodward**

David Woodward is an officer of the firm. After graduating with highest honors from St. Cloud State University (B.A.), he obtained his J.D. from the School of Law of the University of California in Los Angeles, where he was admitted to the Order of the Coif and was a member of the UCLA Law Review. He was also awarded a Masters of Law with highest honors from the National Law Center, Washington, D.C.

From 1987-2003, Mr. Woodward served as an Assistant Attorney General in the Civil Enforcement Unit of the Minnesota Attorney General's Office. Mr. Woodward has extensive experience representing the State of Minnesota in lawsuits enforcing statutory prohibitions against false advertising, deceptive trade practices and consumer fraud. Mr. Woodward's consumer protection litigation areas of emphasis included health frauds, mortgage related enforcement matters and deceptive practices particularly impacting vulnerable consumers. On

behalf of the Minnesota Attorney General's Office, Mr. Woodward helped to create a multi-state health fraud litigation group, which he co-chaired from 1994-1996. He served as lead counsel on behalf of the State of Minnesota in numerous multi-state enforcement efforts involving the application of state consumer protection statutes to nationwide drug advertising and promotional practices within the pharmaceutical industry, as well as a multi-state settlement with a large food company involving application of federal and state food laws and state consumer laws to the advertising and sale of a combination food/toy product marketed to young children.

Mr. Woodward has extensive consumer protection litigation experience. He has represented the State of Minnesota in both state and federal courts. He represented the State of Minnesota in State v. American Family Mut. Ins. Co., 609 N.W.2d 1 (Minn. Ct. App. 2000), a consumer and insurance law enforcement matter benefiting homeowners statewide in a case confirming the Attorney General's authority to sue insurers to enforce Minnesota consumer and insurance laws. Mr. Woodward has represented the State in numerous false advertising, deceptive trade practices and consumer fraud cases, including litigation challenging advance fee loan schemes; college financial aid services companies; credit repair frauds; usurious credit card charges; home mortgage escrow overcharges; false advertising for bogus yellow page directories; the sale of bogus cancer treatment devices; the marketing to young consumers of an unapproved, dangerous drug misrepresented as a safe and natural product; misrepresentations in the sale of hearing aids; travel promotion schemes; deceptive practices affecting small businesses; and deceptive sweepstakes practices by major national sweepstakes companies.

From 1976-1979 and 1980-1987, Mr. Woodward served as a staff attorney for a non-profit legal services corporation providing legal representation in civil matters, including litigation, to low-income persons in south central Pennsylvania. He was counsel before the

Pennsylvania Supreme Court in Pugh v. Holmes, 405 A.2d 897 (Pa. 1979), a seminal case which established on a statewide basis the implied warranty of habitability in residential lease transactions.

Mr. Woodward is admitted to practice before Minnesota, Pennsylvania and California state courts, United States District Court for the Districts of Minnesota and the Middle District of Pennsylvania, the United States Courts of Appeals for the Third, Fifth, Eighth and Ninth Circuits, and the United States Supreme Court. Mr. Woodward has provided pro bono representation to persons seeking asylum. In 2000, he received the Pro Bono Volunteer Annual Attorney Award from Minnesota Advocates for Human Rights.

Mr. Woodward works on antitrust, consumer fraud and securities fraud class litigation in which the Heins Mills & Olson firm serves as plaintiffs' counsel.

**Barbara J. Felt**

Barbara J. Felt is an officer of the firm. She received her undergraduate degree from the University of Minnesota (B.A. magna cum laude) and her law degree from William Mitchell College of Law (J.D.). She has a broad range of experience in civil litigation matters, including handling commercial litigation and products liability claims. Ms. Felt has been involved in all aspects of the litigation and appellate process, and has participated in several significant trials and appeals involving cases of first impression.

Ms. Felt was named a "Super Lawyer" by Minnesota Law & Politics in 2004, 2003 and 2002, and a "Rising Star" in 2002 and 2001, recognitions based on attorney polling across Minnesota. She is admitted to practice in the State of Minnesota, the U.S. District Court for the District of Minnesota, and the U.S. Court of Appeals for the Eighth Circuit. Ms. Felt is a member of the Minnesota State, Hennepin County, and American Bar Associations, American

Association for Justice, and Minnesota Women Lawyers. She has authored several articles and chapters for publications, and has spoken at a number of legal education seminars on litigation topics.

Ms. Felt is currently working on, or has recently been involved in, several class actions, including Good, et al. v. Ameriprise Financial, Inc., et al. (D. Minn.) (contractual claims against financial services provider on behalf of employee and independent financial advisors), In re Universal Service Fund Telephone Billing Practices Litig. (D. Kan.) (consumer fraud and antitrust claims against AT&T, MCI and Sprint for USF telephone charges), In re AOL Time Warner, Inc. Securities Litig. (S.D.N.Y.) (securities fraud claims against AOL and Time Warner on behalf of shareholders) and In re Pharmaceutical Industry Average Wholesale Price Litig. (D. Mass.) (price-fixing, RICO and other claims against pharmaceutical companies on behalf of consumers, self-insured employers, health and welfare plans, health insurers and other end payors).

**Lori A. Johnson**

Lori A. Johnson is an associate of the firm. She is a graduate of Concordia College (B.A.) and a cum laude graduate of the University of Minnesota Law School (J.D.), where she served as a member of the Minnesota Law Review. Ms. Johnson served as a law clerk to the Honorable Kevin S. Burke, Chief Judge, Fourth Judicial District of Minnesota. She is admitted to practice in the U.S. District Court for the District of Minnesota, the Eighth Circuit Court of Appeals and in the state courts of Minnesota. Ms. Johnson is currently working on Good, et al. v. Ameriprise Financial, Inc., et al. (D. Minn.) (contractual claims against financial services provider on behalf of employee and independent financial advisors) and In re AOL Time Warner, Inc. Sec. Litig. (S.D.N.Y.) (securities fraud claims against AOL and Time Warner on

behalf of shareholders). In the past, Ms. Johnson has worked on In re McKesson HBOC Sec. Litig. (N.D. Cal.), In re Magnetic Audiotape Antitrust Litig. (S.D.N.Y.), and Ellerbrake v. Campbell-Hausfeld (Ill.).

**Troy J. Hutchinson**

Troy J. Hutchinson, an associate of the firm, is a graduate of the University of Wisconsin-Madison (B.A. summa cum laude) and the University of Minnesota Law School (J.D. cum laude). Mr. Hutchinson served as a law clerk to the Honorable Raymond L. Erickson, United States Magistrate Judge, District of Minnesota. He is admitted to practice in the state courts of Minnesota, and the United States District Court for the District of Minnesota. Mr. Hutchinson is currently working on complex civil litigation matters, including; In re Bulk Graphite Antitrust Litig. (D.N.J.) (price fixing claims against manufacturers of bulk graphite), In re Intel Corp. Microprocessor Antitrust Litig. (D. Dela.) (antitrust claims against Intel on behalf of consumers), In re MMA/PMMA Antitrust Litig. (E.D. Pa.) (antitrust claims on behalf of purchasers against suppliers of acrylates) and In re New Motor Vehicles Canadian Export Antitrust Litig. (D. Maine) (antitrust claims against vehicle manufacturers on behalf of consumers).

**Jessica N. Servais**

Jessica N. Servais is an associate of the firm. She was awarded a B.A. magna cum laude by Macalester College and her J.D. by the University of Minnesota Law School, where she was the Executive Editor of the Minnesota Intellectual Property Review. Ms. Servais served as a law clerk to the Honorable Michael J. Davis, U.S. District Court Judge, District of Minnesota. She is admitted to practice in the state courts of Minnesota and Wisconsin, and in the U.S. District Court for the District of Minnesota. She currently is or has recently been working on complex

litigation, including <u>Behrend v. Comcast Corp.</u> (E.D. Pa.), <u>Kristian v. Comcast Corp.</u> (D. Mass) and <u>Rogers v. Comcast Corp.</u> (D. Mass.) (antitrust claims against cable services provider on behalf of subscribers); <u>In re Ready-Mixed Antitrust Litigation</u> (S.D. Ind.) (price-fixing claims against ready-mixed concrete suppliers on behalf of purchasers); <u>Solo v. Bed Bath & Beyond, Inc.</u> (D.N.J.) (consumer fraud claims alleging misrepresentations by distributor of bed linens about thread count); <u>In re Universal Service Fund Telephone Billing Practices Litig.</u> (D. Kan.) (consumer fraud and antitrust claims against AT&T, MCI and Sprint for USF telephone charges); and <u>In re Relafen Antitrust Litig.</u> (N.D. Cal.) (antitrust claims on behalf of consumers against manufacturers of brand name nabumetone tablets). In addition, she is one of the lawyers who represented Colorado, Minnesota and Utah State employee pension funds in private litigation regarding losses suffered in connection with their purchases of McKesson HBOC securities.

**Matthew W. Ruan**

Matthew Ruan is an associate in the firm. He is a graduate of the University of Chicago and the University of Michigan Law School, where he was an editor of the <u>Michigan Journal of International Law</u>. Mr. Ruan served as a judicial extern to the Honorable Blanche M. Manning, U.S. District Court Judge, Northern District of Illinois. He is admitted to practice in the state courts of Minnesota and the U.S. District Court for the District of Minnesota. Mr. Ruan is currently working on complex civil cases, including <u>In re New Motor Vehicle Canadian Export Antitrust Litig.</u> (D. Me.) (antitrust claims against vehicle manufacturers on behalf of consumers), <u>In re Intel Corp. Microprocessor Antitrust Litig.</u> (D. De.) (antitrust claims against Intel on behalf of consumers), <u>In re AOL Time Warner Securities Litig.</u> (S.D.N.Y.) (securities fraud claims against AOL and Time Warner on behalf of shareholders) and <u>In re Pharmaceutical Industry</u>

14

Average Wholesale Price Litig. (D. Mass.) (price-fixing, RICO and other claims against pharmaceutical companies on behalf of consumers, self-insured employers, health and welfare plans, health insurers and other end payors).

**Scott W. Carlson**

Scott W. Carlson is an associate of the firm. He is a graduate of the Honors Program at Minot State University (B.A.) and a cum laude graduate of the University of Minnesota Law School (J.D.), where he served as a Managing Editor of the Minnesota Law Review, as the first Chairman of the Minnesota Law Review Technology Committee, and was a recipient of the Legal Writing & Research Program's "Best Oralist Award.". Mr. Carlson served as a judicial extern to the Honorable United States Chief Magistrate Judge Franklin L. Noel, United States District Court, District of Minnesota.

In his previous professional experience, Mr. Carlson served as a Senior Analyst on the staff of the U.S. Senate Budget Committee (2000-01), as a Legislative Assistant (1997-2000) and Legislative Correspondent (1993-94) to U.S. Senator Kent Conrad (D-N.D.), as the Communications Director of the Lee Kaldor for Governor of North Dakota campaign (1996), and as the Policy & Communications Director of the N.D. Department of Agriculture (1994-96).

Mr. Carlson is admitted to practice in the U.S. District Court for the District of Minnesota and in the state courts of Minnesota. He is currently working on several class actions, including In re AOL Time Warner Securities Litig. (S.D.N.Y.) (securities fraud claims against AOL and Time Warner on behalf of shareholders), In re High Pressure Laminates Antitrust Litig. (S.D.N.Y.) (price fixing claims against manufacturers of high pressure laminates), In re Guidant Corp. Implantable Defibrillators Products Liability Litig. (D. Minn.) (product liability claims on behalf of patients with implanted defibrillators) and other complex litigation. Class actions in

which Mr. Carlson has previously been involved include <u>In re Monosodium Glutamate Antitrust Litig.</u> (D. Minn.), <u>In re Relafen Antitrust Litig.</u> (N.D. Cal.) (antitrust claims on behalf of consumers against manufacturers of brand name nabumetone tablets) and <u>In re Fiber Optic Cable Litig.</u> (N.D. Ill.).

**Katherine T. Kelly**

Katherine Kelly is an associate of the firm. She is a graduate of the University of Minnesota (B.S.) and William Mitchell College of Law (J.D.), where she was an Assistant Editor of the <u>William Mitchell Law Review</u>. Ms. Kelly is admitted to practice in the state courts of Minnesota and before the United States Patent and Trademark office. Ms. Kelly is currently working on complex civil cases, including <u>Phillips v. Sears Roebuck, et. al.</u> (consumer fraud and RICO claims against manufacturers of lawnmowers); <u>Good, et al. v. Ameriprise Financial, Inc., et al.</u> (D. Minn.) (contractual claims against financial services provider on behalf of employee and independent financial advisors), <u>In re Guidant Corporation Implantable Defibrillators Products Liability Litigation</u> (D. Minn.) (product liability claims on behalf of patients with implanted defibrillators) and <u>In re AOL Time Warner Securities Litig. (S.D.N.Y)</u>.

**Christian J. Clapp**

Christian Clapp is an associate of the firm. She received her B.A. <u>summa</u> <u>cum</u> <u>laude</u> from the University of North Dakota and her J.D. <u>cum</u> <u>laude</u> from the University of Minnesota Law School. While in law school, Ms. Clapp served as an intern law clerk to the Honorable Paul Magnuson, United States District Court, District of Minnesota. Ms. Clapp is admitted to practice in the state courts of Minnesota. She is currently working on several class actions, including <u>In re New Motor Vehicle Canadian Export Antitrust Litig.</u> (D. Me.) (antitrust claims against vehicle

16

manufacturers on behalf of consumers), In re Intel Corp. Microprocessor Antitrust Litig. (D. Dela.) (antitrust claims against Intel on behalf of consumers), In re Guidant Corporation Implantable Defibrillators Products Liability Litigation (D. Minn.) (product liability claims on behalf of patients with implanted defibrillators) and In re Publication Paper Antitrust Litig. (D. Conn.).