1

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

----------------------------------------------------------

IN RE:   MONOSODIUM GLUTAMATE   )   MDL 00-1328 (PAM/JGL)
                                )
         ANTITRUST LITIGATION   )
                                )   January 9, 2003
                                )   9:35 a.m.
                                )   St. Paul, Minnesota

----------------------------------------------------------

BEFORE THE HONORABLE JUDGE PAUL A. MAGNUSON

UNITED STATES DISTRICT COURT JUDGE

CIVIL MOTIONS PROCEEDINGS


*   *   *


BRUCE R. TIFFANY
UNITED STATES COURT REPORTER
Suite 646, 316 North Robert Street
St. Paul, Minnesota 55101
(651) 848-1222

EXHIBIT 7

```
 1   APPEARANCES:

 2

 3   FOR THE PLAINTIFFS:        Richard A. Lockridge, Esq.
                                W. Joseph Bruckner, Esq.
 4                              Lockridge, Grindal, Nauen, PLLP
                                Suite 2200
 5                              100 Washington Avenue South
                                Minneapolis, Minnesota 55401-2179
 6                              (612) 339-6900

 7

 8              And

 9

10                              Samuel Heins, Esq.
                                Daniel E. Gustafson, Esq.
11                              Heins, Mills & Olson, P.L.C.
                                3550 IDS Center
12                              80 S. Eighth Street
                                Minneapolis, Minnesota 55402
13                              (612) 338-4605

14
     FOR THE DEFENDANTS:
15

16
     FOR CHEIL JEDANG CORPORATION
17   AND CJ AMERICA, INC.:

18
                                Michael A. Lindsay, Esq.
19                              Michelle Grant, Esq.
                                Dorsey & Whitney, LLP
20                              50 South Sixth Street
                                Suite 1500
21                              Minneapolis, Minnesota 55402-1498
                                (612) 340-7819
22              And

23
                                Scott A. Neilson, Esq.
24                              Henson & Efron
                                220 South Sixth Street
25                              Suite 1800
                                Minneapolis, Minnesota 55402-4503
                                (612) 339-2500
```

1   distribution until that hearing. But again, it's not
2   our money, and that's the Court's decision.
3           THE COURT: Okay. Thank you, Mr. Lindsay.
4           Mr. Neilson, do you have any advice for me?
5           MR. NEILSON: Scott Neilson, Henson & Efron
6   for the Takeda defendants. It's not Takeda's money any
7   more, either, Your Honor. Takeda takes no position and
8   just leaves fee petition and the plan of distribution to
9   Your Honor's discretion.
10          THE COURT: Okay. Well, I want to start
11  with this: I don't think the plaintiffs would worry
12  too much about that their children and their
13  grandchildren will be very well educated. And, make no
14  bones about it, we're here today, I'll make no bones
15  about this, I think this is as fine a job of plaintiff
16  lawyering as I've ever seen, and I commend you for it.
17          We've got a little bit of the defense bar
18  here, as well, and I'm going to throw them into it, as
19  well. It's fascinating because I've been juggling
20  several of these cases recently for an unusual reason,
21  called the wheel. But it just has happened. But it's
22  been facinating to watch this case versus some of the
23  other cases with the struggles that have been going on,
24  and what I would deem as something very well-lawyered,
25  very-efficiently lawyered. You didn't come to bother

1   the Court unless there was a reason to bother the Court.
2   And when you did bother the Court, it was exceedingly
3   well presented. So I do nothing but take my hat off,
4   and I particularly take my hat off to the plaintiffs'
5   Counsel here. I assume whoever those people were that
6   were digging around in all those documents found that
7   proverbial smoking gun at some particular point. And
8   people that do that kind of good work need to be
9   compensated, they will be compensated. I make no bones
10  about that.

11          I'm particularly cognizant of the fact that
12  my colleague down in Peoria didn't think much at all
13  about the sister case. Some folks in the Seventh
14  Circuit had a different idea. But I knew that. I knew
15  that in the beginning of the case, and I just thought
16  why in the world are you guys doing this for. And I now
17  know.

18          But anyway, having said all that with
19  respect to it, and I did want to place commendations on
20  the record because I really mean it, it is a case that
21  did commence on very shoort attention. The attorney's
22  fees to a human being are an awful lot of money. I'm
23  not saying that I'm not going to give people a lot of
24  money. I am. But I do think it is my role to now view
25  that a little more carefully. I think it's my role that