UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

MDL No. 1456

---

CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Judge Patti B. Saris

---

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Demra Jordan, in the above-captioned action.

Respectfully Submitted,

DEMRA JORDAN

By her attorney,

*/s/ Robert D. Hillman*
Robert D. Hillman/BBO# 552637
Deutsch Williams Brooks DeRensis & Holland, P.C.
99 Summer Street
Boston, MA 02110-1213
Tel: (617) 951-2300
Fax:(617-951-2323

## CERTIFICATE OF SERVICE

I, Robert Hillman certify that I understand that all counsel of record will receive electronic notice of the electronic filing of this pleading.

/s/ *Robert D. Hillman*
Robert D. Hillman