UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION          MDL No. 1456

---

                                                              CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

ALL ACTIONS                                                   Judge Patti B. Saris

---

## OBJECTION OF DEMRA JORDAN

COMES NOW, DEMRA JORDAN, who is a member of the proposed settlement class and objects to the certification of this class and the final approval of this settlement and would respectfully show:

1. Demra Jordan is a member of the proposed settlement class. *See* Affidavit of Demra Jordan, attached as "Exhibit A" and incorporated herein, in its entirety, by reference. Specifically,

    - Demra Jordan is a member of the "Private Payor Class";

    - Demra Jordan paid for Zantac (Ranitidine HCL), a GlaxoSmithKline "Covered Drug" from January 1, 1991 through the mid-1990s;

    - Demra Jordan paid the full amount out-of-pocket for the Zantac (Ranitidine HCL) from January 1, 1991 through the mid-1990s;

    - On several occasions, from January 1, 1991 through the mid-1990s, when

Demra Jordan had health insurance, she made a percentage co-payment for Zantac (Ranitidine HCL). *Id.*

2. Since Demra Jordan has not elected to opt out of this proposed settlement, Demra Jordan has standing to bring this objection.

3. The proposed Settlement Class cannot be properly certified due to a lack of predominance of common issues pursuant to Federal Rule of Civil Procedure 23(b)(3), as evidenced by this Court's prior rulings in this case.

    Respectfully Submitted,

    DEMRA JORDAN

    By her attorney,

    */s/ Robert D. Hillman*
    Robert D. Hillman/BBO# 552637
    Deutsch Williams Brooks DeRensis & Holland, P.C.
    99 Summer Street
    Boston, MA 02110-1213
    Tel: (617) 951-2300
    Fax:(617-951-2323

    Scott Kinsel
    MOORE, LANDREY, L.L.P.
    1609 Shoal Creek Boulevard, Suite 100
    Austin, Texas 78701-1054
    Ph: (512) 499-8900
    Fax: (512) 628-3285

## CERTIFICATE OF SERVICE

I, Robert Hillman certify that I understand that all counsel of record will receive electronic notice of the electronic filing of this pleading.

*/s/ Robert D. Hillman*
Robert D. Hillman
