## AFFIDAVIT

**STATE OF TEXAS**

**COUNTY TRAVIS**

"My name is Demra Jordan, I am over eighteen years of age, and am fully competent to make this affidavit. I have personal knowledge of the matters discussed herein and they are true and correct.

- I was prescribed and took Zantac (Ranitidine HCL), a GlaxoSmithKline drug, on or after January 1, 1991 through the mid-1990s;
- I paid the full amount out-of-pocket for Zantac (Ranitidine HCL) I was prescribed and took on or after January 1, 1991 through the mid-1990s;
- On several occasions, from January 1, 1991 through the mid-1990s, when I had health insurance, I made a percentage co-payment for Zantac (Ranitidine HCL).

**FURTHER, AFFIANT SAYETH NOT."**

_____
Demra Jordan

SUBSCRIBED and SWORN TO BEFORE ME, the undersigned authority, on this the 21 day of June, 2007, to certify which witness my hand and seal.

RENATE JEAN OWENS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MAY 10, 2009

Notary Public in and for the State of Texas
My commission Expires: 5-10-09