## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION       MDL No. 1456

----------------------------------------------------------------       CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

ALL ACTIONS                                         Judge Patti B. Saris

----------------------------------------------------------------


### MOTION TO PERMIT SCOTT C. KINSEL TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Plaintiff Demra Jordan ("Plaintiff"), by its undersigned attorney, hereby moves for the admission *pro hac vice* of its counsel Scott C. Kinsel.  As grounds therefore, Plaintiff states:

1.      Scott C. Kinsel is an attorney at the law firm of Moore Landrey LLP, 1609 Shoal Creek Boulevard, Suite 100, Austin, Texas 78701, and is a member in good standing of the Bar of the State of Texas, as well as the U.S. District Court Eastern District of Texas, U.S. District Court Western District of Texas, U.S. District Court Southern District of Texas, U.S. Court of Appeals for the Fifth Circuit, and the United States Supreme Court.

2.      In further support of this motion, Plaintiff submits herewith the Certificate of Scott Kinsel Pursuant to Local Rule 83.5.3(b) as Exhibit A, establishing that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; and that he is familiar with the local rules of this Court.

Respectfully Submitted,

DEMRA JORDAN

By her attorney,

_/s/ Robert D. Hillman_
Robert D. Hillman/BBO# 552637
Deutsch Williams Brooks DeRensis & Holland, P.C.
99 Summer Street
Boston, MA 02110-1213
Tel: (617) 951-2300
Fax:(617-951-2323

Dated:   June 22, 2007

## CERTIFICATE OF SERVICE

I, Robert Hillman certify that I understand that all counsel of record will receive electronic notice of the electronic filing of this pleading.

_/s/ Robert D. Hillman_
Robert D. Hillman

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

---

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION    MDL No. 1456

---

CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

ALL ACTIONS       Judge Patti B. Saris

---

## CERTIFICATE OF SCOTT C. KINSEL
## PURSUANT TO LOCAL RULE 83.5.3(b)

Scott C. Kinsel, declares and states as follows:

1.    I am an attorney at the law firm of Moore Landrey LLP, 1609 Shoal Creek Boulevard, Suite 100, Austin, Texas 78701, and I am a member in good standing of the Bar of the State of Texas, as well as the U.S. District Court Eastern District of Texas, U.S. District Court Western District of Texas, U.S. District Court Southern District of Texas, U.S. Court of Appeals for the Fifth Circuit, and the United States Supreme Court.

2.    There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2007, at Austin, Texas.

Scott C. Kinsel