**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
|  | MDL NO. 1456 |
|  | Civil Action No. 01-12257-PBS |
|  | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: |   |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) |   |
| *County of Suffolk v. Abbott Labs., et al.* (E.D.N.Y. No. CV-03-229) |   |
| *County of Westchester v. Abbott Labs., et al* (S.D.N.Y. No. 03-CV-6178) |   |
| *County of Rockland v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-7055) |   |
| *County of Dutchess v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-06458) |   |
| *County of Putnam v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-04740) |   |
| *County of Washington v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00408) |   |
| *County of Rensselaer v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00422) |   |
| *County of Albany v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00425) |   |

[Caption Continues on Next Page]

**DEFENDANT ENDO PHARMACEUTICALS INC.'S RENEWAL OF ITS INDIVIDUAL MOTION TO DISMISS THE CONSOLIDATED COMPLAINT OF NEW YORK CITY AND PLAINTIFF NEW YORK COUNTIES OTHER THAN NASSAU**

*County of Warren v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00468) )
*County of Greene v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00474) )
*County of Saratoga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00478) )
*County of Columbia v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00867) )
*Essex County v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00878) )
*County of Chenango v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00354) )
*County of Broome v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00456) )
*County of Onondaga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00088) )
*County of Tompkins v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00397) )
*County of Cayuga v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00423) )
*County of Madison v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00714) )
*County of Cortland v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00881) )
*County of Herkimer v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00415) )
*County of Oneida v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00489) )
*County of Fulton v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00519) )
*County of St. Lawrence v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00479) )
*County of Jefferson v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00715) )
*County of Lewis v. Abbott Labs., et al.* )
(N.D.N.Y. No. 05-CV-00839) )
*County of Chautauqua v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06204) )
*County of Allegany v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06231) )
*County of Cattaraugus v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06242) )
*County of Genesee v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06206) )
*County of Wayne v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06138) )
*County of Monroe v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06148) )
*County of Yates v. Abbott Labs., et al.* )
(W.D.N.Y. No. 05-CV-06172) )

| | |
|---|---|
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| | ) |

Defendant Endo Pharmaceuticals Inc. ("Endo") renews its Individual Memorandum of Law in Support if its Motion to Dismiss the Consolidated Complaint of New York City and Plaintiff New York Counties Other than Nassau (Docket No. 2168), filed on March 3, 2006. Plaintiffs filed Plaintiffs' Opposition to Defendant Endo Pharmaceutical [sic] Inc's Individual Memorandum of Law in Support of Motion to Dismiss on April 17, 2006 (Docket No. 2440). Endo filed its Reply Memorandum of Law in Support of its Motion to Dismiss the Consolidated Complaint of New York City and Plaintiff New York Counties Other than Nassau on May 11, 2007 (Docket No. 2543). Plaintiffs filed Plaintiffs' Joint SurReply in Further Opposition to Defendant Endo Pharmaceutical [sic] Inc's Individual Motion to Dismiss on June 2, 2006 (Docket No. 2644).

For the reasons stated in Endo's Individual Memorandum of Law in Support if its Motion to Dismiss the Consolidated Complaint of New York City and Plaintiff New York Counties Other than Nassau, the First Amended Consolidated Complaint of New York City and Plaintiff

New York Counties,[1] filed by Plaintiffs on June 8, 2007, should be dismissed as to Endo with prejudice.

Dated: June 22, 2007  
       Washington, DC.

Respectfully submitted,  
ARNOLD & PORTER LLP

By: /s/ David D. Fauvre  
Jonathan L. Stern (admitted *pro hac vice*)  
David D. Fauvre (admitted *pro hac vice*)  
555 12th Street, N.W.  
Washington, D.C. 20004  
(202) 942-5000 (phone)  
(202) 942-5999 (fax)

*Attorneys for Defendant Endo Pharmaceuticals Inc.*

---

[1] Nassau County is a Plaintiff listed in the First Amended Consolidated Complaint. Nassau County has not properly served Endo Pharmaceuticals Inc. Endo respectfully submits that the filing of this Renewal is not intended to be, nor does it effectuate, a waiver of any objections regarding service.

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 22, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                                                            /s/ David D. Fauvre