# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION

MDL No. 1456
Civil Action No. 01-12257-PBS

Judge Patti B. Saris

THIS DOCUMENT RELATES TO:

*The City of New York v. Abbott Labs., et al.*
(S.D.N.Y. No. 04-CV-06054)
*County of Suffolk v. Abbott Labs., et al.*
(E.D.N.Y. No. CV-03-229)
*County of Westchester v. Abbott Labs., et al.*
(S.D.N.Y. No. 03-CV-6178)
*County of Rockland v. Abbott Labs., et al.*
(S.D.N.Y. No. 03-CV-7055)
*County of Dutchess v. Abbott Labs., et al.*
(S.D.N.Y. No. 05-CV-06458)
*County of Putnam v. Abbott Labs., et al.*
(S.D.N.Y. No. 05-CV-04740)
*County of Washington v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00408)
*County of Rensselaer v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00422)
*County of Albany v. Abbott Labs., et al*
(N.D.N.Y. No. 05-CV-00425)
*County of Warren v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00468)
*County of Greene v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00474)
*County of Saratoga v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00478)
*County of Columbia v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00867)
*Essex County v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00878)
*County of Chenango v. Abbott Labs, et al.*
(N.D.N.Y. No. 05-CV-00354)
*County of Broome v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00456)
*County of Onondaga v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00088)
*County of Tompkins v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00397)
*County of Cayuga v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00423)
*County of Madison v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00714)
*County of Cortland v. Abbott Labs., et al.*
(N.D.N.Y. No. 05-CV-00881)

| | |
|---|---|
| *County of Herkimer v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00415) | ) |
| *County of Oneida v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00489) | ) |
| *County of Fulton v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00519) | ) |
| *County of St. Lawrence v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00479) | ) |
| *County of Jefferson v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00715) | ) |
| *County of Lewis v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00839) | ) |
| *County of Chautauqua v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06204) | ) |
| *County of Allegany v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06231) | ) |
| *County of Cattaraugus v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06242) | ) |
| *County of Genesee v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of Wayne v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06138) | ) |
| *County of Monroe v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| | ) |

**MOTION TO RENEW DOCKET NO. 2223, INDIVIDUAL MEMORANDUM OF DEFENDANTS PURDUE PHARMA L.P., PURDUE FREDERICK COMPANY, AND PURDUE PHARMA COMPANY'S IN SUPPORT OF THEIR MOTION TO DISMISS THE NEW YORK COUNTIES' FIRST AMENDED CONSOLIDATED COMPLAINT**

Defendants Purdue Pharma L.P., Purdue Frederick Company and Purdue Pharma Company ("Purdue") submit this motion to renew their Individual Memorandum in Support of Their Motion to Dismiss both the Consolidated Complaint of New York City and Plaintiff New York Counties Other Than Nassau and the Second Amended Complaint of Nassau County, filed on March 3, 2006, Docket Entry No. 2223, and reassert their Reply Memorandum, filed on May 26, 2006, Docket Entry No. 2609. The First Amended Consolidated Complaint filed on June 8, 2007 does not cure the pleading failures outlined in Purdue's individual memorandum, and therefore Purdue renews its motion with respect to the newly-field First Amended Consolidated Complaint.

Dated: June 22, 2007     LORI A. SCHECHTER
                         TIFFANY CHEUNG
                         MORRISON & FOERSTER LLP


                         By: /s/ Lori A. Schechter
                              Lori A. Schechter (*Pro Hac Vice*)
                              425 Market Street
                              San Francisco, CA 94105
                              (415) 268-7000
                              Lschechter@mofo.com

                              Attorneys for Defendants
                              Purdue Pharma L.P., Purdue Frederick
                              Company, and Purdue Pharma Company

1

sf-2343134

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

                                            /s/ Lori A. Schechter
                                            Lori A. Schechter

sf-2343134