**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) | |
| *County of Suffolk v. Abbott Labs., et al.* (E.D.N.Y. No. CV-03-229) | **DEFENDANT BAYER CORPORATION'S NOTICE OF ITS RENEWAL OF ITS PENDING INDIVIDUAL MOTION TO DISMISS IN RESPONSE TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT** |
| *County of Westchester v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-6178) | |
| *County of Rockland v. Abbott Labs., et al.* (S.D.N.Y. No. 03-CV-7055) | |
| *County of Dutchess v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-06458) | |
| *County of Putnam v. Abbott Labs., et al.* (S.D.N.Y. No. 05-CV-04740) | |
| *County of Washington v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00408) | |
| *County of Rensselaer v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00422) | |
| *County of Albany v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00425) | |
| *County of Warren v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00468) | |
| *County of Greene v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00474) | |
| *County of Saratoga v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00478) | |
| *County of Columbia v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00867) | |
| *Essex County v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00878) | |
| *County of Chenango v. Abbott Labs., et al.* (N.D.N.Y. No. 05-CV-00354) | |

[Caption Continues on Next Page]

| | |
|---|---|
| *County of Broome v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00456) | ) |
| *County of Onondaga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00088) | ) |
| *County of Tompkins v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00397) | ) |
| *County of Cayuga v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00423) | ) |
| *County of Madison v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00714) | ) |
| *County of Cortland v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00881) | ) |
| *County of Herkimer v. Abbott Labs. et al.* | ) |
| (N.D.N.Y. No. 05-CV-00415) | ) |
| *County of Oneida v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00489) | ) |
| *County of Fulton v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00519) | ) |
| *County of St. Lawrence v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00479) | ) |
| *County of Jefferson v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00715) | ) |
| *County of Lewis v. Abbott Labs., et al.* | ) |
| (N.D.N.Y. No. 05-CV-00839) | ) |
| *County of Chautauqua v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06204) | ) |
| *County of Allegany v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06231) | ) |
| *County of Cattaraugus v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06242) | ) |
| *County of Genesee v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06206) | ) |
| *County of Wayne v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06138) | ) |
| *County of Monroe v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06148) | ) |
| *County of Yates v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06172) | ) |
| *County of Niagara v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06296) | ) |
| *County of Seneca v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06370) | ) |
| *County of Orleans v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06371) | ) |

[Caption Continues on Next Page]

| | |
|---|---|
| *County of Ontario v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06373) | ) |
| *County of Schuyler v. Abbott Labs, et al.* | ) |
| (W.D.N.Y. No. 05-CV-06387) | ) |
| *County of Steuben v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06223) | ) |
| *County of Chemung v. Abbott Labs., et al.* | ) |
| (W.D.N.Y. No. 05-CV-06744) | ) |
| AND | ) |
| *County of Nassau v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. 04-CV-5126) | ) |
| | ) |

### DEFENDANT BAYER CORPORATION'S NOTICE OF ITS RENEWAL OF ITS PENDING INDIVIDUAL MOTION TO DISMISS IN RESPONSE TO PLAINTIFFS' FIRST AMENDED CONSOLIDATED COMPLAINT

Defendant Bayer Corporation ("Bayer") hereby notifies the parties and the Court that it renews its pending Individual Memorandum Of Bayer Corporation In Support Of Its Motion To Dismiss (1) The Consolidated Complaint Of New York City And Plaintiff New York Counties Other Than Nassau And (2) The Second Amended Complaint Of Nassau, served on March 3, 2006, in response to Plaintiffs recently filed First Amended Consolidated Complaint (Doc. 4302). Bayer's referenced Individual Memorandum in support of dismissal has been fully briefed, including Plaintiffs Opposition To Individual Memorandum Of Bayer Corporation In Support Of Motion To Dismiss (Doc. 2436), the Reply Memorandum Of Bayer Corporation To Plaintiffs' Opposition To Its Individual Memorandum In Support Of Defendants' Motion To Dismiss (Doc. 2549), Plaintiffs' Joint Surreply In Further Opposition To Defendant Bayer Corporation's Individual Motion To Dismiss (Doc. 2641), and Bayer's Notice of Supplemental Authority (Doc. 2780). For the convenience of the Court and to ensure that the docket record is

complete, Bayer attaches hereto a copy of its Individual Memorandum served on March 3, 2006 via LexisNexis File & Serve E-Service.[1]

Dated: June 22, 2007

                                              Respectfully submitted,

                                              /s/

| | |
|---|---|
| Richard D. Raskin | Robert P. Sherman (BBO# 458540) |
| Michael P. Doss | DLA Piper US LLP |
| Jaime L.M. Jones | 33 Arch St., 26th Fl. |
| SIDLEY AUSTIN LLP | Boston, Massachusetts 02210 |
| 1 S. Dearborn Street | |
| Chicago, Illinois 60603 | |
| 312-853-7000 (tel.) | |
| 312-853-7036 (facsimile) | *Attorneys for Defendant Bayer Corporation* |

---

[1] Counsel for Bayer have been unable to locate a record in the clerk's docket listing in this action for Bayer's Individual Memorandum, although it was served on Plaintiffs (as reflected on LexisNexis) and separately submitted to the Court. All other pleadings concerning this Individual Memorandum appear on the docket (*see* Docs. 2436, 2549, 2641, and 2780). Bayer therefore files herewith a copy of this Individual Memorandum, attached as Exhibit A to insure that the docket record is complete.

- 4 -