# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)<br>)<br>) MDL No. 1456<br>)<br>) Master File No. 01-CV-12257-PBS<br>)<br>) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | )<br>)<br>) |

## HEINS MILLS & OLSON, P.L.C.'S PETITION FOR ATTORNEY FEES AND REIMBURSEMENT OF EXPENSES

Heins Mills & Olson, P.L.C. ("HMO") respectfully submits this petition for an award of attorney fees and reimbursement of expenses in relation to the GlaxoSmithKline ("GSK") settlement.  Specifically, and as set forth in the accompanying memorandum, HMO requests that the Court award attorney fees to HMO in the amount of $6,736,206.25 (representing 21,037.5 hours of attorney and paralegal time), and on an equal basis, including any adjustments made, as any attorney fees approved and awarded by the Court pursuant to Class Plaintiffs' joint petition for attorney fees and expenses.  HMO further requests reimbursement for its costs and expenses totaling $595,699.22.  *See* Exhibits 1 and 2 attached to the accompanying Declaration of David Woodward, detailing the professional time expended and expenses incurred in the prosecution this matter on behalf of Plaintiffs and the Classes.

While supporting the petition for attorney fees and expenses submitted by Class Plaintiffs' Counsel in connection with the GlaxoSmithKline settlement preliminarily approved by this Court on November 15, 2006 (Dkt. No. 3401), HMO seeks recovery of its reasonable attorney fees and necessary expenses.  Both requests are based on the percentage of the fund

approach favored by the United States Court of Appeals for the First Circuit and by this Court. HMO seeks recovery of its attorney fees and expenses within and from (and not in addition to), and on the same basis as, any award made by the Court pursuant to Class Plaintiffs' joint petition for attorney fees in the amount of 33% of the $65.5 million settlement fund and expenses.  HMO has submitted a supporting affidavit detailing its attorney fees and expenses to Co-Lead Counsel but, in an abundance of caution and to facilitate and preserve the request for reimbursement of its attorney fees and expenses, HMO submits this separate petition, supporting memorandum, and the Declaration of David Woodward.

For the reasons stated in its accompanying memorandum, HMO respectfully requests that HMO's petition be granted and that an Order be issued directing payment to HMO of its reasonably incurred attorney fees, together with any adjustment of that amount reflected in any attorney fees awarded by the Court pursuant to Class Plaintiffs' joint petition for attorney fees and expenses, and reimbursement for HMO's costs and expenses, to be paid from any award of attorney fees and expenses made pursuant to Class Plaintiffs' fee petition in connection with the GlaxoSmithKline settlement.

Dated:  June 22, 2007

Respectfully submitted,

 s/ David R. Woodward
Samuel D. Heins
Vincent J. Esades
David R. Woodward (admitted *pro hac vice*)
**HEINS MILLS & OLSON, P.L.C.**
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 338-4605
Facsimile: (612) 338-4692

**COUNSEL FOR PLAINTIFF
TWIN CITIES BAKERY WORKERS HEALTH
AND WELFARE FUND**

59418

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the following document:

1. Heins Mills & Olson, P.L.C.'s Petition for Attorney Fees and Reimbursement of Expenses;

was served on June 22, 2007 upon all counsel of record electronically via Lexis File and Serve pursuant to Case Management Order No. 2.

By: __/s/ David R. Woodward_____
HEINS MILLS & OLSON, P.L.C.
Samuel D. Heins
David R. Woodward
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692