UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED NATIONWIDE CLASS SETTLEMENT WITH GLAXOSMITHKLINE

Class Plaintiffs' hereby move for an Order regarding the nationwide class settlement with the GlaxoSmithKline Defendants (1) certifying the Settlement Classes, (2) granting final approval to the Settlement Agreement, and (3) approving the plan of allocation. In further support of this motion, Class Plaintiffs hereby submit:

1. Memorandum of Law in Support of Class Plaintiffs' Motion for Final Approval of Proposed Nationwide Class Settlement with GlaxoSmithKline;

2. Declaration of Katherine Kinsella in Support of Motion for Final Approval of the Settlement with GlaxoSmithKline; and

3. Declaration of Thomas R. Glenn Regarding Status of Claims Administration Activities Related to Settlement with Defendant GlaxoSmithKline.

DATED: June 22, 2007       By     /s/ **Steve W. Berman**
                                                     Thomas M. Sobol (BBO#471770)
                                                   Edward Notargiacomo (BBO#567636)
                                    Hagens Berman Sobol Shapiro LLP
                                    One Main Street, 4th Floor
                                    Cambridge, MA  02142
                                    Telephone: (617) 482-3700
                                    Facsimile: (617) 482-3003

                                    **LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, IL 60302
Telephone: (708) 776-5600
Facsimile: (708) 776-5601

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

- 3 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE

Docket No. MDL 1456

    I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on June 22, 2007, I caused copies of **CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED NATIONWIDE CLASS SETTLEMENT WITH GLAXOSMITHKLINE** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                                                                 /s/ Steve W. Berman
                                                                   Steve W. Berman