# EXHIBIT 3

# *BETTER HOMES AND GARDENS*

Legal Notice

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

# If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

### Kytril Injectable (Granisetron HCL)
### Zofran Injectable (Ondansetron HCL)

or

**Alkeran** (Melphalan)
**Kytril Tablets** (Granisetron HCL)
**Myleran** (Busulfan)

**Retrovir** (Zidovudine)
**Zofran Orals** (Ondansetron HCL)
**Imitrex** (Sumatriptan)
**Lanoxin** (Digoxin)

**Navelbine** (Vinorelbine Tartrate)
**Ventolin** (Albuterol) or
**Zovirax** (Acyclovir)

## A Proposed Class Action Settlement May Affect Your Rights.
## Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

**What Is the Class Action Lawsuit About?**
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

**What Individuals Are Class Members?**
There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.

- You are a member of the **Medicare Co-Payment Class** if:
  You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are an heir to someone who made such a co-payment) from January 1, 1991 to January 1, 2005. You are excluded from this Class if you made flat co-payments, or you were reimbursed or have the right to be reimbursed in full for your co-payments.

- You are a member of the **Private Payor Class** if:
  You paid (or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2006 **and**

  Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You're **not** included in the Class if you paid a fixed or flat co-payment.

**What Are the Terms of the Settlement?**
GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who made valid claims. Seventy percent (70%) of the remaining fund will be set aside to pay the claims of insurer

Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

**Who Represents Me?**
The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

**What Are My Legal Rights?**
- **If you wish to remain a member of both Settlement Classes**, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered by the Settlement.

- **If you wish to file a claim**, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than May 28, 2007.

- **If you do not wish to be a member of either or both of the Settlement Classes**, you must sign a Request For Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than May 27, 2007.

- **You can tell the Court if you do not like this Proposed Settlement** or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than June 22, 2007, as outlined in the *Notice of Proposed Class Action Settlement*.

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

## For a Notice of Proposed Class Action Settlement and a Claim Form
## Call toll-free: 1 888-568-7645 (Se Habla Español) or Visit: www.GSKSettlement.com

Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

# HR MAGAZINE

Legal Notice

# If You Are a Third-Party Payor and Made Reimbursements for the GSK Drugs:

## Kytril Injectable (Granisetron HCL)

## Zofran Injectable (Ondansetron HCL)

### or

**Alkeran** (Melphalan)
**Kytril Tablets** (Granisetron HCL)
**Myleran** (Busulfan)

**Retrovir** (Zidovudine)
**Zofran Orals** (Ondansetron HCL)
**Imitrex** (Sumatriptan)
**Lanoxin** (Digoxin)

**Navelbine** (Vinorelbine Tartrate)
**Ventolin** (Albuterol) or
**Zovirax** (Acyclovir)

## A Proposed Class Action Settlement May Affect Your Rights.

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

**What Is the Class Action Lawsuit About?**
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuits ask the Court to award money damages to some Third-Party Payors ("TPPs") who made AWP-based reimbursements for the above-listed GSK Covered Drugs.

**What TPPs Are Class Members?**
There are two sub-Classes for TPPs.

• You are a member of the **MediGap TPP Class** if you: Made reimbursements for all or part of your insured's 20% co-payment under Medicare Part B for a GSK Covered Drug between January 1, 1991 and January 1, 2005.

• You are a member of the **Private Payor TPP Class** if you: Reimbursed for a GSK Covered Drug outside of Medicare Part B based on a contract that used AWP as a reimbursement benchmark between January 1, 1991 and August 10, 2006.

**What Are the Terms of the Settlement?**
GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General as well as attorneys' fees and the costs of administering the Proposed Settlement will be deducted from the Settlement Fund before distributions to Class Members.

Seventy percent (70%) of the remaining fund will be set aside to pay the claims of insurer Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds. Thirty percent (30%) of the remaining fund will be distributed in cash to individual consumers who make valid claims.

**Who Represents Me?**
The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

**What Are My Legal Rights?**
• **If you wish to remain a member of both Settlement Classes**, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered by the Settlement.

• **If you wish to file a claim**, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Proposed Settlement Website, **at www.GSKSettlement.com.** Claim Forms must be signed and postmarked no later than **May 28, 2007.**

• **If you do not wish to be a member of either or both of the Settlement Classes**, you must sign a Request For Exclusion form as outlined in the Notice of Proposed Class Action Settlement. Your request must be postmarked no later than **May 27, 2007.**

• **You can tell the Court if you do not like this Proposed Settlement** or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than **June 22, 2007**, as outlined in the *Notice of Proposed Class Action Settlement.*

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on **July 19, 2007** at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

### For a Notice of Proposed Class Action Settlement and a Claim Form

### Call toll-free: 1 888-568-7645 or Visit: www.GSKSettlement.com

**Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416**

*JET*

Legal Notice                     UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS                     Legal Notice

## If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

Kytril Injectable (Granisetron HCL)   Zofran Injectable (Ondansetron HCL)   or
Alkeran (Melphalan)          Retrovir (Zidovudine)          Navelbine (Vinorelbine Tartrate)
Kytril Tablets (Granisetron HCL)   Zofran Orals (Ondansetron HCL)   Ventolin (Albuterol) or
Myleran (Busulfan)          Imitrex (Sumatriptan)          Zovirax (Acyclovir)
Lanoxin (Digoxin)

### A Proposed Class Action Settlement May Affect Your Rights.
### Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No.01-CV-12257-PBS, MDL No. 1456.

**What Is This Class Action Lawsuit About?**
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWPs") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

**What Individuals Are Class Members?**
There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.
• You are a member of the **Medicare Co-Payment Class if:**
You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are an heir to someone who made such a co-payment) from January 1, 1991 to January 1, 2007. You're not a Class if you made flat co-payments, or you were reimbursed or have the right to be reimbursed in full for your co-payments.
• You are a member of the **Private Payor Class if:**
You paid (or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2006 and
Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You're not included in the Class if you paid a fixed or flat co-payment.

**What Are the Terms of the Settlement?**
GSK has agreed to pay $70 million to settle these and other related claims. A $2.4 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.
Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who make valid claims. Seventy percent (70%) of the recovery fund will be set aside to pay the claims of insurer Class Members who

submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

**Who Represents Me?**
The Court has appointed attorneys to represent the Classes. These are called "Class Counsel." You will not be charged directly for the work of these attorneys. Class Counsel will request thirty-three and a third (33⅓%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

**What Are My Legal Rights?**
• If you wish to remain a member of both Settlement Classes, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the benefits of the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered by the Settlement.
• If you wish to make a claim, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator or by visiting the Court's website, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than May 28, 2007.
• If you do not wish to be a member of either or both of the Settlement Classes, you must sign a Request for Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than May 27, 2007.
• You can tell the Court if you do not like this Proposed Settlement or some part of it if you do not exclude yourself. To object to the settlement, you send a letter that is mailed and postmarked no later than June 22, 2007, as outlined in the *Notice of Proposed Class Action Settlement*.

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

### For a Notice of Proposed Class Action Settlement and a Claim Form
Call toll-free: 1 888-568-7645 (Se Habla Español) or Visit: www.GSKSettlement.com
Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions,
P.O. Box 24763, West Palm Beach, FL 33416

# Black Oscar Winners

In the 78-year history of the Academy Awards only nine Black actors have taken home the golden statuette. However, every year since 2002 at least one Black actor has received an Oscar nomination.

Hattie McDaniel....Supporting Actress....Gone With the Wind (1939)
Sidney Poitier....Lead Actor....Lilies of the Field (1963)
Louis Gossett, Jr....Supporting Actor....An Officer and a Gentleman (1982)
Denzel Washington....Supporting Actor....Glory (1989)
Whoopi Goldberg....Supporting Actress....Ghost (1990)
Cuba Gooding, Jr....Supporting Actor....Jerry Maguire (1996)
Halle Berry....Lead Actress....Monster's Ball (2001)
Denzel Washington....Lead Actor....Training Day (2001)
Morgan Freeman....Supporting Actor....Million Dollar Baby (2004)
Jamie Foxx....Lead Actor....Ray (2004)

Hattie McDaniel
Sidney Poitier
Louis Gossett Jr.
Denzel Washington
Halle Berry
Morgan Freeman
Whoopi Goldberg

# *NATIONAL GEOGRAPHIC*

Legal Notice

UNITED STATES DISTRICT COURT · DISTRICT OF MASSACHUSETTS

# If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

| | | |
|---|---|---|
| Alkeran (Melphalan) | Retrovir (Zidovudine) | Navelbine (Vinorelbine Tartrate) |
| Kytril Tablets (Granisetron HCL) | Zofran Orals (Ondansetron HCL) | Ventolin (Albuterol) |
| Myleran (Busulfan) | Imitrex (Sumatriptan) | Zovirax (Acyclovir) |
| | Lanoxin (Digoxin) | |

or

Kytril Injectable (Granisetron HCL)
Zofran Injectable (Ondansetron HCL)

## A Proposed Class Action Settlement May Affect Your Rights. Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

### What is the Class Action Lawsuit About?

The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain of registered drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

### What Individuals Are Class Members?

There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.

• You are a member of the Medicare Part B Payment Class if: You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above or for anyone who made such a co-payment from January 1, 1991 to January 1, 2005. You are excluded from this Class if you made the co-payments, or you were reimbursed or have the right to be reimbursed for your co-payments.

• You are a member of the Private Payer Class if: You paid (in part or entirely) to pay for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2004. [...]

Your payment was (a) for the full amount out of pocket, or (b) a percentage of the full amount co-payment. You're not excluded if you had a fixed co-payment [...]

### What Are the Terms of the Settlement?

GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain Class Attorneys (less attorneys' fees and expenses) of the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

Thirty percent (30%) of the remaining fund will be distributed to consumers who made valid claims. Seventy percent (70%) of the remaining fund will be set aside to pay for claims of insurer Class Members.

### Who Represents Me?

The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court pay award attorneys' fees not to exceed thirty-three and a third percent (33 1/3%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

### What Are My Legal Rights?

• If you wish to remain a member of both Settlement Classes, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all Court's orders. [...] you give up any claim you may have against GSK that are covered by the Settlement.

• If you wish to claim, you must remember a Class Form. You can get a Claim Form, or the Claims Administrator in writing, or the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than May 28, 2007.

• If you do not wish to be a Member or both of the Settlement Classes, you must sign a Request For Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than May 27, 2007.

• You can tell the Court if you do not like this Proposed Settlement or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than June 21, 2007, as outlined in the *Notice of Proposed Class Settlement*.

### Will the Court Approve the Proposed Settlement?

The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and whether to approve the Proposed Settlement. If comments or objections have been received, the Court will consider them at that time.

## For a Notice of Proposed Class Action Settlement and a Claim Form

### Call toll-free: 1 888-568-7645 (Se Habla Español) or Visit: www.GSKSettlement.com

Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

---

N S I D E   G E O G R A P H I C



An emergency landing that broke his plane's propeller couldn't stop Zakouma park administrator—and pilot—Luis Arranz.

**ON ASSIGNMENT   Zakouma Hero** "The first time I saw a herd of elephants, I knew I wanted to keep them safe," says Luis Arranz (above) of the giants that gather in groups of 800 and more in Chad's Zakouma National Park. Arranz, a park administrator employed through the European Union, "threw all the infrastructure of the park behind us," says photographer Nick Nichols, who covered Zakouma's elephants with conservationist Mike Fay. Arranz himself piloted some 40 survey flights for Nichols, who got the perfect shot of a massive herd. Says Nichols, "We can't do the kind of stories we do without people like this."

## NG Spotlight



**Emerging Explorer Josh Ponte** never followed a straight career path. Before answering an ad for a gorilla project in Gabon, he worked in advertising, ran nightclubs, and restored 500-year-old buildings in his native England. Ponte found his true calling, though, in Gabon, helping set up 13 newly created national parks. "We wanted to take the news of the parks to the people and give them a voice," says Ponte,

who started a public-awareness campaign through the Wildlife Conservation Society. "We came back with a treasure trove of information and music." With ethnomusicologist Ivan Lenton, Ponte filmed and recorded the life—beats and smoking music, rituals, and traditions of remote rain-forest communities. A documentary and CD of his work will be out this year.

# *NATIONAL UNDERWRITER LIFE & HEALTH*

Legal Notice

# If You Are a Third-Party Payor and Made Reimbursements for the GSK Drugs:

## Kytril Injectable (Granisetron HCL)

## Zofran Injectable (Ondansetron HCL)

### or

**Alkeran** (Melphalan)
**Kytril Tablets** (Granisetron HCL)
**Myleran** (Busulfan)

**Retrovir** (Zidovudine)
**Zofran Orals** (Ondansetron HCL)
**Imitrex** (Sumatriptan)
**Lanoxin** (Digoxin)

**Navelbine** (Vinorelbine Tartrate)
**Ventolin** (Albuterol) or
**Zovirax** (Acyclovir)

## A Proposed Class Action Settlement May Affect Your Rights.

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

### What Is the Class Action Lawsuit About?
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuits ask the Court to award money damages to some Third-Party Payors ("TPPs") who made AWP-based reimbursements for the above-listed GSK Covered Drugs.

### What TPPs Are Class Members?
There are two sub-Classes for TPPs.

• You are a member of the **MediGap TPP Class** if you: Made reimbursements for all or part of your insured's 20% co-payment under Medicare Part B for a GSK Covered Drug between January 1, 1991 and January 1, 2005.

• You are a member of the **Private Payor TPP** Class if you: Reimbursed for a GSK Covered Drug outside of Medicare Part B based on a contract that used AWP as a reimbursement benchmark between January 1, 1991 and August 10, 2006.

### What Are the Terms of the Settlement?
GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General as well as attorneys' fees and the costs of administering the Proposed Settlement will be deducted from the Settlement Fund before distributions to Class Members.

Seventy percent (70%) of the remaining fund will be set aside to pay the claims of insurer Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds. Thirty percent (30%) of the remaining fund will be distributed in cash to individual consumers who make valid claims.

### Who Represents Me?
The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

### What Are My Legal Rights?
• **If you wish to remain a member of both Settlement Classes,** you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered by the Settlement.

• **If you wish to file a claim,** you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Proposed Settlement Website, **at www.GSKSettlement.com.** Claim Forms must be signed and postmarked no later than **May 28, 2007.**

• **If you do not wish to be a member of either or both of the Settlement Classes,** you must sign a Request For Exclusion form as outlined in the Notice of Proposed Class Action Settlement. Your request must be postmarked no later than **May 27, 2007.**

• **You can tell the Court if you do not like this Proposed Settlement** or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than **June 22, 2007,** as outlined in the *Notice of Proposed Class Action Settlement.*

### Will the Court Approve the Proposed Settlement?
The Court will hold a Final Approval Hearing on **July 19, 2007** at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

## For a Notice of Proposed Class Action Settlement and a Claim Form
## Call toll-free: 1 888-568-7645 or Visit: www.GSKSettlement.com

**Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416**

# *NEWSWEEK*
## FEBRUARY 19, 2007

## Legal Notice

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

# If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

| | |
|---|---|
| Alkeran (Melphalan) | Navelbine (Vinorelbine Tartrate) |
| Kytril Tablets (Granisetron HCL) | Ventolin (Albuterol) or |
| Myleran (Busulfan) | Zovirax (Acyclovir) |

Kytril Injectable (Granisetron HCL)
Zofran Injectable (Ondansetron HCL)

or

Retrovir (Zidovudine)
Zofran Orals (Ondansetron HCL)
Imitrex (Sumatriptan)
Lanoxin (Digoxin)

## A Proposed Class Action Settlement May Affect Your Rights. Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

**What Is the Class Action Lawsuit About?**
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWPs") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks that the court award money damages to some people who paid or made co-payments for the drug.

**What Individuals Are Class Members?**
There are two sub-Classes for individual consumers who may fall in the GSK Covered Drugs listed above.

- You are a member of the **Medicare Part B Co-Payment Class** if:
  You made or are currently obligated to make a percentage co-payment under Medicare Part B for one of the GSK Covered Drugs listed above (or you made or are someone who made such a co-payment) from January 1, 1991 to January 1, 2005. You are excluded from this Class if you made the co-payment, or you were reimbursed or have the right to be reimbursed in full for your co-payment.

- You are a member of the **Private Payer Class** if:
  You paid (or are someone who paid) in full for one of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2006 and your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You are excluded from this Class if you paid a fixed co-pay or had no payment.

**What Are the Terms of the Settlement?**
GSK has agreed to pay $70 million to settle these and other related claims. A $3.5 million portion of the Settlement Fund, known as the Consumer Settlement Fund, will be set aside to pay the consumers and to pay the attorneys' fees and costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distribution to Class Members.

Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who made valid claims. Seventy percent (70%) of the remaining fund will be set aside or pay the claims of insurer distributors.

Class Members who submit a valid claim and other instances who are members of a separate and independent group of Third-Party Payers (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

**Who Represents Me?**
The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney. If you do however, you will be responsible for that attorney's fees and expenses.

**What Are My Legal Rights?**
- **If you wish to remain a member of both Settlement Classes,** you do not have to do anything. But, to share in the Settlement Fund you must file a claim as described below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all of the Court's orders. This means you will give up any claims you may have against GSK that are covered by this Settlement.

- **If you wish to file a claim,** you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. Claim Forms must be postmarked no later than May 28, 2007.

- **If you do not wish to be a member of either or both of the Settlement Classes,** you must sign a Request For Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request for exclusion must be postmarked no later than May 27, 2007.

- **You can tell the Court if you do not like this Proposed Settlement** or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is postmarked no later than June 22, 2007, as outlined in the *Notice of Proposed Class Action Settlement*.

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on July 10, 2007 at 2:00 p.m., to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

## For a Notice of Proposed Class Action Settlement and a Claim Form

**Call toll-free: 1-888-568-7645 (Se Habla Español)** or **Visit: www.GSKSettlement.com**

Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

---

## Rattling His Chains

### Will Brewer's latest film give audiences the blues?

BY JOSHUA ALSTON



SNITCH SNATCH
Phillippe (left),
Cooper

THERE'S NO POLITE WAY TO describe Craig Brewer's "Black Snake Moan," so let's get it over with. Samuel L. Jackson stars as an earthy, ice-faced bluesman who tries to cure Rae (Christina Ricci) of nymphomania by tethering her to his radiator with a steel chain. Sexualized? Amused? If you checked all of the above, Brewer would be delighted. His film "Hustle & Flow" got two Oscar nominations (and won for best song) in 2005, but it also kicked up a lot of criticism that the story of a black pimp didn't need to be told, especially by a white director.

"Moan" raises the stakes with bolder, more-lurid imagery and the tantalizing depiction of sex addiction. "Having a white girl chained up naked to a man's house, that definitely seems manipulative," says Alston, currently from New Demographic, Brewer's marketing firm New Demographic. Brewer

being unjustly accused. (This is one of the liberties the stakes with his facts: in reality, O'Neill knew what was at stake from the outset; here, he finds out. Moving onto a black man's house, that definitely seems manipulative," says the incomprehensible kid outwit one of the most devious minds in the FBI? These questions have a surprising dramatic urgency, largely because Cooper's Hanssen is such an intimidating, unpredictable presence in the film—part Rotarian, part reptile, always suggesting just how many chess moves ahead Hanssen is at any moment. When he drives a cold, suspicious stare at O'Neill, it freezes your blood. As an actor, he often calmly, three-dimensional Phillippe would seem to be out of his league up against Cooper, who invests Hanssen in every scene, the fear notched in the mismatch: we underestimate Phillippe just as Hanssen did O'Neill, never suspecting that the serious, awkward young protégé is cleverly preparing the FBI veteran for his destruction. Phillippe proves a surprisingly effective foil.

BY DAVID ANSEN

THERE ARE NOT ALWAYS AS they seem. That was certainly the case with Robert Hanssen, the devout, genteel, but tormented-down FBI agent who, after 22 years of deception, was revealed to be one of the most treacherous spies working for the Soviets in U.S. history. It's also the case with "Breach," the movie about Hanssen's capture. The conventional wisdom is that any studio movie released after Jan. 1, in fact, can't hack But "Breach" is actually a wonderfully taut cat-and-mouse thriller. It features a performance by Chris Cooper, as the eccentric, contradictory Hanssen, that ought to be remembered as one of this year's best come December. Let's hope that awards voters have longer memories than usual.

We know from the get-go that Hanssen's the guilty party: that's not the source of the suspense. The screenplay, written by director Billy Ray and the team of Adam Mazer and William Rokto, tells the story from the point of view of Eric O'Neill (Ryan Phillippe), a young, ambitious FBI agent-in-training who is selected to work as Hanssen's assistant to gather evidence against—and set a trap for—the suspected mole. Initially, O'Neill doesn't realize how big the case is: his FBI boss (an excellent Laura Linney) tells him to look for evidence that the priggish, devoutly Catholic Hanssen is obsessed with online porn. O'Neill hates the job and thinks Hanssen is

#### Good Spy vs. Bad Spy

'Breach' is a taut thriller about the Hanssen case.

a pretty straightforward redemption story when you look at it. Brewer insists the film works on several levels. "If you look close, you find it shocking when Rae wakes up on the radiator, but also say, 'If anything they've relieved, and they understand Lazarus's actions, as misguided as they are,'" says Brewer.

HITTING THE LINKS: Jackson as Lazarus understands how the film seems conformational to its critics, likening his film to provocative, says Jackson, "but it's about the filmmaking. His previous movie, about the filmmaking, His previous movie, vented stories as true, Ray simply bores directly into his characters. When the mismatch is so complex, dangerous and enigmatic as Robert Hanssen, that is more than enough.

74 NEWSWEEK FEBRUARY 19, 2007

*NEWSWEEK*
# FEBRUARY 26, 2007

**Legal Notice**

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

# If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

**Kytril Injectable** (Granisetron HCL)

**Zofran Injectable** (Ondansetron HCL)

or

| | |
|---|---|
| Alkeran (Melphalan) | Retrovir (Zidovudine) | Navelbine (Vinorelbine Tartrate) |
| Kytril Tablets (Granisetron HCL) | Zofran Orals (Ondansetron HCL) | Ventolin (Albuterol) or |
| Myleran (Busulfan) | Imitrex (Sumatriptan) | Zovirax (Acyclovir) |
| | Lanoxin (Digoxin) | |

## A Proposed Class Action Settlement May Affect Your Rights. Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price ("AWP") Litigation,* Docket No. 01-CV-12257-PBS, MDL No. 1456.

**What Is the Class Action Lawsuit About?**

The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWPs") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

**What Individuals Are Class Members?**

There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.

- You are a member of the Medicare Co-Payment Class if:
  You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are an heir to someone who made such a co-payment) from January 1, 1991 to January 1, 2005. You are a member of this Class if you made this co-payment, even if you were reimbursed or have the right to be reimbursed in full for your co-payments.

- You are a member of the Private Payer Class if:
  You paid (or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 16, 2005 and
  Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You're not included in this Class if you paid a fixed or flat co-payment.

**What Are the Terms of the Settlement?**

GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement will be deducted from the Settlement Fund before distributions to Class Members.

Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who make volunteer claims. Seventy percent (70%) of the remaining fund will be set aside to pay the claims of consumers

**Who Represents Me?**

The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

**What Are My Legal Rights?**

- If you wish to remain a member of both Settlement Classes, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered.

- If you wish to file a claim, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing at the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than May 28, 2007.

- If you do not wish to be a member of either or both of the Settlement Classes, then you must exclude yourself. To object to the Proposed Class Action Settlement. Your request must be postmarked no later than May 27, 2007.

- You can tell the Court if you do not like the Proposed Settlement or some part of it, if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than May 27, 2007, as outlined in the *Notice of Proposed Class Action Settlement.*

**Will the Court Approve the Proposed Settlement?**

The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m., to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

## For a Notice of Proposed Class Action Settlement and a Claim Form

Call toll-free: **1-888-568-7645** (Se Habla Español) or Visit: **www.GSKSettlement.com**

Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

---

# Periscope

## RANKINGS

# Life: It's a Final Four

To PURISTS, the NCAA Tournament nears competitive perfection. Each advancing team is delayed all comers, who in turn defeated all their corners, producing a single, indisputable champ. So why not apply the formula to other, equally critical areas—like earlybhaus? That's the premise of *The Enlightened Bracketologist: The Final Four of Everything,* a new book fulfilling the manic need to rank, sort and compare winners in every field, from TV one-liners to typefaces. Mark Reiter and Richard

Sandomir, a literary agent and a sports-writer for The New York Times, reproduce the book from experts in various fields (an OED editor ranks punctuation), say bracketing is the ultimate ranking system, far superior to top-10 lists. "You understand more about the eventual winner by who he's defeated," says Reiter. It's certainly true in the Male Vices bracket, where "abuse of irony" wins after a tight Final Four-style seed infidelity, the BlackBerry and hauteur.

—NICK SUMMERS



## RETAIL

# Need a Lift?

EN WHO SIT OUT winter's battle can now slip up soy sheets from Zsitt. No, they're not edible, but they are "environmentally friendly," and UV-protected and will set you back $20 a pair. C-hit, another brand, carries a "sling" brief that provides a lift similar to the Wonder Bra. It was such a big hit—selling $90,000 pairs in two years—that the upstart now offers a new marvel of gravity-defying engineering: the Trophy Shelf.

It wasn't too long ago that guys had only two choices in the morning: boxers or briefs, both in white. But in a new metrosexual age, sexy skivvies in a variety of colors have become the hot new fashion accessory. Much like Victoria's Secret did with women's lingerie in the '80s, new brands like Zsitt, along with stalwarts like Jockey, are selling designer—and pricey—products to the masses—and raking in the bucks. Sales of men's undergarments have climbed 14 percent since 2004.

underwear now. I used to be 80 percent of men's underwear was purchased by women, reports Jockey. Those make shoppers are considering underwear an "event purchase," some-thing special to don on Saturday night, says Julie Hornburg, direc-tor of sales for intimates at Diesel. "They want to have nice underwear on, for when they finally drop their pants."

The success of the racy panties has the giants adjusting their shorts. Jockey recently introduced a new 3D innova-tion that, at $14 a pair, stretches in eight different di-rections. Jockey is also slowly weaning guys from two-in-dustry standard: today, 38 percent of the underwear it sells is colored, and 15 percent is patterned. Why does a man want something fancy? May-be it's because they want the Trophy Shelf.

—MARK STRTOZZIK

### THE FABRIC
Zsitt's soy briefs feel like cardboard, but sports a designer logo



### THE WARES
Diesel has Mode, a soft material used in women's nighties

### THE POUCH
C-hit offers features like the "sling" and the Trophy Shelf



## A LIFE IN BOOKS

**MY FIVE MOST IMPORTANT BOOKS**

*PARADE*

Legal Notice

PARADE

# Snapshot™



## Cold Comfort

"This photo is of the kitchen window of a restaurant in Mason, N.H.," explains Lucy Montplaisir of Hooksett, N.H. "Although the day was frigid, the hospitality and wonderful food inside were very warm indeed."



**See more PARADE Snapshot photos and submit your own at *parade.com/snapshot*.**

**Send Us *Your* Best Photo** If yours is selected for publication in PARADE, you'll receive $100. You also can mail submissions to: "Snapshot" Photo Column, c/o PARADE, P.O. Box 5014, Grand Central Station, New York, N.Y. 10163-5014. Include your name and address. Photos will not be returned.

---

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

## If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

**Kytril Injectable** (Granisetron HCL)
**Zofran Injectable** (Ondansetron HCL)

### or

| | |
|---|---|
| **Alkeran** (Melphalan) | **Imitrex** (Sumatriptan) |
| **Kytril Tablets** (Granisetron HCL) | **Lanoxin** (Digoxin) |
| **Myleran** (Busulfan) | **Navelbine** (Vinorelbine Tartrate) |
| **Retrovir** (Zidovudine) | **Ventolin** (Albuterol) or |
| **Zofran Orals** (Ondansetron HCL) | **Zovirax** (Acyclovir) |

### A Proposed Class Action Settlement May Affect Your Rights. Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

**What Is the Class Action Lawsuit About?**
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

**What Individuals Are Class Members?**
There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.
• **You are a member of the Medicare Co-Payment Class if:**
 You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are an heir to someone who made such a co-payment) from January 1, 1991 to January 1, 2005. You are excluded from this Class if you made flat co-payments, or you were reimbursed or have the right to be reimbursed in full for your co-payments.
• **You are a member of the Private Payor Class if:**
 You paid (or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2006 and

 Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You are not included in the Class if you paid a fixed or flat co-payment.

**What Are the Terms of the Settlement?**
GSK has agreed to pay $70 million to settle these and other related claims. A $4.2 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who make valid claims. Seventy percent (70%) of the remaining

fund will be set aside to pay the claims of insurer Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Blue Cross Blue Shield Plans (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

**Who Represents Me?**
The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

**What Are My Legal Rights?**
• **If you wish to remain a member of both Settlement Classes**, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will give up any claims you may have against GSK that are covered by the Settlement.
• **If you wish to file a claim**, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than May 28, 2007.
• **If you do not wish to be a member of either or both of the Settlement Classes**, you must sign a Request For Exclusion that is outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than May 27, 2007.
• **You can tell the Court if you do not like this Proposed Settlement** or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than **June 22, 2007**, as outlined in the *Notice of Proposed Class Action Settlement*.

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on **July 19, 2007** at **2:00 p.m.** to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

### For a Notice of Proposed Class Action Settlement and a Claim Form

**Call toll-free: 1 888-568-7645 (Se Habla Español)** or Visit: www.GSKSettlement.com
Or Write: GSK AWP Litigation Administrator, c/o Complete Claims Solutions, P.O. Box 24743, West Palm Beach, FL 33416

# *PEOPLE*
# FEBRUARY 19, 2007

## Legal Notice

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

# If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

| | |
|---|---|
| Alkeran (Melphalan) | Navelbine (Vinorelbine Tartrate) |
| Kytril Tablets (Granisetron HCL) | Ventolin (Albuterol) or |
| Myleran (Busulfan) | Zovirax (Acyclovir) |
| Lanoxin (Digoxin) | |

Kytril Injectable (Granisetron HCL)
Zofran Injectable (Ondansetron HCL)

or

Kytril Orals (Granisetron HCL)
Zofran Orals (Ondansetron HCL)
Imitrex (Sumatriptan)
Retrovir (Zidovudine)

## A Proposed Class Action Settlement May Affect Your Rights. Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts in *In re: Average Wholesale Price Litigation, re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

**What is this Class Action Lawsuit About?**

The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of prescription drugs. The reported AWPs are often used to set prescription drug co-payments and prices that get paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

**What Individuals Are Class Members?**

There are two sub-classes for individual consumers who paid for the GSK Covered Drugs listed above.

• You are a member of the Medicare Co-Payment Class if:
  You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are in a class typical of the GSK Covered Drugs listed above (or are in a class typical of someone who made such a payment from January 1, 1991 to August 10, 2004. You are not excluded from this Class if you made flat co-payments, or you were reimbursed or have the right to be reimbursed in full for your co-payments.

• You are a member of the Private Payer Class if:
  You paid (or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2004.

  Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You're not included in the Class if you paid a fixed or flat co-payment.

**What Are the Terms of the Settlement?**

GSK has agreed to pay $70 million to settle these and other related claims. A $43.5 million payment to certain State Attorneys General, as well as payment for costs of settlement administration. Settlement, will be deducted from the Settlement Fund before distribution to Class Members.

Thirty percent (30%) of the remaining fund will be distributed to cash to consumers who made the valid claims. Seventy percent (70%) of the remaining fund will be set aside to pay the claims of insurer

Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Third Party Payors (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

**Who Represents Me?**

The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33 1/3%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

**What are My Legal Rights?**

• If you wish to remain a member of both Settlement Classes, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. The Settlement. You will also be bound by all orders against GSK that are covered by the Settlement.

• If you wish to file a claim, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be completed and postmarked no later than May 26, 2007.

• If you do not wish to be a member of either or both of the Settlement Classes, you must sign a Request For Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than May 27, 2007.

• You can tell the Court if you do not like this Proposed Settlement or some part of it if you do not exclude yourself. To object or comment you must send a letter that is mailed and postmarked no later than June 22, 2007, as outlined in the *Notice of Proposed Class Action Settlement*.

**Will the Court Approve the Proposed Settlement?**

The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

## For a Notice of Proposed Class Action Settlement and a Claim Form

### Call toll-free: 1 888-568-7645 (Se Habla Español) or Visit: www.GSKSettlement.com

Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

---

FALL FASHION WEEK '07

# Behind the scenes at ROCK & REPUBLIC

### Just how chaotic can a fashion show get? Ask Michael Ball, who had to cope with late models, last-minute hair mistakes and a music lapse too



*Ball, who built his company on the strength of his women's jeans—says he's been a success because "I'm a straight wife who loves woman—so I make sure the front is looking as good as the back!"*

Michael Ball was just another struggling actor back in 2002, when his then-girlfriend came home "wearing a pair of jeans that looked like crap, frankly," he recalls. "So I said, 'Let me make you a pair.'" Out of that first pair was born the $350 million, L.A.-based Rock & Republic empire that today includes men's and women's ready-to-wear, accessories and cosmetics. Now if only Ball, 45, could get the hang of putting on a fashion show. Last fall, at his New York Fashion Week debut, "everything went wrong," he says, including a deep stiffing of the scenes. As evidenced by this backstage peek Ball gave Pronta into his second New York staging, which took place Feb. 3 and cost $2.5 million (Victoria's Secret model Thirty-two chandeliers), he may still need some practice . . .

**FEB. 3, THE RUNWAY AT CIPRIANI**
It's bad enough that close to the show's scheduled 9 p.m. start time, some of the models (running late at other shows) have yet to arrive. But worse, Ball needs to do a final run-through, so guests who have been waiting outside in freezing temperatures are stuck at the hour until 9:30. "I'm sure I'll lose my mind a couple of more times!" Ball jokes. (The show finally starts at 10:15.)

Photographs by ALEX TEHRANI