# *PEOPLE*
## FEBRUARY 26, 2007

# OM-AZING!

Paralyzed at 13, yoga instructor Matthew Sanford takes his moves to the mat—and inspires others

"Yoga gives me a deep sense of freedom," says Sanford (holding a pose, above left, and teaching class). "I experience my whole body."

F acing a dozen students, Matthew Sanford slides onto a mat, his thin legs pointing straight ahead. "Prepare your minds to do yoga," he says. Moving from row to row, he adjusts backs and shoulders, telling the class, "Wonderful things happen a little at a time."

No one knows that better than Sanford, 41—paralyzed from the chest down at 13, when his spinal cord was severed in a car crash that killed his father and older sister. Crushed by the loss, he struggled with doctors' devastating advice to forget his lower body.

"I was a very athletic kid," says Sanford, who grew up in Duluth, Minn., and has an older brother, "then, for 12 years, I dragged my body around." Focusing on his mind, he graduated from college with top grades and earned a master's in philosophy.

Around that time a friend who was a massage therapist suggested Sanford meet with a yoga teacher she knew. He did and noticed that despite his limited movement, he felt newly aware of his body. Using arm strength and a sense of balance—he places his legs into position with his hands—he has mastered dozens of poses like

"boat" and wide-leg forward bend. "My life's been hard—that doesn't change," Sanford says. "But as I do yoga poses I didn't know were possible, my view expands."

Married to Jennifer, 41, and the father of 7-year-old Paul, Sanford started teaching yoga to disabled students at Minneapolis's Courage Center rehab facility in 1997. Five years ago, Sanford opened his studio, where he teaches mainstream students like Mia Lynch, 39. "He's had a great impact," she says. "I see what he's done in his life and it inspires me to do more with my own." ●

Photographs by JEFF SCIORTINO

---

Legal Notice

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

## If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

**Kytril Injectable** (Granisetron HCL)

**Zofran Injectable** (Ondansetron HCL)

or

| | | |
|---|---|---|
| Alkeran (Melphalan) | Retrovir (Zidovudine) | Navelbine (Vinorelbine Tartrate) |
| Kytril Tablets (Granisetron HCL) | Zofran Orals (Ondansetron HCL) | Ventolin (Albuterol) or |
| Myleran (Busulfan) | Imitrex (Sumatriptan) | Zovirax (Acyclovir) |
| | Lanoxin (Digoxin) | |

### A Proposed Class Action Settlement May Affect Your Rights. Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

**What Is the Class Action Lawsuit About?**
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid for or made co-payments for the drug.

**What Individuals Are Class Members?**
There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.

- **You are a member of the Medicare Co-Payment Class if:**
  You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are an hour to someone who made such a co-payment) from January 1, 1991 to January 1, 2005. You are excluded from this Class if you made flat co-payments, or you were reimbursed or have the right to be reimbursed in full for your co-payments.

- **You are a member of the Private Payor Class if:**
  You paid (or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2006 and
  Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You're not included in the Class if you paid a fixed or flat co-payment.

**What Are the Terms of the Settlement?**
GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who make valid claims. Seventy percent (70%) of the remaining fund will be set aside to pay the Claims of insurer

Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

**Who Represents Me?**
The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

**What Are My Legal Rights?**
- If you wish to remain a member of both Settlement Classes, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered by the Settlement.

- If you wish to file a claim, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than May 28, 2007.

- If you do not wish to be a member of either or both of the Settlement Classes, you must sign a Request For Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than May 27, 2007.

- You can tell the Court if you do not like this Proposed Settlement or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than June 22, 2007, as outlined in the *Notice of Proposed Class Action Settlement*.

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

**For a Notice of Proposed Class Action Settlement and a Claim Form**

**Call toll-free: 1 888-568-7645 (Se Habla Español) or Visit: www.GSKSettlement.com**

Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

# *PEOPLE*
# MARCH 5, 2007

"I didn't scream or anything, so I was not much of a must," says Clarkson (in a test car at Daytona on Feb. 17) of her drive with Jimmie Johnson.

# RIDING SHOTGUN WITH KELLY CLARKSON

The original *American Idol* champ and NASCAR newbie dishes on her upcoming album, her *Idol* pick—and not losing her lunch on the racetrack at the Daytona 500

"I almost threw up," says Kelly Clarkson, 24, after a few spins around the Daytona International Speedway with NASCAR champ Jimmie Johnson during the Daytona 500 festivities on Feb. 17. The singer and newly named NASCAR ambassador, she will help promote the group's charities—braced for Pepsi's Michelle Tauber.

**For a NASCAR rookie, you catch on fast.**
My family's been into it for, like, ever. They're all huge fans from North Carolina, so I don't know how I missed that whole train. Then in September, [NASCAR] asked me to be the grand marshal at the California Speedway in Fontana and I fell in love with it.

**What kind of a driver are you?**
I hate to say this, but I'm one of those drivers who looks down and is like, "I'm going 100 mph—oops." I live in Texas, and the highways are huge, so you can get away with a lot more than in, say, L.A., where you're in gridlock.

**Any tickets?**
Uh-huh. I've had quite a few. Speeding, parking... I'm not a hall driver I'm just one of the ones that gets caught.

**Your new album is due this spring. What can fans expect?**
Everything from very low-key stuff to much harder rock than people are used to. We recorded everywhere while I was on tour—some in Scotland, some in Austin, Texas. It's a variety of types.

**Have you been watching American Idol?**
I have! This is the first [season] I could—

durmah! Hackbarn, I was on tour. I like the curly-haired guy with the glasses [Chris Sligh]. He's funny—very dry.

**Okay, name your biggest thrill: winning a Grammy, getting a shout-out in The 40 Year-Old Virgin or racing on the Daytona 500 track.**
Oh, the driving. Obviously, since I was a kid I wanted to win a Grammy [Chris Sligh]. He's funny—very dry. And I don't know why [Steve Carell] screamed my name while getting his chest waxed in 40 Year-Old Virgin. But that's cool! But driving was far more thrilling. I mean, you're going that fast—honestly, you feel like you could just crash at any moment. It's like, "Okay, I hope I'm at peace with myself." •

---

Legal Notice

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

# If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

**Kytril Injectable** (Granisetron HCL)
**Zofran Injectable** (Ondansetron HCL)

or

| Alkeran (Melphalan) | Retrovir (Zidovudine) | Navelbine (Vinorelbine Tartrate) |
| Kytril Tablets (Granisetron HCL) | Zofran Orals (Ondansetron HCL) | Ventolin (Albuterol) or |
| Myleran (Busulfan) | Imitrex (Sumatriptan) | Zovirax (Acyclovir) |
| | Lamoxin (Digoxin) | |

## A Proposed Class Action Settlement May Affect Your Rights.
## Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

**What is the Class Action Lawsuit About?**
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWPs") for certain types of prescription drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drugs.

**What Individuals Are Class Members?**
There are two sub-Classes for individuals or consumers who paid for the GSK Covered Drugs listed above.
• You are a member of the Medicare Co-Payment Class if: You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above on or at not later than later January 1, 1991 to August 16, 2005 and
Your payment was less than the full amount co-payment, or such payment was a percentage co-payment. You are included in the Class if you paid a fixed or flat fee co-payment.
• You are a member of the Private Payor Class if: You paid for or are currently obligated to pay the any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 16, 2005 and
Your payment was, in whole or in part, based on AWP.

**What Are the Terms of the Settlement?**
GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

Every person (85%) of the remaining fund will be distributed to each consumer class that makes valid claims. Seventy percent (70%) of the remaining fund will be set aside to pay the claims of insurer [illegible].

Class Members who submit a valid claim and other appropriate members of a separate and independent group of Third Party Payors (referred to as the "Independent Settling Health Plans" or "ISHPs"), who have agreed to settle their claims against GSK for a portion of the Settlement Fund.

**Who Represents Me?**
The Court has appointed attorneys to represent the Classes. Class Counsel will make their case to the Court award attorneys' fees not to exceed thirty-three percent (33.3%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney at your own cost. However, you will be responsible for fees, attorneys' fees, and expenses.

**What Are My Legal Rights?**
• If you wish to remain a member of both Settlement Classes, you do not have to do anything. But, to share in the Settlement Fund, you must file a claim as described below. If the Court approves the Proposed Settlement, you will also be bound by all of the Court's orders. This means you will not any claims you may have against GSK that are covered by the Settlement.

• If you wish to file a claim, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing at the address given below, or by calling the toll free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and returned not later than May 28, 2007.

• If you do not wish to be a member of either or both of the Settlement Classes, you must send a Request for Exclusion from the Settlement to the Notice of Proposed Class Action Settlement been received to be postmarked no later than May 27, 2007.

• You can tell the Court if you do not like the Proposed Settlement or some part of it, if you do not exclude yourself. In writing, no later than June 21, 2007, as explained in the Notice of Proposed Class Action Settlement.

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. It continuance or objections have been received, the court will consider them at that time.

For a Notice of Proposed Class Action Settlement and a Claim Form
**Call toll-free: 1-888-568-7645** (Se Habla Español) **or Visit: www.GSKSettlement.com**
Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

# READER'S DIGEST

Legal Notice     UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS     Legal Notice

# If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

**Kytril Injectable (Granisetron HCL)**    **Zofran Injectable (Ondansetron HCL)**    **or**

| | | |
|---|---|---|
| Alkeran (Melphalan) | Retrovir (Zidovudine) | Navelbine (Vinorelbine Tartrate) |
| Kytril Tablets (Granisetron HCL) | Zofran Orals (Ondansetron HCL) | Ventolin (Albuterol) or |
| Myleran (Busulfan) | Imitrex (Sumatriptan) | Zovirax (Acyclovir) |
| | Lanoxin (Digoxin) | |

## A Proposed Class Action Settlement May Affect Your Rights.
### Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

### What Is the Class Action Lawsuit About?
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

### What Individuals Are Class Members?
There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.
- You are a member of the **Medicare Co-Payment Class** if:
You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are an heir to someone who made such a co-payment) from January 1, 1991 to January 1, 2005. You are excluded from this Class if you made flat co-payments, or you were reimbursed or have the right to be reimbursed in full for your co-payments.
- You are a member of the **Private Payor Class** if:
You paid (or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2006 and Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You're not included in the Class if you paid a fixed or flat co-payment.

### What Are the Terms of the Settlement?
GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who make valid claims. Seventy percent (70%) of the remaining fund will be set aside to pay the claims of insurer Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors (referred to as the "Independent Setting Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

### Who Represents Me?
The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

### What Are My Legal Rights?
- If you wish to remain a member of both Settlement Classes, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered by the Settlement.
- If you wish to file a claim, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than **May 28, 2007.**
- If you do not wish to be a member of either or both of the Settlement Classes, you must sign a Request For Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than **May 27, 2007.**
- You can tell the Court if you do not like this Proposed Settlement or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than **June 22, 2007**, as outlined in the *Notice of Proposed Class Action Settlement*.

### Will the Court Approve the Proposed Settlement?
The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

## For a Notice of Proposed Class Action Settlement and a Claim Form
**Call toll-free: 1 888-568-7645** (Se Habla Español) **or Visit: www.GSKSettlement.com**
Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions,
P.O. Box 24743, West Palm Beach, FL 33416

---

# LIFE IN THESE UNITED STATES®

NOTHING RATTLES my father-in-law, especially when the St. Louis Cardinals are on TV. One day we were watching a game, when my mother-in-law shrieked from the kitchen, "Jim, there's a horsefly in here!" Not taking his eyes off the screen, he barked back, "Give it some cough syrup."
—JEFF STEWART, Houston, Texas

A SIGN in a small Virginia town has to be admired for its cynical honesty: "Antique Tables Made Daily."
—JASON BLEVINS, Round Hill, Virginia

MY FRIEND was flabbergasted. She'd read that in a recent survey, our home state of California was ranked 47 in a list of the nation's smartest states. "Can you believe that?" she fumed. "We're 47 out of 52!"
—JUAN GONZALES, Chula Vista, California

The minute I walked into the post office, the postmaster noticed the beautiful diamond earrings my husband had just given me.
"Those must be real diamonds," she said.
"Yes, they are." I was thrilled she'd noticed. "How could you tell?"
"Because," she said, "no one buys fake diamonds that small."
—DEBORAH [illegible], [illegible]

DINOSAURS are fascinating. My three-year-old is obsessed with them. Recently we were riding on a bus, and he asked another passenger for her name.
"My name is Deena," she said. "Can you say Deena?"
"Deena," said my son. "Can you say pachycephalosaurus?"
—ROB SANCHEZ, Broomfield, Colorado

ILLUSTRATED BY DAN REYNOLDS

233

# *SELECCIONES*

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS – DISTRITO DE MASSACHUSETTS**

# ¿Si hizo o tiene que hacer un co-pago porcentual o pago completo por los medicamentos GSK:

**Kytril inyectable** *(Granisetron HCL)*
**Zofran inyectable** *(Ondansetron HCL)*

| | |
|---|---|
| **Alkeran** *(Melfalán)* | **Imitrex** *(Sumatriptán)* |
| **Pastillas Kytril** *(Granisetron HCL)* | **Lanoxin** *(Digoxina)* |
| **Myleran** *(Busulfán)* | **Navelbine** *(Tartrato de Vinorelbine)* |
| **Retrovir** *(Zidovudina)* | **Ventolin** *(Albuterol)* o |
| **Zofran Orales** *(Ondansetron HCL)* | **Zovirax** *(Aciclovir)* |

## Un Acuerdo Propuesto de una demanda colectiva podría afectar sus derechos.

### Se incluyen beneficiarios de la Parte B de Medicare (o sus herederos)

Hay un Acuerdo Propuesto con GlaxoSmithKline ("GSK"), una de las Demandadas en una demanda colectiva pendiente en el Tribunal de Distrito de los Estados Unidos para el Distrito de Massachusetts. El nombre de la demanda es *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

### ¿De qué trata la demanda colectiva?

En la demanda, se alega que ciertas compañías farmacéuticas informaron precios mayoristas promedio (average wholesale prices - AWP") falsos e inflados para ciertos tipos de fármacos para pacientes externos. Los AWPs informados se usan a menudo para establecer precios de fármacos recetados que son pagados por Medicare, consumidores y aseguradoras. En la demanda, se solicita que el Tribunal otorgue indemnización monetaria a algunas personas que pagaron o hicieron co-pagos o pagaron por el fármaco.

### ¿Qué individuos son Miembros de la Clase?

Hay dos Subclases para los consumidores individuales que pagaron por los Fármacos Cubiertos de GSK que se indican más arriba.

- Usted es miembro de la Clase de Co-pagos de Medicare si:
  Hizo o actualmente tiene la obligación de hacer un co-pago porcentual bajo la Parte B de Medicare por cualquiera de los Fármacos Cubiertos de GSK que se indican más arriba (o es heredero de alguien que hizo tal co-pago) desde el 1º de enero de 1991 hasta el 1º de enero de 2005. Se excluye de esta Clase si hizo co-pagos fijos o se le reembolsó o tiene el derecho a que se le reembolsen por completo sus co-pagos.

- Usted es miembro de la Clase de Pagadores Privados si:
  Pagó (o actualmente tiene la obligación de pagar) por cualquiera de los Fármacos Cubiertos de GSK que se indican más arriba fuera de la Parte B de Medicare, desde el 1º de enero de 1991 hasta el 10 de agosto de 2006 y
  Su pago fue (a) por el monto completo pagado de su propio bolsillo o (b) su pago fue un co-pago porcentual. No se le incluye en la Clase si hizo un co-pago fijo.

### ¿Cuáles son los términos del Acuerdo?

GSK ha acordado pagar $70 millones para arreglar estos y otros reclamos relacionados. Se deducirá del Fondo del Acuerdo un pago por $4.5 millones a ciertos Procuradores Generales Estatales, así como honorarios de abogados y los costos de administrar el Acuerdo Propuesto, antes de las distribuciones a los Miembros de la Clase.

Se distribuirá treinta por ciento (30%) del fondo restante en efectivo a consumidores que presenten reclamos válidos. Se apartará setenta por ciento (70%) del fondo restante para pagar los reclamos de Miembros de la Clase aseguradores que presentan un reclamo válido y otras aseguradoras que son miembros de un grupo separado e independiente de Pagadores Terceros (se les llama "Planes de Salud Independientes Partes del Acuerdo" [Independent Settling Health Plans - ISHPs] que han acordado arreglar sus reclamos contra GSK a cambio de parte de los fondos del Acuerdo.

### ¿Quién me representa?

El Tribunal ha designado a unos abogados para que representen a las Clases. Los Abogados de las Clases le solicitarán al Tribunal que otorgue honorarios de abogados que no excederán del treinta y tres y un tercio por ciento (33.33%) del Fondo del Acuerdo Propuesto, además del reembolso de gastos. Si desea, usted puede contratar a su propio abogado. Sin embargo, será responsable de los honorarios y gastos de ese abogado.

### ¿Cuáles son mis derechos legales?

- **Si desea seguir siendo miembro de ambas Clases del Acuerdo**, no tiene que hacer nada. Sin embargo, para compartir el Fondo del Acuerdo, debe presentar un reclamo, como se explica más adelante. Si el Tribunal aprueba el Acuerdo Propuesto, usted recibirá los beneficios del Acuerdo Propuesto. También quedará obligado por todas las órdenes del Tribunal. Eso quiere decir que retirará cualquier reclamo que pueda tener contra GSK que esté cubierto por el Acuerdo.

- **Si desea presentar un reclamo**, debe completar un Formulario de Reclamo. Puede obtener un Formulario de Reclamo comunicándose por escrito con el Administrador de Reclamos, a la dirección que se indica más adelante, o llamando al número gratuito. También se encuentra disponible en el sitio Web del Acuerdo de GSK. Los Formularios de Reclamo deben estar firmados y matasellados a más tardar el **28 de mayo de 2007**.

- **Si no quiere ser miembro de cualquiera o ninguna de las Clases del Acuerdo**, debe firmar un formulario de Solicitud de Exclusión, como se explica en el *Aviso del Acuerdo Propuesto de la Demanda Colectiva*. Su solicitud debe estar matasellada a más tardar el **27 de mayo de 2007**.

- **Usted puede decirle al Tribunal que no le gusta este Acuerdo Propuesto** o alguna parte del mismo si no se excluye. Para objetar o comentar, debe enviar una carta que debe depositarse en el correo y matasellarse a más tardar el **22 de junio de 2007**, como se explica en el *Aviso del Acuerdo Propuesto de la Demanda Colectiva*.

### ¿Aprobará el Tribunal el Acuerdo Propuesto?

El Tribunal celebrará una Audiencia de Aprobación Definitiva el 19 de julio de 2007 a las 2 p.m. para considerar si el Acuerdo Propuesto es justo, razonable y adecuado y la petición para honorarios y gastos de abogados. Si se han recibido comentarios u objeciones, el Tribunal los considerará en esa oportunidad.

**Para un Aviso del Acuerdo Propuesto de la Demanda Colectiva
y un Formulario de Reclamo**

**Llame sin cargo alguno al: 1 888-568-7645 (Se Habla Español)**

**o visite: www.GSKSettlement.com**

**O escriba a:** GSK AWP Litigation Administrator,
c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

# SPORTS ILLUSTRATED

# Inside The NFL
### by Peter King

## Taking the Reins

While Wade Phillips shores up the D, the Cowboys entrust their offense to promising apprentice Jason Garrett

I HAVEN'T BEEN an NFL coach for very long," Jason Garrett told a friend a few weeks ago, "but it feels like I've been coaching for a long, long time." No, Cowboys owner Jerry Jones didn't go young in replacing Bill Parcells as head coach—he chose Chargers defensive coordinator Wade Phillips, 59—but by putting the offense in the hands of the 40-year-old Garrett, who will assume coordinator duties, the Dallas owner is striking a smart balance between experience and youth, and getting a chance to evaluate Garrett as possible head-coach material.

Jones acknowledges the risk in handing the keys to an offense that scored 425 points last year—two fewer than the Super Bowl champion Colts—to a man who's never designed an NFL game plan and has only two seasons of pro-coaching experience (overseeing quarterbacks for the Dolphins in 2005 and '06). But the owner isn't too worried. For one thing, there's Garrett's pedigree. His dad, Jim, was a longtime Giants and Browns assistant and then the head coach at Columbia. He often told his four sons, "Always have your ears open." That's what the Princeton-educated Garrett did during his 12 seasons as backup quarterback with the Cowboys, Giants, Bucs and Dolphins. When you start nine games and throw 294 passes in a dozen years, it means you've done a lot of sitting in meetings and standing on sidelines, semi-coaching the starter (in seven of those years, Hall of Famer Troy Aikman). Garrett also played under coaches and coordinators with impressive pro résumés: Jimmy Johnson, Norv Turner, Sean Payton, Jim Fassel and Jon Gruden.

Adding to Jones's comfort level is the presence of line coach and run-game coordinator Tony Sparano, who called plays for the Cowboys last fall, meaning the run and pass well during first-year starter Tony Romo's maturation. It's expected that Sparano and Garrett will work together to develop the weekly game plan. Eventually Jones wants Garrett to call the plays.

Phillips, the architect of San Diego's top-flight 2006 defense, is comfortable with the setup. "Tony [Sparano] called the plays last year, and they scored 27 points a game," Phillips says. "And everyone I talked to about Jason told me he's a really good coach who'll play to the strengths of his players. That's how I coach."

Jones wants Garrett to make a more consistent thrower of Romo, who must take fewer chances without losing his edge as a leader or a playmaker. Garrett will not be soft on his QB. The first thing he told his passers in Miami was, "I'm not your friend. I'm a resource for you."

Says Jones, "[Garrett] is so tenacious, so smart, such a hard worker that I think he could have been a coordinator the last five years. I was mad when he left us [in 2000] to go to the Giants. I wanted to hire him as a coach right then. He was ready." □

**TEAM EFFORT** Phillips (top) will rely on Garrett (in cap) to mentor Romo.

## Three Points

1. Expect the Jaguars to make a strong push for former Patriots cornerback Asante Samuel, one of the NFL's best free agents, this off-season. The [...illegible...]

2. Talk about the devaluation of the Pro Bowl: This year 20 players pulled out. [...illegible...]

3. Jerry Jones has a tough job ahead as he tries to get the new coach Wade Phillips and his staff ready. [...illegible...]

BAHRAM STROHMEYER (ROMO); RUSTY LEE/WIREIMAGE.COM (PHILLIPS); DOUG MURRAY/WIREIMAGE.COM (GARRETT); AL TIELEMANS (THOMAS)

90 ○ ONLY AT SI.COM Peter King's Monday Morning Quarterback.

---

Legal Notice

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

## If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

Kytril Injectable (Granisetron HCL)
Zofran Injectable (Ondansetron HCL)

or

| | | |
|---|---|---|
| Alkeran (Melphalan) | Retrovir (Zidovudine) | Navelbine (Vinorelbine Tartrate) |
| Kytril Tablets (Granisetron HCL) | Zofran Orals (Ondansetron HCL) | Ventolin (Albuterol) |
| Myleran (Busulfan) | Imitrex (Sumatriptan) | Zovirax (Acyclovir) |
| | Lanoxin (Digoxin) | |

### A Proposed Class Action Settlement May Affect Your Rights. Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

**What Is the Class Action Lawsuit About?**
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

**What Individuals Are Class Members?**
There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.

- **You are a member of the Medicare Co-Payment Class if:**
  You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are an heir to someone who made such a co-payment) from January 1, 1991 to January 1, 2005. You are excluded from this Class if you made flat co-payments, or you were reimbursed or have the right to be reimbursed in full for your co-payments.

- **You are a member of the Private Payor Class if:**
  You paid (or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2006 and

  Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You're not included in the Class if you paid a fixed or flat co-payment.

**What Are the Terms of the Settlement?**
GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who make valid claims. Seventy percent (70%) of the remaining fund will be set aside to pay the claims of insurer

Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

**Who Represents Me?**
The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

**What Are My Legal Rights?**
- **If you wish to remain a member of both Settlement Classes, you do not have to do anything.** But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered by the Settlement.

- **If you wish to file a claim, you must complete a Claim Form.** You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than May 28, 2007.

- **If you do not wish to be a member of either or both of the Settlement Classes,** you must sign a Request For Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than May 27, 2007.

- **You can tell the Court if you do not like this Proposed Settlement** or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than June 22, 2007, as outlined in the *Notice of Proposed Class Action Settlement*.

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

**For a Notice of Proposed Class Action Settlement and a Claim Form**

**Call toll-free: 1-888-568-7645 (Se Habla Español) or Visit: www.GSKSettlement.com**

Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

# *TIME*
## FEBRUARY 19, 2007



Legal Notice

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

# If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

**Kytril Injectable** (Granisetron HCL)

**Zofran Injectable** (Ondansetron HCL)

or

| | | |
|---|---|---|
| Alkeran (Melphalan) | Retrovir (Zidovudine) | Navelbine (Vinorelbine Tartrate) |
| Kytril Tablets (Granisetron HCL) | Zofran Orals (Ondansetron HCL) | Ventolin (Albuterol) or |
| Myleran (Busulfan) | Imitrex (Sumatriptan) | Zovirax (Acyclovir) |
| | Lanoxin (Digoxin) | |

## A Proposed Class Action Settlement May Affect Your Rights. Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of this lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

**What is the Class Action Lawsuit About?**
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWPs") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

**What Individuals Are Class Members?**
There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.

- You are a member of the Medicare Co-Payment Class if:
You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are an heir to someone who made such a co-payment) from January 1, 1991 to January 1, 2005. You are excluded from this Class if you made flat co-payments, or you were reimbursed or have the right to be reimbursed in full for your co-payments.

- You are a member of the Private Payor Class if:
You paid (or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2006 and
Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You're not included in the Class if you paid a fixed or flat co-payment.

**What Are the Terms of the Settlement?**
GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who make valid claims. Seventy percent (70%) of the remaining fund will be set aside to pay the claims of insurer Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

**Who Represents Me?**
The Court has appointed attorneys to represent the Classes. Class Counsel will request the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

**What Are My Legal Rights?**

- If you wish to remain a member of both Settlement Classes, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered by the Settlement.

- If you wish to file a claim, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than May 28, 2007.

- If you do not wish to be a member of either or both of the Settlement Classes, you must sign a Request For Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than May 27, 2007.

- You can tell the Court if you do not like this Proposed Settlement or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than June 22, 2007, as outlined in the *Notice of Proposed Class Action Settlement*.

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

## For a Notice of Proposed Class Action Settlement and a Claim Form

**Call toll-free: 1-888-568-7645** (Se Habla Español)  or  **Visit: www.GSKSettlement.com**

Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

*TIME*

FEBRUARY 26, 2007

Legal Notice

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

# If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

**Kytril Injectable** (Granisetron HCL)

**Zofran Injectable** (Ondansetron HCL)

or

| | | |
|---|---|---|
| Alkeran (Melphalan) | Retrovir (Zidovudine) | Navelbine (Vinorelbine Tartrate) |
| Kytril Tablets (Granisetron HCL) | Zofran Orals (Ondansetron HCL) | Ventolin (Albuterol) or |
| Myleran (Busulfan) | Imitrex (Sumatriptan) | Zovirax (Acyclovir) |
| | Lanoxin (Digoxin) | |

## A Proposed Class Action Settlement May Affect Your Rights. Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

### What Is the Class Action Lawsuit About?
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

### What Individuals Are Class Members?
There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.

- **You are a member of the Medicare Co-Payment Class if:**
  You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are an heir to someone who made such a co-payment) from January 1, 1991 to January 1, 2005. You are excluded from this Class if you made flat co-payments, or you were reimbursed or have the right to be reimbursed in full for your co-payments.

- **You are a member of the Private Payer Class if:**
  You paid (or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2006 and
  Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You're not included in the Class if you paid a fixed or flat co-payment.

### What Are the Terms of the Settlement?
GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who make valid claims. Seventy percent (70%) of the remaining fund will be set aside to pay the claims of insurer Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

### Who Represents Me?
The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

### What Are My Legal Rights?
- **If you wish to remain a member of both Settlement Classes**, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered by the Settlement.

- **If you wish to file a claim**, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than May 28, 2007.

- **If you do not wish to be a member of either or both of the Settlement Classes**, you must sign a Request For Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than May 27, 2007.

- **You can tell the Court if you do not like this Proposed Settlement** or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than June 22, 2007, as outlined in the *Notice of Proposed Class Action Settlement*.

### Will the Court Approve the Proposed Settlement?
The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

### For a Notice of Proposed Class Action Settlement and a Claim Form

**Call toll-free: 1-888-568-7645** (Se Habla Español) or **Visit: www.GSKSettlement.com**

Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

---

BUSINESS

# Wireless Street Fight

Web 2.0 moves into your neighborhood as firms vie to deliver local content to your cell phone

By ANITA HAMILTON

YOUR CELL PHONE IS SPYING ON YOU, BUT don't be afraid. Thanks to better mapping technology and hyperlocal services tailored to the small screen, the latest wireless gadgets can automatically pinpoint your location and then direct you to everything from the nearest Chinese restaurant to where your friends are hanging out. And while it may seem creepy to have your phone keeping tabs on you even when you're sleeping, this isn't some Homeland Security nightmare. It's just an easier way to find people and places nearby.

Mobile social networking is hot. The new Drift phone from Helio comes with a feature called Buddy Beacon that lets you see your location on a map that pops up onscreen, thanks to the global positioning system (GPS) chip built into the phone. You can also see where any of your friends are—assuming that they authorize it and own the same $225 phone. Targeted at teens and twentysomethings, the idea is that if you always knew your friends' whereabouts, it would be that much easier to meet up with them. "We create a natu-



### HOW TO PICK OUT A FRIEND

■ **PINPOINT YOUR PALS** Why text your friends when you can meet up with them instead? Helio, above left, and similar GPS-based services show you exactly where your friends are

■ **GET DRIVING DIRECTIONS** Phones like the $200 Verizon enV, above right, and the Nokia 6110, due out this spring for about $500, can double as car navigation systems because of their big screens and smart maps

■ **FIND SHOPS NEAR YOU** Think of it as a kind of digital Yellow Pages tailored to the small screen. Yahoo!, Google and Ask.com all offer local-search services for mobile gadgets

ral extension of what people already want to do, which is, they want to be with their friends," says Sky Dayton, a co-founder of the Internet service provider Earthlink. Dayton launched Helio last summer with $440 million in funding from Earthlink and South Korea's SK Telecom.

Helio already has buzz—and lots of imitators. The start-up's 70,000 customers each spend about $100 a month—about twice the industry average—for an all-inclusive calling plan with text, photos and video messaging. A similar service called Loopt, which is free and works only on Sprint's Boost Mobile youth brand, claims 100,000 users. And anyone with a Windows Mobile device, like the Samsung BlackJack and Palm Treo, and $30 can download software from *gpsgate.com* that works in much the same way.

If cyberstalking your friends isn't your bag, you can still use your phone's GPS genius to find businesses or get driving directions on the fly. Sure, this option was already available on some phones without GPS, but it worked so poorly that hardly anyone ever used it. Now the $200 Verizon enV, a smartphone released in January, shows your position on a map and suggests everything from dry cleaners to plumbers nearby. Other cool offerings include the Dash Express, a $700 portable car navigation system on sale this spring with Yahoo!'s Go! local search on it, and the iRiver W10 from ReignCom, which combines an Internet phone, MP3 player and personal navigator in an iPhone-size unit.

Nifty. But is there really a market for these GPS gizmos? After all, not everyone is willing to pay $100 a month to hound her friends. Free services, on the other hand, make money on advertising. But there's not much room for ads on a screen about as big as a Post-it. The mobile-phone ad market brought in just $200 million in 2006, according to the Yankee Group, vs. $16 billion for online ads. Nonetheless, ABI Research expects revenues for location-based services in North America to spiral from less than $1 billion last year to more than $13 billion by 2011, partly because of the cheap GPS chips and free Google maps that power some devices.

Stephen Lee, 23, is already sold. He says his Helio's Buddy Beacon came in handy one night when his roommate went out. "I saw that she was at Wendy's, and I just texted her to pick up a couple of 99¢ crispy-chicken sandwiches," says the graduate student in Chattanooga, Tenn. "I really use it to show other people that it's cool and they should get one." So far he has convinced his roommate, his girlfriend and his best friend. Well, it's a start.

■

Illustration for TIME by Harry Campbell

48

*USA WEEKEND*

## Legal Notice

**UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS**

### If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

**Kytril Injectable** (Granisetron HCL)
**Zofran Injectable** (Ondansetron HCL)

or

| | |
|---|---|
| Alkeran (Melphalan) | Imitrex (Sumatriptan) |
| Kytril Tablets (Granisetron HCL) | Lanoxin (Digoxin) |
| Myleran (Busulfan) | Navelbine (Vinorelbine Tartrate) |
| Retrovir (Zidovudine) | Ventolin (Albuterol) or |
| Zofran Orals (Ondansetron HCL) | Zovirax (Acyclovir) |

**A Proposed Class Action Settlement May Affect Your Rights.
Medicare Part B Beneficiaries (or their Heirs) are Included**

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

**What Is the Class Action Lawsuit About?**
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

**What Individuals Are Class Members?**
There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.
• You are a member of the **Medicare Co-Payment Class** if:
You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are an heir to someone who made such a co-payment) from January 1, 1991 to January 1, 2005. You are excluded from this Class if you made flat co-payments, or you were reimbursed or have the right to be reimbursed in full for your co-payments.

• You are a member of the **Private Payor Class** if: You paid for or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2006 and
Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You're not included in the Class if you paid a fixed or flat co-payment.

**What Are the Terms of the Settlement?**
GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who make valid claims. Seventy percent (70%) of the remaining fund will be set aside to pay the claims of insurers

Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

**Who Represents Me?**
The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

**What Are My Legal Rights?**
• If you wish to remain a member of both Settlement Classes, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered by the Settlement.
• If you wish to file a claim, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than May 28, 2007.
• If you do not wish to be a member of either or both of the Settlement Classes, you must sign a Request For Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than May 27, 2007.
• You can tell the Court if you do not like this Proposed Settlement or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than **June 22, 2007**, as outlined in the *Notice of Proposed Class Action Settlement*.

**Will the Court Approve the Proposed Settlement?**
The Court will hold a Final Approval Hearing on **July 19, 2007 at 2:00 p.m.** to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

**For a Notice of Proposed Class Action Settlement and a Claim Form
Call toll-free: 1 888-568-7645 (Se Habla Español)
or Visit: www.GSKSettlement.com**
Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions,
P.O. Box 24743, West Palm Beach, FL 33416

---

# Tech

## Thinking about that HDTV?

**Buying a high-definition TV is only Step One. Here's a clear picture of the next crucial steps.**



To get that high-definition picture, you'll also need an HD receiver or an HD antenna to pick up the signal.

**W**HAT'S THE MATTER, bunky? Everybody on your block seems to have a high-definition TV and you don't?

That's all right — with the usual post-holiday price drop, you're in an even better position to join the horde adopting this technology. According to Jupiter-Research, HDTVs will account for 70% of TV sales by 2010. "HDTV is roaring along now," says Scott L. Brown, who is a senior VP at Nielsen Media Research. "There's good content available from broadcasters and premium providers, and with price reductions of 50% about every 15 months, electronics manufacturers are making the viewer's decision to buy increasingly a no-brainer."

Of course, getting the full HD experience isn't as simple as buying a high-definition TV. You still need to have an antenna or a receiver to pick up the high-definition signal. Many cable companies will loan you the receiver. Satellite dish companies make you purchase or lease the receiver. (Both providers charge an extra monthly fee of $5 to $10 for the service.)

If you're in the market for a souped-up HD receiver, check out the DirecTV Plus HD DVR, or HR20 for short. With a lease price of $299, the receiver easily connects to your TV, much like a traditional cable box, and lets you pause and simultaneously record two programs — in HD clarity or standard definition — while playing back a third. The machine has a 320-gigabyte hard drive and an easy-to-use search function for locating programs by category. As a bonus, if the HR20 is connected to a phone line, you'll be able to get caller ID. Yes, when your telephone rings, the caller's name and number appears in a little box at the bottom of the screen.

Although the number of programs

> **Not all shows are broadcast in HD. But the list continues to grow.**

available continues to grow, HD is still a new technology dependent upon providers, channels and specific programs. Not all shows are broadcast in high-def, but most providers have HD packages that include premium channels such as HBO, Discovery, ESPN and TNT. The networks are providing much of their prime-time lineups in HD, and Fox presents all of its broadcast sports coverage in HD. Check your on-screen guide for what's playing. Programs that are broadcast in high-definition have an HD icon next to the title.

As standard-definition TVs head for the land of the monophonic record album and the audiocassette, look for creative minds to develop new uses for HD format. For example, Comcast now offers subscribers Gallery-Player On Demand, a new service that turns your HDTV screen into a digital canvas. With GalleryPlayer, subscribers can view paintings from more than 45 world-class museums, including works from New York's Museum of Modern Art and the Barnes Foundation, that will change every minute and be accompanied by music. Images from nature and space also can be selected. And that's just the beginning.

— Jamie Malanowski

# *US NEWS & WORLD REPORT*
## FEBRUARY 19, 2007

Legal Notice

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

# If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

**Kytril Injectable** (Granisetron HCL)

**Zofran Injectable** (Ondansetron HCL)

or

| | | |
|---|---|---|
| Alkeran (Melphalan) | Retrovir (Zidovudine) | Navelbine (Vinorelbine Tartrate) |
| Kytril Tablets (Granisetron HCL) | Zofran Orals (Ondansetron HCL) | Ventolin (Albuterol) or |
| Myleran (Busulfan) | Imitrex (Sumatriptan) | Zovirax (Acyclovir) |
| | Lanoxin (Digoxin) | |

## A Proposed Class Action Settlement May Affect Your Rights. Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

### What Is the Class Action Lawsuit About?
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid or made co-payments for the drug.

### What Individuals Are Class Members?
There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.

- **You are a member of the Medicare Co-Payment Class if:**
  You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are an heir to someone who made such a co-payment) from January 1, 1991 to January 1, 2005. You are excluded from this Class if you made flat co-payments, or you were reimbursed or have the right to be reimbursed in full for your co-payments.

- **You are a member of the Private Payor Class if:**
  You paid (or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2006 and
  Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You're not included in the Class if you paid a fixed or flat co-payment.

### What Are the Terms of the Settlement?
GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who make valid claims. Seventy percent (70%) of the remaining fund will be set aside to pay the claims of insurer

Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors (referred to as the "Independent Setting Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

### Who Represents Me?
The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

### What Are My Legal Rights?
- If you wish to remain a member of both Settlement Classes, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered by the Settlement.

- If you wish to file a claim, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than May 28, 2007.

- If you do not wish, to be a member of either or both of the Settlement Classes, you must sign a Request For Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than May 27, 2007.

- You can tell the Court if you do not like this Proposed Settlement or some part of it if you do not exclude yourself. To object or comment, you must send a letter at the address given below, that is mailed and postmarked no later than, June 22, 2007, as outlined in the *Notice of Proposed Class Action Settlement*.

### Will the Court Approve the Proposed Settlement?
The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

**For a Notice of Proposed Class Action Settlement and a Claim Form**

Call toll-free: **1-888-568-7645** (Se Habla Español) or Visit: **www.GSKSettlement.com**

Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

---

## Letters

### A Historical Tapestry

RICH IN COLORFUL DETAIL, YOUR splendid cover story "The Jamestown Story" [January 29–February 5] was especially informative because it placed those vivid historical images within the tapestry of contemporary worldwide events ["A World of Change"].
HUGH SCOTT
*Sedona, Ariz.*

YOU BEGAN "THE BIRTH OF AMERICA" with "Virginia, Earth's only Paradise!" from poet Michael Drayton's "Ode to the Virginian Voyage." Not mentioned are two other memorable lines: "Britons, you stay too long" and "Go and subdue." I first heard that quote while sitting in a high school auditorium about 45 years ago listening to composer Randall Thompson's musical version of Drayton's poem.
MERV ALTMAN
*Sarasota, Fla.*

THANK YOU FOR THE articles on Jamestown, especially the map on Page 74 showing all of the different events occurring simultaneously in 1607. Too often historical events are taught in isolation as though the rest of the world is frozen. Hopefully, teachers will see your approach and replicate it in their classrooms.
ESTHER BONILLA READ
*Corpus Christi, Texas*

YOUR ARTICLE MENTIONED MANY ethnic groups but neglected to refer to an important group of settlers from Poland who arrived in Jamestown on Oct. 1, 1608. They were hired to make glass, tar, pitch, and soap ashes, which was confirmed in the memoirs of Capt. John Smith. Poles ran the glass factory and exported the first products to Europe with the imprint "Made in America." It was noted in the record of the Virginia Company that Polish glassmakers and tar and pitch manufacturers initiated the first strike for equal rights and won a speedy victory.
FRANK J. SPULA
*President, Polish-American Congress
Chicago*

AS STUDENTS OF AMERICAN INDIAN studies, we were disheartened by the continuation of outdated theories and stereotypes in the special report on Jamestown. We do not believe it is right or balanced to perpetuate blatant insensitivity to the indigenous nations of this continent. Traditionally, American history has emphasized European dominance over indigenous "naturals." This leads us to the statement that "the Jamestown settlers planted the seeds of a nation's spirit." It is this "spirit" that allowed offensive terms like "squaw" to be used, e.g., "seven settlers in a boat spotted several native women … the squaws returned their smiles." Respected publications should refrain from such an insulting slur.
SKIONWI:IO HEMLOCK
REBECCA JAMISON
PAULA SMITH
*Haskell Indian Nations University
Lawrence, Kan.*

I WAS SURPRISED TO see the painting of Capt. John Smith on the cover entitled "The First Americans." Sure-ly you could have come up with a headline that didn't ignore Native Americans!
STEVEN SAUS
*Dayton, Ohio*

### Bush Legacy Lesson

BUSH'S LEGACY, LIKE HIS PRESIDEN-cy, will be defined by his ill-advised, ill-fated war in Iraq ["History's Ver-dict," January 29–February 5]. Over time, the truth will become common knowledge: Bush deliberately misled the American people in order to rally support for an unnecessary invasion so poorly planned that it turned into a humiliating fiasco. He has jeopar-dized our military, our foreign rela-tions, and our reputation, not to men-tion our budget. History is not likely to be kind, especially considering that those who will write it are getting stuck with the bill.
MICHAEL STEELY
*Medford, Ore.*

RUTGERS POLITICAL SCIENTIST ROSS Baker needs to study history before he pontificates on the differences in the Ko-rean War and Iraq. President Bush had more than a dozen Security Council reso-lutions of warning to Saddam Hussein and the majority approval of the Con-gress before he entered Iraq, as well as 35 members of the coalition partners. President Truman hardly did any better.
GERALD G. JONES
*Tuscaloosa, Ala.*

IN HIS 2006 STATE OF THE UNION speech, President Bush said: "We've entered a great ideological conflict we did nothing to invite." He seems to have forgotten that in 1953 the Eisenhower administration overthrew the elected government of Iran, something Presi-dent Truman refused to do, which led to the Islamic revolution. He has also forgotten the Reagan administra-tion aided Iraq in its war with Iran. Bush is bent on digging us into an even deeper hole.
EDD DOERR
*Silver Spring, Md.*

### ER Doctor Drought

"GET ME A NEUROSURGEON, STAT!" [January 29–February 5] on the lack of specialists for emergency rooms is a welcome confirmation of what I've been warning my nonmedical friends about for the last few years. This situa-tion will continue to get worse. When a physician is on emergency call for a hospital, the Emergency Medical Treat-ment and Active Labor Act states he is, at that moment, an agent of the hospital and not his own practice. So, if not get-ting paid by the hospital to take calls as stated in the story, he is essentially work-ing as an unpaid employee of the hos-pital and might not get paid by the pa-tient. But he is liable if something goes wrong. Who would sign up for that? Fewer of us will.
MICHAEL PATTON, M.D.
*Opelika, Ala.*

"GET ME A NEUROSURGEON, STAT!" was a timely report on a critical problem faced by hospitals everywhere. I had to deal with it during my term as medical staff president at Winchester Medical Center in 2006. We pioneered a novel solution to the ER call-coverage problem, initiated in 2006. WMC now has 130 specialists participating in a uniquely de-signed "deferred compensation pro-gram" that recognizes physicians' com-munity service to the ER. The program benefits both hospital and physician and provides the hospital with a way to com-pensate physicians. It gives the hospi-tal a cost-efficient tool to maintain an emergency room on-call roster.
THOMAS W. OLIVER, M.D.
*Winchester, Va.*

# *US NEWS & WORLD REPORT*
## FEBRUARY 26, 2007

UNITED STATES DISTRICT COURT – DISTRICT OF MASSACHUSETTS

# If You Made or Are Obligated to Make a Percentage Co-Payment or Full Payment for the GSK Drugs:

**Kytril Injectable** (Granisetron HCL)

**Zofran Injectable** (Ondansetron HCL)

or

| | | |
|---|---|---|
| Alkeran (Melphalan) | Retrovir (Zidovudine) | Navelbine (Vinorelbine Tartrate) |
| Kytril Tablets (Granisetron HCL) | Zofran Orals (Ondansetron HCL) | Ventolin (Albuterol) or |
| Myleran (Busulfan) | Imitrex (Sumatriptan) | Zovirax (Acyclovir) |
| | Lanoxin (Digoxin) | |

## A Proposed Class Action Settlement May Affect Your Rights. Medicare Part B Beneficiaries (or their Heirs) are Included

There is a Proposed Settlement with GlaxoSmithKline ("GSK"), one of the Defendants in a class action lawsuit pending in the U.S. District Court for the District of Massachusetts. The name of the lawsuit is *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, Docket No. 01-CV-12257-PBS, MDL No. 1456.

### What Is the Class Action Lawsuit About?
The lawsuit claims that certain drug companies reported false and inflated average wholesale prices ("AWP") for certain types of outpatient drugs. The reported AWPs are often used to set prescription drug prices that are paid by Medicare, consumers and insurers. The lawsuit asks the Court to award money damages to some people who paid for or made co-payments for the drug.

### What Individuals Are Class Members?
There are two sub-Classes for individual consumers who paid for the GSK Covered Drugs listed above.

- **You are a member of the Medicare Co-Payment Class if:**
  You made or are currently obligated to make a percentage co-payment under Medicare Part B for any of the GSK Covered Drugs listed above (or are an heir to someone who made such a co-payment) from January 1, 1991 to January 1, 2005. You are excluded from this Class if you made flat co-payments, or you were reimbursed or have the right to be reimbursed in full for your co-payments.

- **You are a member of the Private Payor Class if:**
  You paid (or are currently obligated to pay) for any of the GSK Covered Drugs listed above outside of Medicare Part B, from January 1, 1991 to August 10, 2006 and

  Your payment was (a) for the full amount out-of-pocket, or (b) your payment was a percentage co-payment. You're not included in the Class if you paid a fixed or flat co-payment.

### What Are the Terms of the Settlement?
GSK has agreed to pay $70 million to settle these and other related claims. A $4.5 million payment to certain State Attorneys General, as well as attorneys' fees and the costs of administering the Proposed Settlement, will be deducted from the Settlement Fund before distributions to Class Members.

Thirty percent (30%) of the remaining fund will be distributed in cash to consumers who make valid claims. Seventy percent (70%) of the remaining fund will be set aside to pay the claims of Insurer Class Members who submit a valid claim and other insurers who are members of a separate and independent group of Third-Party Payors (referred to as the "Independent Settling Health Plans" or "ISHPs") who have agreed to settle their claims against GSK for a portion of the Settlement funds.

### Who Represents Me?
The Court has appointed attorneys to represent the Classes. Class Counsel will request that the Court award attorneys' fees not to exceed thirty-three and a third percent (33.33%) of the Proposed Settlement Fund, plus reimbursement of expenses. You may hire your own attorney, if you wish. However, you will be responsible for that attorney's fees and expenses.

### What Are My Legal Rights?
- If you wish to remain a member of both Settlement Classes, you do not have to do anything. But, to share in the Settlement Fund you must file a claim as discussed below. If the Court approves the Proposed Settlement, you will receive the benefits of the Proposed Settlement. You will also be bound by all the Court's orders. This means you will drop any claims you may have against GSK that are covered by the Settlement.

- If you wish to file a claim, you must complete a Claim Form. You can get a Claim Form by contacting the Claims Administrator in writing, at the address given below, or by calling the toll-free number. It is also available on the GSK Settlement Web site. Claim Forms must be signed and postmarked no later than May 28, 2007.

- If you do not wish to be a member of either or both of the Settlement Classes, you must sign a Request For Exclusion form as outlined in the *Notice of Proposed Class Action Settlement*. Your request must be postmarked no later than May 27, 2007.

- You can tell the Court if you do not like this Proposed Settlement or some part of it if you do not exclude yourself. To object or comment, you must send a letter that is mailed and postmarked no later than June 22, 2007, as outlined in the *Notice of Proposed Class Action Settlement*.

### Will the Court Approve the Proposed Settlement?
The Court will hold a Final Approval Hearing on July 19, 2007 at 2:00 p.m. to consider whether the Proposed Settlement is fair, reasonable, and adequate and the motion for attorneys' fees and expenses. If comments or objections have been received, the Court will consider them at that time.

**For a Notice of Proposed Class Action Settlement and a Claim Form**

**Call toll-free: 1-888-568-7645 (Se Habla Español) or Visit: www.GSKSettlement.com**

Or Write: GSK AWP Litigation Administrator, c/o Complete Claim Solutions, P.O. Box 24743, West Palm Beach, FL 33416

---

## Nation & World

was born; he won there in 2004. Edwards claims he would be the most electable candidate in the general election and says he can raise $45 million to $50 million this year, probably the minimum needed for a serious campaign.

Last week, he gave a couple of speeches on healthcare but spent most of his time at private fundraisers in California, Florida, Nevada, and Oklahoma.

Edwards has several other things going for him. He should do well in debates, with his trial lawyer's skill at making arguments and persuading jurors. His youth, good looks, and vigor raise comparisons with John F. Kennedy, one of his party's icons. His personal story as the son of a millworker who rose from humble beginnings to success in the law field remains appealing (though the fact that he lives in a multimillion-dollar house in North Carolina may undercut his populist appeal somewhat). His wife Elizabeth's successful struggle with breast cancer gave him and his family firsthand experience with the kinds of everyday crises that many Americans also have endured. He feels liberated from the normal cautious mind-set of Washington politicians.

Evolution. That was clear when Edwards spoke to a packed town hall meeting at Dartmouth College in Hanover, N.H., on January 31. He rolled up the sleeves of his dark-blue button-down shirt and roamed the crowd like a junior professor trying to bond with his students. The candidate drew cheers when he told the crowd it was time for bold action. "I, like all of you, have evolved," he declared. "It is not enough to do small things. Baby steps and incremental change are not enough. We need transformational change." That is the underlying message in the reinvention of John Edwards. ●

## A Desire for Basic Changes

36  U.S.NEWS & WORLD REPORT • WWW.USNEWS.COM • FEBRUARY 26, 2007