UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ )
In Re:  Pharmacy Industry Average ) )
Wholesale Price Litigation ) )
) MDL Docket No.  1456
**THIS DOCUMENT RELATES TO:** )
) Master File No. 01-CV-12257-PBS
*U.S. ex rel. West v. Ortho-McNeil* )
*Pharmaceutical, Inc. et al.,* No. 03-8239 )  Judge Patti B. Saris
(N.D. Ill.) )
_____ )

<u>NOTICE OF APPEARANCE</u>

Please enter the appearance of John A. Bruegger, of the firm SimmonsCooper

LLC, 707 Berkshire Blvd., East Alton, Illinois 62024, Telephone: (618) 259-2222, on

behalf of the Plaintiff, Edward West, in the above-captioned action pursuant to Case

Management Order No. 1 [document 100], ¶16.  The required Fifty Dollar ($50.00) filing

fee is submitted herewith.

Respectfully submitted,

SIMMONSCOOPER LLC

By_____
John A. Bruegger
SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, Illinois 62024
jbruegger@simmonscooper.com
(618) 259-2222
(618) 259-2251 - Fax

## <u>CERTIFICATE OF SERVICE</u>

I, John A. Bruegger, certify that on June 22, 2007, a copy of this document  was served upon the following individuals by the means set forth:

<u>Via electronic mail:</u>

Jordan S. Ginsberg jginsberg@sidley.com

Charles J. Biro cbiro@sidley.com

Scott R. Lassar slassar@sidley.com

Scott Stein sstein@sidley.com

George A. Zelcs gzelcs@koreintillery.com

Robin B. Potter robinpotter@igc.org

Samuel S. Miller samuel.s.miller@usdoj.gov

<u>Via U.S. Postal Service (postage prepaid):</u>

**Mary Louise Cohen**
Phillips & Cohen LLP
2000 Massachusetts Ave N.W.
Washington DC 20036

**Erika A. Kelton**
Phillips & Cohen LLP
2000 Massachusetts Ave, N.W.
Washington DC 20036

**Timothy D. Nimrod**
Medicaid Fraud Control Unit
Gregory Hooggasian, Esq.
100 W. Randolph St.- 12th Floor
Chicago IL 60601

**Lisa Madigan**
Attorney General of Illinois
100 West Randolph Street
12th Floor
Chicago IL 60601

**Bernabe Icaza**
**Charlie Crist**
Office of the Attorney General
Medicaid Fraud Unit
The Capitol PL-01
Tallahassee FL 32399-1050

**M. Jane Brady**
Carvel State Office Building
Consumer Protection - 5th Floor
820 North French Street
Wilmington DE 19801

**Collin Wong**
Bureau of Medi-Cal Fraud
Office of the Attorney General
1425 River Park Drive
Ste. 300
Sacramento CA 95815

**L Timothy Terr**
Office of the Attorney General,
100 North Carson Street
Carson City NV 89701

**Sydney Rab**
**Randall L. Clouse**
Medicaid Fraud Control Unit
900 East Main St.,
5th Fl
Richmond VA 23219

**Steven Fermon**
Medicaid Fraud Control Unit Illinois State Police
200 IslesPark Place
Ste 230
Springfield IL 62703

**Robert Spagnoletti**
District of Columbia Attorney 's Office
Office of Corporation Counsel
441 4th St., NW
Washington DC 20001

**W Rick Copeland**
Medicaid Fraud Control Unit
Office of the Attorney General
Austin TX 78711

**Jerry Kilgore**
Virginia Attorney General
Office of the Attorney General
900E. Main St
5th FL
Richmond VA 23219

**Susan Kennedy**
Medicaid Fraud Control Unit
Office of DC Inspector General
Washington DC 2005

**Robert Schlafly**
Medicaid Fraud Control Unit Bureau of Investigations
901 R.S. Gass Blvd.
Nashville TN 37216

**Paul G Summers**
Tennessee Attorney General
500 Charlotte Avenue
Nashville TN 37243

**Bill Lockyear**
Office of the Attorney General
1300 I Street
Ste. 1740
Sacramento CA 95814

**Senega**
Deputy Attorney General State of Hawaii
333 Queen Street
10th Floor
Honolulu HI 96813

**Greg Abbott**
Texas Attorney General
Office of the Attorney General
Capitol Station, PO Box 12548
Austin, TX 78711

**Tom Reilly**
Attn: Chris Barry-Smith, Esq.
McCormack Building
One Ashburton Place
Boston, MA 02108

**Burman, David J.**                  Phone: (206)583-8888 Fax: (206)583-8500
Perkins Cole, LLP                         Immunex Corp.
1201 Third Avenue
Suite 4800
Seattle, WA  98101-3099

**Castle, Ronald L.**                  Phone: (202)857-6188 Fax: (202)857-6395
Arent Fox, PLLC                           Chiron Corp.
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5339

**Cook, R. Christopher**               Phone: (202) 879-3939 Fax: (202)626-1700
Jones Day                                Abbott Laboratories, Inc.
51 Louisiana Avenue, N.W.
Washington, DC  20001

**Davis, William**                     Phone: (202)434-7300 Fax: (202)434-7400
Mintz, Levins, Cohen, Ferris, Glovsky & Popco     Eli Lilly & Co.
701 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC  20004

**Edwards, Steven M.**
Hogan & Hartson, LLP
875 Third Street
Suite 2600
New York, NY  10022

Phone: (212) 918-300 Fax: (212) 918-3100
Bristol-Myers Squibb Co., Oncology
Therapcutics Network Corp.

**Gaynor, III, Martin F.**
Cooley, Manion & Jones, LLP
21 Custom house Street
6th Floor
Boston, MA  02110

Phone:  (617) 737-3100 Fax: (617)737-0374
ICN Pharmaceuticals, Inc.

**Holden, S. Craig**
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, MD  21202-1643

Phone: (410) 347-7322 Fax: (410) 547-0699
American Home Products Corp (nka Wyerh)

**Immelt, Stephen J.**
Hogan & Hurtson, LLP
111 South Calvert Street
Suite 1600
Baltimore, MD  21202

Phone:  (410) 659-2700 Fax: 539-6981
Hoescht Marion Roussel, Inc.

**Koon, Michael L.**
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO  64108-2613

Phone:  (816) 474-6500 Fax: (816) 421-5547
Aventis Pharma

**McGuan, Kathleen H.**
Reed Smith LLP
1301 K. Street, N.W.
Suite 1100, East Tower
Washington, DC  20005

Phone: (202) 414-9200 Fax: (202) 414-9299
Fajisawa Healthcare, Inc.

**Newman, Nancy L.**
Knapp, Peterson & Clarke
500 North Brand Blvd.
20th Floor
Glendale, CA  91203

Phone: (818) 547-5000 Fax: (818) 547-5329
Alpha Therapeutic Corp.

**O'Connor, Brien T.**
Ropes & Gray, LLP
One International Place
Boston, MA  02110-2624

Phone: (617) 951-7385 Fax: (617) 951-7050
Schering-Plough Corp.

**Prosner, Ethan M.**
Covington & Burling
1201 Pennsylvania Avenue, N.W.
P.O. Box 7566
Washington, DC  20004

Phone:  (202) 662-5317 Fax: (202) 662-6291
Glaxo Wellcome PLC; Glaxo Wellcome, Inc.;
GlaxoSmithKlein, PLC; SmithKline Beecham Corp.

**Prince, Christopher E.**
Sonnenschein, Nath & Rosenthal, LLP
601 South Figueroa Street
Suite 1500
Los Angeles, CA  90017-5704

Phone: (213) 623-9300 Fax: (213) 623-9924
Teva Pharmaceuticals USA, Inc.

**Raskin, Richard D.**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Phone: (312) 853-7000 Fax: (312) 853-7036
Allergen Worldwide; Bayer AG

**Schechter, Lori A.**
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA  94105

Phone:  (415) 268-7000 Fax: (415) 268-7522
American BioScience, Inc.

**Sennett, Michael**
Bell, Boyd & Lloyd, LLC
70 West Madison Street
Suite 3100
Chicago, IL  60602

Phone: (312) 372-1121 Fax: (312) 372-2098
Baxter International, Inc.

**Sobol, Thomas M.**
Hagens Berman Sobol Shapiro, LLP
One Main Street – 4th Floor
Cambridge, MA  02142

Phone: (617) 482-3700 Fax: (617) 482-3003
Citizens for Consumer Justice; Colorado Progressive
Coalition; Congress of California Seniors; Florida
Alliance for Retired Americans; Health Care for All,
Inc.; Massachusetts Senior Action Council;
Masspirg; Minnesota Senior Federation; New Jersey
Citizen Action; New York Statewide Senior Action
Council; Pennsylvania Alliance for Retired
Americans; Vermont Public Interest Research Group;
West Virginia Citizens Action; Wisconsin Citizens
Action

**Stauffer, Robert R.**
Jenner & Block LLC
One IBM Plaza
Suite 4400
Chicago, IL  60611

Phone: (312) 222-9350 Fax: (312) 527-2484
Tekeda Chemical Industries, Ltd.

**Stempel, Scott A.**
Morgan, Lewis 7 Bockius, LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

Phone: (202) 739-5211 Fax: (202) 739-3001
Pharmacia Corp.

**Tabacchi, Tina M.**
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL  60601-1692

Phone:  (312) 782-3939 Fax: (312) 782-8585
TAP Pharmaceutical Products, Inc.

**Wise, D. Scott**
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Phone:  (212) 450-4000 Fax: (212) 450-3800
Astrazeneca U.S.

**Young, Joseph H.**
Hogan & Hartson, LLP
111 South Calvert Street
Suite 1600
Baltimore, MD  21202

Phone:  (410) 659-2700 Fax: (410) 539-6981
Amgen, Inc.

Via UPS Overnight Mail, being mailed on June 22, 2007:

**Clerk of the United States District Court**
**for the District of Massachusetts**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210