# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: | ) |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) | ) |
| *County of Nassau v. Abbott Labs, et al.* (E.D.N.Y. No. 04-CV-5126) | ) |
| and other cases listed on the following page | ) |

**MOTION TO RENEW DOCKET # 2199 SEPARATE MEMORANDUM OF DEFENDANT BOEHRINGER INGELHEIM CORPORATION IN SUPPORT OF ITS MOTION TO DISMISS**

Lauren O. Casazza
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
Tel:  (212) 446-4800

Helen E. Witt, P.C.
Brian P. Kavanaugh
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, Illinois  60601-6636
Tel:  (312) 861-2000

*Attorneys for Defendant*
*Boehringer Ingelheim Corporation*

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| *County of Suffolk v. Abbott Labs., et al.* | ) |
| (E.D.N.Y. No. CV-03-229) | ) |
| *County of Westchester v. Abbott Labs., et al.* | ) |
| (S.D.N.Y. No. 03-CV-6178) | ) |
| *County of Rockland v. Abbott Labs., et al.* | ) |
| (S.D.N.Y. No. 03-CV-7055) | ) |
| *County of Dutchess v. Abbott Labs, et al.* | ) |
| (S.D.N.Y. No. 05-CV-06458) | ) |
| *County of Putnam v. Abbott Labs, et al.* | ) |
| (S.D.N.Y. No. 05-CV-04740) | ) |
| *County of Washington v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00408) | ) |
| *County of Rensselaer v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00422) | ) |
| *County of Albany  v. Abbott Labs, et al* | ) |
| (N.D.N.Y. No. 05-CV-00425) | ) |
| *County of  Warren v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00468) | ) |
| *County of Greene  v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00474) | ) |
| *County of Saratoga v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00478) | ) |
| *County of Columbia  v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00867) | ) |
| *Essex County v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00878) | ) |
| *County of Chenango  v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00354) | ) |
| *County of Broome v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00456) | ) |
| *County of Onondaga v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00088) | ) |
| *County of Tompkins v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00397) | ) |
| *County of Cayuga v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00423) | ) |
| County of Madison v. Abbott Labs, et al. | ) |
| (N.D.N.Y. No. 05-CV-00714) | ) |
| *County of Cortland v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00881) | ) |
| *County of Herkimer v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00415) | ) |
| *County of Oneida v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00489) | ) |
| *County of  Fulton v. Abbott Labs, et al.* | ) |
| (N.D.N.Y. No. 05-CV-00519) | ) |

[Caption Continues on Next Page]

*County of St. Lawrence v. Abbott Labs, et al.* )
(N.D.N.Y. No. 05-CV-00479) )
*County of Jefferson v. Abbott Labs, et al.* )
(N.D.N.Y. No. 05-CV-00715) )
*County of Lewis v. Abbott Labs, et al.* )
(N.D.N.Y. No. 05-CV-00839) )
*County of Chautauqua v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06204) )
*County of Allegany v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06231) )
*County of Cattaraugus v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06242) )
*County of Genesee v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06206) )
*County of Wayne v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06138) )
*County of Monroe v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06148) )
*County of Yates v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06172) )
*County of Niagara v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06296) )
*County of Seneca v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06370) )
*County of Orleans v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06371) )
*County of Ontario v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06373) )
*County of Schuyler v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06387) )
*County of Steuben v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06223) )
*County of Chemung v. Abbott Labs, et al.* )
(W.D.N.Y. No. 05-CV-06744) )

Defendant Boehringer Ingelheim Corporation ("BIC") submits this motion to renew its Separate Memorandum in Support of its Motion to Dismiss both the Consolidated Complaint of New York City and Plaintiff New York Counties Other Than Nassau and the Second Amended Complaint of Nassau County which was filed on March 3, 2006 and bears the Docket Entry Number 2199. The First Amended Consolidated Complaint filed on June 8, 2007 does not cure the pleading failures outlined in BIC's separate memorandum, namely plaintiffs' failure to allege wrongdoing by BIC, and therefore BIC renews its motion with respect to the newly filed First Amended Consolidated Complaint.

                                                Respectfully submitted,

Date:  June 22, 2007                    By:     /s/ Brian P. Kavanaugh
                                                                Lauren O. Casazza
                                                                KIRKLAND & ELLIS LLP
                                                               Citigroup Center
                                                               153 East 53rd Street
                                                               New York, NY 10022
                                                               (212) 446-4800

                                                               Helen E. Witt, P.C.
                                                               Brian P. Kavanaugh
                                                               KIRKLAND & ELLIS LLP
                                                               200 East Randolph Street
                                                               Chicago, IL 60601
                                                               (312) 861-2000

                                                               *Counsel for Boehringer Ingelheim Corporation*

**CERTIFICATE OF SERVICE**

I, Brian P. Kavanaugh, hereby certify that on June 22, 2007, I caused a true and correct copy of the foregoing, MOTION TO RENEW Docket # 2199 SEPARATE MEMORANDUM OF DEFENDANT BOEHRINGER INGELHEIM CORPORATION IN SUPPORT OF ITS MOTION TO DISMISS, to be served on all counsel of record in accordance with the Court's Case Management Order No. 2.

Dated:  June 22, 2007                                                              /s/  Brian P. Kavanaugh