**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| *In re*: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** <br><br> *United States ex rel. Edward West, et al., v. Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson.* | |

**PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

Plaintiff, Edward West, hereby seeks an extension of time up to and including July 9, 2007, to respond to Defendants' Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction. Plaintiff requests Defendants' reply memorandum in support of their motion shall be filed on or before July 23, 2007. Defendants' counsel has no objection to this Motion.

On June 11, 2007, Defendants served their motion to dismiss on the Plaintiff. According to Local Rule 7.1(b)(2), absent an extension, the deadline to respond to this motion would be June 25, 2007. Plaintiff seeks an extension of this deadline up to and including July 9, 2007. Plaintiff's counsel conferred with Defendants' counsel regarding an extension. Defendants' counsel has no objection to such extension, provided Defendants' reply memorandum due date is set as July 23, 2007. Accordingly, Plaintiff also seeks an extension of the deadline for Defendants to file a reply memorandum in support of their motion up to and including July 23, 2007.

WHEREFORE, Plaintiff respectfully requests an extension of time to respond to said motion up to and including July 9, 2007 and an extension of time for Defendants to file a reply memorandum in support of their motion up to and including July 23, 2007.

        Respectfully submitted,

        EDWARD WEST


        By:___s/ John A. Bruegger_____
            John A. Bruegger
            SimmonsCooper LLC
            707 Berkshire Blvd.
            East Alton, Illinois 62024
            kbrennan@simmonscooper.com
            (618)259-2222
            (618)259-2251 – Fax

            ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

John A. Bruegger, an attorney, hereby certifies that on June 25, 2007, he electronically filed the foregoing documents with the Clerk of the Court for the District of Massachusetts using the court's CM/ECF system.

A copy of the foregoing also has been served on the following individuals by depositing a copy in the U.S. mail, first-class postage pre-paid:

Scott R. Lassar
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL  60603

Scott D. Stein
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL  60603

Jordan S. Ginsberg
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL  60603

George A. Zelcs
Korein Tillery, LLC
205 N. Michigan Plaza
Suite 1950
Chicago, IL  60601

Samuel S. Miller
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL  60604

Mary Louise Cohen
Phillips & Cohen LLP
2000 Massachusetts Ave., N.W.
Washington, DC  20036

Erika A. Kelton
Phillips & Cohen LLP
2000 Massachusetts Ave., N.W.
Washington, DC  20036

Timothy D. Nimrod
Gregory Hooggasian, Esq.
Medicaid Fraud Control Unit
100 W. Randolph St.
12th Floor
Chicago, IL  60601

Lisa Madigan
Attorney General of Illinois
100 West Randolph Street
12th Floor
Chicago, IL  60601

Charles J. Crist, Jr.
The Capitol PL-01
Tallahassee, FL  32399-1050

M Jane Brady
Carvel State Office Building
Consumer Protection-5th Floor
820 North French Street
Wilmington, DE  19801

Collin Wong
Bureau of  Medi-Cal Fraud
Office of the Attorney General
1425 River Park Drive
Ste. 300
Sacramento, CA  95815

L Timothy Terry
Office of the Attorney General
100 North Carson Street
Carson City, NV  89701

Randall L. Clouse
Medicaid Fraud Control Unit
900 East Main St.
5th Floor
Richmond, VA  23219

Steven Fermon
Medicaid Fraud Control Unit Illinois State Police
200 Isles Park Place
Ste. 230
Springfield, IL  62703

Robert Spagnoletti
District of Columbia Attorney's Office
Office of Corporation Counsel
441 4th St., NW
Washington, DC  20001

W Rick Copeland
Medicaid Fraud Control Unit
Office of the Attorney General
Austin, TX  78711

Jerry Kilgore
Virginia Attorney General
Office of the Attorney General
900 E. Main St.
5th Floor
Richmond, VA  23219

Susan Kennedy
Medicaid Fraud Control Unit
Office of DC Inspector General
Washington, DC  20005

Robert Schlafly
Medicaid Fraud Control Unit Bureau of Investigations
901 R.S. Gass Blvd.
Nashville, TN  37216

Paul G. Summers
Tennessee Attorney General
500 Charlotte Avenue
Nashville, TN  37243

Bill Lockyear
Office of the Attorney General
1300 I Street
Ste. 1740
Sacramento, CA  95814


Gary K. Senega
Deputy Attorney General State of Hawaii
333 Queen Street
10th Floor
Honolulu, HI  96813

Greg Abbott
Texas Attorney General
Office of the Attorney General
Capital Station, PO BOX 12548
Austin, TX  78711

/s/ John A. Bruegger