UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) <br> *In re*: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> _____) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> ) <br> *United States ex rel. Edward West, et al., v.* ) <br> *Ortho-McNeil Pharmaceutical, Inc. and* ) <br> *Johnson & Johnson.* ) | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris |

## **ORDER**

Plaintiff, Edward West, has requested an extension of time up to and including July 9, 2007, to respond to Defendants' Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction. In addition, Plaintiff requested an extension of time up to and including July 23, 2007, for Defendants to file a reply memorandum in support of their motion. Defendants' counsel has no objection to these extensions.

The Plaintiff's Agreed Motion for Extension of Time to File a Response to Defendants' Motion to Dismiss the Complaint for Lack of Subject Matter Jurisdiction is GRANTED. Plaintiff shall respond to the Motion on or before July 9, 2007. Defendants shall file a reply memorandum in support of their motion on or before July 23, 2007.

Signed this _____ day of _____, 2007.

_____
Judge Patti B. Saris