UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) | MDL No. 1456 |
| ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) | |

## NOTICE OF APPEARANCE OF SHARON LAHEY

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Sharon Lahey as counsel for Defendant TAP Pharmaceutical Products Inc. in the above-captioned matter.

Dated: June 26, 2007

Respectfully submitted,

TAP Pharmaceutical Products Inc.

By its attorney,

/s/ Sharon Lahey
Sharon Lahey (BBO # 662084)
Goodwin | Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

LIBA/1796595.1

## CERTIFICATE OF SERVICE

      I, Sharon Lahey, hereby certify that this Notice of Appearance filed through the ECF system will be sent electronically to the registered parties as identified on the Notice of Electronic Filing (NEF) on June 26, 2007.

      I further certify that I caused a true and correct copy of the foregoing document to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties on June 26, 2007.

                                        /s/ Sharon Lahey