# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | Civil Action No. 01-12257-PBS |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ROBERT P. BLOOD

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Robert P. Blood as counsel for Defendant TAP Pharmaceutical Products Inc. in the above-captioned matter.

Sharon Lahey of Goodwin Procter LLP, Toni-Ann Citera, R. Christopher Cook, and Daniel E. Reidy of Jones Day, George Q. Evans, Eugene R. Naylor, and Douglas E. Levanway of Wise, Carter, Child & Caraway, and Scott A. Glogovac of Burton, Barlett & Glogovac shall continue their appearance as counsel of record for TAP Pharmaceutical Products Inc.

Dated: June 26, 2007

Respectfully submitted,

TAP Pharmaceutical Products Inc.

By its attorneys,

/s/ Robert P. Blood
Robert P. Blood (BBO #654167)
Sharon Lahey (BBO #662084)
Goodwin | Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

LIBA/1797143.1

## **CERTIFICATE OF SERVICE**

     I, Robert P. Blood, hereby certify that this Notice of Withdrawal of Appearance filed through the ECF system will be sent electronically to the registered parties as identified on the Notice of Electronic Filing (NEF) on June 26, 2007.

     I further certify that I caused a true and correct copy of the foregoing document to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties on June 26, 2007.

                                      /s/ Robert P. Blood