UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | MDL No. 1456 |
| IN RE PHARMACEUTICAL INDUSTRY ) | Master File No.  01-12257-PBS |
| AVERAGE WHOLESALE PRICE LITIGATION ) | |
| ) | Judge Patti B. Saris |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| State of California, *ex rel.* Ven-A-Care v. ) | |
| Abbott Laboratories Inc., *et al.* ) | |
| Case No. 03-cv-11226-PBS ) | |
| ) | |

**JOINT MOTION FOR ENTRY OF [PROPOSED]
 CASE MANAGEMENT ORDER NO.             **

  Plaintiffs and Defendants in the above captioned action respectfully move this Court for the entry of proposed Case Management Order No. _____, attached hereto as Exhibit A.  The proposed CMO, inter alia, prescribes dates for the completion of fact and expert discovery and summary judgment briefing, as set forth in paragraph 9. The parties agree that, unless the Court otherwise directs, no status conference or other hearing is requested from the Court in conjunction with its adjudication of the instant Motion.

June 26, 2007      Respectfully submitted,

           EDMUND G. BROWN JR.
           Attorney General for the State of California

           By:   /s/  Nicholas N. Paul
               NICHOLAS N. PAUL
               Supervising Deputy Attorney General
               California Department of Justice
               1455 Frazee Road, Suite 315
               San Diego, California  92108
               Tel:  (619) 688-6099
               Fax:  (619) 688-4200

           **Attorneys for Plaintiff
           STATE OF CALIFORNIA**

| | |
|---|---|
| June 26, 2007 | THE BREEN LAW FIRM, P.A. |
| | By:   /s/ *James J. Breen*<br>JAMES J. BREEN<br>5755 No. Point Parkway, Suite 39<br>Alpharetta, Georgia 30022<br>Tel:  (770) 740-0008<br>Fax:  (770 740-9109 |

**Attorneys for *Qui Tam* Plaintiff<br>VEN-A-CARE OF THE<br>FLORIDA KEYS, INC.**


**FOR THE DEFENDANTS:**

| | |
|---|---|
| June 26, 2007 | By:   /s/ *Toni-Ann Citera*<br>James R. Daly<br>Tara A. Fumerton<br>JONES DAY<br>77 West Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br><br>Toni-Ann Citera<br>JONES DAY<br>222 East 41st Street<br>New York, New York 10017<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306 |

 **Counsel for Defendant<br> ABBOTT LABORATORIES INC.**

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 26, 2007, a copy to Lexis-Nexis for posting and notification to all parties.

                                                 /s/ *Nicholas N. Paul*
                                                  NICHOLAS N. PAUL