# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | 
| | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | ) ) ) ) | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

**SECOND UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO THE UNITED STATES' FIRST AMENDED COMPLAINT**

Abbott Laboratories Inc. ("Abbott") respectfully requests that the Court enter an Order enlarging the time for Abbott to respond to the United States' First Amended Complaint until July 17, 2007. In support of this motion, which is not opposed by Plaintiffs, Abbott states that:

1.  The United States filed its First Amended Complaint on June 4, 2007, adding certain additional allegations.

2.  On June 13, 2007, Abbott filed an unopposed motion to extend its time to answer or otherwise plead in response to the First Amended Complaint from June 18, 2007 until July 6, 2007. (Dkt. No. 4349.)

3.  On June 19, 2007, the Government provided Abbott with court file materials relating to this matter that had previously been maintained under seal in the United States District Court for the Southern District of Florida. Abbott is reviewing that material to determine whether it might have a bearing on Abbott's response to the First Amended Complaint.

4.  The parties agree that Abbott shall have until July 17, 2007 to answer or otherwise plead in response to the First Amended Complaint.

5.   If Abbott elects to file a motion directed to the First Amended Complaint, rather than an answer, the parties agree that Plaintiffs shall have until August 24, 2007 to submit their response.

WHEREFORE, Abbott respectfully requests that the Court enter an Order directing that:

(i) Abbott shall answer or otherwise plead in response to the United States' First Amended Complaint on or before July 17, 2007; and

(ii) if Abbott elects to file a motion directed to the First Amended Complaint, then Plaintiffs shall respond to any such motion on or before August 24, 2007.

Dated: June 27, 2007

Respectfully submitted,

ABBOTT LABORATORIES INC.

By: /s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Jason G. Winchester
Brian J. Murray
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

*Counsel for Abbott Laboratories Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 27, 2007, a true and correct copy of the foregoing **SECOND UNOPPOSED MOTION FOR ENLARGMENT OF TIME TO RESPOND TO THE UNITED STATES' FIRST AMENDED COMPLAINT** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

                                            /s/ Brian J. Murray