UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

[PROPOSED] ORDER REGARDING FOLLOW UP MAILING TO ALL CONSUMERS
WHO FILED A NOTICE OF EXCLUSION FROM SETTLEMENT

Having conferred with Prof. Francis McGovern, appointed by the Court as Special

Master with respect to the proposed settlement with GlaxoSmithKline ("GSK"), the Court

hereby authorizes Complete Claims Solutions, Inc. ("CCS"), the Court appointed Settlement

Administrator, to implement a follow up mailing and related claim processing and telephone help

line support to all individual consumers who have filed a Notice of Exclusion with respect to the

settlement. The mailing will include a cover letter, list of the GSK covered drugs, and a Claim

Form.

CCS is hereby authorized to proceed

Dated: June 27, 2007

_____
Patti B. Saris
United States District Judge