PUGH, JONES, JOHNSON & QUANDT, P.C.

ATTORNEYS AT LAW

180 NORTH LASALLE STREET
SUITE 3400
CHICAGO, ILLINOIS 60601-2807

TELEPHONE (312) 768-7800
FACSIMILE (312) 768-7801
WWW.PJJQ.COM

FILED
IN CLERKS OFFICE
2007 JUN 22 P 12: 20
U.S. DISTRICT COURT
DISTRICT OF MASS.

June 19, 2007

**VIA U.S. MAIL and LEXISNEXIS FILE & SERVE**

Honorable Patti B. Saris
United States District Court
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**Re: The People of the State of Illinois v. Abbott Laboratories, et al., N.D. Illinois, C.A. No. 1:06-5528**

Dear Judge Saris:

We have been advised that since my appearance was filed in the Northern District of Illinois and later removed to your court, rather than file a motion to withdraw pursuant to Local Rule 83.5.2, I should instead direct this letter to the Court respectfully requesting that I be allowed to withdraw my appearance. Attorneys Walter Jones, Jr. and Mark D. Andrews from our firm remain as counsel for Defendant Baxter Healthcare Corporation.

Please allow this letter to serve as my request. I appreciate the Court's consideration in this matter.

Very truly yours,

Monica M. Millan

Monica M. Millan

cc: All Counsel of Record

# CERTIFICATE OF SERVICE

I, Mark D. Andrews, an attorney, certify that I caused to be served a copy of **Letter to Judge Saris dated June 19, 2007 requesting the withdrawal of attorney Monica M. Millan** upon the following individual(s), by deposit in the U.S. mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, Federal Express overnight delivery, facsimile transmitted from (312) 768-7801, Electronic Case Filing ("ECF"), LexisNexis File & Serve, or via Electronic Mail, as indicated below, on June 19, 2007 before 5:00 p.m.

| | | |
|---|---|---|
| ___ | ECF | Judge Patti B. Saris<br>United States District Court<br>One Courthouse Way, Suite 2300<br>Boston, Massachusetts 02210 |
| ___ | Facsimile/___ Pages | |
| ___ | Federal Express | |
| ___ | LexisNexis File & Serve | |
| ___ | Messenger | |
| X | Mail | |
| ___ | Electronic Mail | |

| | | |
|---|---|---|
| ___ | ECF | All Counsel of Record in The People of the State of Illinois v. Abbott Laboratories, et al. |
| ___ | Facsimile/___ Pages | |
| ___ | Federal Express | |
| X | LexisNexis File & Serve | |
| ___ | Messenger | |
| ___ | Mail | |
| ___ | Electronic Mail | |

___ ECF

___ Facsimile/___ Pages

___ Federal Express

___ LexisNexis File & Serve

___ Messenger

_X_ Mail

___ Electronic Mail

*Counsel for Plaintiff*
Robert S. Libman
Special Assistant Attorneys General
Miner, Barnhill & Galland
14 W. Erie Street
Chicago, IL 60610

-- and --

Benjamin C. Weinberg
Paul J. Gaynor
David F. Buyase
Assistant Attorneys General
100 West Randolph Street
Chicago, IL 60601

-- and --

Lisa Madigan
Attorney General of the State of Illinois
100 West Randolph Street
Chicago, Illinois 60601

s/ Mark D. Andrews
Mark D. Andrews