UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**FILED ORIGINAL**

2007 JUN 22 A 10:55

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |

DOCKET NO. 01-CV-12257-PBS

MDL NO. 1456

DISTRICT COURT
DISTRICT OF MASS.

Hon. Patti B. Saris

## HEALTH CARE SERVICE CORPORATION'S
## NOTICE OF APPEARANCE TO OBJECT THROUGH COUNSEL

Please take notice that Health Care Service Corporation, a Mutual Legal Reserve Company, ("HCSC"), by and through its attorney, Andrew W. Yung[1], Scott Yung LLP, 208 N. Market Street, Suite 200, Dallas, Texas 75202, desires to make an appearance at the Final Approval Hearing for the GSK AWP Settlement on July 19, 2007, at 2:00 p.m. at the United States Courthouse for the District of Massachusetts in Boston, Massachusetts.

Respectfully submitted,

SCOTT YUNG LLP

Andrew W. Yung
State Bar No. 00794899
John B. Scott
State Bar No. 17901500
The Awalt Building
208 N. Market St., Suite 200
Dallas, Texas 75202

---

[1] The undersigned requests that if HCSC requests that he attend, the undersigned be permitted to be heard at the hearing without the need to formally apply for *pro hac vice* status.

Telephone: 214-220-9955
Facsimile: 214-220-9932

**COUNSEL FOR HEALTH CARE
SERVICE CORPORATION**

## CERTIFICATE OF SERVICE

On this 21st day of June, 2007, a true and correct copy of the above and foregoing was forwarded to all counsel of record as indicated below.

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
**COUNSEL FOR NATIONWIDE AWP PAYOR CLASSES**

Frederick G. Herold
Dechert LLP
1117 California Avenue
Palo Alto, California 94304
**COUNSEL FOR GLAXOSMITHKLINE**

_____
Andrew W. Yung