UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**TRIAL OF CLASS 2 AND 3 CLAIMS**

**PLAINTIFFS' SUPPLEMENTAL REQUEST FOR ADMISSION OF TRIAL EXHIBITS**

Plaintiffs respectfully move for the admission of 45 additional exhibits, as follows:

First, Plaintiffs move for admission of exhibits (1) inadvertently left off of their December 14, 2006 list of exhibits to move into evidence; (2) referenced during trial but failed to move into evidence; and (3) exhibits Defendants' object admitting into evidence. Defendants have objected in their pre-trial submissions to exhibits on the list below marked with an asterisk.

Plaintiffs also move for the admission of newly marked exhibit 4109, Dr. Hartman's updated G.4.a, G.4.b, and G.4.c charts. Defendants do not object to the admission of this exhibit into evidence.

Wherefore, Plaintiffs move for the admission of the following exhibits:

| Exhibit No. | |
|---|---|
| 15 | Allowed |
| 17 | Allowed |
| 19 | Allowed |

- 1 -

149091-1

| | | |
|---|---|---|
| | 43 | Allowed |
| | 47 | Allowed |
| | 255 | Allowed |
| | 256 | Allowed |
| | 257* | Denied. |
| | 258* | Denied |
| | 330 | Allowed |
| , | 381* | Denied |
| | 395* | ALLOWED |
| | 409* | Allowed |
| | 422 | Allowed |
| | 425 | Allowed |
| | 431* | Allowed |
| | 433* | Allowed |
| | 441* | Allowed |
| | 453* | Allowed |
| | 455* | Allowed. |
| | 466* | Allowed |
| | 469* | Denied |
| | 470* | Denied |
| | 471 | ☞ Allowed |
| | 478* | Denied |
| | 497* | Denied |

| Number | Ruling |
|---|---|
| 501* | Denied |
| 502* | Denied |
| 503* | Allowed |
| 504* | Allowed |
| 523* | Allowed |
| 559* | Denied |
| 572* | Denied |
| 612* | Allowed |
| 618* | Denied |
| 709 | Allowed |
| 866 | Allowed |
| 913* | Denied |
| 915* | Denied |
| 953* | Allowed |
| 954* | Allowed |
| 955* | Allowed |
| 956 | Allowed |
| 4109 | Allowed |

DATED: January 19, 2007							By: /s/ Steve W. Berman
											Thomas M. Sobol (BBO#471770)
											Edward Notargiacomo (BBO#567636)
											Hagens Berman Sobol Shapiro LLP
											One Main Street, 4th Floor
											Cambridge, MA  02142
											Telephone: (617) 482-3700
											Facsimile: (617) 482-3003

											*Liaison Counsel*

											Steve W. Berman
											Sean R. Matt
											Hagens Berman Sobol Shapiro LLP
											1301 Fifth Avenue, Suite 2900
											Seattle, WA  98101
											Telephone: (206) 623-7292
											Facsimile: (206) 623-0594

											Kenneth A. Wexler
											Jennifer Fountain Connolly
											Wexler Toriseva Wallace LLP
											One North LaSalle Street, Suite 2000
											Chicago, IL  60602
											Telephone: (312) 346-2222
											Facsimile: (312) 346-0022

											Elizabeth Fegan
											Hagens Berman Sobol Shapiro LLP
											60 W. Randolph Street, Suite 200
											Chicago, IL  60601
											Telephone: (312) 762-9235
											Facsimile: (312) 762-9286

											Jeffrey Kodroff
											John Macoretta
											Spector, Roseman & Kodroff, P.C.
											1818 Market Street, Suite 2500
											Philadelphia, PA  19103
											Telephone: (215) 496-0300
											Facsimile: (215) 496b-6611

                    Marc H. Edelson
                    Edelson & Associates LLC
                    45 West Court Street
                    Doylestown, PA  18901
                    Telephone: (215) 230-8043
                    Facsimile: (215) 230-8735

                    Donald E. Haviland, Jr.
                    The Haviland Law Firm LLC
                    740 S. Third Street, Third Floor
                    Philadelphia, PA  19147
                    Telephone: (215) 609-4661
                    Facsimile: (215) 392-4400

                    ***Co-Lead Counsel For Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' SUPPLEMENTAL REQUEST FOR ADMISSION OF TRIAL EXHIBITS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 19, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

By: /s/ Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292