UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.*, Cause No. CV-02-09-H-DWM (D. Mont.), and<br><br>*State of Nevada v. Abbott Labs., Inc.* Cause No. CV-02-00260 (D. Nev.) (*Nevada I*) | CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## MOTION FOR DISMISSAL OF DEY, INC.

By and through their counsel, the States of Montana and Nevada ("States"), pursuant to Fed. R. Civ. P. 41(a)(2), move for an Order of the Court dismissing defendant Dey, Inc. ("Dey") from this action.  In support of this motion, the parties state as follows:

1.  Dey was named as a defendant in the above-referenced actions.

2.  Each of the States has entered into a Settlement Agreement and Release ("Agreement") with Dey.  Pursuant to the terms of those Agreements, all claims asserted by the State of Montana in *State of Montana v. Abbott Labs., Inc., et al.*, Cause No. CV-02-09-H-DWM (D. Mont.) and by the State of Nevada in *State of Nevada v. Abbott Labs., Inc.*, Cause No. CV-02-00260 (D. Nev.) (*Nevada I*) are hereby dismissed with prejudice.

3.  The parties agreed that each party will bear its own costs.

4.  The dismissal has no effect on the States' claims or allegations against any party other than Dey in these actions.

5.  Dey consents to this motion.

- 2 -

WHEREFORE, the parties jointly request that the Court enter an Order dismissing Dey with prejudice. A proposed Order of dismissal is attached.

DATED: June 28, 2007

        By   /s/ Steve W. Berman
          Steve W. Berman
          Sean R. Matt
          Jeniphr A.E. Breckenridge
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Mike McGrath
Attorney General of Montana
Ali Bovingdon
Assistant Attorney General
Justice Building
215 North Sanders
P.O. Box 201401
Helena, MT 56920-1402
Telephone: (406) 444-2026

COUNSEL FOR PLAINTIFF
STATE OF MONTANA

Catherine Cortez Masto
Attorney General of the State of Nevada
L. Timothy Terry
Deputy Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4714

COUNSEL FOR PLAINTIFF
STATE OF NEVADA

- 3 -

## CERTIFICATE OF SERVICE

       I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **MOTION FOR DISMISSAL OF DEY, INC.**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 28, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

       By      **/s/ Steve W. Berman**
       Steve W. Berman
       **HAGENS BERMAN SOBOL SHAPIRO LLP**
       1301 Fifth Avenue, Suite 2900
       Seattle, WA 98101
       (206) 623-7292