# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| *State of Montana v. Abbott Labs., Inc., et al.*, Cause No. CV-02-09-H-DWM (D. Mont.), and | Judge Patti B. Saris |
| *State of Nevada v. Abbott Labs., Inc.* Cause No. CV-02-00260 (D. Nev.) (*Nevada I*) | |

## [PROPOSED] ORDER OF DISMISSAL OF DEY, INC.

The Motion for Dismissal of Dey, Inc. is hereby GRANTED. Defendant Dey, Inc. is hereby dismissed, with prejudice, from the above-referenced actions.

So ordered,

Dated _____

_____
Honorable Patti B. Saris
United States District Court Judge

001534-15 180400 V1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **[PROPOSED] ORDER OF DISMISSAL OF DEY, INC.,** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on June 28, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292