UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 1456<br>C.A. No. 01-12257-PBS<br><br>Judge Patti B. Saris |

**MOTION TO FILE UNDER SEAL EXHIBIT A TO DECLARATION OF DONALD E. HAVILAND, JR. IN SUPPORT OF THE HAVILAND LAW FIRM, LLC'S PETITION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES IN RELATION TO SETTLEMENT WITH GLAXOSMITHKLINE**

Plaintiff, The Haviland Law Firm, LLC, respectfully moves this Honorable Court for leave to file under seal Exhibit A to the Declaration of Donald E. Haviland, Jr. in Support of the Haviland Law Firm, LLC's Petition for Attorney's Fees and Reimbursement of Expenses in Relation to Settlement with GlaxoSmithKline ("Haviland Declaration").

Exhibit A to the Haviland Declaration contain the backup time records of the firm and evidence in support thereof. As such, they contain confidential information including attorney-client communications and work product that should be protected from public disclosure in order to preserve those privileges.

Wherefore, the undersigned respectfully requests that the Court grant leave to file Exhibit A to the Haviland Declaration under seal.

Date: June 29, 2007

Respectfully submitted,

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Michael Lorusso, Esquire
**THE HAVILAND LAW FIRM, LLC**
740 S. Third Street
Third Floor
Philadelphia, PA 19147
Telephone: 215-609-4661
Facsimile: 215-392-4400