UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

## THE HAVILAND LAW FIRM, LLC'S
## NOTICE OF FILING UNDER SEAL

To: All Counsel of Record

Please Take Notice that on June 29, 2007, The Haviland Law Firm, LLC caused to be filed under seal with the Clerk of the United States District Court for the District of Massachusetts the following document:

Exhibit A to the Declaration of Donald E. Haviland, Jr. In Support of the Haviland Law Firm, LLC's Petition for Attorney's Fees and Reimbursement of Expenses in Relation to Settlement with GlaxoSmithKline.

Date: June 29, 2007            Respectfully submitted,

  /s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr.,Esquire
Michael Lorusso, Esquire
**THE HAVILAND LAW FIRM,LLC**
740 S. Third Street
Third Floor
Philadelphia, PA 19147
Telephone: 215-609-4661
Facsimile: 215-392-4400