UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

**[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL EXHIBIT A TO DECLARATION OF DONALD E. HAVILAND, JR. IN SUPPORT OF THE HAVILAND LAW FIRM, LLC'S PETITION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES IN RELATION TO SETTLEMENT WITH GLAXOSMITHKLINE**

Having considered the Motion, The Haviland Law Firm, LLC is hereby granted leave to file Exhibit A to the Declaration of Donald E. Haviland, Jr. In Support of the Haviland Law Firm, LLC's Petition for Attorneys' Fees and Reimbursement of Expenses in Relation to Settlement with GlaxoSmithKline under seal.

Dated: June___, 2007          _____
                              Hon. Patti B. Saris
                              United States District Court Judge