**CERTIFICATE OF SERVICE**

I, Donald E. Haviland, Jr., Esquire, hereby certify that on June 29, 2007, I electronically filed the following documents with the Clerk of this Court, using the CM/ECF system:

1. Motion to File Under Seal Exhibit A to Declaration of Donald E. Haviland Jr., in Support of the Haviland Law Firm LLC's Petition for Attorneys' Fees and Reimbursement of Expenses in Relation to Settlement with GlaxoSmithKline;

2. Notice of Filing Under Seal; and

3. Proposed Order Granting Motion to File Under Seal Exhibit A to Declaration of Donald E. Haviland Jr., in Support of the Haviland Law Firm LLC's Petition for Attorneys' Fees and Reimbursement of Expenses in Relation to Settlement with GlaxoSmithKline.

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
THE HAVILAND LAW FIRM
740 South Third Street
Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
haviland@havilandlaw.com