# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

**SETTLEMENT AGREEMENT AND RELEASE
OF THE GLAXOSMITHKLINE DEFENDANTS**

Counsel, in accordance with the conditions set forth in a separate agreement between Lead Class Counsel and ISHP Group Counsel, which agreement shall be identified to the MDL Court in accordance with Fed.R.Civ.P 23(e).

19. <u>All Class Claims Satisfied by Settlement Fund</u>. Each Class Member and each ISHP Group Member shall look solely to the Settlement Fund for settlement and satisfaction, as provided herein, of all Released Class Claims and all Released ISHP Claims.

20. <u>Payment of Expenses</u>. The Defendants shall not be liable for any of the expenses of the litigation of the MDL Class Actions or the pursuit of any of the Released ISHP Claims, including without limitation attorneys' fees, fees and expenses associated with the provision of notice to the members of the AWP Payor Classes, and claims administration, fees and expenses incurred in administering the Class Escrow Account or the Settlement Fund, fees and expenses of expert witnesses and consultants, and expenses associated with discovery, motion practice, hearings before the Court and/or appeals. All such fees and expenses as are approved by the MDL Court shall be paid out of the Settlement Fund in accordance with this Agreement.

21. <u>Court Approval of Disbursements and Distributions</u>. Court approval shall be required prior to any disbursement or any distribution from the Settlement Fund, but not for any fees and expenses incurred to administer the PSEA, the LSEA, the Class Escrow Account and the Settlement Fund under the Class Escrow Agreement, or taxes on the Settlement Fund, the PSEA or the LSEA.

22. <u>Disbursements and Distributions from the Settlement Fund</u>. The Settlement Fund shall be distributed as follows or as otherwise ordered by the Court:

    (a)    <u>Prior to</u> the Effective Date of this Agreement:

        (i)    Any fees and expenses incurred in administering the Class Escrow Account and the Settlement Fund shall be paid pursuant to the Class Escrow Agreement. The costs of notice and claim administration of the Settlement shall be paid by the Escrow Agent to the Claims Administrator as approved by the MDL Court and at the direction of Lead Class Counsel with notice of such payments provided to counsel for GSK.;

        (ii)    Disbursements for the payment of any taxes (including any estimated taxes, interest or penalties) due, as a result of income earned by the Settlement Fund, shall be made promptly by the Escrow Agent pursuant to the Escrow Agreement with notice of such disbursements provided to the Lead Class Counsel and GSK.

        (iii)    Any attorneys' fees and litigation expenses awarded by the MDL Court to Class Counsel in connection with Final Approval of this Settlement Agreement by the MDL Court. Such attorneys fees and litigation expenses shall be paid to Lead Class Counsel for distribution to Class Counsel and then, in accordance with a separate agreement on legal fees, to ISHP Group Counsel. Notwithstanding the existence of any timely filed objections thereto, or potential for appeal therefrom, or collateral attack on the settlement or any part thereof, any attorneys' fees and litigation expenses awarded by the MDL Court in connection with the Final Approval of this Settlement Agreement shall be paid by the Class Escrow Agent promptly after entry of the order awarding such fees and expenses, subject to Lead Class Counsel's obligation to make appropriate refunds or repayments to the Settlement Fund, if any, as a result of any GSK Opt-Out Refund pursuant to Paragraph 17(a), or if and when, as a result of any appeal and/or further proceedings on remand, or successful collateral

43

attack, the fee or expense award is reduced or reversed, or the settlement is terminated pursuant to Paragraph 14 of this Agreement.

(iv) Payment shall be made, pursuant to Paragraph 7(a) of this Agreement, of the ISHP Initial Payment.

(v) Payment shall be made of the Connecticut Non-Medicaid Purchase Payment, pursuant to Paragraphs 5(a) and 5(e) of this Agreement.

(b) After the Effective Date of this Agreement the Settlement Fund shall be distributed as follows:

(i) First, any remaining fees or expenses incurred in connection with the administration of the Class Escrow Account and the Settlement Fund shall be paid pursuant to the Class Escrow Agreement, and to the extent, if any, the reasonable fees and expenses incurred as part of notice and claims administration of the Settlement have not been paid, such fees and expenses shall be distributed to the Claims Administrator by the Escrow Agent with notice of such disbursements provided to the Lead Class Counsel;

(ii) Second, disbursements for the payment of any taxes (including any estimated taxes, interest or penalties) due as a result of income earned by the Settlement Fund shall be made promptly by the Escrow Agent pursuant to the Escrow Agreement with notice of such disbursements provided to the Lead Class Counsel;

(iii) Third, any incentive award determined by the MDL Court for services rendered to the AWP Payor Classes by the Named Class Representatives, either in the amounts to be recommended by Lead Class Counsel as set forth in the proposed notice

44

forms attached hereto as <u>Exhibit B</u> or as otherwise ordered by the MDL Court, shall be distributed to the Named Class Representatives ;

      (iv)    The Settlement Fund Amount, net of (1) payment of attorneys fees and expenses pursuant to Paragraph 22 (a) (iii), and (2) payment of other fees, costs, expenses and awards provided for in Paragraph 22 (a) (i) and (ii) and 22 (b) (i), (ii) and (iii), shall be segregated thirty percent (30%) for the benefit of Consumers (the "Consumer Settlement Pool") and thirty-five percent (35%) for the benefit of TPP Class Members (the "TPP Settlement Pool") and thirty-five percent (35%) for the benefit of ISHP Group Members (the "ISHP Settlement Pool");

      (v)    Fourth, the payment to GSK of any GSK Opt-Out Refunds attributable to TPP Opt-Outs under Paragraph 17. Any such GSK Opt-Out Refund shall be deducted from the TPP Settlement Pool and the ISHP Settlement Pool only, in equal amounts;

      (vi)    Fifth, payments, if any, to any non-Medicaid state programs that are determined by the Claims Administrator to be entitled to a payment under Paragraph 5(e) and (6)(d) hereunder, except that the Connecticut Non-Medicaid Purchase Payment shall be made prior to the Effective Date as set forth in Paragraph 22 (a) (v) above. Any such payments shall be deducted from the TPP Settlement Pool and the ISHP Settlement Pool only, in equal amounts;

      (vii)    Sixth, the balance of the Consumer Settlement Pool after deducting the above fees, expenses, costs and awards (the "Net Consumer Settlement Pool"), shall be payable to Consumer Class Members who submit Proofs of Claim that are accepted by

45

the Claims Administrator and approved by the MDL Court ("Authorized Consumer Claimants") in accordance with the applicable "Recognized Claim Percentages" established pursuant to Paragraph 12.

        a.    If the amount of the Net Consumer Settlement Pool is not sufficient to pay each Authorized Consumer Claimant his or her Recognized Claim Amount as set forth herein, then each Authorized Consumer Claimant shall be paid their *pro rata* share of the claimants' Recognized Claim Amount, subject to any minimum payment(s) established by the MDL Court. In no event shall GSK be required to pay additional funds hereunder.

        b.    If, on the other hand, there are any unclaimed monies in the Net Consumer Settlement Pool after all Authorized Consumer Claimants have been paid according to the applicable Recognized Claim Percentage or the single minimum payment authorized by the Court, then Consumer Allocation Counsel, TPP Allocation Counsel, ISHP Group Counsel, Counsel for the Participating State Plaintiffs and Counsel for any Additional Participating State Plaintiffs will have an opportunity to participate in a binding mediation with the MDL Mediator to determine how any unclaimed monies should be divided between (1) the States participating in the mediation, (2) Consumers, (3) TPPs and (4) ISHPs. It is GSK's position that, in such a mediation, the MDL Mediator should not award any such unclaimed funds from the Net Consumer Settlement Pool to the TPPs or the ISHPs. The MDL Mediator's decision concerning how any such unclaimed funds should be distributed shall be binding as between the parties thereto, but shall be submitted to the MDL Court for review and approval (not subject to objection by any

of the parties) and incorporation into an Order directing the Escrow Agent to make disbursements in accordance thereto. It is agreed that under no circumstances are any such unclaimed funds in the Net Consumer Settlement Pool to revert to any GSK Defendant.

(viii) Seventh, any ISHP Group Reversion Amount shall be paid from or to the ISHP Settlement Pool or the TPP Settlement Pool as provided in Paragraph 7 above;

(ix) Eighth, the balance of the TPP Settlement Pool after the payment of the above fees, expenses, costs, awards and any GSK Opt-Out Refund pursuant to Paragraph 17 above (the "Net TPP Settlement Pool"), shall be payable to TPP Class Members who submit Proofs of Claim that are accepted by the Claims Administrator and approved by the Court ("Authorized TPP Claimants"), in accordance with the applicable "Recognized Claim Percentages" established pursuant to Paragraph 12.

a. In the event that the Net TPP Settlement Pool is less than or equal to One Hundred Percent (100%) of the total Recognized TPP Claims of all Authorized TPP Claimants, the Authorized TPP Claimants shall be paid the balance of the Net TPP Settlement Pool in proportion to their Recognized Claim Amounts, *i.e.*, their *pro rata* share. In no event shall GSK be required to pay additional funds hereunder.

b. If, on the other hand, the Net TPP Settlement Pool is greater than One Hundred Percent (100%) of the total Recognized TPP Claims of all Authorized TPP Claimants, the Authorized TPP Claimants shall be paid the full amount of their

47