UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* Civil Action No. 06-11337-PBS ) ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS ) ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp.*, Civil Action No. 07-10248 ) ) ) | |

**JULY 1, 2007 STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS**

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file this Status Report for July1, 2007 in accordance with the Court's June 17, 2004 Procedural Order and state:

United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.
MDL Docket Number 06-11337
Original Jurisdiction: United States District Court Southern District of FLorida

| **Pending Motions** | **Responsive Memoranda** | **Hearing Date** |
|---|---|---|
| Abbott's Renewed Motion to Compel Evidence Withheld under the Deliberative Process Privilege filed on March 28, 2007.  (Docket 3959) | Docket 4076 | July 20, 2007, 2:30pm |
| United States Second Motion to Compel Abbott to Produce Documents and Memorandum in Support of its Second Motion to Compel Production of Documents From Abbott filed April 9, 2007.  (Docket 4047 and 4048) | Docket 4153 | |
| United States Motion to Compel Abbott to Respond to the United States' First Set of Interrogatories, Memo in Support of its Motion to Compel Abbott to Respond to the United States First Set of Interrogatories and United States' Motion for Leave to File Under Seal Exhibits to its Memorandum in Support of its Motion to Compel Abbott to Respond to the Untied States' First Set of Interrogatories filed on April 16, 2007.  (Docket 4060, 4061 and 4063) | Docket 4152<br><br>Sealed Exhibits (Docket 4114, 4115 and 4116) | June 19, 2007 |
| Agreed Motion to Extend Time Pursuant to Paragraph 7 of CMO 29 filed April 13, 2007.  (Docket 4057) | Docket 4200 | |
| Abbott's Renewed Motion to Compel Production of Ex Parte Filings filed April 26, 2007.  (Docket 4080)<br>Addendum to Motion (Docket 4299) | Docket 4208 | June 19, 2007 |
| Motion to Compel Abbott Laboratories, Inc. To Produce or Consent to Access to and Sharing of All Discovery Produced by Abbott in other False Price Report Litigation and Memorandum in Support on April 27, 2007.  (Docket 4121 and 4122) | Docket 4200 | July 2, 2007 10:00am |
| Ven-A-Care's Motion for Leave to File Under Seal Certain Documents Relating to Relator's Motion to Compel Abbott Laboratories, Inc. To Produce or Consent to Access to and Sharing of All Discovery Produced by Abbott in Other False Price Report Litigation.  (Docket 4123). | Docket 4200 | |
| Abbott Laboratories, Inc.'s Motion to Compel Plaintiffs United States and Relator to Provide Adequate Responses to Abbott's Discovery Requests filed on May 1, 2007.  (Docket 4135). | | July 20, 2007 2:30pm |
| Abbott Laboratories, Inc.'s Motion for a Protective Order Barring the Deposition of Miles White filed May 14, 2007.  (Docket 4202) | Docket 4254<br><br>Sealed Exhibits  (Docket 4262) | July 20, 2007, 2:30pm |
| Motion for Protective Order filed by Hospira, Inc. (Docket 4291) | Docket 4365 | July 2, 2007, 10:00am |
| Motion for Protective Order and Motion to Quash Plaintiffs' Third Party Subpoenas filed by TAP Pharmaceutical Products, Inc. (Docket 4291) | Docket 4362<br><br>Sealed Exhibits (Docket 4364) | July 2, 2007, 10:00am |
| Motion for Protective Order and Motion to Quash Plaintiffs' Third-Party Subpoenas filed by Abbott. (Docket 4294) | Docket 4365<br><br>Sealed Exhibits (Docket 4364) | July 2, 2007 10:00am |
| Motion for Leave to File Under Seal Exhibits by United States, ex rel. regarding Docket 4362 and 4265 | Docket 4364 | |

2

United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
MDL Docket No. 05-11084-PBS
Original Jurisdiction: United States District Court, District of Massachusetts

| **Pending Motions** | **Responsive Memoranda** | **Hearing Date** |
|---|---|---|
| Dey Defendants' Motion to Dismiss the U.S. Complaint, filed December 22, 2006  (Docket 3507) | Dkt #3607 (U.S. Opp.) Dkt # 3606 (Relator Opp.) Dkt # 3798 (Dey reply) Dkt # 3828 (U.S. Surreply) | May 17, 2007 |

Case 1:01-cv-12257-PBS   Document 4429   Filed 07/02/07   Page 4 of 6

United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelhiem Corp., et al., Docket No. 07-10248-PBS
Original Jurisdiction: United States District Court, District of Massachusetts

| Pending Motions | Responsive Memoranda | Hearing Date |
|---|---|---|
| Roxane Defendants' Joint Motion to Dismiss the U.S. Complaint, filed March 22, 2007 (Dkt #14) | Docket 22 (U.S. Opposition); Docket 23 (Defendants' Reply); Docket 27 (U.S. Surreply) | June 20, 2007 |
| Roxane Defendants' Joint Motion to Dismiss the Relator Ven-a-Care's Complaint, filed April 23, 2007 (Dkt #20) | Docket 24 (Relator's Opposition); Docket 28 (Defendants' Reply) | June 20, 2007 |

Respectfully Submitted,					Dated: July 2, 2007

For the United States of America,

MICHAEL J. SULLIVAN					PETER D. KEISLER
UNITED STATES ATTORNEY				ASSISTANT ATTORNEY GENERAL

 /s George B. Henderson
George B. Henderson, II
Assistant U.S. Attorney					/s/ Renée Brooker
John Joseph Moakley U.S. Courthouse			Joyce R. Branda
Suite 9200, 1 Courthouse Way				Daniel R. Anderson
Boston, MA 02210					Renée Brooker
Phone: (617) 748-3272					Justin Draycott
Fax: (617) 748-3971					Gejaa T. Gobena
							Civil Division
R. ALEXANDER ACOSTA					Commercial Litigation Branch
UNITED STATES ATTORNEY				P. O. Box 261
SOUTHERN DISTRICT OF FLORIDA			Ben Franklin Station
							Washington, D.C.  20044
/s/ Mark A. Lavine					Phone:  (202) 307-1088
Mark A. Lavine						Fax: (202) 307-3852
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

For the relator, Ven-A-Care of the Florida
Keys, Inc.,

/s/ Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel:  (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com
Email: alisonwsimon@breenlaw.com

5

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above **STATUS REPORT - JULY 1, 2007 OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                               /s/ George B. Henderson, II

Dated: July 2, 2007