UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br>Magistrate Judge Marianne B. Bowler |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective July 5, 2007, the new contact information for the Chicago office of Wexler Toriseva Wallace LLP will be as follows:

>WEXLER TORISEVA WALLACE LLP
>55 West Monroe Street
>Suite 3300
>Chicago, Illinois 60603
>Telephone: (312) 346-2222
>Facsimile: (312) 346-0022
>www.wtwlaw.com

DATED: July 2, 2007				Respectfully submitted,

				By: /s/ Jennifer Fountain Connolly
				Kenneth A. Wexler
				Jennifer Fountain Connolly
				**WEXLER TORISEVA WALLACE LLP**
				One North LaSalle Street, Suite 2000
				Chicago, Illinois 60602
				(312) 346-2222

## CERTIFICATE OF SERVICE

      I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on July 2, 2007, I caused a copy of the foregoing *Notice of Change of Address* to be served on all counsel of record by causing same to be posted electronically via LexisNexis File & Serve.

                                                /s/ Jennifer Fountain Connolly
                                                Jennifer Fountain Connolly