# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | Master File No.: 01-12257-PBS<br>Judge Patti B. Saris |
| ALL ACTIONS | |

## NOTICE OF WITHDRAWAL OF APPEARANCE FOR DEFENDANT
## GILEAD SCIENCES, INC.

Please withdraw the appearance of Geoffrey Jonathan Michael, formerly of Arnold & Porter LLP, as counsel for Gilead Sciences, Inc. in connection with the above-captioned actions. Gilead Sciences, Inc. will continue to be represented by attorneys at Arnold & Porter LLP who have been admitted to the Court by pro hac vice application.

Dated: July 6, 2007

Respectfully submitted,

/s/ Jessica Medina

ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
(202)942-5000 (phone)
(202)942-5999 (fax)

*Attorney for defendant Gilead Sciences, Inc.*

**CERTIFICATE OF SERVICE**

      I, Jessica L. Medina, hereby certify that on this 6th day of July 2007, I caused a true and correct copy of the NOTICE OF WITHDRAWAL OF APPEARANCE FOR DEFENDANT GILEAD SCIENCES, INC. to be served on all counsel of record by electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

                                                      /s/ Jessica L. Medina