# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Pharmaceutical Industry Average Wholesale Price Litigation | MDL No. 1456 |
| This Document Relates to: | Civil Action No. 01-12257-PBS |
| U.S. ex rel. West v. Ortho-McNeil Pharmaceutical, Inc. et al., No. 03-8239 (N.D. Ill.) | Hon. Patti B. Saris |

## AFFIDAVIT OF EDWARD WEST

COMES NOW Edward West and for his Affidavit states as follows:

1. My name is Edward West, and I am over the age of 18 years.

2. I was employed as a contract sales representative for Innovex from 1997 to 1999. While working for Innovex, I was assigned to work with Ortho-McNeil Pharmaceutical, Inc. ("Ortho").

3. I was employed as a sales representative for Ortho from January 1999 to July 2000.

4. In total, I was employed as either a contract sales representative or an employee sales representative of Ortho from 1997 to 2000.

5. On or about September 8, 2003 I voluntarily contacted the U.S. Attorney's office and discussed Ortho and Johnson & Johnson's ("Defendants") fraudulent marketing activities. During my conversation I spoke with two different individuals: an operator and an individual the operator directed me to

1

once I explained the reason for my call. The U.S. Attorney's office provided me a form to fill out identifying said fraudulent marketing activities.

6. On or about September 12, 2003, I filled out the form provided by the Office of the United States Attorney for the Northern District of Illinois and notified their office of Defendants' fraudulent marketing activities, the same fraudulent marketing activities which were later alleged in my Complaint. In addition, I also provided their office with documents supporting said allegations. See Exhibit A.

7. On or about September 13, 2003 I voluntarily notified Mr. Patrick Keenan of the Illinois Attorney General's Medicaid Fraud Division of Defendants' fraudulent marketing activities, the same fraudulent marketing activities which were later alleged in my Complaint. See Exhibit B.

8. On or about September 17, 2003 I again notified the U.S. Attorney for the Northern District of Illinois of Defendants' fraudulent marketing activities in writing, which were later alleged in my Complaint. See Exhibit C.

9. On or about October 9, 2003 I voluntarily met with representatives from the Illinois Attorney General's office to disclose the Defendants' fraudulent marketing activities. We discussed, among other things, the allegations which were later detailed in my Complaint. The same information located in Section VI of the First Amended Complaint, among other things, is the information I disclosed to the Illinois Attorney General's office. During the meeting with the Illinois Attorney General's office, they recommended that I obtain counsel regarding the Defendants' fraudulent marketing activities.

10. On or about October 21, 2003, based upon my prior disclosures, U.S. Attorney Patrick J. Fitzgerald forwarded the information I had provided to Federal Bureau of Investigation Special Agent-in-Charge Thomas J. Kneir for further follow up. See Exhibit D.

11. On or about November 6, 2003 I along with one of my attorneys, Mary Louise Cohen, voluntarily met with an agent of the FBI to disclose Defendants' fraudulent marketing activities. During this meeting we discussed, among other things, the same information located in Section VI of the First Amended Complaint.

12. On or about November 17, 2003 I filed a Complaint under seal on behalf of the United States of America against Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson in the Northern District of Illinois alleging numerous fraudulent marketing activities and violations of the False Claims Act. The allegations set forth in my complaint were based solely upon information I learned and saw with my own eyes during the time I was employed by Ortho as a contract sales representative and/or an employee sales representative.

I state under penalty of perjury that the foregoing is true and correct.

Executed on July __07__, 2007.

_____
EDWARD WEST

OFFICE OF THE UNITED STATES ATTORNEY
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 S. DEARBORN STREET - ROOM 5th Floor
CHICAGO, ILLINOIS 60604   Screening Comm.

PLEASE NOTE: This is the United States Attorney's Office which is staffed by lawyers who represent the United States Government and various federal agencies. This office does not provide legal advice to private individuals. While we prosecute violations of federal criminal laws, this office does not conduct investigations independently of these agencies. We will be happy to forward the information you have to the appropriate agency. Please print a brief summary of your complaint or the information you wish to give on the attached form. Be as specific as possible. Your information will be given to the appropriate State, local, or federal agency for review and possible investigation. If necessary, they will contact you. You may complete the form here and leave it with the receptionist or take it with you and mail it to us at the above address.

Your Name: EDWARD WEST
Address: 8822 S. BLACKSTONE AVE.
CHICAGO, IL  Zip 60619
Telephone: 773-978-6425
Date of Birth: 9-05-38
Social Security No.: 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

Have you ever presented a complaint or information to this office before? NO  If so, when? _____

List all of the public agencies you may have contacted regarding this matter: NONE

If you were referred to this office by any agency or public official, name them: DOES NOT APPLY

Date: 9-12-03

List the possible violator(s):
Name: ORTHO-M°NEIL PHARMACEUTICAL
Address: 1000 RT. 202, P.O. Box 300
RARITAN, NJ  Zip 08869
Telephone: 800-682-6532

If you have an attorney representing you in this matter, give name and address: DOES NOT APPLY

Is there any court action pending? NO

Case number and court: DOES NOT APPLY

PLEASE BE ADVISED THAT THE WILLFUL FURNISHING OF FALSE INFORMATION TO A FEDERAL AGENCY MAY CONSTITUTE A VIOLATION OF FEDERAL CRIMINAL LAW, WITH PENALTIES OF FIVE YEARS IMPRISONMENT, A FINE OF $10,000, OR BOTH.

A

If you have any relevant documents, please attach copies only -- do not
tach original documents.

I WORKED FOR ORTHO-McNEIL PHARMACEUTICAL CORP. FOR 1½ YEARS AS A CONTRACT SALES REPRESENTATIVE AND 1½ YEARS AS A REGULAR EMPLOYEE. I WAS TERMINATED FOR REFUSING TO BE A PART OF A GROUP OF EMPLOYEES THAT WAS GOING TO OFFER A LOCAL HOSPITAL $25,000 IN BRIBES. I WAS TOLD THAT THIS METHOD HAD WORKED IN KEEPING ONE OF OUR PRODUCTS STOCKED AT ANOTHER LOCAL HOSPITAL. THIS COMPANY ALSO CONSPIRES WITH HUNDREDS OF HOSPITALS LOCALLY AND ACROSS THE COUNTRY IN PROVIDING CONTRACTS AND KICK-BACKS THAT PROVIDE INACCURATE COSTS OF DRUGS TO MEDICARE AND PROVIDES THOUSANDS OF DOLLARS OF UNTAXED REBATES (TAX EVASION) TO IT'S HOSPITAL CUSTOMERS (SEE EXHIBIT #1 ATTACHED).

ORTHO-McNEIL ALSO PROVIDES FREE WEBSITES TO DOCTORS COSTING BETWEEN ,000 AND $10,000. THEY ALSO PROVIDE FREE MAINTENANCE ON THE WEBSITE AT A COST OF $150.00 PER MONTH ON THE WEBSITE FROM 1 TO 2 YEARS. THIS KIND OF BRIBERY IS GIVEN TO DOCTORS WHO DO NOT REPORT IT AS INCOME SO, TAX EVASION IS COMMITTED AS WELL (SEE EXHIBIT #2 ATTACHED).

ORTHO-McNEIL ALSO OFFERS FREE AIRLINE TICKETS TO DOCTORS TO ATTEND MEETINGS. AGAIN, DOCTORS DO NOT REPORT THIS AS INCOME SO TAX EVASION IS COMMITTED AS WELL AS A DISCREET FORM OF BRIBERY (SEE EXHIBIT #3 ATTACHED).

I CAN PROVIDE MUCH MORE EVIDENCE TO SUPPORT THE INFO GIVEN ABOVE IN A FACE TO FACE INTERVIEW.

SINCERELY,

[signature]

September 13, 2003

Mr. Patrick Keenan, Atty.
Medicaid Fraud Division
Illinois Attorney General
100 W. Randolph St., 12th. Flr.
Chicago, IL 60601

Dear Mr. Keenan

Re: Medicaid Fraud, Bribery and Tax Evasion

I worked for Ortho-McNeil Pharmaceutical Corporation for 1 1/2 years as a contract sales representative and 1 1/2 years as a regular employee. I was terminated for refusing to be a part of a group of employees that was going to offer a local hospital a $25,000 bribe. I was told that this method had worked in keeping one of our products stocked at another local hospital. Ortho-McNeil also conspires with hundreds of hospitals locally and across the country in providing contracts and kick-backs that provide inaccurate costs of drugs to Medicaid and provides thousands of dollars of untaxed rebates (tax evasion) to it's hospital customers ( see exhibit # 1 enclosed).   ENGLISHMAN  COACH

Ortho-McNeil also provides free websites to doctors costing between $6,000 and $10,000 which is not reported as income (tax evasion) and bribery. Ortho-McNeil also provides free maintenance on the website at a cost of $150 per month for a period of 1 to 2 years. This kind of bribery is given to doctors who do not report it as income, so, tax evasion is committed as well (see exhibit #2 enclosed).   UROLOGY $6 - 10 K

Ortho-McNeil also provides free airline tickets to doctors to attend meetings. Again, doctors do not report this as income so tax evasion is committed as well as a discreet form of bribery (see exhibit #3 enclosed).   INDIGO

I can provide much more evidence to support the information given above in a face to face interview.

Sincerely,

Edward West

Edward West
8822 S. Blackstone Ave.
Chicago, IL 60619
773 978 6425

B

September 17, 2003

U.S. Attorney
Northern District Of Illinois, 5th. Flr.
Screening Comm.
219 S. Dearborn Street
Chicago, IL 60604

Dear Sir/Madam:

In my correspondence to you dated 9/12/03 (copy attached) I forgot to include the example of interstate restraint of trade violation as is executed in the attached contract. Cheryl Janicek is the Ortho-McNeil sales representative in the Chicago area, Walter Pascale is the District Manager in the Chicago area, and Mike Beall is the interstate coordinator in Tennessee. Cheryl Janicek coerced the pharmacist Bill Pong at this hospital by threatening to increase the price of his Ortho-McNeil price for the product Leavaquin unless he would agree to certain concessions some of which restricted the purchase of a competitive product Cipro. That is where the restraint of trade comes in. This type of trade violations are taking place in numerous hospitals in Illinois and across the country. A copy of the contract is enclosed for your review.

Sincerely,

Edward West

Edward West
8822 S. Blackstone Ave.
Chicago, IL 60619
773 978 6425

JUL-07-07  11:01AM  FROM-SIMMONSCOOPER                                    T-978  P.009/009  F-641

P 02



U.S. Department of Justice

United States Attorney
Northern District of Illinois

---

Everett McKinley Dirksen Building  (312) 353-5300
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

October 21, 2003

Thomas J. Kneir
Special Agent-in-Charge
Federal Bureau of Investigation
Health Care Fraud Unit
219 S. Dearborn St., 9th Floor
Chicago, IL 60604

Dear Mr. Kneir:

This letter from Edward West alleging violations of law by Ortho-McNeil Pharmaceutical Corporation is for your information and any action deemed appropriate.

Very truly yours,

PATRICK J. FITZGERALD
United States Attorney

By: _____
Robert F. Tighe
Paralegal Specialist

cc. Edward West