UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| *In re:* PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*United States ex rel. Edward West, et al., v. Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson.*<br><br>CIVIL ACTION NO. 06-12299-PBS | MDL No. 1456<br><br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of Scott R. Lassar of the law firm Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois, 60603, as counsel for defendants Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson, Inc., in *United States ex rel. Edward West, et al., v. Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson,* Case No. 06-12299-PBS (D. Mass). Ortho-McNeil Pharmaceutical, Inc. and Johnson & Johnson, Inc. will continue to be represented by attorneys at Sidley Austin LLP who have been admitted to the Court by *pro hac vice* application.

Date:  July 10, 2007

Respectfully submitted,

/s/  Jordan S. Ginsberg
Jordan S. Ginsberg ( IL ARDC# 6282956)
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

CH1 3931447v.1

## **CERTIFICATE OF SERVICE**

I, Jordan S. Ginsberg, certify that on July 10, 2007, I electronically filed the foregoing document with the Clerk of the Court for the District of Massachusetts using the court's CM/ECF system.

/s/  Jordan S. Ginsberg