UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* CIVIL ACTION NO. 05-11084-PBS; ) ) ) ) ) *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al.,* CIVIL ACTION NO. 07-10248-PBS ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Hon. Patti B. Saris |

**UNITED STATES' NOTICE OF RECENT UNITED STATES DISTRICT COURT DECISION REGARDING THE STATUTE OF LIMITATIONS ISSUE RAISED IN THE DEY AND ROXANE DEFENDANTS' MOTIONS TO DISMISS THE UNITED STATES' COMPLAINT**

In response to the Court's inquiries at both oral arguments in these cases regarding any other recent district court decisions regarding the statute of limitations issue, the United States hereby attaches an unpublished decision issued on July 5, 2007, by the United States District Court for the Eastern District of New York, in *United States ex rel. Kaplan v. Metropolitan Ambulance & First-Aid Corp.*, No. 00-Civ. 3010 (ERK) (JMA) (E.D.N.Y. July 5, 2007).

        Respectfully submitted,

        PETER D. KEISLER
        ASSISTANT ATTORNEY GENERAL

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

By:   /s/ Laurie A. Oberembt
        GEORGE B. HENDERSON, II
        Assistant U.S. Attorney
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3272

        JOYCE R. BRANDA
        DANIEL R. ANDERSON
        JOHN K. NEAL
        LAURIE A. OBEREMBT
        Civil Division
        Commercial Litigation Branch
        P. O. Box 261
        Ben Franklin Station
        Washington, D.C. 20044
        (202) 514-3345

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day caused an electronic copy of the above "UNITED STATES' NOTICE OF RECENT UNITED STATES DISTRICT COURT DECISION REGARDING THE STATUTE OF LIMITATIONS ISSUE RAISED IN THE DEY AND ROXANE DEFENDANTS' MOTIONS TO DISMISS THE UNITED STATES' COMPLAINT" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: July 10, 2007

                                          /s/ Laurie A. Oberembt
                                          Laurie A. Oberembt