UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No: 01-12257-PBS |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for non-party Cardinal Health in the above-captioned matter.

/s/ Bruce E. Falby
Bruce E. Falby (BBO #544143)
DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: July 11, 2007

BOST1\481236.1