UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 Civil Action No: 01-12257-PBS |
|---|---|

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for non-party Cardinal Health in the above-captioned matter.

/s/ Brooks A. Ames
Brooks A. Ames (BBO #641192)
DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated: July 11, 2007

BOST1\481240.1