UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>Civil Action No: 01-12257-PBS |

## NON-PARTY CARDINAL HEALTH'S MOTION TO PROTECT CONFIDENTIAL PROPRIETARY COMMERCIAL INFORMATION

Non-Party Cardinal Health ("Cardinal") hereby moves this Court to require that Exhibit B of Plaintiffs', the City of New York and the Consolidated New York Counties, First Amended Consolidated Complaint, be filed under seal pursuant to the terms of the protective orders in place to protect the interests of non-parties.

In support of this motion, Cardinal relies on the accompanying Memorandum in Support of Non-Party Cardinal Health's Motion to Protect Confidential Proprietary Commercial Information. For the reasons set forth therein, Cardinal respectfully requests that the Court enforce the terms of the existing Protective Order and Amended Protective Order to safeguard the confidentiality of the Cardinal information contained in Exhibit B by permitting Plaintiffs to file Exhibit B under seal.

Cardinal believes this motion will be unopposed. Counsel for Cardinal Health advised Plaintiffs' counsel, the Wexler Firm, and a representative firm, Hogan & Hartson, for Defense counsel of its intention to file the instant motion for relief. Neither Plaintiffs nor Defendants have indicated any intention to object to Cardinal's motion.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Cardinal requests oral argument on this motion. Cardinal believes that oral argument will be of assistance to the Court.

Respectfully submitted,

CARDINAL HEALTH

By its attorneys,

/s/ Brooks A. Ames
Bruce E. Falby (BBO # 544143)
Brooks Ames (BB0 # 641192)
DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000

OF COUNSEL:

T. Reed Stephens
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005

Telephone:  (202) 756-8129

DATED: July 11, 2007

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, T. Reed Stephens, hereby certify that I conferred with counsel for each other party, and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Cardinal Health advised Plaintiffs' counsel, the Wexler Firm, and a representative firm, Hogan & Hartson, for Defense counsel of its intention to file the instant motion for relief. Neither Plaintiffs nor Defendants have indicated any intention to object to Cardinal's Motion.

/s/ T. Reed Stephens

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2007.

/s/ Brooks A. Ames

BST99 1545497-1.047145.0309