# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>Civil Action No: 01-12257-PBS |

### AFFIDAVIT OF JEFFREY BENNETT IN SUPPORT OF NON-PARTY CARDINAL HEALTH'S MEMORANDUM IN SUPPORT OF ITS MOTION TO PROTECT CONFIDENTIAL PROPRIETARY COMMERCIAL INFORMATION

I, Jeffrey Bennett, depose and say as follows:

1. My name is Jeffrey Bennett. I am an attorney employed by non-party Cardinal Health, Inc. ("Cardinal") in Dublin, Ohio. I am employed as the General Counsel for Cardinal's Health Care Supply Chain Services-Pharmaceutical business unit. I submit this sworn Affidavit in support of Cardinal's Motion To Protect Confidential Proprietary Commercial Information currently included in Exhibit B of the Plaintiffs' First Amended Consolidated Complaint in the above-captioned matter. I have personal knowledge of the matters set forth herein.

2. Plaintiffs in the above-captioned litigation attempted to file Exhibit B under seal, at least in part, because the Exhibit contained Cardinal information designated by Cardinal as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." Cardinal originally produced this information to the parties in the above-captioned litigation, pursuant to various subpoenas served on it by the parties and in reliance upon the protections afforded by the Protective Order in place at the time which was subsequently amended. Cardinal's designations of confidentiality were made in good faith and have not been challenged by any of the parties.

3. If the Court does not permit the sealed filing of Exhibit B, Cardinal's proprietary data will be exposed causing commercial harm to an innocent third party. Exhibit B contains

both commercially sensitive and proprietary data regarding acquisition costs of a large portion of Cardinal's inventory of products that it, in turn, sells to retail pharmacies among others.

4.  Cardinal operates in an extremely competitive marketplace that includes other large pharmaceutical product wholesalers for whom much useful information could be derived from the information contained in Exhibit B.

5.  Cardinal carefully maintains the confidentiality of its commercial information and consistently takes steps to prevent its disclosure to competitors who could gain a business advantage through an understanding of Cardinal's purchase and sale patterns.

Signed under the pains and penalties of perjury this 6 day of July, 2007.

_____
Jeffrey Bennett

JENNIFER ROBISON NORRIS, ATTORNEY AT LAW
NOTARY PUBLIC, STATE OF OHIO
My commission has no expiration date
Section 147.03 R.C.

7-6-07

## CERTIFICATE OF ORIGINAL SIGNATURE

I hereby certify that I have retained the paper document bearing the original signature of Jeffrey Bennett.

/s/ Brooks A. Ames

BOST1\481230.1