UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No: 01-12257-PBS |

**NON-PARTY CARDINAL HEALTH'S**
**LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Non-Party Cardinal Health ("Cardinal") makes the following disclosures:

1. Cardinal has no parent corporation.

2. No publicly held company owns 10% or more of Cardinal's stock.

Respectfully submitted,

CARDINAL HEALTH
By its attorneys,

/s/ Brooks A. Ames
Bruce E. Falby (BBO #544143)
Brooks A. Ames (BBO #641192)
DLA Piper US LLP
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000

OF COUNSEL:

T. Reed Stephens
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 756-8129

Dated: July 11, 2007