**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS ) ) ) ) ) |  |

## DECLARATION OF LARA A. BERWANGER IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Lara A. Berwanger, an attorney with the firm of White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, hereby declares:

1. I am a member in good standing of the State Bar of New York.

2. I have been admitted to practice in the United States District Court for the Southern District of New York.

3. I am a member in good standing in the courts listed above.

4. I am not suspended or disbarred in any court and have never been the subject of a professional disciplinary proceeding.

5. Attached hereto as Exhibit B is a Certificate of Good Standing of the Bar of the United States District Court of the Southern District of New York of which I am a member.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty or perjury that the foregoing is true and correct.

Dated: New York, New York
July 11, 2007

_____
Lara A. Berwanger