**Exhibit B**

DNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, J. Michael McMahon, Clerk of this Court, certify that

LARA A. BERWANGER                , Bar #    LB1398

was duly admitted to practice in this Court on

JULY 10™, 2007          , and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York         on       JULY 11™, 2007

J. Michael McMahon             by       [signature] Miranda
       Clerk                                    Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I caused a true and correct copy of the REQUEST FOR ADMISSION PRO HAC VICE FOR Lara A. Berwanger, and EXHIBITS A and B thereto to be served on all counsel of record by electronic service, in accordance with Case Management Order No.2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

David L. Kleinman