UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) | MDL NO. 1456 |
| *The City of New York v. Abbott Laboratories, Inc., et al.* S.D.N.Y. Case No. 04-CV-06054 ) ) | Civil Action No. 01-12257-PBS |
| *County of Albany v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0425 ) ) | Judge Patti B. Saris |
| *County of Allegany v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-0236 ) ) | |
| *County of Broome v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0456 ) ) | |
| *County of Cattaraugus v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-0256 ) ) | |
| *County of Cayuga v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0423 ) ) | |
| *County of Chautauqua v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-0214 ) ) | |
| *County of Chemung v. Abbott Laboratories, Inc., et al.* W.D.N.Y. Case No. 05-CV-6744 ) ) | |
| *County of Chenango v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0354 ) ) | |
| *County of Columbia v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0867 ) ) | |
| *County of Cortland v. Abbott Laboratories, Inc., et al.* N.D.N.Y. Case No. 05-CV-0881 ) ) | |

[Caption Continues on Next Page]

**DECLARATION OF JOANNE M. CICALA IN OPPOSITION TO DEFENDANTS'
JOINT MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED COMPLAINT**

*County of Dutchess v. Abbott Laboratories, Inc., et al.*  )
S.D.N.Y. Case No. 05-CV-6458                              )
                                                           )
*County of Essex v. Abbott Laboratories, Inc., et al.*    )
N.D.N.Y. Case No. 05-CV-0878                              )
                                                           )
*County of Fulton v. Abbott Laboratories, Inc., et al.*   )
N.D.N.Y. Case No. 05-CV-0519                              )
                                                           )
*County of Genesee v. Abbott Laboratories, Inc., et al.*  )
W.D.N.Y. Case No. 05-CV-00267                             )
                                                           )
*County of Greene v. Abbott Laboratories, Inc., et al.*   )
N.D.N.Y. Case No. 05-CV-0474                              )
                                                           )
*County of Herkimer v. Abbott Laboratories, Inc., et al.* )
N.D.N.Y. Case No. 05-CV-00415                             )
                                                           )
*County of Jefferson v. Abbott Laboratories, Inc., et al.*)
N.D.N.Y. Case No. 05-CV-0715                              )
                                                           )
*County of Lewis v. Abbott Laboratories, Inc., et al.*    )
N.D.N.Y. Case No. 05-CV-0839                              )
                                                           )
*County of Madison v. Abbott Laboratories, Inc., et al.*  )
N.D.N.Y. Case No. 05-CV-00714                             )
                                                           )
*County of Monroe v. Abbott Laboratories, Inc., et al.*   )
W.D.N.Y. Case No. 05-CV-6148                              )
                                                           )
*County of Nassau v. Abbott Laboratories, Inc., et al.*   )
E.D.N.Y. Case No. 04-CV-05126                             )
                                                           )
*County of Niagara v. Abbott Laboratories, Inc., et al.*  )
W.D.N.Y. Case No. 05-CV-06296                             )
                                                           )
*County of Oneida v. Abbott Laboratories, Inc., et al.*   )
N.D.N.Y. Case No. 05-CV-0489                              )
                                                           )
*County of Onondaga v. Abbott Laboratories, Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0088                              )
                                                           )
*County of Ontario v. Abbott Laboratories, Inc., et al.*  )
W.D.N.Y. Case No. 05-CV-6373                              )
                                                           )
*County of Orleans v. Abbott Laboratories, Inc., et al.*  )
W.D.N.Y. Case No. 05-CV-6371                              )
                                                           )
*County of Putnam v. Abbott Laboratories, Inc., et al.*   )
S.D.N.Y. Case No. 05-CV-04740                             )

*County of Rensselaer v. Abbott Laboratories, Inc., et al.*  )
N.D.N.Y. Case No. 05-CV-00422                               )
                                                            )
*County of Rockland v. Abbott Laboratories, Inc., et al.*   )
S.D.N.Y. Case No. 03-CV-7055                                )
                                                            )
*County of Schuyler v. Abbott Laboratories, Inc., et al.*   )
W.D.N.Y. Case No. 05-CV-6387                                )
                                                            )
*County of Seneca v. Abbott Laboratories, Inc., et al.*     )
W.D.N.Y. Case No. 05-CV-6370                                )
                                                            )
*County of St. Lawrence v. Abbott Laboratories, Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0479                                )
                                                            )
*County of Saratoga v. Abbott Laboratories, Inc., et al.*   )
N.D.N.Y. Case No. 05-CV-0478                                )
                                                            )
*County of Steuben v. Abbott Laboratories, Inc., et al.*    )
W.D.N.Y. Case No. 05-CV-6223                                )
                                                            )
*County of Suffolk v. Abbott Laboratories, Inc., et al.*    )
E.D.N.Y. Case No. 03-CV-12257                               )
                                                            )
*County of Tompkins v. Abbott Laboratories, Inc., et al.*   )
N.D.N.Y. Case No. 05-CV-0397                                )
                                                            )
*County of Ulster v. Abbott Laboratories, Inc., et al.*     )
N.D.N.Y. Case No. 06-CV-0123                                )
                                                            )
*County of Warren v. Abbott Laboratories, Inc., et al.*     )
N.D.N.Y. Case No. 05-CV-0468                                )
                                                            )
*County of Washington v. Abbott Laboratories, Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0408                                )
                                                            )
*County of Wayne v. Abbott Laboratories, Inc., et al.*      )
W.D.N.Y. Case No. 05-CV-06138                               )
                                                            )
*County of Westchester v. Abbott Laboratories, Inc., et al.* )
S.D.N.Y. Case No. 03-CV-6178                                )
                                                            )
*County of Wyoming v. Abbott Laboratories, Inc., et al.*    )
W.D.N.Y. Case No. 05-CV-6379                                )
                                                            )
*County of Yates v. Abbott Laboratories, Inc., et al.*      )
W.D.N.Y. Case No. 05-CV-06172                               )

Joanne M. Cicala being duly sworn deposes and says:

1. I am a member of Kirby McInerney & Squire, LLP and counsel to the City of New York and all New York Counties in MDL 1456, except Nassau.

2. I submit this declaration in opposition to defendants' joint motion to dismiss the First Amended Consolidated Complaint ("FACC") filed June 8, 2007 and for the express purpose of providing factual information necessary to respond to (a) defendants' contention that plaintiffs improperly have added drugs and defendants to their case and (b) defendants' criticism of plaintiffs' methodology for identifying actionable NDCs in Exhibit B to the FACC.

3. The FACC identifies 11,175 actionable NDCs. Plaintiffs' Consolidated Complaint ("CC") filed June 15, 2005, identified 11,418.

4. The FACC does not add any new defendants to plaintiffs' case.

5. The CC identified 1369 drugs; the FACC identifies the same 1369 drugs. Attached as Exhibit A-1 is a chart that lists every drug identified by plaintiffs in the FACC. Exhibit A-1 notes where that drug was previously identified in the CC (indicating also if the drug appeared in the body of the CC or an exhibit thereto).

6. Attached as Exhibit A-2 is a list of 348 drugs that were not previously identified in the CC, but whose NDCs appear in FACC Exhibit B.

7. Plaintiffs are in possession of the following wholesaler pricing data: (1) from Amerisource Bergen, portions of the STAR mainframe database and portions of the Disktrack database (both of which contain data from 2000-2005 only); (2) the Cardinal Disktrack Database which covers the period January 1, 1995-December 31, 2005; and (3) McKesson/Servall Pricing Data, which already has been accepted by this Court as reliable for purposes of identifying

1

actionable NDCs. *City of New York et al. v. Abbott Labs, et al.*, 2007 WL 1051642, at *15 (D. Mass. April 2, 2007).

8. Plaintiffs are asserting claims based only on prices paid by the classes of trade plaintiffs reasonably believe to be relevant to a calculation of a true estimated acquisition cost.

9. Except as noted in paragraph 20 below, every "actual acquisition cost" ("AAC") price listed in Exhibits B1-40 to the FACC is an actual invoice price paid by an entity in what plaintiffs reasonable believe to be a relevant class of trade for purposes of estimating EAC. *See also* FACC at ¶145

10. The following are the classes of trade from the Cardinal and ABC databases that plaintiffs reasonably consider to be relevant for purposes of estimating EAC:

| Cardinal Classes of Trade | | ABC Classes of Trade | |
|---|---|---|---|
| 10 | Independent | B | Miscellaneous Chain |
| 20 | Chain Pharmacy | C | Chain Drug - Primary Supplier |
| 21 | Chain Supermarket | D | Independent Small Chain |
| 22 | Chain Mass Merchandiser | E | Mass Merchandise |
| 23 | Chain Mail Order | F | Food/Drug Combination Store |
| 24 | Chain Warehouse | G | Grocery or Convenience Store |
| 41 | Managed Care Home Infusion | I | Independent Drug Store |
| 42 | Managed Care Nursing Home | J | Miscellaneous Food Chain |
| 44 | Managed Care Mail Order | K | Miscellaneous |
| 50 | Med/Surg. | L | Mail Order Retail Pharmacy |
| | | N | Nursing Home Supplier |
| | | Q | Miscellaneous Warehouse |
| | | R | High Volume Warehouse |
| | | S | Surgery Center |
| | | T | Home Health Care Provider |
| | | U | Other Non Acute Care |
| | | V | Physicians/Clinics |
| | | W | Oncology |
| | | Y | High Vol. Mail Order Warehouse |
| | | 1 | Retail Interco |
| | | 4 | Dialysis |
| | | 5 | Pharmabuy |
| | | 6 | Urology |
| | | 9 | Internet |

11. Plaintiffs are not asserting claims based on prices paid by entities in any of the following Cardinal and ABC classes of trade:

| Cardinal Classes of Trade | | ABC Classes of Trade | |
|---|---|---|---|
| 30 | Hospital[1] | A | Medical Center Store |
| 40 | Managed Care/HMO/PPO | H | Hospital Pharmacy |
| 43 | Managed Care Other | M | Health Maintenance Org. |
| 45 | Managed Care Warehouse | O | Hospital Miscellaneous |
| 49 | N/A | P | Health Systems Mail Order Phcy |
| 60 | Government - Federal | X | Retail DME |
| 61 | Government - State | Z | Manufacturer/Wholesaler |
| 90 | Brokerage | 0 | Central Fill Interco. |
| 92 | Intercompany | 2 | Consignment – TIMS |
| 97 | Order Flow Monitor | 3 | Health Systems Interco |
|  |  | 7 | Wholesale Interco. |
|  |  | 8 | Dock to Dock Interco. |

12. Attached as Exhibit B-1 is a chart that sets forth:

A. **"FACC Exhibit B Data."** Here plaintiffs present a summary of the following FACC Exhibit B data.

1. NDC:
2. Defendant
3. Actual acquisition cost (or "AAC")
4. AAC Source (McKesson/Servall-M; Cardinal Healht-C; Amerisource Bergen-A)
5. Spread

B. **"ABC and Cardinal Averages."** Here plaintiffs present weighted averages calculated based on the Cardinal and ABC data in plaintiffs' possession. These weighted averages are based on actual prices paid by entities in the relevant classes of trade as identified in ¶ 10 above for the time periods included in the respective databases. As noted

---

[1] Among defendants' many baseless accusations is that plaintiffs indiscriminately used hospital prices to create FACC Exh. B. Plaintiffs did not.

3

above, the ABC databases only cover the time period 2000-2005. The Cardinal database only covers 1995-2005. This case seeks damages from 1992 to the present.

To calculate the spreads that appear with these weighted averages, plaintiffs relied on the AWPs and FULs that were published at the same point in time as the time period in which the weighted average transactions took place.

Plaintiffs did not include these time periods or the corresponding AWPs and FULs as part of Exhibit B-1 solely in the interest of presenting a user-friendly exhibit. Plaintiffs can and will immediately supply the time periods for the weighted averages and the corresponding AWPs and FULs for these time periods if defendants or the Court wish to review them.

      **C.**    **McKesson/Servall Prices.** Here plaintiffs present spreads for the identified NDCs based on the McKesson/Servall Prices already accepted by this Court. Once again, for ease of review, plaintiffs did not include the time periods or corresponding AWPs and FULs in this section of Exhibit B-1. Plaintiffs can and will immediately supply that supporting data if defendants or the Court seek to review it.

      **D.**    **Other CC Sources.** Here plaintiffs identify where a particular NDC in FACC Exh. B was referenced in plaintiffs' CC or the exhibits thereto together with an actionable spread.

13.    Exhibit B-1 demonstrates that had plaintiffs used weighted averages for the relevant classes of trade together with the spreads previously accepted by this Court, 10,481 of the 11,175 NDCs (93%) in Exhibit B would still be in the case.

14.    Exhibit B-2 is a chart listing the 694 NDCs that would fall out of plaintiffs' case if plaintiffs were constrained to use weighted average approach together with the spreads previously accepted by the Court.

15. The 694 NDCs in Exhibit B-2 represent over $1.6 billion in expenditures for the City/County Medicaid programs during the relevant period.

16. The ABC and Cardinal wholesaler data on which plaintiffs relied to create FACC Exhibit B shows that Procrit (NDC 59676034001) was sold for an AAC of $0.01 to at least one independent retail pharmacy on numerous occasions.

17. The ABC and Cardinal wholesaler data on which plaintiffs relied for the Temodar spreads in FACC Exhibit B contained numerous transactions at the deeply discounted AACs reflected therein to an out-patient cancer care center entity in the oncology class of trade.

18. The wholesaler data on which plaintiffs relied to create FACC Exhibit B show that Avandia 4 MG was sold by Cardinal to The Medicine Shoppe, a member of the chain pharmacy class of trade, for $0.01.

19. Exhibit C hereto is a true and complete copy of the transcript from the May 16, 2007 Status Conference.

20. Exhibit D hereto is a list of 65 AAC prices from two of the "improper" ABC classes of trade listed in ¶11 above (specifically "manufacturer/wholesaler" and "wholesale interco") that were inadvertently included in Exhibit B to the FACC. In other words, 65 NDCs out of the 11,175 listed in Exhibit B have AACs from these two improper classes and spreads based on those improper AACs. Those 65 NDCs are listed in Exhibit D hereto. 59 of the NDCs came from the "wholesale interco" class of trade; 6 came from "manufacturer/wholesaler".

21. All but two of the 65 NDCs listed in Exhibit D are nevertheless properly part of this case based on the weighted averages and/or previously accepted spread benchmarks. *See* Exhibits D and B hereto.

22. Plaintiffs withdraw their allegations as to the two NDCs for which the weighted average and/or previously accepted spread benchmarks produce spreads below the 20-25% range. Both NDCs pertain to Teva's Amoxicillin 200MG/5ML Suspension. One is NDC 00093416076; the other is NDC 00093416078. *See* Exhibit D at 2 (highlighted rows).

23. Plaintiffs emphasize that their calculation of weighted averages as reflected in Cicala Dec. Exh. B-1 ***does not*** include any price or other data from these two improper ABC classes.

24. 82 % or 283 of the 344 penny prices in Exhibit B were paid by entities in the chain pharmacy, independent small chain, and mail order retail classes of trade. The remaining 18% or 61 of penny price sales were to entities in the other selected relevant classes (namely, non-acute care facilities, specialty pharmacies, out patient clinics and retail inter-companies).

25. 78% of the Cardinal AACs used in FACC Exhibit B were paid pursuant to a contract.

26. Over 91% of the ABC AACs used in FACC Exhibit B were paid pursuant to a contract.

27. The following colloquy between Cardinal witness Ron Reich and John P. Bueker, Esq., counsel for Warrick took place during Mr. Reich's June 7, 2007 deposition (at 187:15-19):

> Q: Are there – in the look up table, is there a description on or a definition of what, say, Cardinal considers to be an independent pharmacy?
> A: All I know is that the code would be a 10 and it would say retail.

As did the following exchange between Wisconsin counsel Jeff Archibald and Mr. Reich (at p. 104:16-18)

> Q. So we are seeing a dead net when we look at unit price?
> A. Yes.

28. Plaintiffs can supply an entire transcript of the Reich deposition if defendants or the Court so desire

29. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

July 11, 2007.

_____
Joanne M. Cicala