# EXHIBIT A

ADR, CASREF, LEAD, MDL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:01-cv-12257-PBS

| | |
|---|---|
| Citizens for Consume, et al v. Abbott Laboratories,, et al | Date Filed: 12/19/2001 |
| Assigned to: Judge Patti B. Saris | Jury Demand: Both |
| Referred to: Magistrate Judge Marianne B. Bowler | Nature of Suit: 410 Anti-Trust |
| Demand: $0 | Jurisdiction: Federal Question |
| Member case: (View Member Case) | |

related Cases:  1:02-cv-10850-PBS
1:02-cv-10851-PBS
1:02-cv-10852-PBS
1:02-cv-10853-PBS
1:02-cv-10854-PBS
1:02-cv-10846-PBS
1:02-cv-10847-PBS
1:02-cv-10848-PBS
1:02-cv-10855-PBS
1:02-cv-10856-PBS
1:02-cv-10857-PBS
1:02-cv-10859-PBS
1:02-cv-10860-PBS
1:02-cv-10861-PBS
1:02-cv-10862-PBS
1:02-cv-11257-PBS
1:02-cv-11258-PBS
1:02-cv-11259-PBS
1:02-cv-10849-PBS
1:02-cv-11260-PBS
1:01-cv-11747-MEL
1:02-cv-11261-PBS
1:02-cv-11744-PBS
1:02-cv-11745-PBS
1:02-cv-11746-PBS
1:02-cv-11747-PBS
1:02-cv-12085-PBS
1:03-cv-10069-PBS
1:03-cv-11227-PBS
1:03-cv-11228-PBS
1:03-cv-11285-PBS
1:03-cv-11349-PBS
1:03-cv-11157-PBS
1:03-cv-11350-PBS
1:06-cv-10613-PBS

1:03-cv-11351-PBS
1:03-cv-11348-PBS
1:03-cv-11529-PBS
1:03-cv-11865-PBS
1:07-cv-10271-PBS

Cause: 15:1 Antitrust Litigation

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2007 | 4429 | STATUS REPORT *as of July 1, 2007 re: 06cv11337, 05cv11084, and 07cv10248* by Ven-A-Care of the Florida Keys Inc., United States, ex rel.. (Henderson, George) (Entered: 07/02/2007) |
| 07/02/2007 | 4430 | RESPONSE to Motion re 4393 MOTION for Settlement *CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED NATIONWIDE CLASS SETTLEMENT WITH GLAXOSMITHKLINE* filed by Susan Aaronson. (Haviland, Donald) (Entered: 07/02/2007) |
| 07/02/2007 | 4431 | NOTICE of Change of Address by Jennifer Fountain Connolly (Fountain Connolly, Jennifer) (Entered: 07/02/2007) |
| 07/02/2007 | | ELECTRONIC NOTICE of STATUS CONFERENCE: Status Conference re TRACK 2 AWP GROUP set for 7/10/2007 at 11:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 07/02/2007) |
| 07/02/2007 | | ELECTRONIC NOTICE of DAMAGES HEARING: Damages Hearing re TRACK 1 (CLASS 2 & 3) set for 8/9/2007 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 07/02/2007) |
| 07/02/2007 | 4432 | TRANSCRIPT of Motion Hearing held on June 20, 2007 before Judge Saris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 07/02/2007) |
| 07/02/2007 | | Judge Patti B. Saris : Electronic ORDER entered denying 4368 Motion to Continue the Stay. (Patch, Christine) (Entered: 07/02/2007) |
| 07/02/2007 | 4433 | STATUS REPORT *July 1, 2007* by All Plaintiffs. (Sobol, Thomas) (Entered: 07/02/2007) |
| 07/02/2007 | | Judge Patti B. Saris : ELECTRONIC ENDORSEMENT granting 4414 Letter from Monica Millan requesting withdrawal of her appearance. (Patch, Christine) (Entered: 07/02/2007) |
| 07/02/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 4284 Motion for Leave to Amend Complaint by Adopting United States' First Amended Complaint. "Allowed without objection." (Patch, Christine) (Entered: 07/02/2007) |
| 07/02/2007 | 4434 | STATUS REPORT *for July 1, 2007* by The City of New York and Captioned New York Counties. (Cicala, Joanne) (Entered: 07/02/2007) |
| 07/02/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 4411 Motion for |

| | | |
|---|---|---|
| | | Extension of Time to File Response to the United States' First Amended Complaint. Responses due by 7/17/2007 (Patch, Christine) (Entered: 07/03/2007) |
| 07/02/2007 | | Judge Patti B. Saris : Electronic ORDER entered granting 4410 Motion for Entry of Case Management Order. "Allowed. However, the dates shall all be moved back six months. Please submit a revised order." (Patch, Christine) (Entered: 07/05/2007) |
| 07/03/2007 | | ELECTRONIC NOTICE OF RESCHEDULED STATUS CONFERENCE. At the request of counsel, the Status Conference re TRACK 2 AWP GROUP previously set for 7/10/07 has been RESCHEDULED to 7/17/2007 at 2:30 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 07/03/2007) |
| 07/03/2007 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Status Conference held on 7/3/2007. Parties report settlement as to BMS Class I. Preliminary Approval Hearing of BMS settlement set for 8/9/2007 at 3:00 PM. On 8/9/07 the Court will also address other issues e.g. Plaintiff's class represenative issues, Motion to file 5th amended complaint, Track II class certification issues. (Court Reporter Marie Cloonan.) (Alba, Robert) (Entered: 07/03/2007) |
| 07/05/2007 | 4436 | MOTION for Reconsideration re 4366 Findings of Fact & Conclusions of Law,,,, *PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION OF CLASS 2/3 DAMAGES RULING* by All Plaintiffs.(Berman, Steve) (Entered: 07/05/2007) |
| 07/05/2007 | 4437 | MEMORANDUM in Support re 4436 MOTION for Reconsideration re 4366 Findings of Fact & Conclusions of Law,,,, *PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION OF CLASS 2/3 DAMAGES RULING* filed by All Plaintiffs. (Berman, Steve) (Entered: 07/05/2007) |
| 07/06/2007 | 4438 | NOTICE of Withdrawal of Appearance by Jessica Medina *(withdrawal of Geoffrey Michael)* (Medina, Jessica) (Entered: 07/06/2007) |
| 07/06/2007 | 4439 | NOTICE of Appearance by Jonathan J. Thessin on behalf of Biogen Idec, Inc. (Thessin, Jonathan) (Entered: 07/06/2007) |
| 07/09/2007 | 4440 | Opposition re 4436 MOTION for Reconsideration re 4366 Findings of Fact & Conclusions of Law,,,, *PLAINTIFFS' MOTION FOR PARTIAL RECONSIDERATION OF CLASS 2/3 DAMAGES RULING of Defendants Astrazeneca and BMS* filed by Bristol-Myers Squibb Company. (Ryan, Jennifer) (Entered: 07/09/2007) |
| 07/09/2007 | 4441 | MEMORANDUM in Opposition re 4307 MOTION to Dismiss for Lack of Jurisdiction filed by Edward West. (Attachments: # 1 Affidavit Edward West)(Patch, Christine) (Entered: 07/10/2007) |
| 07/10/2007 | 4442 | NOTICE of Withdrawal of Appearance by Jordan Samuel Ginsberg *(of Scott R. Lassar)* (Ginsberg, Jordan) (Entered: 07/10/2007) |
| 07/10/2007 | 4443 | NOTICE by United States, ex rel. *of Recent United States District Court Decision Regarding the Statute of Limitations Issue Raised in the Dey Defendants' Motion to Dismiss the United States' Complaint* (Attachments: # |

| | | |
|---|---|---|
| | | [1](#) Attachment 1)(Gobena, Gejaa) (Entered: 07/10/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/10/2007 13:42:00 | | | |
| **PACER Login:** | dj0457 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:01-cv-12257-PBS Start date: 7/2/2007 End date: 7/10/2007 |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |