UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION NO. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL ACTIONS ) ) ) ) ) ) | |

## NOTICE OF APPEARANCE FOR DEFENDANTS SCHERING-PLOUGH CORPORATION AND WARRICK PHARMACEUTICALS CORPORATION

**To the Clerk of the Above-Named Court:**

Please enter the appearance of Jobe G. Danganan on behalf of the defendants, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation.

> Respectfully submitted,
>
> /s/ Jobe G. Danganan
> Jobe G. Danganan (BBO #660446)
> Ropes & Gray LLP
> One International Place
> Boston, MA 02110
> (617) 951-7000

Dated: July 12, 2007

10548274_1

## CERTIFICATE OF SERVICE

    I, Jobe G. Danganan, certify that, on this 12th day of July, 2007, a copy of the foregoing document has been served on counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Jobe G. Danganan
Jobe G. Danganan

10548274_1

- 2 -