UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>Civil Action No: 01-12257-PBS |

**MOTION FOR ADMISSION OF T. REED STEPHENS *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), undersigned counsel hereby moves for the admission of T. Reed Stephens (the "Attorney") *pro hac vice* to appear on behalf of Cardinal Health, a third-party, in the above-captioned case. In support of this Motion, undersigned counsel states:

1. The Attorney is a member of the bar of the highest court of a state or the bar of a United States District Court or both.

2. The Attorney is a member of the bar in good standing in every jurisdiction where he has been admitted to practice.

3. There are no disciplinary proceedings pending against the Attorney as a member of the bar in any jurisdiction.

4. The Attorney is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. The certificate required by Local Rule 83.5.3(b) is attached as an exhibit to this Motion.

6. Undersigned counsel is a member of the bar of this Court and has entered an appearance in this case.

BST99 1545495-2.047145.0309

        Respectfully submitted,

        CARDINAL HEALTH

        By its attorneys,

        <u>/s/ Brooks A. Ames</u>
        Bruce E. Falby (BBO # 544143)
        Brooks Ames (BB0 # 641192)
        DLA Piper US LLP
        33 Arch Street, 26th Floor
        Boston, MA  02110-1447
        (617) 406-6000

**OF COUNSEL**:

T. Reed Stephens
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005

Telephone:  (202) 756-8129

DATED:  July 13, 2007

## LOCAL RULE 7.1 CERTIFICATE OF CONSULTATION

I, T. Reed Stephens, hereby certify that I conferred with counsel for each other party, and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for Cardinal Health advised Plaintiffs' counsel, the Wexler Firm, and a representative firm, Hogan & Hartson, for Defense counsel of its intention to file the instant motion for relief. Neither Plaintiffs nor Defendants have indicated any intention to object to Cardinal's Motion.

/s/  T. Reed Stephens

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 13, 2007.

                                        /s/  Brooks A. Ames

BST99 1545495-2.047145.0309