UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

MDL NO. 1456

Civil Action No: 01-12257-PBS

**CERTIFICATE OF T. REED STEPHENS IN SUPPORT OF MOTION FOR ADMISSION OF T. REED STEPHENS PRO HAC VICE**

T. Reed Stephens states:

1. I am an attorney in the law firm of McDermott Will & Emery LLP, 600 Thirteenth Street NW, Washington DC, 20005-3096.

2. In accordance with Local Rule 83.5.3(b), I am submitting this certificate in support of the Motion for Admission of T. Reed Stephens *Pro Hac Vice*.

3. I am admitted to practice in the District of Columbia and Pennsylvania.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2007

T. Reed Stephens
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 756-8129

BST99 1545981-1.047145.0309

## CERTIFICATE OF ORIGINAL SIGNATURE

I hereby certify that I have retained the paper document bearing the original signature of

T. Reed Stephens.

/s/ Brooks A. Ames

Subscribed and sworn to before me this 11th day of July 2007

Notary Public, D.C.

My commission expires Jan 30, 2011

BST99 1545981-1.047145.0309