UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 1456<br>C.A. No. 01-12257-PBS<br><br>Judge Patti B. Saris |

### NOTICE OF SUBMISSION TO COURT OF DECLARATION AND REQUEST FOR DETERMINATION OF PROPRIETARY FILING UNDER SEAL

The undersigned counsel for the named representative plaintiffs in this case and the Class and hereby submits the enclosed Declaration in response to the Court's invitation [*See* Docket #4250] in order to address the Court's concern about the "rift between class counsel," especially as it pertains to the AstraZeneca settlement. Although the undersigned expressed concerns to this Court at the BMS status conference held July 3, 2007 about potential privilege issues that might be implicated by the necessary response to class counsel's baseless accusations in their opposition to Mrs. Howe's Motion to Reconsider the Court's preliminary approval of the AstraZeneca Settlement, such material has been excluded or redacted from the instant Declaration. As a result, the Declaration submitted herewith, in the opinion of the undersigned, does not include privileged material that might warrant the Declaration being filed "under seal." Nevertheless, in an abundance of caution, and pursuant to this Court's instructions at the July 3 status conference, this Declaration is being forwarded only to the Court and Lead Counsel as an initial matter, so the Court may decide whether the Declaration and/or any of the Exhibits thereto should be filed under seal. All counsel

of record are being notified of this submission via ECF electronic filing and service so that any interested parties may be heard as to this matter.

| | |
|---|---|
| Date:   July 13, 2007 | Respectfully submitted, |
| | /s/ Donald E. Haviland, Jr. |
| | Donald E. Haviland, Jr., Esquire |
| | Michael Lorusso, Esquire |
| | **THE HAVILAND LAW FIRM, LLC** |
| | 740 S. Third Street |
| | Third Floor |
| | Philadelphia, PA 19147 |
| | Telephone: 215-609-4661 |
| | Facsimile: 215-392-4400 |