

July 13, 2007

VIA UPS OVERNIGHT

Honorable Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way
Suite 2300
Boston, MA 02210

    **In re:  Pharmaceutical Industry Average Wholesale Price Litigation; MDL No. 1456;
District of Massachusetts, Civil Action No. 01-12257-PBS**

Dear Judge Saris:

    Pursuant to the Court's request that I bring to its attention such matters, I am enclosing my Declaration of Donald E. Haviland, Jr., in Response to Court Directive Concerning the AstraZeneca Settlement in response to the court's directive at Docket No. 4250.  In addition, I have enclosed a courtesy copy of the Notice of Submission to Court of Declaration and Request for Determination of Proprietary Filing under Seal which was  filed today and served on all counsel of record which pleading seeks a determination of the Court as to the propriety of filing the enclosed Declaration under seal.  We look forward to the anticipated evidentiary hearing under Fed.R.Civ.P. 23(g) that the Court has referred to Magistrate Bowler.

                              Respectfully,

                              /s/

                              Donald E. Haviland, Jr.

DEH:qhd
Enclosure

cc:    Steve Berman (w/ encl.)