UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JUN 29  P 12: 47

U.S. DISTRICT COURT
DISTRICT OF MASS,

|  |  |  |
|---|---|---|
| In Re: Pharmacy Industry Average Wholesale Price Litigation | ) ) ) | |
| | ) MDL Docket No. 1456 | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) Master File No. 01-CV-12257-PBS | |
| *U.S. ex rel. West v. Ortho-McNeil Pharmaceutical, Inc. et al.,* No. 03-8239 (N.D. Ill.) | ) ) ) ) | |
| | ) Judge Patti B. Saris | |

RECEIPT #  8710 /
AMOUNT $  50
BY DPTY CLK  ___
DATE  7-9-07

## NOTICE OF APPEARANCE

Please enter the appearance of Kenneth J. Brennan, of the firm SimmonsCooper

LLC, 707 Berkshire Blvd., East Alton, Illinois 62024, Telephone: (618) 259-2222, on

behalf of the Plaintiff, Edward West, in the above-captioned action pursuant to Case

Management Order No. 1 [document 100], ¶16. The required Fifty Dollar ($50.00) filing

fee is submitted herewith.

Respectfully submitted,

SIMMONSCOOPER LLC

By _____

Kenneth J. Brennan
SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, Illinois 62024
kbrennan@simmonscooper.com
(618) 259-2222
(618) 259-2251 - Fax

## CERTIFICATE OF SERVICE

Kenneth J. Brennan, an attorney, hereby certifies that he filed the foregoing document with the Clerk of the Court for the District of Massachusetts.

A copy of the foregoing has been served on June 26, 2007, upon the following individuals by depositing a copy in the U.S. mail, first-class postage pre-paid:

Clerk of the United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Scott R. Lassar
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

Scott D. Stein
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

Jordan S. Ginsberg
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

George A. Zelcs
Korein Tillery, LLC
205 N. Michigan Plaza
Suite 1950
Chicago, IL 60601

Samuel S. Miller
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604

Mary Louise Cohen
Phillips & Cohen LLP
2000 Massachusetts Ave., N.W.
Washington, DC 20036

Erika A. Kelton
Phillips & Cohen LLP
2000 Massachusetts Ave., N.W.
Washington, DC 20036

Timothy D. Nimrod
Gregory Hooggasian, Esq.
Medicaid Fraud Control Unit
100 W. Randolph St.
12th Floor
Chicago, IL 60601

Lisa Madigan
Attorney General of Illinois
100 West Randolph Street
12th Floor
Chicago, IL 60601

Charles J. Crist, Jr.
The Capitol PL-01
Tallahassee, FL 32399-1050

M Jane Brady
Carvel State Office Building
Consumer Protection-5th Floor
820 North French Street
Wilmington, DE 19801

Collin Wong
Bureau of Medi-Cal Fraud
Office of the Attorney General
1425 River Park Drive
Ste. 300
Sacramento, CA 95815

L Timothy Terry
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701

Randall L. Clouse
Medicaid Fraud Control Unit
900 East Main St.
5th Floor
Richmond, VA 23219

Steven Fermon
Medicaid Fraud Control Unit Illinois State Police
200 Isles Park Place
Ste. 230
Springfield, IL  62703

Robert Spagnoletti
District of Columbia Attorney's Office
Office of Corporation Counsel
441 4th St., NW
Washington, DC  20001

W Rick Copeland
Medicaid Fraud Control Unit
Office of the Attorney General
Austin, TX  78711

Jerry Kilgore
Virginia Attorney General
Office of the Attorney General
900 E. Main St.
5th Floor
Richmond, VA  23219

Susan Kennedy
Medicaid Fraud Control Unit
Office of DC Inspector General
Washington, DC  20005

Robert Schlafly
Medicaid Fraud Control Unit Bureau of Investigations
901 R.S. Gass Blvd.
Nashville, TN  37216

Paul G. Summers
Tennessee Attorney General
500 Charlotte Avenue
Nashville, TN  37243

Bill Lockyear
Office of the Attorney General
1300 I Street
Ste. 1740
Sacramento, CA  95814

Gary K. Senega
Deputy Attorney General State of Hawaii
333 Queen Street
10th Floor
Honolulu, HI  96813

Greg Abbott
Texas Attorney General
Office of the Attorney General
Capital Station, PO BOX 12548
Austin, TX  78711