Exhibit A. GSK AWP Covered Drugs

|  | **Drug Name** | **Dosages** | **Recognized Claim Percentage** |
|---|---|---|---|
| **GSK Category A Drugs** | **Kytril Injection (granisetron HCL)** | <u>Injection:</u> 1mg/ml | **50%** |
|  | **Zofran Injection (ondansetron HCL)** | <u>Injection:</u> 2mg/ml <br> <u>Injection (Pre-mixed):</u> 32mg/50ml; 4mg/50ml | **50%** |
| **GSK Category B Drugs** | **Alkeran (melphalan)** | <u>Injection:</u> 50mg <br> <u>Tablets:</u> 2mg | **5%** |
|  | **Imitrex (sumatriptan)** | <u>Injection:</u> 12mg/1ml (6mg/0.5ml) | **5%** |
|  | **Kytril Tablets (granisetron HCL)** | <u>Tablets:</u> 1mg | **5%** |
|  | **Lanoxin (digoxin)** | <u>Injection:</u> 0.5mg/2ml; 0.1mg/ml | **5%** |
|  | **Myleran (busulfan)** | <u>Tablets:</u> 2mg | **5%** |
|  | **Navelbine (vinorelbine tartrate)** | <u>Injection:</u> 10mg/ml; 50mg/5ml | **5%** |
|  | **Retrovir (zidovudine)** | <u>IV Infusion:</u> 10mg/ml | **5%** |
|  | **Ventolin (albuterol)** | <u>Inhalation:</u> 0.083% 3ml; 0.5% 5mg/ml | **5%** |
|  | **Zofran Orals (ondansetron HCL)** | <u>Tablets:</u> 4mg; 8mg; 24mg <br> <u>Solution:</u> 4mg/5ml <br> <u>ODT:</u> 4mg; 8mg | **5%** |
|  | **Zovirax (acyclovir)** | <u>Powder for Injection</u>: 500mg; 1000mg | **5%** |
|  | **Zantac (ranitidine HCL)** | <u>Injection:</u> 25mg/ml <br> <u>Injection (Pre-mixed):</u> 50mg/50ml; 50mg/100ml | **5%** |