Exhibit D. Survey Instruments

Francis E. McGovern<br>
Special Master<br>
United States District Court<br>
GSK Settlement Fund<br>
5210 Hood Road<br>
Palm Beach Gardens, FL 33418<br>
Toll-Free Telephone: 1-866-216-0276

May 21, 2007

Vincent Costanza
35 Henry St.
Jersey City, NJ  07306-1408

Dear Sir or Madam:

Thank you for responding to the notice about the class action settlement in the GlaxoSmithKline (GSK) drug company litigation before the U.S. District Court in Massachusetts.  Your form was received at the claim center on 02/02/2007.

To ensure that all of the legal rights of consumers are protected, I have asked the Administrator of the GSK Settlement Fund to call consumers and learn more about the choices they made in response to the settlement notice in this case.

Your name was selected at random.  The call will take only a few minutes and is completely confidential.  Your answers will be combined with those from others and will be used only to inform the Court about consumers' choices in response to the settlement notice.

A representative of the GSK Settlement Fund will phone you on my behalf during the next few days.  I have enclosed a list of the GSK drugs covered by the settlement for you to refer to when the representative calls.

I would like to thank you personally, in advance, for your time and cooperation. Should you have any questions, please feel free to contact the GSK Settlement Fund Administrator toll-free at 1-866-216-0276, during regular business hours.

Yours sincerely,


Francis E. McGovern
Special Master


681

**COMPLETE CALL RECORD:**
**CSR ID**:_____

**Rust ID**: _____     **Claimant Name**: _____
**Call ID**: _____**Call Date**:  ____/____/2007  **Call Time**: ____:_____

☐ **MACHINE ANSWERS/TRANSFERRED TO VOICE MAIL**➔**DO NOT LEAVE MESSAGE.  ATTEMPT RESOLUTION = ANSWERING MACHINE**

☐ **SOMEONE ANSWERS**:

1. My name is FIRST AND LAST. May I please speak with (NAME OF RECORDes). IF ASKED:  I'm calling on behalf of the Special Master in the GSK Settlement Fund.

☐ WRONG NUMBER. CONFIRM YOU'VE DIALED THE NUMBER ON THE RECORD.   I'm sorry for the inconvenience.  Do you know how I could reach    NAME OF RECORD? OBTAIN REFERRAL IF AVAILABLE.  ATTEMPT RESOLUTION = WRONG NUMBER.  IF R IS DECEASED, ASK FOR NEXT OF KIN/HEIR

☐ CONTACT NOT THERE/NOT AVAILABLE.  IF R IS DECEASED/TOO ILL, ASK FOR NEXT OF KIN/HEIR

2. When is a good time to reach (him/her)?

> ☐  RECORD CALL BACK TIME ➔ CALL BACK APPOINTMENT SCREEN.  ATTEMPT RESOLUTION = CALL BACK
> ☐  NO CALL BACK TIME OBTAINED. ATTEMPT RESOLUTION = CALL BACK
>
> Thank you.  END

**IF YOU REACH NAME OF RECORD.  REFER TO PRECALL LETTER IF NECESSARY**

3. Hello.  My name is [FIRST AND LAST] and I'm calling on behalf of the Court's Special Master in the GSK Settlement Fund. (ANY HESITATION: He wrote to you a few days ago about the purpose of my call. I hope you received his letter.  OFFER TO RESEND.) The GSK Settlement Fund is to reimburse people for certain expenses they may have had for medications.  We sent you a Notice a few months ago about this settlement.  The Notice included a list of the drugs covered by the settlement and forms for you to fill out.  Do you recall receiving the Notice?

>   YES ➔  GO TO 4
>   NO  ➔ CONTINUE
>   NOT SURE ➔ CONTINUE

IF R NOT REMEMBER NOTICE:  That's OK.  A lot of people don't remember.  It was back in January of this year, so let me tell you a bit about it.  The Court sent you

information about a lawsuit settlement.  Let me assure you that the settlement has nothing to do with your own Medicare or other insurance coverage and it has nothing to do with your own medical care or your doctors.  The settlement is solely to reimburse people for certain expenses they may have had for the medications covered by the settlement

You received the notice because you may be eligible to get a payment from the settlement fund.  There were forms included for you to fill out and return, which you did.  Does this ring a bell now?   IF YES, PROCEED WITH QUESTIONS.

IF YES → GO TO Q.4

IF R STILL NOT REMEMBER:  The words, Important Court Documents were printed on the outside.  On the inside was a list of drug names and a lot of legal information about the case.  The document referred to the case as a proposed class action settlement.  Does that sound familiar?

IF YES, PROCEED WITH QUESTION 4.
IF NOT, END.  Thank you very much for your time.

4.   According to our records, you took one or more of the GSK medications covered by the settlement sometime between 1991 and 2005/6.  Do you remember that you took one of these medications?
 IF R NOT RECALL:   The covered drugs are listed on a blue piece of paper included with the letter to you from the Special Master. If you'd like to look at the list while we're talking, I'll be glad to wait until you get it. CONTINUE WHEN R HAS LIST:  I don't have any information about your medical treatment or which drug you received.  However, (as you can see on the list) the covered drugs are used for nausea and vomiting related to chemotherapy, and for illnesses like cancer, heart disease, asthma, ulcers, shingles, HIV and migraine headaches.  Generally these drugs are given in injection form at a doctor's office or clinic.

    YES, REMEMBERS TAKING DRUG  → GO TO 5
    DOES NOT REMEMBER TAKING DRUG   →    GO TO 10

5. The payments in this settlement are for people who were charged for all or part of their medication costs, over and above what Medicare and other insurances paid.  So thinking back over the entire period when you received one or more of the covered drugs, did you pay, or were you charged, for all or part of the cost of the medication?
IF DON'T KNOW:  The settlement is to reimburse people who were billed, whether they paid the bill or not, for the cost of this medication.  Can you recall ever being billed by your doctor or clinic for the medication you received in the office or clinic?

    YES
    NO/INSURANCE COVERED ALL  →  GO TO 10
    DON'T KNOW → GO TO 10

6. Did you have insurance to pay all or part of what you were charged for the medication?

    YES, INSURANCE PAID ALL  → GO TO 10
    YES, INSURANCE PAID PART
    NO INSURANCE → GO TO 7

6a. And was the share that you paid a flat amount like 10-20 dollars, or was it a percentage of the total?
IF DON'T KNOW:  If you usually paid the same amount for all drugs or the same each time, you probably paid a flat amount.  Do you recall?

    PERCENTAGE
    FLAT AMOUNT  → GO TO 10
    DON'T KNOW  → GO TO 10


7. According to our records, you filled out and mailed in a form that you received with the Notice (IF R. NOT RECALL: we received it on DATE).   Now I have a question about what you intended to do when you filled out and sent back the form.  Did you send back the form because you wanted to get a payment from the settlement, or did you want to be excluded from the settlement?

    ☐ MEANT TO GET PAYMENT  → GO TO 9
    ☐ MEANT TO BE EXCLUDED
    ☐ NOT SURE/DON'T REMEMBER → GO TO 9

8. We'd like to understand more about why consumers, who believe they are qualified to be part of the settlement, chose not to be part of the settlement or not to file a claim for reimbursement of their drug costs.   Could you please tell me briefly why YOU chose to be excluded?   RECORD VERBATIM AND CHECK ALL THAT APPLY.  PROBES AS NECESSARY.

    _____

    _____

    _____

    ☐    a. Class actions typically return <u>very little money</u>

    ☐    b. Wanted nothing to do with it/not to be bothered

    ☐    c. Effort/time/trouble to complete the form/find documents would <u>not be worth it for the  return expected/</u> Claim Form was <u>too complicated/difficult</u> to complete

    ☐    d. Liked doctor or medication/treatment received

☐      f. Did not have or could <u>not find amount paid/proof of payment</u>

☐      h. <u>Do not approve</u> of class action litigation or class action settlements or lawyers/litigation

☐      k. Did not understand what the settlement was about/could not tell whether or not eligible/qualified to be included/receive payment

☐      l. Not enough time or too busy/too ill

☐      m. Was advised against filing/taking part

☐      o. Wanted to preserve right to sue/ pursue own lawsuit

☐      p.  Other:

8a. Was there any <u>other</u> reason why you chose to be excluded from the settlement? IF YES, What was that?

   RECORD VERBATIM IF NOT ALREADY INCLUDED AT 8, OR CODE 8 ABOVE:   OR      NO ADDITIONAL REASON☐ → GO TO  9.

_____

_____


9.  **Based on what you've told me, you might be eligible for a payment from the settlement.  If you like, I can help you to file a claim.  All we need to do is have you state on our recorded phone line that you would like us to help you fill out the form over the phone.  We will then send the form to your address for your signature. You'll need to fill in any missing information, sign it, add one of the forms of proof for your claim and send it back to us.**

☐ (1) YES WANTS TO FILE CLAIM → CONTINUE

☐ (0) NO, NOT INTERESTED IN FILING. END


9a. OK. The information needed to file a claim is the name of the GSK medication you received and the amount of money that you paid or were billed for this medication.

(CONFIRM OR ASK IF NOT ALREADY NAMED) Do you have this information?

   NAME OF GSK COVERED DRUG _____or DON'T KNOW

      TOTAL AMOUNT PAID $_____  or DON'T KNOW

      IF DON'T KNOW → Perhaps you can find it in your medical records or call the doctor who treated you.  In the meantime, I will send the claim form to you for you to read and sign and send back to us as soon as possible.  You can add the name of the drug and the amount you paid or were billed to that form.  Let me give you our phone number in case you have any questions when you receive the claim form.  It is 866-216-0276.

That's all we need to know.  Now I will send you the claim form for you to read and sign and send back to us. (VERIFY ADDRESS).   Let me give you our phone number in case you have any questions.  It is 866-216-0276. Please don't hesitate to call us if you have any questions.

10.  That's all the questions I have.  You have been very helpful and I thank you for your time.