UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION   MDL No. 1456

---------------------------------------------------   CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

*United States ex rel. Ven-A-Care of the
Florida Keys, Inc. V. Abbott Laboratories,
Inc.,* C.A. No. 06-11337-PBS                Hon. Patti B. Saris

-----------------------------------------------------

**MOTION TO PERMIT RAYMOND C. WINTER TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), plaintiff Ven-A-Care of the Florida Keys, Inc,, by its undersigned attorney, hereby moves for the admission *pro hac vice* of Raymond C. Winter. As grounds therefor, plaintiff states:

1. Raymond C. Winter is an Assistant Attorney General at the Office of the Attorney General, 300 W. 15th, 9th Flr, Austin, Texas 78701, and is a member in good standing of the Bar of the State of Texas, as well as the U.S. District Court Western District of Texas.

2. Mr. Winter is counsel of record in *State of Texas ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.,* Cause No. D-1-GV4001286, in the District Court of Travis County, 201st Judicial District, a case involving some of the same parties and similar issues as the instant matter.

3. In further support of this motion, plaintiff submits herewith the Certificate of Raymond C. Winter Pursuant to Local Rule 83.5.3(b) as Exhibit A, establishing that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to

practice; that there are no disciplinary proceedings against him in any jurisdiction; and that he is familiar with the local rules of this Court.

>Respectfully submitted,
>
>s/ Jonathan Shapiro
>Jonathan Shapiro
>BBO No. 454220
>Stern Shapiro Weissberg & Garin LLP
>90 Canal Street, 5th Floor
>Boston, MA 02114
>617-742-5800

Dated: July 17, 2007

## CERTIFICATE OF SERVICE

This is to certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electron Filing.

>s/ Jonathan Shapiro
>Jonathan Shapiro