# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION     MDL No. 1456

---                                    CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

ALL ACTIONS                            Judge Patti B. Saris

---

### CERTIFICATE OF RAYMOND C. WINTER
### PURSUANT TO LOCAL RULE 83.5.3(b)

Raymond C. Winter, declares and states as follows:

1. I am an Assistant Attorney General at the Office of the Attorney General, 300 W. 15th, Street, 9th Flr., and I am a member of good standing of the Bar of the State of Texas, as well as the U.S. District Court Western District of Texas.

2, There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 16th, 2007, at Austin. Texas

Raymond C. Winter

# Certificate of Good Standing

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

I, **WILLIAM G. PUTNICKI**, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that RAYMOND WINTER, Texas State Bar No. 21791950, was duly admitted to practice in said Court on May 12, 1998, and is in good standing as a member of the bar of said Court.

Signed at Austin, Texas on July 16, 2007.

WILLIAM G. PUTNICKI, Clerk

BY: _____
Deputy Clerk