UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION    MDL No. 1456

---

CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

*United States ex rel. Ven-A-Care of the
Florida Keys, Inc. V. Abbott Laboratories,
Inc.,* C.A. No. 06-11337-PBS                Hon. Pattti B. Saris

---

# MOTION TO PERMIT MARGARET M. MOORE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), plaintiff Ven-A-Care of the Florida Keys, Inc., by its undersigned attorney, hereby moves for the admission *pro hac vice* of Margaret M. Moore. As grounds therefor, plaintiff states:

1. Margaret M. Moore is an Assistant Attorney General at the Office of the Attorney General, 300 W. 15th, 9th Flr, Austin, Texas 78701, and is a member in good standing of the Bar of the State of Texas, the U.S. District Court Western District of Texas, 11th Cir., 5th Cir., and the U. S. Supreme Court.

2. Ms. Moore is counsel of record in *State of Texas ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.,* Cause No. D-1-GV4001286, in the District Court of Travis County, 201st Judicial District, a case involving some of the same parties and similar issues as the instant matter.

3. In further support of this motion, plaintiff submits herewith the Certificate of Margaret M. Moore Pursuant to Local Rule 83.5.3(b) as Exhibit A, establishing that she is a

member in good standing of the Bar in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; and that she is familiar with the local rules of this Court.

                        Respectfully submitted,

                        s/ Jonathan Shapiro
                        Jonathan Shapiro
                        BBO No. 454220
                        Stern Shapiro Weissberg & Garin LLP
                        90 Canal Street, 5th Floor
                        Boston, MA 02114
                        617-742-5800

Dated: July 17, 2007

## CERTIFICATE OF SERVICE

      This is to certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 17, 2007.

                        s/ Jonathan Shapiro
                        Jonathan Shapiro