# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------------------------

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION   MDL No. 1456

----------------------------------------------------   CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

ALL ACTIONS                                     Judge Patti B. Saris
----------------------------------------------------

## CERTIFICATE OF MARGARET MOORE
## PURSUANT TO LOCAL RULE 83.5.3(b)

Margaret M. Moore, declares and states as follows:

1.    I am an Assistant Attorney General at the Office of the Attorney General, 300

W. 15th, Street, 9th Flr., and I am a member of good standing of the Bar of the State of

Texas, as well as the U.S. District Court Western District of Texas the, 11th Cir., 5th Cir.,

and U. S. Supreme Court.

2,    There are no disciplinary proceedings pending against me as a member of the

Bar in any jurisdiction.

3.    I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July    16   , 2007, at Austin. Texas

Margaret M. Moore

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

I, **WILLIAM G. PUTNICKI,** Clerk of the United States District Court, Western District of Texas,

DO HEREBY CERTIFY that MARGARET MCCARTHY MOORE, Texas State Bar No. 14360050, was duly

admitted to practice in said Court on August 19, 1980, and is in good standing as a member of the bar of said Court.

Signed at Austin, Texas on July 16, 2007.

WILLIAM G. PUTNICKI, Clerk

BY:

*Deputy Clerk*