UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION:  01-CV-12257-PBS |
| ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc.* ) | Magistrate Judge Marianne B. Bowler |
| *v. Abbott Laboratories, Inc.*, ) | |
| No. 06-CV-11337-PBS ) | |

**ABBOTT LABORATORIES, INC.'S MOTION TO DISMISS OR PARTIALLY DISMISS THE UNITED STATES' FIRST AMENDED COMPLAINT**

Defendant Abbott Laboratories, Inc. ("Abbott") hereby respectfully asks, pursuant to Federal Rule of Civil Procedure 12(b)(6), that this Court dismiss the United States' First Amended Complaint, filed June 4, 2007.  In the alternative, Abbott respectfully requests that this Court partially dismiss the complaint; namely (1) all claims related to Acyclovir Sodium; (2) all claims related to Healthcare Common Procedure Coding System (HCPCS) J-codes that were never alleged in the relator's complaints, *i.e.*, # J2912, # J7051, # J7110, and # J7130; and (3) all untimely claims.  The bases for this motion are explained in detail in the accompanying memorandum of law.

WHEREFORE, Abbott asks that is motion be granted, and relief be provided as requested in the accompanying memorandum.

WAI-2835391v3

- 2 -

Dated: July 17, 2007

Respectfully submitted,

/s/ James R. Daly
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

- 2 -

**CERTIFICATE OF SERVICE**

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S MOTION TO DISMISS OR PARTIALLY DISMISS THE UNITED STATES' FIRST AMENDED COMPLAINT to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 17th day of July, 2007.

      /s/ David S. Torborg
      David S. Torborg