# Exhibit A

## Ex. A:  SUMMARY CHART OF TIMELINESS OF PLAINTIFFS' CLAIMS

The following is a chart setting forth the claims which would remain timely based on the various arguments raised by Abbott.[+]

| **TIME PERIOD FOR SURVIVING CLAIMS DEPENDING UPON WHICH ABBOTT TIMELINESS ARGUMENTS ARE ACCEPTED** | | | |
|---|---|---|---|
| **NDC / HCPCS Code** | **(1)** *Baylor* **Applies— No Relation Back To Any Sealed Complaint** | **(2) Relation Back Only To The First Complaint Where A Code Was Raised** | **(3) Relation Back To ComplaintR3** |
| **CODES FIRST APPEARING IN THE RELATOR'S ORIGINAL COMPLAINT (ComplaintR1)** | | | |
| NDC # 00074-4332-01 Vancomycin 500 mg | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-6533-01 Vancomycin 1 gm | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7922-09 Dextrose Water 1000 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7941-09 Dextrose/NaCl 1000 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7983-09 NaCl .9% 1000 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| **CODES FIRST APPEARING IN THE RELATOR'S SECOND AMENDED COMPLAINT (ComplaintR3)** | | | |
| NDC # 00074-4887-10 Water for Injection 10 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |

---

[+] Although the Government has alleged damages "through 2001" (*see* Dkt. 4281 ¶ 50), the amended complaint makes clear that its claims end on Apr. 30, 2001 (*id.* ¶ 110).

| | (1) *Baylor* Applies— No Relation Back To Any Sealed Complaint | (2) Relation Back Only To The First Complaint Where A Code Was Raised | (3) Relation Back To ComplaintR3 |
|---|---|---|---|
| **TIME PERIOD FOR SURVIVING CLAIMS DEPENDING UPON WHICH ABBOTT TIMELINESS ARGUMENTS ARE ACCEPTED** | | | |
| **NDC / HCPCS Code** | | | |
| NDC # 00074-4887-20 Water for Injection 20 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-3977-03 Water for Injection 30 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7990-09 Water for Injection 1000 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-6509-01 Vancomycin HCl 5 gm | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-6535-01 Vancomycin 1 gm A-V | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7100-13 5% Dextrose in Water 50 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7100-23 5% Dextrose Water 100 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7922-03 5% Dextrose Water 500 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7902-09 5% Dextrose / NaCl / KCl | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7101-13 Sodium Chloride .9% 50 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7101-23 Sodium Chloride .9% 100 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7983-02 Sodium Chloride .9% 250 ml | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |

| | (1) *Baylor* Applies— No Relation Back To Any Sealed Complaint | (2) Relation Back Only To The First Complaint Where A Code Was Raised | (3) Relation Back To ComplaintR3 |
|---|---|---|---|
| **TIME PERIOD FOR SURVIVING CLAIMS DEPENDING UPON WHICH ABBOTT TIMELINESS ARGUMENTS ARE ACCEPTED** | | | |
| **NDC / HCPCS Code** | | | |
| NDC # 00074-7983-03 Sodium Chloride .9% 500 ml | Mar. 17, 2000-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 |
| NDC # 00074-4427-01 Acyclovir 500 mg‡ | Mar. 17, 2000-Apr. 30, 2001 | Apr. 22, 1997-Apr. 30, 2001 | Apr. 22, 1997-Apr. 30, 2001 |
| NDC # 00074-4452-01 Acyclovir 1000 mg‡ | Mar. 17, 2000-Apr. 30, 2001 | Apr. 22, 1997-Apr. 30, 2001 | Apr. 22, 1997-Apr. 30, 2001 |
| HCPCS # J3370 Vancomycin HCl 500 mg | Mar. 17, 2000-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 |
| HCPCS # J7030 Saline Solution 1000 cc | Mar. 17, 2000-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 |
| HCPCS # J7040 Saline Solution, 500 ml | Mar. 17, 2000-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 |
| HCPCS # J7042 Dextrose / Saline 500 ml | Mar. 17, 2000-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 |
| HCPCS #J7050 Saline Solution 250 cc | Mar. 17, 2000-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 |
| HCPCS #J7060 5% Dextrose Water 500 ml | Mar. 17, 2000-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 |
| HCPCS #J7070 5 % Dextrose Water 1000 cc | Mar. 17, 2000-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 | Aug. 12, 1991-Apr. 30, 2001 |

---

‡ <u>All</u> claims related to these NDCs should be dismissed as procedurally improper.  *See* Memorandum in Support at Part I.

| NDC / HCPCS Code | (1) *Baylor* Applies— No Relation Back To Any Sealed Complaint | (2) Relation Back Only To The First Complaint Where A Code Was Raised | (3) Relation Back To ComplaintR3 |
|---|---|---|---|
| **TIME PERIOD FOR SURVIVING CLAIMS DEPENDING UPON WHICH ABBOTT TIMELINESS ARGUMENTS ARE ACCEPTED** | | | |
| **CODES FIRST APPEARING IN THE RELATOR'S FOURTH AMENDED COMPLAINT (ComplaintR5)** | | | |
| NDC # 00074-1966-07 Bacteriostatic NaCl Inject. | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-6534-01 Vancomycin 500 mg A-V | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-4887-50 Water for Injection 50 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7924-09 Dextrose & .225% NaCl | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7926-09 Dextrose 5% & .45% NaCl | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-4888-10 NaCl Injection .9% 10 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-4888-20 NaCl Injection .9% 20 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7984-36 NaCl Injection .9% 50 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7984-37 NaCl Injection .9% 100 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7101-02 NaCl Injection .9% 250 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |

| | **TIME PERIOD FOR SURVIVING CLAIMS DEPENDING UPON WHICH ABBOTT TIMELINESS ARGUMENTS ARE ACCEPTED** | | |
|---|---|---|---|
| **NDC / HCPCS Code** | **(1)** *Baylor* **Applies— No Relation Back To Any Sealed Complaint** | **(2) Relation Back Only To The First Complaint Where A Code Was Raised** | **(3) Relation Back To ComplaintR3** |
| NDC # 00074-7985-09 NaCl Inject. 0.45% 1000 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-6138-02 NaCl Irrigation 250 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-6138-03 NaCl Irrigation 500 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-6138-22 NaCl Irrigation 24 x 250 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7138-09 NaCl Irrigation 1000 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7972-05 NaCl Irrigation 1000 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-6139-02 Water for Irrigation 250 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-6139-03 Water for Irrigation 500 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-6139-22 Water Irrigation 24 x 250 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7973-05 Water for Irrigation 1000 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7139-09 Water for Irrigation 1000 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7120-07 Dextrose Injection 2000 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |

| NDC / HCPCS Code | (1) *Baylor* Applies— No Relation Back To Any Sealed Complaint | (2) Relation Back Only To The First Complaint Where A Code Was Raised | (3) Relation Back To ComplaintR3 |
|---|---|---|---|
| **TIME PERIOD FOR SURVIVING CLAIMS DEPENDING UPON WHICH ABBOTT TIMELINESS ARGUMENTS ARE ACCEPTED** | | | |
| NDC # 00074-7922-02 Dextrose Injection 250 ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7923-36 Dextrose Injection 20x50ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| NDC # 00074-7923-37 Dextrose Inject. 20x100ml | Mar. 17, 2000- Apr. 30, 2001 | Dec. 11, 1996- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| **CODES NOT IN ANY OF THE RELATOR'S UNDER SEAL COMPLAINTS, APPEARING FOR THE FIRST TIME IN THE GOVERNMENT'S COMPLAINT-IN-INTERVENTION (ComplaintG1)** | | | |
| HCPCS # J2912 NaCl 0.9%, per 2 ml[‡] | Mar. 17, 2000- Apr. 30, 2001 | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| HCPCS # J7051 Saline or Water to 250 cc[‡] | Mar. 17, 2000- Apr. 30, 2001 | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| HCPCS # J7110 Dextran 75, 1000 ml[‡] | Mar. 17, 2000- Apr. 30, 2001 | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |
| HCPCS # J7130 Hypertonic Saline 20 cc[‡] | Mar. 17, 2000- Apr. 30, 2001 | Mar. 17, 2000- Apr. 30, 2001 | Aug. 12, 1991- Apr. 30, 2001 |

---

[‡] <u>All</u> claims related to these HCPCS Codes should be dismissed as procedurally improper. *See* Memorandum in Support at n.7.