# Exhibit B

# Ex. B:  CHRONOLOGY OF EVENTS IN CURRENT LITIGATION AND THEIR SIGNIFICANCE FOR ABBOTT'S MOTION TO DISMISS

The following chart sets forth key events in this case, and their consequences for the purposes of Abbott's Motion to Dismiss or Partially Dismiss the First Amended Complaint.

| Date | Event | Significance |
|---|---|---|
| 6/23/95 | Relator files ComplaintR1 against Abbott, others.  (Mem. at 3.) | |
| 3/28/97 | Relator voluntarily dismisses Abbott; files ComplaintR2 which does not name Abbott. (*Id.*) | ComplaintR1 is nullity vis-à-vis Abbott and was "effectively never filed." (Mem. at 23-24.) |
| 8/12/97 | Relator re-files claims against Abbott in ComplaintR3. (Mem. at 4.) | ComplaintR3 becomes original complaint against Abbott. (Mem. at 23-24.) |
| 12/9/99 | Relator files ComplaintR4.  (Mem. at 4.) | None; no additional NDCs added. (Mem. at 4.) |
| 12/11/02 | Relator files ComplaintR5.  (Mem. at 4.) | Several new NDCs added to complaint; relation-back for these NDCs limited to date of this complaint.  (Mem. at 22-24.) |
| 3/17/06 | United States intervenes in specific drug codes and declines intervention in all others; files ComplaintG1; case unsealed. (Mem. at 4-5, 18.) | Relator may pursue declined claims, but United States may no longer intervene in them without good cause; under *Baylor*, relation-back limited to this date. (Mem. at 14-16, 17-21.) |
| 5/16/06 | Ven-A-Care amends complaint to adopt United States' complaint in intervention in full, resulting in ComplaintR6. (Mem. at 5.) | All declined claims that relator might have pursued drop from suit, leaving no relator claims in which the United States may intervene.  (Mem. at 7-10.) |
| 6/4/07 | United States files ComplaintG2, without leave of court.  Adds NDCs for Acyclovir that it had declined to intervene in. (Mem. at 7.) | ComplaintG2 should be dismissed in full; all Acyclovir claims should be dismissed. (Mem. at 7-16.) |