# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Ex Rel. VEN-A-CARE OF THE )<br>FLORIDA KEYS, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ABBOTT LABORATORIES; )<br>et al., )<br>)<br>Defendants. )<br>_____/ | CIVIL ACTION NO. 95-1354-CIV-MARCUS<br><br>FILED <u>IN CAMERA</u> AND UNDER SEAL |

## NOTICE OF DISMISSING AND ADDING DEFENDANTS

Plaintiff hereby voluntarily dismisses, without prejudice, the Defendants, ABBOTT LABORATORIES, ███████████████████████ ███████████████████████████████████████ from the instant action and adds as Defendants, ███████████████████████████████ ███████████████████████████████ ███████████ pursuant to Rule 15(a), Fed.R.Civ.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___28th___ day of March, 1997, a true and correct copy of the foregoing was sent to the United States Attorney for the Southern

3/29/97

CASE NO. 95-1354-CIV-MARCUS

District of Florida, and, Attorney General of the United States at Washington, District of Colombia.

Respectfully submitted,

Atlee W. Wampler, III
Florida Bar No. 311227

James J. Breen
Florida Bar No. 297178
WAMPLER, BUCHANAN & BREEN, P.A.
900 Sun Bank Building
777 Brickell Avenue
Miami, Florida 33131
Telephone (305) 577-0044
Fax (305) 577-8545

F:\CLIENTS\3027\NOT-DP

2