# Exhibit E



IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Ven-A-Care of the Florida Keys, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Abbott Laboratories; ▬▬▬ ▬▬▬▬▬▬▬▬▬, et al., <br><br> Defendants. | Case No. 95-1354-Civ-Marcus <br><br> **FILED UNDER SEAL** <br><br> UNITED STATES'S MOTION FOR EXTENSION OF SEAL ON QUI TAM COMPLAINT THROUGH MAY 21, 1997 AND FOR PARTIAL LIFTING OF THE SEAL AND MEMORANDUM OF LAW |

The United States, pursuant to 31 U.S.C. § 3730(b)(3), presents to this Court, ex parte and under seal, this motion for an extension of time of 60 days up to and including May 21, 1997, in which to notify the Court of its decision whether to intervene in the above-captioned False Claims Act qui tam action, during which the Complaint and all other related filings shall remain

3/24/97

ABT008-0154

under seal, and for a partial lifting of the seal in order to disclose these proceedings to the Defendants.

The Plaintiff in this action has now filed an Amended Complaint. The Amended Complaint is 105 pages in length, has dropped five of the originally named defendants, has added five new defendants, and has substantially expanded the allegations upon which the case is based.

The Court previously extended the seal in this matter through March 21, 1996 based upon the government's need for additional time to investigate this complicated and difficult case. The filing of the amended complaint which adds several new defendants, thereby triggering a new 60-day evaluatory period for the government, has compelled the United States to make this motion, ex parte and under seal, for the Court to extend both the evaluatory period and the time during which the Complaint and all other related filings remain under seal for an additional 60 days. As this process draws to a close, leave is also sought to discuss the allegations with the defendants, to identify the Relator to the Defendants and/or to provide a copy of the Complaint or Amended Complaint to the Defendants.

The Relator has no objection to the requested relief.

2

ABT008-0155

The Court is respectfully referred to the Declaration of Assistant United States Attorney Mark A. Lavine and the proposed order filed herewith.[1]

                Respectfully submitted,

                FRANK W. HUNGER
                Assistant Attorney General

                WILLIAM A. KEEFER
                UNITED STATES ATTORNEY

By:  *[signature]*
                MARK A. LAVINE
                Assistant U.S. Attorney
                99 N.E. 4th Street
                Miami, FL  33132
                (305) 536-5472 Tel.
                (305) 536-4101 Fax
                Fla. Bar No. 648876

                *[signature]*
                MICHAEL F. HERTZ
                JOYCE R. BRANDA
                REED STEPHENS
                Civil Division
                Commercial Litigation Branch
                P.O. Box 261
                Ben Franklin Station
                Washington, D.C.  20044
                (202) 616-1437

---

[1] The Legal Authority supporting the proposed extension is set forth in the Government's Memorandum accompanying its First Motion for an Extension of Time. Rather than reiterating the same points, the Government respectfully refers the Court to this previously submitted memorandum.

ABT008-0156   L