Case No: 95-1354-CIV-MARCUS

**EXHIBIT 2**
Page 1

| ABBOTT | | |
|---|---|---|
| **DRUG** | **F.D.A. APPROVED INDICATIONS** | **THE FALSE PRICE SPREAD** |
| Acyclovir (Antiviral) | HSV-1 and HSV-2<br>Varicella Zoster(Shingles)<br>Herpes Simplex Encephalitis | 363% |
| Amikacin (Antibiotic) | Bacterial Septicemia<br>Respiratory Tract Infection<br>Bone and Joint Infection<br>Skin and Soft Tissue Infection<br>Intra-abdominal Infection<br>Burns<br>Urinary Tract Infections | 437% |
| Amino Acids/ Electrolytes (Nutrition) | Given to prevent nitrogen and weight loss and meet metabolic requirements when the gastrointestinal tract cannot be used or is inadequate. | 1776% |
| Clindamycin (Antibiotic) | Respiratory Tract Infections<br>Skin and Soft Tissue Infection<br>Septicemia<br>Female Pelvis and Genital Tract Infections<br>Hematogenous Osteomyelitis | 846% |
| Dextrose 5% in Water (Fluid) | Intravenous Replenishment Solution | 1562% |
| Dextrose 5% with Sodium Chloride (Fluid) | Intravenous Replenishment Solution | 1014% |
| Dextrose 5% with Potassium and Sodium Chloride (Fluid) | Intravenous Replenishment Solution | 2309% |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 2**
Page 2

| ABBOTT | | |
|---|---|---|
| **DRUG** | **F.D.A. APPROVED INDICATIONS** | **THE FALSE PRICE SPREAD** |
| Furosemide (Diuretic) | Edema<br>Hypertension<br>Acute Pulmonary Edema<br>Congestive Heart Failure<br>Chronic Renal Failure | 3061% |
| Heparin (Anticoagulant) | Venous Thrombosis<br>Pulmonary Embolism<br>Peripheral Arterial Embolism | 936% |
| Lactated Ringers (Fluid) | Intravenous Replenishment Solution | 1076% |
| Pentamidine Isethionate (Antiprotozoan) | Pneumocystis Carinii Pneumonia (PCP)<br>By Inhalation: Prevention of Pneumocystis Carinii Pneumonia (PCP) in high risk HIV patients | 400% |
| Sodium Chloride 0.9% (Fluid) | Dilutent for Inhaled and Injected Drugs<br>Intravenous Replenishment Solution | 1335% |
| Tobramycin (Antibiotic) | Septicemia<br>Lower Respiratory Tract Infection<br>Central Nervous System Infections<br>Intra-Abdominal Infections<br>Skin and Skin Structure Infection<br>Bone and Joint Infection<br>Urinary Tract Infection | 515% |
| Vancomycin (Antibiotic) | Serious or severe infections not treatable with other antimicrobials including:<br>Resistant Staphylococcal Infections<br>Resistant Streptococcal Infections<br>Diptheroid Endocarditis<br>Pseudomembranous Colitis | 1153% |
| Sterile Water for Injection (Fluid) | Reconstitution Solution for Injection Drugs | 684% |

ABT008-2864

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 2**
Page 3

# PAGES 3 THROUGH 22 OF EXHIBIT 2

# HAVE BEEN COMPLETELY REDACTED

ABT008-2865

Case No: 95-1354-CIV-GOLD

# EXHIBIT "3"

ABT008-2866

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 3**
**DRUGS WHERE THE MEDICARE PROGRAM'S**
**20% CO-PAYMENT**
**EXCEEDS THE TOTAL PRICE OF THE DRUG**
Page 1

| Drug | HCPCS Code | 1996 Florida Medicare Allowable | 20% Co-Payment | 1996 Relator's Cost |
|---|---|---|---|---|
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| Sodium Chloride 0.9% 1000 ml | J7030 | $ 11.06 | $ 2.21 | $ 0.95 |
| Sodium Chloride 0.9% 500 ml | J7040 | $ 10.14 | $ 2.03 | $ 0.79 |
| 5% Dextrose/ Sodium Chloride 0.9% 500 ml | J7042 | $ 10.24 | $ 2.05 | $ 0.78 |
| Sodium Chloride 0.9% 250 ml | J7050 | $ 9.43 | $ 1.89 | $ 0.78 |
| 5% Dextrose in Water 500 ml | J7060 | $ 9.98 | $ 1.99 | $ 0.75 |
| 5% Dextrose in Water 1000 ml | J7070 | $ 11.23 | $ 2.25 | $ 0.95 |
| Lactated Ringers 1000 ml | J7120 | $ 12.43 | $ 2.48 | $ 1.02 |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮ | ▮▮ | ▮▮ | ▮▮ |

ABT008-2867

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 3**
**DRUGS WHERE THE MEDICARE PROGRAM'S**
**20% CO-PAYMENT**
**EXCEEDS THE TOTAL PRICE OF THE DRUG**
Page 2

| Drug | HCPCS Code | 1996 Florida Medicare Allowable | 20% Co-Payment | 1996 Relator's Cost |
|------|------------|----------------------------------|----------------|---------------------|
| ███ | ██ | ███ | ███ | ██ |
| ███ | ██ | ███ | ███ | ██ |
| ████ | ██ | ███ | ███ | ██ |
| ████ | ██ | ███ | ███ | ██ |
| ████ | ██ | ███ | ███ | ██ |
| ███ | ██ | ███ | ███ | ██ |
| ████ | ██ | ███ | ███ | ██ |
| ████ | ██ | ███ | ███ | ██ |
| ████ | ██ | ███ | ███ | ██ |

ABT008-2868

Case No: 95-1354-CIV-GOLD

# EXHIBIT "4"

ABT008-2869

Case No: 95-1354-CIV-MARCUS

## EXHIBIT 4

**THE MEDICARE AND MEDICAID PROGRAMS
DUPED INTO PAYING AS MUCH OR MORE
FOR GENERIC DRUGS THAN THEIR EQUIVALENT BRAND**
Page 1

| DRUG: ███████████ | | | | |
|---|---|---|---|---|
| BRAND: ██████ | | | | |
| COMPANY | SIZE | NDC # | AWP 1996 Red Book | RELATOR'S COST |
| ███████ | █████ | █████████ | ██████ | █████ |
| ███████ | █████ | █████████ | ██████ | █████ |

| GENERIC: ████████ | | | | |
|---|---|---|---|---|
| COMPANY | SIZE | NDC # | AWP 1996 Red Book | RELATOR'S COST |
| ██████ | █████ | █████████ | █████ | █████ |
| ██████ | █████ | █████████ | █████ | █████ |
| ████ | █████ | █████████ | █████ | █████ |
| ████ | █████ | █████████ | █████ | █████ |

| DRUG: ███████████████ | | | | |
|---|---|---|---|---|
| BRAND: ██████ | | | | |
| COMPANY | SIZE | NDC # | AWP 1996 Red Book | RELATOR'S COST |
| ███ | ███ | █████████ | █████ | █████ |
| ███ | ███ | █████████ | █████ | █████ |

ABT008-2870

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 4**

**THE MEDICARE AND MEDICAID PROGRAMS**
**DUPED INTO PAYING AS MUCH OR MORE**
**FOR GENERIC DRUGS THAN THEIR EQUIVALENT BRAND**
Page 2

| GENERIC: ██████████████ | | | | |
|---|---|---|---|---|
| COMPANY | SIZE | NDC # | AWP<br>1996 Red Book | RELATOR'S<br>COST |
| ███████ | ████ | ████████ | ████ | ████ |
| ███████ | ████ | ████████ | ████ | ████ |

| DRUG: VANCOMYCIN, HCPCS J3370 | | | | |
|---|---|---|---|---|
| BRAND:  VANCOCIN | | | | |
| COMPANY | SIZE | NDC # | AWP<br>1996 Red Book | RELATOR'S<br>COST |
| ████ | 500 mg | ██████████ | $7.80 | $6.50 |
| ████ | 1 gm | ██████████ | $15.61 | $14.13 |

| GENERIC:  VANCOMYCIN | | | | |
|---|---|---|---|---|
| COMPANY | SIZE | NDC # | AWP<br>1996 Red Book | RELATOR'S<br>COST |
| Abbott | 500 mg | 00074-4332-01 | $31.44 | $3.51 |
| Abbott | 1 gm | 00074-6533-01 | $62.86 | $7.01 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 4**

**THE MEDICARE AND MEDICAID PROGRAMS
DUPED INTO PAYING AS MUCH OR MORE
FOR GENERIC DRUGS THAN THEIR EQUIVALENT BRAND**
Page 3

| DRUG: PENTAMIDINE | | | | |
|---|---|---|---|---|
| BRAND: PENTAM 300 | | | | |
| COMPANY | SIZE | NDC # | AWP 1996 Red Book | RELATOR'S COST |
| ██████ | 300 mg | ████████ | $98.75 | $49.00 |

| GENERIC: PENTAMIDINE | | | | |
|---|---|---|---|---|
| COMPANY | SIZE | NDC # | AWP 1996 Red Book | RELATOR'S COST |
| Abbott | 300 mg | 00074-4548-01 | $113.54 | $43.00 |

| DRUG: TOBRAMYCIN SULFATE, HCPCS J3260 | | | | |
|---|---|---|---|---|
| BRAND: NEBCIN | | | | |
| COMPANY | SIZE | NDC # | AWP 1996 Red Book | RELATOR'S COST |
| ████ | 40 mg/ml 80 mg | ████████ | $7.28 | $6.07 |

| GENERIC: TOBRAMYCIN SULFATE | | | | |
|---|---|---|---|---|
| COMPANY | SIZE | NDC # | AWP 1996 Red Book | RELATOR'S COST |
| Abbott | 40 mg/ml 80 mg | 00074-3578-01 | $9.83 | $3.63 |

ABT008-2872

Case No: 95-1354-CIV-MARCUS

### EXHIBIT 4

## THE MEDICARE AND MEDICAID PROGRAMS
## DUPED INTO PAYING AS MUCH OR MORE
## FOR GENERIC DRUGS THAN THEIR EQUIVALENT BRAND
Page 4

| DRUG: AMIKACIN SULFATE | | | | |
|---|---|---|---|---|
| BRAND: AMIKIN | | | | |
| COMPANY | SIZE | NDC # | AWP 1996 Red Book | RELATOR'S COST |
| ▓▓▓▓▓▓▓ | 250 mg/ml 2 ml | ▓▓▓▓▓▓▓ | $46.99 | $13.25 |

| GENERIC: AMIKACIN SULFATE | | | | |
|---|---|---|---|---|
| COMPANY | SIZE | NDC # | AWP 1996 Red Book | RELATOR'S COST |
| Abbott | 250 mg/ml 2 ml | 00074-1956-01 | $99.25 | $12.00 |
| ▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |

ABT008-2873

Case No: 95-1354-CIV-GOLD

# EXHIBIT "5"

ABT008-2874

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 5**
**EXAMPLES OF THE FINANCIAL INDUCEMENTS ARISING FROM**
**COMMON DRUG THERAPIES USING CERTAIN SPECIFIED DRUGS**
Page 1

# EXHIBIT 5
# HAS BEEN COMPLETELY REDACTED

## PAGES 1 THROUGH 9

ABT008-2875

Case No: 95-1354-CIV-GOLD

# EXHIBIT "6"

ABT008-2876

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 1

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | Sodium Chloride 0.9% 50 ml | 00074-7101-13 |
| Abbott | Sodium Chloride 0.9% 100 ml | 00074-7101-23 |
| Abbott | Sodium Chloride 0.9% 250 ml | 00074-7983-02 |
| Abbott | Sodium Chloride 0.9% 500 ml | 00074-7983-03 |
| Abbott | Sodium Chloride 0.9% 1000 ml | 00074-7983-09 |
| Abbott | 5% Dextrose in Water 50 ml | 00074-7100-13 |
| Abbott | 5% Dextrose in Water 100 ml | 00074-7100-23 |
| Abbott | 5% Dextrose in Water 250 ml | 00074-7100-02 |
| Abbott | 5% Dextrose in Water 500 ml | 00074-7922-03 |
| Abbott | 5% Dextrose in Water 1000 ml | 00074-7922-09 |
| Abbott | 5% Dextrose/ NaCl 0.9% 250 ml | 00074-7941-02 |
| Abbott | 5% Dextrose/ NaCl 0.9% 500 ml | 00074-7941-03 |
| Abbott | 5% Dextrose/ NaCl 0.9% 1000 ml | 00074-7941-09 |
| Abbott | Ringers Lactate 250 ml | 00074-7953-02 |
| Abbott | Ringers Lactate 500 ml | 00074-7953-03 |
| Abbott | Ringers Lactate 1000 ml | 00074-7953-09 |

ABT008-2877

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 2

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | Vancomycin HCl 500 mg | 00074-4332-01 |
| Abbott | Vancomycin HCl 1 gm | 00074-6535-01 |
| Abbott | Vancomycin HCl 1 gm | 00074-6533-01 |
| Abbott | Vancomycin HCl 5 gm | 00074-6509-01 |
| Abbott | Tobramycin Sulfate 20 mg | 00074-3577-01 |
| Abbott | Tobramycin Sulfate 40 mg/ml 1 ml Syr | 00074-3582-01 |
| Abbott | Tobramycin Sulfate 60 mg/ 50 ml | 00074-3469-13 |
| Abbott | Tobramycin Sulfate 60 mg/ 6 ml | 00074-3254-03 |
| Abbott | Tobramycin Sulfate 80 mg | 00074-3470-23 |
| Abbott | Tobramycin Sulfate 80 mg | 00074-3583-01 |
| Abbott | Tobramycin Sulfate 80 mg | 00074-3578-01 |
| Abbott | Tobramycin Sulfate 80 mg | 00074-3255-03 |
| Abbott | Tobramycin Sulfate 2000 mg | 00074-3590-02 |
| Abbott | Pentamidine 300 mg | 00074-4548-01 |
| Abbott | Clindamycin Phosphate 300 mg | 00074-4053-03 |
| Abbott | Clindamycin Phosphate 300 mg | 00074-4050-01 |

ABT008-2878

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 3

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | Clindamycin Phosphate 600 mg | 0074-4054-03 |
| Abbott | Clindamycin Phosphate 600 mg | 00074-4051-01 |
| Abbott | Clindamycin Phosphate 900 mg | 00074-4052-01 |
| Abbott | Clindamycin Phosphate 9000 mg | 00074-4197-01 |
| Abbott | Clindamycin Phosphate 900 mg | 00074-4055-03 |
| Abbott | Sodium Bicarbonate 50 ml | 00074-6625-02 |
| Abbott | Sodium Bicarbonate 8.4% 50 ml | 00074-6637-01 |
| Abbott | Amikacin Sulfate 500 mg, 2 ml | 00074-1958-01 |
| Abbott | Amikacin Sulfate 100 mg, 2 ml | 00074-1955-01 |
| Abbott | Amikacin Sulfate 1gm, 4 ml | 00074-1957-01 |
| Abbott | Heparin Lock Flush 10u/ml, 30 ml | 00074-1151-78 |
| Abbott | Heparin Lock Flush 100u/ml 30 ml | 00074-1152-78 |
| Abbott | Heparin Lock Flush 100u/ml 10 ml | 00074-1152-70 |
| Abbott | Water for Injection 20 ml | 00074-4887-20 |
| Abbott | Water for Injection 10 ml | 00074-4887-10 |
| Abbott | Water for Injection 30 ml | 00074-3977-03 |

ABT008-2879

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 4

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | Water for Injection 1000 ml | 00074-1590-05 |
| Abbott | Water for Injection 1000 ml | 00074-7990-09 |
| Abbott | Water for Injection 100 ml | 00074-4887-99 |
| Abbott | Dextrose 5%/ KCl/NaCl 1000 ml | 00074-7902-09 |
| Abbott | Furosemide 40 mg 4 ml | 00074-6102-04 |
| Abbott | ACETIC ACID IRRIGATION | 00074-6143-22 |
| Abbott | ACETIC ACID IRRIGATION .25% IRRIG USP (AQUALITE) 1000ML | 00074-6143-09 |
| Abbott | ACETIC ACID IRRIGATION .25% IRRIG USP (AQUALITE) 250ML | 00074-6143-02 |
| Abbott | ACETYLCYSTEINE | 00074-3308-01 |
| Abbott | ACETYLCYSTEINE | 00074-3308-02 |
| Abbott | ACETYLCYSTEINE | 00074-3308-03 |
| Abbott | ACETYLCYSTEINE SOLUTION | 00074-3307-01 |
| Abbott | ACETYLCYSTEINE SOLUTION | 00074-3307-02 |
| Abbott | ACETYLCYSTEINE SOLUTION | 00074-3307-03 |
| Abbott | ACYCLOVIR SODIUM POWDER FOR INJECTION | 00074-4427-49 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 5

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | ACYCLOVIR SODIUM POWDER FOR INJECTION | 00074-4452-49 |
| Abbott | ACYCLOVIR SODIUM POWDER FOR INJECTION 1GM FLIPTOP VIAL | 00074-4452-01 |
| Abbott | ACYCLOVIR SODIUM POWDER FOR INJECTION 500MG FLIPTOP VIAL | 00074-4427-01 |
| Abbott | A-HYDROCORT INJECTION 1000MG 8ML UNIVIAL (SODIUM SUCCINATE) | 00074-5674-08 |
| Abbott | A-HYDROCORT INJECTION 100MG 2ML UNIVIAL (SODIUM SUCCINATE) | 00074-5671-02 |
| Abbott | A-HYDROCORT INJECTION 250MG 2ML UNIVIAL (SODIUM SUCCINATE) | 00074-5672-02 |
| Abbott | A-HYDROCORT INJECTION 500MG 4ML UNIVIAL (SODIUM SUCCINATE) | 00074-5673-04 |
| Abbott | ALCOHOL 5% AND DEXTROSE 5% INJECTION 1000ML | 00074-1500-05 |
| Abbott | ALFENTANIL INJECTION | 00074-2266-02 |
| Abbott | ALFENTANIL INJECTION | 00074-2266-05 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 6

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | ALFENTANIL INJECTION | 00074-2266-10 |
| Abbott | ALFENTANIL INJECTION | 00074-2266-49 |
| Abbott | ALFENTANIL INJECTION | 00074-2266-51 |
| Abbott | ALFENTANIL INJECTION | 00074-2266-52 |
| Abbott | A-METHAPRED INJECTION 1000MG ADD-VANTAGE VIAL | 00074-5631-08 |
| Abbott | A-METHAPRED INJECTION 125MG 2ML UNIVIAL (SODIUM SUCCINATE) | 00074-5685-02 |
| Abbott | A-METHAPRED INJECTION 40MG 1ML UNIVIAL (SODIUM SUCCINATE) | 00074-5684-01 |
| Abbott | A-METHAPRED INJECTION 500MG 4ML UNIVIAL (SODIUM SUCCINATE) | 00074-5630-04 |
| Abbott | A-METHAPRED INJECTION 500MG ADD-VANTAGE VIAL | 00074-5601-44 |
| Abbott | AMIDATE INJECTION | 00074-8060-01 |
| Abbott | AMIDATE INJECTION | 00074-8060-03 |
| Abbott | AMIDATE INJECTION | 00074-8060-19 |
| Abbott | AMIDATE INJECTION | 00074-8060-29 |
| Abbott | AMIDATE INJECTION | 00074-8061-01 |

ABT008-2882

Case No: 95-1354-CIV-MARCUS

# EXHIBIT 6
## ALL MIAMI PRICE FRAUD DRUGS
Page 7

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | AMIDATE INJECTION | 00074-8062-01 |
| Abbott | AMIDATE SOLUTION INJECTION | 00074-6695-01 |
| Abbott | AMIDATE SOLUTION INJECTION | 00074-6695-02 |
| Abbott | AMIKACIN SULFATE INJECTION | 00074-1956-01 |
| Abbott | AMIKACIN SULFATE INJECTION | 00074-2434-03 |
| Abbott | AMIKACIN SULFATE INJECTION | 00074-3212-02 |
| Abbott | AMINOCAPROIC ACID INJECTION | 00074-4346-73 |
| Abbott | AMINOPHYLLINE INJECTION | 00074-4906-03 |
| Abbott | AMINOPHYLLINE INJECTION | 00074-4906-19 |
| Abbott | AMINOPHYLLINE INJECTION | 00074-4909-03 |
| Abbott | AMINOPHYLLINE INJECTION | 00074-4909-18 |
| Abbott | AMINOPHYLLINE INJECTION | 00074-5921-01 |
| Abbott | AMINOPHYLLINE INJECTION | 00074-5922-01 |
| Abbott | AMINOPHYLLINE INJECTION | 00074-7385-01 |
| Abbott | AMINOPHYLLINE INJECTION | 00074-7386-01 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 8

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | AMINOSYN HF SOLUTION INJECTION | 00074-7217-03 |
| Abbott | AMINOSYN II IN 10% DEXTROSE INJECTION | 00074-7751-29 |
| Abbott | AMINOSYN II IN 25% DEXTROSE | 00074-7744-29 |
| Abbott | AMINOSYN II IN 25% DEXTROSE INJECTION | 00074-7700-29 |
| Abbott | AMINOSYN II IN 25% DEXTROSE INJECTION | 00074-7702-29 |
| Abbott | AMINOSYN II IN 5% DEXTROSE INJECTION | 00074-7701-29 |
| Abbott | AMINOSYN II INJECTION | 00074-1083-05 |
| Abbott | AMINOSYN II INJECTION | 00074-1086-03 |
| Abbott | AMINOSYN II INJECTION | 00074-1088-03 |
| Abbott | AMINOSYN II INJECTION | 00074-1088-05 |
| Abbott | AMINOSYN II INJECTION | 00074-1090-03 |
| Abbott | AMINOSYN II INJECTION | 00074-1090-05 |
| Abbott | AMINOSYN II INJECTION | 00074-7121-07 |
| Abbott | AMINOSYN II M IN 10% DEXTROSE | 00074-7742-29 |
| Abbott | AMINOSYN II M IN 5% DEXTROSE | 00074-7740-29 |

ABT008-2884

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 9

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | AMINOSYN II W/ELECTROLYTES IN DEXTROSE 25% W/CALCIUM | 00074-7752-29 |
| Abbott | AMINOSYN II WITH ELECTROLYTES IN 20% DEXTROSE INJECTION | 00074-7753-29 |
| Abbott | AMINOSYN II WITH ELECTROLYTES IN 25% DEXTROSE INJECTION | 00074-7756-27 |
| Abbott | AMINOSYN II WITH ELECTROLYTES IN 25% DEXTROSE INJECTION | 00074-7756-29 |
| Abbott | AMINOSYN II WITH ELECTROLYTES IN 25% DEXTROSE INJECTION | 00074-7757-27 |
| Abbott | AMINOSYN II WITH ELECTROLYTES IN 25% DEXTROSE INJECTION | 00074-7757-29 |
| Abbott | AMINOSYN II WITH ELECTROLYTES INJECTION | 00074-1089-03 |
| Abbott | AMINOSYN II WITH ELECTROLYTES INJECTION | 00074-1091-05 |
| Abbott | AMINOSYN INJECTION | 00074-2989-05 |
| Abbott | AMINOSYN INJECTION | 00074-2991-03 |
| Abbott | AMINOSYN INJECTION | 00074-2991-05 |
| Abbott | AMINOSYN INJECTION | 00074-2992-03 |
| Abbott | AMINOSYN INJECTION | 00074-4360-05 |
| Abbott | AMINOSYN INJECTION | 00074-5855-03 |

ABT008-2885

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 10

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | AMINOSYN INJECTION | 00074-5855-05 |
| Abbott | AMINOSYN M INJECTION | 00074-4154-05 |
| Abbott | AMINOSYN SOLUTION INJECTION | 00074-2990-03 |
| Abbott | AMINOSYN SOLUTION INJECTION | 00074-2990-05 |
| Abbott | AMINOSYN SOLUTION INJECTION | 00074-2990-25 |
| Abbott | AMINOSYN WITH ELECTROLYTES INJECTION | 00074-5852-03 |
| Abbott | AMINOSYN WITH ELECTROLYTES INJECTION | 00074-5856-03 |
| Abbott | AMINOSYN WITH ELECTROLYTES INJECTION | 00074-5856-05 |
| Abbott | AMINOSYN-HB INJECTION | 00074-1108-03 |
| Abbott | AMINOSYN-HB INJECTION | 000741-108-05 |
| Abbott | AMINOSYN-PF | 00074-1616-02 |
| Abbott | AMINOSYN-PF | 00074-1616-03 |
| Abbott | AMINOSYN-PF INJECTION | 00074-1617-05 |
| Abbott | AMINOSYN-RF INJECTION | 00074-4072-02 |
| Abbott | AMMONIUM CHLORIDE INJECTION | 00074-6043-01 |

ABT008-2886

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 11

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | ATRACURIUM BESYLATE SOLUTION INJECTION | 00074-7376-01 |
| Abbott | ATRACURIUM BESYLATE SOLUTION INJECTION | 00074-7376-49 |
| Abbott | ATRACURIUM BESYLATE SOLUTION INJECTION | 00074-7377-29 |
| Abbott | ATRACURIUM BESYLATE SOLUTION INJECTION | 00074-7377-35 |
| Abbott | ATRACURIUM BESYLATE SOLUTION INJECTION | 00074-7379-01 |
| Abbott | ATRACURIUM BESYLATE SOLUTION INJECTION | 00074-7379-49 |
| Abbott | ATRACURIUM BESYLATE SOLUTION INJECTION | 00074-7384-01 |
| Abbott | BACTERIOSTATIC NACL INJECTION | 00074-1966-04 |
| Abbott | BACTERIOSTATIC NACL INJECTION | 00074-1966-05 |
| Abbott | BACTERIOSTATIC NACL INJECTION | 00074-1966-07 |
| Abbott | BACTERIOSTATIC NACL INJECTION | 00074-1966-12 |
| Abbott | BACTERIOSTATIC NACL INJECTION | 00074-1966-14 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 12

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | BACTERIOSTATIC WATER FOR Injection | 00074-3977-01 |
| Abbott | BACTERIOSTATIC WATER FOR Injection | 00074-3977-03 |
| Abbott | BRETYLIUM TOSYLATE IN 5% DEXTROSE | 00074-7638-62 |
| Abbott | BRETYLIUM TOSYLATE IN 5% DEXTROSE INJECTION | 00074-7639-62 |
| Abbott | BRETYLIUM TOSYLATE INJECTION | 00074-9263-01 |
| Abbott | BRETYLIUM TOSYLATE INJECTION | 00074-9268-01 |
| Abbott | BRETYLIUM TOSYLATE SOLUTION INJECTION | 00074-1698-10 |
| Abbott | BREYTLIUM TOSYLATE INJECTION | 00074-9267-01 |
| Abbott | BREYTLIUM TOSYLATE INJECTION | 00074-9267-18 |
| Abbott | BUMETANIDE INJECTION USP | 00074-1412-04 |
| Abbott | BUMETANIDE INJECTION USP | 00074-1412-10 |
| Abbott | BUMETANIDE INJECTION USP | 00074-1412-14 |
| Abbott | BUPIVACAINE HCl 0.25% AND EPINEPHRINE 1:200,000 10ML TEARTOP | 00074-9042-01 |

ABT008-2888

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 13

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | BUPIVACAINE HCl 0.25% AND EPINEPHRINE 1:200,000 30ML TEARTOP | 00074-9042-02 |
| Abbott | BUPIVACAINE HCl 0.25% AND EPINEPHRINE 1:200,000 50ML AMPUL | 00074-9041-01 |
| Abbott | BUPIVACAINE HCl 0.25% AND EPINEPHRINE 1:200,000 50ML FLIPTOP | 00074-9043-01 |
| Abbott | BUPIVACAINE HCl 0.5% AND EPINEPHRINE 1:200,000 30ML AMPUL | 00074-9044-01 |
| Abbott | BUPIVACAINE HCl 0.5% AND EPINEPHRINE 1:200,000 50ML FLIPTOP | 00074-9046-01 |
| Abbott | BUPIVACAINE HCl 0.5% AND EPINEPHRINE 1:200,000 INJ 10ML TEARTOP | 00074-9045-01 |
| Abbott | BUPIVACAINE HCl 0.5% AND EPINEPHRINE 1:200,000 INJ 30ML TEARTOP | 00074-9045-02 |
| Abbott | BUPIVACAINE HCl 0.75% AND EPINEPHRINE 1:200,000 30ML AMPUL | 00074-9047-01 |
| Abbott | BUPIVACAINE HCl Injection | 00074-5622-01 |

ABT008-2889

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 14

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | BUPIVACAINE HCl Injection | 00074-5623-01 |
| Abbott | BUPIVACAINE HCl Injection | 00074-5623-02 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-1158-01 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-1158-02 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-1159-01 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-1159-02 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-1160-01 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-1161-01 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-1162-01 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-1162-02 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-1163-01 |

ABT008-2890

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 15

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-1164-01 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-1165-01 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-1165-02 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-4272-01 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-4273-01 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-4274-01 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-5748-01 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-5748-21 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-5749-01 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-5749-22 |
| Abbott | BUPIVACAINE HYDROCHLORIDE INJECTION | 00074-5757-01 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 16

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | BUPIVACAINE SPINAL INJECTION | 00074-3613-01 |
| Abbott | BUPRENORPHINE HYDROCHLORIDE INJECTION | 00074-2012-01 |
| Abbott | BUTORPHANOL TARTRATE INJECTION | 00074-2301-01 |
| Abbott | BUTORPHANOL TARTRATE INJECTION | 00074-2301-11 |
| Abbott | BUTORPHANOL TARTRATE INJECTION | 00074-2301-31 |
| Abbott | BUTORPHANOL TARTRATE INJECTION | 00074-2302-01 |
| Abbott | BUTORPHANOL TARTRATE INJECTION | 00074-2302-02 |
| Abbott | BUTORPHANOL TARTRATE INJECTION | 00074-2302-11 |
| Abbott | BUTORPHANOL TARTRATE INJECTION | 00074-2302-12 |
| Abbott | BUTORPHANOL TARTRATE INJECTION | 00074-2302-31 |
| Abbott | BUTORPHANOL TARTRATE INJECTION | 00074-2302-32 |
| Abbott | BUTORPHANOL TARTRATE INJECTION USP | 00074-1623-01 |
| Abbott | BUTORPHANOL TARTRATE INJECTION USP | 00074-1623-49 |
| Abbott | BUTORPHANOL TARTRATE INJECTION USP | 00074-1626-01 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 17

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | BUTORPHANOL TARTRATE INJECTION USP | 00074-1626-02 |
| Abbott | BUTORPHANOL TARTRATE INJECTION USP | 00074-1626-49 |
| Abbott | BUTORPHANOL TARTRATE INJECTION USP | 00074-1626-51 |
| Abbott | BUTORPHANOL TARTRATE INJECTION USP | 00074-1627-01 |
| Abbott | BUTORPHANOL TARTRATE INJECTION USP | 00074-1627-49 |
| Abbott | BUTORPHANOL TRARTRATE INJECTION USP | 00074-1624-01 |
| Abbott | BUTORPHANOL TRARTRATE INJECTION USP | 00074-1624-49 |
| Abbott | CALCIUM CHLORIDE INJECTION | 00074-1631-10 |
| Abbott | CALCIUM GLUCEPTATE INJECTION | 00074-3894-05 |
| Abbott | CHLOROPROCAINE HYDROCHLORIDE INJECTION | 00074-4169-01 |
| Abbott | CHLOROPROCAINE HYDROCHLORIDE INJECTION | 00074-4170-01 |
| Abbott | CHROMIUM INJECTION | 00074-4093-01 |

ABT008-2893

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 18

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | CIMETIDINE HYDROCHLORIDE | 00074-7444-01 |
| Abbott | CIMETIDINE HYDROCHLORIDE | 00074-7445-01 |
| Abbott | CIMETIDINE HYDROCHLORIDE IN 0.9% SODIUM CHLORIDE | 00074-7350-02 |
| Abbott | CIMETIDINE HYDROCHLORIDE IN 0.9% SODIUM CHLORIDE | 00074-7351-02 |
| Abbott | CIMETIDINE HYDROCHLORIDE IN 0.9% SODIUM CHLORIDE | 00074-7447-16 |
| Abbott | COPPER INJECTION | 00074-4092-01 |
| Abbott | DEXTRAN 6% AND 0.9% NACL INJECTION | 00074-1505-03 |
| Abbott | DEXTRAN 6% AND 0.9% NACL INJECTION | 00074-1505-04 |
| Abbott | DEXTRAN 75 6% AND 5% DEXTROSE INJECTION | 00074-1507-03 |
| Abbott | DEXTRAN 75 6% AND 5% DEXTROSE INJECTION | 00074-1507-04 |
| Abbott | DEXTROSE 2.5% AND 0.45% SODIUM CHLORIDE INJECTION | 00074-7940-03 |
| Abbott | DEXTROSE 2.5% AND 0.45% SODIUM CHLORIDE INJECTION | 00074-7940-09 |

ABT008-2894

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 19

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | DEXTROSE 5%  AND 0.45% NACL WITH 0.075% KCL | 00074-7993-09 |
| Abbott | DEXTROSE 5%  AND 0.45% NACL WITH 0.15% KCL | 00074-7902-03 |
| Abbott | DEXTROSE 5%  AND 0.45% NACL WITH 0.224% KCL | 00074-7903-09 |
| Abbott | DEXTROSE 5%  AND 0.45% NACL WITH 0.3% KCL | 00074-7904-09 |
| Abbott | DEXTROSE 5%  WITH 0.15% POTASSIUM CHLORIDE | 00074-7905-09 |
| Abbott | DEXTROSE 5%  WITH 0.3% POTASSIUM CHLORIDE | 00074-7906-09 |
| Abbott | DEXTROSE 5% AND 0.225% NACL INJECTION | 00074-7924-02 |
| Abbott | DEXTROSE 5% AND 0.225% NACL INJECTION | 00074-7924-03 |
| Abbott | DEXTROSE 5% AND 0.225% NACL INJECTION | 00074-7924-09 |
| Abbott | DEXTROSE 5% AND 0.225% NACL WITH 0.075% KCL | 00074-7997-09 |
| Abbott | DEXTROSE 5% AND 0.225% NACL WITH 0.15% KCL | 00074-7901-03 |

ABT008-2895

Case No: 95-1354-CIV-MARCUS

## EXHIBIT 6
## ALL MIAMI PRICE FRAUD DRUGS
### Page 20

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | DEXTROSE 5% AND 0.225% NACL WITH 0.15% KCL | 00074-7901-09 |
| Abbott | DEXTROSE 5% AND 0.225% NACL WITH 0.224% KCL | 00074-7991-09 |
| Abbott | DEXTROSE 5% AND 0.225% NACL WITH 0.3% KCL | 00074-7992-09 |
| Abbott | DEXTROSE 5% AND 0.3% NACL INJECTION | 00074-7925-02 |
| Abbott | DEXTROSE 5% AND 0.3% NACL INJECTION | 00074-7925-03 |
| Abbott | DEXTROSE 5% AND 0.3% NACL INJECTION | 00074-7925-09 |
| Abbott | DEXTROSE 5% AND 0.45% NACL INJECTION | 00074-7926-02 |
| Abbott | DEXTROSE 5% AND 0.45% NACL INJECTION | 00074-7926-03 |
| Abbott | DEXTROSE 5% AND 0.45% NACL INJECTION | 00074-7926-09 |
| Abbott | DEXTROSE AND LACTATED RINGERS INJECTION | 00074-7929-03 |
| Abbott | DEXTROSE AND LACTATED RINGERS INJECTION | 00074-7929-09 |
| Abbott | DEXTROSE HYDROCHLORIDE SOLUTION INJECTION USP | 00074-7517-15 |

Case No: 95-1354-CIV-MARCUS

# EXHIBIT 6
## ALL MIAMI PRICE FRAUD DRUGS
Page 21

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | DEXTROSE HYDROCHLORIDE SOLUTION INJECTION USP | 00074-7517-16 |
| Abbott | DEXTROSE IN RINGER'S INJECTION | 00074-7933-03 |
| Abbott | DEXTROSE IN RINGER'S INJECTION | 00074-7933-09 |
| Abbott | DEXTROSE Injection | 00074-1518-05 |
| Abbott | DEXTROSE Injection | 00074-7937-19 |
| Abbott | DEXTROSE INJECTION | 00074-7938-19 |
| Abbott | DEXTROSE INJECTION | 00074-1080-01 |
| Abbott | DEXTROSE INJECTION | 00074-1082-01 |
| Abbott | DEXTROSE INJECTION | 00074-1522-01 |
| Abbott | DEXTROSE INJECTION | 00074-1522-02 |
| Abbott | DEXTROSE INJECTION | 00074-1522-03 |
| Abbott | DEXTROSE INJECTION | 00074-1535-03 |
| Abbott | DEXTROSE INJECTION | 00074-7100-66 |
| Abbott | DEXTROSE INJECTION | 00074-7100-67 |
| Abbott | DEXTROSE INJECTION | 00074-7119-07 |
| Abbott | DEXTROSE INJECTION | 00074-7120-07 |
| Abbott | DEXTROSE INJECTION | 00074-7918-19 |
| Abbott | DEXTROSE INJECTION | 00074-7922-01 |
| Abbott | DEXTROSE INJECTION | 00074-7922-02 |
| Abbott | DEXTROSE INJECTION | 00074-7922-53 |
| Abbott | DEXTROSE INJECTION | 00074-7922-54 |

ABT008-2897

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 22

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | DEXTROSE INJECTION | 00074-7922-55 |
| Abbott | DEXTROSE INJECTION | 00074-7922-61 |
| Abbott | DEXTROSE INJECTION | 00074-7923-13 |
| Abbott | DEXTROSE INJECTION | 00074-7923-20 |
| Abbott | DEXTROSE INJECTION | 00074-7923-23 |
| Abbott | DEXTROSE INJECTION | 00074-7923-36 |
| Abbott | DEXTROSE INJECTION | 00074-7923-37 |
| Abbott | DEXTROSE INJECTION | 00074-7930-02 |
| Abbott | DEXTROSE INJECTION | 00074-7930-03 |
| Abbott | DEXTROSE INJECTION | 00074-7930-09 |
| Abbott | DEXTROSE INJECTION | 00074-7935-19 |
| Abbott | DEXTROSE INJECTION | 00074-7936-17 |
| Abbott | DEXTROSE INJECTION | 00074-7936-19 |
| Abbott | DEXTROSE INJECTION | 00074-7936-29 |
| Abbott | DEXTROSE INJECTION | 00074-8004-15 |
| Abbott | DEXTROSE INJECTION | 00074-8005-15 |
| Abbott | DIAZEPAM INJECTION | 00074-3210-01 |
| Abbott | DIAZEPAM INJECTION | 00074-3210-32 |
| Abbott | DIAZEPAM INJECTION | 00074-3213-01 |
| Abbott | DIAZEPAM INJECTION | 00074-3213-02 |
| Abbott | DIAZEPAM INJECTION USP | 00074-1273-02 |
| Abbott | DIAZEPAM INJECTION USP | 00074-1273-12 |

ABT008-2898

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 23

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | DIAZEPAM INJECTION USP | 00074-1273-22 |
| Abbott | DIAZEPAM INJECTION USP | 00074-1273-32 |
| Abbott | DIGOXIN INJECTION | 00074-2167-01 |
| Abbott | DIGOXIN INJECTION USP | 00074-2169-01 |
| Abbott | DIGOXIN INJECTION USP | 00074-2169-02 |
| Abbott | DIGOXIN INJECTION USP | 00074-2169-11 |
| Abbott | DIGOXIN INJECTION USP | 00074-2169-12 |
| Abbott | DIGOXIN INJECTION USP | 00074-2169-31 |
| Abbott | DIGOXIN INJECTION USP | 00074-2169-32 |
| Abbott | DILTIAZEM HYDROCHLORIDE INJECTION | 00074-2291-05 |
| Abbott | DILTIAZEM HYDROCHLORIDE INJECTION | 00074-2291-11 |
| Abbott | DILTIAZEM HYDROCHLORIDE INJECTION | 00074-2291-35 |
| Abbott | DILTIAZEM HYDROCHLORIDE SOLUTION INJECTION | 00074-1171-01 |
| Abbott | DILTIAZEM HYDROCHLORIDE SOLUTION INJECTION | 00074-1171-02 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 24

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | DILTIAZEM HYDROCHLORIDE SOLUTION INJECTION | 00074-1171-61 |
| Abbott | DILTIAZEM HYDROCHLORIDE SOLUTION INJECTION | 00074-1171-62 |
| Abbott | DIPHENHYDRAMINE HYDROCHLORIDE SOLUTION INJECTION US | 00074-2290-01 |
| Abbott | DIPHENHYDRAMINE HYDROCHLORIDE SOLUTION INJECTION US | 00074-2290-31 |
| Abbott | DIPYRIDAMOLE INJECTION | 00074-2043-02 |
| Abbott | DIPYRIDAMOLE INJECTION | 00074-2043-10 |
| Abbott | DOBUTAMINE HYDROCHLORIDE INJECTION | 00074-2344-01 |
| Abbott | DOBUTAMINE HYDROCHLORIDE INJECTION | 00074-2344-02 |
| Abbott | DOBUTAMINE HYDROCHLORIDE INJECTION | 00074-4729-01 |
| Abbott | DOBUTAMINE IN 5% DEXTROSE INJECTION | 00074-2345-32 |
| Abbott | DOBUTAMINE IN 5% DEXTROSE INJECTION | 00074-2345-34 |
| Abbott | DOBUTAMINE IN 5% DEXTROSE INJECTION | 00074-2346-32 |

ABT008-2900

Case No: 95-1354-CIV-MARCUS

## EXHIBIT 6
## ALL MIAMI PRICE FRAUD DRUGS
Page 25

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | DOBUTAMINE IN 5% DEXTROSE INJECTION | 00074-2346-34 |
| Abbott | DOBUTAMINE IN 5% DEXTROSE INJECTION | 00074-2347-32 |
| Abbott | DOBUTAMINE IN 5% DEXTROSE INJECTION | 00074-3724-32 |
| Abbott | DOBUTAMINE INJECTION USP | 00074-2025-20 |
| Abbott | DOBUTAMINE INJECTION USP | 00074-2025-54 |
| Abbott | DOPAMINE HCI IN 5% DEXTROSE INJECTION | 00074-4155-02 |
| Abbott | DOPAMINE HCI INJECTION | 00074-4266-01 |
| Abbott | DOPAMINE HCI INJECTION | 00074-4266-18 |
| Abbott | DOPAMINE HCI INJECTION | 00074-5819-01 |
| Abbott | DOPAMINE HCI INJECTION | 00074-5819-16 |
| Abbott | DOPAMINE HCI INJECTION | 00074-9105-01 |
| Abbott | DOPAMINE HCI INJECTION | 00074-9105-18 |
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE | 00074-4141-02 |
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE | 00074-4141-03 |

ABT008-2901

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 26

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE Injection | 00074-7808-02 |
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE Injection | 00074-7808-03 |
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE Injection | 00074-7808-22 |
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE Injection | 00074-7808-24 |
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE Injection | 00074-7809-02 |
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE Injection | 00074-7809-03 |
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE Injection | 00074-7809-22 |
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE Injection | 00074-7809-24 |
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE Injection | 00074-7810-02 |
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE Injection | 00074-7810-22 |
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE INJECTION | 00074-4142-02 |

ABT008-2902

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 27

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | DOPAMINE HYDROCHLORIDE IN 5% DEXTROSE INJECTION | 00074-4142-03 |
| Abbott | DOPAMINE HYDROCHLORIDE INJECTION | 00074-4265-01 |
| Abbott | DOPAMINE HYDROCHLORIDE INJECTION | 00074-5820-01 |
| Abbott | DOPAMINE HYDROCHLORIDE INJECTION | 00074-5820-10 |
| Abbott | DOPAMINE HYDROCHLORIDE INJECTION | 00074-5820-11 |
| Abbott | DOPAMINE HYDROCHLORIDE INJECTION | 00074-9104-01 |
| Abbott | DOPAMINE HYDROCHLORIDE INJECTION | 00074-9104-13 |
| Abbott | DOPAMINE HYDROCHLORIDE INJECTION | 00074-9104-20 |
| Abbott | DROPERIDOL INJECTION | 00074-1187-01 |
| Abbott | DROPERIDOL SOLUTION INJECTION USP | 00074-2269-02 |
| Abbott | DROPERIDOL SOLUTION INJECTION USP | 00074-2269-11 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 28

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | DROPERIDOL SOLUTION INJECTION USP | 00074-2269-32 |
| Abbott | EDROPHONIUM CHLORIDE INJECTION USP | 00074-2284-15 |
| Abbott | EES 200 SUSP. 100ML | 00074-6306-13 |
| Abbott | ENDRATE150MG/ML) 20ML AMPUL | 00074-6940-03 |
| Abbott | ERYTHROCIN LACTOBIONATE I.V. | 00074-6476-44 |
| Abbott | ERYTHROCIN LACTOBIONATE I.V. | 00074-6481-01 |
| Abbott | ERYTHROCIN LACTOBIONATE -I.V. | 00074-6478-44 |
| Abbott | ERYTHROCIN LACTOBIONATE IV | 00074-6342-05 |
| Abbott | ERYTHROCIN LACTOBIONATE IV | 00074-6365-02 |
| Abbott | ERYTHROCIN LACTOBIONATE-I.V. INJECTION | 00074-6482-01 |
| Abbott | ERYTHROCIN PIGGYBACK | 00074-6368-13 |
| Abbott | ERYTHROCIN PIGGYBACK | 00074-6483-01 |
| Abbott | ERYTHROCIN STEARATE TABLETS | 00074-6346-11 |
| Abbott | ERYTHROCIN STEARATE TABLETS | 00074-6346-19 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 29

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | ERYTHROCIN STEARATE TABLETS | 00074-6346-41 |
| Abbott | ERYTHROMYCIN | 00074-6326-11 |
| Abbott | ERYTHROMYCIN BASE | 00074-6227-13 |
| Abbott | ERYTHROMYCIN BASE 250MG 100'S | 00074-6301-13 |
| Abbott | ERYTHROMYCIN BASE 250MG 500'S | 00074-6301-53 |
| Abbott | ERYTHROMYCIN ETHYLSUCCINATE ORAL SUSPENSION | 00074-3747-16 |
| Abbott | ERYTHROMYCIN ETHYLSUCCINATE ORAL SUSPENSION | 00074-3748-16 |
| Abbott | ETOPOSIDE SOLUTION INJECTION | 00074-1485-01 |
| Abbott | ETOPOSIDE SOLUTION INJECTION | 00074-1485-02 |
| Abbott | ETOPOSIDE SOLUTION INJECTION | 00074-1485-03 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9093-02 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9093-20 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9093-22 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9093-25 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9093-26 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 30

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | FENTANYL CITRATE INJECTION | 00074-9093-28 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9093-32 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9093-35 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9093-36 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9093-38 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-10 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-12 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-15 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-18 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-20 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-21 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-22 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-25 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-28 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-31 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 31

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-50 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-51 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9094-61 |
| Abbott | FENTANYL CITRATE INJECTION | 00074-9095-12 |
| Abbott | FENTANYL CITRATE SOLUTION INJECTION USP | 00074-1276-02 |
| Abbott | FENTANYL CITRATE SOLUTION INJECTION USP | 00074-1276-05 |
| Abbott | FENTANYL CITRATE SOLUTION INJECTION USP | 00074-1276-12 |
| Abbott | FENTANYL CITRATE SOLUTION INJECTION USP | 00074-1276-15 |
| Abbott | FENTANYL CITRATE SOLUTION INJECTION USP | 00074-1276-32 |
| Abbott | FENTANYL CITRATE SOLUTION INJECTION USP | 00074-1276-35 |
| Abbott | FUROSEMIDE Injection | 00074-6054-02 |
| Abbott | FUROSEMIDE Injection | 00074-6056-10 |
| Abbott | FUROSEMIDE Injection | 00074-6056-17 |
| Abbott | FUROSEMIDE Injection | 00074-6056-18 |
| Abbott | FUROSEMIDE Injection | 00074-6056-20 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 32

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | FUROSEMIDE INJECTION | 00074-1639-10 |
| Abbott | FUROSEMIDE INJECTION | 00074-6055-04 |
| Abbott | FUROSEMIDE INJECTION | 00074-6055-14 |
| Abbott | FUROSEMIDE INJECTION | 00074-6101-02 |
| Abbott | FUROSEMIDE INJECTION | 00074-6101-04 |
| Abbott | FUROSEMIDE INJECTION | 00074-6101-10 |
| Abbott | FUROSEMIDE INJECTION | 00074-6102-02 |
| Abbott | FUROSEMIDE INJECTION | 00074-6102-10 |
| Abbott | FUROSEMIDE INJECTION | 00074-6102-11 |
| Abbott | FUROSEMIDE INJECTION USP | 00074-1275-02 |
| Abbott | FUROSEMIDE INJECTION USP | 00074-1275-12 |
| Abbott | FUROSEMIDE INJECTION USP | 00074-1275-22 |
| Abbott | FUROSEMIDE SOLUTION INJECTION USP | 00074-1274-04 |
| Abbott | FUROSEMIDE SOLUTION INJECTION USP | 00074-1274-14 |

ABT008-2908

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 33

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | FUROSEMIDE SOLUTION INJECTION USP | 00074-1274-24 |
| Abbott | FUROSEMIDE SOLUTION INJECTION USP | 00074-1274-34 |
| Abbott | GENTAMICIN SULFATE IN 0.9% NACL Injection | 00074-7881-13 |
| Abbott | GENTAMICIN SULFATE IN 0.9% NACL Injection | 00074-7884-23 |
| Abbott | GENTAMICIN SULFATE IN 0.9% NACL Injection | 00074-7886-23 |
| Abbott | GENTAMICIN SULFATE IN 0.9% NACL Injection | 00074-7889-23 |
| Abbott | GENTAMICIN SULFATE IN 0.9% SOD. CHL. Injection | 00074-7879-13 |
| Abbott | GENTAMICIN SULFATE INJECTION | 00074-3400-01 |
| Abbott | GENTAMICIN SULFATE INJECTION | 00074-3401-01 |
| Abbott | GENTAMICIN SULFATE INJECTION | 00074-3402-01 |
| Abbott | GENTAMICIN SULFATE SOLUTION INJECTION USP | 00074-1207-03 |
| Abbott | GENTAMICIN SULFATE SOLUTION INJECTION USP | 00074-1207-08 |
| Abbott | GENTIMICIN SULFATE 0.9% SODIUM CHLORIDE | 00074-7883-13 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 34

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | GLYCINE IRRIGATION | 00074-6142-06 |
| Abbott | GLYCINE IRRIGATION | 00074-6142-36 |
| Abbott | GLYCINE IRRIGATION | 00074-7974-08 |
| Abbott | GLYCOPYRROLATE INJECTION | 00074-1098-01 |
| Abbott | GLYCOPYRROLATE INJECTION | 00074-1098-02 |
| Abbott | HEPARIN LOCK FLUSH | 00074-1151-12 |
| Abbott | HEPARIN LOCK FLUSH | 00074-1151-14 |
| Abbott | HEPARIN LOCK FLUSH | 00074-1151-70 |
| Abbott | HEPARIN LOCK FLUSH | 00074-1151-71 |
| Abbott | HEPARIN LOCK FLUSH | 00074-1151-73 |
| Abbott | HEPARIN LOCK FLUSH | 00074-1152-12 |
| Abbott | HEPARIN LOCK FLUSH | 00074-1152-14 |
| Abbott | HEPARIN LOCK FLUSH | 00074-1152-71 |
| Abbott | HEPARIN LOCK FLUSH | 00074-1152-73 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION | 00074-3454-05 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION | 00074-3454-25 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION | 00074-4822-01 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-01 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-02 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 35

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-03 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-05 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-11 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-12 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-13 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-15 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-21 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-22 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-23 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-25 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-31 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-32 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-33 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1280-35 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-01 |

ABT008-2911

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 36

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-02 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-03 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-05 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-11 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-12 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-13 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-15 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-21 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-22 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-23 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-25 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-31 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-32 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-33 |
| Abbott | HEPARIN LOCK FLUSH SOLUTION USP | 00074-1281-35 |