Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 37

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | HEPARIN SODIUM IN %5 DEXTROSE INJECTION | 00074-7760-03 |
| Abbott | HEPARIN SODIUM IN 0.45% SODIUM CHLOR. Injection | 00074-7650-02 |
| Abbott | HEPARIN SODIUM IN 0.45% SODIUM CHLOR. Injection | 00074-7650-62 |
| Abbott | HEPARIN SODIUM IN 0.45% SODIUM CHLORIDE Injection | 00074-7651-02 |
| Abbott | HEPARIN SODIUM IN 0.45% SODIUM CHLORIDE Injection | 00074-7651-03 |
| Abbott | HEPARIN SODIUM IN 0.45% SODIUM CHLORIDE Injection | 00074-7651-62 |
| Abbott | HEPARIN SODIUM IN 0.9% SODIUM CHLORIDE INJECTION | 00074-7620-03 |
| Abbott | HEPARIN SODIUM IN 0.9% SODIUM CHLORIDE INJECTION | 00074-7620-59 |
| Abbott | HEPARIN SODIUM IN 5% DEXTROSE | 00074-7792-24 |
| Abbott | HEPARIN SODIUM IN 5% DEXTROSE | 00074-7793-12 |
| Abbott | HEPARIN SODIUM IN 5% DEXTROSE | 00074-7793-23 |
| Abbott | HEPARIN SODIUM IN 5% DEXTROSE | 00074-7793-62 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 38

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | HEPARIN SODIUM IN 5% DEXTROSE INJECTION | 00074-6286-02 |
| Abbott | HEPARIN SODIUM IN 5% DEXTROSE INJECTION | 00074-6286-11 |
| Abbott | HEPARIN SODIUM IN 5% DEXTROSE INJECTION | 00074-7761-03 |
| Abbott | HEPARIN SODIUM IN 5% INJECTION | 00074-6287-02 |
| Abbott | HEPARIN SODIUM IN 5% INJECTION | 00074-6287-03 |
| Abbott | HEPARIN SODIUM IN DEXTROSE | 00074-7794-12 |
| Abbott | HEPARIN SODIUM IN DEXTROSE | 00074-7794-62 |
| Abbott | HEPARIN SODIUM INJECTION UNITS/ML | 00074-2582-02 |
| Abbott | HEPARIN SODIUM INJECTION UNITS/ML | 00074-2583-02 |
| Abbott | HEPARIN SODIUM INJECTION UNITS/ML | 00074-2584-02 |
| Abbott | HEPARIN SODIUM INJECTION USP UNITS/ML | 00074-2581-02 |
| Abbott | HEPARIN SODIUM SOLUTION INJECTION USP | 00074-1316-01 |
| Abbott | HEPARIN SODIUM SOLUTION INJECTION USP | 00074-1316-02 |

ABT008-2914

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 39

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | HEPARIN SODIUM SOLUTION INJECTION USP | 00074-1316-11 |
| Abbott | HEPARIN SODIUM SOLUTION INJECTION USP | 00074-1316-12 |
| Abbott | HEPARIN SODIUM SOLUTION INJECTION USP | 00074-1316-13 |
| Abbott | HEPARIN SODIUM SOLUTION INJECTION USP | 00074-1316-14 |
| Abbott | HEPARIN SODIUM SOLUTION INJECTION USP | 00074-1316-31 |
| Abbott | HEPARIN SODIUM SOLUTION INJECTION USP | 00074-1402-01 |
| Abbott | HEPARIN SODIUM SOLUTION INJECTION USP | 00074-1402-11 |
| Abbott | HEPARIN SODIUM SOLUTION INJECTION USP | 00074-1402-31 |
| Abbott | HYDROMORPHONE HYDROCHLORIDE INJECTION | 00074-1272-01 |
| Abbott | HYDROXYZINE HYDROCHLORIDE INJECTION USP | 00074-1279-02 |
| Abbott | HYDROXYZINE HYDROCHLORIDE SOLUTION INJECTION USP | 00074-1277-01 |

ABT008-2915

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 40

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | HYDROXYZINE HYDROCHLORIDE SOLUTION INJECTION USP | 00074-1278-01 |
| Abbott | INFANT DEXTROSE SOLUTION INJECTION USP | 00074-1775-10 |
| Abbott | INPERSOL LC LM WITH 1.5% DEXTROSE DIALYSIS SOLUTION | 00074-1220-07 |
| Abbott | INPERSOL LC LM WITH 1.5% DEXTROSE DIALYSIS SOLUTION | 00074-1220-08 |
| Abbott | INPERSOL LC LM WITH 1.5% DEXTROSE DIALYSIS SOLUTION | 00074-1220-27 |
| Abbott | INPERSOL LC LM WITH 1.5% DEXTROSE DIALYSIS SOLUTION | 00074-1220-28 |
| Abbott | INPERSOL LC LM WITH 2.5% DEXTROSE DIALYSIS SOLUTION | 00074-1221-08 |
| Abbott | INPERSOL LC LM WITH 2.5% DEXTROSE DIALYSIS SOLUTION | 00074-1221-18 |
| Abbott | INPERSOL LC LM WITH 2.5% DEXTROSE DIALYSIS SOLUTION | 00074-1221-27 |
| Abbott | INPERSOL LC LM WITH 2.5% DEXTROSE DIALYSIS SOLUTION | 00074-1221-28 |
| Abbott | INPERSOL LC LM WITH 3.5% DEXTROSE DIALYSIS SOLUTION | 00074-1222-28 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 41

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | INPERSOL LC LM WITH 4.25% DEXTROSE DIALYSIS SOLUTIO | 00074-1223-08 |
| Abbott | INPERSOL LC LM WITH 4.25% DEXTROSE DIALYSIS SOLUTIO | 00074-1223-18 |
| Abbott | INPERSOL LC LM WITH 4.25% DEXTROSE DIALYSIS SOLUTIO | 00074-1223-27 |
| Abbott | INPERSOL LC LM WITH 4.25% DEXTROSE DIALYSIS SOLUTIO | 00074-1223-28 |
| Abbott | INPERSOL WITH 1.5% DEXTROSE INJECTION | 00074-7944-05 |
| Abbott | INPERSOL WITH 1.5% DEXTROSE INJECTION | 00074-7944-07 |
| Abbott | INPERSOL WITH 1.5% DEXTROSE INJECTION | 00074-7944-08 |
| Abbott | INPERSOL WITH 1.5% DEXTROSE INJECTION | 00074-7944-13 |
| Abbott | INPERSOL WITH 1.5% DEXTROSE INJECTION | 00074-7944-15 |
| Abbott | INPERSOL WITH 1.5% DEXTROSE INJECTION | 00074-7944-27 |
| Abbott | INPERSOL WITH 2.5% DEXTROSE | 00074-7943-05 |
| Abbott | INPERSOL WITH 2.5% DEXTROSE | 00074-7943-07 |
| Abbott | INPERSOL WITH 2.5% DEXTROSE | 00074-7943-08 |
| Abbott | INPERSOL WITH 2.5% DEXTROSE | 00074-7943-13 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 42

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | INPERSOL WITH 2.5% DEXTROSE | 00074-7943-15 |
| Abbott | INPERSOL WITH 2.5% DEXTROSE | 00074-7943-17 |
| Abbott | INPERSOL WITH 2.5% DEXTROSE | 00074-7943-18 |
| Abbott | INPERSOL WITH 2.5% DEXTROSE | 00074-7943-27 |
| Abbott | INPERSOL WITH 4.25% DEXTROSE INJECTION | 00074-7945-05 |
| Abbott | INPERSOL WITH 4.25% DEXTROSE INJECTION | 00074-7945-07 |
| Abbott | INPERSOL WITH 4.25% DEXTROSE INJECTION | 00074-7945-08 |
| Abbott | INPERSOL WITH 4.25% DEXTROSE INJECTION | 00074-7945-13 |
| Abbott | INPERSOL WITH 4.25% DEXTROSE INJECTION | 00074-7945-15 |
| Abbott | INPERSOL WITH 4.25% DEXTROSE INJECTION | 00074-7945-17 |
| Abbott | INPERSOL WITH 4.25% DEXTROSE INJECTION | 00074-7945-18 |
| Abbott | INPERSOL WITH 4.25% DEXTROSE INJECTION | 00074-7945-27 |
| Abbott | INPERSOL-LM WITH 1.5% DEXTROSE | 00074-7892-05 |
| Abbott | INPERSOL-LM WITH 1.5% DEXTROSE | 00074-7892-07 |
| Abbott | INPERSOL-LM WITH 1.5% DEXTROSE | 00074-7892-08 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 43

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | INPERSOL-LM WITH 1.5% DEXTROSE | 00074-7892-27 |
| Abbott | INPERSOL-LM WITH 1.5% DEXTROSE | 00074-7892-28 |
| Abbott | INPERSOL-LM WITH 2.5% DEXTROSE | 00074-7893-05 |
| Abbott | INPERSOL-LM WITH 2.5% DEXTROSE | 00074-7893-07 |
| Abbott | INPERSOL-LM WITH 2.5% DEXTROSE | 00074-7893-08 |
| Abbott | INPERSOL-LM WITH 2.5% DEXTROSE | 00074-7893-18 |
| Abbott | INPERSOL-LM WITH 2.5% DEXTROSE | 00074-7893-27 |
| Abbott | INPERSOL-LM WITH 2.5% DEXTROSE | 00074-7893-28 |
| Abbott | INPERSOL-LM WITH 3.5% DEXTROSE DIALYSIS SOLUTION | 00074-7830-28 |
| Abbott | INPERSOL-LM WITH 4.25% DEXTROSE | 00074-7894-07 |
| Abbott | INPERSOL-LM WITH 4.25% DEXTROSE | 00074-7894-08 |
| Abbott | INPERSOL-LM WITH 4.25% DEXTROSE | 00074-7894-18 |
| Abbott | INPERSOL-LM WITH 4.25% DEXTROSE | 00074-7894-27 |
| Abbott | INPERSOL-LM WITH 4.25% DEXTROSE | 00074-7894-28 |
| Abbott | IONOSOL B AND 5% DEXTROSE | 00074-7371-03 |

ABT008-2919

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 44

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | IONOSOL B AND 5% DEXTROSE | 00074-7371-09 |
| Abbott | IONOSOL MB AND 5% DEXTROSE | 00074-7372-02 |
| Abbott | IONOSOL MB AND 5% DEXTROSE | 00074-7372-03 |
| Abbott | IONOSOL MB AND 5% DEXTROSE | 00074-7372-09 |
| Abbott | IONOSOL MB AND 5% DEXTROSE | 00074-7372-62 |
| Abbott | IONOSOL T AND DEXTROSE INJECTIONS | 00074-7373-02 |
| Abbott | IONOSOL T AND DEXTROSE INJECTIONS | 00074-7373-03 |
| Abbott | IONOSOL T AND DEXTROSE INJECTIONS | 00074-7373-09 |
| Abbott | IONOSOL T AND DEXTROSE INJECTIONS | 00074-7373-62 |
| Abbott | IONTOCAINE SOLUTION | 00074-1693-02 |
| Abbott | IOPAMIDOL 200 INJECTION | 00074-7529-02 |
| Abbott | IOPAMIDOL 200 INJECTION | 00074-7529-13 |
| Abbott | IOPAMIDOL 200 INJECTION | 00074-7529-23 |
| Abbott | IOPAMIDOL 200 INJECTION | 00074-7529-72 |

ABT008-2920

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 45

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | IOPAMIDOL 250 INJECTION | 00074-7530-01 |
| Abbott | IOPAMIDOL 250 INJECTION | 00074-7530-13 |
| Abbott | IOPAMIDOL 250 INJECTION | 00074-7530-14 |
| Abbott | IOPAMIDOL 250 INJECTION | 00074-7530-23 |
| Abbott | IOPAMIDOL 250 INJECTION | 00074-7530-26 |
| Abbott | IOPAMIDOL 250 INJECTION | 00074-7530-31 |
| Abbott | IOPAMIDOL 250 INJECTION | 00074-7530-72 |
| Abbott | IOPAMIDOL 300 INJECTION | 00074-7531-14 |
| Abbott | IOPAMIDOL 300 INJECTION | 00074-7531-15 |
| Abbott | IOPAMIDOL 300 INJECTION | 00074-7531-24 |
| Abbott | IOPAMIDOL 300 INJECTION | 00074-7531-26 |
| Abbott | IOPAMIDOL 300 INJECTION | 00074-7531-31 |
| Abbott | IOPAMIDOL 300 INJECTION | 00074-7531-62 |
| Abbott | IOPAMIDOL 370 INJECTION | 00074-7533-14 |
| Abbott | IOPAMIDOL 370 INJECTION | 00074-7533-15 |

ABT008-2921

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 46

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | IOPAMIDOL 370 INJECTION | 00074-7533-21 |
| Abbott | IOPAMIDOL 370 INJECTION | 00074-7533-22 |
| Abbott | IOPAMIDOL 370 INJECTION | 00074-7533-24 |
| Abbott | IOPAMIDOL 370 INJECTION | 00074-7533-26 |
| Abbott | IOPAMIDOL 370 INJECTION | 00074-7533-31 |
| Abbott | IOPAMIDOL 370 INJECTION | 00074-7533-32 |
| Abbott | IOPAMIDOL 370 INJECTION | 00074-7533-62 |
| Abbott | IOPAMIDOL-250 INJECTION | 00074-8117-03 |
| Abbott | IOPAMIDOL-250 INJECTION | 00074-8117-15 |
| Abbott | IOPAMIDOL-300 INJECTION | 00074-8118-03 |
| Abbott | IOPAMIDOL-300 INJECTION | 00074-8118-15 |
| Abbott | IOPAMIDOL-370 INJECTION | 00074-8119-03 |
| Abbott | IOPAMIDOL-370 INJECTION | 00074-8119-15 |
| Abbott | ISOPROTERONOL HCl INJECTION 1:5000 | 00074-4977-01 |
| Abbott | ISOPROTERONOL HCl INJECTION 1:5000 | 00074-4977-18 |

ABT008-2922

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 47

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | ISOPROTERONOL HCl INJECTION 1:5000 | 00074-4978-01 |
| Abbott | ISOPROTERONOL HCl INJECTION 1:5000 | 00074-4978-15 |
| Abbott | ISOPROTERONOL HYDROCHLORIDE 1:5,000 Injection | 00074-4905-01 |
| Abbott | ISOPROTERONOL HYDROCHLORIDE 1:5,000 Injection | 00074-4905-18 |
| Abbott | ISUPREL INJECTION | 00074-1410-01 |
| Abbott | ISUPREL INJECTION | 00074-1410-05 |
| Abbott | KCL IN 5% DEXTROSE AND 0.3% SODIUM CHLORIDE INJECTION | 00074-7806-09 |
| Abbott | KCL IN 5% DEXTROSE AND 0.3% SODIUM CHLORIDE INJECTION | 00074-7998-03 |
| Abbott | KCL IN 5% DEXTROSE AND 0.3% SODIUM CHLORIDE INJECTION | 00074-7998-09 |
| Abbott | KETAMINE HCl INJECTION USP | 00074-2051-05 |
| Abbott | KETAMINE HYDROCHLORIDE SOLUTION INJECTION USP | 00074-2053-10 |
| Abbott | KETOROLAC TROMETHAMINE INJECTION | 00074-2287-01 |

ABT008-2923

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 48

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | KETOROLAC TROMETHAMINE INJECTION | 00074-2287-02 |
| Abbott | KETOROLAC TROMETHAMINE INJECTION | 00074-2287-11 |
| Abbott | KETOROLAC TROMETHAMINE INJECTION | 00074-2287-31 |
| Abbott | KETOROLAC TROMETHAMINE INJECTION | 00074-2287-49 |
| Abbott | KETOROLAC TROMETHAMINE INJECTION | 00074-2287-51 |
| Abbott | KETOROLAC TROMETHAMINE INJECTION | 00074-2287-53 |
| Abbott | KETOROLAC TROMETHAMINE INJECTION | 00074-2287-54 |
| Abbott | KETOROLAC TROMETHAMINE INJECTION | 00074-2287-55 |
| Abbott | KETOROLAC TROMETHAMINE INJECTION | 00074-2287-61 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-2023-02 |

ABT008-2924

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 49

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-2023-49 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-2036-02 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-2036-49 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-2039-02 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-2039-49 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-2288-01 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-2288-11 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-2288-31 |

ABT008-2925

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 50

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-2288-49 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-2288-53 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-2288-54 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-3793-01 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-3793-49 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-3795-01 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-3795-49 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-3795-61 |

ABT008-2926

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 51

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-3796-01 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-3796-49 |
| Abbott | KETOROLAC TROMETHAMINE SOLUTION INJECTION USP | 00074-3796-61 |
| Abbott | LABETALOL HYDROCHLORIDE INJECTION | 00074-2339-05 |
| Abbott | LABETALOL HYDROCHLORIDE INJECTION | 00074-2339-11 |
| Abbott | LABETALOL HYDROCHLORIDE INJECTION | 00074-2339-34 |
| Abbott | LACTATED RINGER'S | 00074-7828-08 |
| Abbott | LACTATED RINGERS INJECTION | 00074-7953-02 |
| Abbott | LACTATED RINGERS INJECTION | 00074-7953-03 |
| Abbott | LACTATED RINGERS INJECTION | 00074-7953-09 |
| Abbott | L-CYSTEINE HYDROCHLORIDE INJECTION | 00074-8975-02 |

ABT008-2927

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 52

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | L-CYSTEINE HYDROCHLORIDE INJECTION | 00074-8975-18 |
| Abbott | LEUCOVORIN CALCIUM SOLUTION INJECTION USP | 00074-4541-02 |
| Abbott | LEUCOVORIN CALCIUM SOLUTION INJECTION USP | 00074-4541-04 |
| Abbott | LIDOCAINE HCl 1% AND EPINEPHRINE 1:100,000 | 00074-3178-01 |
| Abbott | LIDOCAINE HCl 1% AND EPINEPHRINE 1:100,000 | 00074-3178-03 |
| Abbott | LIDOCAINE HCl 1% AND EPINEPHRINE 1:200,000 | 00074-3179-01 |
| Abbott | LIDOCAINE HCl 1.5% AND EPINEPHRINE 1:200,000 | 00074-3181-01 |
| Abbott | LIDOCAINE HCl 1.5% AND EPINEPHRINE 1:200,000 INJECTION | 00074-2528-01 |
| Abbott | LIDOCAINE HCl AND DEXTROSE 7.5% INJECTION | 00074-4712-01 |
| Abbott | LIDOCAINE HCl AND EPINEPHRINE INJECTION SOLUTION | 00074-3182-01 |
| Abbott | LIDOCAINE HCl AND EPINEPHRINE INJECTION SOLUTION | 00074-3182-02 |

ABT008-2928

Case No: 95-1354-CIV-MARCUS

## EXHIBIT 6
## ALL MIAMI PRICE FRAUD DRUGS
### Page 53

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | LIDOCAINE HCl AND EPINEPHRINE INJECTION SOLUTION | 00074-3182-03 |
| Abbott | LIDOCAINE HCl IN 5% DEXTROSE INJECTION | 00074-7939-32 |
| Abbott | LIDOCAINE HCl INJECTION USP | 00074-2063-05 |
| Abbott | LIDOCAINE HCl INJECTION USP | 00074-2066-05 |
| Abbott | LIDOCAINE HCl INJECTION USP | 00074-2066-10 |
| Abbott | LIDOCAINE HYDROCHLORIDE 0.5% & EPINEPHRINE 1:200,000 50ML FLIPTOP | 00074-3177-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE 1.5% AND EPINEPHRINE 1:200, | 00074-3180-02 |
| Abbott | LIDOCAINE HYDROCHLORIDE 1.5% AND EPINEPHRINE 1:2000 | 00074-1209-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE 2% AND EPINEPHRINE 1:200,00 | 00074-3183-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE IN 5% DEXTROSE | 00074-7916-24 |

ABT008-2929

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 54

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | LIDOCAINE HYDROCHLORIDE IN 5% DEXTROSE INJECTION | 00074-7931-24 |
| Abbott | LIDOCAINE HYDROCHLORIDE IN 5% DEXTROSE INJECTION | 00074-7931-32 |
| Abbott | LIDOCAINE HYDROCHLORIDE Injection | 00074-4776-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4056-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4270-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4275-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4276-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4276-02 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4277-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4277-02 |

ABT008-2930

Case No: 95-1354-CIV-MARCUS

## EXHIBIT 6
## ALL MIAMI PRICE FRAUD DRUGS
### Page 55

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4278-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4279-02 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4282-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4282-02 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4283-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4713-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4713-02 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4713-05 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4713-32 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4713-62 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4713-65 |

ABT008-2931

Case No: 95-1354-CIV-MARCUS

### EXHIBIT 6
### ALL MIAMI PRICE FRAUD DRUGS
Page 56

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4903-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4903-33 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4903-34 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4904-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4904-15 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4904-33 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4904-34 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4923-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4923-15 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4924-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-4924-15 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 57

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-6217-02 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-6248-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-6254-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-8026-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-8027-01 |
| Abbott | LIDOCAINE HYDROCHLORIDE INJECTION | 00074-9137-05 |
| Abbott | LIDOCAINE HYDROCHLORIDE SOLUTION INJECTION | 00074-1323-05 |
| Abbott | LIPOSYN II EMULSION | 00074-9787-02 |
| Abbott | LIPOSYN II INJECTION | 00074-9784-02 |
| Abbott | LIPOSYN II INJECTION | 00074-9786-01 |
| Abbott | LIPOSYN II INJECTION | 00074-9786-03 |
| Abbott | LIPOSYN II INJECTION | 00074-9786-21 |
| Abbott | LIPOSYN II INJECTION | 00074-9789-01 |
| Abbott | LIPOSYN II INJECTION | 00074-9789-03 |
| Abbott | LIPOSYN III FOR INJECTION | 00074-9790-01 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 58

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | LIPOSYN III FOR INJECTION | 00074-9790-03 |
| Abbott | LIPOSYN III FOR INJECTION | 00074-9790-21 |
| Abbott | LIPOSYN III INJECTION | 00074-9791-01 |
| Abbott | LIPOSYN III INJECTION | 00074-9791-03 |
| Abbott | LMD IN 0.9% SODIUM CHLORIDE INJECTION | 00074-7419-03 |
| Abbott | LMD IN 5% DEXTROSE INJECTION | 00074-7418-03 |
| Abbott | LORAZEPAM INJECTION | 00074-6776-01 |
| Abbott | LORAZEPAM INJECTION | 00074-6777-01 |
| Abbott | LORAZEPAM INJECTION | 00074-6778-01 |
| Abbott | LORAZEPAM INJECTION | 00074-6779-01 |
| Abbott | LORAZEPAM INJECTION | 00074-6780-01 |
| Abbott | LORAZEPAM INJECTION | 00074-6781-01 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1539-01 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1539-11 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1539-12 |

ABT008-2934

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 59

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1539-21 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1539-31 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1985-01 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1985-02 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1985-10 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1985-11 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1985-12 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1985-21 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1985-30 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1985-31 |
| Abbott | LORAZEPAM INJECTION SOLUTION USP | 00074-1985-32 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 60

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | MAGNESIUM SULFATE IN 5% DEXTROSE | 00074-6728-03 |
| Abbott | MAGNESIUM SULFATE IN 5% DEXTROSE | 00074-6728-09 |
| Abbott | MAGNESIUM SULFATE IN WATER FOR INJECTION | 00074-6729-03 |
| Abbott | MAGNESIUM SULFATE IN WATER FOR INJECTION | 00074-6729-09 |
| Abbott | MAGNESIUM SULFATE IN WATER FOR INJECTION | 00074-6729-23 |
| Abbott | MAGNESIUM SULFATE IN WATER FOR INJECTION | 00074-6730-13 |
| Abbott | MAGNESIUM SULFATE INJECTION | 00074-1754-10 |
| Abbott | MAGNESIUM SULFATE INJECTION | 00074-9628-05 |
| Abbott | MAGNESIUM SULFATE INJECTION IN 5% DEXTROSE | 00074-6727-09 |
| Abbott | MAGNESIUM SULFATE INJECTION IN 5% DEXTROSE | 00074-6727-23 |
| Abbott | MANGANESE INJECTION | 00074-4091-01 |
| Abbott | MANNITOL I.V. FLEXIBLE PLASTIC CONTAINER | 00074-7712-09 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 61

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | MANNITOL I.V. FLEXIBLE PLASTIC CONTAINER | 00074-7713-09 |
| Abbott | MANNITOL INJECTION | 00074-4031-01 |
| Abbott | MANNITOL IV SOLUTION INJECTION | 00074-7714-03 |
| Abbott | MANNITOL IV SOLUTION INJECTION | 00074-7715-02 |
| Abbott | MANNITOL IV SOLUTION INJECTION | 00074-7715-03 |
| Abbott | MEPERIDINE HYDROCHLORIDE INJECTION | 00074-6030-01 |
| Abbott | MEPERIDINE HYDROCHLORIDE INJECTION | 00074-6030-04 |
| Abbott | METHYLDOPATE HYDROCHLORIDE INJECTION | 00074-3030-01 |
| Abbott | METHYLDOPATE HYDROCHLORIDE INJECTION | 00074-3030-02 |
| Abbott | METHYLDOPATE HYDROCHLORIDE INJECTION | 00074-3406-02 |
| Abbott | METHYLDOPATE INJECTION | 00074-3405-02 |
| Abbott | METOCLOPRAMIDE | 00074-3413-01 |
| Abbott | METOCLOPRAMIDE | 00074-3414-01 |
| Abbott | METOCLOPRAMIDE | 00074-3414-29 |

ABT008-2937

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 62

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | METOCLOPRAMIDE SOLUTION INJECTION USP | 00074-2173-02 |
| Abbott | METOCLOPRAMIDE SOLUTION INJECTION USP | 00074-2173-32 |
| Abbott | METOPROLOL TARTRATE INJECTION USP | 00074-1778-25 |
| Abbott | METOPROLOL TARTRATE INJECTION USP | 00074-1778-35 |
| Abbott | METRONIDAZOLE INJECTION | 00074-1217-11 |
| Abbott | METRONIDAZOLE INJECTION | 00074-7811-23 |
| Abbott | METRONIDAZOLE INJECTION | 00074-7811-24 |
| Abbott | METRONIDAZOLE INJECTION | 00074-7811-37 |
| Abbott | METROPROLOL TARTRATE INJECTION | 00074-2285-05 |
| Abbott | MORPHINE SULFATE | 00074-3814-01 |
| Abbott | MORPHINE SULFATE | 00074-3814-02 |
| Abbott | MORPHINE SULFATE | 00074-3814-12 |
| Abbott | MORPHINE SULFATE | 00074-4057-01 |
| Abbott | MORPHINE SULFATE | 00074-4057-02 |
| Abbott | MORPHINE SULFATE | 00074-4057-12 |
| Abbott | MORPHINE SULFATE INJECTION | 00074-2028-01 |

ABT008-2938

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 63

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | MORPHINE SULFATE INJECTION | 00074-2028-02 |
| Abbott | MORPHINE SULFATE INJECTION | 00074-2029-01 |
| Abbott | MORPHINE SULFATE INJECTION | 00074-2029-02 |
| Abbott | MORPHINE SULFATE INJECTION | 00074-3815-01 |
| Abbott | MORPHINE SULFATE INJECTION | 00074-3815-02 |
| Abbott | MORPHINE SULFATE INJECTION | 00074-3815-12 |
| Abbott | MORPHINE SULFATE INJECTION | 00074-4058-01 |
| Abbott | MORPHINE SULFATE INJECTION | 00074-4058-02 |
| Abbott | MORPHINE SULFATE INJECTION | 00074-4058-12 |
| Abbott | NALBUPHINE HYDROCHLORIDE | 00074-3075-01 |
| Abbott | NALBUPHINE HYDROCHLORIDE | 00074-3075-02 |
| Abbott | NALBUPHINE HYDROCHLORIDE INJECTION | 00074-1463-01 |
| Abbott | NALBUPHINE HYDROCHLORIDE SOLUTION INJECTION | 00074-1464-01 |
| Abbott | NALBUPHINE HYDROCHLORIDE SOLUTION INJECTION | 00074-1465-01 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 64

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | NALBUPHINE HYDROCHLORIDE SOLUTION INJECTION | 00074-1476-01 |
| Abbott | NALOXONE HYDROCHLORIDE | 00074-1212-01 |
| Abbott | NALOXONE HYDROCHLORIDE | 00074-1213-01 |
| Abbott | NALOXONE HYDROCHLORIDE | 00074-1215-01 |
| Abbott | NALOXONE HYDROCHLORIDE INJECTION | 00074-1219-01 |
| Abbott | NALOXONE HYDROCHLORIDE INJECTION USP | 00074-1782-01 |
| Abbott | NALOXONE HYDROCHLORIDE INJECTION USP | 00074-1782-21 |
| Abbott | NALOXONE HYDROCHLORIDE NEONATAL | 00074-1211-01 |
| Abbott | NALOXONE HYDROCHLORIDE NEONATAL | 00074-1216-01 |
| Abbott | NITROGLYCERIN IN 5% DEXTROSE INJECTION | 00074-1482-02 |
| Abbott | NITROGLYCERIN IN 5% DEXTROSE INJECTION | 00074-1483-02 |
| Abbott | NITROGLYCERIN IN 5% DEXTROSE INJECTION | 00074-1483-03 |
| Abbott | NITROGLYCERIN IN 5% DEXTROSE INJECTION | 00074-1484-02 |

ABT008-2940

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 65

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | NITROGLYCERIN IN 5% DEXTROSE INJECTION | 00074-1484-03 |
| Abbott | NITROGLYCERIN INJECTION | 00074-4104-01 |
| Abbott | NITROGLYCERINE INJECTION | 00074-4107-01 |
| Abbott | NITROPRESS FOR INJECTION | 00074-3034-44 |
| Abbott | NITROPRESS INJECTION | 00074-3024-01 |
| Abbott | NORMOSOL-M AND 5% DEXTROSE INJECTION | 00074-7965-03 |
| Abbott | NORMOSOL-M AND 5% DEXTROSE INJECTION | 00074-7965-09 |
| Abbott | NORMOSOL-R AND 5% DEXTROSE INJECTION | 00074-7968-09 |
| Abbott | NORMOSOL-R INJECTION | 00074-7967-03 |
| Abbott | NORMOSOL-R INJECTION | 00074-7967-09 |
| Abbott | NORMOSOL-R PH 7.4 INJECTION | 00074-7670-03 |
| Abbott | NORMOSOL-R PH 7.4 INJECTION | 00074-7670-09 |
| Abbott | NOVOCAIN INJECTION | 00074-1808-02 |
| Abbott | NOVOCAIN INJECTION | 00074-1808-06 |
| Abbott | NOVOCAIN INJECTION | 00074-1810-02 |
| Abbott | NOVOCAIN INJECTION | 00074-1824-30 |

ABT008-2941

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 66

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | NOVOCAIN SOLUTION INJECTION | 00074-1825-30 |
| Abbott | OCL SOLUTION | 00074-9099-16 |
| Abbott | PHENYTOIN SODIUM INJECTION | 00074-1317-01 |
| Abbott | PHENYTOIN SODIUM INJECTION | 00074-1317-02 |
| Abbott | PHENYTOIN SODIUM INJECTION USP | 00074-1844-02 |
| Abbott | PHENYTOIN SODIUM INJECTION USP | 00074-1844-05 |
| Abbott | PHENYTOIN SODIUM INJECTION USP | 00074-1844-15 |
| Abbott | PHENYTOIN SODIUM INJECTION USP | 00074-1844-32 |
| Abbott | PHYSIOSOL IRRIGATION | 00074-7012-05 |
| Abbott | PHYSIOSOL IRRIGATION SOLUTION | 00074-6141-02 |
| Abbott | PHYSIOSOL IRRIGATION SOLUTION | 00074-6141-03 |
| Abbott | PHYSIOSOL IRRIGATION SOLUTION | 00074-6141-09 |
| Abbott | PHYSIOSOL IRRIGATION SOLUTION | 00074-6141-22 |
| Abbott | PLEGISOL | 00074-7969-05 |
| Abbott | PLEGISOL | 00074-7969-15 |
| Abbott | POTASSIUM ACETATE INJECTION | 00074-3294-05 |

ABT008-2942

Case No: 95-1354-CIV-MARCUS

# EXHIBIT 6
## ALL MIAMI PRICE FRAUD DRUGS
Page 67

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | POTASSIUM ACETATE INJECTION | 00074-3294-06 |
| Abbott | POTASSIUM ACETATE INJECTION | 00074-3294-51 |
| Abbott | POTASSIUM ACETATE INJECTION | 00074-8183-01 |
| Abbott | POTASSIUM ACETATE INJECTION | 00074-8183-73 |
| Abbott | POTASSIUM CHLORIDE 0.224% AND DEXTROSE 5% | 00074-7996-09 |
| Abbott | POTASSIUM CHLORIDE FOR INJECTION CONCENTRATE | 00074-4991-01 |
| Abbott | POTASSIUM CHLORIDE FOR INJECTION CONCENTRATE | 00074-4991-15 |
| Abbott | POTASSIUM CHLORIDE FOR INJECTION CONCENTRATE | 00074-4992-01 |
| Abbott | POTASSIUM CHLORIDE FOR INJECTION CONCENTRATE | 00074-4992-18 |
| Abbott | POTASSIUM CHLORIDE FOR INJECTION CONCENTRATE | 00074-4993-01 |
| Abbott | POTASSIUM CHLORIDE FOR INJECTION CONCENTRATE | 00074-4993-19 |
| Abbott | POTASSIUM CHLORIDE FOR INJECTION CONCENTRATE | 00074-4994-01 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 68

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | POTASSIUM CHLORIDE FOR INJECTION CONCENTRATE | 00074-4994-19 |
| Abbott | POTASSIUM CHLORIDE IN 0.9% SODIUM CHLORIDE Injection | 00074-7115-09 |
| Abbott | POTASSIUM CHLORIDE IN 0.9% SODIUM CHLORIDE INJECTION | 00074-7116-09 |
| Abbott | POTASSIUM CHLORIDE IN 5% DEXTROSE AND 0.3% SODIUM C | 00074-7105-09 |
| Abbott | POTASSIUM CHLORIDE IN 5% DEXTROSE AND 0.9% SODIUM C | 00074-7107-09 |
| Abbott | POTASSIUM CHLORIDE IN 5% DEXTROSE AND 0.9% SODIUM C | 00074-7109-09 |
| Abbott | POTASSIUM CHLORIDE IN LACTATED RINGERS AND 5% DEXTR | 00074-7111-09 |
| Abbott | POTASSIUM CHLORIDE IN LACTATED RINGERS AND 5% DEXTR | 00074-7113-09 |
| Abbott | POTASSIUM CHLORIDE Injection | 00074-1499-01 |
| Abbott | POTASSIUM CHLORIDE Injection | 00074-3907-03 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-1497-01 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-1498-01 |

ABT008-2944

Case No: 95-1354-CIV-MARCUS

## EXHIBIT 6
## ALL MIAMI PRICE FRAUD DRUGS
Page 69

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-3934-02 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-4931-01 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-4932-01 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-4939-01 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-6635-01 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-6636-01 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-6651-06 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-6653-05 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-7075-14 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-7075-26 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-7075-36 |
| Abbott | POTASSIUM CHLORIDE INJECTION | 00074-7075-37 |
| Abbott | POTASSIUM CHLORIDE SOLUTION INJECTION | 00074-7076-26 |
| Abbott | POTASSIUM CHLORIDE SOLUTION INJECTION | 00074-7077-14 |
| Abbott | POTASSIUM CHLORIDE SOLUTION INJECTION | 00074-7077-26 |

ABT008-2945

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 70

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | POTASSIUM CHLORIDE SOLUTION INJECTION CONCENTRATE U | 00074-1513-02 |
| Abbott | PROCAINAMIDE HYDROCHLORIDE INJECTION | 00074-1902-01 |
| Abbott | PROCAINAMIDE HYDROCHLORIDE INJECTION | 00074-1903-01 |
| Abbott | PROCAINAMIDE HYDROCHLORIDE INJECTION USP | 00074-1826-02 |
| Abbott | PROCAINE HYDROCHLORIDE | 00074-1923-04 |
| Abbott | PROCAINE HYDROCHLORIDE Injection | 00074-1953-04 |
| Abbott | PROCAINE HYDROCHLORIDE INJECTION | 00074-7239-01 |
| Abbott | PROCHLORPERAZINE EDISYLATE SOLUTION USP | 00074-1880-02 |
| Abbott | PROCHLORPERAZINE EDISYLATE SOLUTION USP | 00074-1880-22 |
| Abbott | PROCHLORPERAZINE EDISYLATE SOLUTION USP | 00074-1880-32 |
| Abbott | PROMETHAZINE HYDROCHLORIDE INJECTION | 00074-2312-01 |

ABT008-2946

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 71

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | PROMETHAZINE HYDROCHLORIDE INJECTION | 00074-2312-11 |
| Abbott | PROMETHAZINE HYDROCHLORIDE INJECTION | 00074-2312-31 |
| Abbott | PROMETHAZINE HYDROCHLORIDE INJECTION | 00074-2335-01 |
| Abbott | PROMETHAZINE HYDROCHLORIDE INJECTION | 00074-2335-31 |
| Abbott | QUELICIN INJECTION | 00074-6629-02 |
| Abbott | QUELICIN INJECTION | 00074-6642-02 |
| Abbott | QUELICIN INJECTION | 00074-6970-10 |
| Abbott | QUELICIN INJECTION | 00074-8065-01 |
| Abbott | QUELICIN INJECTION | 00074-8065-15 |
| Abbott | RINGER'S INJECTION | 00074-7982-09 |
| Abbott | RINGER'S INJECTION | 00074-7982-24 |
| Abbott | RINGER'S IRRIGATION | 00074-6140-09 |
| Abbott | SODIUM ACETATE INJECTION | 00074-3299-05 |
| Abbott | SODIUM ACETATE INJECTION | 00074-3299-06 |
| Abbott | SODIUM ACETATE INJECTION | 00074-7299-01 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-1079-01 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 72

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | SODIUM CHLORIDE INJECTION | 00074-1081-01 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-1954-01 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-1954-03 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-4888-10 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-4888-12 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-4888-20 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-4888-25 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-4888-50 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-4888-70 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-4888-99 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-6657-02 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-6657-73 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-6660-02 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-6660-75 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7101-02 |

ABT008-2948

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 73

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7101-66 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7101-67 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7132-02 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7132-13 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7132-23 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7132-66 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7132-67 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7730-13 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7730-20 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7730-36 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7730-37 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7983-01 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7983-53 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7983-54 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7983-55 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 74

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7983-61 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7983-69 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7984-13 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7984-20 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7984-23 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7984-36 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7984-37 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7985-02 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7985-03 |
| Abbott | SODIUM CHLORIDE INJECTION | 00074-7985-09 |
| Abbott | SODIUM CHLORIDE IRRIGATION | 00074-6138-02 |
| Abbott | SODIUM CHLORIDE IRRIGATION | 00074-6138-03 |
| Abbott | SODIUM CHLORIDE IRRIGATION | 00074-6138-22 |
| Abbott | SODIUM CHLORIDE IRRIGATION | 00074-6147-06 |
| Abbott | SODIUM CHLORIDE IRRIGATION | 00074-6147-36 |

ABT008-2950

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 75

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | SODIUM CHLORIDE IRRIGATION | 00074-7138-06 |
| Abbott | SODIUM CHLORIDE IRRIGATION | 00074-7138-09 |
| Abbott | SODIUM CHLORIDE IRRIGATION | 00074-7138-36 |
| Abbott | SODIUM CHLORIDE IRRIGATION | 00074-7972-05 |
| Abbott | SODIUM CHLORIDE IRRIGATION | 00074-7972-07 |
| Abbott | SODIUM CHLORIDE IRRIGATION | 00074-7972-08 |
| Abbott | SODIUM CHLORIDE IRRIGATION | 00074-7975-07 |
| Abbott | SODIUM LACTATE 1/6 M INJECTION | 00074-7987-03 |
| Abbott | SODIUM LACTATE 1/6 M INJECTION | 00074-7987-24 |
| Abbott | SODIUM LACTATE INJECTION | 00074-6664-02 |
| Abbott | SODIUM PHOSPHATE INJECTION | 00074-7391-01 |
| Abbott | SODIUM PHOSPHATE INJECTION | 00074-7391-72 |
| Abbott | SODIUM PHOSPHATES INJECTION | 00074-3295-05 |
| Abbott | SODIUM PHOSPHATES INJECTION | 00074-3295-51 |
| Abbott | SORBITOL MANNITOL IRRIGATION | 00074-6144-06 |

ABT008-2951

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 76

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | SORBITOL MANNITOL IRRIGATION | 00074-6144-36 |
| Abbott | SORBITOL-MANNITOL IRRIGATION | 00074-7981-08 |
| Abbott | STERILE PENTAMIDINE ISETHIONATE INJECTION | 00074-4548-01 |
| Abbott | STERILE PENTAMIDINE ISETHIONATE INJECTION | 00074-4548-49 |
| Abbott | STERILE VANCOMYCIN HYDROCHLORIDE | 00074-6509-01 |
| Abbott | STERILE VANCOMYCIN HYDROCHLORIDE | 00074-6509-49 |
| Abbott | STERILE VANCOMYCIN HYDROCHLORIDE | 00074-6533-01 |
| Abbott | STERILE VANCOMYCIN HYDROCHLORIDE | 00074-6533-49 |
| Abbott | STERILE VANCOMYCIN HYDROCHLORIDE ADD-VANTAGE VIALS | 00074-6534-01 |
| Abbott | STERILE VANCOMYCIN HYDROCHLORIDE ADD-VANTAGE VIALS | 00074-6535-01 |
| Abbott | STERILE VANCOMYCIN HYDROCHLORIDE ADD-VANTAGE VIALS | 00074-6535-49 |
| Abbott | STERILE VANCOMYCIN HYDROCHLORIDE INJECTION | 00074-4332-01 |

ABT008-2952

Case No: 95-1354-CIV-MARCUS

## EXHIBIT 6
## ALL MIAMI PRICE FRAUD DRUGS
### Page 77

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | STERILE VANCOMYCIN HYDROCHLORIDE INJECTION | 00074-4332-49 |
| Abbott | STERILE WATER FOR Injection | 00074-7990-09 |
| Abbott | STERILE WATER FOR INJECTION | 00074-1578-10 |
| Abbott | STERILE WATER FOR INJECTION | 00074-4887-10 |
| Abbott | STERILE WATER FOR INJECTION | 00074-4887-12 |
| Abbott | STERILE WATER FOR INJECTION | 00074-4887-20 |
| Abbott | STERILE WATER FOR INJECTION | 00074-4887-25 |
| Abbott | STERILE WATER FOR INJECTION | 00074-4887-50 |
| Abbott | STERILE WATER FOR INJECTION | 00074-4887-55 |
| Abbott | STERILE WATER FOR INJECTION | 00074-4887-68 |
| Abbott | STERILE WATER FOR INJECTION | 00074-4887-99 |
| Abbott | STERILE WATER FOR INJECTION | 00074-7118-07 |
| Abbott | STERILE WATER FOR IRRIGATION | 00074-6139-02 |
| Abbott | STERILE WATER FOR IRRIGATION | 00074-6139-03 |
| Abbott | STERILE WATER FOR IRRIGATION | 00074-6139-22 |

ABT008-2953

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 78

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | STERILE WATER FOR IRRIGATION | 00074-7139-06 |
| Abbott | STERILE WATER FOR IRRIGATION | 00074-7139-09 |
| Abbott | STERILE WATER FOR IRRIGATION | 00074-7139-36 |
| Abbott | STERILE WATER FOR IRRIGATION | 00074-7973-05 |
| Abbott | STERILE WATER FOR IRRIGATION | 00074-7973-07 |
| Abbott | STERILE WATER FOR IRRIGATION | 00074-7973-08 |
| Abbott | SUFENTANIL CITRATE SOLUTION INJECTION USP | 00074-3380-01 |
| Abbott | SUFENTANIL CITRATE SOLUTION INJECTION USP | 00074-3380-02 |
| Abbott | SUFENTANIL CITRATE SOLUTION INJECTION USP | 00074-3380-05 |
| Abbott | SUFENTANIL CITRATE SOLUTION INJECTION USP | 00074-3380-31 |
| Abbott | SUFENTANIL CITRATE SOLUTION INJECTION USP | 00074-3380-32 |
| Abbott | SUFENTANIL CITRATE SOLUTION INJECTION USP | 00074-3380-35 |

ABT008-2954

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 79

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | SUFENTANIL CITRATE SOLUTION INJECTION USP | 00074-3382-01 |
| Abbott | SUFENTANIL CITRATE SOLUTION INJECTION USP | 00074-3382-02 |
| Abbott | SUFENTANIL CITRATE SOLUTION INJECTION USP | 00074-3382-05 |
| Abbott | SUFENTANIL CITRATE SOLUTION INJECTION USP | 00074-3382-21 |
| Abbott | SUFENTANIL CITRATE SOLUTION INJECTION USP | 00074-3382-22 |
| Abbott | SUFENTANIL CITRATE SOLUTION INJECTION USP | 00074-3382-25 |
| Abbott | THAM SOLUTION | 00074-1593-04 |
| Abbott | THEOPHYLLINE IN 5% DEXTROSE INJECTION | 00074-7662-09 |
| Abbott | THEOPHYLLINE IN 5% DEXTROSE INJECTION | 00074-7665-03 |
| Abbott | THEOPHYLLINE IN 5% DEXTROSE INJECTION | 00074-7665-09 |
| Abbott | THEOPHYLLINE IN 5% DEXTROSE INJECTION | 00074-7666-02 |
| Abbott | THEOPHYLLINE IN 5% DEXTROSE INJECTION | 00074-7666-03 |
| Abbott | THEOPHYLLINE IN 5% DEXTROSE INJECTION | 00074-7666-62 |

ABT008-2955

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 80

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | THEOPHYLLINE IN 5% DEXTROSE INJECTION | 00074-7668-23 |
| Abbott | THEOPHYLLINE IN 5% DEXTROSE INJECTION | 00074-7677-13 |
| Abbott | THEOPHYLLINE IN 5% DEXTROSE INJECTION | 00074-7677-23 |
| Abbott | THEOPHYLLINE IN 5% DEXTROSE INJECTION | 00074-7705-62 |
| Abbott | THIAMINE HYDROCHLORIDE INJECTION USP | 00074-2174-01 |
| Abbott | TPN ELECTROLYTES | 00074-5779-01 |
| Abbott | TPN ELECTROLYTES FOR INJECTION | 00074-3296-06 |
| Abbott | TPN ELECTROLYTES INJECTION | 00074-5881-01 |
| Abbott | TUBOCURARINE CHLORIDE Injection | 00074-3386-03 |
| Abbott | TUBOCURARINE CHLORIDE Injection | 00074-3386-04 |
| Abbott | TUBOCURARINE CHLORIDE INJECTION | 00074-8066-01 |
| Abbott | TUBOCURARINE CHLORIDE INJECTION | 00074-8066-15 |
| Abbott | UREAPHIL | 00074-1592-02 |
| Abbott | UROLOGIC G IRRIGATION | 00074-7168-09 |
| Abbott | VECURONIUM BROMIDE FOR INJECTION | 00074-1632-01 |

ABT008-2956

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 81

| Defendant | Drug | NDC # |
|---|---|---|
| Abbott | VECURONIUM BROMIDE FOR INJECTION | 00074-1632-49 |
| Abbott | VECURONIUM BROMIDE FOR INJECTION | 00074-1634-01 |
| Abbott | VECURONIUM BROMIDE FOR INJECTION | 00074-1634-49 |
| Abbott | VERAPAMIL HYDROCHLORIDE INJECTION | 00074-1143-01 |
| Abbott | VERAPAMIL HYDROCHLORIDE INJECTION | 00074-1143-15 |
| Abbott | VERAPAMIL HYDROCHLORIDE INJECTION | 00074-1144-01 |
| Abbott | VERAPAMIL HYDROCHLORIDE INJECTION | 00074-1144-02 |
| Abbott | VERAPAMIL HYDROCHLORIDE INJECTION | 00074-4000-01 |
| Abbott | VERAPAMIL HYDROCHLORIDE INJECTION | 00074-4011-01 |
| Abbott | VERAPAMIL HYDROCHLORIDE SOLUTION INJECTION USP | 00074-9633-05 |
| Abbott | VITAMIN K1 INJECTION | 00074-9157-01 |
| Abbott | VITAMIN K1 INJECTION | 00074-9158-01 |

Case No: 95-1354-CIV-MARCUS

**EXHIBIT 6**
**ALL MIAMI PRICE FRAUD DRUGS**
Page 82

| Defendant | Drug | NDC # |
|-----------|------|-------|
| Abbott | ZINC FOR INJECTION | 00074-4526-05 |
| Abbott | ZINC INJECTION | 00074-4090-01 |
| Abbott | ZINC INJECTION | 00074-4090-05 |

# THE REMAINDER OF
# PAGE 82 THROUGH PAGE 126
# OF EXHIBIT 6
# HAVE BEEN COMPLETELY REDACTED

ABT008-2958      LL