# Exhibit I

**Sealed**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 95-1354-CIV-GOLD

06 - 21363-CV- ASG

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. | ) |
| | ) |
| | ) |
| VEN-A-CARE OF THE | ) |
| FLORIDA KEYS, INC. | ) |
| a Florida Corporation, | ) |
| by and through its principal | ) |
| officers and directors, | ) |
| ZACHARY T. BENTLEY and | ) |
| T. MARK JONES, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ABBOTT LABORATORIES, INC., | ) |
| | ) |
| Defendant. | ) |

FILED **IN CAMERA** AND UNDER
**SEAL PURSUANT TO**
**31 U.S.C. § 3730**

## THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE
## IN PART AND TO DECLINE TO INTERVENE IN PART

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States

notifies the Court of its decision to intervene in part of *United States ex rel. Ven-A-Care v.*

*Abbott, et al.,* Civil Action No. 95-1354-CIV-GOLD (the action), and to decline to intervene in

part of the action. The United States intervenes in that part of the action which alleges Medicaid

and Medicare fraud with respect to Abbott Laboratories, Inc. (Abbott) for the following drugs

and Healthcare Common Procedural Coding System (HCPCS) billing codes:

| DRUG | NDC# |
|---|---|
| Sodium Chloride Injection | 00074196607 |
| Water for Injection 30 ml | 00074397703 |
| Vancomycin HCl 500 mg | 00074433201 |
| Water for Injection 10 ml | 00074488710 |



CIVIL ACTION NO: 95-1354-CIV-GOLD

| | |
|---|---|
| Water for Injection 20 ml | 00074488720 |
| Sterile Water for Injection | 00074488750 |
| Sodium Chloride Injection | 00074488810 |
| Sodium Chloride Injection | 00074488820 |
| Sodium Chloride Irrigation | 00074613802 |
| Sodium Chloride Irrigation | 00074613803 |
| Sodium Chloride Irrigation | 00074613822 |
| Sterile Water for Irrigation | 00074613902 |
| Sterile Water for Irrigation | 00074613903 |
| Sterile Water for Irrigation | 00074613922 |
| Vancomycin HCl 5 gm | 00074650901 |
| Vancomycin HCl 1 gm | 00074653301 |
| Vancomycin HCL 500 mg Add-Vantage | 00074653401 |
| Vancomycin HCl 1 gm Add-Vantage | 00074653501 |
| 5% Dextrose in Water 50 ml | 00074710013 |
| 5% Dextrose in Water 100 ml | 00074710023 |
| Sodium Chloride Injection | 00074710102 |
| Sodium Chloride 0.9% 50ml | 00074710113 |
| Sodium Chloride 0.9% 100 ml | 00074710123 |
| Dextrose Injection | 00074712007 |
| Sodium Chloride Irrigation | 00074713809 |
| Sterile Water for Irrigation | 00074713909 |
| Dextrose 5%/ Kcl/NaCl 1000 ml | 00074790209 |
| Dextrose Injection | 00074792202 |
| 5% Dextrose in Water 500 ml | 00074792203 |
| 5% Dextrose in Water 1000 ml | 00074792209 |
| Dextrose Injection | 00074792323 |
| Dextrose Injection | 00074792336 |
| Dextrose Injection | 00074792337 |
| Dextrose 5% and 0.225% NaCL Injection | 00074792409 |
| Dextrose 5% and 0.225% NaCL Injection | 00074792609 |
| 5% Dextrose/ NaCl 0.9% 1000 ml | 00074794109 |
| Sodium Chloride Irrigation | 00074797205 |
| Sterile Water for Irrigation | 00074797305 |
| Sodium Chloride 0.9% 250 ml | 00074798302 |
| Sodium Chloride 0.9% 500 ml | 00074798303 |
| Sodium Chloride 0.9% 1000 ml | 00074798309 |

| HCPCS | Description |
|---|---|
| J2912 | Sodium Chloride, .9 percent, per 2 ml |
| J3370 | Vancomycin HCl, 500 mg |

| | |
|---|---|
| J7030 | Normal Saline Solution, 1000 cc |
| J7040 | Normal Saline Solution, 500 ml |
| J7042 | 5 percent Dextrose/Normal Saline Solution, 500 ml |
| J7050 | Normal Saline Solution, 250 cc |
| J7051 | Sterile Saline or Water, up to 250 cc |
| J7060 | 5 percent Dextrose/Water, 500 ml |
| J7070 | D-5-W, 1000 cc |
| J7110 | Dextran 75, 1000 ml |
| J7130 | Hypertonic Saline Solution, 50 or 100 mEq, 20 cc vial |

The United States declines to intervene in that part of the action against Abbott as to all other drugs or HCPCS codes identified in this action. The United States is filing its complaint against Abbott along with this intervention notice.

Although the United States declines to intervene in a portion of the action against Abbott, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the declined portion of the action against Abbott in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that the part of the action against Abbott in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action, even as to the non-intervened part of this action against Abbott, be served upon the United States; the United States also requests that all orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition

3

CIVIL ACTION NO: 95-1354-CIV-GOLD

transcripts and to intervene in the portion of this action against Abbott in which it is declining to intervene today, for good cause, at a later date.

Finally, the United States requests that a redacted copy of the relator's complaint[1] identifying all of its Medicaid and Medicare claims against Abbott, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED this ___17th___ day of March, 2006.

Respectfully submitted,

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
MARK A. LAVINE
ANA MARIA MARTINEZ
JEFFREY DICKSTEIN
Assistant U.S. Attorneys
99 N.E. 4th Street
Miami, FL  33132
Phone:  (305) 961-9003

---

[1] Relator is filing a redacted version of its complaint at the same time this notice is being filed.

CIVIL ACTION NO: 95-1354-CIV-GOLD

Fax: (305) 536-4101
Fla. Bar No. 648876
Mark.Lavine@usdoj.gov

MICHAEL F. HERTZ
JOYCE R. BRANDA
RENÉE BROOKER
JUSTIN DRAYCOTT
GEJAA T. GOBENA
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-1088

## CERTIFICATE OF SERVICE

IT IS HEREBY certified that a true and correct copy of the foregoing was mailed this _____ day of March, 2006 to:

>James J. Breen
>Alison Simon
>The Breen Law Firm, P.A.
>P.O. Box 297470
>Pembroke Pines, FL 33029-7470

ASSISTANT UNITED STATES ATTORNEY