# Exhibit L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 95-1354-CIV-GOLD

UNITED STATES OF AMERICA
ex rel.

VEN-A-CARE OF THE
FLORIDA KEYS, INC.
a Florida Corporation,
by and through its principal
officers and directors,
ZACHARY T. BENTLEY and
T. MARK JONES,

    Plaintiff,

vs.

ABBOTT LABORATORIES, INC.
and HOSPIRA, INC.,

    Defendants.
_____/



FILED by _____ D.C.
MAY 16 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER ON UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART
AND TO DECLINE TO INTERVENE IN PART**

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. The following pleadings are hereby unsealed:

    A.    United States' Notice of Election to Intervene in Part and to Decline to Intervene in Part;

    B.    This Order on United States' Notice of Election to Intervene in Part and to Decline to Intervene in Part;

C. United States' Complaint;

D. United States' Motion to Sever as to Defendant Abbott Laboratories, Inc.

E. Order on United States' Motion to Sever as to Defendant Abbott Laboratories, Inc.

F. Relator's Motion For Leave to Amend Complaint by Adopting United States' Complaint to Intervene

G. Court's Order granting Relator's Motion For Leave to Amend Complaint by Adopting United States' Complaint to Intervene.

H. Copies of the Relator's prior complaints redacted to disclose only that information pertinent to the allegations against Abbott (including Relator's previously filed Relator's Redacted Fourth Amended Complaint as to Defendant Abbott Laboratories and Notice of Filing thereof);

2. The United States shall serve upon Defendants Abbott Laboratories, Inc. and Hospira, Inc., the pleadings identified in paragraph 1.A., 1.B., 1.C., 1.D. and 1.E. of this order by September 15, 2006. In accordance with Fed. R. Civ. P. 4; and

3. All other papers or Orders on file or to be filed in Case No. 95-1354-CIV-GOLD shall remain under seal pending further order of the Court;

DONE AND ORDERED in Chambers at Miami, Florida, this _15_ day of _____, 2006.

ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

2

CIVIL ACTION NO: 95-1354-CIV-GOLD

cc:
Mark A. Lavine
U.S. Attorney's Office
99 N.E. 4th st.
Miami, FL 33132
Fax: (305) 536-4101

James J. Breen
Alison Simon
The Breen Law Firm, P.A.
P.O. Box 297470
Pembroke Pines, FL 33029-7470
Fax:(954) 874-1705

Gejaa T. Gobena
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Fax: (202) 307-3852

3