# Exhibit R

Page 1

```
          UNITED STATES DISTRICT COURT

        FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - x

IN RE:  PHARMACEUTICAL         : MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE     : CIVIL ACTION:

PRICE LITIGATION               : 01-CV-12257-PBS

THIS DOCUMENT RELATES TO       :

U.S. ex rel. Ven-a-Care of     : Judge Patti B. Saris

the Florida Keys, Inc. v.      :

Abbott Laboratories, Inc.,     : Chief Magistrate

No. 06-CV-11337-PBS            : Judge Marianne B.

- - - - - - - - - - - - - - - x Bowler

             IN THE CIRCUIT COURT OF

           MONTGOMERY COUNTY, ALABAMA

- - - - - - - - - - - - - - - x

STATE OF ALABAMA,              :

          Plaintiff,           :

     vs.                       : Case No.: CV-05-219

ABBOTT LABORATORIES, INC.,     : Judge Charles Price

et al.,                        :

          Defendants.          :

- - - - - - - - - - - - - - - x
```

a2e99778-7e61-4f3d-8317-e255e740d5a9

DeParle, Nancy-Ann                                                May 18, 2007
                              Washington, DC

```
                                        Page 2                                                Page 4
 1     IN THE COURT OF THE SECOND JUDICIAL CIRCUIT      1        Videotaped Deposition of NANCY-ANN
 2        IN AND FOR LEON COUNTY, FLORIDA               2   DePARLE, a witness herein, called for examination by
 3                                                      3   counsel for Abbott Laboratories in the
 4   THE STATE OF FLORIDA                               4   above-entitled matter, pursuant to notice, the
 5   ex rel.                                            5   witness being duly sworn by Robert M. Jakupciak, a
 6   - - - - - - - - - - - - - - - - x                  6   Notary Public in and for the District of Columbia,
 7   VEN-A-CARE OF THE FLORIDA     :                    7   taken at the offices of Jones Day, 51 Louisiana
 8   KEYS, INC., a Florida         :                    8   Avenue, N.W., Washington, D.C. , 20001, at 9:00
 9   Corporation, by and through its :                  9   a.m., on May 18, 2007, and the proceedings being
10   principal officers and directors, :              10    taken down by Stenotype by Robert M. Jakupciak, RPR.
11   ZACHARY T. BENTLEY and        :                  11
12   T. MARK JONES,                :                  12
13         Plaintiffs,    :                           13
14      vs.           : Civil Action                  14
15   MYLAN LABORATORIES INC.; MYLAN   : No.: 98-3032G 15
16   PHARMACEUTICALS INC.; NOVOPHARM   :Judge: William 16
17   LTD., SCHEIN PHARMACEUTICAL, INC.;:   L. Gary    17
18   TEVA PHARMACEUTICAL INDUSTRIES    :              18
19   LTD., TEVA PHARMACEUTICAL USA;    :              19
20   and WATSON PHARMACEUTICALS, INC., :              20
21         Defendants,   :                            21
22   - - - - - - - - - - - - - - - - x                22

                                        Page 3                                                Page 5
 1     IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS    1   APPEARANCES:
 2           STATE OF MISSOURI                          2
 3   - - - - - - - - - - - - - - - - x                  3   On behalf of the United States of America:
 4   STATE OF MISSOURI, ex rel.,    :                   4      JAMIE ANN YAVELBERG, ESQUIRE
 5   JEREMIAH W. (JAY) NIXON,       :                   5      U.S. Department of Justice
 6   Attorney General,              :                   6      Civil Division
 7   and                            :                   7      P.O. Box 261
 8   MISSOURI DEPARTMENT OF SOCIAL    :                 8      Ben Franklin Station
 9   SERVICES, DIVISION OF MEDICAL    : Case No.:       9      Washington, D.C.  20044
10   SERVICES,             : 054-1216                  10      (202) 514-6514
11         Plaintiffs,   : Division No. 31             11
12      vs.           :                                12   and
13   DEY INC., DEY, L.P., MERCK KGaA, :                13
14   EMD, INC., WARRICK              :                 14      REBECCA A. FORD, ESQUIRE
15   PHARMACEUTICALS CORPORATION,    :                 15      U.S. Department of Justice
16   SCHERING-PLOUGH CORPORATION, and :                16      601 D Street, N.W.
17   SCHERING CORPORATION,            :                17      Patrick Henry Building - 9133
18         Defendants,   :                             18      Washington, D.C.  20044
19   - - - - - - - - - - - - - - - - x                 19      (202) 514-1511
20                                                     20
21                                                     21
22                                                     22
```

                                                              2 (Pages 2 to 5)

                          Henderson Legal Services
                               202-220-4158

DeParle, Nancy-Ann                                                May 18, 2007
Washington, DC

Page 46

1  A.  No.
2  Q.  While you were at the Office of
3  Management and Budget, did you have any
4  involvement in either reviewing, approving or
5  disapproving surveys relating to the price of
6  prescription drugs?
7  A.  Yes.
8  Q.  Tell me about that.
9  A.  Well, it's been about 15 years ago, so
10 my memory of it is limited.  But I do recall that
11 HCFA wanted to do a survey of physicians to
12 determine their actual acquisition cost for
13 certain drugs that Medicare covered, and they
14 submitted that to the Office of Information and
15 Regulatory Analysis at OMB.
16 Q.  I'm sorry, what was the -- I'll just
17 read the transcript.  It was the Office of --
18 A.  Information and Regulatory Analysis.
19 Q.  Analysis at OMB.  Who was in charge of
20 that office at the time?
21 A.  I believe it was Sally Katson.
22 Q.  Do you know where Sally Katson is now?

Page 47

1  A.  No, I don't.
2  Q.  The Office of Information and
3  Regulatory Analysis; did you have any formal
4  relationship in your role as an associate
5  director for health and personnel with that
6  office?
7  A.  No.
8     MS. YAVELBERG:  Chris, if I could just
9  remind the witness that to the extent the
10 questions call for answers that would require the
11 disclosure of deliberative communications, just
12 to be mindful of that.  She is going to answer
13 the questions to the extent she recalls and that
14 she can, but to be mindful of the answers that
15 might be pre-conditional into the work at issue.
16 BY MR. COOK:
17 Q.  Do you remember who at -- was it HCFA
18 that sent over the survey?
19 A.  No, I don't.
20 Q.  Okay.  You don't remember who at HCFA
21 sent over the survey, but it was HCFA that sent
22 over the survey?

Page 48

1  A.  It was HCFA, but I don't remember that
2  the survey itself was sent over.  I just remember
3  there was an issue about HCFA wanting to do a
4  survey.  I don't know if it was the survey
5  instrument itself that was sent over to OIRA.
6  Q.  And what was your role in considering
7  the survey or discussing the survey?
8  A.  I attended a meeting.
9  Q.  Where did this meeting take place?
10 A.  In the old executive office building.
11 Q.  Who attended?
12 A.  I don't recall.
13 Q.  How long did the meeting last?
14 A.  I don't recall.
15 Q.  Do you recall anybody who was at the
16 meeting?
17 A.  I believe that Bruce Vladeck was at the
18 meeting, I believe that Allison Eydt was at the
19 meeting.
20 Q.  Who was the second person?
21 A.  Allison Eydt.
22 Q.  How do you tell that?

Page 49

1  A.  E-Y-D-T.
2  Q.  Who is Allison Eydt?
3  A.  She was an analyst at the Office of
4  Information and Regulatory Analysis at the Office
5  of Management and Budget.
6  Q.  And Bruce Vladeck at the time was the
7  Administrator of HCFA?
8  A.  Yes.
9  Q.  And for the court reporter, HCFA is all
10 caps, H-C-F-A, and that stands, am I correct, for
11 the Health Care Financing Administration?
12 A.  Yes.
13 Q.  I always wonder whether it's finance or
14 financing and I get it wrong half the time.
15    Do you recall anyone else who attended
16 this meeting?
17 A.  No.
18 Q.  What was discussed at the meeting?
19 A.  Just what I told you.
20 Q.  And that is that HCFA wanted to do a
21 survey to determine physician acquisition costs?
22 A.  That's what I recall.

13 (Pages 46 to 49)

Henderson Legal Services
202-220-4158

a2e99778-7e61-4f3d-8317-e255e740d5a9

Page 50

1  Q. Do you recall what the conclusion of
2  the meeting was?
3  A. No.
4  Q. Do you know whether HCFA was allowed to
5  do the survey?
6  A. No.
7  Q. Do you recall anything else about the
8  meeting?
9  A. No.
10 Q. Do you recall whether Allison Eydt or
11 Sally Katson had concerns about the survey?
12     MS. YAVELBERG: Objection.
13 A. I think you're getting into our
14 deliberations as part of the administration. I'm
15 not sure it's appropriate for me to be --
16     MR. COOK: I guess that's for counsel
17 to tell you whether to direct you not to answer.
18     MS. YAVELBERG: Well, she is going to
19 answer the question to the best she can, but
20 she's not reveal deliberative communications.
21     MR. COOK: If your counsel is not
22 directing you not to answer --

Page 51

1     THE WITNESS: I'm sorry. I didn't hear
2  what you said.
3     MS. YAVELBERG: That you can answer the
4  question to the best you can, but you are not to
5  reveal deliberative communications.
6     THE WITNESS: I don't think I can
7  answer the question.
8     MR. COOK: Just to be clear, the
9  Government is directing her not to reveal what
10 was discussed at the meeting?
11     MS. YAVELBERG: That's correct.
12     MR. COOK: Yes. Just first thing; I
13 apologize for this. I've had a little bit of a
14 difficulty in past depositions that the
15 Government cautions the witness not to reveal
16 deliberative communications and I'm left not
17 knowing what the witness knows and is telling me
18 and is not.
19     So if there's ever something -- I would
20 like the witness -- if there is something that
21 you recall but you're not testifying to it
22 because your counsel has told you not to, if you

Page 52

1  could try to make a clear delineation about what
2  you're not answering as opposed to giving an
3  answer and just giving half an answer because you
4  know counsel is telling you not to testify about
5  it.
6     If that's clear.
7  A. Well, first of all, as I said, this was
8  more than 15 years ago.
9  Q. Precisely.
10 A. So there is very little I recall. But
11 you're asking me specifically about two people
12 who I'm not sure, but I think might have been at
13 the meeting and what they thought and that to me
14 is, to the extent I know it, it's their
15 deliberations about this issue.
16     MS. YAVELBERG: Frankly, she basically
17 said she doesn't really recall anything so I
18 don't think there's anything there to protect,
19 but I need to assert the Government's interest
20 here. Frankly, there's -- OMB is to some extent
21 here and not necessarily the ones that naturally
22 would be protecting in the circumstance, but I

Page 53

1  certainly don't want to trample on that. So.
2  A. I don't recall what Ms. Katson and Ms.
3  Eydt thought about it, if I ever knew.
4  Q. If I were to -- well, strike that.
5     About when did the meeting occur if you
6  could estimate?
7  A. I have no idea.
8  Q. Sometime after 1993; correct?
9  A. Yes.
10 Q. And sometime before you became
11 Administrator of HCFA in 1997?
12 A. Yes.
13 Q. Is it fair to say that if I had asked
14 you in 1997 you would have a better memory of
15 what occurred at the meeting?
16     MS. YAVELBERG: Objection; form.
17 A. I would hope so.
18 Q. Is there any other aspect of your work
19 at the Office of Management and Budget that you
20 recall that related in any way to Medicare or
21 Medicaid payment for prescription drugs?
22 A. I don't believe so.

14 (Pages 50 to 53)

Page 74

1   A.  I believe it would have been Medicare
2   physicians, yes.
3   Q.  Who was the head of the Medicare, the
4   Center for Medicare Management while you were
5   Administrator of HCFA?
6   A.  There were a couple people.
7   Q.  And who were they?
8   A.  When I first arrived, it was -- I
9   believe it was Cathy Buto.
10  Q.  And who succeeded Cathy Buto in that
11  position --
12  A.  I believe Bob Berenson.
13  Q.  Did anyone succeed Bob Berenson, to
14  your knowledge?
15  A.  I don't know.
16  Q.  Who was the head of the Center for
17  Beneficiary Services while you were
18  Administrator?
19  A.  I believe -- I could be mixing these
20  people up.  There was a gentleman named Bruce
21  Freid, who was there briefly.  He might have been
22  in the Center for Medicare Management now that I

Page 75

1   think about it.  I think that he might have been
2   there when I first arrived and then Cathy Buto
3   was there and then Bob Berenson.
4        I don't remember who was at the Center
5   for Beneficiary Services when I first arrived.
6   But Carol Cronen was in that position for the
7   majority of the time I was there.
8        MR. COOK:  This is a good place for a
9   break.
10       MS. YAVELBERG:  If you want.
11       MR. COOK:  Take a short break.
12       VIDEOGRAPHER:  The time is 10:11 a.m.
13  We are going off the record concluding tape
14  number one in the deposition of Nancy-Ann DeParle
15  in the matter of In re: Pharmaceutical Industry
16  Average Wholesale Price Litigation.
17            - - -
18       (Recessed at 10:11 a.m.)
19       (Reconvened at 10:24 a.m.)
20            - - -
21       VIDEOGRAPHER:  The time is 10:24 a.m.
22  We are going back on the starting tape 2 in the

Page 76

1   matter of In re: Pharmaceutical Industry Average
2   Wholesale Price Litigation.
3        (Exhibit Abbott 199 was marked for
4   identification.)
5   BY MR. COOK:
6   Q.  Ms. DeParle, I've handed you what we
7   marked Exhibit Abbott 199, which is a copy of the
8   complaint in this case.
9        MS. YAVELBERG:  Do you have a copy of
10  that?
11       MR. COOK:  We can get those.
12       MS. YAVELBERG:  Thank you.
13  A.  Yes.
14  Q.  Do you recognize that as the complaint
15  that you reviewed in preparation for the
16  deposition?
17  A.  Honestly, I didn't read it that
18  closely, but it looks, looks like it.
19  Q.  I would like to turn your attention
20  specifically to page 12 of the complaint.  It
21  lists a number of drugs I would like to draw your
22  attention to.  The first is sodium chloride .9

Page 77

1   percent.  You see there's a couple other places
2   where we have normal saline solution and sterile
3   saline.
4        Do you know, what is sodium chloride
5   solution?  Do you know?
6   A.  I don't know.
7   Q.  Are you familiar with bags of saline
8   that are used in the hospital setting?
9   A.  I have seen them, yes.
10  Q.  Also included on this list is 5 percent
11  Dextrose/Normal Saline Solution and 5 percent
12  Dextrose in water.
13       Are you familiar with bags of Dextrose
14  in water solution that are used in a hospital
15  setting?
16  A.  No.
17  Q.  And do you know what Vancomycin is?
18  A.  I'm not a clinician.  No, I don't
19  really know.
20  Q.  I would like to hand you what we've
21  marked as Government Exhibit Abbott 200.  And I'm
22  told that I screwed up.  I'm sorry.  I shouldn't

20 (Pages 74 to 77)

DeParle, Nancy-Ann                                                                May 18, 2007
Washington, DC

Page 134

1    Q. And indicates that HCFA had, in fact,
2  included a provision in the President's 1998
3  Budget Bill, or the President included the
4  provision in that budget bill, that would have
5  eliminated the mark-up of the drugs billed by
6  Medicare by requiring physicians to bill the
7  program the actual acquisition costs.
8       Do you see that?
9    A. Yes, I do.
10   Q. Do you recall that that was, in fact,
11 included in the President's proposed budget for
12 1998?
13   A. Yes.
14   Q. And Congress chose not to enact that
15 provision; correct?
16       MS. YAVELBERG: Objection; form.
17   A. It was not enacted.
18   Q. I mean, Congress did not enact the
19 provision; right?
20   A. That's correct.
21   Q. Congress instead enacted the provision
22 providing for a payment at 95 percent of AWP;

Page 135

1  right?
2    A. Yes.
3    Q. And requiring it to pay at 95 percent
4  of AWP; correct?
5    A. Yes.
6    Q. And if you turn to Exhibit A1 --
7  Appendix A1, I'm sorry, to Exhibit Abbott 002.
8  It's Appendix page A1 of Exhibit Abbott 002. If
9  you keep going backwards a little bit. It's a
10 list of the 22 drugs that the OIG reported,
11 reviewed.
12   A. Appendix A and it has A1 at the bottom
13 of the page?
14   Q. Correct.
15   A. Yes. I'm looking at it.
16   Q. And if you turn to the left, you'll see
17 at the bottom, Vancomycin, HCPCS Code J3370? At
18 the very bottom there is Vancomycin, HCPCS, which
19 is H-C-P-C-S, Code J3370.
20      Do you recall that Vancomycin was one
21 of the drugs involved in this particular case?
22   A. No, I don't.

Page 136

1    Q. If you have a copy of the complaint in
2  front of you, it's Exhibit Abbott 199.
3    A. Yes.
4    Q. If you turn to page 12 of the
5  complaint, it lists Vancomycin, the second drug
6  with HCPCS Code of J3370?
7    A. Yes.
8    Q. And if you turn to page B3 of Exhibit
9  Abbott 002, so two pages over from where you are.
10   A. Sorry?
11   Q. Of page B3.
12   A. B3.
13   Q. It's Appendix B, two pages over.
14 You'll see it lists what purports to be a summary
15 of wholesale prices and estimated savings for
16 1996.
17   A. Yes.
18   Q. The bottom, the last HCPCS Code is
19 J3370?
20   A. Yes.
21   Q. That's the same HCPCS Code as on page
22 12 of the complaint?

Page 137

1    A. There is like 12 codes on page 12.
2    Q. The second code down that's next to
3  Vancomycin Hydrochloride is J3370?
4    A. The code is the same, yes.
5    Q. Right. And then on page A1, a couple
6  pages earlier, code J3370 corresponds to
7  Vancomycin Hydrochloride according to the OIG
8  report?
9    A. I guess. I mean I don't -- I'm not a
10 clinician. I don't know these codes and I know
11 that words beside the description of J3370 in
12 Appendix A are different than the ones in the
13 complaint and the ones in the Appendix B. So I
14 don't know, I can't swear that they are all the
15 same.
16   Q. But the J code is the same?
17   A. The J code number is the same.
18   Q. If you'll turn to page B3 again of
19 Exhibit Abbott 002? The OIG report that of
20 provided to you and to your agency in December of
21 1997 indicates that for J code 3370, Vancomycin,
22 if you look four columns over, that the lowest

35 (Pages 134 to 137)