# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) |
| | MDL NO. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) ) ) ) |
| | Chief Magistrate Judge Marianne B. Bowler |

## ABBOTT LABORATORIES INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER BARRING THE DEPOSITION OF ITS CEO, MILES WHITE

   Abbott Laboratories Inc. respectfully requests leave to file the attached reply brief concerning its Motion for Protective Order Barring the Deposition of Its CEO, Miles White (Dkt. No. 4202).  The United States does not oppose Abbott's motion.

Dated:  July 17, 2007

Respectfully submitted,

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Jason G. Winchester
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories Inc.*

CHI-1598126v1

CHI-1598126v1

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR PROTECTIVE ORDER BARRING THE DEPOSITION OF ITS CEO, MILES WHITE to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 17th day of July, 2007.

                                              /s/ Brian J. Murray
                                              Brian J. Murray