## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL NO. 1456 <br><br> CIVIL ACTION: 01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 06-CV-11337-PBS | ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

### ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO UNITED STATES' OPPOSITION TO ABBOTT'S RENEWED MOTION TO COMPEL EVIDENCE WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE

Abbott Laboratories, Inc. respectfully requests leave to file the attached reply brief concerning its Renewed Motion to Compel Evidence Withheld Under the Deliberative Process Privilege (Dkt. No. 3959). Since Abbott's prior briefing on the deliberative process privilege, the Government has taken further actions to assert the deliberative process privilege in this case to withhold evidence that Abbott believes is fundamental to its defense. Abbott's reply brief seeks to update the Court on those developments and to respond to the arguments raised in United States' brief in opposition (Dkt. No. 4076).

Counsel for Abbott has previously consulted with counsel for the United States about the filing of a reply brief; counsel for the United States did not oppose the filing.

Dated: July 17, 2007

Respectfully submitted,

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

     I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO UNITED STATES' OPPOSITION TO ABBOTT'S RENEWED MOTION TO COMPEL EVIDENCE WITHHELD UNDER THE DELIBERATIVE PROCESS PRIVILEGE to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 17th day of July, 2007.

                                        /s/ David S. Torborg
                                        David S. Torborg