# Exhibit N

~7155387.txt

1

1                          N O T I C E

2              This transcript is a ROUGH DRAFT,

3   UNEDITED, UNCERTIFIED TRANSCRIPT ONLY.  It contains

4   the raw output from the court reporter's stenotype

5   machine, translated into English by the court

6   reporter's computer, without the benefit of

7   proofreading.  It will contain untranslated steno

8   strokes, mistranslations (wrong words), and

9   misspellings.  These and any other errors will be

10  corrected in the final transcript.

11              Since this rough draft transcript has

12  not been proofread, the court reporter cannot assume

13  responsibility for any errors.   This rough draft

14  transcript is intended to assist attorneys in their

15  case preparation and is not to be construed as the

16  final transcript.  It is not to be read by the witness

17  or quoted in any pleading or for any other purpose and

18  may not be filed with any court.

19

20              UNITEDSTATES DISTRICT COURT

21            FOR THE DISTRICT OF MASSACHUSETTS

22  - - - - - - - - - - - - - - - -x

2

1   IN RE:   PHARMACEUTICAL      :  MDL NO. 1456

2   INDUSTRY AVERAGE WHOLESALE   :  CIVIL ACTION

Page 1

~7155387.txt

20

21

22

11

1         Videotaped Deposition of THOMAS A.

2   SCULLY, a witness herein, called for examination by

3   counsel for Abbott Laboratories in the above-entitled

4   matter, pursuant to subpoena, the witness being duly

5   sworn by Cassandra E. Ellis, a Notary Public in and

6   for the District of Columbia, taken at the offices of

7   Jones Day, 51 Louisiana Avenue, Northwest, Washington,

8   D.C., at 8:50 a.m. on Friday, July 13, 2007, and the

9   proceedings being taken down by Stenotype by CASSANDRA

10   E. ELLIS, RPR, Livenote Certified Reporter, and

11   transcribed under her direction.

12

13

14

15

16

17

18

19

20

21

22

12

~7155387.txt

232

1   WACs and the AMPses decline over time right.

2              MR. RIKLIN:  Objection to form.

3              MR. NEAL:  I'll join in the objection you

4   can answer.

5        A    Yes.

6        Q    Now if you turn to page 13 of the

7   complaint, exhibit 28, just read to yourself paragraph

8   40?

9        A    Yes.

10       Q    Okay.  Now this is a complaint that was

11  signed the 22nd Dey of August, 2006, and on paragraph

12  40 in the first sentence it says, AWP is used to refer

13  to the price at which a pharmaceutical firm or a whole

14  saler sells a drug to a retail customer who then

15  administers it to a patient, do you see that?

16       A    Yes.

17       Q    That's not what AWP was viewed as that's

18  not the view of CMS as to what AWP was?

19             MR. NEAL:  Objection as to form.

20  BY MR. ESCOBAR:

21       Q    Is it?

22             MR. NEAL:  This is not a 30 (b)(6) this is

233

1   into the a 30 (b)(6) deposition you can answer.

2        A    No, I don't think that's what AWP is

Page 188

~7155387.txt

3  commonly considered to be I think that's an inaccurate

4  description.

5        Q    In fact that's a completely inaccurate

6  statement of AWP right?

7             MR. NEAL:  Objection as to form.

8        A    I think it's probably a poor description

9  yes.

10       Q    Because it's not accurate?

11       A    Yes.

12            MR. NEAL:  Objection as to form.

13  BY MR. ESCOBAR:

14       Q    Now you would think that -- well let's take

15  the next one -- WAC is used to refer to the price at

16  which a pharmaceutical firm typically sells a drug to

17  wholesalers who will then resell it to a retail

18  customer; do you see that?

19       A    Yes.

20       Q    And that's a description of what WAC is, is

21  also not accurate; is it?

22            MR. NEAL:  Objection as to form.

234

1        A    Well, a little closer.

2        Q    But it's not accurate, is it?

3             MR. NEAL:  Objection.

4        A    Probably not totally accurate.

5        Q    In fact, that sentence where the government

6  describes in the complaint against Dey what WAC is,

7  this does not include the fact that it's shall a list

8  price before a discounts which is the actual

Page 189

~7155387.txt

1  somebody actually pays.

2       Q   And you'll agree with me paragraph 42

3  doesn't talk about or doesn't say that AWP should be

4  the price at which a pharmaceutical manufacturer sells

5  a product to its customer; correct?

6       A   No, I --

7            MR. GOBENA:  Objection to the form, the

8  document speaks for itsself.

9       A   Yeah, I didn't say that, either.  I said,

10  you could look at this and say, in a dictionary, if

11  that's what you thought to define AWP as, in a very

12  basic way that's one way that you can look at it, I

13  don't think it's an accurate reflection of how it

14  works in the real word.

15       Q   And, in fact, paragraph 42, in Exhibit 19,

16  purports to refer to the way AWP is used in the real

17  world; correct?

18            MR. RIKLIN:  Objection to form.

19            MR. GOBENA:  Objection to form, the

20  document speaks for itself.

21       A   I don't know.  I would have to read the

22  whole -- yeah, I'm not sure of the context it's in.

                                              396

1       Q   Well, let's talk about paragraph 42.  The

2  sentence reads that AWP is used to refer to the price

3  which a pharmaceutical firm or a wholesaler sells a

4  drug to a retail customer, who then administers it to

Page 320

~7155387.txt

5   a patient, to start with, do you use average wholesale

6   price to refer to the price at which a firm sells a

7   drug to a wholesaler or a customer?

8           MR. GOBENA:  Object to the form.

9       A   Do I -- do I have my government context, I

10  would say no.

11      Q   All right.  Have you ever used average

12  wholesale price to refer to the price at which a

13  pharmaceutical firm or a wholesaler sells a drug to a

14  retail customer?

15      A   No.

16          MR. GOBENA:  Object to the form.

17  BY MR. COOK:

18      Q   Have you ever heard anybody else use AWP to

19  refer to the price of which a pharmaceutical firm or a

20  wholesaler sells a drug to a retail customer?

21          MR. GOBENA:  Object to the form.

22      A   No.

                                                    397

1       Q   And when you talk about what average

2   wholesale price is supposed to be you're referring to,

3   I assume, and you can tell me if I'm correct, the

4   dictionary definition for the words, average,

5   wholesale, and price?

6       A   Yes.

7       Q   You're not referring to the manner in which

8   it's ever been used, commonly, in the industry;

9   correct?

10          MR. GOBENA:  Object to the form.
                    Page 321