Exhibit 1

**Exhibit 1: New Drugs For Each Defendant in FACC Not Listed in Cicala Decl. Ex. A-2**

* Ex. B of FACC incorrectly attributes drug to defendant.

| No. | Defendant | New Drug |
|---|---|---|
| 1. | Abbot | Bleomycin Sulfate |
| 2. | Abbott | Butorphanol |
| 3. | Abbott | Dyphenhydramine |
| 4. | Abbott | Hydromorphone |
| 5. | Abbott | Mobic |
| 6. | Abbott | Naloxone |
| 7. | Abbott | Promethazine |
| 8. | Abbott | Verapaniel |
| 9. | Alpharma | Amikacin |
| 10. | Alpharma | APAP |
| 11. | Alpharma | Bleomycin Sulfate |
| 12. | Alpharma | Cefazolin |
| 13. | Alpharma | Citalopram |
| 14. | Alpharma | Clotrimazole |
| 15. | Alpharma | Clotrimazole betameth |
| 16. | Alpharma | Cytarabine |
| 17. | Alpharma | Fluorouracil |
| 18. | Alpharma | Fluoxetine |
| 19. | Alpharma | Hydromorphone |
| 20. | Alpharma | Lactulose |
| 21. | Alpharma | Leucovorin Calcium |
| 22. | Alpharma | Methotrexate |
| 23. | Alpharma | Mitomycin |
| 24. | Alpharma | Morphine Rapiject |
| 25. | Alpharma | Morphine Sulfate |
| 26. | Alpharma | Prednisolone syrup |
| 27. | Alpharma | Promethazine VC syrup |
| 28. | Alpharma | Promethazine VC/COD syrup |
| 29. | Alpharma | Promethazine w/dm syrup |
| 30. | Alpharma | Promethazine/Codeine syrup |
| 31. | Alpharma | Selenium Sulf shampoo |
| 32. | Alpharma | Tizanidine HCl |
| 33. | Alpharma | Vinblastine |
| 34. | Alpharma | Vincristine |
| 35. | Amgen | Aranesp |
| 36. | Amgen | Enbrel |
| 37. | Amgen | Epogen |
| 38. | Amgen | Infergen |
| 39. | Amgen | Neupogen |

| 40. | AstraZeneca | Tamoxifen |
|---|---|---|
| 41. | AstraZeneca | Xylocaine-MPF |
| 42. | Barr Laboratories, Inc. | Amiodarone HCL |
| 43. | Barr Laboratories, Inc. | Amphetamine Salts |
| 44. | Barr Laboratories, Inc. | Fludrocortisole |
| 45. | Barr Laboratories, Inc. | Fluoxetine |
| 46. | Barr Laboratories, Inc. | Lithium |
| 47. | Barr Laboratories, Inc. | Mirtazapine |
| 48. | Barr Laboratories, Inc. | Aygestin* |
| 49. | Barr Laboratories, Inc. | Carisoprodol* |
| 50. | Barr Laboratories, Inc. | Diamox* |
| 51. | Barr Laboratories, Inc. | Seasonale* |
| 52. | Barr Laboratories, Inc. | Zebeta* |
| 53. | Barr Laboratories, Inc. | Ziac* |
| 54. | Bayer | Gamunex |
| 55. | Bayer | Koate-HP |
| 56. | Baxter | Phenergan |
| 57. | Baxter | Mesnex |
| 58. | Baxter | Prochlorperazi |
| 59. | Baxter | Meperidine |
| 60. | Baxter | Heparin |
| 61. | Baxter | Infumorph |
| 62. | Baxter | Transderm-Scop |
| 63. | Baxter | Lidocaine HCL |
| 64. | Baxter | Cyclophospham |
| 65. | Baxter | Amipicillin |
| 66. | Bedford | Adriamycin HCl |
| 67. | Bedford | Bleomycin |
| 68. | Bedford | Bumetanide |
| 69. | Bedford | Butorphanol Tartrate |
| 70. | Bedford | Cisplatin |
| 71. | Bedford | Dacarbazine |
| 72. | Bedford | Daunorubicin HCl |
| 73. | Bedford | Dihydroergotamine Mesylate |
| 74. | Bedford | Doxycycline |
| 75. | Bedford | Levothyroxine Sodium |
| 76. | Bedford | Pamidronate Disodium |
| 77. | Bedford | Valproate Sodium |
| 78. | Bedford | Vinorelbine Tartrate |
| 79. | BMS | Cafcit |
| 80. | BMS | Coumadin |
| 81. | BMS | Hycodan |
| 82. | BMS | Percocet |
| 83. | BMS | Percodan |
| 84. | BMS | Pletal |

2

| 85. | Boehringer Ingelheim Pharmaceuticals, Inc. | Micardis |
| --- | --- | --- |
| 86. | Boehringer Ingelheim Pharmaceuticals, Inc. | Mirapex |
| 87. | Boehringer Ingelheim Roxane Inc. | Acetaminophen |
| 88. | Boehringer Ingelheim Roxane Inc. | Albuterol |
| 89. | Boehringer Ingelheim Roxane Inc. | Alprazolam Intensol |
| 90. | Boehringer Ingelheim Roxane Inc. | Butorphanol Tartrate |
| 91. | Boehringer Ingelheim Roxane Inc. | Calcium Carbonate |
| 92. | Boehringer Ingelheim Roxane Inc. | Calcium Gluconate |
| 93. | Boehringer Ingelheim Roxane Inc. | Calcitriol |
| 94. | Boehringer Ingelheim Roxane Inc. | Clotrimazole |
| 95. | Boehringer Ingelheim Roxane Inc. | Dolophine |
| 96. | Boehringer Ingelheim Roxane Inc. | Leucovorin |
| 97. | Boehringer Ingelheim Roxane Inc. | Mefloquine Hydrochloride |
| 98. | Boehringer Ingelheim Roxane Inc. | Megestrol Acetate |
| 99. | Boehringer Ingelheim Roxane Inc. | Mirtazapine |
| 100. | Boehringer Ingelheim Roxane Inc. | Morphine |
| 101. | Boehringer Ingelheim Roxane Inc. | Nafazodone Hydrochloride |
| 102. | Boehringer Ingelheim Roxane Inc. | Tamoxifen Citrate |
| 103. | Chiron | Cytarabine |
| 104. | Chiron | Doxorubicin |
| 105. | Chiron | Leucovorin |
| 106. | Chiron | Methotrexate |
| 107. | Dey | Duoneb |
| 108. | Eli Lilly | Iletin |
| 109. | Eli Lilly | Lorabid |
| 110. | Eli Lilly | Phenobarbital |
| 111. | Eli Lilly | Symbyax |
| 112. | Eli Lilly | Vancomycin |
| 113. | Endo | Oxycodone w/APAP |
| 114. | Ethex | Benazepril HCL |
| 115. | Ethex | Buspirone HCL |
| 116. | Ethex | Buspirone HCL |
| 117. | Ethex | Carbidopa-Levob |
| 118. | Ethex | Doxasozin* |
| 119. | Ethex | Ethezyme |
| 120. | Ethex | Ethedent Dental Cream |
| 121. | Ethex | Guaifenex |
| 122. | Ethex | Hydrocodone-APAP |
| 123. | Ethex | Oxydose |
| 124. | Ethex | Pangestyme |
| 125. | Ethex | Prednisolone |
| 126. | Ethex | Propafenone HCL |
| 127. | Forest | Benzonatate |

3

| | | |
|---|---|---|
| 128. | Forest | Butalbital |
| 129. | Forest | Carbamazepine |
| 130. | Forest | Diltiazem HCL |
| 131. | Forest | Hydrocodone |
| 132. | Forest | Indomethacin |
| 133. | Forest | Isosorbide |
| 134. | Forest | Theophylline |
| 135. | Greenstone LTD | Glipizide XL |
| 136. | Greenstone LTD | Oxaproxin |
| 137. | Greenstone LTD | Spironolactone |
| 138. | Hoffmann-La Roche | Kytril[1] |
| 139. | Ivax | Acetaminphen |
| 140. | Ivax | Acetaminphen /COD #3 |
| 141. | Ivax | Amox Tr-K CLV |
| 142. | Ivax | APAP |
| 143. | Ivax | Aspirin |
| 144. | Ivax | Bacitracin |
| 145. | Ivax | Bisoprolol/HCTZ |
| 146. | Ivax | Bromatane DX Cough Syrup |
| 147. | Ivax | Buspirone |
| 148. | Ivax | Buspirone HCL |
| 149. | Ivax | Cefuroxime Axetil |
| 150. | Ivax | Chlorzoxazone |
| 151. | Ivax | Diphenhydramine |
| 152. | Ivax | Electrolyte Solution |
| 153. | Ivax | Fiber Laxative |
| 154. | Ivax | Fluoxetine HCL |
| 155. | Ivax | Fluphenazine |
| 156. | Ivax | Fluvoxamine MAL |
| 157. | Ivax | Gentamicin |
| 158. | Ivax | Glyburide-Metformin |
| 159. | Ivax | Leucovorin Calcium |
| 160. | Ivax | Lithium Carbonate |
| 161. | Ivax | Lorazepam |
| 162. | Ivax | Loxapine Succinate |
| 163. | Ivax | Methylphenidate |
| 164. | Ivax | Miconazole |
| 165. | Ivax | Nifedipine |
| 166. | Ivax | Proglycem |
| 167. | Ivax | Ranitidine |
| 168. | Ivax | Tamoxifen |
| 169. | Ivax | Terazosin |

---

[1] Kytril appeared in the exhibits to the CC bearing the NDCs of its previous owner, SmithKline Beecham. It was identified for the first time under Roche's labeler codes in the FACC.

4

| | | |
|---|---|---|
| 170. | Ivax | Vitamin BL |
| 171. | J&J | Betimol |
| 172. | J&J | Bicitra |
| 173. | J&J | Flexeril |
| 174. | J&J | Mycelex |
| 175. | J&J | Ortho-Evra |
| 176. | J&J | Polycitra |
| 177. | J&J | Remicade |
| 178. | J&J | Tylenol Extra-Strength |
| 179. | J&J | Ultracet |
| 180. | King | Corgard |
| 181. | King | Corzide |
| 182. | King | Delestrogen |
| 183. | King | Intal |
| 184. | King | Ortho Prefest |
| 185. | King | Skelaxin |
| 186. | King | Sonata |
| 187. | Mylan | Aspirin |
| 188. | Mylan | Buspirone |
| 189. | Mylan | Butorphanol |
| 190. | Mylan | Doxazosin |
| 191. | Mylan | Etoposide |
| 192. | Mylan | Fluoxetine |
| 193. | Mylan | Levothyroxine |
| 194. | Mylan | Megestrol |
| 195. | Mylan | Metronidazole |
| 196. | Mylan | Metoprolol-HCTZ |
| 197. | Mylan | Mirtazapine |
| 198. | Mylan | Oxaprozin |
| 199. | Mylan | Selegiline |
| 200. | Mylan | Sotalol |
| 201. | Mylan | Tamoxifen |
| 202. | Mylan | Tizanidine |
| 203. | Mylan | Vitamin C |
| 204. | Novartis Pharmaceuticals Corp. | Combipatch |
| 205. | Novartis Pharmaceuticals Corp. | Exelon Oral Solution |
| 206. | Par Pharmaceutical | Buspirone |
| 207. | Par Pharmaceutical | Doxazosin Mesylate |
| 208. | Par Pharmaceutical | Fluoxetine |
| 209. | Par Pharmaceutical | Glyburide-Metformin |
| 210. | Par Pharmaceutical | Mirtazapine |
| 211. | Par Pharmaceutical | Oxaprozin |
| 212. | Par Pharmaceutical | Paroxetine |
| 213. | Par Pharmaceutical | Questran |
| 214. | Par Pharmaceutical | Sumycin |

| | | |
|---|---|---|
| 215. | Par Pharmaceutical | Tizanidine |
| 216. | Par Pharmaceutical | Torsemide |
| 217. | Pharmacia Corporation | Genotropin Miniquick |
| 218. | Pharmacia Corporation | Nicotrol Cartridge Inhaler |
| 219. | Pharmacia Corporation | Nicotrol Spray |
| 220. | Pharmacia Corporation | Xanax XR |
| 221. | Pfizer Inc. | Chloromycetin |
| 222. | Pfizer Inc. | Omnicef |
| 223. | Pfizer Inc. | Piroxicam |
| 224. | Sandoz | Aristospan |
| 225. | Sandoz | Betamethasone Dp |
| 226. | Sandoz | Captopril/Hctz |
| 227. | Sandoz | Cefuroxime |
| 228. | Sandoz | Cholestyramine |
| 229. | Sandoz | Clonazepam 1MG Tablet |
| 230. | Sandoz | Doxycycline Mono 100MG CAP |
| 231. | Sandoz | Enalapril/HCTZ |
| 232. | Sandoz | Erythromycin-Benzoyl Gel |
| 233. | Sandoz | Ferrous Gluconate |
| 234. | Sandoz | Fioricet w/Codeine |
| 235. | Sandoz | Fiorinal/Codeine |
| 236. | Sandoz | Fluoxetine |
| 237. | Sandoz | Hyderginelc |
| 238. | Sandoz | Hydrocortisone |
| 239. | Sandoz | Hydrocortisone Val .2% Oin |
| 240. | Sandoz | Isoniazid |
| 241. | Sandoz | Lidocaine-Prilocaine Cream |
| 242. | Sandoz | Metolazone |
| 243. | Sandoz | Methimazole |
| 244. | Sandoz | Oxaprozin |
| 245. | Sandoz | Pemoline |
| 246. | Sandoz | Penicillin G POT |
| 247. | Sandoz | Principen |
| 248. | Sandoz | Rifampin |
| 249. | Sandoz | Sandimmune |
| 250. | Sandoz | Sandostatin |
| 251. | Sandoz | Sotalol |
| 252. | Sandoz | Stadol |
| 253. | Sandoz | Sulfadiazine |
| 254. | Sandoz | Terazosin HCL |
| 255. | Sandoz | Tizanidine HCL |
| 256. | Sandoz | Tobramycin |
| 257. | Sandoz | Trimox |
| 258. | Sandoz | Veetids |
| 259. | Sandoz | Warfarin Sodium |

| 260. | Sanofi-Aventis group | Ambien |
|---|---|---|
| 261. | Sanofi-Aventis group | calcitonin salmon |
| 262. | Sanofi-Aventis group | cromolyn nebulizer solution |
| 263. | Sanofi-Aventis group | Dermatop |
| 264. | Sanofi-Aventis group | desmopressin |
| 265. | Sanofi-Aventis group | indapamide |
| 266. | Sanofi-Aventis group | Kerlone |
| 267. | Sanofi-Aventis group | Silvadene |
| 268. | Sanofi-Aventis group | theophylline |
| 269. | Schering Group | PEG-Intron |
| 270. | Schering Group | Oxaprozin |
| 271. | Schering Group | Potassium CL |
| 272. | Schering Group | Sodium Chloride |
| 273. | Serono Inc. | Novantrone |
| 274. | TAP | Spectracef |
| 275. | Teva | Adrucil |
| 276. | Teva | Amox TR-K CIV |
| 277. | Teva | Bleomycin |
| 278. | Teva | Buspirone |
| 279. | Teva | Calcitriol |
| 280. | Teva | Cephradine |
| 281. | Teva | Cisplatin-AQ |
| 282. | Teva | Cotrim DS |
| 283. | Teva | Dacarbazine |
| 284. | Teva | Desmopressin AC |
| 285. | Teva | Dexamethasone |
| 286. | Teva | Diclofenac |
| 287. | Teva | Disopyramide |
| 288. | Teva | Doxorubicin |
| 289. | Teva | Enalapril |
| 290. | Teva | Etoposide |
| 291. | Teva | Fluoxetine |
| 292. | Teva | Hydrocodone BT-Ibuprofen |
| 293. | Teva | Ibuprofen |
| 294. | Teva | Imipramine |
| 295. | Teva | Leucovorin |
| 296. | Teva | Megestrol Acet |
| 297. | Teva | Methylphenidate |
| 298. | Teva | Miconazole Nitrate |
| 299. | Teva | Mirtazapine |
| 300. | Teva | Otocortear |
| 301. | Teva | Oxaprozin |
| 302. | Teva | Oxycodone |
| 303. | Teva | Phosphate Fluoride |
| 304. | Teva | Prenatal 1 + Iron |

| | | |
|---|---|---|
| 305. | Teva | Prenatal Rx w/b-Carotene |
| 306. | Teva | Previfem |
| 307. | Teva | Promethazine |
| 308. | Teva | Propacet |
| 309. | Teva | Propranolol |
| 310. | Teva | Tamoxifen |
| 311. | Teva | Theochron |
| 312. | Teva | Tizanidine |
| 313. | Teva | Tramadol |
| 314. | Teva | Vincristine |
| 315. | Watson | Acetaminophen (without codeine) |
| 316. | Watson | Actigall |
| 317. | Watson | Amantadine |
| 318. | Watson | Antibiotic Ear Suspension |
| 319. | Watson | Aspirin |
| 320. | Watson | Benzoyl Peroxide |
| 321. | Watson | Bupropion |
| 322. | Watson | Bupropion HCL |
| 323. | Watson | Buspirone HCL |
| 324. | Watson | Calcium Antacid |
| 325. | Watson | Calcium Carbonate |
| 326. | Watson | Carbamazepine |
| 327. | Watson | Cefuroxime Axetil |
| 328. | Watson | Chewable-Vite Tablet |
| 329. | Watson | Clotrimazole |
| 330. | Watson | Cyproheptadine |
| 331. | Watson | Desonide |
| 332. | Watson | Dexachlor |
| 333. | Watson | Dexchlor |
| 334. | Watson | Doxazosin Mesylate |
| 335. | Watson | Fioricet |
| 336. | Watson | Fluoxetine HCL |
| 337. | Watson | Hydrocodone BT-Ibuprofen |
| 338. | Watson | Loperamide |
| 339. | Watson | Miconazole-7 |
| 340. | Watson | Microgestin FE |
| 341. | Watson | Mirtazapine |
| 342. | Watson | Morphine Sulf |
| 343. | Watson | Multivitamin Tablet |
| 344. | Watson | Neomycin-Poly Gu Irr Ampul |
| 345. | Watson | Nitrofurantoin-Macro |
| 346. | Watson | Perphenazine |
| 347. | Watson | Poly-Vitamin |
| 348. | Watson | Polyvitamins w/Iron |
| 349. | Watson | Propoxy-N/APAP |

| 350. | Watson | Reguloid Powder Orange |
| --- | --- | --- |
| 351. | Watson | Rulox Plus Suspension |
| 352. | Watson | Saline Mist |
| 353. | Watson | Sodium Bicarb |
| 354. | Watson | Thioridazine |
| 355. | Watson | Tri-Vitamin Drops |
| 356. | Watson | Ursodiol |
| 357. | Watson | Vitamin B Complex |
| 358. | Watson | Vitamin B-1 |
| 359. | Wyeth | Amoxicillin |
| 360. | Wyeth | Cefaclor |
| 361. | Wyeth | Gemfibrozil |
| 362. | Wyeth | Oxybutynin |
| 363. | Wyeth | Potassium Choloride |
| 364. | Wyeth | Serax |
| 365. | Wyeth | Vancomycin |
| 366. | Wyeth | Children's Advil |