UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| _____ | ) | |
| IN RE PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION NO. 01-CV-12257-PBS |
| _____ | ) | |
| | ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| ALL ACTIONS | ) | |
| _____ | ) | |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to District of Massachusetts Local Rule 83.5.2(c), Defendant AstraZeneca Pharmaceuticals LP ("AstraZeneca") moves this court for leave to withdraw attorney Carlos Pelayo from the above-captioned matter. Mr. Pelayo was an attorney practicing at Davis Polk & Wardwell, representing AstraZeneca in the above-captioned matter. He is no longer associated with Davis Polk & Wardwell and will no longer be able to represent AstraZeneca. All other counsel of record for AstraZeneca will continue to appear as counsel for AstraZeneca in this matter.

Respectfully Submitted,

/s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO #663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Dated: July 19, 2007        Attorneys for AstraZeneca Pharmaceuticals LP

- 2 -

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiffs on this motion, and that counsel for plaintiffs consents to the motion.

/s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on July 19, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper