## EX. 2: TOTAL NDCs FOR BRANDED SADs WITHIN VARIOUS SPREAD THRESHOLDS

**NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs [1]**          2495

| Spread Threshold | # of NDCs Within Spread Threshold [2] | % of NDCs Within Spread Threshold |
|---|---|---|
| **30%** | 1448 | 58% |
| **35%** | 1824 | 73% |
| **40%** | 1956 | 78% |

Notes:

[1] Starting with the list of NDCs in Exhibit B-1 to the July 11, 2007 Declaration of Joanne M. Cicala, an NDC was included as a "Branded SAD" if it was: (i) a self-administered drug (SAD), (ii) a single source drug during any part of the period 1995 – 2005, (iii) not alleged to be subject to "FUL Fraud" according to Cicala Exhibit B-1, and (iv) not a vaccine or a blood plasma product.

[2] This is the number of NDCs for which the "ABC and Cardinal Weighted Average Spread" or the "McKesson Spread" percentage presented in Cicala Exhibit B-1 is within each specified spread threshold.

1

**NDCs FOR BRANDED SADs WITHIN VARIOUS SPREAD THRESHOLDS BY DEFENDANT**

**Abbott NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**             **61**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 8 | 68% |
| **35%** | 16 | 82% |
| **40%** | 16 | 85% |

**AMGEN NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**             **4**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 2 | 50% |
| **35%** | 4 | 100% |
| **40%** | 4 | 100% |

**AstraZeneca NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**             **95**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 64 | 67% |
| **35%** | 73 | 77% |
| **40%** | 80 | 84% |

**Barr NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**             **19**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 7 | 37% |
| **35%** | 15 | 79% |
| **40%** | 19 | 100% |

**Bayer NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**           **31**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 18 | 58% |
| **35%** | 30 | 97% |
| **40%** | 31 | 100% |

**Biogen Idec Inc. NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**           **2**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 1 | 50% |
| **35%** | 2 | 100% |
| **40%** | 2 | 100% |

**BIPI NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**           **34**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 29 | 85% |
| **35%** | 31 | 91% |
| **40%** | 34 | 100% |

**BIRI NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**           **12**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 6 | 50% |
| **35%** | 9 | 75% |
| **40%** | 9 | 75% |

**BMS NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs**                                    **205**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| 30% | 115 | 56% |
| 35% | 168 | 82% |
| 40% | 187 | 91% |

**Chiron NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                   **2**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| 30% | 1 | 50% |
| 35% | 2 | 100% |
| 40% | 2 | 100% |

**Dey NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                   **8**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| 30% | 6 | 75% |
| 35% | 8 | 100% |
| 40% | 8 | 100% |

**Endo NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                   **20**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| 30% | 15 | 75% |
| 35% | 17 | 85% |
| 40% | 17 | 85% |

**Eli Lilly NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**          **62**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 45 | 73% |
| **35%** | 56 | 90% |
| **40%** | 58 | 94% |

**Forest NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**          **106**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 46 | 43% |
| **35%** | 55 | 52% |
| **40%** | 62 | 58% |

**Fujisawa NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**          **18**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 8 * | 44% |
| **35%** | 13 * | 72% |
| **40%** | 15 * | 83% |

* One spread for a Fujisawa Branded SAD NDC was not listed for either ABC/Cardinal Weighted Avg. or McKesson.  The only spread listed was from Other Sources but was identified at 29%.  It is not on the list of 694 in exhibit B-2 to the Cicala Dec.  This NDC is included in the total in this column.  In addition, one spread which fell above each threshold only listed a McKesson spread -- no ABC/Cardinal spread.  This was not excluded and counted as a branded SAD still in.

**GSK NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs***          **245**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 177 | 72% |
| **35%** | 213 | 87% |
| **40%** | 226 | 92% |

* Over-the-counter (OTC) drugs are excluded from the total NDCs for branded SADs.

5

**Immunex NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                    1

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| 30% | 1 | 100% |
| 35% | 1 | 100% |
| 40% | 1 | 100% |

**Ivax NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                    7

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| 30% | 3 | 43% |
| 35% | 5 | 71% |
| 40% | 6 | 86% |

**J&J NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                    153

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| 30% | 95 | 62% |
| 35% | 135 | 88% |
| 40% | 138 | 90% |

**King NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                    157

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| 30% | 38 | 24% |
| 35% | 54 | 34% |
| 40% | 58 | 37% |

**Merck & Co., Inc. NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**          **185**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| **30%** | 136 | 74% |
| **35%** | 160 | 86% |
| **40%** | 165 | 89% |

**Mylan NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**          **29**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| **30%** | 5 | 17% |
| **35%** | 8 | 28% |
| **40%** | 11 | 38% |

**Novartis Pharmaceuticals Corp. NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs***          **203**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| **30%** | 117 | 58% |
| **35%** | 144 | 71% |
| **40%** | 149 | 73% |

* Calculations exclude all NDCs that never belonged to Novartis Pharmaceuticals Corporation, which consist of 6 Novartis Consumer Health NDCs.

**Organon NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**          **12**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| **30%** | 7 | 64% |
| **35%** | 10 | 91% |
| **40%** | 10 | 91% |

**Par Pharmaceutical NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs\***                9

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 8 | 89% |
| **35%** | 8 | 89% |
| **40%** | 9 | 100% |

\* This number does not include NDC No. 49884-0693-01 (Akineton, 2 mg), which is listed in Exhibit B to the First Amended Consolidated Complaint. Plaintiffs have not provided any weighted average data to substantiate the spread alleged for this NDC, rendering it impossible to evaluate the accuracy of the spread alleged in Exhibit B. The "Total NDCs" number and the subsequent analysis do include three NDCs that consist of other manufacturers' labeler codes. Plaintiffs have attributed these NDCs to Par in Exhibit B. Par does not, by its analysis of the spreads alleged, concede that the attribution of these NDCs to Par is appropriate.

**Pfizer and Pharmacia NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                363

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 250 | 69% |
| **35%** | 312 | 86% |
| **40%** | 338 | 93% |

**Purdue Pharma L.P. NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                33

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 11 | 33% |
| **35%** | 16 | 48% |
| **40%** | 20 | 61% |

**Roche NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs\***                 **76**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 42 | 55% |
| **35%** | 57 | 75% |
| **40%** | 58 | 76% |

\*No data given for 12 of Roche's branded self-administered NDCs.


**"Sanofi-Aventis Group" NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs\***                 **148**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 98 | 66% |
| **35%** | 104 | 70% |
| **40%** | 114 | 77% |

\*These totals are for the drugs that are listed under the "Sanofi-Aventis Group" in Exhibit B-1 to the Cicala declaration.   Aventis Pharmaceuticals, Inc., which includes its predecessor companies and its division, Dermik Laboratories, is the only "Sanofi Aventis Group" defendant that is a proper defendant.  The exhibit contains 21 NDCs for products manufactured by Sanofi-Synthelabo, Inc., which was voluntarily dismissed from the lawsuit.  It also contains 13 NDCs for products manufactured by Sanofi Pasteur, which has never been named as a defendant or served in this litigation.


**Serono NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                 7

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|:---:|:---:|:---:|
| **30%** | 5 | 71% |
| **35%** | 7 | 100% |
| **40%** | 7 | 100% |

**Schering NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                   115

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| **30%** | 82 | 71% |
| **35%** | 92 | 80% |
| **40%** | 96 | 84% |

**TAP NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                   **10**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| **30%** | 2 | 20% |
| **35%** | 4 | 40% |
| **40%** | 5 | 50% |

**Watson NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                   **60**

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| **30%** | 15 | 25% |
| **35%** | 22 | 37% |
| **40%** | 29 | 48% |

**Wyeth NDCs for Branded SADs Within Specified Spread Thresholds**

**Total NDCs for Branded SADs**                   149

| Spread Threshold | # of NDCs Within Spread Threshold | % of NDCs Within Spread Threshold |
|---|---|---|
| **30%** | 85 | 57% |
| **35%** | 95 | 64% |
| **40%** | 99 | 66% |

* Over-the-counter (OTC) drugs are excluded from the total Branded NDCs.