# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 <br><br> CIVIL ACTION:  01-CV-12257-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO THE CLASS ACTION | |

## NOTICE OF APPEARANCE

The undersigned enters his appearance on behalf of the Defendant Sepracor, Inc.

/s/ Robert P. Sherman
Robert P. Sherman (BBO No. 458540)
DLA PIPER US LLP
33 Arch Street, 26th Floor
Boston, MA  02110-1447
(617) 406-6000

Dated:  July 20, 2007

BOST1\482004.1
352500-805