UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO THE CLASS ACTION | |

## NOTICE OF APPEARANCE

The undersigned enters his appearance on behalf of the Defendant Sepracor, Inc.

/s/ Richard D. Raskin
Richard D. Raskin
*Admitted Pro Hac Vice*
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 60603
312.853.7000

Dated: July 23, 2007

BOST1\482004.3
352500-805