# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | MASTER FILE NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs., Inc. et al.,* 01-CV-12257-PBS and 03-CV-11226-PBS; | |
| *State of Florida, et al. v. Boehringer Ingelheim Corp. et al.,* No. 4:06-476; | |
| *State of Idaho v. Abbott Laboratories*, No. 01-CV-12257-PBS (formerly 1:07-CV-10874); | |
| *People of the State of Illinois v. Abbott Labs.,* Case No. 1:06-5528; | |
| *Commonwealth of Kentucky ex rel. v. Warrick Pharmaceuticals Corp., et al.,* Case No. 3:06-69; | |
| *State of Mississippi v. Abbott Laboratories, Inc., et al.,* Case No. 3:06-566; | |
| *State of Montana v. Abbott Labs. Inc., et al.*, 02-CV-12084-PBS; | |
| *State of Nevada v. Dey Inc., et al.*, CV-3:06-539; | |
| *State of Nevada v. American Home Products, et al.*, CV N-02-0202 ECR; | |

| | |
|---|---|
| *State of Ohio v. Dey, Inc., et al.,* Case No. 1:06-676; | ) ) ) |
| *Commonwealth of Pennsylvania v. TAP Pharmaceutical Products,* Case No. 2:06-4514; | ) ) ) ) |
| *State of South Carolina et al. v. Abbott Laboratories, Inc.*, Case No. 3:06-2482; | ) ) ) |
| *State of South Carolina et al. v. Dey, LP*, No. 3:06-2914; | ) ) ) |
| *State of South Carolina, et al. v. Dey, LP,* Case No. 3:06-2925; | ) ) ) |
| *Consolidated County Case,* Civil Action No. 01-CV-12257-PBS; | ) ) ) |
| *County of Erie v. Abbott Laboratories, Inc., et al.*, CA 06-6505; | ) ) ) |
| *County of Orange v. Abbott Laboratories, et al.*, CA No. 07-2777; | ) ) ) |
| *County of Oswego v. Abbott Laboratories, Inc., et al.*, CA No. 06-1240; | ) ) ) |
| *County of Schenectady v. Abbott Laboratories, Inc., et al.,* CA No. 06-1239 | ) ) |

_____

Pursuant to the Court's direction on July 17, 2007, AstraZeneca Pharmaceuticals LP, on behalf of all of the defendants in the above captioned matters, respectfully submits the attached

2

Proposed Order of Reference for Alternative Dispute Resolution regarding mediation of the above captioned matters.

ON BEHALF OF THE DEFENDANTS

By:  /s/ Katherine B. Schmeckpeper

Nicholas C. Theodorou (BBO # 496730)
Katherine B. Schmeckpeper (BBO# 663200)
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

D. Scott Wise, Esq.
Kimberley D. Harris, Esq.
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

Attorneys for AstraZeneca Pharmaceuticals LP
and AstraZeneca LP