# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | MASTER FILE NO. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs., Inc. et al.*, 01-CV-12257-PBS and 03-CV-11226-PBS; | |
| *State of Florida, et al. v. Boehringer Ingelheim Corp. et al.*, No. 4:06-476; | |
| *State of Idaho v. Abbott Laboratories*, No. 01-CV-12257-PBS (formerly 1:07-CV-10874); | |
| *People of the State of Illinois v. Abbott Labs.*, Case No. 1:06-5528; | |
| *Commonwealth of Kentucky ex rel. v. Warrick Pharmaceuticals Corp., et al.*, Case No. 3:06-69; | |
| *State of Mississippi v. Abbott Laboratories, Inc., et al.*, Case No. 3:06-566; | |
| *State of Montana v. Abbott Labs. Inc., et al.*, 02-CV-12084-PBS; | |
| *State of Nevada v. Dey Inc., et al.*, CV-3:06-539; | |
| *State of Nevada v. American Home Products, et al.*, CV N-02-0202 ECR; | |
| *State of Ohio v. Dey, Inc., et al.*, Case No. 1:06-676; | |

| | |
|---|---|
| *Commonwealth of Pennsylvania v. TAP Pharmaceutical Products,* Case No. 2:06-4514; | ) ) ) |
| | ) |
| *State of South Carolina et al. v. Abbott Laboratories, Inc.*, Case No. 3:06-2482; | ) ) |
| | ) |
| *State of South Carolina et al. v. Dey, LP*, No. 3:06-2914; | ) ) |
| | ) |
| *State of South Carolina, et al. v. Dey, LP,* Case No. 3:06-2925; | ) ) |
| | ) |
| *Consolidated County Case,* Civil Action No. 01-CV-12257-PBS; | ) ) |
| | ) |
| *County of Erie v. Abbott Laboratories, Inc., et al.*, CA 06-6505; | ) ) |
| | ) |
| *County of Orange v. Abbott Laboratories, et al.*, CA No. 07-2777; | ) ) |
| | ) |
| *County of Oswego v. Abbott Laboratories, Inc., et al.*, CA No. 06-1240; | ) ) |
| | ) |
| *County of Schenectady v. Abbott Laboratories, Inc., et al.,* CA No. 06-1239 | ) ) |

_____

### [PROPOSED] ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

SARIS, D.J.

  The Court orders the parties in the above captioned cases to meet with Eric Green, Esq. for mediation.  Within the next 14 days, the parties shall discuss with Mr. Green scheduling for mediation of these cases, as well as the format of mediation.  Mr. Green shall exercise his discretion in structuring mediation of these cases, taking into account the views of the various

parties. The parties shall report to the Court on the progress of the mediation in 90 days. If any party objects to participation in mediation, they shall inform the Court and state the grounds for objection within 7 days of the date of this order.

                                              _____
Patti B. Saris
United States District Judge

Dated: July \_\_\_\_, 2007