UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories Inc.* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne Bowler |

**UNOPPOSED MOTION BY THE UNITED STATES' FOR LEAVE
TO FILE POST-HEARING NOTICE OF SUPPLEMENTAL
AUTHORITY RELATING TO ABBOTT'S MOTION TO COMPEL
ADEQUATE  RESPONSES TO ABBOTT'S DISCOVERY REQUESTS**

Pursuant to Rule 7.1(b)(3) of the Local Rules for the District of Massachusetts, and this Court's Order dated September 11, 2006 (Dkt. 3090), the United States moves the Court for leave to file a post-hearing notice of supplemental authority in support of the opposition to Abbott's motion to compel adequate responses to Abbott's discovery requests.  The proposed notice is attached to this motion as Exhibit A.  The undersigned has conferred with counsel for Abbott, who indicated that Abbott does not oppose the United States' request for leave to file a post-hearing notice of supplemental authority.

At the hearing on Abbott's Motion to Compel Adequate Response to Abbott's discovery Requests held on July 20, 2007, the Court stated that it would take various issues under advisement.  In particular, the Court expressed an interest in reviewing the case law relating to the question of whether a list of persons interviewed or questioned during the Government's investigation of relator's *qui tam* allegations would be protected by the work product doctrine.

In the attached notice, the United States cites decisions which all pertain directly to that issue.

Based on the foregoing, the United States requests that the Court enter an Order permitting it  to file and serve the attached post hearing notice.

Respectfully Submitted,

For the United States of America,

MICHAEL J. SULLIVAN                       PETER D. KEISLER
UNITED STATES ATTORNEY                    ASSISTANT ATTORNEY GENERAL

George B. Henderson, II
Assistant U.S. Attorney                   /s/ Justin Draycott
John Joseph Moakley U.S. Courthouse       Joyce R. Branda
Suite 9200, 1 Courthouse Way              Daniel Anderson
Boston, MA 02210                          Renée Brooker
Phone: (617) 748-3272                     Justin Draycott
Fax: (617) 748-3971                       Gejaa T. Gobena
                                          Rebecca Ford
                                          Civil Division
R. ALEXANDER ACOSTA                       Commercial Litigation Branch
UNITED STATES ATTORNEY                    P. O. Box 261
SOUTHERN DISTRICT OF FLORIDA              Ben Franklin Station
                                          Washington, D.C.  20044
/s/ Mark A. Lavine                        Phone:  (202) 305-9300
Mark A. Lavine                            Fax: (202) 307-3852
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

For Ven-A-Care of the Florida Keys, Inc.,

/s/ James J. Breen
James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue, Suite 110
Miramar, FL 33027
Tel:  (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com

Dated: July 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **MOTION BY THE UNITED STATES' FOR LEAVE TO FILE POST-HEARING NOTICE OF SUPPLEMENTAL AUTHORITY RELATING TO ABBOTT'S MOTION TO COMPEL ADEQUATE  RESPONSES TO ABBOTT'S DISCOVERY REQUESTS**  to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                 _/s/ Justin Draycott_____
Dated: July 24, 2007             Justin Draycott