UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion for Leave to File a Post-Hearing Notice

of Supplemental Authority in Support of the Opposition to Abbott's Motion to Compel Adequate

Responses to Abbott's Discovery Requests, IT IS HEREBY ORDERED THAT,

The United States' Motion is GRANTED;

The United States shall immediately file its Post-Hearing Notice of Supplemental

Authority indicating in the caption of the Response that leave has been granted.


This _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE