UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Montana v. Abbott Labs., Inc., et al.*, Cause No. CV-02-09-H-DWM (D. Mont.), and<br><br>*State of Nevada v. Abbott Labs., Inc.* Cause No. CV-02-00260 (Nevada I) | CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## JOINT MOTION FOR DISMISSAL OF TAP PHARMACEUTICAL PRODUCTS INC.

By and through their counsel, the States of Montana and Nevada ("States") and defendant TAP Pharmaceutical Products Inc. ("TAP"), pursuant to Fed. R. Civ. P. 41(a)(2), hereby jointly move for an order of the Court dismissing defendant TAP from this action.  In support of this motion, the parties state as follows:

1. TAP was named as a defendant in the above-referenced actions.

2. The States conferred with counsel for TAP and agreed to dismiss its claims against TAP in these actions, with prejudice.

3. The parties agreed that each party will bear its own costs.

4. The dismissal has no effect on the States' claims or allegations against any party other than TAP in these actions.

WHEREFORE, the parties jointly request that the Court enter an order dismissing, with prejudice, TAP.  A proposed order of dismissal is attached.

- 1 -

DATED: July 24, 2007

By  /s/ Steve W. Berman
   Steve W. Berman
   Sean R. Matt
   Jeniphr A.E. Breckenridge
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

Mike McGrath
Attorney General of Montana
Ali Bovingdon
Assistant Attorney General
Justice Building
215 North Sanders
P.O. Box 201401
Helena, MT  56920-1402
Telephone:  (406) 444-2026

COUNSEL FOR PLAINTIFF
STATE OF MONTANA

Catherine Cortez Masto
Attorney General of the State of Nevada
L. Timothy Terry
Deputy Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4714

COUNSEL FOR PLAINTIFF
STATE OF NEVADA

By  /s/   Lee Ann Russo
   James Daly
   Lee Ann Russo
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:  (312) 782-3939

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **MOTION FOR DISMISSAL OF TAP PHARMACEUTICAL PRODUCTS INC.**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 24, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292