# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| *State of Montana v. Abbott Labs., Inc., et al.*, Cause No. CV-02-09-H-DWM (D. Mont.), and | Judge Patti B. Saris |
| *State of Nevada v. Abbott Labs., Inc. et al.*, Case No. CV-2-00260 (Nevada I) | |

## [PROPOSED] ORDER OF DISMISSAL OF TAP PHARMACEUTICAL PRODUCTS INC.

The Joint Motion for Dismissal of TAP Pharmaceutical Products Inc. is hereby GRANTED.  Defendant TAP Pharmaceutical Products Inc. is hereby dismissed, with prejudice, from the above-referenced actions.

So ordered,

Dated _____

_____
Honorable Patti B. Saris
United States District Court Judge

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **[PROPOSED] ORDER OF DISMISSAL OF TAP PHARMACEUTICAL PRODUCTS INC.**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 24, 2007, a copy to LexisNexis File & Serve for Posting and notification to all parties.

      By      **/s/ Steve W. Berman**
      Steve W. Berman
      **HAGENS BERMAN SOBOL SHAPIRO LLP**
      1301 Fifth Avenue, Suite 2900
      Seattle, WA  98101
      (206) 623-7292