# EXHIBIT A

```
 1                  UNITED STATES DISTRICT COURT
 2                    DISTRICT OF MASSACHUSETTS
 3
 4     _____
 5     IN RE:  PHARMACEUTICAL
        INDUSTRY AVERAGE WHOLESALE        Civil Action No. 01-12257-PBS
 6     PRICE LITIGATION                   MDL No. 1456
 7                                        April 8, 2005, 2:25 p.m.
        _____
 8
 9
10
11          TRANSCRIPT OF CASE MANAGEMENT CONFERENCE
12              BEFORE HONORABLE PATTI B. SARIS
13                UNITED STATES DISTRICT COURT
14              JOHN J. MOAKLEY U.S. COURTHOUSE
15                    ONE COURTHOUSE WAY
16                     BOSTON, MA   02210
17
18
19             DEBRA M. JOYCE, RMR, CRR
                 Official Court Reporter
20           John J. Moakley U.S. Courthouse
              1 Courthouse Way, Room 5204
21                  Boston, MA   02210
                     617-737-4410
22
23
24
25
```

1    motions to dismiss.
2            THE COURT:  Perfect.
3            MS. CICALA:  Thank you, your Honor.
4            THE COURT:  Is there anything else I need to do?
5            MS. CICALA:  Do I need to do something more formal
6    with Suffolk in folding them in?  Do I need to seek leave --
7            THE COURT:  Why don't you wait to see what I do,
8    and then you can seek what relief you need.
9            MS. CICALA:  Thank you.
10           THE COURT:  Is that it?
11           Have a nice weekend.  By the way, am I right?  No
12   more motions?  We're on top, everyone's been scheduled and
13   there's no more pending motions?
14           MR. MONTGOMERY:  That's correct.
15           MR. SOBOL:  With the exception of the one you told
16   me you would think about, your Honor.
17           THE COURT:  Fair enough.
18           (Court adjourned at 2:52 p.m.)
19                   i i i i i i i
20
21
22
23
24
25

Page 25

1                       CERTIFICATION

2              I certify that the foregoing is a correct

3     transcript of the record of proceedings in the above-entitled

4     matter to the best of my skill and ability.

5

6

7

8     _____        _____

9     Debra M. Joyce                         Date

10    Official Court Reporter

PRINTED DUPLICATE
The original certified E-Transcript file was electronically signed using RealLegal technology.