# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No.1456 ) ) Civil Action No. 01-CV-12257-PBS ) |
| THIS DOCUMENT RELATES TO: ALL CONSOLIDATED PRIVATE CLASS ACTIONS | ) Judge Patti B. Saris ) ) Chief Magistrate Judge Marianne B. Bowler ) |

## TRACK TWO DEFENDANTS' NOTICE REGARDING THE COURT'S INVITATION TO RESERVE TIME ON AUGUST 10, 2007

During an off-the-record exchange at the conclusion of the July 17, 2007 status conference, the Court offered to reserve time on August 10, 2007, should the parties so request. Due to scheduling conflicts, counsel for the Track Two Defendants hereby advise the Court that the Court need not reserve time on August 10, 2007. The Parties are currently conferring regarding various scheduling issues; the Parties will include proposed timelines in their August 2, 2007 submission(s), as per the Court's directive.

    /s/ Michael DeMarco
Michael DeMarco (BBO #119960)
michael.demarco@klgates.com
Aimée E. Bierman (BBO #640385)
aimee.bierman@klgates.com
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
(617) 261-3100

BOS-1105800 v2 5544510-00903

-2-

        Michael L. Koon
        James P. Muehlberger
        Nicholas P. Mizell
        SHOOK, HARDY & BACON L.L.P.
        2555 Grand Blvd.
        Kansas City, Missouri  64108-2613
        (816) 474-6550

        Attorneys for Aventis Pharmaceuticals Inc.
        and on behalf of the Track Two Defendants

Dated:  July 24, 2007

## CERTIFICATE OF SERVICE

     I hereby certify that on July 24, 2007 I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

          /s/ Michael DeMarco
        Michael DeMarco