# THE
# HAVILAND
## LAW FIRM
WWW.HAVILANDLAW.COM

FILED
IN CLERKS OFFICE

2007 JUL 19  P 12: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

July 17, 2007

VIA FIRST CLASS MAIL

Sarah Allison Thornton, Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

**In re:  Pharmaceutical Industry Average Wholesale Price Litigation**
**District of Massachusetts; No. 01-12257-PBS**

Dear Sir/Madam:

A recent check of the docket notes that Plaintiff, Susan Aaronson, is listed as being represented by Kline & Specter, P.C., at 1525 Locust Street, 19th Floor, Philadelphia, PA 19102, with an email address for Terri Benedetto at terri.benedetto@klinespecter.com.  Please note that pursuant to my Change of Entry of Appearance, attached hereto, dated September 11, 2006, I am counsel for Susan Aaronson.  Kindly amend the docket in the above matter to reflect my current firm and contact information as follows:

Donald E. Haviland, Jr., Esquire
Attorney ID No. 66615
The Haviland Law Firm
740 South Third Street
Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
Email: haviland@havilandlaw.com

Thank you for your assistance in this matter.

Yours sincerely,

DONALD E. HAVILAND, JR.

DEH:qhd