# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| ALL ACTIONS ) ) | |

## NOTICE OF CHANGE OF ENTRY OF APPEARANCE OF CO-LEAD COUNSEL FOR PLAINTIFFS AND THE CLASS AND CHANGE OF ADDRESS

TO THE CLERK:

Kindly enter my appearance as Co-Lead Counsel for Plaintiffs and the Class in the above-captioned action, and record the change of my address to that which appears below.

Dated: September 11, 2006

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
**THE HAVILAND LAW FIRM, LLC.**
740 S. Third Street
Third Floor
Philadelphia, PA 19147
(215) 609-4661 - telephone
(215) 392-4400 - facsimile
Haviland@havilandlaw.com
CO-LEAD COUNSEL FOR
PLAINTIFFS AND THE CLASS

## CERTIFICATE OF SERVICE

I hereby certify that I, Edward Notargiacomo, an attorney, caused a true and correct copy of the foregoing **NOTICE OF CHANGE OF ENTRY OF APPEARANCE OF CO-LEAD COUNSEL FOR PLAINTIFFS AND THE CLASS AND CHANGE OF ADDRESS** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 11, 2006, a copy to LexisNexis File and Serve for posting and notification to all parties.

By_____/s/ Edward Notargiacomo_____
Edward Notargiacomo
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA 02142