UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) DOCKET NO. 01-CV-12257-PBS ) ) MDL NO. 1456 ) ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) Hon. Patti B. Saris ) |

U.S. DISTRICT COURT
DISTRICT OF MASS.

### HEALTH CARE SERVICE CORPORATION'S NOTICE OF WITHDRAWAL OF STATEMENT OF OBJECTIONS TO TERMS OF THE PROPOSED SETTLEMENT

Health Care Service Corporation, a Mutual Legal Reserve Company, ("HCSC") files this Notice of Withdrawal of HCSC's Statement of Objections to Terms of the Proposed Settlement filed with the Court on June 22, 2007. HCSC would respectfully show the Court as follows:

This withdrawal should not and does not indicate that HCSC agrees that its observations and concerns set forth previously in its Statement of Objections were or are unwarranted. HCSC has been in communication with class counsel and the settlement administrator regarding HCSC's claims in the proposed settlement. Class Counsel and the undersigned counsel for HCSC have addressed important timing issues regarding HCSC's claims in the settlement.

HCSC hereby withdraws its Statement of Objections to Terms of the Proposed Settlement.

Respectfully submitted,

**SCOTT YUNG LLP**

*[signature]*

Andrew W. Yung
State Bar No. 00794899
John B. Scott
State Bar No. 17901500
The Awalt Building
208 N. Market St., Suite 200
Dallas, Texas 75202
Telephone:   214-220-9955
Facsimile:    214-220-9932

**COUNSEL FOR HEALTH CARE
SERVICE CORPORATION**

## CERTIFICATE OF SERVICE

On this __19th__ day of July, 2007, a true and correct copy of the above and foregoing was delivered via hand delivery to all counsel of record as indicated below.

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
**COUNSEL FOR NATIONWIDE AWP PAYOR CLASSES**

Frederick G. Herold
Dechert LLP
1117 California Avenue
Palo Alto, California 94304
**COUNSEL FOR GLAXOSMITHKLINE**

*[signature]*

Andrew W. Yung