177138
080024-024270

July 25, 2007

<u>VIA ELECTRONIC FILING</u>

The Honorable Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts  02210

      Re:    *In Re:  Pharmaceutical Industry Average Wholesale Price Litigation*,
               MDL No. 1456, Civil Action No. 1:01-CV-12257-PBS

Dear Judge Saris:

      In accordance with your order dated July 23, 2007, allowing in part plaintiffs and defendants' Motion for Clarification and Reconsideration of Case Management Order Deadlines (4455), attached please find a revised Case Management Order in the *State of California, ex rel. Ven-A-Care v. Abbott Laboratories Inc., et al.* setting forth the new deadlines.

                                              Sincerely,

| /s/ Toni-Ann Citera | /s/ Nicholas N. Paul |
|---|---|
| Toni-Ann Citera | NICHOLAS N. PAUL |
| Jones Day | Bureau of Medi-Cal Fraud and Elder Abuse |
| 222 East 41st Street | Office of the Attorney General |
| New York, New York 10017 | 1455 Frazee Road, Suite 315 |
| Tel:  (212) 326-8376 | San Diego, California 92108 |
| Fax:  (212) 755-7306 (fax) | Tel: (619) 688-6099 |
| *Counsel for Abbott Laboratories Inc.* | Fax:  (619) 688-4200 |
| *On behalf of All Defendants* | *Counsel for the State of California* |
| | *On behalf of All Plaintiffs* |

Attachment
cc:    All Counsel of Record In Re:  Pharmaceutical Industry Average Wholesale Price
       Litigation, MDL No. 1456, Civil Action No. 1:01-CV-12257-PBS  (via Lexis Nexis)