Exhibit B

SDNY (1179.) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

____VICTORIA LINDSEY OSWALD____, Bar # ____VO5044____

was duly admitted to practice in this Court on

____MAY 11th, 2004____, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York       on   JUNE 14th, 2007

J. MICHAEL McMAHON
Clerk

by: _____
     Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2007, I caused a true and correct copy of the REQUEST FOR ADMISSION PRO HAC VICE FOR VICTORIA L. OSWALD, and EXHIBITS A and B thereto to be served on all counsel of record by electronic service, in accordance with Case Management Order No.2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

David L. Kleinman