# EXHIBIT A

**HIGHLY CONFIDENTIAL**

# DECLARATION OF STEVEN J. YOUNG IN SUPPORT OF AMGEN INC.'S SUPPLEMENTAL OPPOSITION TO CLASS CERTIFICATION

**JULY 25, 2007**

**HIGHLY CONFIDENTIAL**

**TABLE OF CONTENTS**

Page

QUALIFICATIONS AND COMPENSATION ................................................................... 1
SCOPE AND ANALYSIS ................................................................................................ 1
    I.     PROPOSED CLASS 1 ..................................................................................... 1
    II.    PROPOSED CLASS 2 ..................................................................................... 2

**HIGHLY CONFIDENTIAL**

## QUALIFICATIONS AND COMPENSATION

1.  I have been a consultant to the health care industry for more than twenty years. I have substantial experience with health insurance reimbursement, claims processing, pharmaceutical pricing and distribution channels, and Government pricing in the health care industry. I have previously outlined my experience and qualifications in my Declaration dated October 25, 2004, and Exhibit 2a of that Declaration and subsequent submissions.

2.  I have been retained by counsel for the defendants and am being compensated at an hourly rate of $475. No portion of my compensation depends upon the nature of my findings or on the outcome of this matter.

## SCOPE AND ANALYSIS

3.  I was asked, in connection with Track 2 class certification proceedings, to analyze the named plaintiffs' drug encounters[1] involving Amgen's Subject Drugs[2] to determine whether the drug encounters cited in Plaintiff's class certification papers[3] occurred prior to January 1, 2004 for the Proposed Classes 1 and 2.

### I.  PROPOSED CLASS 1

4.  I have performed an analysis of the discovery provided by plaintiffs for each alleged drug encounter cited against Amgen in two separate declarations provided by Donald E. Haviland, Jr., Esquire[4] in support of class certification.

5.  Based on this analysis, none of the alleged transactions cited for Amgen Track 2 Subject Drugs for the proposed Class 1 occur prior to January 1, 2004. I have provided a detailed listing of these drug encounters in Exhibit 1 attached.

---

[1] This term is defined in my June 15, 2006 Track 2 Declaration.

[2] As described in my June 15, 2006 Track 2 Declaration, a "Subject Drug" is a drug that has been appropriately identified by plaintiffs for a specific Track 2 Defendant in the revised Appendix A provided in the "[Proposed] Consolidated Order Re: Motion For Class Certification Track 2," and has not been stricken by this Court.

[3] See Plaintiffs' Memorandum of Law in Support Of Motion To Certify Claims With Respect to Track 2 Defendants dated May 8, 2006. See also Corrected Class Plaintiffs' Submission Of The "Generics Chart" Pursuant To The Oral Request Of The Court During The Class Certification Hearing In Connection With Track 2 dated October 17, 2006.

[4] See Declarations of Donald E. Haviland, Jr., Esquire, In Support of Plaintiffs' Reply Memorandum In Support of Proposed Consolidated Class Certification Order With Respect to Track 2 Defendants dated May 8, 2006 and July 18, 2006.

HIGHLY CONFIDENTIAL

## II.   PROPOSED CLASS 2

6.   I performed a separate analysis of the drug encounters for Amgen Subject Drugs referenced in the Randle Affidavit[5] which details alleged transactions involving Amgen Track 2 Subject Drugs for the proposed Class 2 representative, the Sheet Metal Workers National Health Fund ("Sheet Metal Workers").  As was the case with drug encounters for the proposed Class 1, none of the transactions cited for Amgen Track 2 Subject Drugs occur prior to January 1, 2004.  I have provided a detailed listing of these drug encounters in Exhibit 2 attached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 25, 2007.

_____
Steven J. Young

---

[5] See Affidavit of Mr. Glenn Randle dated May 4, 2006.

# EXHIBIT 1
# HIGHLY CONFIDENTIAL--
# Filed Under Seal Pursuant to Court Order

# EXHIBIT 2
# HIGHLY CONFIDENTIAL--
# Filed Under Seal Pursuant to Court Order