UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL No. 1456<br>Civil No.: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS | ) ) ) ) Hon. Patti B. Saris |

### DEFENDANT AMGEN INC.'S MOTION
### FOR LEAVE TO FILE UNDER SEAL

Defendant Amgen Inc. ("Amgen") moves this Court for leave to file Exhibits 1 and 2 to the Declaration of Steven J. Young in Support of Amgen Inc.'s Supplemental Opposition to Class Certification under seal. Pursuant to the Protective Order entered by this Court on December 13, 2002 (the "Protective Order"), plaintiffs and defendants in the above-captioned case have designated various documents in this litigation as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." The Exhibits identified above incorporate information contained in such documents that have been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." In particular, Amgen's submission refers to confidential billing and medical records relating to named plaintiffs. Pursuant to Paragraph 15 of the Protective Order, any document or pleading referencing such information shall be filed under seal.

WHEREFORE, defendant Amgen respectfully requests that this Court grant it leave to file under seal Exhibits 1 and 2 to the Declaration of Steven J. Young in Support of Amgen Inc.'s Supplemental Opposition to Class Certification and all other relief that this Court deems just and proper.

        Respectfully submitted,

/s/ Douglas S. Brooks
Frank A. Libby, Jr. (BBO No. 299110)
Douglas S. Brooks (BBO No. 636697)
Kelly, Libby & Hoopes, P.C.
175 Federal Street, 8th Floor
Boston, Massachusetts  02110
Telephone:  (617) 338-9300
Facsimile:  (617) 338-9911

Joseph H. Young
Steven F. Barley
Jennifer A. Walker (BBO No. 651724)
Hogan & Hartson L.L.P.
111 S. Calvert St., Suite 1600
Baltimore, Maryland  21202
Telephone:  (410) 659-2700
Facsimile:  (410) 539-6981

*Counsel for Amgen Inc.*

Dated: July 25, 2007

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Joseph H. Young, hereby certify pursuant to Local Rule 7.1(a)(2) that I have conferred with Steve W. Berman, Esq., counsel for Plaintiffs, and that Plaintiffs do not oppose this motion.

/s/ Joseph H. Young
Joseph H. Young

## CERTIFICATE OF SERVICE

      I, Jennifer A. Walker, certify that a true and correct copy of the foregoing, was delivered to all counsel of record by electronic service pursuant to Case Management Order No. 2, by sending on July 25, 2007 copies to Lexis-Nexis for posting and notification to all parties.

                                              /s/ Jennifer A. Walker

\\\BA - 058360/000066 - 228844 v1