# Exhibit 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS | |

**DECLARATION OF STEVEN E. SKWARA IN SUPPORT OF
PLAINTIFF BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC.'S
<u>REQUEST FOR REIMBURSEMENT FROM THE GSK SETTLEMENT FUND</u>**

I, Steven E. Skwara, depose and state:

1. I am an employee of Blue Cross and Blue Shield of Massachusetts, Inc. ("BCBSMA") and serve as Associate General Counsel to BCBSMA. In that capacity, I represent BCBSMA in litigation matters. I submit this declaration in support of BCBSMA's request for partial reimbursement for time spent in this litigation from the GSK Settlement Fund pursuant to the Court's comments in the July 19, 2007 final approval hearing related to the settlement with GlaxoSmithKline.

2. The hours expended by BCBSMA in furtherance of this litigation involve my time as primary in-house counsel for BCBSMA in this litigation as well as the time of various other employees of BCBSMA in identifying and producing relevant documents and preparing for and attending depositions taken by Defendants. At the request of Co-Lead Counsel, I submit an estimate of the time expended by non-legal staff at BCBSMA in furtherance of the litigation.

3. From November 2005, when BCBSMA joined the lawsuit as a named plaintiff, to the November 2006 trial, I handled various discovery-related tasks for BCBSMA including

1

identifying and locating documents for production, interviewing BCBSMA employees who may have had knowledge of relevant issues in the litigation, identifying potential BCBSMA witnesses, preparing witnesses for deposition and trial testimony, attendance at depositions, and other like tasks.

4. Although neither I nor the other employees involved in these efforts maintained detailed, contemporaneous records of the amount of time spent working on this litigation, based upon my memory of the events involved and my notes and correspondence I can make a well-informed, conservative estimate of the hours involved.

5. Thirteen individuals from BCBSMA were deposed. (One of those individuals was not employed by BCBSMA at the time of his deposition.) Each of the 12 deponents who were employed by BCBSMA at the time of his or her deposition spent a minimum of two hours in preparation for the deposition (some of them much more than that). Each of the depositions, with two exceptions, lasted a minimum of 7 hours. Ten depositions at 9 hours totals 90 hours of deposition time. The remaining two depositions were approximately 4.5 hours each, including 2 hours of preparation. The time spent in these two depositions totals 13 hours. The total time estimate for BCBSMA personnel related to depositions is, therefore, 103 hours.

6. In addition, BCBSMA employees spent considerable time searching for documents responsive to Defendants' document requests and answering questions about BCBSMA's claims data. Based on my close knowledge of those activities and the resulting document production, I estimate (conservatively) that BCBSMA personnel spent at least 40 hours on these activities. (This estimate does not include my time spent identifying, retrieving, and reviewing documents prior to production.)

7. I understand from Co-Lead counsel that the Court indicated at the final approval hearing that a fair rate for reimbursement for time spent on the litigation might be $100.00 per hour. I also understand from Co-Lead Counsel they intend to ask the Court to reimburse 20% of the total time from the GSK Settlement given that GSK was one of a total of five Track I Defendants. Using those figures as a guide, I calculate BCBSMA's requested reimbursement from the GSK Settlement fund to be $8,009.52. The calculation of this amount is set forth below:

BCBSMA employee time: $14,300 (143 hours x $100) x .20 = $2,860

Signed under the penalties of perjury this 26th day of July, 2007.

/s/ Steven E. Skwara
Steven E. Skwara