# Exhibit 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY : <br> AVERAGE WHOLESALE PRICE : <br> LITIGATION : <br> _____ : <br> : <br> THIS DOCUMENT RELATES TO ALL : <br> ACTIONS : <br> _____ : | MDL NO. 1456 <br><br><br><br><br> CIVIL ACTION: 01-CV-12257-PBS <br> Judge Patti B. Saris |

### DECLARATION OF WILLIAM A. RHODES, JR.

I, William A. Rhodes, Jr., being duly sworn, depose and say:

1. I am a resident of the State of Texas. I have personal knowledge of the facts stated below, would so testify in court if called upon to do so, and am competent to provide testimony. I am the Fund Administrator for the Board of Trustees of the Carpenters & Millwrights of Houston & Vicinity Welfare Trust Fund. I have been the Fund Administrator since 1989.

2. I began discussing the possibility of the Fund becoming a plaintiff in this case with the attorneys for the plaintiffs in December, 2001. Although I did not keep contemporaneous records of the time spent in furtherance of this litigation, based on my recollection and memory.

3. During the course of the litigation, starting in December, 2001, I have been involved in a number of activities in furtherance of the litigation. These include 1) meetings with Counsel to discuss the allegations in the case and the Defendants' document requests; 2) searching for and producing documents and data responsive to Defendants' document requests, 3) meetings with Counsel in preparation for my depositions on July 7, 2004 and October 26, 2004; 4) attending my depositions in the case; and 5) meetings and telephone calls with Counsel.

4. In addition, John Bell was also deposed on October 27, 2004, on behalf of the Board of

of Trustees of the Carpenters & Millwrights of Houston & Vicinity Welfare Trust Fund with regard to this litigation.

5. During the course of this litigation, I, along with others employed by the Fund Administrator and/or the Board of Trustees of the Carpenters & Millwrights of Houston & Vicinity Welfare Trust Fund, have spent a total of approximately 65 hours with regard to the tasks listed above. If called upon to do so, I could provide dates for the items listed above.

6. Because this affidavit is in relation to a Settlement reached with GlaxoSmithKline, one of five defendants, the total number of hours I've spent in this case divided by five is my best estimate for the portion of that time attributable to the case against GlaxoSmithKline. This amount equals 13 hours.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my memory.

Executed this 26th day of July, 2007.

_____
William A. Rhodes, Jr.