# Exhibit 8

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>ALL CLASS ACTIONS | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### DECLARATION OF BRIAN ROSMAN IN SUPPORT OF HEALTH CARE FOR ALL'S REQUEST FOR REIMBURSEMENT FROM THE GSK SETTLEMENT FUND

I, Brian Rosman, under the penalty of perjury, hereby declare as follows:

1. I submit this Declaration in support Health Care for All's request for reimbursement for time spent in furtherance of this litigation from the GSK Settlement Fund. I submit this Declaration in response to the Court's request that class representatives for Plaintiffs' Settlement with Defendant GlaxoSmithKline ("GSK") itemize the time they spent assisting class counsel with prosecuting their claims against GSK.

2. I have personal knowledge of the facts stated below, would so testify in court if called upon to do so, and am competent to provide testimony.

3. Health Care For All ("HCFA") is a membership advocacy organization located at 30 Winter Street, Boston, Massachusetts. In 2003 I became the Director of Policy at HCFA. In 2006 I became the Director of Research at HCFA. As part of my responsibilities I oversee staff members at HCFA responsible for our prescription drug advocacy work. Up until most recently, the person with responsibilities for HCFA's prescription drug advocacy work was Ms. Melissa

Shannon. Ms. Shannon, on behalf of HCFA, was the staff person who was responsible for HCFA's participation in this litigation. Ms. Shannon is no longer employed at HCFA.

4.  Although Ms. Shannon did not keep contemporaneous records of the activities and time involved, members of my staff have been in touch with Ms. Shannon and based on her memory and the records and notes that were kept, I can make a well informed estimate of the time involved.

5.  In furtherance of the litigation, Ms. Shannon engaged in numerous activities. Those activities and the approximate time involved are listed below:

- Searched for documents responsive to Defendants' document requests. Total time = 4 hours

- Spoke with Co-Lead Counsel in preparation for submission of an affidavit in support of class certification and review of draft of a declaration. Total time = 2 hours

- Prepared for and attended a 30(b)(6) deposition of HCFA. Total time = 9.5 hours

- Attended allocation negotiations on behalf of consumer class interests related to the GSK Settlement. Total time = 4 hours.

6.  Thus, the total number of hours HCFA has spent on activities related to the litigation of this case is 19.5 hours.

7.  I understand from Co-Lead Counsel the Court indicated at the final approval hearing that a fair rate for reimbursement for time spent on the litigation might be $100.00 per hour. I also understand from Co-Lead Counsel that they intend to ask the Court to reimburse 20% of the total time from the GSK Settlement given that GSK was one of a total of five Track I Defendants. Using those figures as a guide, I calculate HCFA's requested reimbursement from the GSK Settlement fund to be $390.00. The calculation of this amount is set forth below:

19.5 hours x $100 = $1,950.00 x .20 = $390.00

I make the foregoing statements under penalty of perjury on the date written next to my name below.

Date: July 26 2007                             *Brian Rosman* (signature)
                                               Brian Rosman