# Exhibit 9

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## **AFFIDAVIT OF CHARLES HANNAFORD,**

I, Charles Hannaford, pursuant to 28 U.S.C. § 1746, on oath, depose and state as follows:

1.  I am a resident of the Commonwealth of Massachusetts. I have personal knowledge of the facts stated below, would so testify in court if called upon to do so, and am competent to provide testimony. I am the Fund Administrator for the Pipefitters Local 537 Trust Funds (the "Fund" or "Pipefitters"). I have been the Fund Administrator since March 1, 2003.

2.  I began discussing the possibility of the Fund becoming a plaintiff in this case with the attorneys for the plaintiffs in November of 2005. Although I did not make contemporaneous records of the time spent in furtherance of this litigation as an attorney would, based on a review of my notes and other records I can provide the Court with a very well informed estimate of the time I expended.

3.  During the course of the litigation, starting in November of 2005, I have been involved in a number of activities in furtherance of the litigation. Each of those activities and the time spent on each are listed below:

    - Meetings with Counsel to discuss the allegations in the case and the Defendants' document requests. Total time = 7 hours

- Searching for and producing documents and data responsive to Defendants' document requests. Total time = 12 hours

- Meetings with Co-Lead Counsel in preparation for my deposition on December 29, 2005. Total time = 3 hours

- Attending my deposition in the case on December 29, 2005. Total time = 9 hours.

- Attending two settlement conferences related to the potential settlement with GlaxoSmithKline ("GSK"). Total time = 10 hours.

4. I also spent time in meetings and telephone calls with Co-Lead Counsel in preparation for my testimony at the November, 2006 trial. Because GSK was not a defendant in that trial, I have not included that time in this estimate of time.

5. During the course of this litigation I have spent a total of approximately 41 hours on the tasks listed above. If called upon to do so, I could provide dates for each of these items and the time spent on each.

6. Because this affidavit is in relation to a Settlement reached with GlaxoSmithKline, one of five defendants, the total number of hours I've spent in this case divided by five is my best estimate for the portion of that time attributable to the case against GlaxoSmithKline. This amount equals 8.2 hours.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 26, 2007

_____
Charles Hannaford