# Exhibit 14

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Patti B. Saris |

## AFFIDAVIT OF JOSEPH MILLER

I, Joseph Miller, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1. My name is Joseph Miller and I live in Merrillville, Indiana. I have personal knowledge of the facts stated below and will testify in court to the same if called upon to do so.

2. I am a member of the United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund ("UFCW").

3. I underwent chemotherapy in 1996-97. As part of my treatment, I was prescribed and made payments for Zofran, which is manufactured by GlaxoSmithKline ("GSK").

4. I became involved in this lawsuit in October 2005. Over the next few months, I spent time searching and collecting medical and financial records, and assisting my attorneys in collecting all other necessary documents from my doctors and banks. This process required some time and effort since the records were several years old.

5. I was added as a Proposed Class 3 representative (TPPs and Consumers for AWP-Based Charges on Physician Administered Drugs Outside of Medicare) to the Third Amended Class Action Complaint on October 17, 2005.

6. All along, I have always stayed in contact with my attorneys, receiving and reviewing status reports, answering any questions they had, and generally being available to assist with the lawsuit in any way possible.

7. I did not make contemporaneous records of my time as an attorney would; however, I provided my best estimates of the time I expended to my attorneys, who then cross-checked my numbers against their own time records to make the estimates as accurate as possible. The following chart reflects the estimates of the time spent on the following activities:

| Activity | Hours |
|---|---|
| Searching for and gathering documents in my home (proof of payments, cancelled checks, bank records, medical bills, etc.) | 1 hours |
| Contacting others to obtain my documents (calling my doctors, banks, completing the bank and medical record waivers, etc.) | .5 hours |
| Talking to attorneys or paralegals regarding the status of the case, responding to their inquiries or questions regarding my documents; and/or providing information to compile affidavits for use in the lawsuit | 1 hour |
| Other (reviewing the Complaint, reading letters from Wexler Toriseva Wallace LLP, etc.) | 2 hours |
| Approximate Total Hours Expended on All Track I Drugs | 4.5 hours |

8. Zofran is the only Track I drug that I was prescribed and made payments for. Accordingly, all 4.5 hours of my time is attributable to the case against GSK. I declare under penalty of perjury that the foregoing is true and correct.

Date: July 24, 2007

Joseph Miller
Joseph Miller

2