# Exhibit 16

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

MDL No. 1456

Master File No. 01-CV-12257-PBS

Judge Patti B. Saris

## AFFIDAVIT OF SCOTT TELL

I, Scott Tell, pursuant to 28 U.S.C. §1746, on oath, depose and state as follows:

1. My name is Scott Tell and I live in Freeport, Illinois. I have personal knowledge of the facts stated below and will testify in court to the same if called upon to do so.

2. I am a member of the United Food and Commercial Workers Unions and Employers Midwest Health Benefits Fund ("UFCW").

3. My late wife Rhonda underwent chemotherapy in 2000 – 2001. As part of her treatment, she was prescribed Zofran and Kytril, both of which are manufactured by GlaxoSmithKline ("GSK"). However, she only made out-of-pocket payments for Kytril.

4. I became involved in this lawsuit in October 2005, on behalf of my late wife Rhonda. Over the next few months, I spent a considerable amount of time searching and collecting medical and financial records, and assisting my attorneys in collecting all other necessary documents from my wife's doctors and banks. This process required some time and effort since the records were several years old.

5. I was added as a Proposed Class 3 representative (TPPs and Consumers for AWP-Based Charges on Physician Administered Drugs Outside of Medicare) to the Third Amended Class Action Complaint on October 17, 2005.

6. All along, I have always stayed in contact with my attorneys, receiving and reviewing status reports, answering any questions they had, and generally being available to assist with the lawsuit in any way possible.

7. I did not make contemporaneous records of my time as an attorney would; however, I provided my best estimates of the time I expended to my attorneys, who then cross-checked my numbers against their own time records to make the estimates as accurate as possible. The following chart reflects the estimates of the time spent on the following activities:

| Activity | Hours |
| --- | --- |
| Searching for and gathering documents in my home (proof of payments, cancelled checks, bank records, medical bills, etc.) | 3 hours |
| Contacting others to obtain my wife's documents (calling my wife's doctors, contacting our banks, completing the bank and medical record waivers, etc.) | 1 hour |
| Talking to attorneys or paralegals regarding the status of the case, responding to their inquiries, questions regarding my documents; and/or providing information to compile affidavits for use in the lawsuit | .5 hours |
| Reviewing correspondence from my attorneys; traveling to the Post Office to return documents to my attorneys | 3 hours + $20.00 postage |
| Approximate Total | 7.5 hours + $20.00 |

8. My wife was prescribed and made payments for the following Track I drugs: Paraplatin (BMS) and Kytril (GSK). This affidavit is in relation to a Settlement reached with GlaxoSmithKline only, one of five Track I Defendants. Because 1 of the 2 Track I drugs Rhonda was administered and made payments for was manufactured by GSK, the total number of hours I have spent (7.5) divided by 2 is my best estimate of my time attributed to the case against GSK. This totals 3.75 hours.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 25, 2007

Scott Tell