UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: **PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** ) ) ) ) ) ) | **MDL No. 1456** **Master File No. 01-CV-12257-PBS** |
| **THIS DOCUMENT RELATES TO:** ) ) | **Hon. Patti B. Saris** |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS ) ) ) ) ) ) |  |

## STIPULATION AND ORDER CONCERNING TIME TO ANSWER

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the respective parties hereto, and with the consent of the Court, that the time for Defendants to answer the Complaint of the United States and the Relator in this action is extended to and including August 21, 2007.

Respectfully submitted,

| | |
|---|---|
| PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL | MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY |
| Joyce R. Branda<br>Daniel R. Anderson<br>John K. Neal<br>Laurie A. Oberembt<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 514-3345 | By:   /s/ George B. Henderson, II<br><br>George B. Henderson, II<br>Assistant U.S. Attorney<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3272 |

NY01/ROBBP/1225954.1

| | |
|---|---|
| THE BREEN LAW FIRM, P.A. | BERGER & MONTAGUE, P.C. |
| James J. Breen<br>Alison Simon<br>P.O. Box 297470<br>Pembroke Pines, FL 33029<br>(954) 874-1635 | By:   /s/ Susan Schneider Thomas<br><br>Susan Schneider Thomas<br>1622 Locust Street<br>Philadelphia, PA 19101<br>(215) 875-3000<br><br>*Attorneys for the Relator*<br>*Ven-A-Care of the Florida Keys, Inc.* |
| FOLEY HOAG LLP | KELLEY DRYE & WARREN LLP |
| Martin F. Murphy (BBO # 363250)<br>155 Seaport Boulevard<br>Boston, MA 02110<br>(617) 832-1000 | By:   /s/ Neil Merkl<br><br>Paul F. Doyle (BBO # 133460)<br>Sarah L. Reid<br>Neil Merkl<br>101 Park Avenue<br>New York, NY 10178<br>(212) 808-7800<br><br>*Attorneys for Defendants*<br>*Dey, Inc., Dey L.P., Inc. and Dey L.P.* |

**SO ORDERED:**

_____
United States District Judge


### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above Stipulation and Order Concerning Time to Answer was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 30, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                                                    /s Neil Merkl