# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS** <br> **Judge Patti B. Saris** |
| **THE CITY OF NEW YORK,** <br><br>        Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.***,** <br><br>        Defendants. | **S.D.N.Y. Case No. 04-cv-06054** |
| **COUNTY OF ROCKLAND,** <br><br>        Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.***,** <br><br>        Defendants. | **S.D.N.Y. Case No. 03-cv-7055** |
| **COUNTY OF WESTCHESTER,** <br><br>        Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.***,** <br><br>        Defendants. | **S.D.N.Y. Case No. 03-cv-6178** |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF MELISSA M. LONGO

TO THE CLERK OF THE ABOVE-NAMED COURT AND COUNSEL OF RECORD:

Please take notice of the withdrawal of appearance of Melissa M. Longo as counsel for Defendant ETHEX Corporation. The undersigned attorneys will continue as counsel for ETHEX Corporation.

Dated:  July 31, 2007

                Respectfully submitted
                ETHEX CORPORATION

                By Its Attorneys

                /s/ Melissa M. Longo
                Scott A. Birnbaum (BBO # 543834)
                Birnbaum & Godkin, LLP
                280 Summer Street, 5th Floor
                Boston, MA  02210
                Tel: 617-307-6100
                Fax: 617-307-6101

*Pro hac vice:*

Robert S. Litt
Steven S. Diamond
Justin S. Antonipillai
Joseph M. Meadows
ARNOLD & PORTER, LLP
555 12th Street, N.W.
Washington, D.C.  20004
Tel: 202-942-5000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Court's Case Management Order No. 2, by sending on July 31, 2007 copies to Lexis-Nexis for posting and notification to all parties.

                /s/ Melissa M. Longo