UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: Pharmaceutical Industry Average Wholesale Price Litigation | : : : : : : : : : : : | MDL No. 1456<br><br>Civil Action Nos.:<br><br>1:07cv10271-PBS<br>1:01cv12257-PBS<br><br>District Judge Patti B. Saris |
| This filing relates to: <u>State of Ohio v. Dey, Inc., et al.</u>, | | |

**SUBMISSION OF THE STATE OF OHIO REGARDING THE COURT'S JULY 26, 2007 ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION**

The State of Ohio, by its Attorney General Marc Dann, expresses its willingness to voluntarily participate in mediation with the defendants, other States and Mediator Prof. Eric D. Green, Esq. However, in order neither to acquiesce in jurisdiction nor to waive its objections to jurisdiction, the State of Ohio hereby objects to the Court's Order of Reference For Alternative Dispute Resolution on the basis that the Court lacks jurisdiction as to the State's case, as discussed more fully in the State's pending motion to remand.

In addition, Ohio notes that the protective orders entered in many of the States' cases prevent the States from sharing information obtained from the defendants in discovery. These restrictions limit the States' ability to participate in a coordinated mediation, because the States are effectively prevented from discussing the strengths and weaknesses of their claims and evidence developed in discovery. States such as Ohio, which have received little discovery from the defendants, are hampered in their ability to evaluate their claims. Moreover, such restrictions

on communications make it unlikely that the States could reach common positions in negotiations. Ohio is not invoking the Court's jurisdiction or requesting that the protective orders be modified. However, in order for any joint mediation to be meaningful the restrictions on sharing of discovery should be removed, such as through stipulation by the defendants.

Dated: July 31, 2007

Respectfully submitted,

ATTORNEY GENERAL FOR
THE STATE OF OHIO MARC DANN


s/ Marc Dann
MARC DANN

ATTORNEY GENERAL OF
THE STATE OF OHIO
Beth A. Finnerty
Deputy Chief Counsel
30 E. Broad Street, 17th Floor
Columbus, Ohio 43215

s/ Robert Heuck II
Stanley M. Chesley (0000852)
*Lead Counsel and Trial Attorney*
Robert Heuck II (0051283)
WAITE, SCHNEIDER, BAYLESS
& CHESLEY CO., L.P.A.
1513 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202
Phone:        (513) 621-0267
Facsimile:    (513) 381-2385
Email:        heuck@wsbclaw.com

Thomas W. Breidenstein (0064299)
BARRETT & WEBER, L.P.A.
500 Fourth and Walnut Centre
105 East Fourth Street
Cincinnati, OH 45202
Phone:        (513) 721-2120
Facsimile:    (513) 721-2139
Email:        TWBreidenstein@BarrettWeber.com

        James E. Swaim (007362)
        *Trial Attorney*
        Richard Hempfling (0029986)
        FLANAGAN, LIEBERMAN, HOFFMAN
            & SWAIM
        318 West Fourth Street
        Dayton, OH 45402
        Phone:     (937) 223-5200
        Facsimile:  (937) 3335
        Email:     Rhempfling@flhslaw.com

Of Counsel:
C. David Ewing (0028989)
EWING, MCMILLAN & WILLIS
429 W. Muhammad Ali Blvd., Suite 1100
Louisville, KY 40202-2347
Phone:     (502) 585-5800
Facsimile:  (502) 585-5858
Email:     geslaw@msn.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that I caused the foregoing to be filed and served on all counsel of record this 31st day of July 2007 via the Court's Electric Case Filing system, and that I also caused a copy to be served on all counsel of record electronically pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

        s/ Robert Heuck II
        Robert Heuck II