**Exhibit B**

# United States District Court

## Southern District of New York

# Certificate of
# Good Standing

I, _____J. Michael McMahon_____ , Clerk of this Court, certify that

THOMAS   BIESTY_____    Bar # _____TB4201_____

was duly admitted to practice in this Court on

SEPTEMBER   14th,  2004_____ , and is in good standing

as a member of the Bar of this Court.

Dated at     500 Pearl Street
             New York, New York_____          on _____JULY  27th, 2007_____

**J. MICHAEL McMAHON**

_____
         Clerk                                          by: _____
                                                                    Deputy Clerk