## CERTIFICATE OF SERVICE

I hereby certify that on July *31*, 2007, I caused a true and correct copy of the

REQUEST FOR ADMISSION PRO HAC VICE FOR THOMAS M. BIESTY, and EXHIBITS

A and B thereto to be served on all counsel of record by electronic service, in accordance with

Case Management Order No.2, by sending a copy to LexisNexis File & Serve for posting and

notification to all parties.


David L. Kleinman