UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) **THIS DOCUMENT RELATES TO:** ) *United States of America ex rel.* ) *Ven-a-Care of the Florida Keys, Inc., v.* ) *Abbott Laboratories, Inc.* ) CIVIL ACTION NO. 06-11337-PBS ) ) | MDL No. 1456  Civil Action No. 01-12257-PBS  Judge Patti B. Saris  Magistrate Judge Marianne B. Bowler |

## UNITED STATES' AND THE RELATOR'S UNOPPOSED MOTION TO ENLARGE TIME

The United States of America and Ven-a-Care of the Florida Keys, inc., through undersigned counsel, respectfully file this Unopposed Motion for an enlargement of time until August 9, 2007 to file objections pursuant to Fed.R.Civ. Pro. 72(a) with respect to the July 19, 2007 Order (Docket Number 4483) entered in this matter. In support, the United States and the Relator provide the following.

1. On July 19, 2007, this Court entered an order regarding various discovery issues. Pursuant to Rule 72, any objections to the order must be filed within 10 days, on or before August 2, 2007. An extension of that deadline is permissible. *Kruger v. Apfel*, 214 F.3d 784 (7th Cir. 2000). The additional time is needed due to the complexity of the four motions disposed of by the Order, and because of undersigned counsel's previously scheduled matters.

2. The undersigned Assistant U.S. Attorney contacted Jason Winchester, Esq., and Brian Murray, counsel for defendant Abbott Laboratories Inc. and third parties Hospira, Inc. and TAP Pharmaceuticals. Inc. Mr. Winchester and Mr. Murray indicated they did not object to this request for additional time.

For the above reasons, the United States and the Relator respectfully request that this motion be granted.

1

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | PETER D. KEISLER |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for
 the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

_____
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone: (202) 307-1088
Fax: (202) 307-3852

For the relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel:  (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com
Email: alisonwsimon@breenlaw.com

Dated:    August 1, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date August 1, 2007

      /s/ Ana Maria Martinez
Ana Maria Martinez