# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | Civil Action No. 01-12257-PBS |
| _____ | ) | |
| | ) | Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** | ) | |
| *United States of America ex rel.* | ) | Magistrate Judge Marianne B. Bowler |
| *Ven-a-Care of the Florida Keys, Inc., v.* | ) | |
| *Abbott Laboratories, Inc.* | ) | |
| CIVIL ACTION NO. 06-11337-PBS | ) | |
| _____ | ) | |

## [PROPOSED] ORDER

This matter came before the Court upon the United States' and Ven-a-Care of the Florida

Keys, Inc.'s Unopposed Motion for an Enlargement of Time until August 9, 2007 to file

objections pursuant to  Fed. R. Civ. P. 72(a) with respect to the July 19, 2007 Order (Docket

Number 4483) entered in this matter.  Having reviewed the motion and the record in this case, it

is hereby

**ORDERED** that the motion is granted.  The United States and Ven-a-Care of the Florida

Keys, Inc. are granted until August 9, 2007 to file objections pursuant to Fed. R. Civ. P. 72(a)

with respect to the July 19, 2007 Order (Docket Number 4483) entered in this matter.

**DONE AND ORDERED** this _____ day of _____ , 2007, in Boston,

Massachusetts.

_____