**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 |
| ) | Civil Action No. 01-CV-12257 PBS |
| THIS DOCUMENT RELATES TO CLASS 2 & 3 BENCH TRIAL (BMS) ) ) ) ) | Hon. Patti B. Saris |

### STIPULATION AND [PROPOSED] ORDER AS TO DAMAGES AND INTEREST

Class 2 and 3 Plaintiffs and Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Inc. (collectively, "BMS") respectfully submit this stipulation and proposed order as to damages and pre-judgment interest pursuant to the Court's direction in its Findings of Fact and Conclusions of Law dated June 21, 2007:

1. Class 2's actual damages against BMS are $187,789.

2. Class 3's actual damages against BMS are $183,454.

3. The parties agree that pre-judgment interest on the above amounts should be calculated based upon Mass. Gen. Laws ch. 231, section 6B (a) from December 20, 2001 through August 1, 2007 on damages incurred through 2001 and (b) from July 1, 2002 through August 1, 2007 on damages incurred in 2002. The parties disagree on whether the calculation should be based on simple or compounded interest and are providing the Court with briefing on that issue.

\\\NY - 058559/000059 - 1050986 v1

4. This stipulation and order shall not be deemed to be an admission by any party or law of the case with respect to the calculation of damages or pre-judgment interest in later proceedings in this or any other Court.

Dated:  Boston, Massachusetts
August 1, 2007

Respectfully submitted,

| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **DWYER & COLLORA, LLP** |
|---|---|
| By:  /s/ Steve W. Berman<br>     Thomas M. Sobol (BBO#471770)<br>     Edward Notargiacomo (BBO#567636)<br>One Main Street, 4th Floor<br>Cambridge, MA  02142<br>Tel: (617) 482-3700<br>Fax: (617) 482-3003 | By:  /s/ Thomas E. Dwyer (BBO#139660)<br>     Thomas E. Dwyer (BBO# 139660)<br>     Jennifer M. Ryan (BBO#661498)<br>600 Atlantic Avenue<br>Boston, MA  02210<br>Tel:  (617) 371-1000<br>Fax:  (617) 371-1037 |
| **LIAISON COUNSEL** | **HOGAN & HARTSON LLP** |
| Steve W. Berman<br>Sean R. Matt<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br><br>Elizabeth Fegan<br>Hagens Berman Sobol Shapiro LLP<br>820 North Boulevard, Suite B<br>Oak Park, IL  60302<br>Telephone: (708) 776-5600<br>Facsimile: (708) 776-5601 | Steven M. Edwards, Esq. (SE 2773)<br>Lyndon M. Tretter (LT 4031)<br>Thomas J. Sweeney (TS 6557)<br>Admitted *pro hac vice*<br>875 Third Avenue<br>New York, NY  10022<br>Tel:  (212) 918-3640<br>Fax:  (212) 918-3100<br><br>*Attorneys for Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Inc.* |

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
The Wexler Firm LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

SO ORDERED

_____
Honorable Patti B. Saris

## CERTIFICATE OF SERVICE

I, Lyndon M. Tretter, certify that a true and correct copy of the above Stipulation was served upon all counsel of record on August 1, 2007 by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending copies to Lexis-Nexis for posting and notification to all parties.

/s/ Lyndon M. Tretter
Lyndon M. Tretter