UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* Civil Action No. 06-11337-PBS | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp.*, Civil Action No. 07-10248 | |

**AUGUST 1, 2007 STATUS REPORT OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS**

The United States of America ("United States") and Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care" or the "Relator"), Plaintiffs, through their undersigned counsel, respectfully file this Status Report for August 1, 2007 in accordance with the Court's June 17, 2004 Procedural Order and state:

**United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.**
**MDL Docket Number 06-11337**
**Original Jurisdiction: United States District Court Southern District of FLorida**

| **Pending Motions** | **Responsive Memoranda** | **Hearing Date** |
|---|---|---|
| United States' Motion to Compel Abbott to Respond to the United States' First Set of Interrogatories, Memo in Support of its Motion to Compel Abbott to Respond to the United States First Set of Interrogatories and United States' Motion for Leave to File Under Seal Exhibits to its Memorandum in Support of its Motion to Compel Abbott to Respond to the Untied States' First Set of Interrogatories filed on April 16, 2007.  (Docket 4060, 4061 and 4063) | Docket 4152<br><br>Sealed Exhibits (Docket 4114, 4115 and 4116) | June 19, 2007 |
| Abbott's Renewed Motion to Compel Production of Ex Parte Filings filed April 26, 2007.  (Docket 4080);   Addendum to Motion (Docket 4299) | Docket 4208 | June 19, 2007 |
| Abbott's Motion to Dismiss or Partially Dismiss the United States First Amended Complaint (Docket 4469, 4470) | Due August 24, 2007 | none scheduled |

United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,
MDL Docket No. 05-11084-PBS
Original Jurisdiction: United States District Court, District of Massachusetts

| **Pending Motions** | **Responsive Memoranda** | **Hearing Date** |
|---|---|---|
| Dey Defendants' Motion to Amend the Court's July 17, 2007 Memorandum and Order to Include a Certification of Immediate Appeal Pursuant to 28 U.S.C. § 1292(b), filed July 31, 2007 (Docket #4523) | [None filed; plaintiffs anticipate filing an opposition] | None scheduled |

United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelhiem Corp., et al., Docket No. 07-10248-PBS

Original Jurisdiction: United States District Court, District of Massachusetts

| Pending Motions | Responsive Memoranda | Hearing Date |
|---|---|---|
| Roxane Defendants' Joint Motion to Dismiss the U.S. Complaint, filed March 22, 2007 (Dkt #14) | Docket 22 (U.S. Opposition); Docket 23 (Defendants' Reply); Docket 27 (U.S. Surreply) | June 20, 2007 |
| Roxane Defendants' Joint Motion to Dismiss the Relator Ven-a-Care's Complaint, filed April 23, 2007 (Dkt #20) | Docket 24 (Relator's Opposition); Docket 28 (Defendants' Reply) | June 20, 2007 |

Respectfully Submitted,
For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

/s/ George B. Henderson
George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3272
Fax: (617) 748-3971

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

/s/ Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9003
Fax: (305) 536-4101

For the relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com
Email: alisonwsimon@breenlaw.com

Dated: August 1, 2007

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL


/s/ Renée Brooker
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-1088
Fax: (202) 307-3852

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above **STATUS REPORT - AUGUST 1, 2007 OF THE UNITED STATES AND THE RELATOR VEN-A-CARE OF THE FLORIDA KEYS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                 /s/ Mark Lavine

Dated:  August 1, 2007