# EXHIBIT A

## BMS Medicare Damages*: Massachusetts Third-Party Payors (Class 2)

Using 30% Liability and 30% Damage Thresholds
Using the Average of Hartman and BMS's Third-Party Payors and
Employer-Sponsored Share of Medicare Copays

### Nominal Damages ($)

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | Total |
|---|---|---|---|---|---|---|
| Blenoxane | 0 | 0 | 0 | 0 | 0 | 0 |
| Cytoxan | 14,141 | 14,401 | 12,886 | 8,856 | 8,603 | 58,886 |
| Rubex | 275 | 191 | 371 | | 13 | 850 |
| Taxol | | | | 0 | 55,745 | 55,745 |
| VePesid | 23,814 | 22,096 | | 11,565 | 14,834 | 72,308 |
| Total | 38,230 | 36,688 | 13,256 | 20,421 | 79,194 | 187,789 |
| | | | | | | |
| Statutory Interest Rate | 12.0% | 12.0% | 12.0% | 12.0% | 12.0% | |
| Number of Years | 5.614 | 5.614 | 5.614 | 5.614 | 5.085 | |
| Pre-judgment Interest Multiplier | 1.674 | 1.674 | 1.674 | 1.674 | 1.610 | |

### Damages ($) Including Pre-Judgment Interest (2007): Simple**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | Total |
|---|---|---|---|---|---|---|
| Blenoxane | 0 | 0 | 0 | 0 | 0 | 0 |
| Cytoxan | 23,666 | 24,102 | 21,566 | 14,822 | 13,853 | 98,009 |
| Rubex | 460 | 320 | 621 | 0 | 21 | 1,422 |
| Taxol | 0 | 0 | 0 | 0 | 89,759 | 89,759 |
| VePesid | 39,856 | 36,980 | 0 | 19,356 | 23,885 | 120,077 |
| Total | 63,983 | 61,402 | 22,187 | 34,177 | 127,518 | 309,267 |

\* Liability determined according to Judge Saris's ruling on June 21, 2007:
    Blenoxane: 1998-2002
    Cytoxan (injectable forms only): 1998-2002
    Rubex: 1998-2000; 2002
    Taxol: 2001-2002
    VePesid (injectable forms only): 1998-1999; 2001-2002

\*\* Pre-judgement interest is calculated from the date of the lawsuit, December 20, 2001 to August 1, 2007, 5 years and 224 days, applying 12% simple interest.
    Damages through 2001 have pre-judgement interest applied from December 20, 2001.
    Damages for 2002 have pre-judgement interest applied from July 1, 2002.

## BMS Non-Medicare Damages: Massachusetts (Class 3)*

Using 30% Liability and 30% Damage Thresholds
Using the Average of Hartman and BMS's Third-Party Payors and
Employer-Sponsored Share of Medicare Copays

**Nominal Damages ($)**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | Total |
|---|---|---|---|---|---|---|
| Blenoxane | - | - | - | - | - | - |
| Cytoxan | - | - | - | - | - | - |
| Rubex | - | - | - | - | - | - |
| Taxol | - | - | - | 183,454 | - | **183,454** |
| VePesid | - | - | - | - | - | - |
| Total | - | - | - | 183,454 | - | **183,454** |
| Statutory Interest Rate | 12.0% | 12.0% | 12.0% | 12.0% | 12.0% | |
| Number of Years | 5.614 | 5.614 | 5.614 | 5.614 | 5.085 | |
| Pre-judgment Interest Multiplier | 1.674 | 1.674 | 1.674 | 1.674 | 1.610 | |

**Damages ($) Including Pre-Judgment Interest (2007): Simple***

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | Total |
|---|---|---|---|---|---|---|
| Blenoxane | - | - | - | - | - | 0 |
| Cytoxan | - | - | - | - | - | 0 |
| Rubex | - | - | - | - | - | 0 |
| Taxol | - | - | - | 307,037 | - | **307,037** |
| VePesid | - | - | - | - | - | 0 |
| Total | 0 | 0 | 0 | 307,037 | 0 | **307,037** |

\* Liability determined according to Judge Saris's ruling on June 21, 2007:
   Taxol: 2001
\*\* Pre-judgement interest is calculated from the date of the lawsuit, December 20, 2001 to August 1, 2007, 5 years and 224 days, applying 12% simple interest.
   Damages through 2001 have pre-judgement interest applied from December 20, 2001.
   Damages for 2002 have pre-judgement interest applied from July 1, 2002.

Privileged and Confidential

Draft - Subject to Revision