# Appendix A

**PHARMACY'S FUNDAMENTAL REFERENCE™**

# 1999 DRUG TOPICS® RED BOOK®

## 103rd YEAR OF PUBLICATION

| | |
|---|---|
| Vice President of Directory Services: | Stephen B. Greenberg |
| Director of Product Management: | Mark A. Friedman |
| Senior Associate Product Manager: | Thomas B. Young |
| Editor, Directory Services: | David W. Sifton |
| Publisher, Drug Topics: | Harold E. Cohen, R. Ph. |
| Editor: | Valentine Cardinale |
| Managing Editor: | Judy C. Chi |
| Design Director: | A. Michael Velthaus |
| Advertising Sales Manager: | Carol Jaxel |
| Account Managers: | Chris Colatriano |
| | Cory Coleman |
| | Ron Gordon |
| | Frank Karkowsky |
| | Meg Shumaker-Ainley |
| National Sales Manager, Trade Group: | Bill Gaffney |
| Promotion Manager: | Donna R. Lynn |
| Director, Professional Support Services: | Mukesh Mehta, R.Ph. |
| Manager, Drug Information Services: | Thomas Fleming, R.Ph. |
| Drug Information Specialist: | Maria Deutsch, M.S., R.Ph., C.D.E. |
| Director of Production: | Carrie Williams |
| Manager of Production: | Kimberly H. Vivas |
| Senior Production Coordinator: | Amy B. Brooks |
| Senior Digital Imaging Coordinator: | Shawn W. Cahill |
| Digital Imaging Coordinator: | Frank J. McElroy, III |
| Electronic Publishing Designer: | Robert K. Grossman |
| Director, Database and Applications Development: | Anthony Donofrio |
| Project Manager: | Tim Jackson |
| Programmer, Database and Applications Development: | Kenneth A. Perlman |
| Manager, Electronic Publishing: | John Pirone |
| Electronic Publishing Analyst: | John Bocchino |
| Database Administration Manager: | Lola Nannas |
| Data Research Specialist: | Enid Olayan |
| Red Book Data Coordinator: | Carol Flanagan |
| Data Specialists: | Roni Lane |
| | Linda Panke |
| | Kelly Petrison |
| Pharmaceutical Data Analyst: | Margo Krych |

Copyright © 1999 and published by Medical Economics Company, Inc. at Montvale, NJ 07645-1742. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, resold, redistributed, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher. RED BOOK® and Drug Topics® are registered trademarks used herein under license.

**Officers of Medical Economics Company:**
*President and Chief Executive Officer:* Curtis B. Allen; *Vice President, New Media:* L. Suzanne BeDell; *Vice President, Corporate Human Resources:* Pamela M. Bilash; *Vice President and Chief Information Officer:* Steven M. Bressler; *Vice President, Directory Services:* Stephen B. Greenberg; *Vice President, New Business Planning:* Linda G. Hope; *Executive Vice President, Healthcare Publishing and Communications:* Thomas J. Kelly; *Executive Vice President, Magazine Publishing:* Lee A. Maniscalco; *Vice President, Group Publisher:* Terrence W. Meacock; *Vice President, Business Integration:* David A. Pitler; *Vice President, Group Publisher:* Thomas C. Pizor; *Vice President, Magazine Business Management:* Eric Schlett; *Senior Vice President, Operations:* John R. Ware

ISBN: 1-56363-303-5
ISSN: 1072-1142

**Medical Economics Company**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (URL) | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00677-1549-70 | 22.00 | | BN |
| (Warner Chilcott Gen) | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00047-2997-11 | 22.95 | 19.13 | AB |
| (Warrick) | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 59930-1560-01 | 21.41 | | BN |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 59930-1560-02 | 19.79 | | BN |
| (Zenith Goldline) | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00172-4390-18 | 21.99 | | AB |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 00172-4390-19 | 19.76 | | AB |

**ALBUTEROL SULFATE**
HCFA

| | NDC | AWP | | |
|---|---|---|---|---|
| SOL, IH, 0.083%, 3 ml | | 0.60 | | |
| SYR, PO, 2 mg/5 ml, | | | | |
| 480 ml | | 5.33 | | |
| TAB, PO, 2 mg, 100s ea | | 2.67 | | |
| 4 mg, 100s ea | | 3.78 | | |

(Allen & Hanburys) See VENTOLIN
(Allen & Hanburys) See VENTOLIN
(Allen & Hanburys) See VENTOLIN NEBULES
(Allen & Hanburys) See VENTOLIN ROTACAPS

| (Allscripts) | NDC | AWP | | OBC |
|---|---|---|---|---|
| SOL, IH, 0.083%, | | | | |
| 3 ml 25s UD | 54569-3899-00 | 31.08 | | EE |
| 0.5%, 20 ml | 54569-3900-00 | 14.99 | | EE |
| SYR, PO, 2 mg/5 ml, | | | | |
| 118.250 ml | 54569-3700-01 | 6.98 | | EE |
| 473 ml | 54569-3700-00 | 27.94 | | EE |
| TAB, PO, 2 mg, 30s ea | 54569-3409-00 | 8.48 | | EE |
| 4 mg, 30s ea | 54569-2874-00 | 11.71 | | EE |
| 60s ea | 54569-2874-01 | 23.41 | | EE |

(Alpharma USPD) See ALBUTEROL SULFATE

| (Alpharma USPD) | | | | |
|---|---|---|---|---|
| SOL, IH (P.F.) | | | | |
| 0.083%, 3 ml 25s | 00472-0831-23 | 30.25 | | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 00472-0825-16 | 26.85 | | AA |

| (Astra Pharm L.P.) | | | | |
|---|---|---|---|---|
| SOL, IH, 0.083%, | | | | |
| 3 ml 25s UD | 00186-1491-04 | 32.75 | | AN |
| 3 ml 60s UD | 00186-1491-17 | 78.80 | | AN |
| 0.5%, 20 ml | 00186-1490-01 | 13.20 | | AN |

| (Bausch&Lomb Pharm) | | | | |
|---|---|---|---|---|
| SOL, IH (STERILE) | | | | |
| 0.5%, 20 ml | 24208-0347-20 | 17.00 | | AN |

| (Cheshire) | | | | |
|---|---|---|---|---|
| SOL, IH, 0.083%, 3 ml 25s | 55175-4417-01 | 35.47 | | AN |
| SYR, PO, 2 mg/5 ml, 120 ml | 55175-1213-00 | 11.30 | | EE |
| TAB, PO, 2 mg, 20s ea | 55175-2210-02 | 4.00 | | EE |
| 30s ea | 55175-2210-03 | 5.60 | | EE |
| 4 mg, 28s ea | 55175-2211-08 | 4.50 | | EE |
| 100s ea | 55175-2211-01 | 12.39 | | EE |

| (Compumed) | | | | |
|---|---|---|---|---|
| SOL, IH, 0.083%, 3 ml 25s | 00403-4602-18 | 22.40 | | EE |
| 3 ml 60s | 00403-4310-18 | 35.00 | | EE |
| 0.5%, 20 ml | 00403-4572-18 | 11.95 | | EE |
| SYR, PO, 2 mg/5 ml, 120 ml | 00403-2254-84 | 4.90 | | EE |
| 180 ml | 00403-2254-86 | 7.35 | | EE |
| 240 ml | 00403-2254-88 | 9.80 | | EE |
| TAB, PO, 2 mg, 100s ea | 00403-1776-01 | 10.95 | | EE |
| 4 mg, 10s ea | 00403-1778-10 | 2.75 | | EE |

| (Dey) | | | | |
|---|---|---|---|---|
| SEE SECTION 7 FOR COLOR PHOTO | | | | |
| SOL, IH, 0.083%, | | | | |
| 3 ml 25s UD | 49502-0697-03 | 30.25 | | AN |
| 3 ml 30s UD | 49502-0697-33 | 36.30 | | AN |
| 3 ml 60s UD | 49502-0697-60 | 72.60 | | AN |
| 0.5%, 20 ml | 49502-0196-20 | 14.99 | | AN |

| (ESI Lederle Generics) | | | | |
|---|---|---|---|---|
| TAB, PO, 2 mg, 100s ea | 00005-3062-43 | 26.29 | | AB |
| 500s ea | 00005-3062-31 | 124.86 | | AB |
| 4 mg, 100s ea | 00005-3063-43 | 39.46 | | AB |
| 500s ea | 00005-3063-31 | 186.69 | | AB |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Gallipot) | | | | |
| POW, (U.S.P.N.F.) | | | | |
| 5 gm | 51552-0044-05 | 11.04 | | |
| (U.S.P.) | | | | |
| 25 gm | 51552-0044-25 | 42.66 | | |
| (U.S.P.,N.F.) | | | | |
| 100 gm | 51552-0044-10 | 144.00 | | |
| 1000 gm | 51552-0044-01 | 924.00 | | |

| (Geneva) | | | | |
|---|---|---|---|---|
| SYR, PO, 2 mg/5 ml, 480 ml | 00781-6067-16 | 27.92 | | AA |
| TAB, PO, 2 mg, 100s ea | 00781-1671-01 | 28.05 | | AB |
| 4 mg, 100s ea | 00781-1672-01 | 41.30 | | AB |

| (Heartland) | | | | |
|---|---|---|---|---|
| TAB, PO, 2 mg, 30s ea UD | 61392-0567-30 | 8.10 | | AB |
| 30s ea UD | 61392-0567-39 | 8.10 | | AB |
| 31s ea UD | 61392-0567-31 | 8.37 | | AB |
| 32s ea UD | 61392-0567-32 | 8.64 | | AB |
| 45s ea UD | 61392-0567-45 | 12.15 | | AB |
| 60s ea UD | 61392-0567-60 | 16.20 | | AB |
| 90s ea UD | 61392-0567-90 | 24.30 | | AB |
| 500s ea UD | 61392-0567-51 | 135.00 | | AB |
| 2000s ea UD | 61392-0567-54 | 540.00 | | AB |
| 3000s ea UD | 61392-0567-56 | 810.00 | | AB |
| 10000s ea UD | 61392-0567-91 | 2700.00 | | AB |
| 4 mg, 30s ea UD | 61392-0570-30 | 11.87 | | AB |
| (BLISTER PACK) | | | | |
| 4 mg, 30s ea | 61392-0570-39 | 11.87 | | AB |
| 31s ea UD | 61392-0570-31 | 12.26 | | AB |
| 32s ea UD | 61392-0570-32 | 12.66 | | AB |
| 45s ea UD | 61392-0570-45 | 17.80 | | AB |
| 60s ea UD | 61392-0570-60 | 23.73 | | AB |
| 90s ea UD | 61392-0570-90 | 35.60 | | AB |
| 500s ea UD | 61392-0570-51 | 197.78 | | AB |
| 2000s ea UD | 61392-0570-54 | 791.10 | | AB |
| 3000s ea UD | 61392-0570-56 | 1186.65 | | AB |
| 10000s ea UD | 61392-0570-91 | 3955.50 | | AB |

| (Hi-Tech) | | | | |
|---|---|---|---|---|
| SOL, IH, 0.5%, 20 ml | 50383-0741-20 | 16.50 | | AN |
| SYR, PO, 2 mg/5 ml, 473 ml | 50383-0740-16 | 26.50 | | AA |

| (Major) | | | | |
|---|---|---|---|---|
| SOL, IH, 0.083%, 3 ml 25s | 00904-7731-17 | 31.25 | | AN |
| 0.5%, 20 ml | 00904-7658-55 | 14.95 | | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 00904-7681-16 | 27.90 | | AA |
| TAB, PO, 2 mg, 100s ea | 00904-2876-60 | 24.90 | | AB |
| 4 mg, 100s ea | 00904-2877-60 | 35.30 | | AB |

| (Martec) | | | | |
|---|---|---|---|---|
| TAB, PO, 2 mg, 100s ea | 52555-0491-01 | 27.90 | | AB |
| 500s ea | 52555-0491-05 | 119.02 | | AB |
| 4 mg, 100s ea | 52555-0492-01 | 41.35 | | AB |
| 500s ea | 52555-0492-05 | 150.58 | | AB |

(Medeva) See AIRET

| (Medisca) | | | | |
|---|---|---|---|---|
| POW, (U.S.P.) | | | | |
| 10 gm | 38779-0185-01 | 25.88 | | |
| 25 gm | 38779-0185-04 | 50.63 | | |
| 100 gm | 38779-0185-05 | 167.63 | | |
| 500 gm | 38779-0185-08 | 793.13 | | |

| (Meridian Chemical) | | | | |
|---|---|---|---|---|
| POW, (U.S.P.) | | | | |
| 25 gm | 62991-1006-01 | 88.00 | | |
| 100 gm | 62991-1006-02 | 264.80 | | |
| 500 gm | 62991-1006-03 | 990.00 | | |

| (Moore,H.L.) | | | | |
|---|---|---|---|---|
| SOL, IH, 0.083%, 3 ml 25s | 00839-7860-18 | 30.50 | 22.59 | AN |
| 0.5%, 20 ml | 00839-7861-97 | 16.48 | 12.21 | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 00839-7859-69 | 26.26 | 19.45 | EE |
| TAB, PO, 2 mg, 100s ea | 00839-7611-06 | 24.50 | 18.15 | AB |
| 500s ea | 00839-7611-12 | 117.59 | 87.10 | AB |

(Muro) See VOLMAX

| (Mutual) | | | | |
|---|---|---|---|---|
| TAB, PO, 2 mg, 100s ea | 53489-0176-01 | 26.50 | | AB |
| 500s ea | 53489-0176-05 | 120.22 | | AB |
| 4 mg, 100s ea | 53489-0177-01 | 39.45 | | AB |
| 500s ea | 53489-0177-05 | 181.32 | | AB |

| (Mylan) | | | | |
|---|---|---|---|---|
| TAB, PO, 2 mg, 100s ea | 00378-0255-01 | 28.25 | | AB |
| 500s ea | 00378-0255-05 | 134.40 | | AB |
| 4 mg, 100s ea | 00378-0572-01 | 41.50 | | AB |
| 500s ea | 00378-0572-05 | 200.50 | | AB |

| (Nephron) | | | | |
|---|---|---|---|---|
| SOL, IH, 0.083%, | | | | |
| 3 ml 30s UD | 00487-9501-03 | 37.07 | | AN |

| (Novopharm) | | | | |
|---|---|---|---|---|
| TAB, PO, 2 mg, 100s ea | 55953-0480-40 | 23.50 | | AB |
| 500s ea | 55953-0480-70 | 112.00 | | AB |
| 4 mg, 100s ea | 55953-0499-40 | 35.00 | | AB |
| 500s ea | 55953-0499-70 | 168.00 | | AB |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**RED BOOK for Windows**
Special Offer for 1999
(800) 722-3062

| (PD-RX Pharm) | | | | |
|---|---|---|---|---|
| SYR, PO, 2 mg/5 ml, 120 ml | 55289-0039-04 | 10.74 | | AA |
| TAB, PO, 2 mg, 20s ea | 55289-0363-20 | 6.72 | | AB |
| 24s ea | 55289-0363-24 | 8.05 | | AB |
| 30s ea | 55289-0363-30 | 8.55 | | AB |
| 4 mg, 30s ea | 55289-0045-30 | 10.05 | | AB |

| (Pharma Pac) | | | | |
|---|---|---|---|---|
| SYR, PO, 2 mg/5 ml, 120 ml | 52959-1411-03 | 19.97 | | EE |
| 480 ml | 52959-1411-16 | 76.02 | | EE |
| TAB, PO, 2 mg, 20s ea | 52959-0425-20 | 8.95 | | EE |

| (Phys Total Care) | | | | |
|---|---|---|---|---|
| SOL, IH, 0.5%, 20 ml | 54868-3407-00 | 9.98 | | EE |
| 25 ml | 54868-2472-01 | 18.45 | | EE |
| SYR, PO, 2 mg/5 ml, 480 ml | 54868-2887-00 | 8.24 | | EE |
| TAB, PO, 2 mg, 30s ea | 54868-1073-03 | 2.30 | | EE |
| 50s ea | 54868-1073-06 | 2.94 | | EE |
| 60s ea | 54868-1073-04 | 3.27 | | EE |
| 100s ea | 54868-1073-02 | 3.89 | | EE |
| 120s ea | 54868-1073-05 | 5.20 | | EE |
| 4 mg, 30s ea | 54868-1074-03 | 2.74 | | EE |
| 60s ea | 54868-1074-07 | 4.14 | | EE |
| 100s ea | 54868-1074-05 | 5.34 | | EE |
| 120s ea | 54868-1074-06 | 6.95 | | EE |

| (Qualitest) | | | | |
|---|---|---|---|---|
| SOL, IH, 0.083%, 3 ml 25s | 00603-1005-40 | 30.42 | | AN |
| 0.5%, 20 ml | 00603-1006-43 | 12.50 | | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 00603-1007-58 | 24.75 | | AA |
| TAB, PO, 2 mg, 100s ea | 00603-2093-21 | 23.60 | | AB |
| 500s ea | 00603-2093-28 | 96.85 | | AB |
| 4 mg, 100s ea | 00603-2094-21 | 35.16 | | AB |
| 500s ea | 00603-2094-28 | 144.00 | | AB |

| (Quality Care) | | | | |
|---|---|---|---|---|
| SYR, PO, 2 mg/5 ml, 60 ml | 60346-0672-31 | 5.66 | | EE |
| 120 ml | 60346-0672-04 | 8.49 | | EE |
| TAB, PO, 4 mg, 28s ea | 60346-0285-28 | 11.35 | | EE |
| 30s ea | 60346-0285-30 | 11.89 | | EE |

| (Roway) | | | | |
|---|---|---|---|---|
| TAB, PO, 2 mg, 100s ea UD | 00686-0657-20 | 7.55 | | AB |
| 4 mg, 100s ea UD | 00686-0658-20 | 8.00 | | AB |

| (Rugby) | | | | |
|---|---|---|---|---|
| SOL, IH, 0.083%, 3 ml 25s | 00536-2677-04 | 32.50 | | AN |
| 0.5%, 20 ml | 00536-0007-73 | 13.95 | | AN |
| 20 ml | 00536-2675-73 | 13.95 | | AN |
| SYR, PO, 2 mg/5 ml, 473 ml | 00536-0490-85 | 26.00 | | AA |
| 480 ml | 00536-0415-85 | 26.00 | | AA |
| TAB, PO, 4 mg, 500s ea | 00536-3009-05 | 187.00 | | AB |

| (Schein) | | | | |
|---|---|---|---|---|
| SOL, IH, 0.5%, 20 ml | 00364-2530-55 | 13.91 | | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 00364-2522-16 | 26.00 | | AA |
| TAB, PO, 2 mg, 100s ea | 00364-2438-01 | 26.00 | | AB |
| 4 mg, 100s ea | 00364-2439-01 | 37.60 | | AB |

(Schering) See PROVENTIL
(Schering) See PROVENTIL
(Schering) See PROVENTIL HFA
(Schering) See PROVENTIL REPETABS

| (Sidmak) | | | | |
|---|---|---|---|---|
| TAB, PO, 2 mg, 100s ea | 50111-0491-01 | 25.50 | | AB |
| 500s ea | 50111-0491-02 | 122.00 | | AB |
| 4 mg, 100s ea | 50111-0492-01 | 38.00 | | AB |
| 500s ea | 50111-0492-02 | 182.00 | | AB |

| (Southwood) | | | | |
|---|---|---|---|---|
| SOL, IH, 0.5%, 20 ml | 58016-6404-20 | 15.53 | | EE |
| SYR, PO, 2 mg/5 ml, 90 ml | 58016-0328-18 | 13.53 | | EE |
| 100 ml | 58016-0328-20 | 15.50 | | EE |
| 120 ml | 58016-0328-24 | 18.29 | | EE |
| 240 ml | 58016-0328-48 | 27.05 | | EE |
| TAB, PO, 2 mg, 12s ea | 58016-0473-12 | 4.34 | | EE |
| 15s ea | 58016-0473-15 | 5.42 | | EE |
| 20s ea | 58016-0473-20 | 7.23 | | FF |
| 24s ea | 58016-0473-24 | 8.68 | | EE |
| 100s ea | 58016-0473-00 | 36.17 | | EE |
| 4 mg, 12s ea | 58016-0603-12 | 6.47 | | EE |
| 15s ea | 58016-0603-15 | 8.09 | | EE |
| 20s ea | 58016-0603-20 | 10.79 | | EE |
| 24s ea | 58016-0603-24 | 12.94 | | EE |
| 100s ea | 58016-0603-00 | 53.95 | | EE |

Recommend SENOKOT® Laxatives When the Rx May Constipate
PURDUE FREDERICK

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| (Teva) | | | | |
| SYR, PO, 2 mg/5 ml, 480 ml | 00093-0661-16 | 27.92 | | AA |
| TAB, PO, 2 mg, 100s ea | 00332-2226-09 | 25.00 | | AB |
| 100s ea | 00093-0665-01 | 28.05 | | AB |
| 500s ea | 00093-2226-05 | 134.19 | | AB |
| 500s ea | 00093-0665-05 | 134.19 | | AB |
| 4 mg, 100s ea | 00332-2228-09 | 37.50 | | AB |
| 100s ea | 00093-0666-01 | 39.55 | | AB |
| 500s ea | 00332-2228-13 | 180.00 | | AB |
| 500s ea | 00093-0666-05 | 197.00 | | AB |
| (UDL) | | | | |
| TAB, PO (10X10) | | | | |
| 2 mg, 100s ea UD | 51079-0657-20 | 28.32 | 21.24 | AB |
| 4 mg, 100s ea UD | 51079-0658-20 | 43.08 | 32.31 | AB |
| (URL) | | | | |
| SOL, IH, 0.083%, 3 ml 25s | 00677-1522-72 | 32.00 | | AN |
| 0.5%, 20 ml | 00677-1521-22 | 13.95 | | AN |
| TAB, PO, 2 mg, 100s ea | 00677-1359-01 | 26.50 | | AB |
| 500s ea | 00677-1359-05 | 120.22 | | AB |
| 4 mg, 100s ea | 00677-1360-01 | 39.45 | | AB |
| 500s ea | 00677-1360-05 | 181.32 | | AB |
| (Vangard) | | | | |
| TAB, PO (31X10,INSTIT USE,CARDED) | | | | |
| 2 mg, 310s ea UD | 00615-3517-53 | 87.79 | | AB |
| (31X10,INSTIT. USE) | | | | |
| 2 mg, 310s ea UD | 00615-3517-63 | 87.79 | | AB |
| (200X5 STRIPS,INSTIT USE) | | | | |
| 2 mg, 1000s ea UD | 00615-3517-43 | 283.20 | | AB |
| (31X10,INSTIT USE,CARDED) | | | | |
| 4 mg, 310s ea UD | 00615-3518-53 | 133.55 | | AB |
| (31X10,INSTIT. USE) | | | | |
| 4 mg, 310s ea UD | 00615-3518-63 | 133.55 | | AB |
| (200X5 STRIPS,INSTIT USE) | | | | |
| 4 mg, 1000s ea UD | 00615-3518-43 | 430.80 | | AB |
| (Warrick) | | | | |
| SOL, IH, 0.083%, | | | | |
| 3 ml 25s UD | 59930-1500-08 | 30.25 | | AN |
| 3 ml 60s | 59930-1500-06 | 72.60 | | AN |
| 0.5%, 20 ml | 59930-1515-04 | 14.99 | | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 59930-1510-05 | 24.75 | | AA |
| TAB, PO, 2 mg, 100s ea | 59930-1520-01 | 23.65 | | AB |
| 500s ea | 59930-1520-02 | 112.25 | | AB |
| 4 mg, 100s ea | 59930-1530-01 | 35.20 | | AB |
| 500s ea | 59930-1530-02 | 168.25 | | AB |
| (Watson) | | | | |
| SYR, PO, 2 mg/5 ml, 480 ml | 52544-0419-16 | 26.38 | | AA |
| (Zenith Goldline) | | | | |
| SOL, IH, 0.083%, 3 ml 25s | 00182-8010-24 | 30.25 | | AN |
| 0.5%, 20 ml | 00182-6014-65 | 14.40 | | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 00182-6015-40 | 27.92 | | AA |
| **ALBUTEROL SULFATE** (Alpharma USPD) | | | | |
| SOL, IH (P.F.) | | | | |
| 0.083%, 3 ml 30s | 00472-0831-30 | 36.30 | | AN |
| **ALBUTEROL SULFATE/IPRATROPIUM BROMIDE** (Boehr Ingelheim) See COMBIVENT | | | | |
| **ALCAINE** (Alcon Ophthalmic) proparacaine hydrochloride | | | | |
| SOL, OP, 0.5%, 15 ml | 00998-0016-15 | 16.00 | | AT |
| (Allscripts) REPACK | | | | |
| SOL, OP, 0.5%, 15 ml | 54569-4368-00 | 15.00 | | AT |
| (Cheshire) REPACK | | | | |
| SOL, OP, 0.5%, 15 ml | 55175-1815-01 | 15.10 | | AT |
| **ALCLOMETASONE DIPROPIONATE** (Glaxo Derm) See ACLOVATE | | | | |
| **ALCOHOL** (Humco) alcohol, ethyl | | | | |
| LIQ, 480 ml | 00395-0037-16 | 3.16 | | |
| 3840 ml | 00395-0037-28 | 20.03 | | |
| 19200 ml | 00395-0037-75 | 80.69 | | |
| **ALCOHOL 50%** (Humco) alcohol, isopropyl | | | | |
| LIQ, (N.F.) | | | | |
| 480 ml | 00395-1245-16 | 0.69 | | |
| (WINTERGREEN) | | | | |
| 480 ml | 00395-1246-16 | 0.84 | | |
| **ALCOHOL 70%** (Humco) alcohol, ethyl | | | | |
| LIQ, (U.S.P.) | | | | |
| 480 ml | 00395-0040-16 | 0.97 | | |
| (Humco) alcohol, isopropyl | | | | |
| (N.F.) | | | | |
| 480 ml | 00395-1249-16 | 0.55 | | |
| (WINTERGREEN) | | | | |
| 480 ml | 00395-1250-16 | 0.68 | | |
| (N.F.) | | | | |
| 3840 ml | 00395-1249-28 | 6.95 | | |
| 3840 ml 4s | 00395-1249-04 | 27.80 | | |
| 3840 ml | 00395-1259-28 | 10.04 | | |
| **ALCOHOL 91%** (Humco) alcohol, isopropyl | | | | |
| LIQ, (U.S.P.) | | | | |
| 120 ml | 00395-1242-94 | 1.41 | | |
| 480 ml | 00395-1242-16 | 1.48 | | |
| **ALCOHOL 99%** (Humco) alcohol, isopropyl | | | | |
| LIQ, (N.F.) | | | | |
| 480 ml | 00395-1243-16 | 1.61 | | |
| 3840 ml | 00395-1243-28 | 11.24 | | |
| 19200 ml | 00395-1243-75 | 72.35 | | |
| (Amend) | | | | |
| LIQ, (N.F.) | | | | |
| 500 ml | 17317-0056-01 | 18.90 | | |
| 3840 ml | 17317-0056-06 | 84.00 | | |
| 19200 ml | 17317-0056-04 | 252.00 | | |
| (Baker, J.T.) | | | | |
| LIQ, (REAGENT) | | | | |
| 500 ml | 10106-9050-01 | 59.95 | | |
| (N.F.) | | | | |
| 4000 ml | 10106-9040-03 | 160.19 | | |
| (Gallipot) | | | | |
| SOL, (U.S.P.,N.F.) | | | | |
| 473 ml | 51552-0242-16 | 39.00 | | |
| 3785 ml | 51552-0242-01 | 138.00 | | |
| (Integra) | | | | |
| LIQ, (N.F.) | | | | |
| 500 ml | 05324-5165-50 | 31.37 | | |
| 4000 ml | 05324-5165-65 | 107.75 | | |
| (Mallinckrodt Lab) | | | | |
| LIQ, 500 ml | 00406-1816-04 | 29.55 | | |
| (Meridian Chemical) | | | | |
| LIQ, (N.F.) | | | | |
| 500 ml | 62991-1318-01 | 20.00 | | |
| **1-BUTANOL** (Baker, J.T.) alcohol, butyl | | | | |
| LIQ, (A.C.S., REAGENT) | | | | |
| 500 ml | 10106-9054-01 | 30.85 | | |
| (PHOTREX) | | | | |
| 500 ml | 10106-9189-01 | 53.30 | | |
| (A.C.S., REAGENT) | | | | |
| 4000 ml | 10106-9054-03 | 120.30 | | |
| 4000 ml | 10106-9054-33 | 131.63 | | |
| 20000 ml | 10106-9054-07 | 241.02 | | |
| **TERT-BUTYL ALCOHOL** (Baker, J.T.) alcohol, butyl | | | | |
| LIQ, (A.C.S., REAGENT) | | | | |
| 500 ml | 10106-9056-01 | 41.51 | | |
| 4000 ml | 10106-9056-05 | 125.56 | | |
| 20000 ml | 10106-9056-07 | 276.92 | | |
| (Amend) | | | | |
| FLA, (N.F.) | | | | |
| 500 gm | 17317-0011-01 | 9.10 | | |
| 2270 gm | 17317-0011-05 | 30.10 | | |
| 11350 gm | 17317-0011-08 | 140.00 | | |
| (Gallipot) | | | | |
| POW, (U.S.P.,N.F.) | | | | |
| 100 gm | 51552-0227-99 | 8.70 | | |
| 454 gm | 51552-0227-16 | 19.74 | | |
| 2270 gm | 51552-0227-05 | 89.64 | | |
| (Integra) | | | | |
| POW, (N.F.) | | | | |
| 500 gm | 05324-5009-45 | 19.60 | | |
| 2500 gm | 05324-5009-60 | 66.06 | | |
| (Medisca) | | | | |
| POW, (N.F.) | | | | |
| 500 gm | 38779-0618-08 | 11.25 | | |
| (Meridian Chemical) | | | | |
| POW, (N.F.) | | | | |
| 500 gm | 62991-1181-01 | 9.00 | | |
| 2500 gm | 62991-1181-02 | 38.00 | | |
| **ALCOHOL D-PANTHENOL** (Amend) dexpanthenol | | | | |
| LIQ, (U.S.P.) | | | | |
| 100 ml | 17317-2408-03 | 25.20 | | |
| 1000 ml | 17317-2408-06 | 112.00 | | |
| 5000 ml | 17317-2408-04 | 88.20 | | |
| **ALCOHOL DEHYDRATED** (Amer Regent) alcohol, ethyl | | | | |
| INJ, IJ (AMP, P.F.) | | | | |
| 99.5%, 1 ml 10s | 00517-8571-10 | 81.25 | | |
| 5 ml 10s | 00517-8575-10 | 368.75 | | |
| **ALCOHOL ABSOLUTE** (Abbott Hosp) alcohol, ethyl | | | | |
| INJ, IJ (AMP) | | | | |
| 99.5%, 1 ml 25s | 00074-3772-04 | 515.67 | 434.25 | |
| **ALCOHOL ETHYL DENATURED ANHYDROUS** (Amend) alcohol, ethyl | | | | |
| LIQ, 500 ml | 17317-0012-01 | 3.50 | | |
| 3840 ml | 17317-0012-06 | 17.50 | | |
| 20000 ml | 17317-0012-08 | 58.80 | | |
| **ALCOHOL ABSOLUTE** (Consolidated Midland) alcohol, ethyl | | | | |
| INJ, IJ (AMPULE) | | | | |
| 98%, 1 ml 10s | 00223-7115-01 | 150.00 | | |
| 5 ml 10s | 00223-7115-05 | 250.00 | | |
| **ALCOHOL DEHYDRATED** (Faulding Pharm) alcohol, ethyl | | | | |
| INJ, IJ (S.D. AMP) | | | | |
| 98%, 1 ml 10s | 61703-0401-23 | 78.00 | | |
| 5 ml 10s | 61703-0401-51 | 388.80 | | |
| **DENATURED ALCOHOL 190 PROOF** (Gallipot) alcohol, ethyl | | | | |
| LIQ, 473 ml | 51552-0085-16 | 3.66 | | |
| 3785 ml | 51552-0085-28 | 22.68 | | |
| **DENATURED ALCOHOL 200 PROOF** (Gallipot) alcohol, ethyl | | | | |
| LIQ, (SDA-40-B) | | | | |
| 118.280 ml | 51552-0538-04 | 11.70 | | |
| **ALCOHOL DEHYDRATED** (Hope) alcohol, ethyl | | | | |
| INJ, IJ (AMP) | | | | |
| 98%, 1 ml 10s | 60267-0100-11 | 46.80 | | |
| 5 ml 10s | 60267-0200-22 | 193.70 | | |

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062

ReadyPrice

**Appendix B**



# DMERC Medicare News

DMERC Region A Service Office • P.O. Box 6800 • Wilkes-Barre, PA 18773-6800 • Phone (717) 735-9445



## Change in Processing Systems

The Region A DMERC would like to inform the supplier community of a Health Care Financing Administration (HCFA) directed change in processing systems.

Region A will transition to the VIPS Medicare System (VMS). VIPS is the processing system utilized by the other Durable Medical Equipment Regional Carriers.

The DMERC will continue to work closely with HCFA to ensure a smooth transition from our current system to VMS.

As part of the transition, the DMERC is in the process of developing an outreach program to educate those that would be affected by this change. This will include educational seminars.

Suppliers have begun to generate questions to the DMERC regarding this transition and the DMERC will continue to provide updates as we proceed with implementation of VMS. Further information on this topic will be distributed in upcoming newsletters, supplier notices, on the automated response unit (ARU) and the electronic bulletin board (BBS).

**PLEASE NOTE:** Region A previously published a "Supplier Alert" dated, September 19, 1997, announcing that we will transition to the VIPS processing system. There has been a change in the date of transition. *We will not transition on April 1, 1998 as published.* The DMERC will notify the supplier community of the transition date once it is confirmed. Educational seminars will be planned in accordance with the revised transition date.

### Ask the Doc

In the next issue of the DMERC Medicare News we will be introducing a column entitled, "Ask the Doc?". This column will consist of questions and answers regarding Medical Policy. Our Medical Director, Dr. Paul Hughes, will host this new feature.

If you have an issue which you would like addressed, please send it to:

United HealthCare
Region A DMERC
Attn.: Editor - DMERC
Medicare News
PO Box 6800
Wilkes-Barre, PA 18773-6800

## DMERCs Attend Medtrade Show

The four Durable Medical Equipment Regional Carriers (DMERCs) attended the Medtrade show that was held October 7-10 in New Orleans, LA. The DMERCs once again shared exhibit space. This joint effort by the DMERCs gave suppliers an opportunity to interact with all four DMERCs in one location. Our experience at the show was positive. The majority of suppliers, manufacturers and other healthcare professionals were very pleased with the DMERCs attendence. The DMERCs recognize these functions as an ideal opportunity to offer continued availability to suppliers.

UNITEDhealthcare

Number 35 • December, 1997

# HCFA Common Procedure Coding System

## Correct Code for "Introl" Bladder Neck Support Prosthesis

The Introl Bladder Neck Support Prosthesis manufactured by UroMed Corporation is a reusable ring-shaped vaginal insert made of silicone which is designed to treat stress urinary incontinence in women.

The fitting and insertion of the Introl device is performed in the physician's office and should be billed to the Local Carrier using the appropriate CPT code. Claims for this service are included in the professional service.

Once the patient has been properly fitted by the physician and instructed to use this device at home, claims should be submitted to the DMERC using A4560 - **Pessary** and not A4335 - Incontinence supply, miscellaneous. Introl devices provided in the physician's office after the evaluation, fitting, insertion and completion of patient education may be billed to the DMERC using place of service 12 (home).

## New Codes Effective For Dates of Service On or After January 1, 1998



The following new codes are effective for dates of service on or after January 1, 1998. The fees for these new codes will be published in the March 1998 newsletter.

| Code  | Description |
|-------|-------------|
| A4462 | Abdominal Dressing Holder/Binder, each |
| E0371 | Nonpowered advanced pressure reducing overlay for mattress, standard mattress length and width |
| E0372 | Powered air overlay for mattress, standard mattress length and width |
| E0373 | Nonpowered advanced pressure reducing mattress |
| E0855 | Cervical traction equipment not requiring additional stand or frame |
| J1325 | Injection, Epoprostenol, 0.5 mg |
| K0455 | Infusion pump used for uninterupted administration of Epoprostenol |
| L0999 | Addition to spinal orthosis, not otherwise specified |
| L1843 | KO, single upright, thigh and calf, with adjustable flexion and extension joint, medial-lateral and rotation control, custom fitted |
| L0235 | KAFO, Full plastic, static, prefabricated (pediatric size) |

| Code | Description |
| --- | --- |
| L5826 | Addition, endoskeletal knee-shin system, single axis, hydraulic swing phase control, with miniature high activity frame |
| L8039 | Breast Prosthesis, not otherwise specified |
| L8239 | Elastic support, not otherwise specified |

 **The following codes were effective for dates of service on or after April 1, 1997:**

| Code | Description |
| --- | --- |
| K0501 | Aerosol compressor, battery powered, for use with small volume nebulizer |
| K0503 | Acetylcysteine, inhalation solution administered through DME, unit dose form, per gram |
| K0504 | Albuterol, inhalation solution administered through DME, concentrated form, per milligram |
| K0505 | Albuterol, inhalation solution administered through DME, unit dose form, per milligram |
| K0506 | Atropine, inhalation solution administered through DME, concentrated form, per milligram |
| K0507 | Atropine, inhalation solution administered through DME, unit dose form, per milligram |
| K0508 | Bitolterol Mesylate, inhalation solution administered through DME, concentrated form, per milligram |
| K0509 | Bitolterol Mesylate, inhalation solution administered through DME, unit dose form, per milligram |
| K0511 | Cromolyn Sodium, inhalation solution administered through DME, unit dose form, per 10 milligrams |
| K0512 | Dexamethasone, inhalation solution administered through DME, concentrated form, per milligram |
| K0513 | Dexamethasone, inhalation solution administered through DME, unit dose form, per milligram |
| K0514 | Dornase Alpha, inhalation solution adminstered through DME, unit dose form, per milligram |
| K0515 | Glycopyrrolate, inhalation solution administered through DME, concentrated form, per milligram |
| K0516 | Glycopyrrolate, inhalation solution administered through DME, unit dose form, per milligram |
| K0518 | Ipratropium Bromide, inhalation solution administered through DME, unit dose form, per milligram |

| Code | Description |
|---|---|
| K0519 | Isoetharine HCL, inhalation solution administered through DME, concentrated form, per milligram |
| K0520 | Isoetharine HCL, inhalation solution administered through DME, unit dose form, per milligram |
| K0521 | Isoproterenol HCL, inhalation solution administered through DME, concentrated form, per milligram |
| K0522 | Isoproterenol HCL, inhalation solution administered through DME, unit dose form, per milligram |
| K0523 | Metaproterenol Sulfate, inhalation solution administered through DME, concentrated form, per 10 milligrams |
| K0524 | Metaproterenol Sulfate, inhalation solution administered through DME, unit dose form, per 10 milligrams |
| K0525 | Terbutaline Sulfate, inhalation solution administered through DME, concentrated form, per milligram |
| K0526 | Terbutaline Sulfate, inhalation solution administered through DME, unit dose form, per milligram |
| K0527 | Triamcinolone, inhalation solution administered through DME, concentrated form, per milligram |
| K0528 | Triamcinolone, inhalation solution administered through DME, unit dose form, per milligram |
| K0529 | Sterile water or sterile saline, 1000 ml, used with large volume nebulizer |
| K0530 | Nebulizer, durable, glass, or autoclavable plactic, bottle type, not used with oxgyen |



**The following modifiers were effective for dates of service on or after April 1, 1997:**

| Modifier | Description |
|---|---|
| KO | Single drug unit dose formulation |
| KP | First drug of a multiple drug unit dose formulation |
| KQ | Second or subsequent drug of a multiple drug unit dose formulation |



**The following code was effective for dates of service on or after January 1, 1997:**

| Code | Description |
|---|---|
| K0453 | Injection, Amphotericin B, 50 mg |

**Appendix C**

# Department of Health and Human Services

# OFFICE OF INSPECTOR GENERAL

# Are Medicare Allowances for Albuterol Sulfate Reasonable?



**JUNE GIBBS BROWN**
Inspector General

AUGUST 1998
OEI-03-97-00292

# INTRODUCTION

**PURPOSE**

To determine if the current Medicare allowance for albuterol sulfate is reasonable.

**BACKGROUND**

Albuterol sulfate 0.083% is a prescription drug commonly used for inhalation therapy. This drug may be administered to a patient through a piece of durable medical equipment (DME) known as a nebulizer. Patients with conditions such as asthma or emphysema may require treatment with nebulizers.

Medicare does not generally pay for outpatient prescription drugs. However, Medicare Part B will cover drugs if they are necessary for the effective use of DME. Medicare allowed $178 million for albuterol sulfate 0.083% in 1996 and over $200 million in 1997.

*Medicare Reimbursement of Albuterol Sulfate*

On January 1, 1998, as a result of the Balanced Budget Act of 1997, Medicare Part B began reimbursing prescription drugs at 95 percent of average wholesale prices (AWPs). Prior to January 1998, Medicare allowances for drugs were set at the average wholesale price. Medicare allowances include both the Medicare payment and the 20 percent coinsurance amount for which the Medicare beneficiary is responsible.

For albuterol sulfate and other drugs where both brand name and generic versions are available, reimbursement is based on 95 percent of the median AWP for all generic sources. However, if a brand name product's average wholesale price is lower than the median generic price, a new median including the brand name product must be calculated.

The Health Care Financing Administration (HCFA) contracts with four carriers to process Part B claims for durable medical equipment. The four carriers, known as the Durable Medical Equipment Regional Carriers (DMERCs), process albuterol sulfate claims. The DMERCs are also responsible for establishing the Medicare allowed charge for the drug.

As a result of a provision within the Balanced Budget Act of 1997, Medicare can diverge from a statutorily prescribed payment method if the application results in a payment amount that is not inherently reasonable. The HCFA has developed an interim final rule that implements the new statutory provision. These regulations became effective on March 9, 1998.

Another provision of the Balanced Budget Act of 1997 provides HCFA with the authority to conduct competitive bidding demonstrations. The legislation authorizes up to five competitive bidding demonstrations for health care items and services covered by the Medicare fee-for-service program. These demonstrations must be completed by December 31, 2002.

*Medicare Billing Codes for Albuterol Sulfate*

)))))))))))
1

Currently, suppliers bill Medicare for albuterol sulfate using HCFA Common Procedure Coding System (HCPCS) codes K0504 and K0505. Code K0504 represents 1 milligram (mg) of albuterol sulfate in concentrated form. Code K0505 represents a unit dose form of albuterol solution per milligram. Prior to April of 1997, suppliers billed Medicare for albuterol sulfate 0.083% using HCPCS code J7620. Code J7620 represented one milliliter (ml) of albuterol sulfate 0.083% solution.

Beginning in December 1996, Medicare clarified the billing policy for inhalation or nebulizer drugs. Only pharmacies licensed in the State where they are physically located may bill DMERCs for nebulizer drugs. In addition to billing Medicare for the drug product, pharmacies can also bill a dispensing fee of approximately $5.00 (code Q0132) per monthly prescription. Prior to the clarification, DME suppliers without pharmacy licenses could bill Medicare for medication dispensed by a contracted pharmacy.

## METHODOLOGY

This report provides: (1) information from previously published Office of Inspector General reports pertaining to albuterol sulfate, and (2) new updated information on the appropriateness of Medicare allowances for albuterol sulfate.

### *Information from Previous OIG Reports*

*Medicare Payments for Nebulizer Drugs (OEI-03-94-00390)* examined Medicare and Medicaid reimbursement methodologies for inhalation drugs. The inspection compared Medicare and Medicaid payments for albuterol sulfate 0.083% in 17 States. These payments were made between January 1994 and February 1995. Medicare information was obtained from the National Claims History (NCH) file. Medicaid information was collected from the Medicaid Drug Rebate Initiative (MDRI) system.

*A Comparison of Albuterol Sulfate Prices (OEI-03-94-00392)* assessed the appropriateness of Medicare allowances for albuterol sulfate. For this report, we surveyed pharmaceutical buying groups, mail-order pharmacies, and retail pharmacy stores and compared their prices for generic versions of albuterol sulfate to the amount Medicare allowed.

*Suppliers' Acquisition Costs for Albuterol Sulfate (OEI-03-94-00393)* examined the acquisition cost of albuterol sulfate for suppliers billing Medicare for the drug. We surveyed a random sample of 485 supplier claims for albuterol sulfate provided to Medicare beneficiaries between January 1994 and February 1995. We asked suppliers to provide us with their drug procurement costs. Forty-seven percent of the sample provided us with the actual albuterol sulfate invoices.

*Excessive Medicare Payments for Prescription Drugs (OEI-03-97-00290)* compared Medicare allowances for prescription drugs with drug acquisition prices available to the physician and supplier communities. In order to determine possible acquisition costs for albuterol sulfate, we reviewed 1995 and 1996 prices offered by wholesale drug companies and group purchasing organizations.

### *Updated Information*

)))))))))))
2

To obtain current information on what other payers where reimbursing for albuterol sulfate 0.083%, we collected data on the Medicaid program and the Department of Veterans Affairs' (VA) healthcare system.

We collected 1998 charges or prices for albuterol sulfate 0.083% from mail-order pharmacies, group purchasing organizations (buying groups), and wholesale drug companies. This information provides an update of prices we had collected for previous reports.

*Medicare Price Conversion*

The new Medicare codes for albuterol sulfate are not based on certain concentrations (e.g., 0.083%) but rather differentiate between providing a concentrated (K0504) or unit dose (K0505) form of the drug. However, the DMERCs used albuterol sulfate 0.083% drug products to price the K0505 codes. The albuterol sulfate 0.083% products that we reviewed would be considered unit dose forms of the drug. Therefore, our pricing comparisons are based on Medicare's reimbursement for code K0505.

Code K0505 provides reimbursement based on 1 milligram. The reimbursement for code K0505 in January 1998 was $0.47 per mg. However, since all of the albuterol sulfate price information we have obtained through the years is based on milliliters, we have converted Medicare's current milligram price to a milliliter price. Medicare carriers have provided instructions on how to convert albuterol sulfate 0.083% products from milliliters to milligrams. The instructions are provided below.

> The concentration of the drug in the dispensed solution can be converted to mg or gm as follows: A solution with a labeled concentration of 1% has ten (10) mg of drug in each milliliter (ml) of solution. Therefore, a 0.083% albuterol solution has 0.83 mg of albuterol in each ml of solution. Since albuterol 0.083% solution typically comes in a 3 ml vial/ampule, each vial/ampule contains 2.5 mg of albuterol (3 x .83 = 2.5).

All of the albuterol sulfate drug products we reviewed came in 3 ml vials. Since the DMERC instructions identify these vials as containing 2.5 mg of albuterol sulfate, we calculated a milliliter price using this milligram amount. We multiplied 2.5 mg of albuterol sulfate by the current mg reimbursement of $0.47 (2.5 mg x $0.47 = $1.175). We then divided this by three ml to come up with a Medicare allowance per ml that we could use for comparison purposes ($1.175/3 ml = $0.39). We used $0.39 as Medicare's allowance for 1 ml of albuterol sulfate 0.083%.

*Medicaid Reimbursement*

We retrieved Medicaid utilization and pricing data from the MDRI system. We used the national drug codes (NDCs) for generic albuterol sulfate 0.083% that were used in our previous report. We used the generic versions since Medicare reimbursement is, for the most part, based on generic drug prices. We also updated this information with any new NDCs that were available in the January 1998 Red Book CD-ROM update. We found Medicaid data for 19 generic NDCs.