Appendix D



*DMERC Region D Supplier Manual*
*Winter 2003 Update*

January 2003                                                                                              General Release 03-1

Dear Supplier:

Attached is the Winter 2003 update to the *DMERC Region D Supplier Manual*. Read the enclosed material carefully. The *DMERC Region D Supplier Manual* is designed to provide vital, current DMERC information. Supplier manual updates are issued quarterly.

A summary of the changes and instructions for updating the manual is included. When updating the manual:

- Compare the new page numbers with the existing page numbers to ensure that you replace the correct pages for each chapter.
- Compare the revision date at the bottom of the updated pages to make sure you insert the most current update. Pages included with the updates may be identical in content and revision date to the page you are replacing – this is because it has not been revised, but is on the reverse side of a page that has changed. (**NOTE:** The revision date for updates to Chapter 9, Local Medical Review Policies (LMRPs) and Chapter 10, Coverage Issues, is at the end of each policy and not at the bottom of the page.)
- Take out the old pages and replace with the updated pages. Make a final comparison of the page numbers, then discard or retain the old pages.

**REMINDER:** Please be sure to read the *DMERC Dialogue*, the Region D newsletter, for additional information. The *DMERC Region D Supplier Manual* and *DMERC Dialogue* are available on our Web site at www.cignamedicare.com (select Durable Medical Equipment). Also, visit "What's New" on the Web site for special notices concerning changes in regulations issued between publication releases. To receive automatic notification via e-mail of the posting of LMRPs, publications and other important Medicare announcements, subscribe to the CIGNA Medicare electronic mailing list at www.cignamedicare.com/mailer/subscribe.asp.



*Chapter 16*

# Table 1 - Crosswalk Deleted Codes (Multiple)

The table below lists codes (not all-inclusive) that have been deleted and replaced twice.

| Codes | Deleted as of | First Replacement | Dates Beginning | Valid Ended | Replacement | Second Dates Valid |
|---|---|---|---|---|---|---|
| A4190 | 03/31/1994 | K0257-K0259 | 04/01/1994 | 12/31/1996 | A6257-A6259 | 01/01/1997 |
| A4200 | 03/31/1994 | K0216-K0230 | 04/01/1994 | 12/31/1996 | A6216-A6230 | 01/01/1997 |
|  |  | K0216-K0218 | 01/01/1996 | 12/31/1996 | A6219-A6218 | 01/01/1997 |
|  |  | K0402-K0404 | 01/01/1996 | 12/31/1996 | A6402-A6404 | 01/01/1997 |
| A4202 | 03/31/1994 | K0263 | 04/01/1994 | 12/31/1996 | A6263 | 01/01/1997 |
|  |  | K0263 | 01/01/1996 | 12/31/1996 | A6263 | 01/01/1997 |
|  |  | K0405 | 01/01/1996 | 12/31/1996 | A6405 | 01/01/1997 |
| A4203 | 03/31/1994 | K0264 | 04/01/1994 | 12/31/1996 | A6264 | 01/01/1997 |
|  |  | K0264 | 01/01/1996 | 12/31/1996 | A6264 | 01/01/1997 |
|  |  | K0406 | 01/01/1996 | 12/31/1996 | A6406 | 01/01/1997 |
| A4347 | 09/30/1994 | K0132 | 10/01/1994 | 09/30/1995 | K0410-K0411 | 10/01/1995 |
| A4363 | 09/30/1993 | K0137 | 10/01/1993 | 12/31/1999 | A4369 | 01/01/2000 |
|  |  | K0138 | 10/01/1993 | 12/31/1999 | A4370 | 01/01/2000 |
|  |  | K0139 | 10/01/1993 | 12/31/1999 | A4371 | 01/01/2000 |
| A4370 | 03/31/2002 | K0561 or K0562 | 04/01/2002 | 12/31/2002 | A4405 or A4406 | 01/01/2003 |
| A4454 | 03/31/1994 | K0265 | 04/01/1994 | 12/31/1996 | A6265 | 01/01/1997 |
| A4800 | 12/31/2001 | A4801 | 01/01/2002 | 12/31/2002 | J1644 |  |
| A5064 | 09/30/1996 | K0419 | 10/01/1996 | 12/31/1999 | A4375 | 01/01/2000 |
|  | 09/30/1996 | K0420 | 10/01/1996 | 12/31/1999 | A4376 | 01/01/2000 |
| A5065 | 09/30/1996 | K0421 | 10/01/1996 | 12/31/1999 | A4377 | 01/01/2000 |
|  | 09/30/1996 | K0422 | 10/01/1996 | 12/31/1999 | A4378 | 01/01/2000 |
| A5074 | 09/30/1996 | K0423 | 10/01/1996 | 12/31/1999 | A4379 | 01/01/2000 |
|  | 09/30/1996 | K0424 | 10/01/1996 | 12/31/1999 | A4380 | 01/01/2000 |
| A5075 | 09/30/1996 | K0425 | 10/01/1996 | 12/31/1999 | A4381 | 01/01/2000 |
|  | 09/30/1996 | K0426 | 10/01/1996 | 12/31/1999 | A4382 | 01/01/2000 |
|  | 09/30/1996 | K0427 | 10/01/1996 | 12/31/1999 | A4383 | 01/01/2000 |
| A5123 | 03/31/2002 | K0570 or K0571 | 04/01/2002 | 12/31/2002 | A4414 or A4415 | 01/01/2003 |
| A6265 | 03/31/2002 | K0572 or K0573 | 04/01/2002 | 12/31/2002 | A4450 or A4452 | 01/01/2003 |
| J7610 | 03/31/1997 | K0503 | 04/01/1997 | 12/31/1999 | J7608 | 01/01/2000 |
| J7615 | 03/31/1997 | K0503 | 04/01/1997 | 12/31/1999 | J7608 | 01/01/2000 |
| J7620 | 03/31/1997 | K0505 | 04/01/1997 | 12/31/1999 | J7619 | 01/01/2000 |
| J7625 | 03/31/1997 | K0504 | 04/01/1997 | 12/31/1999 | J7618 | 01/01/2000 |
| J7627 | 03/31/1997 | K0508-K0509 | 04/01/1997 | 12/31/1999 | J7628-J7629 | 01/01/2000 |
| J7630 | 03/31/1997 | K0511 | 04/01/1997 | 12/31/1999 | J7631 | 01/01/2000 |
| J7645 | 03/31/1997 | K0518 | 04/01/1997 | 12/31/1999 | J7644 | 01/01/2000 |
| J7650 | 03/31/1997 | K0520 | 04/01/1997 | 12/31/1999 | J7649 | 01/01/2000 |
| J7651 | 03/31/1997 | K0520 | 04/01/1997 | 12/31/1999 | J7649 | 01/01/2000 |
| J7652 | 03/31/1997 | K0520 | 04/01/1997 | 12/31/1999 | J7649 | 01/01/2000 |
| J7653 | 03/31/1997 | K0520 | 04/01/1997 | 12/31/1999 | J7649 | 01/01/2000 |
| J7654 | 03/31/1997 | K0520 | 04/01/1997 | 12/31/1999 | J7649 | 01/01/2000 |
| J7655 | 03/31/1997 | K0519 | 04/01/1997 | 12/31/1999 | J7648 | 01/01/2000 |
| J7660 | 03/31/1997 | K0521-K0522 | 04/01/1997 | 12/31/1999 | J7658-J7659 | 01/01/2000 |
| J7665 | 03/31/1997 | K0521-K0522 | 04/01/1997 | 12/31/1999 | J7658-J7659 | 01/01/2000 |
| J7670 | 03/31/1997 | K0524 | 04/01/1997 | 12/31/1999 | J7669 | 01/01/2000 |
| J7672 | 03/31/1997 | K0524 | 04/01/1997 | 12/31/1999 | J7669 | 01/01/2000 |

## *Chapter 16*

| Codes | Deleted as of | First Replacement | Dates Beginning | Valid Ended | Replacement | Second Dates Valid |
|---|---|---|---|---|---|---|
| J7675 | 03/31/1997 | K0523 | 04/01/1997 | 12/31/1999 | J7668 | 01/01/2000 |
| K0132 | 09/30/1995 | K0410-K0411 | 10/01/1995 | 12/31/2000 | A4324-A4325 | 01/01/2001 |
| K0148 | 03/31/1994 | K0242-K0249 | 04/01/1994 | 12/31/1996 | A6224-A6243 | 01/01/1997 |
| K0149 | 03/31/1994 | K0234-K0241 | 04/01/1994 | 12/31/1996 | A6209-A6215 | 01/01/1997 |
| K0150 | 03/31/1994 | K0196-K0199 | 04/01/1994 | 12/31/1996 | A6196-A619 | 01/01/1997 |
| K0151 | 03/31/1994 | K0209-K0215 | 04/01/1994 | 12/31/1996 | A6209-A6215 | 01/01/1997 |
| K0153 | 03/31/1994 | K0203-K0205 | 04/01/1994 | 12/31/1996 | A6203-A6205 | 01/01/1997 |
| K0282 | 12/31/1994 | K0182 | 01/01/1995 | 12/31/2000 | A7018 | 01/01/2001 |
| *L7500 | 12/31/1994 | **K0285 | 01/01/1995 | 12/31/1996 | **L7520 | 01/01/1997 |
| XX006 | 09/30/1996 | K0438 | 10/01/1996 | 12/31/1999 | A4394 | 01/01/2000 |
|  | 09/30/1996 | K0439 | 10/01/1996 | 12/31/1999 | A4395 | 01/01/2000 |

\* = 1 hour \*\* = 15 min.

| Code | Description | Category | CMN/DIF Required |
|---|---|---|---|
| J7130 | Hypertonic saline solution, 50 or 100 meq, 20 cc vial | | |
| J7140 | Prescription drug, oral, dispensed in physician's office (Deleted eff. 12/31/1996) | | |
| J7150 | Prescription drug, oral chemotherapy for malignant disease (Deleted eff. 12/31/1996) | | |
| J7190 | Factor VIII (antihemophilic factor, human) per I.U. | | |
| J7191 | Factor VIII (antihemophilic factor (porcine), per I.U. | | |
| J7192 | Factor VIII (antihemophilic factor, recombinant) per I.U. | | |
| J7193 | Factor IX (antihemophilic factor, purified, non-recombinant) per I.U. (Eff. Date 1/1/2002) | | |
| J7194 | Factor IX, complex, per I.U.. | | |
| J7195 | Factor IX (antihemophilic factor, recombinant) per I.U. (Eff. Date 1/1/2002) | | |
| J7196 | Other hemophilia clotting factors, (e.g., anti-inhibitors), per I.U. (Deleted eff. 12/31/1999) | 14 | |
| J7197 | Antithrombin III (human), per I.U. | | |
| J7198 | Anti-inhibitor, per I.U. (Eff. Date 1/1/2000) | | |
| J7199 | Hemophilia clotting factor, not otherwise classified (Eff. Date 1/1/2000) | | |
| J7300 | Intrauterine copper contraceptive | | |
| J7302 | Levonorgestrel-releasing intrauterine contraceptive system, 52 mg (Eff. Date 1/1/2002) | | |
| J7308 | Aminolevulinic acid HCL for topical administration, 20%, single unit dosage form (354 mg) (Eff. Date 1/1/2002) | | |
| J7310 | Ganciclovir, 4.5 mg, long-acting implant | | |
| J7315 | Sodium hyaluronate, 20 mg, for intra articular injection (Deleted eff. 12/31/2001) | | |
| J7316 | Sodium hyaluronate, 5 mg for intra-articular injection (Deleted eff. 12/31/2002) | | |
| J7317 | Sodium hyaluronate, 20-25 mg dose for intra-articular injection (Eff. Date 1/1/2003) | | |
| J7320 | Hylan g-f 20, 16 mg, for intra articular injection | | |
| J7340 | Dermal and epidermal, tissue of human origin, with or without bioengineered or processed elements, with metabolically active elements, per square centimeter (Eff. Date 1/1/2002) | | |
| J7500 | Azathioprine, oral, 50 mg | 10 | 08.02 |
| J7501 | Azathioprine, parenteral, 100 mg | 10 | 08.02 |
| J7502 | Cyclosporine, oral, 100 mg (Eff. Date 1/1/2000) | 10 | 08.02 |
| J7503 | Cyclosporine, parenteral, per 50 mg (Deleted eff. 12/31/1999) | | 08.02 |
| J7504 | Lymphocyte immune globulin, antithymocyte globulin, equine, parenteral, 250 mg | 10 | 08.02 |
| J7505 | Muromonab-cd3, parenteral, 5 mg | 10 | 08.02 |
| J7506 | Prednisone, oral, per 5mg | 10 | 08.02 |
| J7507 | Tacrolimus, oral, per 1 mg | 10 | 08.02 |
| J7508 | Tacrolimus, oral, per 5 mg | 10 | 08.02 |
| J7509 | Methylprednisolone oral, per 4 mg | 10 | 08.02 |
| J7510 | Prednisolone oral, per 5 mg | 10 | 08.02 |
| J7511 | Lymphocyte immune globulin, antithymocyte globulin, rabbit, parenteral 25 mg (Eff. Date 1/1/2002) | | |
| J7513 | Daclizumab, parenteral, 25 mg | 10 | 08.02 |
| J7515 | Cyclosporine, oral, 25 mg (Eff. Date 1/1/2000) | 10 | 08.02 |
| J7516 | Cyclosporin, parenteral, 250 mg (Eff. Date 1/1/2000) | 10 | 08.02 |
| J7517 | Mycophenolate mofetil, oral, 250 mg (Eff. Date 1/1/2000) | 10 | 08.02 |
| J7520 | Sirolimus, oral, 1 mg (Eff. Date 1/1/2001) | | |

Payment Category
1 = Capped Rental
2 = Freq. & Substantial Serv. DME
3 = Customized DMEPOS
4 = Prosthetics/Orthotics
5 = Inexp. & Routinely Purch. DME
6 = Oxygen and Oxygen Equipment
7 = Parenteral/Enteral Nutrients
8 = Parenteral/Enteral Supplies and Kits
9 = Parenteral/Enteral Pumps
10 = Immunosuppressive Drugs
11 = Ostomy, Trach., & Urologicals
12 = Surgical Dressings
13 = Supplies
14 = Not Otherwise Classified (NOC)
15 = Nebulizer Drugs
16 = Therapeutic Shoes for Diabetics
17 = Individual Consideration
18 = Epoetin (EPO)
19 = Dialysis Supplies & Equipment
20 = Oral Antiemetic Drugs

## Chapter 16

| Code | Description | Category | CMN/DIF Required |
|------|-------------|----------|------------------|
| J7525 | Tacrolimus, parenteral, 5 mg (Eff. Date 1/1/2001) | | |
| J7599 | Immunosuppressive drug, not otherwise classified | 10 | 08.02 |
| J7608 | Acetylcysteine, inhalation solution administered through DME, unit dose form, per gram (Eff. Date 1/1/2000) | 15 | |
| J7610 | Acetylcysteine, 10%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7615 | Acetylcysteine, 20%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7618 | Albuterol, all formulations including separated isomers, inhalation solution administered through DME, concentrated form, per 1 mg (albuterol) or per 0.5 mg (levalbuterol) (Eff. Date 1/1/2000) | 15 | |
| J7619 | Albuterol, all formulations including separated isomers, inhalation solution administered through DME, unit dose, per 1 mg (albuterol) or per 0.5 mg (levalbuterol) (Eff. Date 1/1/2000) | 15 | |
| J7620 | Albuterol sulfate, 0.083%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7622 | Beclomethasone, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2002) | | |
| J7624 | Betamethasone, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2002) | | |
| J7625 | Albuterol sulfate, 0.5%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7626 | Budesonide inhalation solution, administered through DME, unit dose form 0.25 to 0.50 mg (Eff. Date 1/1/2002) | | |
| J7627 | Bitolterol mesylate, 0.2%, per 10 ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7628 | Bitolterol mesylate, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7629 | Bitolterol mesylate, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7630 | Cromolyn sodium, per 20 mg, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7631 | Cromolyn sodium, inhalation solution administered through DME, unit dose form, per 10 milligrams (Eff. Date 1/1/2000) | 15 | |
| J7633 | Budesonide, inhalation solution administered through DME, concentrated form, per 0.25 milligram (Eff. Date 1/1/2003) | | |
| J7635 | Atropine, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7636 | Atropine, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7637 | Dexamethasone, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7638 | Dexamethasone, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7639 | Dornase alpha, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7640 | Epinephrine, 2.25%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7641 | Flunisolide, inhalation solution, administered through DME, unit dose, per milligram (Eff. Date 1/1/2002) | | |
| J7642 | Glycopyrrolate, inhalation solution administered through DME, concentrated | 15 | |

---

Payment Category
1 = Capped Rental
2 = Freq. & Substantial Serv. DME
3 = Customized DMEPOS
4 = Prosthetics/Orthotics
5 = Inexp. & Routinely Purch. DME
6 = Oxygen and Oxygen Equipment
7 = Parenteral/Enteral Nutrients
8 = Parenteral/Enteral Supplies and Kits
9 = Parenteral/Enteral Pumps
10 = Immunosuppressive Drugs
11 = Ostomy, Trach., & Urologicals
12 = Surgical Dressings
13 = Supplies
14 = Not Otherwise Classified (NOC)
15 = Nebulizer Drugs
16 = Therapeutic Shoes for Diabetics
17 = Individual Consideration
18 = Epoetin (EPO)
19 = Dialysis Supplies & Equipment
20 = Oral Antiemetic Drugs

Chapter 16

| Code | Description | Category | CMN/DIF Required |
|------|-------------|----------|------------------|
| | form, per milligram (Eff. Date 1/1/2000) | | |
| J7643 | Glycopyrrolate, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7644 | Ipratropium bromide, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7645 | Ipratropium bromide 0.02%, per ml, inhalation solution administered through a DME (Deleted eff. 12/31/2000) | | |
| J7648 | Isoetharine HCL, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7649 | Isoetharine HCL, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7650 | Isoetharine hydrochloride, 0.1%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7651 | Isoetharine hydrochloride, 0.125%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7652 | Isoetharine hydrochloride, 0.167%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7653 | Isoetharine hydrochloride, 0.2%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7654 | Isoetharine hydrochloride, 0.25%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7655 | Isoetharine hydrochloride, 1.0%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7658 | Isoproterenol HCL, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7659 | Isoproterenol HCL, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7660 | Isoproterenol hydrochloride, 0.5%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7665 | Isoproterenol hydrochloride, 1.0%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7668 | Metaproterenol sulfate, inhalation solution administered through DME, concentrated form, per 10 milligrams (Eff. Date 1/1/2000) | 15 | |
| J7669 | Metaproterenol sulfate, inhalation solution administered through DME, unit dose form, per 10 milligrams (Eff. Date 1/1/2000) | 15 | |
| J7670 | Metaproterenol sulfate, 0.4%, per 2.5 ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7672 | Metaproterenol sulfate, 0.6%, per 2.5 ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7675 | Metaproterenol sulfate, 5.0%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7680 | Terbutaline sulfate, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7681 | Terbutaline sulfate, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7682 | Tobramycin, unit dose form, 300 mg, inhalation solution, administered through DME (Eff. Date 1/1/2000) | 15 | |
| J7683 | Triamcinolone, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7684 | Triamcinolone, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7699 | NOC drugs, inhalation solution administered through DME | 15 | |

Payment Category
1 = Capped Rental
2 = Freq. & Substantial Serv. DME
3 = Customized DMEPOS
4 = Prosthetics/Orthotics
5 = Inexp. & Routinely Purch. DME
6 = Oxygen and Oxygen Equipment
7 = Parenteral/Enteral Nutrients
8 = Parenteral/Enteral Supplies and Kits
9 = Parenteral/Enteral Pumps
10 = Immunosuppressive Drugs
11 = Ostomy, Trach., & Urologicals
12 = Surgical Dressings
13 = Supplies
14 = Not Otherwise Classified (NOC)
15 = Nebulizer Drugs
16 = Therapeutic Shoes for Diabetics
17 = Individual Consideration
18 = Epoetin (EPO)
19 = Dialysis Supplies & Equipment
20 = Oral Antiemetic Drugs

*Chapter 16*

| Code | Description | Category | CMN/DIF Required |
|------|-------------|----------|------------------|
| K0412 | Mycophenolate mofetil, oral, 250 mg (Deleted eff. 12/31/1999) | 10 | |
| K0413 | Non-powered, advanced pressure-reducing overlay for mattress, standard mattress length and width (Deleted eff. 12/31/1997) | 01 | |
| K0414 | Powered air overlay for mattress, standard mattress length and width (Deleted eff. 12/31/1997) | 01 | |
| K0415 | Prescription anti-emetic drug, oral, per 1 mg, for use in conjunction with oral anti-cancer drug, not otherwise specified | | |
| K0416 | Prescription anti-emetic drug, rectal, per 1 mg, for use in conjunction with oral anti-cancer drug, not otherwise specified | | |
| K0417 | External infusion pump, mechanical, reusable, for short term drug infusion (Deleted eff. 12/31/1999) | 05 | |
| K0418 | Cyclosporin, oral, per 100 mg (Deleted eff. 12/31/1999) | 10 | |
| K0419 | Pouch, drainable, with faceplate attached, plastic, each (Deleted eff. 12/31/1999) | 11 | |
| K0420 | Pouch, drainable, with faceplate attached, rubber, each (Deleted eff. 12/31/1999) | 11 | |
| K0421 | Pouch, drainable, for use on faceplate, plastic, each (Deleted eff. 12/31/1999) | 11 | |
| K0422 | Pouch, drainable, for use on faceplate, rubber, each (Deleted eff. 12/31/1999) | 11 | |
| K0423 | Pouch, urinary, with faceplate attached, plastic, each (Deleted eff. 12/31/1999) | 11 | |
| K0424 | Pouch, urinary, with faceplate attached, rubber, each (Deleted eff. 12/31/1999) | 11 | |
| K0425 | Pouch, urinary, for use on faceplate, plastic, each (Deleted eff. 12/31/1999) | 11 | |
| K0426 | Pouch, urinary, for use on faceplate, heavy plastic, each (Deleted eff. 12/31/1999) | 11 | |
| K0427 | Pouch, urinary, for use on faceplate, rubber, each (Deleted eff. 12/31/1999) | 11 | |
| K0428 | Ostomy faceplate equivalent, silicone ring, each (Deleted eff. 12/31/1999) | 11 | |
| K0429 | Skin barrier, solid 4x4 or equivalent, extended wear, without built-in convexity, each (Deleted eff. 12/31/1999) | 11 | |
| K0430 | Skin barrier, with flange (solid, flexible or accordion), extended wear, without built-in convexity, any size, each (Deleted eff. 12/31/1999) | 11 | |
| K0431 | Pouch, closed; with standard wear barrier attached, with built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0432 | Pouch, drainable, with extended wear barrier attached, without built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0433 | Pouch, drainable, with standard wear barrier attached, with built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0434 | Pouch, drainable, with extended wear barrier attached, with built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0435 | Pouch, urinary, with extended wear barrier attached, without built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0436 | Pouch, urinary, with standard wear barrier attached, with built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0437 | Pouch, urinary, with extended wear barrier attached, with built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0438 | Ostomy deodorant for use in ostomy pouch, liquid, per fluid ounce (Deleted eff. 12/31/1999) | 11 | |
| K0439 | Ostomy deodorant for use in ostomy pouch, solid, per tablet (Deleted eff. 12/31/1999) | 11 | |
| K0440 | Nasal prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0441 | Midfacial prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0442 | Orbital prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0443 | Upper facial prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0444 | Hemi-facial prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0445 | Auricular prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0446 | Partial facial prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |

Payment Category
1 = Capped Rental                        6 = Oxygen and Oxygen Equipment         11 = Ostomy, Trach., & Urologicals    16 = Therapeutic Shoes for Diabetics
2 = Freq. & Substantial Serv. DME        7 = Parenteral/Enteral Nutrients        12 = Surgical Dressings               17 = Individual Consideration
3 = Customized DMEPOS                    8 = Parenteral/Enteral Supplies and Kits 13 = Supplies                         18 = Epoetin (EPO)
4 = Prosthetics/Orthotics                9 = Parenteral/Enteral Pumps            14 = Not Otherwise Classified (NOC)   19 = Dialysis Supplies & Equipment
5 = Inexp. & Routinely Purch. DME        10 = Immunosuppressive Drugs            15 = Nebulizer Drugs                  20 = Oral Antiemetic Drugs

# Chapter 16

| Code | Description | Category | CMN/DIF Required |
|---|---|---|---|
| K0447 | Nasal septal prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0448 | Unspecified maxillofacial prosthesis, by report - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0449 | Repair or modification of maxillofacial prosthesis, labor component, 15 minute increments - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0450 | Adhesive, liquid, for use with facial prosthesis only, per ounce (Deleted eff. 12/31/2000) | 04 | |
| K0451 | Adhesive remover, wipes, for use with facial prosthesis, per box of 50 (Deleted eff. 12/31/2000) | 04 | |
| K0452 | Wheelchair bearings, any type | 05 | |
| K0453 | Injection, amphotericin b, 50 mg (Deleted eff. 12/31/1998) | | |
| K0454 | Non-powered, advanced pressure-reducing mattress (Deleted eff. 12/31/1997) | 01 | |
| K0455 | Infusion pump used for uninterrupted administration of epoprostenol | 02 | |
| K0456 | Hospital bed, heavy duty, extra wide, with any type side rails, with mattress | 01 | |
| K0457 | Extra wide/heavy duty commode chair, each (Deleted eff. 12/31/2000) | 05 | |
| K0458 | Heavy duty walker, without wheels, each | 05 | |
| K0459 | Heavy duty wheeled walker, each | 05 | |
| K0460 | Power add-on, to convert manual wheelchair to motorized wheelchair, joystick control | 01 | 02.03A |
| K0461 | Power add-on, to convert manual wheelchair to power operated vehicle, tiller control | 05 | 07.02B |
| K0462 | Temporary replacement for patient owned equipment being repaired, any type | 05 | |
| K0501 | Aerosol compressor, battery powered, for use with small volume nebulizer (Deleted eff. 12/31/2000) | 01 | |
| K0503 | Acetylcysteine, inhalation solution administered through DME, unit dose form, per gram (Deleted eff. 12/31/1999) | 15 | |
| K0504 | Albuterol, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0505 | Albuterol, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0506 | Atropine, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0507 | Atropine, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0508 | Bitolterol mesylate, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0509 | Bitolterol mesylate, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0511 | Cromolyn sodium, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0512 | Dexamethasone, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0513 | Dexamethasone, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0514 | Dornase alpha, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0515 | Glycopyrrolate, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0516 | Glycopyrrolate, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0518 | Ipratropium bromide, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |

Payment Category
1 = Capped Rental
2 = Freq. & Substantial Serv. DME
3 = Customized DMEPOS
4 = Prosthetics/Orthotics
5 = Inexp. & Routinely Purch. DME
6 = Oxygen and Oxygen Equipment
7 = Parenteral/Enteral Nutrients
8 = Parenteral/Enteral Supplies and Kits
9 = Parenteral/Enteral Pumps
10 = Immunosuppressive Drugs
11 = Ostomy, Trach., & Urologicals
12 = Surgical Dressings
13 = Supplies
14 = Not Otherwise Classified (NOC)
15 = Nebulizer Drugs
16 = Therapeutic Shoes for Diabetics
17 = Individual Consideration
18 = Epoetin (EPO)
19 = Dialysis Supplies & Equipment
20 = Oral Antiemetic Drugs

| Code | Description | Category | CMN/DIF Required |
|---|---|---|---|
| K0519 | Isoetharine Hcl, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0520 | Isoetharine Hcl, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0521 | Isoproterenol Hcl, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0522 | Isoproterenol Hcl, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0523 | Metaproterenol sulfate, inhalation solution administered through DME, concentrated form, per 10 milligrams (Deleted eff. 12/31/1999) | 15 | |
| K0524 | Metaproterenol sulfate, inhalation solution administered through DME, unit dose form, per 10 milligrams (Deleted eff. 12/31/1999) | 15 | |
| K0525 | Terbutaline sulfate, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0526 | Terbutaline sulfate, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0527 | Triamcinolone, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0528 | Triamcinolone, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0529 | Sterile water or sterile saline, 1000 ml, used with large volume nebulizer (Deleted eff. 12/31/2000) | 15 | |
| K0530 | Nebulizer, durable, glass, or autoclavable plastic, bottle type, not used with oxygen (Deleted eff. 12/31/1999) | 05 | |
| K0531 | Humidifier, heated, used with positive airway pressure device | 05 | |
| K0532 | Respiratory assist device, bi-level pressure capability, without backup rate feature, used with noninvasive interface, e.g., nasal or facial mask (intermittent assist device with continuous positive airway pressure device) | 01 | |
| K0533 | Respiratory assist device, bi-level pressure capability, with backup rate feature, used with noninvasive interface, e.g., nasal or facial mask (intermittent assist device with continuous positive airway pressure device) | 02 | |
| K0534 | Respiratory assist device, bi-level pressure capacity, with back up rate feature, used with invasive interface, e.g., tracheostomy tube (intermittent assist device with continuous positive airway pressure device) | 02 | |
| K0535 | Gauze, impregnated, hydrogel, for direct wound contact, pad size 16 sq. in. or less, without adhesive border, each dressing (Deleted eff. 12/31/2000) | 12 | |
| K0536 | Gauze, impregnated, hydrogel, for direct wound contact, pad size more than 16 sq. in. but less than or equal to 48 sq. in., without adhesive border, each dressing (Deleted eff. 12/31/2000) | 12 | |
| K0537 | Gauze, impregnated, hydrogel, for direct wound contact, pad size more than 48 sq. in., without adhesive border, each dressing (Deleted eff. 12/31/2000) | 12 | |
| K0538 | Negative pressure wound therapy electrical pump, stationary or portable (Eff. Date 1/1/2001) | 01 | |
| K0539 | Dressing set for negative pressure wound therapy electrical pump, stationary or portable, each (Eff. Date 1/1/2001) | 13 | |
| K0540 | Canister set for negative pressure wound therapy electrical pump, stationary or portable, each (Eff. Date 1/1/2001) | 13 | |
| K0541 | Speech generating device, digitized speech, using pre-recorded messages, less than or equal to 8 minutes recording time (Eff. Date 1/1/2001) | 05 | |
| K0542 | Speech generation device, digitized speech, using pre-recorded messages, greater than 8 minutes recording time (Eff. Date 1/1/2001) | 05 | |
| K0543 | Speech generative device, synthesized speech, requiring message formulation by spelling and access by physical contact with the device (Eff. Date 1/1/2001) | 05 | |

Payment Category
1 = Capped Rental
2 = Freq. & Substantial Serv. DME
3 = Customized DMEPOS
4 = Prosthetics/Orthotics
5 = Inexp. & Routinely Purch. DME
6 = Oxygen and Oxygen Equipment
7 = Parenteral/Enteral Nutrients
8 = Parenteral/Enteral Supplies and Kits
9 = Parenteral/Enteral Pumps
10 = Immunosuppressive Drugs
11 = Ostomy, Trach., & Urologicals
12 = Surgical Dressings
13 = Supplies
14 = Not Otherwise Classified (NOC)
15 = Nebulizer Drugs
16 = Therapeutic Shoes for Diabetics
17 = Individual Consideration
18 = Epoetin (EPO)
19 = Dialysis Supplies & Equipment
20 = Oral Antiemetic Drugs

**Appendix E**

# Region B DMERC Supplier Manual


AdminaStar Federal

**Revision No. 20**  **December 1999**

**This packet contains the Region B DMERC Supplier Manual Revision No. 20**

1. Study the changes, additions, or deletions on the updated pages that follow. Remove the indicated pages and insert the replacement pages. Suppliers should retain removed pages for information on codes, policies and instructions in effect prior to the effective date of the revisions. A summary of the pages to be replaced is found on the next page.

   **Note: These pages are updates to only some of the pages in the Supplier Manual.**

   **DO NOT REMOVE ANY PAGES EXCEPT AS NOTED ON THE INSTRUCTION PAGE.**

2. All replacement pages are indicated at the bottom of each page: "Rev. 20 - December 1999." Look for this date to confirm you are replacing the revised pages with the correct replacement page.

3. Shaded text or codes indicate where a change has been made on the page. Entire chapters which have been added or updated will be noted on the instruction page.

The Region B DMERC Supplier manual is designed to assist suppliers in the transmission of claims for durable medical equipment, prosthetics, orthotics and supplies. AdminaStar Federal will continue to advise suppliers and physicians filing DMEPOS claims in Region B of procedural changes implemented by the Health Care Financing Administration (HCFA) including: general Medicare information, claims processing issues and updates in DMERC medical policy. In addition to this update, be sure to read your Region B DMERC Supplier Bulletins for more information on changes of policy and claims submission.

If you have any questions, please contact Region B Provider Assistance at: (317) 577-5722, 9a.m. – 3p.m., for all Region B DMERC states.

Case 1:01-cv-12257-PBS   Document 4538-3   Filed 08/01/07   Page 13 of 20

| | |
|---|---|
| J2260 | Injection, milrinone lactate, per 5 ml *(add 1/1/95)* |
| J2270 | Injection, morphine sulfate, up to 10 mg |
| J2271 | Injection, morphine sulfate, 100 mg *(add /1/99)* |
| J2275 | Injection, morphine sulfate (preservative-free sterile solution), per 10 mg |
| J2300 | Injection, nalbuphine hydrochloride, per 10 mg *(add 1/1/96)* |
| J2352 | Injection, octreotide acetate, 1 mg *(add 1/1/00)* |
| J2410 | Injection, oxymorphone HCl, up to 1 mg |
| J2460 | Injection, oxytetracycline HCl, up to 1 mg |
| J2500 | Injection, paricalcitol, 5 mcg *(add 1/1/00)* |
| J2540 | Injection, penicillin G potassium, up to 600,000 units |
| J2543 | Injection, piperacillin sodium/tazobactam sodium, 1 gram/0.125 grams (1.125 grams) *(add 1/1/00)* |
| J2545 | Pentamidine isethionate, inhalation solution, per 300 mg, administered through a DME *(chg 1/1/95)* |
| J2700 | Injection, oxacillin sodium, up to 250 mg |
| J2780 | Injection, ranitidine hydrochloride, 25 mg *(add 1/1/00)* |
| J2920 | Injection, methylprednisolone sodium succinate, up to 40 mg |
| J2930 | Injection, methylprednisolone sodium succinate, up to 125 mg |
| J2970 | Injection, methicillin sodium, up to 1 gm |
| J3010 | Injection, fentanyl citrate, up to 2 ml |
| J3240 | Injection, thyrotropin alfa, 0.9 mg *(add 1/1/00)* |
| J3245 | Injection, tirofiban hydrochloride, 12.5 mg *(add 1/1/00)* |
| J3260 | Injection, tobramycin sulfate, up to 80 mg |
| J3305 | Injection, trimetrexate glucoronate, per 25 mg. *(add 1/1/96)* |
| J3370 | Injection, vancomycin HCl, 500 mg *(chg 1/1/00)* |
| J3490 | Unclassified drugs |
| J7051 | Sterile saline or water, up to 5cc |
| J7196 | Other hemophilia clotting factors (e.g. anti-inhibitors), per IU *(disc 1/1/00)* |
| J7198 | Anti-inhibitor, per I.U. *(add 1/1/00)* |
| J7199 | Hemophilia clotting factor, not otherwise classified *(add 1/1/00)* |

**<u>Immunosuppressive Drugs</u>:**

| | |
|---|---|
| J7500 | Azathioprine, oral, tab, 50 mg *(inv 9/1/93, chg + add 4/1/00)* |
| J7501 | Azathioprine, parenteral, 100 mg *(inv 9/1/93, ,chg + add 4/1/00)* |
| J7502 | Cyclosporine, oral, 100 mg *(inv 9/1/93, disc 12/31/96, chg + add 4/1/00)* |
| J7503 | Cyclosporine, parenteral, per 50 mg. *(inv 9/1/93, disc 3/31/00)* |
| J7504 | Lymphocyte immune globulin, antithymocyte globulin, parenteral, 250 mg *(inv 9/1/93, chg + add 4/1/00)* |
| J7505 | Monoclonal antibodies - parenteral, 5 mg *(inv 9/1/93, chg 1/1/97)* |
| J7506 | Prednisone, oral, per 5 mg *(inv 9/1/93, add 1/1/97)* |
| J7507 | Tacrolimus, oral, per 1 mg *(add 1/1/95)* |
| J7508 | Tacrolimus, oral, per 5 mg *(add 1/1/95)* |
| J7509 | Methylprednisolone oral, per 4 mg *(add 1/1/96)* |
| J7510 | Prednisolone oral, per 5 mg *(add 1/1/96)* |
| J7513 | Daclizumab, parenteral, 25 mg *(add 1/1/99)* |
| J7515 | Cyclosporine, oral, 25 mg *(add 4/1/00)* |
| J7516 | Cyclosporine, parenteral, 250 mg *(add 4/1/00)* |
| J7517 | Mycophenolate mofetil, oral, 250 mg *(add 4/1/00)* |
| J7599 | Immunosuppressive drug, not otherwise classified *(add 1/1/96)* |

**Chapter 16—HCPCS Codes**                                                                 5-3

**Inhalation Drugs:**

| Code | Description |
|---|---|
| J7608 | Acetylcysteine, inhalation solution administered through DME, unit dose form, per gram *(add 1/1/00)* |
| J7610 | Acetylcysteine, 10%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7615 | Acetylcysteine, 20%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7618 | Albuterol, inhalation solution administered through DME, concentrated form, per milligram *(add 1/1/00)* |
| J7619 | Albuterol, inhalation solution administered through DME, unit dose form, per milligram *(add 1/1/00)* |
| J7620 | Albuterol sulfate, 0.083%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7625 | Albuterol sulfate, 0.5%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7627 | Bitolterol mesylate, 0.2%, per 10 ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7628 | Bitolterol mesylate, inhalation solution administered through DME, concentrated form, per milligram *(add 1/1/00)* |
| J7629 | Bitolterol mesylate, inhalation solution administered through DME, unit dose form, per milligram *(add 1/1/00)* |
| J7630 | Cromolyn sodium, per 20 mg, inhalation solution administered through DME *(inv 3/31/97)* |
| J7631 | Cromolyn sodium, inhalation solution administered through DME, unit dose form, per 10 milligrams *(add 1/1/00)* |
| J7635 | Atropine, inhalation solution administered through DME, concentrated form, per milligram *(add 1/1/00)* |
| J7636 | Atropine, inhalation solution administered through DME, unit dose form, per milligram *(add 1/1/00)* |
| J7637 | Dexamethasone, inhalation solution administered through DME, concentrated form, per milligram *(add 1/1/00)* |
| J7638 | Dexamethasone, inhalation solution administered through DME, unit dose form, per milligram *(add 1/1/00)* |
| J7639 | Dornase alpha, inhalation solution administered through DME, unit dose form, per milligram *(add 1/1/00)* |
| J7640 | Epinephrine, 2.25%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7642 | Glycopyrrolate, inhalation solution administered through DME, concentrated form, per milligram *(add 1/1/00)* |
| J7643 | Glycopyrrolate, inhalation solution administered through DME, unit dose form, per milligram *(add 1/1/00)* |
| J7644 | Ipratropium bromide, inhalation solution administered through DME, unit dose form, per milligram *(add 1/1/00)* |
| J7645 | Ipratropium bromide 0.02%, per ml, inhalation solution administered through a DME *(add 1/1/95, inv 3/31/97)* |
| J7648 | Isoetharine HCl, inhalation solution administered through DME, concentrated form, per milligram *(add 1/1/00)* |
| J7649 | Isoetharine HCl, inhalation solution administered through DME, unit dose form, per milligram *(add 1/1/00)* |
| J7650 | Isoetharine hydrochloride, 0.1%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7651 | Isoetharine hydrochloride, 0.125%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7652 | Isoetharine hydrochloride, 0.167%, per ml, inhalation solution administered through DME *(inv 3/31/97))* |

| | |
|---|---|
| J7653 | Isoetharine hydrochloride, 0.2%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7654 | Isoetharine hydrochloride, 0.25%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7655 | Isoetharine hydrochloride, 1.0%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7658 | Isoproterenol HCl, inhalation solution administered through DME, concentrated form, per milligram *(add 1/1/00)* |
| J7659 | Isoproterenol HCl, inhalation solution administered through DME, unit dose form, per milligram *(add 1/1/00)* |
| J7660 | Isoproterenol hydrochloride, 0.5%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7665 | Isoproterenol hydrochloride, 1.0%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7668 | Metaproterenol sulfate, inhalation solution administered through DME, concentrated form, per 10 milligrams *(add 1/1/00)* |
| J7669 | Metaproterenol sulfate, inhalation solution administered through DME, unit dose form, per 10 milligrams *(add 1/1/00)* |
| J7670 | Metaproterenol sulfate, 0.4%, per 2.5 ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7672 | Metaproterenol sulfate, 0.6%, per 2.5 ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7675 | Metaproterenol sulfate, 5.0%, per ml, inhalation solution administered through DME *(inv 3/31/97)* |
| J7680 | Terbutaline sulfate, inhalation solution administered through DME, concentrated form, per milligram *(add 1/1/00)* |
| J7681 | Terbutaline sulfate, inhalation solution administered through DME, unit dose form, per milligram *(add 1/1/00)* |
| J7682 | Tobramycin, unit dose form, 300 mg, inhalation solution, administered through DME *(add 1/1/00)* |
| J7683 | Triamcinolone, inhalation solution administered through DME, concentrated form, per milligram *(add 1/1/00)* |
| J7684 | Triamcinolone, inhalation solution administered through DME, unit dose form, per milligram *(add 1/1/00)* |
| J7699 | Not otherwise classified drugs, inhalation solution administered through DME |

**Miscellaneous Drug Administered through DME:**

| | |
|---|---|
| J7799 | Not otherwise classified drugs, other than inhalation drugs, administered through DME |

**Miscellaneous Drugs:**

| | |
|---|---|
| J8530 | Cyclophosphamide; oral, 25 mg *(add 1/1/95)* |
| J8560 | Etoposide; oral, 50 mg *(add 1/1/95)* |
| J8600 | Melphalan; oral, 2 mg *(add 1/1/95)* |
| J8610 | Methotrexate; oral, 2.5 mg *(add 1/1/95)* |

**Chemotherapy Drugs:**

| | |
|---|---|
| J9000 | Doxorubicin HCl, 10 mg |
| J9001 | Doxorubicin hydrochloride, all lipid formulations, 10 mg *(add 1/1/00)* |
| J9010 | Doxorubicin HCl, 50 mg *(disc 12/31/96)* |

**Appendix F**

Case 1:01-cv-12257-PBS   Document 4538-3   Filed 08/01/07   Page 17 of 20

# DME Medicare News

DME Region A Service Office ❖ Suite 339, 320 S. Pennsylvania Blvd ❖ Wilkes-Barre, PA 18701-2215

No. 3            TheTravelers            December, 1993



## Season's Greetings

At the time of your state's transfer (page 3), send all Medicare DMEPOS claims to:

    The Travelers Insurance Company
    P.O. Box 6800
    Wilkes-Barre, PA 18773-6800

## Contents

Certificates of Medical Necessity.................31
Certified Software Vendors, Billing Services and
    Clearinghouses ..............................6
Coding Assistance................................9
Crossover Information .........................10
Dialysis Solutions................................9
Electronic Media Claims.........................4
Enteral Nutrition ...............................30
Fraud and Abuse ...............................27
Free Software Workshops........................4
Grandfathering...................................8
HCPCS DMEPOS Codes for 1994 ...............22
HCPCS DMEPOS Code Deleted for 1994.........23
HCPCS Drug Codes and Allowable Charges .....24
HCPCS National Level III Codes................26
Immunosuppressive Drugs .....................30
Incorrect CWF Information .....................8
Interest Rates ...................................9
Medical Policy Development....................29
Miscellaneous Notes .............................8
OCNA Numbers ...............................11
Ostomy Supplies ...............................30
Oxygen..........................................30
Physician Completion of CMN ..................31
Pricing Information for 1994 ...................21
Prior Authorization.............................30
Professional Relations Unit.......................2
Questions and Answers ........................55
Reviews..........................................9
Skin Barriers ...................................30
Supplier Manual Revisions.......................9
Transition Schedule Changes....................3
UPIN Manuals ..................................8

### NSC Number a Must!

Claims submitted to Medicare without a National Supplier Clearinghouse (NSC) supplier number will be returned. All suppliers and physicians who dispense Durable Medical Equipment, Prosthetics and Orthotics, and Supplies (DMEPOS) *must* have a supplier number issued by the National Supplier Clearinghouse. DMEPOS includes the following items:

❑ Oxygen

❑ Durable Medical Equipment, such as walkers, wheelchairs, and hospital beds

❑ Prosthetics and Orthotics, such as artificial limbs, braces, and splints

❑ Supplies, such as surgical dressings and ostomy supplies for patients to use at home

❑ Optical Lenses (after cataract surgery)

❑ Home Dialysis Equipment and Supplies

❑ Immunosuppressive Drugs

❑ Parenteral and Enteral Nutrition Supplies

❑ Chemotherapeutic Drugs Used in Home Infusion Pumps

If you have *not* received a National Supplier Clearinghouse (NSC) supplier number, or if you have *not* received an application, you *must* immediately contact the NSC at (800) 851-3682. Once you have received your supplier number, we will immediately send you a Region A DMEPOS *Supplier Manual* and contact you regarding electronic claim submission. Physicians/suppliers who do not have a NSC supplier number may *not* bill DMEPOS items to Medicare, and will no longer receive editions of *DME Medicare News*.

# New HCPCS DMEPOS Codes for 1994

| | |
|---|---|
| L5707 | REPLACEMENT, CUSTOM SHAPED PROTECTIVE COVER, HIP DISARTICULATION |
| L5840 | ADDITION, ENDOSKELETAL KNEE/SHIN SYSTEM, MULTIAXIAL, PNEUMATIC SWING PHASE CONTROL |
| L5855 | ADDITION, ENDOSKELETAL SYSTEM, HIP DISARTICULATION, MECHANICAL HIP EXTENSION ASSIST |
| L5925 | ADDITION, ENDOSKELETAL SYSTEM, ABOVE KNEE, KNEE DISARTICULATION OR HIP DISARTICULATION, MANUAL |
| L5962 | ADDITION, ENDOSKELETAL SYSTEM, BELOW KNEE, FLEXIBLE PROCTECTIVE OUTER SURFACE COVERING SYSTEM |
| L5964 | ADDITION, ENDOSKELETAL SYSTEM, ABOVE KNEE, FLEXIBLE PROTECTIVE OUTER SURFACE COVERING SYSTEM |
| L5966 | ADDITION, ENDOSKELETAL SYSTEM, HIP DISARTICULATION, FLEXIBLE PROTECTIVE OUTER SURFACE COVERING SYSTEM |
| L5979 | ALL LOWER EXTREMITY PROSTHESES, MULTIAXIAL ANKLE/FOOT, DYNAMIC RESPONSE |
| L5981 | ALL LOWER EXTREMITY PROSTHESES, FLEX-WALK SYSTEM OR EQUAL |
| L8485 | STUMP SOCK, SINGLE PLY, FITTING, UPPER LIMB, EACH |
| L8490 | ADDITION TO PROSTHETIC SHEATH/SOCK, AIR SEAL SUCTION RETENTION SYSTEM |
| Q0117 | FOR DIABETICS ONLY, FITTING (INCLUDING FOLLOW-UP), CUSTOM PREPARATION AND SUPPLY OF OFF-THE-SHELF DEPTH-INLAY SHOE MANUFACTURED TO ACCOMMODATE MULTI-DENSITY INSERT(S), PER SHOE. |
| Q0118 | FOR DIABETICS ONLY, FITTING (INCLUDING FOLLOW-UP), CUSTOM PREPARATION AND SUPPLY OF SHOE MOLDED FROM CAST(S) OF PATIENT'S FOOT (CUSTOM MOLDED SHOE), PER SHOE. |
| Q0119 | FOR DIABETICS ONLY, MULTIPLE DENSITY INSERT(S), PER SHOE. |
| Q0120 | FOR DIABETICS ONLY, MODIFICATION (INCLUDING FITTING) OF OFF-THE-SHELF DEPTH-INLAY SHOE OR CUSTOM-MOLDED SHOE WITH ROLLER OR RIGID ROCKER BOTTOM, PER SHOE. |
| Q0121 | FOR DIABETICS ONLY, MODIFICATION (INCLUDING FITTING) OF OFF-THE-SHELF DEPTH-INLAY SHOE OR CUSTOM-MOLDED SHOE WITH WEDGE(S), PER SHOE. |
| Q0122 | FOR DIABETICS ONLY, MODIFICATION (INCLUDING FITTING) OF OFF-THE-SHELF DEPTH-INLAY SHOE OR CUSTOM-MOLDED SHOE WITH METATARSAL BAR, PER SHOE. |
| Q0123 | FOR DIABETICS ONLY, MODIFICATION (INCLUDING FITTING) OF OFF-THE-SHELF DEPTH-INLAY SHOE OR CUSTOM-MOLDED SHOE WITH OFF-SET HEEL(S), PER SHOE. |

# HCPCS DMEPOS Code Deleted for 1994

| | |
|---|---|
| J9240 | MEDROXYPROGESTERONE ACETATE, 100 MG |

# HCPCS Drug Codes and Allowable Charges

Listed are the HCPCS codes for nebulizer drugs, chemotherapy drugs, and immunosuppressive drugs. Also listed are the DMERC allowables per unit. These prices have been calculated using the median Redbook price.

**IMMUNOSUPRESSIVE DRUGS**

| | |
|---|---|
| J2920 | METHYLPREDNISOLONE SODIUM SUCCINATE, $2.00 PER 40 MG |
| J2930 | METHYLPREDNISOLONE SODIUM SUCCINATE, $5.31 PER 125 MG |
| K0119 | AZATHIOPRINE, $1.09 PER 50 MG |
| K0120 | AZATHIOPRINE, $60.99 PER 100 MG |
| K0121 | CYCLOSPORINE, $1.17 PER 25 MG |
| K0122 | CYCLOSPORINE, $20.80 PER 250 MG |
| K0123 | LYMPHOCYTE IMMUNE GLOBULIN, ANTITHYMOCYTE GLOBULIN, $209.79 PER 5 ML |
| K0124 | MONOCLONAL ANTIBODIES, $535.00 PER 5 ML |
| K0125 | PREDNISONE, $.03 PER 5 MG TAB |
| K0166 | METHYLPREDNISOLONE, $.41 PER 4 MG |
| K0167 | PREDNISONE, $.03 PER 5 MG TAB |
| J0895 | DESFERAL, $8.64 PER 500 MG |
| J1170 | DILAUDID, $1.07 PER 4 MG |
| J1640 | HEPARIN, NOT COVERED |
| J1820 | INSULIN, NOT COVERED |
| J2175 | MEPERIDINE, $1.00 PER 100 MG |
| J2270 | MORPHINE SULFATE, $.93 PER 25 MG |
| J2275 | MORPHINE SULFATE, PRESERVATIVE FREE, $17.54 PER 10 MG |
| J3010 | FENTANYL CITRATE, $2.34 UP TO 2 ML |
| J3370 | VANCOMYCIN HCL, $18.51 UP TO 500 MG |
| J7799 | ACYCLOVIR, $46.97 PER 500 MG VIAL |
| J7799 | AMPHOTEROCIN B, $7.50 PER GRAM |
| J7799 | FOSCARNET SODIUM, $73.28 PER 250 ML |
| J7799 | GANCICLOVIR, $34.80 PER 500 MG |
| J9000 | DOXORUBICIN HCL, $45.08 PER 10 MG |
| J9040 | BLEOMYCIN SULFATE, $256.19 PER 15 UNITS |
| J9100 | CYTARABINE, $6.00 PER 100 MG |
| J9190 | FLUOROURACIL, $1.54 PER 500 MG |
| J9360 | VINBLASTINE SULFATE, $2.13 PER 1 MG |
| J9370 | VINCRISTINE SULFATE, $31.75 PER 1 MG |
| XX009 | DOBUTAMINE, $50.77 PER 250 MG |

**NEBULIZER DRUGS**

| | |
|---|---|
| J7610 | ACETYLCYSTEINE, 10% - $1.23 PER ML |
| J7615 | ACETYLCYSTEINE, 20% - $1.48 PER ML |
| J7620 | ALBUTEROL SULFATE, 0.083% - $.43 PER ML |
| J7625 | ALBUTEROL SULFATE, 0.5% - $.68 PER ML |
| J7630 | CROMOLYN SODIUM, PER 20 MG- $.76 PER 20 MG |
| J7640 | EPINEPHRINE, 2.25% PER ML - $.60 PER ML |
| J7650 | ISOETHARINE HYDROCHLORINE, 0.1% PER ML - $.16 PER ML |
| J7651 | ISOETHARINE HYDROCHLORIDE, 0.125% PER ML - $.14 PER ML |

# HCPCS Drug Codes and Allowable Charges

| | |
|---|---|
| J7652 | ISOETHARINE HYDROCHLORIDE, 0167% PER ML - $.19 PER ML |
| J7653 | ISOETHARINE HYDROCHLORIDE, .2% PER ML - $.23 PER ML |
| J7654 | ISOETHARINE HYDROCHLORIDE, 0.25% PER ML - $.39 PER ML |
| J7655 | ISOETHARINE HYDROCHLORIDE, 1% PER ML - $.46 PER ML |
| J7660 | ISOPROTERENOL HYDROCHLORIDE, 0.5% PER ML - $2.22 PER ML |
| J7665 | ISOPROTERENOL HYDROCHLORIDE, 1.0% PER ML - $2.09 PER ML |
| J7670 | METAPROTERENOL SULFATE, 0.4% PER ML - $.44 PER ML |
| J7672 | METAPROTERENOL SULFATE, 0.6% PER ML - $.44 PER ML |
| J7675 | METAPROTERENOL SULFATE, 5.0% PER ML - $.97 PER ML |
| J2545 | NEBUPENT, $85.00 PER 300 MG |
| XX001 | SALINE SOLUTION,<br>.45%, 3 ML - $.03 PER ML<br>.9%, 3 ML - $.03 PER ML<br>.9%, 5 ML - $.02 PER ML |

**CHEMOTHERAPY DRUGS**

| | |
|---|---|
| J9020 | ASPARAGINASE, $56.36 PER 10 ML VIAL |
| J9045 | CARBOPLATIN, $75.00 PER 50 MG |
| J9050 | CARMUSTINE, $76.46 PER 100 MG |
| J9060 | CISPLATIN, $31.59 PER 10 MG |
| J9070 | CYCLOPHOSPHAMIDE, POW - $58.92 PER 100 MG |
| J9093 | CYCLOPHOSPHAMIDE, LYOPHILIZED, $74.40 PER 100 MG |
| J9100 | CYTARABINE, $5.08 PER 100 MG |
| J9120 | DACTINOMYCIN, $10.54 PER 0.5 MG |
| J9130 | DACARBAZINE, $13.17 PER 100 MG |
| J9150 | DAUNORUBICIN HCL, $71.10 PER 10 MG |
| J9165 | DIETHYLSTILBESTEROL DIPHOSPHATE, $11.98 PER 250 MG |
| J9181 | ETOPSIDE, $13.65 PER 10 MG |
| J9208 | IFOSFOMIDE, $344.40 PER 1 GM W/MESNA |
| J9209 | MESNA, $344.40 W/ABOVE CHEMOTHERAPY |
| J9211 | IDARUBINICIN HCL, $226.00 PER 5 MG |
| J9230 | MECHLORETHAMINE HCL, $38.97 PER 10 MG |
| J9260 | METHOTREXATE SODIUM, $6.88 PER 50 MG |
| J9270 | PLICAMYCIN, $72.44 PER 2.5 MG |
| J9280 | MITOMYCIN HCL, $418.74 PER 20 MG |
| J9293 | MITOXANTRONE HCL, $574.70 PER 20 MG |
| J9300 | STREPTOZOCIN, $54.25 PER 1 GM |