# Appendix J

# Medicare Claims Processing Manual
## Chapter 17 - Drugs and Biologicals

---

**Table of Contents**
*(Rev. 1211, 03-30-07)*


**Transmittals for Chapter 17**

Crosswalk to Old Manuals

10 - Payment Rules for Drugs and Biologicals

20 - Payment Allowance Limit for Drugs and Biologicals Not Paid on a Cost or Prospective Payment Basis

20.1 - MMA Drug Pricing Average Sales Price

20.1.1 - Online Pricing for Average Sales Price

20.2 - Single Drug Pricer (SDP)

20.3 - Calculation of the Payment Allowance Limit for DMERC Drugs

20.4 - Calculation of the AWP

20.5 - Detailed Procedures for Determining AWPs and the Drug Payment Allowance Limits

20.5.1 - Background

20.5.2 - Review of Sources for Medicare Covered Drugs and Biologicals

20.5.3 - Use of Generics

20.5.4 - Find the Strength and Dosage

20.5.5 - Restrictions

20.5.6 - Inherent Reasonableness for Drugs and Biologicals

20.5.7 – Injection Services

20.5.8 – Injections Furnished to ESRD Beneficiaries

30 - Carrier Distribution of Limit Amounts

40 - Discarded Drugs and Biologicals

50 - Assignment Required for Drugs and Biologicals

60 – DMEPOS Suppliers Require a License to Dispense Drugs

60.1 - Prescription Drugs Billed by Suppliers Not Licensed to Dispense Them

70 - Claims Processing Requirements - General

- "Unit Measurement" means the amount of whatever measurement is used in the code description (e.g., milligrams (mg)).

**ROs:**

1. Advise carriers concerning the implementation of the SDP.
2. Respond to questions about drug price changes.
3. Respond to questions about the implementation of the AWP pricing methodology.
4. Respond to questions about the SDP on the basis of these instructions.
5. Refer any questions that cannot be answered to central office (CO) per item 6, below.
6. Advise CO of matters that require CO attention.

## 20.3 – Calculation of the Payment Allowance Limit for DMERC Drugs

**(Rev. 397, Issued: 12-16-04, Effective: 01-01-05, Implementation: 01-03-05)**

Payments for drugs billed to the DMERCs will be based on the implementation of the MPDIMA, beginning January 1, 2004, and will be paid at 85 percent of the AWP for HCPCS payment amounts based on the April 1, 2003 fee schedule. Exceptions to this calculation are as follows:

The payment limits for infusion drugs furnished through an item of durable medical equipment on or after January 1, 2004, will be 95 percent of the October 1, 2003 AWP.

- The payment limits for new drugs or biologicals will be 95 percent of the AWP. A new drug is defined as an unlisted drug (not currently covered by a HCPCS code) that was FDA approved subsequent to April 1,2003. A drug would not be considered new if: The brand or manufacturer of the drug changed; a new formulation of the vial size is developed; or the drug received a new indication.

The payment limits for certain drugs studied by the OIG and GAO are based on the percentages of the April 1, 2003 AWPs specified on Table 1 in §20.

Payment limits determined under this instruction shall not be updated during 2004.

## 20.4 - Calculation of the AWP

**(Rev. 397, Issued: 12-16-04, Effective: 01-01-05, Implementation: 01-03-05)**

See Business Requirements and Excel Spreadsheets at http://www.medicaid.com/manuals/pm_trans/R54CP.pdf

http://www.medicaid.com/manuals/pm_trans/R55CP.pdf

Carriers must ensure that if any NDCs are added or deleted, the formulae are applied appropriately.

A separate AWP is calculated for each drug as defined by a HCPCS code. Within each HCPCS code there may be a single source or there may be many sources, or there may be no source.

- For a single-source drug or biological, the AWP equals the AWP of the single product.
- For a multi-source drug or biological, the AWP is equal to the lesser of;
    - The median AWP of all generic forms of the drug or biological; or
    - The lowest brand name product AWP.

  A "brand name" product is defined as a product that is marketed under a labeled name that is other than the generic chemical name for the drug or biological.

**NOTE:** Repackagers make the status of the drug a multi-source.

After determining the AWP, carriers multiply it by 0.85 or 0.95, or other percentage, as applicable, and round to the nearest penny. This is the drug payment allowance limit. Carriers round it in accordance with standard rounding procedure. Part B coinsurance and deductible requirements apply.

In applying this procedure, carriers use the package sizes that are most commonly used for the most frequently administered dosage of the drug.

Intermediaries get drug prices from the carrier for drugs not listed on the Single Drug Pricer.

## 20.5 - Detailed Procedures for Determining AWPs and the Drug Payment Allowance Limits

**(Rev. 397, Issued: 12-16-04, Effective: 01-01-05, Implementation: 01-03-05)**

### 20.5.1 - Background

**(Rev. 397, Issued: 12-16-04, Effective: 01-01-05, Implementation: 01-03-05)**

Payment for drugs and biologicals under Medicare is determined by a standard methodology. Law and regulations require that a drug payment allowance limit be used as described in §20.1. (See 42 CFR 405.517 and MPDIMA, Section 303(b).)

The earliest drug payment allowance limit effective in 2004 will not be subsequently updated during 2004. When limits are initially established, carriers inform FIs and the provider community as described in paragraph §30 below.

## 20.5.2 - Review of Sources for Medicare Covered Drugs and Biologicals

**(Rev. 397, Issued: 12-16-04, Effective: 01-01-05, Implementation: 01-03-05)**

Carriers check updates for Medicare covered services or procedures for new codes or code description changes before updating files.

For new codes, the Carrier Medical Staff determines coverage in accordance with the coverage rules in Chapter 15 of the Medicare Benefit Policy Manual.

Carriers refer to common sources for drug pricing information. Examples are the various Redbook products, "Drug Facts and Comparisons," the FDA publication Approved Drug Products with Therapeutic Equivalence (the Orange Book), or the "Hospital Formulary Pricing Guide" by MediSpan, Inc. If a price cannot be located in the available sources, they contact the manufacturer of the drug.

If a code has a description change, carriers adjust formulas to account for any changes in the strength or dosage of the drug. For example, if a code is listed as 50 mg, and changed to100 mg. the drug payment allowance limit is adjusted to compensate for the difference in the dosage.

## 20.5.3 - Use of Generics

**(Rev. 397, Issued: 12-16-04, Effective: 01-01-05, Implementation: 01-03-05)**

Carriers identify the generic name of the drug from the code description. They always rely on the CMS HCPCS tape file or an official HCPCS publication.

Carriers locate generic sources in the Drug Topics Redbook or other source based on the HCPCS description of the drug. They use entries that match the strength of the drug described by the HCPCS code, e.g., 50 mg, 100 mg, etc.

To determine if a drug is generic or brand, carriers compare the name of the drug in the HCPCS code (generic) with the name of the drug being identified. If they are the same, the drug is generic. If they are different, the drug is a brand. For example, the description for J3360 is injection, diazepam, up to 5 mg. Diazepam is the generic name. The HCPCS code for Valium is listed as J3360. Valium is a brand name.

If there is a question as to whether a drug is brand or generic, carriers consult the PDR Generics, or telephone the drug company.

## 20.5.4 - Find the Strength and Dosage

**(Rev. 397, Issued: 12-16-04, Effective: 01-01-05, Implementation: 01-03-05)**

# Appendix K

# CMS Manual System

**Department of Health & Human Services (DHHS)**
**Centers for Medicare & Medicaid Services (CMS)**

## Pub. 100-04 Medicare Claims Processing

**Transmittal 54**

**Date: DECEMBER 24, 2003**

**CHANGE REQUEST 3022**

**I. SUMMARY OF CHANGES:** A new basis for Medicare drug payment amounts has been established with the "Medicare Prescription Drug, Improvement, and Modernization Act" (MPDIMA) of 2003. Chapter 17 has been updated to include this new basis for Part B drugs.

**NEW/REVISED MATERIAL - EFFECTIVE DATE:** January 1, 2004
***IMPLEMENTATION DATE:** January 5, 2004

***Disclaimer for manual changes only: The revision date and transmittal number apply only to red italicized material. Any other material was previously published and remains unchanged.***

**II. CHANGES IN MANUAL INSTRUCTIONS:** (***N/A if manual not updated.***)
**(R = REVISED, N = NEW, D = DELETED – (*Only One Per Row.*)**

| R/N/D | CHAPTER/SECTION/SUBSECTION/TITLE |
|---|---|
| R | 17-Table of Contents |
| R | 17/10-Payment Rules for Drugs and Biologicals |
| N | 17/20-Payment Allowance Limit for Drugs and Biologicals Not Paid on a Cost or Prospective Payment Basis |
| R | 17/20/20.1-Single Drug Pricer |
| R | 17/20/20.2-Calculation of the AWP |
| R | 17/20/20.3-Detailed Procedures for Determining AWPs and the Drug Payment Allowance Limits |
| | |
| | |

***III. FUNDING:**

**These instructions should be implemented within your current operating budget.**

**IV. ATTACHMENTS:**

| | |
|---|---|
| X | **Business Requirements** |
| X | **Manual Instruction** |
| | **Confidential Requirements** |
| | **One-Time Notification** |

# Medicare Claims Processing Manual

## Chapter 17 - Drugs and Biologicals

---

Table of Contents

*(Rev. 54, 12-24-03)*

Crosswalk to Old Manuals

10 - Payment Rules for Drugs and Biologicals

20 - Payment Allowance Limit for Drugs and Biologicals *Not Paid on a Cost or Prospective Payment Basis*

20.1 - Single Drug Pricer (SDP)

20.2 - Calculation of the AWP

20.3 - Detailed Procedures for Determining AWPs and the Drug Payment Allowance Limits

20.3.1 - Background

20.3.2 - Review of Sources for Medicare Covered Drugs and Biologicals

20.3.3 - Use of Generics

20.3.4 - Find the Strength and Dosage

20.3.5 - Restrictions

20.3.6 - Inherent Reasonableness for Drugs and Biologicals

20.3.7 – Injection Services

20.3.8 – Injections Furnished to ESRD Beneficiaries

30 - Carrier Distribution of Limit Amounts

40 - Discarded Drugs and Biologicals

50 - Assignment Required for Drugs and Biologicals

60 – DMEPOS Suppliers Require a License to Dispense Drugs

60.1 - Prescription Drugs Billed by Suppliers Not Licensed to Dispense Them

70 - Claims Processing Requirements - General

70.1 – Billing Drugs Electronically - NCPDP

70.1.1 – Reporting Modifiers in the Compound Drug Segment

70.1.2 – Coordination of Benefits (COB)

must be used.

- Medicare coverage determinations are independent of the SDP. The presence or absence of a price for a particular drug in the SDP is irrelevant to Medicare coverage determinations.
- EPO=Q codes are included in the SDP, applicable to physician claims. The statutory limit for EPO applies to nonphysician claims.
- "Unit Measurement" means the amount of whatever measurement is used in the code description (e.g., milligrams (mg)).

**ROs:**

1. Advise carriers concerning the implementation of the SDP.
2. Respond to questions about drug price changes.
3. Respond to questions about the implementation of the AWP pricing methodology.
4. Respond to questions about the SDP on the basis of these instructions.
5. Refer any questions that cannot be answered to central office (CO) per item 6, below.
6. Advise CO of matters that require CO attention.

**20.2 – Calculation of the AWP**

*(Rev. 54, 12-24-03)*

**AB-02-075, PRM 2711.2.B.2, B3-5202.1**

Carriers must ensure that if any NDCs are added or deleted, the formulae are applied appropriately.

A separate AWP is calculated for each drug as defined by a HCPCS code. Within each HCPCS code there may be a single source or there may be many sources, or there may be no source.

- For a single-source drug or biological, the AWP equals the AWP of the single product.
- For a multi-source drug or biological, the AWP is equal to the lesser of;
  - The median AWP of all generic forms of the drug or biological; or
  - The lowest brand name product AWP.

A "brand name" product is defined as a product that is marketed under a labeled name that is other than the generic chemical name for the drug or biological.

**Note:** Repackagers make the status of the drug a multi-source.

After determining the AWP, carriers multiply it by 0.*85 or 0.95, or other percentage, as applicable,* and round to the nearest penny. This is the drug payment allowance limit. Carriers round it in accordance with standard rounding procedure. Part B coinsurance and deductible requirements apply.

In applying this procedure, carriers use the package sizes that are most commonly used for the most frequently administered dosage of the drug.

Intermediaries get drug prices from the carrier for drugs not listed on the Single Drug Pricer.

## 20.3 - Detailed Procedures for Determining AWPs and the Drug Payment Allowance Limits

***(Rev. 54, 12-24-03)***

**AB-02-075, PRM 2711.2B.2, B3-5202.1**

### 20.3.1 - Background

**(Rev. 1, 10-01-03)**

Payment for drugs and biologicals under Medicare is determined by a standard methodology. Law and regulations require that a drug payment allowance limit be used as described in §20.1. (See 42 CFR 405.517 *and MPDIMA, Section 303(b)*)

*The earliest drug payment allowance limit effective in 2004 will not be subsequently updated during 2004. When limits are initially established, carriers inform FIs and the provider community as described in paragraph §30 below.*

**2004 DIMA Drug Payment Limits**
**Effective January 1, 2004**

| HCPCS | Short Description | 2004 Payment Limit for Drugs (other than ESRD drugs separately billed by independent ESRD Facilities and drugs infused through DME) | 2004 Payment Limit for ESRD Drugs Separately Billed by Independent ESRD Facilities | 2004 Payment Limit for Drugs when Infused through DME |
|---|---|---|---|---|
| 90371 | Hep b ig, im | $581.40 | | |
| 90375 | Rabies ig, im/sc | $65.18 | | |
| 90376 | Rabies ig, heat treated | $69.89 | | |
| 90385 | Rh ig, minidose, im | $32.13 | | |
| 90585 | Bcg vaccine, percut | $143.28 | | |
| 90632 | Hep a vaccine, adult im | $62.94 | | |
| 90633 | Hep a vacc, ped/adol, 2 dose | $26.66 | | |
| 90634 | Hep a vacc, ped/adol, 3 dose | $26.66 | | |
| 90645 | Hib vaccine, hboc, im | $21.76 | | |
| 90658 | Flu vaccine, 3 yrs, im | $9.95 | | |
| 90659 | Flu vaccine, whole, im | $9.95 | | |
| 90675 | Rabies vaccine, im | $121.83 | | |
| 90691 | Typhoid vaccine, im | $37.58 | | |
| 90700 | Dtap vaccine, im | $20.05 | | |
| 90703 | Tetanus vaccine, im | $12.86 | | |
| 90704 | Mumps vaccine, sc | $17.38 | | |
| 90705 | Measles vaccine, sc | $13.45 | | |
| 90706 | Rubella vaccine, sc | $14.97 | | |
| 90707 | Mmr vaccine, sc | $34.93 | | |
| 90713 | Poliovirus, ipv, sc | $23.00 | | |
| 90716 | Chicken pox vaccine, sc | $57.86 | | |
| 90717 | Yellow fever vaccine, sc | $52.93 | | |
| 90718 | Td vaccine > 7, im | $10.31 | | |
| 90721 | Dtap/hib vaccine, im | $43.70 | | |
| 90732 | Pneumococcal vaccine | $18.62 | | |
| 90733 | Meningococcal vaccine, sc | $58.66 | | |
| 90735 | Encephalitis vaccine, sc | $71.37 | | |
| 90740 | Hepb vacc, ill pat 3 dose im | $110.92 | | |
| 90743 | Hep b vacc, adol, 2 dose, im | $27.05 | | |
| 90744 | Hepb vacc ped/adol 3 dose im | $27.05 | | |
| 90746 | Hep b vaccine, adult, im | $55.46 | | |
| 90747 | Hepb vacc, ill pat 4 dose im | $99.25 | | |
| 90748 | Hep b/hib vaccine, im | $45.32 | | |
| J0130 | Abciximab injection | $459.02 | | |
| J0150 | Injection adenosine 6 MG | $34.80 | | |
| J0151 | Adenosine injection | $199.70 | | |
| J0152 | Adenosine injection | $66.56 | | |
| J0170 | Adrenalin epinephrin inject | $2.10 | | |
| J0200 | Alatrofloxacin mesylate | $17.03 | | |
| J0205 | Alglucerase injection | $37.13 | | |
| J0207 | Amifostine | $405.29 | | |
| J0210 | Methyldopate hcl injection | $10.63 | | |
| J0215 | Alefacept | $28.19 | | |
| J0256 | Alpha 1 proteinase inhibitor | $2.38 | | |
| J0270 | Alprostadil for injection | $0.31 | | |
| J0275 | Alprostadil urethral suppos | $18.17 | | |

**Appendix L**

CHAPTER V

REASONABLE CHARGES

Section

Physician and Other Health Services


Reasonable Charges as Basis for Payments .......... 5000
Criteria for Determining Reasonable Charge .......... 5002
Updating Customary and Prevailing Charges .......... 5003
The Customary Charge .......... 5010
Calculating Customary Charge .......... 5010.1
Equity Adjustments in Customary Charge Screens .......... 5010.2
Customary Charge Profile .......... 5010.3
Customary Charge Screens for New Physicians and Customary Charge/Fee Schedule Screens for Nonphysician Practitioners and Suppliers (Services Rendered Prior to January 1, 1994) .......... 5010.4
Customary Charge Screens for Services Rendered After 1993 .......... 5010.5
Determining and Updating Lowest Charge Level Screens .......... 5015
Methodology for Determining Lowest Charge Levels .......... 5015.1
Application of Lowest Charge Level Screens .......... 5015.2
Locality Designations for Lowest Charge Level Purposes .......... 5015.3
Items Subject to Lowest Charge Level Limitations .......... 5015.4
Payment for Parenteral and Enteral Nutrition (PEN) Nutrients, Supplies, and Equipment .......... 5017
Locality .......... 5017.1
Uniform Screens and LCL Calculations .......... 5017.2
Uniform Billing Codes .......... 5017.3
Parenteral and Enteral Pumps .......... 5017.4
Determining Prevailing Charge .......... 5020
Determination of Locality .......... 5020.1
Variation in Range of Prevailing Charges .......... 5020.2
Economic Index Data for Physicians' Services and Maximum Allowances for Renal Transplantations .......... 5020.4
Rounding of Reasonable Charge Calculations .......... 5021
Filling Gaps in Carrier Reasonable Charge Screens .......... 5022
Use of Relative Value Scale and Conversion Factors for Reasonable Charge Gap Filling .......... 5022.1
Charges Higher Than Customary or Prevailing Charges .......... 5024
Determination of Inflation-Indexed Charge (IIC) for Nonphysician Services .......... 5025
Determination of Comparable Circumstances .......... 5026
Applying Criteria for Reasonable Charge Determinations .......... 5030
Examples of Application of Criteria .......... 5030.1
Separate Reasonable Charge Determination for Each Service .......... 5030.2
Low Charge May Not Be Used to Offset High Charge .......... 5030.3
Inclusive Dates Shown for Period Covered by Services .......... 5030.4

CHAPTER V

Section

Physician and Other Health Services


Cost Rather Than Charges as a Basis of Payment for Services in a Teaching Setting .......... 5035
Assistant at Surgery Services Furnished in Teaching Hospitals. . . . .......... 5038
Definition .......... 5038.1
Exceptional Circumstances .......... 5038.2
Physicians Who Do Not Involve Residents in Patient Care .......... 5038.3
Multiple Physician Specialties Involved in Surgery .......... 5038.4
"Comparability of Payment" Provision of the Delegation of Authority by Health Care Financing Administration to Railroad Retirement Board .......... 5040
Exchange of Data Between Area Carriers and Travelers RRB Field Office .......... 5040.1


Other Health and Medical Services


Other Health and Medical Services .......... 5100
Determining Reasonable Charges for Home Dialysis Supplies and Equipment .......... 5100.1
Fee Schedules for Durable Medical Equipment and Orthotic/Prosthetic Devices .......... 5102
Methodology for Calculating Fee Schedules .......... 5102.1
Other Issues .......... 5102.2
Transition to Fee Schedule - Relationship to Prior Rules .......... 5102.3
Delivery and Service Charges for Durable Medical Equipment .......... 5105
Installation and Delivery Charges - ESRD .......... 5105.1
Interest and Carrying Charges - ESRD .......... 5106
Penalty Charges for Late Payment Not Included in Reasonable Charges or Fee Schedule Amounts .......... 5106.1
Additional Expenses for Deluxe Features .......... 5107
Payment for Power-Operated Vehicles That May Be Appropriately Used as Wheelchair .......... 5107.1
Charges for Equipment Rented or Purchased From Individual .......... 5108
Payment for Frieder Prism Seg, Welsh Four-Drop, and Similar Prosthetic Lenses .......... 5111
Payment to Psychologists .......... 5112
Clinical Psychologists .......... 5112.1
Psychological Tests Performed by Psychologists Who Are Not Clinical Psychologists .......... 5112.2
Payment to Clinical Social Workers .......... 5113
Payment for Diagnostic Laboratory Services .......... 5114
Payment for Outpatient Clinical Diagnostic Laboratory Tests Using Fee Schedules and for Specimen Collection .......... 5114.1
Review of Laboratory Test Results by Physician .......... 5114.2
Ambulance Services .......... 5116
Determining Base Rate Allowances for Ambulance Services .......... 5116.1

CHAPTER V

Section

Effect of Separate Charges for Covered Specialized ALS Services on Reasonable Charges for Ambulance Services ..... 5116.2
Payment for Mileage Charges ..... 5116.3
Reasonable Charge Determinations Involving Subsidized and Nonsubsidized Suppliers of Ambulance Services ..... 5116.4
Reasonable Charge Determination for Air Ambulance Services ..... 5116.5
Other Unusual Circumstances ..... 5116.6
Ambulance Rates Set by Government Entities ..... 5116.7
Provider Ambulance Services Under Arrangements (Provider Billing) ..... 5117
Negotiated Rates for Laboratory Services ..... 5120
Eligibility ..... 5120.1
Negotiated Payment Rate ..... 5120.2
Minimum Agreement Provisions ..... 5120.3
Negotiation and Formalization of Agreements with Laboratories ..... 5120.4

Special Situations and Instructions

Charges Involving Unusual Circumstances or Medical Complications ..... 5200
Travel and Mileage Charges ..... 5200.1
Travel in the Same Locality ..... 5200.2
Travel to Another Locality Within Normal Area of Practice ..... 5200.3
Travel to Another Locality Outside Normal Area of Practice ..... 5200.4
Telephone Calls ..... 5200.5
Payment Limit for Certain Drugs and Biologicals ..... 5202
Procedures for Determining Payment Limit ..... 5202.1
Injection Services ..... 5202.2
Injections Furnished to ESRD Beneficiaries ..... 5202.3
Epoetin (EPO) Furnished to ESRD Home Patients ..... 5202.4
Charges for Rare or Unusual Procedures ..... 5205
Physicians or Other Persons With More Than One Customary Charge ..... 5209
Inclusion of Sales Taxes in Reasonable Charges ..... 5213
Waiting Time Charges Made By Ambulance Companies ..... 5215
Requirements for Approval of Waiting Time ..... 5215.1
Apportionment of Payment for Ambulance Services ..... 5215.2
Effect of Waiver of Coinsurance or Deductible on Carrier Determinations of Actual Charges and Customary Charges ..... 5220
Payment for Ambulatory Surgery ..... 5243
Payment to Ambulatory Surgical Centers ..... 5243.1
Carrier Adjustment of Payment Rates ..... 5243.2
Payment for Intraocular Lens (IOL) ..... 5243.3

CHAPTER V

Section

Payment for Terminated Procedures ........ 5243.4
Payment for Multiple Procedures ........ 5243.5
Payment for Extracorporeal Shock Wave Lithotripsy (ESWL) ........ 5243.6
Rebundling of CPT-4 Codes ........ 5243.7
Addendum A - Wage Index for Determining Ambulatory Surgical Center (ASC) Facility Payments ........
Reimbursement for Hemophilia Clotting Factors ........ 5245
Use of Inherent Reasonableness for Reimbursement of Medicare Charges - Non-Physician Services ........ 5246
Reimbursement Based on Reasonable and Necessary Level of Service ........ 5246.4
Reimbursement for Rental and Purchase of Oxygen Concentrators ........ 5246.5
Reimbursement for Oximetry Testing ........ 5246.6
Payment for Home Dialysis Supplies and Equipment ........ 5246.7
Notification of Beneficiaries Under Method II ........ 5246.8
Mandatory Assignment for Drugs and Biologicals ........ 5247
Payment for Immunosuppressive Drugs Furnished to Transplant Patients ........ 5249
Payment for Eyeglasses, Contact Lenses, and Related Services ........ 5250
Limits on Actual and Prevailing Charges for Overpriced Procedures ........ 5254
Limits on Charges for Anesthesia Services Associated With Cataract and Iridectomy Surgery ........ 5255
Limits on Payments and Charges for Other Services and Items ........ 5256
Determining Reasonable Charges for Services of Certified Nurse-Midwives (CNMs) ........ 5257
Reduction In Prevailing Charges For Certain Physician Services and Limit on Reasonable Charges For Technical Components of Certain High Volume Diagnostic Tests ........ 5264
Payment for Screening Mammography ........ 5266
Reasonable Charge Screens Automated Edits ........ 5300
Reasonable Charge Screens Edit Package ........ 5300.1
Output Listings From the Reasonable Charge Screens Edit Package ........ 5300.2

information and advice in this connection. Determine the reasonableness of a specific additional charge for a long distance call on the basis of the customary and prevailing charge criteria. Since the expense of the long distance call is subject to a standard fee of the telephone company, this standard fee may be considered to be a part of the reasonable charge.

## 5202. PAYMENT LIMIT FOR CERTAIN DRUGS AND BIOLOGICALS

Drugs and biologicals not paid on a cost or prospective payment basis are paid based on the lower of the billed charge or 95 percent of the AWP as reflected in published sources (e.g., Red Book, Price Alert, etc.). Examples of drugs that are paid on this basis include but are not limited to drugs furnished incident to a physician's service, immunosuppressive drugs furnished by pharmacies, drugs furnished by pharmacies under the durable medical equipment benefit, covered oral anti-cancer drugs, and blood clotting factors.

5202.1 Procedures for Determining Payment Limit.--The procedure for determining the AWP is described below. In general, local carriers and intermediaries do not use this procedure because the payment allowance limits for most drugs covered by Medicare are provided on the Single Drug Pricer (SDP) file issued by CMS. Local carriers apply the following procedure for any covered drug that is not included on the SDP file. On a quarterly basis and upon request, within 7 days of any such request, carriers must furnish to FIs within their jurisdiction, free of charge, the subset of files that includes the drug payment allowance limits that the carrier has determined locally. Generally, products that are obsolete may not be used for determining these payment limits. The one exception is where every product described by a particular HCPCS code is obsolete. In that case, the last payment allowance limit is carried forward for a reasonable amount of time to allow existing inventories to be exhausted.

1. For a single-source drug or biological, the AWP equals the AWP of the single product.

2. For a multi-source drug or biological, the AWP is equal to the lesser of the median AWP of all of the generic forms of the drug or biological or the lowest brand name product AWP. A "brand name" product is defined as a product that is marketed under a labeled name that is other than the generic chemical name for the drug or biological.

3. After determining the AWP, multiply it by 0.95. This is the drug payment allowance limit. Round in accordance with standard rounding procedure. Part B coinsurance and deductible requirements apply.

In applying this procedure, use the package sizes that are most commonly used for the most frequently administered dosage of the drug.

5202.2 Injection Services.--Where the sole purpose of an office visit was for the patient to receive an injection, payment may be made only for the injection service (if it is covered). Conversely, injection services (codes 90782, 90783, 90784, 90788, and 90799) included in the Medicare Physician Fee Schedule (MPFS) are not paid for separately, if the physician is paid for any other physician fee schedule service furnished at the same time. Pay separately for those injection services only if no other physician fee schedule service is being paid. However, pay separately for cancer chemotherapy injections (CPT codes 96400-96549) in addition to the visit furnished on the same day. In either case, the drug is separately payable. All injection claims must include the specific name of the drug and dosage. Identification of the drug enables you to pay for the services.

5202.3 Injections Furnished to ESRD Beneficiaries.--When an ESRD beneficiary is given a renal-related injection outside the ESRD facility or provider-setting, it should be administered by the beneficiary's monthly capitation payment (MCP) physician or his/her staff as "incident to" such physician's services. There is no additional allowance for the physician or his staff, e.g., an office nurse. This is because payment for the administration of a renal-related injection to a dialysis patient is included in the physicians' monthly capitation payment (MCP). The regulations governing Medicare payment for physicians' ESRD services (42 CFR 405.542) require that all physicians' outpatient ESRD-related services except declotting shunts be paid under the MCP. If a physician, other than the patient's MCP physician, administers a renal-related injection, the other physician must look to the MCP physician for compensation for the services. Although an additional allowance for the administration of a renal-related injection to a dialysis patient may not be made, the patient's MCP physician or a physician other than the MCP physician may submit claims and be paid for the drug itself as well as supplies, e.g., needles and syringes, used to administer the drug.

**EXAMPLE:** Dr. Jones is Mr. White's MCP physician. Dr. Jones is unable to furnish the regular EPO injections his patient needs three times a week. It is Dr. Jones' responsibility to compensate the physician who administers the injections. The administering physician submits claims for the injectables and necessary supplies. In this case, make a reasonable monthly allowance, e.g., $3 for the cost of supplies (i.e., syringes and needles).

5202.4 Epoetin (EPO) Furnished to ESRD Home Patients.--When epoetin (EPO) is administered to a Medicare home patient by a physician, payment for the EPO is made on the same basis as other covered drugs. The physician who furnishes the injection is generally the same individual who is paid the monthly capitation payment (MCP) for furnishing all of the beneficiary's dialysis-related services. Therefore, there is no additional physician payment for the administration of EPO.

If EPO is furnished by an ESRD supplier that is not a facility, payment is made at the rate of $10 per 1,000 units rounded to the nearest 100 units. (Where the drug is furnished by a facility, the intermediary makes payment.)