**Appendix M**

**Attachment D**

**Selected Excerpts:**

Medicare Claims Processing Manual
**Chapter 17 - Drugs and Biologicals[1]**

.....

**Crosswalk to Old Manuals**

10 - Payment Rules for Drugs and Biologicals

20 - Payment Allowance Limit for Drugs and Biologicals Not Paid on a Cost or
   Prospective Payment Basis

   20.1 - MMA Drug Pricing Average Sales Price

   _20.1.1 – Online Pricing for Average Sales Price_

   20.2 - Single Drug Pricer (SDP)

   20.3 - Calculation of the Payment Allowance Limit for DMERC Drugs

   20.4 - Calculation of the AWP

   20.5 - Detailed Procedures for Determining AWPs and the Drug Payment
      Allowance Limits

      20.5.1 - Background
      20.5.2 - Review of Sources for Medicare Covered Drugs and Biologicals
      20.5.3 - Use of Generics
      20.5.4 - Find the Strength and Dosage

.....

## 10 - Payment Rules for Drugs and Biologicals

_(Rev. 248, Issued 07-23-04, Effective: August 23, 2004/Implementation: January 1, 2005)_

Drugs for inpatient hospital and inpatient skilled nursing facility (SNF) beneficiaries are included in the respective prospective payment system (PPS) rates except for hemophilia clotting factors for hospital inpatients under Part A.  ...  See Chapter 3 for instructions on billing inpatient hospital hemophilia clotting factors.

All hospital outpatient drugs are excluded from SDP because the payment allowance for such drugs is determined by a different procedure. Most drugs furnished to hospital outpatients are packaged under the outpatient prospective payment system (OPPS). Their costs are recognized and included but paid as part of the ambulatory payment classification (APC) for the service with which they are billed. Certain drugs, however,

---

[1]  Taken directly from: http://www.cms.hhs.gov/manuals/104_claims/clm104index.asp; color emphasis in original.

are paid separately. These include chemotherapeutic agents and the supportive and adjunctive drugs used with them, immunosuppressive drugs, orphan drugs, radiopharmaceuticals, and certain other drugs such as those given in the emergency room for heart attacks.

The classes of drugs required to have "pass through" payments made under the Balanced Budget Refinement Act of 1999 (BBRA) have coinsurance amounts that can be less than 20 percent of the Average Wholesale Price (AWP). This is because pass-through amounts, by law, are not subject to coinsurance. The CMS considers the amount of the payment rate that exceeds the estimated acquisition cost of the drug to be the pass-through amount. Thus, the coinsurance is based on a portion of the payment rate, not the full payment rate.

## Drugs are billed in multiples of the dosage specified in the HCPCS/NDC.

If the dosage given is not a multiple of the Health Insurance Common Procedure Coding System (HCPCS) code, the provider rounds to the next highest units in the HCPCS description for the code.

If the full dosage provided is less than the dosage for the code specifying the minimum dosage for the drug, the provider reports the code for the minimum dosage amount.

OPPS PRICER includes a table of drugs and prices and provides the intermediary (FI) with the appropriate prices.

Section 90 relates specifically to billing for hospital outpatients. The remainder of this chapter relates to procedures for pricing and paying DME recipients, and to beneficiaries who receive drugs under special benefits such as pneumococcal, flu and hepatitis vaccines; clotting factors, immunosuppressive therapy, self administered cancer and anti emetic drugs, and drugs incident to physicians services.

Drugs and biologicals not paid on cost or prospective payment basis have been paid based on the lower of the billed charge or 95 percent of the average wholesale price (AWP) as reflected in published sources (e.g., Red Book, Price Alert, etc.). Examples of drugs that have been paid on this basis include but are not limited to drugs furnished incident to a physician's service, immunosuppressive drugs furnished by pharmacies, drugs furnished by pharmacies under the durable medical equipment benefit, covered oral anticancer drugs, and blood clotting factors. The Medicare Prescription Drug, Improvement, and Modernization Act (MPDIMA) of 2003 changed the basis for payment of drugs and biologicals not paid on a cost or prospective payment basis. Beginning January 1, 2004, through December 31, 2004, such drugs or biologicals are paid based on various standards specified in the statute, although the default standard is 85 percent of AWP. See §20, below for a full discussion of the basis for drugs in this category during 2004.

*For services furnished on or after January 1, 2005, the payment allowance limit for drugs and biologicals is based on the Average Sales Price (ASP). This pricing file will be provided to contractors by CMS*

## 20 - Payment Allowance Limit for Drugs and Biologicals Not Paid on a Cost or Prospective Payment Basis

**(Rev. 131, 03-26-04)**

**AB-02-075, AB-02-174, PRM 2711.2 B.2, B3-5202, R1799B3**

Prior to January 1, 2004, drugs and biologicals not paid on cost or prospective payment are paid based on the lower of the billed charge or 95 percent of the average wholesale price (AWP) as reflected in published sources (e.g., Red Book, Price Alert, etc.). Examples of drugs that are paid on this basis include, but are not limited to, drugs furnished incident to a physician's service, immunosuppressive drugs furnished by pharmacies, drugs furnished by pharmacies under the durable medical equipment benefit, covered oral anticancer drugs, and blood clotting factors.

The Medicare Prescription Drug, Improvement, and Modernization Act of 2003, changed the basis for payment of drugs and biologicals not paid on a cost or prospective payment basis. For January 1, 2004, through December 31, 2004, such drugs or biologicals are paid as described below:

- The payment limits for blood clotting factors will be 95 percent of the AWP.

- The payment limits for new drugs or biologicals will be 95 percent of the AWP. A new drug is defined as an unlisted drug (not currently covered by a HCPCS code) that was FDA approved subsequent to April 1,2003. A drug would not be considered new if: the brand or manufacturer of the drug changed; a new formulation of the vial size is developed; or the drug received a new indication.

- The payment limits for pneumococcal and hepatitis B drugs and biologicals will be 95 percent of the AWP.

- The payment limits for certain drugs studied by the OIG and GAO are based on the percentages of the April 1, 2003 AWPs specified on Table 1 below.

- The payment limits for infusion drugs furnished through an item of implanted durable medical equipment on or after January 1, 2004, will be 95 percent of the October 1, 2003 AWP.

- Drugs and biologicals not described above are paid at 85 percent of the April 1, 2003 AWP.

Payment limits determined under this instruction shall not be updated during 2004.

## 20.2 - Single Drug Pricer (SDP)

*(Rev. 248, Issued 07-23-04, Effective: August 23, 2004/Implementation: January 1, 2005)*

Effective January 1, 2003, contractors pay drug claims on the basis of the prices shown on the SDP files, if present.

....

1. "HCPCS" Drug Pricing File

    a. CMS furnishes a SDP file that contains drugs identified by a code established by the Health Care Procedure Code System (HCPCS). This HCPCS drug-pricing file (HDPF) contains:

    • Every HCPCS drug code for every drug for which claims are submitted to local carriers (excluding DMERCs);

    • With respect to each such HCPCS code, the unit of measure by which such HCPCS code is defined;

.....

2. "Not otherwise classified" (NOC) Drug Pricing File

    a. CMS furnishes a NOC SDP file for drugs "not otherwise classified." This NOC drug pricing file (NDPF) contains:

    • With respect to every drug NOC under the HCPCS for which claims are submitted to local carriers (excluding DMERCs), the NDC code and drug name;

    • With respect to each such NDC code, the unit of measure by which such drug is covered;

    • With respect to each NOC drug, the Medicare allowed amount;

.....

3. The CMS furnishes a pricing documentation file (PDF) that contains only new drugs and biologicals for which a Medicare price has been established since the previous quarter:

    a. The data in the drug pricing file, i.e., each HCPCS code and its Medicare allowed amount;

    b. With respect to each HCPCS drug code, every product, as identified by its NDC code, that contains the same active ingredient as specified in the definition of the HCPCS code;

    c. With respect to those NDC codes used to determine the Medicare-allowed amount, an indicator to that effect;

    d. With respect to each such NDC, the price or prices used to determine the average wholesale price (AWP) of the product;

    e. With respect to each such price, an identification of the source(s) of the price; and

    f. With respect to each such source, the date, edition, and other information necessary and sufficient to enable CMS to verify the price.

.....

Except as specifically noted, each FI and carrier will:

.....

- Carriers continue to price drugs as outlined in §20.2 with respect to any drug that is not listed on the SDP files and with respect to any compounded drug that is not identified by a single NDC.

    O   Report to the RO, on or before March 1 of each year, whether any drugs are being priced separately, including but not limited to NOC drugs. If one or more drugs are being priced separately, then the name of the drug, its NDC, the price determined, and the source used to price drug must also be included in the report.

.....

## 20.3 – Calculation of the Payment Allowance Limit for DMERC Drugs
*(Rev. 248, Issued 07-23-04, Effective: August 23, 2004/Implementation: January 1, 2005)*

Payments for drugs billed to the DMERCs [local carriers] will be based on the implementation of the MPDIMA, beginning January 1, 2004, and will be paid at 85 percent of the AWP for HCPCS payment amounts based on the April 1, 2003 fee schedule. Exceptions to this calculation are as follows:

The payment limits for infusion drugs furnished through an item of durable medical equipment on or after January 1, 2004, will be 95 percent of the October 1, 2003 AWP.

- The payment limits for new drugs or biologicals will be 95 percent of the AWP. A new drug is defined as an unlisted drug (not currently covered by a HCPCS code) that was FDA approved subsequent to April 1,2003. A drug would not be considered new if: The brand or manufacturer of the drug changed; a new formulation of the vial size is developed ; or the drug received a new indication.

The payment limits for certain drugs studied by the OIG and GAO are based on the percentages of the April 1, 2003 AWPs specified on Table 1 in §20 .

Payment limits determined under this instruction shall not be updated during 2004.

## 20.4 - Calculation of the AWP
*(Rev. 248, Issued 07-23-04, Effective: August 23, 2004/Implementation: January 1, 2005)*

Carriers must ensure that if any NDCs are added or deleted, the formulae are applied appropriately.

A separate AWP is calculated for each drug as defined by a HCPCS code. Within each HCPCS code there may be a single source or there may be many sources, or there may be no source.

- For a single-source drug or biological, the AWP equals the AWP of the single product.

- For a multi-source drug or biological, the AWP is equal to the lesser of;

    ○ The median AWP of all generic forms of the drug or biological; or

    ○ The lowest brand name product AWP.

    A "brand name" product is defined as a product that is marketed under a labeled name that is other than the generic chemical name for the drug or biological.

After determining the AWP, carriers multiply it by 0.85 or 0.95, or other percentage, as applicable, and round to the nearest penny. This is the drug payment allowance limit. Carriers round it in accordance with standard rounding procedure. Part B coinsurance and deductible requirements apply.

In applying this procedure, carriers use the package sizes that are most commonly used for the most frequently administered dosage of the drug.

Intermediaries get drug prices from the carrier for drugs not listed on the Single Drug Pricer.

.....

## 20.5. 4 - Find the Strength and Dosage
(Rev. 248, Issued 07-23-04, Effective: August 23, 2004/Implementation: January 1, 2005)

Carriers use ampules, single dose and multiple dose vials and repacks to compare the strength and dosage. If multiple dose vials are used, carriers must determine how they are used, based on the strength indicator compared with the HCPCS code description (i.e., if the strength on the vial matches the HCPCS description, multi-dose vials should be used).

Carriers must determine which of the following conditions are true before pricing the drug:

1. The strength and dosage of the drugs in the price source match the HCPCS code and description.

    Carriers calculate allowable reimbursements for drugs using "all" the NDCs for a given active drug ingredient and calculate a unit price that is associated with the HCPCS descriptor. If, for example, the HCPCS code descriptor specifies 50 ml and there is a 50 ml size shown in the Redbook or other source material, they may

use only the 50 ml size (and not use 10-5 ml vials) or may use all products that meet the strength based on strength and volume of the drug. In the latter case price per unit is calculated and then converted to the HCPCS units definition.

2. The strength and dosage from the HCPCS code description are not found in the price source.

   Carriers use the closest dosage to the HCPCS definition without exceeding the dosage.

3. The strength and dosage in the price source do not include a generic form but do include a brand form.

.....

## 70 - Claims Processing Requirements - General
**(Rev. 1, 10-01-03)**

....

In addition to requirements applicable to all claims the following apply to drug claims.

- On claims to FIs the drug is identified by the appropriate HCPCS code for the drug administered and billed under revenue code 0636 unless specific instruction states otherwise;

- On claims to carriers the drug is identified by HCPCS code;

- All drugs, including Prodrugs, are reported to DMERCS by National Drug Code (see §80.1.2);

- Where HCPCS is required, units are entered in multiples of the units shown in the HCPCS narrative description. For example, if the description for the code is 50 mg., and 200 mg are provided, units are shown as 4;

- Where the NDC is required units are entered in multiples of the units shown in the NDC label description. For example, if the description for the code is 50 mg., and 200 mg are provided, units are shown as 4;

- If the units provided exceeds the size of the units field, e.g., requires over three characters to report, repeat the HCPCS or NDC code on multiple lines until all units can be reported;

- Covered administration codes for injections may be billed to the carrier and FI in addition to billing for the drug. The drug maximum payment allowance is for the drug alone. However, if payment is under a PPS, such as OPPS, the injection would be included in the APC rate.

....

## 80 - Claims Processing for Special Drug Categories
**(Rev. 1, 10-01-03)**

....

## 80.1 - Oral Cancer Drugs
**(Rev. 1, 10-01-03)**

**Appendix N**

# Comprehensive Price History File

Documentation Manual



# Copyright

Copyright © 2003 by Wolters Kluwer Health, Inc.

All rights reserved. The Comprehensive Price History (CPH) File Documentation Manual and the database supplied with it may not be reproduced in any form or by any means, in whole or in part, without written consent from the publisher. Any unauthorized use of this copyrighted material will be subject to legal action.

Master Drug Data Base (MDDB®) is a registered trademark of Wolters Kluwer Health, Inc.

Wolters Kluwer Health, Inc
8425 Woodfield Crossing Boulevard, Suite 490
Indianapolis, Indiana 46240

www.medispan.com
Sales E-mail: ms-sales@drugfacts.com
Phone: 800-388-8884

MAN.CPH
Published 06/93
Revised 09/03Comprehensive Price History File
Acquired by Wolters Kluwer Health, Inc. 12/01

**Note**     This file is supplied in its entirety regardless of the type of database ordered.

| Code | Name | Position | Type/Length | Picture |
|------|------|----------|-------------|---------|
| C001 | Field Identifier | 1-4 | C/4 | X(4) |
| C005 | Field Description | 5-39 | C/35 | X(35) |
| C040 | Field Type | 40-40 | C/1 | X(1) |
| C041 | Field Length | 41-43 | N/3 | 9(3) |
| C044 | Implied Decimal Flag | 44-44 | C/1 | X(1) |
| C045 | Decimal Places | 45-46 | N/2 | 9(2) |
| C047 | Field Validation Flag | 47-47 | C/1 | X(1) |
| C048 | Field Abbreviation Flag | 48-48 | C/1 | X(1) |
| C049 | Reserve | 49-64 | C/16 | X(16) |

**Note**     The shaded fields represent the unique key into the file.

# Validation/Translation File (CPHVAL)

The Validation/Translation File allows you to design programs that

- validate values and their descriptions for a field
- create pick lists for end-user input
- create alternate values for a field

This file allows systems and programs to be more flexible and easier to maintain. Its use is encouraged in system design. The information found in the Validation/Translation File can be accessed during system execution.

The Validation/Translation File may contain new values for a field without advance notice; therefore, hard coding values is not recommended.

**Note**     This file is supplied in its entirety regardless of the type of database ordered.

| Code | Name | Position | Type/Length | Picture |
|------|------|----------|-------------|---------|
| D001 | Field Identifier | 1-4 | C/4 | X(4) |
| D005 | Field Value | 5-19 | C/15 | X(15) |
| D020 | Language Code | 20-21 | N/2 | 9(2) |
| D022 | Value Description | 22-61 | C/40 | X(40) |
| D062 | Value Abbreviation | 62-76 | C/15 | X(15) |
| D077 | Reserve | 77-96 | C/20 | X(20) |

Comprehensive Price History File Data Elements

| Note | The shaded fields represent the unique key into the file. |
|------|-----------------------------------------------------------|

| Note | The Validation/Translation File contains a list of the most current values for the fields. |
|------|---------------------------------------------------------------------------------------------|

# Comprehensive Price History (CPH) File

The CPH File contains the following data elements:

| Code | Name | Field Validation | Record Position | Length /Type | Picture | Last Change Date | Page |
|------|------|------------------|-----------------|--------------|---------|------------------|------|
| K001 | External Drug ID | No | 1-20 | 20/C | X(20) | 09/01/03 | 3-4 |
| K021 | ID Number Format Code | Yes | 21 | 1/C | X | 09/01/03 | 3-5 |
| K022 | Price Code | Yes | 22 | 1/C | X | 09/01/03 | 3-5 |
| K023 | Price Effective Date | No | 23-30 | 8/N | 9(8) | 09/01/03 | 3-6 |
| K031 | Reserve-1 | No | 31 | 1/C | X | 09/01/03 | 3-6 |
| K032 | Unit Price | No | 32-44 | 13/N | 9(8)V9(5) | 09/01/03 | 3-6 |
| K045 | Package Price | No | 45-54 | 10/N | 9(8)V9(2) | 09/01/03 | 3-6 |
| K055 | Reserve-2 | No | 55-80 | 26/C | X | 09/01/03 | 3-7 |

| Note | The shaded fields represent the unique key into the file. |
|------|-----------------------------------------------------------|

## External Drug ID

The External Drug ID indicates the specific drug being described. For the United States, the External Drug ID will be an NDC, UPC, or HRI.

NDCs, UPCs, and HRIs are 10-digit codes used to identify drug products. These codes are converted to 11 digits according to the NCPDP standards. The codes convert as follows:

| NDC | NCPDP Standard 11-digit NDC | 11-digit NDC (with hyphens) |
|-----|------------------------------|------------------------------|
| 4-4-2 (9999-9999-99) | 5-4-2 (09999999999) | 09999-9999-99 |
| 5-3-2 (99999-999-99) | 5-4-2 (99999099999) | 99999-0999-99 |
| 5-4-1 (99999-9999-9) | 5-4-2 (99999999909) | 99999-9999-09 |
| 5-4-2 (99999-9999-99) | 5-4-2 (99999999999) | 99999-9999-99 |

| 10-digit UPC or HRI | 11-digit UPC or HRI | UPC or HRI (with hyphens) |
|---|---|---|
| 4-6 (9999-999999) | 5-6 (09999999999) | 9999-999999 |
| 5-5 (99999-999-9) | 5-6 (09999099999) | 99999-99999 |

## ID Number Format Codes

The ID Number Format Code identifies the format of the NDC-UPC-HRI [Data Element Code K001]. Use the ID Number Format Code with an NDC, UPC, or HRI to determine the following:

- Where to place dashes when formatting for display
- How to convert from the 10- to 11-digit format
- How to convert from the 11- to 10-digit format

Current values are:

| Code | Represents | ID Type |
|---|---|---|
| 1 | 4-4-2 | NDC |
| 2 | 5-3-2 | NDC |
| 3 | 5-4-1 | NDC |
| 4 | 4-6 | HRI |
| 5 | 5-5 | UPC or HRI |
| 6 | 5-4-2 | NDC |

The codes convert as follows:

| NDC | NCPDP Standard 11-digit NDC | 11-digit NDC (with hyphens) | ID Type Code | ID Format Code |
|---|---|---|---|---|
| 4-4-2 (9999-9999-99) | 5-4-2 (09999999999) | 09999-9999-99 | 1 | 1 |
| 5-3-2 (99999-999-99) | 5-4-2 (99999099999) | 99999-0999-99 | 1 | 2 |
| 5-4-1 (99999-9999-9) | 5-4-2 (99999999909) | 99999-9999-09 | 1 | 3 |
| 5-4-2 (99999-9999-99) | 5-4-2 (99999999999) | 99999-9999-99 | 1 | 6 |

| 10-digit UPC or HRI | 11-digit UPC or HRI | UPC or HRI (with hyphens) | ID Type Code | ID Format Code |
|---|---|---|---|---|
| 4-6 (9999-999999) | 5-6 (09999999999) | 9999-999999 | 2 | 4 |
| 5-5 (99999-99999) | 5-6 (99999099999) | 99999-99999 | 2 or 3 | 5 |

**Appendix O**

**Palmetto Government Benefits Administrators, LLC**

# DMERC
# MEDICARE ADVISORY

**Durable Medical Equipment Regional Carrier PO Box 100141 Columbia SC 29202-3141**

Autumn 1998                                                        Issue 26
Page 98-87

### IN THIS ISSUE

| | | |
|---|---|---|
| Balanced Budget Act of 1997 update .........102 | Ombudsmen | Voice response unit ................................99 |
| Date of service/delivery .............................104 | Addresses/territories .............................120 | Walkers .................................................98 |
| Fee/drug update.......................................110 | New out of region ombudsman...........107 | Year 2000 initiative (Y2K).....................101 |
| Home blood glucose monitors | Overpayments offset.................................106 | |
| Medical policy....................................90 | Physician information sheet.......................95 | |
| Physician information sheet....................95 | Prior authorization....................................107 | |
| Mailing addresses ....................................108 | Prompt payment .......................................107 | |
| Mandatory submission of claims ................104 | Region C Directory ..................................121 | |
| Medicare secondary payer | Sanctions | |
| Denials ..............................................103 | Supplier reinstatement actions...............119 | |
| Routine calculation.............................103 | Supplier sanctions ...............................113 | |
| Nebulizer compressor................................98 | Support of HCFA awareness .....................102 | |
| Nebulizer drugs dispensing fee ..................98 | Telephone service hours............................101 | |



New telephone service hours
See page 101.

---

## HOME BLOOD GLUCOSE MONITORS
### MEDICAL POLICY FINALIZED

### Policy effective October 1, 1998

In the Summer 1998 *DMERC Medicare Advisory* supplement, an Interim Home Blood Glucose Monitor policy was published, a copy of which was sent to many organizations representing the supplier and clinical community. The publication was also to serve notice that its coverage criteria and documentation requirements would become effective for dates of service on or after October 1, if comments were not received to warrant changes in that policy. Included in this advisory is the final revised glucose policy, which does contain changes based on comments received during the now completed comment period. Because the changes made all represent lessening of requirements contained in the originally published Interim Policy, the effective date of the revised policy contained herein remains as dates of service on or after October 1, 1998. Some of the changes include the following:

*continued on page 89*



**MEDICARE**
**Palmetto Government Benefits Administrators, LLC**

| | | | |
|---|---|---|---|
| Alabama | Georgia | New Mexico | South Carolina |
| Arkansas | Kentucky | North Carolina | Tennessee |
| Colorado | Louisiana | Oklahoma | Texas |
| Florida | Mississippi | Puerto Rico | Virgin Islands |

**Comments and suggestions are welcome. Please direct them to Communications Specialists in the Professional Relations Department at the address listed above.**

*MAILING ADDRESSES FOR PALMETTO GBA*

*(continued)*

| IF YOUR TEAM ASSIGNMENT IS... | DIRECT YOUR MAIL TO... |
|---|---|
| Team J | Palmetto GBA<br>PO Box 100297<br>Columbia SC 29202-3297 |
| Team K | Palmetto GBA<br>PO Box 100298<br>Columbia SC 29202-3298 |
| Team L | Palmetto GBA<br>PO Box 100251<br>Columbia SC 29202-3251 |
| Team M | Palmetto GBA<br>PO Box 100252<br>Columbia SC 29202-3252 |
| Team N | Palmetto GBA<br>PO Box 100253<br>Columbia SC 29202-3253 |
| Team P | Palmetto GBA<br>PO Box 100254<br>Columbia SC 29202-3254 |
| Team S | Palmetto GBA<br>PO Box 100255<br>Columbia SC 29202-3255 |
| Team T | Palmetto GBA<br>PO Box 100256<br>Columbia SC 29202-3256 |
| Team U | Palmetto GBA<br>PO Box 100257<br>Columbia SC 29202-3257 |
| Team W | Palmetto GBA<br>PO Box 100258<br>Columbia SC 29202-3258 |
| Team Y | Palmetto GBA<br>PO Box 100209<br>Columbia SC 29202-3209 |

## DRUG UPDATE

### Fee allowance changes

Changes in allowables for drugs are revised quarterly. The third quarter changes, listed immediately below, occurred **July 1, 1998,** and are effective for all claims received on or after this date with 1998 dates of service. Inclusion or exclusion of an allowable amount for an item or service does not imply Medicare coverage.

### Immunosuppressive

| HCPCS code | Price |
|---|---|
| J7506 | 3.96 |
| J7507 | 2.49 |
| J7508 | 12.44 |
| J7510 | 0.04 |

### Infusion therapy

| HCPCS code | Price |
|---|---|
| J0895 | $11.00 |
| J1250 | 11.40 |
| J1325 | 15.43 |
| J1570 | 33.89 |
| J2175 | 0.70 |
| J2260 | 36.49 |
| J2270 | 1.11 |
| J2275 | 1.98 |
| J2920 | $2.56 |
| J2930 | 8.16 |
| J3010 | 1.50 |
| J9000 | 29.36 |
| J9010 | 146.82 |
| J9100 | 6.11 |
| J9110 | 24.36 |
| J9190 | 2.38 |
| J9200 | 129.56 |
| J9245 | 316.92 |
| J9360 | 4.10 |
| J9370 | 24.17 |

### Nebulizer

| HCPCS code | Modifier | Price |
|---|---|---|
| J7051 | | 0.18 |
| K0503 | KO, KP | $7.75 |
| K0503 | KQ | 7.31 |
| K0504 | | 0.14 |
| K0505 | KQ | 0.14 |
| K0507 | KO, KP | 0.34 |
| K0509 | KO, KP | 0.29 |
| K0511 | KQ | 0.25 |
| K0512 | | 0.12 |
| K0513 | KO, KP | 0.22 |
| K0513 | KQ | 0.12 |
| K0514 | KQ | 13.64 |
| K0515 | | 2.67 |
| K0516 | KO, KP | 3.13 |
| K0516 | KQ | 2.67 |
| K0518 | KQ | 2.98 |
| K0522 | KO, KP | 0.39 |
| K0524 | KO, KP | 0.88 |
| K0525 | | 2.08 |
| K0526 | KO, KP | 2.26 |
| K0526 | KQ | 2.08 |
| K0528 | KO, KP | 0.20 |

# DRUG UPDATE

**Fee allowance changes
(continued)**

Changes in allowables for drugs are revised quarterly. The fourth quarter changes, listed immediately below, occurred **October 1, 1998**, and are effective for all claims received on or after this date with 1998 dates of service. Inclusion or exclusion of an allowable amount for an item or service does not imply Medicare coverage.

### Immunosuppressive

| HCPCS code | Price |
|------------|-------|
| J7506 | $4.44 |
| K0412 | 2.05 |

**Oral anticancer**

**3rd and 4th quarter updates**

Changes in allowables for drugs are revised quarterly. The **third quarter changes**, listed below, occurred **July 1, 1998**, and are effective for all claims received on or after this date with 1998 dates of service.

Please note there was no change to the oral anticancer drug allowables for the fourth quarter, effective October 1, 1998. The allowables are the same as the third quarter, July 1, 1998, allowables.

Currently, the following drugs are among those which meet requirements for coverage under the Omnibus Budget Reconciliation Act of 1993. Inclusion or exclusion of an allowable amount for an item or service does not imply Medicare coverage.

| Drug name and strength | Allowance per unit |
|------------------------|--------------------|
| Cyclophosphamide, per 25 mg | $1.77 |
| Cyclophosphamide, per 50 mg | 3.54 |
| Etoposide, per 50 mg | 37.31 |
| Melphalan, per 20 mg | 1.81 |
| Methotrexate, per 2.5 mg | 2.96 |

*NOTE:* Please use the specified National Drug Code numbers to bill for the oral anti-cancer drugs shown above. (Unlike other drugs billable to the DMERC, oral anti-cancer drugs are not submitted with HCFA Common Procedure Coding System [HCPCS] codes.)

Appendix P

**Palmetto Government Benefits Administrators, LLC**

# DMERC
# MEDICARE ADVISORY

**Durable Medical Equipment Regional Carrier PO Box 100141 Columbia SC 29202-3141**

**Winter 1999**
**Page 99-113**

**Issue 31**

---

## IN THIS ISSUE

Accesories Used with RAD, K0534............114
Balanced Budget Act of 1997.....................121
Breast Prostheses-Policy Revision............116
Fee Updates
  Oral Anti-Cancer Drug Fees.................126
  Fourth Quarter Drug Fees.....................126
Free National Education and Training
  Program...............................................120
HCPCS Code 2000 Update
  Additions..............................................139
  Changes...............................................144
  Deletions..............................................142
Hearing Request Form............................119
New HCPCS codes
  Augmentative Communication Device.....117
  Immunosuppressive Drugs.....................116
  Miscellaneous Supplies.........................117

Oxygen Concentrators...........................115
Tobramycin..........................................116
Walkers...............................................115
New Product Classification.....................128
NSC
  New Fax Numbers...............................121
Ombudsmen
  Addresses/territories...........................146
Physician Information Sheet Changes.......118
Processing and Payment of Claims
  Correction...........................................121
Region C Directory.................................147
Respiratory Assist Devices Policy
  Revised..............................................113
Supplier Reinstatement Actions...............137
Supplier Sanctions.................................134
Team Tips.............................................124

Timeliness of testing and physician evaluation
  for Oxygen certifications.......................118
Transplant Lists On The Internet..............120
Urological Supplies................................114
Workshop Wizard...................................123
Y2K
  Claims Payment Information..................122
  Systems and Service Information...........122
  Timely Filing........................................122



Watch your mail for Palmetto GBA's 2000 Winter Workshop Series invitations

## Respiratory Assist Devices Policy Revised

Elements of the Respiratory Assist Device policy have been revised as outlined below:

- The PaCO2 Coverage and Payment criterion for "Group II Chronic Obstructive Pulmonary Disease" (COPD) is reduced from $\geq 55$ mm Hg to $\geq 52$ mm Hg.

- Two elements (B and D) of the Coverage and Payment criteria for "Group III Central Sleep Apnea" have also been revised. The revised criteria now read:



**Year-End Claims, Systems and Service Information!**
**See page 122**



**HCFA**
Health Care Financing Administration

**MEDICARE**
**Palmetto Government Benefits Administrators, LLC**

| | | | |
|---|---|---|---|
| *Alabama* | *Georgia* | *New Mexico* | *South Carolina* |
| *Arkansas* | *Kentucky* | *North Carolina* | *Tennessee* |
| *Colorado* | *Louisiana* | *Oklahoma* | *Texas* |
| *Florida* | *Mississippi* | *Puerto Rico* | *Virgin Islands* |

*FEE UPDATE*

### Oral Anti-Cancer Drug Fees

The following Oral Anti-Cancer Drug fees are effective for claims processed on or after October 1, 1999.

There are changes to the AWP sources for capecitabine, etoposide, and methotrexate resulting in increased fees. In addition, a new source for methotrexate is identified. The Common Working File (CWF) does not currently accept the new source that is manufactured by Duramed, NDC 51285-0509-02. A new national drug code has been requested. There are no changes to the fees for cyclophosphamide and melphalan.

| DRUG NAME | STRENGTH | 10/1/1999 PER TABLET FEE | PREVIOUS (7/1/1999) PER TABLET FEE |
|---|---|---|---|
| Capecitabine | 150mg | $1.94 | $1.82 |
| Capecitabine | 500mg | $6.46 | $6.09 |
| Cyclophosphamide | 25mg | $2.01 | $2.01 |
| Cyclophosphamide | 50mg | $3.62 | $3.62 |
| Etoposide | 50mg | $43.76 | $39.97 |
| Melphalan | 2mg | $1.98 | $1.98 |
| Methotrexate | 2.5mg | $2.95 | $2.94 |

*FOURTH QUARTER DRUG FEE UPDATE*

The Region C Drug Fee Schedule is updated quarterly. The unit of measure for the fee amounts noted below corresponds to the unit of measure noted in the HCPCS code descriptions published in the 1999 HCPCS coding manual. Please report the same unit of measure in the Days/Unit field (Item 24g) of the HCFA-1500 (12/90) claim form as is listed in your HCPCS manual. For example, if the HCPCS coding manual lists one unit as 50 mg, be sure to report 50 mg as one unit of service on the claim form. If you administered 100 mg, you would list two units on the claim form.

The Region C Drug Fee Schedule is based on 95% of the lesser of the median average wholesale price (AWP) of the generic forms or 95% of the lowest brand product AWP.

The DMEPOS Drug fees listed on page 127 are effective for claims processed on or after October 1, 1999, with dates of service on or after January 1, 1999. Fee changes are shaded.

# FOURTH QUARTER DRUG FEE UPDATE

## *(continued)*

| HCPCS Code | Price |
|---|---|
| J0285 | 15.77 |
| J0286 | 88.66 |
| J0640 | 17.52 |
| J0895 | 11.47 |
| J1170 | 0.57 |
| J1250 | 6.73 |
| J1325 | 11.02 |
| J1455 | 11.55 |
| J1570 | 33.89 |
| J2175 | 0.58 |
| J2260 | 37.43 |
| J2270 | 0.62 |
| J2271 | 11.07 |
| J2275 | 2.38 |
| J2545 | 108.61 |
| J2920 | 2.02 |
| J2930 | 3.54 |
| J3010 | 1.04 |
| J7051 | 0.15 |
| J7506 | 0.02 |
| J7507 | 2.66 |
| J7508 | 13.06 |
| J7509 | 0.51 |
| J7510 | 0.03 |
| J9000 | 42.82 |
| J9010 | 187.29 |
| J9040 | 289.37 |
| J9065 | 51.42 |
| J9100 | 5.94 |

| HCPCS Code | Price |
|---|---|
| J9110 | 24.36 |
| J9190 | 2.75 |
| J9200 | 129.56 |
| J9245 | 346.50 |
| J9360 | 4.10 |
| J9370 | 30.16 |
| J9375 | 36.34 |
| J9380 | 154.57 |
| K0119 | 1.17 |
| K0120 | 78.57 |
| K0121 | 1.42 |
| K0412 | 2.14 |
| K0418 | 5.64 |
| K0503KO | 8.13 |
| K0503KP | 8.13 |
| K0503KQ | 7.74 |
| K0504 | 0.14 |
| K0505KO | 0.47 |
| K0505KP | 0.47 |
| K0505KQ | 0.14 |
| K0506 | 0.40 |
| K0507KO | 0.55 |
| K0507KP | 0.55 |
| K0507KQ | 0.40 |
| K0508 | 0.21 |
| K0509KO | 0.27 |
| K0509KP | 0.27 |
| K0509KQ | 0.21 |
| K0511KO | 0.21 |

| HCPCS Code | Price |
|---|---|
| K0511KP | 0.21 |
| K0511KQ | 0.13 |
| K0512 | 0.10 |
| K0513KO | 0.18 |
| K0513KP | 0.18 |
| K0513KQ | 0.10 |
| K0514KO | 14.40 |
| K0514KP | 14.40 |
| K0514KQ | 14.35 |
| K0515 | 1.09 |
| K0516KO | 1.47 |
| K0516KP | 1.47 |
| K0516KQ | 1.09 |
| K0518KO | 3.34 |
| K0518KP | 3.34 |
| K0518KQ | 3.04 |
| K0519 | 0.17 |
| K0520KO | 0.20 |
| K0520KP | 0.20 |
| K0520KQ | 0.17 |
| K0521 | 0.26 |
| K0522KO | 0.32 |
| K0522KP | 0.32 |
| K0522KQ | 0.26 |
| K0523 | 0.25 |
| K0524KO | 0.88 |
| K0524KP | 0.88 |
| K0524KQ | 0.25 |
| K0525 | 1.78 |

| HCPCS Code | Price |
|---|---|
| K0526KO | 1.93 |
| K0526KP | 1.93 |
| K0526KQ | 1.78 |
| K0527 | 0.04 |
| K0528KO | 0.11 |
| K0528KP | 0.11 |
| K0528KQ | 0.04 |
| Q0163 | 0.02 |
| Q0164 | 0.55 |
| Q0165 | 0.81 |
| Q0166 | 42.61 |
| Q0167 | 3.01 |
| Q0168 | 5.96 |
| Q0169 | 0.22 |
| Q0170 | 0.02 |
| Q0171 | 0.07 |
| Q0172 | 0.29 |
| Q0173 | 0.45 |
| Q0174 | 0.51 |
| Q0175 | 0.57 |
| Q0176 | 0.92 |
| Q0177 | 0.21 |
| Q0178 | 0.21 |
| Q0179 | 24.11 |
| Q0180 | 65.21 |
| Q9920 | 10.00 |