**Appendix Q**

2002 Fourth Quarter Drug Fee Update                                                  Page 1 of 2





Providers >> DMERC >> Publications >> Fee Schedules

**2004 and Prior**

Print Version    Mail Document    Back

### 2002 Fourth Quarter Drug Fee Update

The allowance for drugs is based on the national Average Wholesale Price (AWP) for all sources of the pharmaceutical. If more than one available source of a drug exists, 95% of the median of the national wholesale generic prices is used, unless a brand AWP is lower. If a generic source of a drug does not exist, 95% of the brand product with the lowest AWP is used to calculate the allowance. The fee changes are bolded.

The unit of measure for the fee amounts noted corresponds to the unit of measure noted in the code descriptions published in the 2002 HCPCS coding manual. Please be sure to report the same unit of measure in the Days/Unit field (Item 24g) of the CMS-1500 (12-90) claim form as is listed in your HCPCS manual. For example, if the HCPCS manual lists one unit as 50 mg., be sure to report 50 mg. as one unit on the claim form. If you administered 100 mg., you would list two units on the claim form.

The following drug allowables are effective October 1, 2002 and are subject to change on a quarterly basis:

Providers sidebar:
- What's New
- Coverage
- Resources
- Articles
- Publications
- Medicare Advisory
- DMEPOS Supplier Manual
- Fee Schedules
- Learning & Education
- EDI
- CERT

| HCPCS | Region C | HCPCS | Region C | HCPCS | Region C |
|---|---|---|---|---|---|
| J0285 | 10.28 | J7626KO | 4.34 | J7681KO | IC |
| J0286 | 88.66 | J7626KP | 4.34 | J7681KP | IC |
| J0895 | **14.81** | J7626KQ | 0.06 | J7681KQ | IC |
| J1170 | 1.49 | J7628 | 0.25 | J7682KO | 46.92 |
| J1250 | **3.86** | J7629KO | 0.32 | J7682KP | 46.92 |
| J1325 | **12.64** | J7629KP | 0.32 | J7682KQ | IC |
| J1455 | 12.08 | J7629KQ | 0.25 | J7683 | 0.11 |
| J1570 | 35.25 | J7631KO | 0.37 | J7684KO | 0.21 |
| J1820 | 2.29 | J7631KP | 0.37 | J7684KP | 0.21 |
| J2175 | 0.56 | J7631KQ | 0.29 | J7684KQ | 0.11 |
| J2260 | 51.58 | J7635 | 0.16 | J9000 | 50.96 |
| J2270 | 0.65 | J7636KO | 0.34 | J9040 | 289.37 |
| J2271 | **11.07** | J7636KP | 0.34 | J9065 | 58.83 |
| J2275 | 2.00 | J7636KQ | 0.16 | J9100 | 5.94 |
| J2545 | 93.81 | J7637 | 0.10 | J9110 | 23.75 |
| J2920 | 1.58 | J7638KO | 0.20 | J9190 | 2.82 |
| J2930 | 1.92 | J7638KP | 0.20 | J9200 | 129.57 |

http://www.palmettogba.com/palmetto/providers_a.nsf/f45451e08e6ffeda852569ee000

Plaintiffs' Exhibit
4101
01-12257-PBS

2002 Fourth Quarter Drug Fee Update                                          Page 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| J3010 | 1.97 | J7638KQ | 0.10 | J9360 | 4.10 |
| J7051 | 0.21 | J7639KO | 16.67 | J9370 | 33.98 |
| J7500 | 1.24 | J7639KP | 16.67 | J9375 | 67.96 |
| J7501 | 59.84 | J7639KQ | 16.61 | J9380 | 169.91 |
| J7502 | 5.23 | J7641KO | 0.78 | K0548 | 2.57 |
| J7506 | 0.02 | J7641KP | 0.78 | Q0163 | 0.02 |
| J7507 | 3.15 | J7641KQ | 0.41 | Q0164 | 0.57 |
| J7508 | 15.75 | J7642 | 0.56 | Q0165 | 0.68 |
| J7509 | 0.51 | J7643KO | 1.03 | Q0166 | 44.70 |
| J7510 | 0.03 | J7643KP | 1.03 | Q0167 | 3.28 |
| J7513 | 425.11 | J7643KQ | 0.56 | Q0168 | 8.24 |
| J7515 | 1.31 | J7644KO | 3.34 | Q0169 | 0.28 |
| J7517 | 2.68 | J7644KP | 3.34 | Q0170 | 0.02 |
| J7520 | 7.13 | J7644KQ | 2.98 | Q0171 | 0.07 |
| J7608KO | 5.27 | J7648 | 0.38 | Q0172 | 0.09 |
| J7608KP | 5.27 | J7649KO | 0.42 | Q0173 | 0.45 |
| J7608KQ | 4.83 | J7649KP | 0.42 | Q0174 | 0.51 |
| J7618 | 0.14 | J7649KQ | 0.38 | Q0175 | 0.57 |
| J7619KO | 0.47 | J7658 | IC | Q0176 | 0.93 |
| J7619KP | 0.47 | J7659KO | IC | Q0177 | 0.29 |
| J7619KQ | 0.14 | J7659KP | IC | Q0178 | 0.30 |
| J7622KO | IC | J7659KQ | IC | Q0179 | 27.46 |
| J7622KP | IC | J7668 | 0.25 | Q0180 | 72.43 |
| J7622KQ | IC | J7669KO | 1.09 | Q9920 to Q9940 | 10.00 |
| J7624KO | 1.22 | J7669KP | 1.09 | | |
| J7624KP | 1.22 | J7669KQ | 0.25 | | |
| J7624KQ | 0.77 | J7680 | IC | | |

IC denotes individually considered HCPCS codes.

Inclusion or exclusion of an allowable amount for an item or service does not imply Medicare coverage.

    Print Version    Mail Document    Back

Copyright © 2006 Palmetto GBA, LLC All Rights Reserved | Site Tutorial | Privacy Policy | Site Help | Site Map



http://www.palmettogba.com/palmetto/providers_a.nsf/f45451e08e6ffeda852569ee00005...   12/12/2006

**Appendix R**

PalmettoGBA.com-Providers/DMERC/Publications/Fee Schedules/2004 and Prior (2003 ...   Page 1 of 7



### 2003 Fourth Quarter Drug Fee Update

The allowance for drugs is based on the National Average Wholesale Price (AWP) for all sources of the pharmaceutical. If more than one available source of a drug exists, 95% of the median of the national wholesale generic prices is used, unless a brand AWP is lower. If a generic source of a drug does not exist, 95% of the brand product with the lowest AWP is used to calculate the allowance.

The following drug allowables are effective October 1, 2003 and are subject to change on a quarterly basis. The fee changes are bolded.

| HCPCS CODE | DESCRIPTION | DOSAGE | FEE |
|---|---|---|---|
| J0285 | Amphotericin b | 50 mg | $10.28 |
| J0287 | Amphotericin b lipid complex | 10 mg | $21.85 |
| J0288 | Amphotericin b cholesteryl sulfate complex | 10 mg | $15.20 |
| J0289 | Amphotericin b liposome | 10 mg | $35.80 |
| J0895 | Deferoxamine mesylate | 500 mg / 5 cc | $15.63 |
| J1170 | Hydromorphone | Up to 4 mg | $1.49 |
| J1250 | Dobutamine hydrochloride | 250 mg | $4.74 |
| J1325 | Epoprostenol | 0.5 mg | $12.64 |
| J1455 | Foscarnet sodium | 1000 mg | $13.07 |
| J1570 | Ganciclovir sodium | 500 mg | $35.25 |
| J1815 | Insulin | 5 units | $0.10 |
| J1817 | Insulin for administration through DME (i.e., insulin pump) | 50 units | $2.80 |
| J2175 | Meperidine hydrochloride | 100 mg | $0.56 |
| J2260 | Milrinone lactate | 5 mg | $51.58 |
| J2270 | Morphine sulfate | Up to 10 mg | $0.71 |
| J2271 | Morphine sulfate | 100 mg | $11.07 |
| J2275 | Morphine sulfate, preservative-free sterile solution | 10 mg | $4.39 |
| J2545 | Pentamidine isethionate, inhalation solution, administered through DME | 300 mg | $50.77 |
| J2920 | Methylprednisolone sodium succinate | Up to 40 mg | $2.11 |
| J2930 | Methylprednisolone sodium succinate | Up to 125 mg | $3.24 |

Plaintiffs' Exhibit
4102
01-12257-PBS

http://www.palmettogba.com/palmetto/providers_A.nsf/PrintableDocs/85256D57005BA...

| J3010 | Fentanyl citrate | 0.1 mg | $0.93 |
|---|---|---|---|
| J7051 | Sterile saline or water | Up to 5cc | $0.14 |
| J7500 | Azathioprine, oral | 50 mg | $1.24 |
| J7501 | Azathioprine, parenteral | 100 mg | $59.84 |
| J7502 | Cyclosporine, oral | 100 mg | $5.23 |
| J7506 | Prednisone, oral | 5 mg | $0.02 |
| J7507 | Tacrolimus, oral | 1 mg | $3.50 |
| J7508 | Tacrolimus, oral | 5 mg | $17.48 |
| J7509 | Methylprednisolone, oral | 4 mg | $0.54 |
| J7510 | Prednisolone, oral | 5 mg | $0.03 |
| J7513 | Daclizumab, parenteral | 25 mg | $425.11 |
| J7515 | Cyclosporine, oral | 25 mg | $1.31 |
| J7517 | Mycophenolate mofetil, oral | 250 mg | $2.81 |
| J7520 | Sirolimus, oral | 1 mg | **$7.07** |
| J7525 | Tacrolimus, parenteral | 5 mg | $118.80 |
| J7608KO | Acetylcysteine, inhalation solution administered through dme, unit dose form, per gram | 1 gm | $6.33 |
| J7608KP | Acetylcysteine, inhalation solution administered through dme, unit dose form, per gram | 1 gm | $6.33 |
| J7608KQ | Acetylcysteine, inhalation solution administered through dme, unit dose form, per gram | 1 gm | $5.97 |
| J7618 | Albuterol, all formulations including separated isomers, inhalation solution administered through DME, concentrated form, per 1 mg (Albuterol) or per 0.5 mg (levalbuterol) | 1 mg Albuterol, 0.5 mg Levalbuterol | $0.14 |
| J7619KO | Albuterol, all formulations including separated isomers, inhalation solution administered through DME unit dose, per 1 mg (Albuterol) or per 0.5 mg (levalbuterol) | 1 mg Albuterol, 0.5 mg Levalbuterol | $0.47 |
| J7619KP | Albuterol, all formulations including separated isomers, inhalation solution administered through DME, concentrated form, per 1 mg (Albuterol) or per 0.5 mg (levalbuterol) | 1 mg Albuterol, 0.5 mg Levalbuterol | $0.47 |
| J7619KQ | Albuterol, all formulations including separated isomers, inhalation solution administered through DME, concentrated form, per 1 mg (Albuterol) | 1 mg Albuterol, 0.5 mg Levalbuterol | $0.14 |

| | | or per 0.5 mg (levalbuterol) | | |
|---|---|---|---|---|
| | J7622KO | Beclomethasone, inhalation solution administered through dme, unit dose form, per milligram | 1 mg | $0.65 |
| | J7622KP | Beclomethasone, inhalation solution administered through dme, unit dose form, per milligram | 1 mg | $0.65 |
| | J7622KQ | Beclomethasone, inhalation solution administered through dme, unit dose form, per milligram | 1 mg | $0.08 |
| | J7624KO | Betamethasone, inhalation solution administered through dme, unit dose form, per milligram | 1 mg | IC* |
| | J7624KP | Betamethasone, inhalation solution administered through dme, unit dose form, per milligram | 1 mg | IC* |
| | J7624KQ | Betamethasone, inhalation solution administered through dme, unit dose form, per milligram | 1 mg | IC* |
| | J7626KO | Budesonide inhalation solution, administered through dme, unit dose form, 0.25 to 0.50 mg | See footnote | $4.51 |
| | J7626KP | Budesonide inhalation solution, administered through dme, unit dose form, 0.25 to 0.50 mg | See footnote | $4.51 |
| | J7626KQ | Budesonide inhalation solution, administered through dme, unit dose form, 0.25 to 0.50 mg | See footnote | $0.06 |
| | J7628 | Bitolterol mesylate, inhalation solution administered through dme, concentrated form, per milligram | 1 mg | IC* |
| | J7629KO | Bitolterol mesylate, inhalation solution administered through dme, unit dose form, per milligram | 1mg | IC* |
| | J7629KP | Bitolterol mesylate, inhalation solution administered through dme, unit dose form, per milligram | 1mg | IC* |
| | J7629KQ | Bitolterol mesylate, inhalation solution administered through dme, unit dose form, per milligram | 1mg | IC* |
| | J7631KO | Cromolyn sodium, inhalation solution administered through dme, unit dose form, per 10 milligrams | 10 mg | $0.36 |
| | J7631KP | Cromolyn sodium, inhalation solution administered through dme, unit dose | 10 mg | $0.36 |

| | form, per 10 milligrams | | |
|---|---|---|---|
| J7631KQ | Cromolyn sodium, inhalation solution administered through dme, unit dose form, per 10 milligrams | 10 mg | $0.29 |
| J7633 | Budesonide inhalation solution, administered through dme, concentrated form, per 0.25 milligrams | 0.25 mg | $0.06 |
| J7635 | Atropine, administered through dme, concentrated form, per milligram | 1mg | $0.37 |
| J7636KO | Atropine, administered through dme, unit dose form, per milligram | 1mg | $0.51 |
| J7636KP | Atropine, administered through dme, unit dose form, per milligram | 1mg | $0.51 |
| J7636KQ | Atropine, administered through dme, unit dose form, per milligram | 1mg | $0.37 |
| J7637 | Dexamethasone, inhalation solution administered through dme, concentrated form, per milligram | 1mg | $0.10 |
| J7638KO | Dexamethasone, inhalation solution administered through dme, unit dose form, per milligram | 1mg | $0.18 |
| J7638KP | Dexamethasone, inhalation solution administered through dme, unit dose form, per milligram | 1mg | $0.18 |
| J7638KQ | Dexamethasone, inhalation solution administered through dme, unit dose form, per milligram | 1mg | $0.10 |
| J7639KO | Dornase alpha, inhalation solution administered through dme, unit dose form, per milligram | 1mg | $16.67 |
| J7639KP | Dornase alpha, inhalation solution administered through dme, unit dose form, per milligram | 1mg | $16.67 |
| J7639KQ | Dornase alpha, inhalation solution administered through dme, unit dose form, per milligram | 1mg | $16.62 |
| J7641KO | Flunisolide, inhalation solution administered through dme, unit dose, per milligram | 1mg | $0.80 |
| J7641KP | Flunisolide, inhalation solution administered through dme, unit dose, per milligram | 1mg | $0.80 |
| J7641KQ | Flunisolide, inhalation solution administered through dme, unit dose, per milligram | 1mg | $0.51 |

PalmettoGBA.com-Providers/DMERC/Publications/Fee Schedules/2004 and Prior (2003 ...   Page 5 of 7

| J7642 | Glycopyrrolate, administered through dme, concentrated form, per milligram | 1mg | $0.56 |
| --- | --- | --- | --- |
| J7643KO | Glycopyrrolate, administered through dme, unit dose form, per milligram | 1mg | $0.93 |
| J7643KP | Glycopyrrolate, administered through dme, unit dose form, per milligram | 1mg | $0.93 |
| J7643KQ | Glycopyrrolate, administered through dme, unit dose form, per milligram | 1mg | $0.56 |
| J7644KO | Ipratropium bromide, inhalation solution administered through dme, unit dose form, per milligram | 1mg | $3.34 |
| J7644KP | Ipratropium bromide, inhalation solution administered through dme, unit dose form, per milligram | 1mg | $3.34 |
| J7644KQ | Ipratropium bromide, inhalation solution administered through dme, unit dose form, per milligram | 1mg | $3.06 |
| J7648 | Isoetharine hcl, inhalation solution administered through dme, concentrated form, per milligram | 1mg | $0.68 |
| J7649KO | Isoetharine hcl, inhalation solution administered through dme, unit dose form, per milligram | 1mg | $0.71 |
| J7649KP | Isoetharine hcl, inhalation solution administered through dme, unit dose form, per milligram | 1mg | $0.71 |
| J7649KQ | Isoetharine hcl, inhalation solution administered through dme, unit dose form, per milligram | 1mg | $0.68 |
| J7658 | Isoproterenol hcl, inhalation solution administered through dme, concentrated form, per milligram | 1mg | IC* |
| J7659KO | Isoproterenol hcl, inhalation solution administered through dme, unit dose form, per milligram | 1mg | IC* |
| J7659KP | Isoproterenol hcl, inhalation solution administered through dme, unit dose form, per milligram | 1mg | IC* |
| J7659KQ | Isoproterenol hcl, inhalation solution administered through dme, unit dose form, per milligram | 1mg | IC* |
| J7668 | Metaproterenol sulfate, inhalation solution administered through dme, concentrated form, per 10mg | 10 mg | $0.25 |
| J7669KO | Metaproterenol sulfate, inhalation | 10 mg | $1.10 |

PalmettoGBA.com-Providers/DMERC/Publications/Fee Schedules/2004 and Prior (2003 ... Page 6 of 7

| | | solution administered through dme, unit dose form, per 10mg | | |
|---|---|---|---|---|
| J7669KP | Metaproterenol sulfate, inhalation solution administered through dme, unit dose form, per 10mg | 10 mg | | $1.10 |
| J7669KQ | Metaproterenol sulfate, inhalation solution administered through dme, unit dose form, per 10mg | 10 mg | | $0.25 |
| J7680 | Terbutaline sulfate, administered through dme, concentrated form, per milligram | 1 mg | | IC* |
| J7681KO | Terbutaline sulfate, administered through dme, unit dose form, per milligram | 1 mg | | IC* |
| J7681KP | Terbutaline sulfate, administered through dme, unit dose form, per milligram | 1 mg | | IC* |
| J7681KQ | Terbutaline sulfate, administered through dme, unit dose form, per milligram | 1 mg | | IC* |
| J7682KO | Tobramycin, unit dose form, 300 mg, inhalation solution, administered through dme | 300 mg | | $49.27 |
| J7682KP | Tobramycin, unit dose form, 300 mg, inhalation solution, administered through dme | 300 mg | | $49.27 |
| J7682KQ | Tobramycin, unit dose form, 300 mg, inhalation solution, administered through dme | 300 mg | | IC* |
| J7683 | Triamcinolone, administered through dme, concentrated form, per milligram | 1 mg | | $0.11 |
| J7684KO | Triamcinolone, administered through dme, unit dose form, per milligram | 1 mg | | $0.19 |
| J7684KP | Triamcinolone, administered through dme, unit dose form, per milligram | 1 mg | | $0.19 |
| J7684KQ | Triamcinolone, administered through dme, unit dose form, per milligram | 1 mg | | $0.11 |
| J9000 | Doxorubicin hcl | 10 mg | | $12.54 |
| J9040 | Bleomycin sulfate | 15 units | | $182.40 |
| J9065 | Cladribine | 1 mg | | $61.72 |
| J9100 | Cytarabine | 100 mg | | $3.19 |
| J9110 | Cytarabine | 500 mg | | $8.55 |
| J9190 | Fluorouracil | 500 mg | | $2.07 |
| J9200 | Floxuridine | 500 mg | | $136.80 |

PalmettoGBA.com-Providers/DMERC/Publications/Fee Schedules/2004 and Prior (2003 ...   Page 7 of 7

| Code | Description | Strength | Price |
|---|---|---|---|
| J9360 | Vinblastine sulfate (Velban) | 1 mg | $4.10 |
| J9370 | Vincristine sulfate (Oncovin) | 1 mg | $33.98 |
| J9375 | Vincristine sulfate | 2 mg | $67.96 |
| J9380 | Vincristine sulfate | 5 mg | $169.91 |
| Q0163 | Diphenhydramine hydrochloride, oral | 50 mg | $0.02 |
| Q0164 | Prochlorperazine maleate, oral | 5mg | $0.57 |
| Q0165 | Prochlorperazine maleate, oral | 10 mg | $0.86 |
| Q0166 | Granisetron hydrochloride | 1 mg | $44.69 |
| Q0167 | Dronabinol, oral | 2.5 mg | $3.28 |
| Q0168 | Dronabinol, oral | 5 mg | **$9.17** |
| Q0169 | Promethazine hydrochloride, oral | 12.5 mg | $0.31 |
| Q0170 | Promethazine hydrochloride, oral | 25 mg | $0.02 |
| Q0171 | Chlorpromazine hydrochloride, oral | 10 mg | $0.07 |
| Q0172 | Chlorpromazine hydrochloride, oral | 25 mg | $0.09 |
| Q0173 | Trimethobenzamide hydrochloride, oral | 250 mg | $0.50 |
| Q0174 | Thiethylperazine maleate, oral | 10 mg | $0.56 |
| Q0175 | Perphenazine, oral | 4 mg | $0.57 |
| Q0176 | Perphenazine, oral | 8 mg | $0.93 |
| Q0177 | Hydroxyzine pamoate, oral | 25 mg | $0.41 |
| Q0178 | Hydroxyzine pamoate, oral | 50 mg | $0.30 |
| Q0179 | Ondansetron hydrochloride, oral | 8 mg | $30.42 |
| Q0180 | Dolasetron mesylate, oral | 100 mg | $72.43 |
| Q4075 | Injection, Acyclovir | 5 mg | $0.47 |
| Q4076 | Injection, Dopamine Hydrochloride | 40 mg | $0.62 |
| Q4077 | Injection, Treprostinil | 1 mg | IC* |
| Q9920-Q9940 | Epoetin | 1000 units | $10.00 |

Note: For code J7626 (Budesonide), bill one unit per vial of drug regardless of strength.

IC- Individually Considered codes. Drugs identified as IC* must include the national dug code (NDC), strength and dosage on the claim for processing

Inclusion or exclusion of an allowable amount for an item or service does not imply Medicare coverage.

Copyright © 2006, Palmetto GBA. All Rights Reserved.

**Appendix S**

Appendix S
Market Shares by Manufacturer
for Albuterol Sulfate 0.5% Products
2000-2004

| Manufacturer | NDC Codes | Market Shares[1] | | | | |
|---|---|---|---|---|---|---|
| | | 2000 | 2001 | 2002 | 2003 | 2004 |
| | | ----------(Percent)---------- | | | | |
| | | (a) | (b) | (c) | (d) | (e) |
| Warrick | 59930151504, 59930164702[2] | 41.83 % | 48.54 % | 40.26 % | 30.16 % | 16.75 % |
| Dey Labs | 49502010501 | 17.02 | 15.62 | 9.55 | 6.10 | 0.10 |
| Bausch & Lomb | 24208034720 | 7.74 | 11.94 | 14.59 | 15.16 | 12.44 |
| Schering (Proventil) | 00085020802, 00085133601[3,4] | 5.58 | 4.99 | 3.18 | 0.43 | 0.27 |
| Hi-Tech | 50383074120 | 3.73 | 5.19 | 12.39 | 10.60 | 13.80 |
| Nephron | 00487990130 | 0.00 | 0.18 | 12.04 | 36.18 | 54.89 |
| GlaxoSmithKline (Ventolin) | 00173038558 | 7.75 | 2.40 | 0.01 | 0.00 | 0.00 |
| Manufacturer Not Stated | | 13.60 | 8.40 | 6.76 | 0.11 | 0.00 |
| Other Generic | | 2.74 | 2.73 | 1.22 | 1.26 | 1.75 |

Notes: -- All percentages are rounded to the nearest hundredth of a percent.
[1] The NDCs included in the market share calculations were selected based on similar product descriptions.
[2] Warrick 59930151504 has data points for 2000-2004, while Warrick 59930164702 has data points for 2003-2004.
[3] Schering 00085020802 has data points for 2000-2004, while Schering 00085133601 has a data point for 2004 only.
[4] Although sales appear in IMS for Schering 00085133601, the NDCs do not appear in Medispan until 2004.

Sources: IMS Data.
"Comprehensive Price History File," 2005 Wolters Kluwer Health (Medispan).

## Appendix S
## Warrick's Share of the Medicaid Market
## for Albuterol 0.5% Products[1]
## 1998 - 1999

|  | 1998 | 1999 |
|---|---|---|
| Warrick Medicaid Units for Albuterol 0.5% Products[2] | 18,656,670 | 19,004,517 |
| Total Medicaid Units for Albuterol 0.5% Products | 26,379,502 | 26,482,047 |
| Warrick's Share of the Medicaid Market | 70.72% | 71.76% |

Notes: - Units displayed are rounded to the nearest whole unit. Percentages displayed are rounded to the nearest hundredth of a percent.

[1] The Medicaid market for albuterol 0.5% products includes all generic and branded NDCs listed in Exhibit 7A of the "Amended Declaration of Direct Testimony of Dr. Sumanth Addanki."

[2] Warrick albuterol 0.5% products include NDCs 59930151504 and 59930164702.

Sources: - "Amended Declaration of Direct Testimony of Dr. Sumanth Addanki," filed December 1, 2006.
- National Summary of CMS State Drug Utilization Data, 1998-1999.