**Appendix T**

# 2003 Limitations for the Physician/Supplier Procedure Summary Master File (PSPSMF)

**Produced by Members of the:
Division of Data Systems
Provider Billing Group
Centers for Medicare Management**

**August 2004**

2003 Physician/Supplier Procedure Master Summary File Limitations

## Table of Contents

| | | |
|---|---|---:|
| **INTRODUCTION**................................................................................ | | 3 |
| **GENERAL COMMENTS** ................................................................... | | 4 |
| **ERRANT RECORDS** ......................................................................... | | 4 |
| **2003 LIMITATIONS FOR THE PHYSICIAN/SUPPLIER PROCEDURE SUMMARY MASTER FILE** .................................... | | 5 |
| **APPENDIX 1** | 2003 Part B Carriers ................................................... | 9 |
| **APPENDIX 2** | History of Part B Carriers ........................................... | 10 |
| **APPENDIX 3** | Methodology for Determining Number (Frequency) of Surgeries and Payment Amounts and Allowed Charges ..... | 16 |
| **APPENDIX 4** | 2003 PSPSMF Errant Allowed Charges as a Percent of Total Allowed Charges ............................................... | 18 |
| **APPENDIX 5** | Methodology for Coding Number of Services, Miles/Time/Units/Services (MTUS) and MTUS Indicator Fields ...................................................... | 19 |
| **APPENDIX 6** | "WW" codes/descriptions.......................................... | 22 |

2003 Physician/Supplier Procedure Master Summary File Limitations

## INTRODUCTION

The 2003 Physician Supplier Procedure Summary Master File (PSPSMF) includes data from all Medicare Part B carriers. A list of the 2003 carriers is included in **Appendix 1**; **Appendix 2** provides a history of Part B carriers. This file represents procedure-specific billing data for all (i.e., 100 percent) physician/supplier services rendered to all Medicare beneficiaries during calendar year (CY) 2003 and processed by the carriers through June 30, 2004.

Part B charge and utilization data for institutional services (hospital outpatient departments, home health agencies, comprehensive outpatient rehabilitation facilities, end-stage renal disease facilities, and rural health clinics) are processed by Medicare Part A fiscal intermediaries and are not included in these data. Data for services rendered to beneficiaries enrolled in risk-based Health Maintenance Organizations (HMOs) are also not included.

The quality of data is measured by processing each carrier's data through a computerized edit program. This program generates a listing of errors for each carrier. The data are edited for:

- o   Invalid Healthcare Common Procedure Coding System (HCPCS) codes
- o   Invalid specialty codes
- o   Invalid type of service codes
- o   Invalid place of service codes
- o   Invalid combinations of Miles, Time, Units or Services (MTUS) and MTUS indicator code
- o   Invalid combinations of HCPCS code, specialty code, type of service code, and place of service code

Tolerances are set for records from each carrier. Records which fall outside the tolerances shown below are subject to investigation:

- o   Up to 2 percent of total records in error for any edit listed above
- o   Up to 5 percent of total records in error for all edits
- o   Up to 2 percent of total allowed charges occurring in records with errors

This document provides information on errors and/or reporting inconsistencies that have been noted at this time. Due to the volume, scope, and nature of the data, the review process is inexact; users are cautioned to be alert for undetected problems.

This document should be used in conjunction with the PSPSMF Record Description, which provides definitions of all data elements.

2003 Physician/Supplier Procedure Master Summary File Limitations

**Pricing Localities**

In the 1997 Physician Fee Schedule Final Rule, HCFA reduced the number of Physician Fee Schedule pricing localities from 210 to 92, effective for services provided on or after January 1, 1997.

*DMERC CLAIMS*

For durable medical equipment (DME) claims, the locality code field contains the beneficiary residence State code. It indicates where the service was priced. The provider State code determines where the service was performed. When the beneficiary and DME provider State codes are the same, the locality field is then both the pricing and performing location. The assumption is that this occurs for a high percentage of claims.

For 100 percent accuracy in determining the pricing and performing location, use the Data Extract System (DESY) DME claims level data (RIC M) Standard Analytical Files (available as Public Use Files) and use both the beneficiary residence State code for the pricing location and the provider State code for the performing location. For non-DME services, the locality code is both the performing and pricing location.

*AMBULANCE CLAIMS*

Four carriers are reporting ambulance services in invalid pricing localities. Physician Fee Schedule claims for these services should be reported in a valid Physician Fee Schedule locality as of 1998. The carriers are as follows with the percentage of misreporting: 00512-MS (27%), 00901-MD (11%), 00903-DC (98%) and 31144-NH (100%).

**Specialty Code Reporting**

**99 (Unknown Physician Specialty)** - This specialty code was reported on an inordinately large number of claims from DMERCs. Physician claims should not be processed by DMERCs. We suspect these claims should instead have carried specialty code 88 (Unknown Supplier / Provider). The problem was reported to the Provider Billing Group (PBG) in CMM in March 1996 and again in June 1998. Although the problem has been corrected for many of the suppliers, there are still suppliers reporting this specialty for claims processed by the DMERCs.

**Anesthesia Time Units (MTUS Field – MTU Indicator Value 2)**

For anesthesia services (HCPCS 00100-01996), time units should be entered into the miles, time, units or services (MTUS) field on the PSPS record. The field should contain one implied decimal for time units. Providers submit the number of minutes that the anesthesiologist attended the patient to the carrier. The carrier converts these minutes to Time Units before calculating a payment. We have noticed that some carriers are calculating the payment correctly but are not putting the converted Time Units into the MTUS field. These carriers are leaving the minutes in the MTUS field. The carriers are: 00511 (Georgia), 00521 (New Mexico), 00522 (Oklahoma), 00523 (Missouri), 00590 (Florida), 00751 (Montana), 00910 (Utah), 00951 (Wisconsin) and 00973 (Puerto Rico/Virgin Island).

In 2002, the AMA developed new CPT codes for new technology tracking. These codes begin with zero

7

2003 Physician/Supplier Procedure Master Summary File Limitations

**APPENDIX 2**

## HISTORY OF PART B CARRIERS

Sorted by State  X=Active

| STATE | CARRIER | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | CARRIER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | 00831 | | | | | | | | | | | | X | X | X | X | X | X | 00831 |
| AK | 01020 | X | X | X | X | X | X | X | X | X | X | | | | | | | | 01020 |
| AL | 00510 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00510 |
| AR | 00520 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00520 |
| AZ | 00832 | | | | | | | | | | | | X | X | X | X | X | X | 00832 |
| AZ | 01030 | X | X | X | X | X | X | X | X | X | X | | | | | | | | 01030 |
| CA(N)* | 00542 | X | X | X | X | X | X | X | X | X | | | | | | | | | 00542 |
| CA(N)* | 31140 | | | | | | | | | | | X | X | X | X | X | X | X | 31140 |
| CA(T)* | 02050 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | 02050 |
| CA(T)* | 31146 | | | | | | | | | | | | | | | X | X | X | 31146 |
| CO | 00550 | X | X | X | X | X | X | X | X | | | | | | | | | | 00550 |
| CO | 00824 | | | | | | | | X | X | X | X | X | X | X | X | X | X | 00824 |
| CT | 03070 | | | | | | | | | | | | | | | | | | 03070 |
| CT | 10230 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | 10230 |
| CT | 00591 | | | | | | | | | | | | | | | X | X | X | 00591 |
| DC | 00580 | X | X | X | X | X | X | X | X | X | X | X | | | | | | | 00580 |
| DC | 00903 | | | | | | | | | | | | X | X | X | X | X | X | 00903 |
| DE | 00570 | X | X | X | X | X | X | X | X | X | X | X | | | | | | | 00570 |
| DE | 00902 | | | | | | | | | | | | X | X | X | X | X | X | 00902 |
| FL | 00590 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00590 |
| GA | 00511 | | | | | | | | | | | | X | X | X | X | X | X | 00511 |
| GA | 01040 | | X | X | X | X | X | X | X | X | X | X | | | | | | | 01040 |
| GA | 13110 | X | | | | | | | | | | | | | | | | | 13110 |
| HI | 00833 | | | | | | | | | | | | X | X | X | X | X | X | 00833 |
| HI | 01120 | X | X | X | X | X | X | X | X | X | X | X | | | | | | | 01120 |
| IA | 00640 | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | 00640 |
| IA | 00826 | | | | | | | | | | | | | X | X | X | X | X | 00826 |
| ID | 05130 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 05130 |
| IL | 00621 | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | 00621 |
| IL | 00952 | | | | | | | | | | | | | X | X | X | X | X | 00952 |
| IN | 00630 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00630 |
| KS | 00650 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00650 |
| KY | 00660 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00660 |
| LA | 00528 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00528 |
| LA | 08190 | | | | | | | | | | | | | | | | | | 08190 |
| MA | 00700 | X | X | X | X | X | X | X | X | X | X | | | | | | | | 00700 |
| MA | 31143 | | | | | | | | | | | | X | X | X | X | X | X | 31143 |
| MD | 00690 | X | X | X | X | X | X | X | | | | | | | | | | | 00690 |
| MD | 00901 | | | | | | | | X | X | X | X | X | X | X | X | X | X | 00901 |

10

2003 Physician/Supplier Procedure Master Summary File Limitations

| STATE | CARRIER | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | CARRIER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ME | 21200 | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  | 21200 |
| ME | 31142 |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X | 31142 |
| MI | 00623 |  |  |  |  |  |  |  |  | X | X | X | X |  |  |  |  |  | 00623 |
| MI | 00710 | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  |  |  | 00710 |
| MI | 00953 |  |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | 00953 |
| MN* | 00720 | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  |  | 00720 |
| MN* | 10240 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |  |  |  | 10240 |
| MN* | 00954 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X | X | X | 00954 |
| MO* | 00740 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00740 |
| MO* | 00523 |  |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | 00523 |
| MO* | 11260 | X | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  | 11260 |
| MS | 10250 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |  |  |  | 10250 |
| MS | 00512 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X | X | X | 00512 |
| MT | 00751 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00751 |
| N/SD | 00820 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00820 |
| NC | 05535 |  | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 05535 |
| NC | 13340 | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 13340 |
| NE | 00645 | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 00645 |
| NE | 00655 |  | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00655 |
| NE | 12280 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 12280 |
| NH/VT | 00770 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 00770 |
| NH/VT | 00780 | X | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  | 00780 |
| NH | 31144 |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X | 31144 |
| NJ ** | 00805 |  |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | 00805 |
| NJ | 00860 |  | X | X | X | X | X | X | X | X | X | X | X | X |  |  |  |  | 00860 |
| NJ | 13310 | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 13310 |
| NM | 00521 |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X | 00521 |
| NM | 01360 | X | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  | 01360 |
| NM | 05320 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 05320 |
| NV | 00834 |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X | 00834 |
| NV | 01290 | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  | 01290 |
| NY(E)* | 00803 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00803 |
| NY(G)* | 14330 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 14330 |
| NY(W)* | 00801 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00801 |
| OH | 16360 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |  | 16360 |
| OH | **00883** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X | 00883 |
| OK | 00522 |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X | 00522 |
| OK | 01370 | X | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  | 01370 |
| OR | 00835 |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X | 00835 |
| OR | 01380 | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  | 01380 |
| PA | 00865 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00865 |
| PR/VI | 00973 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00973 |

2003 Physician/Supplier Procedure Master Summary File Limitations

| STATE | CARRIER | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | CARRIER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg B(IN)+ | 00635 | | | | | | | X | X | X | X | X | X | X | X | X | X | X | 00635 |
| RegA(CT)+ | 10555 | | | | | | | X | X | X | X | X | X | X | X | | | | 10555 |
| RegA(CT)+ | 00811 | | | | | | | | | | | | | | | X | X | X | 00811 |
| RegC(SC)+ | 00885 | | | | | | | X | X | X | X | X | X | X | X | X | X | X | 00885 |
| RegD(TN)+ | 05655 | | | | | | | X | X | X | X | X | X | X | X | X | X | X | 05655 |
| RI | 00870 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00870 |
| RR | 10071 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | 10071 |
| RR | 00882 | | | | | | | | | | | | | | | X | X | X | 00882 |
| SC | 00880 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00880 |
| TN | 05440 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 05440 |
| TX | 00900 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00900 |
| UT | 00910 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00910 |
| VA | 10490 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | 10490 |
| VA | 00904 | | | | | | | | | | | | | | | X | X | X | 00904 |
| VT | 31145 | | | | | | | | | | | | X | X | X | X | X | X | 31145 |
| WA | 00836 | | | | | | | | | | | | X | X | X | X | X | X | 00836 |
| WA | 00930 | X | X | X | X | X | X | | | | | | | | | | | | 00930 |
| WA | 00932 | | | | | | | X | | | | | | | | | | | 00932 |
| WA | 01390 | | | | | | | | X | X | X | X | | | | | | | 01390 |
| WI | 00951 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00951 |
| WV | 16510 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | 16510 |
| WV | 00884 | | | | | | | | | | | | | | | | | X | 00884 |
| WY | 00825 | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00825 |
| WY | 05530 | X | X | X | | | | | | | | | | | | | | | 05530 |

12

2003 Physician/Supplier Procedure Master Summary File Limitations

## HISTORY OF PART B CARRIERS

Sorted by Carrier  X=Active

| STATE | CARRIER | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | CARRIER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | 00510 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00510 |
| GA | 00511 |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X | 00511 |
| MS | 00512 |  |  |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | 00512 |
| AR | 00520 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00520 |
| NM | 00521 |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X | 00521 |
| OK | 00522 |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | X | 00522 |
| MO* | 00523 |  |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | 00523 |
| LA | 00528 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00528 |
| CA(N)* | 00542 | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  | 00542 |
| CO | 00550 | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  |  |  | 00550 |
| DE | 00570 | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  | 00570 |
| DC | 00580 | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  | 00580 |
| FL | 00590 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00590 |
| CT | 00591 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X | X | X | 00591 |
| IL | 00621 | X | X | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  | 00621 |
| MI | 00623 |  |  |  |  |  |  |  |  | X | X | X | X |  |  |  |  |  | 00623 |
| IN | 00630 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00630 |
| Reg B(IN)+ | 00635 |  |  |  |  |  |  | X | X | X | X | X | X | X | X | X | X | X | 00635 |
| IA | 00640 | X | X | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  | 00640 |
| NE | 00645 | X |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 00645 |
| KS | 00650 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00650 |
| NE | 00655 |  | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00655 |
| KY | 00660 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00660 |
| MD | 00690 | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  |  |  | 00690 |
| MA | 00700 | X | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  | 00700 |
| MI | 00710 | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  |  |  | 00710 |
| MN* | 00720 | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  |  |  | 00720 |
| MO | 00740 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00740 |
| MT | 00751 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00751 |
| NH/VT | 00770 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 00770 |
| NH/VT | 00780 | X | X | X | X | X | X | X | X | X | X |  |  |  |  |  |  |  | 00780 |
| NY(W)* | 00801 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00801 |
| NY(E)* | 00803 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00803 |
| NJ ** | 00805 |  |  |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | 00805 |
| RegA(CT)+ | 00811 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | X | X | X | 00811 |
| N/SD | 00820 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00820 |
| CO | 00824 |  |  |  |  |  |  |  | X | X | X | X | X | X | X | X | X | X | 00824 |
| WY | 00825 |  |  | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00825 |
| IA | 00826 |  |  |  |  |  |  |  |  |  |  |  |  | X | X | X | X | X | 00826 |

13

2003 Physician/Supplier Procedure Master Summary File Limitations

| STATE | CARRIER | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | CARRIER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AK | 00831 | | | | | | | | | | | | X | X | X | X | X | X | 00831 |
| AZ | 00832 | | | | | | | | | | | | X | X | X | X | X | X | 00832 |
| HI | 00833 | | | | | | | | | | | | X | X | X | X | X | X | 00833 |
| NV | 00834 | | | | | | | | | | | | X | X | X | X | X | X | 00834 |
| OR | 00835 | | | | | | | | | | | | X | X | X | X | X | X | 00835 |
| WA | 00836 | | | | | | | | | | | | X | X | X | X | X | X | 00836 |
| NJ | 00860 | | X | X | X | X | X | X | X | X | X | X | X | X | | | | | 00860 |
| PA | 00865 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00865 |
| RI | 00870 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00870 |
| SC | 00880 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00880 |
| RR | 00882 | | | | | | | | | | | | | | | X | X | X | 00882 |
| OH | 00883 | | | | | | | | | | | | | | | | | X | 00883 |
| WV | 00884 | | | | | | | | | | | | | | | | | X | 00884 |
| RegC(SC) | 00885 | | | | | | | X | X | X | X | X | X | X | X | X | X | X | 00885 |
| TX | 00900 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00900 |
| MD | 00901 | | | | | | | | | X | X | X | X | X | X | X | X | X | 00901 |
| DE | 00902 | | | | | | | | | | | | X | X | X | X | X | X | 00902 |
| DC | 00903 | | | | | | | | | | | | X | X | X | X | X | X | 00903 |
| VA | 00904 | | | | | | | | | | | | | | | X | X | X | 00904 |
| UT | 00910 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00910 |
| WA | 00930 | X | X | X | X | X | X | | | | | | | | | | | | 00930 |
| WA | 00932 | | | | | | | X | | | | | | | | | | | 00932 |
| WI | 00951 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00951 |
| IL | 00952 | | | | | | | | | | | | | X | X | X | X | X | 00952 |
| MI | 00953 | | | | | | | | | | | | | X | X | X | X | X | 00953 |
| MN* | 00954 | | | | | | | | | | | | | | | X | X | X | 00954 |
| PR/VI | 00973 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 00973 |
| AK | 01020 | X | X | X | X | X | X | X | X | X | X | X | | | | | | | 01020 |
| AZ | 01030 | X | X | X | X | X | X | X | X | X | X | X | | | | | | | 01030 |
| GA | 01040 | | X | X | X | X | X | X | X | X | X | X | | | | | | | 01040 |
| HI | 01120 | X | X | X | X | X | X | X | X | X | X | X | | | | | | | 01120 |
| NV | 01290 | X | X | X | X | X | X | X | X | X | X | X | | | | | | | 01290 |
| NM | 01360 | X | X | X | X | X | X | X | X | X | X | X | | | | | | | 01360 |
| OK | 01370 | X | X | X | X | X | X | X | X | X | X | X | | | | | | | 01370 |
| OR | 01380 | X | X | X | X | X | X | X | X | X | X | X | | | | | | | 01380 |
| WA | 01390 | | | | | | | X | X | X | X | | | | | | | | 01390 |
| CA(T)* | 02050 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | 02050 |
| CT | 03070 | | | | | | | | | | | | | | | | | | 03070 |
| ID | 05130 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 05130 |
| NM | 05320 | | | | | | | | | | | | | | | | | | 05320 |
| TN | 05440 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 05440 |
| WY | 05530 | X | X | X | | | | | | | | | | | | | | | 05530 |

14

2003 Physician/Supplier Procedure Master Summary File Limitations

| STATE | CARRIER | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 | 97 | 98 | 99 | 00 | 01 | 02 | 03 | CARRIER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NC | 05535 |   | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 05535 |
| RegD(TN)† | 05655 |   |   |   |   |   |   | X | X | X | X | X | X | X | X | X | X | X | 05655 |
| LA | 08190 |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 08190 |
| RR | 10071 | X | X | X | X | X | X | X | X | X | X | X | X | X |   |   |   |   | 10071 |
| CT | 10230 | X | X | X | X | X | X | X | X | X | X | X | X | X |   |   |   |   | 10230 |
| MN* | 10240 | X | X | X | X | X | X | X | X | X | X | X | X | X |   |   |   |   | 10240 |
| MS | 10250 | X | X | X | X | X | X | X | X | X | X | X | X | X |   |   |   |   | 10250 |
| VA | 10490 | X | X | X | X | X | X | X | X | X | X | X | X | X |   |   |   |   | 10490 |
| RegA(CT)† | 10555 |   |   |   |   |   |   | X | X | X | X | X | X | X |   |   |   |   | 10555 |
| MO | 11260 | X | X | X | X | X | X | X | X | X | X | X | X |   |   |   |   |   | 11260 |
| NE | 12280 |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 12280 |
| GA | 13110 | X |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 13110 |
| NJ | 13310 | X |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 13310 |
| NC | 13340 | X |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   | 13340 |
| NY(G)* | 14330 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | 14330 |
| OH | 16360 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |   |   | 16360 |
| WV | 16510 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |   |   | 16510 |
| ME | 21200 | X | X | X | X | X | X | X | X | X | X | X |   |   |   |   |   |   | 21200 |
| CA(N)* | 31140 |   |   |   |   |   |   |   |   |   |   | X | X | X | X | X | X | X | 31140 |
| ME | 31142 |   |   |   |   |   |   |   |   |   |   |   | X | X | X | X | X | X | 31142 |
| MA | 31143 |   |   |   |   |   |   |   |   |   |   |   | X | X | X | X | X | X | 31143 |
| NH | 31144 |   |   |   |   |   |   |   |   |   |   |   | X | X | X | X | X | X | 31144 |
| VT | 31145 |   |   |   |   |   |   |   |   |   |   |   | X | X | X | X | X | X | 31145 |
| CA(T)* | 31146 |   |   |   |   |   |   |   |   |   |   |   |   |   |   | X | X | X | 31146 |

15

**Appendix U**

# State Operations Manual
## Chapter 2 - The Certification Process

**Table of Contents**
*(Rev. 16, 01-10-06)*

### Identification of Providers and Suppliers and Related Presurvey Activities

2000 - Certification Surveys - Citations and Responsibility
2002 - Meaning of Providers and Suppliers
2003 - SA Identification of Potential Providers and Suppliers
    2003A - Assisting Applicant Providers and Suppliers
    2003B - Initial Certification "Kits"
2004 - Provider-Based Designation
2005 - Medicare Health Care Provider/Supplier Enrollment
    2005A - Initial Certifications
        2005A1 - Request for Additional Information
        2005A2 - Approval
        2005A3 - Denial
    2005B - Recertification
    2005C - Clinical Laboratory Improvement Amendments of 1988 (CLIA) Laboratories
    2005D - Supplementary Applications
        2005D1 - Forms CMS-855A or the CMS-855B for Changes in Provider/Supplier Information
        2005D2 - Form CMS-855R
    2005E - Changes of Ownership
        2005E1 - CHOW Occurs
        2005E2 - Change in Intermediary as Result of CHOW
        2005E3 - CHOWs Involving Multi-Regional Chain Organizations
        2005E4 - Change of Owners, but Not CHOW
    2005F - Voluntary Terminations
    2005G - Specialty Intermediaries
2008 - Prioritizing SA Survey Workload - Initial Surveys and Recertifications
    2008A - Early Surveys of New Providers and Suppliers
    2008B - Initial Surveys of HHAs
    2008C - New CMHC Applicants
    2008D - Effective Date of Provider Agreement or Approval for Suppliers

RO reviews the Statement of Deficiencies and Plan of Correction, Form CMS-2567, to ensure that the SA's documentation supports the SA certification recommendation, acceptable plan of correction (PoC), or waiver request. The RO notes the timeliness and quality of SA processing, and extract information relating to administrative or program problems that the case reveals so that identified program problems can be corrected on the regional or national level.

In Medicaid-only cases, the SA certifies its determination as to the provider's compliance with the participation requirements. The SMA must accept certification determinations as final and may not enter into a provider agreement with a NF or ICF/MR unless the SA has certified the provider as in compliance with applicable requirements for program participation. It may, however, for good cause, refuse to execute an agreement with a NF or ICF/MR certified by the SA. (See 42 CFR 442.12(d).)

**Certification documents are official statements of the SA that may not to be altered.** The RO uses the Request for Additional Information, Form CMS-1666 (Exhibit 15), to request additional information or documentation. (See §2776.)

If a deficiency is subsequently corrected, the corrective action will be shown on Form CMS-2567 or the Post-Certification Revisit Report, Form CMS-2567B, as appropriate. If the deficiencies have not been corrected at the time of the revisit, they are shown on a new Form CMS-2567. The OSCAR system accumulates data on the ability of providers and suppliers to meet program participation requirements at the time of the survey. OSCAR data from Form CMS-2567 and Form CMS-2567B are used to measure the extent of progress providers and suppliers make in complying with program requirements.

In case of an unreconciled interpretive disagreement with the SA, the RO can arrive at a determination disagreeing with the SA, **provided there is evidence to support a contrary decision.** If the RO disagrees with the SA certification, it justifies its rejection in writing and attempts to resolve the disagreement. If necessary, a disagreement over interpretive policy can be referred to CMS CO for resolution.

### 2779 - RO Assignment of Provider and Supplier Identification Numbers
(Rev. 1, 05-21-04)

### 2779A - Numbering System for Medicare Providers and Suppliers of Service
(Rev. 1, 05-21-04)

Processing of requests for payment is keyed to the identification number. The RO enters provider and supplier identification numbers on all forms and communications and maintains adequate controls.

### 2779A1 - Provider Identification Numbers

**(Rev. 6, Issued: 04-29-05, Effective: 10-01-05, Implementation: 10-03-05)**

The identification numbers for providers and suppliers paid under Part A have 6 digits. The first two digits identify the State in which the provider is located. The last 4 digits identify the type of facility.

Following is a list of all State Codes:

| | | | |
|---|---|---|---|
| Alabama | 01 | New Hampshire | 30 |
| Alaska | 02 | New Jersey | 31 |
| Arizona | 03 | New Mexico | 32 |
| Arkansas | 04 | New York | 33 |
| California | 05, 55 | North Carolina | 34 |
| Colorado | 06 | North Dakota | 35 |
| Connecticut | 07 | Ohio | 36, 72 |
| Delaware | 08 | Oklahoma | 37 |
| District of Columbia | 09 | Oregon | 38 |
| Florida | 10, 68, 69 | Pennsylvania | 39, 73 |
| Georgia | 11 | Puerto Rico | 40 |
| Hawaii | 12 | Rhode Island | 41 |
| Idaho | 13 | South Carolina | 42 |
| Illinois | 14 | South Dakota | 43 |
| Indiana | 15 | Tennessee | 44 |
| Iowa | 16 | Texas | 45, 67, 74 |
| Kansas | 17, 70 | Utah | 46 |
| Kentucky | 18 | Vermont | 47 |
| Louisiana | 19, 71 | Virgin Islands | 48 |
| Maine | 20 | Virginia | 49 |
| Maryland | 21, 80 | Washington | 50 |
| Massachusetts | 22 | West Virginia | 51 |
| Michigan | 23 | Wisconsin | 52 |
| Minnesota | 24 | Wyoming | 53 |
| Mississippi | 25 | Canada | 56 |
| Missouri | 26 | Mexico | 59 |
| Montana | 27 | American Samoa | 64 |
| Nebraska | 28 | Guam | 65 |
| Nevada | 29 | Commonwealth of the Northern Marianas Islands | 66 |

Assign the last 4 digits sequentially from within the appropriate block of numbers.

Use the following blocks of numbers for the types of facilities indicated:

0001-0879   Short-term (General and Specialty) Hospitals

0880-0899   Reserved for hospitals participating in ORD demonstration project

| | |
|---|---|
| 0900-0999 | Multiple Hospital Component in a Medical Complex (Numbers Retired) |
| 1000-1199 | Federally Qualified Health Centers |
| 1200-1224 | Alcohol/Drug Hospitals (Numbers Retired) |
| 1225-1299 | Medical Assistance Facilities |
| 1300-1399 | Critical Access Hospitals |
| 1400-1499 | Continuation of Community Mental Health Centers (4900-4999 series) |
| 1500-1799 | Hospices |
| 1800-1989 | Federally Qualified Health Centers |
| 1990-1999 | Religious Nonmedical Health Care Institutions (formerly Christian Science Sanatoria (Hospital Services) |
| 2000-2299 | Long-Term Hospitals (Excluded from PPS) |
| 2300-2499 | Hospital Based Renal Dialysis Facilities |
| 2500-2899 | Independent Renal Dialysis Facilities |
| 2900-2999 | Independent Special Purpose Renal Dialysis Facility 1/ |
| 3000-3024 | Formerly Tuberculosis Hospitals (Numbers Retired) |
| 3025-3099 | Rehabilitation Hospitals (Excluded from PPS) |
| 3100-3199 | Home Health Agencies |
| 3200-3299 | Continuation of Comprehensive Outpatient Rehabilitation Facilities (4800-4899) Series |
| 3300-3399 | Children's Hospitals (Excluded from PPS) |
| 3400-3499 | Continuation of Rural Health Clinics (Provider-based) (3975-3999) Series |
| 3500-3699 | Hospital Based Satellite Renal Dialysis Facilities |
| 3700-3799 | Hospital Based Special Purpose Renal Dialysis Facility 1/ |
| 3800-3974 | Rural Health Clinics (Free-Standing) |
| 3975-3999 | Rural Health Clinics (Provider-Based) |
| 4000-4499 | Psychiatric Hospitals (Excluded from PPS) |
| 4500-4599 | Comprehensive Outpatient Rehabilitation Facilities |
| 4600-4799 | Community Mental Health Centers |
| 4800-4899 | Continuation of Comprehensive Outpatient Rehabilitation Facilities (4500-4599 Series) |
| 4900-4999 | Continuation of Community Mental Health Centers (4600-4799) Series |
| 5000-6499 | Skilled Nursing Facilities (See §1060.D.) |