UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------X
IN RE PHARMACEUTICAL INDUSTRY : MDL NO 1456
AVERAGE WHOLESALE PRICE   CIV. A. NO. 01-CV-12257-PBS
LITIGATION :

   Judge Patti B. Saris
 :
THIS DOCUMENT RELATES TO:   STIPULATION TO
 : SUBSTITUTE DEFENDANT
   TEVA PHARMACEUTICAL
*The County of Orange v. Abbott Laboratories et* : INDUSTRIES LTD. FOR
*al.,*   TEVA PHARMACEUTICALS
SDNY Case No. 07-CV-2777.   USA, INC.

------------------------------------X

WHEREAS, plaintiff, The County of Orange commenced this action to recover damages with the filing of the Complaint in the United States District Court, Southern District of New York, on or about April 5, 2007; and

WHEREAS, plaintiff named as a defendant in that Complaint, Teva Pharmaceutical Industries, Ltd.,

WHEREAS, Teva Pharmaceutical Industries, Ltd., an Israeli corporation which does not manufacture, sell, or market pharmaceuticals in the United States, was misnamed,

WHEREAS, plaintiff intended to name Teva Pharmaceuticals USA, Inc., a U.S. corporation,

WHEREAS, counsel for the parties have agreed that plaintiffs may substitute Teva Pharmaceuticals USA, Inc., for Teva Pharmaceutical Industries, Ltd., as a defendant in the action, and that, in turn, defense counsel will promptly execute a waiver of service of process on behalf of Teva Pharmaceuticals USA, Inc.;

00097992.WPD

IT IS HEREBY STIPULATED AND AGREED by and between the parties by their counsel that (a) Teva Pharmaceuticals USA, Inc., is hereby substituted as a defendant in place of Teva Pharmaceutical Industries Ltd.; (b) defendant within fifteen business days of filing this stipulation shall execute and serve upon plaintiff a waiver of service of process for Teva Pharmaceuticals USA, Inc.; and (c) plaintiff shall immediately file said waiver and subsequently amend the caption and any relevant paragraphs of the Complaint to reflect this substitution.

Dated: New York, New York
August 1, 2007

LEVY PHILLIPS & KONIGSBERG, LLP

By: _____
Theresa A. Vitello Esq.
800 Third Avenue
New York, New York 10022
Tel.: (212) 605-6200

Attorneys for Plaintiff

KIRKLAND & ELLIS, LLP

By: _____
Jenny G. Levy, Esq.
Patrick M. Bryan, Esq.
655 Fifteenth St. NW
Washington, D.C. 20005-5793
Tel.: (202) 879-5000

Attorneys for Teva Pharmaceuticals USA, Inc.

00097992.WPD