UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2007 JUL 24 A 11: 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

)
IN RE: PHARMACEUTICAL INDUSTRY,       )   MDL No. 1456
AVERAGE WHOLESALE PRICE LITIGATION    )   Master File No. 01-12257-PBS
)
)
)
THIS DOCUMENT RELATES TO:             )   **WAIVER OF SERVICE OF**
)   **SUMMONS & COMPLAINT**
The County of Orange v.               )
Abbott Laboratories, Inc., et al.     )
)
)

To:   Theresa A. Vitello
      Levy Phillips & Konigsberg
      800 Third Avenue
      New York, New York 10022

Pursuant to the Consolidated Stipulation & Order, defendant Takeda Pharmaceuticals North America, Inc. ("TPNA") acknowledges receipt of your request that it waive service in the above captioned action. TPNA has received a copy of the summons and complaint in this action.

TPNA agrees to save the cost of service of the summons and complaint by not requiring that TPNA be served with judicial process in the manner provided by FED. R. CIV. P. 4.

TPNA retains all defenses or objections to this action or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

TPNA understands that, pursuant to the Consolidated Stipulation & Order, its time to answer or otherwise respond to the complaint will be extended pending the Court's further order at the status conference in the New York County Actions or thereafter.

Dated: July 10, 2007          JENNER & BLOCK LLP

                              By: _____
                              Robert R. Stauffer
                              330 N. Wabash Avenue
                              Chicago, IL 60611
                              Tel.: 312-222-9350
                              *Attorneys for Takeda Pharmaceuticals North America, Inc.*