UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

**ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR
LEAVE TO FILE POST-HEARING NOTICE OF SUPPLEMENTAL
AUTHORITY IN SUPPORT OF ABBOTT'S MOTION TO COMPEL
<u>ADEQUATE RESPONSE TO ITS DISCOVERY REQUESTS</u>**

Pursuant to Rule 7.1(b)(3) of the Local Rules for the District of Massachusetts, and this Court's Order dated September 11, 2006 (Dkt. 3090), Abbott Laboratories, Inc. respectfully moves this Court for leave to file the attached Post-Hearing Notice of Supplemental Authority in Support of Abbott's Motion to Compel Adequate Response To Its Discovery Requests (Dkt. No. 4135).  Abbott's notice of supplemental authority is filed in response to the United States' Post-Hearing Notice of Supplemental Authority in Support of the Opposition to Abbott's Motion to Compel Adequate Responses to Abbott's Discovery Requests (July 24, 2007).  Counsel for Abbott has previously consulted with counsel for the United States about filing a supplemental notice of authority, and counsel for the United States does not oppose the filing.  Based on the foregoing, Abbott requests that the Court enter an Order permitting Abbott to file and serve the attached post-hearing notice.

Dated:  August 2, 2007

Respectfully submitted,

<u>/s/ R. Christopher Cook</u>
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing ABBOTT LABORATORIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE POST-HEARING NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ABBOTT'S MOTION TO COMPEL ADEQUATE RESPONSE TO ITS DISCOVERY REQUESTS to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 2nd day of August, 2007.

                                              /s/ David S. Torborg
                                              David S. Torborg