UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) | Civil Action No. 01-CV-12257-PBS |
| LITIGATION | ) | Judge Patti B. Saris |
|  | ) |  |
| THIS DOCUMENT RELATES TO ALL | ) |  |
| CLASS ACTIONS | ) |  |
|  | ) |  |

**STATUS REPORT OF THE UNITED STATES ON GLOBAL MEDIATION
PROPOSAL ISSUED BY THE COURT**

In response to a request by the Court that the United States participate in global

mediation and seek to obtain the consent of the other parties to such mediation, the United States

reports as follows: the United States, Relator and the Dey defendants have agreed to participate

in global mediation; Abbott Laboratories, Inc. has declined to participate at this time, and the

Roxane defendants have not informed the United States of their position.  The United States has

notified the parties that the Court expects any party who does not agree to mediation to attend an

August 9, 2007 hearing and be prepared to explain their position to the Court.  Although the

United States has agreed to mediate, counsel for the United States will attend the August 9, 2007

hearing to address any questions the Court may have.

Respectfully submitted,

For the United States of America,

MICHAEL J. SULLIVAN                     PETER D. KEISLER
UNITED STATES ATTORNEY                  ASSISTANT ATTORNEY GENERAL


 /s/ George B. Henderson, II             /s/ Laurie A. Oberembt
George B. Henderson, II                 Joyce R. Branda
Assistant U.S. Attorney                 Daniel R. Anderson
John Joseph Moakley U.S. Courthouse     Laurie A. Oberembt
Suite 9200, 1 Courthouse Way            Civil Division
Boston, MA 02210                        Commercial Litigation Branch
Phone: (617) 748-3272                   P. O. Box 261
Fax: (617) 748-3971                     Ben Franklin Station
                                        Washington, D.C.  20044
                                        Phone:  (202) 514-3345
R. ALEXANDER ACOSTA                     Fax: (202) 305-4117
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA


Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101


**CERTIFICATE OF SERVICE**

        I hereby certify that I have this day caused an electronic copy of the above "Status Report of the United States
on Global Mediation Proposal Issued by the Court" to be served on all counsel of record via electronic service pursuant to
Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and
notification to all parties.

Dated: August 3, 2007                              /s/ George B. Henderson, II
                                                  George B. Henderson, II