UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,* Civil Action No. 05-11084-PBS | ) ) ) ) ) | |

**JOINT MOTION FOR SCHEDULE FOR RESPONSIVE AND REPLY MEMORANDA ON THE DEY DEFENDANTS' MOTION TO AMEND THE COURT'S JULY 17, 2007, MEMORANDUM AND ORDER TO INCLUDE A CERTIFICATION OF AN IMMEDIATE APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

On July 31, 2007, the defendants Dey, Inc., et al., filed Dey Defendants' Motion to Amend the Court's July 17, 2007 Memorandum and Order to Include a Certification of an Immediate Appeal Pursuant to 28 U.S.C. § 1292(b). Due to conflicting schedules during the next two weeks, counsel for the United States seek an extension of the due date for filing a response. The parties agree and request that the time for Plaintiffs to respond to the Dey Defendants' Motion to Amend the Court's July 17, 2007 Memorandum and Order to Include a Certification of an Immediate Appeal Pursuant to 28 U.S.C. § 1292(b), be extended to and including August 31, 2007, and the Dey Defendants may file a reply on or before September 14, 2007.

Respectfully submitted,

| | |
|---|---|
| *For Plaintiff the United States of America* | *For Relator Ven-A-Care of the Florida Keys, Inc.* |
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | By: |
| By: | /s/ Susan Schneider Thomas |
| /s/ George B. Henderson, II<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Telephone:  (617) 748-3272 | Susan Schneider Thomas<br>Berger & Montague, P.C.<br>1622 Locust St.<br>Philadelphia, PA 19103<br>(212) 875-3090 |
| PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL | James J. Breen<br>Alison W. Simon<br>THE BREEN LAW FIRM<br>P.O. Box 297470<br>Pembroke Pines, FL 33029-7470<br>Telephone:  (954) 874-1635 |
| Joyce R. Branda<br>Daniel R. Anderson<br>John K. Neal<br>Laurie A. Oberembt<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone:  (202) 514-3345 | Jonathan Shapiro<br>BBO No. 454220<br>Stern, Shapiro, Weissberg & Garin, LLP<br>90 Canal Street<br>Boston, MA 02114-2022<br>Telephone:  (617) 742-5800 |

*For Defendants Dey, Inc., Dey L.P., Inc. and Dey L.P.*

By:

| | |
|---|---|
| /s/ Neil Merkl | |
| Paul F. Doyle (BBO # 133460) | Martin F. Murphy (BBO # 363250) |
| William Escobar (pro hac vice) | FOLEY HOAG LLP |
| Neil Merkl (pro hac vice) | 155 Seaport Boulevard |
| Christopher C. Palermo (pro hac vice) | Boston, MA 02110 |
| KELLEY DRYE & WARREN LLP | Telephone: (617) 832-1000 |
| 101 Park Avenue | Facsimile: (617) 832-7000 |
| New York, NY 10178 | |
| Telephone: (212) 808-7800 | |
| Facsimile: (212) 808-7897 | August 3, 2007 |

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above Stipulation and Order Concerning Time to Answer was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 3, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ George B. Henderson, II
George B. Henderson, II