**Appendix B**

Case 1:01-cv-12257-PBS   Document 4594-5   Filed 08/03/07   Page 2 of 15

# Region B DMERC Supplier Manual

**AdminaStar Federal**

## Revision No. 21 — March 2000

**This packet contains the Region B DMERC Supplier Manual Revision No. 21**

1. Study the changes, additions, or deletions on the updated pages that follow. Remove the indicated pages and insert the replacement pages. Suppliers should retain removed pages for information on codes, policies and instructions in effect prior to the effective date of the revisions. A summary of the pages to be replaced is found on the next page.

   **Note: These pages are updates to only some of the pages in the Supplier Manual.**

   **DO NOT REMOVE ANY PAGES EXCEPT AS NOTED ON THE INSTRUCTION PAGE.**

2. All replacement pages are indicated at the bottom of each page: "Rev. 21 - March 2000." Look for this date to confirm you are replacing the revised pages with the correct replacement page.

3. Shaded text or codes indicate where a change has been made on the page. Entire chapters which have been added or updated will be noted on the instruction page.

The *Region B DMERC Supplier Manual* is designed to assist suppliers in the transmission of claims for durable medical equipment, prosthetics, orthotics and supplies. AdminaStar Federal will continue to advise suppliers and physicians filing DMEPOS claims in Region B of procedural changes implemented by the Health Care Financing Administration (HCFA) including: general Medicare information, claims processing issues and updates in DMERC medical policy. In addition to this update, be sure to read your *Region B DMERC Supplier Bulletin* for more information on changes of policy and claims submission.

If you have any questions, please contact Region B Provider Assistance at: (317) 577-5722, 9a.m. – 3p.m., for all Region B DMERC states.

**Medical Policy** 195

**CODING GUIDELINES:**

The billing unit for most inhalation drugs is per milligram (mg.) of the drug dispensed. The billing unit of J7631, J7668, and J7669 is per 10 milligrams (10 mg.) of the drug dispensed. The billing unit of J7608 is per gram (gm.) of the drug dispensed. The billing unit of J2545 and J7682 is per 300 milligrams (300 mg.) of the drug dispensed.

When inhalation drugs are dispensed as a single drug formulation, the coding of a unit dose form or a concentrated form (see Definitions section) is determined by the formulation of the drug as it is dispensed to the patient. If a pharmacist takes a concentrated form of a single inhalation drug (e.g., 0.5% albuterol) and dilutes it to a ready-to-use concentration (e.g., 0.083% albuterol) which is then dispensed to the patient in single-dose bottles/ vials/ ampules, the inhalation solution is billed as the unit dose form, not the concentrated form.

When there is a single drug in a unit dose container, the KO modifier is added to the unit dose form code. When two or more drugs are combined by a pharmacist and dispensed to the patient in the same unit dose container, all of the drugs are billed using the unit dose form code. However, the KP modifier is added to only one of the unit dose form codes and the KQ modifier is added to the other unit dose code(s). When two or more drugs are combined, the use of the KP and KQ modifiers should result in a combination that yields the lower cost to the beneficiary.

**Whenever a unit dose form code is billed, it must have either a KO, KP, or KQ modifier. If a unit dose code does not have one of these modifiers, it will be denied as an invalid code. The KO, KP, and KQ modifiers are not used with the concentrated form codes.**

The concentration of the drug in the dispensed solution can be converted to mg. or gm. as follows: A solution with a labeled concentration of 1% has ten (10) mg. of drug in each milliliter (ml.) of solution. Therefore, a 0.083% albuterol solution has 0.83 mg. of albuterol in each ml. of solution. Since albuterol 0.083% solution typically comes in a 3 ml. vial/ ampule, each vial/ ampule contains 2.5 mg. of albuterol (3 x .83 = 2.5). If a pharmacist provides 120 ampules of 0.083% albuterol solution each containing 3 ml., the billed units of service would be 300 (2.5 x 120) units (1 unit = 1 mg.) of code J7619KO. One unit of E0590 would be billed, which would represent the dispensing fee for the albuterol for the entire month.

When billing unit dose solutions which combine two or more drugs in a single container, each drug must be listed on a separate claim line. For example, if a pharmacist provides 120 ampules of a solution containing a combination of 2.5 mg. of albuterol and 20 mg. of cromolyn in each 3 ml. ampule, the pharmacist would bill J7619KQ 300 units for the albuterol (2.5 mg x 120 doses = 300) (1 unit = 1 mg.) and J7631KP (unit dose cromolyn) 240 units (20 mg/amp ) 10 mg./unit x 120 = 240)(1 unit = 10 mg.) for the cromolyn. One unit of E0590 would be billed which represents the dispensing fee for the combined solution for the entire month. There should be no separate billing for saline diluent.

Pharmacists should note that the correct concentration figure must be used to determine the number of mg. of drug dispensed. For example, if a pharmacist takes 0.5 ml. of a concentrated 0.5% albuterol solution and dilutes it with 2.5 ml. of saline to give a 3 ml. unit dose solution

**Medical Policy**                                                                                              196

which is dispensed to the patient, each vial contains 2.5 mg. of albuterol (0.5 ml. x 5.0 mg/ml = 2.5 mg.), <u>not</u> 15 mg. (3 x 5.0).

When a drug is provided in a concentration which is dilute enough that it may be administered to a patient without adding any separate diluent in a multidose container, use code J7699.

Code J7699 is also used for an inhalation drug administered by a nebulizer which does not have a <u>valid</u> specific J or K code. If two or more drugs are combined in the same unit dose container, bill specific J or K codes when possible and J7699 only for individual drugs which do not have a specific J or K code. Claims for drugs that are incorrectly coded J7699 instead of the appropriate specific J or K codes will be denied for invalid coding.

Code E0585 is used when a heavy duty aerosol compressor (E0565), durable bottle type large volume nebulizer (A7017), and immersion heater (E1372) are provided at the same time. If all three items are not provided initially, the separate codes for the components would be used for billing. Code A7017 is billed for a durable, bottle type nebulizer when it is used with a K0269 compressor or a separately billed E0565 compressor. Code A7017 would not be separately billed when an E0585 system was also being billed. Code E0580 (Nebulizer, durable, glass or autoclavable plastic, bottle type, for use with regulator or flow meter) describes the same piece of equipment as A7017, but should only be billed when this type of nebulizer is used with a beneficiary-owned oxygen system.

Code E1375 (Nebulizer, portable with small compressor, with limited flow) is not valid for claim submission to the DMERC. Use code E0570 or K0501 instead.

Code A4323 (Sterile saline irrigation solution, 1000 ml) is not valid for saline solutions used with nebulizers.

**DOCUMENTATION:**

An order for all equipment, accessories, drugs, and other supplies related to nebulizer therapy must be signed and dated by the ordering physician and kept on file by the supplier. The order for any drug must clearly specify the type of solution to be dispensed to the patient and the administration instructions for that solution. The type of solution is described by a combination of (a) the name of the drug and the concentration of the drug in the dispensed solution and the volume of solution in each container, or (b) the name of the drug and the number of milligrams/grams of drug in the dispensed solution <u>and</u> the volume of solution in that container. Examples of (a) would be: albuterol 0.083% 3 ml; or albuterol 0.5% 20 ml; or cromolyn 20 mg/2 ml. Examples of (b) would be: albuterol 1.25 mg. in 3 ml. saline; or albuterol 2.5 mg. and cromolyn 20 mg. in 3 ml. saline. Administration instructions must specify the amount of solution <u>and</u> frequency of use. Examples would be: 3 ml. qid and prn - max 6 doses / 24 hr.; or one ampule q 4 hr prn; or 0.5 ml. diluted with saline to 3.0 ml. tid and prn. A new order is required if there is a change in the type of solution dispensed or the administration instructions. For all inhalation drugs, a new order is required at least every 12 months even if the prescription has not changed.

**Medical Policy**                                                                                    **197**

A narrative diagnosis and/or an ICD-9 diagnosis code describing the condition must be present on each order. An ICD-9 code describing the condition which necessitates nebulizer therapy must be included on each claim for equipment, accessories, and/or drugs.

The patient's medical record must contain information which supports the medical necessity for all equipment, accessories, drugs, and other supplies that are ordered. Except for the situations described below, this information does not have to be submitted with the claim but should be available to the DMERC on request.

Claims for K0501 must be accompanied by documentation of the need for the battery feature.

Claims to the DMERC for E0575    which were approved by a local carrier prior to transition to the DMERC must be submitted hardcopy, with a copy of the documentation demonstrating previous payment for the equipment by the local carrier.

When billing for quantities of nebulized inhalation drugs or nebulizer accessories and supplies greater than those described in the policy as the usual maximum amounts, each claim must be accompanied by a copy of the prescription(s) and physician narrative documentation supporting the medical necessity for the higher utilization.

If more than one beta-adrenergic or more than one anticholinergic inhalation drug is billed during the same month, each claim must be accompanied by a copy of the prescription(s) and physician narrative documentation supporting the medical necessity of concurrent use.

When code E1399 is billed for miscellaneous equipment or accessories, the claim must be accompanied by a clear description of the item including the manufacturer, the model name/number if applicable, and the medical necessity of the item for that patient. When code J7699 is billed for miscellaneous inhalation drugs, the claim must be accompanied by the detailed order information described above, a clear statement of the number of ampules/bottles of solution dispensed, and documentation of the medical necessity of the drug for that patient.

In all of the situations listed above, the documentation should be attached to each hard copy claim (as when physician narrative documentation is required) or entered in the HA0 record of each electronic claim.

Refer to the Supplier Manual for more information on orders, medical records, and supplier documentation.

**EFFECTIVE DATE:**

Claims with dates of service on or after January 1, 2000.

This is a revision of a previously published policy.

Appendix C



**CIGNA HealthCare**
**Medicare Administration**

*DMERC Region D Supplier Manual*
*Winter 2003 Update*

January 2003                                                                                                                General Release 03-1

Dear Supplier:

Attached is the Winter 2003 update to the *DMERC Region D Supplier Manual*. Read the enclosed material carefully. The *DMERC Region D Supplier Manual* is designed to provide vital, current DMERC information. Supplier manual updates are issued quarterly.

A summary of the changes and instructions for updating the manual is included. When updating the manual:

- Compare the new page numbers with the existing page numbers to ensure that you replace the correct pages for each chapter.
- Compare the revision date at the bottom of the updated pages to make sure you insert the most current update. Pages included with the updates may be identical in content and revision date to the page you are replacing – this is because it has not been revised, but is on the reverse side of a page that has changed. (**NOTE:** The revision date for updates to Chapter 9, Local Medical Review Policies (LMRPs) and Chapter 10, Coverage Issues, is at the end of each policy and not at the bottom of the page.)
- Take out the old pages and replace with the updated pages. Make a final comparison of the page numbers, then discard or retain the old pages.

**REMINDER:** Please be sure to read the *DMERC Dialogue*, the Region D newsletter, for additional information. The *DMERC Region D Supplier Manual* and *DMERC Dialogue* are available on our Web site at www.cignamedicare.com (select Durable Medical Equipment). Also, visit "What's New" on the Web site for special notices concerning changes in regulations issued between publication releases. To receive automatic notification via e-mail of the posting of LMRPs, publications and other important Medicare announcements, subscribe to the CIGNA Medicare electronic mailing list at www.cignamedicare.com/mailer/subscribe.asp.



Connecticut General Life Insurance Company Part B & DME Contracted Carrier for the Centers for Medicare & Medicaid Services.   *CENTERS for MEDICARE & MEDICAID SERVICES*

─────────────────────────────────────────────── *Chapter 16*

# Table 1 - Crosswalk Deleted Codes (Multiple)

**The table below lists codes (not all-inclusive) that have been deleted and replaced twice.**

| Codes | Deleted as of | First Replacement | Dates Beginning | Valid Ended | Replacement | Second Dates Valid |
|---|---|---|---|---|---|---|
| A4190 | 03/31/1994 | K0257-K0259 | 04/01/1994 | 12/31/1996 | A6257-A6259 | 01/01/1997 |
| A4200 | 03/31/1994 | K0216-K0230 | 04/01/1994 | 12/31/1996 | A6216-A6230 | 01/01/1997 |
|  |  | K0216-K0218 | 01/01/1996 | 12/31/1996 | A6219-A6218 | 01/01/1997 |
|  |  | K0402-K0404 | 01/01/1996 | 12/31/1996 | A6402-A6404 | 01/01/1997 |
| A4202 | 03/31/1994 | K0263 | 04/01/1994 | 12/31/1996 | A6263 | 01/01/1997 |
|  |  | K0263 | 01/01/1996 | 12/31/1996 | A6263 | 01/01/1997 |
|  |  | K0405 | 01/01/1996 | 12/31/1996 | A6405 | 01/01/1997 |
| A4203 | 03/31/1994 | K0264 | 04/01/1994 | 12/31/1996 | A6264 | 01/01/1997 |
|  |  | K0264 | 01/01/1996 | 12/31/1996 | A6264 | 01/01/1997 |
|  |  | K0406 | 01/01/1996 | 12/31/1996 | A6406 | 01/01/1997 |
| A4347 | 09/30/1994 | K0132 | 10/01/1994 | 09/30/1995 | K0410-K0411 | 10/01/1995 |
| A4363 | 09/30/1993 | K0137 | 10/01/1993 | 12/31/1999 | A4369 | 01/01/2000 |
|  |  | K0138 | 10/01/1993 | 12/31/1999 | A4370 | 01/01/2000 |
|  |  | K0139 | 10/01/1993 | 12/31/1999 | A4371 | 01/01/2000 |
| A4370 | 03/31/2002 | K0561 or K0562 | 04/01/2002 | 12/31/2002 | A4405 or A4406 | 01/01/2003 |
| A4454 | 03/31/1994 | K0265 | 04/01/1994 | 12/31/1996 | A6265 | 01/01/1997 |
| A4800 | 12/31/2001 | A4801 | 01/01/2002 | 12/31/2002 | J1644 |  |
| A5064 | 09/30/1996 | K0419 | 10/01/1996 | 12/31/1999 | A4375 | 01/01/2000 |
|  | 09/30/1996 | K0420 | 10/01/1996 | 12/31/1999 | A4376 | 01/01/2000 |
| A5065 | 09/30/1996 | K0421 | 10/01/1996 | 12/31/1999 | A4377 | 01/01/2000 |
|  | 09/30/1996 | K0422 | 10/01/1996 | 12/31/1999 | A4378 | 01/01/2000 |
| A5074 | 09/30/1996 | K0423 | 10/01/1996 | 12/31/1999 | A4379 | 01/01/2000 |
|  | 09/30/1996 | K0424 | 10/01/1996 | 12/31/1999 | A4380 | 01/01/2000 |
| A5075 | 09/30/1996 | K0425 | 10/01/1996 | 12/31/1999 | A4381 | 01/01/2000 |
|  | 09/30/1996 | K0426 | 10/01/1996 | 12/31/1999 | A4382 | 01/01/2000 |
|  | 09/30/1996 | K0427 | 10/01/1996 | 12/31/1999 | A4383 | 01/01/2000 |
| A5123 | 03/31/2002 | K0570 or K0571 | 04/01/2002 | 12/31/2002 | A4414 or A4415 | 01/01/2003 |
| A6265 | 03/31/2002 | K0572 or K0573 | 04/01/2002 | 12/31/2002 | A4450 or A4452 | 01/01/2003 |
| J7610 | 03/31/1997 | K0503 | 04/01/1997 | 12/31/1999 | J7608 | 01/01/2000 |
| J7615 | 03/31/1997 | K0503 | 04/01/1997 | 12/31/1999 | J7608 | 01/01/2000 |
| J7620 | 03/31/1997 | K0505 | 04/01/1997 | 12/31/1999 | J7619 | 01/01/2000 |
| J7625 | 03/31/1997 | K0504 | 04/01/1997 | 12/31/1999 | J7618 | 01/01/2000 |
| J7627 | 03/31/1997 | K0508-K0509 | 04/01/1997 | 12/31/1999 | J7628-J7629 | 01/01/2000 |
| J7630 | 03/31/1997 | K0511 | 04/01/1997 | 12/31/1999 | J7631 | 01/01/2000 |
| J7645 | 03/31/1997 | K0518 | 04/01/1997 | 12/31/1999 | J7644 | 01/01/2000 |
| J7650 | 03/31/1997 | K0520 | 04/01/1997 | 12/31/1999 | J7649 | 01/01/2000 |
| J7651 | 03/31/1997 | K0520 | 04/01/1997 | 12/31/1999 | J7649 | 01/01/2000 |
| J7652 | 03/31/1997 | K0520 | 04/01/1997 | 12/31/1999 | J7649 | 01/01/2000 |
| J7653 | 03/31/1997 | K0520 | 04/01/1997 | 12/31/1999 | J7649 | 01/01/2000 |
| J7654 | 03/31/1997 | K0520 | 04/01/1997 | 12/31/1999 | J7649 | 01/01/2000 |
| J7655 | 03/31/1997 | K0519 | 04/01/1997 | 12/31/1999 | J7648 | 01/01/2000 |
| J7660 | 03/31/1997 | K0521-K0522 | 04/01/1997 | 12/31/1999 | J7658-J7659 | 01/01/2000 |
| J7665 | 03/31/1997 | K0521-K0522 | 04/01/1997 | 12/31/1999 | J7658-J7659 | 01/01/2000 |
| J7670 | 03/31/1997 | K0524 | 04/01/1997 | 12/31/1999 | J7669 | 01/01/2000 |
| J7672 | 03/31/1997 | K0524 | 04/01/1997 | 12/31/1999 | J7669 | 01/01/2000 |

## Chapter 16

| Codes | Deleted as of | First Replacement | Dates Beginning | Valid Ended | Replacement | Second Dates Valid |
|---|---|---|---|---|---|---|
| J7675 | 03/31/1997 | K0523 | 04/01/1997 | 12/31/1999 | J7668 | 01/01/2000 |
| K0132 | 09/30/1995 | K0410-K0411 | 10/01/1995 | 12/31/2000 | A4324-A4325 | 01/01/2001 |
| K0148 | 03/31/1994 | K0242-K0249 | 04/01/1994 | 12/31/1996 | A6224-A6243 | 01/01/1997 |
| K0149 | 03/31/1994 | K0234-K0241 | 04/01/1994 | 12/31/1996 | A6209-A6215 | 01/01/1997 |
| K0150 | 03/31/1994 | K0196-K0199 | 04/01/1994 | 12/31/1996 | A6196-A619 | 01/01/1997 |
| K0151 | 03/31/1994 | K0209-K0215 | 04/01/1994 | 12/31/1996 | A6209-A6215 | 01/01/1997 |
| K0153 | 03/31/1994 | K0203-K0205 | 04/01/1994 | 12/31/1996 | A6203-A6205 | 01/01/1997 |
| K0282 | 12/31/1994 | K0182 | 01/01/1995 | 12/31/2000 | A7018 | 01/01/2001 |
| *L7500 | 12/31/1994 | **K0285 | 01/01/1995 | 12/31/1996 | **L7520 | 01/01/1997 |
| XX006 | 09/30/1996 | K0438 | 10/01/1996 | 12/31/1999 | A4394 | 01/01/2000 |
|  | 09/30/1996 | K0439 | 10/01/1996 | 12/31/1999 | A4395 | 01/01/2000 |

* = 1 hour ** = 15 min.

―――― *Chapter 16*

| Code | Description | Category | CMN/DIF Required |
|---|---|---|---|
| J7130 | Hypertonic saline solution, 50 or 100 meq, 20 cc vial | | |
| J7140 | Prescription drug, oral, dispensed in physician's office (Deleted eff. 12/31/1996) | | |
| J7150 | Prescription drug, oral chemotherapy for malignant disease (Deleted eff. 12/31/1996) | | |
| J7190 | Factor VIII (antihemophilic factor, human) per I.U. | | |
| J7191 | Factor VIII (antihemophilic factor (porcine), per I.U. | | |
| J7192 | Factor VIII (antihemophilic factor, recombinant) per I.U. | | |
| J7193 | Factor IX (antihemophilic factor, purified, non-recombinant) per I.U. (Eff. Date 1/1/2002) | | |
| J7194 | Factor IX, complex, per I.U.. | | |
| J7195 | Factor IX (antihemophilic factor, recombinant) per I.U. (Eff. Date 1/1/2002) | | |
| J7196 | Other hemophilia clotting factors, (e.g., anti-inhibitors), per I.U. (Deleted eff. 12/31/1999) | 14 | |
| J7197 | Antithrombin III (human), per I.U. | | |
| J7198 | Anti-inhibitor, per I.U. (Eff. Date 1/1/2000) | | |
| J7199 | Hemophilia clotting factor, not otherwise classified (Eff. Date 1/1/2000) | | |
| J7300 | Intrauterine copper contraceptive | | |
| J7302 | Levonorgestrel-releasing intrauterine contraceptive system, 52 mg (Eff. Date 1/1/2002) | | |
| J7308 | Aminolevulinic acid HCL for topical administration, 20%, single unit dosage form (354 mg) (Eff. Date 1/1/2002) | | |
| J7310 | Ganciclovir, 4.5 mg, long-acting implant | | |
| J7315 | Sodium hyaluronate, 20 mg, for intra articular injection (Deleted eff. 12/31/2001) | | |
| J7316 | Sodium hyaluronate, 5 mg for intra-articular injection (Deleted eff. 12/31/2002) | | |
| J7317 | Sodium hyaluronate, 20-25 mg dose for intra-articular injection (Eff. Date 1/1/2003) | | |
| J7320 | Hylan g-f 20, 16 mg, for intra articular injection | | |
| J7340 | Dermal and epidermal, tissue of human origin, with or without bioengineered or processed elements, with metabolically active elements, per square centimeter (Eff. Date 1/1/2002) | | |
| J7500 | Azathioprine, oral, 50 mg | 10 | 08.02 |
| J7501 | Azathioprine, parenteral, 100 mg | 10 | 08.02 |
| J7502 | Cyclosporine, oral, 100 mg (Eff. Date 1/1/2000) | 10 | 08.02 |
| J7503 | Cyclosporine, parenteral, per 50 mg (Deleted eff. 12/31/1999) | | 08.02 |
| J7504 | Lymphocyte immune globulin, antithymocyte globulin, equine, parenteral, 250 mg | 10 | 08.02 |
| J7505 | Muromonab-cd3, parenteral, 5 mg | 10 | 08.02 |
| J7506 | Prednisone, oral, per 5mg | 10 | 08.02 |
| J7507 | Tacrolimus, oral, per 1 mg | 10 | 08.02 |
| J7508 | Tacrolimus, oral, per 5 mg | 10 | 08.02 |
| J7509 | Methylprednisolone oral, per 4 mg | 10 | 08.02 |
| J7510 | Prednisolone oral, per 5 mg | 10 | 08.02 |
| J7511 | Lymphocyte immune globulin, antithymocyte globulin, rabbit, parenteral 25 mg (Eff. Date 1/1/2002) | | |
| J7513 | Daclizumab, parenteral, 25 mg | 10 | 08.02 |
| J7515 | Cyclosporine, oral, 25 mg (Eff. Date 1/1/2000) | 10 | 08.02 |
| J7516 | Cyclosporin, parenteral, 250 mg (Eff. Date 1/1/2000) | 10 | 08.02 |
| J7517 | Mycophenolate mofetil, oral, 250 mg (Eff. Date 1/1/2000) | 10 | 08.02 |
| J7520 | Sirolimus, oral, 1 mg (Eff. Date 1/1/2001) | | |

Payment Category
1 = Capped Rental                          6 = Oxygen and Oxygen Equipment          11 = Ostomy, Trach., & Urologicals     16 = Therapeutic Shoes for Diabetics
2 = Freq. & Substantial Serv. DME          7 = Parenteral/Enteral Nutrients          12 = Surgical Dressings                17 = Individual Consideration
3 = Customized DMEPOS                      8 = Parenteral/Enteral Supplies and Kits  13 = Supplies                          18 = Epoetin (EPO)
4 = Prosthetics/Orthotics                  9 = Parenteral/Enteral Pumps              14 = Not Otherwise Classified (NOC)    19 = Dialysis Supplies & Equipment
5 = Inexp. & Routinely Purch. DME          10 = Immunosuppressive Drugs              15 = Nebulizer Drugs                   20 = Oral Antiemetic Drugs

# Chapter 16

| Code | Description | Category | CMN/DIF Required |
|---|---|---|---|
| J7525 | Tacrolimus, parenteral, 5 mg (Eff. Date 1/1/2001) | | |
| J7599 | Immunosuppressive drug, not otherwise classified | 10 | 08.02 |
| J7608 | Acetylcysteine, inhalation solution administered through DME, unit dose form, per gram (Eff. Date 1/1/2000) | 15 | |
| J7610 | Acetylcysteine, 10%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7615 | Acetylcysteine, 20%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7618 | Albuterol, all formulations including separated isomers, inhalation solution administered through DME, concentrated form, per 1 mg (albuterol) or per 0.5 mg (levalbuterol) (Eff. Date 1/1/2000) | 15 | |
| J7619 | Albuterol, all formulations including separated isomers, inhalation solution administered through DME, unit dose, per 1 mg (albuterol) or per 0.5 mg (levalbuterol) (Eff. Date 1/1/2000) | 15 | |
| J7620 | Albuterol sulfate, 0.083%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7622 | Beclomethasone, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2002) | | |
| J7624 | Betamethasone, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2002) | | |
| J7625 | Albuterol sulfate, 0.5%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7626 | Budesonide inhalation solution, administered through DME, unit dose form 0.25 to 0.50 mg (Eff. Date 1/1/2002) | | |
| J7627 | Bitolterol mesylate, 0.2%, per 10 ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7628 | Bitolterol mesylate, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7629 | Bitolterol mesylate, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7630 | Cromolyn sodium, per 20 mg, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7631 | Cromolyn sodium, inhalation solution administered through DME, unit dose form, per 10 milligrams (Eff. Date 1/1/2000) | 15 | |
| J7633 | Budesonide, inhalation solution administered through DME, concentrated form, per 0.25 milligram (Eff. Date 1/1/2003) | | |
| J7635 | Atropine, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7636 | Atropine, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7637 | Dexamethasone, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7638 | Dexamethasone, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7639 | Dornase alpha, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7640 | Epinephrine, 2.25%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7641 | Flunisolide, inhalation solution, administered through DME, unit dose, per milligram (Eff. Date 1/1/2002) | | |
| J7642 | Glycopyrrolate, inhalation solution administered through DME, concentrated | 15 | |

---

Payment Category
1 = Capped Rental
2 = Freq. & Substantial Serv. DME
3 = Customized DMEPOS
4 = Prosthetics/Orthotics
5 = Inexp. & Routinely Purch. DME
6 = Oxygen and Oxygen Equipment
7 = Parenteral/Enteral Nutrients
8 = Parenteral/Enteral Supplies and Kits
9 = Parenteral/Enteral Pumps
10 = Immunosuppressive Drugs
11 = Ostomy, Trach., & Urologicals
12 = Surgical Dressings
13 = Supplies
14 = Not Otherwise Classified (NOC)
15 = Nebulizer Drugs
16 = Therapeutic Shoes for Diabetics
17 = Individual Consideration
18 = Epoetin (EPO)
19 = Dialysis Supplies & Equipment
20 = Oral Antiemetic Drugs

*Chapter 16*

| Code | Description | Category | CMN/DIF Required |
|------|-------------|----------|------------------|
| | form, per milligram (Eff. Date 1/1/2000) | | |
| J7643 | Glycopyrrolate, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7644 | Ipratropium bromide, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7645 | Ipratropium bromide 0.02%, per ml, inhalation solution administered through a DME (Deleted eff. 12/31/2000) | | |
| J7648 | Isoetharine HCL, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7649 | Isoetharine HCL, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7650 | Isoetharine hydrochloride, 0.1%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7651 | Isoetharine hydrochloride, 0.125%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7652 | Isoetharine hydrochloride, 0.167%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7653 | Isoetharine hydrochloride, 0.2%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7654 | Isoetharine hydrochloride, 0.25%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7655 | Isoetharine hydrochloride, 1.0%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7658 | Isoproterenol HCL, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7659 | Isoproterenol HCL, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7660 | Isoproterenol hydrochloride, 0.5%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7665 | Isoproterenol hydrochloride, 1.0%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7668 | Metaproterenol sulfate, inhalation solution administered through DME, concentrated form, per 10 milligrams (Eff. Date 1/1/2000) | 15 | |
| J7669 | Metaproterenol sulfate, inhalation solution administered through DME, unit dose form, per 10 milligrams (Eff. Date 1/1/2000) | 15 | |
| J7670 | Metaproterenol sulfate, 0.4%, per 2.5 ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7672 | Metaproterenol sulfate, 0.6%, per 2.5 ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7675 | Metaproterenol sulfate, 5.0%, per ml, inhalation solution administered through DME (Deleted eff. 12/31/2000) | | |
| J7680 | Terbutaline sulfate, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7681 | Terbutaline sulfate, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7682 | Tobramycin, unit dose form, 300 mg, inhalation solution, administered through DME (Eff. Date 1/1/2000) | 15 | |
| J7683 | Triamcinolone, inhalation solution administered through DME, concentrated form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7684 | Triamcinolone, inhalation solution administered through DME, unit dose form, per milligram (Eff. Date 1/1/2000) | 15 | |
| J7699 | NOC drugs, inhalation solution administered through DME | 15 | |

Payment Category
1 = Capped Rental
2 = Freq. & Substantial Serv. DME
3 = Customized DMEPOS
4 = Prosthetics/Orthotics
5 = Inexp. & Routinely Purch. DME
6 = Oxygen and Oxygen Equipment
7 = Parenteral/Enteral Nutrients
8 = Parenteral/Enteral Supplies and Kits
9 = Parenteral/Enteral Pumps
10 = Immunosuppressive Drugs
11 = Ostomy, Trach., & Urologicals
12 = Surgical Dressings
13 = Supplies
14 = Not Otherwise Classified (NOC)
15 = Nebulizer Drugs
16 = Therapeutic Shoes for Diabetics
17 = Individual Consideration
18 = Epoetin (EPO)
19 = Dialysis Supplies & Equipment
20 = Oral Antiemetic Drugs

*Chapter 16*

| Code | Description | Category | CMN/DIF Required |
|---|---|---|---|
| K0412 | Mycophenolate mofetil, oral, 250 mg (Deleted eff. 12/31/1999) | 10 | |
| K0413 | Non-powered, advanced pressure-reducing overlay for mattress, standard mattress length and width (Deleted eff. 12/31/1997) | 01 | |
| K0414 | Powered air overlay for mattress, standard mattress length and width (Deleted eff. 12/31/1997) | 01 | |
| K0415 | Prescription anti-emetic drug, oral, per 1 mg, for use in conjunction with oral anti-cancer drug, not otherwise specified | | |
| K0416 | Prescription anti-emetic drug, rectal, per 1 mg, for use in conjunction with oral anti-cancer drug, not otherwise specified | | |
| K0417 | External infusion pump, mechanical, reusable, for short term drug infusion (Deleted eff. 12/31/1999) | 05 | |
| K0418 | Cyclosporin, oral, per 100 mg (Deleted eff. 12/31/1999) | 10 | |
| K0419 | Pouch, drainable, with faceplate attached, plastic, each (Deleted eff. 12/31/1999) | 11 | |
| K0420 | Pouch, drainable, with faceplate attached, rubber, each (Deleted eff. 12/31/1999) | 11 | |
| K0421 | Pouch, drainable, for use on faceplate, plastic, each (Deleted eff. 12/31/1999) | 11 | |
| K0422 | Pouch, drainable, for use on faceplate, rubber, each (Deleted eff. 12/31/1999) | 11 | |
| K0423 | Pouch, urinary, with faceplate attached, plastic, each (Deleted eff. 12/31/1999) | 11 | |
| K0424 | Pouch, urinary, with faceplate attached, rubber, each (Deleted eff. 12/31/1999) | 11 | |
| K0425 | Pouch, urinary, for use on faceplate, plastic, each (Deleted eff. 12/31/1999) | 11 | |
| K0426 | Pouch, urinary, for use on faceplate, heavy plastic, each (Deleted eff. 12/31/1999) | 11 | |
| K0427 | Pouch, urinary, for use on faceplate, rubber, each (Deleted eff. 12/31/1999) | 11 | |
| K0428 | Ostomy faceplate equivalent, silicone ring, each (Deleted eff. 12/31/1999) | 11 | |
| K0429 | Skin barrier, solid 4x4 or equivalent, extended wear, without built-in convexity, each (Deleted eff. 12/31/1999) | 11 | |
| K0430 | Skin barrier, with flange (solid, flexible or accordion), extended wear, without built-in convexity, any size, each (Deleted eff. 12/31/1999) | 11 | |
| K0431 | Pouch, closed; with standard wear barrier attached, with built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0432 | Pouch, drainable, with extended wear barrier attached, without built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0433 | Pouch, drainable, with standard wear barrier attached, with built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0434 | Pouch, drainable, with extended wear barrier attached, with built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0435 | Pouch, urinary, with extended wear barrier attached, without built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0436 | Pouch, urinary, with standard wear barrier attached, with built-in convexity (1 piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0437 | Pouch, urinary, with extended wear barrier attached, with built-in convexity (1piece), each (Deleted eff. 12/31/1999) | 11 | |
| K0438 | Ostomy deodorant for use in ostomy pouch, liquid, per fluid ounce (Deleted eff. 12/31/1999) | 11 | |
| K0439 | Ostomy deodorant for use in ostomy pouch, solid, per tablet (Deleted eff. 12/31/1999) | 11 | |
| K0440 | Nasal prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0441 | Midfacial prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0442 | Orbital prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0443 | Upper facial prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0444 | Hemi-facial prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0445 | Auricular prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0446 | Partial facial prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |

Payment Category
1 = Capped Rental
2 = Freq. & Substantial Serv. DME
3 = Customized DMEPOS
4 = Prosthetics/Orthotics
5 = Inexp. & Routinely Purch. DME
6 = Oxygen and Oxygen Equipment
7 = Parenteral/Enteral Nutrients
8 = Parenteral/Enteral Supplies and Kits
9 = Parenteral/Enteral Pumps
10 = Immunosuppressive Drugs
11 = Ostomy, Trach., & Urologicals
12 = Surgical Dressings
13 = Supplies
14 = Not Otherwise Classified (NOC)
15 = Nebulizer Drugs
16 = Therapeutic Shoes for Diabetics
17 = Individual Consideration
18 = Epoetin (EPO)
19 = Dialysis Supplies & Equipment
20 = Oral Antiemetic Drugs

## Chapter 16

| Code | Description | Category | CMN/DIF Required |
|------|-------------|----------|------------------|
| K0447 | Nasal septal prosthesis - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0448 | Unspecified maxillofacial prosthesis, by report - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0449 | Repair or modification of maxillofacial prosthesis, labor component, 15 minute increments - provided by a non-physician (Deleted eff. 12/31/2000) | 04 | |
| K0450 | Adhesive, liquid, for use with facial prosthesis only, per ounce (Deleted eff. 12/31/2000) | 04 | |
| K0451 | Adhesive remover, wipes, for use with facial prosthesis, per box of 50 (Deleted eff. 12/31/2000) | 04 | |
| K0452 | Wheelchair bearings, any type | 05 | |
| K0453 | Injection, amphotericin b, 50 mg (Deleted eff. 12/31/1998) | | |
| K0454 | Non-powered, advanced pressure-reducing mattress (Deleted eff. 12/31/1997) | 01 | |
| K0455 | Infusion pump used for uninterrupted administration of epoprostenol | 02 | |
| K0456 | Hospital bed, heavy duty, extra wide, with any type side rails, with mattress | 01 | |
| K0457 | Extra wide/heavy duty commode chair, each (Deleted eff. 12/31/2000) | 05 | |
| K0458 | Heavy duty walker, without wheels, each | 05 | |
| K0459 | Heavy duty wheeled walker, each | 05 | |
| K0460 | Power add-on, to convert manual wheelchair to motorized wheelchair, joystick control | 01 | 02.03A |
| K0461 | Power add-on, to convert manual wheelchair to power operated vehicle, tiller control | 05 | 07.02B |
| K0462 | Temporary replacement for patient owned equipment being repaired, any type | 05 | |
| K0501 | Aerosol compressor, battery powered, for use with small volume nebulizer (Deleted eff. 12/31/2000) | 01 | |
| K0503 | Acetylcysteine, inhalation solution administered through DME, unit dose form, per gram (Deleted eff. 12/31/1999) | 15 | |
| K0504 | Albuterol, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0505 | Albuterol, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0506 | Atropine, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0507 | Atropine, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0508 | Bitolterol mesylate, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0509 | Bitolterol mesylate, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0511 | Cromolyn sodium, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0512 | Dexamethasone, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0513 | Dexamethasone, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0514 | Dornase alpha, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0515 | Glycopyrrolate, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0516 | Glycopyrrolate, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0518 | Ipratropium bromide, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |

Payment Category
1 = Capped Rental
2 = Freq. & Substantial Serv. DME
3 = Customized DMEPOS
4 = Prosthetics/Orthotics
5 = Inexp. & Routinely Purch. DME
6 = Oxygen and Oxygen Equipment
7 = Parenteral/Enteral Nutrients
8 = Parenteral/Enteral Supplies and Kits
9 = Parenteral/Enteral Pumps
10 = Immunosuppressive Drugs
11 = Ostomy, Trach., & Urologicals
12 = Surgical Dressings
13 = Supplies
14 = Not Otherwise Classified (NOC)
15 = Nebulizer Drugs
16 = Therapeutic Shoes for Diabetics
17 = Individual Consideration
18 = Epoetin (EPO)
19 = Dialysis Supplies & Equipment
20 = Oral Antiemetic Drugs

Chapter 16

| Code | Description | Category | CMN/DIF Required |
|---|---|---|---|
| K0519 | Isoetharine Hcl, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0520 | Isoetharine Hcl, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0521 | Isoproterenol Hcl, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0522 | Isoproterenol Hcl, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0523 | Metaproterenol sulfate, inhalation solution administered through DME, concentrated form, per 10 milligrams (Deleted eff. 12/31/1999) | 15 | |
| K0524 | Metaproterenol sulfate, inhalation solution administered through DME, unit dose form, per 10 milligrams (Deleted eff. 12/31/1999) | 15 | |
| K0525 | Terbutaline sulfate, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0526 | Terbutaline sulfate, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0527 | Triamcinolone, inhalation solution administered through DME, concentrated form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0528 | Triamcinolone, inhalation solution administered through DME, unit dose form, per milligram (Deleted eff. 12/31/1999) | 15 | |
| K0529 | Sterile water or sterile saline, 1000 ml, used with large volume nebulizer (Deleted eff. 12/31/2000) | 15 | |
| K0530 | Nebulizer, durable, glass, or autoclavable plastic, bottle type, not used with oxygen (Deleted eff. 12/31/1999) | 05 | |
| K0531 | Humidifier, heated, used with positive airway pressure device | 05 | |
| K0532 | Respiratory assist device, bi-level pressure capability, without backup rate feature, used with noninvasive interface, e.g., nasal or facial mask (intermittent assist device with continuous positive airway pressure device) | 01 | |
| K0533 | Respiratory assist device, bi-level pressure capability, with backup rate feature, used with noninvasive interface, e.g., nasal or facial mask (intermittent assist device with continuous positive airway pressure device) | 02 | |
| K0534 | Respiratory assist device, bi-level pressure capacity, with back up rate feature, used with invasive interface, e.g., tracheostomy tube (intermittent assist device with continuous positive airway pressure device) | 02 | |
| K0535 | Gauze, impregnated, hydrogel, for direct wound contact, pad size 16 sq. in. or less, without adhesive border, each dressing (Deleted eff. 12/31/2000) | 12 | |
| K0536 | Gauze, impregnated, hydrogel, for direct wound contact, pad size more than 16 sq. in. but less than or equal to 48 sq. in., without adhesive border, each dressing (Deleted eff. 12/31/2000) | 12 | |
| K0537 | Gauze, impregnated, hydrogel, for direct wound contact, pad size more than 48 sq. in., without adhesive border, each dressing (Deleted eff. 12/31/2000) | 12 | |
| K0538 | Negative pressure wound therapy electrical pump, stationary or portable (Eff. Date 1/1/2001) | 01 | |
| K0539 | Dressing set for negative pressure wound therapy electrical pump, stationary or portable, each (Eff. Date 1/1/2001) | 13 | |
| K0540 | Canister set for negative pressure wound therapy electrical pump, stationary or portable, each (Eff. Date 1/1/2001) | 13 | |
| K0541 | Speech generating device, digitized speech, using pre-recorded messages, less than or equal to 8 minutes recording time (Eff. Date 1/1/2001) | 05 | |
| K0542 | Speech generation device, digitized speech, using pre-recorded messages, greater than 8 minutes recording time (Eff. Date 1/1/2001) | 05 | |
| K0543 | Speech generative device, synthesized speech, requiring message formulation by spelling and access by physical contact with the device (Eff. Date 1/1/2001) | 05 | |

Payment Category
1 = Capped Rental
2 = Freq. & Substantial Serv. DME
3 = Customized DMEPOS
4 = Prosthetics/Orthotics
5 = Inexp. & Routinely Purch. DME
6 = Oxygen and Oxygen Equipment
7 = Parenteral/Enteral Nutrients
8 = Parenteral/Enteral Supplies and Kits
9 = Parenteral/Enteral Pumps
10 = Immunosuppressive Drugs
11 = Ostomy, Trach., & Urologicals
12 = Surgical Dressings
13 = Supplies
14 = Not Otherwise Classified (NOC)
15 = Nebulizer Drugs
16 = Therapeutic Shoes for Diabetics
17 = Individual Consideration
18 = Epoetin (EPO)
19 = Dialysis Supplies & Equipment
20 = Oral Antiemetic Drugs