# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | **MDL NO. 1456** |
| **THIS DOCUMENT RELATES TO:** | **Master File No.: 01-12257-PBS** <br> **Judge Patti B. Saris** |
| **THE CITY OF NEW YORK,** <br><br> Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.*, <br><br> Defendants. | **S.D.N.Y. Case No. 04-cv-06054** |
| **COUNTY OF ROCKLAND,** <br><br> Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.*, <br><br> Defendants. | **S.D.N.Y. Case No. 03-cv-7055** |
| **COUNTY OF WESTCHESTER,** <br><br> Plaintiff, <br><br> v. <br><br> **ABBOTT LABORATORIES, INC.,** *et al.*, <br><br> Defendants. | **S.D.N.Y. Case No. 03-cv-6178** |

**NOTICE OF WITHDRAWAL OF APPEARANCE (PRO HAC VICE) OF ROBYN M. HOLTZMAN**

TO THE CLERK OF THE ABOVE-NAMED COURT AND COUNSEL OF RECORD:

Please take notice of the withdrawal of appearance of Robyn M. Holtzman as counsel, pro hac vice, for Defendant ETHEX Corporation.  The undersigned attorneys will continue as counsel for ETHEX Corporation.

Dated:  August 3, 2007

>Respectfully submitted
>ETHEX CORPORATION
>
>By Its Attorneys
>
>/s/ Scott A. Birnbaum
>Scott A. Birnbaum (BBO # 543834)
>Birnbaum & Godkin, LLP
>280 Summer Street, 5th Floor
>Boston, MA  02210
>Tel: 617-307-6100
>Fax: 617-307-6101

*Pro hac vice:*

Robert S. Litt
Steven S. Diamond
Justin S. Antonipillai
Joseph M. Meadows
ARNOLD & PORTER, LLP
555 12th Street, N.W.
Washington, D.C.  20004
Tel: 202-942-5000

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Court's Case Management Order No. 2, by sending on August 3, 2007 copies to Lexis-Nexis for posting and notification to all parties.

>/s/ Scott A. Birnbaum