## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 3d day of August, 2007 caused to be served a true and correct copy of the Objections of Plaintiffs County of Erie, County of Oswego and County of Schenectady to the Court's July 26, 2007 Order of Reference for Alternative Dispute Resolution via the CM/ECF system.

      By:     /s/ Paul J. Pennock
                Paul J. Pennock
                WEITZ & LUXENBERG, P.C.
                180 Maiden Lane
                New York, NY 10038
                Phone: (212) 558-5500
                Fax: (212) 344-5461