UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) *State of California, ex rel. Ven-A-Care v.* ) *Abbott Laboratories Inc., et al.* ) **Case No. 03-cv-11226-PBS** ) ) | MDL No. 1456 Master File No. 01-12257-PBS Judge Patti B. Saris |

**STATUS REPORT BY THE STATE OF CALIFORNIA IN RESPONSE TO ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION**

In response to the Court's Order of Reference For Alternative Dispute Resolution (filed July 24, 2007), the State of California reports its compliance with the Court's instructions to contact Eric Greene, Esq. On August 6, 2007, counsel for California and Mr. Greene conducted a telephonic initial discussion regarding Mr. Greene's current and anticipated scheduling and availability, agreeing to set up a substantive meeting for early September based on Mr. Greene's mediation workload.

Dated: August 6, 2007          Respectfully submitted,

                               EDMUND G. BROWN JR.
                               Attorney General for the State of California

                               By:   /s/  *Nicholas N. Paul*
                                NICHOLAS N. PAUL
                               Supervising Deputy Attorney General
                               California Department of Justice
                               1455 Frazee Road, Suite 315
                               San Diego, California  92108
                               Tel:  (619) 688-6099
                               Fax:  (619) 688-4200

                               **Attorneys for Plaintiff**
                               **STATE OF CALIFORNIA**

1

2

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 6, 2007, a copy to Lexis-Nexis for posting and notification to all parties.

                                                /s/ *Nicholas N. Paul*
                                                NICHOLAS N. PAUL