# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) | MDL No. 1456 |
| ) | CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ) ) | Judge Patti B. Saris |
| TRACK 1 TRIAL ) ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

## SUPPLEMENTAL DECLARATION OF RAYMOND S. HARTMAN
## REVISED DAMAGES FOR TRACK 1 DEFENDANTS:  CLASSES 2 AND 3

1.     In light of the Court's August 3, 2007 ruling (Docket #4529), Plaintiffs' Counsel have requested that I file revisions to Tables 1 through 3.b. to reflect the use of simple instead of compound interest in the damage calculations.  These revisions are attached hereto.

　　　　　　　　　　　　　　　　　　　　 /s/ Raymond S. Hartman
　　　　　　　　　　　　　　　　　　　　Raymond S. Hartman
　　　　　　　　　　　　　　　　　　　　August 6, 2007

**Table 1: AZ Summary of Class 2 and 3 Damages Following the Saris Opinion (Massachusetts)**

**CLASS 2**

*Nominal Damages*

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Zoladex | $351,279 | $376,298 | $402,812 | $473,968 | $485,746 | $519,363 | $2,090,103 | $2,609,466 |
| **Total** | **$351,279** | **$376,298** | **$402,812** | **$473,968** | **$485,746** | **$519,363** | **$2,090,103** | **$2,609,466** |

*Damages with Prejudgment Interest (Simple Interest Through August 1, 2007)*

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Zoladex | $588,021 | $629,903 | $674,286 | $793,396 | $783,968 | $775,900 | $3,469,574 | $4,245,474 |
| **Total** | **$588,021** | **$629,903** | **$674,286** | **$793,396** | **$783,968** | **$775,900** | **$3,469,574** | **$4,245,474** |

**CLASS 3**

*Nominal Damages*

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Zoladex | $751,338 | $799,284 | $858,145 | $1,008,700 | $1,033,962 | $1,104,619 | $4,451,429 | $5,556,047 |
| **Total** | **$751,338** | **$799,284** | **$858,145** | **$1,008,700** | **$1,033,962** | **$1,104,619** | **$4,451,429** | **$5,556,047** |

*Damages with Prejudgment Interest (Simple Interest Through August 1, 2007)*

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Zoladex | $1,257,698 | $1,337,957 | $1,436,487 | $1,688,508 | $1,668,759 | $1,650,240 | $7,389,410 | $9,039,649 |
| **Total** | **$1,257,698** | **$1,337,957** | **$1,436,487** | **$1,688,508** | **$1,668,759** | **$1,650,240** | **$7,389,410** | **$9,039,649** |

**Table 2: BMS Summary of Class 2 and 3 Damages Following the Saris Opinion (Massachusetts)**

**CLASS 2**

**Nominal Damages**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Blenoxane | | | | | | | | |
| Cytoxan | $14,141 | $14,401 | $12,886 | $8,856 | $8,603 | $10,115 | $58,886 | $69,001 |
| Rubex | $275 | $191 | $371 | | $13 | | $850 | $850 |
| Taxol | | | | | $55,745 | $55,745 | $55,745 | $111,489 |
| Vepesid | $23,814 | $22,096 | | $11,565 | $14,834 | $13,199 | $72,308 | $85,508 |
| **Total** | **$38,230** | **$36,688** | **$13,256** | **$20,421** | **$79,194** | **$79,059** | **$187,789** | **$266,848** |

**Damages with Prejudgment Interest (Simple Interest Through August 1, 2007)**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Blenoxane | | | | | | | | |
| Cytoxan | $23,670 | $24,107 | $21,570 | $14,824 | $13,885 | $15,111 | $98,056 | $113,168 |
| Rubex | $460 | $320 | $621 | | $21 | | $1,422 | $1,422 |
| Taxol | | | | | $89,969 | $83,279 | $89,969 | $173,248 |
| Vepesid | $39,864 | $36,987 | | $19,359 | $23,941 | $19,719 | $120,150 | $139,869 |
| **Total** | **$63,994** | **$61,414** | **$22,191** | **$34,183** | **$127,816** | **$118,109** | **$309,597** | **$427,707** |

**CLASS 3**

**Nominal Damages**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 |
|---|---|---|---|---|---|---|---|
| Blenoxane | | | | | | | |
| Cytoxan | | | | | | | |
| Rubex | | | | | | | |
| Taxol | | | | $183,454 | | | $183,454 |
| Vepesid | | | | | | | |
| **Total** | | | | **$183,454** | | | **$183,454** |

**Damages with Prejudgment Interest (Simple Interest Through August 1, 2007)**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 |
|---|---|---|---|---|---|---|---|
| Blenoxane | | | | | | | |
| Cytoxan | | | | | | | |
| Rubex | | | | | | | |
| Taxol | | | | $307,093 | | | $307,093 |
| Vepesid | | | | | | | |
| **Total** | | | | **$307,093** | | | **$307,093** |

**Table 3.a: Warrick Summary of Class 2 Damages (Massachusetts) Based on the Difference Between Warrick's AWP and the "But-For" Median AWP**

**CLASS 2**

**Nominal Damages**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|
| Albuterol | $2,899 | $2,854 | | | | | $5,752 |
| **Total** | **$2,899** | **$2,854** | | | | | **$5,752** |

Damages with Prejudgment Interest (Simple Interest Through August 1, 2007)

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|
| Albuterol | $4,852 | $4,777 | | | | | $9,629 |
| **Total** | **$4,852** | **$4,777** | | | | | **$9,629** |

**Table 3.b: Warrick Summary of Class 2 Damages (Massachusetts) Based on the Difference Between the Median AWP and Warrick's ASP*1.3**

**CLASS 2**

**Nominal Damages**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|
| Albuterol | $377,040 | $457,798 | $481,185 | $390,317 | $352,546 | $229,962 | $2,288,848 |
| **Total** | **$377,040** | **$457,798** | **$481,185** | **$390,317** | **$352,546** | **$229,962** | **$2,288,848** |

**Damages with Prejudgment Interest (Simple Interest Through August 1, 2007)**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|---|
| Albuterol | $631,144 | $766,329 | $805,477 | $653,370 | $568,990 | $343,550 | $3,768,860 |
| **Total** | **$631,144** | **$766,329** | **$805,477** | **$653,370** | **$568,990** | **$343,550** | **$3,768,860** |

**CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE**
Docket No. MDL 1456

  I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on August 7, 2007, I caused copies of **SUPPLEMENTAL DECLARATION OF RAYMOND S. HARTMAN REVISED DAMAGES FOR TRACK 1 DEFENDANTS: CLASSES 2 AND 3** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

                 **/s/ Steve W. Berman**
                 Steve W. Berman