UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>CLASS 2 | Judge Patti B. Saris |

**WARRICK PHARMACEUTICALS CORPORATION'S
REPLY TO PLAINTIFFS' CONCESSION ON CAUSATION AND DAMAGES**

In a submission today, Plaintiffs have conceded that "Warrick's approach" resulting in zero damages "is correct in Medicare practice."  (*See* Pls.' Supplemental Mem. in Supp. of Track 1 Damages Submission at 1 (Dkt. # 4603).)  Consistent with this concession, Plaintiffs submit charts showing "nominal" damages as determined under this Court's opinion of zero dollars and "treble" damages in accordance of this Court's opinion of zero dollars.  *Id.* at 2-3.  As a result, the only issue remaining is whether this Court will entertain Plaintiffs' effective request for reconsideration and retrial of the Courts' rulings on but-for causation and the measure of damages.  For the reasons stated in Warrick's damages submissions, there is no support for Plaintiffs' approach.  (*See* Warrick's Resp. Mem. Regarding Class 2 Damages at 8-11 (Dkt. # 4593).)

Accordingly, Warrick requests that this Court enter a determination in accordance with its Opinion of June 21, 2007 that there are no damages, and thus no but-for causation, and

ordering the dismissal of Warrick.  Such a determination will eliminate the need for a hearing on Warrick damages and any testimony on that subject from either Dr. Hartman or Dr. Addanki.

Respectfully submitted,

/s/ John T. Montgomery
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Daniel J. Bennett (BBO#663324)
Jobe G. Danganan (BBO #660446)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000
*Attorneys for Warrick Pharmaceuticals Corporation*

Dated:  August 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Daniel J. Bennett_____
Daniel J. Bennett