## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| TRACK 2 TRIAL | Judge Patti B. Saris |

## DECLARATION OF STEVE W. BERMAN IN SUPPORT OF CLASS PLAINTIFFS' RESPONSE TO AMGEN AND WATSON'S SUPPLEMENTAL OPPOSITION TO CLASS CERTIFICATION

I, Steve W. Berman, duly declare as follows:

1.      I am a partner of Hagens Berman Sobol Shapiro LLP, resident in its Seattle, Washington, office, and I am co-lead counsel for the plaintiffs in the above-captioned matter.  I submit this declaration in support of Class Plaintiffs' Response to Amgen and Watson's Supplemental Opposition to Class Certification.

2.      Attached hereto as Exhibit 1 is a chart showing Amgen Track 2 Nationwide Coverage.  **(Filed Under Seal.)**

3.      Attached hereto as Exhibit 2 are true and correct copies of the claims data supporting the chart in Exhibit 1.  **(Filed Under Seal.)**

4.      Attached hereto as Exhibit 3 is a true and correct copy of Sheet Metals' payment made in mid-2004 for Epogen (SMWMASS00865-67).  **(File Under Seal.)**

5.      Attached hereto as Exhibit 4 is a true and correct copy of Sheet Metals' payment made in 2003 for Aranesp (SMWMASS 000572-75).  **(Filed Under Seal.)**

6.      Attached hereto as Exhibit 5 is a true and correct copy of Sheet Metals' payment for Dethamethasone Sodium in 2003. **(Filed Under Seal.)**

7.      Attached hereto as Exhibit 6 is a true and correct copy of an Amgen document entitled "Medicare Payment and Coding Changes for 2004" (AM01505851).  **(Filed Under Seal.)**

Executed this 8th day of August, 2007.


_____
**/s/ Steve W. Berman**
STEVE W. BERMAN

001534-16 189046 V1

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF STEVE W. BERMAN IN SUPPORT OF CLASS PLAINTIFFS' RESPONSE TO AMGEN AND WATSON'S SUPPLEMENTAL OPPOSITION TO CLASS CERTIFICATION**, to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 8, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

001534-16  189046 V1