UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS _____ | MDL No. 1456 Civil Action No. 01-12257-PBS Judge Patti B. Saris Magistrate Judge Marianne B. Bowler |

### UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME UNTIL AUGUST 16, 2007

The United States of America, through undersigned counsel, respectfully files this Unopposed Motion for an enlargement of time until August 16, 2007 to file objections pursuant to Fed.R.Civ. Pro. 72(a) and Rule 2(b) of the Rules for the United States Magistrates in the United States District Court for the District of Massachusetts, with respect to the July 19, 2007 Order (Docket Number 4483) entered in this matter.  In support, the United States provides the following.

1. On July 19, 2007, this Court entered an order regarding various discovery issues. Pursuant to Rule 72, any objections to the order were due within 10 days, on or before August 2, 2007.  An extension of that deadline is permissible. *Kruger v. Apfel*, 214 F.3d 784 (7th Cir. 2000).  On August 1, the United States filed a motion to extend that deadline through August 9, 2007. (Docket 4527)  The additional time is again needed due to the complexity of the motions disposed of by the Order, and because of undersigned counsel's previously scheduled matters.

2. The undersigned Assistant U.S. Attorney contacted Jason Winchester, Esq., and Brian Murray, counsel for defendant Abbott Laboratories Inc. and third parties Hospira, Inc. and TAP Pharmaceuticals. Inc.  Mr. Winchester and Mr. Murray indicated they did not object to this request for additional time.

1

For the above reasons, the United States respectfully requests that this motion be granted.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | _____<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Civil Division<br>Commercial Litigation Branch |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Phone: (202) 307-1088 |
| /s/ Mark Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for<br> the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | Fax: (202) 307-3852 |

For the Relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ _____
James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel:  (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com
Email: alisonwsimon@breenlaw.com

Dated:    August 9, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME UNTIL AUGUST 16, 2007 to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date August 9, 2007

                                                                     /s/ Mark Lavine
                                                                         Mark Lavine