**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06-CV-11337-PBS ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

# EXHIBIT A
## to

**RELATOR'S OBJECTIONS TO THE JULY 19, 2007 ORDER BY THE MAGISTRATE ON RELATOR'S MOTION TO COMPEL ABBOTT LABORATORIES TO PRODUCE OR CONSENT TO ACCESS TO AND SHARING OF ALL DISCOVERY PRODUCED BY ABBOTT IN OTHER FALSE PRICE LITIGATION <u>AND MEMORANDUM OF LAW IN SUPPORT OF OBJECTIONS</u>**

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


CITIZENS FOR CONSUME, et al     .   CIVIL ACTION NO. 01-12257-PBS
        Plaintiffs              .
                                .
        V.                      .   BOSTON, MASSACHUSETTS
                                .   MAY 16, 2007
ABBOTT LABORATORIES, et al      .
        Defendants              .
. . . . . . . . . . . . . . . . .

                    TRANSCRIPT OF MOTION HEARING
            BEFORE THE HONORABLE MARIANNE B. BOWLER
                UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the United States:     Rene Brooker, Esquire
                           Justin Draycott, Esquire
                           United States Department of Justice
                           601 D Street, NW
                           Patrick Henry Building, Room 9028
                           Washington, DC  20004
                           202-307-1088

For Ven-A-Care:            James J. Breen, Esquire
                           The Breen Law Firm, P.A.
                           3562 Old Milton Parkway
                           Alpharetta, GA 30005
                           770-740-0008

For Abbott Laboratories:   James Daly, Esquire
                           Jason Winchester, Esquire
                           Jones Day Reavis & Pogue
                           77 West Wacker Drive
                           Chicago, IL  60601-1692
                           312-782-3939

Court Reporter:

Proceedings recorded by digital sound recording, transcript
produced by transcription service.
```

*MARYANN V. YOUNG*
Certified Court Transcriber
240 Chestnut Street
Wrentham, Massachusetts 02093
(508) 384-2003

I - 12

1  mandamus Abbott's filed.  They filed four of them out there,
2  and we're slowly hitting this stuff now because we're taking
3  joint depositions, but the problem is I can't show the
4  government a lot of these documents that were actually in a
5  joint deposition and that's when the documents are provided or
6  until we get, until Abbott agrees to turn over a transcript and
7  there are still a lot of outstanding transcript issues.  All we
8  want with this discrete motion is to enforce CMO 5 and 10, and
9  let the United States and Ven-A-Care as government litigants in
10 this MDL get exactly what those orders say, and that is
11 anything Abbott has given to another government entity, be it
12 in an investigation or in litigation and those CMO's cover
13 both.  That's all we're asking.  The flip side of what Your
14 Honor has already ruled, which is we can share with those same
15 government parties, that's what your protective order says.  We
16 can share with those same government parties, and now, but it's
17 got to work both ways or you can't have the cooperation that's
18 intended by the Manual for Complex Litigation among common
19 litigants and there's no more common litigant than Ven-A-Care
20 who is in all these cases.
21         Thank you, Judge.
22         THE COURT:  Mr. Daly, or your colleague?
23         MR. WINCHESTER:  Actually, it's me, Judge, Jason
24 Winchester.
25         With respect, Judge, our view is that this motion

I - 13

1  completely dead in the water as a result primarily of the
2  proceedings before Judge Saris on February 27th.  Ms. Brooker is
3  correct the parties did appear before Judge Saris on that day
4  in conjunction with what was later entered as CMO 29 and the
5  plaintiffs for their own purposes on that day sort of jumped
6  the gun and raised this directly with Judge Saris.  This motion
7  asks you to direct that in this case where the government has
8  charged only four drugs, that they should be allowed and Abbott
9  should be forced to give them, every document that we've ever
10 produced in any other case, including in the Texas litigation
11 Mr. Breen referenced where there are 188 more MDCs at issue in
12 that case that are in issue here.  They raise that specific
13 point to Judge Saris.  We want everything from all the other
14 cases.  Please tell Abbott to give us everything from all the
15 other cases, and I'm happy to give the Court a transcript of
16 the February 27th proceedings, but Judge Saris says, and this is
17 at page 9, "You are not entitled to documents on any single
18 drug if you haven't charged it."  She goes on to state at page
19 15 that, "You cannot use this lawsuit as a fishing expedition
20 for 10 more drugs that you are interested in but have not
21 charged."  There are additional statements to this effect at
22 pages 16, 23, 24 and 25 of the transcript, and then on page 29
23 she states what I think is really the depth of this motion
24 before the Court, "I am not simply going to say you," the
25 government, "across the board are entitled to every document

I - 14

1  produced in every suit even if it involves drugs that have
2  nothing to do with yours."  There is nothing left of this
3  motion.  Judge Saris took this up directly and said you,
4  government, are not entitled to all those documents that Abbott
5  had to produce in other cases about other drugs that are not at
6  issue here because they are at issue in those other cases.
7  This case is four drugs, all from the hospital products
8  division, vancomycin, sodium chloride, dextrose and sterile
9  water.  That's it.  The government chose to bring that case and
10 to bring it much more narrowly than the one that Mr. Breen is
11 involved with in Texas or in other places where he is
12 litigating.
13       To the extent, Your Honor, that there's anything left
14 of this motion and there really isn't, we think that it's
15 properly before Judge Saris because as counsel I think
16 accurately stated, once Judge Saris made clear, okay, you're
17 not entitled to everything, you've only charge four drugs here,
18 Mr. Breen brought up this issue of well, Judge, even setting
19 that aside, I still think there are some documents that we've
20 got in the other cases from Abbott that DOJ should get here,
21 and Judge Saris set up a platform for having that aired, which
22 was codified in CMO 29.  She said, bring me your 100 best most
23 representative documents, show them to Abbott, the ones that
24 they agree should be produced they'll produce.  If you guys
25 can't agree on certain other, then bring them to me, and that