UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN re: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> ) <br> *United States of America, ex rel.* ) <br> *Ven-a-Care of the Florida Keys, Inc.,* ) <br> *v. Abbott Laboratories, Inc.,* ) <br> CIVIL ACTION NO. 06-CV-11337-PBS ) | MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris <br><br><br> Chief Magistrate Judge <br> Marianne B. Bowler |

**RELATOR'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT B TO
RELATOR'S OBJECTIONS TO JULY 19, 2007 ORDER
AND MEMORANDUM OF LAW IN SUPPORT OF OBJECTIONS**

The Relator, Ven-A-Care of the Florida Keys, Inc., ("the Relator"), on its behalf and for the benefit of the United States of America, through its undersigned counsel, respectfully files this Motion for Leave to File Exhibit B Under Seal relating to its Objections to July 19, 2007 Order by Magistrate on Relator's Motion to Compel Abbott Laboratories to Produce or Consent to Access to and Sharing of All Discovery Produced by Abbott in Other False Price Report Litigation and Memorandum of Law in Support of Objections.  The items to be filed are tables with descriptions of documents submitted for in camera review by this Court pursuant to Paragraph 7 of CMO 29 and as directed by the Court at hearing in this cause held on February 27, 2007, an excerpt from which is attached hereto as Exhibit A.

Respectfully submitted,

For the Relator, Ven-a-Care of the Florida Keys, Inc.,

**/s/ Alison W. Simon**
James. J. Breen
Alison W. Simon
The Breen Law Firm
3350 S.W. 148th Avenue, Suite 110
Miramar, FL 33027
Tel: (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com

Sherrie R. Savett
Susan Schneider Thomas
Gary L. Azorsky
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Jonathan Shapiro
Stern, Shapiro, Weissberg & Grain LLP
90 Canal Street
Boston, MA 02114-5800
Tel: (617) 742-5800
Fax: (617) 742-5858

Dated: August 9, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above Relator's' Motion to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: August 9, 2007

/s/ **Alison W. Simon**