**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN re: PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | Hon. Patti B. Saris |
| *United States of America, ex rel.* | ) | |
| *Ven-a-Care of the Florida Keys, Inc.,* | ) | |
| *v. Abbott Laboratories, Inc.*, | ) | Chief Magistrate Judge |
| CIVIL ACTION NO. 06-CV-11337-PBS | ) | Marianne B. Bowler |


# EXHIBIT A
## to

**RELATOR'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT B TO
RELATOR'S OBJECTIONS TO JULY 19, 2007 ORDER
<u>AND MEMORANDUM OF LAW IN SUPPORT OF OBJECTIONS</u>**

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS


In Re:                          )
PHARMACEUTICAL INDUSTRY         ) CA No. 01-12257-PBS
AVERAGE WHOLESALE PRICE         ) MDL No. 1456
LITIGATION                      ) Pages 1 - 49




                 MOTION HEARING

       BEFORE THE HONORABLE PATTI B. SARIS
          UNITED STATES DISTRICT JUDGE




                    United States District Court
                    1 Courthouse Way, Courtroom 19
                    Boston, Massachusetts
                    February 27, 2007, 10:10 a.m.
```

```
            LEE A. MARZILLI
         OFFICIAL COURT REPORTER
        United States District Court
        1 Courthouse Way, Room 3205
            Boston, MA  02210
              (617)345-6787
```

1  A P P E A R A N C E S:

2  For the Plaintiffs:

3      RENEE' BROOKER, ESQ. and GEJAA T. GOBENA, ESQ., United
   States Department of Justice, Civil Division, Commercial
4  Litigation, Fraud, 601 D Street, N.W., Washington, D.C.,
   20004.
5
       JAMES J. BREEN, ESQ., 3562 Old Milton Parkway,
6  Alpharetta, Georgia, 30005, for the Relator, Ven-A-Care of
   the Florida Keys.
7

8  For the Defendants:

9      JAMES R. DALY, ESQ., Jones Day,
   77 West Wacker, Chicago, Illinois, 60601-1692, for Abbott
10 Laboratories.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

514bf967-2d22-4082-baaa-b8173ddef2eb

Page 13

1  Otherwise you're going to submit them in camera to me or
2  Magistrate -- is Judge Bowler involved in this case?
3         MR. DALY:  Yes.
4         THE COURT:  And if you win on the fifty documents
5  apiece you choose, I'm just going to say "Produce the CD."
6  So, in other words, if you're not being reasonable about
7  this, you're just going to lose.  I'm not going to look at
8  millions of documents.
9         MR. BREEN:  And, your Honor, may I just add one
10 request?
11        THE COURT:  Yes.
12        MR. BREEN:  Because understand that these documents
13 are subject to the Texas protective order.  I can see them, I
14 can use them, but I cannot show them to my co- --
15        THE COURT:  I understand you can.
16        MR. BREEN:  But hold on, your Honor.  Mr. Daly has
17 got to consent to my showing them to your Honor in camera,
18 and I just need their consent.
19        MR. DALY:  I consent, your Honor.
20        MR. BREEN:  And I've asked that before and have not
21 gotten an answer yet.  That's the first time I got that
22 answer.
23        THE COURT:  And it may be, just out of respect to
24 the Texas court, you may need to sort of file some sort of
25 a --

514bf967-2d22-4082-baaa-b8173ddef2eb

Page 14

1    MR. BREEN: Not without his consent, Judge. And
2 that's the critical point. All he has to do is say
3 "I consent" and --
4    THE COURT: So he's consented. So what you need to
5 do is just -- I can't rule off the cuff on this. That's
6 going to be impossible. What you need to do is, you have
7 three categories you've very neatly, succinctly set out. You
8 show him representative documents from -- you've seen them --
9 from each of those categories by yourself as intervenor. You
10 try and confer and see what you can work out. If you can't,
11 come up with a timetable, briefing timetable, motion to
12 compel, response. You probably need to file it under seal,
13 right?
14    MR. DALY: I think that's probably appropriate,
15 Judge.
16    THE COURT: And I'll either refer it to
17 Judge Bowler or take it myself, likely refer to
18 Judge Bowler. And because neither Judge Bowler nor I with
19 all these cases have time to go through a million documents
20 apiece, I'll look at the representative ones; and if you win
21 most of them, I'll just say "Turn over the CD." If you only
22 win a small fraction and I think you're overreaching, I'm
23 just going to say "Denied." So it's in everybody's interest
24 to try and work this out. Take your best documents.
25    MR. BREEN: But, your Honor, we will do that