UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06-CV-11337-PBS ) ) ) ) | Chief Magistrate Judge Marianne B. Bowler |

**PROPOSED ORDER GRANTING RELATOR'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT B TO RELATOR'S OBJECTIONS TO JULY 19, 2007 ORDER AND MEMORANDUM OF LAW IN SUPPORT OF OBJECTIONS**

Upon consideration of the Relator's Motion for Leave to File Exhibit B Under Seal relating to its Objections to July 19, 2007 Order by Magistrate and Memorandum of Law in Support of Objections, it is hereby ORDERED that the motion is GRANTED. The Clerk of the Court shall file under seal documents submitted by the Relator, Ven-A-Care of the Florida Keys, Inc., to this Court for *In Camera* review pursuant to paragraph 7 of CMO 29.

_____
_____
Patti B. Saris
United States District Judge