# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION </br></br> THIS DOCUMENT RELATES TO </br> 01-CV-12257-PBS | ) </br> )  MDL No. 1456 </br> ) </br> )  Civil Action No. 01-CV-12257 PBS </br> ) </br> )  Judge Patti B. Saris </br> ) |

## TRACK 1 DEFENDANTS' MOTION FOR THE ENTRY OF JUDGMENT
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)

For the reasons set forth in the accompanying memorandum of law, the Track 1 defendants respectfully request that the Court (1) direct entry of final judgments in this matter with respect to the Track 1 defendants; and (2) make an express determination that there is no just cause for delay of any appeals, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. In addition, the Track 1 defendants also request that the Court stay the judgments pending resolution of the appeals. Proposed Findings and an Order, along with forms of judgment, are attached hereto as Exhibit A.

Dated: Boston, Massachusetts
       August 10, 2007

                                    Respectfully submitted,

                                    THE FOLLOWING TRACK 1 DEFENDANTS

                                    By: /s/ Katherine B. Schmeckpeper
                                    Nicholas C. Theodorou (BBO # 496730)
                                    Michael P. Boudett (BBO # 558757)
                                    Katherine B. Schmeckpeper (BBO # 663200)
                                    FOLEY HOAG LLP
                                    155 Seaport Boulevard
                                    Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

    Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

    Attorneys for the Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

    Attorneys for the Johnson & Johnson Defendants

John T. Montgomery (BBO #352220)
Steven A. Kaufman (BBO #262230)
Eric P. Christofferson (BBO #654087)
Ropes & Gray LLP
One International Place
Boston, MA 02110

    Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals Corp.

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that the Court has indicated that it intends to direct the entry of judgments as to the Track 1 defendants pursuant to Rule 54(b). Counsel for BMS and counsel for Plaintiffs have conferred regarding entry of judgment pursuant to Rule 54(b) and Plaintiffs take no position on the motion.

/s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on August 10, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Katherine B. Schmeckpeper
Katherine B. Schmeckpeper