## EXHIBIT B

**Third-Party Payor Filing Valid Requests for Exclusion from the GSK Settlement**

| Exclusion No. | Name |
| --- | --- |
| 1 | United States Fire Insurance Company |
| 2 | Crum and Forster Insurance Company |
| 3 | The North River Insurance Company |
| 4 | Crum & Forster Indemnity Company |
| 5 | Thermo Fisher Scientific |
| 6 | Haljohn San Antonio |
| 7 | Calhoun Apparel |
| 8 | Costco Wholesale |
| 9 | Office of the Attorney General |
| 10 | Seattle Pacific |
| 11 | RLI |
| 12 | Schaeffler Group USA Inc |

## EXHIBIT B

**Consumer Filing Valid Requests for Exclusion from the GSK Settlement**

[List to be provided under seal prior to Final Approval]