UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>TRACK 1 TRIAL - DAMAGES | MDL No. 1456<br><br>Civil Action No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY
MEMORANDUM REGARDING AN AWARD OF TREBLE DAMAGES
IN CONNECTION WITH THE CLASS 2/3 TRIAL**

Plaintiffs, by their undersigned attorneys, respectfully request leave to file to file a reply brief in support of an award of treble damages in connection with the Class 2/3 trial. As grounds for the foregoing, Plaintiffs state as follows:

1. Local Rule 7.1(b)(2) requires that additional papers, "whether in the form of a reply or otherwise, may be submitted only with leave of Court."

2. Plaintiffs believe that an expanded discussion of the standards for awarding multiple damages under Chapter 93A is necessary, as this is the first time in this litigation that the issue of multiple damages has arisen. Plaintiffs also believe that additional argument is warranted to rebut defendants' assertions that they acted in good faith and should, therefore, not be subject to multiple damages for intentional and knowing misconduct.

3. Plaintiffs' proposed Reply is attached as Exhibit A hereto. Plaintiffs have diligently limited their arguments solely to rebuttal of points raised in the BMS and AstraZeneca briefs.

4. Defendants do not oppose Plaintiffs' motion for leave to file a reply brief.

- 1 -

WHEREFORE Plaintiffs respectfully request that this Court grant Plaintiffs leave to file a reply memorandum regarding an award of treble damages in connection with the Class 2/3 Trial, and all other relief that this Court deems just and proper.

DATED:  August 13, 2007                    By      /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

        Kenneth A. Wexler
        Jennifer Fountain Connolly
        Wexler Toriseva Wallace LLP
        55 West Monroe Street, Suite 3300
        Chicago, IL  60603
        Telephone: (312) 346-2222
        Facsimile: (312) 346-0022

        Marc H. Edelson
        Edelson & Associates LLC
        45 West Court Street
        Doylestown, PA  18901
        Telephone: (215) 230-8043
        Facsimile: (215) 230-8735

        **CO-LEAD COUNSEL FOR**
        **PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM REGARDING AN AWARD OF TREBLE DAMAGES IN CONNECTION WITH THE CLASS 2/3 TRIAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 13, 2007, a copy to LexisNexis File and Serve for Posting and notification to all parties

By  /s/ Steve W. Berman
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292