UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| _____ | ) ) | |
| **THIS DOCUMENT RELATES TO:** | ) ) | Hon. Patti B. Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06–CV-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

# EXHIBIT L

## TO THE UNITED STATES' OBJECTIONS TO JULY 19, 2007 ORDER BY MAGISTRATE JUDGE BOWLER

In re:  Pharmaceutical Average Wholesale Price Litigation (2/27/2007), (Pages 18:22 to 19:7)

18

22        THE COURT:  Let me just say, in one of my many
23   other suits, I cut things off at **2003** because at that point
24   the Medicare Modernization Act came through, so that's where
25   I cut it off.  I don't know where the -- **that strikes me as a**

19

1   **reasonable cutoff, at least for the time being.**  That's when
2   the ASP came into play and the whole world knew about
3   inflated AWPs, or at least anyone who was part of this world
4   knew probably by 2001, but certainly by the time Congress
5   passed the statute, right, everybody knew?  So that would be
6   one compromise date, a couple of years after the ending of
7   your class.  I mean, some of this should just be worked out.

---

In re:  Pharmaceutical Average Wholesale Price Litigation (2/27/2007), (Pages 31:8 to 32:5)

31

8        THE COURT:  You are in a great position because
9   you've seen it all, so you actually know what's out there
10   rather than some hypothetical thing.  I've given you two
11   polar extremes:  an individual contract with an individual
12   doctor over X, Y, Z which may show a charge-back or a rebate
13   or something.  That seems too narrow and too specific.
14   Anything coming out of the sales and marketing team talking
15   about how you market stuff during the relevant time period
16   should be produced.  **And then the temporal scope should at**
17   **least be up to 2003 because that's when the MMA kicked in,**
18   **right? Is that right?**
19        MR. DALY:  **Yes.**
20        MR. BREEN:  Correct.  Well, that's when they passed
21   it.
22        THE COURT:  Right, and then they do 85 percent of
23   AWP, and everybody in the world knew AWP did not reflect cost
24   at that point.  That's actually not accurate, since I
25   actually saw some third-party payors here who still believed

32

1   it two years after the fact.  But any sophisticated market
2   player knew -- I'll added "sophisticated," and I put the
3   government in that category because they were part of it --
4   knew in 2003 there a was different situation.  And when did
5   you switch to ASP, 2004?