UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL
EXHIBITS TO ITS OBJECTIONS TO THE JULY 19, 2007 ORDER
BY MAGISTRATE JUDGE BOWLER**

The United States of America, through its undersigned counsel, respectfully moves the

Court for leave to file under seal Exhibits E, F, G, H, I, J, K, M, N, P, Q and R to the United

States' Objections to the July 19, 2007 Order by Magistrate Judge Bowler and states:

Exhibits  E, F, G, H, I, J, K, M, P, Q and R are documents produced by Abbott that

Abbott has designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL".   Exhibit N is a

document produced by a third-party that the third-party has designated "HIGHLY

CONFIDENTIAL".  Pursuant to paragraph 17 of the Protective Order entered on February 16,

2007 in this case (Dkt. No. 3804), any documents or pleadings to be filed with the Court that

contain "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information, shall be filed under

seal and a redacted version of the document shall be publicly filed, simultaneously.

The United States disagrees with the designation of some of these documents as

"CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" but is filing this motion as required by the

Protective Order in order to get this time sensitive matter before the Court.  In the alternative, the

United States seeks an order from the Court overruling the confidentiality designations and

allowing specified exhibits to the United States' Objections to the July 19, 2007 Order by Magistrate Judge Bowler to be filed publicly without redaction.

Wherefore, the United States respectfully requests that the Court grant leave to file the exhibits listed above under seal, or in the alternative, that the Court overrule the designations of the materials as "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" and order that the exhibits need not be filed under seal.

Respectfully submitted,

For the United States of America,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley
U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA  02210
Phone:  (617) 748-3272
Fax:  (617) 748-3971

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF
FLORIDA

/s/  Mark A. Lavine
Mark A. Lavine
Ana Maria Martinez
Ann St. Peter-Griffith
Special Attorneys for the Attorney
General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone: (305) 961-9003
Fax: (305) 536-4101


Dated: August 15, 2007

PETER D. KEISLER
ASSISTANT ATTORNEY GENERAL


/s/ Rebecca A. Ford
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Rebecca A. Ford
Gejaa T. Gobena
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-1088
Fax:  (202) 307-3852

For the relator, Ven-a-Care of the
Florida Keys, Inc.


James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL  33027
Phone:  (954) 874-1635
Fax:  (954) 874-1705

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO ITS OBJECTIONS TO THE JULY 19, 2007 ORDER BY MAGISTRATE JUDGE BOWLER** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

<u>/s/ Rebecca A. Ford</u>

Dated: August 15, 2007               Rebecca A. Ford