# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | MDL No. 1456 |
| LITIGATION | ) | |
| | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO | ) | Judge Patti B. Saris |
| | ) | |
| TRACK 1 TRIAL | ) | Chief Magistrate Judge Marianne B. Bowler |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## [CORRECTED] SUPPLEMENTAL DECLARATION
## OF RAYMOND S. HARTMAN
## REVISED DAMAGES FOR TRACK 1 DEFENDANTS:  CLASSES 2 AND 3

1.      In light of the Court's August 3, 2007 ruling (Docket #4529), Plaintiffs' Counsel have requested that I file revisions to Tables 1 through 3.b to reflect the use of simple instead of compound interest in the damage calculations.  These revisions are attached hereto.

 /s/ Raymond S. Hartman_____
Raymond S. Hartman
August 14, 2007

# Table 1: AZ Summary of Class 2 and 3 Damages Following the Saris Opinion (Massachusetts)

## CLASS 2

### Nominal Damages

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Zoladex | $351,279 | $376,298 | $402,812 | $473,968 | $485,746 | $519,363 | $2,090,103 | $2,609,466 |
| **Total** | **$351,279** | **$376,298** | **$402,812** | **$473,968** | **$485,746** | **$519,363** | **$2,090,103** | **$2,609,466** |

### Damages with Prejudgment Interest (Simple Interest Through August 1, 2007)

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Zoladex | $587,915 | $629,789 | $674,164 | $793,253 | $782,145 | $773,951 | $3,467,267 | $4,241,218 |
| **Total** | **$587,915** | **$629,789** | **$674,164** | **$793,253** | **$782,145** | **$773,951** | **$3,467,267** | **$4,241,218** |

## CLASS 3

### Nominal Damages

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Zoladex | $751,338 | $799,284 | $858,145 | $1,008,700 | $1,033,962 | $1,104,619 | $4,451,429 | $5,556,047 |
| **Total** | **$751,338** | **$799,284** | **$858,145** | **$1,008,700** | **$1,033,962** | **$1,104,619** | **$4,451,429** | **$5,556,047** |

### Damages with Prejudgment Interest (Simple Interest Through August 1, 2007)

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Zoladex | $1,257,472 | $1,337,717 | $1,436,229 | $1,688,204 | $1,664,878 | $1,646,093 | $7,384,499 | $9,030,592 |
| **Total** | **$1,257,472** | **$1,337,717** | **$1,436,229** | **$1,688,204** | **$1,664,878** | **$1,646,093** | **$7,384,499** | **$9,030,592** |

Revised 8/14/07

**Table 2: BMS Summary of Class 2 and 3 Damages Following the Saris Opinion (Massachusetts)**

**CLASS 2**

**Nominal Damages**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Blenoxane | | | | | | | | |
| Cytoxan | $14,141 | $14,401 | $12,886 | $8,856 | $8,603 | $10,115 | $58,886 | $69,001 |
| Rubex | $275 | $191 | $371 | | $13 | | $850 | $850 |
| Taxol | | | | | $55,745 | $55,745 | $55,745 | $111,489 |
| Vepesid | $23,814 | $22,096 | | $11,565 | $14,834 | $13,199 | $72,308 | $85,508 |
| **Total** | **$38,230** | **$36,688** | **$13,256** | **$20,421** | **$79,194** | **$79,059** | **$187,789** | **$266,848** |

**Damages with Prejudgment Interest (Simple Interest Through August 1, 2007)**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Blenoxane | | | | | | | | |
| Cytoxan | $23,666 | $24,102 | $21,566 | $14,822 | $13,853 | $15,073 | $98,009 | $113,082 |
| Rubex | $460 | $320 | $621 | | $21 | | $1,422 | $1,422 |
| Taxol | | | | | $89,759 | $83,070 | $89,759 | $172,829 |
| Vepesid | $39,856 | $36,980 | | $19,356 | $23,885 | $19,669 | $120,077 | $139,747 |
| **Total** | **$63,983** | **$61,402** | **$22,187** | **$34,177** | **$127,518** | **$117,813** | **$309,267** | **$427,080** |

**CLASS 3**

**Nominal Damages**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Blenoxane | | | | | | | | |
| Cytoxan | | | | | | | | |
| Rubex | | | | | | | | |
| Taxol | | | | $183,454 | | | $183,454 | |
| Vepesid | | | | | | | | |
| **Total** | | | | **$183,454** | | | **$183,454** | |

**Damages with Prejudgment Interest (Simple Interest Through August 1, 2007)**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total Thru 2002 | Total Thru 2003 |
|---|---|---|---|---|---|---|---|---|
| Blenoxane | | | | | | | | |
| Cytoxan | | | | | | | | |
| Rubex | | | | | | | | |
| Taxol | | | | $307,037 | | | $307,037 | |
| Vepesid | | | | | | | | |
| **Total** | | | | **$307,037** | | | **$307,037** | |

**Table 3.a: Warrick Summary of Class 2 Damages (Massachusetts) Based on the Difference Between Warrick's AWP and the "But-For" Median AWP**

CLASS 2

Nominal Damages

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|------|------|------|------|------|------|------|-------|
| Albuterol | $2,899 | $2,854 | | | | | $5,752 |
| **Total** | **$2,899** | **$2,854** | | | | | **$5,752** |

Damages with Prejudgment Interest (Simple Interest Through August 1, 2007)

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|------|------|------|------|------|------|------|-------|
| Albuterol | $4,851 | $4,776 | | | | | $9,628 |
| **Total** | **$4,851** | **$4,776** | | | | | **$9,628** |

Revised 8/14/07

**Table 3.b: Warrick Summary of Class 2 Damages (Massachusetts) Based on the Difference Between the Median AWP and Warrick's ASP*1.3**

**CLASS 2**

**Nominal Damages**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|------|------|------|------|------|------|------|-------|
| Albuterol | $377,040 | $457,798 | $481,185 | $390,317 | $352,546 | $229,962 | $2,288,848 |
| Total | **$377,040** | **$457,798** | **$481,185** | **$390,317** | **$352,546** | **$229,962** | **$2,288,848** |

**Damages with Prejudgment Interest (Simple Interest Through August 1, 2007)**

| Drug | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|------|------|------|------|------|------|------|-------|
| Albuterol | $631,030 | $766,191 | $805,332 | $653,252 | $567,667 | $342,687 | $3,766,160 |
| Total | **$631,030** | **$766,191** | **$805,332** | **$653,252** | **$567,667** | **$342,687** | **$3,766,160** |

Revised 8/14/07

## <u>CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE</u>
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on August 15, 2007, I caused copies of **[CORRECTED] SUPPLEMENTAL DECLARATION OF RAYMOND S. HARTMAN REVISED DAMAGES FOR TRACK 1 DEFENDANTS: CLASSES 2AND 3** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

       **/s/ Steve W. Berman**
       Steve W. Berman