UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re:  PHARMACEUTICAL INDUSTRY        )
AVERAGE WHOLESALE PRICE               )
LITIGATION                            )        MDL No. 1456
_____     )        Civil Action No. 01-12257-PBS
                                      )
**THIS DOCUMENT RELATES TO:**         )        Hon. Patti B. Saris
                                      )
*United States of America, ex rel. Ven-a-Care*  )   Magistrate Judge Marianne B. Bowler
*of the Florida Keys, Inc., v. Abbott*          )
*Laboratories, Inc.,*                           )
CIVIL ACTION NO. 06–CV-11337-PBS      )

# EXHIBIT P

## TO THE UNITED STATES' OBJECTIONS TO JULY 19, 2007 ORDER BY MAGISTRATE JUDGE BOWLER

# Highly Confidential - Filed Under Seal Pursuant to Court Order