# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) AVERAGE WHOLESALE PRICE ) LITIGATION ) | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) ) | |
| *County of Orange v. Abbott Labs., et al.* ) (S.D.N.Y. No. CV-07-2777) ) | |

## STIPULATION RELATING TO MALLINCKRODT INC.

Plaintiff County of Orange and Mallinckrodt Inc. ("Mallinckrodt"), a Defendant in the above-cited case, hereby stipulate as follows:

1.    Mallinckrodt is a subsidiary of Covidien Ltd. ("Covidien"), the entity that was formerly the healthcare business segment of Tyco International Ltd.  Mallinckrodt has distributed pharmaceutical products in the United States.

2.    Mallinckrodt hereby represents that pharmaceutical products have not been distributed in the United States by any other entities affiliated with Tyco International Ltd. or any entities with "Tyco Healthcare" in their name.

3.    If discovery reveals that any "Tyco Healthcare" affiliate did indeed engage in the development, manufacture, sale and/or marketing of pharmaceutical products in the United States, during the relevant time period, Mallinckrodt stipulates that it will assume liability for any drugs that might have been distributed by any "Tyco Healthcare" affiliate, as if Mallinckrodt had distributed the drugs.

Respectfully submitted,

LEVY PHILLIPS & KONISGBERG, LLP
800 Third Ave., 13th Floor
New York, NY 10022

By: _____
Theresa A. Vitello (admitted pro hac vice)
Attorneys for County of Orange

HYMAN, PHELPS & MCNAMARA, P.C.
700 Thirteenth Street, N.W.
Suite 1200
Washington, D.C.  20005
Tel.  202-737-5600

By: _____
Douglas B. Farquhar (admitted pro hac vice)
*Attorneys for Mallinckrodt, Inc.*

2

## CERTIFICATE OF SERVICE

I, Theresa A. Vitello, hereby certify that I caused copies of the foregoing Stipulation to be served on counsel of record this 17th day of August, 2007, by causing same to be posted electronically by Lexis-Nexis File & Serve.

Theresa A. Vitello