# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | MASTER FILE NO. 01-CV-12257-PBS |
| _____ ) | |
| ) | Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| *California ex rel. Ven-A-Care of the Florida* ) | |
| *Keys, Inc. v. Abbott Labs., Inc. et al.,* 01-CV- ) | |
| 12257-PBS and 03-CV-11226-PBS; ) | |
| ) | |
| *State of Florida, et al. v. Boehringer* ) | |
| *Ingelheim Corp. et al.,* No. 4:06-476; ) | |
| ) | |
| *State of Idaho v. Abbott Laboratories*, No. ) | |
| 01-CV-12257-PBS (formerly 1:07-CV- ) | |
| 10874); ) | |
| ) | |
| *People of the State of Illinois v. Abbott Labs.,* ) | |
| Case No. 1:06-5528; ) | |
| ) | |
| *Commonwealth of Kentucky ex rel. v.* ) | |
| *Warrick Pharmaceuticals Corp., et al.,* Case ) | |
| No. 3:06-69; ) | |
| ) | |
| *State of Mississippi v. Abbott Laboratories,* ) | |
| *Inc., et al.,* Case No. 3:06-566; ) | |
| ) | |
| *State of Montana v. Abbott Labs. Inc., et al.*, ) | |
| 02-CV-12084-PBS; ) | |
| ) | |
| *State of Nevada v. Dey Inc., et al.*, ) | |
| CV-3:06-539; ) | |
| ) | |
| *State of Nevada v. American Home Products,* ) | |
| *et al.*, CV N-02-0202 ECR; ) | |
| ) | |
| *State of Ohio v. Dey, Inc., et al.,* Case No. ) | |
| 1:06-676; ) | |
| ) | |

| | |
|---|---|
| *Commonwealth of Pennsylvania v. TAP Pharmaceutical Products,* Case No. 2:06-4514; | ) ) ) |
| | ) |
| *State of South Carolina et al. v. Abbott Laboratories, Inc.*, Case No. 3:06-2482; | ) ) |
| | ) |
| *State of South Carolina et al. v. Dey, LP*, No. 3:06-2914; | ) ) |
| | ) |
| *State of South Carolina, et al. v. Dey, LP,* Case No. 3:06-2925; | ) ) |
| | ) |
| *Consolidated County Case,* Civil Action No. 01-CV-12257-PBS; | ) ) |
| | ) |
| *County of Erie v. Abbott Laboratories, Inc., et al.*, CA 06-6505; | ) ) |
| | ) |
| *County of Orange v. Abbott Laboratories, et al.*, CA No. 07-2777; | ) ) |
| | ) |
| *County of Oswego v. Abbott Laboratories, Inc., et al.*, CA No. 06-1240; | ) ) |
| | ) |
| *County of Schenectady v. Abbott Laboratories, Inc., et al.,* CA No. 06-1239 | ) ) |

## [PROPOSED] AMENDED ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

SARIS, D.J.

The Court orders the parties in the above-captioned cases to meet with Eric Green, Esq., for mediation. Within the next 14 days, the parties shall discuss with Mr. Green the scheduling for mediation of these cases, as well as the format of mediation. Mr. Green shall exercise his discretion in structuring mediation of these cases, taking into account the views of the various parties.

No party shall be deemed to have waived any objections to this Court's subject-matter jurisdiction by agreeing to participate in mediation. In addition, nothing in this Order shall prevent the parties from agreeing to allow additional parties to join the mediation process.

The parties shall report to the Court on the progress of the mediation in 90 days.

> _____
> Patti B. Saris
> United States District Judge
>
> Dated: August \_\_\_\_, 2007

3