**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No.1456 ) ) Civil Action No. ) ) Judge Patti B. Saris ) |
| THIS DOCUMENT RELATES TO: CLASS ACTION AGAINST TRACK TWO DEFENDANTS | ) ) Chief Magistrate Judge Marianne B. Bowler ) |

**JOINT SUBMISSION OF PLAINTIFFS AND TRACK TWO DEFENDANTS**
**RELATING TO AUGUST 27, 2007 HEARING**

In an electronic Order dated August 2, 2007, the Court specified the issues to be addressed during the upcoming Track Two hearing, now scheduled for August 27, 2007.  In an effort to assist the Court and counsel in preparing for and conducting that proceeding, Plaintiffs and the Track Two Defendants jointly submit the following as a suggested agenda for matters to be taken up at the hearing.

1. Plaintiff Class Counsel representation issues.

2. Plaintiffs' Motion for Leave to File the Fifth Amended Complaint.

3. Case Management of Track Two proceedings, including consideration of the competing "Road Maps" submitted by the parties and the disputed request of Watson that it be severed from the first Track Two trial group.

4. Track Two Class Certification.  Plaintiffs request that the Court defer consideration of class certification issues relating to drugs of the Track Two Defendants, other than Ferrlecit for Watson, Anzemet for Aventis, and Aranesp, Epogen, Neulasta and Neupogen for Amgen, pending the Court's determination of Plaintiffs'

1

request to modify the Court's June 21, 2007 ruling in Track One. Plaintiffs also request that the Court hear argument on August 27, 2007, on class certification issues relating to the aforementioned drugs of Aventis, Amgen, and Watson. Defendants do not oppose these requests. However, to the extent that the Court permits Plaintiffs to seek expansion of the scope of their pending Motion for Class Certification (*e.g.,* by seeking nationwide classes for Classes 2 and 3 or the certification of common-law fraud claims), Defendants request a schedule be set for briefing and argument as to any proposed expansion. Plaintiffs oppose Defendants' request for briefing on this issue because Plaintiffs believe the matter has been briefed and is ripe for decision.

Respectfully submitted,

/s/ Joseph H. Young
Frank A. Libby, Jr. (BBO No. 299110)
Douglas S. Brooks (BBO No. 636697)
Kelly, Libby & Hoopes, P.C.
175 Federal Street, 8th Floor
Boston, Massachusetts 02110
(617) 338-9300

Joseph H. Young
Steven F. Barley
Jennifer A. Walker (BBO No. 651724)
Hogan & Hartson, L.L.P.
111 S. Calvert Street, Suite 1600
Baltimore, Maryland 21202
(410) 659-2700
*Attorneys for Amgen Inc.*

/s/ Michael DeMarco
Michael DeMarco (BBO #119960)
 Aimée E. Bierman (BBO #640385)
Kirkpatrick & Lockhart Preston Gates Ellis, L.L.P.

State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
(617) 261-3100

Michael L. Koon
James P. Muehlberger
Nicholas P. Mizell
Shook, Hardy & Bacon, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
(816) 474-6550
*Attorneys for Aventis Pharmaceuticals Inc.*

/s/ Douglas B. Farquhar
Douglas B. Farquhar
Michelle L. Butler
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 737-5600
(202) 737-9329 (Fax)
*Attorneys for Watson Pharmaceuticals, Inc.*

*On behalf of the Track Two Defendants*


By /s/ Steve W. Berman
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP

820 North Blvd., Suite B
Oak Park, IL 20302
Telephone: (708) 776-5600
Facsimile: (708) 776-5601

Jeffrey Kodroff
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, IL  60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735
*LIAISON COUNSEL FOR PLAINTIFFS*

4

## CERTIFICATE OF SERVICE

      I hereby certify that I, Douglas B. Farquhar, caused a true and correct copy of the foregoing JOINT SUBMISSION RELATING TO AUGUST 27, 2007 HEARING to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 17, 2007, a copy to LexisNexis File and Serve for posting and notification to all parties.

      By  /s/ Douglas B. Farquhar
      Douglas B. Farquhar
      Hyman, Phelps & McNamara, P.C.
      700 13th Street, N.W., Suite 1200
      Washington, D.C. 20005
      (202) 737-5600
      (202) 737-9329 (Fax)