## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Civil Action No. 06-CV-11337<br>Lead Case No. 01-CV-12257 |
| _____ | ) | |
| THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | ) ) ) | Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

### DEFENDANT ABBOTT LABORATORIES INC.'S
### AGREED MOTION FOR ENLARGEMENT OF TIME

Abbott Laboratories Inc. ("Abbott"), through undersigned counsel, respectfully files this unopposed motion to enlarge the time to respond to the objections that the United States and Ven-a-Care of the Florida Keys, Inc.'s ("Relator") have separately filed to the July 19, 2007, order entered by Magistrate Judge Bowler.  (*See* Dkt. No. 4483 (order); Dkt. No. 4614 (Relator); Dkt. No. 4622 (United States).)  Abbott requests that the time to file its response to these objections be enlarged to September 5, 2007.  In support, Abbott provides the following:

1. Relator filed its objections on August 9, 2007. (Dkt. No. 4614.)  Pursuant to Local Rule 7.1(b)(2), Abbott's response would be due within fourteen days, or by August 23, 2007.

2. After obtaining Abbott's agreement for an extension of time, the United States filed its objections to the same ruling on August 15, 2007.  (Dkt. No. 4622.)  Pursuant to Local Rule 7.1(b)(2), Abbott's response would be due within fourteen days, or by August 29, 2007.

3. The issues raised in the two motions are similar, and all parties agree that consolidated briefing is appropriate.

4. Abbott's counsel has communicated with Jim Breen, counsel for the Relator, and Rebecca Ford, counsel for the United States, about this matter.  Counsel have agreed to a briefing schedule that would permit Abbott to file a consolidated response by September 5, 2007.

For the above reasons, Abbott respectfully requests that this motion be granted, and that Abbott's time to respond to *Relator's Objection to the July 19, 2007 Order by the Magistrate on Relator's Motion to Compel Abbott Laboratories to Produce or Consent to Access to and Sharing of All Discovery Produced by Abbott in Other False Price Litigation* and the *United States' Objections to July 19, 2007 Order by Magistrate Judge Bowler* be enlarged to September 5, 2007.

| | |
|---|---|
| Dated:  August 20, 2007 | Respectfully submitted, |
| | ABBOTT LABORATORIES INC. |
| | By:  /s/ Jason G. Winchester |
| | James R. Daly<br>Tina M. Tabacchi<br>Jason G. Winchester<br>Brian J. Murray<br>JONES DAY<br>77 W. Wacker Dr., Suite 3500<br>Chicago, Illinois  60601-1692<br>Telephone: (312) 782-3939<br>Facsimile:  (312) 782-8585 |
| | R. Christopher Cook<br>David S. Torborg<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>Telephone:  (202) 879-3939<br>Fax:  (202) 626-1700 |
| | *Counsel for Abbott Laboratories Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2007, a true and correct copy of the foregoing **ABBOTT LABORATORIES INC.'S AGREED MOTION FOR ENLARGEMENT OF TIME** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

/s/ Nicole C. Henning

CHI-1603369v1