UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) |
| THIS DOCUMENT RELATES TO: | ) Hon. Patti B. Saris ) |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV–11337-PBS | ) Magistrate Judge Marianne B. Bowler ) ) ) |

**PROPOSED ORDER**

Upon consideration of the United States' Motion For Leave to File Under Seal Exhibits to the United States' Objections to the July 19, 2007 Order by Magistrate Judge Bowler, due to the designations of those Exhibits as "Confidential" or "Highly Confidential", it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the aforementioned Exhibits shall remain under seal pursuant to the Protective Order governing this matter.

This _16_ day of _August_, 2007.

PATTI B. SARIS
UNITED STATES DISTRICT JUDGE