## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| ALL ACTIONS | Judge Patti B. Saris |

TRIAL OF CLASS 2 AND 3 CLAIMS

### PLAINTIFFS' REQUEST FOR ADMISSION OF TRIAL EXHIBITS

Plaintiffs respectfully move for the admission of 15 additional exhibits, as follows:

First, Plaintiffs move for admission of exhibits cited in Dr. Rosenthal's rebuttal testimony. In order to save time, and given the compressed schedule for rebuttal witnesses, most of those exhibits were not reviewed with the Court during Dr. Rosenthal's live testimony on the last day of trial. Nonetheless, because Dr. Rosenthal relied on these exhibits in forming her rebuttal opinions, Plaintiffs move for admission of the exhibits set forth below (which were not previously moved into evidence). Each exhibit is the type of evidence that experts reasonably rely upon in forming opinions or inferences as contemplated by Fed. R. Evid. 703. The majority of these exhibits also constitute public records under Fed. R. Evid. 803(8) (Exs. 1099, 1303, 4040, 4058, 4063-65, 4073, 4074, 4091).

Plaintiffs also move for the admission of newly marked exhibit 4108, which is a BMS News Release announcing an agreement in principle with the U.S. Department of Justice (the "DOJ") to settle a long-standing federal investigation that "began several years ago" into BMS pricing, sales and marketing practices. The settlement, if finalized, will require BMS to pay just

- 1 -

147065

under half a billion dollars and to enter into a corporate integrity agreement with the OIG. This
agreement in principle confirms that the DOJ has been investigating BMS for at least "several
years" and serves as additional evidence to rebut the notion, advanced by BMS and its experts at
trial, that the federal government somehow condoned BMS's unlawful conduct.[1]

Wherefore, Plaintiffs move for the admission of the following exhibits (the first two of
which were marked by Defendants but not previously moved into evidence):

| Exhibit No. | | | |
|---|---|---|---|
| 1099 | | | |
| 1303 | | | |
| 4040 | | | |
| 4053 | | | |
| 4054 | | | |
| 4057 | | | |
| 4058 | | | |
| 4062 | | | |
| 4063 | | | |
| 4064 | | | |
| 4065 | | | |
| 4073 | | | |
| 4074 | | | |
| 4091 | | | |

---

[1] As the Court may recall, Dr. Bell testified that, contrary to the OIG Guidelines, he believed that it would be proper for manufacturers to disassociate ASPs from AWPs and market the spread. Day 15 Transcript at 76-80.

4108  Denied

DATED: January 4, 2007

By: /s/ Steve W. Berman
Thomas M. Sobol (BBO#471770)
Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

*Liaison Counsel*

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Elizabeth Fegan
Hagens Berman Sobol Shapiro LLP
60 W. Randolph Street, Suite 200
Chicago, IL 60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Jeffrey Kodroff
John Macoretta
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496b-6611

- 3 -

147065

Marc H. Edelson
Edelson & Associates LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

Donald E. Haviland, Jr.
The Haviland Law Firm LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400

*Co-Lead Counsel For Plaintiffs*

Case 1:01-cv-12257-PBS   Document 3823   Filed 01/04/2007   Page 5 of 5

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **PLAINTIFFS' REQUEST FOR ADMISSION OF TRIAL EXHIBITS** to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on January 4, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

By: /s/ Steve W. Berman

Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292

- 5 -