UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | Hon. Patti B. Saris |

### DEY, INC., DEY L.P., INC., AND DEY, L.P.'S
### ANSWER AND DEFENSES TO VEN-A-CARE'S COMPLAINT

Defendants Dey, Inc., Dey L.P., Inc., and Dey L.P. (collectively, "Dey") by and through their attorneys Kelley Drye & Warren LLP, hereby answer the Complaint (the "VAC Complaint") of Ven-A-Care of the Florida Keys, Inc. (hereinafter "VAC") as follows:

1. Dey denies any and all allegations contained in headings, unnumbered paragraphs, and the "Wherefore" clause in the VAC Complaint, including the unnumbered Paragraph on page 1 of the VAC Complaint.

2. Dey hereby incorporates as if fully set forth herein the responses in paragraphs 1 through 75 of Dey's Answer To The United States' Complaint.

3. Dey hereby incorporates as if fully set forth herein affirmative and other defenses 1 through 64 as stated in Dey's Answer To The United States' Complaint.

## ADDITIONAL AFFIRMATIVE AND OTHER DEFENSES

### First Defense

Dey objects to the filing of the VAC Complaint as improper under the False Claims Act, 31 U.S.C. §§ 3729-33.

### Second Defense

VAC's Complaint and each purported cause of action set forth against Dey therein are barred because this Court lacks subject matter jurisdiction over the claims asserted by VAC pursuant to the False Claims Act, 31 U.S.C. §§ 3729-33.

### Third Defense

VAC's Complaint and each purported cause of action set forth against Dey therein are barred because VAC lacks standing or capacity to bring the claims raised in the VAC Complaint pursuant to the False Claims Act, 31 U.S.C. §§ 3729-33.

## JURY DEMAND

Dey hereby demands, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, a trial by jury on every claim and issue so triable.

**WHEREFORE**, Dey respectfully requests that the Court:

1. Dismiss the VAC Complaint with prejudice and enter judgment in favor of Dey and against Plaintiffs;

2. Award Dey its costs, expenses, and attorneys' fees; and

    3.    Grant Dey such other, further, and different relief as the Court deems to be just and proper.

Of Counsel:                                Respectfully Submitted,

KELLEY DRYE & WARREN LLP

By:   /s/ Neil Merkl
    Paul F. Doyle (BBO #133460)
    Sarah L. Reid
    William A. Escobar (admitted *pro hac vice*)
    Neil Merkl (admitted *pro hac vice*)
    Christopher C. Palermo (admitted *pro hac vice*)
    Philip D. Robben (admitted *pro hac vice*)

101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

-and-

By:   /s/ Martin F. Murphy
Martin F. Murphy (BBO # 363250)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
Telephone:  (617) 832-1000
Facsimile:  (617) 832-7000

Dated: August 21, 2007             *Attorneys for Defendants Dey, Inc.,*
                                                   *Dey L.P., Inc. and Dey, L.P.*

**CERTIFICATE OF SERVICE**

        I, Neil Merkl, hereby certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on August 21, 2007, a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                               /s/ Neil Merkl
                                                                Neil Merkl