UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) TRACK 2 TRIAL ) ) ) | Judge Patti B. Saris |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on Plaintiffs' motion for leave to file under seal. The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Plaintiffs' motion for leave to file under seal the following items:

1. Exhibits 1-6 attached to the Declaration of Steve W. Berman in Support of Class Plaintiffs' Response to Amgen and Watson's Supplemental Opposition to Class Certification.

IT IS SO ORDERED.

DATED: 8/21/07            /s/ Patti B. Saris
                          Hon. Patti B. Saris
                          United States District Court Judge

- 1 -

001534-16 189061 V1

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 8, 2007, a copy to LexisNexis File and Serve for Posting and notification to all parties

By   /s/ Steve W. Berman
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
(206) 623-7292

- 2 -

001534-16 189061 V1