UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

IN RE: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE LITIGATION

MDL No. 1456

---

CIVIL ACTION: 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Judge Patti B. Saris

---

## NOTICE OF APPEAL

Notice is hereby given that Demra Jordan, a member of the "Private Payor" class who timely objected to the class action settlement between Plaintiffs / Class Representatives and Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, plc and Glaxo Wellcome, Inc. (collectively "GSK"), hereby appeals to the United States Court of Appeals for the First Circuit from the *Final Order and Judgment Granting Final Approval to Proposed Class Action Settlement With the GlaxoSmithKline Defendants, Approving Proposed Allocation of Settlement Funds, and Approving Class Counsel's Application for Attorneys Fees, Reimbursement for Litigation Expenses and Compensation to Class Representatives* [Doc. No. 4619], signed and entered on August 7, 2007.

Respectfully submitted,

*[signature]*

Scott Kinsel (admitted *pro hac vice*)
Texas State Bar No.: 24038662
MOORE, LANDREY, L.L.P.
1609 Shoal Creek Boulevard, Suite 100
Austin, Texas 78701-1054
Ph: (512) 499-8900
Fax: (512) 628-3285

*[signature]*

Robert D. Hillman (BBO #552637)
DEUTSCH WILLIAMS BROOKS
DeRENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
Ph: (617) 951-2300

Dated: August 21, 2007

## CERTIFICATE OF SERVICE

This is to certify that on this ___21st___ day of August, 2007, a true and correct copy of the foregoing has been forward by Federal Express, fax, e-mail and certified mail, return receipt requested to the following:

>Steve W. Berman
>HAGENS, BERMAN, SOBOL & SHAPIRO
>1301 Fifth Avenue, Suite 2900
>Seattle, Washington 98101
>E-mail steve@hbsslaw.com
>Fax: (206) 623-0594
>
>Frederick G. Herold
>DECHERT, L.L.P.
>1117 California Avenue
>Palo Alto, California 94304
>E-mail: Frederick.herold@dechert.com
>Fax: (650) 813-4848

_____
Scott Kinsel

NOTICE OF APPEAL - Page 3