**Nicole Henning/JonesDay**
Extension 5-4158
08/23/2007 01:44 PM

To  Charma Dudley/JonesDay@JonesDay
cc
bcc
Subject  emergency motion

Charma,

Here's the motion I just called you about.  Jim Daly would like it filed ASAP, please.  (We really want Saris to read it by the end of the day.)  I really appreciate your help!

Nicole

  
ExATranscript.pdf  ExBtranscript.pdf  emergencymotion.pdf

Nicole Henning
JONES DAY
77 W. Wacker
Chicago, IL 60601-1692
312-269-4158