UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Judge Patti B. Saris |

### COUNTER-STATEMENT BY CONSUMER REPRESENTATIVE PLAINTIFFS TO JOINT SUBMISSION OF PLAINTIFFS AND TRACK TWO DEFENDANTS RELATING TO AUGUST 27, 2007 HEARING

Consumer Representative Plaintiffs for Track 2 Class 1, Joyce Howe, Larry Young, Rev. David Aaronson, Harold Carter, David Clark, Hunter Walters, and Harold Bean ("the Consumer Representative Plaintiffs") hereby respond to the "Joint Submission of Plaintiffs and Track Two Defendants Relating to August 27, 2007 Hearing" ("Joint Submission") [Docket No. 4632].

In response to this Court's electronic Order dated August 2, 2007, specifying the issues to be addressed during the upcoming hearing scheduled for August 27, 2007, "Plaintiffs"[1] and Track Two Defendants filed their Joint Submission seeking to have the Court amend its Order with respect to its consideration of Track 2 class certification. Because the Consumer Representative Plaintiffs

---

[1] The "Plaintiffs" filing the Joint Submission are actually "interim counsel" appointed by the Court for the pre-class certification management of the Track 2 classes pursuant to Case Management Order No. 1 (hereinafter "Interim Counsel"). *See* Fed.R.Civ.Proc. 23(g)(2)("The court may designate interim counsel to act on behalf of the putative class before determining whether to certify the action as a class action."). Because there is pending a Motion to have the undersigned private counsel to the consumer Plaintiff-parties to this action appointed counsel for the Class 1 and 3 consumer Classes in Track 2 – which Rule 23(g) Motion is scheduled to be heard Monday, August 27, 2007 as part of the Court's overall consideration of class certification–and these parties do not agree to the requested deferral, respectfully, this Court should proceed to rule on the class certification Motion that was filed back on May 8, 2006, is fully briefed, and was argued completely back on September 12, 2006. *See* Fed.R.Civ.Proc. 23(c)("When a person sues or is sued as a representative of a class, the court must – at an early practicable time – determine by order whether to certify the action as a class action.").

1

were not consulted prior to the submission of this joint request, and do not agree that the matter of Track 2 Class 1 class certification should be deferred beyond August 27, 2007, they hereby seek reinstatement to the original agenda the matter of certification of the Track 2 consumer Classes 1 and 3. *See generally*, Declarations of Joyce Howe, Larry Young, Rev. David Aaronson, Harold Carter, David Clark, and Harold Bean (being filed contemporaneously herewith).[2]

No reason was given by the parties in their Joint Submission for the requested deferral of only a portion of the Track 2 class certification decision. Indeed, the parties appear to be prepared to argue the Rule 23 issues on Monday, since they agree that this Court should proceed with its adjudication of Interim Counsel's request to extend its Class 2 and 3 TPP class certification decisions to the entire country. But with discovery already completed in the Track 2 cases, and with the Court's management decisions slated for Monday being directed largely to the order for trials of these cases, it would seem to be appropriate to resolve all Track 2 class certification issues in accordance with this Court's initial directive.

---

[2] As Mr. Walters passed away in the Spring of 2007, and counsel are in the process of arranging for his estate to assume the representation of the Track 2 Class 1 Medicare Beneficiary Class against Dey, no Declaration has been proffered on behalf of Mr. Walters or his estate at this time.

For the foregoing reasons, Consumer Class Representatives, Joyce Howe, Larry Young, Rev. David Aaronson, Harold Carter, David Clark, Hunter Walters, and Harold Bean, hereby request that the Court resolve the matter of the nationwide class certification of Class 1 Medicare beneficiaries in Track 2 on Monday, August 27, 2007.

Dated: August 23, 2007

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
Adam S. Levy, Esquire, Of Counsel
Michael J. Lorusso, Esquire
THE HAVILAND LAW FIRM LLC
740 S. Third Street, Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
haviland@havilandlaw.com

*Counsel for Consumer Class Representatives, Joyce Howe, Larry Young, Rev. David Aaronson, Harold Carter, David Clark, Hunter Walters, and Harold Bean*

**CERTIFICATE OF SERVICE**

    I, Donald E. Haviland, Jr., Esquire, hereby certify that on August 23, 2007, I filed the foregoing Counter-Statement by Consumer Representative Plaintiffs to Joint Submission of Plaintiffs and Track 2 Defendants Relating to August 27, 2007 Hearing, with the Clerk of this Court via the CM/ECF system.

        /s/ Donald E. Haviland, Jr.
        Donald E. Haviland, Jr., Esquire
        THE HAVILAND LAW FIRM LLC
        740 S. Third Street, Third Floor
        Philadelphia, PA 19147
        Telephone: (215) 609-4661
        Facsimile: (215) 392-4400
        haviland@havilandlaw.com