# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT PERTAINS TO:<br>ALL CLASS ACTIONS | Judge Patti B. Saris |

## DECLARATION OF LARRY YOUNG

I, Larry Young, hereby declare as follows:

1. This Declaration is submitted in support of the Motion for Appointment as Class Counsel submitted by attorney Donald E. Haviland, Jr. and The Haviland Law Firm, LLC.

2. I am a resident of the State of Oklahoma and reside in Enid, Oklahoma.

3. My wife was prescribed a number of physician-administered drugs manufactured by the companies sued in my case as part of her healthcare treatment. She and I paid for a portion of the cost of these physician-administered prescription medications which she received.

4. I retained Attorney Donald E. Haviland, Jr. and his firm to represent my interests in the class action case against the manufacturers of the above drugs.

5. Mr. Haviland's prior firm had previously represented me in unrelated litigation.

6. Mr. Haviland and the members of The Haviland Law Firm and its associated counsel have always kept me apprised of the progress of this case. My only contacts about the litigation have been with Mr. Haviland, his firm and his associated counsel.

7. Because I rely exclusively on Mr. Haviland to tell me about the litigation, and I trust Mr. Haviland to represent the best interests of consumers like me in the lawsuit, I respectfully submit that Mr. Haviland and his firm should be appointed Class Counsel to represent the Class of consumers

in this case. If Mr. Haviland and his firm cannot serve as Class Counsel, I would like to withdraw as a class representative.

8. I am especially troubled to learn from Mr. Haviland that my case against Johnson & Johnson for the Procrit my wife took may not be allowed to proceed as a result of the way the case on behalf of the insurance companies in the Class was litigated against Johnson & Johnson. I trust that Mr. Haviland will press my case against the drug company, including any appeal that may be necessary, to ensure that the unlawful conduct of Johnson & Johnson does not go unpunished.

9. I hereby declare under penalty of perjury that all of the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.

This the 5 7th day of August, 2007.

LARRY YOUNG