# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **MDL No. 1456** <br> C.A. No. 01-12257-PBS |
| THIS DOCUMENT PERTAINS TO: <br> ALL CLASS ACTIONS | Judge Patti B. Saris |

## DECLARATION OF HAROLD BEAN

I, Harold Bean, hereby declare as follows:

1.    This Declaration is submitted in support of the Motion for Appointment as Class Counsel submitted by attorney Donald E. Haviland, Jr. and The Haviland Law Firm, LLC.

2.    My wife and I paid for a portion of the cost of dozens of physician-administered prescription medications which I have received.

3.    We have retained Attorney Donald E. Haviland, Jr. and his firm to represent our interests in the class action case against the manufacturers of the above drugs.

4.    Mr. Haviland had previously represented us in the litigation against TAP Pharmaceuticals for unlawful conduct respecting TAP's marketing and sale of the drug, Lupron. Because of Mr. Haviland's direct efforts on our behalf, we were able to recover 50% of our out-of-pocket costs for the Lupron I took, which was substantially greater than the 30% that had been originally negotiated by the class action attorneys in the case who settled the case with TAP.

5.    In fact, as of last summer, we still had not been paid by the Claims Administrator for our Lupron claim submitted over a year before. We asked Mr. Haviland to intercede on our behalf with the Lupron lawyers to get us paid, which we finally were.

6.   I understand that some of the same attorneys from the Lupron case seek to represent the Class of consumers in this case. I don't know these attorneys, and I have never spoken to any of them.

7.   Mr. Haviland and the members of The Haviland Law Firm and its associated counsel have always kept my wife and I apprised of the progress of this case. Our only contacts about the litigation have been with Mr. Haviland, his firm and his associated counsel.

8.   Because I rely exclusively on Mr. Haviland to tell me about the litigation, and I trust Mr. Haviland to represent the best interests of consumers like me in the lawsuit, I respectfully submit that Mr. Haviland and his firm should be appointed Class Counsel to represent the Class of consumers in this case. If Mr. Haviland and his firm cannot serve as Class Counsel, I would like to withdraw as a class representative.

9.   I hereby declare under penalty of perjury that all of the foregoing statements made by me are true and correct to the best of my knowledge, information and belief.

This the ___4th___ day of August, 2007.

_Harold Bean_

**HAROLD BEAN**