UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br><br> Hon. Patti B. Saris <br><br> Magistrate Judge Marianne B. Bowler |

### UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO THE UNITED STATES' OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION TO DISMISS

The United States of America, through its undersigned counsel, respectfully moves the Court for leave to file Exhibits 1, 3, and 4 to the United States' Opposition to Abbott Laboratories Inc.'s Motion to Dismiss under seal and states:

Exhibits 1, 3 and 4 are documents produced by Abbott and a deposition excerpt that have been designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by Abbott. Pursuant to paragraph 17 of the Protective Order entered on February 16, 2007 in this case (Dkt. No. 3804), any documents or pleadings to be filed with the Court that contain "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information, shall be filed under seal and a redacted version of the document shall be publicly filed, simultaneously.

The United States disagrees that the documents at issue are confidential but is filing this motion as required by the Protective Order in order to get this time sensitive matter before the Court. In the alternative, the United States seeks an order from the Court overruling Abbott's confidentiality designation and allowing Exhibits 1, 3 and 4 to be filed publicly without redaction. The documents at issue are several years old and contain no financial or proprietary

information.  There is no appropriate reason for the materials to remain sealed.

Wherefore, the United States respectfully requests that the Court grant leave to file the submission listed above under seal, or in the alternative, that the Court overrule Abbott's designation of the materials as confidential and order that the submission need not be filed under seal.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley<br>U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3272<br>Fax: (617) 748-3971 | /s/ Gejaa T. Gobena<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca A. Ford<br>Gejaa T. Gobena<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Phone:  (202) 307-1088<br>Fax: (202) 307-3852 |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF<br>FLORIDA | |
| /s/ Mark A. Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for the Attorney<br>General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | |

Dated: August 24, 2007

## CERTIFICATE OF SERVICE

 I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS TO THE UNITED STATES' OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION TO DISMISS** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

|  |  |
|---|---|
| Dated: August 24, 2007 | /s/ Gejaa Gobena<br>Gejaa Gobena |