UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ **THIS DOCUMENT RELATES TO:** *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.* CIVIL ACTION NO. 06-11337-PBS _____ | MDL No. 1456 Civil Action No. 01-12257-PBS Judge Patti B. Saris Magistrate Judge Marianne B. Bowler |

**JOINT MOTION BY THE UNITED STATES
AND ABBOTT LABORATORIES TO ENLARGE TIME
FOR FILING OBJECTIONS AND PROPOSED BRIEFING SCHEDULE**

The United States and Abbott Laboratories jointly move for an enlargement of time until September 10, 2007, to file objections pursuant to Fed.R.Civ. Pro. 72(a) with respect to the August 13, 2007 Order of the Magistrate entered in this matter. In support, the parties submit the following.

1.  On August 13, 2007, this Court, through the Magistrate Judge, entered an Order regarding the United States' assertion of the deliberative process privilege. Pursuant to Rule 72, any objections to the Order must be filed within 10 days, which in this instance would be on or before August 27, 2007. An extension of that deadline is permissible. *Kruger v. Apfel*, 214 F.3d 784 (7th Cir. 2000). The United States submits that the issues addressed in the Magistrate's August 13th Order are complex and important, involving the application of a governmental privilege to documents which reflect the affected agencies' internal deliberations. The United States further submits that a substantive statement of objections to the Order will require close consultation with senior officials from the relevant agencies, and such a response cannot be

prepared by the August 27 deadline.

Based on the foregoing the United States and Abbott Laboratories respectfully request that each party be permitted until September 10, 2007 by which to file its respective objections to the Magistrate's August 13, 2007 Order. The parties further propose that any responses to the objections be filed by September 17, 2007. Abbott Laboratories has indicated to the United States that it will ask the District Court for expedited consideration of the parties' objections.

Counsel for Abbott Laboratories has reviewed this motion and authorized counsel for the United States to file it as a joint motion by both parties.

| | |
|---|---|
| Respectfully submitted, | Dated:   August 24, 2007 |
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | PETER D. KEISLER<br>ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | /s/ John Neal<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>John K. Neal<br>Rebecca Ford |
| R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station |
| /s/ Mark Lavine<br>Mark A. Lavine<br>Ana Maria Martinez<br>Ann St.Peter-Griffith<br>Special Attorneys for<br>  the Attorney General<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | Washington, D.C.  20044<br>Phone: (202) 307-1088<br>Fax: (202) 307-3852 |

For the relator, Ven-A-Care of the Florida Keys, Inc.,

/s/ Alison W. Simon
James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue
Suite 110
Miramar, FL 33027
Tel:  (954) 874-1635
Fax: (954) 874-1705
Email: jbreen@breenlaw.com
Email: alisonwsimon@breenlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that I have this day caused an electronic copy of the above THE JOINT MOTION BY THE UNITED STATES AND ABBOTT LABORATORIES TO ENLARGE TIME to be served on all counsel of record via electronic service by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Date August 24, 2007

                                              /s/ John K. Neal
                                              John K. Neal