UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) ) | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

[*PROPOSED*]
**ORDER GRANTING ADDITIONAL TIME**

Upon consideration of the joint motion by the United States and Abbott Laboratories for an extension of time to file objections to the Court's August 13, 2007 Order, it is by the COURT ORDERED:

That the joint motion for an extension of time is GRANTED; and

That the United States and Abbott Laboratories shall each have up to and including September 10, 2007 by which to file objections to the August 13, 2007 Order by this Court; and

That any response to the objections shall be filed on or before September 17, 2007.

Date: _____          _____
                             United States District Court