# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> 01-CV-12257-PBS ) <br> ) | MDL No. 1456 <br><br> Civil Action No. 01-CV-12257 PBS <br><br> Judge Patti B. Saris |

## TRACK 1 DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT UNDER RULE 54(B)

Pursuant to Local Rule 7.1(B)(3), the Track 1 defendants, by their respective attorneys, hereby move this Court for leave to file a reply memorandum in support of defendants' motion for entry of judgment under Rule 54(b).

A concise non-repetitive reply will clarify for the Court where plaintiffs and defendants agree and disagree. The proposed Reply is only two pages in length and is attached as Exhibit 1.

Wherefore, the Track 1 defendants respectfully request that this Motion for Leave to File the attached reply memorandum be GRANTED.

Dated: Boston, Massachusetts
August 24, 2007

Respectfully submitted,

THE FOLLOWING TRACK 1 DEFENDANTS

By: /s/ Katherine B. Schmeckpeper
Nicholas C. Theodorou (BBO # 496730)
Michael P. Boudett (BBO # 558757)
Katherine B. Schmeckpeper (BBO # 663200)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110

D. Scott Wise
Michael Flynn
Kimberley Harris
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Attorneys for AstraZeneca Pharmaceuticals LP

Steven M. Edwards
Lyndon M. Tretter
Hogan & Hartson, LLP
875 Third Avenue, Suite 2600
New York, NY 10022

Attorneys for the Bristol-Myers Squibb Co. and Oncology Therapeutics Network Corp.

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Attorneys for the Johnson & Johnson Defendants

John T. Montgomery (BBO #352220)
Steven A. Kaufman (BBO #262230)
Eric P. Christofferson (BBO #654087)
Ropes & Gray LLP
One International Place
Boston, MA 02110

Attorneys for Schering-Plough Corp. and Warrick Pharmaceuticals Corp.

- 3 -

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I certify that counsel for AstraZeneca Pharmaceuticals LP conferred with counsel for Plaintiffs pursuant to L.R. 7.1 prior to filing this motion and Plaintiffs take no position on this motion.

                                               /s/ Katherine B. Schmeckpeper
                                               Katherine B. Schmeckpeper

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on August 24, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

                                       By: /s/ Katherine B. Schmeckpeper
                                           Katherine B. Schmeckpeper