UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | 
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | Magistrate Judge Marianne B. Bowler |

### UNITED STATES' MOTION TO STAY ORDER PENDING A RULING ON OBJECTIONS

The United States moves this Court for a stay of the Magistrate's August 13, 2007 Order pending a resolution of the United States' forthcoming objections to that Order. In support of the instant motion, the United States submits the following.

The Magistrate's August 13 Order requires the Government to produce certain privileged documents to defendant Abbott Laboratories Inc. In her Order, the Magistrate found that all of the documents at issue were covered by the deliberative process privilege (holding that the documents on the United States' privilege logs were "predecisional and deliberative"), but held that the privilege must give way with respect to certain limited categories of documents on those logs, given that Abbott's need for these categories of documents was "substantial" in this case. The United States will object to the Magistrate's holding that the deliberative process privilege should be set aside with respect to these categories of documents.

In the interim, however, production of the privileged documents would defeat the purpose of the appeal. Addressing a similar situation in Providence Journal Co. v. Fed. Bureau of

Investigation, 595 F.2d 889, 890 (1st Cir. 1979), the First Circuit noted that, if the district court's stay expired and the defendant were obligated to produce potentially privileged documents pending appeal, "[a]ppellants' right of appeal here will become moot ...." Id.  The court further stated that "[o]nce the documents are surrendered pursuant to the lower court's order, confidentiality will be lost for all time," and granted appellants' motion for stay pending appeal. Id.  The United States is in an identical posture here – production of the documents at issue would moot the Government's objections to the Magistrate's Order and "the status quo could never be restored." Id.  Other courts have granted stays pending appellate review in similar contexts where disclosure of the potentially privileged material would moot the pending appeal. See, e.g., United States v. Phillip Morris, 314 F.3d 612, 621-22 (D.C. Cir. 2003); Maine v. United States Dept. of the Interior, 2001 WL 98373 at *3 (D. Me. 2001).

Abbott would not suffer any comparable injury if the status quo is maintained pending resolution of the United States' objections.  Abbott will obtain the documents in question if the United States' objections are denied.  The only arguable harm it can claim is delay while the objections are resolved.  However, the "mere assertion of delay does not constitute substantial harm." Phillip Morris, 314 F.3d at 622.  Given the certainty of irreparable harm to the Government's right to object to the Order if the documents must be disclosed, a stay is appropriate in order to give the district court an opportunity to resolve the United States' objections without them having been rendered moot by virtue of compelled production.

For the foregoing reasons, the United States respectfully moves this Court for a stay of the August 13, 2007 Order pending resolution of the United States' objections to that Order.

Respectfully Submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL J. SULLIVAN | PETER D. KEISLER |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

/s/ George B. Henderson, II            /s/ John K. Neal
George B. Henderson, II                Joyce R. Branda
Assistant U.S. Attorney                Daniel Anderson
John Joseph Moakley U.S. Courthouse    Renée Brooker
Suite 9200, 1 Courthouse Way           Justin Draycott
Boston, MA 02210                       Gejaa T. Gobena
(617) 748-3398                         John K. Neal
(617) 748-3272                         Rebecca Ford
                                       Civil Division
R. ALEXANDER ACOSTA                    Commercial Litigation Branch
UNITED STATES ATTORNEY                 P. O. Box 261
SOUTHERN DISTRICT OF FLORIDA           Ben Franklin Station
                                       Washington, D.C.  20044
/s/ Mark A. Lavine                     Phone:  (202) 307-0405
Mark A. Lavine
Ana Maria Martinez
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101


Dated: August 24, 2007

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I hereby certify that I have communicated with counsel for defendant Abbott Laboratories in an effort to resolve the disputes referred to in this motion, and that the parties have not been able to narrow or resolve the issues raised therein.

/s/ Justin Draycott
Justin Draycott

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above "UNITED STATES' MOTION TO STAY ORDER PENDING A RULING ON OBJECTIONS" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: August 24, 2007

/s/ Justin Draycott
Justin Draycott