UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456<br>) Civil Action No. 01-12257-PBS<br>) |
| **THIS DOCUMENT RELATES TO:** | ) Hon. Patti Saris<br>) |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,*<br>CIVIL ACTION NO. 06-11337-PBS | ) Magistrate Judge Marianne B. Bowler<br>) ) ) ) |

## *[PROPOSED]* **ORDER**

Upon consideration of the motion by the United States for a stay of the Magistrate's August 13, 2007 Order compelling the production of certain privileged documents, it is by THE COURT hereby

ORDERED: That the motion for a stay of the August 13, 2007 Order is GRANTED, and it is

FURTHER ORDERED: That the United States shall not be required to produce the documents identified in the Magistrate's Order of August 13, 2007 until such time as the District Court rules on the objections filed by the United States to that Order.

_____                                    _____
Date                                                            UNITED STATES DISTRICT COURT