IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>C.A. No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Judge Patti B. Saris |

**SUPPLEMENTAL DECLARATION OF DONALD E. HAVILAND, JR., IN SUPPORT OF THE HAVILAND LAW FIRM, LLC'S MOTION FOR APPOINTMENT AS CLASS COUNSEL FOR THE TRACK 2 CONSUMER SUB-CLASSES PURSUANT TO FED.R.CIV.PROC. 23(g)**

I, Donald E. Haviland, Jr., being duly sworn, depose and say:

**I.   Introduction**

1.   I am the managing partner of the Haviland Law Firm, LLC ("HLF"), counsel for the consumer plaintiffs in this matter. I am submitting this Supplemental Declaration in support of HLF's pending motion to be appointed Class Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

2.   I hereby attest that the facts set forth in the Memorandum in Support of The Haviland Law Firm, LLC's Motion for Appointment as Class Counsel for the the Track 2 Consumer Sub-Classes Pursuant to Fed.R.Civ.Proc. 23(g) are true and correct to the best of my knowledge, information and belief. If called to testify as to the same, I would so testify. In addition, there is documentary support for such facts that I would be prepared to submit to the Court forthwith, upon request for the same.

3.   Attached as Exhibit hereto are true and correct copies of the following documents:

1

| Exhibit "A" | *In re Lupron* - Excerpts from the Transcript of the April 15, 2005 Fairness Hearing Before Honorbale Richard G. Stearns |
| --- | --- |
| Exhibit "B" | *In re Lupron* - Affidavit of Ronald S. Golder in Support of Joint Petition for Attorneys' Fees and Reimbursement of Expenses Filed on Behalf of Zimmerman Reed PLLP |
| Exhibit "C" | *In re Lupron* - Accounting Pursuant to the Court's Order of May 15, 2006 |
| Exhibit "D" | Special Verdict Form for Plaintiff Carrabassett Spring Water Company, Inc., in the matter of *Glenwood Farms, Inc. v. Ivey* |
| Exhibit "E" | Special Verdict Form for Plaintiff Glenwood Farms, Inc., in the matter of *Glenwood Farms, Inc. v. Ivey* |
| Exhibit "F" | Special Verdict Form for Plaintiff Tear of the Clouds LLC, in the matter of *Glenwood Farms, Inc. v. Ivey* |
| Exhibit "G" | Poland Spring Malpractice Complaint filed in the U.S. District Court of Maine in the matter of *Glenwood Farms, Inc. v. Ivey* |
| Exhibit "H" | March 23, 2006, Associated Press article entitled "Jury awards more than $10 million in water bottlers' lawsuit" |
| Exhibit "I" | May 22, 2006 "Open Letter to the Mac Community, The Truth Behind the iPod Nano 'Scratch' Class Action Suit", by Jason Tomczak |
| Exhibit "J" | iPod Nano Malpractice Complaint filed in the Superior Court of the State of California in the matter of *Jason Tomczak v. Hagen Berman Sobol Shapiro LLP, et. al*, |

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Executed this 24th day of August, 2007

By:   /s/ Donald E. Haviland, Jr.
      Donald E. Haviland, Jr.
      The Haviland Law Firm, LLC
      740 South Third Street
      Third Floor
      Philadelphia, PA 19147
      Telephone: (215) 609-4661
      Facsimile: (215) 392-4400

2

**CERTIFICATE OF SERVICE**

I, Donald E. Haviland, Jr., Esquire, hereby certify that on August 24, 2007, I filed the foregoing Supplemental Declaration of Donald E. Haviland, Jr., in Support of the Haviland Law Firm, LLC's Motion for Appointment as Class Counsel for the Track 2 Consumer Sub-Classes Pursuant to Fed.R.Civ.Proc.23(g) with the Clerk of this Court and used the CM/ECF system to send notification of such filing to all registered person(s).

/s/ Donald E. Haviland, Jr.
Donald E. Haviland, Jr., Esquire
THE HAVILAND LAW FIRM
740 South Third Street
Third Floor
Philadelphia, PA 19147
Telephone: (215) 609-4661
Facsimile: (215) 392-4400
haviland@havilandlaw.com