UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION* ) ) ) ) ) | MDL No. 1456<br><br>Civil Action No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Judge Patti B. Saris |
| *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.,* Cause No. 03-CV-11226-PBS ) ) ) ) | |

## B. BRAUN MEDICAL INC.'S INITIAL DISCLOSURES

Pursuant to CMO 31, Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 26.2(A) of the Local Rules of the United States District Court for the District of Massachusetts, B. Braun Medical Inc. ("BBM") serves the following Initial Disclosures.

BBM's disclosures are based on information reasonably available to it as of this date. BBM reserves the right to supplement, amend or modify these disclosures. By making these disclosures BBM neither represents that it has identified every document, tangible thing or witness possibly relevant to its defenses, nor is it waiving its right to object to the production of any document or tangible thing disclosed on the basis of privilege, the work product doctrine, relevance, undue burden or any other valid objection.

**FRCP 26(a)(1)(A):**
The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information:

### Federal Witnesses

**Department of Health & Human Services, Centers for Medicare and Medicaid Services ("CMS") (formerly the Health Care Finance Administration ("HCFA"))**
7500 Security Boulevard

Baltimore, Maryland 21244
(410) 786-3000
**Including but not limited to:**
    **Glenda Bailey**
        Personal address and telephone number not known to BBM
    **Julie Boughn**
        Personal address and telephone number not known to BBM
    **Vickie Robey**
        Personal address and telephone number not known to BBM
Employees of HCFA/CMS have knowledge of the numerous government reports, audits, and other materials relating to AWP and WAC pricing for pharmaceutical products and the participation of the Federal Government in the Medi-Cal Program. BBM also refers Plaintiffs to these witnesses' prior sworn testimony.

**Charles Booth, former Director of the Office of Financial Services, HCFA**
8024 Ridgely Oak Road
Baltimore, Maryland 21234
Telephone number not known to BBM
Mr. Booth has knowledge of the numerous government reports, audits, and other materials relating to AWP and WAC pricing for pharmaceutical products and the participation of the Federal Government in the Medi-Cal Program. BBM also refers Plaintiffs to Mr. Booth's prior sworn testimony.

**Nancy-Ann DeParle**
4229 Leland Street
Chevy Chase, Maryland 20815
Personal telephone number not known to BBM
Ms. DeParle has knowledge of the numerous government reports, audits, and other materials relating to AWP and WAC pricing for pharmaceutical products and the participation of the Federal Government in the Medi-Cal Program. BBM also refers Plaintiffs to Ms. DeParle's prior sworn testimony.

**Thomas Scully, former Administrator of HCFA/CMS**
1801 Edgehill Drive
Alexandria, Virginia 22307
Telephone number not known to BBM
Mr. Scully has knowledge of the numerous government reports, audits, and other materials relating to AWP and WAC pricing for pharmaceutical products and the participation of the Federal Government in the Medi-Cal Program. BBM also refers Plaintiffs to Mr. Scully's prior sworn testimony.

**Bruce Vladeck, former Administrator of HCFA/CMS**
360 W. 36th Street
New York, New York 10018
Telephone number not known to BBM

Mr. Vladeck has knowledge of the numerous government reports, audits, and other materials relating to AWP and WAC pricing for pharmaceutical products and the participation of the Federal Government in the Medi-Cal Program. BBM also refers Plaintiffs to Mr. Vladeck's prior sworn testimony.

**Department of Health & Human Services, Office of Inspector General ("OIG")**
7500 Security Boulevard
Baltimore, Maryland 21244
(410) 786-3000
**Including but not limited to:**
    **Cynthia Hansford**
        1631 South Frazier Street
        Philadelphia, Pennsylvania 19143
        Personal telephone number not known to BBM
    **Nancy Molyneaux**
        216 West Plumstead Avenue
        Lansdowne, Pennsylvania 19050
        Personal telephone number not known to BBM
    **Linda Ragone**
        Personal address and telephone number not known to BBM
    **Amy Sernyak**
        44 Spring House Lane
        Media, Pennsylvania 19063
        Personal telephone number not known to BBM
    **David Tawes**
        One Turtle Creek Drive
        Mullica Hill, New Jersey 08062
        Personal telephone number not known to BBM
    **Robert Vito**
        216 Woodchuck Way
        Sewell, New Jersey 08080
        Personal telephone number not known to BBM

Employees of the OIG have knowledge of the numerous government reports, audits, and other materials relating to AWP and WAC pricing for pharmaceutical products. BBM also refers Plaintiffs to these witnesses' prior sworn testimony.

**June Brown Gibbs, former OIG Inspector General**
Current address and telephone number unknown to BBM
Has knowledge of the report issued by the OIG in February of 1996 entitled "Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services," and knowledge of the numerous government reports, audits, and other materials relating to AWP and WAC pricing for pharmaceutical products.

**California Witnesses**

The State of California
Employees and representatives of the California Department of Health Care Services, the California Department of Health Services, and/or the Medi-Cal Program, including but not limited to those individuals listed on the State of California's Initial Disclosures on Exhibit A.
c/o Bill Lockyer, Attorney General
1455 Frazee Road, Suite 315
San Diego, California 92108
(619) 688-6800
These individuals have knowledge of the methodology by which the State of California reimburses for pharmaceutical products dispensed to Medi-Cal patients, the prices the State of California pays for pharmaceutical products, the report issued by the OIG in February of 1996 entitled "Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services;" and when the State was first contacted by Ven-A-Care of the Florida Keys, Inc. with respect to the claims made in this lawsuit.

**S. Kimberly Belshé**, former Director, California Department of Health Services
Director, California Health and Human Services Agency
c/o Bill Lockyer, Attorney General
1455 Frazee Road, Suite 315
San Diego, California 92108
(619) 688-6800
Ms. Belshé has knowledge of the report issued by the OIG in February of 1996 entitled "Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services."

**Joe Rodriguez**, former Deputy Director, Medical Care Services, California Department of Health Services
Current address and telephone number unknown to BBM
Mr. Rodriguez has knowledge of the report issued by the OIG in February of 1996 entitled "Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services."

**Relator**

**Zach Bentley**
**Luis Cabo**
**Mark Jones**
**John Lockwood**
**Ven-A-Care of the Florida Keys, Inc.**
c/o James J. Breen
The Breen Law Firm, P.A.
5755 Northpoint Parkway, Suite 39
Alpharetta, Georgia 30022
(770) 740-0008
Relator; has knowledge of when it first contacted the State of California with respect to the claims made in this lawsuit. BBM also refers Plaintiffs to these witnesses' prior sworn testimony.

**BBM**

**Kathleen Van de Voorde**
**Scott Quilty**
**B. Braun Medical Inc.**
c/o John P. McDonald
Locke Liddell & Sapp PLLC
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000
Mr. Quilty has knowledge of the business practices of BBM relating to the sales and marketing of BBM's drugs referenced in Plaintiffs' First Amended Complaint. Ms. Van de Voorde has knowledge of how pricing compendia representatives explained to her the methodology by which they determine the prices that are reported in their publications.

**First Data Bank**

1111 Bayhill Drive
San Bruno, California 94066
(650) 588-5454
Including but not limited to:
    James Breen
    Kathy Chadwick
Has knowledge of the methodology by which First DataBank determines AWP and WAC prices that are reported to the State. BBM also refers Plaintiffs to these witnesses' prior sworn testimony.

**Ed Edelstein**
Current address and telephone number unknown to BBM
Has knowledge of the methodology by which First DataBank determines AWP and WAC prices that are reported to the State. BBM also refers Plaintiffs to Mr. Edelstein's prior sworn testimony.

**Joseph L. Hirschmann**
Current address and telephone number unknown to BBM
Has knowledge of the methodology by which First DataBank determines AWP and WAC prices that are reported to the State. BBM also refers Plaintiffs to Mr. Hirschmann's prior sworn testimony.

**Patricia Kay Morgan**
c/o Gold Standard
302 Knights Run Avenue, Suite 800
Tampa, Florida 33602
(813) 258-4747
Has knowledge of the methodology by which First DataBank determines AWP and WAC prices that are reported to the State. BBM also refers Plaintiffs to Ms. Morgan's prior sworn testimony.

**Electronic Data Systems**

3215 Prospect Park Drive
Rancho Cordova, California 95670
Has knowledge relating to its role as a fiscal intermediary for the State of California since 1987.

Dated: August 24, 2007.

> Respectfully submitted,
>
> **/s/ John P. McDonald**
> John P. McDonald
>   Texas Bar No. 13549090
> C. Michael Moore
>   Texas Bar No. 14323600
> Karin B. Torgerson
>   Texas Bar No. 00794745
> LOCKE LIDDELL & SAPP PLLC
> 2200 Ross Avenue, Suite 2200
> Dallas, Texas 75201-6776
> 214/740-8000 (Tel.); 214/740-8800 (Fax)
>
> **ATTORNEYS FOR
> B. BRAUN MEDICAL INC.**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record on this 24th day of August, 2007, via electronic service with LexisNexis.

> **/s/ John P. McDonald**
> John P. McDonald