UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | Hon. Patti B. Saris |
| ) | |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.*, CIVIL ACTION NO. 06–CV-11337-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

# EXHIBIT 3 TO THE UNITED STATES' OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION TO DISMISS

# HIGHLY CONFIDENTIAL
# FILED UNDER SEAL
# PURSUANT TO COURT ORDER