UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456 ) ) CIVIL ACTION NO. 01-CV-12257-PBS ) ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO *THE COUNTY OF ORANGE v. ABBOT LABORATORIES, INC., ET AL.*, S.D. NEW YORK, C.A. NO. 1:07-2777 | ) ) ) ) |

### NOTICE OF APPEARANCE OF DAVID G. GREENE

**To the Clerk of the Above-Named Court:**

Please enter the appearance of David G. Greene on behalf of the Defendant Apotex, Inc.

Respectfully submitted,

_____
DAVID G. GREENE (DG 4163)
LORD, BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022
212.947.4700

Dated: August 21, 2007