UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

IN RE PHARMACEUTICAL ) MDL NO. 1456
INDUSTRY AVERAGE WHOLESALE )
PRICE LITIGATION ) CIVIL ACTION NO. 01-CV-12257-PBS
 )
 ) Judge Patti B. Saris
THIS DOCUMENT RELATES TO *THE COUNTY* )
*OF ORANGE v. ABBOT LABORATORIES, INC.,* )
*ET AL.*, S.D. NEW YORK, C.A. NO. 1:07-2777 )
 )

---

### NOTICE OF APPEARANCE OF R. JAMES JUDE DE ROSE, III

**To the Clerk of the Above-Named Court:**

Please enter the appearance of R. James Jude De Rose, III on behalf of the Defendant Apotex, Inc.

Respectfully submitted,

R. JAMES DE ROSE, III (RD 9660)
LORD, BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022
212.947.4700

Dated: August 21, 2007