UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Civil Action No. 01-CV-12257-PBS<br>Judge Patti B. Saris |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Kimberly Friday of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for Biogen Idec Inc. in connection with the above-captioned action.

Respectfully submitted,

/s/ Kimberly Friday
Kimberly Friday (BBO #660544)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
kim.friday@wilmerhale.com

Dated: August 29, 2007

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on August 29, 2007 to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By:   /s/ Kimberly Friday
Kimberly Friday

1

USIDOCS 6341290v1