UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | C.A. NO. 01-CV-12257-PBS<br>Judge Patti B. Saris |

## NOTICE OF APPEARANCE
## OF MARY B. STROTHER

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Mary B. Strother as counsel for Defendant Biogen Idec Inc. in the above-captioned matter.

Respectfully submitted,

/s/ Mary B. Strother
Mary B. Strother (BBO #631682)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
mary.strother@wilmerhale.com

*Attorney for Biogen Idec Inc.*

Dated: August 29, 2007

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on August 29, 2007 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

By:   /s/ Kimberly Friday