₳ventis

# MEMO

**TO:** Aventis President's Forum

**FROM:** Jerry Belle

**SUBJECT:** Prescription Product Price Increase

**DATE:** March 20, 2001

Please find attached a copy of a letter sent to our direct and drop-ship customers notifying them of a price increase. The price increases are as follows:

| Product | % Increase | Product | % Increase |
|---|---|---|---|
| Allegra® tablets, capsules | 6 | Intal® | 5 |
| Allegra-D® | 6 | Lasix® | 6 |
| Amaryl® | 4 | Lozol® | 6 |
| Anzemet® Injection | 4 | Nasacort® | 5 |
| Arava™ | 6 | Nasacort AQ® | 9.5 |
| Azmacort® | 4 | Nilandron® | 6 |
| Bentyl® | 6 | Norpramin® | 6 |
| Cantil® | 6 | Novafed®A | 6 |
| Carafate® | 6 | Priftin® | 6 |
| Cephulac® | 6 | Refludan® | 6 |
| Chronulac® | 6 | Rifadin® | 6 |
| Clomid® | 6 | Rifamate® | 6 |
| DDAVP®Tablets (0.1 mg) | 9 | Rifater® | 6 |
| DDAVP® Nasal Spray | 6 | Rilutek® | 3 |
| DiaBeta® | 6 | Tenuate® | 6 |
| Hiprex® | 6 | Tilade® | 5 |
| | | Trental® | 6 |

This price increase went into effect today, March 20, 2001, at 5:00 a.m. EST.

All year-to-date pricing actions by Aventis represent a 2.71% increase to it's overall sales baseline and is within the current C.P.I. (3.4%). No other Aventis Pharmaceuticals products were affected by the pricing action.

Thank you for your support of this pricing action.

*Jerry Belle*

Jerry Belle
Attachment

AV-MBX-0030577

.IGHLY CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)



**Exhibit C**

*Aventis Pharmaceuticals* 

March 20, 2001

Dear Pharmaceutical Buyer:

Aventis Pharmaceuticals is announcing a price increase effective today, Tuesday, March 20, 2001 at 5:00 a.m. EST on the following products.

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Allegra® (fexofenadine HCl) Tablets 30 mg, bottle of 100 | 0088-1106-47 | $ 45.69 | $ 54.83 |
| Allegra® (fexofenadine HCl) Tablets 60 mg, bottle of 100 | 0088-1107-47 | 91.32 | 109.58 |
| Allegra® (fexofenadine HCl) Tablets 180 mg, bottle of 100 | 0088-1109-47 | 182.64 | 219.17 |
| Allegra® (fexofenadine HCl) Capsules 60 mg, bottle of 100 | 0088-1102-47 | 91.32 | 109.58 |
| Allegra® (fexofenadine HCl) Capsules 60 mg, UDIP 100 | 0088-1102-49 | 91.32 | 109.58 |
| Allegra® (fexofenadine HCl) Capsules 60 mg, bottle of 500 | 0088-1102-55 | 456.70 | 548.04 |
| Allegra-D® (fexofenadine HCl 60 mg and pseudoephedrine HCl 120 mg) extended-release tablets bottle of 100 | 0088-1090-47 | 102.13 | 122.56 |
| Allegra-D® (fexofenadine HCl 60 mg and pseudoephedrine HCl 120 mg) extended release tablets UDIP 100 | 0088-1090-49 | 102.13 | 122.56 |
| Allegra-D® (fexofenadine HCl 60 mg and pseudoephedrine HCl 120 mg) extended-release tablets bottle of 500 | 0088-1090-55 | 510.76 | 612.91 |
| Amaryl® (glimepiride tablets) 1 mg, bottle of 100 | 0039-0221-10 | 22.05 | 26.46 |

Aventis Pharmaceuticals · 300 Somerset Corporate Boulevard · Bridgewater, NJ 08807-2854 · www.aventispharma-us.com

AV-MBX-0030578

IGHLY CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Amaryl® (glimepiride tablets) 2 mg, bottle of 100 | 0039-0222-10 | 35.72 | 42.87 |
| Amaryl® (glimepiride tablets) 2 mg, UDIP 100 | 0039-0222-11 | 35.72 | 42.87 |
| Amaryl® (glimepiride tablets) 4 mg, bottle of 100 | 0039-0223-10 | 67.39 | 80.87 |
| Amaryl® (glimepiride tablets) 4 mg, UDIP 100 | 0039-0223-11 | 67.39 | 80.87 |
| Anzemet® Injection (dolasetron mesylate injection) 100-mg/5-mL single use vial | 0088-1206-32 | 144.30 | 173.16 |
| Arava™ (leflunomide) tablets 10 mg, bottle of 30 | 0088-2160-30 | 216.24 | 259.49 |
| Arava™ (leflunomide) tablets 20 mg, bottle of 30 | 0088-2161-30 | 216.24 | 259.49 |
| Arava™ (leflunomide) tablets 100 mg, 3-ct blister pack | 0088-2162-03 | 108.12 | 129.74 |
| Azmacort® (triamcinolone acetonide) oral inhaler 60 mg | 0075-0060-37 | 49.76 | 62.20 |
| Bentyl® (dicyclomine hydrochloride USP) capsules 10 mg, bottle of 100 | 0068-0120-61 | 27.19 | 32.63 |
| Bentyl® (dicyclomine hydrochloride USP) tablets 20 mg, bottle of 100 | 0068-0123-61 | 38.80 | 46.56 |
| Bentyl® (dicyclomine hydrochloride USP) injection 5 ampules, 2 mL each | 0068-0809-23 | 69.75 | 83.70 |
| Bentyl® (dicyclomine hydrochloride USP) injection 10 mL vial | 0068-0810-61 | 44.52 | 53.42 |
| Bentyl® (dicyclomine hydrochloride USP) syrup pint, 10 mg/5mL | 0068-0125-16 | 30.21 | 36.25 |
| Cantil® (mepenzolate bromide USP) tablets 25 mg, bottle of 100 | 0068-0037-01 | 86.44 | 103.73 |

AV-MBX-0030579

IGHLY CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Carafate® (sucralfate) tablets 1 gm, bottle of 100 | 0088-1712-47 | 78.33 | 94.00 |
| Carafate® (sucralfate) tablets 1 gm, bottle of 120 | 0088-1712-53 | 95.72 | 114.86 |
| Carafate® (sucralfate) tablets 1 gm, bottle of 500 | 0088-1712-55 | 380.06 | 456.08 |
| Carafate® (sucralfate) tablets 1 gm, bottle of 3000 | 0088-1712-25 | 2,281.01 | 2,737.22 |
| Carafate® (sucralfate) tablets UDIP 100 | 0088-1712-49 | 90.90 | 109.08 |
| Carafate® (sucralfate) suspension 14 fl. oz. Bottle, 1 gm/10 ml | 0088-1700-15 | 32.70 | 39.24 |
| Cephulac® (lactulose solution) 10 gm/15 ml, pint | 0068-0413-16 | 40.60 | 48.72 |
| Cephulac® (lactulose solution) 10 gm/15 ml, ½ gallon | 0068-0413-64 | 145.59 | 174.71 |
| Chronulac® (lactulose solution) 8 fl-oz. bottle | 0068-0409-08 | 20.35 | 24.42 |
| Chronulac® (lactulose solution) 32 fl-oz. bottle | 0068-0409-32 | 72.82 | 87.38 |
| Clomid® (clomiphene citrate tablets USP) 50 mg, box of 30 | 0068-0226-30 | 243.59 | 292.31 |
| DDAVP® Tablets (desmopressin acetate) 0.1 mg, bottle of 100 | 0075-0016-00 | 197.20 | 246.50 |
| DDAVP® Nasal Spray (desmopressin acetate) 1x5 ml pump | 0075-2452-01 | 128.85 | 161.06 |
| Diaßeta® (glyburide USP) 1.25 mg, bottle of 50 | 0039-0053-05 | 9.06 | 10.87 |
| Diaßeta® (glyburide USP) 2.5 mg, bottle of 100 | 0039-0051-10 | 35.46 | 42.55 |

AV-MBX-0030580

HIGHLY CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

4

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Diaßeta® (glyburide USP) 2.5 mg, UDIP 100 | 0039-0051-11 | 35.46 | 42.55 |
| Diaßeta® (glyburide USP 2.5 mg, bottle of 500 | 0039-0051-50 | 152.59 | 183.11 |
| Diaßeta® (glyburide USP) 5 mg, bottle of 100 | 0039-0052-10 | 65.03 | 78.04 |
| Diaßeta® (glyburide USP) 5 mg, UDIP 100 | 0039-0052-11 | 65.03 | 78.04 |
| Diaßeta® (glyburide USP) 5 mg, bottle of 500 | 0039-0052-50 | 272.58 | 327.10 |
| Diaßeta® (glyburide USP) 5 mg, bottle of 1000 | 0039-0052-70 | 487.60 | 585.12 |
| Hiprex® Tablets (methenamine hippurate) 1 gm, bottle of 100 | 0068-0277-61 | 115.81 | 138.97 |
| Intal® Inhaler (cromolyn sodium inhalation aerosol) 112 metered inhalations | 0585-0675-02 | 42.87 | 53.59 |
| Intal® Inhaler (cromolyn sodium inhalation aerosol) 200 metered inhalations | 0585-0675-01 | 68.21 | 85.26 |
| Intal® Nebulizer Solution (cromolyn sodium inhalation solution, USP) 2 ml, plastic ampules, box of 60 | 0585-0673-02 | 53.89 | 67.36 |
| Intal® Nebulizer Solution (cromolyn sodium inhalation solution, USP) 2 ml, plastic ampules, box of 120 | 0585-0673-03 | 100.66 | 125.83 |
| Lasix® (furosemide) Tablets 20 mg, bottle of 100 | 0039-0067-10 | 17.60 | 21.12 |
| Lasix® (furosemide) Tablets 20 mg, bottle of 500 | 0039-0067-50 | 83.05 | 99.66 |
| Lasix® (furosemide) Tablets 20 mg, bottle of 1000 | 0039-0067-70 | 157.62 | 189.15 |

AV-MBX-0030581

HIGHLY CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v.
Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

5

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Lasix® (furosemide) Tablets 40 mg, UDIP 100 | 0039-0060-11 | 25.65 | 30.78 |
| Lasix® (furosemide) Tablets 40 mg, bottle of 100 | 0039-0060-13 | 24.65 | 29.57 |
| Lasix® (furosemide) Tablets 40 mg, bottle of 500 | 0039-0060-50 | 116.87 | 140.24 |
| Lasix® (furosemide) Tablets 40 mg, bottle of 1000 | 0039-0060-70 | 221.96 | 266.36 |
| Lasix® (furosemide) Tablets 80 mg, bottle of 50 | 0039-0066-05 | 19.93 | 23.91 |
| Lasix® (furosemide) Tablets 80 mg, bottle of 500 | 0039-0066-50 | 188.89 | 226.67 |
| Lozol ® (indapamide) Tablets 1.25 mg, bottle of 100 | 0075-0700-00 | 79.33 | 99.16 |
| Lozol ® (indapamide) Tablets 1.25 mg, bottle of 1000 | 0075-0700-99 | 780.90 | 976.13 |
| Lozol ® (indapamide) Tablets 2.5 mg, bottle of 100 | 0075-0082-00 | 98.12 | 122.66 |
| Lozol ® (indapamide) Tablets 2.5 mg, bottle of 1000 | 0075-0082-99 | 968.88 | 1,211.10 |
| Lozol ® (indapamide) Tablets 2.5 mg, 20,000 | 0075-0082-23 | 19,112.20 | 23,890.25 |
| Nasacort® (triamcinolone acetonide) nasal inhaler 10 gm | 0075-1505-43 | 38.48 | 48.10 |
| Nasacort® AQ (aqueous triamcinolone acetonide) nasal spray 16.5 gm | 0075-1506-16 | 38.93 | 48.66 |
| Nilandron® (nilutamide) Tablets 50 mg, 90-ct blister pack | 0088-1110-35 | 232.09 | 278.50 |
| Norpramin® (desipramine hydrochloride tablets USP) 10 mg, bottle of 100 | 0068-0007-01 | 55.23 | 66.27 |

AV-MBX-0030582

.IGHLY CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Norpramin® (desipramine hydrochloride tablets USP) 25 mg, bottle of 100 | 0068-0011-01 | 66.36 | 79.63 |
| Norpramin® (desipramine hydrochloride tablets USP) 50 mg, bottle of 100 | 0068-0015-01 | 124.92 | 149.91 |
| Norpramin® (desipramine hydrochloride tablets USP) 75 mg, bottle of 100 | 0068-0019-01 | 159.00 | 190.80 |
| Norpramin® (desipramine hydrochloride tablets USP) 100 mg, bottle of 100 | 0068-0020-01 | 208.93 | 250.71 |
| Norpramin® (desipramine hydrochloride tablets USP) 150 mg, bottle of 50 | 0068-0021-50 | 151.37 | 181.64 |
| Novafed® A (pseudoephedrine hydrochloride and chlorpheniramine maleate) extended release capsules bottle of 100 | 0068-0106-61 | 58.94 | 70.72 |
| Priftin® Tablets (rifapentine) 150 mg, box of 32 | 0088-2100-03 | 77.70 | 93.24 |
| Refludan® [lepirudin (rDNA) for injection] 1 mL vial, box of 10 | 0088-2150-57 | 1,157.52 | 1,389.02 |
| Rifadin® (rifampin capsules USP) 150 mg, bottle of 30 | 0068-0510-30 | 39.49 | 47.38 |
| Rifadin® (rifampin capsules USP) 300 mg, bottle of 30 | 0068-0508-30 | 55.97 | 67.16 |
| Rifadin® (rifampin capsules USP) 300 mg, bottle of 60 | 0068-0508-60 | 111.88 | 134.26 |
| Rifadin® (rifampin capsules USP) 300 mg, bottle of 100 | 0068-0508-61 | 186.56 | 223.87 |
| Rifadin® IV (rifampin for injection) 600 mg, 25 mL vial | 0068-0597-01 | 70.12 | 84.14 |
| Rifamate® (rifampin and isonazid capsules) bottle of 60 | 0068-0509-60 | 128.90 | 154.68 |

AV-MBX-0030583

.IGHLY CONFIDENTIAL

Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

7

| Product Name & Size | NDC # | New Wholesaler* List Price as of 3/20/01 | Manufacturer's** Suggested Price 3/20/01 |
|---|---|---|---|
| Rifater® (rifampin, isoniazid and pyrazinamide tablets) bottle of 60 | 0088-0576-41 | 95.40 | 114.48 |
| Rilutek® (riluzole) Tablets 50 mg, bottle of 60 | 0075-7700-60 | 719.78 | 899.73 |
| Tenuate® Immediate-Release Tablets (diethylpropion hydrochloride USP) 25 mg, bottle of 100 | 0068-0697-61 | 42.24 | 50.69 |
| Tenuate® Dospan® (diethylpropion hydrochloride USP) controlled release 75 mg, bottle of 100 | 0068-0698-61 | 106.05 | 127.26 |
| Tenuate® Dospan® (diethylpropion hydrochloride USP) controlled release 75 mg, bottle of 250 | 0068-0698-62 | 257.79 | 309.35 |
| Tilade® Inhaler (nedocromil sodium inhalation aerosol) 104 metered inhalations | 0585-0685-02 | 34.18 | 42.72 |
| Trental® (pentoxifylline) Tablets 400 mg, bottle of 100 | 0039-0078-10 | 63.07 | 75.68 |
| Trental® (pentoxifylline) Tablets 400 mg, UDIP 100 | 0039-0078-11 | 65.83 | 78.99 |

*The list price does not reflect discounts, rebates, chargebacks, and other terms that may reduce actual sales price
** Manufacturer's Suggested Price is a suggested price that may not reflect actual wholesale price.

**No other Aventis Pharmaceuticals products will be affected by this pricing action.**

All orders received after 5:00 a.m. EST on March 20, 2001 will be billed at the new price.

If you have any questions, please feel free to contact your Senior National Trade Account Manager, or our Customer Service Department at 1-800-207-8049.

Sincerely,

*Chuck Pennewell*

Chuck Pennewell
Senior Director
Trade Management & Development
1177

AV-MBX-0030584

HIGHLY CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)