MEDICAL ECONOMICS
✶
THOMSON HEALTHCARE

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 1 OF 15

/ENTIS PHARMACEUTICALS
9 INTERPACE PARKWAY
O. BOX 663
RSIPPANY          NJ   07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| CHR/UPC CAT NO. DA / ANDA | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 38-1102-47 | ALLEGRA<br>CAP     PO     60 MG<br>100 EA     FEXOFENADINE HYDROCHLORIDE | 01 | | RX | | 103.38 | | 86.15 | | 1/26/00 |
| 38-1102-49 | ALLEGRA<br>CAP     PO     60 MG<br>100 EA     FEXOFENADINE HYDROCHLORIDE | 01 | | RX | 1 | 103.38 | | 86.15 | | 1/26/00 |
| 38-1102-55 | ALLEGRA<br>CAP     PO     60 MG<br>500 EA     FEXOFENADINE HYDROCHLORIDE | 01 | | RX | | 517.02 | | 430.85 | | 1/26/00 |
| 8-1106-47 | ALLEGRA<br>TAB     PO     30 MG<br>100 EA     FEXOFENADINE HYDROCHLORIDE | 01 | | RX | | 51.72 | | 43.10 | | 6/1/00 |
| 8-1107-47 | ALLEGRA<br>TAB     PO     60 MG<br>100 EA     FEXOFENADINE HYDROCHLORIDE | 01 | | RX | | 103.38 | | 86.15 | | 6/1/00 |
| 3-1109-47 | ALLEGRA<br>TAB     PO     180 MG<br>100 EA     FEXOFENADINE HYDROCHLORIDE | 01 | | RX | | 206.76 | | 172.30 | | 2/28/00 |
| 1090-47 | ALLEGRA-D<br>TER     PO     60 MG-120 MG<br>100 EA     FEXOFENADINE HCL/PSEUDOEPH | 01 | | RX | | 115.62 | | 96.35 | | 1/26/00 |
| 1090-49 | ALLEGRA-D<br>(BLISTER PACK)<br>TER     PO     60 MG-120 MG<br>100 EA     FEXOFENADINE HCL/PSEUDOEPH | 01 | | RX | 1 | 115.62 | | 96.35 | | 1/26/00 |
| 1090-55 | ALLEGRA-D<br>TER     PO     60 MG-120 MG<br>500 EA     FEXOFENADINE HCL/PSEUDOEPH | 01 | | RX | | 578.22 | | 481.85 | | 1/26/00 |
| 0221-10 | AMARYL<br>TAB     PO     1 MG<br>100 EA     GLIMEPIRIDE | 01 | | RX | | 25.44 | | 21.20 | | 1/26/00 |
| 0222-10 | AMARYL<br>TAB     PO     2 MG<br>100 EA     GLIMEPIRIDE | 01 | | RX | | 41.22 | | 34.35 | | 1/26/00 |

ctions:  Please make corrections directly on this printout
 as is          OK with changes

AV-BCA-0010044

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry
Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

## Exhibit D





EXHIBIT
FOR ID
CHRENKO-11
9/5/05

MEDICAL ECONOMICS
THOMSON HEALTHCARE

## REDBOOK *Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 2 OF 15

.VENTIS PHARMACEUTICALS
99 INTERPACE PARKWAY
.O. BOX 663
ARSIPPANY      NJ   07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| NDC/HRA/PC CAT NO. NDA / ANDA | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINISTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBG | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| :039-0222-11 :A | AMARYL<br>TAB    PO    2 MG<br>100 EA    GLIMEPIRIDE | 01 | | RX | 1 | 41.22 | | 34.35 | | 1.25/00 |
| 039-0223-10 :A | AMARYL<br>TAB    PO    4 MG<br>100 EA    GLIMEPIRIDE | 01 | | RX | | 77.76 | | 64.80 | | 1/26/00 |
| 039-0223-11 A | AMARYL<br>TAB    PO    4 MG<br>100 EA    GLIMEPIRIDE | 01 | | RX | 1 | 77.76 | | 64.80 | | 1/26/00 |
| :088-1202-05 A | ANZEMET<br>TAB    PO    50 MG<br>5 EA    DOLASETRON MESYLATE | 01 | | RX | | 276.54 | | 230.45 | | 1/26/00 |
| 088-1202-29 A | ANZEMET<br>(BLISTER PACK,1X5)<br>TAB    PO    50 MG<br>5 EA    DOLASETRON MESYLATE | 01 | | RX | | 276.54 | | 230.45 | | 1/26/00 |
| 088-1202-43 A | ANZEMET<br>TAB    PO    50 MG<br>10 EA    DOLASETRON MESYLATE | 01 | | RX | 1 | 553.14 | | 460.95 | | 1/26/00 |
| .88-1203-05 A | ANZEMET<br>TAB    PO    100 MG<br>5 EA    DOLASETRON MESYLATE | 01 | | RX | | 366.54 | | 305.45 | | 1/26/00 |
| 38-1203-29 | ANZEMET<br>(BLISTER PACK,1X5)<br>TAB    PO    100 MG<br>5 EA    DOLASETRON MESYLATE | 01 | | RX | | 366.54 | | 305.45 | | 1/26/00 |
| .38-1203-43 | ANZEMET<br>TAB    PO    100 MG<br>10 EA    DOLASETRON MESYLATE | 01 | | RX | 1 | 733.08 | | 610.90 | | 1/26/00 |
| 38-1206-32 | ANZEMET<br>(S.D.V.)<br>INJ    IJ    20 MG/ML<br>5.00 ml EA    DOLASETRON MESYLATE | 01 | | RX | | 166.50 | | 138.75 | | 1/26/00 |
| 8-2160-30 | ARAVA<br>TAB    PO    10 MG<br>30 EA    LEFLUNOMIDE | 01 | | RX | | 244.80 | | 204.00 | | 9/15/98 |

uctions:   Please make corrections directly on this printout
OK  as is        OK with changes

AV-BCA-0010045

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry
Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

MEDICAL ECONOMICS
✳
THOMSON HEALTHCARE

# REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 3 OF 15

VENTIS PHARMACEUTICALS
99 INTERPACE PARKWAY
O. BOX 663
ARSIPPANY         NJ   07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| DCHR&UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBG | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 088-2161-30 A | ARAVA TAB    PO       20 MG 30 EA          LEFLUNOMIDE | 01 | | RX | | 244.80 | | 204.00 | | 9/15/98 |
| 088-2162-03 A | ARAVA (BLISTER PACK) TAB    PO     100 MG 3 EA          LEFLUNOMIDE | 01 | | RX | | 122.40 | | 102.00 | | 9/15/98 |
| 75-0060-37 A | AZMACORT ARD    IH     100 MCG/INH 20.00 gm 1 EA    TRIAMCINOLONE ACETONIDE | 01 | | RX | | 53.18 | | 44.32 | | 9/6/99 |
| 58-0120-61 | BENTYL CAP      PO     10 MG 100 EA         DICYCLOMINE HYDROCHLORIDE | 01 | AB | RX | | 30.78 | | 25.65 | | 1/26/00 |
| 58-0123-61 | BENTYL TAB      PO     20 MG 100 EA         DICYCLOMINE HYDROCHLORIDE | 01 | AB | RX | | 43.92 | | 36.60 | | 1/26/00 |
| 58-0125-16 | BENTYL SYR      PO     10 MG/5 ML 480.00 ml 1 EA   DICYCLOMINE HYDROCHLORIDE | 01 | | RX | | 34.20 | | 28.50 | | 1/26/00 |
| 8-0809-23 | BENTYL (AMP) INJ      IJ     10 MG/ML 2.00 S EA      DICYCLOMINE HYDROCHLORIDE | 01 | AP | RX | | 78.96 | | 65.80 | | 1/26/00 |
| 8-0810-61 | BENTYL (VIAL) INJ      IJ     10 MG/ML 10.00 ml 1 EA   DICYCLOMINE HYDROCHLORIDE | 01 | AP | RX | | 50.40 | | 42.00 | | 1/26/00 |
| 3-0037-01 | CANTIL TAB      PO     25 MG 100 EA         MEPENZOLATE BROMIDE | 01 | | RX | | 97.86 | | 81.55 | | 1/26/00 |
| 1-1700-15 | CARAFATE SUS      PO     1 GM/10 ML 414.00 ml 1 EA  SUCRALFATE | 01 | | RX | | 37.02 | | 30.85 | | 1/26/00 |
| -1712-25 | CARAFATE TAB      PO     1 GM 3,000 EA       SUCRALFATE | 01 | AB | RX | | 2,582.28 | | 2,151.90 | | 1/26/00 |

uctions: Please make corrections directly on this printout
K  as is        _____ OK with changes

AV-BCA-0010046

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry
Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

MEDICAL ECONOMICS
THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 4 OF 15

/ENTIS PHARMACEUTICALS
99 INTERPACE PARKWAY
O. BOX 663
ARSIPPANY          NJ   07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| CC-NR&UPC CAT NO. NDA/ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 88-1712-47 | CARAFATE<br>TAB    PO    1 GM<br>100 EA    SUCRALFATE | 01 | AB | RX | | 88.68 | | 73.90 | | 1/26/00 |
| 88-1712-49 | CARAFATE<br>TAB    PO    1 GM<br>100 EA    SUCRALFATE | 01 | AB | RX | 1 | 102.90 | | 85.75 | | 1/26/00 |
| 88-1712-53 | CARAFATE<br>TAB    PO    1 GM<br>120 EA    SUCRALFATE | 01 | AB | RX | | 108.36 | | 90.30 | | 1/26/00 |
| 88-1712-55 | CARAFATE<br>TAB    PO    1 GM<br>500 EA    SUCRALFATE | 01 | AB | RX | | 430.26 | | 358.55 | | 1/26/00 |
| 88-1771-47 | CARDIZEM<br>TAB    PO    30 MG<br>100 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB | RX | | 52.80 | | 44.00 | | 1/26/00 |
| 88-1771-55 | CARDIZEM<br>TAB    PO    30 MG<br>500 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB | RX | | 259.50 | | 216.25 | | 1/26/00 |
| 8-1771-90 | CARDIZEM<br>TAB    PO    30 MG<br>5,000 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB | RX | | 2,595.66 | | 2,163.05 | | 1/26/00 |
| 9-1772-47 | CARDIZEM<br>TAB    PO    60 MG<br>100 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB | RX | | 82.86 | | 69.05 | | 1/26/00 |
| 3-1772-55 | CARDIZEM<br>TAB    PO    60 MG<br>500 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB | RX | | 406.86 | | 339.05 | | 1/26/00 |
| 3-1772-90 | CARDIZEM<br>TAB    PO    60 MG<br>5,000 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB | RX | | 4,069.74 | | 3,391.45 | | 1/26/00 |
| -1789-17 | CARDIZEM<br>(LYO-JECT,5 MG/ML,6X5 ML)<br>PDI    IJ    25 MG<br>6 EA    DILTIAZEM HYDROCHLORIDE | 01 | | RX | | 153.84 | | 128.20 | | 1/26/00 |

uctions:  Please make corrections directly on this printout
K  as is        ___ OK with changes

**AV-BCA-0010047**

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry
Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

MEDICAL ECONOMICS
THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 5 OF 15

/ENTIS PHARMACEUTICALS
9 INTERPACE PARKWAY
O. BOX 663
RSIPPANY          NJ   07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| CCHR&UPC CAT NO. IDA/ANDA | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBG | DEA | IUD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 88-1790-32 | CARDIZEM (VIAL) INJ    IJ    5 MG/ML 5.00 ml 6 EA    DILTIAZEM HYDROCHLORIDE | 01 | AP | RX | | 89.22 | | 74.35 | | 1/25/00 |
| 88-1790-33 | CARDIZEM (VIAL) INJ    IJ    5 MG/ML 10.00 ml 6 EA    DILTIAZEM HYDROCHLORIDE | 01 | AP | RX | | 165.36 | | 137.80 | | 1/26/00 |
| 88-1791-47 | CARDIZEM TAB    PO    90 MG 100 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB | RX | | 116.52 | | 97.10 | | 1/25/00 |
| 88-1792-47 | CARDIZEM TAB    PO    120 MG 100 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB | RX | | 152.52 | | 127.10 | | 1/26/00 |
| 88-1795-30 | CARDIZEM CD CER    PO    120 MG 30 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | | 39.24 | | 32.70 | | 1/26/00 |
| 8-1795-42 | CARDIZEM CD CER    PO    120 MG 90 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | | 115.20 | | 96.00 | | 1/26/00 |
| 3-1795-49 | CARDIZEM CD CER    PO    120 MG 100 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | 1 | 127.68 | | 106.40 | | 1/26/00 |
| 3-1796-30 | CARDIZEM CD CER    PO    180 MG 30 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | | 48.54 | | 40.45 | | 1/26/00 |
| 3-1796-42 | CARDIZEM CD CER    PO    180 MG 90 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | | 139.02 | | 115.85 | | 1/26/00 |
| -1796-49 | CARDIZEM CD CER    PO    180 MG 100 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | 1 | 153.60 | | 128.00 | | 1/26/00 |
| -1796-90 | CARDIZEM CD CER    PO    180 MG 5,000 EA    DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | | 7,728.72 | | 6,440.60 | | 1/26/00 |

ictions: Please make corrections directly on this printout
K  as is     ___ OK with changes

AV-BCA-0010048

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

MEDICAL ECONOMICS
✳
THOMSON HEALTHCARE

## REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

·PAGE 6 OF 15

.VENTIS PHARMACEUTICALS
99 INTERPACE PARKWAY
.O. BOX 663
ARSIPPANY        NJ   07054

Please Respond By:  10/27/2000
Contact Name:  PAULINE CHRENKO
Phone Number:  973-394-6000

| NDC/HRI/UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBG | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| :088-1797-30 :A | CARDIZEM CD<br>CER     PO     240 MG<br>30 EA       DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | | 65.82 | | 54.85 | | 1/26/00 |
| :088-1797-42 :A | CARDIZEM CD<br>CER     PO     240 MG<br>90 EA       DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | | 197.22 | | 164.35 | | 1/23/00 |
| 088-1797-49 A | CARDIZEM CD<br>CER     PO     240 MG<br>100 EA      DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | 1 | 218.34 | | 181.95 | | 1/26/00 |
| 088-1798-30 A | CARDIZEM CD<br>CER     PO     300 MG<br>30 EA       DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | | 86.22 | | 71.85 | | 1/26/00 |
| 088-1798-42 A | CARDIZEM CD<br>CER     PO     300 MG<br>90 EA       DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | | 255.60 | | 213.00 | | 1/26/00 |
| 088-1798-49 A | CARDIZEM CD<br>CER     PO     300 MG<br>100 EA      DILTIAZEM HYDROCHLORIDE | 01 | AB3 | RX | 1 | 281.34 | | 234.45 | | 1/26/00 |
| 88-1799-42 | CARDIZEM CD<br>CER     PO     360 MG<br>90 EA       DILTIAZEM HYDROCHLORIDE | 01· | | RX | | 278.04 | | 231.70 | | 1/26/00 |
| 88-1788-16 | CARDIZEM MONOVIAL<br>(S.D.V., GLASS)<br>PDI      IJ     100 MG<br>3 EA        DILTIAZEM HYDROCHLORIDE | 01 | AP | RX | | 132.42 | | 110.35 | | 1/26/00 |
| 38-1777-47 | CARDIZEM SR<br>CER     PO     60 MG<br>100 EA      DILTIAZEM HYDROCHLORIDE | 01 | AB1 | RX | | 97.20 | | 81.00 | | 1/26/00 |
| 38-1778-47 | CARDIZEM SR<br>CER     PO     90 MG<br>100 EA      DILTIAZEM HYDROCHLORIDE | 01 | AB1 | RX | | 111.06 | | 92.55 | | 1/26/00 |
| 28-1779-47 | CARDIZEM SR<br>CER     PO     120 MG<br>100 EA      DILTIAZEM HYDROCHLORIDE | 01 | AB1 | RX | | 144.78 | | 120.65 | | 1/26/00 |

ructions:  Please make corrections directly on this printout
OK as is        ___ OK with changes

AV-BCA-0010049

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry
Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

**MEDICAL ECONOMICS**

✦

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 7 OF 15

VENTIS PHARMACEUTICALS
99 INTERPACE PARKWAY
O. BOX 663
ARSIPPANY          NJ   07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| NDC/HRI/UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINISTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | PT | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 068-0413-16 A | CEPHULAC <br> SYR PO 10 GM/15 ML <br> 1.00 pt 1 EA    LACTULOSE | 01 | AA | RX | | 45.96 | | 38.30 | | 1/26/00 |
| 068-0413-64 A | CEPHULAC <br> SYR PO 10 GM/15 ML <br> 0.50 ga 1 EA    LACTULOSE | 01 | AA | RX | | 164.82 | | 137.35 | | 1/26/00 |
| 068-0409-08 A | CHRONULAC <br> SYR PO 10 GM/15 ML <br> 8.00 oz 1 EA    LACTULOSE | 01 | AA | RX | | 23.04 | | 19.20 | | 1/26/00 |
| 068-0409-32 A | CHRONULAC <br> SYR PO 10 GM/15 ML <br> 32.00 oz 1 EA    LACTULOSE | 01 | AA | RX | | 82.44 | | 68.70 | | 1/26/00 |
| 068-0226-30 A | CLOMID <br> TAB PO 50 MG <br> 30 EA    CLOMIPHENE CITRATE | 01 | AB | RX | | 275.76 | | 229.80 | | 1/26/00 |
| 075-0514-08 | COMBIPATCH <br> TDM TD 0.05 MG-0.14 MG/24 HRS <br> 8 EA    ESTRADIOL/NORETHIN ACE | 01 | | RX | | 31.19 | | 24.95 | | 7/19/00 |
| 075-0525-08 | COMBIPATCH <br> TDM TD 0.05 MG-0.25 MG/24 HRS <br> 8 EA    ESTRADIOL/NORETHIN ACE | 01 | | RX | | 31.19 | | 24.95 | | 7/19/00 |
| 038-1150-03 | COPAXONE <br> (S.D.V., W/DILUENT) <br> PDI IJ 20 MG <br> 32 EA    GLATIRAMER ACETATE | 01 | | RX | | 964.50 | | 803.75 | | 1/26/00 |
| 075-0016-00 | DDAVP <br> TAB PO 0.1 MG <br> 100 EA    DESMOPRESSIN ACETATE | 01 | | RX | | 217.10 | | 180.92 | | 4/21/00 |
| 075-0026-00 | DDAVP <br> TAB PO 0.2 MG <br> 100 EA    DESMOPRESSIN ACETATE | 01 | | RX | | 281.86 | | 225.49 | | 9/6/99 |
| 5-0945-02 | DDAVP <br> INJ IJ 15 MCG/ML <br> 2.00 ml 5 EA    DESMOPRESSIN ACETATE    ~~DISCONTINUED 9/13/99~~ | 01 | | RX | | 972.01 | | 777.61 | | 1/1/98 |

ructions:  Please make corrections directly on this printout

AV-BCA-0010050

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry
Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

MEDICAL ECONOMICS
THOMSON HEALTHCARE

# REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

VENTIS PHARMACEUTICALS
99 INTERPACE PARKWAY
.O. BOX 663
ARSIPPANY NJ 07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| NDC/HRI/UPC CAT NO. NDA/ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 075-2451-01 DA | DDAVP (AMP) INJ IJ 4 MCG/ML 1.00 ml 10 EA DESMOPRESSIN ACETATE | 01 | AP | RX | | 266.69 | | 213.35 | | 1/1/98 |
| 075-2451-53 DA | DDAVP (VIAL) INJ IJ 4 MCG/ML 10.00 ml 1 EA DESMOPRESSIN ACETATE | 01 | AP | RX | | 270.00 | | 216.00 | | 1/1/98 |
| 075-2452-01 A | DDAVP SPR NS 0.01 MG/INH 5.00 ml 1 EA DESMOPRESSIN ACETATE | 01 | AB | RX | | 151.95 | | 121.56 | | 9/6/99 |
| 075-2450-01 A | DDAVP RHINAL TUBE SOL NS 0.01% 2.50 ml 1 EA DESMOPRESSIN ACETATE | 01 | BX | RX | | 85.06 | | 68.05 | | 9/6/99 |
| 039-0051-10 A | DIABETA TAB PO 2.5 MG 100 EA GLYBURIDE | 01 | BX | RX | | 40.14 | | 33.45 | | 1/26/00 |
| 039-0051-11 A | DIABETA TAB PO 2.5 MG 100 EA GLYBURIDE | 01 | BX | RX | 1 | 40.14 | | 33.45 | | 1/26/00 |
| 039-0051-50 A | DIABETA TAB PO 2.5 MG 500 EA GLYBURIDE | 01 | BX | RX | | 172.74 | | 143.95 | | 1/26/00 |
| 39-0052-10 | DIABETA TAB PO 5 MG 100 EA GLYBURIDE | 01 | BX | RX | | 73.62 | | 61.35 | | 1/26/00 |
| 39-0052-11 | DIABETA TAB PO 5 MG 100 EA GLYBURIDE | 01 | BX | RX | 1 | 73.62 | | 61.35 | | 1/26/00 |
| 39-0052-50 | DIABETA TAB PO 5 MG 500 EA GLYBURIDE | 01 | BX | RX | | 308.58 | | 257.15 | | 1/26/00 |
| 19-0052-70 | DIABETA TAB PO 5 MG 1,000 EA GLYBURIDE | 01 | BX | RX | | 552.00 | | 460.00 | | 1/26/00 |

ructions: Please make corrections directly on this printout

AV-BCA-0010051

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

MEDICAL ECONOMICS
✳
THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive – 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 9 OF 15

VENTIS PHARMACEUTICALS
99 INTERPACE PARKWAY
P.O. BOX 663
ARSIPPANY                    NJ  07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| NDC#/HRI/UPC CAT.NO. NDA / ANDA | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2039-0053-05 OA | DIABETA (PEACH) TAB     PO     1.25 MG 50 EA        GLYBURIDE | 01 | BX | RX | | 10.26 | | 8.55 | | 1/26/00 |
| 0075-9995-08 OA | GLIADEL IMP     IP     7.7 MG 8 EA        CARMUSTINE | 01 | | RX | | 12,480.00 | | 9,984.00 | | 1/1/98 |
| 068-0277-61 OA | HIPREX TAB     PO     1 GM 100 EA       METHENAMINE HIPPURATE | 01 | AB | RX | | 131.10 | | 109.25 | | 1/26/00 |
| 585-0673-02 OA | INTAL (VIAL) SOL     IH     10 MG/ML 2.00 ml 60 EA    CROMOLYN SODIUM | 01 | AN | RX | 1 | 61.58 | | 51.32 | | 1/26/00 |
| 585-0673-03 A | INTAL (VIAL) SOL     IH     10 MG/ML 2.00 ml 120 EA   CROMOLYN SODIUM | 01 | AN | RX | 1 | 115.04 | | 95.87 | | 1/26/00 |
| 585-0675-01 A | INTAL INHALER ARO     IH     0.8 MG/INH 14.20 gm 1 EA   CROMOLYN SODIUM | 01 | | RX | | 77.95 | | 64.96 | | 1/26/00 |
| 585-0675-02 A | INTAL INHALER ARD     IH     0.8 MG/INH 8.10 gm 1 EA    CROMOLYN SODIUM | 01 | | RX | | 49.00 | | 40.83 | | 1/26/00 |
| 039-0060-11 A | LASIX TAB     PO     40 MG 100 EA       FUROSEMIDE | 01 | AB | RX | 1 | 29.04 | | 24.20 | | 1/26/00 |
| 039-0060-13 A | LASIX (UNIT OF USE) TAB     PO     40 MG 100 EA       FUROSEMIDE | 01 | AB | RX | | 27.90 | | 23.25 | | 1/26/00 |
| 39-0060-50 A | LASIX TAB     PO     40 MG 500 EA       FUROSEMIDE | 01 | AB | RX | | 132.30 | | 110.25 | | 1/26/00 |
| 39-0060-70 | LASIX TAB     PO     40 MG 1,000 EA     FUROSEMIDE | 01 | AB | RX | | 251.28 | | 209.40 | | 1/26/00 |

Instructions:  Please make corrections directly on this printout

AV-BCA-0010052

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry
Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 10 OF 15

/ENTIS PHARMACEUTICALS
99 INTERPACE PARKWAY
O. BOX 663
ARSIPPANY          NJ  07054

Please Respond By:  10/27/2000
Contact Name:  PAULINE CHRENKO
Phone Number:  973-394-6000

| NDC#/HP/UPC CAT NO. NDA/ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBG | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 039-0066-05 | LASIX<br>TAB  PO  80 MG<br>50 EA  FUROSEMIDE | 01 | AB | RX | | 22.56 | | 18.80 | | 1/26/00 |
| 039-0066-50 | LASIX<br>TAB  PO  80 MG<br>500 EA  FUROSEMIDE | 01 | AB | RX | | 213.84 | | 178.20 | | 1/26/00 |
| 039-0067-10 | LASIX<br>TAB  PO  20 MG<br>100 EA  FUROSEMIDE | 01 | AB | RX | | 19.92 | | 16.60 | | 1/26/00 |
| 39-0067-11 | LASIX<br>TAB  PO  20 MG<br>100 EA  FUROSEMIDE | 01 | AB | RX | 1 | 20.94 | | 17.45 | | 1/26/00 |
| 39-0067-50 | LASIX<br>TAB  PO  20 MG<br>500 EA  FUROSEMIDE | 01 | AB | RX | | 94.02 | | 78.35 | | 1/26/00 |
| 39-0067-70 | LASIX<br>TAB  PO  20 MG<br>1,000 EA  FUROSEMIDE | 01 | AB | RX | | 178.44 | | 148.70 | | 1/26/00 |
| 5-0620-40 | LOVENOX<br>(SRN,PREFILLED)<br>INJ  IJ  40 MG/0.4 ML<br>0.40 ml 10 EA  ENOXAPARIN SODIUM | 01 | | RX | | 244.63 | | 195.70 | | 12/6/99 |
| 5-0621-60 | LOVENOX<br>(SRN,PREFILLED)<br>INJ  IJ  60 MG/0.6 ML<br>0.60 ml 10 EA  ENOXAPARIN SODIUM | 01 | | RX | | 367.38 | | 293.90 | | 12/6/99 |
| 5-0622-80 | LOVENOX<br>(SRN,PREFILLED)<br>INJ  IJ  80 MG/0.8 ML<br>0.80 ml 10 EA  ENOXAPARIN SODIUM | 01 | | RX | | 489.84 | | 391.87 | | 12/6/99 |
| 5-0623-00 | LOVENOX<br>(SRN,PREFILLED)<br>INJ  IJ  100 MG/ML<br>1.00 ml 10 EA  ENOXAPARIN SODIUM | 01 | | RX | | 612.30 | | 489.84 | | 12/6/99 |
| 5-0624-03 | LOVENOX<br>(AMP)<br>INJ  IJ  30 MG/0.3 ML<br>0.30 ml 10 EA  ENOXAPARIN SODIUM | 01 | | RX | | 174.74 | | 139.79 | | 12/6/99 |

uctions:  Please make corrections directly on this printout
)K  as is          OK with changes

AV-BCA-0010053

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry
Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

MEDICAL ECONOMICS
THOMSON HEALTHCARE

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 11 OF 15

VENTIS PHARMACEUTICALS
99 INTERPACE PARKWAY
O. BOX 663
ARSIPPANY          NJ   07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| CCHR/UPC CAT NO. DA/ANDA | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 075-0624-30 | LOVENOX (SRN,PREFILLED) INJ           IJ          30 MG/0.3 ML 0.30 ml 10 EA      ENOXAPARIN SODIUM | 01 | | RX | | 183.48 | | 146.78 | | 12/6/99 |
| 075-0619-01 | LOVENOX EASYINJECTOR SYSTEM DEV 1 EA          DEVICE, INJECTION | 03 | | RX | | 18.75 | | 15.00 | | 3/16/98 |
| 075-0082-00 | LOZOL TAB      PO      2.5 MG 100 EA      INDAPAMIDE | 01 | AB | RX | | 115.71 | | 92.57 | | 9/6/99 |
| 75-0082-23 | LOZOL TAB      PO      2.5 MG 20,000 EA      INDAPAMIDE | 01 | AB | RX | | 22,537.98 | | 18,030.38 | | 9/6/99 |
| 75-0082-99 | LOZOL TAB      PO      2.5 MG 1,000 EA      INDAPAMIDE | 01 | AB | RX | | 1,142.55 | | 914.04 | | 9/6/99 |
| 75-0700-00 | LOZOL TAB      PO      1.25 MG 100 EA      INDAPAMIDE | 01 | AB | RX | | 93.55 | | 74.84 | | 9/6/99 |
| 5-0700-99 | LOZOL TAB      PO      1.25 MG 1,000 EA      INDAPAMIDE | 01 | AB | RX | | 920.88 | | 736.70 | | 9/6/99 |
| 5-1505-43 | NASACORT ARD      NS      55 MCG/INH 10.00 gm 1 EA      TRIAMCINOLONE ACETONIDE | 01 | | RX | | 41.89 | | 34.91 | | 9/6/99 |
| 5-1506-16 | NASACORT AQ SPR      NS      55 MCG/INH 16.50 gm 1 EA      TRIAMCINOLONE ACETONIDE | 01 | | RX | | 42.34 | | 33.87 | | 1/26/00 |
| 3-1110-35 | NILANDRON (BLISTER PACK) TAB      PO      50 MG 90 EA      NILUTAMIDE | 01 | | RX | | 262.74 | | 218.95 | | 1/26/00 |
| 3-0007-01 | NORPRAMIN TAB      PO      10 MG 100 EA      DESIPRAMINE HYDROCHLORIDE | 01 | AB | RX | | 62.52 | | 52.10 | | 1/26/00 |

uctions:  Please make corrections directly on this printout
K  as is       _____ OK with changes

AV-BCA-0010054

CONFIDENTIAL
Document produced pursuant to the Protective Order in in Re Pharmaceutical Industry
Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

# MEDICAL ECONOMICS
### THOMSON HEALTHCARE

## REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 12 OF 15

:VENTIS PHARMACEUTICALS
39 INTERPACE PARKWAY
.O. BOX 663
ARSIPPANY          NJ   07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| NDC/HRI/UPC CAT NO. NDA/ANDA | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBO | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| :068-0011-01  JA | NORPRAMIN  TAB  PO  25 MG  100 EA  DESIPRAMINE HYDROCHLORIDE | 01 | AB | RX | | 75.12 | | 62.60 | | 1/26/00 |
| 068-0015-01  A | NORPRAMIN  TAB  PO  50 MG  100 EA  DESIPRAMINE HYDROCHLORIDE | 01 | AB | RX | | 141.42 | | 117.85 | | 1/26/00 |
| 068-0019-01  A | NORPRAMIN  TAB  PO  75 MG  100 EA  DESIPRAMINE HYDROCHLORIDE | 01 | AB | RX | | 180.00 | | 150.00 | | 1/26/00 |
| 068-0020-01  A | NORPRAMIN  TAB  PO  100 MG  100 EA  DESIPRAMINE HYDROCHLORIDE | 01 | AB | RX | | 236.52 | | 197.10 | | 1/26/00 |
| 068-0021-50  A | NORPRAMIN  TAB  PO  150 MG  50 EA  DESIPRAMINE HYDROCHLORIDE | 01 | AB | RX | | 171.36 | | 142.80 | | 1/26/00 |
| 68-0106-61 | NOVAFED A  CER  PO  8 MG-120 MG  100 EA  CPM/PSEUDOEPH | 01 | | RX | | 66.72 | | 55.60 | | 1/26/00 |
| 75-0640-05 | ONCASPAR  (S.D.V.,P.F.)  INJ  IJ  750 IU/ML  5.00 ml 1 EA  PEGASPARGASE | 01 | | RX | | 1,391.21 | | 1,112.97 | | 1/1/98 |
| 75-5100-50 | PENETREX  TAB  PO  200 MG  50 EA  ENOXACIN | 01 | | RX | | 163.52 | | 136.27 | | 9/6/99 |
| 75-5140-50 | PENETREX  TAB  PO  400 MG  50 EA  ENOXACIN | 01 | | RX | | 171.71 | | 143.09 | | 9/6/99 |
| 8-2100-03 | PRIFTIN  TAB  PO  .150 MG  32 EA  RIFAPENTINE | 01 | | RX | | 87.96 | | 73.30 | | 11/2/98 |
| 8-2150-57 | REFLUDAN  (VIAL)  PDI  IJ  50 MG  10 EA  LEPIRUDIN | 01 | | RX | | 1,310.40 | | 1,092.00 | | 1/26/00 |

*DELETE* (handwritten on ONCASPAR row)

:uctions:  Please make corrections directly on this printout
)K as is          OK with changes

AV-BCA-0010055

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

MEDICAL ECONOMICS
THOMSON HEALTHCARE

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 13 OF 15

VENTIS PHARMACEUTICALS
99 INTERPACE PARKWAY
O. BOX 663
ARSIPPANY          NJ   07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| CDHR/UPC CAT NO. NDA /ANDA | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | PT | DBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 068-0508-30 | RIFADIN<br>CAP   PO   300 MG<br>30 EA   RIFAMPIN | 01 | AB | RX | | 63.36 | | 52.80 | | 11/23/93 |
| 068-0508-60 | RIFADIN<br>CAP   PO   300 MG<br>60 EA   RIFAMPIN | 01 | AB | RX | | 126.66 | | 105.55 | | 11/23/93 |
| 068-0508-61 | RIFADIN<br>CAP   PO   300 MG<br>100 EA   RIFAMPIN | 01 | AB | RX | | 211.20 | | 176.00 | | 11/23/93 |
| 068-0510-30 | RIFADIN<br>CAP   PO   150 MG<br>30 EA   RIFAMPIN | 01 | AB | RX | | 44.70 | | 37.25 | | 11/23/93 |
| 068-0597-01 | RIFADIN IV<br>(VIAL)<br>POI   IJ   600 MG<br>1 EA   RIFAMPIN | 01 | AP | RX | | 79.38 | | 66.15 | | 11/23/93 |
| 068-0509-60 | RIFAMATE<br>CAP   PO   150 MG-300 MG<br>60 EA   INH/RIFAMPIN | 01 | | RX | | 145.92 | | 121.60 | | 11/23/93 |
| 068-0576-41 | RIFATER<br>TAB   PO   50 MG-300 MG-120 MG<br>60 EA   INH/PYRAZINAMIDE/RIFAMPIN | 01 | | RX | | 108.00 | | 90.00 | | 10/3/94 |
| 75-7700-60 | RILUTEK<br>(CAPLET)<br>TAB   PO   50 MG<br>60 EA   RILUZOLE | 01 | | RX | | 873.53 | | 698.82 | | 9/6/99 |
| 75-0057-62 | SLO-BID GYROCAPS<br>C12   PO   50 MG<br>100 EA   THEOPHYLLINE | 01 | BC | RX | 1 | 24.63 | | 20.53 | | 7/1/98 |
| 75-0100-00 | SLO-BID GYROCAPS<br>C12   PO   100 MG<br>100 EA   THEOPHYLLINE | 01 | AB | RX | | 31.49 | | 26.24 | | 9/6/99 |
| 75-0100-62 | SLO-BID GYROCAPS<br>C12   PO   100 MG<br>100 EA   THEOPHYLLINE | 01 | AB | RX | 1 | 30.43 | | 25.36 | | 7/1/98 |

*Handwritten on SLO-BID GYROCAPS 50 MG row:* DISCONTINUED 10/1/98

*Handwritten on SLO-BID GYROCAPS 100 MG 62 row:* Discontinued 6/24/98

uctions:  Please make corrections directly on this printout
K as is        OK with changes

AV-BCA-0010056

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry
Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

MEDICAL ECONOMICS
THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 14 OF 15

VENTIS PHARMACEUTICALS
99 INTERPACE PARKWAY
.O. BOX 663
ARSIPPANY          NJ   07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| IDCAHR/UPC CAT NO. NDA / ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | | | PT | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 075-0100-99 | SLO-BID GYROCAPS | | | 01 | AB | RX | | 302.80 | | 252.33 | | 9/6/99 |
| .A | C12 | PO | 100 MG | | | | | | | | | |
| | 1,000 EA | | THEOPHYLLINE | | | | | | | | | |
| 075-0200-00 | SLO-BID GYROCAPS | | | 01 | AB | RX | | 46.97 | | 39.14 | | 9/6/99 |
| .A | C12 | PO | 200 MG | | | | | | | | | |
| | 100 EA | | THEOPHYLLINE | | | | | | | | | |
| 075-0300-00 | SLO-BID GYROCAPS | | | 01 | AB | RX | | 55.94 | | 46.62 | | 9/6/99 |
| .A | C12 | PO | 300 MG | | | | | | | | | |
| | 100 EA | | THEOPHYLLINE | | | | | | | | | |
| 075-1075-62 | SLO-BID GYROCAPS *DISCONTINUED 8/6/99* | | | 01 | BC | RX | 1 | 27.73 | | 23.11 | | 7/1/98 |
| .A | C12 | PO | 75 MG | | | | | | | | | |
| | 100 EA | | THEOPHYLLINE | | | | | | | | | |
| 75-1125-00 | SLO-BID GYROCAPS | | | 01 | AB | RX | | 39.46 | | 32.88 | | 9/6/99 |
| .A | C12 | PO | 125 MG | | | | | | | | | |
| | 100 EA | | THEOPHYLLINE | | | | | | | | | |
| 75-1125-62 | SLO-BID GYROCAPS *DISCONTINUED 11/23/98* | | | 01 | AB | RX | 1 | 36.72 | | 30.60 | | 7/1/98 |
| A | C12 | PO | 125 MG | | | | | | | | | |
| | 100 EA | | THEOPHYLLINE | | | | | | | | | |
| 75-0351-68 | SLO-PHYLLIN | | | 01 | | RX | | 23.04 | | 19.20 | | 9/6/99 |
| | TAB | PO | 100 MG | | | | | | | | | |
| | 100 EA | | THEOPHYLLINE | | | | | | | | | |
| 75-0352-68 | SLO-PHYLLIN | | | 01 | | RX | | 30.60 | | 25.50 | | 9/6/99 |
| | TAB | PO | 200 MG | | | | | | | | | |
| | 100 EA | | THEOPHYLLINE | | | | | | | | | |
| 5-3650-16 | SLO-PHYLLIN 80 (A.F.) | | | 01 | AA | RX | | 26.48 | | 22.07 | | 9/6/99 |
| A | SYR | PO | 80 MG/15 ML | | | | | | | | | |
| | 480.00 ml 1 EA | | THEOPHYLLINE | | | | | | | | | |
| 5-0357-16 | SLO-PHYLLIN GG (A.F.) | | | 01 | | RX | | 47.33 | | 39.44 | | 9/6/99 |
| | SYR | PO | 90 MG-150 MG/15 ML | | | | | | | | | |
| | 1.00 pt 1 EA | | GG/THEO | | | | | | | | | |
| 5-9051-10 | SYNERCID | | | 01 | | RX | | 1,031.28 | 859.40 | | | 10/22/99 |
| | PDI | IJ | 350 MG-150 MG | | | | | | | | | |
| | 10 EA | | DALFOPRISTIN/QUINUPRISTIN | | | | | | | | | |

uctions: Please make corrections directly on this printout
)K as is       ___ OK with changes

AV-BCA-0010057

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry
Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456

MEDICAL ECONOMICS
THOMSON HEALTHCARE

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 15 OF 15

AVENTIS PHARMACEUTICALS
399 INTERPACE PARKWAY
P.O. BOX 663
PARSIPPANY          NJ  07054

Please Respond By: 10/27/2000
Contact Name: PAULINE CHRENKO
Phone Number: 973-394-6000

| NDC-HRI/UPC CAT NO. NDA/ANDA STATUS | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | | | PT | DBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 075-8001-20 GA | TAXOTERE (S.D.V. W/DILUENT) INJ  IJ  20 MG/0.5 ML 0.50 ml 1 EA  DOCETAXEL | | | 01 | | RX | | 298.58 | | 238.86 | | 12/6/99 |
| 075-8001-80 A | TAXOTERE (S.D.V. W/DILUENT) INJ  IJ  20 MG/0.5 ML 2.00 ml 1 EA  DOCETAXEL | | | 01 | | RX | | 1,194.30 | | 955.44 | | 12/6/99 |
| 068-0697-61 A | TENUATE TAB  PO  25 MG 100 EA  DIETHYLPROPION HYDROCHLORIDE | | | 01 | AA | CIV | | 47.82 | | 39.85 | | 1/26/00 |
| 068-0698-61 A | TENUATE DOSPAN TER  PO  75 MG 100 EA  DIETHYLPROPION HYDROCHLORIDE | | | 01 | BC | CIV | | 120.06 | | 100.05 | | 1/26/00 |
| 068-0698-62 A | TENUATE DOSPAN TER  PO  75 MG 250 EA  DIETHYLPROPION HYDROCHLORIDE | | | 01 | BC | CIV | | 291.84 | | 243.20 | | 1/26/00 |
| 085-0685-02 | TILADE ARD  IH  1.75 MG/INH 16.20 gm 1 EA  NEDOCROMIL SODIUM | | | 01 | | RX | | 39.14 | | 31.31 | | 1/26/00 |
| 039-0078-10 | TRENTAL TER  PO  400 MG 100 EA  PENTOXIFYLLINE | | | 01 | AB | RX | | 71.40 | | 59.50 | | 1/26/00 |
| 039-0078-11 | TRENTAL TER  PO  400 MG 100 EA  PENTOXIFYLLINE | | | 01 | AB | RX | 1 | 74.52 | | 62.10 | | 1/26/00 |

AV-BCA-0010058

Instructions:  Please make corrections directly on this printout
OK  as is        OK with changes

CONFIDENTIAL
Document produced pursuant to the Protective Order in In Re Pharmaceutical Industry Average Wholesale Price Litigation, Case No. 01-CV-12257, MDL 1456