# Exhibit E

**Balzer, Joseph PH/US**

| | |
|---|---|
| From: | Pickhardt, Dave PH/US |
| Sent: | Thursday, June 20, 2002 5:53 PM |
| To: | Amadio, Julia PH/US; Balzer, Joseph PH/US; Brunken, Claire PH/US; Cervione, John PH/US; Ciriello, Frank PH/US; Gossett, Mark PH/US; Harrington, John PH/US; Hoppenot, Herve PH/US; Leone, John PH/US; Schultes, Charles PH/US; Spurr, Robert PH/US; Stansbury, Brent PH/US |
| Cc: | Haymes, Janet PH/US; DiLascia, Christopher PH/US; Carroll, Kim PH/US; Brewer, Tyrone PH/US; Hawthorne, Paul PH/US; Duvall, Marty PH/US; Flannelly, Barry PH/US; Gawlick, Tom PH/US; Hamilton, Jennifer L. PH/US; Brotzman, Mary Anne PH/US; McFadden, Jeff PH/US; Kerrigan, James PH/US; Schaeffer, John PH/US; Ewing, David PH/US; Tomlinson, Dalton PH/US; Willover, Scott PH/US |
| Subject: | Pricing Board |

There is a pricing board meeting scheduled for July 11th to discuss pricing strategy for the major brands in the coming years. The meeting has been planned electronically and is on your calendars. However, we would appreciate your personal effort to hold this day for this important meeting. The following will be the planned discussion around each of the major promotional brands:

- Price position strategy for the brand - relative to competition and/or similar classes of therapy
- WAC price change recommendations for 2003 - 2005
- Contracting strategy and financial implications of any proposed change
- GTN analysis for 2003 - 2005 for all major promoted brands

Achievement of our objectives for this meeting will help us integrate our various strategies into one plan that optimizes our U.S. business performance, while operating within the guidelines for price increase impact set by the NALT. In addition, we will be able to be more effective in implementation of price changes. The agenda is currently being planned around these brands: Allegra, Amaryl, Lantus, Lovenox, Taxotere, Anzemet, Arava.

Please let me know if you have any questions.

**Dave Pickhardt**
Vice President, Managed Healthcare
Aventis Pharmaceuticals
300 Somerset Corporate Boulevard
Bridgewater, NJ 08807-2854
Telephone 908-243-6150
Fax 908-243-7411


EXHIBIT
Cervione
006
8-9-05

HIGHLY CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

AV-BDV-0102035