COPY 

**Aventis Pharmaceuticals Inc.**
Gerald P. Belle
President and Chief Executive Officer

August 11, 2000

<u>VIA UPS OVERNIGHT DELIVERY</u>

The Honorable Donna E. Shalala
Secretary
Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201

Re: HCFA Reimbursement Proposal

Dear Secretary Shalala:

  Aventis Pharmaceuticals Inc. ("Aventis Pharmaceuticals"), the manufacturer of Anzemet® (dolasetron mesylate) injection and tablets, strongly urges the Health Care Financing Administration ("HCFA") to reverse or revise its proposal regarding a reduction in pricing for various chemotherapy drugs covered by Medicare and Medicaid. Aventis Pharmaceuticals agrees with recent positions of physician and nursing organizations, such as the American Society of Clinical Oncology ("ASCO"), the Association of Community Cancer Centers ("ACCC"), the Oncology Nursing Society ("ONS"), and the Medical Group Management Association ("MGMA") – namely, that implementing HCFA's proposed pricing will severely impact the quality of care delivered to cancer patients. Moreover, a careful review of the proposed pricing changes suggests that HCFA's methodology in preparing the proposal is seriously flawed and procedurally improper.

<u>Background</u>

  Nearly three million chemotherapy treatments are administered each year in the United States. Approximately 70% of patients receiving such treatment experience some degree of nausea and/or vomiting and up to 25% of chemotherapy patients suffer severe disruptions in their lives due to nausea and vomiting. Anzemet® is a member of a class of anti-emetic drugs known as "$5HT_3$ receptor antagonists," which are commonly administered to cancer patients to prevent and treat nausea and vomiting. Kytril® (granisetron hydrocholoride; SmithKline Beecham Pharmaceuticals) and Zofran® (ondansetron hydrocholoride; Glaxo Wellcome Inc.) are also members of this class of drugs. All three anti-emetics are considered equally efficacious in the treatment of nausea and vomiting.[1] All three drugs are included within the

---

[1] See Hesketh PJ, *Comparative Review of 5-HT$_3$ Receptor Antagonists in the Treatment of Acute Chemotherapy-Induced Nausea and Vomiting*, Cancer Investigation 18(2):163-173 (2000); Gralla RJ, et al, *Recommendations for the Use of Antiemetics: Evidence-Based, Clinical Practice Guidelines*, Journal of Clinical Oncology 17(9):2971-2994 (September 1999).

Aventis Pharmaceuticals · 399 Interpace Parkway · P.O. Box 663 · Parsippany, NJ 07054    AP00845
Telephone (973) 394-6000 · www.aventispharma-us.com



AV-AAA-001928

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

**Exhibit F**

The Honorable Donna E. Shalala, Secretary
August 11, 2000
Page 2

scope of HCFA's proposal. Because chemotherapy-associated nausea and vomiting may have serious medical and psychosocial consequences, it is important that physicians have the ability (financial and otherwise) to continue to use the full range of FDA-approved anti-emetics when necessary to improve the quality of life for cancer patients.

<u>Issues with HCFA Proposal</u>

Using Anzemet® as an example, the HCFA proposal is flawed for the following reasons:

1. The proposed price assigned to Anzemet® does not reflect higher prices charged by wholesalers to many oncology centers. We believe the proposal is the result of a flawed process in which a non-representative survey of wholesalers was used as the sole source of the data. It is our understanding that the methodology used to determine the proposed prices employed a survey of a very limited number of specialty wholesalers, apparently selected by state Medicaid representatives. Limiting the price survey in this manner produced skewed data. Importantly, Aventis Pharmaceuticals has no control over prices charged by wholesalers. Wholesalers often sell products at significantly different prices. In order to obtain a fairer assessment of current pricing, HCFA's survey should have been much broader, including various commercial reporting services as required by the Balanced Budget Act of 1997.

2. The survey data used to calculate the proposed price for Anzemet® did not take into account a previously scheduled price increase that occurred on January 26, 2000. Therefore, the current pricing for Anzemet® is not reflected in HCFA's proposal.

3. Most importantly, HCFA's proposed pricing is not consistent across the three anti-emetic drugs.[2] HCFA's proposal reflects a 29%-38%

---

[2] Current Average Wholesale Price ("AWP") versus HCFA's proposed pricing for $5HT_3$ receptor antagonists:

| Product | NDC | Package Size* | Current AWP | Proposed price** | $ Difference | % Change |
|---------|-----|---------------|-------------|------------------|--------------|----------|
| Anzemet | 00088-1206-32 | 100 mg vial | $166.50 | $74.08 | $92.42 | 56% |
| Zofran | 00173-0461-00 | 32 mg vial | $206.41 | $128.09 | $78.32 | 38% |
| Kytril | 00029-4149-01 | 1 mg vial | $195.20 | $139.04 | $56.16 | 29% |

\* These package sizes are the common dosages for chemotherapy patients.
\*\* This information is based upon communications with ASCO, ACCC and experience with several Medicaid plans.

See Red Book Update (July 2000); see also www.accc-cancer.org/news/apcsnew.htm (list of core oncology and supportive care drugs excerpted from Department of Justice recommendations for Medicaid and Medicare payments).

AP00846

AV-AAA-001929

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

The Honorable Donna E. Shalala, Secretary
August 11, 2000
Page 3

reduction for two anti-emetic products, yet the proposed amount for Anzemet® would be a 56% reduction from current Average Wholesale Price – almost twice as much. Anzemet® should not be treated differently than the other drugs in its class. At a minimum, the proposed pricing should reflect a consistent, uniform reduction from current pricing for all three $5HT_3$ receptor antagonists.

4. The practical effect of HCFA's proposal may actually drive physicians *away* from using any $5HT_3$ receptor antagonist to the detriment of cancer patients.[3] It may also discourage physicians from using the lowest priced $5HT_3$ receptor antagonist (Anzemet®), because of the respective proposed reimbursement amounts. Because Anzemet® is the lowest priced $5HT_3$ receptor antagonist on the market, it is likely that Medicare and Medicaid pay far less for Anzemet® than for competing drugs. The percentage of proposed reduction in pricing for Anzemet® far exceeds that of the other $5HT_3$ receptor antagonists, however, the reduction may create a disincentive for physicians to prescribe the lowest priced available option. The result may be an increased cost to the government, notwithstanding the comparable safety and efficacy of all three $5HT_3$ receptor antagonists. Certainly this is not consistent with HCFA's stated objective of reducing drug reimbursement expenditures.

5. Finally, HCFA has proposed the implementation of its revised pricing *without* the benefit of formal public notice or an appropriate comment period as required by the Administrative Procedures Act ("APA"). This is a clear violation of a fundamental tenet of administrative procedure, thus rendering invalid the entire process leading up to HCFA's proposal. In addition to the supplemental research mandated by the items discussed above, HCFA should be made to comply with formal administrative processes required by the APA and the Regulatory Flexibility Act with regard to its proposal.

### Conclusion

Aventis Pharmaceuticals is confident you will agree that several factors and administrative processes were not taken into account with regard to HCFA's proposal. Ironically, one practical effect of HCFA's proposal might be to reward higher priced $5HT_3$ receptor antagonists while penalizing or creating a disincentive to prescribe the lowest cost drug – this certainly cannot have been HCFA's intent. We strongly recommend that HCFA delay implementation of the proposed $5HT_3$ receptor antagonist pricing until all necessary data is available and fully analyzed. Alternatively, until that time, the pricing for the three $5HT_3$

---

[3] Because several state Medicaid plans have already implemented HCFA's proposed pricing, some providers have indicated that they will stop prescribing $5HT_3$ receptor antagonists for their Medicaid patients.

AP00847

AV-AAA-001930

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

Exhibit F

The Honorable Donna E. Shalala, Secretary
August 11, 2000
Page 4

receptor antagonists should be set employing a fair and reasonable methodology that would address the discrepancies and inconsistencies described above.

Please contact me if you require additional information. We look forward to learning the Department's position with regard to this matter.

Sincerely,

Gerald P. Belle
President and Chief Executive Officer
Aventis Pharmaceuticals Inc.

cc: Nancy-Ann Min De Parle, HCFA
Michael Hash, HCFA
Jeffrey Kang, M.D., HCFA
Patrick Lupinetti, NAMFCU
Joseph Hirshman, First DataBank
Jim Wilson, First DataBank

AP00848

AV-AAA-001931

CONFIDENTIAL
Document produced pursuant to the Protective Order in State of Connecticut v. Aventis, Docket no. CV 03 0083299 S (X07) (CDL)

Exhibit F