| | |
|---|---|
| From: | Colvin, Randy PH/US |
| Sent: | Tuesday, June 20, 2000 8:24 PM |
| To: | Alles, Mark PH/US; Hayes, Rebecca PH/US; Brown, Loreen PH/US; Kloecker, Richard PH/US; Buettner, Arden PH/US |
| Cc: | Bradley, Kerry PH/US |
| Subject: | RE: Anzemet Pricing on the list of 400 NDCs |

When Anzemet took its price increase this year and years past --- we did not change our contract prices to reflect the increase in AWP. There in lies the problem, we created an even bigger spread to stay competitive.
I am sure OTN will let us look at what ever we need to see. I have asked OTN to provide me with their acquisition price of Zofran and Kytril so we can compare it to our SWAC.
Becky, your original message attached mentioned NAMFCU goal is to have Medicaid reimburse closer to acquisition price --- is it my understanding that Medicare is now following Medicaid in reimbursement strategy? I am a little confused.

Randy G Colvin, MBA
National Account Manager
Aventis Oncology
E-mail: randy.colvin@aventis.com

-----Original Message-----
From: Alles, Mark PH/US
Sent: Tuesday, June 20, 2000 2:58 PM
To: Hayes, Rebecca PH/US; Brown, Loreen PH/US; Kloecker, Richard PH/US; Buettner, Arden PH/US
Cc: Bradley, Kerry PH/US; Colvin, Randy PH/US
Subject: RE: Anzemet Pricing on the list of 400 NDCs

Good idea. What kind of resources do you/we need to argue successfully for the "least costly alternative" status?

-----Original Message-----
From: Hayes, Rebecca PH/US
Sent: Tuesday, June 20, 2000 3:48 PM
To: Alles, Mark PH/US; Brown, Loreen PH/US; Kloecker, Richard PH/US; Buettner, Arden PH/US
Cc: Bradley, Kerry PH/US; Colvin, Randy PH/US
Subject: RE: Anzemet Pricing on the list of 400 NDCs

For Anzemet, when we had our last price increase in January and the Red Book AWP increased in February, did our discounting amounts change? If our discounting amounts also increased, then we could probably argue that the $74 is based on old prices. It would also be good to know if the 4 wholesalers surveyed had different prices before and then after the December price increase. Does anyone have the wholesaler price catalogs? If not, do we know a customer that would have them and let us look at them?

Several Medicare carriers already have "least costly alternative" policies published for Lupron & Zoladex. We may be able to argue with HCFA for a "least costly alternative" policy for the anti-emetics. I'm having copies of several published least costly alternative policies made, so we can review them and determine if it's something we want to pursue.

Becky

-----Original Message-----
From: Alles, Mark PH/US
Sent: Tuesday, June 20, 2000 3:25 PM
To: Hayes, Rebecca PH/US; Hoppenot, Herve PH/US; Kloecker, Richard PH/US; Buettner, Arden PH/US; Brown, Loreen PH/US
Subject: RE: Anzemet Pricing on the list of 400 NDCs

Becky:

1



HIGHLY CONFIDENTIAL

AV00071970

Thanks for doing the homework to determine how Anzemet's new "AWP" was developed. Do you think we have any opportunities to argue for either the class to be reimbursed at $74.00, or for an increase in Anzemet reimbursement levels?

-----Original Message-----
From: Hayes, Rebecca PH/US
Sent: Tuesday, June 20, 2000 2:56 PM
To: Hoppenot, Herve PH/US; Alles, Mark PH/US; Kloecker, Richard PH/US; Buettner, Arden PH/US; Brown, Loreen PH/US
Subject: Anzemet Pricing on the list of 400 NDCs
Importance: High

I just got off the phone with Tim Terry from the National Association of Medicaid Fraud Control Units (NAMFCU). According to Tim, the $74 amount from the list of 400 NDCs was established based on a survey that MediSpan (the Average Wholesale Pricing databank used by Medicaid plans to price drugs) did of four wholesalers: Oncology Supply, OTN, Florida Infusion and ASD Specialty. He also told me that he knew that there were group discounts available to physicians for Anzemet at about $65.

The list of 400 NDCs was developed based on a lawsuit that is currently in process with several manufacturers. He said that the NDCs on the list have a large "spread" between current MediSpan and Red Book AWPs and wholesale prices available to physicians. This list of 400 was developed to identify the largest "spread" products. NAMFCU's goal is to have Medicaid reimburse physicians closer to their actual acquisition cost.

Call me if you have any questions.

Becky Hayes, MPH
Reimbursement Manager
Aventis Oncology
399 Interpace Parkway; PNJ-4-M0604
Parsippany, NJ  07054
phone: 973-394-7158
fax: 973-394-7372
e-mail: rebecca.hayes@aventis.com

2

HIGHLY CONFIDENTIAL

AV00071971