**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION:  01-CV-12257-PBS |
| ALL CLASS ACTIONS | Judge Patti B. Saris |

### DECLARATION OF EDWARD NOTARGIACOMO REGARDING REIMBURSEMENTS FOR ANZAMET BY PIPEFITTERS LOCAL 537 TRUST FUND

I, Edward Notargiacomo, under the penalty of perjury, hereby declare as follows:

1.      I submit this Declaration in response to a request by the Court for clarification concerning reimbursements of Aventis' drug Anzamet by Pipefitters Local 537 Trust Funds (the "Fund") during a hearing on August 27, 2007 related to proceedings against Track II Defendants and in response to a chart submitted to the Court by counsel for Aventis during that hearing which suggests that the Fund's reimbursements for Anzamet were not related to AWP.

2.      I have personal knowledge of the facts stated below, would so testify in court if called upon to do so, and am competent to provide testimony.

3.      Attached hereto as Exhibit A hereto is a printout of relevant data fields from transitional data produced by Blue Cross Blue Shield of Massachusetts ("BCBSMA") in this case, which includes payments made by the Fund for the Track II drugs at issue.  This data reflects two reimbursements by the Fund for Anzamet in 2001.  Each transaction shows an allowed amount (Allowed_Amt) of $148.81, a co-insurance payment by the consumer (COINS_Amt) of $14.81 and a reimbursement by the Fund (Paid_Amt) of $133.29.

1

2

4.      Attached as <u>Exhibit B</u> hereto is a copy of a page of the RedBook product listings for 1999

indicating the AWP for Anzamet in injectable form of $155.88.

5.      I make the foregoing statements under penalty of perjury on the date written next to my

name below.


Date: September 4, 2007                              **/s/ Edward Notargiacomo**
                                                     Edward Notargiacomo

# EXHIBIT A

**Pipefitters Claims Data for Anzemet (J1260)**

| Prov_Tax_ID | CLM_Num | Allowed_Amt | Charged_Amt | COINS_Amt | Co_pay | Deduct | FDOS | Grp_Num | Paid_Amt | Check_Date | Proc_Code | Provider_Group_Number | Provider_Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 043296910 | 23011970722300 | 148.1 | 230 | 14.81 | 0 | 0 | 7/9/2001 | 002225284 | 133.29 | 7/27/2001 | J1260 | 70010000M16368 | 70010000J05964 |
| 043296910 | 23011830821200 | 148.1 | 230 | 14.81 | 0 | 0 | 6/18/2001 | 002225284 | 133.29 | 7/13/2001 | J1260 | 70010000M16368 | 70010000J05964 |

Note: The data above were taken directly from raw Pipefitters claims data.  Only the relevant fields are displayed above.

# EXHIBIT B

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

**ANTIVENIN (MICRURUS FULVIUS)**
(Wyeth-Ayerst) See ANTIVENIN

**ANTIVENIN POLYVALENT** (Wyeth-Ayerst)
antivenin (crotalidae) polyvalent

| | | | | |
|---|---|---|---|---|
| KIT, IJ, ea......00008-0332-04 | 450.44 | 360.35 | | |

**ANTIVENIN-SPIDER** (Merck)
antivenin (latrodectus mactans)

| | | | | |
|---|---|---|---|---|
| PDI, IJ (BLACK WIDOW) | | | | |
| 6000 u, ea......00006-4084-00 | 29.70 | 23.76 | | |

**ANTIVERT** (Pfizer U.S.P.G.)
meclizine hydrochloride
TAB, PO, 12.5 mg,

| | | | | |
|---|---|---|---|---|
| 100s ea......00049-2100-66 | 40.04 | 33.72 | AA | |
| 1000s ea......00049-2100-82 | 379.90 | 319.92 | AA | |

(Allscripts)
REPACK
TAB, PO, 12.5 mg, 30s ea..54569-0346-00    11.71    AA

**ANTIVERT/25** (Pfizer U.S.P.G.)
meclizine hydrochloride

| | | | | |
|---|---|---|---|---|
| TAB, PO, 25 mg, 100s ea..00049-2110-66 | 69.56 | 53.32 | AA | |
| 1000s ea......00049-2110-82 | 601.03 | 506.13 | AA | |

(Allscripts)
REPACK
TAB, PO, 25 mg, 30s ea...54569-0348-00    18.51    AA

(Cheshire)
REPACK
TAB, PO, 25 mg, 20s ea...55175-3843-00    19.44    AA

(Phys Total Care)
REPACK
TAB, PO, 25 mg, 30s ea...54868-0882-02    22.09    AA

**ANTIVERT/50** (Pfizer U.S.P.G.)
meclizine hydrochloride
TAB, PO, 50 mg, 100s ea..00049-2140-66   120.31   101.32   AA

**ANTIZOL** (Orphan Med)
fomepizole
INJ, IJ (P.F.)
1 gm/ml,
1,500 ml 4s......62161-0003-34   4600.00   4000.00

**ANTURANE** (Novartis Pharm.)
sulfinpyrazone

| | | | | |
|---|---|---|---|---|
| CAP, PO, 200 mg, 100s ea..00083-0168-30 | 69.31 | | AB | |
| TAB, PO, 100 mg, 100s ea..00083-0041-30 | 43.04 | | AB | |

**ANU-MED HC** (Major)
hydrocortisone acetate
SUP, RC, 25 mg, 12s ea...00904-0160-12    6.75

(Pharma Pac)
REPACK
SUP, RC, 25 mg, 12s ea...52959-1373-03    9.15

**ANUCORT-HC** (G&W)
hydrocortisone acetate

| | | | | |
|---|---|---|---|---|
| SUP, RC, 25 mg, 12s ea...00713-0503-12 | 8.70 | | | |
| 24s ea......00713-0503-24 | 17.04 | | | |
| 100s ea......00713-0503-01 | 77.60 | | | |

(Raway)
SUP, RC, 25 mg,
12s ea UD......00686-0503-12    5.95

(Cheshire)
REPACK
SUP, RC, 25 mg, 12s ea...55175-5330-01    17.40

(Compumed)
REPACK
SUP, RC, 25 mg, 12s ea...00403-3343-12    6.90

**ANUPREP HC** (Great Southern)
hydrocortisone acetate
SUP, RC (MODIFIED)
25 mg, 12s ea......51301-0567-12    6.55

**ANUSOL-HC** (Monarch)
hydrocortisone
CRE, RC, 2.5%, 30 gm....00071-3131-13    30.48    AT

(Allscripts)
REPACK
CRE, RC, 2.5%, 30 gm....54569-3346-00    26.60    AT

(Southwood)
REPACK
CRE, RC (W/APPLICATOR)
2.5%, 30 gm......58016-3004-01    30.13    AT

(Monarch)
hydrocortisone acetate

| | | | | |
|---|---|---|---|---|
| SUP, RC, 25 mg, 12s ea...00071-1726-07 | 33.91 | | | |
| 24s ea......00071-1726-13 | 59.39 | | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

(Compumed)
REPACK
SUP, RC, 25 mg, 12s ea...00403-0297-18    24.15

**ANUTONE-HC** (Elge, Inc.)
hydrocortisone acetate

| | | | | |
|---|---|---|---|---|
| SUP, RC, 25 mg, 12s ea...58298-0150-12 | 14.90 | | | |
| 24s ea......58298-0150-24 | 25.00 | | | |
| 50s ea......58298-0150-50 | 42.50 | | | |

**ANUZONE-HC** (Superior)
hydrocortisone acetate

| | | | | |
|---|---|---|---|---|
| SUP, RC, 25 mg, 12s ea...00144-0654-13 | 11.70 | | | |
| 24s ea......00144-0654-24 | 17.85 | | | |

**ANX** (EconoMed)
hydroxyzine hydrochloride
TAB, PO, 25 mg, 100s ea..38130-0044-01    10.98    9.15    AB

**ANZEMET** (Abbott Hosp)
dolasetron mesylate
SEE SECTION 7 FOR COLOR PHOTO
INJ, IJ (AMP)
20 mg/ml,
0.625 ml 6s......00088-1208-65   133.52   112.44

(Hoechst Marion)
SEE SECTION 7 FOR COLOR PHOTO
INJ, IJ (S.D.V.)

| | | | | |
|---|---|---|---|---|
| 20 mg/ml, 5 ml......00088-1206-32 | 155.88 | | | |
| TAB, PO, 50 mg, 5s ea....00088-1202-05 | 258.96 | | | |
| (BLISTER PACK,1X5) | | | | |
| 50 mg, 5s ea......00088-1202-29 | 258.96 | | | |
| 10s ea UD......00088-1202-43 | 517.92 | | | |
| 100 mg, 5s ea......00088-1203-05 | 343.20 | | | |
| (BLISTER PACK,1X5) | | | | |
| 100 mg, 5s ea......00088-1203-29 | 343.20 | | | |
| 10s ea UD......00088-1203-43 | 686.40 | | | |

**APAP/ASA/CAFF/CODEINE/SALICYLAMIDE**
(Pfeiffer) See RID-A-PAIN W/CODEINE

**APAP/BUTAL**
(Atley) See CEPHADYN
(Carnrick) See PHRENILIN
(Carnrick) See PHRENILIN FORTE
(Ctex Pharm) See DOLGIC
(ECR) See BUPAP
(Everett) See REPAN CF
(Forest Pharm) See BUCET
(Intl Ethical) See TENCON
(MCR/Amer Pharm, Inc.) See PROMINOL
(Marnel) See MARTEN-TAB
(Merz) See SEDAPAP
(Qualitest)
TAB, PO, 325 mg-50 mg,
100s ea......00603-2540-21    23.95    AB

(Savage) See AXOCET

**APAP/BUTAL/CAFF**
HCFA
CAP, PO, 325 mg-50 mg-40 mg,
100s ea......12.23
TAB, PO, 325 mg-50 mg-40 mg,
100s ea......4.28

(Allscripts)
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 12s ea......54569-2538-01 | 2.19 | | EE | |
| 20s ea......54569-2538-04 | 3.65 | | EE | |
| 30s ea......54569-2538-05 | 5.47 | | EE | |
| 100s ea......54569-2538-03 | 18.24 | | EE | |

(Alphagen) See GEONE
(Blansett) See ANOLOR 300
(Cardinal Pharm)
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 20s ea......41764-0448-20 | 7.46 | | AB | |
| 30s ea......41764-0448-30 | 9.37 | | AB | |
| 100s ea......41764-0448-10 | 16.98 | | AB | |
| 1000s ea......41764-0448-01 | 130.50 | | AB | |

(Compumed)
TAB, PO, 325 mg-50 mg-40 mg,
30s ea......00403-0892-30    5.25    EE

(EconoMed) See ARCET
(Everett) See REPAN
(Forest Pharm) See ESGIC
(Forest Pharm) See ESGIC-PLUS
(Forest Pharm) See TRIAD

Electronic Drug Pricing and Clinical Information
**RED BOOK**™
Database Services - (800) 722-3062

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|

(Geneva)
TAB, PO, 325 mg-50 mg-40 mg,
100s ea......00781-1901-01    15.20    AB

(Geneva) See FIORPAP

(Halsey Drug)
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 100s ea......00879-0567-01 | 14.40 | | AB | |
| 500s ea......00879-0567-05 | 43.95 | | AB | |
| 1000s ea......00879-0567-10 | 118.50 | | AB | |

(Inwood)
TAB, PO, 500 mg-50 mg-40 mg,
100s ea......00258-3657-01    79.30    EE

(Keene) See ENDOLOR
(Lunsco) See PACAPS
(MCR/Amer Pharm, Inc.) See AMERICET
(Major)
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 100s ea......00904-3280-60 | 19.50 | | AB | |
| 500s ea......00904-3280-40 | 66.50 | | AB | |

(Mallinckrodt Pharm)
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 100s ea......00406-0970-01 | 16.49 | | AB | |
| 500s ea......00406-0970-05 | 70.07 | | AB | |

(Marnel) See MARGESIC
(Martec)
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 100s ea......52555-0647-01 | 16.20 | | AB | |
| 500s ea......52555-0647-05 | 78.90 | | AB | |

(Mikart)
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 100s ea......46672-0053-10 | 15.25 | | AB | |
| 500s ea......46672-0053-50 | 74.95 | | AB | |

(Moore,H.L.)
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 100s ea......00839-7480-06 | 15.92 | 11.79 | AB | |
| 500s ea......00839-7480-12 | 38.81 | 28.75 | AB | |

(Novartis Pharm.) See FIORICET
(PD-RX Pharm)
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 10s ea......55289-0879-10 | 3.87 | | AB | |
| 15s ea......55289-0879-15 | 4.36 | | AB | |
| 20s ea......55289-0879-20 | 5.03 | | AB | |
| 30s ea......55289-0879-30 | 7.27 | | AB | |

(Parmed)
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 100s ea......00349-8793-01 | 13.89 | | AB | |
| 500s ea......00349-8793-05 | 49.88 | | AB | |
| 1000s ea......00349-8793-10 | 89.77 | | AB | |

(Pharm Tech) See PHARMAGESIC
(Pharma Pac)
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 12s ea......52959-0370-12 | 6.15 | | EE | |
| 20s ea......52959-0370-20 | 6.99 | | EE | |
| 25s ea......52959-0370-25 | 8.06 | | EE | |
| 30s ea......52959-0370-30 | 8.75 | | EE | |
| 50s ea......52959-0370-50 | 10.35 | | EE | |
| 60s ea......52959-0370-60 | 11.10 | | EE | |
| 100s ea......52959-0370-00 | 16.98 | | EE | |

(Phys Total Care)
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 30s ea......54868-1036-01 | 3.59 | | EE | |
| 50s ea......54868-1036-03 | 5.09 | | EE | |
| 100s ea......54868-1036-02 | 8.84 | | EE | |

(Poly) See ALAGESIC
(Qualitest)
CAP, PO, 325 mg-50 mg-40 mg,
100s ea......00603-2546-21    31.11    AB
TAB, PO, 325 mg-50 mg-40 mg,

| | | | | |
|---|---|---|---|---|
| 100s ea......00603-2547-21 | 17.80 | | AB | |
| 500s ea......00603-2547-28 | 54.41 | | AB | |
| 500 mg-50 mg-40 mg, | | | | |
| 100s ea......00603-2551-21 | 79.29 | | EE | |

Recommend
SENOKOT® Laxatives When the Rx May Constipate
PURDUE FREDERICK
A4134