UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: Pharmaceutical Industry<br>Average Wholesale Price Litigation | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | MDL No. 1456 <br><br> Civil Action Nos.: <br><br> 1:07cv10271-PBS <br> 1:01cv12257-PBS <br><br> District Judge Patti B. Saris <br><br> Mag. Judge Marianne B. Bowler |
| This filing relates to:<br><u>State of Ohio v. Dey, Inc., et al.</u>, | | |

## STATUS REPORT FOR SEPTEMBER 2007

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for Plaintiff the State of Ohio hereby submits the status report below.

Dated: September 4, 2007               Respectfully submitted,

ATTORNEY GENERAL FOR
THE STATE OF OHIO MARC DANN

Beth A. Finnerty
Deputy Chief Counsel
30 E. Broad Street, 17th Floor
Columbus, Ohio 43215

s/Robert Heuck
Stanley M. Chesley (0000852)
*Lead Counsel and Trial Attorney*
Robert Heuck II (0051283)
WAITE, SCHNEIDER, BAYLESS
       & CHESLEY CO., L.P.A.
1513 Fourth and Vine Tower
One West Fourth Street
Cincinnati, OH 45202
Phone:       (513) 621-0267
Facsimile:   (513) 381-2385

Email: heuck@wsbclaw.com

Thomas W. Breidenstein (0064299)
BARRETT & WEBER, L.P.A.
500 Fourth and Walnut Centre
105 East Fourth Street
Cincinnati, OH 45202
Phone: (513) 721-2120
Facsimile: (513) 721-2139
Email: TWBreidenstein@BarrettWeber.com

James E. Swaim (007362)
*Trial Attorney*
Richard Hempfling (0029986)
FLANAGAN, LIEBERMAN, HOFFMAN
   & SWAIM
318 West Fourth Street
Dayton, OH 45402
Phone: (937) 223-5200
Facsimile: (937) 3335
Email: Rhempfling@flhslaw.com

Of Counsel:
C. David Ewing (0028989)
EWING, MCMILLAN & WILLIS
429 W. Muhammad Ali Blvd., Suite 1100
Louisville, KY 40202-2347
Phone: (502) 585-5800
Facsimile: (502) 585-5858
Email: geslaw@msn.com

**MDL No. 1456 Status Report**
**State of Ohio v. Dey, Inc., et al.**
**Case No. 1:07-cv-10271**

**Complaint**

The State of Ohio originally filed this case in state court in Ohio in March 2004. In July 2006, the State settled with Defendant Dey, Inc. The settlement was announced to state court Judge Beth Myers at that time by counsel for the State of Ohio and Dey.

**Removal to Federal Court**

On October 11, 2006, Dey removed the case to the United States District Court for the Southern District of Ohio. That court stayed the case pending consideration by the Judicial Panel on Multidistrict Litigation as to whether to transfer the case to this Court. The stay has not been lifted. The Court has ordered all parties to participate in mediation. The State of Ohio has objected to being required to participate in mediation based on lack of jurisdiction, but will voluntarily attend mediation.

**Transfer to the District of Massachusetts**

The case was transferred to this Court by the Judicial Panel on Multidistrict Litigation on February 7, 2007.

**Pending Motions**

The following motions are currently pending:

- Motion to remand case to state court for lack of jurisdiction, filed by Plaintiff on November 11, 2006 and fully briefed;

- Motion to lift stay filed on March 28, 2007; fully briefed and unopposed;

- Motion for leave to file supplemental notice of removal, filed by Defendant Abbott Laboratories on November 20, 2006 and fully briefed; and

3

- Motion to dismiss, filed by Defendants on October 18, 2006 and fully briefed. Discovery was stayed by agreement of the parties until adjudication of the motion to dismiss.

>Respectfully submitted,
>
>ATTORNEY GENERAL FOR
>THE STATE OF OHIO MARC DANN
>
>Beth A. Finnerty
>Deputy Chief Counsel
>30 E. Broad Street, 17th Floor
>Columbus, Ohio 43215
>
>
>s/Robert Heuck II
>Stanley M. Chesley (0000852)
>*Lead Counsel and Trial Attorney*
>Robert Heuck II (0051283)
>WAITE, SCHNEIDER, BAYLESS
>     & CHESLEY CO., L.P.A.
>1513 Fourth and Vine Tower
>One West Fourth Street
>Cincinnati, OH 45202
>Phone:       (513) 621-0267
>Facsimile:   (513) 381-2385
>Email:       heuck@wsbclaw.com
>
>Thomas W. Breidenstein (0064299)
>BARRETT & WEBER, L.P.A.
>500 Fourth and Walnut Centre
>105 East Fourth Street
>Cincinnati, OH 45202
>Phone:       (513) 721-2120
>Facsimile:   (513) 721-2139
>Email:       TWBreidenstein@BarrettWeber.com
>
>James E. Swaim (007362)
>*Trial Attorney*
>Richard Hempfling (0029986)
>FLANAGAN, LIEBERMAN, HOFFMAN
>     & SWAIM

4

        318 West Fourth Street
        Dayton, OH 45402
        Phone:      (937) 223-5200
        Facsimile:  (937) 3335
        Email:       Rhempfling@flhslaw.com

Of Counsel:
C. David Ewing (0028989)
EWING, MCMILLAN & WILLIS
429 W. Muhammad Ali Blvd., Suite 1100
Louisville, KY 40202-2347
Phone:      (502) 585-5800
Facsimile:  (502) 585-5858
Email:       geslaw@msn.com

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing to be filed and served on all counsel of record this 4th day of September 2007 via the Court's Electric Case Filing system, and that I also caused a copy to be served on all counsel of record electronically pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LEXIS File & Serve electronic filing service.

        s/Robert Heuck II
        Robert Heuck II