≋AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

FILING FEE PAID:
RECEIPT # 82024
AMOUNT $ 50
BY DPTY CLK ___
DATE 8-27-07

## APPEARANCE

Case Number: 01-12257 PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Attorneys Generals of Kentucky, South Carolina, Illinois, + Idaho

I certify that I am admitted to practice in this court.

August 27, 2007
Date

Signature: P. Jeffrey Archibald

Print Name: P. Jeffrey Archibald
Bar Number: WISCONSIN 1006299

Address: 1914 Monroe St.

City: Madison   State: WI   Zip Code: 53711

Phone Number: 608-661-8855   Fax Number: 608 661-0067